# **EXHIBIT 2**

## **BUDGET AND STAFFING PLAN**

## BUDGET

## May 1, 2020 – July 31, 2020

| | PROJECT CATEGORY | HOURS BUDGETED | FEES BUDGETED[1] | ACTUAL HOURS BILLED | ACTUAL FEES SOUGHT[2] |
|---|---|---|---|---|---|
| 00001 | Case Administration | 60.00 | $52,800.00 | 29.70 | $25,229.50 |
| 00002 | Committee Meetings and Communications | 300.00 | $264,000.00 | 280.10 | $244,296.50 |
| 00003 | Asset Dispositions | 5.00 | $4,400.00 | 0.00 | $0.00 |
| 00004 | Automatic Stay | 65.00 | $57,200.00 | 53.10 | $55,395.50 |
| 00005 | Bar Date, Noticing and Claims Reconciliation Issues | 15.00 | $13,200.00 | 12.30 | $12,057.00 |
| 00006 | Adversary Proceedings and Bankruptcy Litigation | 5.00 | $4,400.00 | 0.00 | $0.00 |
| 00007 | Plan/Disclosure Statement Issues | 50.00 | $44,000.00 | 37.70 | $38,997.00 |
| 00008 | Tort Committee Communications | 15.00 | $13,200.00 | 2.30 | $2,715.00 |
| 00009 | Corporate Governance | 5.00 | $4,400.00 | 0.00 | $0.00 |
| 00010 | Customer and Vendor Issues | 5.00 | $4,400.00 | 0.00 | $0.00 |
| 00011 | Creditor Communications | 15.00 | $13,200.00 | 10.10 | $10,264.50 |
| 00012 | Non-Profit Issues | 225.00 | $198,000.00 | 116.30 | $105,606.50 |
| 00013 | Employee and Labor Issues | 60.00 | $52,800.00 | 31.50 | $34,097.00 |
| 00014 | Exclusivity | 5.00 | $4,400.00 | 0.00 | $0.00 |
| 00015 | Executory Contracts and Leases | 10.00 | $8,800.00 | 0.00 | $0.00 |
| 00016 | Collateral Review | 150.00 | $132,000.00 | 129.60 | $128,070.50 |
| 00017 | Fee Statements and Applications | 140.00 | $123,200.00 | 144.70 | $91,425.00 |
| 00018 | Cash Collateral | 5.00 | $4,400.00 | 0.00 | $0.00 |
| 00019 | Motions | 85.00 | $74,800.00 | 26.20 | $25,285.50 |
| 00020 | Committee Investigation | 590.00 | $519,200.00 | 450.10 | $397,629.00 |
| 00021 | Hearings and Court Matters | 110.00 | $96,800.00 | 98.20 | $93,230.00 |
| 00022 | Insurance Issues | 5.00 | $4,400.00 | 0.00 | $0.00 |
| 00023 | Avoidance Actions | 5.00 | $4,400.00 | 0.00 | $0.00 |
| 00024 | Non-Working Travel | 5.00 | $4,400.00 | 0.00 | $0.00 |
| 00025 | Professional Retention | 10.00 | $8,800.00 | 3.90 | $3,413.00 |
| 00026 | Debtor Retention Applications | 5.00 | $4,400.00 | 0.00 | $0.00 |
| 00027 | Schedules and Statements | 5.00 | $4,400.00 | 0.00 | $0.00 |
| 00028 | Tax Issues | 5.00 | $4,400.00 | 0.00 | $0.00 |
| 00029 | Communications with the Debtors | 75.00 | $66,000.00 | 56.40 | $59,199.00 |
| 00030 | U.S. Trustee Issues | 5.00 | $4,400.00 | 0.00 | $0.00 |
| 00031 | Local Council and Chartered Organization Issues | 5.00 | $4,400.00 | 0.00 | $0.00 |
| | **TOTAL** | **2,045.00** | **$1,799,600.00** | **1,482.20** | **$1,326,910.50** |

---

[1] Fees budgeted are calculated based on a blended rate of $880.00.

[2] Actual hours billed and actual fees sought are through July 31, 2020.

2

## STAFFING PLAN

### May 1, 2020 – July 31, 2020

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter During the Budget Period | Range of Hourly Rate |
|---|---|---|
| Partner | 6 | $1,050-$1,500 |
| Counsel | 3 | $1,050-$1,400 |
| Special Counsel | 2 | $995-$1,160 |
| Senior Associate (7+ years of experience) | 3 | $990-$1,040 |
| Mid-level Associate (4-6 years of experience) | 5 | $840-$960 |
| Junior Associate (1-3 years of experience) | 5 | $585-$770 |
| Paralegal | 3 | $270-$450 |