**EXHIBIT 3**

## CUSTOMARY AND COMPARABLE COMPENSATION
## DISCLOSURES FOR THE COMPENSATION PERIOD

| TITLE | Non-Bankruptcy Blended Hourly Rate | Creditors' Committee Blended Hourly Rate in Application |
|---|---:|---:|
| Partner | $1,201.54 | $1,210.28 |
| Counsel | $1,134.31 | $1,074.92 |
| Special Counsel | $1,002.31 | $1,050.00 |
| Associate | $815.36 | $790.23 |
| Paralegal | $386.68 | $420.00 |
| **Total** | **$909.28** | **$895.23** |