**EXHIBIT 4**

## SUMMARY OF PROFESSIONALS FOR THE COMPENSATION PERIOD

| Name of Professional Person | Year of Bar Admission | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate[1] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Mayer, Thomas Moers | 1982 | **Partner** Creditors' Rights (Since 1998) | $1,500.00 | 25.00 | $37,500.00 |
| Fisher, David J. | 1985 | **Partner** Corporate (Since 2009) | $1,375.00 | 0.70 | $962.50 |
| Rogoff, Adam C. | 1989 | **Partner** Creditors' Rights (Since 2009) | $1,375.00 | 16.90 | $23,237.50 |
| Rabinowitz, Daniel A. | 1995 | **Partner** Corporate (Since 2013) | $1,225.00 | 25.60 | $31,360.00 |
| Holob, Marissa J. | 2001 | **Partner** Employee Benefits (Since 2018) | $1,150.00 | 8.10 | $9,315.00 |
| Ringer, Rachael L. | 2011 | **Partner** Creditors' Rights (Since 2019) | $1,150.00 | 166.40 | $191,360.00 |
| McKay, Michael | 1983 | **Counsel** Corporate (Since 2019) | $1,100.00 | 19.40 | $21,340.00 |
| Hamerman, Natan | 2002 | **Counsel** Litigation (Since 2017) | $1,075.00 | 181.40 | $195,005.00 |
| Blabey, David E. | 2005 | **Counsel** Creditors' Rights (Since 2019) | $1,050.00 | 20.10 | $21,105.00 |
| Cahn, Avram | 1988 | **Special Counsel** Employee Benefits (Since 2007) | $1,050.00 | 19.50 | $20,475.00 |
| Sharret, Jennifer | 2008 | **Special Counsel** Creditors' Rights (Since 2018) | $1,050.00 | 70.20 | $73,710.00 |
| Schumeister, Daniel | 2013 | **Associate** Litigation (Since 2012) | $1,015.00 | 59.80 | $60,697.00 |
| Campbell, Patrick J. | 2014 | **Associate** Litigation (Since 2018) | $960.00 | 97.90 | $93,984.00 |
| Avallone, Elisabeth B. | 2015 | **Associate** Real Estate (Since 2014) | $960.00 | 1.40 | $1,344.00 |

---

[1] This rate is Kramer Levin's regular hourly rate for legal services. All hourly rates are adjusted by Kramer Levin on a periodic basis (the last such adjustment occurred on January 1, 2020).

2

| Name of Professional Person | Year of Bar Admission | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate[1] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Baranpuria, Priya | 2015 (NJ); 2016 (NY) | **Associate** Creditors' Rights (Since 2016) | $905.00 | 170.20 | $154,031.00 |
| Wasson, Megan | 2017 | **Associate** Creditors' Rights (Since 2016) | $840.00 | 135.50 | $113,820.00 |
| Hung, Sara | 2017 | **Associate** Corporate (Since 2017) | $905.00 | 13.70 | $12,398.50 |
| Chakraborty, Rupita | 2019 | **Associate** Litigation (Since 2019) | $840.00 | 63.80 | $53,592.00 |
| Essner, Zoe | Not Yet Admitted | **Law Clerk** Creditors' Rights (Since 2020) | $585.00 | 298.80 | $174,798.00 |
| Beck, Samuel | N/A | **Paralegal** Creditors' Rights (Since 2019) | $420.00 | 87.80 | $36,876.00 |
| | | | **TOTAL** | **1,482.20** | **$1,326,910.50** |