**<u>EXHIBIT 5</u>**

## SUMMARY OF TIME BY BILLING
## CATEGORY FOR COMPENSATION PERIOD

| Task Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| 073094-00001 | Case Administration | 29.70 | 25,229.50 |
| 073094-00002 | Committee Meetings and Communications | 280.10 | 244,296.50 |
| 073094-00004 | Automatic Stay | 53.10 | 55,395.50 |
| 073094-00005 | Bar Date, Noticing and Claims Reconciliation Issues | 12.30 | 12,057.00 |
| 073094-00007 | Plan/Disclosure Statement Issues | 37.70 | 38,997.00 |
| 073094-00008 | Tort Committee | 2.30 | 2,715.00 |
| 073094-00011 | Creditor Communications | 10.10 | 10,264.50 |
| 073094-00012 | Non-Profit Issues | 116.30 | 105,606.50 |
| 073094-00013 | Employee and Labor Issues | 31.50 | 34,097.00 |
| 073094-00016 | Collateral Review | 129.60 | 128,070.50 |
| 073094-00017 | Fee Statements and Applications | 144.70 | 91,425.00 |
| 073094-00019 | Motions | 26.20 | 25,285.50 |
| 073094-00020 | Committee Investigation | 450.10 | 397,629.00 |
| 073094-00021 | Hearings and Court Matters | 98.20 | 93,230.00 |
| 073094-00025 | Professional Retention | 3.90 | 3,413.00 |
| 073094-00029 | Communications with Debtors | 56.40 | 59,199.00 |
| | **TOTAL** | **1,482.20** | **$1,326,910.50** |