**EXHIBIT 7**

## DISBURSEMENTS AND EXPENSES FOR THE COMPENSATION PERIOD

| Expense Category | Service Provider (if applicable) | Total Expenses[1] |
|---|---|---|
| Bloomberg Law Online Research | Bloomberg | $202.83 |
| Bloomberg Law Retrieval Fees | Bloomberg | $22.75 |
| Color Copies | Kramer Levin | $39.80 |
| Court Call Fees | Court Call | $1,149.00 |
| Courier Services | Kramer Levin | $21.92 |
| Lexis Online Research | Lexis | $4,748.96 |
| Pacer | Pacer | $166.00 |
| Photocopying | Kramer Levin | $21.90 |
| Printing | Kramer Levin | $121.91 |
| Telecommunications Charges | Kramer Levin | $556.72 |
| Transcript Fees | Reliable | $742.80 |
| Westlaw Online Research | Westlaw | $16,689.61 |
| **TOTAL** | | **$24,484.20** |

---

[1] Kramer Levin reduced expenses by $3,931.57 during the Compensation Period voluntarily and in accordance with the local rules and U.S. Trustee Guidelines.