**EXHIBIT 8**

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**OF BOY SCOUTS OF AMERICA,** *et al.*

**EXPENSE REIMBURSEMENT REPORT**

| | | |
|---|---|---|
| 1. | Name of Company | <u>Girl Scouts of the United States of America</u> |
| 2. | Date of Meeting | <u>March 4, 2020</u> |
| 3. | Location of Meeting | <u>Wilmington, Delaware</u> |
| 4. | Name of Representative Attending Meeting | <u>Eric Schnabel; Jennifer Rochon</u> |

5.    Reimbursable Expenses:

(a) Transportation:

    (1) Air or Rail Fare      $ _____ 412.00

    (2) Personal automobile miles at $.58 per mile      $ _____

    (3) Taxi      $ _____

    (4) Parking/Tolls      $ _____

    (5) Other (describe)      $ _____

(b) Lodging:

    (1) Hotel (excluding meals)      $ _____

(c) Meals:

    (1) Breakfast      $ _____

    (2) Lunch      $ _____

    (3) Dinner      $ _____

**TOTAL REIMBURSEMENT SOUGHT**      **$ 412.00**

I hereby certify that the above expenses were incurred by me in connection with attendance at a Committee meeting or other authorized Committee business.

        /s/    *Jennifer Rochon*
        Jennifer Rochon
        Girl Scouts of the United States of America