**<u>EXHIBIT B</u>**

**SUMMARY OF TIMEKEEPERS INCLUDED
IN THIS APPLICATION**

## SUMMARY OF TIMEKEEPERS INCLUDED IN THIS APPLICATION

| Name Of Professional Person | Position Of The Applicant | Department, Group, Or Section | Date Of First Admission | Fees Billed In This Application[1] | Hours Billed In This Application | Hourly Rate Billed | | Number Of Rate Increases Since Inception Of Case through 7/31/20 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | In this Application | In First Interim Application | |
| Kurt F. Gwynne | Partner | Bankruptcy | 1992 | $25,344.00 | 25.60 | $990.00 | $990.00 | None |
| Lawrence F. Gilberti | Partner | Global Corporate / Nonprofit | 1976 | $6,077.50 | 6.50 | $935.00 | $935.00 | None |
| Rauer L. Meyer | Senior Counsel | Global Corporate / Nonprofit | 1973 | $417.50 | 0.50 | $835.00 | N/A | None |
| Jason D. Angelo | Associate | Bankruptcy | 2013 | $220.00 | 0.40 | $550.00 | N/A | None |
| Katelin A. Morales | Associate | Bankruptcy | 2017 | $37,525.50 | 80.70 | $465.00 | $465.00 | None |
| John B. Lord | Paralegal | Bankruptcy | N/A | $22,920.00 | 57.30 | $400.00 | $400.00 | None |
| Stephanie Q. Chadick | Paralegal | Litigation | N/A | $796.50 | 2.70 | $295.00 | N/A | None |

---

[1] Please note that Reed Smith voluntarily reduced its requested fees and expenses in this Application by $12,904.50.  Those voluntary reductions are not reflected in this summary.