## **EXHIBIT C-1**

**BUDGET**
**(May 1, 2020 – July 31, 2020)**

**BUDGET (May 1, 2020 - July 31, 2020)**

| Project Category | Hours Budgeted | Fees Budgeted[1] |
|---|---:|---:|
| Case Administration (60001) | 18 | $8,331.30 |
| Committee Meeting and Communications (60002) | 26 | $12,034.10 |
| Asset Dispositions (6003) | 0 | $0.00 |
| Automatic Stay (60004) | 8 | $3,702.80 |
| Bar Date, Notice and Claim Reconciliation Issues (60005) | 2 | $925.70 |
| Adversary Proceedings and Bankruptcy Litigation (60006) | 0 | $0 |
| Plan/Disclosure Statement Issues (60007) | 2 | $925.70 |
| Tort Committee Communications (60008) | 0 | $0 |
| Corporate Governance (60009) | 0 | $0.00 |
| Customer and Vendor Issues (60010) | 0 | $0.00 |
| Creditor Communications (60011) | 2 | $925.70 |
| Non-Profit Issues (60012) | 17 | $7,868.45 |
| Employee and Labor Issues (60013) | 0 | $0.00 |
| Exclusivity (60014) | 0 | $0.00 |
| Executory Contracts and Leases (60015) | 0 | $0.00 |
| Collateral Review (60016) | 0 | $0.00 |
| Fee Statements and Applications (60017) | 45 | $20,828.25 |
| Cash Collateral (60018) | 0 | $0.00 |
| Motions (60019) | 10 | $4,628.50 |
| Committee Investigation (60020) | 0 | $0 |
| Hearings and Court Matters (60021) | 45 | $20,828.25 |
| Insurance Issues (60022) | 0 | $0.00 |

---

[1] Calculated using the blended rate of $462.85.

| | | |
|---|---:|---:|
| Avoidance Actions (60023) | 0 | $0.00 |
| Non-Working Travel (60024) | 0 | $0.00 |
| Professional Retention (60025) | 5 | $2,314.25 |
| Debtor Retention Applications (60026) | 3 | $1,388.55 |
| Schedules and Statements (60027) | 0 | $0.00 |
| Tax Issues (60028) | 0 | $0.00 |
| Communication with the Debtors (60029) | 5 | $2,314.25 |
| U.S. Trustee Issues (60030) | 0 | $0 |
| Local Counsel and Chartered Organizations Issues (60031) | 1 | $462.85 |
| **TOTAL:** | **189** | **$87,478.65** |

**EXHIBIT C-2**

**STAFFING PLAN**
**(May 1, 2020 – July 31, 2020)**

**STAFFING PLAN**
**(May 1, 2020 – July 31, 2020)**

| CATEGORY OF TIMEKEEPER | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGETED PERIOD | AVERAGE HOURLY RATE |
|---|---|---|
| Partner | 2 | $962.50 |
| Senior Counsel | 1 | $835.00 |
| Associate (4-6 years since first admission) | 2 | $507.50 |
| Paralegal | 2 | $347.50 |