# **EXHIBIT D**

**SUMMARY OF COMPENSATION REQUESTED**
**BY PROJECT CATEGORY**
**(May 1, 2020 – July 31, 2020)**

**SUMMARY OF COMPENSATION REQUESTED**
**BY PROJECT CATEGORY**
**(May 1, 2020 – July 31, 2020)**

| Project Category | Hours Budgeted | Fees Budgeted[1] | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Case Administration (60001) | 18 | $8,331.30 | 12.50 | $6,852.50 |
| Committee Meeting and Communications (60002) | 26 | $12,034.10 | 18.70 | $11,740.50 |
| Asset Dispositions (6003) | 0 | $0.00 | 0.00 | $0.00 |
| Automatic Stay (60004) | 8 | $3,702.80 | 5.80 | $2,521.50 |
| Bar Date, Notice and Claim Reconciliation Issues (60005) | 2 | $925.70 | 0.50 | $495.00 |
| Adversary Proceedings and Bankruptcy Litigation (60006) | 0 | $0 | 0.00 | $0.00 |
| Plan/Disclosure Statement Issues (60007) | 2 | $925.70 | 1.90 | $818.50 |
| Tort Committee Communications (60008) | 0 | $0 | 0.00 | $0.00 |
| Corporate Governance (60009) | 0 | $0.00 | 0.00 | $0.00 |
| Customer and Vendor Issues (60010) | 0 | $0.00 | 0.00 | $0.00 |
| Creditor Communications (60011) | 2 | $925.70 | 0.90 | $891.00 |
| Non-Profit Issues (60012) | 17 | $7,868.45 | 9.70 | $7,750.50 |
| Employee and Labor Issues (60013) | 0 | $0.00 | 0.00 | $0.00 |
| Exclusivity (60014) | 0 | $0.00 | 0.00 | $0.00 |
| Executory Contracts and Leases (60015) | 0 | $0.00 | 0.00 | $0.00 |
| Collateral Review (60016) | 0 | $0.00 | 0.00 | $0.00 |
| Fee Statements and Applications (60017) | 45 | $20,828.25 | 74.70 | $19,941.00[2] |
| Cash Collateral (60018) | 0 | $0.00 | 0.00 | $0.00 |

---

[1] Calculated using the blended rate of $462.85.

[2] This amount reflects the voluntary reductions to this Project Category in the aggregate amount of $12,904.50, as described in the Application.

| | | | | |
|---|---|---|---|---|
| Motions (60019) | 19941 | $4,628.50 | 7.60 | $4,055.50 |
| Committee Investigation (60020) | 0 | $0 | 0.00 | $0.00 |
| Hearings and Court Matters (60021) | 45 | $20,828.25 | 30.30 | $19,760.50 |
| Insurance Issues (60022) | 0 | $0.00 | 0.00. | $0.00 |
| Avoidance Actions (60023) | 0 | $0.00 | 0.00 | $0.00 |
| Non-Working Travel (60024) | 0 | $0.00 | 0.00 | $0.00 |
| Professional Retention (60025) | 5 | $2,314.25 | 5.10 | $2,202.50 |
| Debtor Retention Applications (60026) | 3 | $1,388.55 | 2.10 | $976.50 |
| Schedules and Statements (60027) | 0 | $0.00 | 0.00 | $0.00 |
| Tax Issues (60028) | 0 | $0.00 | 0.00 | $0.00 |
| Communication with the Debtors (60029) | 5 | $2,314.25 | 3.60 | $2,251.50 |
| U.S. Trustee Issues (60030) | 0 | $0 | 0.00 | $0.00 |
| Local Counsel and Chartered Organizations Issues (60031) | 1 | $462.85 | 0.30 | $139.50 |
| **TOTAL:** | **189.00** | **$87,478.65** | **173.70** | **$80,396.50**[3] |

---

[3] This amount reflects Reed Smith's voluntary reduction in the aggregate amount of $12,904.50.