# EXHIBIT A

26437925.4

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600                                                                                          (302) 571-1253 FAX
(800) 253-2234 (DE ONLY)                    TAX I.D. NO. 51-0082644                              www.ycst.com

Writer's Direct Dial                                                                                          Writer's E-Mail
(302) 571-6703                                                                                          eharron@ycst.com

Young Conaway                          Invoice Date:                    September 8, 2020
Rodney Square                          Invoice Number:                         50017773
1000 North King Street                 Matter Number:                        077494.1001
Wilmington, DE 19801

Re:  Boy Scouts of America and Delaware BSA
     For the period ending August 31, 2020

**CURRENT INVOICE**

| | | |
|---|---|---|
| Professional Services | $ | 157,837.00 |
| Disbursements | $ | 445.21 |
| Total Due This Invoice | $ | 158,282.21 |

| Patton, James L., Jr., Future Claimants' Representative | Invoice Date: | September 8, 2020 |
|---|---|---|
| | Invoice Number: | 50017773 |
| | Matter Number: | 077494.1001 |

**Time Detail**

**Task Code:** B001    Case Administration

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/03/20 | CCATH | Prepare and circulate critical dates calendar | 0.10 | 295.00 | 29.50 |
| 08/03/20 | RBRAD | Review updated critical dates calendar | 0.10 | 1,025.00 | 102.50 |
| 08/04/20 | LEDEN | Review incoming pleadings and correspondence; update electronic files re: same | 0.10 | 295.00 | 29.50 |
| 08/04/20 | SZIEG | Review memo re: recently-filed pleadings and cancellation of 8/6/20 hearing | 0.10 | 835.00 | 83.50 |
| 08/10/20 | CCATH | Prepare and circulate critical dates calendar | 0.20 | 295.00 | 59.00 |
| 08/10/20 | RBRAD | Review updated critical dates calendar | 0.10 | 1,025.00 | 102.50 |
| 08/11/20 | LEDEN | Review incoming pleadings and correspondence; update electronic files re: same | 0.10 | 295.00 | 29.50 |
| 08/11/20 | CCATH | Update critical dates calendar | 0.10 | 295.00 | 29.50 |
| 08/12/20 | LEDEN | Confer with C. Cathcart re: upcoming deadlines and ongoing projects | 0.20 | 295.00 | 59.00 |
| 08/12/20 | LEDEN | Review incoming correspondence; update electronic files re: same | 0.10 | 295.00 | 29.50 |
| 08/13/20 | CCATH | Update critical dates calendar | 0.10 | 295.00 | 29.50 |
| 08/13/20 | SZIEG | Review memo re: recently-filed pleadings | 0.10 | 835.00 | 83.50 |
| 08/17/20 | CCATH | Prepare and circulate critical dates calendar | 0.20 | 295.00 | 59.00 |
| 08/17/20 | SZIEG | Review critical dates and docket memos | 0.20 | 835.00 | 167.00 |
| 08/19/20 | LEDEN | Compare and update 2002 service list in compliance with Judge Sontchi's Order re: Service Pursuant to Del. Bankr. L.R. 5005-4 and 9036-1 | 1.20 | 295.00 | 354.00 |
| 08/19/20 | CCATH | Update critical dates calendar | 0.10 | 295.00 | 29.50 |
| 08/20/20 | LEDEN | Update service lists and obtain email addresses in compliance with Judge Sontchi's recent order re: services | 3.00 | 295.00 | 885.00 |
| 08/20/20 | CCATH | Update critical dates calendar | 0.10 | 295.00 | 29.50 |
| 08/20/20 | CCATH | Confer with L. Eden re: amendment to service requirements in Local Rules | 0.20 | 295.00 | 59.00 |
| 08/24/20 | CCATH | Prepare and circulate critical dates calendar | 0.20 | 295.00 | 59.00 |

Patton, James L., Jr., Future Claimants' Representative

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Invoice Date: | | September 8, 2020 | |
| | | | Invoice Number: | | 50017773 | |
| | | | Matter Number: | | 077494.1001 | |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/25/20 | LEDEN | Review report from C. Cathcart re: recently-filed pleadings | 0.10 | 295.00 | 29.50 |
| 08/25/20 | CCATH | Update critical dates calendar | 0.10 | 295.00 | 29.50 |
| 08/26/20 | CCATH | Update critical dates calendar | 0.10 | 295.00 | 29.50 |
| 08/27/20 | LEDEN | Review 8/26/20 docket report memo from C. Cathcart re: recently-filed pleadings | 0.10 | 295.00 | 29.50 |
| 08/27/20 | CCATH | Update critical dates calendar | 0.10 | 295.00 | 29.50 |
| 08/27/20 | CCATH | Update service list | 0.10 | 295.00 | 29.50 |
| 08/28/20 | CCATH | Update critical dates calendar | 0.10 | 295.00 | 29.50 |
| 08/31/20 | CCATH | Prepare and circulate critical dates calendar | 0.20 | 295.00 | 59.00 |
| 08/31/20 | SZIEG | Review critical dates memo re: upcoming deadlines | 0.10 | 835.00 | 83.50 |
| | | **Total** | **7.60** | | **2,658.00** |

**Task Code:**   B002   Court Hearings

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/27/20 | CCATH | Preparations for 8/31/20 hearing | 0.20 | 295.00 | 59.00 |
| 08/28/20 | RBRAD | Review agenda for 8/31 hearing; correspondence with FCR re: same | 0.20 | 1,025.00 | 205.00 |
| 08/31/20 | RBRAD | Attend hearing on motion to supplement bar date order (2.0) and conference with E. Harron re: same (.2) | 2.20 | 1,025.00 | 2,255.00 |
| 08/31/20 | RBRAD | Review additional objections filed to motion to supplemental bar date order and prepare for hearing | 1.20 | 1,025.00 | 1,230.00 |
| | | **Total** | **3.80** | | **3,749.00** |

**Task Code:**   B003   Cash Collateral/DIP Financing

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/11/20 | RBRAD | Review invoices from JP Morgan professionals submitted pursuant to the terms of the cash collateral order | 0.20 | 1,025.00 | 205.00 |
| | | **Total** | **0.20** | | **205.00** |

