# **<u>EXHIBIT B</u>**

26437925.4

Patton, James L., Jr., Future Claimants' Representative    Invoice Date:    September 8, 2020
                                                           Invoice Number:        50017773
                                                           Matter Number:       077494.1001

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 07/01/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/01/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/01/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/01/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/01/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/02/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 07/02/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 07/02/20 | Docket Retrieval / Search | 18.00 | 1.80 |
| 07/02/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 07/02/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 07/02/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 07/02/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/02/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/02/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 07/02/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 07/02/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 07/02/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/02/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 07/02/20 | Docket Retrieval / Search | 6.00 | 0.60 |
| 07/03/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 07/06/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/06/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 07/06/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/06/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/06/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/06/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/06/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/06/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/06/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/06/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/07/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 07/07/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/07/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/07/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/07/20 | Docket Retrieval / Search | 14.00 | 1.40 |
| 07/07/20 | Docket Retrieval / Search | 5.00 | 0.50 |

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 07/07/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/07/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/08/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/08/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 07/08/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 07/08/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/08/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/08/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 07/08/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/08/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/09/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 07/09/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 07/09/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/09/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 07/09/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/09/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/10/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/10/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 07/10/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/10/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 07/10/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/13/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/13/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/13/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/13/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/13/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/13/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/13/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 07/14/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/14/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 07/14/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/14/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/14/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/14/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/14/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/14/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 07/14/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/14/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/14/20 | Docket Retrieval / Search | 1.00 | 0.10 |

Patton, James L., Jr., Future Claimants' Representative    Invoice Date: September 8, 2020
Invoice Number: 50017773
Matter Number: 077494.1001

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 07/14/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/15/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/15/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/15/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/15/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/15/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/16/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/16/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/16/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/17/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/17/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/20/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/20/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/20/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/20/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 07/20/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/20/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/20/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/20/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/21/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/21/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/21/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/21/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 07/22/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/22/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 07/22/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/22/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/22/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 07/22/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/22/20 | Docket Retrieval / Search | 6.00 | 0.60 |
| 07/22/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/22/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 07/22/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 07/22/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/22/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 07/23/20 | Docket Retrieval / Search | 8.00 | 0.80 |
| 07/23/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/23/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/23/20 | Docket Retrieval / Search | 1.00 | 0.10 |

Patton, James L., Jr., Future Claimants' Representative	Invoice Date:	September 8, 2020
Invoice Number:	50017773
Matter Number:	077494.1001

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 07/23/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/23/20 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 2.76 |
| 07/23/20 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 0.53 |
| 07/23/20 | Docket Retrieval / Search | 8.00 | 0.80 |
| 07/23/20 | Docket Retrieval / Search | 8.00 | 0.80 |
| 07/23/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 07/23/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/23/20 | Docket Retrieval / Search | 8.00 | 0.80 |
| 07/23/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/23/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/23/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/23/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/24/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/24/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/24/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/24/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 07/27/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/27/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 07/27/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/27/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/27/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/27/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 07/27/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/27/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/27/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 07/27/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/27/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/27/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/27/20 | Photocopy Charges Duplication BW | 12.00 | 2.40 |
| 07/27/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/27/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 07/27/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/28/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/28/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 07/28/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/28/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/28/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/28/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/28/20 | Docket Retrieval / Search | 30.00 | 3.00 |

Patton, James L., Jr., Future Claimants' Representative    Invoice Date:    September 8, 2020
Invoice Number:    50017773
Matter Number:    077494.1001

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 07/28/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/29/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/29/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/29/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 07/29/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/30/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/30/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 07/30/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/30/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/31/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/31/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/31/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/31/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 07/31/20 | Docket Retrieval / Search | 6.00 | 0.60 |
| 08/04/20 | Postage | 7.00 | 7.00 |
| 08/04/20 | Photocopy Charges Duplication BW | 28.00 | 5.60 |
| 08/07/20 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 3.24 |
| 08/07/20 | Photocopy Charges Duplication BW | 61.00 | 12.20 |
| 08/09/20 | Photocopy Charges Duplication BW | 35.00 | 7.00 |
| 08/09/20 | Photocopy Charges Duplication BW | 86.00 | 17.20 |
| 08/09/20 | Teleconference - Payee: Soundpath Confer Services, LLC | 0.50 | 1.45 |
| 08/09/20 | Photocopy Charges Duplication BW | 90.00 | 18.00 |
| 08/10/20 | Photocopy Charges Duplication | 86.00 | 17.20 |
| 08/10/20 | Photocopy Charges Duplication BW | 35.00 | 7.00 |
| 08/10/20 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 6.39 |
| 08/10/20 | Reliable Wilmington - Deposition/Transcript Transcript of 3/30/20 hearing (invoice not received until 7/29/20) | 1.00 | 30.00 |
| 08/11/20 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 2.29 |
| 08/12/20 | Photocopy Charges Duplication BW | 14.00 | 2.80 |
| 08/13/20 | Photocopy Charges Duplication BW | 14.00 | 2.80 |
| 08/18/20 | Photocopy Charges Duplication BW | 12.00 | 2.40 |
| 08/19/20 | Photocopy Charges Duplication BW | 810.00 | 162.00 |
| 08/26/20 | Photocopy Charges Duplication BW | 59.00 | 11.80 |
| 08/26/20 | Photocopy Charges Duplication BW | 59.00 | 11.80 |
| 08/27/20 | Facsimile 8665332946 001Pgs .00Phone | 0.25 | 0.25 |
| 08/31/20 | Postage | 1.00 | 1.60 |

Patton, James L., Jr., Future Claimants' Representative

| | | Invoice Date: | September 8, 2020 |
| | | Invoice Number: | 50017773 |
| | | Matter Number: | 077494.1001 |

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---|---|
| 08/31/20 | Photocopy Charges Duplication BW | 40.00 | 8.00 |
| 08/31/20 | Photocopy Charges Duplication BW | 74.00 | 14.80 |
| 08/31/20 | Postage | 7.00 | 8.40 |
| | **Total** | | **$445.21** |

| | |
|---|---|
| Patton, James L., Jr., Future Claimants' Representative | Invoice Date: September 8, 2020 |
| | Invoice Number: 50017773 |
| | Matter Number: 077494.1001 |

**Cost Summary**

| **Description** | **Amount** |
|---|---:|
| Deposition/Transcript | 30.00 |
| Docket Retrieval / Search | 78.30 |
| Facsimile | 0.25 |
| Postage | 17.00 |
| Reproduction Charges | 303.00 |
| Teleconference / Video Conference | 16.66 |
| **Total** | **$445.21** |