## Exhibit B

**Expense Detail**

**SIDLEY AUSTIN LLP**

Invoice Number:  40056987
Boy Scouts of America

Chapter 11 Matters


E X P E N S E   D E T A I L


| Date | Narrative | Amount |
|------|-----------|-------:|
| 07/14/20 | 06/15/20-Telephone Charges Conference Call | $1.01 |
| 07/14/20 | 06/02/20-Telephone Charges Conference Call | 0.54 |
| 07/14/20 | 06/03/20-Telephone Charges Conference Call | 7.91 |
| 07/14/20 | 06/03/20-Telephone Charges Conference Call | 2.25 |
| 07/14/20 | 06/04/20-Telephone Charges Conference Call | 10.41 |
| 07/14/20 | 06/12/20-Telephone Charges Conference Call | 8.75 |
| 07/14/20 | 06/18/20-Telephone Charges Conference Call | 6.18 |
| 07/14/20 | 06/25/20-Telephone Charges Conference Call | 11.65 |
| 07/29/20 | 06/01/20-Telephone Charges Conference Call | 11.89 |
| 07/29/20 | 06/01/20-Telephone Charges Conference Call | 12.04 |
| 08/03/20 | 07/02/20 - THE BUREAU OF NATIONAL AFFAIRS - 6888260188 - SEARCH SERVICE | 3.00 |
| 08/08/20 | 07/06/20- Federal Express Corporation- TR #394558093215 JESSICA BOELTER | 130.63 |
| 08/08/20 | 07/07/20- Federal Express Corporation- TR #394599439550 JESSICA BOELTER | 79.79 |
| 08/08/20 | 06/30/20- Federal Express Corporation- TR #394383301160 JESSICA BOELTER | 79.79 |
| 08/08/20 | 07/02/20- Federal Express Corporation- TR #394466086105 JESSICA BOELTER | 41.02 |
| 08/08/20 | 06/29/20- Federal Express Corporation- TR #394344207180 ALEX ROVIRA | 21.12 |
| 08/20/20 | 08/19/20-Duplicating Charges (Color) Time: 15:37:00 | 5.20 |
| 08/20/20 | 08/19/20-Duplicating Charges (Color) Time: 15:40:00 | 1.10 |
| 08/20/20 | 08/19/20-Duplicating Charges (Color) Time: 15:36:00 | 0.30 |
| 08/20/20 | 08/19/20-Duplicating Charges (Color) Time: 15:40:00 | 1.40 |
| 08/20/20 | 08/19/20-Duplicating Charges (Color) Time: 15:38:00 | 0.40 |
| 08/20/20 | 08/19/20-Duplicating Charges (Color) Time: 15:41:00 | 0.40 |
| 08/20/20 | 08/19/20-Duplicating Charges (Color) Time: 15:39:00 | 1.30 |
| 08/20/20 | 08/19/20-Duplicating Charges (Color) Time: 15:40:00 | 0.30 |
| 08/20/20 | 08/19/20-Duplicating Charges (Color) Time: 15:41:00 | 4.20 |
| 08/20/20 | 08/19/20-Duplicating Charges (Color) Time: 15:37:00 | 3.50 |
| 08/20/20 | 08/19/20-Duplicating Charges (Color) Time: 15:41:00 | 0.10 |
| 08/20/20 | 08/04/20-Westlaw research service | 93.41 |

SIDLEY AUSTIN LLP

Invoice Number:  40056987
Boy Scouts of America

Chapter 11 Matters

| Date | Narrative | Amount |
|------|-----------|-------:|
| 08/20/20 | 08/10/20-Westlaw research service | 46.71 |
| 08/20/20 | 08/12/20-Westlaw research service | 70.55 |
| 08/20/20 | 08/12/20-Westlaw research service | 93.41 |
| 08/20/20 | 08/14/20-Westlaw research service | 199.24 |
| 08/20/20 | 08/14/20-Westlaw research service | 46.71 |
| 08/20/20 | 08/03/20-Westlaw research service | 233.81 |
| 08/20/20 | 08/14/20-Westlaw research service | 140.28 |
| 08/20/20 | 08/05/20-Westlaw research service | 176.22 |
| 08/20/20 | 08/01/20-Westlaw research service | 39.85 |
| 08/20/20 | 08/01/20-Westlaw research service | 46.71 |
| 08/20/20 | 08/02/20-Westlaw research service | 140.12 |
| 08/20/20 | 08/10/20-Westlaw research service | 39.85 |
| 08/20/20 | 08/10/20-Westlaw research service | 17.64 |
| 08/20/20 | 08/10/20-Westlaw research service | 467.07 |
| 08/20/20 | 08/11/20-Westlaw research service | 119.55 |
| 08/20/20 | 08/11/20-Westlaw research service | 420.37 |
| 08/20/20 | 08/12/20-Westlaw research service | 150.25 |
| 08/20/20 | 08/12/20-Westlaw research service | 1,447.93 |
| 08/20/20 | 08/13/20-Westlaw research service | 39.85 |
| 08/20/20 | 08/13/20-Westlaw research service | 233.54 |
| 08/20/20 | 08/14/20-Westlaw research service | 478.18 |
| 08/20/20 | 08/14/20-Westlaw research service | 1,261.10 |
| 08/20/20 | 08/02/20-Westlaw research service | 607.89 |
| 08/20/20 | 08/04/20-Westlaw research service | 187.04 |
| 08/20/20 | 08/11/20-Westlaw research service | 46.76 |
| 08/20/20 | 08/13/20-Westlaw research service | 39.89 |
| 08/20/20 | 08/13/20-Westlaw research service | 46.76 |
| 08/20/20 | 08/14/20-Westlaw research service | 46.76 |
| 08/20/20 | 08/11/20-Westlaw research service | 42.90 |
| 08/20/20 | 08/11/20-Westlaw research service | 46.71 |
| 08/20/20 | 08/05/20-Westlaw research service | 46.76 |

