## Exhibit A

## Summary of Services

| Date incurred | Employee | Hours | Category | Notes | Bill rate | Professional fees |
|---|---|---|---|---|---|---|
| 8/7/2020 | Evans, Andrew | 0.4 | Data Gathering & Processing | Input on desirable formats for incoming claim data | $725.00 | $290.00 |
| 8/10/2020 | Murray, Makeda | 1.7 | Fee Request Preparation | BSA fee application prep, updates to application verbiage | $475.00 | $807.50 |
| 8/10/2020 | Murray, Makeda | 1.5 | Fee Request Preparation | BSA fee application | $475.00 | $712.50 |
| 8/17/2020 | Evans, Andrew | 0.4 | Settlement Mediation & Support | Review of summary claim extracts from select firms | $725.00 | $290.00 |
| 8/17/2020 | Murray, Makeda | 2.5 | Data Gathering & Processing | CASJ incident records Excel review, comparisons to previous data extracts | $475.00 | $1,187.50 |
| 8/17/2020 | Murray, Makeda | 3.0 | Data Gathering & Processing | Incident records data processing- duplicate analysis, cleaning and standardizing of abuse years, state, and tabulations | $475.00 | $1,425.00 |
| 8/17/2020 | Murray, Makeda | 0.5 | Data Gathering & Processing | Coalition incident records data review | $475.00 | $237.50 |
| 8/17/2020 | Murray, Makeda | 1.9 | Data Gathering & Processing | Data memo re: coalition settlement data, tabulations QC and updates | $475.00 | $902.50 |
| 8/17/2020 | Murray, Makeda | 1.5 | Data Gathering & Processing | Settlement claims data review memo | $475.00 | $712.50 |
| 8/17/2020 | Ameri, Armin | 0.8 | Data Gathering & Processing | Loading Group 1 - 4 CASJ file tabs | $345.00 | $276.00 |
| 8/17/2020 | Ameri, Armin | 2.7 | Data Gathering & Processing | Initial processing of state and year fields in CASJ file -Group 1 data | $345.00 | $931.50 |
| 8/17/2020 | Ameri, Armin | 1.4 | Data Gathering & Processing | Standardizing year and state fields in Group 3 and 4 data | $345.00 | $483.00 |
| 8/17/2020 | Ameri, Armin | 1.3 | Data Gathering & Processing | Creating tabulations of Coalition data file- Groups 1-4 | $345.00 | $448.50 |
| 8/18/2020 | Evans, Andrew | 0.8 | Settlement Mediation & Support | Review of current summary data productions and consideration of shortfalls with the same | $725.00 | $580.00 |
| 8/18/2020 | Evans, Andrew | 0.2 | Settlement Mediation & Support | Review of materials in advance of call | $725.00 | $145.00 |
| 8/18/2020 | Evans, Andrew | 0.5 | Settlement Mediation & Support | Call with Andolina; Blacker; Basaria; Murray; Warner | $725.00 | $362.50 |
| 8/18/2020 | Evans, Andrew | 0.5 | Settlement Mediation & Support | Additional consideration of coalition data | $725.00 | $362.50 |
| 8/18/2020 | Murray, Makeda | 2.8 | Settlement Mediation & Support | Review of the CASJ Incident Records data, memo and data tracker updates | $475.00 | $1,330.00 |
| 8/18/2020 | Murray, Makeda | 1.7 | Settlement Mediation & Support | CASJ Incident Records- data variable review and tracker generation | $475.00 | $807.50 |
| 8/18/2020 | Murray, Makeda | 0.5 | Settlement Mediation & Support | Call with M. Blacker, K. Basaria, M. Andolina, B. Warner, and D. Evans re: CASJ incident records | $475.00 | $237.50 |
| 8/18/2020 | Murray, Makeda | 0.8 | Settlement Mediation & Support | Memo and variable tracker re: CASJ incident records | $475.00 | $380.00 |
| 8/18/2020 | Ameri, Armin | 2.1 | Data Gathering & Processing | Updating claims data tabulations | $345.00 | $724.50 |
| 8/18/2020 | Ameri, Armin | 0.9 | Data Gathering & Processing | Reviewing data questions and updating questions memo | $345.00 | $310.50 |
| 8/19/2020 | Evans, Andrew | 0.5 | Settlement Mediation & Support | Work on summary feedback to counsel on coalition provided settlement data | $725.00 | $362.50 |
| 8/19/2020 | Evans, Andrew | 0.2 | Settlement Mediation & Support | Additional follow-up on coalition data | $725.00 | $145.00 |
| 8/19/2020 | Murray, Makeda | 1.5 | Settlement Mediation & Support | Information request re: BSA CASJ Incident Records | $475.00 | $712.50 |
| 8/21/2020 | Evans, Andrew | 0.2 | Project Management | Update with Makeda on status of various tasks and next steps | $725.00 | $145.00 |
| 8/21/2020 | Evans, Andrew | 0.2 | Fee Request Preparation | Review of fee application and CNO | $725.00 | $145.00 |
| 8/21/2020 | Murray, Makeda | 0.3 | Project Management | BSA work plan review, update | $475.00 | $142.50 |
| 8/21/2020 | Murray, Makeda | 0.7 | Fee Request Preparation | July fee application, June CNO review | $475.00 | $332.50 |
| 8/21/2020 | Murray, Makeda | 1.0 | Data Gathering & Processing | Statute of limitations by state | $475.00 | $475.00 |

