**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**RE: D.I. 1209** |

**CERTIFICATE OF NO OBJECTION REGARDING THE SECOND
INTERIM FEE APPLICATION OF ALVAREZ & MARSAL NORTH
AMERICA, LLC, AS FINANCIAL ADVISOR FOR THE DEBTORS AND
DEBTORS IN POSSESSION, FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MAY 1, 2020
TO AND INCLUDING JULY 31, 2020**

The undersigned hereby certifies that, as of the date hereof, Alvarez & Marsal North America, LLC ("A&M") has received no answer, objection or other responsive pleading to the **Second Interim Fee Application of Alvarez & Marsal North America, LLC, as Financial Advisor for the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2020 to and Including July 31, 2020** (the "Application") (D.I. 1209), filed on August 31, 2020.

The undersigned further certifies that A&M has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice, objections to the Application were to be filed and served no later than September 14, 2020 at 4:00 p.m. (ET).

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

WHEREFORE, A&M respectfully requests that the Application be approved.

| | |
|---|---|
| Dated:  September 18, 2020<br>Chicago, Illinois | ALVAREZ & MARSAL NORTH AMERICA, LLC<br><br>*/s/ Brian Whittman*<br>Brian Whittman<br>Managing Director<br>540 W Madison<br>18th Floor<br>Chicago, Illinois 60661<br>Telephone: (312) 601-4227<br>Email: bwhittman@alvarezandmarsal.com<br><br>FINANCIAL ADVISORS TO THE DEBTORS AND DEBTORS IN POSSESSION |