**<u>Exhibit A</u>**

**Summary of Services, August 1-31, 2020**



Invoice Number: 21445285
Invoice Date:  September 14, 2020
Matter Name: BSA/Hartford Litigation
Client/Matter Number: 0020234.00018
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

### REMITTANCE PAGE
*For Professional Services Through  August 31, 2020*

| | |
|---|---:|
| Total Fees | $70,268.00 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$70,268.00** |
| **Total Invoice Balance Due** | **USD  $70,268.00** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

#### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

#### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

#### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N  ●  SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21445285**  ●  Client Number **0020234.00018**  ●  Attorney **Ernest Martin, Jr.**

#### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21445285
Matter Name: BSA/Hartford Litigation
Client/Matter Number: 0020234.00018
Billing Attorney: Ernest Martin, Jr.

September 14, 2020
Page 2 of 8

*For Professional Services Through  August 31, 2020*
RK-201862708176

**Professional Fees**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/01/20 | Ernest Martin, Jr. | Telephone call with Mr. Gallagher regarding ███████. | 0.30 | $292.50 |
| 08/03/20 | Carla Green | Continue draft of ██████████, including reviewing and analyzing ████████████████████████████ | 3.20 | $1,792.00 |
| 08/04/20 | Adrian Azer | Draft, review and revise reply in support of motion for extension (.6); communications with Ms. Green regarding same (.5); confer with Mr. Martin regarding ████████ (.3); continue to review ████████ (.3); telephone call with Mr. Andolina and Mr. Martin to discuss ████████ (.4). | 2.10 | $1,470.00 |
| 08/04/20 | Carla Green | Complete draft of ████████████, including review and analysis of ████████ (3.3); confer with Mr. Azer regarding motion for extension (.5). | 3.80 | $2,128.00 |
| 08/04/20 | Ernest Martin, Jr. | Review e-mails from Mr. Gallagher and Mr. Ruggeri regarding ████████ (.1); discussion with Mr. Azer regarding ████████ (.3); telephone call with Mr. Gallagher and Mr Ruggeri (.3); telephone call with Mr. Gallagher (.2); telephone call with Mr. Andolina and Mr. Azer to discuss ████████ (.4); review e-mail from clients ████████ (.1). | 1.40 | $1,365.00 |
| 08/05/20 | Adrian Azer | Review finalized ████████ (.3); begin to review and revise ████████ (1.3). | 1.60 | $1,120.00 |
| 08/05/20 | Carla Green | Complete final revisions to ████████ | 1.00 | $560.00 |
| 08/05/20 | Ernest Martin, Jr. | Review ████████ concerning adversary proceeding. | 0.10 | $97.50 |
| 08/06/20 | Adrian Azer | Review reply in response to Hartford opposition to the extension and communication with Mr. Martin regarding same (.4); continue to review and revise draft ████████ (1.4); confer with Ms. Green regarding ████████ (.5); discussion with Mr. Martin regarding ████████ (.1). | 2.40 | $1,680.00 |

Invoice Number: 21445285
Matter Name: BSA/Hartford Litigation
Client/Matter Number: 0020234.00018
Billing Attorney: Ernest Martin, Jr.

September 14, 2020
Page 3 of 8

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/06/20 | Carla Green | Revise Hartford's ███████████████████ ███████████ (2.8); correspondence/conferences with Mr. Azer regarding same (.5); review and analyze the Texas Federal Court's order granting mandatory abstention ████████████████ ███████████ (2.2). | 5.50 | $3,080.00 |
| 08/06/20 | Carla Green | Coordinate drafting of ████████████████ ███████ | 1.00 | $560.00 |
| 08/06/20 | Ernest Martin, Jr. | Review Court's ruling on remand, abstention, and transfer (.5); prepare e-mail to clients ██████████████████ (.4); prepare e-mail to Mr. McGowan regarding ████████ (.1); prepare e-mail to Mr. Gallagher regarding court's opinion (.4); review draft reply in support of BSA's motion for extension in adversary proceeding (.1). | 1.50 | $1,462.50 |
| 08/06/20 | Ernest Martin, Jr. | Telephone call with clients and Sidley regarding ███████ (.5); discussion with Mr. Azer regarding same (.1). | 0.60 | $585.00 |
| 08/07/20 | Adrian Azer | Review ruling in Texas regarding ██████ ███████ (1.1); finalize reply for filing, including communications with Sidley Austin and Morris Nichols (.4); consider ██████████████, including communications with client and Mr. Martin (.5). | 2.00 | $1,400.00 |
| 08/07/20 | Carla Green | Complete final revisions to Hartford Reply to Motion to Extend Deadline and coordinate filing of same (.8); continue revisions to ████████████████ (2.9). | 3.70 | $2,072.00 |
| 08/09/20 | Carla Green | Continue revisions to ████████████████; review and analyze related order, pleadings, and transcripts. | 3.30 | $1,848.00 |
| 08/10/20 | Adrian Azer | Continue to review and revise ████████████ ██████, and conferences with team regarding same. | 1.90 | $1,330.00 |
| 08/10/20 | Carla Green | Multiple conferences and correspondence with team regarding revisions to ████████████████ (.6); continue revisions to ████████████████ (3.0); follow up correspondence with Ms. Kutz regarding ████████ (.2). | 3.80 | $2,128.00 |
| 08/10/20 | Ernest Martin, Jr. | Discussion with Mr. Azer regarding ██████████ ██████ (.2); prepare e-mail to Mr. Gallagher (.1). | 0.30 | $292.50 |

Invoice Number: 21445285
Matter Name: BSA/Hartford Litigation
Client/Matter Number: 0020234.00018
Billing Attorney: Ernest Martin, Jr.

