## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>Objection Deadline:  **October 5, 2020 @ 4:00 PM**<br>Hearing Date:  Only if an objection is filed |

**FOURTH MONTHLY FEE APPLICATION OF GILBERT LLP AS INSURANCE COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE CLAIMAINTS FOR ALLOWANCE OF COMPENSTATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD AUGUST 1, 2020 THROUGH AUGUST 31, 2020**

| | |
|---|---|
| Name of Applicants: | Gilbert LLP |
| Authorized to Provide Professional Services as: | Insurance Counsel to the Future Claimants' Representative |
| Date of Retention: | *Nunc Pro Tunc* to March 19, 2020 |
| Period for Which Compensation and Reimbursement is Sought: | August 1, 2020 through August 31, 2020 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary: | $25,922.00 (80% of $32,402.50) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $272.92 |

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

### SUMMARY OF PRIOR FEE STATEMENTS

| Date Filed | Period Covered | Fees Requested | Expenses Requested |
|---|---|---|---|
| 06/23/2020 | March 19, 2020 – May 31, 2020 | $99,231.00 | $2,693.40 |
| 07/20/2020 | June 1, 2020 – June 30, 2020 | $23,276.50 | $384.20 |
| 08/20/2020 | July 1, 2020 – July 31, 2020 | $16,399.00 | $176.25 |
|  |  | **$138,906.50** | **$3,253.85** |

### COMPENSATION BY PROFESSIONAL

| Professional | Position | Hourly Rate | Hours Billed for Period | Total Fees for Period |
|---|---|---|---|---|
| Kami E. Quinn | Partner | $775.00 | 9.4 | $7,285.00 |
| Meredith Neely | Associate | $475.00 | 30.9 | $14,677.50 |
| Emily Grim | Associate | $590.00 | 0.5 | $295.00 |
| Jasmine Chalashtori | Associate | $355.00 | 18.9 | $6,709.50 |
| Stephanie Colcock | Paralegal | $285.00 | 6.8 | $1,938.00 |
| Peggy Holland | Billing Specialist | $275.00 | 1.3 | $357.50 |
| Mary Carter Hudgins | Billing Specialist | $190.00 | 6.0 | $1,140.00 |
|  | **Totals** |  | **73.8** | **$32,402.50** |
|  | **Blended Rate** | **$438.83** |  |  |

### COMPENSATION BY PROJECT CATEGORY

| Category | Hours | Fees |
|---|---|---|
| Insurance Analysis & Recovery | 51.7 | $23,938.00 |
| Retention / Fee Application (Gilbert LLP) | 7.3 | $1,497.50 |
| Motions for Relief from Automatic Stay | 12.8 | $5,951.00 |
| Adversary Proceeding – Hartford | 2.0 | $1,016.00 |
|  | **73.8** | **$32,402.50** |

### SUMMARY OF EXPENSES

| Description | Total Expenses for Period |
|---|---|
| Conference Calls | $43.50 |
| Westlaw | $140.92 |
| PACER | $88.50 |
|  | **$272.92** |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>Objection Deadline:  **October 5, 2020 @ 4:00 PM**<br>Hearing Date:  Only if an objection is filed |

**FOURTH MONTHLY FEE APPLICATION OF GILBERT LLP AS INSURANCE**
**COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE CLAIMAINTS FOR**
**ALLOWANCE OF COMPENSTATION AND REIMBURSEMENT OF EXPENSES**
**FOR THE PERIOD AUGUST 1, 2020 THROUGH AUGUST 31, 2020**

Pursuant to sections 330 and 331 of title 11 of the United States code (as amended, the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and this Court's April 6, 2020, *Order (I) Approving Procedures for (A) Interim Compensation for Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* [Docket No. 341] (the "Administrative Fee Order"), Gilbert LLP ("Applicant"), insurance counsel for the legal representative for future claimants (the "Future Claimants' Representative" or "FCR"), hereby submits its fourth monthly fee application for allowance of compensation for services rendered during the period from August 1, 2020 through and including August 31, 2020 (the "Fee Period") in the amount of

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

$32,402.50 and reimbursement for actual and necessary expenses incurred in the amount of $272.92. In support of this application, Applicant respectfully represent as follows:

1.    James L. Patton, Jr. was appointed to serve as the Future Claimants' Representative *nunc pro tunc* to February 18, 2020 pursuant to an order entered by this Court on April 24, 2020 [Docket No. 486].

