# EXHIBIT A



700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
O 202.772.2200
F 202.772.3333

GilbertLegal.com

September 21, 2020
Invoice Number: 11320768
Client Number: 1613

James Patton, Jr.
Future Claimaints' Representative for
Boy Scouts of America
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801

_____

**FOR PROFESSIONAL SERVICES RENDERED through August 31, 2020**

**Re: James Patton, Jr.**

| Matter Description | Fees | Costs | Total |
|---|---:|---:|---:|
| Insurance Analysis & Recovery | 23,938.00 | 142.70 | 24,080.70 |
| Retention / Fee Application | 1,497.50 | .00 | 1,497.50 |
| Motions for Relief from Automatic Stay | 5,951.00 | 130.22 | 6,081.22 |
| Adversary Proceeding – Hartford Accident & Indemnity | 1,016.00 | .00 | 1,016.00 |
| **Total** | **32,402.50** | **272.92** | **32,675.42** |

|  |  |
|---:|---:|
| TOTAL FEES | $ 32,402.50 |
| TOTAL EXPENSES | $ 272.92 |
| **TOTAL FEES AND EXPENSES** | **$ 32,675.42** |



**FOR PROFESSIONAL SERVICES RENDERED through August 31, 2020**

**Insurance Analysis & Recovery**

| Date | Name | Services | Hours | Amount |
|---|---|---|---:|---:|
| 8/06/20 | Quinn, K. | Communicate with team re document review process. | .10 | 77.50 |
| 8/06/20 | Neely, M. | Communicate with team re review of data room for insurance and claim information. | .20 | 95.00 |
| 8/06/20 | Chalashtori, J. | Analyze insurance issues related to database. | .20 | 71.00 |
| 8/07/20 | Quinn, K. | Review M. Neely analysis of Evanston request. | .20 | 155.00 |
| 8/07/20 | Neely, M. | Review proposed settlement of non-stayed claim under Evanston policy. | .60 | 285.00 |
| 8/07/20 | Chalashtori, J. | Begin analyzing documents in data room for insurance-related issues. | 1.70 | 603.50 |
| 8/09/20 | Chalashtori, J. | Continue analyzing documents in data room for insurance issues. | 2.70 | 958.50 |
| 8/09/20 | Chalashtori, J. | Draft memorandum re insurance-related documents. | 1.20 | 426.00 |
| 8/10/20 | Quinn, K. | Confer with team re status and strategy. | .50 | 387.50 |
| 8/10/20 | Neely, M. | Confer with K. Quinn, E. Grim, and J. Chalashtori re insurance recovery strategy. | .50 | 237.50 |
| 8/10/20 | Neely, M. | Draft communication to S. Zeig re insurance recovery strategy. | .40 | 190.00 |
| 8/10/20 | Grim, E. | Confer with K. Quinn, M. Neely, and J. Chalashtori re case status and insurance strategy issues. | .50 | 295.00 |
| 8/10/20 | Chalashtori, J. | Continue to analyze insurance issues in documents from data site. | .50 | 177.50 |
| 8/11/20 | Neely, M. | Analyze potential alternative liability coverage for abuse claims. | 1.00 | 475.00 |
| 8/11/20 | Chalashtori, J. | Confer with S. Colcock re insurance documents in data room. | .40 | 142.00 |
| 8/11/20 | Chalashtori, J. | Analyze new documents in data room for insurance issues. | .20 | 71.00 |
| 8/11/20 | Colcock, S. | Communicate with J. Chalashtori re data room documents. | .20 | 57.00 |
| 8/12/20 | Chalashtori, J. | Analyze document in data room for insurance-related issues. | .40 | 142.00 |
| 8/12/20 | Colcock, S. | Review data rooms and compare contents in highly confidential, confidential and Committee advisor rooms. | 3.90 | 1,111.50 |
| 8/13/20 | Quinn, K. | Confer with Debtors' counsel re current status. | .50 | 387.50 |

