# EXHIBIT B

**EXPENSES**
**August 1, 2020 - August 31, 2020**

| Date | Description | Amount |
|---|---|---|
| 7/9/2020 | Conference Call / Court Call / M. Neely / Attend Hearing / July 9, 2020 | $43.50 |
| 8/31/2020 | PACER | $15.60 |
| 8/31/2020 | PACER | $45.10 |
| 8/31/2020 | PACER | $27.80 |
| 8/31/2020 | Westlaw | $38.50 |
| 8/31/2020 | Westlaw | $102.42 |
| | | $272.92 |