# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2020, the *Fourth Monthly Application of Gilbert LLP as Insurance Counsel to the Legal Representative for Future Claimants for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2020 Through August 31, 2020* was caused to be served as indicated upon the parties identified in Exhibit A and the *Notice of Fee Application* was caused to be served as indicated upon the parties identified in Exhibit B.

Dated: September 21, 2020        YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                                         */s/ Edwin J. Harron*
                                                         Edwin J. Harron (No. 3396)
                                                         Rodney Square
                                                         1000 North King Street
                                                         Wilmington, Delaware 19801
                                                         Telephone: (302) 571-6600
                                                         Facsimile: (302) 571-1253
                                                         Email: eharron@ycst.com

                                                         *Counsel to the Future Claimants' Representative*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

27072075.1

# EXHIBIT A

**Boy Scouts of America and Delaware BSA, LLC (Case No. 20-10343) (LSS)**
**Fee Application Service List (All Parties Served Via E-Mail Unless Otherwise Noted)**

**FIRST CLASS MAIL**
(Debtors)
Boy Scouts of America
Attn: Steven P. McGowan
1325 West Walnut Hill Lane
Irving, TX 75035

(Counsel to the Debtors)
Sidley Austin LLP
Attn: Matthew E. Linder, Esq.
One South Dearborn Street
Chicago, IL 60603
Email: mlinder@sidley.com

(Counsel to the Debtors)
Sidley Austin LLP
Attn: Jessica C. K. Boelter, Esq.
787 Seventh Avenue
New York, NY 10019
Email: jboelter@sidley.com

(United States Trustee)
Office of the United States Trustee
Attn: David L. Buchbinder and Hannah M. McCollum
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
Email: david.l.buchbinder@usdoj.gov
       hannah.mccollum@usdoj.gov

(Co-Counsel to the Debtors)
Morris, Nichols, Arsht & Tunnell LLP
Attn: Derek C. Abbott, Esq.
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899
Email: dabbott@mnat.com

(Counsel to the Official Committee of Unsecured Creditors)
Kramer Levin Naftalis & Frankel LLP
Attn: Rachael Ringer, Esq. and Megan M. Wasson, Esq.
1177 Avenue of the Americas
New York, NY 10036
Email: rringer@kramerlevin.com
       mwasson@kramerlevin.com

(Counsel to the Tort Claimants' Committee)
Pachulski Stang Ziehl & Jones LLP
Attn: James I. Stang, Esq. and James E. O'Neill, Esq.
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Email: jstang@pszjlaw.com
       joneill@pszjlaw.com

(Counsel to Ad Hoc Committee of Local Councils)
Wachtell, Lipton, Rosen & Katz
Attn: Richard G. Mason, Esq. and
Joseph C. Celentino, Esq.
51 West 52nd Street
New York, NY 10019
Email: rgmason@wlrk.com
       jccelentino@wlrk.com

(Counsel to JPMorgan Chase Bank, N.A.)
Norton Rose Fulbright US LLP
Attn: Louis R. Strubeck, Jr. , Esq. and
Kristian W. Gluck, Esq.
2200 Ross Avenue, Suite 3600
Dallas, TX 75201-7932
Email: louis.strubeck@nortonrosefulbright.com
       kristian.gluck@nortonrosefulbright.com

(Counsel to County Commission of Fayette County (W. Virginia))
Steptoe & Johnson PLLC
Attn: John Stump, Esq.
Chase Tower, 8th Floor
707 Virginia Street East
Charleston, WV 25301
Email: johnstump@steptoe-johnson.com

(Counsel to the Official
Committee of Unsecured Creditors)
Reed Smith LLP
Attn: Kurt F. Gwynne, Esq. and Katelin A Morales, Esq.
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
Email: kgwynne@reedsmith.com
       kmorales@reedsmith.com

(Counsel to JPMorgan Chase Bank, N.A.)
Womble Bond Dickinson (US) LLP
Attn: Matthew Ward, Esq. and Morgan Patterson, Esq.
1313 N. Market Street, Suite 1200
Wilmington, DE 19801
Email: matthew.ward@wbd-us.com
       morgan.patterson@wbd-us.com

