## Exhibit A

### DEBTORS' PROFESSIONALS

| (1) Applicant | (2) Interim Period | (3) Total Fees Requested for the Interim Period | (4)[3] Amount of Fees for Which Payment Was Requested in Monthly Applications (80%) | (5) Amount of Holdback Fees Requested (20%) | (6) Total Expenses Requested for the Interim Period (100%) | (7) Total Amount Authorized for the Interim Period | (8) Total Amount Requested for the Interim Period (Fees and Expenses) | (9) Voluntary Reduction | (10) Total Amount Authorized Per Court Order on an Interim Basis (Fees and Expenses) | (11) Total Amount Requested in Cases (Fees and Expenses) through the Interim Period |
|---|---|---|---|---|---|---|---|---|---|---|
| Alvarez & Marsal North America, LLC | 2/18/20-4/30/20 | $1,937,895.00 | $1,550,316.00 | $387,579.00 | $31,624.67 | $1,581,940.67 | $1,969,519.67 | $0.00[4] | $1,969,519.67 | $1,969,519.67 |
| Bates White, LLC | 2/18/20-4/30/20 | $250,019.00 | $200,015.20 | $50,003.80 | $0.00 | $200,015.20 | $250,019.00 | $0.00 | $250,019.00 | $250,019.00 |
| Haynes and Boone, LLP | 2/18/20-4/30/20 | $310,541.00 | $248,432.80 | $62,108.20 | $1,185.14 | $249,617.94 | $311,726.14 | $0.00 | $311,726.14 | $311,726.14 |
| KCIC, LLC | 2/18/20-4/30/20 | $11,116.00 | $8,892.80 | $2,223.20 | $0.00 | $8,892.80 | $11,116.00 | $0.00 | $11,116.00 | $11,116.00 |
| Morris, Nichols, Arsht & Tunnell LLP | 2/18/20-4/30/20 | $514,222.00 | $411,377.60 | $102,844.40 | $22,603.77 | $433,981.37 | $536,825.77 | $0.00 | $536,825.77 | $536,825.77 |
| Ogletree, Deakins, Nash, Smoak & Stewart, P.C. | 2/18/20-4/30/20 | $539,072.90 | $431,258.32 | $107,814.58 | $2,052.38 | $433,310.70 | $541,125.28 | $0.00 | $541,125.28 | $541,125.28 |
| **SUB TOTAL FOR DEBTORS' PROFESSIONALS** | | $3,562,865.90 | $2,850,292.72 | $712,573.18 | $57,465.96 | $2,907,758.68 | $3,620,331.86 | $0.00 | $3,620,331.86 | $3,620,331.86 |

[3] Please note that the listing in Columns (4) and (6) are amounts of fees and expenses for which payment was requested in monthly applications and is not intended to and should not be construed as a finding by the Court or admission by the Applicant that such amounts were actually paid by the Debtors.

[4] Alvarez & Marsal North America, LLC agreed to a voluntary reduction of $21,745.00 in its *Second Monthly Application of Alvarez & Marsal North America, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from April 1, 2020 to and Including April 30, 2020*. Accordingly, such reduction is not reflected herein.

Exhibit B

| (1) Applicant | (2) Interim Period | (3) Total Fees Requested for the Interim Period | (4)[5] Amount of Fees for Which Payment Was Requested in Monthly Applications (80%) | (5) Amount of Holdback Fees Requested (20%) | (6) Total Expenses Requested for the Interim Period (100%) | (7) Total Amount Authorized for the Interim Period | (8) Total Amount Requested for the Interim Period (Fees and Expenses) | (9) Voluntary Reduction | (10) Total Amount Authorized Per Court Order on an Interim Basis (Fees and Expenses) | (11) Total Amount Requested in Cases (Fees and Expenses) through the Interim Period |
|---|---|---|---|---|---|---|---|---|---|---|
| **TORT COMMITTEE'S COUNSEL** | | | | | | | | | | |
| Pachulski Stang Ziehl & Jones LLP | 3/4/20-4/30/20 | $1,420,928.00 | $1,136,742.40 | $284,185.60 | $9,110.82 | $1,143,853.22 | $1,430,038.82 | $2,000.00[6] | $1,428,038.82 | $1,428,038.82 |
| SUB TOTAL FOR TORT COMMITTEE'S COUNSEL | | $1,420,928.00 | $1,136,742.40 | $284,185.60 | $9,110.82 | $1,143,853.22 | $1,430,038.82 | $2,000.00 | $1,428,038.82 | $1,428,038.82 |
| **FUTURE CLAIMANT'S REPRESENTATIVE** | | | | | | | | | | |
| James L. Patton, Jr. | 2/18/20-4/30/20 | $19,880.00 | $15,904.00 | $3,976.00 | $0.00 | $15,904.00 | $19,880.00 | $0.00 | $19,880.00 | $19,880.00 |
| Young Conaway Stargatt & Taylor, LLP | 2/18/20-4/30/20 | $183,254.00 | $146,603.20 | $36,650.80 | $4,750.17 | $143,353.37 | $188,004.17 | $8,000.00[7] | $180,004.17 | $180,004.17 |
| SUB TOTALS FOR CLAIMANT'S REPRESENTATIVE | | $203,134.00 | $162,507.20 | $40,626.80 | $4,750.17 | $159,257.37 | $207,884.17 | $8,000.00 | $199,884.17 | $199,884.17 |
| GRAND TOTAL FOR EXHIBITS A AND B | | $5,186,927.90 | $4,149,542.32 | $1,037,385.58 | $71,326.95 | $4,210,869.27 | $5,258,254.85 | $10,000.00 | $5,248,254.85 | $5,248,254.85 |

---

[5] Please note that the listing in Columns (4) and (6) are amounts of fees and expenses for which payment was requested in monthly applications and is not intended to and should not be construed as a finding by the Court or admission by the Applicant that such amounts were actually paid by the Debtor

[6] Pachulski Stang Ziehl & Jones LLP agreed to a voluntary reduction of $2,000 pursuant to an agreement with the US Trustee.

[7] Young Conaway Stargatt & Taylor, LLP received informal comments from the Debtors and the United States Trustee and agreed to a voluntary reduction of $8,000.00 in fees.