**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | : | Case No. 20-10343 (LSS) |
| Debtors. | : | Jointly Administered |
| | : | |
| | : | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF ANDREW KIRSCHENBAUM**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Andrew Kirschenbaum of O'Melveny & Myers LLP to represent Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company in the above-captioned cases and any adversary proceeding related thereto.

Date:  September 21, 2020

/s/ Stamatios Stamoulis
Stamatios Stamoulis (DE No. 4606)
STAMOULIS & WEINBLATT LLC
800 N. West Street Third Floor
Wilmington, Delaware 19801
Tel:  (302) 999-1540
Email:  stamoulis@swdelaw.com

*Counsel to Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Ace Insurance Group Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company*

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing, as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

Dated:  September 21, 2020

/s/Andrew Kirschenbaum
Andrew Kirschenbaum
O'Melveny & Myers LLP

Times Square Tower
7 Times Square
New York, New York 10036-6537
Tel:  212-326-2000
Email:  akirschenbaum@omm.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.