## Exhibit A

**Summary of Time Detail by Task**

*Exhibit A*

***Boy Scouts of America and Delaware BSA, LLC***
***Summary of Time Detail by Task***
***August 1, 2020 through August 31, 2020***

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Bankruptcy Support | 48.9 | $35,565.00 |
| Cash | 94.1 | $62,695.00 |
| Claims | 0.6 | $472.50 |
| Contracts | 0.9 | $652.50 |
| Court | 5.7 | $4,657.50 |
| Employee | 5.9 | $4,337.50 |
| Fee Applications | 6.0 | $2,150.00 |
| Financial Analysis | 126.9 | $82,030.00 |
| Info Req | 109.0 | $78,057.50 |
| Litigation | 14.1 | $9,750.00 |
| MOR | 20.4 | $15,195.00 |
| Motions/Orders | 14.5 | $10,130.00 |
| Statement & Schedules | 8.4 | $5,827.50 |
| Status Meeting | 11.7 | $10,350.00 |
| Vendor Management | 27.3 | $17,857.50 |
| **Total** | **494.4** | **$339,727.50** |