<u>**Exhibit B**</u>

**Summary of Time Detail by Professional**

*Exhibit B*

**Boy Scouts of America and Delaware BSA, LLC**
**Summary of Time Detail by Professional**
**August 1, 2020 through August 31, 2020**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $1,025.00 | 28.0 | $28,700.00 |
| Erin Covington | Managing Director | $925.00 | 0.5 | $462.50 |
| Erin McKeighan | Managing Director | $850.00 | 9.9 | $8,415.00 |
| Trevor Phillips | Managing Director | $725.00 | 1.9 | $1,377.50 |
| Carl Binggeli | Director | $725.00 | 188.8 | $136,880.00 |
| Robert Edgecombe | Director | $525.00 | 31.5 | $16,537.50 |
| Ryan Walsh | Senior Associate | $650.00 | 201.4 | $130,910.00 |
| Ben Jackson | Senior Associate | $425.00 | 3.0 | $1,275.00 |
| Julio Cifuentes | Associate | $575.00 | 19.4 | $11,155.00 |
| Trevor DiNatale | Consultant | $550.00 | 1.2 | $660.00 |
| Gerard Gigante | Analyst | $475.00 | 3.3 | $1,567.50 |
| Nicole Vander Veen | Paraprofessional | $325.00 | 5.5 | $1,787.50 |
| | **Total** | | **494.4** | **$339,727.50** |