# Exhibit E

## Summary of Expense Detail by Category

*Exhibit E*

***Boy Scouts of America and Delaware BSA, LLC***
***Summary of Expense Detail by Category***
***August 1, 2020 through August 31, 2020***

| Expense Category | Sum of Expenses |
|---|---|
| Miscellaneous | $2.85 |
| **Total** | **$2.85** |