## Exhibit F

**Expense Detail by Category Professional**

*Exhibit F*

## Boy Scouts of America and Delaware BSA, LLC
### Expense Detail by Category
### August 1, 2020 through August 31, 2020

### Miscellaneous

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Ryan Walsh | 8/5/2020 | $2.85 | WebEx charges. |
| **Expense Category Total** | | **$2.85** | |
| *Grand Total* | | **$2.85** | |