# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I Rachel B. Mersky, hereby certify that on September 8, 2020, I served or caused to be served a *Letter to Judge Laurie Selber Silverstein* [D.I. 1279] via email upon all parties on the attached service list, and by CM/ECF upon those parties registered to received such electronic notifications in this case.

Dated: September 23, 2020　　　　　　MONZACK MERSKY BROWDER &
Wilmington, Delaware　　　　　　　　HOCHMAN, P.A.

　　　　　　　　　　　　　　　　　　*/s/ Rachel B. Mersky*
　　　　　　　　　　　　　　　　　　Rachel B. Mersky (DE No. 2049)
　　　　　　　　　　　　　　　　　　1201 North Orange Street, Suite 400
　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　Telephone:　　(302) 656-8162
　　　　　　　　　　　　　　　　　　Facsimile:　　(302) 656-2769
　　　　　　　　　　　　　　　　　　E-mail:　　　RMersky@Monlaw.com

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

{00218975-1}

-and-

BROWN RUDNICK LLP
David J. Molton, Esq.
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
E-mail: DMolton@BrownRudnick.com

and

Sunni P. Beville, Esq. (admitted *pro hac vice*)
Tristan G. Axelrod, Esq. (admitted *pro hac vice*)
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
E-mail: SBeville@BrownRudnick.com
E-mail: TAxelrod@BrownRudnick.com

*Counsel to the Coalition of Abused Scouts for Justice*

{00218975-1}