| NID | Creditor | Address1 | Address2 | Address3 | Address4 | Address5 | Email |
|---|---|---|---|---|---|---|---|
| NID-7079-MSL-135942 | Abernathy, Roeder, Boyd & Hullett, P.C. | Attn: Chad Timmons | Attn: Larry R. Boyd | Attn: Emily M. Hahn | 1700 Redbud Blvd, Ste 300 | McKinney, TX 75069 | ctimmons@abernathylaw.com |
| NID-7079-MSL-128274 | Adams and Reese LLP | Attn: Henry C. Shelton, III | 6075 Poplar Ave, Ste 700 | Memphis, TN 38119 | | | Henry.Shelton@arlaw.com |
| NID-7079-MSL-118917 | AM Sacculo Legal, LLC | Attn: Anthony Sacculo/Mary Augustine | 27 Crimson King Dr | Bear, DE 19701 | | | ams@saccullolegal.com |
| NID-7079-MSL-118916 | Andrews & Thornton | Attn: Anne Andrews/John Thornton | 4701 Von Karman Ave, Ste 300 | Newport Beach, CA 92660 | | | aa@andrewsthornton.com |
| NID-7079-MSL-118899 | Ashby & Geddes, PA | Attn: Bill Bowden | 500 Delaware Ave, 8th Fl | P.O. Box 1150 | Wilmington, DE 19899-1150 | | wbowden@ashbygeddes.com |
| NID-7079-MSL-136767 | Baird Mandalas Brockstedt, LLC | Attn: Stephen W. Spence | 1413 Savannah Rd, Ste 1 | Lewes, DE 19958 | | | sws@bmbde.com |
| NID-7079-MSL-117267 | Baker Manock & Jensen, PC | Attn: Jan T. Perkins | 5260 N Palm Ave, Ste 421 | Fresno, CA 93704 | | | jperkins@bakermanock.com |
| NID-7079-MSL-129296 | Bayard, PA | Attn: Erin Fay/ Gregory Flasser | 600 N King St, Ste 400 | Wilmington, DE 19801 | | | efay@bayardlaw.com |
| NID-7079-MSL-118895 | Bielli & Klauder, LLC | Attn: David M Klauder | 1204 N King St | Wilmington, DE 19801 | | | dklauder@bk-legal.com |
| NID-7079-MSL-136621 | Blank Rome LLP | Attn: Stanley B. Tarr | 1201 N Market St, Ste 800 | Wilmington, DE 19801 | | | tarr@blankrome.com |
| NID-7079-MSL-130338 | Bodell Bove, LLC | Attn: Bruce W. McCullough | 1225 N King St, Ste 1000 | Wilmington, DE 19801 | | | bmccullough@bodellbove.com |
| NID-7079-MSL-117280 | Bradley Riley Jacobs PC | Attn: Todd C. Jacobs | 320 W Ohio St, Ste 3W | Chicago, IL 60654 | | | tjacobs@bradleyriley.com |
| NID-7079-MSL-136622 | Brown Rudnick LLP | Attn: David J. Molton | 7 Times Square | New York, NY 10036 | | | DMolton@brownrudnick.com |
| NID-7079-MSL-136623 | Brown Rudnick LLP | Attn: Sunni P. Beville | Attn: Tristan G. Axelrod | 1 Financial Ctr | Boston, MA 02111 | | sbeville@brownrudnick.com |
| NID-7079-MSL-119163 | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | 55 Second St, 17th Fl | San Francisco, CA 94105-3493 | | | schristianson@buchalter.com |
| NID-7079-MSL-117285 | Butler Snow LP | Attn: Daniel W. Van Horn | P.O. Box 171443 | Memphis, TN 38187-1443 | | | Danny.VanHorn@butlersnow.com |
| NID-7079-MSL-119273 | Carruthers & Roth, PA | Attn: Britton C Lewis | 235 N Edgeworth St | P.O. Box 540 | Greensboro, NC 27401 | | bcl@crlaw.com |
