

**ATTORNEYS AT LAW**
**1225 NORTH KING STREET**
**SUITE 1000**
**P.O. BOX 397**
**WILMINGTON, DE 19899**
**(302) 655-6749**
**FAX: (302) 655-6827**
**www.bodellbove.com**

**BRUCE W. McCULLOUGH**
**DIRECT DIAL: (302) 655-6749 ext. 1**
**EMAIL: bmccullough@bodellbove.com**

September 23, 2020

**VIA CM/ECF**
The Honorable Laurie Selber Silverstein
United States Bankruptcy Judge
United States Bankruptcy Court for the District of Delaware
824 North Market Street, 6th Floor
Wilmington, Delaware 19801

    **Re:**  **In re Boy Scouts of America and Delaware BSA, LLC, Case No. 20-10343 –**
        Joinder by Agricultural Insurance Company to Century's September 15, 2020 Letter
        Submitted to the Court

Dear Judge Silverstein:

  Agricultural Insurance Company, by and through undersigned counsel, respectfully submits the following letter joining in support of Century's[1] September 15, 2020 letter submitted to the Court regarding the Proposed Order on Motion for an Order Authorizing the Coalition to File Under Seal Exhibit A to Its Amended 2019 Statement [D.I. Nos. 1320, 1320-1, 1320-2].

  On September 2, 2020, Agricultural joined in Century's and Hartford's Motion to Compel the Attorneys Representing the Entity Calling Itself the "Coalition" to Submit the Disclosures Required by Federal Rule of Bankruptcy Procedure 2019 [D.I. No. 1164 (Motion to Compel), 1218 (Agricultural's Joinder)]. At the September 9, 2020 omnibus hearing, Agricultural further requested that the Coalition provide the Rule 2019 documents that it proposes to file under seal to Agricultural, joining in requests from the US Trustee, Century, Hartford and Allianz.

  For the reasons stated in Century's September 15, 2020 letter, Agricultural respectfully joins in requesting that the Court enter the form of order submitted by Century, attached as Exhibit 1 (redline against the form of order submitted by the Coalition) and Exhibit 2 (clean copy) to its

---

[1] Century refers to Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company.

The Honorable Laurie Selber Silverstein
September 23, 2020
Page 2

letter submission. Agricultural hereby reiterates its request that the Coalition provide it with the Rule 2019 documents that it proposes to file under seal.

                                                                    Respectfully yours,

                                                                    /s/ *Bruce W. McCullough*

                                                                    Bruce W. McCullough (Del. ID 3112)

                                                                    Clyde & Co US LLP
                                                                    Bruce D. Celebrezze
                                                                    Taylor Meehan
                                                                    Admitted Pro Hac Vice

BWMcC:spd
H:\FILES\Bruce\BANKRUPT\Boy Scouts Of America\Silverstein1 - Joinder of Century letter.docx