# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors. | Case No. 20-10343 (LSS)<br>(Chapter 11)<br><br>Jointly Administered |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002

**PLEASE TAKE NOTICE** that, pursuant to Rule 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Section 102(1) of Title 11 of the United States Code (the "Bankruptcy Code"), the firm of O'Connor Playdon Guben & Inouye LLP ("OPGI") hereby enters its appearance in the above-referenced Chapter 11 cases (collectively the "Chapter 11 Cases") as counsel to Boy Scouts of America for Hawaii and Guam Chapter ("BSA Aloha Council"), and hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007, and Section 342 of the Bankruptcy Code, that copies of all notices given or required to be given in this case and copies of all papers served or required to be served in this case, including but not limited to all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, plans of reorganization, disclosure statements, and all other

matters arising herein, be given and served upon BSA Aloha Council through service upon OPGI, at the address, emails and/or facsimile number set forth below:

> JERROLD K. GUBEN, ESQ.
> O'Connor Playdon Guben & Inouye LLP
> Makai Tower, Suite 2400
> 733 Bishop Street
> Honolulu, Hawaii  96813
> Telephone:  (808) 524-8350
> Facsimile:  (808) 531-8628
> Email:  JKG@opgilaw.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specific above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted, or conveyed by mail, hand delivery, telephone, telegraph, or otherwise filed or made with regard to the Chapter 11 cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that, neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive BSA Aloha Council's (i) right to have a final order in non-core matters entered only after *de novo* review by a United States District Court Judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related thereto; (iii) right to have the reference withdrawn

by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupment to which BSA Aloha Council is or may be entitled to under agreements, in law, or equity, all of which rights, claims, actions, defenses, setoffs and recoupments are hereby expressly reserved.

DATED: Honolulu, Hawaii, September 23, 2020.

      */s/ Jerrold K. Guben*
JERROLD K. GUBEN (HI-3107)
Makai Tower, 24th Floor
733 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 524-8350
Facsimile: (808) 531-8628
JKG@opgilaw.com

Attorney for BOY SCOUTS OF AMERICA, Hawaii and Guam Chapter (Aloha Council)