**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC.[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Colin Linebaugh, depose and say that I am employed by Omni Agent Solutions (**"Omni"**), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 22, 2020, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following document to be served via the method set forth on the Fee App Parties Service List attached hereto as **Exhibit A**:

- **Fifth Monthly Application of Alvarez & Marsal North America, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2020 to and Including August 31, 2020 [Docket No. 1357].**

Dated: September 22, 2020

Colin Linebaugh
Omni Agent Solutions
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
(818) 906-8300

{State of California       }
{                          } ss.
{County of Los Angeles     }

Subscribed and sworn to (or affirmed) before me on this 22rd day of September, 20 20, by Colin Linebaugh proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

DARLEEN SAHAGUN
Notary Public – California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

# EXHIBIT A

**Exhibit A**
**Fee App Parties Service List**
**Served as set forth below**

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Debtor | Boy Scouts of America | Attn: Stephen P. McGowan 1325 West Walnut Hill Lane Irving, TX 75038 | | | N/A |
| NOA - Counsel to the Official Committee of Unsecured Creditors | Kramer Levin Naftalis & Frankel LLP | Attn: Rachel Ringer Attn: Megan M. Wasson 177 Ave of the Americas New York, NY 10036 | 212-715-8000 | rringer@kramerlevin.com mwasson@kramerlevin.com | Email |
| Core Parties Counsel to Debtor | Morris, Nichols, Arsht & Tunnell | Attn: Derek C. Abbott 1201 N. Market Street P.O. Box 1347 Wilmington, DE, 19899 | 302-658-7036 | dabbott@mnat.com | Email |
| NOA - Counsel for JPMorgan Chase Bank, National Association | Norton Rose Fulbright Us LLP | Attn: Louis R. Strubeck, Jr. 1301 Ave of the Americas New York, NY 10019-6022 | | louis.strubeck@nortonrosefulbright.com | Email |
| NOA - Counsel for JPMorgan Chase Bank, National Association | Norton Rose Fulbright Us LLP | Attn: Louis R. Strubeck, Jr Attn: Kristian W. Gluck 2200 Ross Avenue, Suite 3600 Dallas, TX 75201-7933 | 214-855-8200 | louis.strubeck@nortonrosefulbright.com kristian.gluck@nortonrosefulbright.com | Email |
| Core Parties Office of the United States Trustee | Office of the United States Trustee | Attn: David L. Buchbinder Attn: Hannah Mufson McCollum 844 King St, Suite 2207 Lockbox 35 Wilmington, DE 19801 | 302-573-6497 | david.l.buchbinder@usdoj.gov hannah.mccollum@usdoj.gov | Email First Class Mail |
| NOA - Counsel to the Tort Claimants' Committee | Pachulski Stang Ziehl & Jones LLP | Attn: James O'Neill 919 N Market St.,17th Floor P.O. Box 8705 Wilmington, DE 19899-8705 | 302-652-4400 | joneill@pszjlaw.com | Email |
| Core Parties Counsel to Debtor | Sidley Austin LLP | Attn: Matthew Evan Linder One South Dearborn Street Chicago, IL 60603 | 312-853-7036 | mlinder@sidley.com | Email |
| Core Parties Counsel to Debtor | Sidley Austin LLP | Attn: Jessica C. Boelter 787 Seventh Avenue New York, NY 10019 | 212-839-5599 | jboelter@sidley.com | Email |
| Core Parties - Counsel for Prepetition Ad Hoc Committee of Local Councils | Wachtell, Lipton, Rosen & Katz | Attn: Richard Mason Attn: Joseph C. Celentino 51 W 52nd St New York, NY 10019 | 212-403-2252 | rgmason@wlrk..com jccelentino@wlrk.com | Email First Class Mail |
| Core Parties Counsel to Prepetition Future Claimants' Representative | Young Conaway Stargatt & Taylor | Attn: Robert Brady Attn: Edwin Harron Rodney Square 1000 N King St Wilmington, DE 19801 | 302-576-3325 | rbrady@ycst.com eharron@ycst.com | Email |
| Fee Examiner | Rucki Fee Review, LLC, | 1111 Windon Drive, Wilmington, DE 19803, | | justinrucki@ruckifeereview.com | Email |

In re: Boy Scouts of America
and Delaware BSA, LLC
Case No. 20-10343