

FILED
2020 SEP 25 AM 9: 55
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

September 16, 2020

Clerk of The:
United States Bankruptcy Court
District of Delaware,
824 Market Street,
Wilmington, Delaware 19801-3577

Dear Clerk,

In the Sexual Abuse Survivor Proof of Claim, Case No.: 20-10343 (LSS), can you verify that a claim; Claim Number - SA-55 under Creditor Initials: RM, and send me a copy of the Sexual Abuse Survivor Proof of Claim, and copy of the Docket entry sheet via June 01, 2020 in the District of Delaware, U.S. Bankruptcy Court via Proof of Claim; filed.

Thank you for your time and attention in this matter.


Sincerely,

