# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] <br><br>                    Debtors. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> Jointly Administered <br><br> **RE: D.I. 1265** |

**CERTIFICATE OF NO OBJECTION REGARDING THE SECOND
INTERIM FEE APPLICATION OF HAYNES AND BOONE, LLP,
AS SPECIAL INSURANCE COUNSEL FOR THE DEBTORS AND
DEBTORS IN POSSESSION, FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM
MAY 1, 2020 TO AND INCLUDING JULY 31, 2020**

The undersigned hereby certifies that, as of the date hereof, Haynes and Boone, LLP ("Haynes and Boone") has received no answer, objection or other responsive pleading to the **Second Interim Fee Application of Haynes and Boone, LLP, as Special Insurance Counsel for the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2020 to and Including July 31, 2020** (the "Application") (D.I. 1265), filed on September 4, 2020.

The undersigned further certifies that Haynes and Boone has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice, objections to the Application were to be filed and served no later than September 18, 2020 at 4:00 p.m. (ET).

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

WHEREFORE, Haynes and Boone respectfully requests that the Application be approved.

Dated:  September 28, 2020  
       Wilmington, Delaware

HAYNES AND BOONE, LLP

*/s/  Ernest Martin, Jr.*  
Ernest Martin, Jr.  
Partner  
2323 Victory Avenue, Suite 700  
Dallas, Texas 75219  
Telephone: 214.651.5000  
Email: Ernest.Martin@haynesboone.com

SPECIAL INSURANCE COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION