# EXHIBIT B



Invoice #22258
Date: 06/30/20
Terms: Net 30
Due: 07/30/20
Project: PS-PSZJLaw-BSA-BRG Data Analysis-TECH

To
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

From
MiPro Consulting
1100 Corporate Office Dr
Suite 100
Milford, MI 48381
United States

Voice: 248 684-1900
Fax: 800 774-5187

| User | Date | Hours | Rate | Total | Description/Notes |
|---|---|---|---|---|---|
| Joshi, Rushikesh | | | | | |
| | 6/15/2020 | 0.5 | $187/hr | $93.50 | Attended BRG and MIPRO team kick-off meeting to analyzed PeopleSoft data. |
| | 6/23/2020 | 2 | $187/hr | $374.00 | Evaluated PeopleSoft instances provided by BSA/IBM in preparation for meeting with BRG team. |
| | 6/24/2020 | 2 | $187/hr | $374.00 | Attended video meeting with BRG Team to analyze BSA PeopleSoft instance regarding general ledger. |
| | 6/24/2020 | 2 | $187/hr | $374.00 | Attended video meeting with BRG Team to analyze BSA PeopleSoft instance regarding certain accounting modules. |
| | 6/25/2020 | 2 | $187/hr | $374.00 | Developed transaction reports for various business units within PeopleSoft per BRG requests. |

| | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| | 6/25/2020 | 2 | $187/hr | $374.00 | Developed listing of business units and related table fields per BRG request. |
| | 6/29/2020 | 1.5 | $187/hr | $280.50 | Developed listing of PeopleSoft transaction allocation rules per BRG request. |
| | 6/29/2020 | 1.5 | $187/hr | $280.50 | Developed a listing of all reports available in BSA PeopleSoft instance. |
| | 6/29/2020 | 1.5 | $187/hr | $280.50 | Developed listing of PeopleSoft setid attributes. |
| | 6/29/2020 | 1.5 | $187/hr | $280.50 | Developed bank/investment accounting listing in PeopleSoft for all business units. |
| | 6/30/2020 | 1 | $187/hr | $187.00 | Attended conference call with BRG and MIPRO team to discuss query/reporting assignments. |
| | Sub-total | 17.5 | | $3,272.50 | |
| Prakash, Vinay | | | | | |
| | 6/26/2020 | 0.5 | $187/hr | $93.50 | Developed formating reports for Business Unit and Chart of Accounts per BRG request. |
| | 6/26/2020 | 0.5 | $187/hr | $93.50 | Analyzed table structure and data for Business unit report. |
| | 6/26/2020 | 0.5 | $187/hr | $93.50 | Prepared the report for Business Unit. |
| | 6/26/2020 | 1.5 | $187/hr | $280.50 | Prepared report for all chart of accounts in PeopleSoft general ledger. |
| | 6/26/2020 | 1 | $187/hr | $187.00 | Analyzed table structure and data for Chart of accounts report. |
| | 6/29/2020 | 1 | $187/hr | $187.00 | Developed reporting regarding BSA/Local Council leased assets per BRG request. |
| | 6/29/2020 | 1 | $187/hr | $187.00 | Analyzed table structure and data for report of BSA/Local Council leased assets. |

| | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| | 6/29/2020 | 1 | $187/hr | $187.00 | Developed reporting regarding BSA/Local Council asset details per BRG request. |
| | 6/29/2020 | 1 | $187/hr | $187.00 | Analyzed table structure and data for report for asset details for all Business Units. |
| | 6/30/2020 | 0.8 | $187/hr | $149.60 | Analyzed table structure and data for accounts receivable related report. |
| | 6/30/2020 | 1 | $187/hr | $187.00 | Developed reporting regarding BSA/Local Council asset disposals per BRG request. |
| | 6/30/2020 | 1.5 | $187/hr | $280.50 | Analyzed the table structure and data for report for asset disposals per BRG request. |
| | 6/30/2020 | 1.3 | $187/hr | $243.10 | Developed accounts receivable related report pursuant to BRG request. |
| | Sub-total | 12.6 | | $2,356.20 | |
| Vela, Kumara | | | | | |
| | 6/15/2020 | 1 | $187/hr | $187.00 | Attended meeting regarding obtaining access to BSA Peoplesoft instance. |
| | 6/17/2020 | 2 | $187/hr | $374.00 | Worked with the IBM team to get the access to BSA PeopleSoft instance. |
| | 6/23/2020 | 2 | $187/hr | $374.00 | Addressed BSA/IBM PeopleSoft instance access issues. |
| | 6/25/2020 | 2 | $187/hr | $374.00 | Created user access accounts and security measures for BSA PeopleSoft instance. |
| | Sub-total | 7 | | $1,309.00 | |
| Total | | 37.1 | | $6,937.70 | |



