**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Joseph H. Saunders of Saunders & Walker P.A. to represent certain tort claimants in the above-captioned cases.

Dated: September 29, 2020            */s/ James E. O'Neill*
                                     James E. O'Neill (DE Bar No. 4042)
                                     Pachulski Stang Ziehl & Jones LLP
                                     919 North Market Street, 17th Floor
                                     Wilmington, DE  19899-8705 (Courier 19801)

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of California and Florida, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these actions.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: September 29, 2020            */s/ Joseph H. Saunders*
                                     Joseph H. Saunders (CA Bar No. 101927)
                                     Saunders & Walker P.A.
                                     1901 Avenue of the Stars, 2nd Floor
                                     Los Angeles, CA  90067
                                     Telephone:  (800) 748-7115
                                     Email:  joe@saunderslawyers.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.