# **EXHIBIT B**

## **Additional Local Councils**

DOCS_LA:332634.9 85353/002

# EXHIBIT B

## Additional Local Councils

1. Alamo Area Council
2. Aloha Council
3. Andrew Jackson Council*
4. Atlanta Council*
5. Baltimore Area Council
6. Bay-Lakes Council
7. California Inland Empire Council
8. Capitol Area Council
9. Cascade Pacific Council
10. Chief Seattle Council
11. Circle Ten Council
12. Connecticut Rivers Council
13. Cradle Of Liberty Council
14. Crossroads of America*
15. Crossroads of the West Council
16. Daniel Webster Council
17. Denver Council*
18. Golden Gate Area Council
19. Grand Canyon Council*
20. Greater Los Angeles Area Council
21. Greater New York Council*
22. Greater Niagara Frontier Council
23. Greater St. Louis Area Council
24. Greater Tampa Bay Area Council
25. Heart of America Council
26. Indian Nations Council
27. Lake Erie Council
28. Last Frontier Council
29. Laurel Highlands Council
30. Lincoln Heritage Council
31. Michigan Crossroads Council
32. Mid-America Council*
33. Middle Tennessee Council
34. Minsi Trails Council*
35. Montana Council
36. Narragansett Council
37. National Capital Area Council
38. Northern New Jersey Council, BSA
39. Northern Star Council
40. Orange County Council
41. Pathway to Adventure Council
42. Patriots' Path Council
43. Sam Houston Area Council
44. San Diego Imperial Council
45. Silicon Valley Monterey Bay Council
46. Simon Kenton Council
47. The Spirit of Adventure Council

**\* Indicates member of the Ad Hoc Local Council Committee**