## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 29th day of September, 2020, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list(s) in the manner indicated:

**Notice of Motion of the Official Tort Claimants' Committee Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 for an Order Authorizing the Issuance of Subpoenas for Discovery from Debtors and Certain Local Councils**

**Motion of the Official Tort Claimants' Committee Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 for an Order Authorizing the Issuance of Subpoenas for Discovery from Debtors and Certain Local Councils**

*/s/ James E. O'Neill*
James E. O'Neill (DE Bar No. 4042)

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Boy Scouts of America and
Delaware BSA, LLC
2002 Service List EXPEDITED
Case No. 20-10343 (LSS)
Document No. 227583.2
007 – First Class Mail
195 – Emails


(Counsel to Tort Claimants Committee)
James I. Stang, Esq.
Robert B. Orgel, Esq.
James O'Neill, Esq.
John W. Lucas, Esq.
John A. Morris, Esq.
Linda Cantor, Esq.
Kenneth Brown, Esq.
Ilan Scharf, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE  19801
**Email:**  jstang@pszjlaw.com;
jo'neill@pszjlaw.com; rorgel@pszjlaw.com;
jlucas@pszjlaw.com; jmorris@pszjlaw.com;
lcantor@pszjlaw.com;
kbrown@pszjlaw.com; ischarf@pszlaw.com

**FIRST CLASS MAIL**
The County Commission of Fayette County
Attn:  President
P.O. Box 307
Fayetteville, WV  25840

**FIRST CLASS MAIL**
Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA  19101-7346

**FIRST CLASS MAIL**
United States Dept. of Justice
950 Pennsylvania Ave, NW
Room 2242
Washington, DC  20530-0001

**FIRST CLASS MAIL**
John A. Vos
1430 Lincoln Avenue
San Rafael, CA  94901

**FIRST CLASS MAIL**
JPMorgan Chase Bank, NA
Phil Martin
10 S Dearborn Street
Mail Code Il1-1415
Chicago, IL  60603

**FIRST CLASS MAIL**
(Creditor *Pro Se*)
D.J.S.
#795743 D-G-6
Clallam Bay Corr. Center
1830 Eagle Crest Way
Clallam Bay, WA  98326

**FIRST CLASS MAIL**
(Creditor *Pro Se*)
N.E.K.
#402985 D-G-5
Clallam Bay Corr. Center
1830 Eagle Crest Way
Clallam Bay, WA  98326

**EMAIL**
(Counsel to Certain Claimants)
Tad Thomas, Esq.
Louis C. Schneider, Esq.
Thomas Law Office, PLLC
9418 Norton Commons Blvd, Suite 200
Louisville, KY  40059
**Email:**  tad@thomaslawoffices.com;
lou.schneider@thomaslawoffices.com

DOCS_DE:227583.2 85353/001

**EMAIL**
Pension Benefit Guaranty Corp
Patricia Kelly, CFO
Cassandra Burton
Craig Fessenden
1200 K Street NW
Washington, DC 20005
**Email:** kelly.patricia@pbgc.gov;
burton.cassandra@pbgc.gov;
fessenden.craig@pbgc.gov

**EMAIL**
(Counsel to the Debtors)
Derek C. Abbott, Esq.
Joseph Charles Barsalona II, Esq.
Andrew R. Remming, Esq.
Eric Moats, Esq.
Paige Noelle Topper, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899
**Email:** dabbott@mnat.com;
jbarsalona@mnat.com;
aremming@mnat.com;
emoats@mnat.com;
ptopper@mnat.com

**EMAIL**
(Counsel to the Debtors)
Thomas A. Labuda, Esq.
Michael C. Andolina, Esq.
Matthew E. Linder, Esq.
Karim Basaria, Esq.
Blair M. Warner, Esq.
Sidley Austin
One South Dearborn Street
Chicago, IL 60603
**Email:** tlabuda@sidley.com;
mandolina@sidley.com;
mlinder@sidley.com;
kbasaria@sidley.com;
blair.warner@sidley.com

**EMAIL**
(Counsel to the Debtors)
Jessica C. Boelter, Esq.
Sidley Austin
787 Seventh Avenue
New York, NY 10019
**Email:** jboelter@sidley.com

**EMAIL**
(Counsel to Sequoia Council of Boy Scouts,
Inc.)
Jan T. Perkins, Esq.
Baker Manock & Jensen, PC
5260 N Palm Ave, Suite 421
Fresno, CA 93704
**Email:** jperkins@bakermanock.com

**EMAIL**
(Counsel to National Surety Corporation)
Todd C. Jacobs, Esq.
Bradley Riley Jacobs PC
320 W Ohio Street, Suite 3W
Chicago, IL 60654
**Email:** tjacobs@bradleyriley.com

**EMAIL**
(Counsel to Chickasaw Council, Boy Scouts
of America)
Daniel W. Van Horn, Esq.
Butler Snow LLP
P.O. Box 171443
Memphis, TN 38187-1443
**Email:** danny.vanhorn@butlersnow.com

**EMAIL**
(Counsel to Chickasaw Council, Boy Scouts
of America)
Jason P. Hood, Esq.
Davies Hood PLLC
22 N. Front Street, Suite 620
Memphis, TN 38103-2100
**Email:** jason.hood@davieshood.com

DOCS_DE:227583.2 85353/001

**EMAIL**
(Counsel to Girl Scouts of the United States
of America)
Eric Lopez Schnabel, Esq.
Alessandra Glorioso, Esq.
Dorsey & Whitney LLP
300 Delaware Ave, Suite 1010
Wilmington, DE  19801
**Email:**  schnabel.eric@dorsey.com;
glorioso.alessandra@dorsey.com

**EMAIL**
(Counsel to Girl Scouts of the United States
of America)
Bruce R Ewing, Esq.
Dorsey & Whitney LLP
51 W 52nd Street
New York, NY  10019
**Email:**  ewing.bruce@dorsey.com

**EMAIL**
(Counsel to Old Republic Insurance
Company)
Margaret M. Anderson, Esq.
Fox Swibel Levin & Carroll LLP
200 W Madison Street, Suite 3000
Chicago, IL  60606
**Email:**  panderson@foxswibel.com

