IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Re: Docket No. 1161<br>Objection Deadline: September 2, 2020 at 4:00 p.m. (ET)<br>Hearing Date: October 14, 2020 @ 10:00 a.m. (ET) |

### RE-NOTICE OF MOTION OF THE COALITION FOR ABUSED SCOUTS FOR JUSTICE TO PARTICIPATE IN MEDIATION

**PLEASE TAKE NOTICE** that on August 26, 2020, the Coalition for Abused Scouts for Justice filed the Motion to Participate in Mediation (the "Motion") [Docket No. 1161] with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the Motion was due on or before **September 2, 2020 at 4:00 p.m. prevailing Eastern Time.**

**PLEASE TAKE FURTHER NOTICE** that the Motion was originally scheduled to be heard on September 9, 2020 and was continued by the Court to October 14, 2020 at 10:00 a.m. Prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE** THAT THE HEARING TO CONSIDER APPROVAL OF THE MOTION WILL BE HELD ON **OCTOBER 14, 2020 at 10:00 A.M. PREVAILING EASTERN TIME** BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

{00219280-1}

BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM NO. 2, WILMINGTON, DE 19801

Dated: September 30, 2020  
Wilmington, Delaware

MONZACK MERSKY BROWDER & HOCHMAN, P.A.

*/s/ Rachel B. Mersky*
Rachel B. Mersky (DE No. 2049)
1201 North Orange Street, Suite 400
Wilmington, Delaware 19801
Telephone:    (302) 656-8162
Facsimile:    (302) 656-2769
E-mail:    RMersky@Monlaw.com

-and-

BROWN RUDNICK LLP
David J. Molton, Esq.
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
E-mail: DMolton@BrownRudnick.com

and

Sunni P. Beville, Esq. (admitted *pro hac vice*)
Tristan G. Axelrod, Esq. (admitted *pro hac vice*)
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
E-mail: SBeville@BrownRudnick.com
E-mail: TAxelrod@BrownRudnick.com

*Counsel to the Coalition of Abused Scouts for Justice*

{00219280-1}