# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> (Jointly Administered) <br><br> Re: Docket No. 1053 & 1106 <br> Hearing Date: October 14, 2020 @ 10:00 a.m. (ET) |

## RE-NOTICE OF THE COALITION FOR ABUSED SCOUTS FOR JUSTICE RULE 2019 VERIFIED STATEMENT AND AMENDED RULE 2019 VERIFIED STATEMENT

**PLEASE TAKE NOTICE** that on July 29, 2020, the Coalition for Abused Scouts for Justice (the "Coalition") filed their Rule 2019 Verified Statement [Docket No. 1053] with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE NOTICE** that on August 14, 2020, the Coalition for Abused Scouts for Justice filed an Amended Rule 2019 Verified Statement [Docket No. 1106].

**PLEASE TAKE FURTHER NOTICE** that Objections to the Notice were filed and were scheduled to be heard on September 9, 2020. The matter was continued by the Court to October 14, 2020 at 10:00 a.m. Prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE** THAT THE HEARING TO CONSIDER THE COALITION'S RULE 2019 VERIFIED STATEMENT AND AMENDED VERIFIED STATEMENT(S) WILL BE HELD ON **OCTOBER 14, 2020 at 10:00 A.M. PREVAILING EASTERN TIME** BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN,

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM NO. 2, WILMINGTON, DE 19801.

| | |
|---|---|
| Dated: September 30, 2020<br>Wilmington, Delaware | MONZACK MERSKY BROWDER & HOCHMAN, P.A.<br><br>*/s/ Rachel B. Mersky*<br>Rachel B. Mersky (DE No. 2049)<br>1201 North Orange Street, Suite 400<br>Wilmington, Delaware 19801<br>Telephone:  (302) 656-8162<br>Facsimile:  (302) 656-2769<br>E-mail:  RMersky@Monlaw.com<br><br>-and-<br><br>BROWN RUDNICK LLP<br>David J. Molton, Esq.<br>Seven Times Square<br>New York, NY 10036<br>Telephone: (212) 209-4800<br>E-mail: DMolton@BrownRudnick.com<br><br>and<br><br>Sunni P. Beville, Esq. (admitted *pro hac vice*)<br>Tristan G. Axelrod, Esq. (admitted *pro hac vice*)<br>One Financial Center<br>Boston, MA 02111<br>Telephone: (617) 856-8200<br>E-mail: SBeville@BrownRudnick.com<br>E-mail: TAxelrod@BrownRudnick.com<br><br>*Counsel to the Coalition of Abused Scouts for Justice* |