**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

## CERTIFICATE OF SERVICE

　　　　　I, James E. O'Neill, hereby certify that on the 30th day of September, 2020, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list(s) in the manner indicated:

**Motion of the Official Tort Claimants' Committee Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 for an Order Authorizing the Issuance of Subpoenas for Discovery from Debtors and Certain Local Councils [Docket No. 1379]**

　　　　　　　　　　　　　　　　　　　*/s/ James E. O'Neill*
　　　　　　　　　　　　　　　　　　　James E. O'Neill (Bar No. 4042)

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Boy Scouts – Service List re 2004 Motion
Case No. 20-10343 (LSS)
Document No. 230769
49 – Overnight Delivery

**Overnight Delivery**
Alamo Area Council #583
2226 Northwest Military Highway
San Antonio, TX  78213-1894

**Overnight Delivery**
Aloha Council
Jesse Lopez, Scout Executive
42 Puiwa Road
Honolulu, HI  96817

**Overnight Delivery**
Baltimore Area Council #220
701 Wyman Park Drive
Baltimore, MD  21211-2805

**Overnight Delivery**
Bay-Lakes Council
Ralph Voelker, Scout Executive
2555 Northern Road
Appleton, WI  54912-0267

**Overnight Delivery**
California Inland Empire Council
Matt Myers, Scout Executive, CEO
1230 Indiana Court
Redlands, CA  92375

**Overnight Delivery**
Capitol Area Council #564
12500 N. Interstate Hwy 35
Austin, TX  78753

**Overnight Delivery**
Chief Seattle Council #609
3120 Rainier Avenue S
Seattle, WA  98144-6015

**Overnight Delivery**
Connecticut Rivers Council #66
60 Darlin Street
East Hartford, CT  06108

**Overnight Delivery**
Cradle of Liberty Council #525
1485 Valley Forge Road
Wayne, PA  19087-1346

**Overnight Delivery**
Crossroads of the West Council #590
1200 East 5400 South
Ogden, UT  84403-4527

**Overnight Delivery**
Daniel Webster Council #330
571 Holt Avenue
Manchester, NH  03109-5213

**Overnight Delivery**
Golden Gate Area Council
John C. Fenoglio, Scout Executive
800 Ellingwood Way
Pleasant Hill, CA  94523-4703

**Overnight Delivery**
Heart of America Council #307
10210 Holmes Road
Kansas City, MO  01523

**Overnight Delivery**
Indian Nations Council #488
4295 S. Garnett Road
Tulsa, OK  74146

**Overnight Delivery**
Lake Erie Council #440
2241 Woodland Avenue
Cleveland, OH  44115-3295

**Overnight Delivery**
Last Frontier Council #480
3031 NW 64th Street
Oklahoma City, OK  73116-3257

**Overnight Delivery**
Laurel Highlands Council
Sharon M. Moulds, Scout Executive, CEO
1275 Bedford Avenue
Pittsburgh, PA  15219

**Overnight Delivery**
Lincoln Heritage Council #205
12001 Sycamore Station Place
Louisville, KY  40299

**Overnight Delivery**
Michigan Crossroads Council #780
137 S. Marketplace Blvd.
Lansing, MI  48917

**Overnight Delivery**
Middle Tennessee Council #560
3414 Hillsboro Road Box 150409
Nashville, TN  37215-1412

**Overnight Delivery**
(Counsel to Montana Council)
James A. Patten, Esq.
Patten Peterman Bekkedahl & Green, PLLC
2817 2nd Avenue N., Suite 300
Billings, MT  59101

**Overnight Delivery**
Narragansett Council #546
10 Risho Avenue
East Providence, RI  02914-1227

**Overnight Delivery**
National Capital Area Council #82
9190 Rockville Pike
Bethesda, MD  20814-3812

**Overnight Delivery**
Northern New Jersey Council #333
25 Ramapo Valley Road
Oakland, NJ  07436

**Overnight Delivery**
Greater Niagara Frontier Council #380
2860 Genesee Street
Buffalo, NY  14225

**Overnight Delivery**
Greater St. Louis Area Council #312
4568 W. Pine Blvd.
Saint Louis, MO  63108-2193

**Overnight Delivery**
Northern Star Council #250
6202 Bloomington Road
Fort Snelling, MN  55111

**Overnight Delivery**
Pathway to Adventure Council
Pathway to Adventure
617 E. Golf Road, Suite 101
Arlington Heights, IL  60005

