# EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[7]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Ref. Docket No.** \_\_\_\_ |

**SECOND SUPPLEMENTAL ORDER, PURSUANT TO 11 U.S.C. § 502(b)(9), BANKRUPTCY RULES 2002 AND 3003(c)(3), AND LOCAL RULES 2002-1(e), 3001-1, AND 3003-1, (I) ESTABLISHING DEADLINES FOR FILING PROOFS OF CLAIM, (II) ESTABLISHING THE FORM AND MANNER OF NOTICE THEREOF, (III) APPROVING PROCEDURES FOR PROVIDING NOTICE OF BAR DATE AND OTHER IMPORTANT INFORMATION TO ABUSE SURVIVORS, AND (IV) APPROVING CONFIDENTIALITY PROCEDURES FOR ABUSE SURVIVORS**

Upon the motion of the Tort Claimants' Committee's Motion to Supplement the Claims Bar Date Order Regarding the Electronic Execution of Abuse Proofs of Claim (the "Motion") and in accordance with Bankruptcy Rule 5005(a)(2), Delaware Local Bankruptcy Rules 5005-4(b) and 9011-4(c), and Official Form 410; and the Court having entered the Order Establishing Deadlines for Filing Proofs of Claim [Docket No. 695] (the "Bar Date Order"), as supplemented by the Court's supplemental order dated September 16, 2020 [Docket No. 1331] (the "Supplemental Order");[8] and the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this matter being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and venue being proper in this Court

---

[7] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[8] Capitalized terms herein that are not otherwise defined have the meanings used in the Bar Date Order.

pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. A Sexual Abuse Survivor Proof of Claim executed using an electronic signature program including, but not limited to, Docusign, Hellosign, Adobesign (each an "E-Signature Program") shall be deemed "signed" in accordance with the requirements of the Bar Date Order so long as the Sexual Abuse Survivor Proof of Claim is filed with the E-Signature Program's verification document that is generated by the claimant's execution of the claim certifying that the Sexual Abuse Survivor Proof of Claim is signed by the Sexual Abuse Survivor or, if the Sexual Abuse Survivor is deceased, incapacitated, or a minor, signed by such survivor's representative, attorney, or legal guardian, as applicable.

2. Claimants who submitted their Sexual Abuse Survivor Proof of Claim using an E-Signature Program but who did not attach the verification documents referenced in paragraph 1 above shall have the greater of (a) sixty days following November 16, 2020 (*i.e.*, claims filing deadline set by the Bar Date Order) or (b) sixty days after the Claims and Noticing Agent notifies such parties to supplement their proofs of claim with such verification document.

3. The supplemental information shall be uploaded at the Claims and Noticing Agent's website or mailed directly to the Claims and Noticing Agent at the following address:

> BSA Abuse Claims Processing
> c/o Omni Agent Solutions
> 5955 De Soto Ave., Suite 100
> Woodland Hills, CA 91367

4. After entry of this Order, Debtors' Claims and Noticing Agent shall promptly notify the parties that have filed claims of the above requirement.

5. The Claims and Noticing Agent's website shall reflect and the signature page of the Sexual Abuse Survivor Proof of Claim Form available on the Claims and Noticing Agent's website shall be modified to provide as follows:

> If you are signing this Sexual Abuse Survivor Proof of Claim using an electronic signature program, including, but not limited to, Docusign, Hellosign, Adobesign, you <u>must</u> attach the verification document that is generated by your execution of this Sexual Abuse Survivor Proof of Claim certifying that this Sexual Abuse Survivor Proof of Claim is signed by you.

6. All other terms of the Bar Date Order, as supplemented by the Supplemental Order, remain unchanged and in full force and effect, and this Order serves to supplement and work in conjunction with the Bar Date Order.

7. This Court shall retain exclusive jurisdiction to interpret and enforce the provisions of this Order in all respects and further to hear and determine all matters arising from the construction and implementation of this Order.

Dated: _____, 2020
Wilmington, Delaware

_____
THE HON. LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE