# **EXHIBIT A**

Quarterly Statement of Compensation
of Ordinary Course Professionals

**Boy Scouts of America**
**Ordinary Course Professional Payments (6/1/2020 - 8/31/2020)**

| Professional Firm Name | Notes | Jun-20 | Jul-20 | Aug-20 | Total Compensation | Average Monthly Compensation | OCP Tier |
|---|---|---|---|---|---|---|---|
| WILLIS TOWERS WATSON INC | | $ 112,260 | $ 47,757 | $ 27,818 | $ 187,836 | $ 62,612 | Tier 1 |
| HARPER AND PEARSON | | - | - | 77,655 | 77,655 | 25,885 | Tier 1 |
| STEPTOE & JOHNSON PLLC | | - | 29,645 | 25,092 | 54,737 | 18,246 | Tier 1 |
| FTI CONSULTING INC | | - | 50,957 | - | 50,957 | 16,986 | Tier 1 |
| COVINGTON & BURLIN LLP | (1) | 48,183 | - | - | 48,183 | 16,061 | Tier 1 |
| HECHT SPENCER & ASSOCIATES INC | | - | 55,000 | 10,000 | 65,000 | 21,667 | Tier 2 |
| FOX ROTHSCHILD LLP | | - | 28,395 | 34,067 | 62,462 | 20,821 | Tier 2 |
| STITES & HARBISON PLLC | (2) | 1,767 | 57,608 | - | 59,375 | 19,792 | Tier 2 |
| BAX ADVISORS LLC | (3) | 58,905 | - | - | 58,905 | 19,635 | Tier 2 |
| MELICK PORTER LLP | (4) | 5,658 | 11,815 | 8,921 | 26,393 | 8,798 | Tier 2 |
| LCG ASSOCIATES INC | | - | 12,500 | 12,500 | 25,000 | 8,333 | Tier 2 |
| WIGGIN & DANA LLP | | 286 | 19,089 | 1,839 | 21,214 | 7,071 | Tier 2 |
| SAUL EWING LLP | | - | 20,602 | - | 20,602 | 6,867 | Tier 2 |
| FREDRIKSON & BYRON PA | | 3,700 | 6,464 | 3,375 | 13,539 | 4,513 | Tier 2 |
| LEWIS BRISBOIS BISGAARD & SMITH | | 9,313 | 2,892 | - | 12,205 | 4,068 | Tier 2 |
| SCHEPER KIM & HARRIS LLP | | 3,888 | 6,455 | - | 10,343 | 3,448 | Tier 2 |
| WILSON ELSER MOSKOWITZ | | - | - | 9,945 | 9,945 | 3,315 | Tier 2 |
| DENTONS US LLP | | 800 | 7,904 | - | 8,704 | 2,901 | Tier 2 |
| CLARKE SLIVERGLATE PA | | 3,220 | 3,235 | 2,100 | 8,555 | 2,852 | Tier 2 |
| CIVILLE & TANG PLLC | | 1,356 | 6,698 | 158 | 8,212 | 2,737 | Tier 2 |
| MCLANE MIDDLETON PROF ASSOC | | 5,321 | 2,598 | - | 7,919 | 2,640 | Tier 2 |
| MCGUIRE WOODS LLP | (5) | - | 7,635 | - | 7,635 | 2,545 | Tier 2 |
| KELEHER & MCLEOD PA, ATTORNEYS AT LAW | (6) | - | 6,961 | - | 6,961 | 2,320 | Tier 2 |
| HEPLERBROOM LLC | | 3,343 | 1,588 | - | 4,931 | 1,644 | Tier 2 |
| VERNIS & BOWLING OF THE FL KEYS | | - | 3,661 | - | 3,661 | 1,220 | Tier 2 |
| HUESTON HENNIGAN | | 2,929 | 614 | - | 3,543 | 1,181 | Tier 2 |
| JONES SKELTON & HOCHULI PLC | | 3,489 | - | - | 3,489 | 1,163 | Tier 2 |
| MARKOWITZ HERBOLD GLADE AND MEHLHAF PC | | 3,104 | 190 | - | 3,294 | 1,098 | Tier 2 |
| WICKER,SMITH,O'HARA,MCCOY,&FORD PA | | - | 2,323 | - | 2,323 | 774 | Tier 2 |
| BOONE KARLBERG PC | | 2,297 | - | - | 2,297 | 766 | Tier 2 |
| NORTON ROSE FULBRIGHT LLP | | 1,237 | 723 | - | 1,960 | 653 | Tier 2 |
| MILLER JOHNSON SNELL & CUMMISKEY PLC | | - | 1,610 | 175 | 1,785 | 595 | Tier 2 |
| STICH ANGELL KREIDLER UNKE & SCATTERGOOD | | - | - | 968 | 968 | 323 | Tier 2 |
| KAMM & MCCONNELL LLC | | - | 136 | - | 136 | 45 | Tier 2 |
| KIPP AND CHRISTIAN PC | | - | 94 | - | 94 | 31 | Tier 2 |
| **Total** | | $ 271,056 | $ 395,147 | $ 214,613 | $ 880,815 | $ 293,605 | |

Footnotes:
(1) Includes retainer application of $48,183
(2) Includes retainer application of $25,095
(3) Includes retainer application of $58,905
(4) Includes retainer application of $3,108
(5) Includes retainer application of $7,635
(6) Includes retainer application of $6,961