## Exhibit B

**Phase 2 Fees and Expense Itemization**



**FILE COPY ONLY – BILL SUBMITTED ELECTRONICALLY DO NOT SUBMIT TO CLIENT UNLESS EXPRESSLY REQUESTED BY CLIENT**

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:  (864) 241-1908

September 15, 2020

Robyn Jungers
The Boy Scouts of America
Legal Department
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2049

PERSONAL AND CONFIDENTIAL

Bill #  90275793
Client.Matter #  047657.000013

**Re:   BSA General Defense - Bankruptcy (Billiable)**

For professional services rendered through August 31, 2020, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Fees ................................................................................................................................$11,108.00
Expenses..................................................................................................................................$0.00

**Total Due This Bill**.................................................................................................**$11,108.00**

---

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington



Page 2
09/15/20
Bill No. 90275793
047657.000013-BAG

Robyn Jungers
The Boy Scouts of America
Legal Department
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2049

**Re:  BSA General Defense - Bankruptcy (Billiable)**

For professional services rendered through August 31, 2020

| Date | Initials | Stage | Description | Hours | Amount |
|---|---|---|---|---|---|
| 08/04/20 | KAD | PHASE2 | Email exchange with Anna Kutz regarding Wilson and Elser's OCP declaration. | 0.10 | 19.00 |
| 08/06/20 | BAG | PHASE2 | Review email and certificate of non-objection received from Laura Nichols and attention to same. | 0.20 | 128.00 |
| 08/06/20 | KAD | PHASE2 | Email exchange with Yesmy Romero regarding billing process and information for New York lawsuits newly assigned to Wiggin and Dana. | 0.10 | 19.00 |
| 08/06/20 | KAD | PHASE2 | Analyze and revise July's billing entries and information for inclusion in the monthly fee application for August. | 3.90 | 741.00 |
| 08/06/20 | KAD | PHASE2 | Compile billing information on 30 newly filed New York lawsuits assigned to Wiggin and Dana per Yesmy Romero's request. | 1.80 | 342.00 |
| 08/10/20 | BAG | PHASE2 | Begin review and redaction of monthly invoices in preparation for submission of monthly fee. | 2.00 | 1,280.00 |
| 08/11/20 | KAD | PHASE2 | Analyze Epic invoice and submit same for processing. | 0.10 | 19.00 |
| 08/12/20 | BAG | PHASE2 | Complete review and redaction of privileged information for monthly fee application. | 0.50 | 320.00 |
| 08/13/20 | KAD | PHASE2 | Begin final review of July's draft billing entries for inclusion in the monthly fee application for August. | 0.90 | 171.00 |



Page 3
09/15/20
Bill No. 90275793
047657.000013-BAG

| Date | Initials | Stage | Description | Hours | Amount |
|---|---|---|---|---|---|
| 08/14/20 | KAD | PHASE2 | Finish final review of July's draft billing entries for inclusion in the monthly fee application for August. | 2.10 | 399.00 |
| 08/17/20 | BAG | PHASE2 | Review monthly charts and work on monthly fee application. | 0.50 | 320.00 |
| 08/17/20 | KAD | PHASE2 | Email exchange with Desiree Vale regarding Ogletree's monthly fee applications. | 0.10 | 19.00 |
| 08/17/20 | KAD | PHASE2 | Prepare initial draft of Ogletree's Fifth Monthly Fee Application. | 3.20 | 608.00 |
| 08/17/20 | KAD | PHASE2 | Review/analyze billing entries and invoices for inclusion in Ogletree's Fifth Monthly Fee Application and work on required redaction for same. | 3.80 | 722.00 |
| 08/18/20 | BAG | PHASE2 | Complete work on monthly fee application. | 0.50 | 320.00 |
| 08/18/20 | KAD | PHASE2 | Revise Ogletree's 5th Monthly Fee Application. | 0.20 | 38.00 |
| 08/18/20 | KAD | PHASE2 | Finish reviewing/analyzing billing entries and invoices for inclusion in Ogletree's Fifth Monthly Fee Application and work on required redaction for same. | 3.60 | 684.00 |
| 08/19/20 | SEM | PHASE2 | Email exchange with Hawaii defense counsel regarding billing and payment issues related to the John Roe 120 case. | 0.20 | 89.00 |
| 08/19/20 | SEM | PHASE2 | Email to BSA regarding billing and payment issues Hawaii defense counsel is having with Chubb Insurance. | 0.20 | 89.00 |
| 08/19/20 | SEM | PHASE2 | Review issue of non-payment of fees to Hawaii defense counsel by CHUBB with Bruce Griggs. | 0.10 | 44.50 |
| 08/19/20 | KAD | PHASE2 | Finalize Ogletree's 5th Monthly Fee Application. | 0.40 | 76.00 |
| 08/19/20 | KAD | PHASE2 | Email Paige Topper regarding Ogletree's Fifth Monthly Fee Application. | 0.10 | 19.00 |



