## Exhibit C

### Expense Summary

| Category | Amount |
|---|---:|
| Delivery Services/Messenger | $19.12 |
| Legal Support Services | $81.19 |
| **TOTAL:** | **$100.31** |