D█████ J█████ S█████
M█████ Correctional C█████
M█████, WA █████
(360)794-2557 | e-mail: www.jpay.com

)(()))(((()))(((()))(((()))(((()))(((()))(((()))(((()))(((()))(((()))((

24 September 2020

2020 OCT -1 AM 10:19

BSA Abuse Claims Processing
c/o Omni Agent Solutions
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Bankruptcy Court Clerk
United States Bankruptcy Court
District of Delaware
824 Market Street N., 3rd Floor
Wilmington, DE 19801

Counsel for the Tort Claimant's Committee
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899

RE: Boy Scouts of America, et al.
    Case No. 20-10343 (LSS)
    United States Bankruptcy Court, Delaware
    Claim No. █████████████████
    <u>CHANGE OF ADDRESS NOTIFICATION</u>

Dear Interested Parties:

   Hello. I am a pro se claimant in the instant bankruptcy case. I wanted to provide you with my new address. Please label all future correspondences and documents with the above newly provided address.
   In addition to the above, please note that important Legal Documents relating to this Case are getting rejected by the facility because parties are not putting their full name and address on the envelope. No prison facilities will permit "unaddressed" incoming mail to be issued, regardless of whether it is "Legal" or not. Specifically Claimant has had about four pieces of mail rejected related to this case. Please properly address all future legal documents moving forward. Thank you greatly.
   In conclusion, thank you for your time and attention to the above matters. Please contact me if you have any questions or concerns. Thanks again. Bye.

                                        Respectfully,

                                        
                                        D█████ J. S█████, Claimant pro se

DJS:can