IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC.[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

      I, Colin Linebaugh, depose and say that I am employed by Omni Agent Solutions ("**Omni**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

      On September 30, 2020, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following document to be served via the method set forth on the OCP Notice Parties Service List attached hereto as **Exhibit A**:

- **Debtors' Statement of Amounts Paid to Ordinary Course Professionals for the Period from June 1, 2020, to and Including August 31, 2020 [Docket No. 1390].**

Dated: October 1, 2020

                                                  Colin Linebaugh
                                                  Omni Agent Solutions
                                                  5955 De Soto Avenue, Suite 100
{State of California      }         Woodland Hills, CA 91367
{                               } ss.   (818) 906-8300
{County of Los Angeles   }

Subscribed and sworn to (or affirmed) before me on this 1st day of October, 2020, by Colin Linebaugh proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

# **EXHIBIT A**

**Exhibit A**
**OCP Notice Parties Service List**
**Served as set forth below**

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Notice of Appearance/Request for Notices<br>Counsel to the Official Committee of Unsecured Creditors | Kramer Levin Naftalis & Frankel LLP | Attn: Thomas Moers Mayer<br>Attn: Rachel Ringer<br>Attn: David E. Blabey Jr.<br>Attn: Jennifer R. Sharret<br>Attn: Megan M. Wasson<br>177 Ave of the Americas<br>New York, NY 10036 | 212-715-8000 | tmayer@kramerlevin.com<br>rringer@kramerlevin.com<br>dblabey@kramerlevin.com<br>jsharret@kramerlevin.com<br>mwasson@kramerlevin.com | Email |
| Notice of Appearance/Request for Notices<br>Counsel for JPMorgan Chase Bank, National Association | Norton Rose Fulbright Us LLP | Attn: Louis R. Strubeck, Jr<br>Attn: Kristian W. Gluck<br>Attn: Ryan E. Manns<br>2200 Ross Avenue, Suite 3600<br>Dallas, TX 75201-7933 | 214-855-8200 | louis.strubeck@nortonrosefulbright.com<br>kristian.gluck@nortonrosefulbright.com<br>ryan.manns@nortonrosefulbright.com | Email |
| Core Parties<br>Office of the United States Trustee | Office of the United States Trustee | Attn: David L. Buchbinder<br>Attn: Hannah Mufson McCollum<br>844 King St, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801 | 302-573-6497 | david.l.buchbinder@usdoj.gov<br>hannah.mccollum@usdoj.gov | Email<br>First Class Mail |
| Notice of Appearance/Request for Notices<br>Counsel to the Tort Claimants' Committee | Pachulski Stang Ziehl & Jones LLP | Attn: James I. Stang<br>10100 Santa Monica Blvd, 13th Fl<br>Los Angeles, CA 90067-4003 | 302-652-4400 | jstang@pszjlaw.com | Email |
| Notice of Appearance/Request for Notices<br>Counsel to the Tort Claimants' Committee | Pachulski Stang Ziehl & Jones LLP | Attn: Robert Orgel<br>Attn: James O'Neill<br>Attn: John Lucas<br>Attn: Ilan Scharf<br>919 N Market St.,17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 | 302-652-4400 | rorgel@pszjlaw.com<br>joneill@pszjlaw.com<br>jlucas@pszjlaw.com<br>ischarf@pszjlaw.com | Email |
| Bonds | The County Commission Of Fayette County | c/o Steptoe & Johnson Pllc<br>Attn: John Stump, Esq.<br>Chase Tower - Eighth Fl<br>707 Virginia St E.<br>Charleston, WV 25301 | | | First Class Mail |
| Core Parties<br>Counsel to Prepetition Future Claimants' Representative | Young Conaway Stargatt & Taylor | Attn: James L. Patton, Jr<br>Attn: Robert Brady<br>Attn: Edwin Harron<br>Rodney Square<br>1000 N King St<br>Wilmington, DE 19801 | 302-576-3325 | jpatton@ycst.com<br>rbrady@ycst.com<br>eharron@ycst.com | Email<br>First Class Mail |

In re: Boy Scouts of America
and Delaware BSA, LLC
Case No. 20-10343

Page 1 of 1