# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC<br><br>                            Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the certification, counsel moves the admission *pro hac vice* of Todd M. Brooks, Esq. to represent the Baltimore Area Council Boy Scouts of America, Inc. in the above-captioned cases.

Date: October 6, 2020    */s/ Richard W. Riley*
Richard W. Riley (No. 4052)
WHITEFORD, TAYLOR & PRESTON LLC
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, Delaware 19801
Telephone:    (302) 353-4144
Email:    rriley@wtplaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Maryland and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Revised Standing Order for District Court Fund dated August 31, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Date: October 6, 2020    */s/ Todd M. Brooks*
Todd M. Brooks, Esq.
WHITEFORD, TAYLOR & PRESTON LLP
7 Saint Paul Street
Baltimore, Maryland 21202-1626
Telephone:    (410) 347-8700
Email:    tbrooks@wtplaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.