# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**RE:  1349** |

## CERTIFICATE OF NO OBJECTION REGARDING THE FOURTH APPLICATION OF HAYNES AND BOONE, LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM AUGUST 1, 2020 TO AUGUST 31, 2020

The undersigned hereby certifies that, as of the date hereof, Haynes and Boone, LLP ("H&B") has received no answer, objection or other responsive pleading to the *Fourth Application of Haynes and Boone, LLP for Allowance of Compensation and Reimbursement of Expenses for the Period From August 1, 2020 to August 31, 2020* (the "Application") (D.I. 1349), filed on September 18, 2020.

The undersigned further certifies that Morris Nichols has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon.  Pursuant to the Notice, objections to the Application were to be filed and served no later than October 2, 2020 at 4:00 p.m. (Eastern Time).

Accordingly, pursuant to the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense*

---

[1]  The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

*Reimbursement for Official Committee Members and (II) Granting Related Relief* (D.I. 341) entered on April 6, 2020, the Debtors are authorized to pay the amount indicated below.

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Debtors are Authorized to Pay ( (2) + (3) ) |
|---|---|---|---|
| $165,050.50 | $0.00 | $132,040.40 | $132,040.40 |

WHEREFORE, H&B respectfully requests that the Application be approved.

Dated: October 6, 2020　　　　　　　　**HAYNES AND BOONE, LLP**
　　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　　*/s/ Ernest Martin, Jr.*_____
　　　　　　　　　　　　　　　　　　　　Ernest Martin, Jr.
　　　　　　　　　　　　　　　　　　　　Partner
　　　　　　　　　　　　　　　　　　　　2323 Victory Avenue, Suite 700
　　　　　　　　　　　　　　　　　　　　Dallas, Texas 75219
　　　　　　　　　　　　　　　　　　　　Telephone: 214.651.5000
　　　　　　　　　　　　　　　　　　　　Email: Ernest.Martin@haynesboone.com

　　　　　　　　　　　　　　　　　　　　SPECIAL INSURANCE COUNSEL TO
　　　　　　　　　　　　　　　　　　　　THE DEBTORS AND DEBTORS IN
　　　　　　　　　　　　　　　　　　　　POSSESSION