**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| Boy Scouts of America, *et al.*, | Case No. 20-10343 (LSS) |
| Debtors.[1] | Jointly Administered |
| | **Objection Deadline:** <br> **October 20, 2020, at 4:00 p.m. (ET)** |

**NOTICE OF THE FIRST AND FINAL FEE APPLICATION OF APPRAISERS OF THE KEYS, INC. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR APPRAISAL SERVICES RENDERED**

PLEASE TAKE NOTICE that today, Appraisers of the Keys, Inc., as appraiser to the Debtors in the above-captioned case, filed the attached *First and Final Fee Application of Appraisers of the Keys, Inc. for Allowance of Compensation and Reimbursement of Expenses for Appraisal Services Rendered* (the "Application").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Application, must: (a) be filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, by **October 20, 2020, at 4:00 p.m. (ET)** (the "Objection Deadline"); and (b) be served so as to be received on or before the Objection Deadline by:

    i.    The Debtors:  Boy Scouts of America, 1325 West Walnut Hill Lane, Irving, Texas 75038, Attn:  Steven P. McGowan;

    ii.    Co-counsel to the Debtors:  Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, 16th Floor, Wilmington, DE 19801, Attn:  Derek C. Abbott;

    iii.    Counsel to the Debtors:  Sidley Austin LLP, 787 Seventh Avenue, New York, New York 10019, Attn:  Jessica C.K. Boelter and One South Dearbon, Chicago, Illinois 60603 Attn:  Matthew E. Linder;

    iv.    the Office of the United States Trustee:  J. Caleb Boggs Federal Building, Room 2207, 844 N. King Street, Wilmington, DE 19801, Attn: David Buchbinder and Hannah M. McCollum;

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal EIN, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

     v.       <u>Counsel to the UCC</u>, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036, Attn:  Rachael Ringer and Megan M. Wasson;

     vi.      <u>Counsel to the Tort Claimants' Committee</u>, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067, Attn:  James I. Stang;

     vii.     <u>Counsel to the Future Claimants' Representative</u>, Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Attn:   Robert S. Brady and Edwin J. Harron;

     viii.    <u>Counsel to the Ad Hoc Committee of Local Councils</u>, Wachtell, Lipton, Rosen & Katz, 51 West 52nd Street, New York, New York 10019, Attn: Richard G. Mason and Joseph C. Celentino;

     ix.      <u>Counsel to JPMorgan Chase Bank, National Association</u>, Norton Rose Fulbright US LLP, 2200 Ross Avenue, Dallas, Texas 75201-7932, Attn: Louis R. Strubeck and Kristian W. Gluck; and

     x.       <u>Counsel to the County Commission of Fayette County (West Virginia)</u>, Steptoe & Johnson PLLC, Chase Tower – 8th Floor, 707 Virginia Street East, Charleston, West Virginia 25301, Attn:  John Stump.

        A HEARING ON THE APPLICATION, IF NECESSARY, WILL BE HELD AT THE CONVENIENCE OF THE COURT AND NOTICE OF ANY SUCH HEARING WILL BE GIVEN ONLY TO THE OBJECTING PARTY OR PARTIES.

        IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

*[Remainder of Page Intentionally Left Blank]*

Dated:  October 6, 2020
       Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/  Eric W. Moats*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Eric W. Moats (No. 6441)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Email:  dabbott@mnat.com
       aremming@mnat.com
       emoats@mnat.com
       ptopper@mnat.com

– and –

SIDLEY AUSTIN LLP
Thomas A. Labuda (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
One South Dearborn Street
Chicago, Illinois 60603
Telephone:  (312) 853-7000
Email:  tlabuda@sidley.com
       mlinder@sidley.com
       blair.warner@sidley.com

ATTORNEYS FOR THE DEBTORS AND
DEBTORS IN POSSESSION