## Exhibit B

**Invoice and Fee Summary**



# APPRAISERS OF THE KEYS, INC.

Invoice Date:
Job Number: 16613

# INVOICE

## INVOICE TO

Boy Scouts of America
Steven McGowan
1325 W. Walnut Hill Lane
Irving, TX 75038

**Due Dollars**
**$12,500**

## SUBJECT PROPERTY

Multiple Properties

| | |
|---|---:|
| Appraisal Report Fees | $25,000 |
| Other Fees | $0 |
| Taxes | $0 |
| Payments | ($12,500) |
| Balance Due | $12,500 |

## WIRE INSTRUCTIONS

Bank
Account Name
Account Number
ABA Number
Federal Tax ID         650260397

Please reference Job 16613 when remitting

T h a n k   y o u   f o r   y o u r   B u s i n e s s !

 Nicholas Farrar, MRICS MAI
+1 (305) 849-0648
aokreal@aol.com

 3208 Flagler Avenue
Key West, FL 33040

Late Charges: At the option of Appraisers of the Keys, Inc., any amount past due shall bear simple interest at the annual rate of eighteen percent (18%), or one-and-a-half percent (1.5%) monthly, provided that in no event shall such interest rate exceed the highest legal interest rate for business loans. Further, to partially compensate Appraisers of the Keys, Inc. for banking, administrative and accounting costs, Client shall pay to Appraisers of the Keys, Inc. a fee of $50 (which may be increased from time to time) per occurrence for any check received for payments under this Invoice that is not immediately honored for any reason whatsoever (including, without limitation, insufficient funds), which fee shall be in addition and without limitation to any other amounts claimed by Appraisers of the Keys, Inc..