# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: Docket Nos. 1104, 1221, 1237, & 1245** |

### CERTIFICATION OF COUNSEL REGARDING THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY OF MARGARET HENDERSON, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF N.G.H., DECEASED

　　　　　The undersigned counsel to the non-profit corporations that are debtors and debtors in possession in the above-captioned chapter 11 cases (the "Debtors") hereby certifies as follows:

　　　　　1.　　On August 14, 2020, Margaret Henderson (the "Movant") filed the *Motion for Relief from the Automatic Stay of Margaret Henderson, as Personal Representative of the Estate of N.G.H., Deceased* [D.I. 1104] (the "Motion").

　　　　　2.　　Pursuant to the notice of the Motion, objections or responses to the relief requested in the Motion were to be filed and served no later than September 2, 2020, at 4:00 p.m. (ET) (the "Objection Deadline").

　　　　　3.　　On September 2, 2020, James L. Patton, Jr., the Future Claimants' Representative (the "FCR"), filed *The Future Claimants' Representative's Objections to Motions for Relief from the Automatic Stay Brought by Marco Romero, Jr. and Audrey Romero, Margaret Henderson, as Personal Representative of the Estate of N.G.H., Deceased, and Debtors with Respect with Respect to Lianfen Qian* [D.I. 1221] (the "FCR Objection").

---

[1]　　The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, Texas 75038.

4. Also on September 2, 2020, the Official Committee of Tort Claimants (the "TCC") filed *The Official Committee of Tort Claimants' Objection to: (1) Motion for Relief from the Automatic Stay of Margaret Henderson, as Personal Representative of the Estate of N.G.H., Deceased [Docket No. 1104]; (2) Motion of Marco Romero Jr. and Audrey Romero for an Order for Relief from the Automatic Stay Pursuant to Section 362(D) of the Bankruptcy Code [Docket No. 1120]* [D.I. 1237] (the "TCC Objection").

5. On September 4, 2020, the Debtors filed the *Debtors' (A) Response in Support of the Henderson and Romero Motions for Relief from the Automatic Stay and (B) Reply in Further Support of the Motion of the Debtors for Entry of an Order (I) Approving Settlement of Claim of Lianfen Qian and (II) Lifting the Automatic Stay, to the Extent Necessary, to Permit Payment of Settlement Amount by Applicable Insurance* [D.I. 1245] (the "Debtors' Response").

6. Following the filing of the FCR Objection, the TCC Objection, and the Debtors' Response, the parties negotiated in good faith at arm's-length regarding the relief requested in the Motion.

7. Pursuant to these negotiations, the FCR Objection and TCC Objection have been resolved and the FCR and TCC do not object to entry of the proposed order (the "Proposed Order") attached as Exhibit A the Motion granting the relief requested in the motion.

8. For the convenience of the Court and all parties in interest, a copy of the Proposed Order is attached hereto as **Exhibit A**.

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order substantially in the form attached hereto as **Exhibit A** at its earliest convenience.

| | |
|---|---|
| Dated: October 6, 2020<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Eric W. Moats*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Eric W. Moats (No. 6441)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 425-4664<br>Email: dabbott@mnat.com<br>          aremming@mnat.com<br>          emoats@mnat.com<br>          ptopper@mnat.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>William E. Curtin<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: (212) 839-5300<br>Email: wcurtin@sidley.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Thomas A. Labuda (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Email: tlabuda@sidley.com<br>          mlinder@sidley.com<br><br>ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION |