## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 20-10343 (LSS) |
| BOY SCOUTS OF AMERICA AND DELAWARE Boy Scouts, LLC,[1] | Jointly Administered |
| Debtors. | **Re: D.I. 1144, 1161, 1164** |

## DECLARATION OF ANDREW KIRSCHENBAUM
## IN SUPPORT OF CENTURY'S MOTION TO COMPEL THE DEPOSITIONS
## OF MESSRS. KOSNOFF AND VAN ARSDALE, OR IN THE ALTERNATIVE
## ADJOURN THE HEARING ON THE PENDING 2019 MOTIONS [D.I. 1144], [D.I. 1161]
## AND [D.I. 1164]

I, Andrew Kirschenbaum, pursuant to 28 U.S.C. § 1746(2), under penalty of perjury, hereby declare as follows:

1.      I am an associate at the firm O'Melveny & Myers LLP, Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Westchester Fire Insurance Company, and Westchester Surplus Lines Insurance Company.  I submit this declaration based on my personal knowledge of the proceedings in *In re Boy Scouts of America and Delaware BSA, LCC*, and review of the documents described below.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of an Affidavit of Service of a subpoena for the deposition of Timothy Kosnoff, left at 1321 Upland Drive, PMB 4685, Houston, TX 77043.

---

[1]    The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware Boy Scouts, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Law, Irving, Texas 75038.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of an Affidavit of Attempted Service of a subpoena for the deposition of Andrew Van Arsdale.  Service was attempted at 3667 Voltaire Ave., San Diego, CA 92106.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of an email exchange between Tancred Schiavoni and David Wilks.

I declare under pain and penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated:  October 6, 2020                              Respectfully Submitted,


By:  _/s/ Andrew Kirschenbaum_

      ANDREW KIRSCHENBAUM

# EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re Boy Scouts of America and Delaware Boy Scouts, LLC

CASE NO. : 20-10343
CHAPTER 11

vs                                              *Plaintiff*

                                              *Defendant*

# AFFIDAVIT OF SERVICE

State of Texas }
County of Harris }  ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the State of Texas.

That on **09/17/2020** at **2:00 PM** at **1321 Upland Drive, PMB 4685, Houston, TX 77043**

deponent served a **Subpoena to Testify at a Deposition in a Bankruptcy Case (or Adversary Proceeding)**

on **Timothy Kosnoff** by the leaving  a true copy of  the **Subpoena to Testify at a Deposition in a Bankruptcy Case (or Adversary Proceeding)** with **"John Doe"** , store clerk/employee who would not give his first and last name.

Notes pertaining to service:
1321 Upland Drive, PMB 4685, Houston, TX 77043 is a private mail box .  Deponent asked the male store clerk if said witness is the box holder of PMB 4685 and he replied in the affirmative.

Description of Person Served:
Gender: Male
Skin: Black
Hair: Black
Age: 30 - 50 Yrs.
Height: Over 6'
Weight:Over 200 Lbs.

At the time of said service, deponent paid (tendered) in advance $54.00 the authorized traveling expenses and one day's witness fee.

Sworn to before me this
21  day of September, 2020

_____
NOTARY PUBLIC

_____
Edna Ingram

ANDREW C. MANGER
Notary Public, State of Texas
Comm. Expires 05-30-2022
Notary ID 10170557

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160

# EXHIBIT 2

UNITED STATES BANKRUPTCY COURT
DISRICT OF DELAWARE
-------------------------------------------------------------------x   Case No.: 20-10343
In re Boy Scouts of America and Delaware Boy
Scouts, LLC

Debtor.

AFFIDAVIT OF
ATTEMPTED SERVICE

-------------------------------------------------------------------x

STATE OF CALIFORNIA   }
COUNTY OF SAN DIEGO   }        ss.


I, KARLA FUKUDA , being duly sworn, depose and say:

1.      I am not a party in this action and am over the age of eighteen years.  I reside in the State of California.

2.      Under the direction of Serving by Irving, Inc., I was assigned to effectuate service of a Subpoena to Testify at a Deposition in Civil Action with $45.00 witness fee check upon Andrew Van Arsdale at the given address of 2044 San Diego Ave, San Diego, CA 92110 for the law firm of O'Melveny & Myers LLP in the above captioned matter.

3.      On September 11, 2020 at 7:15 PM, I attempted service at 2044 San Diego Ave, San Diego, CA 92110.  The given address has a gate that was locked with no intercom or call box. I called out the witness' name and honked the car horn and received no response.

4.      On September 12, 2020 at 11:35 AM, I returned to 2044 San Diego Ave, San Diego, CA 92110.  The gate was locked.  I called out the witness' name and honked the car horn and received no response.  I was unable to make contact with any neighbors.

