IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC[1]<br><br>      Debtors | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 1144, 1161, 1164** |

**MOTION TO SHORTEN NOTICE OF
CENTURY'S MOTION TO COMPEL THE DEPOSITIONS
OF MESSRS. KOSNOFF AND VAN ARSDALE, OR IN THE ALTERNATIVE
ADJOURN THE HEARING ON THE PENDING
2019 MOTIONS [D.I. 1144], [D.I. 1161]
AND [D.I. 1164]**

  Century respectfully request that the Court enter an order, substantially in the form attached hereto as **Exhibit A**, shortening notice of *Century's Motion to Compel the Depositions of Messrs. Kosnoff and Van Arsdale, or in the Alternative, Adjourn the Hearing on the Pending 2019 Motions* [D.I. 1144], [D.I. 1161] and [D.I. 1164] so it may be presented at a telephonic hearing as soon as the court is available to allow these depositions to take place before the October 14 omnibus hearing.

  In support of this motion, Century respectfully states as follows:

  In carrying over the last hearing, the Court directed the parties to complete their submissions and go forward with any necessary discovery. Despite this directive, the entity calling itself the "Coalition" has stalled filing its promised amended 2019 statement, frustrating the attempt to depose the founders of the Coalition. The filing of the Coalition's amended 2019

---

[1]   The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware Boy Scouts, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

statement before objections are due and depositions are taken is an obvious prerequisite to addressing the motions. Yet, as of October 6, the Coalition has not filed its amended 2019 statement or said when it will do so, and the two founders of the Coalition, Tim Kosnoff and Andrew Van Arsdale, have refused to confirm their appearance for deposition on a date after the amended 2019 statement is produced but before a hearing.

Since the September 9 omnibus hearing, Century has both sought to engage Messrs. Kosnoff and Van Arsdale's attorney, and attempted to serve Messrs. Van Arsdale and Kosnoff. Mr. Kosnoff's Houston address is a drop box, and a copy of the subpoena was left there.[2] The Puerto Rico address for Mr. Kosnoff turned out to be a marina, despite Mr. Kosnoff's representation on his letterhead that he practices law in San Juan. Mr. Van Arsdale likewise could not be located at the address provided by Brown Rudnick, which is a store front in a closed building.[3] The deponents' lawyer, for his part, refused to provide addresses when the parties met and conferred. And the only date that the deponents' lawyer provided for a deposition was one *before* the Coalition files its amended 2019 statement.[4]

The Coalition's delay in filing its amended 2019 statement is tactical. Messrs. Kosnoff and Van Arsdale's excuses for not giving a date when they will appear for deposition after the Coalition's amended 2019 statement are meritless. Both are described in the notice of appearance by their counsel as "Parties in Interest" in this case. As self-declared parties and founders of the Coalition, a subpoena is unnecessary. Messrs. Kosnoff and Van Arsdale claim a 40% interest in the bulk of the inventory of alleged claims that the Coalition says it represents against BSA. The leading treatise on bankruptcy provides that there is no necessity for the

---

[2]    Kirschenbaum Decl. Ex. 1.
[3]    Kirschenbaum Decl. Ex. 2.
[4]    Kirschenbaum Decl. Ex. 3.

service of a subpoena upon a party witness.

Pursuant to Local Rule 9006-1(e), we contacted Debtors' counsel prior to filing this Motion to Shorten, and the Debtors have been and continue to be unwilling to negotiate a resolution in advance of the hearing.

Dated: October 6, 2020　　　　　　　　　　　Respectfully Submitted,

By: */s/ Stamatios Stamoulis*
　　Stamatios Stamoulis (#4606)

STAMOULIS & WEINBLATT LLC
800 N. West Street
Third Floor
Wilmington, Delaware 19801
Telephone:　302 999 1540
Facsimile:　302 762 1688

O'MELVENY & MYERS LLP
Tancred Schiavoni (*pro hac vice*)
Times Square Tower
7 Times Square
New York, New York 10036-6537
Telephone:　212 326 2000
Facsimile:　212 326 2061

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company*

**EXHIBIT A**

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC[5]<br><br>Debtors | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 1144, 1161, 1164, \_\_\_** |

**[PROPOSED] ORDER SHORTENING NOTICE OF CENTURY'S MOTION TO COMPEL THE DEPOSITIONS OF MESSRS. KOSNOFF AND VAN ARSDALE, OR IN THE ALTERNATIVE ADJOURN THE HEARING ON THE PENDING 2019 MOTIONS [D.I. 1144], [D.I. 1161] AND [D.I. 1164]**

Upon the motion (the "Motion to Shorten") of Century, for entry of an order shortening notice of *Century's Motion to Compel the Depositions of Messrs. Kosnoff and Van Arsdale, or in the Alternative, Adjourn the Hearing on the Pending 2019 Motions*, the Court having reviewed the Motion to Shorten and the Motion, and found that the relief requested in the Motion to Shorten is justified under the circumstances, it is hereby ORDERED that:

1. The Motion to Shorten is GRANTED.

2. The Motion will be considered at a telephonic hearing scheduled for October \_\_, 2020, at _____.

3. This Court retains jurisdiction to construe and enforce the terms of this Order.

Dated: October\_\_, 2020
      Wilmington, Delaware

                                            THE HONORABLE LAURIE SELBER SILVERSTEIN
                                            UNITED STATES BANKRUPTCY JUDGE

---

[5] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware Boy Scouts, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.