# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

BOY SCOUTS OF AMERICA AND
DELAWARE Boy Scouts, LLC,[1]

Debtors.

Chapter 11

Case No. 20-10343 (LSS)

Jointly Administered

### NOTICE OF ORAL DEPOSITION PURSUANT TO
### FEDERAL RULE OF CIVIL PROCEDURE 30(b)(1)

**PLEASE TAKE NOTICE** that Century Indemnity Company ("Century"), by and

through its undersigned counsel, will take the deposition upon oral examination of Timothy

Kosnoff pursuant to the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE** that depositions shall take place before an

officer authorized by law to administer oaths, via virtual platform at the designated time and

place and to produce documents called for in association therewith, as agreed to by the parties,

and continuing thereafter until completed:

| | |
|---|---|
| **DATE:** | October 9, 2020 |
| **TIME:** | 10:00 a.m. EST |
| **ACCESS LINK:** | To be provided |
| **CALL IN:** | To be provided |
| **MEETING ID:** | To be provided |
| **PASSCODE:** | To be provided |

---

[1]   The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax
identification number, are as follows:  Boy Scouts of America (6300) and Delaware Boy Scouts, LLC
(4311).  The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

The deposition will take place before a person duly authorized to administer oaths, and may be recorded by stenographic, audiographic and videotaped means. Please take notice that the court reporter may also participate remotely via the internet and/or telephone for the purposes of reporting the proceeding and may or may not be in the presence of the deponent.

Dated: October 2, 2020                    Respectfully Submitted,


By:    */s/ Stamatios Stamoulis*
      Stamatios Stamoulis (#4606)

      STAMOULIS & WEINBLATT LLC
      800 N. West Street
      Third Floor
      Wilmington, Delaware  19801
      Telephone:    302 999 1540
      Facsimile:    302 762 1688

      O'MELVENY & MYERS LLP
      Tancred Schiavoni (*pro hac vice*)
      Janine Panchok-Berry (*pro hac vice*)
      Times Square Tower
      7 Times Square
      New York, New York  10036-6537
      Telephone:    212 326 2000
      Facsimile:    212 326 2061

      *Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company*