# EXHIBIT C

# David Wilks

| | |
|---|---|
| **From:** | David Wilks |
| **Sent:** | Thursday, October 1, 2020 4:22 PM |
| **To:** | tschiavoni@omm.com |
| **Cc:** | Kirschenbaum, Andrew |
| **Subject:** | RE: In re Boy Scouts of America and Delaware BSA, LLC |

Tanc,

I have received no response to my letter of early last week nor have you noticed the depositions of my clients or sent me a subpoena. Accordingly, and given my clients' resignation as Coalition representatives, I will assume that you no longer intend to pursue these depositions and will take them off my calendar.

Thank you.

Regards,

Dave

David E. Wilks
Wilks Law, LLC
4250 Lancaster Pike, Suite 200
Wilmington, Delaware 19805

(302) 225-0858

---

**From:** Teresa McKnight
**Sent:** Tuesday, September 22, 2020 2:22 PM
**To:** tschiavoni@omm.com
**Cc:** David Wilks <dwilks@wilks.law>
**Subject:** In re Boy Scouts of America and Delaware BSA, LLC

Mr. Schiavoni,

Attached please find correspondence from David Wilks regarding the above referenced matter.

Best,

Teresa McKnight
Paralegal
Wilks Law, LLC
4250 Lancaster Pike, Suite 200
Wilmington, DE 19805
DD: 302-225-0853

1