# EXHIBIT D

**David Wilks**

| | |
|---|---|
| **From:** | David Wilks |
| **Sent:** | Tuesday, October 6, 2020 4:47 PM |
| **To:** | 'Schiavoni, Tancred'; Goodman, Eric R.; Kirschenbaum, Andrew; Braun, Daniel M. |
| **Cc:** | Molton, David J.; Beville, Sunni P.; Rachel B. Mersky; Ruggeri, James P. |
| **Subject:** | RE: Kosnoff Deposition |

Tanc,

I made perfectly clear that I would accept service for my client. That seems unambiguous.

A meet and confer can only be productive if you are willing to answer the very reasonable questions that have been posed to you for well over a month. If you are willing to have that kind of discussion, please let me know.

Thank you.

David E. Wilks
Wilks Law, LLC
4250 Lancaster Pike, Suite 200
Wilmington, DE 19805
(302) 225-0858

---

**From:** Schiavoni, Tancred [mailto:tschiavoni@omm.com]
**Sent:** Tuesday, October 06, 2020 3:37 PM
**To:** David Wilks; Goodman, Eric R.; Kirschenbaum, Andrew; Braun, Daniel M.
**Cc:** Molton, David J.; Beville, Sunni P.; Rachel B. Mersky; Ruggeri, James P.
**Subject:** RE: Kosnoff Deposition

David

    I called you twice and offered to talk a third time. You meanwhile decline to give us a location where Kosnoff does business or can be served. We provide you with more then what is normal for information on a contested matter.

    I am around if you want to meet and confer even further. Please let us know where your client maintains a law office

---

**From:** David Wilks <dwilks@wilks.law>
**Sent:** Tuesday, October 6, 2020 3:33 PM
**To:** Schiavoni, Tancred <tschiavoni@omm.com>; Goodman, Eric R. <EGoodman@brownrudnick.com>; Kirschenbaum, Andrew <akirschenbaum@omm.com>; Braun, Daniel M. <dbraun@omm.com>
**Cc:** Molton, David J. <DMolton@brownrudnick.com>; Beville, Sunni P. <SBeville@brownrudnick.com>; Rachel B. Mersky <rmersky@monlaw.com>; Ruggeri, James P. <JRuggeri@goodwin.com>
**Subject:** RE: Kosnoff Deposition

[EXTERNAL MESSAGE]

1

Tanc,

Given your refusal to engage with us in a meaningful way that could limit the scope of the deposition in the manner we have suggested, we intend to file a motion for protective order tomorrow. We will notice it for the October 14 hearing.

Regards,

David E. Wilks
Wilks Law, LLC
4250 Lancaster Pike, Suite 200
Wilmington, DE 19805
(302) 225-0858

---

**From:** Schiavoni, Tancred [mailto:tschiavoni@omm.com]
**Sent:** Monday, October 05, 2020 8:51 PM
**To:** Goodman, Eric R.; Kirschenbaum, Andrew; Braun, Daniel M.
**Cc:** Molton, David J.; Beville, Sunni P.; Rachel B. Mersky; David Wilks; Ruggeri, James P.
**Subject:** RE: Kosnoff Deposition

David, Eric and David

What is a Coalition Representative and what is the organizational or authorizing document that explains the role?

We noticed the deposition and expect it to go forward. If the deponent is not going to comply, we ask you to tell us that right away so we can advise the Court.

We for Mr. Kasnoff's address and you declined to give it.

As far as the court's directive, we sought your cooperate to get the amended 2019 statement in sufficiently in advance of the objection deadline and a date the depositions.

That is the state of play.

---

**From:** Goodman, Eric R. <EGoodman@brownrudnick.com>
**Sent:** Monday, October 5, 2020 8:00 PM
**To:** Schiavoni, Tancred <tschiavoni@omm.com>; Kirschenbaum, Andrew <akirschenbaum@omm.com>; Braun, Daniel M. <dbraun@omm.com>
**Cc:** Molton, David J. <DMolton@brownrudnick.com>; Beville, Sunni P. <SBeville@brownrudnick.com>; Rachel B. Mersky <rmersky@monlaw.com>; David Wilks <dwilks@wilks.law>
**Subject:** RE: Kosnoff Deposition

[EXTERNAL MESSAGE]

