# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | ) ) | Case No. 20-10343 (LSS) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## [PROPOSED] ORDER GRANTING MOTION OF TIM KOSNOFF, ESQUIRE FOR PROTECTIVE ORDER AND TO QUASH NOTICE OF DEPOSITION

WHEREFORE, having considered the Motion of Tim Kosnoff, Esquire for Protective Order and to Quash Notice of Deposition and the arguments made therein;

IT IS HEREBY ORDERED, this _____ day of _____, 2020, that the Motion of Tim Kosnoff, Esquire for Protective Order and to Quash Notice of Deposition, is **GRANTED.**

_____
United States Bankruptcy Judge