# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | ) ) | Case No. 20-10343 (LSS) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline:  October 13, 2020 at 4:00 p.m. (ET)**
**Hearing Date:  October 14, 2020 at 10:00 a.m. (ET)**

## NOTICE OF MOTION OF TIM KOSNOFF, ESQUIRE FOR PROTECTIVE ORDER AND TO QUASH NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE** that Tim Kosnoff, Esquire, by and through counsel, today filed and served the attached Motion for Protective Order and to Quash Notice of Deposition (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that any party wishing to oppose the entry of an order approving the Motion must file a response or an objection to the Motion ("Objection") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before OCTOBER 13, 2020 AT 4:00 P.M. (Prevailing Eastern Time) (the "Objection Deadline"). At the same time, you must serve such Objection upon the undersigned counsel so as to be received by the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE MOTION WILL BE HELD ON OCTOBER 14, 2020 AT 10:00 A.M. (Prevailing Eastern Time) BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURT ROOM #2, WILMINGTON, DELAWARE 19801. ONLY PARTIES WHO HAVE FILED A TIMELY OBJECTION WILL BE HEARD AT THE HEARING.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Date:  October 7, 2020  **WILKS LAW, LLC**

　/s/ David E. Wilks　　　　
David E. Wilks (DE Bar No. 2793)
4250 Lancaster Pike, Suite 200
Wilmington, Delaware 19805
Telephone: 302-225-0850
Facsimile:  302-225-0851
Email:  dwilks@wilks.law

*Counsel to Tim Kosnoff, Esquire*