## **CERTIFICATE OF SERVICE**

I, William P. Bowden, hereby certify that on October 7, 2020, I caused one copy of the foregoing to be served upon (1) all parties of record via CM/ECF and (2) to the parties on the attached service list via electronic mail.

Dated: October 7, 2020　　　　　　　　　　　　　*/s/ William P. Bowden*
　　　　　　　　　　　　　　　　　　　　　　　William P. Bowden (DE Bar No. 2553)

{01614652;v1 }

**SERVICE LIST**

| | |
|---|---|
| Pachulski Stang Ziehl & Jones LLP<br>Attn: James I. Stang, John A. Morris, James E. O'Neill and John W. Lucas<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>Email: jstang@pszjlaw.com<br>Email: jmorris@pszjlaw.com<br>Email: joneill@pszjlaw.com<br>Email: jlucas@pszjlaw.com<br><br>*Counsel to the Tort Claimants' Committee* | Office of the United States Trustee for the District of Delaware<br>Attn: David I. Buchbinder and Hannah Mufson McCollum<br>J. Caleb Boggs Federal Building<br>844 North King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801<br>Email: david.I.buchbinder@usdoj.gov<br>Email: Hannah.mccollum@usdoj.gov |
| Morris, Nichols, Arsht & Tunnell<br>Attn: Derek C. Abbott, Joseph Charles Barsalona II, Eric Moats. Andrew R. Remming, and Paige Noelle Topper<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>Email: dabbott@mnat.com<br>Email: jbarsalona@mnat.com<br>Email: emoats@mnat.com<br>Email: aremming@mnat.com<br>Email: ptopper@mnat.com<br><br>*Counsel to the Debtors* | Sidley Austin LLP<br>Attn: Karim Basaria, James W Ducayet, Thomas A. Labuda, Jr., Matthew Evan Linder, Andrew Fotre O'Neill, Melanie E. Walker and Blair M. Warner<br>1 South Dearborn Street<br>Chicago, IL 60603<br>Email: kbasaria@sidley.com<br>Email: jducayet@sidley.com<br>Email: tlabuda@sidley.com<br>Email: mlinder@sidley.com<br>Email: aoneill@sidley.com<br>Email: mewalker@sidley.com<br>Email: blair.warner@sidley.com<br><br>*Counsel to the Debtors* |

| | |
|---|---|
| Reed Smith LLP<br>Attn: Kurt F. Gwynne and Katelin Ann Morales<br>1201 Market Street, 15th Floor<br>Wilmington, DE 19801<br>Email: kgwynne@reedsmith.com<br>Email: kmorales@reedsmith.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* | Kramer, Levin, Nafkalis & Frankel LLP<br>Attn: David E. Blabey, Jr., Thomas Moers Mayer, Rachel Ringer, Jennifer R. Sharret and Megan M. Wasson<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Email: dblabey@kramerlevin.com<br>Email: tmayer@kramerlevin.com<br>Email: rringer@kramerlevin.com<br>Email: jsharret@kramerlevin.com<br>Email: mwasson@kramerlevin.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |
| Wachtell, Lipton Rosen & Katz<br>Attn: Richard G. Mason, Douglas K. Mayer, and Joseph Celentino<br>51 West 52nd Street<br>New York, NY 10019<br>Email: RGMason@wlrk.com<br>Email: DKMayer@wlrk.com<br>Email: JCCelentino@wlrk.com<br><br>*Counsel to the Ad Hoc Committee of Local Councils of the Boy Scouts of America* | |