## <u>CERTIFICATE OF SERVICE</u>

I, Richard W. Riley, do hereby certify that on October 7, 2020, I caused a copy of the foregoing ***Baltimore Area Council's Objection to Tort Claimants' Committee's Rule 2004 Motion for an Order Authorizing the Issuance of a Subpoena*** to be served on the individuals listed on the attached service list by e-mail.


*/s/ Richard W. Riley*
Richard W. Riley (DE No. 4052)

**SERVICE LIST**

James I. Stang, Esq.
Robert B. Orgel, Esq.
James O'Neill, Esq.
John W. Lucas, Esq.
John A. Morris, Esq.
Linda Cantor, Esq.
Kenneth Brown, Esq.
Ilan Scharf, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
Email: jstang@pszjlaw.com;
jo'neill@pszjlaw.com; rorgel@pszjlaw.com;
jlucas@pszjlaw.com; jmorris@pszjlaw.com;
lcantor@pszjlaw.com; kbrown@pszjlaw.com;
ischarf@pszlaw.com

David L. Buchbinder, Esq.
Hannah Mufson McCollum, Esq.
Office of the United States Trustee for the
District of Delaware
J. Caleb Boggs Federal Building
844 North King
Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705,
Wilmington, DE 19899-8705
Email: david.l.buchbinder @usdoj.gov;
hannah.mccollum@usdoj.gov

Thomas A. Labuda, Esq.
Michael C. Andolina, Esq.
Matthew E. Linder, Esq.
Karim Basaria, Esq.
Blair M. Warner, Esq.
Sidley Austin
One South Dearborn Street
Chicago, IL 60603
Email: tlabuda@sidley.com;
mandolina@sidley.com;
mlinder@sidley.com; kbasaria@sidley.com;
blair.warner@sidley.com

Jessica C. Boelter, Esq.
Sidley Austin
787 Seventh Avenue
New York, NY 10019
Email: jboelter@sidley.com

Patricia Kelly, CFO
Cassandra Burton
Craig Fessenden
Pension Benefit Guaranty Corp.
 1200 K Street NW
Washington, DC 20005
Email: kelly.patricia@pbgc.gov;
burton.cassandra@pbgc.gov;
fessenden.craig@pbgc.gov

Derek C. Abbott, Esq.,
Andrew R. Remming, Esq.
Eric Moats, Esq.
Paige Noelle Topper, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
 Wilmington, DE 19899
Email: dabbott@mnat.com;
aremming@mnat.com; emoats@mnat.com;
ptopper@mnat.com

Tad Thomas, Esq.
Louis C. Schneider, Esq.
Thomas Law Office, PLLC 9418 Norton
Commons Blvd, Suite 200 Louisville, KY
40059
Email: tad@thomaslawoffices.com;
lou.schneider@thomaslawoffices.com

Todd C. Jacobs, Esq.
Bradley Riley Jacobs PC
320 W Ohio Street, Suite 3W
Chicago, IL 60654
Email: tjacobs@bradleyriley.com

Jan T. Perkins, Esq.
Baker Manock & Jensen, PC
5260 N Palm Ave, Suite 421
Fresno, CA 93704
Email: jperkins@bakermanock.com

Daniel W. Van Horn, Esq.
Butler Snow LLP
P.O. Box 171443
Memphis, TN 38187-1443
Email: danny.vanhorn@butlersnow.com

Jason P. Hood, Esq.
Davies Hood PLLC
22 N. Front Street, Suite 620
Memphis, TN 38103-2100
Email: jason.hood@davieshood.com

Eric Lopez Schnabel, Esq.
Alessandra Glorioso, Esq.
Dorsey & Whitney LLP
300 Delaware Ave, Suite 1010
Wilmington, DE 19801
Email: schnabel.eric@dorsey.com;
glorioso.alessandra@dorsey.com

Thomas S. Neuberger, Esq.
Stephen J. Neuberger, Esq.
The Neuberger Firm 17 Harlech Drive
Wilmington, DE 19807
Email: tsn@neubergerlaw.com
sjn@neubergerlaw.com

