**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. [1] | (Jointly Administered) |

## <u>CERTIFICATE OF SERVICE</u>

IT IS HEREBY CERTIFIED that on October 7, 2020, the United States Trustee's Omnibus Response to (1) the Tort Claimants' Committee's Motion to Supplement the Claims Bar Date Order Regarding the Electronic Execution of Abuse Proofs of Claim (D.E. 1387, "TCC Motion"), and (2) Motion of the Coalition of Abused Scouts for Justice for Order Permitting Filing of Proof of Claim Forms Signed by Authorized Counsel in Accordance with Bankruptcy Code Sections 501 and 502, Bankruptcy Rule 3001, and Official Form 410 (D.E. 1388, "Coalition Motion") was served through the CM/ECF system, and courtesy copies by email were provided to the following persons:

<u>EMAIL</u>
Stamatios Stamoulis
STAMOULIS & WEINBLATT LLC
stamoulis@swdelaw.com

Tancred Schiavoni
O'MELVENY & MYERS LLP
tschiavoni@omm.com

Janine Panchok-Berry
O'MELVENY & MYERS LLP
jpanchok-berry@omm.com

Michael Christian Andolina
SIDLEY AUSTIN
mandolina@sidley.com

Karim Basaria
SIDLEY AUSTIN
kbasaria@sidley.com

Jessica C. Boelter
Sidley Austin LLP
jboelter@sidley.com

Matthew Evan Linder
Sidley Austin LLP
mlinder@sidley.com

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Blair M. Warner
Sidley Austin LLP
blair.warner@sidley.com

Derek C. Abbott
Morris, Nichols, Arsht & Tunnell
dabbott@mnat.com

Eric Moats
Morris, Nichols Arsht & Tunnell
emoats@mnat.com

Kurt F. Gwynne
Reed Smith LLP
kgwynne@reedsmith.com

Rachael Ringer
Kramer Levin Naftalis & Frankel
rringer@kramerlevin.com

Rachel B. Mersky
Monzack Mersky Browder and
Hochman, P.A.
RMersky@Monlaw.com

James I. Stang
Pachulski Stang Ziehl & Jones
jstang@pszjlaw.com

James E. O'Neill
Pachulski Stang Ziehl & Jones
joneill@pszjlaw.com

Daniel J. Molton
Brown Rudnick LLP
dmolton@brownrudnick.com

Sunni P. Beville
Brown Rudnick LLP
sbeville@brownrudnick.com

Tristan G. Axelrod
Brown Rudnick LLP
taxelrod@brownrudnick.com

/s/ David L. Buchbinder
David L. Buchbinder, Esq.
Trial Attorney