## <u>CERTIFICATE OF SERVICE</u>

A true and correct copy of the above and forgoing document was served pursuant to the

*Notice of Motion of the Official Tort Claimants' Committee pursuant to Bankruptcy Rule 2004*

*and Local Rule 2004-1 for an Order authorizing the Issuance of Subpoenas for Discovery from*

*Debtors and Certain Local Councils* [Dkt. No. 1379-1] on all parties receiving notice ECF

electronic service and by email on:

> David.l.buchbinder@usdoj.gov
> Hannah.mccollum@usdoj.gov
> jstang@pszjlaw.com
> joneill@pszjlaw.com

> By:   /s/ Daniel C. Kerrick
> Daniel C Kerrick (DE No. 5027)
> HOGAN McDANIEL
> 1311 Delaware Ave
> Wilmington, DE 19806
> Telephone: 302 656-7599
> Email: dckerrick@dkhogan.com
> Attorneys for Bay-Lakes Council

22980827.3