# **EXHIBIT B**

DECLARATIONS OF STATE COURT COUNSEL REGARDING EXHIBIT DOCUMENTS

123733618

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| BOY SCOUTS OF AMERICA AND | : Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC | : |
| | : (Jointly Administered) |
| Debtors.[1] | : |
| | : **Re D.I. 1053, 1106** |

---

**DECLARATION OF JOSEPH L. STEINFELD, Jr. REGARDING DOCUMENTS FILED
UNDER SEAL IN CONNECTION WITH SECOND AMENDED VERIFIED STATEMENT
OF <u>COALITION OF ABUSED SCOUTS FOR JUSTICE PURSUANT TO BANKRUPTCY
RULE 2019</u>**

I, Joseph L. Steinfeld, Jr.  hereby declare under penalty of perjury:

1.  I am a partner at the law firm of ASK LLP, located at 2600 Eagan Woods Dr., Ste. 400, St. Paul, MN 55121.  I am a member in good standing of the bars of the State of Minnesota, Commonwealth of Virginia and the District of Columbia.

2.  ASK LLP represents certain individuals who are members of the Coalition of Abused Scouts for Justice.  I submit this declaration in connection with the *Second Amended Verified Statement of Coalition of Abused Scouts for Justice Pursuant to Bankruptcy Rule 2019*, filed herewith (the "<u>Verified Statement</u>" filed by the "<u>Coalition</u>").  I have personal knowledge of the facts stated herein.  If called as a witness in this action, I could and would testify competently to the contents of this declaration.

3.  Attached at <u>Exhibit A</u> to the Verified Statement are true and correct copies of the following:

    a.  Documents stating the name, address, and incident data related to abuse suffered by each of my clients who is a Member of the Coalition (each, a "<u>Member Client</u>").

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

b.  An exemplar of ASK LLP's engagement letter with each Member Client, which provides authority for ASK LLP to affiliate with or retain co-counsel on behalf of each Member Client.  For the avoidance of doubt, each Member Clients has signed an engagement letter that is identical to the exemplar in all substantive respects other than such Member Client's personally identifiable information.

c.  Engagement letters between the Coalition and (i) Brown Rudnick LLP and (ii) Monzack Mersky Browder and Hochman, PA.  ASK LLP is a party to such letters by direct signature and/or joinder, true and correct copies of which operative signed forms are attached thereto.

d.  An exemplar of ASK LLP's initial notice to clients regarding the formation of the Coalition, its retention of bankruptcy counsel and the ability of the Coalition Members to opt out of the Coalition at any time.

e.  A copy of the Request for Written Acknowledgment.  For the avoidance of doubt, each of my Member Clients has  been sent a copy of such Request for Written Acknowledgment that is identical to such form other than the name of my law firm.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 6, 2020
       St. Paul, MN                                          Joseph L. Steinfeld, Jr.
63874884 v1-WorkSiteUS-036293/0001

2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | : Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC | : Case No. 20-10343 (LSS) |
| Debtors.[1] | : (Jointly Administered) |
| | : **Re D.I. 1053, 1106** |

**DECLARATION OF MARC J. BERN REGARDING DOCUMENTS FILED UNDER SEAL
IN CONNECTION WITH SECOND AMENDED VERIFIED STATEMENT OF
COALITION OF ABUSED SCOUTS FOR JUSTICE PURSUANT TO BANKRUPTCY
RULE 2019**

I, Marc J. Bern, hereby declare under penalty of perjury:

1.  I am a partner at the law firm of Marc J. Bern & Partners LLP, located at One Grand Central Place, 60 East 42nd St., Ste. 950, New York, NY 10165. I am a member in good standing of the bar of the State of New York.

2.  I represent certain individuals who are members of the Coalition of Abused Scouts for Justice. I submit this declaration in connection with the *Second Amended Verified Statement of Coalition of Abused Scouts for Justice Pursuant to Bankruptcy Rule 2019*, filed herewith (the "Verified Statement" filed by the "Coalition"). I have personal knowledge of the facts stated herein. If called as a witness in this action, I could and would testify competently to the contents of this declaration.

