# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Godfrey & Kahn, S.C. has been retained by and hereby appears on behalf of Bay-Lakes Council in the above-captioned case.

Pursuant to Rules 9010(b), 2002, and 9007 of the Federal Rules of Bankruptcy Procedure, Bay-Lakes Council requests that copies of all notices and pleadings in this case be delivered to and served upon the party identified below at the following addresses:

| | |
|---|---|
| Erin A. West<br>GODFREY & KAHN, S.C.<br>One East Main Street, Suite 500<br>P.O. Box 2719<br>Madison, WI 53701-2719<br>Telephone: (608) 284-2277<br>Facsimile: (608) 257-0609<br>E-mail: ewest@gklaw.com | Timothy F. Nixon<br>GODFREY & KAHN, S.C.<br>200 South Washington Street, Suite 100<br>Green Bay, WI 54301-4298<br>Telephone:    (920) 436-7693<br>Facsimile:    (920) 436-7988<br>E-mail: tnixon@gklaw.com |

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

- 2 -

Dated: October 7, 2020

    */s/ Daniel C. Kerrick*
Daniel C. Kerrick, Esq. (DE #5027)
HOGAN MCDANIEL
1311 Delaware Avenue
Wilmington, DE 19806
Telephone: (302)656-7599
dckerrick@dkhogan.com


    */s/ Erin A. West*
Erin A. West (WI State Bar No.1075729)
One East Main Street, Suite 500
P.O. Box 2719
Madison, WI 53701-2719
Telephone: (608) 284-2277
Facsimile: (608) 257-0609
E-mail: ewest@gklaw.com
Pro Hac Vice Motion Pending

[and]

    */s/ Timothy F. Nixon*
Timothy F. Nixon (WI State Bar No. 1013753)
GODFREY & KAHN, S.C.
200 South Washington Street, Suite 100
Green Bay, WI 54301-4298
Telephone:   920-432-9300
Facsimile:   920-436-7988
E-mail: tnixon@gklaw.com
Pro Hac Vice Motion Pending

Attorneys for Bay-Lakes Council