## **CERTIFICATE OF SERVICE**

I, Daniel C. Kerrick, hereby certify that on October 7, 2020, I caused a copy of the foregoing *Notice of Appearance and Request for Notices and Papers* to be served upon all parties registered for service via CM/ECF.

/s/ Daniel C. Kerrick
Daniel C. Kerrick (#5027)