IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re D.I. 1387**<br><br>**Obj. Deadline 10/7/2020 @ 4:00 p.m.**<br><br>**Hearing Date 10/14/2020 @ 10:00 a.m.** |

### RESPONSE AND RESERVATION OF RIGHTS OF THE COALITION OF ABUSED SCOUTS FOR JUSTICE REGARDING DISCOVERY MOTION

The Coalition of Abused Scouts for Justice (the "Coalition") hereby files this response and reservation of rights (the "Response") with respect to the *Motion of the Official Tort Claimants' Committee Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 for an Order Authorizing the Issuance of Subpoenas for Discovery From Debtors and Certain Local Councils* [D.I. 1379] (the "Motion").[2]  In support hereof, the Coalition respectfully states as follows:

1.   The Coalition is an *ad hoc* committee comprised of more than 23,000 Sexual Abuse Survivors as defined in the Debtors' bar date order [D.I. 695].  *See Second Amended Verified Statement of Coalition of Abused Scouts for Justice Pursuant to Bankruptcy Rule 2019*, [D.I. 1426 and D.I. 1429].

2.   The Coalition takes no position on the Motion at this time.  However, for reasons similar to those stated in the Motion regarding the TCC's need to review the requested

---

[1]   The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

[2]   Capitalized terms not otherwise defined herein shall have the meanings provided in the Motion.

{00219469-2}                                                   1

documents, the Coalition requests that to the extent the Motion is granted, the TCC and Examinees provide or otherwise make available to the Coalition copies of any documents or other information produced pursuant to the Motion and any order thereon.

3. The Coalition otherwise reserves all of its rights, claims, defenses, and remedies, including, without limitation, the right to amend, modify, supplement, or withdraw this Response, to seek discovery, and to raise objections or concerns during or prior to any hearing regarding the issues identified in the Motion and this Response.

Dated: October 7, 2020
Wilmington, Delaware

MONZACK MERSKY
BROWDER AND HOCHMAN, P.A.

*/s/ Rachel B. Mersky*
Rachel B. Mersky, Esq. (DE No. 2049)
1201 North Orange Street
Suite 400
Wilmington, Delaware 19801
Telephone:    (302) 656-8162
Facsimile:    (302) 656-2769
E-mail:         RMersky@Monlaw.com

-and-

BROWN RUDNICK LLP
David J. Molton, Esq.  (admitted *pro hac vice*)
Eric R. Goodman, Esq. (admitted *pro hac vice*)
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
E-mail: DMolton@BrownRudnick.com
E-mail: EGoodman@BrownRudnick.com

-and-

Sunni P. Beville, Esq. (admitted *pro hac vice*)
Tristan G. Axelrod, Esq. (admitted *pro hac vice*)
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
E-mail: SBeville@BrownRudnick.com
E-mail: TAxelrod@BrownRudnick.com

*Co-Counsel to the Coalition of Abused Scouts for Justice*