## Exhibit B

**Summit Bechtel Reserve Invoice and Fee Summary**

**Hotel & Leisure Advisors, LLC**

14805 Detroit Avenue, Suite 420

Cleveland, OH  44107-3921

(216)228-7000x10

mkress@hladvisors.com

http://www.hladvisors.com



**Invoice**

| BILL TO |
|---|
| Steve McGowan |
| Boy Scouts of America |
| 1325 W. Walnut Lane |
| Irving, TX  75038 |

| INVOICE # | DATE | TOTAL DUE | | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 2020-091 | 08/24/2020 | $16,000.00 | | Due on receipt | |

| DATE | ACTIVITY | AMOUNT |
|---|---|---|
| 08/24/2020 | **Retainer** <br> Additional retainer for the revised scope of the assignment as outlined in our engagement letter of August 21, 2020 | 6,500.00 |
| 08/24/2020 | **Appraisal** <br> 2020026 - Summit Bechtel Reserve in Glen Jean, West Virgina - Interim invoice for 25% of the revised project fee as per the terms of the above referenced engagement letter | 9,500.00 |

Tax ID Number: 54-2181316

**BALANCE DUE** $16,000.00

Return one copy of invoice with payment | Return one copy of invoice with payment