**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>          Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

     Pursuant to Local Rule 9010-1 and the certification below, counsel moves for the admission *pro hac vice* of Amanda Rush of Jones Day to represent Circle Ten Council in the above-captioned cases.

Dated:  October 7, 2020  
     Wilmington, Delaware

*/s/ William P. Bowden*  
William P. Bowden (DE Bar No. 2553)  
**ASHBY & GEDDES, P.A.**  
500 Delaware Avenue, P.O. Box 1150  
Wilmington, Delaware 19899  
Tel:  (302) 654-1888  
E-mail:  wbowden@ashbygeddes.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

     Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas, am admitted to practice before the United States District Court for the Northern District of Texas, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the *Revised Standing Order for District Fund* effective August 31, 2016.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: October 7, 2020

*/s/ Amanda Rush*  
Amanda Rush, Esq.  
**JONES DAY**  
2727 North Harwood Street  
Dallas, Texas 75201  
Tel:  (214) 220-3939/Fax: (214) 969-5100  
E-mail:  asrush@jonesday.com

**ORDER GRANTING MOTION**

     IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.