# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re Docket No. 1429, 1431 & 1432** |

## CERTIFICATE OF SERVICE

I Rachel B. Mersky, hereby certify that on October 7, 2020, I served or caused to be served a copy the *Redacted Second Amended Verified Statement of the Coalition of Abused Scouts for Justice* [D.I. 1429] by either email or first class mail upon all parties on the attached service list, and by CM/ECF upon those parties registered to received such electronic notifications in this case.

I further certify that on October 7, 2020, I served or caused to be served a copy of the *Response and Reservation of Rights of the Coalition of Abused Scouts for Justice* [D.I. 1231] by either email or first class mail upon all parties on the attached service list, and by CM/ECF upon those parties registered to received such electronic notifications in this case.

I further certify that on October 7, 2020, I served or caused to be served the *Supplemental Brief of the Coalition of Abused Scouts for Justice in Support of (A) Motion for an Order Approving the Sufficiency of the Amended 2019 Statement, and (B) Motion of the Coalition to Participate in the Mediation* [D.I. 1432] by either email or first class mail upon all parties on the

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

{00219476-2}

attached service list, and by CM/ECF upon those parties registered to received such electronic notifications in this case.

| | |
|---|---|
| Dated: October 7, 2020<br>Wilmington, Delaware | MONZACK MERSKY BROWDER &<br>HOCHMAN, P.A.<br><br>*/s/ Rachel B. Mersky*<br>Rachel B. Mersky (DE No. 2049)<br>1201 North Orange Street, Suite 400<br>Wilmington, Delaware 19801<br>Telephone:    (302) 656-8162<br>Facsimile:    (302) 656-2769<br>E-mail:         RMersky@Monlaw.com<br><br>-and-<br><br>BROWN RUDNICK LLP<br>David J. Molton, Esq.<br>Seven Times Square<br>New York, NY 10036<br>Telephone: (212) 209-4800<br>E-mail: DMolton@BrownRudnick.com<br><br>And<br><br>Sunni P. Beville, Esq. (admitted *pro hac vice*)<br>Tristan G. Axelrod, Esq. (admitted *pro hac vice*)<br>One Financial Center<br>Boston, MA 02111<br>Telephone: (617) 856-8200<br>E-mail: SBeville@BrownRudnick.com<br>E-mail: TAxelrod@BrownRudnick.com<br><br>*Counsel to the Coalition of Abused Scouts for Justice* |

{00219476-2}