# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| RTI HOLDING COMPANY, LLC *et al.* ) | Case No. 20-12456 (JTD) |
| ) | |
| ) | (Joint Administration Requested) |
| Debtors. ) | |

## NOTICE OF APPEARANCE, REQUEST FOR MATRIX ENTRY
## AND REQUEST FOR SERVICE OF ALL NOTICES AND DOCUMENTS

TO:   Clerk of the Court
United States Bankruptcy Court
District of Delaware
824 Market Street
Wilmington, DE 19801

Please enter the appearance of Rachel B. Mersky, Esquire of the firm of Monzack Mersky Browder and Hochman, P.A as counsel for Huntington Mall Company ("Huntington"). Huntington is a creditor and, pursuant to the Bankruptcy Rules and Section 1109(b) of the Bankruptcy Code, hereby request that all notices given or required to be given in these cases be given to and served upon:

Rachel B. Mersky
MONZACK MERSKY BROWDER and HOCHMAN, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE  19801
Telephone:    (302) 656-8162
Facsimile:    (302) 656-2769
E-mail:    rmersky@monlaw.com

Please take further notice that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices referred to in the Bankruptcy Rules but also includes, without limitation, notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, filed in this Chapter 11 case.

{00219486-1}

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of Huntington's right: (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) or any other rights, claims, actions, defenses, setoffs, or recoupments to which Huntington is or may be entitled, in law or in equity, all of which Huntington expressly reserves.

Dated: October 7, 2020

**MONZACK MERSKY BROWDER AND HOCHMAN, P.A.**

*/s/ Rachel B. Mersky*
Rachel B. Mersky, Esquire (DE #2049)
1201 N. Orange Street, Suite 400
Wilmington, DE 19801-1155
Telephone:	(302) 656-8162
Facsimile:	(302) 656-2769
Email:	rmersky@monlaw.com

*Attorneys for Huntington Mall Company*

{00219486-1}