# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF DOCKET NO. 1443

PLEASE TAKE NOTICE that Rachel B. Mersky, Esquire, of Monzack Mersky Browder and Hochman, P.A. hereby withdraws DOCKET NO. 1443 which was inadvertently filed in this case.

Dated: October 7, 2020

**MONZACK MERSKY BROWDER AND HOCHMAN, P.A.**

*/s/ Rachel B. Mersky*
Rachel B. Mersky, Esquire (DE #2049)
1201 N. Orange Street, Suite 400
Wilmington, DE 19801-1155
Telephone:   (302) 656-8162
Facsimile:    (302) 656-2769
Email:          rmersky@monlaw.com

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

{00219488-1}