IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> (Jointly Administered) <br><br> Re Docket No. 1417 & 1419 |

### DECLARATION OF ERIC GOODMAN IN SUPPORT OF OBJECTION OF THE COALITION OF ABUSED SCOUTS FOR JUSTICE CENTURY'S MOTION TO COMPEL THE DEPOSITIONS OF TIMOTHY KOSNOFF AND ANDREW VAN ARSDALE OR IN THE ALTERNATIVE TO ADJOURN THE HEARING ON THE PENDING 2019 MOTIONS [D.I. 1144], [D.I. 1161], AND [D.I. 1164]

I, Eric Goodman, pursuant to 28 U.S.C. § 1746(2), under penalty of perjury, hereby declare as follows:

1. I am a Partner at the firm Brown Rudnick, LLP, counsel for the Coalition of Abused Scouts for Justice. I submit this declaration based on my personal knowledge of the proceedings in *In re Boy Scouts of America and Delaware BSA, LLC*, and review of the document described below.

2. Attached hereto as **Exhibit 1** is a true and correct copy of an email exchange between myself, Mr. Tancred Schiavoni, and Mr. David Wilks.

I declare under pain and penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated: October 7, 2020

Respectfully Submitted,

*/s/ Eric Goodman*
ERIC GOODMAN

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

{00219493-1}