IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| MTE HOLDINGS LLC, *et al.*,[1] | ) Case No. 19-12269 (CSS) |
|  | ) |
|  | ) Jointly Administered |
| Debtors. | ) |
|  | ) |

NOTICE OF **AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON OCTOBER 13, 2020, AT 11:00 A.M. (ET)

> This hearing will be held telephonically and by video.  All parties wishing to appear must do so telephonically by contacting COURTCALL, LLC at 866-582-6878 no later than October 13, 2020, at 10:00 a.m. (ET) to sign up.  Additionally, anyone wishing to appear by Zoom is invited to use the link below.  All parties that will be arguing or testifying must appear by Zoom and CourtCall.  Participants on CourtCall should dial into the call not later than 10 minutes prior to the start of the scheduled hearing to ensure a proper connection.
>
> PLEASE NOTE THAT THE MICROPHONES ON THE ZOOM MEETING WILL BE MUTED AND THE ONLY AUDIO WILL BE THROUGH COURTCALL.
>
> Topic: MTE Holdings 19-12269
> Time:  October 13, 2020, 11:00 AM (Eastern Time) (U.S. and Canada)
>
> Join ZoomGov Meeting
> https://debuscourts.zoomgov.com/j/1615416764
>
> Meeting ID: 161 541 6764
> **Password: 627661**

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: MTE Holdings LLC (7894); MTE Partners LLC (1158); Olam Energy Resources I LLC (0770); MDC Energy LLC (9140); MDC Texas Operator LLC (1087); Ward I, LLC (6817); and MDC Reeves Energy LLC (3644).  The Debtors' address is 280 East 96th Street, Suite 210, Indianapolis, Indiana 46240.

[2]    **Amended items appear in bold.**

ADJOURNED MATTERS

1.  Waterbridge Texas Midstream LLC's Motion to Compel Debtor to (I) Assume or Reject an Executory Contract and (II) Direct Immediate Payment of Administrative Expenses (D.I. 270, Filed 12/12/19).

    Objection Deadline:  Extended to May 29, 2020, for the Debtors.

    Responses Received:

    a)   Natixis' Objection to Waterbridge Texas Midstream LLC's Motion to Compel Debtor to (I) Assume or Reject and Executory Contract and (II) Direct Immediate Payment of Administrative Expenses (D.I. 358, Filed 12/26/19);

    b)   Joinder And Reservation of Rights of Riverstone Credit Management, LLC Regarding Texas Midstream LLC's Motion to Compel Debtor to (I) Assume or Reject an Executory Contract and (II) Direct Immediate Payment of Administrative Expenses (D.I. 362, Filed 12/26/19); and

    c)   Debtors' Objection to Waterbridge Texas Midstream LLC's Motion to Compel Debtor to (I) Assume or Reject an Executory Contract and (II) Direct Immediate Payment of Administrative Expenses (D.I. 1140, Filed 5/29/20).

    Related Pleadings:

    a)   [SEALED] Notice of Filing of Water Management Services Agreement (D.I. 354, Filed 12/24/19);

    b)   Order Authorizing Waterbridge Texas Midstream LLC to File Document Under Seal (D.I. 424, Entered 1/8/20); and

    c)   Notice of Service of Waterbridge Texas Midstream LLC's First Requests for Production, Requests for Admissions, and Interrogatories to Debtor MDC Energy LLC in Connection with Motion to Compel (D.I. 1432, Filed 8/18/20).

    Status:  This matter has been adjourned to a future hearing pending further developments regarding the Debtors' ability to secure exit financing and propose a plan.

2.  Debtors' Motion for Entry of an Order Pursuant to § 365 of the Bankruptcy Code (I) Authorizing the Debtors to Assume Executory Contract of Schlumberger Technology Corporation and (II) Establishing Cure Amount Related Thereto (D.I. 755, Filed 3/17/20).

    Objection Deadline:  March 24, 2020, at 4:00 p.m. (ET).

    Responses Received:

a)      Administrative Agent's Objection to Debtors' Motion for Entry of an Order Pursuant to § 365 Of the Bankruptcy Code (I) Authorizing the Debtors to Assume Executory Contract of Schlumberger Technology Corporation and (II) Establishing Cure Amount Related Thereto (D.I. 778, Filed 3/24/20);

b)      Ad Hoc Committee of Service Providers' Objection to Debtors' Motion for Entry of Order Pursuant to § 365 of the Bankruptcy Code (I) Authorizing the Debtors to Assume Executory Contract of Schlumberger Technology Corporation and (II) Establish Cure Amount Related Thereto (D.I. 784, Filed 3/24/20);

c)      Preliminary Omnibus Objection and Reservation of Rights of Riverstone Credit Management, LLC (D.I. 789, Filed 3/24/20);

d)      Joinder and Objection of Alamo Pressure Pumping, LLC to Ad Hoc Committee of Service Providers' Objection to Debtors' Motion for Entry of Order Pursuant to § 365 of the Bankruptcy Code (I) Authorizing the Debtors to Assume Executory Contract of Schlumberger Technology Corporation and (II) Establish Cure Amount Related Thereto (D.I. 792, Filed 3/24/20); and

e)      Schlumberger Technology Corporation's Response to Objections to Debtors' Motion for Entry of an Order Pursuant to § 365 of the Bankruptcy Code (I) Authorizing the Debtors to Assume Executory Contract of Schlumberger Technology Corporation and (II) Establishing Cure Amount Related Thereto Filed by Administrative Agent, Ad Hoc Committee of Service Providers, Riverstone Credit Management, LLC and Alamo Pressure Pumping, LLC (D.I. 1034; Filed 5/1/20).

Related Pleadings:  None.

Status:  This matter has been adjourned to a future hearing.

3.      Emergency Motion of the Ad Hoc Committee of Service Providers, Pursuant to Sections 105(a), 361, 362(d), and 363(e) of the Bankruptcy Code and Bankruptcy Rule 4001 and 9014, for (I) Entry of an Order on an Ex Parte Basis, Immediately Prohibiting the Use of Collateral, and (II) Entry of an Order Granting Adequate Protection or, in the Alternative, Relief from the Automatic Stay (D.I. 901, Filed 4/10/20).

