### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Re Docket No. 695,1387<br>Objection Deadline: Extended to 10/9/2020<br>for Coalition<br>Hearing Date: 10/14/2020 @ 10:00 a.m. |

### JOINDER OF THE COALITION OF ABUSED SCOUTS FOR JUSTICE TO THE TORT CLAIMANTS' COMMITTEE'S MOTION TO SUPPLEMENT THE CLAIMS BAR DATE ORDER REGARDING THE ELECTRONIC EXECUTION OF ABUSE PROOFS OF CLAIM

The Coalition of Abused Scouts for Justice (the "Coalition"), by its undersigned counsel, hereby submits this Joinder of the Coalition of Abused Scouts for Justice to the Tort Claimants' Committee's Motion to Supplement the Claims Bar Date Order Regarding the Electronic Execution of Abuse Proofs of Claims and in furtherance thereof states as follows:

1.      The logistical barriers to filing proofs of claim for sexual abuse victims should be as limited as possible.  The Coalition joins and supports the Tort Claimants' Committee's Motion to allow for electronic execution of sexual abuse survivor proof of claims.

2.      In addition, and as specifically provided for in Bankruptcy Rule 3001, the Coalition has separately filed the Coalition's Motion for Order Permitting Filing of Proof of Claim Forms Signed By Authorized Counsel (Docket # 1388).  The Coalition believes that these two Motions are complimentary and reserves all rights as it relates to the Coalition's Motion for

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Order Permitting Filing of Proof of Claim Forms Signed By Authorized Counsel.  In addition,

The Coalition notes that the U.S. Trustee supports both Motions.  (Docket #1424).

## <u>CONCLUSION</u>

WHEREFORE, the Coalition respectfully requests that the Court enter the order granting

the Tort Claimants' Committee's Motion to Supplement the Claims Bar Date Order Regarding

the Electronic Execution of Abuse Proofs of Claims and granting the Coalition such other and

further relief as the Court deems just and proper.

Dated: October 8, 2020
Wilmington, Delaware

MONZACK MERSKY
BROWDER AND HOCHMAN, P.A.

*/s/ Rachel B. Mersky*
Rachel B. Mersky, Esq. (DE No. 2049)
1201 North Orange Street, Suite 400
Wilmington, Delaware 19801
Telephone:     (302) 656-8162
Facsimile:     (302) 656-2769
E-mail:          RMersky@Monlaw.com

-and-

BROWN RUDNICK LLP
David J. Molton, Esq.  (admitted *pro hac vice*)
Eric R. Goodman, Esq. (admitted *pro hac vice*)
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
E-mail: DMolton@BrownRudnick.com
E-mail: EGoodman@BrownRudnick.com

-and-

Sunni P. Beville, Esq. (admitted *pro hac vice*)
Tristan G. Axelrod, Esq. (admitted *pro hac vice*)
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
E-mail: SBeville@BrownRudnick.com
E-mail: TAxelrod@BrownRudnick.com
*Co-Counsel to the Coalition of Abused Scouts for Justice*