**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 34** |

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE AND WITHDRAW THE APPEARANCE** of Brett D. Fallon, Esq., formerly of Morris James LLP, as counsel for Old Republic Insurance Company (the "Company").

**PLEASE TAKE FURTHER NOTICE AND ENTER THE APPEARANCE** of Stephen M. Miller, Esq. and Carl N. Kunz, III, of Morris James LLP, as counsel for the Company. The Company will continue to be represented by Margaret M. Anderson, Esq., of Fox Swibel Levin & Carroll LLP, and the Company hereby requests, pursuant to Fed. R. Bankr. P. 2002, 3017 and 9007, Del. Bankr. L.R. 2002-1, and 11 U.S.C. §§ 342 and 1109(b), that copies of all notices and pleadings given or filed in this case be given and served upon them at the following addresses, and facsimile and telephone numbers:

| | |
|---|---|
| Stephen M. Miller (DE Bar No. 2610)<br>Carl N. Kunz, III (DE Bar No. 3201)<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 888-6800<br>Facsimile: (302) 571-1750<br>E-mail: smiller@morrisjames.com<br>E-mail: ckunz@morrisjames.com | Margaret M. Anderson, Esq.<br>Fox Swibel Levin & Carroll LLP<br>200 W. Madison Street<br>Suite 3000<br>Chicago, IL 60606<br>Telephone: (312) 224-1224<br>Facsimile: (312) 224-1201<br>E-mail: panderson@foxswibel.com |

12178443/1

| | |
|---|---|
| Dated:  October 9, 2020 | **MORRIS JAMES LLP** |

/s/ *Stephen M. Miller*
Stephen M. Miller (DE Bar No. 2610)
Carl N. Kunz, III (DE Bar N. 3201)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone:  (302) 888-6800
Facsimile:  (302) 571-1750
E-mail:  smiller@morrisjames.com
E-mail:  ckunz@morrisjames.com

and

**FOX SWIBEL LEVIN & CARROLL LLP**
Margaret M. Anderson, Esq.
200 W. Madison Street
Suite 3000
Chicago, IL 60606
Telephone: (312) 224-1224
Facsimile: (312) 224-1201
E-mail: panderson@foxswibel.com

Attorneys for Old Republic Insurance Company

| | |
|---|---|
| Dated:  October 9, 2020 | **FAEGRE DRINKER BIDDLE & REATH LLP** |

/s/ *Brett D. Fallon*
Brett D. Fallon (DE Bar No. 2480)
222 Delaware Ave., Suite 1410
Wilmington, DE 19801
Telephone: (302) 467 4224
E-mail: brett.fallon@faegredrinker.com

Withdrawing Attorney for Old Republic Insurance Company

2