**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| BOY SCOUTS OF AMERICA AND ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC[1], ) | |
| ) | *Jointly Administered* |
| Debtors ) | |
| ) | Ref. No. 1153 |

**CERTIFICATION OF NO OBJECTION REGARDING
MOTION FOR RELIEF FROM STAY**

The undersigned certifies that Salvador Contreras Rivera and Kasandra Lopez Ramirez (hereinafter "Movants") filed a Motion for Relief from Stay on August 26, 2020 (hereinafter "Motion"). Movants have received no answer, objection or any other responsive pleading with respect to the Motion. Attached to the Motion was a proposed form of Order. The undersigned further certifies that no answer, objection or other responsive pleading to the Motion has appeared on the Court's docket in the above captioned Chapter 11 case. Pursuant to the Notice of Motion, any objection or response to the Motion was to be filed no later than October 7, 2020 at 4:00 p.m. EST.

WHEREFORE, Movants respectfully requests that an Order, substantially in the form attached hereto as **Exhibit "A**, be entered at the earliest convenience of the Court.

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Dated: October 9, 2020

By: /s/ Kristi J. Doughty
Richard A. Barkasy (#4683)
Kristi J. Doughty (#3826)
SCHNADER HARRISON SEGAL & LEWIS LLP
824 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 482-4038
Facsimile: (302) 888-1696
rbarkasy@schnader.com
kdoughty@schnader.com

*Attorneys for Salvador Contreras Rivera and Kasandra Lopez Ramirez*