**CERTIFICATE OF SERVICE**

The undersigned certifies that on October 9, 2020, the foregoing *Objection of Daniel Webster Council to Motion of the Official Tort Claimants' Committee Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 for an Order Authorizing the Issuance of Subpoenas for Discovery from Debtors and Certain Local Councils* was electronically filed with the Clerk of the United States Bankruptcy Court for the District of Delaware by using the CM/ECF system and that service upon the Debtors and all interested parties will be accomplished by the CM/ECF system.

                                                                              */s/ Joseph H. Huston, Jr.*
                                                                              Joseph H. Huston, Jr. (No. 4035)