# EXHIBIT 1

```
                                                                    1

                   UNITED STATES BANKRUPTCY COURT
                       DISTRICT OF DELAWARE

                                     .    Chapter 11
IN RE:                               .
                                     .    Case No. 20-10343 (LSS)
BOY SCOUTS OF AMERICA and            .
DELAWARE BSA, LLC,                   .    Courtroom No. 2
                                     .    824 North Market Street
                                     .    Wilmington, Delaware 19801
                                     .
              Debtors.               .    May 18, 2020
. . . . . . . . . . . . . . . . .         10:00 A.M.


                       TRANSCRIPT OF HEARING
         BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN
                 UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For the Debtor:          Derek C. Abbott, Esquire
                         MORRIS, NICHOLS, ARSHT & TUNNELL LLP
                         1201 North Market Street, 16th Floor
                         P.O. Box 1347
                         Wilmington, Delaware 19899

                         - and -

For the Debtors:         Jessica C. Boelter, Esquire
                         Michael Andolina, Esquire
                         SIDLEY AUSTIN LLP
                         787 Seventh Avenue
                         New York, New York 10019

                         - and -

                         Richard Mason, Esquire
                         WACHTELL LIPTON ROSEN & KATZ
                         51 West 52nd Street
                         New York, New York 10019

                         - and -

                         Shannon Wheatman, Esquire
                         KINSELLA MEDIA
                         Washington, D.C. 20037
```

1   the question that asks what type of scouting unit were you
2   involved with and then it has to check the box for the
3   different types, what harm would there be in, in asking for
4   their troupe numbers or something that identifies a
5   particular location?
6           MR. STANG:  Your Honor, I think, first of all,
7   there's no harm in that, but I think it's asked already.
8   Section -- question G says:  What was the scouting unit
9   number?
10          This is -- I (indiscernible) Boy Scouts, so some
11  of this language doesn't necessarily -- I can't really say
12  whether it works or not, but the unit number, I think, was
13  meant to be troupe number, I mean, that's how I would
14  interpret it.  Location, again, that kind of, you know, I was
15  in Miami Beach, Florida, and my elementary school and if I
16  don't remember the troupe number, then I can remember the
17  chartered organization.
18          Now, look at H; it gives you that information.  We
19  actually call people out a little bit saying, Was it a
20  church?  Was it a school?  Religious institution?
21          So, I think those questions are there and to
22  (indiscernible) those points, the local councils maintain
23  troupe rosters.  I won't speak to how far they go back.  They
24  know.  I don't.  That troupe roster shows you who was your
25  scout volunteer, who is the chartered organization -- when I

1   say, "scout volunteer," there are obviously several in the
2   troupe -- they show at least who the head is, if not all of
3   them -- it shows every child's name.
4           Now again, I'm not going to speak to how long they
5   maintain these rosters, and so --
6           THE COURT:  Thank you.  I see that information.
7   It actually looks like you asked for the same information
8   multiple times.
9           Okay, in terms of the type of scouting, one is
10  more generally and one is, then, during the sexual abuse.  I
11  see.  Okay.
12          I'm not going to require the additional
13  information.  I don't actually know if -- and certainly not
14  based on Mr. Conte's declaration or even what I heard today
15  in his testimony, that more information is necessarily
16  better.  It might be different and it may or may not be
17  helpful.
18          Certainly, factual information, more specific,
19  concrete factual information about places and times and
20  things like that, that could be helpful, but I don't know
21  that the relevance of the person's education levels and
22  whether they -- whether that's a relevant factor and whether
23  they've been abused, reported the abuse, is lying, is not
24  lying, I don't know that that's relevant to anything.
25          I think this form is more than sufficient to

1  provide the debtors with information in which to be able to
2  use it to, for what I thought was the purpose, which is to
3  try to come to a consensual resolution.  And I don't know
4  that more information is better and I do have a concern that
5  the more intrusive the information is or the more it suggests
6  that there's going to be contact with institutions or persons
7  that are listed, it will discourage parties, abuse victims
8  from coming forward and we don't want to do that.  So, I'm
9  not going to require that additional information.
10             And the specific information that I didn't see
11 first by looking at Paragraph E, I see is in the section on
12 involvement with scouting, I see is required or requested in
13 the section on nature of the sexual abuse.
14             So, I think now we've dealt with all of the issues
15 that anyone has?
16        (No verbal response)
17             THE COURT:  I'll take the silence as a yes.
18             UNIDENTIFIED:  Your Honor, the TCC has nothing
19 more.
20             THE COURT:  Thank you.  Okay.
21             MR. ABBOTT:  Thank you, Your Honor.  Derek Abbott
22 here for the debtors.
23             Okay.  We've gotten through one of our agenda
24 items.  We have another, Your Honor, and given that we've
25 been going for almost three and a half hours, I wonder if the

1  course -- Derek Abbott for the debtors, Your Honor --
2  mention, of course, the protective order and the June 8th
3  conference.  I don't know if there's anything else that the
4  parties wish to present to the Court about that in terms of
5  status today but understand we will be hearing that on
6  the 8th, Your Honor.
7           UNIDENTIFIED:  I think my update served as a
8  status and, Your Honor, we hope not to see you about the
9  protective order and I'm sure you feel the same.
10          THE COURT:  Okay.  Well, I was going to say
11 something, but I guess I didn't have to, then.
12          Okay.  So, I think we've completed the docket for
13 today.
14          MR. ABBOTT:  We have, Your Honor.  Thanks very
15 much.
16          THE COURT:  Okay.  Thank you, everyone.
17          We're adjourned.
18      (Proceedings concluded at 3:03 p.m.)
19                       CERTIFICATE
20
21    I, MARY ZAJACZKOWSKI, certify that the foregoing is a
22 correct transcript from the electronic sound recording of the
23 proceedings in the above-entitled matter.
24
   /s/Mary Zajaczkowski              May 19, 2020
25 Mary Zajaczkowski, CET**D-531