# CERTIFICATE OF SERVICE

I, Gregory J. Flasser, hereby certify that on the 9th day of October 2020, I caused copies of **Hartford's Objection to the Motion of Coalition of Abused Scouts for Justice for Order Permitting Filing of Proof of Claim Forms Signed by Authorized Counsel in Accordance with Bankruptcy Code Section 501 and 502, Bankruptcy Rule 3001, and Official Form 410** to be served via email on the parties listed below:

MONZACK MERSKY BROWDER AND HOCHMAN, P.A.
Rachel B. Mersky
Email: rmersky@monlaw.com

BROWN RUDNICK LLP
David J. Molton
Sunni P. Beville
Tristan G. Axelrod
Email: dmolton@brownrudnick.com
sbeville@brownrudnick.com
taxelrod@brownrudnick.com

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Derek C. Abbott
Andrew R. Remming
Joseph C. Barsalona II
Eric W. Moats
Paige N. Topper
Email: dabbott@mnat.com
aremming@mnat.com
jbarsalona@mnat.com
emoats@mnat.com
ptopper@mnat.com

SIDLEY AUSTIN LLP
Jessica C. K. Boelter
Email: jboelter@sidley.com

SIDLEY AUSTIN LLP
Thomas A. Labuda
Michael C. Andolina
Matthew E. Linder
Blair M. Warner
Email: tlabuda@sidley.com
mandolina@sidley.com
mlinder@sidley.com
blair.warner@sidley.com

OFFICE OF THE UNITED STATES TRUSTEE
David L. Buchbinder
Hannah M. McCollum
Email: David.l.buchbinder@usdoj.gov
Hannah.mccollum@usdoj.gov

KRAMER, LEVIN, NAFKALIS & FRANKEL LLP
David E. Blabey, Jr.
Thomas Moers Mayer
Rachael Ringer
Jennifer R. Sharret
Megan M. Wasson
Email: dblabey@kramerlevin.com
tmayer@kramerlevin.com
rringger@kramerlevin.com
jsharret@kramerlevin.com
mwasson@kramerlevin.com

REED SMITH LLP
Kurt F. Gwynne
Katelin Ann Morales
Email: kgwynne@reedsmith.com
kmorales@reedsmith.com

*/s/ Gregory J. Flasser*
Gregory J. Flasser (No. 6154)