# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE Boy Scouts, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: Docket No. 695, 1388**<br>**Hearing Date: Oct. 14, 2020 at 10:00 a.m.** |

### DECLARATION OF ANDREW KIRSCHENBAUM IN SUPPORT OF CENTURY'S OBJECTION TO THE COALITION'S MOTION FOR ORDER PERMITTING FILING OF PROOF OF CLAIM FORMS SIGNED BY AUTHORIZED COUNSEL IN ACCORDANCE WITH BANKRUPTCY CODE SECTIONS 501 AND 502, BANKRUPTCY RULE 3001, AND OFFICIAL FORM 410

I, Andrew Kirschenbaum, pursuant to 28 U.S.C. § 1746(2), under penalty of perjury, hereby declare as follows:

1. I am an associate at the firm O'Melveny & Myers LLP, Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Westchester Fire Insurance Company, and Westchester Surplus Lines Insurance Company. I submit this declaration based on my personal knowledge of the proceedings in *In re Boy Scouts of America and Delaware BSA, LCC*, and review of the documents described below.

2. Attached hereto as **Exhibit 1** is a true and correct copy of an article entitled "Boy Scouts Bankruptcy Will Cause Ripple Effect Among Abuse Cases in Washington and Across the Nation, Lawyers Say" by Lewis Kamb, published in the Seattle Times on February 18, 2020,

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware Boy Scouts, LLC (4311). The Debtors' mailing address is 1325 West Walnut Law, Irving, Texas 75038.

available at https://www.seattletimes.com/seattle-news/boy-scouts-bankruptcy-will-cause-ripple-effect-among-abuse-cases-in-washington-and-across-the-nation-lawyers-say/.

3. Attached hereto as **Exhibit 2** is a true and correct copy of an article entitled "Boy Scouts of America Driven to Ch. 11 by Sex Abuse Claims" by Jeff Montgomery, published on Law360 on February 18, 2020, available at https://www.law360.com/articles/1244711/boy-scouts-of-america-driven-to-ch-11-by-sex-abuse-claims.

4. Attached hereto as **Exhibit 3** is a true and correct copy of a press release entitled "Tribeca Capital Group Offers Financial Help to Victims of Boy Scout Abuse" published on PRNewswire on October 6, 2020, available at https://www.prnewswire.com/news-releases/tribeca-capital-group-offers-financial-help-to-victims-of-boy-scout-abuse-301145079.html.

I declare under pain and penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated: October 9, 2020                                  Respectfully Submitted,

                                                        By: */s/ Andrew Kirschenbaum*
                                                        ANDREW KIRSCHENBAUM

# EXHIBIT 1

10/9/2020 Boy Scouts bankruptcy will cause ripple effect among abuse cases in Washington and across the nation, lawyers say | The Seattle Times

Case 20-10343-LSS  Doc 1464  Filed 10/09/20  Page 4 of 14

Local News

*The Seattle Times*

# Boy Scouts bankruptcy will cause ripple effect among abuse cases in Washington and across the nation, lawyers say

Feb. 18, 2020 at 5:49 pm



By Lewis Kamb

*Seattle Times staff reporter*

It happened multiple times between the ages of 11 and 15, says A.N., a Snohomish County man known only by his initials in a lawsuit.

He was a Boy Scout then, in Troop 8 out of Everett. During summers from 1977 to 1981 he worked at the Fire Mountain Scout Camp near Mount Vernon, where A.N.'s lawsuit says he encountered a sexual predator named Charles Grewe.

The scouting leader molested the boy "numerous times," the lawsuit states, and as a result, A.N. lived "in constant fear and anxiety that Grewe would sexually abuse him and that other Scouts would find out about the abuse."

In his decades since scouting, A.N. says he's experienced severe emotional trauma, including "shame, humiliation and loss of enjoyment of life." Only last year did he start "to take the steps to understand the nature and extent of the injuries he has suffered as a result of the abuse," his suit says.

But exactly how A.N. — and hundreds of other men like him in Washington and across the nation — will be able to seek justice against the Boy Scouts of America (BSA) is uncertain. Facing scores of lawsuits, the Boy Scouts of America's national council filed for bankruptcy this week to limit and protect its potential financial liability stemming from decades-old sexual abuse claims.

The Irving, Texas-based scouting group, a nonprofit corporation that serves as the national umbrella organization under which some 275 local scouting councils operate, said in a statement Tuesday its bankruptcy case aims to create a Victims Compensation

10/9/2020 Boy Scouts bankruptcy will cause ripple effect among abuse cases in Washington and across the nation, lawyers say | The Seattle Times

Case 20-10343-LSS Doc 1464 Filed 10/09/20 Page 5 of 14

Trust to "provide equitable compensation to victims." At the same time, the Chapter 11 filing seeks to help the BSA survive "to continue carrying out its mission for years to come," the organization announced.

