**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the certification below, counsel moves for the admission *pro hac vice* of Carl E. Black of Jones Day to represent Circle Ten Council in the above-captioned cases.

Dated: October 7, 2020
    Wilmington, Delaware

*/s/ William P. Bowden*
William P. Bowden (DE Bar No. 2553)
**ASHBY & GEDDES, P.A.**
500 Delaware Avenue, P.O. Box 1150
Wilmington, Delaware 19899
Tel: (302) 654-1888
E-mail: wbowden@ashbygeddes.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Ohio, am admitted to practice before the United States District Court for the Northern District of Ohio, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the *Revised Standing Order for District Fund* effective August 31, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: October 7, 2020

*/s/ Carl E. Black*
Carl E. Black, Esq.
**JONES DAY**
901 Lakeside Avenue
Cleveland, Ohio 44114
Tel: (216) 586-3939/Fax: (216) 579-0212
E-mail: ceblack@jonesday.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

**Dated: October 9th, 2020
Wilmington, Delaware**