### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the certification below, counsel moves for the admission *pro hac vice* of Heather Lennox of Jones Day to represent Circle Ten Council in the above-captioned cases.

Dated: October 7, 2020  
    Wilmington, Delaware

*/s/ William P. Bowden*  
William P. Bowden (DE Bar No. 2553)  
**ASHBY & GEDDES, P.A.**  
500 Delaware Avenue, P.O. Box 1150  
Wilmington, Delaware 19899  
Tel: (302) 654-1888  
E-mail: wbowden@ashbygeddes.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Ohio and New York, am admitted to practice before the United States District Courts for the Northern and Southern Districts of Ohio, the Southern and Eastern Districts of New York, the Eastern District of Michigan, and the United States Court of Appeals for the Sixth Circuit, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the *Revised Standing Order for District Fund* effective August 31, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: October 7, 2020

*/s/ Heather Lennox*  
Heather Lennox, Esq.  
**JONES DAY**  
901 Lakeside Avenue  
Cleveland, Ohio 44114  
Tel: (216) 586-3939/Fax: (216) 579-0212  
E-mail: hlennox@jonesday.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**LAURIE SELBER SILVERSTEIN**  
**UNITED STATES BANKRUPTCY JUDGE**

**Dated: October 9th, 2020**  
**Wilmington, Delaware**