# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Ref. Docket Nos. 1387, 1388 & 1424 |

## DEBTORS' MOTION FOR LEAVE TO FILE DEBTORS' OMNIBUS RESPONSE TO (I) MOTION OF COALITION OF ABUSE SCOUTS FOR JUSTICE FOR ORDER PERMITTING FILING OF PROOF OF CLAIM FORMS SIGNED BY AUTHORIZED COUNSEL AND (II) TORT CLAIMANTS' COMMITTEE'S MOTION TO SUPPLEMENT THE CLAIMS BAR DATE ORDER REGARDING THE ELECTRONIC EXECUTION OF ABUSE PROOFS OF CLAIM

The Boy Scouts of America (the "BSA") and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession in the above-captioned chapter 11 cases (together, the "Debtors"), hereby move this Court (the "Motion for Leave") for leave to file the response attached hereto as **Exhibit A** (the "Omnibus Response")[2] to (a) the *Motion of Coalition of Abused Scouts for Justice for Order Permitting Filing of Proofs of Claim Forms Signed by Authorized Counsel in Accordance with Bankruptcy Code Sections 501 and 502, Bankruptcy Rule 3001, and Official Form 410* [Docket No. 1388] (the "Coalition Motion") filed by the Coalition of Abused Scouts for Justice (the "Coalition"); and (b) *The Tort Claimants' Committee's Motion to Supplement the Claims Bar Date Order Regarding the Electronic Execution of Abuse Proofs of Claim* [Docket No. 1387] (the "TCC Motion") filed by the Official Committee of Tort Claimants

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Omnibus Response.

(the "Tort Claimants' Committee"). In further support of the Motion for Leave, the Debtors respectfully state as follows:

## JURISDICTION

1. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The basis for the relief requested herein is section 105(a) of title 11 of the United States Code (the "Bankruptcy Code") and Local Rule 9006-1(d) of the *Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware* (the "Local Rules").

3. The Debtors consent to the entry of a final order by the Court in connection with this Motion for Leave to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments.

## BACKGROUND

4. On September 30, 2020, the Tort Claimants' Committee filed the TCC Motion and set the TCC Motion for hearing on October 14, 2020, at 10:00 a.m. (ET) (the "October Omnibus Hearing"). The initial response deadline for the TCC Motion was October 7, 2020, at 4:00 p.m. (ET).

5. On September 30, 2020, the Coalition filed the Coalition Motion and set it for a hearing at the October Omnibus Hearing. The initial response deadline for the Coalition Motion was October 7, 2020, at 4:00 p.m. (ET).

6. Prior to October 7, 2020, the Coalition and the Tort Claimants' Committee extended the Debtors' response deadline for the Coalition Motion and the TCC Motion to October 9, 2020, at 4:00 p.m. (ET).

## **RELIEF REQUESTED**

7. The Debtors respectfully request entry of an order, substantially in the form attached hereto as **Exhibit B**, granting them leave to file the Omnibus Response.

## **BASIS FOR RELIEF REQUESTED**

8. Local Rule 9006-1(c)(ii) provides that "the deadline for objection(s) shall be no later than seven (7) days before the hearing date…Any objection deadline may be extended by agreement of the movant; provided, however, that no objection deadline may extend beyond the deadline for filing the agenda." Local Rule 9029-3(a) requires that agendas be filed by 12:00 p.m. (ET) two business days prior to the hearing. Del. Bankr. L.R. 9029-3(a).

9. The Debtors respectfully submit that cause exists to grant the relief requested by this Motion for Leave. As noted above, the October Omnibus Hearing is scheduled for October 14, 2020, at 10:00 a.m. (ET). Pursuant to Local Rules 9006-1(c)(ii) and 9029-3(a), and due to the holiday occurring on Monday, October 12, 2020, the Debtors had until October 9, 2020, at 12:00 p.m. (ET) to file any responses or objections to the Coalition Motion or the TCC Motion.

10. Although the Debtors could simply present the information set forth in the Omnibus Response at the Hearing, the Debtors submit that being able to review the Omnibus Response prior to the Hearing will aid the Court in its consideration of the issues that are raised by the Coalition Motion and the TCC Motion. The Omnibus Response provides the Court with an opportunity to see the Debtors' view of the filings.

11. Additionally, no party will be prejudiced by the filing of the Omnibus Response as the Omnibus Response provides the parties time to review the Debtors' filing, and potentially discuss the matter, prior to the October Omnibus Hearing.

12. Accordingly, the Debtors believe that, under the circumstances, there is cause to grant leave to file the Omnibus Response.

## NOTICE

13. A copy of this Motion for Leave has been served upon the parties who were served with the Coalition Motion and the TCC Motion, and any objectors thereto. In light of the nature of the relief requested in this Motion for Leave, the Debtors respectfully submit that no further notice is necessary.

## CONCLUSION

WHEREFORE, the Debtors respectfully request the entry of an order, substantially in the form attached hereto as **Exhibit B**, granting the Debtors leave to file the Omnibus Response, and such other and further relief as the Court deems just and proper.

*[Remainder of Page Intentionally Left Blank]*

Dated: October 10, 2020  
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Paige N. Topper*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Eric W. Moats (No. 6441)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Email:  dabbott@mnat.com
    aremming@mnat.com
    emoats@mnat.com
    ptopper@mnat.com

– and –

**WHITE & CASE LLP**
Jessica C. K. Boelter (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: jessica.boelter@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (212) 881-5400
Email: mandolina@whitecase.com
    mlinder@whitecase.com

*Counsel and Proposed Co-Counsel for the Debtors and Debtors in Possession*