# **EXHIBIT C**

AD HOC COMMITTEE OF LOCAL COUNCILS

September 29, 2020

James I. Stang
Pachulski, Stang, Ziehl & Jones, LLP
10100 Santa Monica Boulevard
13th Floor
Los Angeles, CA  90067

Re:    <u>TCC's September 4 Letters to Local Councils</u>

Dear Jim:

On September 4, you sent letters and document requests on behalf of the Tort Claimants' Committee (the "<u>TCC</u>") to nearly all of the BSA's Local Councils.[1]  I am writing on behalf of the Ad Hoc Committee of Local Councils (the "<u>Ad Hoc Committee</u>") regarding those letters.

While you have said that the TCC does not care about preserving the mission of Scouting, the TCC and the Ad Hoc Committee do share two common goals:  reaching a resolution of the National BSA's chapter 11 case that involves Local Councils in a mutually and globally acceptable way (and so increases the recovery to your constituency) and preserving insurance assets[2] that will likely be, at a minimum, a major source of compensation.

Your letters, however, threaten both of those shared goals.  Most notably, by encouraging Local Councils to turn over troop rosters — which you have candidly said will be used by the plaintiffs' lawyers who represent your Committee members in litigation outside of the National BSA's bankruptcy case — you are risking creating coverage defenses by Local Councils' insurers.  As you are aware, this issue, among others that we discussed, came up when the TCC requested troop roster information from the Greater New York Councils in July.

In addition, your letters state that "[t]he TCC *and members of the Ad Hoc Committee developed* the attached document production request . . . ."  While the TCC requested documents from the eight members of the Ad Hoc Committee, met and conferred with each member, received document productions, and apparently amended its document requests as a result, your letter is highly misleading in this regard.  Not surprisingly, we have since received inquiries from multiple Local Councils asking whether we helped draft — and whether we endorse — the TCC's document requests.  To be clear, we did not, and do not.

That said, the Ad Hoc Committee is willing to work with you to determine what types of Local Council asset information could be gathered as part of laying the groundwork for a global, consensual resolution.  As your letter acknowledges, the Ad Hoc Committee has already asked

---

[1]  Since your September 4 letters were sent to nearly 250 non-debtors, none of which are Mediation Parties, these document requests are outside the issues being mediated.  We have therefore reached out to you directly, and do not plan to involve the mediators.

[2]  For example, the Ad Hoc Committee is already working to identify potentially applicable Local Council insurance coverage (and organize Local Council efforts regarding the same), one of the items that your September 4 letters mention.

Local Councils to voluntarily provide asset information, resulting in voluntary productions from around 240 non-debtors.  The TCC also already has access to Local Council financial statements, tax information, and the BSA's accounting system, which we understand contains significant information about Local Council assets.  So we were surprised to read that the "TCC's due diligence requirements to negotiate a channeling injunction" had not been met as to every single Local Council recipient of your letter.  We would like to meet with you to understand what additional information the TCC's financial advisors believe they need to engage in productive negotiations.  Once we understand your position, we can consider an additional information request from our Committee to Local Councils.  We believe that this type of collaboration between the TCC and the Ad Hoc Committee is more likely to get necessary asset information on the timeline necessitated by the National BSA's short liquidity window.

      Please let me know if you are willing to have such a discussion.

                          Sincerely,

                           Richard G. Mason
                           Chair
                           Ad Hoc Committee of Local Councils

cc:    John A. Morris, Pachulski, Stang, Ziehl & Jones, LLP
        Jason S. Pomerantz, Pachulski, Stang, Ziehl & Jones, LLP
        John W. Lucas, Pachulski, Stang, Ziehl & Jones, LLP
        Douglas K. Mayer, Wachtell, Lipton, Rosen & Katz
        Joseph C. Celentino, Wachtell, Lipton, Rosen & Katz