## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Ref. Docket Nos. 1379** |

**DEBTORS' MOTION FOR LEAVE TO FILE DEBTORS' LIMITED OBJECTION TO THE MOTION OF THE OFFICIAL TORT CLAIMANTS' COMMITTEE PURSUANT TO BANKRUPTCY RULE 2004 AND LOCAL RULE 2004-1 FOR AN ORDER AUTHORIZING THE ISSUANCE OF SUBPOENAS FOR DISCOVERY FROM DEBTORS AND CERTAIN LOCAL COUNCILS**

The Boy Scouts of America (the "BSA") and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession in the above-captioned chapter 11 cases (together, the "Debtors"), hereby move this Court (the "Motion for Leave") for leave to file the limited objection attached hereto as **Exhibit A** (the "Limited Objection")[2] to the *Motion of the Official Tort Claimants' Committee Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 For an Order Authorizing the Issuance of Subpoenas for Discovery From Debtors and Certain Local Councils* [Docket No. 1379] (the "Rule 2004 Motion"). In further support of the Motion for Leave, the Debtors respectfully state as follows:

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Limited Objection.

## JURISDICTION

1.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The basis for the relief requested herein is section 105(a) of title 11 of the United States Code (the "Bankruptcy Code") and Local Rule 9006-1(d) of the *Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware* (the "Local Rules").

3.      The Debtors consent to the entry of a final order by the Court in connection with this Motion for Leave to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments.

## BACKGROUND

4.      On September 29, 2020, the Tort Claimants' Committee filed the Rule 2004 Motion and set the Rule 2004 for hearing on October 14, 2020, at 10:00 a.m. (ET) (the "October Omnibus Hearing").  The initial response deadline for the Rule 2004 was October 7, 2020, at 4:00 p.m. (ET).

5.      Prior to October 7, 2020, the Tort Claimants' Committee extended the Debtors' response deadline for the Coalition Motion and the TCC Motion to October 11, 2020, at 11:59 p.m. (ET).

## RELIEF REQUESTED

6.      The Debtors respectfully request entry of an order, substantially in the form attached hereto as **Exhibit B**, granting them leave to file the Limited Objection.

## BASIS FOR RELIEF REQUESTED

7.      Local Rule 9006-1(c)(ii) provides that "the deadline for objection(s) shall be no later than seven (7) days before the hearing date…Any objection deadline may be extended by agreement

of the movant; provided, however, that no objection deadline may extend beyond the deadline for filing the agenda." Local Rule 9029-3(a) requires that agendas be filed by 12:00 p.m. (ET) two business days prior to the hearing. Del. Bankr. L.R. 9029-3(a).

8. The Debtors respectfully submit that cause exists to grant the relief requested by this Motion for Leave. As noted above, the October Omnibus Hearing is scheduled for October 14, 2020, at 10:00 a.m. (ET). Pursuant to Local Rules 9006-1(c)(ii) and 9029-3(a), and due to the holiday occurring on Monday, October 12, 2020, the Debtors had until October 9, 2020, at 12:00 p.m. (ET) to file any responses or objections to the Rule 2004 Motion.

9. Although the Debtors could simply present the information set forth in the Limited Objection at the Hearing, the Debtors submit that being able to review the Limited Objection prior to the Hearing will aid the Court in its consideration of the issues that are raised by the Tort Claimants' Committee in the Rule 2004 Motion. The Limited Objection provides the Court with an opportunity to see the Debtors view of the Rule 2004 Motion.

10. Additionally, no party will be prejudiced by the filing of the Limited Objection as the Limited Objection provides the parties time to review the Debtors' filing, and potentially discuss the matter, prior to the October Omnibus Hearing.

11. Accordingly, the Debtors believe that, under the circumstances, there is cause to grant leave to file the Limited Objection.

## NOTICE

12. A copy of this Motion for Leave has been served upon the parties who were served with the Rule 2004, and any objectors thereto. In light of the nature of the relief requested in this Motion for Leave, the Debtors respectfully submit that no further notice is necessary.

## **CONCLUSION**

WHEREFORE, the Debtors respectfully request the entry of an order, substantially in the

form attached hereto as **Exhibit B**, granting the Debtors leave to file the Limited Objection, and such

other and further relief as the Court deems just and proper.

Dated:  October 11, 2020
        Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Eric W. Moats*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Eric W. Moats (No. 6441)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Email:  dabbott@mnat.com
       aremming@mnat.com
       emoats@mnat.com
       ptopper@mnat.com

– and –

**WHITE & CASE LLP**
Jessica C. K. Boelter (*pro hac vice* pending)
1221 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 819-8200
Email:  jessica.boelter@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (*pro hac vice* pending)
Matthew E. Linder (*pro hac vice* pending)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone:  (212) 881-5400
Email: mandolina@whitecase.com
 mlinder@whitecase.com

*Counsel and Proposed Co-Counsel for the Debtors and
Debtors in Possession*