**<u>Exhibit B</u>**

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Ref. Docket No.** ___ |

## ORDER GRANTING LEAVE TO FILE A RESPONSE

Upon consideration of the *Debtors' Motion for Leave to File Debtors' Limited Objection to the Motion of the Official Tort Claimants' Committee Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 for an Order Authorizing the Issuance Of Subpoenas for Discovery from Debtors and Certain Local Councils* (the "<u>Motion for Leave</u>"),[2] it is HEREBY ORDERED THAT:

1. The Motion for Leave is GRANTED.

2. The Court will consider the Limited Objection at the October Omnibus Hearing and the Limited Objection is deemed timely filed.

Dated: _____, 2020
　　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　THE HON. LAURIE SELBER SILVERSTEIN
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion for Leave.