# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

### DECLARATION OF BLAIR M. WARNER IN SUPPORT OF DEBTORS' LIMITED OBJECTION TO THE MOTION OF THE OFFICIAL TORT CLAIMANTS' COMMITTEE PURSUANT TO BANKRUPTCY RULE 2004 AND LOCAL RULE 2004-1 FOR AN ORDER AUTHORIZING THE ISSUANCE OF SUBPOENAS FOR DISCOVERY FROM DEBTORS AND CERTAIN LOCAL COUNCILS

I, Blair M. Warner, being duly sworn, hereby declare as follows:

1. I am an associate of the law firm Sidley Austin LLP ("Sidley") based in its office located at One South Dearborn Street, Chicago, Illinois 60603.

2. I submit this declaration (this "Declaration") in support of the *Debtors' Limited Objection to the Motion of the Official Tort Claimants' Committee Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 For an Order Authorizing the Issuance of Subpoenas For Discovery From Debtors and Certain Local Councils* (the "Limited Objection"), filed concurrently herewith.[2]

3. Except as otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein. If called upon to testify, I would competently testify to the facts set forth herein.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Limited Objection.

4. The Court has authorized the Debtors to retain and employ Sidley as their lead bankruptcy counsel, *nunc pro tunc* to the Petition Date, pursuant to the *Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession,* Nunc Pro Tunc *to the Petition Date* [Docket No. 758].

5. Attached as **Exhibit A** hereto is a true and correct copy of an email I received on September 21, 2020 from Jessica C. K. Boelter. The email I received forwarded a series of emails, including an email from Zaida Holmes, who I am informed and believe is an Office Manager for the San Diego – Imperial Council, to Teresa Condon, who I am informed and believe is a Team Manager for the BSA Member Care Contact Center, containing a copy of a text message. I am informed and believe that the text message was sent to Ms. Holmes' cell phone.

6. The text message in Exhibit A purports to be from "Digital Trend Metrics, Inc. (D/B/A "Join-Class-Action.com"), a Delaware corporation." Based on an investigation conducted at my direction, I am informed and believe that no such entity exists on the Delaware register. Instead, Digital Media Metrics appears to be a registered business name of Texas Email Company LLC, which is owned by Advertising Worldwide LLC.

7. Attached as **Exhibit B** is a true and correct copy of a screen shot of a text message that was provided to me on October 6, 2020. I am informed and believe that this text message was received by an attorney who brought the text message to the attention of the BSA.

8. Attached as **Exhibit C** hereto is a true and correct copy of an email I received on October 5, 2020 from Steve McGowan, General Counsel of the BSA. The email I received forwarded a series of emails, including an email that Tracey Glover, who I am informed and believe is an Assistant Scout Executive, received on her personal email account and forwarded to

Wayne R. Pancoast, who I am informed and believe is a Scout Executive for the Jayhawk Area Council. I am informed and believe that the email was sent to Ms. Glover.

9.  Attached as **Exhibit D** is a true and correct copy of an email I received on September 20, 2020 from Joseph C. Celentino, counsel to the Ad Hoc Committee of Local Councils. The email I received forwarded a series of emails, including an email from Andrew Sisolak, who I am informed and believe is Director of Field Service for the Western Los Angeles County Council, to Matthew Thornton, who I am informed and believe is a Scout Executive for the Western Los Angeles County Council, containing an attachment of a screen shot of a text message. I am informed and believe that this text message was received by a volunteer who brought the text message to the attention of the BSA.

10. Attached as **Exhibit E** hereto is a true and correct copy of an email I received on September 24, 2020 from Jessica C. K. Boelter. The email I received forwarded a series of emails, including an email sent to Edmon L. Morton, a partner of the law firm Young Conaway Stargatt & Taylor, LLP, containing an advertisement regarding these cases. I am informed and believe that the email advertisement was sent to Mr. Morton.

11. Attached as **Exhibit F** hereto is a true and correct copy of an email I received on September 29, 2020 from Jessica C. K. Boelter. The email I received forwarded a series of emails, including an email sent to Tim Cullen, a partner of the law firm Cullen & Co., PLLC, containing an advertisement regarding these cases. I am informed and believe that the email was sent to Mr. Cullen.

12. I understand, based on my communications with the Debtors and their advisors, that the BSA has Rosters only from approximately the last twenty years in its possession.

Specifically, I understand that the BSA's electronic registration system was not implemented until 1999.

*[Remainder of Page Intentionally Left Blank]*

I declare under penalty of perjury that, after reasonable inquiry, the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: October 11, 2020
Chicago, Illinois

*/s/ Blair M. Warner*
Blair M. Warner
Associate
SIDLEY AUSTIN LLP