**Exhibit A**

| | |
|---|---|
| **From:** | Boelter, Jessica C.K. |
| **To:** | Walker, Melanie E.; Warner, Blair; Baccash, Laura E. |
| **Cc:** | Andolina, Michael C.; Linder, Matthew |
| **Subject:** | FW: Fwd: Text Messages after BSA online application |
| **Date:** | Monday, September 21, 2020 4:00:11 PM |

[redacted]

**From:** Steve McGowan <Steve.McGowan@scouting.org>
**Date:** Monday, Sep 21, 2020, 9:57 PM
**To:** Andolina, Michael C. <mandolina@sidley.com>, Linder, Matthew <mlinder@sidley.com>, Boelter, Jessica C.K. <jboelter@sidley.com>, Joseph Zirkman <Joseph.Zirkman@scouting.org>
**Subject:** Fwd: Text Messages after BSA online application

[redacted]

Steven P. McGowan
General Counsel
Boy Scouts of America's

972-580-7847
[redacted]

Sent from remote device

**From:** Burgin Hardin <Burgin.Hardin@scouting.org>
**Sent:** Monday, September 21, 2020 11:30 AM
**To:** Joseph Zirkman; Steve McGowan
**Subject:** FW: Text Messages after BSA online application

[redacted]

**Burgin Hardin** | Associate General Counsel

**BOY SCOUTS OF AMERICA NATIONAL COUNCIL**
**Legal Department**

Feedback is a **gift.** Click here to tell me how I'm doing.

**From:** Vijay Challa <Vijay.Challa@scouting.org>
**Sent:** Monday, September 21, 2020 1:07 PM
**To:** Michael Creagh <Michael.Creagh@scouting.org>; Teresa Condon <Teresa.Condon@scouting.org>; Ryan Hill <Ryan.Hill@scouting.org>; David Kerley <David.Kerley@scouting.org>; Burgin Hardin <Burgin.Hardin@scouting.org>
**Subject:** Re: Text Messages after BSA online application

[redacted]

Regards,
Vijay

**From:** Michael Creagh <Michael.Creagh@scouting.org>
**Date:** Monday, September 21, 2020 at 8:44 AM
**To:** Teresa Condon <Teresa.Condon@scouting.org>, Vijay Challa <Vijay.Challa@scouting.org>
**Subject:** RE: Text Messages after BSA online application

++ Vijay

Vijay,

good morning,
Please look at the email from the San Diego office manager below. I will reach out to her directly to see if we can contact the parent that sent this to the scout office.

Mike

Michael M. Creagh, CFRE | Manager, Member Applications

**BOY SCOUTS OF AMERICA**
Information Technology Group
1325 West Walnut Hill Lane | P.O. Box 152079
Irving, Texas 75015-2079

B: 972 580-2490 | C: 618 980-2884 | F: 972 580-2331

**From:** Teresa Condon <Teresa.Condon@scouting.org>
**Sent:** Monday, September 21, 2020 8:41 AM

**To:** Michael Creagh <Michael.Creagh@scouting.org>
**Subject:** FW: Text Messages after BSA online application

Any thoughts?

**Teresa Condon**
P 972.580.2060, ext. 10053

---

**From:** Zaida Holmes <Zaida.Holmes@scouting.org>
**Sent:** Friday, September 18, 2020 6:06 PM
**To:** Teresa Condon <Teresa.Condon@scouting.org>
**Subject:** Text Messages after BSA online application

Are we aware of any type of test messaging going out from our online membership application platform? One of our leaders informed us of this text.

BTW, since the time I registered on the boy scout page, I have been getting these spam messages on text. Example below; something we should be aware of and let others know.
Message as follows:
"The Boy Scouts Are Being Sued! Were You Abused ; Compensation Is Available : Claim Quickly ; http://sttlementfri.com/bsct2/BWJfkfX "


With Aloha

**Zaida Holmes** | Office Manager

**SAN DIEGO – IMPERIAL COUNCIL**
**Boy Scouts of America**
1207 Upas Street
San Diego, CA 92103
P 619.298.6121 x236
Zaida.Holmes@Scouting.org

The San Diego – Imperial Council, Boy Scouts of America is an independent 501(c)3 non-profit authorized through a local charter from the Boy Scouts of America to deliver their programs in the San Diego and Imperial Counties.

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission.