## Exhibit C

| | |
|---|---|
| **From:** | Warner, Blair |
| **Sent:** | Thursday, October 8, 2020 11:39 AM |
| **To:** | Barajas, Andres |
| **Subject:** | FW: Bankruptcy Email |

███████████████████

**BLAIR M. WARNER**
Associate

**SIDLEY AUSTIN LLP**
+1 312 853 4095
blair.warner@sidley.com

**From:** Steve McGowan <Steve.McGowan@scouting.org>
**Sent:** Monday, October 5, 2020 3:17 PM
**To:** Warner, Blair <blair.warner@sidley.com>; Andolina, Michael <mandolina@whitecase.com>; Boelter, Jessica <jessica.boelter@whitecase.com>; Linder, Matthew <mlinder@sidley.com>
**Subject:** FW: Bankruptcy Email

██████████████████████

**From:** SE Legal <SE.Legal@scouting.org>
**Sent:** Monday, October 5, 2020 3:10 PM
**To:** Steve McGowan <Steve.McGowan@scouting.org>; Joseph Zirkman <Joseph.Zirkman@scouting.org>
**Subject:** FW: Bankruptcy Email

**From:** Wayne Pancoast <Wayne.Pancoast@scouting.org>
**Sent:** Monday, October 5, 2020 2:58 PM
**To:** SE Legal <SE.Legal@scouting.org>
**Subject:** Bankruptcy Email

FYI.  Below is an email that my Assistant Scout Executive received on her personal email account. ███████████
████████████████████████████████████████████████

**Wayne R. Pancoast**  |  Scout Executive/CEO
**BOY SCOUTS OF AMERICA**
**Jayhawk Area Council**
**www.jayhawkcouncil.org**

1020 SE Monroe St.
Topeka, KS 66612
W 785.276.3350

C 785.851.9440
wayne.pancoast@scouting.org

**From:** Tracey Glover <████████████████>
**Sent:** Friday, October 02, 2020 5:42 PM
**To:** Wayne Pancoast <Wayne.Pancoast@scouting.org>
**Subject:** Fwd: Lawsuit

Wayne,
Here is the email I received on my personal email account.

Sent from my iPhone

Begin forwarded message:

> **From:** Boyscout Lawsuit <newsletter@tck.shoppaholiks.com>
> **Date:** September 26, 2020 at 5:27:33 AM CDT
> **To:** ████████████████
> **Subject:** Lawsuit

If you were ever abused while a member of Boy Scouts of America, you may be entitled to financial compensation.

Since its founding, Boy Scouts of America leaders have known about the abuse that is rampant across the organization.

They even had a special secret list known as the "Perversion Files" that included names of sexual predators in the organization going all the way back to 1919. When investigators got access to these files in 2012, they found evidence that Scout leaders silenced abuse cases and DID NOT REPORT KNOWN SEXUAL PREDATORS TO THE POLICE!

If you were abused while a member of the Boy Scouts of America, even decades ago, you need to act now. You MAY NOT get another chance at making a claim. That's why it's important to speak to a professional Right now.

{Get Compensation}

Confidential and time is limited

This is an advertisement.
If you would prefer not to receive future marketing from us, click here: Unsubscribe
374 Northlake Blvd #184 North Palm Beach, Florida 33408

If madameglover@yahoo.com should not be subscribed or if you need to change your subscription information for SN Solutions, please use this preferences page.

or write to:
21 Pulaski Road Unit #210 Kings Park, NY 11754

**STOP. THINK. CLICK.**

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission.