**Exhibit D**

| | |
|---|---|
| **From:** | Warner, Blair |
| **To:** | Barajas, Andres |
| **Subject:** | FW: Screenshot 2020-09-19 at 11.05.32 AM |
| **Date:** | Friday, October 9, 2020 5:54:25 PM |
| **Attachments:** | Screenshot 2020-09-19 at 11.05.32 AM.png |

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

BLAIR M. WARNER
Associate

SIDLEY AUSTIN LLP
+1 312 853 4095
blair.warner@sidley.com

-----Original Message-----
From: Celentino, Joseph C. <JCCelentino@wlrk.com>
Sent: Sunday, September 20, 2020 10:03 AM
To: Linder, Matthew <mlinder@sidley.com>; Basaria, Karim <kbasaria@sidley.com>; Warner, Blair <blair.warner@sidley.com>
Subject: FW: Screenshot 2020-09-19 at 11.05.32 AM

Passing along as an FYI.


-----Original Message-----
From: Matthew Thornton <Matthew.Thornton@scouting.org>
Sent: Saturday, September 19, 2020 2:11 PM
To: Local Council Committee <Local_Council_Committee@wlrk.com>
Subject: FW: Screenshot 2020-09-19 at 11.05.32 AM

*** EXTERNAL EMAIL ***



We are starting to see a lot of this type of solicitation to our current volunteers and parents. ▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇

-----Original Message-----
From: Andrew Sisolak <Andrew.Sisolak@scouting.org>
Sent: Saturday, September 19, 2020 11:06 AM
To: Matthew Thornton <Matthew.Thornton@scouting.org>
Subject: Screenshot 2020-09-19 at 11.05.32 AM

Matt,

Here is the image of the text message our volunteer received.

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission.

==================================================
Please be advised that this transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, please do not read, copy or re-transmit this communication. If you have received this communication in error, please notify us by e-mail (helpdesk@wlrk.com) or by telephone (call us collect at 212-403-4357) and delete this message and any attachments.

Thank you in advance for your cooperation and assistance.
==================================================

