**Exhibit E**

**From:**     Warner, Blair
**Sent:**     Friday, October 9, 2020 5:56 PM
**To:**       Barajas, Andres
**Subject:**  FW: Were you or a loved one ever a victim of sexual abuse in the Boy Scouts?

**BLAIR M. WARNER**
Associate

**SIDLEY AUSTIN LLP**
+1 312 853 4095
blair.warner@sidley.com

**From:** Boelter, Jessica C.K. <jboelter@sidley.com>
**Sent:** Thursday, September 24, 2020 9:30 AM
**To:** Walker, Melanie E. <mewalker@sidley.com>; Baccash, Laura E. <lbaccash@sidley.com>; Warner, Blair <blair.warner@sidley.com>
**Cc:** Michael Andolina (mandolina@whitecase.com) <mandolina@whitecase.com>; Linder, Matthew <mlinder@sidley.com>
**Subject:** FW: Were you or a loved one ever a victim of sexual abuse in the Boy Scouts?

Jessica C.K. Boelter
Sidley Austin LLP
Office: 212-839-7369
Cell: 312-371-1921
jboelter@sidley.com

**From:** Brady, Robert <RBRADY@ycst.com>
**Date:** Thursday, Sep 24, 2020, 4:26 PM
**To:** Boelter, Jessica C.K. <jboelter@sidley.com>, Andolina, Michael C. <mandolina@sidley.com>, Linder, Matthew <mlinder@sidley.com>
**Cc:** Harron, Edwin <eharron@ycst.com>
**Subject:** FW: Were you or a loved one ever a victim of sexual abuse in the Boy Scouts?

Just a FYI.  Ed Morton got the below email and I note it appears to violate the order the Court recently entered supplementing the bar date order.



**Robert S. Brady**, **Chairman and Partner**
Young Conaway Stargatt & Taylor, LLP
Rodney Square, 1000 North King Street
Wilmington, DE 19801
P:  302.571.6690  |  C: 302.750.3890  |  F: 302.576.3283
RBRADY@ycst.com  |  www.youngconaway.com  |  vCard

This message may contain confidential attorney-client communications or other protected information. If you believe you are not an intended recipient (even if this message was sent to your e-mail address), you may not use, copy, or retransmit it. If you believe you received this message by mistake, please notify us by return e-mail, and then delete this message. Thank you for your cooperation.

**From:** Edmon Morton <emorton1000@yahoo.com>
**Sent:** Thursday, September 24, 2020 10:22 AM
**To:** Brady, Robert <RBRADY@ycst.com>; Harron, Edwin <eharron@ycst.com>
**Subject:** Fwd: Were you or a loved one a victim of sexual abuse in the Boy Scouts?


Begin forwarded message:

> **From:** "BoyScoutsAbuseLawsuitsco m Info" <thgdcywofu@metaxxons.com>
> **Date:** September 24, 2020 at 9:50:34 AM EDT
> **To:** emorton1000@yahoo.com
> **Subject: W er e  you  o r  a  lo v ed o n e  a  v icti m  o f  s e xua l  ab use  i n  th e  Boy  S co ut s?**
> **Reply-To:** reply@metaxxons.com



This is an Advertisement.

If you would no longer like to receive communication from BoyScoutsAbuseLawsuit.com, click here or write to us at: 30 N Gould St Ste N, Sheridan, WY 82801 USA