**<u>Exhibit F</u>**

| | |
|---|---|
| **From:** | Warner, Blair |
| **To:** | Barajas, Andres |
| **Subject:** | FW: Boy Scouts Of America (BSA) Bankruptcy |
| **Date:** | Friday, October 9, 2020 5:59:42 PM |
| **Attachments:** | ~WRD000.jpg |
| | image001.jpg |

**BLAIR M. WARNER**
Associate

**SIDLEY AUSTIN LLP**
+1 312 853 4095
blair.warner@sidley.com

**From:** Boelter, Jessica C.K. <jboelter@sidley.com>
**Sent:** Tuesday, September 29, 2020 9:06 AM
**To:** Walker, Melanie E. <mewalker@sidley.com>; Baccash, Laura E. <lbaccash@sidley.com>; Warner, Blair <blair.warner@sidley.com>
**Cc:** Andolina, Michael C. <mandolina@sidley.com>; Linder, Matthew <mlinder@sidley.com>
**Subject:** FW: Boy Scouts Of America (BSA) Bankruptcy

**From:** Steve McGowan <Steve.McGowan@scouting.org>
**Date:** Tuesday, Sep 29, 2020, 3:57 PM
**To:** Boelter, Jessica C.K. <jboelter@sidley.com>, Andolina, Michael <mandolina@whitecase.com>
**Cc:** ███████████████████████>, Roger Mosby <Roger.Mosby@scouting.org>, scottsorrels <scottsorrels@eversheds-sutherland.com>, ███████████████████████████████████████
Devang Desai <ddesai@gaebemullen.com>
**Subject:** FW: Boy Scouts Of America (BSA) Bankruptcy


FYI

**From:** SE Legal <SE.Legal@scouting.org>
**Sent:** Tuesday, September 29, 2020 8:53 AM
**To:** Steve McGowan <Steve.McGowan@scouting.org>; Joseph Zirkman <Joseph.Zirkman@scouting.org>
**Subject:** FW: Boy Scouts Of America (BSA) Bankruptcy

**From:** Tim Cullen <tim@cullenandcompany.com>
**Sent:** Tuesday, September 29, 2020 8:36 AM
**To:** SE Legal <SE.Legal@scouting.org>; Celentino, Joseph C. <jccelentino@wlrk.com>
**Cc:** Jim Fowler <jfowler@roselawfirm.com>
**Subject:** Fwd: Boy Scouts Of America (BSA) Bankruptcy

FYI an unsolicited advertisement I received below. ███████████████████████████████████████████████████████████████████████████████████████████████

Tim Cullen
**CULLEN & CO., PLLC**
P.O. Box 3255
Little Rock, AR 72203
(501) 370-4800 phone
(501) 370-9198 fax
www.cullenandcompany.com
tim@cullenandcompany.com

> Begin forwarded message:
>
> **From:** "ForLawFirmsOnly Marketing, Inc." <marketing@seekmoreclients.com>
> **Subject: Boy Scouts Of America (BSA) Bankruptcy**
> **Date:** September 29, 2020 at 8:23:19 AM CDT
> **To:** TIM CULLEN <TIM@CULLENANDCOMPANY.COM>
> **Reply-To:** "ForLawFirmsOnly Marketing, Inc." <marketing@seekmoreclients.com>



> **Hope You Are Having A Great Day!**
>
> **Please note: if you no longer wish to receive our emails, you can unsubscribe using the link at the bottom of the email or reply to this email**

with "unsubscribe" in the subject line.  Thank you!
**Boy Scouts Of America (BSA) Bankruptcy**
BSA started their $6M notice campaign yesterday that will run though October 17 for BSA survivors who were sexually abused as minors in the scouts. We have seen all along the spill over from lawyers' TV ads into digital media and this notice campaign will not be any different.

We are expecting more cases as TV advertising ramps up and survivors look on their phones for a law firm to handle their case. We saw more than 5,000 survivors reach out to us in August for help and the number in September is already past 4,000 survivors that have reached out so we do expect the deadline and the notice campaign to push numbers even further.

Attorneys involved in this litigation that I have spoken with in the last few days strongly believe that the average compensation will be around $100,000 per victim.  The amount of course will be determined based on the type type of abuse and the length of time the abuse occured.

It is not too late to get involved.  The only relief will be a claim in United States Bankruptcy Court. This will be in Delaware. **Developments will move rapidly** and therefore **time is of the essence** for those who want to file claims. The bankruptcy court established a November 16, 2020 deadline in which sexual victims must file their claims or they will be forever barred from receiving compensation.

Victims of sexual assault experience long lasting effects on both their physical and mental health. Feelings of shame and guilt can make the victim feel weak and powerless, especially when those in power offer no protection.

When evidence points to institutions knowing of abuse and doing nothing to remove the perpetrator (be it a student, teacher, coach, or other employee), victims don't know where to turn and sometimes choose not to report the crime.

**Contact Ed Lott to setup a campaign at [edl@forlawfirmsonly.com](mailto:edl@forlawfirmsonly.com) or call 855-943-8736.**

**We are also expecting some BIG NEWS IN BSA in the coming days and we still think this is the best Mass Tort around right now to invest in, but time is running out.**

**Delivering:**
Zero Risk Mass Tort Cases™
Zero Risk MVA Cases™
Zero Risk Personal Injury Cases™

Rapid Results Lead®

**Best regards,**
**Ed Lott, Ph.D., M.B.A.**
**President and Managing Partner**
**Your Virtual CMO**
**ForLawFirmsOnly Marketing, Inc.**
**A Client Acquisition Company**
**[ForLawFirmsOnly.com](http://ForLawFirmsOnly.com)**

**855-943-8736 x101**
**[edl@forlawfirmsonly.com](mailto:edl@forlawfirmsonly.com)**

**Human Trafficking Project, LLC**
**[HumanTraffickingProject.com](http://HumanTraffickingProject.com)**

**ForLawFirmsOnly Marketing, Inc. is the sole owner of the brand ForLawFirmsOnly® since 1994.**
**Do not be fooled by others using our brand name or using domains that try to imitate ForLawFirmsOnly®.**
*If you found this email helpful, please consider forwarding it to a colleague or colleagues that may find it helpful as well!*

**View web version** | **Unsubscribe here**
©2020 ForLawFirmsOnly Marketing, Inc.
ForLawFirmsOnly Marketing, Inc. 47 N. Jefferson St., First Floor, Allentown, PA 18102



STOP. THINK. CLICK.

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission.