# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,**<br><br>Debtors. | **Chapter 11**<br><br>**Case No. 20-10343 (LSS)** |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Daniel R. Lapinski, Esq. of Motley Rice LLC hereby enters his appearance in the above-entitled action as counsel on behalf of various child sexual abuse tort claimants.

            Respectfully submitted,

            */s/ D. Lapinski*

            DANIEL R. LAPINSKI, ESQ. (NJ I.D. No. 004612001)
            dlapinski@motleyrice.com
            MOTLEY RICE LLC
            Woodland Falls Corporate Park
            210 Lake Drive East, Suite 101
            Cherry Hill, NJ 08002
            Telephone:  856-382-4670
            Facsimile:  856-667-5133

Dated:  October 12, 2020

## **CERTIFICATE OF SERVICE**

     I hereby certify that, on this date, the foregoing document was filed with the United States Bankruptcy Court, District of Delaware and served upon all parties entitled to receive notice of filings in the above-captioned case via the Bankruptcy Court's Electronic Case Filing (ECF) system.

By:_____
      Daniel R. Lapinski, Esq.

Dated: October 12, 2020