# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND | ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Hearing Date: November 18, 2020 at 10:00 a.m.** |
| | ) | **Obj. Deadline: October 26, 2020 at 4:00 p.m.** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, on October 12, 2020, Eric Pai, as administrator of the Estate of Jarred Pai, a minor filed his *Motion of Eric Pai, as Administrator of the Estate of Jarred Pai for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that objections or responses to the Motion, if any, must be made in writing, filed with the Bankruptcy Court, and served so as to actually be received by the undersigned attorneys for the Debtor on or before **October 26, 2020 at 4:00 p.m.** (**Eastern Time**).

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held before the Honorable Laurie Selber Silverstein at the Bankruptcy Court, 6th Floor, Courtroom 2, on **November 18, 2020 at 10:00 a.m.**

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

| | |
|---|---|
| Date: October 12, 2020<br>Wilmington, DE | **SULLIVAN · HAZELTINE · ALLINSON LLC**<br><br> /s/ William D. Sullivan<br>William D. Sullivan (No. 2820)<br>William A. Hazeltine (No. 3294)<br>919 North Market Street, Suite 420<br>Wilmington, DE 19801<br>Tel: (302) 428-8191<br>Fax: (302) 428-8195<br>Email: bsullivan@sha-llc.com<br>          whazeltine@sha-llc.com<br><br>*Attorneys for Eric Pai, as administrator of the Estate of Jarred Pai, a minor* |