# Exhibit B

**Boy Scouts of America Insurance Policies**
**3/1/2014-3/1/2015***

| Description | Policy Type | Policy Number | Policy Year |
|---|---|---|---|
| Allied World Assurance Company, LTD | Excess Liability | 0305-3351 | 3/1/2014 to 3/1/2015 |
| Alterra Excess & Surplus Insurance Company | Excess Liability | MAX3EC30000296 | 3/1/2014 to 3/1/2015 |
| Catlin Underwriting Agencies Limited | Excess Liability | XSC-94255-0315 | 3/1/2014 to 3/1/2015 |
| Endurance American Specialty Insurance Company | Excess Liability | EXC10004584700 | 3/1/2014 to 3/1/2015 |
| First Specialty Insurance Corporation | Excess Liability | IRE2000295 01 | 3/1/2014 to 3/1/2015 |
| Gemini Insurance Company | Excess Liability | CEX0960051-01 | 3/1 2014 to 3/1/2015 |
| Gemini Insurance Company | Excess Liability | CEX09600052-01 | 3/1/2014 to 3/1/2015 |
| Gemini Insurance Company | Excess Liability | CEX09600166-01 | 3/1/2014 to 3/1/2015 |
| Lexington Insurance Company | Excess Liability | 15375964 | 3/1/2014 to 3/1/2015 |
| Ohio Casualty Insurance Company | Excess Liability | ECO (15) 55 94 28 39 | 3/1/2014 to 3/1/2015 |
| Old Republic Insurance Company | Commercial General Liability | MWZY 301262 | 3/1/2014 to 3/1/2015 |
| Old Republic Insurance Company | Excess Liability | MWZX 300758 | 3/1/2014 to 3/1/2015 |
| Westchester Fire Insurance Company | Excess Liability | G24114673 005 | 3/1/2014 to 3/1/2015 |

*\*(Summarized from Schedule B, part 11, Question 73 - Interests in insurance policies or annuities)(D.I. 375)*