# CERTIFICATE OF SERVICE

I, William D. Sullivan, do hereby certify I am not less than 18 years of age and that on this 12th day of October, 2020, I caused copies of the within *Motion of Eric Pai, as Administrator of the Estate of Jarred Pai for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code* to be served upon the parties listed below via Electronic Mail. All other parties who have signed up for electronic filing in this case will receive electronic notice via CM/ECF.

*Counsel to the Debtors*

Derek C. Abbott
Andrew R. Remming
Eric W. Moats
Paige N. Topper
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
dabbott@mnat.com
aremming@mnat.com
emoats@mnat.com
ptopper@mnat.com

Jessica C. K. Boelter
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019
jboelter@sidley.com

Thomas A. Labuda
Michael C. Andolina
Matthew E. Linder
Blair M. Warner
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
tlabuda@sidley.com
mandolina@sidley.com
mlinder@sidley.com
blair.warner@sidley.com

*Counsel to the Committee*

Thomas Moers Mayer, Esq.
Rachael Ringer, Esq.
Jennifer R. Sharret, Esq.
Megan M. Wasson, Esq.
Kramer Levin Naftalis & Frankel LLP
177 Avenue of the Americas
New York, NY 10036
tmayer@kramerlevin.com
rringer@kramerlevin.com
jsharret@kramerlevin.com
mwasson@kramerlevin.com

Kurt F. Gwynne, Esq.
Katelin A Morales, Esq.
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
kgwynne@reedsmith.com
kmorales@reedsmith.com

*Counsel to the Ad Hoc Committee of Local Councils of the Boy Scouts of America*

Richard G. Mason, Esq.
Douglas K. Mayer, Esq.
Joseph C. Celentino, Esq.
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, New York 10019
RGMason@wlrk.com
DKMayer@wlrk.com
JCCelentino@wlrk.com

*Counsel to the Tort Claimants Committee*

James I. Stang, Esq.
John A. Morris, Esq.
James E. O'Neill, Esq.
John W. Lucas, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
jstang@pszjlaw.com
jmorris@pszjlaw.com
joneill@pszjlaw.com
jlucas@pszjlaw.com

*Counsel to the DIP Lenders*

| | |
|---|---|
| Louis R. Strubeck, Jr. , Esq. | Matthew P. Ward, Esq. |
| Kristian W. Gluck, Esq. | Morgan L. Patterson, Esq. |
| Ryan E. Manns, Esq. | Womble Bond Dickinson (US) LLP |
| Shivani Shah, Esq. | 1313 North Market Street, Suite 1200 |
| Norton Rose Fulbright US LLP | Wilmington, Delaware 19801 |
| 2200 Ross Avenue, Suite 3600 | matthew.ward@wbd-us.com |
| Dallas, Texas 75201-7932 | morgan.patterson@wbd-us.com |
| louis.strubeck@nortonrosefulbright.com | |
| kristian.gluck@nortonrosefulbright.com | |
| ryan.manns@nortonrosefulbright.com | |
| shivani.shah@nortonrosefulbright.com | |

*U.S. Trustee*
David Buchbinder, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE  19801
david.l.buchbiner@usdoj.gov

*Counsel to Old Republic Insurance Company*

| | |
|---|---|
| Brett D. Fallon, Esq. | Margaret M. Anderson, Esq. |
| Brya M. Keilson, Esq. | Fox Swibel Levin & Carroll LLP 200 W. |
| Morris James LLP | Madison Street Suite 3000 |
| 500 Delaware Avenue, Suite 1500 | Chicago, IL 60606 |
| P.O. Box 2306 | panderson@foxswibel.com |
| Wilmington, DE 19899-2306 | |
| bfallon@morrisjames.com | |
| bkeilson@morrisjames.com | |

| | |
|---|---|
| October 12, 2020 | */s/ William D. Sullivan* |
| Date | William D. Sullivan |