# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: October 26, 2020, at 4:00 p.m. (ET)** |

### SUMMARY COVER SHEET OF THE FIRST MONTHLY FEE APPLICATION OF QUINN EMANUEL URQUHART & SULLIVAN, LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD <u>AUGUST 1, 2020, TO AND INCLUDING AUGUST 31, 2020</u>

| | |
|---|---|
| Name of Applicant: | Quinn Emanuel Urquhart & Sullivan, LLP |
| Authorized to Provide Professionals Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | August 1, 2020 (order entered September 18, 2020) |
| Period for Which Compensation and Reimbursement Are Requested: | August 1, 2020, through August 31, 2020 |
| Amount of Compensation Requested: | $253,452.20 (80% of $316,815.25) |
| Amount of Expense Reimbursement Requested: | $6,261.04 |

This is a monthly fee statement.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

## PRIOR MONTHLY FEE STATEMENTS FILED

| Date Filed; ECF No. | Period Covered | Fees Requested | Expenses Requested | Fees Approved | Expenses Approved | Outstanding Fees | Outstanding Expenses |
|---|---|---|---|---|---|---|---|
| N/A | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## COMPENSATION AND HOURS BY PROFESSIONAL

| Name | Position | Year of Admission/Years of Experience | Discounted Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Rachel Herrick Kassabian | Partner | 12/09/1997; 22 years | $1,062.50 | 98.7 | $104,868.75 |
| Margret Caruso | Partner | 07/28/1998; 22 years | $1,062.50 | 44.4 | $47,175.00 |
| Patricia B. Tomasco | Partner | 11/10/1988; 31 years | $977.50 | 2.4 | $2,346.00 |
| Claudia Bogdanos | Counsel | 03/04/1996; 24 years | $900.00 | 17.8 | $16,020.00 |
| Todd Anten | Partner | 07/24/2007; 13 years | $892.50 | 67.5 | $60,243.75 |
| Sara Jenkins | Counsel | 02/18/2004; 16 years | $877.50 | 11.4 | $10,003.50 |
| Dylan Scher | Associate | 01/09/2019; 1 year | $589.50 | 55.5 | $32,717.25 |
| Scott Weingrad | Contract Attorney | 06/01/2004; 16 years | $295.00 | 63.0 | $18,585.00 |
| Andrew B. Sanford | Contract Attorney | 12/05/2000; 19 years | $295.00 | 36.3 | $10,708.50 |
| Barbara J. Howell | Paralegal | 35 years | $330.00 | 9.7 | $3,201.00 |
| Nolan Schoichet | Paralegal | 5 years | $330.00 | 23.8 | $7,854.00 |
| Dave Scholz | Graphics Coordinator | | $300.00 | .8 | $240.00 |
| Anthony Bentancourt | Litigation Support | | $175.00 | 12.3 | $2,152.50 |
| Joe Liao | Litigation Support | | $175.00 | 4.0 | $700.00 |
| Total | | | | 447.6 | $316,815.25 |

## COMPENSATION BY PROJECT CATEGORY

| Task Description | Total Hours | Total Compensation |
|---|---|---|
| Employment and Fee Applications | 25.5 | $19,376.50 |
| Litigation – Federal District Court Case | 422.1 | $297,438.75 |
| Total | 447.6 | $316,815.25 |

## EXPENSES BY CATEGORY

| Category | Amount |
|---|---|
| Document Reproduction ($.10 per page) | $39.30 |
| Velobind | $2.50 |
| Document Services | $24.24 |
| Hosting per GB – 3.50 | $6,195.00 |
| Total | $6,261.04 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: October 26, 2020, at 4:00 p.m. (ET)** |

**FIRST MONTHLY FEE APPLICATION
OF QUINN EMANUEL URQUHART & SULLIVAN, LLP FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD FROM AUGUST 1, 2020, TO AND INCLUDING AUGUST 31, 2020**

COMES NOW, Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), special litigation counsel for the Boy Scouts of America and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors-in-possession (together, the "Debtors") in the above-captioned chapter 11 cases, and hereby submits this first monthly fee application (this "Application") for (a) interim allowance and payment of compensation for professional services to the Debtors during the period from August 1, 2020, to and including August 31, 2020 (the "Fee Period") in the amount of $253,452.20, representing 80% of the $316,815.25 of fees earned by Quinn Emanuel for professional services to the Debtors during the Fee Period and (b) reimbursement of 100% of the actual and necessary expenses incurred by Quinn Emanuel during the Fee Period in connection with such services in the amount of $6,261.04.  In support of this Application, Quinn Emanuel respectfully represents as follows:

---

[1]    The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

## JURISDICTION AND VENUE

1.      The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The statutory and other bases for the relief requested herein are sections 330 and 331 of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* (ECF No. 341) (the "Compensation Procedures Order").

## BACKGROUND

3.      The Debtors commenced these cases on February 18, 2020 (the "Petition Date"), and they continue to operate their non-profit organization and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  These chapter 11 cases are being jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1.

4.      On March 5, 2020, the United States Trustee for the District of Delaware appointed an official committee of tort claimants and an official committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code.

5.      On April 24, 2020, the Court appointed James L. Patton, Jr. as the representative of future abuse claimants pursuant to sections 105(a) and 1109(b) of the Bankruptcy Code.

6.      The Court has authorized the Debtors to retain and employ Quinn Emanuel as their special litigation counsel, *nunc pro tunc* to August 1, 2020, pursuant to the *Order Authorizing the Retention and Employment of Quinn Emanuel Urquhart & Sullivan, LLP as Special Litigation Counsel for the Debtors and Debtors in Possession, Nunc Pro Tunc to August 1, 2020* (ECF No. 1343) (the "Retention Order").  The Retention Order authorizes the Debtors to compensate and reimburse Quinn Emanuel in accordance with the terms and conditions as set forth in the Debtors' application to retain Quinn Emanuel, subject to Quinn Emanuel's application to the Court.

7.      On April 6, 2020, the Court entered the Compensation Procedures Order.  The Compensation Procedures Order provides, among other things, that each professional shall be entitled, on or as soon as practicable after the fifteenth (15th) day of each month following the month for which compensation and/or expense reimbursement is sought, to file and serve an application for interim allowance of compensation earned and reimbursement of expenses incurred during the preceding month (each a "Monthly Fee Application").  Parties shall have 14 days after service of a Monthly Fee Application to object thereto (the "Objection Deadline").  Upon the expiration of the Objection Deadline, the applicant may file a certificate of no objection (a "CNO") with the Court with respect to the unopposed portion of the fees and/or expenses requested in the applicable Monthly Fee Application.  After the filing of a CNO, the Debtors are authorized and directed to pay the applicant an amount equal to 80% of the fees and 100% of the expenses requested in the applicable Monthly Fee Application not subject to an objection.

