IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Ref. Docket No. 1164, 1165 & 1166**<br><br>**Objection Deadline**:<br>October 9, 2020 at 4:00 p.m. (ET)<br>**Hearing Date**:<br>October 14, 2020 at 10:00 a.m. (ET) |

**JOINDER BY AGRICULTURAL INSURANCE COMPANY TO CENTURY'S OBJECTION TO THE COALITION'S MOTION FOR ORDER PERMITTING FILING OF PROOF OF CLAIM FORMS SIGNED BY AUTHORIZED COUNSEL IN ACCORDANCE WITH BANKRUPTCY CODE SECTIONS 501 AND 502, BANKRUPTCY RULE 3001, AND OFFICIAL FORM 410**

Agricultural Insurance Company ("Agricultural"), by and through undersigned counsel, hereby submits the following joinder (the "Joinder") in support of *Century's Objection to the Coalition's Motion for Order Permitting Filing of Proof of Claim Forms Signed by Authorized Counsel In Accordance with Bankruptcy Code Sections 501 and 502, Bankruptcy Rule 3001, and Official Form 410* [D.I. No. 1463] (the "Century Objection") and states as follows:

On September 30, 2020, the Coalition of Abused Scouts for Justice (the "Coalition") filed its *Motion for Order Permitting Filing of Proof of Claims Forms Signed by Authorized Counsel In Accordance with Bankruptcy Code Sections 501 and 502, Bankruptcy Rule 3001, and Official Form 410* (the "Coalition's Motion") [D.I. No. 1388]. On October 9, 2020, Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

5211959                                                                 1

America and Indemnity Insurance Company of North America, Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company (collectively, "Century") filed the Century Objection. Agricultural hereby joins in the Century Objection and relief sought in the Century Objection.

## CONCLUSION

WHEREFORE, Agricultural respectfully requests that the Court enter an order denying the Coalition's Motion to alter the Bar Date Order to allow counsel to sign proofs of claim on behalf of their clients.

Date: October 12, 2020          BODELL BOVÉ, LLC

By: /s/ Bruce W. McCullough
Bruce W. McCullough (Del. ID 3112)
1225 N. King Street, Suite 1000
P.O. Box 397
Wilmington, DE 19899-0397
Telephone: 302-655-6749
Facsimile: 302-655-6827
Email: bmccullough@bodellbove.com

- and -

CLYDE & CO US LLP
Bruce D. Celebrezze (*pro hac vice*)
Taylor Meehan (*pro hac vice*)
Four Embarcadero Center, Suite 1350
San Francisco, California 94111
Telephone: (415) 365-9800
Facsimile: (415) 365-9801
Email:    bruce.celebrezze@clydeco.us
            taylor.meehan@clydeco.us

*Attorneys for Agricultural Insurance Company*