## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I, BRUCE W. McCULLOUGH, hereby certify that on this date a copy of the foregoing Joinder by Agricultural Insurance Company to Century's Objection to the Coalition's Motion for Order Permitting Filing of Proof of Claim Forms Signed by Authorized Counsel In Accordance with Bankruptcy Code Sections 501 and 502, Bankruptcy Rule 3001, and Official Form 410 was served via CM/ECF on the following:

Derek C. Abbott, Esquire
Andrew R. Remming, Esquire
Joseph C. Barsalona , Esquire
Paige N. Topper, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347

All attorneys through CM/ECF

/s/ Bruce W. McCullough
Bruce W. McCullough (Del. ID 3112)

Dated: October 12, 2020