IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:**<br><br>**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,**<br><br>    **Debtors.** | **Chapter 11**<br><br>**Case No. 20-10343 (LSS)** |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Joseph F. Rice, Esq. of Motley Rice LLC hereby enters his appearance in the above-entitled action as counsel on behalf of various child sexual abuse tort claimants.

Respectfully submitted,

*/s/ Joseph F. Rice*

JOSEPH F. RICE, ESQ. (SC I.D. No. 00    )
jrice@motleyrice.com
MOTLEY RICE LLC
28 Bridgeside Blvd
Mount Pleasant, SC  29464
Telephone:  843-216-9159
Facsimile:  843-216-9290

Dated:  October 12, 2020

**CERTIFICATE OF SERVICE**

    I hereby certify that, on this date, the foregoing document was filed with the United States Bankruptcy Court, District of Delaware and served upon all parties entitled to receive notice of filings in the above-captioned case via the Bankruptcy Court's Electronic Case Filing (ECF) system.

                                            By:_____
                                                 Joseph F. Rice, Esq.

Dated: October 12, 2020