IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Re Docket No. |

**DECLARATION OF RACHEL B. MERSKY IN SUPPORT OF
THE COALITION OF ABUSED SCOUTS FOR JUSTICE MOTION
FOR ORDER PERMITTING FILING OF PROOF OF CLAIM FORMS SIGNED
BY AUTHORIZED COUNSEL IN ACCORDANCE WITH BANKRUPTCY CODE
SECTIONS 501 AND 502, BANKRUPTCY RULE 3001, AND OFFICIAL FORM 410**

I, Rachel B. Mersky, pursuant to 28 U.S.C. § 1746(2), under penalty of perjury, hereby declare as follows:

1. I am a Member at the firm Monzack Mersky Browder and Hochman, PA, counsel for the Coalition of Abused Scouts for Justice. I submit this declaration based on my personal knowledge of the proceedings in *In re Boy Scouts of America and Delaware BSA, LLC*, and review of the document described below.

2. Attached hereto as **Exhibit 1** is a true and correct copy of an email exchange between myself and David Buchbinder, U.S. Trustee.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Proof of Claim Form (Airbag Inflator Related) for TK Holding, Inc. 17-11375.

I declare under pain and penalty of perjury of the laws of the United States that the foregoing is true and correct.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

{00219493-1}

Dated: October 12, 2020                           Respectfully Submitted,

*/s/ Rachel B. Mersky*
RACHEL B. MERSKY