# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 1388,1450,1460,1463,1478** |

### MOTION OF THE COALITION OF ABUSED SCOUTS FOR JUSTICE FOR LEAVE TO FILE OMNIBUS REPLY TO OBJECTIONS TO MOTION FOR ORDER PERMITTING FILING OF PROOF OF CLAIMFORMS SIGNED BY AUTHORIZED COUNSEL IN ACCORDANCE WITH BANKRUPTCY CODE SECTIONS 501 AND 502, BANKRUPTCY RULE 3001, AND OFFICIAL FORM 410

The Coalition of Abused Scouts for Justice (the "Coalition"), by its undersigned counsel, hereby moves (this "Motion for Leave") the Court for entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Proposed Order"), pursuant to Rule 9006-1(d) of the Local Rule of Bankruptcy Practice and Procedure of the United States District Court for the District of Delaware (the "Local Rules"), authorizing the Coalition to file its reply [D.I. 1490] (the "Omnibus Reply"), filed contemporaneously herewith, to the objections filed by Official Committee of Tort Claimants [Docket No. 1450], Hartford Accident and Indemnity Company, [Docket No. 1460], Century *et al*. [Docket No. 1463] and the Debtors [Docket No.1478]. All of the foregoing objections are referred to herein collectively as the "Objections." In support of this Motion for Leave, the Coalition respectfully states as follows:

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

{00219605-2}

**JURISDICTION, VENUE, AND PREDICATES FOR RELIEF**

1. The Motion of the Coalition for Abused Scouts for Justice seeks compliance with Bankruptcy Rule 3001(b), Bankruptcy Rule 9009(a) and Official Form 410 which were abrogated in the Bar Date Order without notice to over 17,000 Sexual Abuse Survivors.

2. This Court has jurisdiction over this Motion for Leave pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and the Coalition confirms its consent, pursuant to Local Rule 9013-1(f), to the entry of a final order or judgment by the Court, if it is determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution. Venue of this proceeding and this Motion for Leave is proper in this judicial district pursuant to 28 U.S.C. §§ 1408 and 1409. The predicate for the relief requested herein is Local Rule 9006-1(d). This Motion seeks compliance with compliance with Bankruptcy Rule 3001(b) and Official Form 410 which specifically authorize signatures of authorized representatives.

**GENERAL BACKGROUND**

3. On February 18, 2020 (the "Petition Date"), each of the Debtors filed with this Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

4. The Debtors filed a Motion for Bar Date with its first day Motions [Docket No. 18]. The Motion was not served on any Sexual Abuse Survivors, however it was served on a few, but not the majority of the Law Firms that represent Coalition members.

5. On May 4, 2020, the Debtors filed a Supplement to Bar Date Motion [Docket No. 557] which, pursuant to the Affidavit of Service was not served on any Sexual Abuse

Survivors, and was only served on one of the counsel for Coalition members [Affidavit-Docket No. 585]. The Supplement to Bar Date Motion was not served on any other Coalition Law Firms.

6. On May 14, 2020, the Debtors filed Notice of Revised Bar Date Order [Docket No. 632] which was not served on any Sexual Abuse Survivors and was only served on one counsel for Coalition members [Affidavit-Docket No. 671]. The Notice of Revised Bar Date Order was not served on any other Coalition Law Firms.

7. On May 18, 2020, the Debtors filed a Notice of Filing Further Revised Bar Date Order which was not served on any Sexual Abuse Survivors and was only served on one counsel for Coalition members [Affidavit-Docket No. 676]. The Notice of Filing Further Revised Bar Date Order was not served on any other Coalition Law Firms.

