**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | **Ref. Docket No. 1389** |

**SECOND OMNIBUS ORDER (I) AUTHORIZING THE DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] of the Boy Scouts of America and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession in the above-captioned chapter 11 cases (together, the "Debtors"), for entry of an order (this "Order"), pursuant to section 365(a) of the Bankruptcy Code, (i) authorizing the Debtors to reject the Rejected Contracts effective as of the dates listed on Schedule 1 attached hereto and (ii) granting related relief; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and entry of this Order being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and the Debtors having consented to the entry of a final order by this Court under Article III of the United States Constitution; and venue of this proceeding and the Motion in this District being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and all objections to

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] All capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Motion.

the Motion, if any, having been withdrawn, resolved or overruled; and the relief requested in the

Motion being in the best interests of the Debtors' estates, their creditors and other parties in

interest; and this Court having determined that the legal and factual bases set forth in the Motion

establish just cause for the relief granted herein; and after due deliberation and sufficient cause

appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

      1.     The relief requested in the Motion is GRANTED as set forth herein.

      2.     The Debtors are authorized, pursuant to section 365(a) of the Bankruptcy Code and

Bankruptcy Rule 6006, to reject the Rejected Contracts set forth on the attached **Schedule 1**

effective as of the dates listed thereon, and the Rejected Contracts are hereby rejected as of such

dates.

      3.     By entry of this Order, the Debtors do not waive any claims that they may have

against any counterparty to the Rejected Contracts, whether or not such claims arise under, are

related to the rejection of, or are independent of the Rejected Contracts.

      4.     Notwithstanding the relief granted in this Order and any actions taken pursuant to

such relief, nothing in this Order shall be deemed or construed as: (a) an admission as to the validity

or priority or amount of any claim or lien against the Debtors; (b) a waiver or limitation of the

Debtors' or any party in interest's rights to subsequently dispute such claim or lien on any grounds;

(c) a promise or requirement to pay any prepetition claim; (d) an implication or admission that any

particular claim is of a type specified or defined in the Motion or this Order; (e) an authorization

to assume any prepetition agreement, contract, or lease pursuant to section 365 of the Bankruptcy

Code; or (f) a waiver or limitation of the Debtors' or any other party in interest's rights under the

Bankruptcy Code or any other applicable law.

5.      Notice of the Motion as provided therein shall be deemed good and sufficient and the requirements of Bankruptcy Rule 6006(c) and the Bankruptcy Rules are satisfied by such notice.

6.      The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

7.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

Dated: October 12th, 2020
Wilmington, Delaware

3