**Schedule 1**

**Rejected Contracts**

| | COUNTERPARTY NAME AND ADDRESS | DEBTOR | REJECTED CONTRACTS | REJECTION DATE |
|---|---|---|---|---|
| 1. | Buxton Company<br>2651 South Polaris Drive<br>Fort Worth, TX 76137 | Boy Scouts of America | Master Services Agreement, dated January 29, 2013; Statement of Work Number 3 to Master Services Agreement, dated as of January 1, 2017; First Amendment to the Master Services Agreement, dated as of January 1, 2017; Second Amendment to the Master Services Agreement, dated as of December 31, 2019 | September 30, 2020 |
| 2. | Blue Yonder Group, Inc., f/k/a JDA Software, Inc.<br>Attn: Chief Executive Officer and General Counsel<br>15059 N. Scottsdale Rd., Suite 400<br>Scottsdale, AZ 85254 | Boy Scouts of America | Cloud Services Subscription and Professional Services Agreement, dated October 28, 2019 | October 14, 2020 |