# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,**<br><br>     Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Kevin D. Swenson of Swenson & Shelley PLLC hereby enters his appearance in the above-entitled action as counsel on behalf of various child sexual abuse tort claimants.

    Respectfully submitted,

    SWENSON & SHELLEY, PLLC

    */s/ Kevin D Swenson*

    KEVIN D. SWENSON (UT 5803)
    Email: Kevin@swensonshelley.com
    107 South 1470 East, Suite 201
    St. George, Utah 84790
    Phone: (435) 767-7777
    Facsimile: (855) 450-8435

Dated: October 13, 2020

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this date, the foregoing document was filed with the United States Bankruptcy Court, District of Delaware and served upon all parties entitled to receive notice of filings in the above-captioned case via the Bankruptcy Court's Electronic Case Filing (ECF) system.

SWENSON & SHELLEY, PLLC

By: *Kevin D Swenson*
KEVIN D. SWENSON

Dated: October 13, 2020