## EXHIBIT A

**Proposed Form of Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |
| | **Ref. Docket No. 1164 & 1225** |

**ORDER GRANTING MOTION OF HARTFORD ACCIDENT AND
INDEMNITY COMPANY, FIRST STATE INSURANCE COMPANY,
TWIN CITY FIRE INSURANCE COMPANY AND CENTURY INDEMNITY
COMPANY FOR LEAVE TO FILE LATE REPLY TO RESPONSES
REGARDING CENTURY AND HARTFORD'S MOTION TO COMPEL THE
ATTORNEYS REPRESENTING THE ENTITY CALLING ITSELF THE
"COALITION" TO SUBMIT THE DISCLOSURES REQUIRED BY FEDERAL
RULE OF BANKRUPTCY PROCEDURE 2019**

Upon the motion (the "Motion for Leave")[2] for an order authorizing Hartford and Century

to file the Reply, all as more fully set forth in the Motion for Leave; and the Court having subject

matter jurisdiction to consider the Motion for Leave and grant the relief requested therein pursuant

to 28 U.S.C. §§ 157(b) and 1334; and venue being proper before this Court pursuant to 28 U.S.C.

§§ 1408 and 1409; and the Court having determined that notice of the Motion for Leave as set

forth therein is sufficient, and that no other or further notice need be provided; and the Court having

determined that the legal and factual bases set forth in the Motion for Leave establish just cause

for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion for Leave is GRANTED as set forth herein.

---

[1]      The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Law, Irving, Texas 75038.

[2]      Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion for Leave.

2.      Hartford and Century are authorized to file the Reply with this Court.

3.      This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.