**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**COURT-APPOINTED MEDIATORS' STATEMENT RELATED TO MOTIONS OF THE COALITION OF ABUSED SCOUTS FOR JUSTICE (A) FOR AN ORDER (I) AUTHORIZING THE COALITION TO FILE UNDER SEAL EXHIBIT A TO THE AMENDED 2019 STATEMENT AND (II) APPROVING THE SUFFICIENCY OF THE AMENDED 2019 STATEMENT AND (B) TO PARTICIPATE IN THE MEDIATION**

The Court-appointed mediators, Judge Kevin Carey (Ret.), Mr. Paul Finn, and Mr. Timothy V.P. Gallagher, have requested that the Debtors submit the following statement to the Court on the mediators' behalf with respect to (a) the *Motion of the Coalition of Abused Scouts for Justice for an Order (I) Authorizing the Coalition to File under Seal; Exhibit A to the Amended 2019 Statement and (II) Approving the Sufficiency of the Amended 2019 Statement* [Docket No. 1144]; and (b) the *Motion of the Coalition of Abused Scouts for Justice to Participate in the Mediation* [Docket No. 1161]:

> **The Mediators previously informed the Debtor that they supported the addition of the Coalition as a mediation party, if qualified, and authorized the Debtor to convey this to the Court. During the more than four months since their June 8, 2020 appointment, the Mediators have been actively engaged with the mediation parties, all major stakeholders in this chapter 11 proceeding. The absence of the Coalition as a mediation party has and will continue to hinder the Mediators' efforts to guide the parties to a place of consensus, the time for which grows increasingly short.**

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

| | |
|---|---|
| Dated: October 13, 2020<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Eric W. Moats*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Eric W. Moats (No. 6441)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Email: dabbott@mnat.com<br>    aremming@mnat.com<br>    emoats@mnat.com<br>    ptopper@mnat.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Jessica C. K. Boelter (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Email: jessica.boelter@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (212) 881-5400<br>Email: mandolina@whitecase.com<br>    mlinder@whitecase.com<br><br>*Counsel and Proposed Co-Counsel for the Debtors and Debtors in Possession* |