UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:                                                           Chapter  11

                                                         Case No.  20 - 10343  ( LSS )

Debtor:  Boy Scouts of America

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of  Robert E. Opera

to represent  Orange County Council, Boy Scouts of America

in this action.

/s/ Robert E. Opera

Firm Name: Winthrop Golubow Hollander, LLP
Address: 1301 Dove Street, Suite 500
Newport Beach, CA 92660
Phone: (949) 720-4100
Email: ropera@wghlawyers.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of  the State of California  and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Robert E. Opera

Firm Name: Winthrop Golubow Hollander,
Address: LLP 1301 Dove Street, Suite 500,
Newport Beach, CA 92660
Phone: (949) 720-4100
Email: ropera@wghlawyers.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Local Form 105

```
Court Name: U.S. District Court, Delaware
Division: 1
Receipt Number: DEX034301
Cashier ID: afernand
Transaction Date: 10/13/2020
Payer Name: Parcels Inc.

PRO HAC VICE
 For: Robert E. Opera
 Case/Party: D-DEX-1-08-BK-PROHAC-001
 Amount:         $25.00

PAPER CHECK CONVERSION
 Check/Money Order Num: 19795
 Amt Tendered: $25.00

Total Due:       $25.00
Total Tendered: $25.00
Change Amt:      $0.00


Only when a bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged. A $53 fee will
be charged for any payment returned
or denied for insufficient funds.
```