## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors.[1] | **Re Docket No. 1490, 1491, 1496** |

### CERTIFICATE OF SERVICE

I Rachel B. Mersky, hereby certify that on October 12, 2020, I served or caused to be served a copy the *Omnibus Reply of the Coalition of Abused Scouts for Justice to Objections to Motion for Order Permitting Filing of Proof of Claim Forms Signed by Authorized Counsel in Accordance With Bankruptcy Code Sections 501 and 502, Bankruptcy Rule 3001, and Official Form 410* [D.I. 1490] by either email or first class mail upon all parties on the attached service list, and by CM/ECF upon those parties registered to received such electronic notifications in this case.

I further certify that on October 12, 2020, I served or caused to be served a copy of the *Motion of the Coalition of Abused Scouts for Justice for Leave to File Omnibus Reply to Objections to Motion for Order Permitting Filing of Proof of Claim Forms Signed by Authorized Counsel in Accordance With Bankruptcy Code Sections 501 and 502, Bankruptcy Rule 3001, and Official Form 410* [D.I. 1491] by either email or first class mail upon all parties on the attached service list, and by CM/ECF upon those parties registered to received such electronic notifications in this case.

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

I further certify that on October 13, 2020, I served or caused to be served a copy of the *Corrected Omnibus Reply of the Coalition of Abused Scouts for Justice to Objections to Motion for Order Permitting Filing of Proof of Claim Forms Signed by Authorized Counsel in Accordance With Bankruptcy Code Sections 501 and 502, Bankruptcy Rule 3001, and Official Form 410* [D.I. 1496] by either email or first class mail upon all parties on the attached service list, and by CM/ECF upon those parties registered to received such electronic notifications in this case.

Dated: October 13, 2020
Wilmington, Delaware

MONZACK MERSKY BROWDER &
HOCHMAN, P.A.

*/s/ Rachel B. Mersky*
Rachel B. Mersky (DE No. 2049)
1201 North Orange Street, Suite 400
Wilmington, Delaware 19801
Telephone:    (302) 656-8162
Facsimile:    (302) 656-2769
E-mail:        RMersky@Monlaw.com

-and-

BROWN RUDNICK LLP
David J. Molton, Esq.
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
E-mail: DMolton@BrownRudnick.com

-and-

Sunni P. Beville, Esq. (admitted *pro hac vice*)
Tristan G. Axelrod, Esq. (admitted *pro hac vice*)
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
E-mail: SBeville@BrownRudnick.com
E-mail: TAxelrod@BrownRudnick.com

*Counsel to the Coalition of Abused Scouts for Justice*