# EXHIBIT A

**Roster Settlement Proposal**

1. All troop rosters will be delivered to a neutral third party, e.g. Mediator Kevin Carey (his firm has the administrative staffing that would enable prompt responses to troop roster inquiries)(the "Special Master").

2. "Rosters" shall be defined in accordance with the definition in the TCC's Rule 2004 examination motion and shall include camp rosters.

3. BSA shall deliver all Rosters in its custody, control or possession to the Special Master on or before November 16, 2020.  This includes, but is not limited to, Rosters that BSA has in its custody, control or possession that it has obtained from any current or pre-existing local council whether in the ordinary course of BSA's business or in connection an inquiry regarding  any sexual abuse claim, regardless of whether the claim was/is the subject of a pending action.

4. All local councils that are the subject of the TCC's Rule 2004 examination and all local councils in the State of Arizona shall deliver the Rosters in their custody, control or possession to the Special Master on or before November 16, 2020.

5. The Special Master shall provide Rosters to any survivor upon written request as expeditiously as possible on a first-come, first-serve basis.  Requests may be made by the survivor or counsel, provided that counsel represents that it has been retained by the survivor. The requests shall be limited to a time period that is two years before and two years after the period during which the survivor alleges s/he was abused per a filed proof of claim.

    a. Notwithstanding the foregoing, the Special Master shall produce Rosters in response to any written request regarding an Arizona local counsel within two (2) business days of receipt of the request.

6. Any Rosters  produced by the Special Master shall be redacted so that the only "below the line" information that is disclosed is the name, address, and phone number/email address of the survivor making the request.  No other redactions shall be made, i.e. no "above the line" information shall be redacted.   For the avoidance of doubt, the Special Master shall produce the requested Rosters regardless of whether the survivor requesting the Rosters is listed "below the line".

7. To the extent that a timely filed proof of claim is amended to include information from a Roster, such amendment shall relate back to the time of filing of the original proof of claim.

8. Parties reserve their rights to seek an order for the production of un-redacted Rosters and to object to such request.