**Task Code:**   B007   Claims Analysis, Objections and Resolutions

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/03/20 | RBRAD | Correspondence with B. Warner and J. Stang re: bar date noticing issues | 0.30 | 1,025.00 | 307.50 |

Patton, James L., Jr., Future Claimants' Representative

| | Invoice Date: | September 8, 2020 |
| --- | --- | --- |
| | Invoice Number: | 50017773 |
| | Matter Number: | 077494.1001 |

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
| --- | --- | --- | --- | --- | --- |
| 08/03/20 | SZIEG | Review correspondence re: notice plan related to bar date | 0.20 | 835.00 | 167.00 |
| 08/06/20 | SZIEG | Review notice from Evanston (.1); correspondence to K. Quinn re: same (.1) | 0.20 | 835.00 | 167.00 |
| 08/10/20 | SZIEG | Correspondence re: Evanston claim-related issues | 0.50 | 835.00 | 417.50 |
| 08/12/20 | RBRAD | Conference call with E. Harron and Ankura team re: updating forecast (.2); follow-up conference with E. Harron re: same (.2) | 0.40 | 1,025.00 | 410.00 |
| 08/17/20 | CCATH | Research re: bar dates per request of S. Zieg | 0.10 | 295.00 | 29.50 |
| 08/17/20 | SZIEG | Review 2019 of CASJ (.3); correspondence re: same (.1) | 0.40 | 835.00 | 334.00 |
| 08/20/20 | RBRAD | Conference call with E. Harron and Ankura team re: liability forecast | 0.50 | 1,025.00 | 512.50 |
| 08/20/20 | EHARR | Call with Ankura re: claims forecast | 0.50 | 970.00 | 485.00 |
| 08/24/20 | EHARR | Call with J. Patton R. Brady, and S. Zieg re: bar date issues | 0.30 | 970.00 | 291.00 |
| 08/24/20 | RBRAD | Conference call with J. Patton, E. Harron and S. Zieg re: bar date issues and motion BSA plans to file | 0.30 | 1,025.00 | 307.50 |
| 08/24/20 | SZIEG | Teleconference with E. Harron, R. Brady and J. Patton re: issues related to bar date | 0.30 | 835.00 | 250.50 |
| 08/24/20 | RBRAD | Teleconference with J. Boelter re: motion to supplement bar date and motion to shorten notice re: same | 0.30 | 1,025.00 | 307.50 |
| 08/24/20 | RBRAD | Review and consider Coalition's motion to file Rule 2019 information under seal and to confirm supplemental filing satisfies Rule 2019 | 0.60 | 1,025.00 | 615.00 |
| 08/25/20 | EHARR | Review motion to enforce/amend bar date notice program | 0.40 | 970.00 | 388.00 |
| 08/25/20 | RBRAD | Correspondence with E. Harron and N. DeLuca re: updated claims data (.2) and follow up correspondence with M. Linder re: same (.2) | 0.40 | 1,025.00 | 410.00 |
| 08/25/20 | RBRAD | Review and consider motion to supplement bar date notice and motion to shorten notice re: same | 1.20 | 1,025.00 | 1,230.00 |
| 08/26/20 | EHARR | Call with Ankura re: forecast | 0.40 | 970.00 | 388.00 |
| 08/26/20 | JPATT | Touch base with Ankura re: forecast | 0.80 | 1,400.00 | 1,120.00 |

Patton, James L., Jr., Future Claimants' Representative

| | Invoice Date: | September 8, 2020 |
| --- | --- | --- |
| | Invoice Number: | 50017773 |
| | Matter Number: | 077494.1001 |

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
| --- | --- | --- | --- | --- | --- |
| 08/26/20 | SZIEG | Teleconference with J. Patton, E. Harron, R. Brady, and Ankura team re: claims forecasting issues | 0.80 | 835.00 | 668.00 |
| 08/28/20 | RBRAD | Review Herman Law Firm response to supplemental bar date motion | 0.20 | 1,025.00 | 205.00 |
| 08/28/20 | RBRAD | Review Insurers' motion to compel Coalition members to comply with Bankruptcy Rule 2019 and conduct related research | 1.80 | 1,025.00 | 1,845.00 |
| 08/30/20 | RBRAD | Review supplemental declaration of Evan Roberts re: supplemental bar date motion | 0.30 | 1,025.00 | 307.50 |
| | | **Total** | **11.20** | | **11,163.00** |

| **Task Code:** | **B008** | Meetings | | | |
| --- | --- | --- | --- | --- | --- |
| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
| 08/20/20 | RBRAD | Prepare for (.9) and attend continued section 341 meeting (2.1) | 3.00 | 1,025.00 | 3,075.00 |
| 08/26/20 | RBRAD | Conference call with FCR, YCST and Ankura teams re: updated claims forecast, asset analysis and mediation | 0.80 | 1,025.00 | 820.00 |
| 08/28/20 | EHARR | Meet with J. Patton and R. Brady re: case strategy | 0.30 | 970.00 | 291.00 |
| 08/28/20 | RBRAD | Meet with J. Patton and E. Harron re: case issues | 0.30 | 1,025.00 | 307.50 |
| 08/28/20 | JPATT | Meet with team re: case update | 0.30 | 1,400.00 | 420.00 |
| | | **Total** | **4.70** | | **4,913.50** |

| **Task Code:** | **B009** | Stay Relief Matters | | | |
| --- | --- | --- | --- | --- | --- |
| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
| 08/04/20 | EHARR | Emails re: opposition to committee's effort to lift stay as to certain councils | 0.30 | 970.00 | 291.00 |
| 08/04/20 | RBRAD | Review correspondence from M. Linder re: Debtors' motion to maintain stay against two councils and conference with E. Harron re: same (.4); follow-up correspondence with J. Patton, E. Harron and M. Linder re: same (.2) | 0.60 | 1,025.00 | 615.00 |
| 08/10/20 | RBRAD | Review tort claimants' committee motion to enforce automatic stay and related correspondence | 0.50 | 1,025.00 | 512.50 |
| 08/17/20 | JHUGH | Review memo and attachments re: orders per stay relief motion. | 0.20 | 1,025.00 | 205.00 |