SIDLEY AUSTIN LLP

Invoice Number:  40056987
Boy Scouts of America

Chapter 11 Matters

| Date | Narrative | Amount |
|---|---|---|
| 08/20/20 | 08/06/20-Westlaw research service | 79.79 |
| 08/20/20 | 08/13/20-Westlaw research service | 188.02 |
| 08/20/20 | 08/14/20-Westlaw research service | 509.46 |
| 08/20/20 | 08/05/20-Westlaw research service | 180.17 |
| 08/20/20 | 08/11/20-Westlaw research service | 540.20 |
| 08/20/20 | 08/14/20-Westlaw research service | 417.25 |
| 08/20/20 | 08/13/20-Westlaw research service | 42.90 |
| 08/21/20 | 08/13/20 - Williams Lea - 0001025357-000 Reprographics | 0.10 |
| 08/21/20 | 08/17/20 - Williams Lea - 0001025614-000 Reprographics | 0.10 |
| 08/25/20 | E-Discovery Monthly Service Fee | 500.00 |
| 08/25/20 | Electronic Data Hosting | 81.75 |
| 08/26/20 | 08/19/20 - Williams Lea - 0001026521-000 Reprographics | 0.10 |
| 08/27/20 | 08/24/20 - Williams Lea - 0001027292-000 Reprographics | 0.10 |
| 08/27/20 | Professional Services Consulting (Manager) | 1,912.50 |
| 08/27/20 | Professional Services Consulting (Project Mgr) | 585.00 |
| 08/28/20 | 08/25/20 - Williams Lea - 0001027522-000 Reprographics | 0.10 |
| 08/28/20 | 08/27/20-Duplicating Charges (Color) Time: 15:39:00 | 1.20 |
| 08/28/20 | 08/27/20-Duplicating Charges (Color) Time: 15:38:00 | 0.60 |
| 08/28/20 | 08/27/20-Duplicating Charges (Color) Time: 15:37:00 | 1.90 |
| 08/28/20 | 08/27/20-Duplicating Charges (Color) Time: 15:37:00 | 0.90 |
| 08/28/20 | 08/27/20-Duplicating Charges (Color) Time: 15:38:00 | 1.20 |
| 08/28/20 | 08/27/20-Duplicating Charges (Color) Time: 15:40:00 | 1.70 |
| 08/28/20 | 08/27/20-Duplicating Charges (Color) Time: 15:39:00 | 0.20 |
| 08/28/20 | 08/27/20-Duplicating Charges (Color) Time: 15:36:00 | 1.90 |
| 08/28/20 | 08/27/20-Duplicating Charges (Color) Time: 15:40:00 | 1.80 |
| 08/31/20 | 08/19/20- Federal Express Corporation- TR #395991253095 JESSICA BOETLER | 25.36 |
| 08/31/20 | 08/19/20- Federal Express Corporation- TR #395991189634 THOMAS LABUDA | 24.33 |
| 08/31/20 | 08/19/20- Federal Express Corporation- TR #395991227205 MATT LINDER | 24.33 |
| 08/31/20 | 08/19/20- Federal Express Corporation- TR #395990904387 ALLISON STROMBERG | 24.33 |
| 08/31/20 | 08/19/20- Federal Express Corporation- TR #395991065196 LAURA BACCASH | 24.33 |

**SIDLEY AUSTIN LLP**

Invoice Number:  40056987
Boy Scouts of America

Chapter 11 Matters

| Date | Narrative | Amount |
|------|-----------|--------|
| 08/31/20 | 08/19/20- Federal Express Corporation- TR #395991121844 MELANIE WALKER | 24.33 |
| 08/31/20 | 08/19/20- Federal Express Corporation- TR #395990488950 MIKE ANDOLINA | 24.33 |
| 08/31/20 | 08/19/20- Federal Express Corporation- TR #395990534530 KARIM BASARIA | 24.33 |
| 08/31/20 | 08/19/20- Federal Express Corporation- TR #395990581682 JOAN HAYNER | 24.33 |
| 08/31/20 | 08/19/20- Federal Express Corporation- TR #395990694160 BLAIR WARNER | 24.33 |
| 08/31/20 | 08/19/20- Federal Express Corporation- TR #395990802267 JACKSON GARVEY | 24.33 |
| 08/31/20 | 08/19/20- Federal Express Corporation- TR #395990849471 BILL CURTIN | 15.19 |
| 08/31/20 | 08/19/20- Federal Express Corporation- TR #395990630445 ANDRES BARAJAS | 15.19 |
| 08/31/20 | 08/19/20- Federal Express Corporation- TR #395991165843 SHAFAQ HASAN | 15.19 |
| 08/31/20 | 08/19/20- Federal Express Corporation- TR #395991275273 ALEX ROVIRA | 15.19 |
| 08/31/20 | 08/18/20- Federal Express Corporation- TR #395932895905 MIKE ANDOLINA | 37.25 |
| 08/31/20 | 08/18/20- Federal Express Corporation- TR #395933230816 JESSICA BOETLER | 27.40 |
| | **Total** | **$13,003.01** |