| Date incurred | Employee | Hours | Category | Notes | Bill rate | Professional fees |
|---|---|---|---|---|---|---|
| 8/24/2020 | Murray, Makeda | 1.8 | Data Gathering & Processing | Statute of Limitations review | $475.00 | $855.00 |
| 8/24/2020 | Ameri, Armin | 2.4 | Data Gathering & Processing | Researching previous settlements, and updating the settlement database | $345.00 | $828.00 |
| 8/25/2020 | Evans, Andrew | 0.1 | Communication with Counsel | Call with Mike Andolina | $725.00 | $72.50 |
| 8/25/2020 | Murray, Makeda | 0.5 | Data Gathering & Processing | BSA - Resolutions data memo | $475.00 | $237.50 |
| 8/26/2020 | Evans, Andrew | 0.5 | Communication with Counsel | Call with Andolina and Boelter | $725.00 | $362.50 |
| 8/26/2020 | Evans, Andrew | 0.2 | Data Gathering & Processing | Review of claims materials | $725.00 | $145.00 |
| 8/26/2020 | Evans, Andrew | 0.8 | Settlement Mediation & Support | Call with BSA counsel/CASJ/Brown Greer settlement data discussion. In attendance were J. Schwartz, J. Schulman, D. Molton, A. Slater, T. Kosnoff, S. Beville, J. Woody, R. McIntosh, A. Van Arsdale, Andrews & Thornton LLP, T. Axelrod, M. Andolina, M. Linder, B. Warner, M. Blacker, and M. Murray | $725.00 | $580.00 |
| 8/26/2020 | Evans, Andrew | 0.6 | Data Gathering & Processing | Review of settlement data and prep for call with coalition | $725.00 | $435.00 |
| 8/26/2020 | Evans, Andrew | 0.5 | Data Gathering & Processing | Follow-up from coalition call, and review next steps related to same | $725.00 | $362.50 |
| 8/26/2020 | Murray, Makeda | 0.3 | Settlement Mediation & Support | Prep for call with coalition | $475.00 | $142.50 |
| 8/26/2020 | Murray, Makeda | 0.8 | Settlement Mediation & Support | Call with counsel and coalition re: claims production in advance of POC submission. Attendees- M. Andolina, M. Linder, B. Warner, M. Blacker, J. Schwartz, J. Schulman, D. Molton, A. Slater, T. Kosnoff, S. Beville, J. Woody, R. McIntosh, A. Van Arsdale, Andrews & Thornton LLP, T. Axelrod, and A. Evans | $475.00 | $380.00 |
| 8/26/2020 | Murray, Makeda | 0.3 | Settlement Mediation & Support | Follow-up call with M. Andolina, M. Linder, B. Warner, M. Blacker, and A. Evans after coalition call | $475.00 | $142.50 |
| 8/26/2020 | Murray, Makeda | 2.1 | Fee Request Preparation | Second interim fee application | $475.00 | $997.50 |
| 8/26/2020 | Murray, Makeda | 1.7 | Hearing | Review documents re: BSA's motion to cease and desist unauthorized, non-BSA ads | $475.00 | $807.50 |
| 8/26/2020 | Ameri, Armin | 0.8 | Data Gathering & Processing | Research comparable liability cases | $345.00 | $276.00 |
| 8/27/2020 | Murray, Makeda | 1.2 | Settlement Mediation & Support | Data request for CASJ | $475.00 | $570.00 |
| 8/27/2020 | Murray, Makeda | 1.0 | Settlement Mediation & Support | Coalition data variable request | $475.00 | $475.00 |
| 8/27/2020 | Murray, Makeda | 0.6 | Settlement Mediation & Support | Review historical resolutions data | $475.00 | $285.00 |
| 8/27/2020 | Murray, Makeda | 0.4 | Settlement Mediation & Support | Document historical resolutions data review | $475.00 | $190.00 |
| 8/27/2020 | Ameri, Armin | 1.5 | Data Gathering & Processing | Researching previous settlements, updating comparable injury spreadsheet | $345.00 | $517.50 |
| 8/28/2020 | Evans, Andrew | 0.2 | Fee Request Preparation | Review of quarterly fee app | $725.00 | $145.00 |
| 8/28/2020 | Evans, Andrew | 0.6 | Project Management | Planning next steps around research, POC processing, and settlement support analysis | $725.00 | $435.00 |
| 8/28/2020 | Evans, Andrew | 0.3 | Hearing | Review of materials related to request for supplement to Bar Date Order | $725.00 | $217.50 |
| 8/28/2020 | Evans, Andrew | 0.2 | Communication with Counsel | Call with Andolina on next steps | $725.00 | $145.00 |
| 8/28/2020 | Murray, Makeda | 1.2 | Data Gathering & Processing | BSA resolutions memo, review articles on BSA motion re: misleading ads | $475.00 | $570.00 |
| 8/28/2020 | Murray, Makeda | 0.4 | Project Management | BSA work plan update | $475.00 | $190.00 |
| 8/28/2020 | Murray, Makeda | 0.2 | Fee Request Preparation | BSA interim fee application | $475.00 | $95.00 |
| 8/28/2020 | Murray, Makeda | 1.0 | Data Gathering & Processing | BSA resolutions memo | $475.00 | $475.00 |
| 8/28/2020 | Ameri, Armin | 2.4 | Data Gathering & Processing | Reading historical case settlements, updating comparable injury spreadsheet | $345.00 | $828.00 |
| 8/28/2020 | Ameri, Armin | 2.1 | Data Gathering & Processing | Continued work on comparable injury spreadsheet | $345.00 | $724.50 |
| 8/31/2020 | Evans, Andrew | 0.4 | Project Management | Refinements to work plan and planning for next steps of data gathering and analysis | $725.00 | $290.00 |

| Date incurred | Employee | Hours | Category | Notes | Bill rate | Professional fees |
|---|---|---|---|---|---|---|
| **TOTAL** | | **62.1** | | | | **$29,180.50** |