September 14, 2020
Page 4 of 8

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/10/20 | Brittany Parks | Read and analyze case law ▮▮▮▮▮ ▮▮▮▮▮; prepare and write summary of findings. | 2.30 | $1,219.00 |
| 08/11/20 | Carla Green | Continue revisions to ▮▮▮▮▮ ▮▮▮▮▮, and expanding on ▮▮▮▮▮; review and analyze pleadings, orders, trial transcripts and related documents for same. | 4.80 | $2,688.00 |
| 08/11/20 | Ernest Martin, Jr. | Review and revise ▮▮▮▮▮. | 0.90 | $877.50 |
| 08/11/20 | Tiffany Thrasher | Revisions to ▮▮▮▮▮ (.4); generate table of contents and table of authorities (.5). | 0.90 | $315.00 |
| 08/12/20 | Adrian Azer | Continue to review and revise ▮▮▮▮▮, and communications with team regarding same (1.4); review various communications related to ▮▮▮▮▮ and communications with team regarding same (.5); confer with Mr. Martin regarding ▮▮▮▮▮ (.2); conference with Mr. Martin, Sidley team and client regarding same (.4). | 2.50 | $1,750.00 |
| 08/12/20 | Carla Green | Complete final revisions to ▮▮▮▮▮, including reviewing and analyzing pleadings and related documents (1.4); correspondence with Sidley and Morris Nichols regarding same (.4); draft email to ▮▮▮▮▮, including responding to various correspondence regarding same (1.2); finalize and review ▮▮▮▮▮, including responding to correspondence regarding same and creating chart to record ▮▮▮▮▮ (3.8). | 6.80 | $3,808.00 |
| 08/12/20 | Ernest Martin, Jr. | Telephone call with Mr. Gallagher and Mr. Ruggeri (.6); prepare e-mail to clients and Sidley team (.1); discussion with Mr. Azer (.2); prepare notes of call with mediator and Mr. Ruggeri (.4); telephone call with Mr. Azer, Mr. McGowan, and Sidley regarding ▮▮▮▮▮ (.4); prepare e-mail to Mr. Gallagher (.1); telephone call with Mr. Gallagher (.1); telephone call with Mr. Gallagher and Mr. Ruggeri (.3); discussion with Mr. Azer regarding same (.2); prepare e-mail to Mr. McGowan regarding update (.5). | 2.90 | $2,827.50 |
| 08/12/20 | Ernest Martin, Jr. | Review status of ▮▮▮▮▮. | 0.10 | $97.50 |

Invoice Number: 21445285
Matter Name: BSA/Hartford Litigation
Client/Matter Number: 0020234.00018
Billing Attorney: Ernest Martin, Jr.

September 14, 2020
Page 5 of 8

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/13/20 | Adrian Azer | Prepare for conference with insurance-coverage counsel to the FCR regarding ▮▮▮ (.3); conference with insurance-coverage counsel for the FCR regarding same (.6); conference with B. Griggs and Dentons regarding ▮▮▮ (.3); review and revise ▮▮▮, including communications with Ms. Green regarding ▮▮▮ (.4). | 1.60 | $1,120.00 |
| 08/13/20 | Carla Green | Address multiple correspondence and conferences with ▮▮▮ (.8); continue review and revisions of ▮▮▮, including ▮▮▮, gathering exhibits, and inserting citations to exhibits and beginning draft of affidavit (3.8). | 4.60 | $2,576.00 |
| 08/14/20 | Adrian Azer | Communications with Mr. Martin regarding ▮▮▮ (.2); conference with Sidley Austin regarding same (.4); review and finalize ▮▮▮, including multiple communications with team regarding same and finalize exhibits and declaration (1.5). | 2.10 | $1,470.00 |
| 08/14/20 | Carla Green | Address multiple correspondence from ▮▮▮ (.6); review, revise and finalize ▮▮▮, including conference with Mr. Labuda, ▮▮▮ (5.4). | 6.00 | $3,360.00 |
| 08/14/20 | Ernest Martin, Jr. | Prepare e-mail to Mr. Andolina and Ms. Boelter regarding ▮▮▮ (.1); telephone call with Mr. Andolina and Ms. Boelter regarding ▮▮▮ (.3); communications with Mr. Azer regarding ▮▮▮ (.2). | 0.60 | $585.00 |
| 08/14/20 | Tiffany Thrasher | Revisions to ▮▮▮ (.4); begin cite checking authorities (.3). | 0.70 | $245.00 |
| 08/16/20 | Adrian Azer | Conference with Mr. Martin regarding ▮▮▮ (.5). | 0.50 | $350.00 |
| 08/16/20 | Carla Green | Correspondence with ▮▮▮. | 0.30 | $168.00 |
| 08/16/20 | Ernest Martin, Jr. | Review e-mail from Ms. Pastor regarding ▮▮▮ and reply to same (.1); discussion with Mr. Azer regarding ▮▮▮ (.5). | 0.60 | $585.00 |
| 08/17/20 | Adrian Azer | Review and revise communication to Sidley Austin and client regarding ▮▮▮ (.5); review communications from Sidley Austin (.3); conference with Mr. Martin regarding same (.2); review follow-up communications related to same (.3). | 1.30 | $910.00 |
| 08/17/20 | Carla Green | Multiple correspondence from ▮▮▮. | 0.30 | $168.00 |

Invoice Number: 21445285
Matter Name: BSA/Hartford Litigation
Client/Matter Number: 0020234.00018
Billing Attorney: Ernest Martin, Jr.

September 14, 2020
Page 6 of 8

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/17/20 | Ernest Martin, Jr. | Review e-mails from Sidley and mediators regarding ███████████ ████████ (.4); reply to same and communication with Mr. Azer regarding same (.2). | 0.60 | $585.00 |
| 08/18/20 | Adrian Azer | Communications with Sidley Austin related to ███████████ (.2); conferences with Mr. Martin regarding same (.5). | 0.70 | $490.00 |
| 08/18/20 | Carla Green | Address multiple correspondence from ███████████ ███████. | 0.30 | $168.00 |
| 08/18/20 | Ernest Martin, Jr. | Discussion with Mr. Azer regarding ██████████ (.1); communication with Mr. Andolina regarding same (.2); telephone call with mediator, Mr. Andolina and Mr. Ruggeri regarding ████████ (.9); review and revise draft message to TCC and FCR regarding ████████ (.1); discussion with Mr. Azer regarding same (.5). | 1.80 | $1,755.00 |
| 08/19/20 | Adrian Azer | Review communications related to ████ (.2); confer with Ms. Green regarding ███████████ ████████ (.2); draft, review and revise communication to Hartford regarding ████████ (.4). | 0.80 | $560.00 |
| 08/19/20 | Carla Green | Conference with Mr. Azer regarding ███████████ (.2); begin drafting ███████████ (.8); correspondence with ███████████ (.4). | 1.40 | $784.00 |
| 08/19/20 | Ernest Martin, Jr. | Review e-mail from Mr. Andolina regarding ███████████. | 0.10 | $97.50 |
| 08/20/20 | Adrian Azer | Draft, review and revise proposal to Mr. Martin regarding ████████ (.4). | 0.90 | $630.00 |
| 08/20/20 | Carla Green | Address multiple correspondence from ███████████ ████████. | 0.40 | $224.00 |
| 08/21/20 | Adrian Azer | Review and revise ███████████ and communications with Hartford regarding same (.4); discussion with Mr. Martin regarding same (.1); conference with Ms. Green regarding ███████████ (.4). | 0.90 | $630.00 |
| 08/21/20 | Carla Green | Draft stipulations and proposed orders ███████████ (1.8); conference with Mr. Azer regarding same (.4); review pleadings and timeline for same (.8). | 3.00 | $1,680.00 |
| 08/21/20 | Ernest Martin, Jr. | Review e-mail from Mr. Ruggeri regarding ████ (.1); discussion with Mr. Azer regarding same (.1). | 0.20 | $195.00 |
| 08/23/20 | Adrian Azer | Communications with Sidley Austin regarding ████ (.2); confer with Mr. Martin regarding ███████████ (.3). | 0.50 | $350.00 |
| 08/23/20 | Ernest Martin, Jr. | Review Hartford's proposed changes to Stipulation on Texas stay (.1); discussion with Mr. Azer regarding same (.3). | 0.40 | $390.00 |