2.    Gilbert LLP was employed *nunc pro tunc* to March 19, 2020 to serve as insurance counsel to the Future Claimants' Representative pursuant to an order entered by this Court on May 23, 2020 [Docket No. 690]. The order authorized the Applicant to be compensated on an hourly basis and to be reimbursed for actual and necessary expenses.

3.    All services for which compensation is requested by Gilbert LLP was performed for or on behalf of the Future Claimants' Representative.

## SUMMARY OF SERVICES RENDERED

4.    Attached hereto as Exhibit A is a detailed statement of services provided and fees sought during the Fee Period in the amount of $32,402.50.

5.    The services rendered by the Applicant during the Fee Period are grouped into the categories as set forth in Exhibit A. The professionals who rendered services relating to each category are identified, along with the number of hours for each professional, and the total compensation sought for each category are reflected in Exhibit A.

## DISBURSEMENTS

6.    Attached hereto as Exhibit B is a breakdown of costs and expenses incurred during the Fee Period in the amount of $272.92. Costs and expenses are broken down into categories of charges, including, among other things, conference calls and computerized research. Applicant bills clients for costs and expenses at the rate we are charged; no additional

2

fees or charges are added to the amounts billed.  A complete list by category of the expenses incurred during the Fee Period may be found in Exhibit B attached hereto.

## VALUATION OF SERVICES

7.       Gilbert LLP expended a total of 74.0 hours in connection with this representation during the Fee Period.

8.       The amount of time spent by the Applicant during the Fee Period is fully set forth in Exhibit A attached hereto.  The hourly rates set forth therein are the Applicant's normal hourly rates of compensation for work of this character.  The reasonable value of the services rendered by Gilbert LLP during the Fee Period is $32,402.50.

9.       Applicant believes that the time and expenses reflect in Exhibit A and Exhibit B are in compliance with the requirements of Del. Bankr. LR 2016-2.

10.      In accordance with the factors enumerated in § 330, the amount requested is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature of and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

11.      This Application covers the period from August 1, 2020 through and including August 31, 2020.

WHEREFORE, Gilbert LLP respectfully requests that allowance be made in the sum of $32,402.50 as compensation for necessary professional services rendered and the sum of

$272.92 for reimbursement of actual and necessary costs and expenses during the Fee Period.

Applicant further requests such other and further relief as this Court may deem just and proper.

Dated:  September 21, 2020
        Washington, DC

                      **GILBERT LLP**

                      */s/ Kami E. Quinn*
                      Kami E. Quinn (Admitted *Pro Hac Vice*)
                      700 Pennsylvania Avenue, SE
                      Suite 400
                      Washington, DC 20003
                      Telephone: (202) 772-2200
                      quinnk@gilbertlegal.com

                      *Special Insurance Counsel to the*
                      *Future Claimants' Representative*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                     Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>Objection Deadline:  **October 5, 2020 @ 4:00 PM**<br>Hearing Date:  Only if an objection is filed |

## <u>CERTIFICATION OF KAMI E. QUINN</u>

I, Kami E. Quinn, certify as follows:

1.      I am a partner of the law firm of Gilbert LLP and have been admitted to the bar in the District of Columbia since 2006.

2.      I have personally performed many of the legal services rendered by Gilbert LLP as insurance counsel to the Future Claimants' Representative and am thoroughly familiar with all other work performed on behalf of the Future Claimants' Representative by the lawyers and paraprofessionals in the firm.

3.      The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information, and belief.

Dated:  September 21, 2020

By:      */s/  Kami E. Quinn*
            Kami E. Quinn (Admitted *pro hac vice*)

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.