Invoice Number: 11320768
September 21, 2020

| Date | Name | Services | Hours | Amount |
|---|---|---|---|---|
| 8/13/20 | Quinn, K. | Confer with Haynes and Boone re insurance strategy and recent orders. | .50 | 387.50 |
| 8/13/20 | Neely, M. | Analyze insurance asset recovery issues in mediation. | 3.60 | 1,710.00 |
| 8/14/20 | Quinn, K. | Confer with D. Molton re request for information (0.3); communicate with M. Neely re request for insurance presentation (0.1). | .10 | 77.50 |
| 8/16/20 | Quinn, K. | Confer with client re additional insured question. | .20 | 155.00 |
| 8/16/20 | Neely, M. | Draft communication to A. Mielke re mediation insurance issues. | .60 | 285.00 |
| 8/17/20 | Neely, M. | Analyze impact of proposed non-debtor settlement of claim under Evanston policy. | .30 | 142.50 |
| 8/17/20 | Chalashtori, J. | Analyze insurance documents from data room. | 2.00 | 710.00 |
| 8/18/20 | Neely, M. | Finish reviewing pre-1990 and pre-1980 coverage issues. | 2.10 | 997.50 |
| 8/18/20 | Chalashtori, J. | Analyze new documents in data room for insurance-related issues. | .50 | 177.50 |
| 8/19/20 | Quinn, K. | Confer with M. Neely re request from coalition re insurance information. | .20 | 155.00 |
| 8/19/20 | Neely, M. | Communications with S. Zieg re 1980 and 1990 insurance analysis. | .10 | 47.50 |
| 8/19/20 | Neely, M. | Communications with K. Quinn re 1980 and 1990 insurance analysis. | .20 | 95.00 |
| 8/19/20 | Neely, M. | Communications with J. Chalashtori re analysis of mediation submissions for insurance issues. | .20 | 95.00 |
| 8/19/20 | Chalashtori, J. | Analyze coalition filings for insurance issues. | .60 | 213.00 |
| 8/19/20 | Chalashtori, J. | Analyze insurance issues related to mediation statements. | .20 | 71.00 |
| 8/20/20 | Neely, M. | Analyze FCR mediation submission in connection with ongoing analysis of insurance issues. | .70 | 332.50 |
| 8/20/20 | Neely, M. | Review TCC mediation submission in connection with ongoing analysis of insurance issues. | .50 | 237.50 |
| 8/20/20 | Neely, M. | Review UCC mediation submission in connection with ongoing analysis of insurance issues. | .20 | 95.00 |
| 8/20/20 | Neely, M. | Review local councils' mediation submission in connection with ongoing analysis of insurance issues. | .30 | 142.50 |
| 8/20/20 | Neely, M. | Review JPM mediation submission in connection with ongoing analysis of insurance issues. | .20 | 95.00 |
| 8/20/20 | Neely, M. | Review Arrowood coverage issues raised in mediation submission. | .20 | 95.00 |

Invoice Number: 11320768
September 21, 2020

| Date | Name | Services | Hours | Amount |
|---|---|---|---|---|
| 8/21/20 | Neely, M. | Communications with K. Quinn re D. Molton questions re coverage. | .20 | 95.00 |
| 8/21/20 | Chalashtori, J. | Analyze mediation statements for insurance-related issues. | 3.50 | 1,242.50 |
| 8/23/20 | Neely, M. | Review Chubb mediation submission. | .20 | 95.00 |
| 8/23/20 | Neely, M. | Revise J. Chalashtori summary of mediation submissions. | .40 | 190.00 |
| 8/23/20 | Chalashtori, J. | Analyze Chubb mediation statement. | .50 | 177.50 |
| 8/23/20 | Chalashtori, J. | Draft summary re insurance relevant positions in mediation statements. | 2.00 | 710.00 |
| 8/23/20 | Chalashtori, J. | Correspond with M. Neely re mediation statement analysis. | .30 | 106.50 |
| 8/24/20 | Quinn, K. | Participate in team meeting re status and strategy. | .50 | 387.50 |
| 8/24/20 | Neely, M. | Confer with D. Molton re planned discussion of coverage issues. | .20 | 95.00 |
| 8/24/20 | Neely, M. | Confer with J. Chalashtori re analysis of statute of limitations issue. | .30 | 142.50 |
| 8/24/20 | Chalashtori, J. | Confer M. Neely and S. Colcock re case status, next steps, strategy. | .30 | 106.50 |
| 8/24/20 | Colcock, S. | Communicate with M. Neely and J. Chalashtori re case updates. | .60 | 171.00 |
| 8/25/20 | Quinn, K. | Review bar date and related pleadings. | .30 | 232.50 |
| 8/25/20 | Quinn, K. | Meet with coalition counsel re common interest issues related to insurance asset. | 1.00 | 775.00 |
| 8/25/20 | Neely, M. | Review Debtors' motion to supplement bar date order. | .70 | 332.50 |
| 8/25/20 | Neely, M. | Review coverage issues in preparation for common interest call with coalition. | .80 | 380.00 |
| 8/25/20 | Neely, M. | Confer with K. Quinn, S. Zieg, and coalition re common interest coverage issues. | 1.00 | 475.00 |
| 8/25/20 | Neely, M. | Review global coverage analysis and recovery plan. | .70 | 332.50 |
| 8/25/20 | Neely, M. | Review coalition verified statement and motion to redact. | .30 | 142.50 |
| 8/26/20 | Quinn, K. | Call with S. Zeig and M. Neely re follow up to coalition call. | .60 | 465.00 |
| 8/26/20 | Neely, M. | Confer with S. Zieg and K. Quinn re insurance recovery. | .60 | 285.00 |
| 8/27/20 | Quinn, K. | Review motion to intervene in mediation. | .30 | 232.50 |
| 8/27/20 | Quinn, K. | Review Century motion re coalition 2019. | .50 | 387.50 |
| 8/27/20 | Neely, M. | Review Debtors' motion to assume unexpired leases for information relevant to coverage issues. | .20 | 95.00 |