## **EXHIBIT B**

27072075.1

**Boy Scouts of America and Delaware BSA, LLC**
**Service List (All Parties Served Via Email Unless Otherwise Noted)**

Derek C. Abbott, Andrew R. Remming,
Joseph C. Barsalona II, Eric W. Moats,
and Paige N. Topper
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 16th Floor
Wilmington, DE 19801
dabbott@mnat.com
barsalona@mnat.com
emoats@mnat.com
aremming@mnat.com
ptopper@mnat.com

Thomas A. Labuda
Michael C. Andolina
Matthew E. Linder
Blair Warner
Karim Basaria
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
mlinder@sidley.com
tlabuda@sidley.com
mandolina@sidley.com
blair.warner@sidley.com
kbasaria@sidley.com

Jessica C. K. Boelter
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
jboelter@sidley.com

Office of the United States Trustee
Attn: David L. Buchbinder and Hannah M. McCollum
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
david.l.buchbinder@usdoj.gov

Cassandra Burton
Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026
burton.cassandra@pbgc.gov

Paul W. Carey
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608
pcarey@mirickoconnell.com

Kate P. Foley
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581
kfoley@mirickoconnell.com

Jeffrey E. Bjork
Kimberly A. Posin
Nicholas J. Messana
Latham & Watkins LLP
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
jeff.bjork@lw.com
kim.posin@lw.com
nicholas.messana@lw.com

Adam J. Goldberg
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022-4834
adam.goldberg@lw.com

Michael J. Merchant and Brett M. Haywood
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
merchant@rlf.com
haywood@rlf.com

**Boy Scouts of America and Delaware BSA, LLC**
**Service List (All Parties Served Via Email Unless Otherwise Noted)**

Eric Lopez Schnabel
Alessandra Glorioso
Dorsey & Whitney (Delaware) LLP
300 Delaware Avenue, Suite 1010
Wilmington, DE 19801
schnabel.eric@dorsey.com
glorioso.alessandra@dorsey.com

Bruce R. Ewing
Eric Lopez Schnabel
Dorsey & Whitney LLP
51 West 52nd Street
New York, NY 10019
ewing.bruce@dorsey.com

Brett D. Fallon
Brya M. Keilson
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
bfallon@morrisjames.com
bkeilson@morrisjames.com

Margaret M. Anderson
Fox Swibel Levin & Carroll LLP
200 W. Madison Street, Suite 3000
Chicago, IL 60606
panderson@foxswibel.com

Riley C. Walter
Wanger Jones Helsley, PC
265 E. River Park Circle, Suite 310
Fresno, CA 93720
rwalter@wjhattorneys.com

Jan T. Perkins
Baker Manock & Jensen, PC
5260 North Palm Avenue, Suite 421
Fresno, CA 93704
jperkins@bakermanock.com

Michael Marchese
Sequoia Council of BoyScouts, Inc.
6005 N. Tamera Avenue
Fresno, CA 93711
michael.marchese@scouting.org

Louis R. Strubeck, Jr.
Kristian W. Gluck
Ryan E. Manns
Norton Rose Fulbright US LLP
2200 Ross Avenue, Suite 3600
Dallas, TX 75201-7932
louis.strubeck@nortonrosefulbright.com
kristian.gluck@nortonrosefulbright.com
ryan.manns@nortonrosefulbright.com

Matthew P. Ward
Morgan L. Patterson
Womble Bond Dickinson (US) LLP
1313 North Market Street, Suite 1200
Wilmington, DE 19801
matthew.ward@wbd-us.com
morgan.patterson@wbd-us.com

Synchrony Bank
c/o PRA Receivables Management, LLC
Attn: Valerie Smith
P.O. Box 41021
Norfolk, VA 23541
claims@recoverycorp.com

**Boy Scouts of America and Delaware BSA, LLC**
**Service List (All Parties Served Via Email Unless Otherwise Noted)**

John P. Dillman
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064
houston_bankruptcy@publicans.com

Eric S. Goldstein
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
egoldstein@goodwin.com
bankruptcy@goodwin.com
bankruptcyparalegal@goodwin.com

David M. Fournier
Marcy J. McLaughlin Smith
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19801
david.fournier@troutman.com
marcy.smith@troutman.com

Harris B. Winsberg
Troutman Pepper Hamilton Sanders LLP
600 Peachtree St. NE, Suite 3000
Atlanta, GA 30308
harris.winsberg@troutman.com

Matthew G. Roberts
Troutman Pepper Hamilton Sanders LLP
600 Peachtree St. NE, Suite 3000
Atlanta, GA 30308
matthew.roberts2@troutman.com