| NID-7079-MSL-118203 | Chipman, Brown, Cicero & Cole, LLP | Attn: Mark Desgrosseilliers | 1313 N Market St, Ste 5400 | Wilmington, DE 19801 | | | desgross@chipmanbrown.com |
| NID-7079-MSL-126811 | Choate, Hall & Stewart LLP | Attn: Douglas R. Gooding | Attn: Jonathan D. Marshall | Attn: Michael J. Foley, Jr | Two International Place | Boston, MA 02110 | dgooding@choate.com |
| NID-7079-MSL-117996 | Commonwealth of Pennsylvania | Dept of Labor & Industry | Attn: Deb Secrest/Collections Support Unit | 651 Boas St, Rm 925 | Harrisburg, PA 17121 | | ra-li-ucts-bankrupt@state.pa.us |
| NID-7079-MSL-118653 | Connolly Gallagher, LLP | Attn: Karen C. Bifferato | Attn: Kelly M. Conlan | 1201 N Market St, 20th Fl | Wilmington, DE 19801 | | kbifferato@connollygallagher.com |
| NID-7079-MSL-119269 | Coughlin Duffy, LLP | Attn: Kevin Coughlin/Lorraine Armenti | Attn: Michael Hrinewski | 350 Mt Kemble Ave | P.O. Box 1917 | Morristown, NJ 07960 | kcoughlin@coughlinduffy.com |
| NID-7079-MSL-134237 | Crew Janci LLP | Attn: Stephen Crew | Attn: Peter Janci | 1200 NW Naito Pkwy, Ste 500 | Portland, OR 97209 | | steve@crewjanci.com |
| NID-7079-MSL-136585 | Cross & Simon, LLC | Attn: Christopher Simon | Attn: Kevin Mann | 1105 N Market St, Ste 901 | Wilmington, DE 19801 | | csimon@crosslaw.com |
| NID-7079-MSL-137004 | Crowell & Moring LLP | Attn: Mark D. Plevin | Attn: Austin J. Sutta | 3 Embarcadero Center, 26th Fl | San Francisco, CA 94111 | | mplevin@crowell.com |
| NID-7079-MSL-137006 | Crowell & Moring LLP | Attn: Tacie H. Yoon | 1001 Pennsylvania Ave, NW | Washington, D.C. 20004 | | | tyoon@crowell.com |
| NID-7079-MSL-117284 | Davies Hood PLLC | Attn: Jason P. Hood | 22 N Front St, Ste 620 | Memphis, TN 38103-2100 | | | Jason.Hood@davieshood.com |
| NID-7079-MSL-117262 | Dorsey & Whitney LLP | Attn: Bruce R. Ewing/E. Schnabel | 51 W 52nd St | New York, NY 10019 | | | ewing.bruce@dorsey.com |
| NID-7079-MSL-117260 | Dorsey & Whitney LLP | Attn: Eric Lopez Schnabel | Attn: Alessandra Glorioso | 300 Delaware Ave, Ste 1010 | Wilmington, DE 19801 | | schnabel.eric@dorsey.com |
| NID-7079-MSL-136211 | Doshi Legal Group, P.C. | Attn: Amish R. Doshi | 1979 Marcus Ave, Ste 210E | Lake Success, NY 11042 | | | amish@doshilegal.com |
| NID-7079-MSL-117995 | Faegre Drinker Biddle & Reath LLP | Attn: Jay Jaffe | 600 E. 96th St, Ste 600 | Indianapolis, IN 46240 | | | jay.jaffe@faegredrinker.com |
| NID-7079-MSL-118659 | Faegre Drinker Biddle & Reath LLP | Attn: Michael P. Pompeo | 1177 Ave of the Americas, 41st Fl | New York, NY 10036-2714 | | | michael.pompeo@faegredrinker.com |
| NID-7079-MSL-118661 | Faegre Drinker Biddle & Reath LLP | Attn: Patrick A. Jackson | Attn: Kaitlin W. MacKenzie | 222 Delaware Ave., Suite 1410 | Wilmington, DE 19801-1621 | | Patrick.Jackson@faegredrinker.com |