Invoice #22305
Date: 07/31/20
Terms: Net 30
Due: 08/30/20
Project: PS-PSZJLaw-BSA-BRG Data Analysis-TECH

To
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

From
MiPro Consulting
1100 Corporate Office Dr
Suite 100
Milford, MI 48381
United States

Voice: 248 684-1900
Fax: 800 774-5187

| User | Project | Date | Hours | Rate | Total | Description/Notes |
|---|---|---|---|---|---|---|
| Joshi, Rushikesh | | | | | | |
| | PS-PSZJLaw-BSA-BRG Data Analysis-TECH | | | | | |
| | | 7/1/2020 | 1 | $187/hr | $187.00 | Analyzed bank and investment account activity in PeopleSoft requested from BRG. |
| | | 7/2/2020 | 1 | $187/hr | $187.00 | Developed report of posted journal entries in PeopleSoft for account requested by BRG. |
| | | 7/2/2020 | 1 | $187/hr | $187.00 | Developed report of customer information requested by BRG. |
| | | 7/2/2020 | 2 | $187/hr | $374.00 | Attended meeting with BRG to review PeopleSoft system. |
| | | 7/2/2020 | 4 | $187/hr | $748.00 | Developed reports for various investment related accounts in Peoplesoft including GL accounts and department codes. |
| | | 7/6/2020 | 0.5 | $187/hr | $93.50 | Evaluated status of outstanding requests from team. |
| | | 7/6/2020 | 1.5 | $187/hr | $280.50 | Analyzed PeopleSoft tables and internal codes pursuant to BRG request. |
| | | 7/6/2020 | 2 | $187/hr | $374.00 | Adjusted PeopleSoft administration features to display all fiscal years in ledgers. |
| | | 7/6/2020 | 3 | $187/hr | $561.00 | Developed query and listing of general ledger transactions with department codes for investment accounts per BRG request. |
| | | 7/6/2020 | 3 | $187/hr | $561.00 | Developed queries and reports for asset information contained in PeopleSoft system per BRG request. |
| | | 7/13/2020 | 0.5 | $187/hr | $93.50 | Evaluated back-end SQL database access options. |
| | | 7/13/2020 | 0.5 | $187/hr | $93.50 | Troubleshooted system and report repository issues with PeopleSoft administrator. |

| | | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| | | 7/14/2020 | 3 | $187/hr | $561.00 | Analyzed nVision report layout files for balance sheet reports used by BSA. |
| | | 7/15/2020 | 0.5 | $187/hr | $93.50 | Evaluated status of ongoing BRG requests with team. |
| | | 7/15/2020 | 2 | $187/hr | $374.00 | Analyzed BSA/PeopleSoft mater tree listing for reports. |
| | | 7/16/2020 | 2.5 | $187/hr | $467.50 | Coordinated VPN and back-end access with BSA/IBM for team. |
| | | 7/16/2020 | 2 | $187/hr | $374.00 | Worked with BRG team to provide VPN and back-end access to PeopleSoft database. |
| | | 7/16/2020 | 3 | $187/hr | $561.00 | Developed report of GL transactions for Commingled for investment accounts. |
| | | 7/17/2020 | 3 | $187/hr | $561.00 | Analyzed GL reporting tree structures for balance sheet reports requested by BRG. |
| | | 7/17/2020 | 3 | $187/hr | $561.00 | Formated balance sheet reports to display different balance sheet attributes for assets, liabilities, and net assets. |
| | | 7/17/2020 | 2 | $187/hr | $374.00 | Developed queries and balance sheet reports from PeopleSoft database. |
| | | 7/20/2020 | 3 | $187/hr | $561.00 | Developed queries and balance sheet reports from PeopleSoft database for January 2020 per BRG request. |
| | | 7/20/2020 | 3 | $187/hr | $561.00 | Developed queries and balance sheet reports from PeopleSoft database for December 2018 and 2019 per BRG request. |
| | | 7/22/2020 | 1 | $187/hr | $187.00 | Evaluated status of BRG requests with team. |
| | | 7/22/2020 | 3 | $187/hr | $561.00 | Analyzed PeopleSoft system and table structure for BRG query and report requests. |
| | | 7/22/2020 | 3 | $187/hr | $561.00 | Evaluated data queries from PeopleSoft database for BRG requests. |
| | | 7/23/2020 | 1 | $187/hr | $187.00 | Analyzed PeopleSoft system and table structure for BRG query and report requests. |
| | | 7/23/2020 | 1 | $187/hr | $187.00 | Developed queries and reports for local councils 2019 balance sheets. |
| | | 7/23/2020 | 3 | $187/hr | $561.00 | Developed queries and reports for local councils 2020 balance sheets. |
| | | 7/23/2020 | 3 | $187/hr | $561.00 | Developed 2019 and 2020 balance sheet reports for local councils per BRG requests. |
| | | 7/24/2020 | 0.3 | $187/hr | $56.10 | Analyzed PeopleSoft system and table structure for BRG query and report requests. |
| | | 7/24/2020 | 0.8 | $187/hr | $149.60 | Coordinated with IBM and BRG regarding availabity of nVision trace availability for PeopleSoft reports. |
| | | 7/24/2020 | 3 | $187/hr | $561.00 | Evaluated local council balance sheet mismatch issues for assets and liabilities. |

| | | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| | | 7/24/2020 | 3 | $187/hr | $561.00 | Evaluated local council balance sheet mismatch issues for net asset issues. |
| | | 7/27/2020 | 1 | $187/hr | $187.00 | Contacted IBM regarding system issues and requests. |
| | | 7/27/2020 | 2 | $187/hr | $374.00 | Developed balance sheet reports for local councils per BRG requests. |
| | | 7/27/2020 | 3 | $187/hr | $561.00 | Resolved mismatch issues for local council balance sheet items. |
| | | 7/28/2020 | 3 | $187/hr | $561.00 | Developed balance sheet reports from 2007 through 2002 for local councils per BRG requests. |
| | | 7/29/2020 | 1 | $187/hr | $187.00 | Worked with BRG on SQL scripting for General Ledger table. |
| | | 7/29/2020 | 2 | $187/hr | $374.00 | Evaluated available nVision reports contained in PeopleSoft system. |
| | | 7/29/2020 | 2 | $187/hr | $374.00 | Developed ledger balance report for unrestricted amounts for BRG. |
| | | 7/29/2020 | 2 | $187/hr | $374.00 | Worked with BRG regarding income statement reports and queries. |
| | | 7/30/2020 | 0.5 | $187/hr | $93.50 | Analyzed status of BRG requests and weekly assignments. |
| | | 7/30/2020 | 2 | $187/hr | $374.00 | Worked with BRG regarding development of scripting for voucher information. |
| | | 7/30/2020 | 3 | $187/hr | $561.00 | Worked with BRG regarding income statement reports and queries. |
| | | 7/31/2020 | 0.5 | $187/hr | $93.50 | Developed sample income statement reports for BRG review. |
| | | 7/31/2020 | 1 | $187/hr | $187.00 | Worked with BRG to test SQL scripting for vouchers and general ledger transactions. |
| | | 7/31/2020 | 2 | $187/hr | $374.00 | Developed SQL scripting for voucher transactions. |
| | | | | 2 | | $374.00 | Developed SQL scripting for general ledger transactions. |
| | | Sub-total | 96.1 | | $17,970.70 | |
| Prakash, Vinay | | | | | | |
| | PS-PSZJLaw-BSA-BRG Data Analysis-TECH | | | | | |
| | | 7/1/2020 | 1 | $187/hr | $187.00 | Analyzed the table structure and data for report requests by BRG. |
| | | 7/1/2020 | 1.5 | $187/hr | $280.50 | Developed query and report for BRG request. |
| | | 7/20/2020 | 2 | $187/hr | $374.00 | Developed asset queries and reports per BRG request. |
| | | 7/20/2020 | 2 | $187/hr | $374.00 | Developed Chartfield reports per BRG request. |
| | | 7/30/2020 | 0.5 | $187/hr | $93.50 | Prepared requested reports for delivery to BRG. |
| | | 7/30/2020 | 1.5 | $187/hr | $280.50 | Analyzed available asset management and cash management reports |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 7/30/2020 | 2 | $187/hr | $374.00 | Developed asset management and cash management reports. |
| | | Sub-total | 10.5 | | $1,963.50 | |
| Vela, Kumara | | | | | | |
| | PS-PSZJLaw-BSA-BRG Data Analysis-TECH | | | | | |
| | | 7/3/2020 | 1 | $187/hr | $187.00 | Created user and group permission for tree access. |
| | | Sub-total | 1 | | $187.00 | |
| Total | | | 107.6 | | $20,121.20 | |