**EMAIL**
(Counsel to Certain Claimants,
Joseph Kaminski and Other Claimants,
Claimant J.M.)
Raeann Warner, Esq.
Thomas Crumplar, Esq.
Jacobs & Crumplar, P.A.
750 Shipyard Drive, Suite 200
Wilmington, DE  19801
**Email:**  raeann@jcdelaw.com;
tom@jcdelaw.com

**EMAIL**
(Counsel to Certain Claimants,
Joseph Kaminski and Other Claimants,
Claimant J.M.)
Thomas S. Neuberger, Esq.
Stephen J. Neuberger, Esq.
The Neuberger Firm
17 Harlech Drive
Wilmington, DE  19807
**Email:**  tsn@neubergerlaw.com
sjn@neubergerlaw.com

**EMAIL**
(Counsel to JPMorgan Chase Bank, NA)
Louis R. Strubeck, Jr., Esq.
Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, NY  10019-6022
**Email:**
louis.strubeck@nortonrosefulbright.com

**EMAIL**
(Counsel to The Church of Jesus Christ of
Latter-day Saints)
Jeffrey E Bjork, Esq.
Kimberly A Posin, Esq.
Nicholas J Messana, Esq.
Latham & Watkins LLP
355 S Grand Ave, Suite 100
Los Angeles, CA  90071-1560
**Email:**  jeff.bjork@lw.com;
kim.posin@lw.com;
nicholas.messana@lw.com

**EMAIL**
(Counsel to The Church of Jesus Christ of
Latter-day Saints)
Adam J Goldberg, Esq.
Latham & Watkins LLP
885 3rd Ave
New York, NY  10022-4834
**Email:**  adam.goldberg@lw.com

3

**EMAIL**
(Counsel to Houston Liens, Montgomery
County, Harris County, Orange County,
Cleveland ISD, Fort Bend County)
John P. Dillman, Esq.
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX  77253-3064
**Email:**
houston_bankruptcy@publicans.com

**EMAIL**
(Counsel to Dallas County)
Elizabeth Weller, Esq.
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Freeway, Suite 1000
Dallas, TX  75207
**Email:**  dallas.bankruptcy@publicans.com

**EMAIL**
(Counsel to Sun Life Assurance Company of
Canada)
Paul W Carey, Esq.
Mirick, O'Connell, DeMallie & Lougee,
LLP
100 Front Street
Worcester, MA 01608
**Email:**  pcarey@mirickoconnell.com

**EMAIL**
(Counsel to Sun Life Assurance Company of
Canada)
Kate P Foley, Esq.
Mirick, O'Connell, DeMallie & Lougee,
LLP
1800 W Park Drive, Suite 400
Westborough, MA  01581
**Email:**  kfoley@mirickoconnell.com

**EMAIL**
(Counsel to Old Republic Insurance
Company)
Brya M. Keilson, Esq.
Morris James LLP
500 Delaware Ave, Suite 1500
Wilmington, DE  19801
**Email:**  bkeilson@morrisjames.com

**EMAIL**
(Counsel to JPMorgan Chase Bank, NA)
Louis Strubeck, Esq.
Kristian Gluck, Esq.
Ryan Manns, Esq.
Norton Rose Fulbright US LLP
2200 Ross Ave, Suite 3600
Dallas, TX  75201-7932
**Email:**
louis.strubeck@nortonrosefulbright.com;
kristian.gluck@nortonrosefulbright.com;
ryan.manns@nortonrosefulbright.com

**EMAIL**
Office of the U.S. Trustee
David L. Buchbinder, Esq.
Hannah Mufson McCollum, Esq.
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801
**Email:**  david.l.buchbinder@usdoj.gov;
hannah.mccollum@usdoj.gov

**EMAIL**
(Counsel to National Surety Corporation and
Allianz Global Risks US Insurance
Company)
David M. Fournier, Esq.
Marcy J. McLaughlin Smith, Esq.
Troutman Pepper Hamilton Sanders LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE  19899-1709
**Email:**  david.fournier@troutman.com;
marcy.smith@troutman.com

**EMAIL**
(Counsel to The Church of Jesus Christ of
Latter-day Saints)
Michael Merchant, Esq.
Brett Haywood, Esq.
Richards, Layton & Finger, PA
One Rodney Square
920 N King Street
Wilmington, DE  19801
**Email:** merchant@rlf.com;
haywood@rlf.com

**EMAIL**
Sequoia Counsel of Boy Scouts, Inc.
Michael Marchese
6005 N Tamera Ave
Fresno, CA 93711
**Email:** michael.marchese@scouting.org

**EMAIL**
(Counsel to Twin City Fire Insurance
Company, First State Insurance Company,
Hartford Accident and Indemnity Company)
Eric S. Goldstein, Esq.
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT  06103-1919
**Email:** egoldstein@goodwin.com;
bankruptcy@goodwin.com;
bankruptcyparalegal@goodwin.com

**EMAIL**
Synchrony Bank
c/o PRA Receivables Management, LLC
Valerie Smith
PO Box 41021
Norfolk, VA 23541
**Email:** claims@recoverycorp.com

**EMAIL**
(Counsel to The County Commission Of
Fayette County)
John Stump, Esq.
Steptoe & Johnson PLLC
Chase Tower - Eighth Floor
707 Virginia Street E.
Charleston, WV  25301
**Email:** john.stump@steptoe-johnson.com

**EMAIL**
(Counsel to National Surety Corporation and
Allianz Global Risks US Insurance
Company)
Harris B. Winsberg, Esq.
Matthew G. Roberts, Esq.
Troutman Pepper Hamilton Sanders LLP
600 Peachtree Street NE, Suite 3000
Atlanta, GA  30308
**Email:** harris.winsberg@troutman.com;
matthew.roberts2@troutman.com

**EMAIL**
US Attorney for Delaware
David C. Weiss, Esq.
Hercules Building
1313 N. Market Street, Suite 400
Wilmington, DE  19801
**Email:** usade.ecfbankruptcy@usdoj.gov