**Overnight Delivery**
Patriot's Path Council #358
1 Saddle Road
Cedar Knolls, NJ  07927

**Overnight Delivery**
Sam Houston Area Council #576
2225 North Loop W
Houston, TX  77008-1311

**Overnight Delivery**
Silicon Valley Monterey Bay Council #55
970 W. Julian Street
San Jose, CA  95126

**Overnight Delivery**
Simon Kenton Council #441
807 Kinnear Road
Columbus, OH  43212

**Overnight Delivery**
Spirit of Adventure Council #227
2 Tower Office Park
Woburn, MA  01801

**Overnight Delivery**
(Counsel to Andrew Jackson Local Council)
J. William Manuel, Esq.
Bradley Arant Boult Cummings LLP
One Jackson Place
188 E. Capitol Street, Suite 1000
Jackson, MS  39201

**Overnight Delivery**
(Counsel to Andrew Jackson Local Council)
James A. McCullough II, Esq.
Brunini Law
The Pinnacle Building
190 E. Capitol Street, Suite 100
Jackson, MS  39201

**Overnight Delivery**
(Counsel to Atlanta Local Council)
William Sugden, Esq.
Kay Hopkins, Esq.
Alston & Bird LLP
1201 W. Peachtree Street
Atlanta, GA  30309

**Overnight Delivery**
(Counsel to Mid-America Local Council)
Robert L. Freeman, Esq.
Steven R. Hogan, Esq.
Fraser Stryker PC LLO
500 Energy Plaza
409 S. 17th Street
Omaha, NE  68102

**Overnight Delivery**
(Counsel to Crossroads of America Council)
Mark Crandley, Esq.
Michael K. McCrory, Esq.
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis, IN  46204-3535

**Overnight Delivery**
(Counsel to Denver Local Council)
Mark W. Williams, Esq.
Sherman & Howard
633 Seventeenth Street, Suite 3000
Denver, CO  80202

**Overnight Delivery**
(Counsel to Greater New York Local Council)
Richard F. Hans, Esq.
Negin Hadaghian, Esq.
DLA Piper LLP
1251 Avenue of the Americas
New York, NY  10020-1104

**Overnight Delivery**
(Counsel to Grand Canyon Local Council)
Christopher R. Kaup, Esq.
Tiffany & Bosco
Seventh Floor Camelback Esplanade II
2525 E. Camelback Road
Phoenix, AZ  85016

**Overnight Delivery**
(Counsel to Grand Canyon Local Council)
Brett W. Johnson, Esq.
Snell & Wilmer L.L.P.
One Arizona Center
Phoenix, AZ  85004

**Overnight Delivery**
(Counsel to Cascade Pacific Council)
Joseph M. VanLeuven, Esq.
Davis Wright Tremaine LLP
1300 SW Fifth Avenue, Suite 2400
Portland, OR  97201-5610

**Overnight Delivery**
(Counsel to Circle Ten Council)
Heather Lennox, Esq.
Jones Day
North Point, 901 Lakeside Avenue
Cleveland, OH  44114-1190

**Overnight Delivery**
(Counsel to Greater Los Angeles Area Council)
Robert F. Scoular, Esq.
Dentons US LLP
601 S. Figueroa Street, Suite 2500
Los Angeles, CA  90017-5704

**Overnight Delivery**
(Counsel to Greater Tampa Bay Area Council)
W. Campbell McLean, Esq.
Gray Robinson
401 E. Jackson Street, Suite 2700
Tampa, FL  33602

**Overnight Delivery**
(Counsel to Orange County Council)
William E. Baker, Jr., Esq.
Baker & Baker
1970 Old Tustin Avenue, 2nd Floor
Santa Ana, CA  92705

**Overnight Delivery**
(Counsel to Orange County Council)
Robert E. Opera
Wintrop Golubow Hollander, LLP
1301 Dove Street, Suite 500
Newport Beach, CA  92660

**Overnight Delivery**
(Counsel to San Diego Imperial Council)
Victor A. Vilaplana, Esq.
Foley & Lardner LLP
11988 El Camino Real, Suite 400
San Diego, CA  92130-2594