| Date | Initials | Stage | Description | Hours | Amount |
|---|---|---|---|---|---|
| 08/19/20 | KAD | PHASE2 | Review email from Adrian Lavarias regarding coverage dispute and submitting invoices to the carrier for payment. | 0.10 | 19.00 |
| 08/20/20 | SEM | PHASE2 | Email discussion with Sidley regarding payment of Kentucky defense counsel on old unpaid invoice that did not get properly submitted prior to the bankruptcy filing. | 0.30 | 133.50 |
| 08/24/20 | SEM | PHASE2 | Email exchange with New York defense counsel regarding CHUBB billing information for several newly filed lawsuits against the Twin Rivers Council. | 0.20 | 89.00 |
| 08/24/20 | KAD | PHASE2 | Email exchange with Eric Moats regarding unredacted invoices. | 0.10 | 19.00 |
| 08/24/20 | KAD | PHASE2 | Compile billing information and instructions on newly filed New York cases assigned to Lewis Brisbois. | 1.10 | 209.00 |
| 08/24/20 | KAD | PHASE2 | Email exchange with John Anselmo regarding billing information and instructions for various newly filed New York lawsuits assigned to Lewis Brisbois. | 0.10 | 19.00 |
| 08/25/20 | SEM | PHASE2 | Email exchange with Missouri defense counsel regarding billing for the John Doe workers compensation matter. | 0.20 | 89.00 |
| 08/26/20 | BAG | PHASE2 | Work on second interim fee application and all related information. | 1.50 | 960.00 |
| 08/26/20 | SEM | PHASE2 | Email exchange with New York defense counsel regarding billing information for newly assigned lawsuits. | 0.20 | 89.00 |
| 08/26/20 | KAD | PHASE2 | Email exchange with Eric Moats regarding the Second Interim Fee Application. | 0.10 | 19.00 |
| 08/26/20 | KAD | PHASE2 | Email exchange with Desiree Vale regarding the CNO for Ogletree's | 0.10 | 19.00 |



| Date | Initials | Stage | Description | Hours | Amount |
|------|----------|-------|-------------|-------|--------|
| | | | Fourth Monthly Fee Application. | | |
| 08/26/20 | KAD | PHASE2 | Begin working on Ogletree's Second Interim Fee Application. | 5.40 | 1,026.00 |
| 08/27/20 | KAD | PHASE2 | Email Karen Campbell regarding process for handling invoices pertaining to the James Temple claim. | 0.10 | 19.00 |
| 08/27/20 | KAD | PHASE2 | Email exchange with Desiree Vale regarding Ogletree's Fifth Monthly Fee Application. | 0.10 | 19.00 |
| 08/27/20 | KAD | PHASE2 | Continue work on second interim fee application, including compilation and analysis of all requested data and information. | 6.30 | 1,197.00 |
| 08/28/20 | BAG | PHASE2 | Complete work on second interim fee application. | 1.00 | 640.00 |
| 08/28/20 | KAD | PHASE2 | Revise Second Interim Fee Application based on information received from Brian Whittman. | 0.30 | 57.00 |
| 08/31/20 | KAD | PHASE2 | Conference call with Kayron at Lewis Brisbois regarding billing on Hartford claims. | 0.10 | 19.00 |
| | | | Total Services: | 41.90 | 11,108.00 |

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|------------|-------|------|-------|--------|
| Bruce A. Griggs | Shareholder | 640.00 | 6.20 | 3,968.00 |
| Sean E. Manning | Of Counsel | 445.00 | 1.40 | 623.00 |
| Kelci A. Davis | Paralegal | 190.00 | 34.30 | 6,517.00 |

|  |  |
|---|---|
| TOTAL FEES | $11,108.00 |
| TOTAL EXPENSES | $0.00 |
| TOTAL THIS BILL | $11,108.00 |