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160

1

5.　　On September 15, 2020 at 9:30 AM, I attempted service at the given business address 3667 Voltaire Ave, San Diego, CA 92106. At this address are executive suites and they were closed.

6.　　On September 15, 2020 at 3:36 PM, I returned to 3667 Voltaire Ave, San Diego, CA 92106. Again, the business was closed.

7.　　On September 16, 2020 at 11:48 AM, I returned to 3667 Voltaire Ave, San Diego, CA 92106. There was a sign posted stating to call for deliveries. I called the telephone number provided and spoke with a female employee who stated that the business is closed due to COVID-19.

8.　　After due diligence, I was unable to personally serve Andrew Van Arsdale with the said documents at the given addresses.

Karla Fukuda
San Diego Reg. #: 1842

Sworn to before me this
　　day of October, 2020

_____

NOTARY PUBLIC

See attached California
All-purpose
Acknowledgement/Jurat

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160

2

# CALIFORNIA JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA                    }

COUNTY OF San Diego                   }

Subscribed and sworn to (or affirmed) before me on this ___6___ day of __October__ , _2020_

by _____ Karla Fukuda _____

_____
Name of Signers

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____
Signature of Notary Public

> MIRIAM MAGANA-MACEDO
> COMM. # 2210847
> NOTARY PUBLIC-CALIFORNIA
> SAN DIEGO COUNTY
> My Comm. Exp. Aug. 20, 2021

Seal
Place Notary Seal Above

-------------------------------------------- OPTIONAL --------------------------------------------

*Though this section is optional, completing this information can deter alteration of the document or fraudulent attachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: Affidavit of Attempted Service

Document Date:_____

Number of Pages:_____

Signer(s) Other Than Named Above:_____

# EXHIBIT 3

| | |
|---|---|
| **From:** | Schiavoni, Tancred |
| **Sent:** | Friday, October 2, 2020 5:45 PM |
| **To:** | David Wilks |
| **Cc:** | Kirschenbaum, Andrew; Schiavoni, Tancred |
| **Subject:** | RE: In re Boy Scouts of America and Delaware BSA, LLC |

David

      We are dealing with the facts and the motions with which we are now presented. We will notice the depositions for Friday unless you give us an alternative date next week.

---

**From:** David Wilks <dwilks@wilks.law>
**Sent:** Friday, October 2, 2020 5:26 PM
**To:** Schiavoni, Tancred <tschiavoni@omm.com>
**Subject:** RE: In re Boy Scouts of America and Delaware BSA, LLC

[EXTERNAL MESSAGE]

Tanc,

As I explained separately, Messrs. Kosnoff and Van Arsdale have resigned from the Coalition. Neither they nor their firms are part of the Coalition any longer and the Coalition's amended 2019 statement will not include them. I am unaware of when it will be filed, since my clients are not participating in that exercise. Accordingly, we see no reason that the depositions you proposed should take place. If you disagree, please let me know what discoverable you believe can be obtained from those depositions. As for the timing of the hearing, you should take up that issue with the Coalition's attorneys.

Regards,

Dave

David E. Wilks
Wilks Law, LLC
4250 Lancaster Pike, Suite 200
Wilmington, Delaware 19805

(302) 225-0858

---

**From:** Schiavoni, Tancred [mailto:tschiavoni@omm.com]
**Sent:** Thursday, October 1, 2020 4:38 PM
**To:** Teresa McKnight <tmcknight@wilks.law>

**Cc:** David Wilks <dwilks@wilks.law>; Schiavoni, Tancred <tschiavoni@omm.com>
**Subject:** RE: In re Boy Scouts of America and Delaware BSA, LLC

David

      Your letter imposed limitations on the depositions not contemplated by the rules but beyond that you only gave us dates before your clients were to file amended 2019 statements.  We had thought we'd receive the amended 2019 statement before today but we still have not received anything.  Please let us when your clients intend to file their amended 2019 statement. We'd like to pick a date after that date provided they are going to do so sufficiently before the hearing.  If they are going to amend after the hearing or on the eve of the hearing, we should discuss the timing of the hearing.

---

**From:** Teresa McKnight <tmcknight@wilks.law>
**Sent:** Tuesday, September 22, 2020 2:22 PM
**To:** Schiavoni, Tancred <tschiavoni@omm.com>
**Cc:** David Wilks <dwilks@wilks.law>
**Subject:** In re Boy Scouts of America and Delaware BSA, LLC

[EXTERNAL MESSAGE]

Mr. Schiavoni,

Attached please find correspondence from David Wilks regarding the above referenced matter.

Best,

Teresa McKnight
Paralegal
Wilks Law, LLC
4250 Lancaster Pike, Suite 200
Wilmington, DE 19805
DD: 302-225-0853

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.