Mr. Schiavoni,

2

Mr. Kosnoff's and Mr. Van Arsdale's respective law firms were Coalition Representatives prior to their resignations. I again request confirmation from you that Mr. Kosnoff's deposition is going forward on October 9th at 10:00 a.m., Eastern Standard Time and that there are no issues that would prevent that deposition from going forward. And, I again request that you inform the Coalition of any agreed topics so that we have a clear understanding of the scope of the deposition. The Court was very clear at the September 9th hearing that if there is going to be discovery, it needs to happen right away. We do not regard your decision to wait until five days before the October 14th hearing to take Ms. Kosnoff's deposition as consistent with the Court's directive. We expect that this deposition is necessary and sufficiently related to the pending motions to go forward.

Best Regards,
Eric

**brownrudnick**

**Eric R. Goodman**
Partner

BROWN RUDNICK LLP
601 Thirteenth Street NW Suite 600
Washington, DC 20005
T: 202.536.1740
M: 216.235.4242
egoodman@brownrudnick.com
www.brownrudnick.com

---

**From:** Schiavoni, Tancred <tschiavoni@omm.com>
**Sent:** Monday, October 5, 2020 5:08 PM
**To:** Goodman, Eric R. <EGoodman@brownrudnick.com>; Kirschenbaum, Andrew <akirschenbaum@omm.com>; Braun, Daniel M. <dbraun@omm.com>
**Cc:** Molton, David J. <DMolton@brownrudnick.com>; Beville, Sunni P. <SBeville@brownrudnick.com>; Rachel B. Mersky <rmersky@monlaw.com>
**Subject:** RE: Kosnoff Deposition

External E-mail. Use caution accessing links or attachments.

---

What position did they hold that they resigned? Both have separated noticed an appearance as party in the case.

---

**From:** Goodman, Eric R. <EGoodman@brownrudnick.com>
**Sent:** Monday, October 5, 2020 2:35 PM
**To:** Schiavoni, Tancred <tschiavoni@omm.com>; Kirschenbaum, Andrew <akirschenbaum@omm.com>; Braun, Daniel M. <dbraun@omm.com>
**Cc:** Molton, David J. <DMolton@brownrudnick.com>; Beville, Sunni P. <SBeville@brownrudnick.com>; Rachel B. Mersky <rmersky@monlaw.com>
**Subject:** Kosnoff Deposition

[EXTERNAL MESSAGE]

Mr. Schiavoni,

As you know, we do not represent Timothy Kosnoff. We understand that you have attempted to notice Mr. Kosnoff's deposition for October 9, 2020 at 10:00 a.m., Eastern Standard Time. Messrs. Kosnoff and Van Arsdale resigned from

3

the Coalition and they and their Law Firms are no longer part of it. We intend on attending Mr. Kosnoff's deposition on behalf of the Coalition. So that we do not spend significant time preparing for a deposition this week that does not go forward, I request that you please send me a copy of the subpoena that was properly served on Mr. Kosnoff with a completed Proof of Service demonstrating your compliance with Civil Rule 45. I also request that you inform the Coalition of any agreed topics so that we have a clear understanding of the scope of the deposition.

Best Regards,
Eric

# brownrudnick

**Eric R. Goodman**
Partner

BROWN RUDNICK LLP
601 Thirteenth Street NW Suite 600
Washington, DC 20005
T: 202.536.1740
M: 216.235.4242
egoodman@brownrudnick.com
www.brownrudnick.com

*********************************************************************

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

To the extent Brown Rudnick is a "data controller" of the "personal data" (as each term is defined in the European General Data Protection Regulation) you have provided to us in this and other communications between us, please see our privacy statement and summary here which sets out details of the data controller, the personal data we have collected, the purposes for which we use it (including any legitimate interests on which we rely), the persons to whom we may transfer the data and how we intend to transfer it outside the European Economic Area.

*********************************************************************

*********************************************************************

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

To the extent Brown Rudnick is a "data controller" of the "personal data" (as each term is defined in the European General Data Protection Regulation) you have provided to us in this and other communications between us, please see our privacy statement and summary here which sets out details of the data controller, the personal data we have collected, the purposes for which we use it (including any legitimate interests on which we rely), the persons to whom we may transfer the data and how we intend to transfer it outside the European Economic Area.

*********************************************************************

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.