Bruce R Ewing, Esq.
Dorsey & Whitney LLP
51 W 52nd Street
New York, NY 10019
Email: ewing.bruce@dorsey.com

Louis R. Strubeck, Jr., Esq.
Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, NY 10019-6022
Email:
louis.strubeck@nortonrosefulbright.com

Margaret M. Anderson, Esq.
Fox Swibel Levin & Carroll LLP
200 W Madison Street, Suite 3000
Chicago, IL 60606
Email: panderson@foxswibel.com

Jeffrey E Bjork, Esq.
Kimberly A Posin, Esq.
Nicholas J Messana, Esq.
Latham & Watkins LLP
355 S Grand Ave, Suite 100
Los Angeles, CA 90071-1560
Email: jeff.bjork@lw.com;
kim.posin@lw.com;
nicholas.messana@lw.com

Raeann Warner, Esq.
Thomas Crumplar, Esq.
Jacobs & Crumplar, P.A.
750 Shipyard Drive, Suite 200
Wilmington, DE 19801
Email: raeann@jcdelaw.com;
tom@jcdelaw.com

Adam J Goldberg, Esq.
Latham & Watkins LLP
885 3rd Ave
New York, NY 10022-4834
Email: adam.goldberg@lw.com

Brya M. Keilson, Esq.
Morris James LLP
500 Delaware Ave, Suite 1500
Wilmington, DE 19801
Email: bkeilson@morrisjames.com

Louis Strubeck, Esq.
Kristian Gluck, Esq.
Ryan Manns, Esq.
Norton Rose Fulbright US LLP
2200 Ross Ave, Suite 3600
Dallas, TX 75201-7932
Email:
louis.strubeck@nortonrosefulbright.com;
kristian.gluck@nortonrosefulbright.com;
ryan.manns@nortonrosefulbright.com

David M. Fournier, Esq.
Marcy J. McLaughlin Smith, Esq.
Troutman Pepper Hamilton Sanders LLP
1313 Market Street, Suite 5100
P.O. Box 1709 Wilmington, DE 19899-1709
Email: david.fournier@troutman.com;
marcy.smith@troutman.com

Michael Merchant, Esq.
Brett Haywood, Esq.
Richards, Layton & Finger, PA
One Rodney Square 920 N King Street
Wilmington, DE 19801
Email: merchant@rlf.com; haywood@rlf.com

Harris B. Winsberg, Esq.
Matthew G. Roberts, Esq.
Troutman Pepper Hamilton Sanders LLP
600 Peachtree Street NE, Suite 3000
Atlanta, GA 30308
Email: harris.winsberg@troutman.com;
matthew.roberts2@troutman.com

John P. Dillman, Esq.
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064
Email: houston_bankruptcy@publicans.com

Elizabeth Weller, Esq.
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Freeway, Suite 1000
Dallas, TX 75207
Email: dallas.bankruptcy@publicans.com

Paul W Carey, Esq.
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street Worcester, MA 01608
Email: pcarey@mirickoconnell.com

Kate P Foley, Esq.
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 W Park Drive, Suite 400
Westborough, MA 01581
Email: kfoley@mirickoconnell.com

John Stump, Esq.
Steptoe & Johnson PLLC
Chase Tower - Eighth Floor 707 Virginia
Street E. Charleston, WV 25301
Email: john.stump@steptoe-johnson.com

Eric S. Goldstein, Esq.
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
Email: egoldstein@goodwin.com;
bankruptcy@goodwin.com;
bankruptcyparalegal@goodwin.com

Richard Mason, Esq.
Douglas Mayer, Esq.
Joseph C. Celentino, Esq.
Wachtell, Lipton, Rosen & Katz
51 W 52nd Street New York, NY 10019
Email: rgmason@wlrk.com;
dkmayer@wlrk.com; jccelentino@wlrk.com

David C. Weiss, Esq.
US Attorney for Delaware
Hercules Building
1313 N. Market Street, Suite 400
Wilmington, DE 19801
Email: usade.ecfbankruptcy@usdoj.gov

Synchrony Bank
c/o Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
Email: claims@recoverycorp.com