3.  Attached at Exhibit A to the Verified Statement are true and correct copies of the following:

    a.  Documents stating the name, address, and incident data related to abuse suffered by each of my clients who is a Member of the Coalition (each, a "Member Client").

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

b.  An exemplar of my engagement letter with each Member Client, which provides authority for me to affiliate with or retain co-counsel on behalf of each Member Client.  For the avoidance of doubt, each of my Member Clients has signed an engagement letter that is identical to the exemplar in all substantive respects other than such Member Client's personally identifiable information.

c.  Engagement letters between the Coalition and (i) Brown Rudnick LLP and (ii) Monzack Mersky Browder and Hochman, PA.  My law firm is a party to such letters by direct signature and/or joinder, true and correct copies of which operative signed forms are attached thereto.

d.  A copy of the Request for Written Acknowledgment.  For the avoidance of doubt, each of my Member Clients has been sent a copy of such Request for Written Acknowledgment that is identical to such form other than the name of my law firm.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 6, 2020
      Aspen, Colorado

                                    Marc J. Bern

2

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC | Case No. 20-10343 (LSS) |
| Debtors.[1] | (Jointly Administered) |
| | **Re D.I. 1053, 1106** |

### DECLARATION OF STEWART J. EISENBERG REGARDING DOCUMENTS FILED UNDER SEAL IN CONNECTION WITH SECOND AMENDED VERIFIED STATEMENT OF COALITION OF ABUSED SCOUTS FOR JUSTICE PURSUANT TO BANKRUPTCY RULE 2019

I, Stewart J. Eisenberg, hereby declare under penalty of perjury:

1. I am a partner at the law firm of Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C., located at 1634 Spruce Street, Philadelphia, PA 19103. I am a member in good standing of the bar of the State of Pennsylvania.

2. I represent certain individuals who are members of the Coalition of Abused Scouts for Justice. I submit this declaration in connection with the *Second Amended Verified Statement of Coalition of Abused Scouts for Justice Pursuant to Bankruptcy Rule 2019*, filed herewith (the "Verified Statement" filed by the "Coalition"). I have personal knowledge of the facts stated herein. If called as a witness in this action, I could and would testify competently to the contents of this declaration.

3. Attached at Exhibit A to the Verified Statement are true and correct copies of the following:

    a. Documents stating the name, address, and incident data related to abuse suffered by each of my clients who is a Member of the Coalition (each, a "Member Client").

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

b. An exemplar of my engagement letter with each Member Client, which provides authority for me to affiliate with or retain co-counsel on behalf of each Member Client. For the avoidance of doubt, each of my Member Clients has signed an engagement letter that is identical to the exemplar in all substantive respects.

c. Engagement letters between the Coalition and (i) Brown Rudnick LLP and (ii) Monzack Mersky Browder and Hochman, PA. My law firm is a party to such letters by direct signature and/or joinder, true and correct copies of which operative signed forms are attached thereto.

d. An exemplar of Abused in Scouting's initial notice to clients regarding the formation of the Coalition, its retention of bankruptcy counsel and the ability of the Coalition Members to opt out of the Coalition at any time.

e. A copy of the Request for Written Acknowledgment. For the avoidance of doubt, each of my Member Clients has been sent a copy of such Request for Written Acknowledgment that is identical to such form other than the name of my law firm.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 6, 2020
      Philadelphia, PA                           Stewart J. Eisenberg

2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

———————————————————————————————
|  |  |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC | Case No. 20-10343 (LSS) |
|  | (Jointly Administered) |
| Debtors.[1] | **Re D.I. 1053, 1106** |

---------------------------------------------------------------------------------------

**DECLARATION OF DEBORAH LEVY REGARDING DOCUMENTS FILED UNDER SEAL IN CONNECTION WITH SECOND AMENDED VERIFIED STATEMENT OF COALITION OF ABUSED SCOUTS FOR JUSTICE PURSUANT TO BANKRUPTCY RULE 2019**

I, Deborah Levy, hereby declare under penalty of perjury:

1. I am a partner at the law firm of Junell & Associates, PLLC, located at 3737 Buffalo Speedway Ste. 1850, Houston TX 77098. I am a member in good standing of the bar of the State of Texas.