Objection Deadline:  April 16, 2020, at 4:00 p.m. (ET); extended to September 4, 2020, at 4:00 p.m. (ET) for the Debtors.

Responses Received:

a)      Joinder FTS International Services, LLC to Emergency Motion of the Ad Hoc Committee of Service Providers, Pursuant to Sections 105(a), 361, 362(d), and 363(e) of the Bankruptcy Code and Bankruptcy Rule 4001 and 9014, for (I) Entry

of an Order on an Ex Parte Basis, Immediately Prohibiting the Use of Collateral, and (II) Entry of an Order Granting Adequate Protection or, in the Alternative, Relief from the Automatic Stay (D.I. 909, Filed 4/13/20);

b)      Joinder of Valence Drilling Fluids, LLC and Integrity Bio-Chemicals, LLC to Emergency Motion of the Ad Hoc Committee of Service Providers, Pursuant to Sections 105(a), 361, 362(d), and 363(e) of the Bankruptcy Code and Bankruptcy Rule 4001 and 9014, for (I) Entry of an Order on an Ex Parte Basis, Immediately Prohibiting the Use of Collateral, and (II) Entry of an Order Granting Adequate Protection or, in the Alternative, Relief from the Automatic Stay (D.I. 913, Filed 4/13/20);

c)      Joinder of Rodan Transport (U.S.A.), Ltd. d/b/a Aveda Transportation and Energy Services to Emergency Motion of the Ad Hoc Committee of Service Providers, Pursuant to Sections 105(a), 361, 362(d), and 363(e) of the Bankruptcy Code and Bankruptcy Rule 4001 and 9014, for (I) Entry of an Order on an Ex Parte Basis, Immediately Prohibiting the Use of Collateral, and (II) Entry of an Order Granting Adequate Protection or, in the Alternative, Relief from the Automatic Stay (D.I. 915, Filed 4/13/20);

d)      Joinder of GM Oilfield & Trucking Services, LLC to Emergency Motion of the Ad Hoc Committee of Service Providers, Pursuant to Sections 105(a), 361, 362(d), and 363(e) of the Bankruptcy Code and Bankruptcy Rule 4001 and 9014, for (I) Entry of an Order on an Ex Parte Basis, Immediately Prohibiting the Use of Collateral, and (II) Entry of an Order Granting Adequate Protection or, in the Alternative, Relief from the Automatic Stay (D.I. 917, Filed 4/13/20);

e)      Joinder of Moser Engine Service, Inc. to Emergency Motion of the Ad Hoc Committee of Service Providers, Pursuant to Sections 105(a), 361, 362(d), and 363(e) of the Bankruptcy Code and Bankruptcy Rule 4001 and 9014, for (I) Entry of an Order on an Ex Parte Basis, Immediately Prohibiting the Use of Collateral, and (II) Entry of an Order Granting Adequate Protection or, in the Alternative, Relief from the Automatic Stay (D.I. 922, Filed 4/13/20);

f)      Limited Joinder of Pilot Thomas Logistics, LLC to Emergency Motion of the Ad Hoc Committee of Service Providers, Pursuant to Sections 105(a), 361, 362(d), and 363(e) of the Bankruptcy Code and Bankruptcy Rule 4001 and 9014, for (I) Entry of an Order on an Ex Parte Basis, Immediately Prohibiting the Use of Collateral, and (II) Entry of an Order Granting Adequate Protection or, in the Alternative, Relief from the Automatic Stay (D.I. 939, Filed 4/15/20);

g)      Limited Joinder of J6 Energy Services, LLC to Emergency Motion of the Ad Hoc Committee of Service Providers, Pursuant to Sections 105(a), 361, 362(d), and 363(e) of the Bankruptcy Code and Bankruptcy Rule 4001 and 9014, for (I) Entry of an Order on an Ex Parte Basis, Immediately Prohibiting the Use of Collateral,

and (II) Entry of an Order Granting Adequate Protection or, in the Alternative, Relief from the Automatic Stay (D.I. 940, Filed 4/15/20);

h)  Joinder of Patriot Premium Threading Services LLC, Trans-Tex Dyno Services, LLC, and Trans-Tex Cementing Services, LLC to the Emergency Motion of the Ad Hoc Committee of Service Providers, Pursuant to Sections 105(a), 361, 362(d), and 363(e) of the Bankruptcy Code and Bankruptcy Rule 4001 and 9014, for (I) Entry of an Order on an Ex Parte Basis, Immediately Prohibiting the Use of Collateral, and (II) Entry of an Order Granting Adequate Protection or, in the Alternative, Relief from the Automatic Stay (D.I. 941, Filed 4/15/20);

i)  Joinder of Nexus II Directional Drilling Specialists Ltd. to the Emergency Motion of the Ad Hoc Committee of Service Providers, Pursuant to Sections 105(a), 361, 362(d), and 363(e) of the Bankruptcy Code and Bankruptcy Rule 4001 and 9014, for (I) Entry of an Order on an Ex Parte Basis, Immediately Prohibiting the Use of Collateral, and (II) Entry of an Order Granting Adequate Protection or, in the Alternative, Relief from the Automatic Stay (D.I. 942, Filed 4/15/20);

j)  Joinder of Tier One Energy, LLC to Emergency Motion of the Ad Hoc Committee of Service Providers, Pursuant to Sections 105(a), 361, 362(d), and 363(e) of the Bankruptcy Code and Bankruptcy Rule 4001 and 9014, for (I) Entry of an Order on an Ex Parte Basis, Immediately Prohibiting the Use of Collateral, and (II) Entry of an Order Granting Adequate Protection or, in the Alternative, Relief from the Automatic Stay (D.I. 951, Filed 4/16/20);

k)  Joinder of Motley Asset Management LLC's to the Emergency Motion of the Ad Hoc Committee of Service Providers, Pursuant to Sections 105(a), 361, 362(d), and 363(e) of the Bankruptcy Code and Bankruptcy Rule 4001 and 9014, for (I) Entry of an Order on an Ex Parte Basis, Immediately Prohibiting the Use of Collateral, and (II) Entry of an Order Granting Adequate Protection or, in the Alternative, Relief from the Automatic Stay (D.I. 968, Filed 4/17/20);