"Tragically, there have been times when individuals took advantage of the BSA's programs to harm children," the Boy Scouts said in a statement posted to the group's website Tuesday. "The BSA firmly believes that a proposed Victims Compensation Trust structure is the best means of compensating victims in a way that is equitable and protects their identities. The BSA encourages victims to come forward to file a claim as the bankruptcy process moves forward and will provide clear and comprehensive notices about how to do so."

But two Seattle trial lawyers who are nationally renowned for their handling of Boy Scouts abuse cases say the bankruptcy filing will complicate ongoing lawsuits brought by abuse survivors and will attempt to limit future claims from others. A motion included in the Boy Scouts' federal bankruptcy case, filed in Delaware, proposes an 80-day "bar date," or deadline, for any further claims to be filed against the BSA.

"What they're proposing is absurd," said Seattle lawyer Tim Kosnoff, whose Abused in Scouting group represents about 2,000 clients, including more than 100 in Washington state. "We'll never agree to it, and I doubt a court will, either. But if you're a victim of scouting abuse, the time is now to come forward."

Attorney Michael Pfau, whose Seattle firm represents A.N. among his three active lawsuits in Washington, and about 300 other clients nationwide, noted that ongoing suits against the national BSA automatically will be stayed, or halted, while the bankruptcy is litigated.

"For many of my clients, compensation is not the primary concern," Pfau said. "They want transparency. Their fear is that with this bankruptcy, everything is going to be swept under the rug. So the question now really is, are the Boy Scouts going to be held accountable?"

## Ripple effect

A trend of recent changes to state laws to eliminate, extend or otherwise ease legal deadlines for childhood sexual abuse survivors to take legal action precipitated the Boy Scouts bankruptcy. Recent statute-of-limitations changes for sex abuse cases in

10/9/2020 Boy Scouts bankruptcy will cause ripple effect among abuse cases in Washington and across the nation, lawyers say | The Seattle Times

Case 20-10343-LSS Doc 1464 Filed 10/09/20 Page 6 of 14

California, New York, New Jersey and elsewhere have opened the floodgates to hundreds of potential lawsuits.

"The Boy Scouts have spent millions of dollars lobbying state legislatures to try to stop these changes," Kosnoff said. "But they've failed, and now see the handwriting on the wall."

In its statements about the Chapter 11 filing, the Boy Scouts signaled the bankruptcy will seek to separate the national group from its local scouting affliates.

"Local councils are legally independent, separate and distinct from the national organization," the BSA contends on a new website, [www.bsarestructuring.org](www.bsarestructuring.org), dedicated to information about the bankruptcy case. The local councils are not part of the bankruptcy, nor are local assets "directly affected … because the local councils are not filing entities," the website says.

Michael S. Quirk, executive of the Chief Seattle Council, Washington's largest council, did not immediately respond Tuesday to a request for comment about the case.

Lawyers for abuse victims contend such delineation is complicated by ongoing financial relationships and shared assets, as well as documented, collective failures shared by both the national and local councils in many of the abuse cases.

A likely issue of contention will be how national BSA will seek to protect local councils and their sponsoring organizations, such as the Catholic or Mormon churches, Pfau said.

"This creates a huge ripple effect that I suspect will be a very, very big issue," he said. "Does BSA drag the local councils into bankruptcies with it, and will they implicate their sponsors? It could get very messy very quickly."

Battles over transparency also are likely to come into play.

For more than 100 years, the BSA has kept so-called "perversion files" — internal records that tracked and, in theory, aimed to weed out suspected pedophiles within Scouting ranks. In recent years, an expert hired to review the files for the BSA identified 7,819 perpetrators suspected or implicated in the abuse of more than 12,000 scouts nationwide, though some experts believe the number is likely larger.

Also known as the "ineligible volunteer," or IV files, a portion was disclosed in 2012 under an Oregon Supreme Court ruling, revealing scores of names of suspected

10/9/2020 Boy Scouts bankruptcy will cause ripple effect among abuse cases in Washington and across the nation, lawyers say | The Seattle Times

Case 20-10343-LSS Doc 1464 Filed 10/09/20 Page 7 of 14

pedophiles that spurred lawsuits nationwide. Among them were at least 38 scouting officials in Washington state, several of whom the BSA knew posed a danger to kids, but allowed to remain in scouting.

That includes Grewe, whose IV file begins in 1987 with news clippings and correspondence between the local Evergreen Area Council and national BSA. Grewe's records center on a criminal case brought against him after he left Scouting, while working as a school-bus driver.

But public records show multiple boys from Lake Stevens complained to the Snohomish County Sheriff's Department and the local council that Grewe had molested them in 1981, while he was an assistant Scoutmaster. Nonetheless, Grewe continued in scouting and was given a full-time position as Fire Mountain's aquatics director.