8.      On September 18, 2020, the Court entered an order appointing Justin H. Rucki of Rucki Fee Review, LLC as the fee examiner in these chapter 11 cases.

## RELIEF REQUESTED

9.      By this Application, in accordance with the Compensation Procedures Order, Quinn Emanuel requests payment in the aggregate amount of $259,713.24, which is equal to (a) 80% of the $316,815.25 earned by Quinn Emanuel for professional services to the Debtors during the Fee Period and (b) 100% of the $6,261.04 of actual and necessary expenses incurred by Quinn Emanuel during the Fee Period in connection with its services to the Debtors.

## SUMMARY OF SERVICES RENDERED

10.      Attached hereto as **Exhibit A** is a detailed statement of the time expended and compensation earned by Quinn Emanuel during the Fee Period.  Quinn Emanuel's professionals expended a total of 447.6 hours in connection with these chapter 11 cases during the Fee Period. All services for which Quinn Emanuel is requesting compensation were performed for or on behalf of the Debtors.  The services rendered by Quinn Emanuel during the Fee Period are categorized as set forth in **Exhibit A** and in the summary cover sheet prefixed to this Application.  The professionals who provided services to the Debtors during the Fee Period are also identified in **Exhibit A** and in the summary cover sheets.

## ACTUAL AND NECESSARY EXPENSES

11.      Quinn Emanuel also incurred certain necessary expenses during the Fee Period for which it is entitled to reimbursement under the terms of its retention.  Attached hereto as **Exhibit A** is a detailed statement of Quinn Emanuel's out-of-pocket expenses incurred during the Fee Period, totaling $6,261.04.  These expenses include, but are not limited to, reprographics and document services and hosting services.

## VALUATION OF SERVICES

12.      As noted above, the amount of time spent by each Quinn Emanuel professional providing services to the Debtors during the Fee Period is set forth in the summary attached hereto

as **Exhibit A**.  The rates reflected on **Exhibit A** are Quinn Emanuel's customary hourly rates for work of this character.  The reasonable value of the services rendered by Quinn Emanuel for the Fee Period as special litigation counsel to the Debtors in these chapter 11 cases is $316,815.25.

13.     In accordance with the factor enumerated in section 330 of the Bankruptcy Code, the fees requested are fair and reasonable given (a) the complexity of these chapter 11 cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

14.     Although Quinn Emanuel has made every effort to include all fees and expenses incurred during the Fee Period in this Application, some fees and expenses might not be included in this Application due to delays caused by accounting and processing during the Fee Period. Quinn Emanuel reserves the right to make further applications to this Court for allowance of such fees and expenses not included herein.  Subsequent fee applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the Compensation Procedures Order .

## CERTIFICATE OF COMPLIANCE

15.     The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies that, to the best of her knowledge, information, and belief, this Application complies with the requirements of that Local Rule.

*[Remainder of Page Intentionally Left Blank]*

WHEREFORE, Quinn Emanuel requests allowance and payment of compensation for professional services to the Debtors during the Fee Period in the amount of $253,452.20, representing 80% of the $316,815.25 of fees earned by Quinn Emanuel for professional services to the Debtors during the Feed Period, and reimbursement of 100% of the actual and necessary expenses incurred by Quinn Emanuel during the Fee Period in connection with such services in the amount of $6,261.04, for a total interim award of $259,713.24.

Respectfully submitted this 12th day of October, 2020.

QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ Patricia B. Tomasco*
Patricia B. Tomasco
711 Louisiana, Suite 500
Houston, Texas 77002
Telephone:  (713) 221-7000
Email:  pattytomasco@quinnemanuel.com

– and –

Rachel Herrick Kassabian
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5005
Email: rachelkassabian@quinnemanuel.com

– and –

Todd Anten
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7192
Email: toddanten@quinnemanuel.com

SPECIAL LITIGATION COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION

## Exhibit A

**Fees Statement and Expense Detail**

**quinn emanuel** trial lawyers

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY |
CHICAGO | DC | LONDON | MANNHEIM | TOKYO | HAMBURG |
PARIS | MUNICH | SYDNEY | HONG KONG | HOUSTON | BOSTON |
BRUSSELS | SEATTLE | ZURICH | SHANGHAI | STUTTGART | PERTH |
SALT LAKE CITY |

September 22, 2020

Steve P. McGowan, General Counsel
Legal Department
Boy Scouts of America
1325 W. Walnut Hill Lane
P.O. Box 152079
Irving, Texas 75015

Matter #: 05621-00003
Invoice Number: 101-0000107786
Responsible Attorney: Rachel Herrick Kassabian

<u>Girl Scouts of the United States of America v. Boy Scouts of America</u>

For Professional Services through August 31, 2020 in connection with defending Boy Scouts of America against Girls Scouts of the United States of America.

| | |
|---|---:|
| Fees | $316,815.25 |
| Expenses | $6,261.04 |
| Net Amount | $323,076.29 |
| Total Due This Invoice | $323,076.29 |
| Balance Due from Previous Statement(s) | ███████ |
| Total Balance Due | ███████ |

**Confidential – May include attorney-client privileged and work-product information**

**quinn emanuel** trial lawyers

## Statement Detail

### 02   Employment and Fee Applications

| | | | | |
|---|---|---|---|---|
| 08/10/20 | PT | Emails with R. Kassabian regarding invoice process in bankruptcy cases. | 0.30 | 293.25 |
| 08/10/20 | BH2 | Forward revised retention documents and related documents to R. Kassabian pursuant to her request. | 0.20 | 66.00 |
| 08/11/20 | RHK | Review and revise special counsel application for bankruptcy court (1.0); | 1.00 | 1062.5 |
| 08/12/20 | PT | Email responses to R. Kassabian's questions on bankruptcy procedures. | 0.70 | 684.25 |
| 08/12/20 | RHK | Revise special counsel application to be filed in bankruptcy court, and correspond with insurers, client, B. Howell and Sidley re same (1.7). | 1.70 | 1,806.25 |
| 08/12/20 | BH2 | Review comments of R. Kassabian (.3) and revise the retention application and the Tomasco Declaration (2.9). | 3.20 | 1,056.00 |
| 08/13/20 | BH2 | Further revisions to the Retention Application, incorporating additional information received from account on amounts billed and amounts paid. | 0.60 | 198.00 |
| 08/14/20 | BH2 | Revise the Retention Application and the Declaration with new numbers (.4); revise Schedule 1 attached to the Declaration, pursuant to R. Kassabian's comment (.2). | 0.60 | 198.00 |
| 08/16/20 | TA | Strategize with R. Kassabian re: special counsel application for bankruptcy (0.3). | 0.30 | 267.75 |
| 08/18/20 | RHK | Prepare final revisions to bankruptcy court special counsel application (1.4). | 1.40 | 1,487.50 |
| 08/18/20 | TA | Communicate with P. Tomasco re: special counsel application requirements (0.3). | 0.30 | 267.75 |