**RELIEF REQUESTED**

8. Pursuant to Local Rule 9006-1(d), "[r]eply papers . . . may be filed by 4:00 p.m. prevailing Eastern Time the day prior to the deadline for filing the agenda." *See* Del. Bankr. L.R. 9006-1(d). The agenda for the October 14, 2020 hearing at which the Motion for Order Permitting Filing of Proof of Claim Forms Signed by Authorized Counsel in Accordance with Bankruptcy Code Sections 501 and 502, Bankruptcy Rule 3001, and Official Form 410, to be heard (the "Hearing") was due by 12:00 p.m. (prevailing Eastern Time) on October 9, 2020.[2] Accordingly, pursuant to Local Rule 9006-1(d), the deadline to file the Omnibus Reply was 4:00 p.m. (prevailing Eastern Time) on October 8, 2020 (the "Reply Deadline"). As a result, absent leave of the Court, the Coalition would be unable to file the Omnibus Reply and the Court would

---

[2] October 12, 2020 is a legal holiday, and accordingly the Coalition has calculated the deadline for filing an agenda and, consequently, the Reply Deadline, per Bankruptcy Rule 9006(a)(1)(C).

{00219605-2}                                3

be denied the opportunity to review the Coalition's responses to the Objections in advance of the Hearing.

9.  The Coalition submits that cause exists to grant the relief requested by this Motion for Leave and approve an extension of the time by which to file the Omnibus Reply under Local Rule 9006-1(d). As a result of the objections to the Motion, plus the intervening Columbus Day holiday's impact on the time for filing the Agenda, the Coalition was left with insufficient time to prepare and file the Omnibus Reply without seeking leave of the Court. The Coalition's Omnibus Reply was due, effectively, one day earlier than usual, absent the Court granting the relief in this Motion for Leave. Finally, the Omnibus Reply will provide the Court with substantive information and arguments for consideration in connection with the Motion, and the Objections, and the Court's consideration of the Omnibus Reply may reduce argument on these matters at the Hearing. Under these circumstances, the Coalition submits that ample cause exists to grant leave to file the Omnibus Reply today, October 12, 2020. Further, extending the Reply Deadline will not prejudice any party, as parties in interest will have sufficient time to review the Omnibus Reply in advance of the Hearing.

**NOTICE**

10. Notice of this Motion will be provided to: (i) the U.S. Trustee; (ii) counsel to the Debtors; (iii) counsel to the Creditors' Committee; (iii) counsel to the Tort Claimants' Committee; (iv) counsel to the Future Claimants' Representative; (v) counsel to the Ad Hoc Committee of Local Councils of the Boy Scouts of America; (vi) counsel to JPMorgan Chase Bank National Association; (vii) counsel to the Insurers; and (viii) parties consistent with the *Standing Order Regarding Service Pursuant to Del. Bankr. L.R. 5004-4 and 9036-1*. The

Coalition submits that, in light of the nature of the relief requested herein, no other or further notice need be given.

## CONCLUSION

WHEREFORE, the Coalition respectfully requests that the Court enter the Proposed Order, substantially in the form attached hereto as Exhibit A, granting the relief requested herein and any further relief the Court may deem just, proper and necessary.

| | |
|---|---|
| Dated: October 12, 2020<br>Wilmington, Delaware | **MONZACK MERSKY BROWDER AND HOCHMAN, P.A.**<br><br>*/s/ Rachel B. Mersky*<br>Rachel Mersky (DE No. 2049)<br>1201 N. Orange Street, Suite 400<br>Wilmington, Delaware 19801<br>Telephone:    (302) 656-8162<br>Facsimile:     (302) 656-2769<br>E-mail:          rmersky@monlaw.com<br><br>-and-<br><br>**BROWN RUDNICK LLP**<br>David J. Molton, Esquire<br>Eric R. Goodman<br>Seven Times Square<br>New York, New York 10036<br>Telephone: (212) 209-4800<br>E-mail: dmolton@brownrudnick.com<br>E-mail: egoodman@brownrudnick.com<br><br>-and-<br><br>Sunni P. Beville, Esquire<br>Tristan G. Axelrod, Esquire<br>One Financial Center<br>Boston, MA 02111<br>Telephone: (617) 856-8200<br>E-mail: sbeville@brownrudnick.com<br>E-mail: taxelrod@brownrudnick.com<br><br>*Co-Counsel to the Coalition of Abused Scouts for Justice* |