Patton, James L., Jr., Future Claimants' Representative

| | | Invoice Date: | | | September 8, 2020 |
| | | Invoice Number: | | | 50017773 |
| | | Matter Number: | | | 077494.1001 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/19/20 | JHUGH | Review memo from Pachulski re: status of policy claims | 0.10 | 1,025.00 | 102.50 |
| 08/21/20 | SZIEG | Correspondence with R. Brady re: stay relief motion and insurance-related issues | 0.20 | 835.00 | 167.00 |
| 08/21/20 | JHUGH | Review motion and attachment for relief from automatic stay | 0.10 | 1,025.00 | 102.50 |
| 08/21/20 | RBRAD | Review motion to approve Qian settlement and correspondence with S. Zieg and K. Quinn re: same | 0.30 | 1,025.00 | 307.50 |
| 08/26/20 | SZIEG | Teleconference with Special Insurance Counsel and I. Nasatir re: stay relief motions (.2); preparation for same (.6); follow-up re: same (.6) | 1.40 | 835.00 | 1,169.00 |
| 08/27/20 | JHUGH | Review memo from counsel re: relief from stay request | 0.10 | 1,025.00 | 102.50 |
| 08/31/20 | SZIEG | Correspondence with R. Brady re: stay relief motions (.1); correspondence with M. Neely and K. Quinn re: same (.1); correspondence with counsel for the Debtor and the TCC re: same (.2) | 0.40 | 835.00 | 334.00 |
| 08/31/20 | JHUGH | Memo from S. Zieg re: FCR position on Henderson and Romero | 0.10 | 1,025.00 | 102.50 |
| | | **Total** | **4.30** | | **4,011.00** |

**Task Code:**    B011    Other Adversary Proceedings

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/03/20 | RBRAD | Review Hartford's response to BSA's motion for an extension of time to respond to Hartford's complaint | 0.20 | 1,025.00 | 205.00 |
| 08/03/20 | RBRAD | Review second certification of tort claimants' committee's counsel re: status of Cimarron Council's execution of preliminary injunction acknowledgment | 0.20 | 1,025.00 | 205.00 |
| 08/04/20 | AMIEL | Draft work plan for responding to mediator's request for positions (1.5); review data room documents in connection with same (3.2) | 4.70 | 490.00 | 2,303.00 |
| 08/04/20 | JKOCH | Email correspondence with A. Mielke re: case status and work plan (.1); review mediators' requests for submissions and work plan re: same (.7) | 0.80 | 400.00 | 320.00 |
| 08/06/20 | RBRAD | Review Debtors' joint motion re: preliminary injunction termination | 0.20 | 1,025.00 | 205.00 |

Patton, James L., Jr., Future Claimants' Representative

| | Invoice Date: | September 8, 2020 |
|---|---|---|
| | Invoice Number: | 50017773 |
| | Matter Number: | 077494.1001 |

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 08/07/20 | RBRAD | Review correspondence between the tort claimants' committee and Debtors re: status of two local councils and preliminary injunction | 0.40 | 1,025.00 | 410.00 |
| 08/07/20 | AMIEL | Emails with YCST team re: work plan for responding to mediator's request for submissions (.1); emails with J. Kochenash re: same (.2) | 0.30 | 490.00 | 147.00 |
| 08/07/20 | EHARR | Call with J. Stang re: mediation and case developments | 0.50 | 970.00 | 485.00 |
| 08/07/20 | RBRAD | Review correspondence with tort claimants' committee and Debtors re: whether Coalition of Abuse Survivors is a mediation party | 0.20 | 1,025.00 | 205.00 |
| 08/09/20 | RBRAD | Begin review of Debtor's submission to mediators per 7/28/20 request | 1.30 | 1,025.00 | 1,332.50 |
| 08/09/20 | AMIEL | Review Debtors' mediation submission, supporting documents, and chapter 11 plan, and analyze same | 6.40 | 490.00 | 3,136.00 |
| 08/09/20 | EHARR | Call with J. Patton and R. Brady re: case update and strategy (.3); review Debtor's mediation statement (1.5) | 1.80 | 970.00 | 1,746.00 |
| 08/09/20 | JPATT | Conference call with R. Brady and E. Harorn re: mediation issues | 0.20 | 1,400.00 | 280.00 |
| 08/10/20 | AMIEL | Confer with J. Kochenash re: mediation response | 0.40 | 490.00 | 196.00 |
| 08/10/20 | AMIEL | Confer with C. Lyons re: research for mediation issue diligence | 0.20 | 490.00 | 98.00 |
| 08/10/20 | AMIEL | Research issues in connection with response to mediators' request for party positions (4.6); draft outline and portions of response re: same (2.5) | 7.10 | 490.00 | 3,479.00 |
| 08/10/20 | AMIEL | Emails with R. Brady re: analysis of asset data in connection with mediators' request for party positions | 0.10 | 490.00 | 49.00 |
| 08/10/20 | JKOCH | Call with A. Mielke re: response to Debtors' mediation submission (.1); email correspondence with A. Mielke re: rsame (.2); review Debtor's mediation submission (2.5) | 2.80 | 400.00 | 1,120.00 |
| 08/10/20 | AMIEL | Teleconference with E. Harron, R. Brady, and J. Kochenash re: response to mediation statement | 0.90 | 490.00 | 441.00 |
| 08/10/20 | SZIEG | Correspondence with R. Brady re: call with CJAS | 0.10 | 835.00 | 83.50 |