Invoice Number: 21445285
Matter Name: BSA/Hartford Litigation
Client/Matter Number: 0020234.00018
Billing Attorney: Ernest Martin, Jr.

September 14, 2020
Page 7 of 8

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/24/20 | Adrian Azer | Multiple discussions with mediator, Sidley Austin, and Mr. Martin regarding ███████████████████ (1.1); review draft motion to stay circulated by Hartford (.2). | 1.30 | $910.00 |
| 08/24/20 | Ernest Martin, Jr. | Discussion with Mr. Azer regarding call with Mr. Ruggeri and mediator to discuss ██████ (.6); telephone call with court clerk (.1); discussion with Mr. Azer (.2). | 0.90 | $877.50 |
| 08/25/20 | Adrian Azer | Communications related to ██████████, including discussion with mediator, Sidley Austin, and Mr. Martin (1.0); consider █████ ████ (.3); confer with counsel to the TCC regarding █████████ ██████████ (.3); confer with Sidley Austin and Mr. Martin regarding ████████ (.5); post-conference with Mr. Martin (.2). | 2.30 | $1,610.00 |
| 08/25/20 | Ernest Martin, Jr. | Review e-mails from Sidley and Morris Nichols regarding ██████ ██████████████ (.1); discussion with Mr. Azer regarding same (.3); telephone call with Sidley team and Mr. Azer to discuss ████ (.5); message to mediator (.1); post-conference with Mr. Azer (.2). | 1.20 | $1,170.00 |
| 08/26/20 | Adrian Azer | Review draft ████████████, including comments from Mr. Martin (.5); conference with Mr. Martin and Ms. Green regarding ████ █████████ (.5); communications with Mr. Martin regarding █████████████████████ (.2); review Hartford ████ ████████████ (.2); confer with Mr. Martin regarding same (.2). | 1.60 | $1,120.00 |
| 08/26/20 | Carla Green | Finalize draft of ██████████████████████ ████████████████████████████ (1.3); conference call with Mr. Martin and Mr. Azer regarding same (.5); continue revisions per Mr. Martin's comments (.3). | 2.10 | $1,176.00 |
| 08/26/20 | Ernest Martin, Jr. | Review Texas trial notice from court (.1); review e-mail from Mr. Andolina regarding ████████████████████████ (.1); telephone call with mediator, Hartford's counsel, and Mr. Andolina to discuss ████ (.4); discussion with Mr. Azer regarding same (.2); review draft ████████████████████ (.1); discussion with Mr. Azer and Ms. Green regarding ████████████████ (.5). | 1.40 | $1,365.00 |
| 08/27/20 | Adrian Azer | Review and approve stipulation extending Hartford's time to respond to BSA's motion to dismiss, including communications with local counsel (.3). | 0.30 | $210.00 |
| 08/27/20 | Carla Green | Finalize Joint Motion for Stay and Proposed Order, including correspondence with Mr. Azer and Mr. Martin regarding same (.7); correspondence with ██████████████████ (.2). | 0.90 | $504.00 |

Invoice Number: 21445285
Matter Name: BSA/Hartford Litigation
Client/Matter Number: 0020234.00018
Billing Attorney: Ernest Martin, Jr.

September 14, 2020
Page 8 of 8

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/28/20 | Adrian Azer | Communications with Sidley Austin and team regarding ███████ ████████████ (.5). | 0.50 | $350.00 |
| 08/28/20 | Carla Green | Correspondence with ██████████████████. | 0.20 | $112.00 |
| 08/28/20 | Ernest Martin, Jr. | Review draft Joint Motion to Stay Texas action and proposed order (.2); prepare e-mail to Hartford and mediators regarding same (.1). | 0.30 | $292.50 |
| 08/29/20 | Ernest Martin, Jr. | Review Hartford's revisions to Joint Motion to Stay Texas action and communication with Mr. Azer regarding same. | 0.20 | $195.00 |
| 08/30/20 | Adrian Azer | Review and revise ████████████████████ ██████████ | 0.40 | $280.00 |
| 08/30/20 | Ernest Martin, Jr. | Review e-mail from Mr. Ruggeri and communication to Mr. Azer regarding ████████████. | 0.10 | $97.50 |
| 08/31/20 | Adrian Azer | Finalize motions to stay and coordinate filing, including communications with counsel to Hartford and team (.6). | 0.60 | $420.00 |
| 08/31/20 | Carla Green | Review and analyze finalization of Joint Motion for Stay, correspondence with Mr. Azer and local counsel regarding same. | 1.00 | $560.00 |
| 08/31/20 | Ernest Martin, Jr. | Review e-mail from Mr. Ruggeri regarding revision to ████████ ██ | 0.10 | $97.50 |

**Total Fees**          **$70,268.00**

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|-----------|-------|-------|------|--------|
| Adrian Azer | Partner | 28.80 | $700.00 | $20,160.00 |
| Ernest Martin, Jr. | Partner | 16.60 | $975.00 | $16,185.00 |
| Brittany Parks | Associate | 2.30 | $530.00 | $1,219.00 |
| Carla Green | Associate | 57.40 | $560.00 | $32,144.00 |
| Tiffany Thrasher | Paralegal | 1.60 | $350.00 | $560.00 |