3

Invoice Number: 11320768
September 21, 2020

| Date | Name | Services | Hours | Amount |
|---|---|---|---|---|
| 8/28/20 | Neely, M. | Review Herman Law objection to motion for supplemental bar date order. | .10 | 47.50 |
| 8/29/20 | Chalashtori, J. | Preliminary review of new documents produced in data room for insurance-related issues. | .50 | 177.50 |
| 8/30/20 | Chalashtori, J. | Analyze documents in data room for insurance-related issues. | 1.00 | 355.00 |
| 8/31/20 | Quinn, K. | Review agenda and additional pleadings in advance of hearing. | .70 | 542.50 |
| 8/31/20 | Quinn, K. | Participate in hearing re injunction. | 2.00 | 1,550.00 |
| 8/31/20 | Neely, M. | Attend court hearing re Debtors' motion for a supplemental bar date order. | 2.00 | 950.00 |
| | | **TOTAL CHARGEABLE HOURS** | **51.70** | |
| | | **TOTAL FEES** | | **$ 23,938.00** |

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Quinn, K. | 8.20 | 775.00 | 6,355.00 |
| Neely, M. | 19.60 | 475.00 | 9,310.00 |
| Grim, E. | .50 | 590.00 | 295.00 |
| Chalashtori, J. | 18.70 | 355.00 | 6,638.50 |
| Colcock, S. | 4.70 | 285.00 | 1,339.50 |
| **TOTALS** | **51.70** | | **$ 23,938.00** |

**EXPENSE DETAILS**

| Date | Description | Task | Amount |
|---|---|---|---|
| 7/09/20 | Conference Call / CourtCall / M. Neely / Attend Hearing / 07/09/2020 | E105 | 43.50 |
| 8/31/20 | Westlaw | E106 | 38.50 |
| 8/31/20 | PACER | E106 | 15.60 |
| 8/31/20 | PACER | E106 | 45.10 |
| | **TOTAL EXPENSES** | | **$ 142.70** |
| | **TOTAL FEES AND EXPENSES FOR MATTER** | | **$ 24,080.70** |

Invoice Number: 11320768
September 21, 2020

**FOR PROFESSIONAL SERVICES RENDERED through August 31, 2020**

**Retention / Fee Application**

| Date | Name | Services | Hours | Amount |
|---|---|---|---:|---:|
| 8/06/20 | Hudgins, M.C. | Draft first interim fee application. | .90 | 171.00 |
| 8/10/20 | Hudgins, M.C. | Draft third monthly fee application. | .20 | 38.00 |
| 8/20/20 | Hudgins, M.C. | Revise third monthly fee application and exhibits. | .70 | 133.00 |
| 8/20/20 | Hudgins, M.C. | Continue drafting first interim fee application. | 1.20 | 228.00 |
| 8/21/20 | Holland, P. | Communicate with D. Buchbinder and R. Vinson (US Trustees office) re July fee statement and LEDES file. | .20 | 55.00 |
| 8/25/20 | Holland, P. | Revise interim application (0.6); draft notice re same (0.5). | 1.10 | 302.50 |
| 8/25/20 | Hudgins, M.C. | Analyze budgeted versus actual time billed in first interim period. | 3.00 | 570.00 |
| | | **TOTAL CHARGEABLE HOURS** | **7.30** | |
| | | **TOTAL FEES** | | **$ 1,497.50** |