Todd C. Jacobs
Bradley Riley Jacobs PC
320 W. Ohio Street, Suite 3W
Chicago, IL 60654
tjacobs@bradleyriley.com

Jason P. Hood
Davies Hood PLLC
22 North Front Street, Suite 620
Memphis, TN 38103-2100
Jason.Hood@davieshood.com

Daniel W. Van Horn
Butler Snow LLP
P.O. Box 171443
Memphis, TN 38187-1443
Danny.VanHorn@butlersnow.com

Craig T. Fessenden
Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026
fessenden.craig@pbgc.gov

Raeann Warner
Thomas C. Crumplar
Jacobs & Crumplar, P.A.
750 Shipyard Drive, Suite 200
Wilmington, DE 19801
Raeann@jcdelaw.com
tom@jcdelaw.com

Thomas S. Neuberger
Stephen J. Neuberger
The Neuberger Firm
17 Harlech Drive
Wilmington, DE 19807
tsn@neubergerlaw.com
sjn@neubergerlaw.com

Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Freeway, Suite 1000
Dallas, TX 75207
dallas.bankruptcy@publicans.com

**Boy Scouts of America and Delaware BSA, LLC**
**Service List (All Parties Served Via Email Unless Otherwise Noted)**

| | |
|---|---|
| Bruce W. Leaverton<br>Karr Tuttle Campbell, P.S.<br>701 Fifth Avenue, Suite 3300<br>Seattle, WA 98104<br>bleaverton@karrtuttle.com | Missouri Department of Revenue<br>Bankruptcy Unit<br>Attn: Steven A. Ginther<br>P.O. Box 475<br>Jefferson City, MO 65105-0475<br>deecf@dor.mo.gov |
| Richard J. Bernard<br>Foley & Lardner LLP<br>90 Park Avenue<br>New York, NY 10016<br>rbernard@foley.com | Victor Vilaplana<br>Foley & Lardner LLP<br>3579 Valley Centre Drive, Suite 300<br>San Diego, CA 92130<br>vavilaplana@foley.com |
| **FIRST CLASS MAIL**<br>John A. Vos<br>1430 Lincoln Avenue<br>San Rafael, CA 94901 | Patrick A. Jackson<br>Kaitlin W. MacKenzie<br>Faegre Drinker Biddle & Reath LLP<br>222 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>kaitlin.mackenzie@faegredrinker.com<br>patrick.jackson@faegredrinker.com |
| Jay Jaffe<br>Faegre Drinker Biddle & Reath LLP<br>600 E. 96th Street, Suite 600<br>Indianapolis, IN 46240<br>jay.jaffe@faegredrinker.com | Deb Secrest<br>Commonwealth of Pennsylvania<br>Department of Labor and Industry<br>Collections Support Unit<br>651 Boas Street, Room 925<br>Harrisburg, PA 17121<br>ra-li-ucts-bankrupt@state.pa.us |
| Brian J. McLaughlin<br>Rachel B. Mersky<br>Monzack Mersky McLaughlin and Browder, P.A.<br>1201 N. Orange Street, Suite 400<br>Wilmington, DE 19801<br>bmclaughlin@monlaw.com<br>rmersky@monlaw.com | Jeffrey R. Waxman<br>Eric J. Monzo<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>jwaxman@morrisjames.com<br>emonzo@morrisjames.com |
| Angela Z. Miller<br>Phillips Lytle LLP<br>One Canalside<br>125 Main Street<br>Buffalo, NY 14203<br>amiller@phillipslytle.com | James P. Ruggeri, Joshua D. Weinberg,<br>Abigail W. Williams, and Michele B. Konigsberg<br>Shipman & Goodwin LLP<br>1875 K Street NW, Suite 600<br>Washington, DC 20006-1251<br>awilliams@goodwin.com<br>jweinberg@goodwin.com<br>mkonigsberg@goodwin.com<br>jruggeri@goodwin.com |