| NID-7079-MSL-117994 | Faegre Drinker Biddle & Reath LLP | Attn: Patrick A. Johnson | 222 Delaware Ave, Ste 1410 | Wilmington, DE 19801-1621 | | | patrick.jackson@faegredrinker.com |
| NID-7079-MSL-118140 | Fineman Krekstein & Harris, PC | Attn: Dierdre M Richards | 1300 N King St | Wilmington, DE 19801 | | | drichards@finemanlawfirm.com |
| NID-7079-MSL-136603 | Flordia M. Henderson | P.O. Box 30604 | Memphis, TN 38130-0604 | | | | flordia@fhendersonlaw.net |
| NID-7079-MSL-117302 | Foley & Lardner LLP | Attn: Richard J Bernard | 90 Park Ave | New York, NY 10016 | | | rbernard@foley.com |
| NID-7079-MSL-117303 | Foley & Lardner LLP | Attn: Victor Vilaplana | 3579 Valley Centre Dr, Ste 300 | San Diego, CA 92130 | | | vavilaplana@foley.com |
| NID-7079-MSL-118141 | Foran Glennon Planadech Ponzi & Rudloff, P.C. | Attn: Susan N K Gummow | Attn: Igor Shleypak | 222 N LaSalle St, Ste 1400 | Chicago, IL 60614 | | sgummow@fgppr.com |
| NID-7079-MSL-117265 | Fox Swibel Levin & Carroll LLP | Attn: Margaret M. Anderson | 200 W Madison St, Ste 3000 | Chicago, IL 60606 | | | panderson@foxswibel.com |
| NID-7079-MSL-136554 | Gilbert LLP | Attn: Kami Quinn / Attn: Meredith Neely | Attn: Emily Grim / Attn: Jasmine Chalashtori | 700 Pennsylvania Ave, SE Ste 400 | Washington, DC 20003 | | quinnk@gilbertlegal.com |
| NID-7079-MSL-67 | Internal Revenue Service | Centralized Insolvency Operation | P.O. Box 7346 | Philadelphia, PA 19101-7346 | | | |
| NID-7079-MSL-117286 | Jacobs & Crumplar, PA | Attn: Raeann Warner/Thomas Crumplar | 750 Shipyard Dr, Ste 200 | Wilmington, DE 19801 | | | Raeann@jcdelaw.com |
| NID-7079-MSL-137008 | James, Vernon & Weeks, P.A. | Attn: Leander L. James | Attn: Craig K. Vernon | Attn: R. Charlie Beckett | 1626 Lincoln Wy | Coeur d'Alene, ID 83815 | ljames@jvwlaw.net |
| NID-7079-MSL-118647 | Janet, Janet & Scuggs, LLC | Attn: Gerald D Jowers, Jr | 500 Taylor St, Ste 301 | Columbia, SC 29201 | | | GJowers@JJSJustice.com |
| NID-7079-MSL-55 | JPMorgan Chase Bank, NA | Attn: Phil Martin | 10 S Dearborn St | Mail Code Il1-1415 | Chicago, Il 60603 | | |
| NID-7079-MSL-56 | Jpmorgan Chase Bank, NA | c/o Norton Rose Fulbright US LLP | Attn: Louis R. Strubeck, Jr | 1301 Ave of the Americas | New York, NY 10019-6022 | | louis.strubeck@nortonrosefulbright.com |
| NID-7079-MSL-117297 | Karr Tuttle Campbell, PS | Attn: Bruce W. Leaverton | 701 5th Ave, Ste 3300 | Seattle, WA 98104 | | | bleaverton@karrtuttle.com |
| NID-7079-MSL-135946 | Kelly, Morgan, Dennis, Corzine & Hansen, P.C. | Attn: Michael G. Kelly | P.O. Box 1311 | Odessa, TX 79760-1311 | | | mkelly@kmdfirm.com |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 51 | NID-7079-MSL-134235 | Klehr Harrison Harvey Branzburg LLP | Attn: Domenic E. Pacitti | 919 Market St, Ste 1000 | Wilmington, DE 19801 | | | dpacitti@klehr.com |