**EMAIL**
(Counsel to Ad Hoc Committee of Local
Councils of the Boy Scouts of America)
Richard Mason, Esq.
Douglas Mayer, Esq.
Joseph C. Celentino, Esq.
Wachtell, Lipton, Rosen & Katz
51 W 52nd Street
New York, NY  10019
**Email:** rgmason@wlrk.com;
dkmayer@wlrk.com;
jccelentino@wlrk.com

5

**EMAIL**
(Counsel to Sequoia Council of Boy Scouts, Inc.)
Riley C. Walter, Esq.
Wanger Jones Helsley, PC.
265 E River Circle, Suite 310
Fresno, CA  93720
**Email:**  rwalter@wjhattorneys.com

**EMAIL**
(Counsel to JPMorgan Chase Bank, NA)
Matthew Ward, Esq.
Morgan Patterson, Esq.
Womble Bond Dickinson (US) LLP
1313 N Market Street, Suite 1200
Wilmington, DE  19801
**Email:**  matthew.ward@wbd-us.com;
morgan.patterson@wbd-us.com

**EMAIL**
James L. Patton, Jr., Esq.
Robert Brady, Esq.
Edwin Harron, Esq.
Young Conaway Stargatt & Taylor
Rodney Square
1000 N King Street
Wilmington, DE  19801
**Email:**  jpatton@ycst.com;
rbrady@ycst.com;
eharron@ycst.com

**EMAIL**
(Counsel to Boy Scouts of America San
Diego – Imperial Council; Three Harbors
Council Inc. Boy Scouts of America)
Richard J. Bernard, Esq.
Foley & Lardner LLP
90 Park Avenue
New York, NY  10016
**Email:**  rbernard@foley.com

**EMAIL**
(Counsel to Boy Scouts of America San
Diego – Imperial Council; Three Harbors
Council Inc. Boy Scouts of America)
Victor Vilaplana, Esq.
Foley & Lardner LLP
3579 Valley Centre Drive, Suite 300
San Diego, CA  92130
**Email:**  vavilaplana@foley.com

**EMAIL**
Steven A. Ginther, Esq.
Missouri Department of Revenue
Bankruptcy Unit
General Counsel's Office
301 W. High Street, Room 670
PO Box 475
Jefferson, City, MO  65105-0475
**Email:**  deecf@dor.mo.gov

**EMAIL**
(Counsel to Chief Seattle Council, Boy
Scouts of America)
Bruce W. Leaverton, Esq.
Karr Tuttle Campbell, P.S.
701 Fifth Avenue, Suite 3300
Seattle, WA  98104
**Email:**  bleaverton@karrtuttle.com

**EMAIL**
(Counsel to Weaver Fundraising, LLC
d/b/a Tail's End Popcorn Company; Marco
Romero, Jr. and Audrey Romero)
Patrick A. Jackson, Esq.
Faegre Drinker Biddle & Reath LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE  19801-1621
**Email:**  patrick.jackson@faegredrinker.com

**EMAIL**
(Counsel to Weaver Fundraising, LLC
d/b/a Tail's End Popcorn Company)
Jay Jaffe, Esq.
Faegre Drinker Biddle & Reath LLP
600 E. 96th Street, Suite 600
Indianapolis, IN 46240
**Email:** jay.jaffe@faegredrinker.com

**EMAIL**
Deb Secrest
Commonwealth of Pennsylvania
Department of Labor and Industry
Collections Support Unit
651 Boas Street, Room 925
Harrisburg, PA 17121
**Email:** ra-li-ucts-bankrupt@state.pa.us

**EMAIL**
(Counsel to Pearson Education, Inc.; NCS
Pearson, Inc.)
Jeffrey R. Waxman, Esq.
Eric J. Monzo, Esq.
Morris James LLP
500 Delaware Ave, Suite 1500
Wilmington, DE 19801
Email: jwaxman@morrisjames.com;
emonzo@morrisjames.com

**EMAIL**
(Counsel to Pearson Education, Inc.;
NCS Pearson, Inc.)
Angela Z. Miller, Esq.
Phillips Lytle LLP
One Canalside
125 Main Street
Buffalo, NY 14203
**Email:** amiller@phillipslytle.com

**EMAIL**
(Counsel to Waste Management; and
Coalition of Abused Scouts for Justice)
Rachel B. Mersky, Esq.
Monzack Mersky Browder and Hochman,
P.A
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
**Email:** rmersky@monlaw.com

**EMAIL**
(Counsel to Twin City Fire Insurance
Company, First State Insurance Company,
Hartford Accident and Indemnity Company)
James P. Ruggeri, Esq.
Joshua D. Weinberg, Esq.
Michele Backus Konigsberg, Esq.
Abigail W. Williams, Esq.
Shipman & Goodwin LLP
1875 K Street, NW, Suite 600
Washington, DC 20006-1251
**Email:** jruggeri@goodwin.com;
jweinberg@goodwin.com;
mbackus@goodwin.com;
awilliams@goodwin.com;
bankruptcy@goodwin.com;
bankruptcyparalegal@goodwin.com

**EMAIL**
(Counsel to The County of Anderson Texas;
The County of Denton, Texas; Harrison
Central Appraisal District; The County of
Harrison, Texas; The County of Henderson,
Texas; Midland Central Appraisal District;
The County of Milam, Texas; Terry County
Appraisal District; The County of
Williamson, Texas)
Tara LeDay, Esq.
McCreary, Veselka, Bragg & Allen, P.C.
PO Box 1269
Round Rock, TX 78680
**Email:** tleday@mvbalaw.com

**EMAIL**
(Counsel to National Union Fire Insurance
Company of Pittsburgh, PA; Lexington
Insurance Company; Landmark Insurance
Company; The Insurance Company of the
State of Pennsylvania)
Deirdre M. Richards, Esq.
Fineman Krekstein & Harris P.C.
1300 N. King Street
Wilmington, DE  19801
**Email:**  drichards@finemanlawfirm.com