Riley C. Walter, Esq.
Wanger Jones Helsley, PC.
265 E River Park Circle, Suite 310
Fresno, CA 93720
Email: rwalter@wjhattorneys.com

Matthew Ward, Esq.
Morgan Patterson, Esq.
Womble Bond Dickinson (US) LLP
1313 N Market Street, Suite 1200
Wilmington, DE 19801
Email: matthew.ward@wbd-us.com;
morgan.patterson@wbd-us.com

Victor Vilaplana, Esq.
Foley & Lardner LLP
3579 Valley Centre Drive, Suite 300
San Diego, CA 92130
Email: vavilaplana@foley.com

James L. Patton, Jr., Esq.
Robert Brady, Esq.
Edwin Harron, Esq.
Young Conaway Stargatt & Taylor
Rodney Square
1000 N King Street Wilmington, DE 19801
Email: jpatton@ycst.com; rbrady@ycst.com;
eharron@ycst.com

Missouri Department of Revenue
Bankruptcy Unit
General Counsel's Office
301 W. High Street, Room 670
PO Box 475
Jefferson, City, MO 65105-0475
Email: deecf@dor.mo.gov

Richard J. Bernard, Esq.
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016
Email: rbernard@foley.com

Bruce W. Leaverton, Esq.
Karr Tuttle Campbell, P.S.
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Email: bleaverton@karrtuttle.com

Patrick A. Jackson, Esq.
Faegre Drinker Biddle & Reath LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801-1621
Email: patrick.jackson@faegredrinker.com

Jay Jaffe, Esq.
Faegre Drinker Biddle & Reath LLP
600 E. 96th Street, Suite 600
Indianapolis, IN 46240
Email: jay.jaffe@faegredrinker.com

Deb Secrest
Commonwealth of Pennsylvania Department
of Labor and Industry
Collections Support Unit
651 Boas Street, Room 925
Harrisburg, PA 17121
Email: ra-li-ucts-bankrupt@state.pa.us

James P. Ruggeri, Esq.
Joshua D. Weinberg, Esq.
Michele Backus Konigsberg, Esq.
Abigail W. Williams, Esq.
Shipman & Goodwin LLP
1875 K Street, NW, Suite 600
Washington, DC 20006-1251
Email: jruggeri@goodwin.com;
jweinberg@goodwin.com;
mbackus@goodwin.com;
awilliams@goodwin.com;
bankruptcy@goodwin.com;
bankruptcyparalegal@goodwin.com

Jeffrey R. Waxman, Esq.
Eric J. Monzo, Esq.
Morris James LLP
500 Delaware Ave, Suite 1500
Wilmington, DE 19801
Email: jwaxman@morrisjames.com;
emonzo@morrisjames.com

Angela Z. Miller, Esq.
Phillips Lytle LLP
One Canalside 125 Main Street
Buffalo, NY 14203
Email: amiller@phillipslytle.com

Deirdre M. Richards, Esq.
Fineman Krekstein & Harris P.C.
1300 N. King Street
Wilmington, DE 19801
Email: drichards@finemanlawfirm.com

Tara LeDay, Esq.
McCreary, Veselka, Bragg & Allen, P.C.
PO Box 1269
Round Rock, TX 78680
Email: tleday@mvbalaw.com

Paul A. Fanning, Esq.
Ward and Smith, P.A.
PO Box 8088
Greenville, NC 27835-8088
Email: paf@wardandsmith.com

Bradley L. Rice, Esq.
Nagel and Rice LLP
103 Eisenhower Parkway
Roseland, NJ 07068
Email: brice@nagelrice.com

Susan N.K. Gummow, Esq.
Igor Shleypak, Esq.
Foran Glennon Palandech Ponzi & Rudloff,
P.C. 222 N. LaSalle Street, Suite 1400
Chicago, IL 60614
Email: sgummow@fgppr.com;
ishleypak@fgppr.com

Mark L. Desgrosseilliers, Esq.
Chipman, Brown, Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19801
Email: desgross@chipmanbrown.com

Craig Goldblatt, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Email: craig.goldblatt@wilmerhale.com