2. I represent certain individuals who are members of the Coalition of Abused Scouts for Justice. I submit this declaration in connection with the *Second Amended Verified Statement of Coalition of Abused Scouts for Justice Pursuant to Bankruptcy Rule 2019*, filed herewith (the "Verified Statement" filed by the "Coalition"). I have personal knowledge of the facts stated herein. If called as a witness in this action, I could and would testify competently to the contents of this declaration.

3. Attached at Exhibit A to the Verified Statement are true and correct copies of the following:

    a. Documents stating the name, address, and incident data related to abuse suffered by each of my clients who is a Member of the Coalition (each, a "Member Client").

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

b. An exemplar of my engagement letter with each Member Client, which provides authority for me to affiliate with or retain co-counsel on behalf of each Member Client.  For the avoidance of doubt, each of my Member Clients has signed an engagement letter that is identical to the exemplar in all substantive respects other than such Member Client's personally identifiable information.

c. Engagement letters between the Coalition and (i) Brown Rudnick LLP and (ii) Monzack Mersky Browder and Hochman, PA.  My law firm is a party to such letters by direct signature and/or joinder, true and correct copies of which operative signed forms are attached thereto.

d. A copy of the Request for Written Acknowledgment.  For the avoidance of doubt, each of my Member Clients has been sent a copy of such Request for Written Acknowledgment that is identical to such form other than the name of my law firm.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 6, 2020
      Houston, TX

_____
Deborah Levy

2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------------------

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| BOY SCOUTS OF AMERICA AND | : Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC | : |
| | : (Jointly Administered) |
| Debtors.[1] | : |
| | : **Re D.I. 1053, 1106** |

---------------------------------------------------------------------------

**DECLARATION OF ADAM W. KRAUSE REGARDING DOCUMENTS FILED UNDER
SEAL IN CONNECTION WITH SECOND AMENDED VERIFIED STATEMENT OF
COALITION OF ABUSED SCOUTS FOR JUSTICE PURSUANT TO BANKRUPTCY
RULE 2019**

I, Adam W. Krause, hereby declare under penalty of perjury:

1. I am a partner at the Krause & Kinsman Law Firm, located at 4717 Grand Avenue #300, Kansas City, MO 64112.  I am a member in good standing of the bar of the State of Missouri.

2. I represent certain individuals who are members of the Coalition of Abused Scouts for Justice.  I submit this declaration in connection with the *Second Amended Verified Statement of Coalition of Abused Scouts for Justice Pursuant to Bankruptcy Rule 2019*, filed herewith (the "Verified Statement" filed by the "Coalition").  I have personal knowledge of the facts stated herein.  If called as a witness in this action, I could and would testify competently to the contents of this declaration.

3. Attached at Exhibit A to the Verified Statement are true and correct copies of the following:

   a. Documents stating the name, address, and incident data related to abuse suffered by each of my clients who is a Member of the Coalition (each, a "Member Client").

   b. An exemplar of my engagement letter with each Member Client, which provides authority for me to affiliate with or retain co-counsel on behalf of each Member

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

Client.  For the avoidance of doubt, each of my Member Clients has signed an engagement letter that is identical to the exemplar in all substantive respects other than such Member Client's personally identifiable information.

c.  Engagement letters between the Coalition and (i) Brown Rudnick LLP and (ii) Monzack Mersky Browder and Hochman, PA.  My law firm is a party to such letters by direct signature and/or joinder, true and correct copies of which operative signed forms are attached thereto.

d.  A copy of the Request for Written Acknowledgment.  For the avoidance of doubt, each of my Member Clients has been sent a copy of such Request for Written Acknowledgment that is identical to such form other than the name of my law firm.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 6, 2020
        Kansas City, MO