l)  Joinder of Cudd Pressure Control, Inc. d/b/a Cudd Energy Services to the Emergency Motion of the Ad Hoc Committee of Service Providers, Pursuant to Sections 105(a), 361, 362(d), and 363(e) of the Bankruptcy Code and Bankruptcy Rule 4001 and 9014, for (I) Entry of an Order on an Ex Parte Basis, Immediately Prohibiting the Use of Collateral, and (II) Entry of an Order Granting Adequate Protection or, in the Alternative, Relief from the Automatic Stay (D.I. 969, Filed 4/17/20);

m)  Joinder of Summit Casing Services, LLC to the Emergency Motion of the Ad Hoc Committee of Service Providers, Pursuant to Sections 105(a), 361, 362(d), and 363(e) of the Bankruptcy Code and Bankruptcy Rule 4001 and 9014, for (I) Entry of an Order on an Ex Parte Basis, Immediately Prohibiting the Use of Collateral, and (II) Entry of an Order Granting Adequate Protection or, in the Alternative, Relief from the Automatic Stay (D.I. 971, Filed 4/17/20);

n)   Joinder of Impac Exploration Services, Inc. to Emergency Motion of the Ad Hoc Committee of Service Providers, Pursuant to Sections 105(a), 361, 362(d), and 363(e) of the Bankruptcy Code and Bankruptcy Rule 4001 And 9014, for (I) Entry of an Order on an Ex Parte Basis, Immediately Prohibiting the Use of Cash Collateral, and (II) Entry of an Order Granting Adequate Protection or, in the Alternative, Relief from the Automatic Stay (D.I. 991, Filed 4/24/20);

o)   Joinder of Alamo Pressure Pumping, LLC to Emergency Motion of the Ad Hoc Committee of Service Providers (I) for Entry of an Order on an Ex Parte Basis, Immediately Prohibiting the Use of Collateral and (II) Entry of an Order Granting Adequate Protection or, in the Alternative Relief from the Automatic Stay (D.I. 993, Filed 4/24/20);

p)   Joinder of Aim Directional Services, LLC to Emergency Motion of the Ad Hoc Committee of Service Providers (I) for Entry of an Order on an Ex Parte Basis, Immediately Prohibiting the Use of Collateral and (II) Entry of an Order Granting Adequate Protection or, in the Alternative Relief from the Automatic Stay (D.I. 994, Filed 4/24/20);

q)   Joinder of Mineral Lienholders to the Emergency Motion of the Ad Hoc Committee of Service Providers (I) for Entry of an Order on an Ex Parte Basis, Immediately Prohibiting the Use of Collateral and (II) Entry of an Order Granting Adequate Protection or, in the Alternative Relief from the Automatic Stay (D.I. 997, Filed 4/27/20);

r)   Administrative Agent's Objection to Motion of the Ad Hoc Committee of Service Providers for (I) Entry of an Order on an Ex Parte Basis, Immediately Prohibiting the Use of Collateral, and (II) Entry of an Order Granting Adequate Protection or, in the Alternative, Relief from the Automatic Stay (D.I. 999, Filed 4/27/20);

s)   Joinder of Meyer Energy Services, LLC to Emergency Motion of the Ad Hoc Committee of Service Providers (I) for Entry of an Order on an Ex Parte Basis, Immediately Prohibiting the Use of Collateral and (II) Entry of an Order Granting Adequate Protection or, in the Alternative Relief from the Automatic Stay (D.I. 1006, Filed 4/27/20);

t)   Joinder of Sierra Hamilton, LLC to Emergency Motion of the Ad Hoc Committee of Service Providers (I) for Entry of an Order on an Ex Parte Basis, Immediately Prohibiting the Use of Collateral and (II) Entry of an Order Granting Adequate Protection or, in the Alternative Relief from the Automatic Stay (D.I. 1007, Filed 4/27/20);

u)   Joinder of Halliburton Energy Services, Inc. to Emergency Motion of the Ad Hoc Committee of Service Providers (I) for Entry of an Order on an Ex Parte Basis, Immediately Prohibiting the Use of Collateral and (II) Entry of an Order Granting

Adequate Protection or, in the Alternative Relief from the Automatic Stay (D.I. 1008, Filed 4/27/20);

v)    BMO Harris Bank N.A.'s Joinder in the Administrative Agent's Objection to Motion of the Ad Hoc Committee of Service Providers (I) for Entry of an Order on an Ex Parte Basis, Immediately Prohibiting the Use of Collateral and (II) Entry of an Order Granting Adequate Protection or, in the Alternative Relief from the Automatic Stay (D.I. 1009, Filed 4/27/20);

w)    Joinder of Maverick Field Services LLC to Emergency Motion of the Ad Hoc Committee of Service Providers (I) for Entry of an Order on an Ex Parte Basis, Immediately Prohibiting the Use of Collateral and (II) Entry of an Order Granting Adequate Protection or, in the Alternative Relief from the Automatic Stay (D.I. 1011, Filed 4/28/20);

x)    Joinder of B&L Pipeco Services, Inc. to Emergency Motion of the Ad Hoc Committee of Service Providers, Pursuant to Sections 105(a), 361, 362(d), and 363(e) of the Bankruptcy Code and Bankruptcy Rule 4001 and 9014, for (I) Entry of an Order on an Ex Parte Basis, Immediately Prohibiting the Use of Collateral, and (II) Entry of an Order Granting Adequate Protection or, in the Alternative, Relief from the Automatic Stay (D.I. 1020, Filed 4/29/20);

y)    Joinder Of Waterbridge Texas Midstream LLC to the Emergency Motion of the Ad Hoc Committee of Service Providers, Pursuant to Sections 105(a), 361, 362(d), and 363(e) of the Bankruptcy Code and Bankruptcy Rules 4001 and 9014, for (I) Entry of an Order on an Ex Parte Basis, Immediately Prohibiting the Use of Collateral, and (II) Entry of an Order Granting Adequate Protection or, in the Alternative, Relief from the Automatic Stay (D.I. 1030, Filed 5/1/20);