Grewe, who was convicted of child rape and indecent liberties in 1989 and is now a registered sex offender living in Lake Stevens, did not return a phone call Tuesday.

"This is just one example of a guy who fell through the cracks that implicates both the local and national councils," Pfau said. "But what about all the other files the Boy Scouts have kept secret for the past century? My clients and other abuse survivors don't want this bankruptcy to sweep that all away."

*Lewis Kamb: 206-464-2932 or lkamb@seattletimes.com; on Twitter: @lewiskamb.*



View 32 Comments

# EXHIBIT 2



Portfolio Media. Inc. | 111 West 19th Street, 5th floor | New York, NY 10011 | www.law360.com
Phone: +1 646 783 7100 | Fax: +1 646 783 7161 | customerservice@law360.com

# Boy Scouts Of America Driven To Ch. 11 By Sex Abuse Claims

By **Jeff Montgomery**

Law360 (February 18, 2020, 10:21 AM EST) -- Citing a $150 million — and rising — burden of settlements with victims of alleged sexual abuse, the Boy Scouts of America sought Chapter 11 protection in Delaware early Tuesday, proposing a long-term "mass tort" compensation structure similar to that used for asbestos claims.

Brian Whittman, managing director at Alvarez & Marsal North America LLC, restructuring adviser to the organization and its Delaware affiliate, said in a case-opening declaration that BSA had been considering strategic options since 2018 for achieving an "equitable global resolution of abuse claims" with the assistance of legal and financial advisers.

Eventually, the group settled on the creation of a Victims Compensation Trust, to be financed in part from insurance claim proceeds, with all claims paid through the trust and in some cases subject to mediation.

Some 275 abuse-related suits already are working through state and federal courts, Whittman said, with another 1,400 potential cases in the wings.

"The BSA cannot continue to address abuse litigation in the tort system on a case-by-case basis," Whittman said in the declaration. "In addition to the unsustainable financial cost of continuing to engage in piecemeal litigation across the country, continuing this process will result in the risk of inconsistent judicial outcomes and inequitable treatment of victims."

The organization filed a related, sealed adversary suit on Tuesday seeking a preliminary injunction halting continued prosecution of abuse claims against BSA, local counsels chartered organizations and affiliates, with all cases to be consolidated and transferred to the U.S. District Court for the District of Delaware.

Among the initial bankruptcy court documents were acknowledgments that predators had sometimes used scouting organizations to gain access to children, volunteers or employees, and failure by the group to act effectively on allegations and transgressions.

"The BSA understands that no apology can repair damage caused by abuse or take away pain that victims have endured," the group said. It added that it encourages victims to come forward and that it "cares deeply about all victims of child abuse and sincerely apologizes to anyone who was harmed during their time in scouting."

Founded in 1910, the Boy Scouts reports that it has served more than 130 million participants, with the help of 35 million adult volunteers over the years. The group currently has about 2.2 million members in 81,000 units around the country.

Although the Boy Scouts reported $61.5 million in secured debt, another $50 million in trade and unsecured debt and $183 million in unfunded pension liabilities, total liabilities were estimated at $500 million to $1 billion in the organization's initial Chapter 11 petition.

Part of the group's plan includes the establishment of a channeling process that will direct claims

through an independent third-party representative and process with similarities to the one established for asbestos claims. James L. Patton Jr., a future claims representative already active in asbestos cases, was chosen for that role by BSA.

Much like claims for asbestos-related illnesses, which often involve long-past exposures, some 90% of current or anticipated claims involve alleged offenses from 30 or more years ago, according to the group's initial filings.

Pressure on the scouting organization to act has increased in recent years with states passing legislation relaxing or lifting statutes of limitation on sexual abuse claims. Since 2002, 17 states have taken steps that allowed suits to go forward that previously would have been time-barred.

Without a comprehensive solution and with continued piecemeal litigation, the group cautioned, the steady increase in the number of suits and damage claims would have limited relief only to those who sue earliest.

A proposed Chapter 11 plan filed on Tuesday reported that BSA has about $1 billion in assets overall, including about $186 million in cash and $200 million in investments. Insurance policy coverage limits were not listed among potential assets.

"For the BSA, a consensual, expeditious, global resolution of all claims related to abuse in the BSA's scouting programs is the only realistic path forward," the group said. "The BSA cannot continue to litigate abuse claims in the civil tort system, especially in light of the recent changes in state statutes of limitations and corresponding increase in the number of pending claims."

The case has been assigned to U.S. Bankruptcy Judge Laurie Selber Silverstein, with an initial hearing set for Feb. 19.