## quinn emanuel trial lawyers

September 22, 2020
Page 3

Matter #: 05621-00003
Invoice Number: 101-0000107786

| 08/19/20 | RHK | Finalize application to bankruptcy court for retention as special counsel, and related communications with Sidley, B. Howell and P. Tomasco and T. Anten re same (3.4). | 3.40 | 3,612.50 |
|---|---|---|---|---|
| 08/19/20 | PT | Review and comment on email from R. Kassabian suggesting changes to retention application (.4); emails with accounting to ascertain retainer accounting details (.5). | 0.90 | 879.75 |
| 08/19/20 | TA | Communications with B. Warner re: & review and revise special counsel application (1.8). | 1.80 | 1,606.50 |
| 08/19/20 | BH2 | Numerous revisions to the retention documents on behalf of Quinn Emanuel. | 4.10 | 1,353.00 |
| 08/20/20 | RHK | Correspondence with Sidley re application to bankruptcy court for approval of special counsel retention status (.4). | 0.40 | 425.00 |
| 08/27/20 | RHK | Correspondence with Sidley re status of bankruptcy action and questions (.8). | 0.80 | 850.00 |
| 08/28/20 | RHK | Prepare for and attend call with Sidley re bankruptcy case developments including responding to questions, and prepare draft of same (1.4). | 1.40 | 1,487.50 |
| 08/28/20 | PT | Prepare for and participate in conference call with Sidley team regarding questions on application to retain QE. | 0.50 | 488.75 |
| 08/28/20 | BH2 | Review email from R. Kassabian and notes from previous conference call (.3) and draft email response regarding Quinn Emanuel's retention application (.7). | 1.00 | 330.00 |
| 08/29/20 | RHK | Correspondence with Sidley re questions (.5). | 0.50 | 531.25 |
| 08/30/20 | RHK | Correspondence with Sidley re bankruptcy court developments (.4). | 0.40 | 425.00 |

**quinn emanuel** trial lawyers

September 22, 2020
Page 4

Matter #: 05621-00003
Invoice Number: 101-0000107786

|  |  |  | SUBTOTAL | 25.50 | 19,376.50 |
|---|---|---|---|---|---|

## 03  Litigation - Federal District Court Case

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 08/01/20 | TA | Draft analysis of ███████ ████ (1.0); evaluate ████████ ███████████ (0.8). | 1.80 | 1,606.50 |
| 08/02/20 | TA | Draft analysis of ██████████ ████████████ (1.3); draft report of d███████████ ██████ (0.5). | 1.80 | 1,606.50 |
| 08/03/20 | SJ1 | Prepare memo re: ████████████ ████████████ █████ (1.6); correspondence with document review team re: ████ (0.2). | 1.80 | 1,579.50 |
| 08/03/20 | RHK | Various correspondence with T. Anten, M. Caruso and client re ████████████ (1.3); correspondence with insurers and S. Jenkins re r██████████ █████ (.5); correspondence with client re ███████████ ████ (.3); correspondence with T. Anten re ████████ (.4); correspondence with insurers re ████████ (.1). | 2.60 | 2,762.50 |
| 08/03/20 | AB2 | Provide user support and confirm review login credentials per request from S. Jenkins (.3); provide user support and confirm review login credentials per request from ABS (.3). | 0.60 | 105.00 |
| 08/03/20 | TA | Strategize re: ██████ ████████████ █████ (4.7); prepare for and interview with ██████ (1.7); confer with R. Kassabian re: ██████ (0.2). | 6.60 | 5,890.50 |
| 08/03/20 | CTB | Emails with D. Scher re ████ | 0.50 | 450.00 |

**quinn emanuel** trial lawyers

September 22, 2020
Page 5

Matter #: 05621-00003
Invoice Number: 101-0000107786

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 08/03/20 | MMC | Strategize re: ████████ (.1). | 0.10 | 106.25 |
| 08/03/20 | DS6 | Analysis and correspondence with C. Bogdanos re: ████ ████████ (0.4); analysis and strategy re: ████████ ████████ (1.3). | 1.70 | 1,002.15 |
| 08/03/20 | JL9 | Prepare in-coming production for review per D. Scher request (0.6). | 0.60 | 105.00 |
| 08/04/20 | SJ1 | Analysis re: ████████ ████████ ████████ (1.10). | 1.10 | 965.25 |
| 08/04/20 | RHK | Various correspondence with opposing counsel and client re ████████ (1.0); Prepare for and attend interviews with ████████ ████████ (3.0); call with Ravi Dhar re ████████ (.5); follow up call with ████████ (.8). | 5.30 | 5,631.25 |
| 08/04/20 | TA | Prepare for and Interview with ████████ ████████ (1.4); strategize re: ████████ ████████ ████████ (5.8). | 7.20 | 6,426.00 |
| 08/04/20 | SW2 | Review ██ documents for ████████ | 7.00 | 2,065.00 |
| 08/04/20 | ABS | Review ████████ ████████ ████████ (3.1), █ documents ████████ (0.1) and ██ ████████ | 4.10 | 1,209.50 |