Patton, James L., Jr., Future Claimants' Representative

| | Invoice Date: | September 8, 2020 |
| --- | --- | --- |
| | Invoice Number: | 50017773 |
| | Matter Number: | 077494.1001 |

| Date | Initials | Description | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| 08/10/20 | EHARR | Call with R. Brady, A. Mielke, and J. Kochenash re: strategy for FCR mediation statement | 0.60 | 970.00 | 582.00 |
| 08/10/20 | RBRAD | Prepare for (.3) and conference call with J. Ciancanelli and T. Lubbe re: work on FCR mediation statement (.5) | 0.80 | 1,025.00 | 820.00 |
| 08/10/20 | RBRAD | Continue review of Debtor's mediation statement (.8); conference call with E. Harron, A. Mielke and J. Kochenash re: strategy for FCR mediation statement (.9); correspondence with J. Ciancanelli re: work on FCR mediation statement (.2) | 1.90 | 1,025.00 | 1,947.50 |
| 08/11/20 | JKOCH | Assist with draft FCR's mediation submission re: plan mediation | 6.60 | 400.00 | 2,640.00 |
| 08/11/20 | AMIEL | Emails with YCST team re: response to mediators' request for positions | 0.30 | 490.00 | 147.00 |
| 08/11/20 | AMIEL | Research issues in connection with response to mediators' request for party positions and review diligence in connection with same | 10.20 | 490.00 | 4,998.00 |
| 08/11/20 | SZIEG | Review and comment re: outline for mediation submission | 0.40 | 835.00 | 334.00 |
| 08/11/20 | SZIEG | Teleconference with R. Brady and counsel for CASJ (.3); review correspondence from R. Brady re: same (.1) | 0.40 | 835.00 | 334.00 |
| 08/12/20 | AMIEL | Review/revise draft sections of mediation response; draft additional sections of response; review/analyze asset analysis and review diligence documents in connection with donations and assets | 11.60 | 490.00 | 5,684.00 |
| 08/12/20 | JKOCH | Assist with draft FCR's mediation submission | 7.00 | 400.00 | 2,800.00 |
| 08/12/20 | AMIEL | Emails with C. Lyons re: analysis of certain debtor property (.2); review/comment on analysis of same (.3); emails with E. Harron and R. Brady re: same (.1) | 0.60 | 490.00 | 294.00 |
| 08/12/20 | AMIEL | Emails with J. Ciancanelli re: analysis of Debtors' assets | 0.30 | 490.00 | 147.00 |
| 08/12/20 | AMIEL | Emails with J. Kochenash re: mediation response | 0.10 | 490.00 | 49.00 |
| 08/12/20 | AMIEL | Emails with E. Harron and C. Lyons re: review of diligence documents | 0.20 | 490.00 | 98.00 |

Patton, James L., Jr., Future Claimants' Representative

| | Invoice Date: | September 8, 2020 |
| --- | --- | --- |
| | Invoice Number: | 50017773 |
| | Matter Number: | 077494.1001 |

| Date | Initials | Description | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| 08/12/20 | RBRAD | Work on FCR mediation statement in response to mediators' questions | 1.30 | 1,025.00 | 1,332.50 |
| 08/13/20 | AMIEL | Review documents for privilege (1.3); emails with E. Harron re: same (.1) | 1.40 | 490.00 | 686.00 |
| 08/13/20 | AMIEL | Emails with R. Brady re: mediation statement | 0.10 | 490.00 | 49.00 |
| 08/13/20 | EHARR | Review documents for privilege re: insurer's requests (.5); emails re: same (.2) | 0.70 | 970.00 | 679.00 |
| 08/13/20 | SZIEG | Review draft submission re: mediation | 0.90 | 835.00 | 751.50 |
| 08/13/20 | RBRAD | Work on mediation statement | 1.40 | 1,025.00 | 1,435.00 |
| 08/14/20 | JKOCH | Assist with draft FCR's mediation submission | 1.70 | 400.00 | 680.00 |
| 08/14/20 | AMIEL | Emails with J. Ciancanelli re: asset analysis (.1); teleconference with J. Ciancanelli re: same (.7) | 0.80 | 490.00 | 392.00 |
| 08/14/20 | AMIEL | Emails with J. Kochenash, R. Brady and E. Harron re: comments to mediation response (.3); revise draft response re: same (2.2); review documents re: same (.2) | 2.70 | 490.00 | 1,323.00 |
| 08/14/20 | RBRAD | Review Coalition of Abuse Survivors supplemental Rule 2019 statement and correspondence with S. Beville re: same and status of meeting with FCR | 0.30 | 1,025.00 | 307.50 |
| 08/14/20 | SZIEG | Correspondence re: draft mediation submissions and review proposed revisions to same | 0.80 | 835.00 | 668.00 |
| 08/14/20 | EHARR | Edit draft FCR mediation statement (2.5); confer with R. Brady re: same (.5) | 3.00 | 970.00 | 2,910.00 |
| 08/14/20 | JPATT | Review mediation strategy | 1.80 | 1,400.00 | 2,520.00 |
| 08/14/20 | RBRAD | Work on mediation statement including conferences with E. Harron and S. Zieg | 2.30 | 1,025.00 | 2,357.50 |
| 08/15/20 | RBRAD | Review and revise FCR mediation statement | 0.80 | 1,025.00 | 820.00 |
| 08/16/20 | JPATT | Review and edit mediation statement | 1.20 | 1,400.00 | 1,680.00 |
| 08/16/20 | AMIEL | Emails with YCST team re: mediation position response (.2); revise response re: same (.5) | 0.70 | 490.00 | 343.00 |
| 08/16/20 | EHARR | Further edit draft FCR mediation statement | 1.20 | 970.00 | 1,164.00 |

Patton, James L., Jr., Future Claimants' Representative

| | | Invoice Date: | September 8, 2020 |
| | | Invoice Number: | 50017773 |
| | | Matter Number: | 077494.1001 |