**Total Professional Summary**        **$70,268.00**

**Total Fees, Expenses and Charges**        **$70,268.00**

**Total Amount Due**        **USD $70,268.00**



Invoice Number: 21445286
Invoice Date:  September 14, 2020
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGown, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

### REMITTANCE PAGE
*For Professional Services Through  August 31, 2020*

| | |
|---|---|
| Total Fees | $75,363.50 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$75,363.50** |
| **Total Invoice Balance Due** | **USD  $75,363.50** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

#### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

#### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

#### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N  ●  SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21445286**  ●  Client Number **0020234.00024**  ●  Attorney **Ernest Martin, Jr.**

#### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21445286
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

September 14, 2020
Page 2 of 9

*For Professional Services Through  August 31, 2020*

**Professional Fees**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/02/20 | Adrian Azer | Communication to Sidley Austin regarding ▆▆▆▆▆ ▆▆ and begin to review records regarding same. | 0.50 | $350.00 |
| 08/03/20 | Adrian Azer | Review and comment on the ▆▆▆▆▆ and communications with Mr. Martin regarding same and communications with Sidley Austin regarding same (1.4); communications with Sidley Austin related to ▆▆▆▆▆ (1.2); discussion with Mr. Martin regarding ▆▆▆▆▆ (.3). | 2.90 | $2,030.00 |
| 08/03/20 | Carla Green | Review multiple correspondence from various insurers regarding ▆▆▆▆ ▆▆. | 0.80 | $448.00 |
| 08/03/20 | Ernest Martin, Jr. | Discussion with Mr. Azer regarding ▆▆▆▆▆ (.3); telephone call with Mr. Pasich (.6); review and revise letter to Mr. Wadley (.2). | 1.10 | $1,072.50 |
| 08/04/20 | Adrian Azer | Review and finalize ▆▆▆▆▆, and communications with Sidley Austin regarding same (.3). | 0.30 | $210.00 |
| 08/04/20 | Carla Green | Review and analyze multiple correspondence from insurers regarding ▆▆▆▆▆ (.5); review KCIC proposal for ▆▆▆▆ (.3). | 0.80 | $448.00 |
| 08/05/20 | Adrian Azer | Review Sidley revisions to ▆▆▆▆▆ and finalize same (.4); communications with Sidley Austin related to ▆▆▆ (.2); review template for ▆▆▆▆▆ (.3); review communication from Chubb and draft response to same (.4). | 1.30 | $910.00 |
| 08/05/20 | Carla Green | ▆▆▆▆▆ finalize Response to Century letter, including gathering exhibits. | 1.20 | $672.00 |
| 08/06/20 | Adrian Azer | Prepare for and conference with client regarding ▆▆▆▆▆ (.7); prepare for and conference with Sidley Austin and Mr. Martin ▆▆▆▆▆ (1.1); communication with insurers regarding ▆▆▆▆ (.2); review KCIC proposal for ▆▆▆ and communication with KCIC regarding same (.7); conference with B. Griggs regarding ▆▆▆▆▆ and post-conference with Mr. Martin regarding same (.9); review communication from client regarding ▆▆▆▆▆ and communication with KCIC regarding same (.2). | 3.80 | $2,660.00 |
| 08/06/20 | Carla Green | Finalize ▆▆▆▆▆ and correspondence with Mr. Azer regarding same. | 0.40 | $224.00 |

Invoice Number: 21445286
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

September 14, 2020
Page 3 of 9

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/06/20 | Ernest Martin, Jr. | Telephone call with Sidley team in preparation for ▋▋▋ (.3); review KCIC proposal for ▋▋▋ (.1); post-conference with Mr. Azer regarding ▋▋▋ (.9). | 1.30 | $1,267.50 |
| 08/07/20 | Adrian Azer | Prepare for and conference with G. Seligman and Ms. Green regarding ▋▋▋, and post-call with Ms. Green (.7); prepare for conference with insurers (.4); conference with insurers and post-call with Mr. Martin (1.3); post-call with Ms. Green to discuss ▋▋▋ (.2); communications with Sidley Austin related to ▋▋▋, including review of certain communications (.6); ▋▋▋ and communication with Sidley Austin regarding same (1.7); communications with Chubb regarding weekly call, Chubb's latest letter, and the production of pre-petition FCR communications (.6); confer with Ms. Green regarding ▋▋▋ (.3). | 5.80 | $4,060.00 |
| 08/07/20 | Carla Green | Prepare for and conference call with insurer and Mr. Azer to discuss ▋▋▋ (1.1); post-call with Mr. Azer to discuss ▋▋▋ (.2); correspondence with Ms. Kutz regarding ▋▋▋ (.3); prepare multiple meet and confer emails to several insurers regarding ▋▋▋ (1.0). | 2.60 | $1,456.00 |
| 08/08/20 | Ernest Martin, Jr. | Review e-mail from Mr. Gallagher and reply to same. | 0.10 | $97.50 |
| 08/10/20 | Adrian Azer | Review communications from Sidley Austin related to ▋▋▋ (.4); review communication related to ▋▋▋ and confer with Ms. Green regarding same (.8). | 1.20 | $840.00 |
| 08/10/20 | Carla Green | Review and analyze ▋▋▋, including drafting email for Ms. Kutz regarding ▋▋▋ (1.8); confer with Mr. Azer regarding ▋▋▋ (.8). | 2.60 | $1,456.00 |
| 08/11/20 | Ernest Martin, Jr. | Telephone call with mediator Tim Gallagher. | 0.30 | $292.50 |
| 08/12/20 | Adrian Azer | Review of email and review of documents ▋▋▋ (.7); conference with Sidley Austin regarding same ▋▋▋ (.8); communications related to ▋▋▋ (.2); review various documents related to the ▋▋▋ and communication to client regarding same (.5). | 2.20 | $1,540.00 |
| 08/12/20 | Ernest Martin, Jr. | Review letter to TCC ▋▋▋. | 0.10 | $97.50 |