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Total |
|---|---:|---:|---:|
| Holland, P. | 1.30 | 275.00 | 357.50 |
| Hudgins, M.C. | 6.00 | 190.00 | 1,140.00 |
| **TOTALS** | **7.30** | | **$ 1,497.50** |
| | **TOTAL FEES AND EXPENSES FOR MATTER** | | **$ 1,497.50** |

Invoice Number: 11320768
September 21, 2020

**FOR PROFESSIONAL SERVICES RENDERED through August 31, 2020**

**Motions for Relief from Automatic Stay**

| Date | Name | Services | Hours | Amount |
|---|---|---|---:|---:|
| 8/25/20 | Neely, M. | Analyze Henderson and Romero motions for relief from stay. | 1.20 | 570.00 |
| 8/26/20 | Quinn, K. | Confer with TCC counsel re lift stay motions. | .30 | 232.50 |
| 8/26/20 | Neely, M. | Confer with I. Nasatir, S. Zieg, and K. Quinn re motions to modify stay. | .20 | 95.00 |
| 8/26/20 | Neely, M. | Begin drafting objection to motions for relief from stay. | 3.30 | 1,567.50 |
| 8/27/20 | Neely, M. | Continue drafting objection to motions for relief from stay. | 1.20 | 570.00 |
| 8/28/20 | Neely, M. | Revise objection to motions for relief from stay. | 2.20 | 1,045.00 |
| 8/31/20 | Quinn, K. | Revise draft objection to lift stay motion. | .50 | 387.50 |
| 8/31/20 | Quinn, K. | Confer with client re revisions to lift stay objection. | .10 | 77.50 |
| 8/31/20 | Neely, M. | Revise objection to motions for relief from stay. | 1.70 | 807.50 |
| 8/31/20 | Colcock, S. | Cite-check objection to motions for relief from stay. | 2.10 | 598.50 |
| | | **TOTAL CHARGEABLE HOURS** | **12.80** | |
| | | **TOTAL FEES** | | **$ 5,951.00** |

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Total |
|---|---:|---:|---:|
| Quinn, K. | .90 | 775.00 | 697.50 |
| Neely, M. | 9.80 | 475.00 | 4,655.00 |
| Colcock, S. | 2.10 | 285.00 | 598.50 |
| **TOTALS** | **12.80** | | **$ 5,951.00** |

**EXPENSE DETAILS**

| Date | Description | Task | Amount |
|---|---|---|---:|
| 8/31/20 | Westlaw | E106 | 102.42 |
| 8/31/20 | PACER | E106 | 27.80 |
| | **TOTAL EXPENSES** | | **$ 130.22** |
| | **TOTAL FEES AND EXPENSES FOR MATTER** | | **$ 6,081.22** |

Invoice Number: 11320768
September 21, 2020

**FOR PROFESSIONAL SERVICES RENDERED through August 31, 2020**

**Adversary Proceeding - Hartford Accident & Indemnity**

| Date | Name | Services | Hours | Amount |
|---|---|---|---:|---:|
| 8/08/20 | Quinn, K. | Review pleadings re insurance implications; communicate with M. Neely re TX remand order. | .30 | 232.50 |
| 8/09/20 | Neely, M. | Review remand of Hartford Texas litigation and adversary proceeding filings. | 1.30 | 617.50 |
| 8/09/20 | Chalashtori, J. | Analyze insurance issues re Texas adversary proceeding. | .20 | 71.00 |
| 8/12/20 | Neely, M. | Communicate with BSA insurance counsel re Hartford litigation. | .20 | 95.00 |
| | | **TOTAL CHARGEABLE HOURS** | **2.00** | |
| | | **TOTAL FEES** | | **$ 1,016.00** |

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Total |
|---|---:|---:|---:|
| Quinn, K. | .30 | 775.00 | 232.50 |
| Neely, M. | 1.50 | 475.00 | 712.50 |
| Chalashtori, J. | .20 | 355.00 | 71.00 |
| **TOTALS** | **2.00** | | **$ 1,016.00** |
| **TOTAL FEES AND EXPENSES FOR MATTER** | | | **$ 1,016.00** |
| **TOTAL FEES AND EXPENSES** | | | **$ 32,675.42** |