**Boy Scouts of America and Delaware BSA, LLC**
**Service List (All Parties Served Via Email Unless Otherwise Noted)**

| | |
|---|---|
| Erin R. Fay<br>Gregory J. Flasser<br>Bayard, P.A.<br>600 N. King Street, Suite 400<br>Wilmington, DE 19801<br>efay@bayardlaw.com<br>gflasser@bayardlaw.com | Tara LeDay<br>McCreary, Veselka, Bragg & Allen, P.C.<br>P. O. Box 1269<br>Round Rock, TX 78680<br>tleday@mvbalaw.com |
| Deirdre M. Richards<br>Fineman Krekstein & Harris PC<br>1300 N. King Street<br>Wilmington, DE 19801<br>drichards@finemanlawfirm.com | Susan N.K. Gummow<br>Igor Shleypak<br>Foran Glennon Palandech Ponzi & Rudloff, P.C.<br>222 N. LaSalle Sreet, Suite 1400<br>Chicago, IL 60614<br>sgummow@fgppr.com<br>ishleypak@fgppr.com |
| Craig Goldblatt<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>1875 Pennsylvania Avenue, N.W.<br>Washington, DC 20006<br>craig.goldblatt@wilmerhale.com | Richard G. Mason<br>Douglas K. Mayer<br>Joseph C. Celentino<br>Wachtell, Lipton, Rosen & Katz<br>51 West 52nd Street<br>New York, NY 10019<br>rgmason@wlrk.com<br>dkmayer@wlrk.com<br>jccelentino@wlrk.com |
| Tad Thomas<br>Louis C. Schneider<br>Thomas Law Offices, PLLC<br>9418 Norton Commons Blvd., Suite 200<br>Louisville, KY 40059<br>tad@thomaslawoffices.com<br>lou.schneider@thomaslawoffices.com | Paul A. Fanning<br>Ward and Smith, P.A.<br>P.O. Box 8088<br>Greenville, NC 27835-80<br>paf@wardandsmith.com |
| Bradley L. Rice<br>Nagel Rice LLP<br>103 Eisenhower Parkway<br>Roseland, NJ 07068<br>brice@nagelrice.com | Mark L. Desgrosseilliers<br>Chipman, Brown, Cicero & Cole, LLP<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, DE 19801<br>desgross@chipmanbrown.com |

**Boy Scouts of America and Delaware BSA, LLC**
**Service List (All Parties Served Via Email Unless Otherwise Noted)**

| | |
|---|---|
| Cindy L. Robinson<br>Doug Mahoney<br>Tremont Sheldon Robinson Mahoney P.C.<br>64 Lyon Terrace<br>Bridgeport, CT 06604<br>crobinson@tremontsheldon.com<br>dmahoney@tremontsheldon.com | Thomas Moers Mayer, Rachael Ringer,<br>David E. Blabey, Jr., Jennifer R. Sharret,<br>and Megan M. Wasson<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>tmayer@kramerlevin.com<br>rringer@kramerlevin.com<br>dblabey@kramerlevin.com<br>jsharret@kramerlevin.com<br>mwasson@kramerlevin.com |
| Kurt F. Gwynne<br>Katelin A Morales<br>Reed Smith LLP<br>1201 N. Market Street, Suite 1500<br>Wilmington, DE 19801<br>kgwynne@reedsmith.com<br>kmorales@reedsmith.com | Joseph H. Lemkin<br>Stark & Stark, P.C.<br>P.O. Box 5315<br>Princeton, NJ 08543<br>jlemkin@stark-stark.com |
| James I. Stang, Robert B. Orgel, James E. O'Neill,<br>John W. Lucas, Linda Cantor, and Ilan D. Scharf<br>Pachulski Stang Ziehl & Jones LLP<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19801<br>jstang@pszjlaw.com<br>rorgel@pszjlaw.com<br>joneill@pszjlaw.com<br>lcantor@pszjlaw.com<br>jlucas@pszjlaw.com<br>ischarf@pszjlaw.com | Gerald D. Jowers, Jr.<br>Janet, Janet & Scuggs, LLC<br>500 Taylor Street, Suite 301<br>Columbia, SC 29201<br>GJowers@JJSJustice.com |
| Karen C. Bifferato<br>Kelly M. Conlan<br>Connolly Gallagher LLP<br>1201 N. Market Street, 20th Floor<br>Wilmington, DE 19801<br>kbifferato@connollygallagher.com<br>kconlan@connollygallagher.com | Michael P. Pompeo<br>Faegre Drinker Biddle & Reath LLP<br>1177 Avenue of the Americas, 41st Floor<br>New York, NY 10036-2714<br>michael.pompeo@faegredrinker.com |
| William P. Bowden<br>Ashby & Geddes, P.A.<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19801<br>wbowden@ashbygeddes.com | David M. Klauder<br>Bielli & Klauder, LLC<br>1204 N. King Street<br>Wilmington, DE 19801<br>dklauder@bk-legal.com |