| 52 | NID-7079-MSL-134236 | Klehr Harrison Harvey Branzburg LLP | Attn: Morton R. Branzburg | 1835 Market St, Ste 1400 | Philadelphia, PA 19103 | | | mbranzburg@klehr.com |
| 53 | NID-7079-MSL-118210 | Kramer Levin Naftalis & Frankel LLP | Attn: Thomas Moers Mayer/Rachel Ringer | Attn: David E. Blabey Jr./ Jennifer R. Sharret | Attn: Megan M. Wasson | 177 Ave of the Americas | New York, NY 10036 | tmayer@kramerlevin.com |
| 54 | NID-7079-MSL-117255 | Latham & Watkins LLP | Attn: Adam J Goldberg | 885 3rd Ave | New York, NY 10022-4834 | | | adam.goldberg@lw.com |
| 55 | NID-7079-MSL-117252 | Latham & Watkins LLP | Attn: Jeffrey E Bjork | Attn: Kimberly A Posin | Attn: Nicholas J Messana | 355 S Grand Ave, Ste 100 | Los Angeles, CA 90071-156 | jeff.bjork@lw.com |
| 56 | NID-7079-MSL-136558 | Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker | 112 E Pecan St, Ste 2200 | San Antonio, TX 78205 | | | sanantonio.bankruptcy@publicans.com |
| 57 | NID-7079-MSL-117289 | Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller | 2777 N. Stemmons Fwy, Ste 1000 | Dallas, TX 75207 | | | dallas.bankruptcy@publicans.com |
| 58 | NID-7079-MSL-117275 | Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman | P.O. Box 3064 | Houston, TX 77253-3064 | | | houston_bankruptcy@publicans.com |
| 59 | NID-7079-MSL-118904 | Maurice Wutscher LLP | Attn: Alan C. Hochheiser | 23611 Chagrin Blvd. Ste 207 | Beachwood, OH 44122 | | | ahochheiser@mauricewutscher.com |
| 60 | NID-7079-MSL-118139 | McCreary, Veselka, Bragg & Allen, PC | Attn: Tara LeDay | P.O. Box 1269 | Round Rock, TX 78680 | | | tleday@mvbalaw.com |
| 61 | NID-7079-MSL-119153 | McDermott Will & Emery LLP | Attn: Ryan Smethurst | Attn: Margaret Warner | 500 N Capitol St NW | Washington, DC 20001-1531 | | rsmethurst@mwe.com |
| 62 | NID-7079-MSL-136753 | Miller, Canfield, Paddock and Stone, P.L.C. | Attn: Danielle Mason Anderson | 277 S Rose St, Ste 5000 | Kalamazoo, MI 49007 | | | andersond@millercanfield.com |
| 63 | NID-7079-MSL-126814 | Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C. | Attn: Kim V. Marrkand | Attn: Nancy D. Adams | Attn: Laura Bange Stephens | One Financial Center | Boston, MA 02111 | kmarrkand@mintz.com |
| 64 | NID-7079-MSL-117251 | Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Kate P Foley | 1800 W Park Dr, Ste 400 | Westborough, MA 01581 | | | kfoley@mirickoconnell.com |
| 65 | NID-7079-MSL-117250 | Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Paul W Carey | 100 Front St | Worcester, MA 01608 | | | pcarey@mirickoconnell.com |
| 66 | NID-7079-MSL-117298 | Missouri Dept of Revenue | Bankruptcy Unit | Attn: Steven A Ginther | P.O. Box 475 | Jefferson City, MO 65105-0475 | | deecf@dor.mo.gov |
| 67 | NID-7079-MSL-118039 | Monzack Mersky McLaughlin & Browder, PA | Attn: Brian McLaughlin | Attn: Rachel Mersky | 1201 N Orange St, Ste 400 | Wilmington, DE 19801 | | bmclaughlin@monlaw.com |