**EMAIL**
(Counsel to National Union Fire Insurance
Company of Pittsburgh, PA; Lexington
Insurance Company; Landmark Insurance
Company; The Insurance Company of the
State of Pennsylvania)
Susan N.K. Gummow, Esq.
Igor Shleypak, Esq.
Foran Glennon Palandech Ponzi & Rudloff,
P.C.
222 N. LaSalle Street, Suite 1400
Chicago, IL  60614
**Email:**  sgummow@fgppr.com;
ishleypak@fgppr.com

**EMAIL**
(Counsel to Columbia Casualty Company;
The Continental Insurance Company as
successor in interest to certain policies
issued by Harbor Insurance Company; The
Continental Insurance Company successor
by merger to Niagara Fire Insurance; The
Continental Insurance Company)
Craig Goldblatt, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
**Email:**  craig.goldblatt@wilmerhale.com

**EMAIL**
(Counsel to East Carolina Council BSA,
Inc.)
Paul A. Fanning, Esq.
Ward and Smith, P.A.
PO Box 8088
Greenville, NC  27835-8088
**Email:**  paf@wardandsmith.com

**EMAIL**
(Counsel to Jack Doe, creditor and
defendant)
Bradley L. Rice, Esq.
Nagel and Rice LLP
103 Eisenhower Parkway
Roseland, NJ  07068
**Email:**  brice@nagelrice.com

**EMAIL**
(Counsel to Jane Doe)
Mark L. Desgrosseilliers, Esq.
Chipman, Brown, Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE  19801
**Email:**  desgross@chipmanbrown.com

**EMAIL**
(Counsel to Jane Doe)
Cindy L. Robinson, Esq.
Doug Mahoney, Esq.
Tremont Sheldon Robinson Mahoney P.C.
64 Lyon Terrace
Bridgeport, CT  06604
**Email:**  crobinson@tremontsheldon.com;
dmahoney@tremontsheldon.com

8

**EMAIL**

(Counsel to the Official Committee of
Unsecured Creditors)
Thomas Moers Mayer, Esq.
Rachael Ringer, Esq.
David E. Blabey, Jr., Esq.
Jennifer R. Sharret, Esq.
Megan M. Wasson, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036
**Email:**  tmayer@kramerlevin.com;
rringer@kramerlevin.com;
dblabey@kramerlevin.com;
jsharret@kramerlevin.com;
mwasson@kramerlevin.com

**EMAIL**

(Counsel to the Official Committee of
Unsecured Creditors)
Kurt F. Gwynne, Esq.
Katelin A Morales, Esq.
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE  19801
**Email:**  kgwynne@reedsmith.com;
kmorales@reedsmith.com

**EMAIL**

(Counsel to R.L. and C.L., his wife
(Plaintiffs in State Court action pending in
the Superior Court of New Jersey, Essex
County, Docket No. ESX-L-63-20))
Joseph H. Lemkin, Esq.
Stark & Stark, P.C.
PO Box 5315
Princeton, NJ  08543
**Email:**  jlemkin@stark-stark.com

**EMAIL**

(Counsel to Claimant, J.M.)
Gerald D. Jowers, Jr., Esq.
Janet, Janet & Scuggs, LLC
500 Taylor Street, Suite 301
Columbia, SC  29201
**Email:**  gjowers@jjsjustice.com

**EMAIL**

(Counsel to The Roman Catholic Diocese of
Brooklyn, New York)
Patrick A. Jackson, Esq.
Kaitlin W. MacKenzie, Esq.
Faegre Drinker Biddle & Reath LLP
222 Delaware Ave., Suite 1410
Wilmington, DE  19801-1621
**Email:**
Patrick.jackson@faegredrinker.com;
Kaitlin.mackenzie@faegredrinker.com

**EMAIL**

(Counsel to The Roman Catholic Diocese of
Brooklyn, New York)
Michael P. Pompeo, Esq.
Faegre Drinker Biddle & Reath LLP
1177 Avenue of the Americas, 41st Floor
New York, NY  10036-2714
**Email:**
michael.pompeo@faegredrinker.com

**EMAIL**

(Counsel to Jane Doe)
Mark L. Desgrosseilliers, Esq.
Chipman, Brown, Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE  19801
**Email:**  desgross@chipmanbrown.com

**EMAIL**

(Counsel to Jane Doe)
Cindy L. Robinson, Esq.
Doug Mahoney, Esq.
Tremont Sheldon Robinson Mahoney P.C.
64 Lyon Terrace
Bridgeport, CT  06604
**Email:**  crobinson@tremontsheldon.com;
dmahoney@tremontsheldon.com

DOCS_DE:227583.2 85353/001

**EMAIL**

(Counsel to Various Tort Claimants)
David M. Klauder, Esq.
Bielli & Klauder, LLC
1204 N. King Street
Wilmington, DE 19801
**Email:** dklauder@bk-legal.com

**EMAIL**

(Counsel to Various Tort Claimants)
Michael T. Pfau, Esq.
Jason P. Amala, Esq.
Vincent T. Nappo, Esq.
Pfau Cochran Vertetis Amala PLLC
403 Columbia Street, Suite 500
Seattle, WA 98104
**Email:** michael@pcvalaw.com;
jason@pcvalaw.com;
vnappo@pcvalaw.com

**EMAIL**

(Counsel to IRC Burnsville Crossing, L.L.C.
Karen C. Bifferato, Esq.
Kelly M. Conlan, Esq.
Connolly Gallagher LLP
1201 N. Market Street, 20th Floor
Wilmington, DE 19801
**Email:** kbifferato@connollygallagher.com;
kconlan@connollygallagher.com

**EMAIL**

(Counsel to Del-Mar-Va Council, Inc., Boy
Scouts of America)
Bill Bowden, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899-1150
**Email:** wbowden@ashbygeddes.com

**EMAIL**

(Counsel to AmTrust North America, Inc.
on behalf of Wesco Insurance Company)
Alan C. Hochheiser, Esq.
Maurice Wutscher, LLP
23611 Chagrin Blvd., Suite 207
Beachwood, OH 44122
**Email:** ahochheiser@mauricewutscher.com