Thomas Moers Mayer, Esq.
Rachael Ringer, Esq.
David E. Blabey, Jr., Esq.
Jennifer R. Sharret, Esq.
Megan M. Wasson, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Email: tmayer@kramerlevin.com;
rringer@kramerlevin.com;
dblabey@kramerlevin.com;
jsharret@kramerlevin.com;
mwasson@kramerlevin.com

Kurt F. Gwynne, Esq.
Katelin A Morales, Esq.
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
Email: kgwynne@reedsmith.com;
kmorales@reedsmith.com
Joseph H. Lemkin, Esq.
Stark & Stark, P.C.
PO Box 5315
Princeton, NJ 08543
Email: jlemkin@stark-stark.com

Gerald D. Jowers, Jr., Esq.
Janet, Janet & Scuggs, LLC
500 Taylor Street, Suite 301
Columbia, SC 29201
Email: gjowers@jjsjustice.com

Cindy L. Robinson, Esq.
Doug Mahoney, Esq.
Tremont Sheldon Robinson Mahoney P.C.
64 Lyon Terrace
Bridgeport, CT 06604
Email: crobinson@tremontsheldon.com;
dmahoney@tremontsheldon.com

Patrick A. Jackson, Esq.
Kaitlin W. MacKenzie, Esq.
Faegre Drinker Biddle & Reath LLP
222 Delaware Ave., Suite 1410
Wilmington, DE 19801-1621
Email: Patrick.jackson@faegredrinker.com;
Kaitlin.mackenzie@faegredrinker.com

Michael P. Pompeo, Esq.
Faegre Drinker Biddle & Reath LLP
1177 Avenue of the Americas, 41st Floor
New York, NY 10036-2714
Email: michael.pompeo@faegredrinker.com

Cindy L. Robinson, Esq.
Doug Mahoney, Esq.
Tremont Sheldon Robinson Mahoney P.C.
64 Lyon Terrace
Bridgeport, CT 06604
Email: crobinson@tremontsheldon.com;
dmahoney@tremontsheldon.com

David M. Klauder, Esq.
Bielli & Klauder, LLC
1204 N. King Street
Wilmington, DE 19801
Email: dklauder@bk-legal.com

Alan C. Hochheiser, Esq.
Maurice Wutscher, LLP
23611 Chagrin Blvd., Suite 207
Beachwood, OH 44122
Email: ahochheiser@mauricewutscher.com

Anthony M. Saccullo, Esq.
Mary E. Augustine, Esq.
A.M. Saccullo Legal, LLC
27 Crimson King Drive
Bear, DE 19701
Email: ams@saccullolegal.com;
meg@saccullolegal.com

Michael T. Pfau, Esq.
Jason P. Amala, Esq.
Vincent T. Nappo, Esq.
Pfau Cochran Vertetis Amala PLLC
403 Columbia Street, Suite 500
Seattle, WA 98104
Email: michael@pcvalaw.com;
jason@pcvalaw.com; vnappo@pcvalaw.com

Bill Bowden, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899-1150
Email: wbowden@ashbygeddes.com

Karen C. Bifferato, Esq.
Kelly M. Conlan, Esq.
Connolly Gallagher LLP
1201 N. Market Street, 20th Floor
Wilmington, DE 19801
Email: kbifferato@connollygallagher.com;
kconlan@connollygallagher.com

Anne Andrews, Esq.
John C. Thornton, Esq.
Andrews & Thornton
4701 Von Karman Avenue, Suite 300
Newport Beach, CA 92660
Email: aa@andrewsthornton.com;
jct@andrewsthornton.com

Ryan S. Smethurst, Esq.
Margaret H. Warner, Esq.
McDermott Will & Emery LLP
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531
Email: rsmethurst@mwe.com

Matthew S. Sorem, Esq.
Nicolaides Fink Thorpe Michaelides Sullivan
LLP 10 S. Wacker Drive, 21st Floor
Chicago, IL 60606
Email: msorem@nicolaidesllp.com

David A. Lebowitz, Esq.
Kaufman Lieb Lebowitz & Frick LLP
10 East 40th Street, Suite 3307
New York, NY 10016
Email: dlebowitz@kllf-law.com