_____
Adam W. Krause

2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors.[1] | **Re D.I. 1053, 1106** |

---

**DECLARATION OF DANIEL LAPINSKI REGARDING DOCUMENTS FILED UNDER SEAL IN CONNECTION WITH SECOND AMENDED VERIFIED STATEMENT OF COALITION OF ABUSED SCOUTS FOR JUSTICE PURSUANT TO BANKRUPTCY RULE 2019**

I, Daniel Lapinski, hereby declare under penalty of perjury:

1.   I am a Member at the law firm of Motley Rice LLC, with my office located at 210 Lake Drive East, Suite 101, Cherry Hill, New Jersey 08002.  I am a member in good standing of the bars of the States of New Jersey, New York and Pennsylvania.

2.   I represent certain individuals who are members of the Coalition of Abused Scouts for Justice.  I submit this declaration in connection with the *Second Amended Verified Statement of Coalition of Abused Scouts for Justice Pursuant to Bankruptcy Rule 2019*, filed herewith (the "Verified Statement" filed by the "Coalition").  I have personal knowledge of the facts stated herein.  If called as a witness in this action, I could and would testify competently to the contents of this declaration.

3.   Attached at Exhibit A to the Verified Statement are true and correct copies of the following:

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

a. Documents stating identifying information related to each of my clients who is a Member of the Coalition, including certain incident data (each, a "Member Client").

b. An exemplar of my engagement letter with each Member Client, which provides authority for me to affiliate with or retain co-counsel on behalf of each Member Client. For the avoidance of doubt, each of my Member Clients has signed an engagement letter that is identical to the exemplar in all substantive respects other than such Member Client's personally identifiable information.

c. Engagement letters between the Coalition and (i) Brown Rudnick LLP and (ii) Monzack Mersky Browder and Hochman, PA. My law firm is a party to such letters by direct signature and/or joinder, true and correct copies of which operative signed forms are attached thereto.

d. A copy of the Request for Written Acknowledgment. For the avoidance of doubt, each of my Member Clients has been sent a copy of such Request for Written Acknowledgment that is identical to such form in all substantive respects other than the name of my law firm.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 6, 2020
        Cherry Hill, New Jersey

_____
Daniel Lapinski

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| BOY SCOUTS OF AMERICA AND | : | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC | : | |
| | : | (Jointly Administered) |
| Debtors.[1] | : | |
| | : | **Re D.I. 1053, 1106** |

**DECLARATION OF ANNE ANDREWS REGARDING DOCUMENTS FILED UNDER
SEAL IN CONNECTION WITH SECOND AMENDED VERIFIED STATEMENT OF
COALITION OF ABUSED SCOUTS FOR JUSTICE PURSUANT TO BANKRUPTCY
RULE 2019**

I, Anne Andrews, hereby declare under penalty of perjury:

1.   I am a partner at the law firm of Andrews & Thornton, located at 4701 Von Karman Ave.,
Ste. 300, Newport Beach, CA 92660.  I am a member in good standing of the bar of the State of
California.

2.   I represent certain individuals who are members of the Coalition of Abused Scouts for
Justice.  I submit this declaration in connection with the *Second Amended Verified Statement of
Coalition of Abused Scouts for Justice Pursuant to Bankruptcy Rule 2019*, filed herewith (the
"Verified Statement" filed by the "Coalition").  I have personal knowledge of the facts stated
herein.  If called as a witness in this action, I could and would testify competently to the contents
of this declaration.

3.   Attached at Exhibit A to the Verified Statement are true and correct copies of the following:

a.   Documents stating the name, address, and incident data related to abuse suffered
by each of my clients who is a Member of the Coalition (each, a "Member Client").