z)    Ad Hoc Committee of Service Providers' Limited Objection and Reservation of Rights Regarding the Debtors' Use of Cash Collateral for Certain Purposes and Updated Budget (D.I. 1311, Filed 7/13/20);

aa)    Joinder of Moser Engine Service, Inc. to Ad Hoc Committee of Service Providers' Limited Objection and Reservation of Rights Regarding the Debtors' Use of Cash Collateral for Certain Purposes and Updated Budget (D.I. 1317, Filed 7/14/20);

bb)    Joinder of Patriot Premium Threading Services, LLC, Trans-Tex Dyno Services, LLC, and Trans-Tex Cementing Services, LLC to the Ad Hoc Committee of Service Providers' Limited Objection and Reservation of Rights Regarding the Debtors' Use of Cash Collateral for Certain Purposes and Updated Budget (D.I. 1321, Filed 7/15/20);

cc)    Joinder of Alamo Pressure Pumping, LLC to the Ad Hoc Committee of Service Providers' Limited Objection and Reservation of Rights Regarding the Debtors'

Use of Cash Collateral for Certain Purposes and Updated Budget (D.I. 1331, Filed 7/16/20); and

dd)    Joinder of Cudd Pressure Control, Inc. d/b/a Cudd Energy Services to the Ad Hoc Committee of Service Providers' Limited Objection and Reservation of Rights Regarding the Debtors' Use of Cash Collateral for Certain Purposes and Updated Budget (D.I. 1333, Filed 7/17/20).

<u>Related Pleadings</u>:

a)    Declaration of R. Stephen McNeill in Support of Emergency Motion of the Ad Hoc Committee of Service Providers, Pursuant to Sections 105(a), 361, 362(d), and 363(e) of the Bankruptcy Code and Bankruptcy Rules 4001 and 9014, for (I) Entry of an Order on an Ex Parte Basis, Immediately Prohibiting the Use of Collateral, and (II) Entry of an Order Granting Adequate Protection or, in the Alternative, Relief from the Automatic Stay (D.I. 903, Filed 4/11/20);

b)    Declaration of Albert S. Conly in Support of Emergency Motion of the Ad Hoc Committee of Service Providers, Pursuant to Sections 105(a), 361, 362(d), and 363(e) of the Bankruptcy Code and Bankruptcy Rules 4001 and 9014, for (I) Entry of an Order on an Ex Parte Basis, Immediately Prohibiting the Use of Collateral, and (II) Entry of an Order Granting Adequate Protection or, in the Alternative, Relief from the Automatic Stay (D.I. 904, Filed 4/11/20);

c)    Amended Notice of Telephonic Conference (D.I. 912, Filed 4/13/20);

d)    Order [Denying Motion to Shorten] (D.I. 928, Entered 4/13/20);

e)    Notice of Hearing Regarding Emergency Motion of the Ad Hoc Committee of Service Providers, Pursuant to Sections 105(a), 361, 362(d), and 363(e) of the Bankruptcy Code and Bankruptcy Rule 4001 and 9014, for (I) Entry of an Order on an Ex Parte Basis, Immediately Prohibiting the Use of Collateral, and (II) Entry of an Order Granting Adequate Protection or, in the Alternative, Relief from the Automatic Stay (D.I. 929, Filed 4/14/20); and

f)    Supplemental Declaration of R. Stephen McNeill in Support of Emergency Motion of the Ad Hoc Committee of Service Providers, Pursuant to Sections 105(a), 361, 362(d), And 363(e) of the Bankruptcy Code and Bankruptcy Rules 4001 And 9014, for (I) Entry of an Order on an Ex Parte Basis, Immediately Prohibiting the Use of Collateral, and (II) Entry of an Order Granting Adequate Protection or, in the Alternative, Relief from the Automatic Stay (D.I. 964, Filed 4/17/20).

<u>Status</u>:  This matter has been adjourned to a future hearing.

4. Debtors' Second Omnibus (Non-Substantive) Objection to Claims – Wrong Case Claims (D.I. 1413, Filed 8/11/20).

Objection Deadline:  August 25, 2020, at 4:00 p.m. (ET); extended indefinitely for all claimants who provided responses.

Responses Received:

a) Informal comments from Impac Exploration Services, Inc.;

b) Informal comments from KSW Oilfield Rental, LLC;

c) Informal comments from CRG Financial LLC;

d) Informal comments from Chase Harris, Inc.;

e) Informal comments from Gladiator Energy, LLC;

f) Informal comments from FlexSteel USA, LLC;

g) Informal comments from Glover Company Inc.;

h) Informal comments from Stone Oilfield Services, Inc.;

i) Informal comments from Stone Rentals II, LLC;

j) Informal comments from WaterFleet, LLC;

k) Informal comments from ACE Tubular Services, LLC;

l) Informal comments from Paladin Completion Services, LLC;

m) Informal comments from DuraChem Production Services, LLC;

n) Informal comments from Clearwater Recourses, LLC;

o) Drillchem Drilling Solutions, LLC Response to Debtors' Second Omnibus (Non-Substantive) Objection to Claims—Wrong Case Claims (D.I. 1451, Filed 8/25/20);

p) Limited Objection of J6 Energy Services, LLC to Debtors' First, Second, Fifth, and Seventh Omnibus Claims Objections (D.I. 1455, Filed 8/25/20);

q) Response of FTS International Services, LLC to Debtors' Second Omnibus (Non-Substantive) Objections to Claims – Wrong Case Claims (D.I. 1462, Filed 8/25/20);

r)  Response of Kodiak Gas Services, LLC in Opposition to Debtors' Second and Fifth Omnibus Objections to Claims (D.I. 1464, Filed 8/25/20);

s)  Response to Debtors' Second Omnibus Objection to Claims – Wrong Case Claims and Debtors' Fifth Omnibus Objection to Claims-Duplicate Claims (D.I. 1468, Filed 8/25/20);

t)  Response to Debtors' Second Omnibus Objection to Claims – Wrong Case Claims and Debtors' Fifth Omnibus Objection to Claims-Duplicate Claims (D.I. 1469, Filed 8/25/20);

u)  Response to Debtors' Second Omnibus Objection to Claims – Wrong Case Claims and Debtors' Fifth Omnibus Objection to Claims-Duplicate Claims (D.I. 1470, Filed 8/25/20);