Among the initial items is a motion to appoint a judicial mediator to handle disputes over claim resolution, as well as an ad hoc committee of scouting councils and establishment of a deadline, or bar date, for filing of "proofs" of claims by victims as well as creditors.

"A prolonged bankruptcy case would erode public confidence in the BSA, jeopardize its ability to operate, and ultimately deprive America's youth of the ability to participate in scouting," the group's motion for appointment of a mediator said. "Importantly, it would also deplete the assets available to compensate abuse victims."

The Boy Scouts of America and its affiliates are represented by Derek C. Abbott, Andrew R. Remming, Joseph C. Barsalona II, Eric W. Moats and Paige N. Topper of Morris Nichols Arsht & Tunnell LLP and Jessica Boelter, James F. Conlan, Thomas A. Labuda, Michael C. Andolina, Matthew E. Linder and Karim Basaria of Sidley Austin LLP .

The case is Boy Scouts of America and Delaware BSA LLC, case number 1:20-bk-10343, in the U.S. Bankruptcy Court for the District of Delaware.

--Editing by Alyssa Miller.

*Update: This story has been updated with more details and with comments from the Boy Scouts of America and additional attorney information.*

All Content © 2003-2020, Portfolio Media, Inc.

# EXHIBIT 3

# Tribeca Capital Group Offers Financial Help To Victims Of Boy Scout Abuse



NEWS PROVIDED BY
**Tribeca Capital Group, LLC** →
Oct 06, 2020, 09:37 ET

LOS ANGELES, Oct. 6, 2020 /PRNewswire/ -- With an important deadline looming in the Boy Scouts of America Chapter 11 bankruptcy case, litigation funding leader Tribeca Capital Group, LLC, announced today it will be providing financial assistance to qualified survivors who suffered abuse in one of BSA's programs and have filed a lawsuit or claim in the bankruptcy case. But they must act quickly.

To stem a tide of lawsuits, the Boy Scouts of America filed its Chapter 11 case on February 17, 2020, and shortly thereafter announced a reorganization plan that proposes a Victim Compensation Trust from which to pay claims. An expert hired by BSA itself identified almost 13,000 claims of abuse in the organization's files. Some abuse survivors, now in their 60s or older, were victimized as children by scout leaders, volunteers, camp workers, and even other scouts. "Of course, that number only represents reports made to the Boy Scouts itself. It doesn't reflect the many many cases that have gone unreported. We expect that some men will file claims in the bankruptcy case who might not have wanted to file a full-blown lawsuit. We'd like to hear from them, too," said Tribeca founder Rory Donadio.

Even though those claims might have been barred by state statutes of limitation, many states passed legislation that would recognize a claim that is decades old. Some states set cutoffs for bringing lawsuits that fall within the next year or two. Even so, under the agreement reached in

the bankruptcy case, claimants only have until November 16, 2020, to file claims regardless of whether they have filed a lawsuit. The reorganization plan is a global settlement of all claims against BSA and will prevent victims from continuing lawsuits already filed or from filing further suits against the national organization after that date.

"There is much that is not yet known about the settlement," says Tribeca's Donadio. "Whether the BSA's local councils will be included or which claims will be approved and for how much. Perhaps more importantly, we don't know when the bankruptcy court will allow the Boy Scouts to pay out claims."

Tribeca, however, is prepared to provide payments to claimants despite the uncertainties. Explains Donadio, "These victims have waited in some cases for decades to receive acknowledgement and compensation for the wrongs they suffered. Presettlement funding with Tribeca can help bring some peace and closure to them so that they will not have to wait the months or years it may take to receive just compensation for their injuries."

If you intend to make a claim for abuse you suffered in a program sponsored by the Boy Scouts, it is imperative that you act now. Claims against BSA that are not filed by November 16, 2020, will be barred. You can get more information and file a claim at www.OfficialBSAClaims.com. You can also consult with an attorney, often for free, who will help you evaluate your claim. Then, file an application with Tribeca Capital Group at tribecalawsuitloans.com to see if you qualify for an advance on any compensation under the BSA reorganization plan. If you are approved for a Tribeca advance and for some reason your bankruptcy claim is not approved, you will owe nothing to Tribeca. "We at Tribeca are your partner in this litigation. If you're not paid, we aren't either," emphasized Donadio.

Tribeca has been investing in plaintiff's litigation since 2016. If you are a plaintiff in a lawsuit and need financial help to continue prosecuting a case, whether it is a consumer case, class action, complex commercial litigation or you have a claim against the Boy Scouts of America, contact Rory Donadio, Tribeca Capital Group, LLC, at 866-388-2288.

Source: Tribeca Capital Group, LLC
Contact: Rory Donadio, CEO
Email: rory.donadio@tribecacapllc.com
Phone: 866-388-2288

Related Links

https://tribecalawsuitloans.com