**quinn emanuel** trial lawyers

September 22, 2020                                                         Matter #: 05621-00003
Page 6                                                          Invoice Number: 101-0000107786

|          |     |                                                                                              |      |          |
|----------|-----|----------------------------------------------------------------------------------------------|------|----------|
|          |     | ███████████████ (0.9).                                                                       |      |          |
| 08/04/20 | MMC | Call with ██████████ (1.5); call ████████████ (1.0); call with R. Dhar re: ████████ (.2); strategize re: ███████ (.2). | 3.00 | 3,187.50 |
| 08/04/20 | DS6 | Analysis and correspondence with C. Bogdanos re: ████████ (0.2); analysis and strategy re: ████████████ (1.6); analysis and correspondence with R. Kassabian and T. Anten re: ████████████ (0.8). | 2.60 | 1,532.70 |
| 08/05/20 | SJ1 | Strategize re: ████████████████████████ (1.4). | 1.40 | 1,228.50 |
| 08/05/20 | AB2 | Emails with S. Jenkins re: ██████████ (.2); research and reporting re: ████ (.4); emails with S. Jenkins re: ██████████ (.2); research and report re: ████ (.2); prepare for review re: ███ (.2). | 1.20 | 210.00 |
| 08/05/20 | TA  | Strategize re: ████████████████████ (3.4); assess ████████ (0.2); strategize with D.Scher re: ████████ (0.2). | 3.80 | 3,391.50 |
| 08/05/20 | RHK | Prepare for and attend call with ████████ (1.6); analysis re ████ (1.8); review c████████████ and prepare ██████ (.9); review and revise | 5.10 | 5,418.75 |

|          |      |                                                                 |      |          |
|----------|------|-----------------------------------------------------------------|------|----------|
|          |      | (.8).                                                           |      |          |
| 08/05/20 | SW2  | Review ████ documents ████████                                 | 4.50 | 1,327.50 |
| 08/05/20 | MMC  | Call with ████████ (1.0); strategize re: ████████ (.2); strategize re: ████████ (.3); strategize re: (.2). | 1.70 | 1,806.25 |
| 08/05/20 | ABS  | Review ████ documents ████████ (3.9).                           | 3.90 | 1,150.50 |
| 08/05/20 | DS6  | Prepare correspondence to third parties re: ████████ (2.2); analysis and strategy re: ████████ (0.9); analysis and correspondence with R. Kassabian re: ████████ (0.4). | 3.50 | 2,063.25 |
| 08/05/20 | JL9  | Prepare ████████ per D. Scher request (1.4).                    | 1.40 | 245.00   |
| 08/06/20 | AB2  | Emails with D. Scher re: ████████ (.2); locate, prepare and provide documents re: ████ (.8). | 1.00 | 175.00   |
| 08/06/20 | TA   | Communicate with R. Kassabian and opposing counsel re: ████████ and with R. Kassabian re: ████████ (0.3); strategize re: ████████ (0.5); strategize re: ████████ (3.6) | 4.40 | 3,927.00 |

# quinn emanuel trial lawyers

| | | | | |
|---|---|---|---|---|
| 08/06/20 | RHK | Interview ████████████ (4.1); correspondence with T. Anten, opposing counsel, client and insurers re ████████████ (1.2); correspondence with D. Scher re ████████████ (.2). | 5.50 | 5,843.75 |
| 08/06/20 | ABS | Review ██ **documents** ████████████ (1.9); ██ documents ████████████ (0.5) and ██ documents ████████████ (1.4). | 3.80 | 1,121.00 |
| 08/06/20 | MMC | Call with ████████████ (1.3); strategize re: ████████████ (.1); call with ████████████ (1.0); call with ████████████ (1.3); strategize re: ████████████ (.8). | 4.50 | 4,781.25 |
| 08/06/20 | DS6 | Preparation for ████████████ (1.6); strategy and analysis re: ████████████ (3.0) analysis and correspondence with R. Kassabian and M. Caruso re: ████████████ and legal research re: ████████████ (1.8); analysis and correspondence with R. Kassabian re: ████████████ (0.4). | 6.80 | 4,008.60 |
| 08/07/20 | SJ1 | Analysis re: ████████████ (1.2). | 1.20 | 1,053.00 |
| 08/07/20 | TA | Strategize re: and communicate with ████████████ (0.4); strategize with D. Scher re: ████████████ (0.4); strategize re: ████████████ | 4.00 | 3,570.00 |

**quinn emanuel** trial lawyers

September 22, 2020                                                    Matter #: 05621-00003
Page 9                                                    Invoice Number: 101-0000107786

|            |     |                                                                                                                              |      |          |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------|------|----------|
|            |     | ██████████ (1.1); review and strategize re: ██████████ (2.1).                                                                 |      |          |
| 08/07/20   | RHK | Review ██████████ ██████████ and correspond with D. Scher and client re ██████████ ██████████ (2.2); Correspondence with insurers and client re ██████████ (1.2); review information concerning ██████████ (1.2); correspondence with ██████████ (.3); correspondence with insurers and client re ██████████ (.6); correspondence with T. Anten and D. Scher re ██████████ (.5). | 6.00 | 6,375.00 |
| 08/07/20   | SW2 | Review ██ documents ██████████ ██████████                                                                                    | 8.00 | 2,360.00 |
| 08/07/20   | ABS | Review ██ documents ██████████ ██████████ (2.9); and documents ██████████ ██████████ (0.9).                                  | 3.80 | 1,121.00 |
| 08/07/20   | MMC | Strategize re: ██████████ (.6); attention to ██████████ (.1); strategize re: ██████████ (.2).                                | 0.90 | 956.25   |
| 08/07/20   | DS6 | Correspondence with R. Kassabian re: ██████████ (0.2); prepare analysis re: ██████████ (2.5); analysis and correspondence with R. Kassabian and M. Caruso re: ██████████ | 3.40 | 2,004.30 |

# quinn emanuel trial lawyers

September 22, 2020                                                                   Matter #: 05621-00003
Page 10                                                                     Invoice Number: 101-0000107786

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| | | ███████████████ (0.7). | | |
| 08/08/20 | TA | Strategize re: ███████████ ███ (0.9) | 0.90 | 803.25 |
| 08/08/20 | RHK | Review and analyze ██████ ████████ ████████████ ████████ ████████ | 4.40 | 4,675.00 |
| 08/09/20 | SJ1 | Correspondence with B. Hardin re: ████████████ ███ (0.4); analysis re: ███ (0.3). | 0.70 | 614.25 |
| 08/09/20 | TA | Prepare for and interview ██████ ███ (0.5); strategize re: and draft ████████ (0.5). | 1.00 | 892.50 |
| 08/09/20 | RHK | Prepare for and attend call with ████████ ███████████ (1.2); review and analyze ████████ ████████████ ████████ █████████ (1.8). | 3.00 | 3,187.50 |
| 08/09/20 | MMC | Call with ████████████ (.5); strategize re: █████████ (.5). | 1.00 | 1,062.50 |
| 08/09/20 | DS6 | Analysis and strategy re: ████████ ████████, and correspondence with R. Kassabian and M. Caruso re: █████ (1.0) | 1.00 | 589.50 |
| 08/10/20 | RHK | Prepare for and attend follow up interview ████████ (1.3); various research and analysis re ████████ (2.6); Review and analysis re ████████████ (.8); review and analysis re ████████ (1.4); correspondence with client and analysis re ████████ | 8.50 | 9,031.25 |

**quinn emanuel** trial lawyers

████████████████
████████ (.8);
correspondence with client and T.
Anten re ████████████████
███████████████████ (.8);
correspondence ██████████
██████████████████████
(.8).