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/16/20 | RBRAD | Review correspondence from Coalition of Abused Scouts re: motion to seek status as mediation party and correspondence with J. Patton re: same (.3); review information sent from Coalition (.3) | 0.60 | 1,025.00 | 615.00 |
| 08/16/20 | RBRAD | Continue work on mediation statement | 0.50 | 1,025.00 | 512.50 |
| 08/17/20 | AMIEL | Research third party release case law | 1.60 | 490.00 | 784.00 |
| 08/17/20 | EHARR | Further review and edit FCR's mediation statement | 2.20 | 970.00 | 2,134.00 |
| 08/17/20 | AMIEL | Revise draft of response to mediation statement | 2.40 | 490.00 | 1,176.00 |
| 08/17/20 | AMIEL | Emails with E. Harron, S. Zieg and R. Brady re: response to Debtors' mediation statement | 0.30 | 490.00 | 147.00 |
| 08/17/20 | AMIEL | Emails with J. Ciancelli re: asset analysis | 0.10 | 490.00 | 49.00 |
| 08/17/20 | JKOCH | Assist with draft FCR's mediation submission | 0.50 | 400.00 | 200.00 |
| 08/17/20 | AMIEL | Review various responses from interested parties | 1.20 | 490.00 | 588.00 |
| 08/17/20 | SZIEG | Review and revise draft mediation statement and draft insert for same (1.8); review and further revised (.9); correspondence re: same (.2) | 2.90 | 835.00 | 2,421.50 |
| 08/17/20 | RBRAD | Review Hartford Insurance mediation statement | 0.30 | 1,025.00 | 307.50 |
| 08/17/20 | RBRAD | Work on FCR mediation statement | 2.90 | 1,025.00 | 2,972.50 |
| 08/18/20 | AMIEL | Emails with R. Brady and K. Basaria re: confidentiality of mediation statements | 0.10 | 490.00 | 49.00 |
| 08/18/20 | CCATH | Update file with mediation statements | 0.60 | 295.00 | 177.00 |
| 08/18/20 | AMIEL | Review case law in connection with mediation response (.5); confer with J. Kochenash re: same (.2); emails with R. Brady and E. Harron re: same (.1) | 0.80 | 490.00 | 392.00 |
| 08/18/20 | JKOCH | Research case law in connection with parties' mediation submissions | 1.10 | 400.00 | 440.00 |
| 08/18/20 | RBRAD | Correspondence with Debtors' counsel re: mediation statements | 0.20 | 1,025.00 | 205.00 |
| 08/19/20 | CCATH | Assemble e-binder and hard copy binders of mediation statements | 1.00 | 295.00 | 295.00 |
| 08/19/20 | RBRAD | Continue reading mediation statements and correspondence with mediators re: meeting with FCR | 2.60 | 1,025.00 | 2,665.00 |

Patton, James L., Jr., Future Claimants' Representative

| | | | | | Invoice Date: | September 8, 2020 |
| | | | | | Invoice Number: | 50017773 |
| | | | | | Matter Number: | 077494.1001 |

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/19/20 | RBRAD | Correspondence with Gilbert firm re: meeting with Coalition of Abuse Survivors for Justice | 0.20 | 1,025.00 | 205.00 |
| 08/19/20 | SZIEG | Attend financial update call | 0.90 | 835.00 | 751.50 |
| 08/19/20 | JPATT | Mediation strategy review | 2.10 | 1,400.00 | 2,940.00 |
| 08/20/20 | JPATT | BSA negotiation issues review | 1.60 | 1,400.00 | 2,240.00 |
| 08/21/20 | CCATH | Update file with additional mediation statement | 0.10 | 295.00 | 29.50 |
| 08/21/20 | RBRAD | Review correspondence between Chubb and Debtors' counsel re: sharing information under mediation and protective orders | 0.20 | 1,025.00 | 205.00 |
| 08/21/20 | EHARR | Review mediation statements | 1.50 | 970.00 | 1,455.00 |
| 08/21/20 | JPATT | Mediation and negotiation issue review | 2.20 | 1,400.00 | 3,080.00 |
| 08/21/20 | RBRAD | Review inquiries from Coalition of Abuse Survivors for Justice and review protective order in these cases (.4); correspondence with J. Patton, E. Harron and K. Quinn re: same (.3); correspondence with Coalition counsel re: same (.2) | 0.90 | 1,025.00 | 922.50 |
| 08/22/20 | RBRAD | Continue review and analysis of mediation statements | 1.90 | 1,025.00 | 1,947.50 |
| 08/22/20 | EHARR | Review mediation statements | 0.70 | 970.00 | 679.00 |
| 08/22/20 | RBRAD | Review correspondence from M. Linder and J. Stang re: request for consent for additional mediation parties and correspondence with J. Patton re: same | 0.30 | 1,025.00 | 307.50 |
| 08/23/20 | RBRAD | Review objections from insurers to adding certain law firms as mediation parties representing abuse victims and correspondence with J. Patton re: same | 0.40 | 1,025.00 | 410.00 |
| 08/24/20 | JPATT | Call with team re: negotiations and updates | 0.30 | 1,400.00 | 420.00 |
| 08/24/20 | RBRAD | Teleconference with M. Linder re: mediation and discussion of mediation parties | 0.40 | 1,025.00 | 410.00 |
| 08/24/20 | RBRAD | Review follow-up emails from insurers re: request by certain plaintiff law firms to become mediation parties | 0.20 | 1,025.00 | 205.00 |
| 08/25/20 | AMIEL | Teleconference with E. Harron, R. Brady, and Debtors' counsel re: discovery (.4); follow up emails with E. Harron, R. Brady and C. Lyons re: same (.1); review documents re: same (.1) | 0.60 | 490.00 | 294.00 |

Patton, James L., Jr., Future Claimants' Representative

| | | | | Invoice Date: | September 8, 2020 |
|---|---|---|---|---|---|
| | | | | Invoice Number: | 50017773 |
| | | | | Matter Number: | 077494.1001 |

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 08/25/20 | CLYON | Pull relevant FCR communications for R. Brady and E. Harron | 0.50 | 400.00 | 200.00 |
| 08/25/20 | JPATT | Review pleading and materials re: mediation and the Coalition | 1.90 | 1,400.00 | 2,660.00 |
| 08/25/20 | EHARR | Call with Debtors re: document production requested by insurers (.3); review documents for privilege (.5) | 0.80 | 970.00 | 776.00 |
| 08/25/20 | SZIEG | Teleconference with Gilbert and Coalition re: insurance-related issues | 1.00 | 835.00 | 835.00 |
| 08/25/20 | RBRAD | Conference call with counsel to BSA re: document production request from insurers and related issues (.3); follow-up emails with E. Harron and A. Mielke re: same (.1) | 0.40 | 1,025.00 | 410.00 |
| 08/26/20 | JPATT | Review materials and issues re: mediation | 0.90 | 1,400.00 | 1,260.00 |
| 08/26/20 | JPATT | Prepare for call with mediators | 1.80 | 1,400.00 | 2,520.00 |
| 08/26/20 | JPATT | Review latest pleadings re: Coalition and 2019 and mediation | 0.90 | 1,400.00 | 1,260.00 |
| 08/26/20 | RBRAD | Conduct BSA and Local Council asset analysis from diligence produces, Ankura work and mediation statements | 2.20 | 1,025.00 | 2,255.00 |
| 08/26/20 | SZIEG | Teleconference with K. Quinn and M. Neely re: insurance-related matters (.5); teleconference with E. Harron re: same (.1); correspondence with R. Brady and E. Harron re: asset diligence issues (.1) and review pertinent documents re: same (1.0) | 1.60 | 835.00 | 1,336.00 |
| 08/26/20 | RBRAD | Review Coalition's motion to participate in plan mediation and correspondence with J. Patton, E. Harron and S. Zieg re: same | 0.40 | 1,025.00 | 410.00 |
| 08/26/20 | EHARR | Prepare for mediation | 0.50 | 970.00 | 485.00 |
| 08/27/20 | JPATT | Talk with team re: mediation call debrief | 0.20 | 1,400.00 | 280.00 |
| 08/27/20 | JPATT | Prepare for (.1) and attend conference call with mediators (.5); follow-up discussions with R. Brady and E. Harron re: same (.3) | 0.90 | 1,400.00 | 1,260.00 |
| 08/27/20 | RBRAD | Prepare for (.3) and attend conference call with mediators (.5); and follow up discussions with J. Patton and E. Harron re: same (.3) | 1.10 | 1,025.00 | 1,127.50 |
| 08/27/20 | EHARR | Call with mediators re: plan mediation | 0.50 | 970.00 | 485.00 |
| 08/28/20 | CCATH | Update file of mediation statements | 0.20 | 295.00 | 59.00 |