Invoice Number: 21445286
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

September 14, 2020
Page 4 of 9

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/13/20 | Adrian Azer | Confer with Ms. Green regarding ███████████ (.2); conference with Mr. Martin regarding ████████, including with ██████████ (.2); communications with the insurers, including ████████████ (.2); communications with Sidley Austin regarding ██████████ (.2). | 0.80 | $560.00 |
| 08/13/20 | Carla Green | Confer with Mr. Azer regarding █████████ (.2); correspondence with Chubb regarding ██████, including reviewing requests (.4); correspondence with KCIC regarding ████████████ (.2); revise ████████████████ including correspondence with Mr. Azer and Mr. Martin regarding same (1.4). | 2.20 | $1,232.00 |
| 08/13/20 | Ernest Martin, Jr. | Telephone conference with FCR's counsel regarding ████████ (.5); conference with Mr. Azer regarding ████████ (.2). | 0.70 | $682.50 |
| 08/14/20 | Adrian Azer | Communications with Sidley Austin regarding █████████████████ (.4); weekly conference with insurers (.5); post-conference with Mr. Martin (.1); conference with Sidley Austin regarding ██████████ (.2); respond to various questions from ███████ (.2); confer with Mr. Dutton regarding research ████████████ (.5); conference with counsel to Chubb regarding ████████ (.5). | 2.40 | $1,680.00 |
| 08/14/20 | Wesley Dutton | Attend call with Mr. Azer to discuss ██████████████ (.5). | 0.50 | $230.00 |
| 08/14/20 | Carla Green | Prepare for and conference with Chubb regarding ████████ (.6). | 0.60 | $336.00 |
| 08/14/20 | Ernest Martin, Jr. | Participate in weekly call with insurers (.6); discussion with Mr. Azer regarding same (.1). | 0.70 | $682.50 |
| 08/15/20 | Adrian Azer | Review communication from Sidley Austin related to ████████ (.2). | 0.20 | $140.00 |
| 08/17/20 | Adrian Azer | Conference call with Ms. Green to discuss █████, including finalizing Fee Application for ████████ (.4); review question from client related to ████████ and communication with KCIC regarding same (.1); review ████████ and confer with KCIC regarding same (.2); follow-up communication with client regarding same (.2); begin to review ████████████ (1.6). | 2.50 | $1,750.00 |

Invoice Number: 21445286
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

September 14, 2020
Page 5 of 9

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/17/20 | Wesley Dutton | Research and analyze ██████████████████████ ██████████████████████████████. | 2.30 | $1,058.00 |
| 08/17/20 | Carla Green | Conference call with Mr. Azer to discuss ████████████ ████, including finalizing Fee Application and ████████ (.4); correspondence with insurers regarding ██████████ ██████████ (.3); review and analyze ████████████ ████████████████████ (1.8). | 2.50 | $1,400.00 |
| 08/18/20 | Adrian Azer | Conference with counsel to the ██████████ regarding ██████████ (.3); follow-up communication to Sidley Austin regarding same (.1); review TCC requests to ██████████ (.2); conference with Sidley Austin regarding same (.2); post-conference communications related to ██████████ (.2); review communication from Chubb and communication with Sidley Austin regarding same (.2); communications with Sidley Austin related to ██████████████ (.2); review research performed by Mr. Dutton regarding ██████████████ (.5); continue to review mediation submissions (.6); conference with Ms. Green regarding fee application (.2); conference with Ms. Green regarding pending ██████████ (.3). | 3.00 | $2,100.00 |
| 08/18/20 | Wesley Dutton | Research and analyze ██████████████████████ (2.8); draft email to Mr. Azer summarizing ████████ ████████ (.9). | 3.70 | $1,702.00 |
| 08/18/20 | Carla Green | Coordinate finalization of Fee Application with Ms. Thrasher, including final review of proformas (.6); conference with Mr. Azer regarding same (.2); conference with Mr. Azer to discuss pending ██████████ (.3); follow up correspondence with insurers regarding ██████████ (.3); continue review of ██████████████ (.6). | 2.00 | $1,120.00 |
| 08/18/20 | Ernest Martin, Jr. | Review and revise supplemental declaration regarding ██████████ ██████████. | 0.20 | $195.00 |
| 08/19/20 | Adrian Azer | Prepare for and conference with counsel to the ██████████, and follow-up communications related to same (.7); post-conference with Sidley Austin regarding same (.2); conference with Mr. Martin regarding same (.3); communications related to ██████████ (.2); confer with Sidley Austin regarding ██████████ (.2); communications with insurers regarding ██████████ (.2); review communications related to ██████████████ (.2); draft, review, and revise communications to insurers related to ██████████ (.3). | 2.30 | $1,610.00 |

Invoice Number: 21445286
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

September 14, 2020
Page 6 of 9

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/19/20 | Wesley Dutton | Attend call with Mr. Azer and Peter Laun to discuss ███████ ████████ (.3); attend call with Mr. Azer to discuss ███████ (.4). | 0.70 | $322.00 |
| 08/19/20 | Carla Green | Correspondence with insurers regarding meet and confer for ████████ (.2); review ██████████ (.5). | 0.70 | $392.00 |
| 08/19/20 | Ernest Martin, Jr. | Review e-mail from Mr. Linder regarding ████████ (.1); discussion with Mr. Azer regarding ████████ (.3). | 0.40 | $390.00 |
| 08/20/20 | Adrian Azer | Prepare for and conference with ████████ (.5); post-conference with Mr. Martin regarding same (.3); strategize with Ms. Green regarding ████████ (.7); communication with client regarding ████████ (.3); confer with KCIC regarding ████████ (.4). | 2.20 | $1,540.00 |
| 08/20/20 | Carla Green | Strategize with Mr. Azer regarding ████████ (.7); review of ████████ for same (.5). | 1.20 | $672.00 |
| 08/20/20 | Ernest Martin, Jr. | Discussion with Mr. Azer regarding ████████ (.3). | 0.30 | $292.50 |
| 08/21/20 | Adrian Azer | Communications with Sidley Austin related to ████████ (.4); confer with Sidley Austin regarding same (.4); review communication from Ms. Green related to ████████ (.3); confer with Ms. Green regarding same (.5); prepare for and conference with Sidley Austin and counsel for the TCC (1.3); post-conference with Mr. Martin regarding same (.3); review ████████ communications with team ████ (.8). | 4.00 | $2,800.00 |
| 08/21/20 | Carla Green | Review and analyze ████████ (1.9); conference with Mr. Azer to discuss ████ regarding same (.5); begin review of ████████ (.8). | 3.20 | $1,792.00 |
| 08/21/20 | Ernest Martin, Jr. | Discussion with Mr. Azer regarding ████████ (.1); discussion with Mr. Azer regarding ████████ (.3). | 0.40 | $390.00 |
| 08/23/20 | Adrian Azer | Communications with Sidley Austin related to ████████ (.2); communications with KCIC regarding ████████ (.3). | 0.50 | $350.00 |