**Boy Scouts of America and Delaware BSA, LLC**
**Service List (All Parties Served Via Email Unless Otherwise Noted)**

| | |
|---|---|
| Michael T. Pfau<br>Jason P. Amala<br>Vincent T. Nappo<br>Pfau Cochran Vertetis Amala PLLC<br>403 Columbia Street, Suite 500<br>Seattle, WA 98104<br>michael@pcvalaw.com<br>jason@pcvalaw.com<br>vnappo@pcvalaw.com | Alan C. Hochheiser<br>Maurice Wutscher LLP<br>23611 Chagrin Blvd., Suite 207<br>Beachwood, OH 44122<br>ahochheiser@mauricewutscher.com |
| Paul Mones<br>Paul Mones PC<br>13101 Washington Blvd.<br>Los Angeles, CA 90066<br>paul@paulmones.com | R. Joseph Hrubiec<br>Napoli Shkolnik PLLC<br>919 N. Market Street, Suite 1801<br>Wilmington, DE 19801<br>rhrubiec@napolilaw.com |
| Matthew S. Sorem<br>Nicolaides Fink Thorpe Michaelides Sullivan LLP<br>10 S. Wacker Drive, 21st Floor<br>Chicago, IL 60606<br>msorem@nicolaidesllp.com | Ryan S. Smethurst<br>Margaret H. Warner<br>McDermott Will & Emery LLP<br>The McDermott Building<br>500 North Capitol Street, NW<br>Washington, DC 20001-1531<br>rsmethurst@mwe.com<br>mwarner@mwe.com |
| David A. Lebowitz<br>Kaufman Lieb Lebowitz & Frick LLP<br>10 East 40th Street, Suite 3307<br>New York, NY 10016<br>dlebowitz@kllf-law.com | Shawn M. Christianson<br>Buchalter, A Professional Corporation<br>55 Second Street, 17th Floor<br>San Francisco, CA 94105-3493<br>schristianson@buchalter.com |
| Stamatios Stamoulis<br>Richard C. Weinblatt<br>Stamoulis & Weinblatt LLC<br>800 N. West Street, Suite 800<br>Wilmington, DE 19801<br>stamoulis@swdelaw.com<br>weinblatt@swdelaw.com | Tancred Schiavoni<br>Janine Panchok-Berry<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036-6537<br>tschiavoni@omm.com<br>jpanchok-berry@omm.com |
| Michael J. Joyce<br>The Law Offices of Joyce, LLC<br>1225 King Street, Suite 800<br>Wilmington, DE 19801<br>mjoyce@mjlawoffices.com | Britton C. Lewis<br>Carruthers & Roth, P.A.<br>235 N. Edgeworth Street<br>P.O. Box 540<br>Greensboro, NC 27401<br>bcl@crlaw.com |

**Boy Scouts of America and Delaware BSA, LLC**
**Service List (All Parties Served Via Email Unless Otherwise Noted)**

| | |
|---|---|
| Kevin Coughlin, Lorraine Armenti, Michael Hrinewski<br>Coughlin Duffy, LLP<br>350 Mount Kemble Avenue<br>P.O. Box 1917<br>Morristown, NJ 0796<br>kcoughlin@coughlinduffy.com<br>larmenti@coughlinduffy.com<br>mhrinewski@coughlinduffy.com | Todd M. Brooks<br>Whiteford Taylor & Preston LLP<br>Seven Saint Paul Street, 15th Floor<br>Baltimore, MD 21202-1626<br>tbrooks@wtplaw.com |
| Richard W. Riley<br>Whiteford Taylor & Preston LLC<br>The Renaissance Centre<br>405 North King Street, Suite 500<br>Wilmington, DE 19801<br>rriley@wtplaw.com | Christopher S. Murphy, Assistant Attorney General<br>c/o Sherri K. Simpson, Paralegal<br>Attorney General's Office<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548<br>christopher.murphy@oag.texas.gov<br>sherri.simpson@oag.texas.gov<br>hannah.mccollum@usdoj.gov |
| R. Karl Hill<br>Seitz, Van Ogtrop & Green, P.A.<br>222 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>khill@svglaw.com | Douglas R. Gooding<br>Jonathan D. Marshall<br>Michael J. Foley, Jr.<br>Choate, Hall & Stewart LLP<br>Two International Place<br>Boston, MA 02110<br>dgooding@choate.com<br>jmarshall@choate.com<br>mjfoley@choate.com |
| Kim V. Marrkand<br>Nancy D. Adams<br>Laura Bange Stephens<br>Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.<br>One Financial Center<br>Boston, MA 02111<br>kmarrkand@mintz.com<br>ndadams@mintz.com<br>lbstephens@mintz.com | William E. Winfield<br>Nelson Comis Kettle & Kinney LLP<br>300 E. Esplanade Drive, Suite 1170<br>Oxnard, CA 93036<br>wwinfield@calattys.com |
| Richard A. Barkasy<br>Kristi J. Doughty<br>Schnader Harrison Segal & Lewis LLP<br>824 N. Market Street, Suite 800<br>Wilmington, DE 19801<br>rbarkasy@schnader.com<br>kdoughty@schnader.com | Henry C. Shelton, III<br>Adams and Reese LLP<br>6075 Poplar Avenue, Suite 700<br>Memphis, TN 38119<br>Henry.Shelton@arlaw.com |