| 68 | NID-7079-MSL-118657 | Morris James LLP | | | | | | emonzo@morrisjames.com |
| 69 | NID-7079-MSL-117263 | Morris James LLP | Attn: Brett D. Fallon | Attn: Brya M. Keilson | 500 Delaware Ave, Ste 1500 | P.O. Box 2306 | Wilmington, DE 19899-230 | bfallon@morrisjames.com |
| 70 | NID-7079-MSL-118195 | Nagel Rice LLP | Attn: Bradley L Rice | 103 Eisenhower Pkwy | Roseland, NJ 07068 | | | brice@nagelrice.com |
| 71 | NID-7079-MSL-126828 | Nelson Comis Kettle & Kinney, LLP | Attn: William E. Winfield | 300 E Esplande Dr, Ste 1170 | Oxnard, CA 93036 | | | wwinfield@calattys.com |
| 72 | NID-7079-MSL-119152 | Nicolaides Fink Thorpe Michaelides Sullivan LLP | Attn: Matthew S. Sorem | 10 S Wacker Dr, 21st Fl | Chicago, IL 60606 | | | msorem@nicolaidesllp.com |
| 73 | NID-7079-MSL-57 | Norton Rose Fulbright Us LLP | Attn: Louis Strubeck/ Kristian Gluck | Attn: Ryan Manns | 2200 Ross Ave, Suite 3600 | Dallas, TX 75201-7932 | | louis.strubeck@nortonrosefulbright.com |
| 74 | NID-7079-MSL-126807 | Office of the Attorney General | Attn: Christopher S Murphy | Attn: Sherri K Simpson | Bankruptcy & Collections Division | P.O. Box 12548 | Austin, TX 78711-2548 | christopher.murphy@oag.texas.gov |
| 75 | NID-7079-MSL-28 | Office of the United States Trustee | Attn: David L. Buchbinder | Attn: Hannah Mufson McCollum | 844 King St, Suite 2207 | Lockbox 35 | Wilmington, DE 19801 | david.l.buchbinder@usdoj.gov |
| 76 | NID-7079-MSL-485 | Pachulski Stang Ziehl & Jones | Attn: James I. Stang | 10100 Santa Monica Blvd, 13th Fl | Los Angeles, CA 90067-4003 | | | jstang@pszjlaw.com |
| 77 | NID-7079-MSL-118642 | Pachulski Stang Ziehl & Jones LLP | Attn: James Stang/Robert Orgel | Attn: James O'Neill/John Lucas/ Ilan Scharf | 919 N Market St, 17th Fl | P.O. Box 8705 | Wilmington, DE 19899-870 | jlucas@pszjlaw.com |
| 78 | NID-7079-MSL-112332 | Pension Benefit Guaranty Corporation | Attn: Patricia Kelly, CFO | Attn: C. Burton/ C. Fessenden | 1200 K St NW | Washington, DC 20005 | | Kelly.Patricia@Pbgc.Gov |
| 79 | NID-7079-MSL-137059 | Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: John T. Banks | 3301 Northland Dr, Ste 505 | Austin, TX 78731 | | | jbanks@pbfcm.com |
| 80 | NID-7079-MSL-118896 | Pfau Cochran Vertetis Amala PLLC | Attn: Michael Pfau/Jason Amala | Attn: Vincent Nappo | 403 Columbia St, Ste 500 | Seattle, WA 98104 | | michael@pcvalaw.com |
| 81 | NID-7079-MSL-118042 | Phillips Lytle LLP | Attn: Angela Z Miller | One Canalside | 125 Main St | Buffalo, NY 14203 | | amiller@phillipslytle.com |
| 82 | NID-7079-MSL-118215 | Reed Smith LLP | Attn: Kurt F. Gwynne | Attn: Katelin A. Morales | 120 N Market St, Ste 1500 | Wilmington, DE 19801 | | kgwynne@reedsmith.com |