**EMAIL**

(Counsel to current or future personal injury
claimants represented by the law firm of Andrews &
Thornton)
Anthony M. Saccullo, Esq.
Mary E. Augustine, Esq.
A.M. Saccullo Legal, LLC
27 Crimson King Drive
Bear, DE 19701
**Email:** ams@saccullolegal.com;
meg@saccullolegal.com

**EMAIL**

(Counsel to current or future personal injury
claimants represented by the law firm of Andrews &
Thornton)
Anne Andrews, Esq.
John C. Thornton, Esq.
Andrews & Thornton
4701 Von Karman Avenue, Suite 300
Newport Beach, CA 92660
**Email:** aa@andrewsthornton.com;
jct@andrewsthornton.com

**EMAIL**

(Counsel to Allianz Global Risks US
Insurance Company)
Matthew S. Sorem, Esq.
Nicolaides Fink Thorpe Michaelides
Sullivan LLP
10 S. Wacker Drive, 21st Floor
Chicago, IL 60606
**Email:** msorem@nicolaidesllp.com

**EMAIL**
(Counsel to Allianz Global Risks US
Insurance Company)
Ryan S. Smethurst, Esq.
Margaret H. Warner, Esq.
McDermott Will & Emery LLP
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531
**Email:** rsmethurst@mwe.com

**EMAIL**
(Counsel to Oracle America, Inc.)
Shawn M. Christianson, Esq.
Buchalter, A Professional Corporation
55 Second Street, 17th Floor
San Francisco, CA 94105-3493
**Email:** schristianson@buchalter.com

**EMAIL**
(Counsel to Robert Hernandez Hunter)
David A. Lebowitz, Esq.
Kaufman Lieb Lebowitz & Frick LLP
10 East 40th Street, Suite 3307
New York, NY 10016
**Email:** dlebowitz@kllf-law.com

**EMAIL**
(Counsel to Century Indemnity Company, as
successor to CCI Insurance Company, as
successor to Insurance Company of North
America and Indemnity, et al.)
Stamatios Stamoulis, Esq.
Richard C. Weinblatt, Esq.
Stamoulis & Weinblatt LLC
800 N. West Street, Suite 800
Wilmington, DE 19801
**Email:** stamoulis@swdelaw.com
weinblatt@swdelaw.com

**EMAIL**

**EMAIL**
(Counsel to Century Indemnity Company, as
successor to CCI Insurance Company, as
successor to Insurance Company of North
America and Indemnity, et al)
Tancred Schiavnoi, Esq.
Janine Panchok-Berry, Esq.
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036-6537
**Email:** tschiavoni@omm.com; jpanchok-berry@omm.com

**EMAIL**
(Counsel to Arrowood Indemnity Company)
Michael J. Joyce, Esq.
The Law Offices of Joyce, LLC
1225 King St., Suite 800
Wilmington, DE 19801
**Email:** mjoyce@mjlawoffices.com

**EMAIL**
(Counsel to Arrowood Indemnity Company)
Britton C. Lewis, Esq.
Carruthers & Roth, P.A.
235 N. Edgeworth St.
Greensboro, NC 27401
**Email:** bcl@crlaw.com

**EMAIL**
(Counsel to Arrowood Indemnity Company)
Kevin Coughlin, Esq.
Lorraine Armenti, Esq.
Michael Hrinewski, Esq.
Coughlin Duffy, LLP
350 Mount Kemble Ave.
Morristown, NJ 07960
**Email:** kcoughlin@coughlinduffy.com;
larmenti@coughlinduffy.com;
mhrinewski@coughlinduffy.com

**EMAIL**
(Counsel to Baltimore Area Council Boy
Scouts of America, Inc.)
Todd M. Brooks, Esq.
Whiteford Taylor & Preston LLP
Seven Saint Paul Street, 15th Floor
Baltimore, MD  21202-1626
**Email:**  tbrooks@wtplaw.com

**EMAIL**
(Counsel to Baltimore Area Council Boy
Scouts of America, Inc.)
Richard W. Riley, Esq.
Whiteford Taylor & Preston LLP
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, DE  19801
**Email:**  rriley@wtplaw.com

**EMAIL**
(Counsel to Texas Workforce Commission)
Texas Attorney General's Office
Bankruptcy & Collections Division
Christopher S. Murphy, Assistant AG
c/o Sherri K. Simpson, Paralegal
P.O. Box 12548
Austin, TX  78711-2548
**Email:**  christopher.murphy@oag.texas.gov;
sherri.simpson@oag.texas.gov

**EMAIL**
(Counsel to Liberty Mutual Insurance
Company)
R. Karl Hill, Esq.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE  19801
**Email:**  khill@svglaw.com

**EMAIL**
(Counsel to Liberty Mutual Insurance
Company)
Douglas R Gooding, Esq.
Jonathan D. Marshall, Esq.
Michael J. Foley, Jr., Esq.
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
**Email:**  dgooding@choate.com;
jmarshall@choate.com;
mjfoley@choate.com

**EMAIL**
(Counsel to Liberty Mutual Insurance
Company)
Kim V. Marrkand, Esq.
Nancy D. Adams, Esq.
Laura Bange Stephens, Esq.
Mintz, Levin, Corn, Ferris, Glovsky and
Popeo, P.C.
One Financial Center
Boston, MA 02111
**Email:**  kmarrkand@mintz.com;
ndadams@mintz.com;
lbstephens@mintz.com

**EMAIL**
(Counsel to Ventura County Council of Boy
Scouts of America)
William E. Winfield, Esq.
Nelson Comis Kettle & Kinney LLP
300 E. Esplanade Drive, Suite 1170
Oxnard, CA  93036
**Email:**  wwinfield@calattys.com

**EMAIL**
(Counsel to Courtney and Stephen Knight, Jointly as the Surviving
Parents of E.J.K., a Minor Child, and Stephen Knight as the
Personal Representative of the Estate of E.J.K.; Margaret
Henderson, Personal Representative of the Estate of N.G.H.)
Richard A. Barkasy, Esq.
Kristi J. Doughty, Esq.
Schnader Harrison Segal & Lewis LLP
824 N. Market Street, Suite 800
Wilmington, DE  19801-4939
Email:  rbarkasy@schnader.com;
kdoughty@schnader.com