Shawn M. Christianson, Esq.
Buchalter, A Professional Corporation
55 Second Street, 17th Floor
San Francisco, CA 94105-3493
Email: schristianson@buchalter.com

Bill Bowden, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899-1150
Email: wbowden@ashbygeddes.com

Stamatios Stamoulis, Esq.
Richard C. Weinblatt, Esq.
Stamoulis & Weinblatt LLC
800 N. West Street, Suite 800
Wilmington, DE 19801
Email: stamoulis@swdelaw.com
weinblatt@swdelaw.com

Tancred Schiavnoi, Esq.
Janine Panchok-Berry, Esq.
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036-6537
Email: tschiavoni@omm.com;
jpanchokberry@omm.com

Michael J. Joyce, Esq.
The Law Offices of Joyce, LLC
1225 King St., Suite 800
Wilmington, DE 19801
Email: mjoyce@mjlawoffices.com

Texas Attorney General's Office
Bankruptcy & Collections Division
Christopher S. Murphy, Assistant AG
c/o Sherri K. Simpson, Paralegal
P.O. Box 12548
Austin, TX 78711-2548 Email:
christopher.murphy@oag.texas.gov;
sherri.simpson@oag.texas.gov

Kevin Coughlin, Esq.
Lorraine Armenti, Esq.
Michael Hrinewski, Esq.
Coughlin Duffy, LLP
350 Mount Kemble Ave.
Morristown, NJ 07960
Email: kcoughlin@coughlinduffy.com;
larmenti@coughlinduffy.com;
mhrinewski@coughlinduffy.com

R. Karl Hill, Esq.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Email: khill@svglaw.com

Douglas R Gooding, Esq.
Jonathan D. Marshall, Esq.
Michael J. Foley, Jr., Esq.
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
Email: dgooding@choate.com;
jmarshall@choate.com; mjfoley@choate.com

Kim V. Marrkand, Esq.
Nancy D. Adams, Esq.
Laura Bange Stephens, Esq.
Mintz, Levin, Corn, Ferris, Glovsky and
Popeo, P.C.
One Financial Center
Boston, MA 02111
Email: kmarrkand@mintz.com;
ndadams@mintz.com;
lbstephens@mintz.com

William E. Winfield, Esq.
Nelson Comis Kettle & Kinney LLP
300 E. Esplanade Drive, Suite 1170
Oxnard, CA 93036
Email: wwinfield@calattys.com

Richard A. Barkasy, Esq.
Kristi J. Doughty, Esq.
Schnader Harrison Segal & Lewis LLP
824 N. Market Street, Suite 800
Wilmington, DE 19801-4939
Email: rbarkasy@schnader.com;
kdoughty@schnader.com

Henry C. Shelton, III, Esq.
Adams and Reese LLP
6075 Poplar Avenue, Suite 700
Memphis, TN 38119
Email: henry.shelton@arlaw.com

James Tobia, Esq.
The Law Office of James Tobia, LLC
1716 Wawaset Street
Wilmington, DE 19806
Email: jtobia@tobialaw.com

Domenic E. Pacitti, Esq.
Klehr Harrison Harvey Branzburg LLP
919 Market Street, Suite 1000
Wilmington, DE 19801
Email: dpacitti@klehr.com

Stephen Crew, Esq.
Peter Janci, Esq.
Crew Janci LLP
1200 NW Naito Parkway, Suite 500
Portland, OR 97209
Email: steve@crewjanci.com;
peter@crewjanci.com

Britton C. Lewis, Esq.
Carruthers & Roth, P.A.
235 N. Edgeworth St.
Greensboro, NC 27401
Email: bcl@crlaw.com

Erin R. Fay, Esq.
Gregory J. Flasser, Esq.
Bayard, P.A.
600 N. King Street, Suite 400
Wilmington, DE 19801
Email: efay@bayardlaw.com;
gflasser@bayardlaw.com

Bruce W. McCullough, Esq.
Bodell Bové, LLC
1225 N. King Street, Suite 1000
Wilmington, DE 19801
Email: bmccullough@bodellbove.com

Morton R. Branzburg, Esq.
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103
Email: mbranzburg@klehr.com