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification
number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address
is 1325 W. Walnut Hill Ln., Irving, TX 75038.

b.  An exemplar of my engagement letter with each Member Client, which provides authority for me to affiliate with or retain co-counsel on behalf of each Member Client.  For the avoidance of doubt, each of my Member Clients has signed an engagement letter that is identical to the exemplar in all substantive respects other than such Member Client's personally identifiable information.

c.  Engagement letters between the Coalition and (i) Brown Rudnick LLP and (ii) Monzack Mersky Browder and Hochman, PA.  My law firm is a party to such letters by direct signature and/or joinder, true and correct copies of which operative signed forms are attached thereto.

d.  An exemplar that is similar to my law firm's initial notice to clients regarding the formation of the Coalition and the ability of the Coalition Members to opt out of the Coalition at any time.

e.  An exemplar of the Request for Written Acknowledgment. For the avoidance of doubt, my firm has sent, will send or is in the process of sending to each of my Member Clients a copy of such Request for Written Acknowledgment that is identical to such form other than the name of my law firm.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 6, 2020
     Newport Beach, CA                                    Anne Andrews

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

––––––––––––––––––––––––––––––––––––––––––––––––

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| BOY SCOUTS OF AMERICA AND | : | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC | : |  |
|  | : | (Jointly Administered) |
| Debtors.[1] | : |  |
|  | : | **Re D.I. 1053, 1106** |
|  | : |  |

------------------------------------------------------------------------------------------

**DECLARATION OF HUNTER SHKOLNIK REGARDING DOCUMENTS FILED UNDER
SEAL IN CONNECTION WITH SECOND AMENDED VERIFIED STATEMENT
OF <u>COALITION OF ABUSED SCOUTS FOR JUSTICE PURSUANT TO BANKRUPTCY
RULE 2019</u>**

I, Hunter Shkolnik, hereby declare under penalty of perjury:

1.   I am a partner at the law firm of Napoli Shkolnik PLLC, located at 360 Lexington Ave., 11th Floor, New York, NY 10017.  I am a member in good standing of the bar of the State of New York.

2.   I represent certain individuals who are members of the Coalition of Abused Scouts for Justice.  I submit this declaration in connection with the *Second Amended Verified Statement of Coalition of Abused Scouts for Justice Pursuant to Bankruptcy Rule 2019*, filed herewith (the "<u>Verified Statement</u>" filed by the "<u>Coalition</u>").  I have personal knowledge of the facts stated herein.  If called as a witness in this action, I could and would testify competently to the contents of this declaration.

3.   Attached at <u>Exhibit A</u> to the Verified Statement are true and correct copies of the following:

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

a. Documents stating the name and address of my clients who is a Member of the Coalition (each, a "<u>Member Client</u>").

b. An exemplar of my engagement letter with each Member Client, which provides authority for me to affiliate with or retain co-counsel on behalf of each Member Client.  For the avoidance of doubt, each of my Member Clients has signed an engagement letter that is identical to the exemplar in all substantive respects other than such Member Client's personally identifiable information.

c. Engagement letters between the Coalition and (i) Brown Rudnick LLP and (ii) Monzack Mersky Browder and Hochman, PA.  My law firm is a party to such letters by direct signature and/or joinder, true and correct copies of which operative signed forms are attached thereto.

d. A copy of the Request for Written Acknowledgment.  For the avoidance of doubt, each of my Member Clients has been sent a copy of such Request for Written Acknowledgment that is identical to such form other than the name of my law firm.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 6, 2020
   New York, New York

_____
Hunter Shkolnik

2

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors.[1] | **Re D.I. 1053, 1106** |

---

### DECLARATION OF DENNIS C. REICH REGARDING DOCUMENTS FILED UNDER SEAL IN CONNECTION WITH SECOND AMENDED VERIFIED STATEMENT OF COALITION OF ABUSED SCOUTS FOR JUSTICE PURSUANT TO BANKRUPTCY RULE 2019

I, Dennis C. Reich, hereby declare under penalty of perjury:

1. I am a partner at the law firm of Reich & Binstock LLP, located at 4265 San Felipe St. #1000, Houston, TX 77027. I am a member in good standing of the bar of the State of Texas.