v)  Response to Debtors' Second Omnibus Objection to Claims – Wrong Case Claims and Debtors' Fifth Omnibus Objection to Claims-Duplicate Claims (D.I. 1473, Filed 8/25/20);

w)  Exhibits A and B filed by RDL Transportation, Inc. (D.I. 1478, Filed 8/26/20);

x)  Exhibits A and B filed by Hadco Services, Inc. (D.I. 1479, Filed 8/26/20);

y)  Exhibits A and B filed by Crest Plumbing Technologies, LLC (D.I. 1480, Filed 8/26/20);

z)  Exhibits A and B filed by CDK Perforating, LLC. (D.I. 1481, Filed 8/26/20); and

aa)  AAA Well Service, LLC's Response to Debtors' Second Omnibus (Non-Substantive) Objection to Claims – Wrong Case Claims [D.I. 1413]; Debtors' Fifth Omnibus (Non-Substantive) Objection to Claims – Duplicate Claims [D.I. 1416]; and Eighth Omnibus (Substantive) Objection to Claims – (I) Reduce and Allow Secured Claims, (II) Reclassify Claims, and (III) Reduce And Reclassify Claims [D.I. 1441] (D.I. 1615, Filed 10/2/20).

Related Pleadings:

a)  Declaration of Scott J. Davido in Support of Debtors' Second Through Seventh Omnibus (Non-Substantive) Objections to Claims (D.I. 1419, Filed 8/11/20);

b)  Notice of Adjourned Hearing (D.I. 1496, Filed 9/1/20); and

c)  Notice of Further Adjourned Hearings on Claims Objections (D.I. 1601, Filed 9/29/20).

<u>Status</u>:  This matter has been adjourned to the hearing scheduled for November 17, 2020, at 10:00 a.m. (ET).

5.    Debtors' Third Omnibus (Non-Substantive) Objection to Claims – Wrong Case Claims (<u>D.I. 1414</u>, Filed 8/11/20).

<u>Objection Deadline</u>:  August 25, 2020, at 4:00 p.m. (ET); extended indefinitely for all claimants who provided responses.

<u>Responses Received</u>:

a)    Informal comments from Maverick Field Services, LLC;

b)    Informal comments from RWLS LLC d/b/a Renegade Services;

c)    Informal comments from Supreme Production Services, LLC;

d)    Informal comments from Rodan Transport (U.S.A.), Ltd. d/b/a Aveda Transportation and Energy Services;

e)    Informal comments from Mt. Snow Construction, LLC;

f)    Informal comments from ProPetro Services, Inc.;

g)    Informal comments from Spraberry Production Services, LLC;

h)    Informal comments from Riverstone Credit Management, LLC;

i)    Informal comments from RJG Enterprises, LLC;

j)    Informal comments from Reeves County Resources, LLC;

k)    Informal comments from Stone Oilfield Services, Inc.;

l)    Informal comments from Stone Rentals II, LLC;

m)    Informal comments from WaterFleet, LLC;

n)    Informal comments from ACE Tubular Services, LLC;

o)    Informal comments from Paladin Completion Services, LLC;

p)    Informal comments from DuraChem Production Services, LLC;

q)    Informal comments from Clearwater Recourses, LLC;

r)      Informal comments from Nexus II Directional Drilling Specialists Ltd.;

s)      Ranger Energy Services LLC's Response to Debtors' Third Omnibus Objection to Claims – Wrong Case Claims (D.I. 1440, Filed 8/21/20);

t)      Taurex Drill Bits, LLC Response to Debtors' Third Omnibus (Non-Substantive) Objection to Claims—Wrong Case Claims (D.I. 1453, Filed 8/25/20);

u)      Limited Objection of Lightning Oilfield Services, Inc. to Debtors' Third and Fifth Omnibus Claims Objections (D.I. 1456, Filed 8/25/20);

v)      Limited Objection of Vaughn Energy Services, Inc. to Debtors' Third Omnibus Claims Objections (D.I. 1457, Filed 8/25/20);

w)      Valence Drilling Fluids, LLC's Response. to Debtors' Third (Non-Substantive) Objection to Claims – Wrong Case Claims (D.I. 1458, Filed 8/25/20);

x)      Creditor Rusco Operating, LLC's Response in Opposition to Debtors' Third Omnibus Objection to Claims – Wrong Case Claims (D.I. 1460, Filed 8/25/20);

y)      Professional Directional Enterprises, Inc.'s Response to Debtors' Third Omnibus Objection to Claims – Wrong Case Claims and Debtors' Fifth Omnibus Objection to Claims-Duplicate Claims (D.I. 1461, Filed 8/25/20);

z)      Omnibus Response of Moser Engine Service, Inc. to (I) Debtors' Third Omnibus (Non-Substantive) Objection to Claims – Wrong Case Claims; and (II) Debtors' Fifth Omnibus (Non-Substantive) Objection to Claims – Duplicate Claims (D.I. 1465, Filed 8/25/20);

aa)     United Casing, Inc.'s Response to Debtors' Third Omnibus Objection to Claims – Wrong Case Claims (D.I. 1466, Filed 8/25/20);

bb)     Response to Debtors' Third Omnibus Objection to Claims – Wrong Case Claims and Debtors' Sixth Omnibus Objection to Claims-Duplicate Claims (D.I. 1471, Filed 8/25/20);

cc)     Response to Debtors' Second Omnibus Objection to Claims – Wrong Case Claims and Debtors' Fifth Omnibus Objection to Claims-Duplicate Claims (D.I. 1472, Filed 8/25/20);

dd)     Omnibus Response of New Tech Global Ventures, LLC to (I) Debtors' Third Omnibus (Non-Substantive) Objection to Claims – Wrong Case Claims and (II) Debtors' Fifth Omnibus (Non-Substantive) Objection To Claims – Duplicate Claims (D.I. 1491, Filed 8/31/20); and

ee)   Joint Response of Motley Asset Management LLC to (I) Debtors' Third Omnibus (Non-Substantive) Objection to Claims – Wrong Case Claims and (II) Debtors' Fifth Omnibus (Non-Substantive) Objection To Claims – Duplicate Claims (D.I. 1492, Filed 8/31/20).