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/10/20 | AB2 | Emails with N. Schoichet re: ██████ (.3); locate, prepare and provide documents re: ████ (1.1); emails with D. Scher re: ████████████ (.2); research and reporting re: ████ (.3). | 1.90 | 332.50 |
| 08/10/20 | TA | Strategize re: ████████ ███████████ █████████ (4.2); draft assessment of ███████████ (0.3). | 4.50 | 4,016.25 |
| 08/10/20 | ABS | Review ███ documents ████████ ██████████████ ████████ (0.8); search and review ███████████ (2.9). | 3.70 | 1,091.50 |
| 08/10/20 | CTB | Read and analyze ████████████ ██████ | 2.60 | 2,340.00 |
| 08/10/20 | NS2 | Create and prepare database and linked index ███████████████ ███ (2.3) | 2.30 | 759.00 |
| 08/10/20 | MMC | Call with p██████████████ █████ (1.5); strategize re: ████████ ████ (.8); strategize re: ████████ (.8). | 3.10 | 3,293.75 |
| 08/10/20 | DS6 | Analysis and correspondence with R. Kassabian re: ████████████ ██████████ (0.9); analysis and correspondence with R. Kassabian and S. Jenkins re: n████ ████████████████ | 2.40 | 1,414.80 |

los angeles | new york | san francisco | silicon valley | chicago | dc | london | mannheim | tokyo | hamburg | paris | munich
sydney | hong kong | houston | brussels | seattle | zurich | shanghai | stuttgart | perth | boston | salt lake city

**quinn emanuel** trial lawyers

September 22, 2020                                                    Matter #: 05621-00003
Page 12                                               Invoice Number: 101-0000107786

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | ███ (1.5). |  |  |
| 08/11/20 | RHK | Correspondence with T. Anten and M. Caruso re ████████████ (.8); review ████████████████████ ███ (.6); correspondence with client and T. Anten re ███████████ ███ (.4); prepare for and attend interview of ███████████████ (1.3);  correspondence with C. Bogdanos and R. Dhar ████████████ (.5). | 3.60 | 3,825.00 |
| 08/11/20 | AB2 | Emails with N. Schoichet re: ████████████████ (.3); locate, prepare and provide documents re: ████ (1.5). | 1.60 | 280.00 |
| 08/11/20 | SJ1 | Analysis re: ██████ documents ████████████ (0.5); correspondence with document review team re: ██████████ ████████████ (0.2). | 0.70 | 614.25 |
| 08/11/20 | TA | Prepare for and interview with ████████████ (1.0); strategize re: ████████████ (0.5). | 1.50 | 1,338.75 |
| 08/11/20 | ABS | Review ██ documents ████████ ██████████████ ████████████ (3.6); and ██ documents ████████████ ████████ (0.4). | 4.00 | 1,180.00 |
| 08/11/20 | SW2 | Review ██ documents ██████████████ ████████████ ████ | 4.50 | 1,327.50 |
| 08/11/20 | CTB | Email to R. Kassabian re ████████ ██████████████ | 1.30 | 1,170.00 |
| 08/11/20 | MMC | Strategize re: ████████████ | 0.60 | 637.50 |

**quinn emanuel** trial lawyers

September 22, 2020
Page 13

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | ██████████████████████ ████████ (.6). | | |
| 08/11/20 | NS2 | Create and prepare database and linked index ██████████████ ████████████████████ ████ (6.4) | 6.40 | 2,112.00 |
| 08/11/20 | DS6 | Analysis of ██████████ and correspondence with R. Kassabian re: **same** (1.8). | 1.80 | 1,061.10 |
| 08/12/20 | SJ1 | Analysis re: ███████████ ████████████████and correspondence with R. Kassabian re: ████(0.4). | 0.40 | 351.00 |
| 08/12/20 | AB2 | Emails with N. Schoichet re: ████████████████████████ (.2); locate, prepare and provide documents re: ████(1). | 1.20 | 210.00 |
| 08/12/20 | TA | Prepare for and interview with █████████████████(0.4); strategize with R. Kassabian re: ████████████████████████ (2.0). | 2.40 | 2,142.00 |
| 08/12/20 | ABS | Review ████documents ██████ ████████████████████ ██████████(4.3). | 4.30 | 1,268.50 |
| 08/12/20 | MMC | Strategize re: ██████████(.3); strategize re: ██████(.9); communications with BSA, insurers re: ██████████(.2). | 1.40 | 1,487.50 |
| 08/12/20 | NS2 | Create and prepare ████████ ████████████████████████ ████████████████████ ████(5.7) | 5.70 | 1,881.00 |
| 08/12/20 | RHK | Prepare for and attend call with ████████████████████ ████████correspond and attend call with T. Anten re ████(1.6); correspondence with client and insurers re ████████████████ | 2.90 | 3,081.25 |

**quinn emanuel** trial lawyers

September 22, 2020
Page 14

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | ████ (.7); correspondence with C. Bogdanos and R. Dhar's office re ████ (.6). |  |  |
| 08/12/20 | DS6 | Analysis of ████, and correspondence with R. Kassabian re: ████ (0.3). | 0.30 | 176.85 |
| 08/12/20 | JL9 | Conduct searches in Viewpoint and generate PDFs from result sets for review per K. Hicks request (0.7). | 0.70 | 122.50 |
| 08/13/20 | SJ1 | Analysis re: ████ and correspondence with R. Kassabian re: ████ (0.7). | 0.70 | 614.25 |
| 08/13/20 | RHK | Correspondence with insurers, client and M. Caruso re ████ (.6); correspondence re ████ (.4). | 1.00 | 1,062.50 |
| 08/13/20 | AB2 | Emails with D. Scher re: ████ (.3); locate, prepare and provide documents re: ████ (1.5). | 1.80 | 315.00 |
| 08/13/20 | ABS | Review ██ documents ████ (0.7). | 0.70 | 206.50 |
| 08/13/20 | SW2 | Review ██ documents ████ | 8.00 | 2,360.00 |
| 08/13/20 | MMC | Strategize re: ████ (.2). | 0.20 | 212.50 |
| 08/13/20 | NS2 | Create and prepare database and linked index ████ (5.7) prepare ████ (0.3) | 6.00 | 1,980.00 |
| 08/13/20 | DS6 | Analysis of ████ | 4.00 | 2,358.00 |