Patton, James L., Jr., Future Claimants' Representative

| | | | Invoice Date: | September 8, 2020 |
| | | | Invoice Number: | 50017773 |
| | | | Matter Number: | 077494.1001 |

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|------|----------|-------------|-------|------|--------|
| 08/28/20 | AMIEL | Emails with Debtors and interested parties re: mediation parties | 0.10 | 490.00 | 49.00 |
| 08/28/20 | JPATT | Review materials in connection with motions and mediation | 2.80 | 1,400.00 | 3,920.00 |
| | | **Total** | **148.00** | | **111,637.50** |

**Task Code:**   B012   Plan and Disclosure Statement

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|------|----------|-------------|-------|------|--------|
| 08/07/20 | JKOCH | Email correspondence with A. Mielke re: case status and work plan | 0.20 | 400.00 | 80.00 |
| 08/07/20 | RBRAD | Conference call with J. Stang and E. Harron re: case issues and updates | 0.60 | 1,025.00 | 615.00 |
| 08/07/20 | RBRAD | Correspondence with Sunni Beville re: meeting with ad hoc committee of survivors; conference with E. Harron re: same; correspondence with J. Patton re: same | 0.30 | 1,025.00 | 307.50 |
| 08/07/20 | RBRAD | Correspondence with J. Stang re: plan mediation | 0.20 | 1,025.00 | 205.00 |
| 08/07/20 | JPATT | Review issues raised by committee and other creditor groups re: initiation process | 1.80 | 1,400.00 | 2,520.00 |
| 08/09/20 | RBRAD | Conference call with J. Patton and E. Harron re: mediation issues | 0.20 | 1,025.00 | 205.00 |
| 08/10/20 | CLYON | Conduct research related to BSA real property for mediation statement | 4.30 | 400.00 | 1,720.00 |
| 08/10/20 | JKOCH | Internal call with YCST team re: response to Debtors' mediation submission | 0.90 | 400.00 | 360.00 |
| 08/10/20 | CLYON | Discuss Summit property-related research project with A. Mielke | 0.10 | 400.00 | 40.00 |
| 08/11/20 | CLYON | Review and analyze charitable gifts and pledges made to BSA and other files in data room and prepare summary thereof for research project for A. Mielke | 7.90 | 400.00 | 3,160.00 |
| 08/11/20 | RBRAD | Prepare for (.2) and conference call with counsel to Coalition of Abuse Survivors re: case issues and mediation (.5); follow-up conference with E. Harron (.2) and correspondence with J. Patton re: same (.2) | 1.10 | 1,025.00 | 1,127.50 |

Patton, James L., Jr., Future Claimants' Representative

| | | Invoice Date: | September 8, 2020 |
| | | Invoice Number: | 50017773 |
| | | Matter Number: | 077494.1001 |

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|----------|----------|-------------|-------|------|--------|
| 08/12/20 | CLYON | Review documents to be produced to insurers to ensure that no documents subject to common interest privilege are produced and correspond with E. Harron and A. Mielke re: the same | 1.90 | 400.00 | 760.00 |
| 08/12/20 | CLYON | Review data room and finalize memo to A. Mielke summarizing findings | 3.50 | 400.00 | 1,400.00 |
| 08/12/20 | CLYON | Conduct additional research re: charitable gift law in the context of Summit memo | 0.30 | 400.00 | 120.00 |
| 08/12/20 | EHARR | Call with Ankura and R. Brady re: plan-related liability forecasting issues | 0.30 | 970.00 | 291.00 |
| 08/13/20 | CCATH | Research re: treatment of future claims per request of S. Zieg | 2.50 | 295.00 | 737.50 |
| 08/14/20 | CCATH | Research re: treatment of future claims per request of S. Zieg | 2.00 | 295.00 | 590.00 |
| 08/19/20 | AMIEL | Teleconference with Debtors' advisors re: fiscal update (.7); Draft notes and summary of same (.3) | 1.00 | 490.00 | 490.00 |
| 08/21/20 | RBRAD | Review summary of A&M update presentation on financial condition of the Debtors | 0.20 | 1,025.00 | 205.00 |
| | | **Total** | **29.30** | | **14,933.50** |

| **Task Code:** | B015 | Employee Matters |
|---|---|---|

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|----------|----------|-------------|-------|------|--------|
| 08/01/20 | JKOCH | Prepare summary of parameters re: severance payments | 2.00 | 400.00 | 800.00 |
| | | **Total** | **2.00** | | **800.00** |

| **Task Code:** | B017 | Retention of Professionals/Fee Issues |
|---|---|---|

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|----------|----------|-------------|-------|------|--------|
| 08/04/20 | LEDEN | Finalize, file, and serve certificate of no objection re: Gilbert's monthly fee statement for June 2020 | 0.30 | 295.00 | 88.50 |
| 08/04/20 | CCATH | Obtain approval of CNO re: Gilbert second monthly fee application | 0.10 | 295.00 | 29.50 |
| 08/07/20 | CCATH | File and serve certificate of no objection re: Ankura monthly fee application | 0.30 | 295.00 | 88.50 |
| 08/07/20 | LEDEN | Email to E. Harron re: certificates of no objection re: FCR/YCST's third monthly fee statement and Ankura's first monthly fee statement | 0.10 | 295.00 | 29.50 |