Invoice Number: 21445286
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

September 14, 2020
Page 7 of 9

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 08/24/20 | Adrian Azer | Review ██████████████████ and communications with Sidley Austin regarding same (.3); communications with KCIC regarding ████████ (.2); draft communication to Sidley Austin related to ████████████ (.3); confer with T. Labuda of Sidley Austin related to ████████████ (.2); communications related to ████████████ (.4); review agenda provided by TCC and UCC related to ████████, and communications with Sidley Austin regarding same (.4); confer with counsel to ████ (.5); communication with counsel to the Circle 10 Council (.2); review communications related to ████████ (.3); review communications with Ms. Green regarding ████████ (.3); conference with Mr. Azer regarding ████████ (.4). | 3.50 | $2,450.00 |
| 08/24/20 | Carla Green | Review and analyze ████████████████ ████████ correspondence with Mr. Azer regarding same (.8); correspondence with insurer's counsel regarding ████████████ (.5); multiple correspondence with insurers regarding ████████ including correspondence with ████████ regarding same (1.9); correspondence with KCIC regarding ████████ (.7); conference with Mr. Azer regarding ████████ (.4); review of communications for same (1.2). | 5.50 | $3,080.00 |
| 08/24/20 | Ernest Martin, Jr. | Review e-mail from Mr. Basaria regarding ████████████ . | 0.10 | $97.50 |
| 08/25/20 | Adrian Azer | Conference with TCC and UCC regarding ████████ (2.1); conference with Sidley Austin ████████ (.4); review letter related to ████████ (.5); review ████████ (.2). | 3.20 | $2,240.00 |
| 08/25/20 | Carla Green | Correspondence with insurers regarding ████████ . | 0.20 | $112.00 |
| 08/26/20 | Adrian Azer | Prepare for conferences with multiple insurers regarding ████████ (.4); conference with Ms. Green regarding ████████ (.3); conferences with counsel to Allianz, National Surety, and CNA regarding ████████ (1.8); draft, review and revise communication to Sidley Austin related to ████████ (.5); review local council mediation submission (.4). | 3.40 | $2,380.00 |

Invoice Number: 21445286
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

September 14, 2020
Page 8 of 9

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/26/20 | Carla Green | Multiple correspondence with insurers regarding ███████ (.6); prepare for and attend conference calls with multiple insurers regarding ███████, including Allianz, National Surety and CNA (2.9); conference with Mr. Azer regarding same and ███████ (.3); correspondence with insurer regarding ███████ (.2); follow up correspondence with insurers and mediator regarding follow up conference (.3). | 4.30 | $2,408.00 |
| 08/27/20 | Adrian Azer | Prepare for and conference with various insurers regarding ███████, including Liberty Mutual and Chubb (2.1); review Hartford and Century motion related to ███████, and communications with Sidley Austin and team regarding same (1.2); communications with KCIC related to ███████ (.4); review communication from Chubb and communication with Sidley Austin regarding same (.2). | 3.90 | $2,730.00 |
| 08/27/20 | Carla Green | Prepare for and attend conference calls with multiple insurers regarding ███████ (2.1); multiple follow up correspondences with insurers regarding ███████, including correspondence with Sidley regarding same (.8); review and ███████, correspondence with Mr. Azer regarding same (3.6). | 6.50 | $3,640.00 |
| 08/28/20 | Adrian Azer | Multiple communications with Sidley Austin in preparation for call with insurers (.6); multiple communications with counsel to Chubb regarding ███████ (.3); prepare for conference with the insurers, including circulating ███████ (.5); conference with insurers (1.2); post-conference with Mr. Martin regarding same (.3); prepare for conference with KCIC regarding ███████ (.4); review communications related to ███████ (.2); communications related to ███████ including communication from mediator regarding ███████ (.3); review communications related to ███████ (.4). | 4.20 | $2,940.00 |
| 08/28/20 | Carla Green | Correspondence with Sidley regarding ███████ (.3); multiple correspondence with insurers regarding ███████ (.5); conference call with KCIC regarding ███████ (.4); multiple correspondence with insurer regarding ███████ (.6). | 1.80 | $1,008.00 |
| 08/28/20 | Ernest Martin, Jr. | Review various e-mails from Sidley and Chubb's counsel regarding ███████ (.1); discussion with Mr. Azer regarding ███████ (.3). | 0.40 | $390.00 |

Invoice Number: 21445286
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

September 14, 2020
Page 9 of 9

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/29/20 | Ernest Martin, Jr. | Review e-mail from Mr. Gallagher regarding ███████████ ███ (.1); prepare e-mail to Mr. McGowan regarding same (.1). | 0.20 | $195.00 |
| 08/30/20 | Adrian Azer | Prepare for conference with Sidley Austin related to ████████ ██████████████████████████ (.4); conference with Sidley Austin and Mr. Martin regarding ████ (.5); review ████ (1.3); communication with Ms. Green regarding same (.2). | 2.40 | $1,680.00 |
| 08/30/20 | Carla Green | Correspondence with Mr. Azer regarding ████████ ███████. | 0.20 | $112.00 |
| 08/30/20 | Ernest Martin, Jr. | Telephone call with Mr. Andolina and Mr. Linder regarding ████ ████████ (.5); review e-mail from Mr. McGowan and Mr. Gallagher regarding same (.1). | 0.60 | $585.00 |
| 08/31/20 | Adrian Azer | Continue to review ████████, including conference with Ms. Green regarding █████ (1.1); communications with insurers and mediator regarding ████ (.2); review various tasks ██████████████ (1.6); review research issue ████ (.4). | 3.30 | $2,310.00 |
| 08/31/20 | Carla Green | Conference call with Mr. Azer regarding █████ ██████, including reviewing multiple correspondence from insurers for same (1.6); begin draft of ████████████████ (1.0). | 2.60 | $1,456.00 |