Boy Scouts of America and Delaware BSA, LLC
Service List (All Parties Served Via Email Unless Otherwise Noted)

James Tobia
The Law Office of James Tobia, LLC
1716 Wawaset Street
Wilmington, DE 19806
jtobia@tobialaw.com

Michael J. Pankow
Joshua M. Hantman
Andrew J. Roth-Moore
Brownstein Hyatt Farber Schreck, LLP
410 17th Street, Suite 2200
Denver, CO 80202
mpankow@bhfs.com
jhantman@bhfs.com
Aroth-moore@bhfs.com

**FIRST CLASS MAIL**
N.E.K.
#402985 D-G-5
Clallam Bay Corrections Center
1830 Eagle Crest Way
Clallam Bay, WA 98326

Morton R. Branzburg
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103
mbranzburg@klehr.com

William D. Sullivan
Sullivan Hazeltine Allinson LLC
919 North Market Street, Suite 420
Wilmington, DE 19801
bsullivan@sha-llc.com

Michael G. Kelly
Kelly, Morgan, Dennis, Corzine & Hansen, P.C.
P.O. Box 1311
Odessa, TX 79760-1311
mkelly@kmdfirm.com

Bruce W. McCullough
Bodell Bové, LLC
1225 N. King Street, Suite 1000
Wilmington, DE 19801
bmccullough@bodellbove.com

**FIRST CLASS MAIL**
D.J.S.
#795743 D-G-6
Clallam Bay Corrections Center
1830 Eagle Crest Way
Clallam Bay, WA 98326

Domenic E. Pacitti
Klehr Harrison Harvey Branzburg LLP
919 Market Street, Suite 1000
Wilmington, DE 19801
dpacitti@klehr.com

Stephen Crew
Peter Janci
Crew Janci LLP
1200 NW Naito Parkway, Suite 500
Portland, OR 97209
steve@crewjanci.com
peter@crewjanci.com

Larry R. Boyd
Chad Timmons
Emily M. Hahn
Abernathy, Roeder, Boyd & Hullett, P.C.
1700 Redbud Blvd., Suite 300
McKinney, TX 75069
ctimmons@abernathylaw.com
bankruptcy@abernathylaw.com
ehahn@abernathy-law.com

Amish R. Doshi
Doshi Legal Group, P.C.
1979 Marcus Avenue, Suite 210E
Lake Success, NY 11042
amish@doshilegal.com

## Boy Scouts of America and Delaware BSA, LLC
### Service List (All Parties Served Via Email Unless Otherwise Noted)

Kami Quinn, Meredith Neely, Emily Grim, and Jasmine Chalashtori
Gilbert LLP
700 Pennsylvania Avenue, SE, Suite 400
Washington, DC 20003
quinnk@gilbertlegal.com
neelym@gilbertlegal.com
grime@gilbertlegal.com
chalashtorij@gilbertlegal.com

Peter Muthig
Maricopa County Attorney's Office
Civil Services Division
225 W. Madison Street
Phoenix, AZ 85003
muthigk@mcao.maricopa.gov

Don Stecker
Linebarger Goggan Blair & Sampson, LLP
112 E. Pecan Street, Suite 2200
San Antonio, TX 78205
sanantonio.bankruptcy@publicans.com