| 83 | NID-7079-MSL-117256 | Richards, Layton & Finger, PA | Attn: Michael Merchant/Brett Haywood | One Rodney Square | 920 N King St | Wilmington, DE 19801 | | merchant@rlf.com |
| 84 | NID-7079-MSL-126853 | Schnader Harrison Segal & Lewis LLP | Attn: Richard A. Barkasy | Attn: Kristi J. Doughty | 824 N Market St, Ste 800 | Wilmington, DE 19801-4939 | | rbarkasy@schnader.com |
| 85 | svg7079-MSL-126810 | Seitz, Van Ogtrop & Green, P.A. | Attn: R. Karl Hill | 222 Delaware Ave, Ste 1500 | Wilmington, DE 19801 | | | khill@svglaw.com |
| 86 | NID-7079-MSL-117268 | Sequoia Counsel of Boy Scouts, Inc. | Attn: Michael Marchese | 6005 N Tamera Ave | Fresno, CA 93711 | | | michael.marchese@scouting.org |
| 87 | NID-7079-MSL-118043 | Shipman & Goodwin LLP | Attn: Abigail Williams/ James Ruggeri | Attn: Joshua Weinberg/ Michele B Konigsberg | 1875 K St NW, Ste 600 | Washington, DC 20006-1251 | | awilliams@goodwin.com |
| 88 | NID-7079-MSL-117281 | Shipman & Goodwin LLP | Attn: Eric S. Goldstein | 1 Constitution Plz | Hartford, CT 06103-1919 | | | egoldstein@goodwin.com |
| 89 | NID-7079-MSL-119186 | Stamoulis & Weinblatt LLC | Attn: Stamatios Stamoulis | Attn: Richard Weinblatt | 800 N West St, Ste 800 | Wilmington, DE 19801 | | stamoulis@swdelaw.com |
| 90 | NID-7079-MSL-118641 | Stark & Stark, PC | Attn: Joseph H Lemkin | P.O. Box 5315 | Princeton, NJ 08543 | | | jlemkin@stark-stark.com |
| 91 | NID-7079-MSL-134942 | Sullivan Hazeltine Allinson LLC | Attn: William D. Sullivan | 919 N Market St, Ste 420 | Wilmington, DE 19801 | | | bsullivan@sha-llc.com |
| 92 | NID-7079-MSL-117274 | Synchrony Bank | c/o PRA Receivables Management, LLC | Attn: Valerie Smith | P.O. Box 41021 | Norfolk, VA 23541 | | claims@recoverycorp.com |
| 93 | NID-7079-MSL-58 | The County Commission Of Fayette County | Attn: President | P.O. Box 307 | Fayetteville, WV 25840 | | | |
| 94 | NID-7079-MSL-59 | The County Commission Of Fayette County | c/o Steptoe & Johnson Pllc | Attn: John Stump, Esq | Chase Tower - 8th Fl | 707 Virginia St E. | Charleston, WV 25301 | |
| 95 | NID-7079-MSL-130292 | The Law Office of James Tobia, LLC | Attn: James Tobia | 1716 Wawaset St | Wilmington, DE 19806 | | | jtobia@tobialaw.com |
| 96 | NID-7079-MSL-119272 | The Law Offices of Joyce, LLC | Attn: Michael J. Joyce | 1225 King St, Ste 800 | Wilmington, DE 19801 | | | mjoyce@mjlawoffices.com |
| 97 | NID-7079-MSL-117299 | The Neuberger Firm | Attn: Thomas S. Neuberger | Attn: Stephen J. Neuberger | 17 Harlech Dr | Wilmington, DE 19807 | | tsn@neuberglaw.com |
| 98 | NID-7079-MSL-136764 | The Powell Firm, LLC | Attn: Jason C. Powell | Attn: Thomas Reichert | 1201 N Orange St, Ste 500 | P.O. Box 289 | Wilmington, DE 19899 | jpowell@delawarefirm.com |