**EMAIL**
(Counsel to Chickasaw Council, Boy Scouts
of America, Inc.)
Henry C. Shelton, III, Esq.
Adams and Reese LLP
6075 Poplar Avenue, Suite 700
Memphis, TN  38119
**Email:**  henry.shelton@arlaw.com

**EMAIL**
(Counsel to Hartford Accident and
Indemnity Company, First State Insurance
Company, and Twin City Fire Insurance
Company)
Erin R. Fay, Esq.
Gregory J. Flasser, Esq.
Bayard, P.A.
600 N. King Street, Suite 400
Wilmington, DE  19801
**Email:**  efay@bayardlaw.com;
gflasser@bayardlaw.com

**EMAIL**
(Counsel to Nichole Erickson and Mason
Gordon, a minor by his mother Nichole
Erickson)
James Tobia, Esq.
The Law Office of James Tobia, LLC
1716 Wawaset Street
Wilmington, DE  19806
**Email:**  jtobia@tobialaw.com

**EMAIL**
(Counsel to Agricultural Insurance
Company)
Bruce W. McCullough, Esq.
Bodell Bové, LLC
1225 N. King Street, Suite 1000
Wilmington, DE  19801
**Email:**  bmccullough@bodellbove.com

**EMAIL**
(Counsel to Jorge Vega and Various Abuse
Victims)
Domenic E. Pacitti, Esq.
Klehr Harrison Harvey Branzburg LLP
919 Market Street, Suite 1000
Wilmington, DE  19801
**Email:**  dpacitti@klehr.com

**EMAIL**
(Counsel to Various Abuse Victims)
Morton R. Branzburg, Esq.
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA  19103
**Email:**  mbranzburg@klehr.com

**EMAIL**
(Counsel to Various Abuse Victims)
Stephen Crew, Esq.
Peter Janci, Esq.
Crew Janci LLP
1200 NW Naito Parkway, Suite 500
Portland, OR  97209
**Email:**  steve@crewjanci.com;
peter@crewjanci.com

**EMAIL**
(Counsel to Eric Pai, as Administrator of the
Estate of J. Pai)
William D. Sullivan, Esq.
Sullivan Hazeltine Allinson LLC
919 N. Market Street, Suite 420
Wilmington, DE  19801
**Email:**  bsullivan@sha-llc.com

13

**EMAIL**
(Counsel to Collin County Tax
Assessor/Collector)
Larry R. Boyd, Esq.
Chad Timmons, Esq.
Emily M. Hahn, Esq.
Abernathy, Roeder, Boyd & Hullett, P.C.
1700 Redbud Blvd, Suite 300
McKinney, TX  75069
**Email:**  lboyd@abernathy-law.com;
ctimmons@abernathy-law.com;
ehahn@abernathy-law.com;
bankruptcy@abernathy-law.com

**EMAIL**
(Counsel to Buffalo Trail Council, Inc.)
Michael G. Kelly, Esq.
Kelly, Morgan, Dennis, Corzine & Hansen,
P.C.
PO Box 1311
Odessa, TX  79760-1311
**Email:**  mkelly@kmdfirm.com

**EMAIL**
(Counsel to Maricopa County Treasurer)
Peter Muthig, Esq.
Maricopa County Attorney's Office
Civil Services Division
225 W. Madison Street
Phoenix, AZ  85003
**Email:**  muthigk@mcao.maricopa.gov

**EMAIL**
(Counsel to Oracle America, Inc.)
Amish R. Doshi, Esq.
Doshi Legal Group, P.C.
1979 Marcus Avenue, Suite 210E
Lake Success, NY  11042
**Email:**  amish@doshilegal.com

**EMAIL**
(Special Insurance Counsel to the Future
Claimants' Representative)
Kami Quinn, Esq.
Emily Grim, Esq.
Meredith Neely, Esq.
Jasmine Chalashtori, Esq.
Gilbert LLP
700 Pennsylvania Avenue, SE, Suite 400
Washington, DC  20003
**Email:**  quinnk@gilbertlegal.com;
grime@gilbertlegal.com;
neelym@gilbertlegal.com;
chalashtorij@gilbertlegal.com

**EMAIL**
(Counsel to Ector CAD)
Don Stecker, Esq.
Linebarger Goggan Blair & Sampson, LLP
112 E. Pecan Street, Suite 2200
San Antonio, TX  78205
**Email:**
sanantonio.bankruptcy@publicans.com

**EMAIL**
(Counsel to Trennie L. Williams and
Kiwayna H. Williams)
Flordia M. Henderson, Esq.
PO Box 30604
Memphis, TN  38130-0604
**Email:**  flordia@fhendersonlaw.net

**EMAIL**
(Counsel to the TN Dept of Labor – Bureau
of Unemployment Insurance)
Laura L. McCloud, Esq.
c/o TN Attorney General's Office,
Bankruptcy Division
PO Box 20207
Nashville, TN  37202-0207
**Email:**  agbankdelaware@ag.tn.gov

**EMAIL**
(Counsel to Coalition of Abused Scouts for
Justice)
David J. Molton, Esq.
Brown Rudnick LLP
Seven Times Square
New York, NY  10036
**Email:**  dmolton@brownrudnick.com

**EMAIL**
(Counsel to Coalition of Abused Scouts for
Justice)
Sunni P. Beville, Esq.
Tristan G. Axelrod, Esq.
Brown Rudnick LLP
One Financial Center
Boston, MA  02111
**Email:**  sbeville@brownrudnick.com;
taxelrod@brownrudnick.com

**EMAIL**
(Counsel to Stryker Medical)
Danielle Mason Anderson, Esq.
Miller, Canfield, Paddock and Stone, P.L.C.
277 S. Rose Street, Suite 5000
Kalamazoo, MI  49007
**Email:**  andersond@millercanfield.com

**EMAIL**
(Counsel for The Waite and Genevieve
Phillips Foundation)
Jason C. Powell, Esq.
Thomas Reichert, Esq.
The Powell Firm, LLC
1201 N. Orange Street, Suite 500
Wilmington, DE  19801
**Email:**  jpowell@delawarefirm.com;
treichert@delawarefirm.com