William D. Sullivan, Esq.
Sullivan Hazeltine Allinson LLC
919 N. Market Street, Suite 420
Wilmington, DE 19801
Email: bsullivan@sha-llc.com

Michael G. Kelly, Esq.
Kelly, Morgan
Dennis, Corzine & Hansen, P.C.
PO Box 1311
Odessa, TX 79760-1311
Email: mkelly@kmdfirm.com

Larry R. Boyd, Esq.
Chad Timmons, Esq.
Emily M. Hahn, Esq.
Abernathy, Roeder, Boyd & Hullett, P.C.
1700 Redbud Blvd, Suite 300
McKinney, TX 75069
Email: lboyd@abernathy-law.com;
ctimmons@abernathy-law.com;
ehahn@abernathy-law.com;
bankruptcy@abernathy-law.com

Peter Muthig, Esq.
Maricopa County Attorney's Office
Civil Services Division
225 W. Madison Street
Phoenix, AZ 85003
Email: muthigk@mcao.maricopa.gov

Amish R. Doshi, Esq.
Doshi Legal Group, P.C.
1979 Marcus Avenue, Suite 210E
Lake Success, NY 11042
Email: amish@doshilegal.com

Kami Quinn, Esq.
Emily Grim, Esq.
Meredith Neely, Esq.
Jasmine Chalashtori, Esq.
Gilbert LLP
700 Pennsylvania Avenue, SE, Suite 400
Washington, DC 20003
Email: quinnk@gilbertlegal.com;
grime@gilbertlegal.com;
neelym@gilbertlegal.com;
chalashtorij@gilbertlegal.com

Don Stecker, Esq.
Linebarger Goggan Blair & Sampson, LLP
112 E. Pecan Street, Suite 2200
San Antonio, TX 78205
Email:
sanantonio.bankruptcy@publicans.com

Flordia M. Henderson, Esq.
PO Box 30604
Memphis, TN 38130-0604
Email: flordia@fhendersonlaw.net

Laura L. McCloud, Esq.
c/o TN Attorney General's Office
Bankruptcy Division
PO Box 20207 Nashville, TN 37202-0207
Email: agbankdelaware@ag.tn.gov

David J. Molton, Esq.
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
Email: dmolton@brownrudnick.com

Sunni P. Beville, Esq.
Tristan G. Axelrod, Esq.
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
Email: sbeville@brownrudnick.com;
taxelrod@brownrudnick.com

Stanley B. Tarr, Esq.
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801
Email: tarr@blankrome.com

Danielle Mason Anderson, Esq.
Miller, Canfield, Paddock and Stone, P.L.C.
277 S. Rose Street, Suite 5000
Kalamazoo, MI 49007
Email: andersond@millercanfield.com

Jason C. Powell, Esq.
Thomas Reichert, Esq.
The Powell Firm, LLC
1201 N. Orange Street, Suite 500
Wilmington, DE 19801
Email: jpowell@delawarefirm.com;
treichert@delawarefirm.com

Stephen W. Spence, Esq.
Baird Mandalas Brockstedt, LLC
1413 Savannah Road, Suite 1
Lewes, DE 19958
Email: sws@bmbde.com

Seth J. Reidenberg, Esq.
Tybout, Redfearn & Pell
750 Shipyard Drive, Suite 400
Wilmington, DE 19801
Email: sreidenberg@trplaw.com

Mark D. Plevin, Esq.
Austin J. Sutta, Esq.
Crowell & Moring LLP
Three Embarcadero Center,
26th Floor
San Francisco, CA 94111
Email: mplevin@crowell.com,
asutta@crowell.com

Tacie H. Yoon, Esq.
Crowell & Moring LLP
1001 Pennsylvania Ave., N.W.
Washington, DC 20004
Email: tyoon@crowell.com

Leander L. James, Esq.
Craig K. Vernon, Esq.
R. Charlie Beckett, Esq.
James, Vernon & Weeks, P.A.
1626 Lincoln Way
Coeur d'Alene, ID 83815
Email: ljames@jvwlaw.net;
cvernon@jvwlaw.net; rbeckett@jvwlaw.net