2. I represent certain individuals who are members of the Coalition of Abused Scouts for Justice. I submit this declaration in connection with the *Second Amended Verified Statement of Coalition of Abused Scouts for Justice Pursuant to Bankruptcy Rule 2019*, filed herewith (the "Verified Statement" filed by the "Coalition"). I have personal knowledge of the facts stated herein. If called as a witness in this action, I could and would testify competently to the contents of this declaration.

3. Attached at Exhibit A to the Verified Statement are true and correct copies of the following:

   a. Documents stating the name, address, and incident data related to abuse suffered by each of my clients who is a Member of the Coalition (each, a "Member Client").

   b. An exemplar of my engagement letter with each Member Client, which provides authority for me to affiliate with or retain co-counsel on behalf of each Member

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

Client.  For the avoidance of doubt, each of my Member Clients has signed an engagement letter that is identical to the exemplar in all substantive respects.

c.  Engagement letters between the Coalition and (i) Brown Rudnick LLP and (ii) Monzack Mersky Browder and Hochman, PA.  My law firm is a party to such letters by direct signature and/or joinder, true and correct copies of which operative signed forms are attached thereto.

d.  A copy of the Request for Written Acknowledgment.  For the avoidance of doubt, each of my Member Clients has  been sent a copy of such Request for Written Acknowledgment that is identical to such form other than the name of my law firm.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 6, 2020
　　　　Houston, TX

Dennis C. Reich

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------

|                                   |   |                              |
|-----------------------------------|---|------------------------------|
| In re:                            | : | Chapter 11                   |
|                                   | : |                              |
| BOY SCOUTS OF AMERICA AND         | : | Case No. 20-10343 (LSS)      |
| DELAWARE BSA, LLC                 | : |                              |
|                                   | : | (Jointly Administered)       |
|                    Debtors.[1]    | : |                              |
|                                   | : | **Re D.I. 1053, 1106**       |

---------------------------------------------------------------

**DECLARATION OF ADAM SLATER REGARDING DOCUMENTS FILED UNDER
SEAL IN CONNECTION WITH SECOND AMENDED VERIFIED STATEMENT OF
COALITION OF ABUSED SCOUTS FOR JUSTICE PURSUANT TO BANKRUPTCY
RULE 2019**

I, Adam Slater, hereby declare under penalty of perjury:

1.    I am a partner at the law firm of Slater Slater Schulman LLP, located at 488 Madison Avenue, 20th Fl., New York, NY 10022. I am a member in good standing of the bar of the State of New York.

2.    I represent certain individuals who are members of the Coalition of Abused Scouts for Justice. I submit this declaration in connection with the *Second Amended Verified Statement of Coalition of Abused Scouts for Justice Pursuant to Bankruptcy Rule 2019*, filed herewith (the "Verified Statement" filed by the "Coalition"). I have personal knowledge of the facts stated herein. If called as a witness in this action, I could and would testify competently to the contents of this declaration.

3.    Attached at Exhibit A to the Verified Statement are true and correct copies of the following:

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

a.  Documents stating the name, address, and incident data related to abuse suffered by each of my clients who is a Member of the Coalition (each, a "Member Client").

b.  An exemplar of my engagement letter with each Member Client, which provides authority for me to affiliate with or retain co-counsel on behalf of each Member Client.  For the avoidance of doubt, each of my Member Clients has signed an engagement letter that is identical to the exemplar in all substantive respects other than such Member Client's personally identifiable information.

c.  Engagement letters between the Coalition and (i) Brown Rudnick LLP and (ii) Monzack Mersky Browder and Hochman, PA.  My law firm is a party to such letters by direct signature and/or joinder, true and correct copies of which operative signed forms are attached thereto.

d.  An exemplar of my law firm's initial notice to clients regarding the formation of the Coalition, its retention of bankruptcy counsel and the ability of the Coalition Members to opt out of the Coalition at any time.

e.  A copy of the Request for Written Acknowledgment.  For the avoidance of doubt, each of my Member Clients has been sent a copy of such Request for Written Acknowledgment that is identical to such form other than the name of my law firm.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 6, 2020
    New York, New York

Adam Slater