Related Pleadings:

a)   Declaration of Scott J. Davido in Support of Debtors' Second Through Seventh Omnibus (Non-Substantive) Objections to Claims (D.I. 1419, Filed 8/11/20);

b)   Notice of Adjourned Hearing (D.I. 1496, Filed 9/1/20); and

c)   Notice of Further Adjourned Hearings on Claims Objections (D.I. 1601, Filed 9/29/20).

Status:  This matter has been adjourned to the hearing scheduled for November 17, 2020, at 10:00 a.m. (ET).

6.   Debtors' Fourth Omnibus (Non-Substantive) Objection to Claims – Wrong Case Claims (D.I. 1415, Filed 8/11/20).

Objection Deadline:  August 25, 2020, at 4:00 p.m. (ET); extended indefinitely for all claimants who provided responses.

Responses Received:

a)   Informal comments from WesternGeco LLC;

b)   Informal comments from Stone Oilfield Services, Inc.;

c)   Informal comments from Stone Rentals II, LLC;

d)   Informal comments from WaterFleet, LLC;

e)   Informal comments from ACE Tubular Services, LLC;

f)   Informal comments from Paladin Completion Services, LLC;

g)   Informal comments from DuraChem Production Services, LLC; and

h)   Informal comments from Clearwater Recourses, LLC.

Related Pleadings:

a)   Declaration of Scott J. Davido in Support of Debtors' Second Through Seventh Omnibus (Non-Substantive) Objections to Claims (D.I. 1419, Filed 8/11/20);

b)      Notice of Adjourned Hearing (D.I. 1496, Filed 9/1/20); and

c)      Notice of Further Adjourned Hearings on Claims Objections (D.I. 1601, Filed 9/29/20).

Status:  This matter has been adjourned to the hearing scheduled for November 17, 2020, at 10:00 a.m. (ET).

7.      Debtors' Fifth Omnibus (Non-Substantive) Objection to Claims – Duplicate Claims (D.I. 1416, Filed 8/11/20).

Objection Deadline:  August 25, 2020, at 4:00 p.m. (ET); extended indefinitely for all claimants who provided responses.

Responses Received:

a)      Informal comments from Impac Exploration Services, Inc.;

b)      Informal comments from KSW Oilfield Rental, LLC;

c)      Informal comments from CRG Financial LLC;

d)      Informal comments from Maverick Field Services, LLC;

e)      Informal comments from RWLS LLC d/b/a Renegade Services;

f)      Informal comments from Riverstone Credit Management, LLC;

g)      Informal comments from Reeves County Resources, LLC;

h)      Informal comments from Stone Oilfield Services, Inc.;

i)      Informal comments from Stone Rentals II, LLC;

j)      Informal comments from WaterFleet, LLC;

k)      Informal comments from ACE Tubular Services, LLC;

l)      Informal comments from Paladin Completion Services, LLC;

m)      Informal comments from DuraChem Production Services, LLC;

n)      Informal comments from Clearwater Recourses, LLC;

o)      Informal comments from Nexus II Directional Drilling Specialists Ltd.;

p)      Drillchem Drilling Solutions, LLC Response to Debtors' Fifth Omnibus (Non-Substantive) Objection to Claims—Duplicate Claims (D.I. 1452, Filed 8/25/20);

q)      Limited Objection of J6 Energy Services, LLC to Debtors' First, Second, Fifth, and Seventh Omnibus Claims Objections (D.I. 1455, Filed 8/25/20);

r)      Limited Objection of Lightning Oilfield Services, Inc. to Debtors' Third and Fifth Omnibus Claims Objections (D.I. 1456, Filed 8/25/20);

s)      Professional Directional Enterprises, Inc.'s Response to Debtors' Third Omnibus Objection to Claims – Wrong Case Claims and Debtors' Fifth Omnibus Objection to Claims-Duplicate Claims (D.I. 1461, Filed 8/25/20);

t)      Response of FTS International Services, LLC to Debtors' Second Omnibus (Non-Substantive) Objections to Claims – Duplicate Claims (D.I. 1463, Filed 8/25/20);

u)      Response of Kodiak Gas Services, LLC in Opposition to Debtors' Second and Fifth Omnibus Objections to Claims (D.I. 1464, Filed 8/25/20);

v)      Omnibus Response of Moser Engine Service, Inc. to (I) Debtors' Third Omnibus (Non-Substantive) Objection to Claims – Wrong Case Claims; and (II) Debtors' Fifth Omnibus (Non-Substantive) Objection to Claims – Duplicate Claims (D.I. 1465, Filed 8/25/20);

w)      Response to Debtors' Second Omnibus Objection to Claims – Wrong Case Claims and Debtors' Fifth Omnibus Objection to Claims-Duplicate Claims (D.I. 1468, Filed 8/25/20);

x)      Response to Debtors' Second Omnibus Objection to Claims – Wrong Case Claims and Debtors' Fifth Omnibus Objection to Claims-Duplicate Claims (D.I. 1469, Filed 8/25/20);

y)      Response to Debtors' Second Omnibus Objection to Claims – Wrong Case Claims and Debtors' Fifth Omnibus Objection to Claims-Duplicate Claims (D.I. 1470, Filed 8/25/20);

z)      Response to Debtors' Second Omnibus Objection to Claims – Wrong Case Claims and Debtors' Fifth Omnibus Objection to Claims-Duplicate Claims (D.I. 1472, Filed 8/25/20);

aa)     Response to Debtors' Second Omnibus Objection to Claims – Wrong Case Claims and Debtors' Fifth Omnibus Objection to Claims-Duplicate Claims (D.I. 1473, Filed 8/25/20);

bb)     Exhibits A and B filed by Conquest Completions, Inc. (D.I. 1482, filed 8/26/20);

cc)     Notice of Filing of Exhibit (Moser Energy Systems) (D.I. 1483, Filed 8/26/20);

dd)     Omnibus Response of New Tech Global Ventures, LLC to (I) Debtors' Third Omnibus (Non-Substantive) Objection to Claims – Wrong Case Claims and (II) Debtors' Fifth Omnibus (Non-Substantive) Objection To Claims – Duplicate Claims (D.I. 1491, Filed 8/31/20);