# quinn emanuel trial lawyers

September 22, 2020
Page 15

Matter #: 05621-00003
Invoice Number: 101-0000107786

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | ████████████████, and correspondence to R. Kassabian re: ████ (3.5); analysis and strategy re: ████████████████ (0.5). |  |  |
| 08/13/20 | JL9 | Collect and prepare n███████████ ████████████ per S. Jenkin request (1.3). | 1.30 | 227.50 |
| 08/14/20 | SJ1 | Analysis re: ████████████ and correspondence with R. Kassabian re: ████ (0.5). | 0.50 | 438.75 |
| 08/14/20 | RHK | Prepare for and attend call with ████████ (1.8); correspondence with insurers regarding █████████ (.6); review and analysis re ████ (4.0), review and correspond with T. Anten, M. Caruso and D. Scher re ████████████ (1.1). | 7.50 | 7,968.75 |
| 08/14/20 | AB2 | Emails with D. Scher re: ████████ ████████████(.3); prepare for review re: ████(1.2). | 1.50 | 262.50 |
| 08/14/20 | TA | Strategize with R. Kassabian re: ████████████ (1.2); review ████████████ and strategize re: ████ (1.0). | 2.20 | 1,963.50 |
| 08/14/20 | SW2 | Review ████ documents ████ ████████████ ████████████ ████████████ | 4.00 | 1,180.00 |
| 08/14/20 | NS2 | Supplement and update database and linked index ████████████ ████ (1.0) prepare information regarding ████████████ (0.3) assist with preparing ████████████ (0.2) | 1.50 | 495.00 |

# quinn emanuel trial lawyers

September 22, 2020
Page 16

Matter #: 05621-00003
Invoice Number: 101-0000107786

| | | | | |
|---|---|---|---|---|
| 08/14/20 | MMC | Strategize re: ███████████ (.7); strategize re: ███████████ (.2); strategize re: ███████████ (.1). | 0.90 | 956.25 |
| 08/14/20 | DS6 | Analysis and strategy re: ████████ ███████████ (2.6); legal research re: p█ ████████, and correspondence to R. Kassabian and M. Caruso re: ████ (2.8); analysis of ████████ ███████████ (0.5). | 5.90 | 3,478.05 |
| 08/16/20 | MMC | Strategize re: ████████ (4.3). | 4.30 | 4,568.75 |
| 08/16/20 | DS6 | Analysis and correspondence with T. Anten re: ████████ (0.2). | 0.20 | 117.90 |
| 08/17/20 | SJ1 | Analysis re: ████████ and correspondence with R. Kassabian re: ████ (0.6). | 0.60 | 526.50 |
| 08/17/20 | RHK | Various correspondence with M. Caruso and T. Anten re e████ ████ (.9), prepare for call with R. Dhar re ████ (.5); correspondence with C. Elsten and client re ████ (.5); correspondence with insurers re ███████████ (.4). | 2.30 | 2,443.75 |
| 08/17/20 | AB2 | Emails with S. Jenkins re: ████ ████ (.2); research and reporting re: ████ (.2); prepare for review re: ████ (.2). | 0.60 | 105.00 |
| 08/17/20 | TA | Strategize with R. Kassabian re: ████████ ████████ (0.7). | 0.70 | 624.75 |
| 08/17/20 | NS2 | Coordinate the ████████ ████████. (0.2) | 0.20 | 66.00 |
| 08/17/20 | DS6 | Analysis and correspondence with T. Anten re: ████████ (0.3); analysis and strategy with T. | 0.60 | 353.70 |

**quinn emanuel** trial lawyers

|            |      |                                                                                                      |       |          |
|------------|------|------------------------------------------------------------------------------------------------------|-------|----------|
|            |      | Anten re: ███████████ (0.3).                                                                          |       |          |
| 08/17/20   | MMC  | Call with R. Dhar re: ████████ ████████████ (1.0); strategize re: ████ (.4).                          | 1.40  | 1,487.50 |
| 08/18/20   | RHK  | Prepare for and attend call with ██████████████████████ ██████████████████ ██████████████ (1.1); prepare for and attend call with C. Elsten re ██████████████████ ██████████████ (1.9); prepare for and attend call with insurers re ██████████ and follow up call with M. Caruso re ██████ and correspondence with ██████████████ (1.6). | 4.60  | 4,887.50 |
| 08/18/20   | TA   | Strategize with R. Kassabian re: ██████████████ ██████████████ ██████████████████ ████ (1.1); communicate with ██████████████ (0.2); draft assessment of ██████████ ██████████████ (0.2). | 1.50  | 1,338.75 |
| 08/18/20   | NS2  | Supplement and update database and linked index of ██████████████ ██ (0.8)                            | 0.80  | 264.00   |
| 08/18/20   | MMC  | Strategize re: ██████ ██████ (.3); call with insurers (.6); call with BSA re: ██████ strategize re: ██████████████ ████ (.6). | 1.50  | 1,593.75 |
| 08/19/20   | TA   | Preparation for and communications with R. Kassabian, C. Elsten & client re: ████████████████ (1.4).  | 1.40  | 1,249.50 |
| 08/19/20   | NS2  | Supplement and update database and                                                                    | 0.90  | 297.00   |

# quinn emanuel trial lawyers

|          |      | linked index of ██████████████ ██ (0.9) | | |
|----------|------|-------------------------------------------|------|----------|
| 08/19/20 | MMC  | Strategize re: ████████ (.1). | 0.10 | 106.25 |
| 08/19/20 | RHK  | Correspondence with T. Anten and D. Scher and insurers re ██████████████ ██████████████ █████ (1.3); correspondence with D. Scher re █████████ ██████████████ (.6). | 1.90 | 2,018.75 |
| 08/19/20 | DS6  | Analysis and strategy with T. Anten re: ████ (0.8); analysis and correspondence to R. Kassabian re: ████████████ (0.7); analysis and correspondence to R. Kassabian re: █████████ (0.7). | 2.20 | 1,296.90 |
| 08/20/20 | RHK  | Prepare for and attend call with M. Caruso and C. Bogdanos re █████████ (1.0); correspondence with client re ██████████████ (2.0); correspondence with client re ██████████ (.3). | 3.30 | 3,506.25 |
| 08/20/20 | TA   | Prepare for and participate in communications ████████ (0.8); communicate with GSUSA re: ██ (0.3); communications with C. Elsten & client re: ████████ (0.4). | 1.50 | 1,338.75 |
| 08/20/20 | CTB  | Review ███████████ (.6); telephone calls with R. Kassabian (.9) and with M. Caruso (.4) re ████████████ telephone call with AMS re ██ (.3). | 2.20 | 1,980.00 |
| 08/20/20 | DS6  | TC with ██████████ **and** T. Anten re: | 2.70 | 1,591.65 |