Patton, James L., Jr., Future Claimants' Representative

| | | | Invoice Date: | September 8, 2020 |
| | | | Invoice Number: | 50017773 |
| | | | Matter Number: | 077494.1001 |

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 08/20/20 | LEDEN | Finalize, file, and serve monthly fee statement of Gilbert for July 2020 | 0.40 | 295.00 | 118.00 |
| 08/20/20 | RBRAD | Review Debtors' application to retain Quinn Emmanuel | 0.20 | 1,025.00 | 205.00 |
| 08/25/20 | LEDEN | Draft Ankura's first quarterly fee statement for the period April-July 2020 | 0.50 | 295.00 | 147.50 |
| 08/25/20 | LEDEN | Follow-up email to Ankura re: quarterly fee statement | 0.10 | 295.00 | 29.50 |
| 08/26/20 | LEDEN | Draft Ankura's monthly fee statement for July 2020 | 0.50 | 295.00 | 147.50 |
| 08/26/20 | LEDEN | Follow-up with P. Irvine from Ankura re: July 2020 monthly fee statement | 0.10 | 295.00 | 29.50 |
| 08/26/20 | LEDEN | Review quarterly fee statement received from Gilbert for the period March-July 2020 | 0.10 | 295.00 | 29.50 |
| 08/26/20 | LEDEN | Update draft re: Ankura's quarterly fee statement for April-July 2020 | 0.30 | 295.00 | 88.50 |
| 08/27/20 | LEDEN | Follow-up to working group re: status of quarterly fee statements of FCR professionals | 0.10 | 295.00 | 29.50 |
| 08/27/20 | LEDEN | Email to S. Zieg re: Ankura fee invoices | 0.10 | 295.00 | 29.50 |
| 08/27/20 | LEDEN | Update and revise notice re: Ankura's quarterly fee statement for April-July 2020 | 0.10 | 295.00 | 29.50 |
| 08/27/20 | LEDEN | Update and revise notice re: FCR/YCST's quarterly fee statement for May-July 2020 | 0.10 | 295.00 | 29.50 |
| 08/27/20 | LEDEN | Update and revise notice re: Gilbert's quarterly fee statement for March-July 2020 | 0.10 | 295.00 | 29.50 |
| 08/27/20 | LEDEN | Email to C. Wernli at Ankura re: revisions to invoices | 0.10 | 295.00 | 29.50 |
| 08/31/20 | LEDEN | Finalize, file, and serve Ankura's quarterly fee statement for April-July 2020 | 0.50 | 295.00 | 147.50 |
| 08/31/20 | LEDEN | Finalize, file, and serve Gilbert's quarterly fee statement for March-July 2020 | 0.50 | 295.00 | 147.50 |
| 08/31/20 | LEDEN | Finalize, file, and serve Ankura's monthly fee statement for July 2020 | 0.40 | 295.00 | 118.00 |
| | | **Total** | **5.00** | | **1,621.00** |

Patton, James L., Jr., Future Claimants' Representative

| | | | | Invoice Date: | September 8, 2020 |
| | | | | Invoice Number: | 50017773 |
| | | | | Matter Number: | 077494.1001 |

**Task Code:**   B018      Fee Application Preparation

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 08/07/20 | CCATH | File and serve certificate of no objection re: FCR/YCST third monthly fee application | 0.30 | 295.00 | 88.50 |
| 08/10/20 | EHARR | Edit YCST July 2020 fee statement re: fee application preparation | 0.30 | 970.00 | 291.00 |
| 08/12/20 | CCATH | Confer with L. Eden re: FCR/YCST second quarterly fee application | 0.20 | 295.00 | 59.00 |
| 08/12/20 | LEDEN | Draft July 2020 monthly fee statement for the FCR and YCST | 1.10 | 295.00 | 324.50 |
| 08/12/20 | LEDEN | Draft quarterly fee statement of FCR and YCST for May through July 2020 | 1.70 | 295.00 | 501.50 |
| 08/13/20 | CCATH | Confer with L. Eden re: FCR/YCST second quarterly fee application | 0.10 | 295.00 | 29.50 |
| 08/13/20 | LEDEN | Update and revise draft FCR/YCST quarterly fee statement for May-July 2020 | 0.50 | 295.00 | 147.50 |
| 08/19/20 | LEDEN | Review, update, and revise combined quarterly fee statement of FCR/YCST for the period May-July 2020 | 0.40 | 295.00 | 118.00 |
| 08/19/20 | EHARR | Review draft YCST quarterly fee application | 0.30 | 970.00 | 291.00 |
| 08/20/20 | LEDEN | Obtain and email LEDES files to fee examiner and related parties | 0.10 | 295.00 | 29.50 |
| 08/20/20 | LEDEN | Finalize, file, and serve combined fee statement of FCR/YCST for July 2020 | 0.40 | 295.00 | 118.00 |
| 08/20/20 | LEDEN | Draft certificate of service re: combined fee statement of FCR/YCST for July 2020 | 0.10 | 295.00 | 29.50 |
| 08/31/20 | LEDEN | Finalize, file, and serve FCR/YCST's combined quarterly fee statement for May-July 2020 | 0.40 | 295.00 | 118.00 |
| | | **Total** | **5.90** | | **2,145.50** |

Patton, James L., Jr., Future Claimants' Representative

| | |
|---|---|
| Invoice Date: | September 8, 2020 |
| Invoice Number: | 50017773 |
| Matter Number: | 077494.1001 |