**Total Fees**                                                                                    $75,363.50

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|-----------|-------|-------|------|--------|
| Adrian Azer | Partner | 59.80 | $700.00 | $41,860.00 |
| Ernest Martin, Jr. | Partner | 6.90 | $975.00 | $6,727.50 |
| Carla Green | Associate | 41.90 | $560.00 | $23,464.00 |
| Wesley Dutton | Associate | 7.20 | $460.00 | $3,312.00 |
| **Total Professional Summary** | | | | **$75,363.50** |

**Total Fees, Expenses and Charges**                                              $75,363.50

**Total Amount Due**                                                       USD  $75,363.50

# haynesboone

Invoice Number: 21445287
Invoice Date:  September 14, 2020
Matter Name: BSA/█████
Client/Matter Number: 0020234.00026
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

**REMITTANCE PAGE**

*For Professional Services Through  August 31, 2020*

| | |
|---|---:|
| Total Fees | $630.00 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$630.00** |
| **Total Invoice Balance Due** | **USD  $630.00** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

**CHECK PAYMENT INSTRUCTIONS**
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

**ACH PAYMENT INSTRUCTIONS**
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

**WIRE PAYMENT INSTRUCTIONS**
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N ● SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21445287** ● Client Number **0020234.00026** ● Attorney **Ernest Martin, Jr.**

**PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.**

Invoice Number: 21445287
Matter Name: BSA█████
Client/Matter Number: 0020234.00026
Billing Attorney: Ernest Martin, Jr.

September 14, 2020
Page 2 of 2

*For Professional Services Through  August 31, 2020*

### Professional Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/19/20 | Adrian Azer | Review communication from ORIC██████████ ████████████████ | 0.60 | $420.00 |
| 08/20/20 | Adrian Azer | Review communication from ORIC███████. | 0.30 | $210.00 |

**Total Fees** $630.00

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|-----------|-------|-------|------|--------|
| Adrian Azer | Partner | 0.90 | $700.00 | $630.00 |
| **Total Professional Summary** | | | | $630.00 |

**Total Fees, Expenses and Charges** $630.00

**Total Amount Due** USD $630.00

# haynesboone

Invoice Number: 21445289
Invoice Date:  September 14, 2020
Matter Name: GSUSA Insurance Issues
Client/Matter Number: 0020234.00029
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

## REMITTANCE PAGE
*For Professional Services Through  August 31, 2020*

| | |
|---|---:|
| Total Fees | $8,552.50 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$8,552.50** |
| **Total Invoice Balance Due** | **USD  $8,552.50** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N** ● **SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21445289** ● Client Number **0020234.00029** ● Attorney **Ernest Martin, Jr.**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21445289
Matter Name: GSUSA Insurance Issues
Client/Matter Number: 0020234.00029
Billing Attorney: Ernest Martin, Jr.

September 14, 2020
Page 2 of 3

*For Professional Services Through  August 31, 2020*

**Professional Fees**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/04/20 | Adrian Azer | Communications with client regarding ███████, including ██████ ████████████. | 0.40 | $280.00 |
| 08/19/20 | Adrian Azer | Communications with client regarding ████████ (.2); analyze ██████████ (.4); confer with client █████████ (.2). | 0.80 | $560.00 |
| 08/20/20 | Adrian Azer | ███████████████████ (.3); confer with Ms. Green regarding ██████████ (.2); confer with Ms. Parks and Ms. Green regarding same (.3); post-conference with Mr. Martin regarding same (.3). | 1.10 | $770.00 |
| 08/20/20 | Carla Green | Strategize with Mr. Azer and Ms. Parks regarding ██████ ██████████████████, including review of documents for same. | 0.80 | $448.00 |
| 08/20/20 | Ernest Martin, Jr. | Discussion with Mr. Azer regarding ███████████ ███████████ (.3). | 0.30 | $292.50 |
| 08/20/20 | Brittany Parks | Discuss and analyze with Ms. Green and Mr. Azer regarding ██████ ████████████████. | 0.30 | $159.00 |
| 08/26/20 | Ernest Martin, Jr. | Discussion with Ms. Parks regarding ██████████ ███████. | 0.20 | $195.00 |
| 08/26/20 | Brittany Parks | Discussion with Mr. Martin regarding █████ (.2); analyze ████████████████ (.4); begin to read and analyze Texas law regarding ████████ ██████ (1.1); begin to read and analyze New York law regarding ████████ (1.5). | 3.20 | $1,696.00 |
| 08/27/20 | Brittany Parks | Continue to read and analyze Texas law regarding █████ ████████, and other issues (1.7); continue to read and analyze New York law regarding ████████ (2.1); read and analyze prior communications with insurers regarding ██████████ (.9); prepare and write separate letters to Beazley and RSUI regarding ██████████████████ (1.1). | 5.80 | $3,074.00 |
| 08/28/20 | Adrian Azer | Communication with client regarding ████████ (.2); begin to review draft letters to RSUI and Beazley regarding ████████ (.7). | 0.90 | $630.00 |
| 08/31/20 | Carla Green | Review and revise response letters drafted by Ms. Parks. | 0.80 | $448.00 |

**Total Fees**                                                                                               **$8,552.50**

Invoice Number: 21445289
Matter Name: GSUSA Insurance Issues
Client/Matter Number: 0020234.00029
Billing Attorney: Ernest Martin, Jr.

September 14, 2020
Page 3 of 3

**Timekeeper Summary**

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Adrian Azer | Partner | 3.20 | $700.00 | $2,240.00 |
| Ernest Martin, Jr. | Partner | 0.50 | $975.00 | $487.50 |
| Brittany Parks | Associate | 9.30 | $530.00 | $4,929.00 |
| Carla Green | Associate | 1.60 | $560.00 | $896.00 |
| **Total Professional Summary** | | | | **$8,552.50** |

**Total Fees, Expenses and Charges** $8,552.50

**Total Amount Due** USD  **$8,552.50**

# haynesboone

Invoice Number: 21446078
Invoice Date:  September 16, 2020
Matter Name: Fee Applications
Client/Matter Number: 0020234.00035
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

**REMITTANCE PAGE**

*For Professional Services Through  August 31, 2020*

| | |
|---|---:|
| Total Fees | $15,208.00 |
| Adjustment (50% Courtesy Discount) | $ (7,604.00) |
| **Total Adjusted Fees** | **$7,604.00** |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$7,604.00** |
| **Total Invoice Balance Due** | **USD  $7,604.00** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

**CHECK PAYMENT INSTRUCTIONS**
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

**ACH PAYMENT INSTRUCTIONS**
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

**WIRE PAYMENT INSTRUCTIONS**
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N ● SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21446078** ● Client Number **0020234.00035** ● Attorney **Ernest Martin, Jr.**

**PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.**

Invoice Number: 21446078                                               September 16, 2020
Matter Name: Fee Applications                                                  Page 2 of 3
Client/Matter Number: 0020234.00035
Billing Attorney: Ernest Martin, Jr.