Flordia M. Henderson
P.O. Box 30604
Memphis, TN 38130-0604
flordia@fhendersonlaw.net

Tennessee Department of Labor
Bureau of Unemployment Insurance
c/o Tennessee Attorney General's Office,
Bankruptcy Division
Attn: Laura L. McCloud
P.O. Box 20207
Nashville, TN 37202-0207
AGBankDelaware@ag.tn.gov

David J. Molton
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
DMolton@brownrudnick.com

Rachel B. Mersky
Monzack Mersky Browder and Hochman, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
rmersky@monlaw.com

Sunni P. Beville
Tristan G. Axelrod
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
sbeville@brownrudnick.com
taxelrod@brownrudnick.com

Danielle Mason Anderson
Miller, Canfield, Paddock and Stone, P.L.C.
277 S. Rose Street, Suite 5000
Kalamazoo, MI 49007
andersond@millercanfield.com

Jason C. Powell
Thomas Reichert
The Powell Firm, LLC
1201 N. Orange Street, Suite 500
Wilmington, DE19801
jpowell@delawarefirm.com
treichert@delawarefirm.com

Stephen W. Spence
Baird Mandalas Brockstedt, LLC
1413 Savannah Road, Suite 1
Lewes, DE 19958
sws@bmbde.com

Christopher Simon
Kevin S. Mann
Cross & Simon, LLC
1105 N. Market Street, Suite 901
Wilmington, DE 19801
csimon@crosslaw.com
kmann@crosslaw.com

**Boy Scouts of America and Delaware BSA, LLC**
**Service List (All Parties Served Via Email Unless Otherwise Noted)**

**FIRST CLASS MAIL**
Internal Revenue Service
c/o Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101

JPMorgan Chase Bank, NA
c/o Norton Rose Fulbright US LLP
Attn: Louis R. Strubeck, Jr.
1301 Avenue of the Americas
New York, NY 10019-6022
louis.strubeck@nortonrosefulbright.com

 Raul Diaz
rauldiaz2503@gmail.com

The County Commission of Fayette County
c/o Steptoe & Johnson PLLC
Attn: John Stump, Esq.
Chase Tower, 8th Floor
707 Virginia Street East
Charleston, WV 25301
john.stump@steptoe-johnson.com

United States Attorney for Delaware
Attn: David C. Weiss
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046
usade.ecfbankruptcy@usdoj.gov

Mark D. Plevin
Austin J. Sutta
Crowell & Moring LLP
Three Embarcadero Center, 26th Floor
San Francisco, CA 94111
mplevin@crowell.com
asutta@crowell.com

**FIRST CLASS MAIL**
JPMorgan Chase Bank, NA
Attn: Phil Martin
10 S. Dearborn Street
Mail Code Ill-1415
Chicago, IL 60603

Pension Benefit Guaranty Corporation
Attn: Patricia Kelly, CFO
1200 K. Street, N.W.
Washington, D.C. 20005
Kelly.Patricia@Pbgc.Gov

**FIRST CLASS MAIL**
The County Commission of Fayette County
Attn: President
P.O. Box 307
Fayetteville, WV 25840

**FIRST CLASS MAIL**
United States Department of Justice
950 Pennsylvania Avenue, NW
Room 2242
Washington, DC 20530

Seth J. Reidenberg
Tybout, Redfearn & Pell
750 Shipyard Drive, Suite 400
P.O. Box 2092
Wilmington, DE 19899-2092
sreidenberg@trplaw.com

Tacie H. Yoon
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C  20004
tyoon@crowell.com

**Boy Scouts of America and Delaware BSA, LLC**
**Service List (All Parties Served Via Email Unless Otherwise Noted)**

David M. Klauder
Bielli & Klauder, LLC
1204 N. King Street
Wilmington, DE 19801
dklauder@bk-legal.com

John T. Banks
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
3301 Northland Drive, Suite 505
Austin, TX 78731
jbanks@pbfcm.com

Leander L. James
Craig K. Vernon
R. Charlie Beckett
James, Vernon & Weeks, P.A.
1626 Lincoln Way
Coeur d'Alene, ID 83815
ljames@jvwlaw.net
cvernon@jvwlaw.net
rbecckett@jvwlaw.net

David E. Wilks
Wilks Law, LLC
4250 Lancaster Pike, Suite 200
Wilmington, DE 19805
dwilks@wilks.law