| 99 | NID-7079-MSL-53 | Thomas Law Office, PLLC | Attn: Tad Thomas/Louis Schneider | 9418 Norton Commons Blvd, Ste 20 | Louisville, KY 40059 | | | tad@thomaslawoffices.com |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 100 | NID-7079-MSL-136606 | TN Dept of Labor - Bureau of Unemployment Insurance | c/o TN Attorney General's Office, Bankruptcy Division | Attn: Laura L. McCloud | PO Box 20207 | Nashville, TN 37202-0207 | | AGBankDelaware@ag.tn.gov |
| 101 | NID-7079-MSL-118204 | Tremont Sheldon Robinson Mahoney PC | Attn: Cindy Robinson | Attn: Doug Mahoney | 64 Lyon Ter | Bridgeport, CT 06604 | | crobinson@tremontsheldon.com |
| 102 | NID-7079-MSL-117276 | Troutman Pepper Hamilton Sanders LLP | Attn: David M. Fournier | Attn: Marcy J. McLaughlin Smith | 1313 Market St, Ste 5100 | P.O. Box 1709 | Wilmington, DE 19899-170 | david.fournier@troutman.com |
| 103 | NID-7079-MSL-117278 | Troutman Pepper Hamilton Sanders LLP | Attn: Harris B. Winsberg | Attn: Matthew G. Roberts | 600 Peachtree St NE, Ste 3000 | Atlanta, GA 30308 | | harris.winsberg@troutman.com |
| 104 | NID-7079-MSL-137003 | Tybout, Redfearn & Pell | Attn: Seth J. Reidenberg | 750 Shipyard Dr, Ste 400 | P.O. Box 2092 | Wilmington, DE 19899-2092 | | sreidenberg@trplaw.com |
| 105 | NID-7079-MSL-68 | United States Dept Of Justice | 950 Pennsylvania Ave, Nw | Room 2242 | Washington, DC 20530-0001 | | | |
| 106 | NID-7079-MSL-54 | US Attorney For Delaware | Attn: David C Weiss | 1007 Orange St, Ste 700 | P.O. Box 2046 | Wilmington, DE 19899-2046 | | usade.ecfbankruptcy@usdoj.gov |
| 107 | NID-7079-MSL-60 | Wachtell, Lipton, Rosen & Katz | Attn: Richard Mason/Douglas Mayer | Attn:Joseph C. Celentino | 51 W 52nd St | New York, NY 10019 | | rgmason@wlrk.com |
| 108 | NID-7079-MSL-117266 | Wanger Jones Helsley, PC. | Attn: Riley C. Walter | 265 E River Park Circle, Ste 310 | Fresno, CA 93720 | | | rwalter@wjhattorneys.com |
| 109 | NID-7079-MSL-118181 | Ward and Smith, P.A. | Attn: Paul A Fanning | P.O. Box 8088 | Greenville, NC 27835-8088 | | | paf@wardandsmith.com |
| 110 | NID-7079-MSL-126748 | Whiteford, Taylor & Preston LLC | Attn: Richard W Riley | The Renaissance Centre | 405 N King St, Ste 500 | Wilmington, DE 19801 | | rriley@wtplaw.com |
| 111 | NID-7079-MSL-126749 | Whiteford, Taylor & Preston LLP | Attn: Todd M Brooks | 7 St Paul St, 15th Fl | Baltimore, MD 21202-1626 | | | tbrooks@wtplaw.com |
| 112 | NID-7079-MSL-118143 | Wilmer Cutler Pickering Hale and Dorr LLP | Attn: Craig Goldblatt | 1875 Pennsylvania Ave NW | Washington, DC 20006 | | | craig.goldblatt@wilmerhale.com |
| 113 | NID-7079-MSL-117269 | Womble Bond Dickinson (US) LLP | Attn: Matthew Ward/Morgan Patterson | 1313 N Market St, Ste 1200 | Wilmington, DE 19801 | | | matthew.ward@wbd-us.com |
| 114 | NID-7079-MSL-63 | Young Conaway Stargatt & Taylor | Attn: James L. Patton, Jr | Attn: Robert Brady/Edwin Harron | Rodney Square | 1000 N King St | Wilmington, DE 19801 | jpatton@ycst.com |