**EMAIL**
(Counsel to Certain Sexual Abuse Survivor
Claimants)
Stephen W. Spence, Esq.
Baird Mandalas Brockstedt, LLC
1413 Savannah Road, Suite 1
Lewes, DE  19958
**Email:**  sws@bmbde.com

**EMAIL**
(Counsel to American Zurich Insurance
Company)
Seth J. Reidenberg, Esq.
Tybout, Redfearn & Pell
750 Shipyard Drive, Suite 400
Wilmington, DE  19801
**Email:**  sreidenberg@trplaw.com

**EMAIL**
(Counsel to American Zurich Insurance
Company)
Mark D. Plevin, Esq.
Austin J. Sutta, Esq.
Crowell & Moring LLP
Three Embarcadero Center, 26th Floor
San Francisco, CA  94111
**Email:**  mplevin@crowell.com,
asutta@crowell.com

**EMAIL**
(Counsel to American Zurich Insurance
Company)
Tacie H. Yoon, Esq.
Crowell & Moring LLP
1001 Pennsylvania Ave., N.W.
Washington, DC  20004
**Email:**  tyoon@crowell.com

15

**EMAIL**
(Counsel to Certain Tort Claimants)
Leander L. James, Esq.
Craig K. Vernon, Esq.
R. Charlie Beckett, Esq.
James, Vernon & Weeks, P.A.
1626 Lincoln Way
Coeur d'Alene, ID 83815
**Email:** ljames@jvwlaw.net;
cvernon@jvwlaw.net; rbeckett@jvwlaw.net

**EMAIL**
(Counsel to Burleson County Tax Office; Luling ISD Tax
Office; Colorado County Tax Office; Fayette County Tax
Office; Milano ISD Tax Office; Gause ISD Tax Office)
John T. Banks, Esq.
Perdue, Brandon, Fielder, Collins & Mott,
L.L.P.
3301 Northland Drive, Suite 505
Austin, TX 78731
**Email:** jbanks@pbfcm.com

**EMAIL**
(Counsel to Claimant J.M.)
R. Joseph Hrubiec, Esq.
Napoli Shkolnik PLLC
919 N. Market Street, Suite 1801
Wilmington, DE 19801
**Email:** rhrubiec@napolilaw.com

**EMAIL**
(Counsel to Andrew Van Arsdale and
Timothy Kosnoff)
David E. Wilks, Esq.
Wilks Law, LLC
4250 Lancaster Pike, Suite 200
Wilmington, DE 19805
**Email:** dwilks@wilks.law

**EMAIL**
(Counsel to Jorge Vega)
Paul Mones, Esq.
Paul Mones PC
13101 Washington Blvd.
Los Angeles, CA 90066
**Email:** paul@paulmones.com

**EMAIL**
(Fee Examiner)
Justin Rucki
Rucki Fee Review, LLC
1111 Windon Drive
Wilmington, DE 19803
**Email:** justinrucki@ruckifeereview.com

**EMAIL**
(Counsel to Boy Scouts of America, Hawaii
and Guam Chapter (Aloha Council))
Jerrold K. Guben, Esq.
O'Connor Playdon Guben & Inouye LLP
Makai Tower, 24th Floor
733 Bishop Street
Honolulu, HI 96813
**Email:** jkg@opgilaw.com

16

Boy Scouts – Service List re 2004 Motion
Case No. 20-10343 (LSS)
Document No. 230769
01 – Hand Delivery
49 – First Class Mail
21 – Emails


**Hand Delivery and Email**
(Counsel to Minsi Trails Local Council)
Mark Chehi, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
920 N. King Street
Wilmington, DE  19801
**Email:  mark.chehi@skadden.com**

**First Class Mail**
Alamo Area Council #583
2226 Northwest Military Highway
San Antonio, TX  78213-1894

**First Class Mail**
Aloha Council
Jesse Lopez, Scout Executive
42 Puiwa Road
Honolulu, HI  96817

**First Class Mail**
Baltimore Area Council #220
701 Wyman Park Drive
Baltimore, MD  21211-2805

**First Class Mail**
Bay-Lakes Council
Ralph Voelker, Scout Executive
2555 Northern Road
Appleton, WI  54912-0267

**First Class Mail**
California Inland Empire Council
Matt Myers, Scout Executive, CEO
1230 Indiana Court
Redlands, CA  92375

**First Class Mail**
Capitol Area Council #564
12500 N. Interstate Hwy 35
Austin, TX  78753

**First Class Mail**
Chief Seattle Council #609
3120 Rainier Avenue S
Seattle, WA  98144-6015

**First Class Mail**
Connecticut Rivers Council #66
60 Darlin Street
East Hartford, CT  06108

**First Class Mail**
Cradle of Liberty Council #525
1485 Valley Forge Road
Wayne, PA  19087-1346

**First Class Mail**
Crossroads of the West Council #590
1200 East 5400 South
Ogden, UT  84403-4527

**First Class Mail**
Daniel Webster Council #330
571 Holt Avenue
Manchester, NH  03109-5213

**First Class Mail**
Golden Gate Area Council
John C. Fenoglio, Scout Executive
800 Ellingwood Way
Pleasant Hill, CA  94523-4703

**First Class Mail**
Heart of America Council #307
10210 Holmes Road
Kansas City, MO  01523

**First Class Mail**
Indian Nations Council #488
4295 S. Garnett Road
Tulsa, OK  74146

1

**First Class Mail**
Lake Erie Council #440
2241 Woodland Avenue
Cleveland, OH  44115-3295

**First Class Mail**
Last Frontier Council #480
3031 NW 64th Street
Oklahoma City, OK  73116-3257

**First Class Mail**
Laurel Highlands Council
Sharon M. Moulds, Scout Executive, CEO
1275 Bedford Avenue
Pittsburgh, PA  15219

**First Class Mail**
Lincoln Heritage Council #205
12001 Sycamore Station Place
Louisville, KY  40299

**First Class Mail**
Michigan Crossroads Council #780
137 S. Marketplace Blvd.
Lansing, MI  48917

**First Class Mail**
Middle Tennessee Council #560
3414 Hillsboro Road Box 150409
Nashville, TN  37215-1412

**First Class Mail**
(Counsel to Montana Council)
James A. Patten, Esq.
Patten Peterman Bekkedahl & Green, PLLC
2817 2nd Avenue N., Suite 300
Billings, MT  59101