ee)     Joint Response of Motley Asset Management LLC to (I) Debtors' Third Omnibus (Non-Substantive) Objection to Claims – Wrong Case Claims and (II) Debtors' Fifth Omnibus (Non-Substantive) Objection To Claims – Duplicate Claims (D.I. 1492, Filed 8/31/20); and

ff)     AAA Well Service, LLC's Response to Debtors' Second Omnibus (Non-Substantive) Objection to Claims – Wrong Case Claims [D.I. 1413]; Debtors' Fifth Omnibus (Non-Substantive) Objection to Claims – Duplicate Claims [D.I. 1416]; and Eighth Omnibus (Substantive) Objection to Claims – (I) Reduce and Allow Secured Claims, (II) Reclassify Claims, and (III) Reduce And Reclassify Claims [D.I. 1441] (D.I. 1615, Filed 10/2/20).

Related Pleadings:

a)     Declaration of Scott J. Davido in Support of Debtors' Second Through Seventh Omnibus (Non-Substantive) Objections to Claims (D.I. 1419, Filed 8/11/20);

b)     Notice of Adjourned Hearing (D.I. 1496, Filed 9/1/20); and

c)     Notice of Further Adjourned Hearings on Claims Objections (D.I. 1601, Filed 9/29/20).

Status:  This matter has been adjourned to the hearing scheduled for November 17, 2020, at 10:00 a.m. (ET).

8.     Debtors' Sixth Omnibus (Non-Substantive) Objection to Claims – Duplicate Claims (D.I. 1417, Filed 8/11/20).

Objection Deadline:  August 25, 2020, at 4:00 p.m. (ET); extended indefinitely for all claimants who provided responses.

Responses Received:

a)     Informal comments from Stone Oilfield Services, Inc.;

b)     Informal comments from Stone Rentals II, LLC;

c)     Informal comments from WaterFleet, LLC;

d)      Informal comments from ACE Tubular Services, LLC;

e)      Informal comments from Paladin Completion Services, LLC;

f)      Informal comments from DuraChem Production Services, LLC;

g)      Informal comments from Clearwater Recourses, LLC;

h)      Taurex Drill Bits, LLC Response to Debtors' Sixth Omnibus (Non-Substantive) Objection to Claims—Duplicate Claims (D.I. 1454, Filed 8/25/20);

i)      Valence Drilling Fluids, LLC's Response. to Debtors' Third (Non-Substantive) Objection to Claims – Duplicate Claims (D.I. 1459, Filed 8/25/20);

j)      United Casing, Inc.'s Response to Debtors' Sixth Omnibus Objection to Claims – Duplicate Claims (D.I. 1467, Filed 8/25/20);

k)      Response to Debtors' Third Omnibus Objection to Claims – Wrong Case Claims and Debtors' Sixth Omnibus Objection to Claims-Duplicate Claims (D.I. 1471, Filed 8/25/20); and

l)      Exhibits A and B filed by Tornado Production Services, LLC (D.I. 1477, Filed 8/26/20).

Related Pleadings:

a)      Declaration of Scott J. Davido in Support of Debtors' Second Through Seventh Omnibus (Non-Substantive) Objections to Claims (D.I. 1419, Filed 8/11/20);

b)      Notice of Adjourned Hearing (D.I. 1496, Filed 9/1/20); and

c)      Notice of Further Adjourned Hearings on Claims Objections (D.I. 1601, Filed 9/29/20).

Status:  This matter has been adjourned to the hearing scheduled for November 17, 2020, at 10:00 a.m. (ET).

9.      Debtors' Eighth Omnibus (Non-Substantive) Objection to Claims – (I) Reduce and Allow Secured Claims, (II) Reclassify Claims, and (III) Reduce and Reclassify Claims (D.I. 1441, Filed 8/21/20).

Objection Deadline:  September 4, 2020, at 4:00 p.m. (ET); extended to October 13, 2020, at 4:00 p.m. (ET).

Responses Received:

a)      Informal comments from Stone Oilfield Services, Inc.;

b)      Informal comments from Stone Rentals II, LLC

c)      Informal comments from WaterFleet, LLC;

d)      Informal comments from ACE Tubular Services, LLC;

e)      Informal comments from Paladin Completion Services, LLC;

f)      Informal comments from Impac Exploration Services, Inc.;

g)      Informal comments from ProPetro Services, Inc.;

h)      Informal comments from DuraChem Production Services, LLC;

i)      Informal comments from Clearwater Resources, LLC;

j)      Informal comments from Supreme Productions;

k)      Informal comments from CRG Financial LLC;

l)      Informal comments from Kodiak Gas Services, LLC;

m)      Response of Petrosmith Equipment, L.P. in Opposition to Debtors' Eighth Omnibus (Substantive) Objection to Claims (D.I. 1501, Filed 9/3/20);

n)      Response of GM Oilfield & Trucking Services, LLC in Opposition to Debtors' Eighth Omnibus (Substantive) Objection to Claims – (I) Reduce and Allow Secured Claims, (II) Reclassify Claims, and (III) Reduce and Reclassify Claims (D.I. 1502, Filed 9/3/20);

o)      Response of FTS International Services, LLC to Debtors' Eighth Omnibus (Substantive) Objection to Claims – (I) Reduce and Allow Secured Claims; (II) Reclassify Claims, and (III) Reduce and Reclassify Claims (D.I. 1503, Filed 9/4/20);

p)      Taurex Drill Bits, LLC Response to Debtors' Eighth Omnibus (Substantive) Objection to Claims – (I) Reduce and Allow Secured Claims; (II) Reclassify Claims, and (III) Reduce and Reclassify Claims (D.I. 1504, Filed 9/4/20); and

q)      AAA Well Service, LLC's Response To Debtors' Second Omnibus (Non-Substantive) Objection to Claims – Wrong Case Claims [D.I. 1413]; Debtors' Fifth Omnibus (Non-Substantive) Objection to Claims – Duplicate Claims [D.I. 1416]; and Eighth Omnibus (Substantive) Objection to Claims – (I) Reduce and

Allow Secured Claims, (II) Reclassify Claims, and (III) Reduce And Reclassify Claims [D.I. 1441] (D.I. 1615, Filed 10/2/20).