**quinn emanuel** trial lawyers

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | ██████████████████ analysis and strategy with R. Kassabian and T. Anten re: █████ (1.8); analysis and strategy re: ██████████ (0.9). |  |  |
| 08/20/20 | MMC | Strategize re: ████████ ███████████ (1.9). | 1.90 | 2,018.75 |
| 08/21/20 | CTB | Telephone call with AMS re █████ ██████ (.8); email to R. Kassabian re ███ (.5). | 1.30 | 1,170.00 |
| 08/23/20 | RHK | Various correspondence with M. Caruso, T. Anten and C. Bogdanos re ████████████████ ████████████████ | 1.60 | 1,700.00 |
| 08/23/20 | TA | Strategize with R. Kassabian re: ████████████████ ██████████████ ████████████████ (0.8). | 0.80 | 714.00 |
| 08/23/20 | MMC | Strategize re: ██████████ ████ (1.1). | 1.10 | 1,168.75 |
| 08/24/20 | MMC | Strategize re: ██████████ report (.1). | 0.10 | 106.25 |
| 08/24/20 | RHK | Correspondence and analysis re ████████████████ (1.0); correspondence with ████████ ████████████ (.3); analysis re ██████████████ (1.3); review and analysis re ████████ ████████████ (.5). | 3.10 | 3,293.75 |
| 08/24/20 | TA | Review and assess ██████ ████████ (0.5); strategize re: ████████████████ (0.4); communicate with ████████ ████████████ (0.5). | 1.40 | 1,249.50 |
| 08/24/20 | DS6 | Analysis and correspondence with M. Caruso re: ██████████ (0.5). | 0.50 | 294.75 |

**quinn emanuel** trial lawyers

September 22, 2020                                                      Matter #: 05621-00003
Page 20                                                      Invoice Number: 101-0000107786

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 08/25/20 | MMC | Call with opposing counsel re: ▮▮▮ (.5); strategize re: ▮▮▮ (1.3). | 1.80 | 1,912.50 |
| 08/25/20 | RHK | Prepare for and attend meet and confer call with opposing counsel re ▮▮▮ (.9); analysis, and multiple correspondence with client and insurers and T. Anten re ▮▮▮ (1.9); correspondence with insurers re ▮▮▮ (.3). | 3.10 | 3,293.75 |
| 08/25/20 | TA | Strategize re: ▮▮▮ and review and revise ▮▮▮ (2.0). | 2.00 | 1,785.00 |
| 08/25/20 | AB2 | Emails with S. Jenkins re: ▮▮▮ (.2); prepare review batches re: ▮▮▮ (.7). | 0.90 | 157.50 |
| 08/25/20 | DS6 | Meet and confer with GSUSA counsel and R. Kassabian re: ▮▮▮ and analysis and correspondence with R. Kassabian re: ▮▮▮ (1.9); prepare motion to ▮▮▮ and legal research re: ▮▮▮ (4.7). | 6.60 | 3,890.70 |
| 08/26/20 | SJ1 | Strategize and prepare analysis re: review of documents ▮▮▮ (0.8); correspondence with document review team re: ▮▮▮ (0.3). | 1.10 | 965.25 |
| 08/26/20 | SW2 | Review ▮▮▮ documents ▮▮▮ ▮▮▮ | 3.00 | 885.00 |
| 08/26/20 | MMC | Strategize re: ▮▮▮ (.7); communications with R. Dhar re: ▮▮▮ (.2); strategize re: ▮▮▮ (.9). | 1.80 | 1,912.50 |
| 08/26/20 | RHK | Revise draft ▮▮▮ | 3.20 | 3,400.00 |

# quinn emanuel trial lawyers

September 22, 2020                                                    Matter #: 05621-00003
Page 21                                                  Invoice Number: 101-0000107786

| | | | | |
|---|---|---|---|---|
| | | ███████████████ and various correspondence with client and M. Caruso re ███████ 2.0); correspondence with Dr. Dhar and C. Bogdanos, T. Anten and M. Caruso re ██████ analysis re ██████ (1.2). | | |
| 08/26/20 | TA | Review and revise ███████████████ (5.2); strategize re: and communicate with ███████████████ (0.4); strategize re: ███████████████ and ██████ including communications with experts (1.3). | 6.90 | 6,158.25 |
| 08/27/20 | SW2 | Review 6███████ documents ██████████ | 8.00 | 2,360.00 |
| 08/27/20 | MMC | Strategize re: ███████████████ (.8). | 0.80 | 850.00 |
| 08/27/20 | TA | Review and revise ███████████████ (2.1); strategize re: and communicate with BSA experts re: ██████████ (1.3). | 3.40 | 3,034.50 |
| 08/27/20 | RHK | Finalize ███████████████ (2.4); correspondence with C. Elsten re ██████████ (.4); correspondence re ███████████████ (.4); correspondence with T. Anten re ██████████ (.2). | 3.40 | 3,612.50 |
| 08/27/20 | CTB | Analysis re ██████████ (2.1); emails with R. Dhar and M. Santana re ██████ (.3). | 2.40 | 2,160.00 |
| 08/27/20 | ABS | Review ██████ documents ██████████ (3.6). | 3.60 | 1,062.00 |