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| AMIEL | Allison S. Mielke | Associate | 57.30 | 490.00 | 28,077.00 |
| CCATH | Casey Cathcart | Paralegal | 9.70 | 295.00 | 2,861.50 |
| CLYON | Catherine C. Lyons | Associate | 18.50 | 400.00 | 7,400.00 |
| EHARR | Edwin J. Harron | Partner | 17.10 | 970.00 | 16,587.00 |
| JPATT | James L. Patton Jr | Partner | 21.70 | 1,400.00 | 30,380.00 |
| JHUGH | James P. Hughes | Partner | 0.60 | 1,025.00 | 615.00 |
| JKOCH | Jared W. Kochenash | Associate | 23.60 | 400.00 | 9,440.00 |
| LEDEN | Lisa M. Eden | Paralegal | 14.00 | 295.00 | 4,130.00 |
| RBRAD | Robert S. Brady | Partner | 45.60 | 1,025.00 | 46,740.00 |
| SZIEG | Sharon M. Zieg | Partner | 13.90 | 835.00 | 11,606.50 |
| **Total** | | | **222.00** | | **$157,837.00** |

Patton, James L., Jr., Future Claimants' Representative

| | |
|---|---|
| Invoice Date: | September 8, 2020 |
| Invoice Number: | 50017773 |
| Matter Number: | 077494.1001 |

**Task Summary**

**Task Code:B001**  **Case Administration**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Robert S. Brady | Partner | 0.20 | 1,025.00 | 205.00 |
| Sharon M. Zieg | Partner | 0.50 | 835.00 | 417.50 |
| Casey Cathcart | Paralegal | 2.00 | 295.00 | 590.00 |
| Lisa M. Eden | Paralegal | 4.90 | 295.00 | 1,445.50 |
| **Total** | | **7.60** | | **2,658.00** |

**Task Code:B002**  **Court Hearings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Robert S. Brady | Partner | 3.60 | 1,025.00 | 3,690.00 |
| Casey Cathcart | Paralegal | 0.20 | 295.00 | 59.00 |
| **Total** | | **3.80** | | **3,749.00** |

**Task Code:B003**  **Cash Collateral/DIP Financing**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Robert S. Brady | Partner | 0.20 | 1,025.00 | 205.00 |
| **Total** | | **0.20** | | **205.00** |

**Task Code:B007**  **Claims Analysis, Objections and Resolutions**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Edwin J. Harron | Partner | 1.60 | 970.00 | 1,552.00 |
| James L. Patton Jr | Partner | 0.80 | 1,400.00 | 1,120.00 |
| Robert S. Brady | Partner | 6.30 | 1,025.00 | 6,457.50 |
| Sharon M. Zieg | Partner | 2.40 | 835.00 | 2,004.00 |
| Casey Cathcart | Paralegal | 0.10 | 295.00 | 29.50 |
| **Total** | | **11.20** | | **11,163.00** |

**Task Code:B008**  **Meetings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Edwin J. Harron | Partner | 0.30 | 970.00 | 291.00 |
| James L. Patton Jr | Partner | 0.30 | 1,400.00 | 420.00 |
| Robert S. Brady | Partner | 4.10 | 1,025.00 | 4,202.50 |
| **Total** | | **4.70** | | **4,913.50** |

Patton, James L., Jr., Future Claimants' Representative

Invoice Date:                    September 8, 2020
Invoice Number:                          50017773
Matter Number:                         077494.1001

**Task Code:B009**          **Stay Relief Matters**

| **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| Edwin J. Harron | Partner | 0.30 | 970.00 | 291.00 |
| James P. Hughes | Partner | 0.60 | 1,025.00 | 615.00 |
| Robert S. Brady | Partner | 1.40 | 1,025.00 | 1,435.00 |
| Sharon M. Zieg | Partner | 2.00 | 835.00 | 1,670.00 |
| **Total** | | **4.30** | | **4,011.00** |

**Task Code:B011**          **Other Adversary Proceedings**

| **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| Edwin J. Harron | Partner | 14.00 | 970.00 | 13,580.00 |
| James L. Patton Jr | Partner | 18.80 | 1,400.00 | 26,320.00 |
| Robert S. Brady | Partner | 27.00 | 1,025.00 | 27,675.00 |
| Sharon M. Zieg | Partner | 9.00 | 835.00 | 7,515.00 |
| Allison S. Mielke | Associate | 56.30 | 490.00 | 27,587.00 |
| Catherine C. Lyons | Associate | 0.50 | 400.00 | 200.00 |
| Jared W. Kochenash | Associate | 20.50 | 400.00 | 8,200.00 |
| Casey Cathcart | Paralegal | 1.90 | 295.00 | 560.50 |
| **Total** | | **148.00** | | **111,637.50** |

**Task Code:B012**          **Plan and Disclosure Statement**

| **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| Edwin J. Harron | Partner | 0.30 | 970.00 | 291.00 |
| James L. Patton Jr | Partner | 1.80 | 1,400.00 | 2,520.00 |
| Robert S. Brady | Partner | 2.60 | 1,025.00 | 2,665.00 |
| Allison S. Mielke | Associate | 1.00 | 490.00 | 490.00 |
| Catherine C. Lyons | Associate | 18.00 | 400.00 | 7,200.00 |
| Jared W. Kochenash | Associate | 1.10 | 400.00 | 440.00 |
| Casey Cathcart | Paralegal | 4.50 | 295.00 | 1,327.50 |
| **Total** | | **29.30** | | **14,933.50** |

**Task Code:B015**          **Employee Matters**

| **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| Jared W. Kochenash | Associate | 2.00 | 400.00 | 800.00 |
| **Total** | | **2.00** | | **800.00** |

**Task Code:B017**          **Retention of Professionals/Fee Issues**

| **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| Robert S. Brady | Partner | 0.20 | 1,025.00 | 205.00 |
| Casey Cathcart | Paralegal | 0.40 | 295.00 | 118.00 |
| Lisa M. Eden | Paralegal | 4.40 | 295.00 | 1,298.00 |
| **Total** | | **5.00** | | **1,621.00** |

Patton, James L., Jr., Future Claimants' Representative

| | Invoice Date: | September 8, 2020 |
|---|---|---|
| | Invoice Number: | 50017773 |
| | Matter Number: | 077494.1001 |

**Task Code:B018**          **Fee Application Preparation**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Edwin J. Harron | Partner | 0.60 | 970.00 | 582.00 |
| Casey Cathcart | Paralegal | 0.60 | 295.00 | 177.00 |
| Lisa M. Eden | Paralegal | 4.70 | 295.00 | 1,386.50 |
| **Total** | | **5.90** | | **2,145.50** |