*For Professional Services Through  August 31, 2020*

**Professional Fees**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/05/20 | Denise A. Stilz | Work on edits to July proformas. | 3.30 | $1,237.50 |
| 08/06/20 | Denise A. Stilz | Continue to review July proformas for edits necessary (2.5); highlight potential redactions in July proformas (2.1). | 4.60 | $1,725.00 |
| 08/07/20 | Denise A. Stilz | Continue to revise and highlight July proformas for possible redactions (3.2); email communication to team regarding status (.1); forward final proformas to Ms. Richardson (.1); begin drafting Third Monthly Fee Application (.7). | 4.10 | $1,537.50 |
| 08/12/20 | Carla Green | Finalize review of invoices for privilege. | 0.80 | $448.00 |
| 08/12/20 | Denise A. Stilz | Email communications with Ms. Richardson and team regarding proforma invoices for July. | 0.20 | $75.00 |
| 08/13/20 | Carla Green | Revise invoices for Fee Application to ensure consistency and redaction for privilege, including correspondence with Ms. Stilz regarding same. | 1.80 | $1,008.00 |
| 08/14/20 | Adrian Azer | Conferences with Ms. Green regarding review of invoices for compliance with UST guidelines (.4); review invoices for same (.3); communications with team regarding same (.2). | 0.90 | $630.00 |
| 08/14/20 | Carla Green | Conferences with Mr. Azer regarding review of invoices for compliance with UST guidelines (.4); complete multiple revisions to proformas for Fee Application (1.4); multiple correspondence with Ms. Stilz and Mr. Azer regarding same (.8). | 2.60 | $1,456.00 |
| 08/14/20 | Denise A. Stilz | Continue to work on proformas for fee application. | 5.60 | $2,100.00 |
| 08/17/20 | Carla Green | Finalize review of proformas for privilege and confidentiality, including correspondence with Ms. Thrasher and Mr. Azer regarding same. | 1.00 | $560.00 |
| 08/17/20 | Tiffany Thrasher | Begin reviewing July invoices and revisions in preparation for Third Fee Application (1.1); emails with counsel regarding same (.1). | 1.20 | $420.00 |
| 08/19/20 | Carla Green | Correspondence with Ms. Thrasher regarding redaction of invoices for Fee Application, including review final version of Fee application. | 0.50 | $280.00 |
| 08/19/20 | Tiffany Thrasher | Continue to review and redact July invoices (2.1); prepare Third Fee Application and forward to counsel for review (2.2). | 4.30 | $1,505.00 |
| 08/20/20 | Carla Green | Final review of redactions of invoices for Fee Application, including correspondence with Ms. Thrasher regarding same. | 0.80 | $448.00 |

Invoice Number: 21446078
Matter Name: Fee Applications
Client/Matter Number: 0020234.00035
Billing Attorney: Ernest Martin, Jr.

September 16, 2020
Page 3 of 3

| **Date** | **Timekeeper** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 08/20/20 | Tiffany Thrasher | Complete review and redaction of July invoices (2.6); emails with Ms. Green regarding same (.1). | 2.70 | $945.00 |
| 08/21/20 | Carla Green | Review and revise final redactions to invoices (.6); correspondence with Mr. Azer and Morris Nichols regarding same (.2). | 0.80 | $448.00 |
| 08/21/20 | Tiffany Thrasher | Additional redactions to July invoices (.2); emails with Ms. Green regarding same (.1). | 0.30 | $105.00 |
| 08/24/20 | Carla Green | Final review of Fee Application prior to filing, including correspondence with local counsel regarding same. | 0.50 | $280.00 |

| | | |
|---|---|---|
| **Total Fees** | | **$15,208.00** |
| Adjustment (50% Courtesy Discount) | | $ (7,604.00) |
| **Total Adjusted Fees** | | **$7,604.00** |

### Timekeeper Summary

| **Timekeeper** | **Title** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| Adrian Azer | Partner | 0.90 | $700.00 | $630.00 |
| Carla Green | Associate | 8.80 | $560.00 | $4,928.00 |
| Denise A. Stilz | Paralegal | 17.80 | $375.00 | $6,675.00 |
| Tiffany Thrasher | Paralegal | 8.50 | $350.00 | $2,975.00 |
| **Total Professional Summary** | | | | **$15,208.00** |

| | |
|---|---|
| **Total Fees, Expenses and Charges** | **$7,604.00** |
| **Total Amount Due** | **USD $7,604.00** |



Invoice Number: 21445290
Invoice Date:  September 14, 2020
Matter Name: BSA/Business Loss COVID
Client/Matter Number: 0020234.00039
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan
1325 West Walnut Hill Lane
Irving, TX  75015-2079

---

### REMITTANCE PAGE
*For Professional Services Through  August 31, 2020*

| | |
|---|---|
| Total Fees | $585.00 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$585.00** |
| **Total Invoice Balance Due** | **USD  $585.00** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

#### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

#### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

#### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N  ●  SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21445290**  ●  Client Number **0020234.00039**  ●  Attorney **Ernest Martin, Jr.**

#### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21445290
Matter Name: BSA/Business Loss COVID
Client/Matter Number: 0020234.00039
Billing Attorney: Ernest Martin, Jr.

September 14, 2020
Page 2 of 2

*For Professional Services Through  August 31, 2020*

**Professional Fees**

| <u>Date</u> | <u>Timekeeper</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|------|-----------|-------------|-------|--------|
| 08/10/20 | Ernest Martin, Jr. | Review property policy ███████████; telephone call with Mr. Moore. | 0.60 | $585.00 |

**Total Fees** — — — **$585.00**

**Timekeeper Summary**

| <u>Timekeeper</u> | <u>Title</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|-----------|-------|-------|------|--------|
| Ernest Martin, Jr. | Partner | 0.60 | $975.00 | $585.00 |
| **Total Professional Summary** | | | | **$585.00** |

**Total Fees, Expenses and Charges** — **$585.00**

**Total Amount Due** — **USD  $585.00**