**First Class Mail**
Narragansett Council #546
10 Risho Avenue
East Providence, RI  02914-1227

**First Class Mail**
National Capital Area Council #82
9190 Rockville Pike
Bethesda, MD  20814-3812

**First Class Mail**
Northern New Jersey Council #333
25 Ramapo Valley Road
Oakland, NJ  07436

**First Class Mail**
Greater Niagara Frontier Council #380
2860 Genesee Street
Buffalo, NY  14225

**First Class Mail**
Greater St. Louis Area Council #312
4568 W. Pine Blvd.
Saint Louis, MO  63108-2193

**First Class Mail**
Northern Star Council #250
6202 Bloomington Road
Fort Snelling, MN  55111

**First Class Mail**
Pathway to Adventure Council
Pathway to Adventure
617 E. Golf Road, Suite 101
Arlington Heights, IL  60005

**First Class Mail**
Patriot's Path Council #358
1 Saddle Road
Cedar Knolls, NJ  07927

**First Class Mail**
Sam Houston Area Council #576
2225 North Loop W
Houston, TX  77008-1311

**First Class Mail**
Silicon Valley Monterey Bay Council #55
970 W. Julian Street
San Jose, CA  95126

2

**First Class Mail**
Simon Kenton Council #441
807 Kinnear Road
Columbus, OH  43212

**First Class Mail**
Spirit of Adventure Council #227
2 Tower Office Park
Woburn, MA  01801

**First Class Mail and Email**
(Counsel to Andrew Jackson Local Council)
J. William Manuel, Esq.
Bradley Arant Boult Cummings LLP
One Jackson Place
188 E. Capitol Street, Suite 1000
Jackson, MS  39201
**Email:  wmanuel@bradley.com**

**First Class Mail and Email**
(Counsel to Andrew Jackson Local Council)
James A. McCullough II, Esq.
Brunini Law
The Pinnacle Building
190 E. Capitol Street, Suite 100
Jackson, MS  39201
**Email:  jmccullough@brunini.com**

**First Class Mail and Email**
(Counsel to Atlanta Local Council)
William Sugden, Esq.
Kay Hopkins, Esq.
Alston & Bird LLP
1201 W. Peachtree Street
Atlanta, GA  30309
**Email:  will.sugden@alston.com;
kay.hopkins@alston.com**

**First Class Mail and Email**
(Counsel to Mid-America Local Council)
Robert L. Freeman, Esq.
Steven R. Hogan, Esq.
Fraser Stryker PC LLO
500 Energy Plaza
409 S. 17th Street
Omaha, NE  68102
**Email:  rfreeman@fraserstryker.com;
shogan@fraserstryker.com**

**First Class Mail and Email**
(Counsel to Crossroads of America Council)
Mark Crandley, Esq.
Michael K. McCrory, Esq.
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis, IN  46204-3535
**Email:  mark.crandley@btlaw.com;
michael.mccrory@btlaw.com**

**First Class Mail and Email**
(Counsel to Denver Local Council)
Mark W. Williams, Esq.
Sherman & Howard
633 Seventeenth Street, Suite 3000
Denver, CO  80202
**Email:  mwilliams@shermanhoward.com**

**First Class Mail and Email**
(Counsel to Greater New York Local
Council)
Richard F. Hans, Esq.
Negin Hadaghian, Esq.
DLA Piper LLP
1251 Avenue of the Americas
New York, NY  10020-1104
**Email:  richard.hans@us.dlapiper.com;
negin.hadaghian@us.dlapiper.com**

3

**First Class Mail and Email**
(Counsel to Grand Canyon Local Council)
Christopher R. Kaup, Esq.
Tiffany & Bosco
Seventh Floor Camelback Esplanade II
2525 E. Camelback Road
Phoenix, AZ 85016
**Email:  crk@tblaw.com**

**First Class Mail and Email**
(Counsel to Grand Canyon Local Council)
Brett W. Johnson, Esq.
Snell & Wilmer L.L.P.
One Arizona Center
Phoenix, AZ 85004
**Email:  bwjohnson@swlaw.com**

**First Class Mail and Email**
(Counsel to Cascade Pacific Council)
Joseph M. VanLeuven, Esq.
Davis Wright Tremaine LLP
1300 SW Fifth Avenue, Suite 2400
Portland, OR 97201-5610
**Email: joevanleuven@dwt.com**

**First Class Mail and Email**
(Counsel to Circle Ten Council)
Heather Lennox, Esq.
Jones Day
North Point, 901 Lakeside Avenue
Cleveland, OH 44114-1190
**Email: hlennox@jonesday.com**

**First Class Mail and Email**
(Counsel to Greater Los Angeles Area
Council)
Robert F. Scoular, Esq.
Dentons US LLP
601 S. Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
**Email: robert.scoular@dentons.com**

**First Class Mail and Email**
(Counsel to Greater Tampa Bay Area
Council)
W. Campbell McLean, Esq.
Gray Robinson
401 E. Jackson Street, Suite 2700
Tampa, FL 33602
**Email: campbell.mclean@gray-robinson.com**

**First Class Mail and Email**
(Counsel to Orange County Council)
William E. Baker, Jr., Esq.
Baker & Baker
1970 Old Tustin Avenue, 2nd Floor
Santa Ana, CA 92705
**Email: wbaker@lawbaker.com**

**First Class Mail and Email**
(Counsel to Orange County Council)
Robert E. Opera
Wintrop Golubow Hollander, LLP
1301 Dove Street, Suite 500
Newport Beach, CA 92660
**Email: ropera@wghlawyers.com**

**First Class Mail and Email**
(Counsel to San Diego Imperial Council)
Victor A. Vilaplana, Esq.
Foley & Lardner LLP
11988 El Camino Real, Suite 400
San Diego, CA 92130-2594
**Email:  vavilaplana@foley.com**

4