Related Pleadings:

a)      Declaration of Scott J. Davido in Support of Debtors' Eighth Omnibus (Substantive) Objection to Claims (D.I. 1442, Filed 8/21/20);

b)      Notice of Adjourned Hearing (D.I. 1487, Filed 8/28/20); and

c)      Notice of Further Adjourned Hearings on Claims Objections (D.I. 1601, Filed 9/29/20).

Status:  This matter has been adjourned to the hearing scheduled for November 17, 2020, at 10:00 a.m. (ET).


## MATTERS GOING FORWARD

10.    Debtors' Motion for an Order (I)(A) Establishing Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Scheduling Auction for and Hearing to Approve Sale of Debtors' Assets, (C) Approving Form and Manner of Notice of Sale, Auction, and Sale Hearing, (D) Approving Assumption and Assignment Procedures, and (E) Granting Related Relief and (II)(A) Approving Sale of Debtors' Assets, (B) Authorizing Assumption and Assignment of Executory Contracts and Leases, and (C) Granting Related Relief (D.I. 1546, Filed 9/11/20).

Objection Deadline:  October 6, 2020, at 4:00 p.m. (ET); extended to October 8, 2020, at 5:00 p.m. (ET) for Natixis, New York Branch ("Natixis") and BMO Harris Bank, N.A. ("BMO").

Responses Received:

a)      Limited Objection to Debtor MDC Reeves Energy, LLC's Motion for an Order Related to Sale of Its Assets Pursuant to Rule 363 and Reservation of Rights (D.I. 1617, Filed 10/5/20).

Related Pleadings:  None.

Status:  This matter is going forward.

11.    Debtors' Motion for Order to Appoint Mediator in Connection with the Statutory Lien Disputes (D.I. 1606/A.D.I. 189, Filed 9/29/20).

Objection Deadline:  October 8, 2020, at 4:00 p.m. (ET); extended to October 8, 2020, at 5:00 p.m. (ET) for Natixis and BMO.

<u>Responses Received</u>:

a)      Declaration of Steven A. Felsenthal (<u>D.I. 1619</u> /<u>A.D.I. 202</u>, Filed 10/5/20)**; and**

b)      **Limited Objection of Tier One Energy LLP and Tier One Energy Services, LLC to Debtors' Motion for Order to Appoint Mediator in Connection with the Statutory Lien Disputes (<u>D.I. 1623</u>, Filed 10/8/20).**

<u>Related Pleadings</u>:

a)      Notice of Filing of Revised Proposed Order to Appoint Mediator in Connection with the Statutory Lien Disputes (<u>D.I.1620</u>/<u>A.D.I. 203</u>, Filed 10/5/20).

<u>Status</u>:  This matter is going forward.

12.     Debtors' Fourth Motion for Entry of an Order Pursuant to Section 1121(d) of the Bankruptcy Code Extending Their Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof (<u>D.I. 1607</u>, Filed 9/29/20).

<u>Objection Deadline</u>:  October 6, 2020, at 4:00 p.m. (ET); extended to October 8, 2020, at 5:00 p.m. (ET) for Natixis and BMO.

<u>Responses Received</u>:  None.

<u>Related Pleadings</u>:  None.

<u>Status</u>:  This matter is going forward.


<u>FEE APPLICATIONS</u>

13.     Interim Fee Application Hearing.

<u>Related Pleadings</u>:  See attached <u>Exhibit A</u>.

<u>Status</u>:  This matter is going forward.  The *First Interim Fee Application Request of Morris, Nichols, Arsht & Tunnell LLP, as Delaware Bankruptcy Co-Counsel for the Debtors and Debtors In Possession, for Allowance of Monthly Compensation and for Monthly Reimbursement of All Actual and Necessary Expenses Incurred for the Period October 22, 2019 Through and Including February 29, 2020* [D.I. 865] has been partially resolved and is going forward with respect to the contested portion of the relief sought.


<u>PRETRIAL CONFERENCES</u>

14.     Pilot Thomas Logistics, LLC v. MDC Energy LLC, et al. (20-ap-50553).

Related Documents:

a)    Notice of Pretrial Conferences (D.I. 1614/A.D.I. 194, Filed 10/2/20); and

b)    Notice of Proposed Scheduling Order (A.D.I. 205, Filed 10/6/20).

Status:  This matter is going forward as a pretrial conference.

15.    Baker Hughes Oilfield Operations, LLC, *et al.* v. Tier One Energy, LLP, *et al.* (20-ap-50814).

Related Documents:

a)    Summons and Notice of Pretrial Conference (A.D.I. 3, Filed 8/18/20); and

b)    Notice of Proposed Scheduling Order (A.D.I. 6, Filed 10/8/20).

Status:  This matter is going forward as a pretrial conference.

16.    Baker Hughes Oilfield Operations, LLC, *et al.* v. Alamo Pressure Pumping, LLC, *et al.* (20-ap-50815).

Related Documents:

a)    Summons and Notice of Pretrial Conference (A.D.I. 3, Filed 8/18/20); and

b)    Notice of Proposed Scheduling Order (A.D.I. 80, Filed 10/8/20).

Status:  This matter is going forward as a pretrial conference.

Dated:  October 8, 2020          MORRIS, NICHOLS, ARSHT & TUNNELL LLP
       Wilmington, Delaware

*/s/ Brett S. Turlington*
Robert J. Dehney (No. 3578)
Eric D. Schwartz (No. 3134)
Daniel B. Butz (No. 4227)
Brett S. Turlington (No. 6705)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989
Email:  rdehney@mnat.com
       eschwartz@mnat.com
       dbutz@mnat.com
       bturlington@mnat.com

- and -

Andrew K. Glenn (admitted *pro hac vice*)
Matthew B. Stein (admitted *pro hac vice*)
David J. Mark (admitted *pro hac vice*)
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, New York 10019
Telephone:  (212) 506-1700
Facsimile:  (212) 506-1800
Email:  AGlenn@kasowitz.com
       MStein@kasowitz.com
       DMark@kasowitz.com

*Counsel for Debtors and Debtors in Possession*