# quinn emanuel trial lawyers

September 22, 2020

Page 22

Matter #: 05621-00003

Invoice Number: 101-0000107786

| 08/28/20 | SJ1 | Analysis re: ███████████ ████████ (1.2). | 1.20 | 1,053.00 |
| 08/28/20 | SW2 | Review ████████ **documents** ████████████ ███████ | 8.00 | 2,360.00 |
| 08/28/20 | MMC | Revise ██████████ (4.5). | 4.50 | 4,781.25 |
| 08/28/20 | TA | Review and strategize re: **o**████████ ████████ (0.6); communicate with ████████ re: ████████ (0.4). | 1.00 | 892.50 |
| 08/28/20 | DS6 | Review ████████ and correspondence with M. Caruso re: ████ (2.7); analysis of ████████ and correspondence to R. Kassabian re: ████ (0.7). | 3.40 | 2,004.30 |
| 08/28/20 | RHK | Prepare draft correspondence to insurers re ████████ (.8); correspondence with C. Bogdanos and M. Caruso re ████████████ (.7); draft correspondence to insurers re ████████ (.4); correspondence with C. Elsten re ████████ (.2). | 2.10 | 2,231.25 |
| 08/28/20 | ABS | Review ████████ documents ████ ████ (1.9). | 1.90 | 560.50 |
| 08/29/20 | MMC | Strategize re: ████████ ████ (.1). | 0.10 | 106.25 |
| 08/29/20 | TA | Review and strategize with R. Kassabian re: ████████ ████ (0.3). | 0.30 | 267.75 |
| 08/29/20 | RHK | Review correspondence from ████ ████████ (.3). | 0.30 | 318.75 |
| 08/29/20 | CTB | Review ████████████ (2.2); email to M. Caruso re ████ (.1). | 2.30 | 2,070.00 |
| 08/30/20 | MMC | Strategize re: ████████ (.2); strategize ████████ (.6). | 0.80 | 850.00 |

los angeles | new york | san francisco | silicon valley | chicago | dc | london | mannheim | tokyo | hamburg | paris | munich
sydney | hong kong | houston | brussels | seattle | zurich | shanghai | stuttgart | perth | boston | salt lake city

**quinn emanuel** trial lawyers

| 08/30/20 | RHK | Correspondence with client re ▓▓▓ ▓▓▓ (.6). | 0.60 | 637.50 |
|---|---|---|---|---|
| 08/30/20 | DS6 | Analysis of ▓▓▓▓▓ ▓▓▓▓▓▓▓ ▓▓▓▓▓ (2.0). | 2.00 | 1,179.00 |
| 08/30/20 | CTB | Telephone call with M. Santana re ▓▓▓▓▓ (.3); emails with M. Caruso re same and re ▓▓▓ (.3). | 0.60 | 540.00 |
| 08/31/20 | SW2 | Review ▓▓▓▓ documents ▓▓▓▓▓▓ ▓▓ | 8.00 | 2,360.00 |
| 08/31/20 | MMC | Strategize re: ▓▓▓▓ ▓▓▓▓ (2.2); call with Dhar re: ▓▓▓ (1.2); strategize re: ▓▓▓▓ (1.9); strategize re: ▓▓▓▓ (1.5). | 6.80 | 7,225.00 |
| 08/31/20 | TA | Review and strategize re: o ▓▓▓▓ (0.5); review and strategize re: ▓▓▓ (0.3); review and revise ▓▓▓▓ ▓ (1.3). | 2.10 | 1,874.25 |
| 08/31/20 | DS6 | Analysis ▓▓▓▓ ▓▓▓▓▓ (1.8); analysis and correspondence to S. Jenkins re: ▓▓▓ (0.5); review and revise ▓▓▓ ▓ and correspondence with M. Caruso re: ▓ (1.6). | 3.90 | 2,299.05 |
| 08/31/20 | RHK | Prepare for and attend call with R. Dhar re ▓▓▓ (1.0); call with M. Caruso re ▓▓▓ (.4); revise ▓▓▓ (.8); correspondence with insurers re ▓ (.6). | 2.80 | 2,975.00 |

# quinn emanuel trial lawyers

September 22, 2020

Matter #: 05621-00003

Page 24

Invoice Number: 101-0000107786

| 08/31/20 | DS4 | Annotate ███████████ ████████████ ██████████ | 0.80 | 240.00 |
|---|---|---|---|---|
| 08/31/20 | ABS | Review ████████ **documents** ██████ ██████ (2.5). | 2.50 | 737.50 |
| 08/31/20 | CTB | Call with R. Dhar, M. Santana, and M. Caruso re ██████████████ report (1); analysis re ████████ ███████████████████████ ██████ (3.6). | 4.60 | 4,140.00 |
| | | SUBTOTAL | 422.10 | 297,438.75 |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Rachel Herrick Kassabian | RHK | Partner | 98.70 | 1,062.50 | 104,868.75 |
| Margret Caruso | MMC | Partner | 44.40 | 1,062.50 | 47,175.00 |
| Patty Tomasco | PT | Partner | 2.40 | 977.50 | 2,346.00 |
| Claudia Bogdanos | CTB | Counsel | 17.80 | 900.00 | 16,020.00 |
| Todd Anten | TA | Partner | 67.50 | 892.50 | 60,243.75 |
| Sara Jenkins | SJ1 | Counsel | 11.40 | 877.50 | 10,003.50 |
| Dylan Scher | DS6 | Associate | 55.50 | 589.50 | 32,717.25 |
| Scott Weingrad | SW2 | Attorney | 63.00 | 295.00 | 18,585.00 |
| Andrew B. Sanford | ABS | Attorney | 36.30 | 295.00 | 10,708.50 |
| | | | | | |
| Case Assistants | Init. | Title | Hours | Rate | Amount |
| Barbara J Howell | BH2 | Paralegal | 9.70 | 330.00 | 3,201.00 |
| Nolan Schoichet | NS2 | Paralegal | 23.80 | 330.00 | 7,854.00 |
| Dave Scholz | DS4 | Graphics Coordinator | 0.80 | 300.00 | 240.00 |
| | | | | | |
| Litigation Support/Document Management Services | Init. | Title | Hours | Rate | Amount |
| Anthony Bentancourt | AB2 | Litigation Support | 12.30 | 175.00 | 2,152.50 |
| Joe Liao | JL9 | Litigation Support | 4.00 | 175.00 | 700.00 |

## Expense Summary

| Description | Amount |
|---|---|
| Online Research | 0.00 |

# quinn emanuel trial lawyers

September 22, 2020                                          Matter #: 05621-00003
Page 25                                          Invoice Number: 101-0000107786

| Description | | Amount |
|---|---|---|
| Document Reproduction | 0.10 | 39.30 |
| Word processing | | 0.00 |
| Velobind | | 2.50 |
| Document Services | | 24.24 |
| | | |
| **<u>Litigation Support Costs</u>)** | | |
| Hosting | | 6,195.00 |
| | Total Expenses | $6,261.04 |