# EXHIBIT B

**EXHIBIT B**

| Objecting Additional Local Council | Number of Claims | Related Claim Nos. |
|---|---|---|
| Alamo Area | 18 | 533, 649, 751, 851, 1008, 1486, 1495, 1839, 2139, 2202, 2481, 2642, 2823, 3160, 3400, 4035, 4188, 4866 |
| Aloha | 38 | 1551, 1670, 1670, 1677, 1746, 1757, 1765, 1913, 1953, 2003, 2010, 2011, 2052, 2267, 2267, 2394, 2403, 2433, 2597, 2793, 2840, 2885, 2991, 3051, 3090, 3120, 3385, 3610, 3612, 3614, 3616, 3671, 4855, 4859, 4860, 5039, 5053, 5385 |
| Andrew Jackson | 15 | 807, 837, 1083, 1321, 1322, 1492, 1908, 2547, 3011, 3531, 3735, 4187, 4504, 5329, 5377 |
| Atlanta Area | 28 | 577, 826, 874, 912, 1069, 1398, 1407, 1508, 1566, 1576, 1608, 1822, 1923, 2159, 2682, 3253, 3373, 3389, 3391, 3840, 3909, 3994, 4033, 4124, 4171, 4441, 4923, 5132 |
| Baltimore Area | 39 | 456, 459, 668, 676, 730, 783, 911, 1089, 1149, 1283, 1306, 1419, 1664, 1691, 1922, 2308, 2343, 2447, 2622, 2679, 2800, 2847, 2973, 3003, 3158, 3277, 3336, 3360, 3369, 3752, 4089, 4119, 4251, 4264, 4718, 4718, 4718, 4958, 4978 |
| Bay-Lakes | 11 | 602, 1123, 1632, 2637, 4313, 4519, 4856, 2724, 3996, 4587, 4593 |
| California Inland Empire | 53 | 27, 929, 933, 946, 973, 982, 983, 1020, 1114, 1135, 1162, 1189, 1190, 1626, 1749, 1774, 1831, 1865, 2107, 2175, 2194, 2200, 2213, 2352, 2356, 2468, 2531, 2550, 2662, 2674, 2690, 2791, 2808, 2844, 2891, 2902, 3124, 3232, 3283, 3510, 3538, 3627, 3699, 3711, 3858, 3871, 3890, 3894, 3981, 4032, 4255, 4811, 4999 |
| Capitol Area | 54 | 45, 537, 606, 615, 660, 789, 974, 1032, 1065, 1139, 1218, 1273, 1299, 1343, 1425, 1579, 1699, 1722, 1758, 1945, 2081, 2257, 2292, 2300, 2334, 2441, 2450, 2474, 2485, 2641, 2700, 2819, 2928, 3001, 3071, 3145, 3254, 3255, 3382, 3472, 3613, 3646, 3832, 4052, 4082, 4332, 4364, 4415, 4466, 4798, 4841, 4918, 4953, 5473 |
| Cascade Pacific | 15 | 803, 849, 1357, 1456, 1869, 1935, 2236, 2820, 2961, 3675, 3734, 3825, 4144, 4168, 5092 |
| Chief Seattle | 32 | 536, 723, 899, 995, 1033, 1136, 1317, 1506, 1516, 1532, 1842, 1863, 1939, 1958, 2288, 2427, 2534, 2716, 2923, 3039, 3163, 3310, 3518, 3578, 3982, 4306, 4676, 4695, 4817, 4817, 5062, 5293 |
| Circle Ten | 37 | 18, 62, 427, 555, 597, 721, 836, 1043, 1354, 1619, 1692, 1727, 1841, 1901, 2024, 2148, 2350, 2770, 2836, 2921, 3034, 3055, 3149, 3188, 3272, 3422, 3520, 3658, 4084, 4254, 4289, 4296, 4390, 4627, 4666, 4809, 5101 |
| Connecticut Rivers | 19 | 664, 870, 957, 1124, 1325, 1461, 1572, 2423, 3006, 3013, 3166, 3315, 3476, 3576, 3831, 4402, 4555, 4890, 5426 |

| **Objecting Additional Local Council** | **Number of Claims** | **Related Claim Nos.** |
|---|---|---|
| Cradle of Liberty | 32 | 464, 638, 645, 666, 717, 745, 761, 766, 798, 1055, 1093, 1870, 2012, 2156, 2271, 2316, 2775, 3271, 3321, 3342, 3377, 3436, 3685, 3750, 4017, 4199, 4299, 4652, 4807, 4965, 5336, 5352 |
| Crossroads of America | 42 | 565, 704, 886, 1002, 1448, 1450, 1454, 1615, 1684, 1924, 1942, 1947, 2110, 2266, 2328, 2405, 2514, 2525, 2604, 2630, 2676, 2706, 2708, 2905, 2922, 2979, 3112, 3341, 3477, 3514, 3624, 3638, 3736, 3969, 3991, 4031, 4060, 4083, 4763, 4768, 4776, 5023 |
| Crossroads of the West | 36 | 496, 527, 612, 726, 732, 1004, 1337, 1516, 1792, 1899, 1919, 2027, 2045, 2048, 2070, 2096, 2296, 2358, 2602, 2671, 2686, 2772, 2934, 2945, 3032, 3334, 3393, 3586, 3651, 3670, 4026, 4252, 4467, 4560, 4762, 4894 |
| Daniel Webster | 8 | 1391, 1906, 1912, 1936, 1948, 2016, 3035, 4486 |
| Denver Area | 26 | 599, 758, 852, 1018, 1021, 1316, 1382, 1770, 1781, 2289, 2554, 2901, 3029, 3092, 3550, 3660, 3997, 4048, 4071, 4179, 4451, 4745, 4756, 4782, 4829, 5469 |
| Golden Gate Area | 76 | 927, 953, 969, 1038, 1041, 1192, 1222, 1366, 1499, 1574, 1686, 1752, 1752, 1785, 1818, 1823, 1845, 1859, 1893, 2071, 2176, 2177, 2189, 2197, 2211, 2294, 2402, 2410, 2412, 2438, 2442, 2500, 2537, 2660, 2694, 2803, 2810, 2818, 2829, 2833, 2867, 2942, 2958, 2966, 3054, 3057, 3080, 3100, 3117, 3132, 3635, 3705, 3729, 3739, 3883, 3913, 3929, 3935, 4087, 4235, 4508, 4511, 613, 1063, 1304, 1420, 1520, 2089, 2295, 2523, 2824, 3242, 3459, 3755, 4427, 4735 |
| Grand Canyon | 28 | 463, 500, 543, 859, 1025, 1120, 1127, 1431, 1509, 1671, 1683, 1876, 2023, 2693, 2712, 3141, 3311, 3328, 3682, 3820, 3833, 3971, 4184, 4419, 4433, 4680, 4825, 5102 |
| Greater Los Angeles Area | 161 | 466, 734, 889, 922, 924, 932, 936, 943, 947, 959, 971, 987, 1024, 1029, 1035, 1051, 1052, 1057, 1080, 1106, 1110, 1148, 1159, 1165, 1166, 1174, 1182, 1183, 1184, 1191, 1199, 1200, 1203, 1209, 1211, 1212, 1213, 1215, 1496, 1512, 1519, 1522, 1530, 1538, 1548, 1555, 1561, 1582, 1586, 1618, 1644, 1658, 1745, 1747, 1747, 1756, 1766, 1771, 1787, 1789, 1801, 1807, 1836, 1848, 1851, 1872, 1955, 2044, 2152, 2169, 2184, 2192, 2203, 2204, 2348, 2383, 2384, 2391, 2486, 2504, 2611, 2669, 2670, 2704, 2705, 2709, 2734, 2740, 2751, 2760, 2765, 2789, 2952, 2953, 2960, 2970, 3005, 3007, 3020, 3037, 3048, 3071, 3089, 3097, 3129, 3144, 3152, 3245, 3361, 3395, 3532, 3566, 3570, 3593, 3695, 3709, 3713, 3715, 3717, 3723, 3725, 3733, 3743, 3747, 3749, 3853, 3864, 3868, 3869, 3873, 3874, 3876, 3878, 3886, 3889, 3892, 3895, 3896, 3898, 3901, 3902, 3903, 3904, 3919, 3920, 3921, 3924, 3926, 3933, 3937, 3939, 3940, 3987, 4009, 4104, 4125, 4126, 4243, 4263, 4509, 4990 |

2

| Objecting Additional Local Council | Number of Claims | Related Claim Nos. |
|---|---|---|
| Greater New York | 126 | 415, 417, 424, 426, 429, 431, 460, 584, 611, 619, 629, 639, 653, 657, 669, 681, 682, 684, 724, 733, 737, 740, 743, 749, 760, 764, 850, 854, 862, 866, 875, 898, 913, 980, 1013, 1028, 1072, 1101, 1131, 1140, 1143, 1156, 1173, 1254, 1312, 1452, 1578, 1594, 1627, 1630, 1635, 1656, 1666, 1780, 1793, 1852, 1900, 1917, 1920, 1933, 1950, 1961, 1991, 2015, 2017, 2116, 2120, 2132, 2134, 2181, 2182, 2187, 2193, 2195, 2260, 2369, 2518, 2625, 2632, 2664, 2685, 2718, 2732, 2774, 2805, 2916, 3012, 3087, 3098, 3171, 3193, 3313, 3314, 3506, 3512, 3536, 3628, 3634, 3642, 3652, 3688, 3704, 3722, 3726, 3728, 3790, 3799, 3808, 3830, 4066, 4127, 4142, 4375, 4447, 4456, 4457, 4545, 4570, 4685, 4812, 4864, 4946, 5085, 5310, 5405, 5409 |
| Greater Niagara Frontier | 12 | 430, 1027, 1449, 1675, 2600, 3027, 3511, 3607, 3701, 4372, 4469, 5080 |
| Greater St. Louis Area | 28 | 604, 865, 1030, 1098, 1402, 1639, 1809, 1968, 2502, 2512, 2603, 2678, 2925, 2925, 3091, 3177, 3354, 3448, 3453, 3486, 3592, 3754, 3942, 4023, 4868, 4888, 4922, 5339 |
| Greater Tampa Bay Area | 28 | 1022, 1458, 1526, 1541, 1591, 1593, 1723, 1802, 1890, 2128, 2137, 2153, 2446, 2735, 2817, 2986, 3021, 3396, 3572, 3738, 3776, 3827, 4040, 4072, 4352, 4755, 5156, 5398 |
| Heart of America | 40 | 297, 491, 513, 574, 650, 722, 772, 1105, 1335, 1383, 1443, 1612, 1641, 1868, 2021, 2068, 2483, 2715, 2717, 2737, 2822, 2924, 3116, 3178, 3265, 3289, 3293, 3316, 3387, 3394, 3497, 3659, 3818, 3972, 4178, 4359, 4725, 4850, 5171, 5460 |
| Indian Nations | 12 | 1440, 1545, 2269, 2386, 2887, 3115, 3429, 3495, 4047, 4384, 4846, 5252 |
| Lake Erie | 33 | 465, 547, 1087, 1092, 1095, 1103, 1103, 1510, 1525, 1527, 1607, 1614, 1728, 2264, 2347, 2497, 2528, 2739, 2742, 2754, 3330, 3488, 4092, 4237, 4307, 4382, 4525, 4681, 4752, 4773, 4828, 4983, 5006 |
| Last Frontier | 25 | 771, 1016, 1147, 1395, 1588, 1762, 1861, 2131, 2463, 2784, 3063, 3241, 3402, 3425, 3431, 3636, 3978, 4034, 4134, 4602, 4660, 5037, 5225, 5260, 5425 |
| Laurel Highlands | 31 | 425, 437, 512, 590, 738, 1428, 1573, 1954, 2032, 2368, 2398, 2479, 2653, 3009, 3038, 3082, 3230, 3309, 3357, 3539, 3588, 4164, 4290, 4292, 4534, 4661, 4783, 4874, 5090, 5323, 5408 |
| Lincoln Heritage | 21 | 63, 1100, 1112, 1113, 1359, 1559, 2002, 2164, 2265, 3030, 3118, 3370, 3492, 3534, 3580, 3967, 3990, 4130, 4397, 4417, 5058 |
| Michigan Crossroads | 46 | 587, 847, 1122, 1141, 1270, 1296, 1351, 1387, 1504, 1536, 1580, 1854, 2076, 2138, 2310, 2361, 2424, 2454, 2695, 3143, 3340, 3344, 3362, 3367, 3410, 3439, 3494, 3762, 3805, 3975, 4045, 4058, 4152, 4275, 4279, 4300, 4300, 4311, 4315, 4563, 4767, 4818, 4818, 4921, 4993, 5103 |

3

| Objecting Additional Local Council | Number of Claims | Related Claim Nos. |
|---|---|---|
| Mid-America | 28 | 467, 1345, 1476, 2831, 2917, 4720, 4789, 4790, 35, 610, 853, 950, 1284, 1372, 1457, 1464, 1620, 1651, 2078, 2115, 2306, 2323, 2421, 2911, 3014, 4719, 4879, 5163 |
| Middle Tennessee | 24 | 488, 519, 559, 580, 591, 665, 1404, 1455, 1585, 1599, 1783, 2517, 3019, 3109, 3187, 3207, 3301, 3323, 3535, 3598, 3633, 4049, 4078, 4669 |
| Minsi Trails | 12 | 535, 1563, 2058, 2908, 3168, 3270, 3287, 3599, 4632, 4880, 5237, 5237 |
| Montana | 5 | 529, 2538, 3458, 3780, 4386 |
| Narragansett | 37 | 289, 294, 344, 1107, 1111, 1117, 1126, 1309, 1310, 1326, 1423, 1483, 1494, 1544, 1882, 1883, 1914, 1960, 2321, 2853, 2955, 3004, 3085, 3128, 3185, 3229, 3239, 3374, 3406, 3596, 3680, 3912, 4064, 4935, 5159, 5414, 5455 |
| National Capital Area | 54 | 45, 537, 606, 615, 660, 789, 974, 1032, 1065, 1139, 1218, 1273, 1299, 1343, 1425, 1579, 1699, 1722, 1758, 1945, 2081, 2257, 2292, 2300, 2334, 2441, 2450, 2474, 2485, 2641, 2700, 2819, 2928, 3001, 3071, 3145, 3254, 3255, 3382, 3472, 3613, 3646, 3832, 4052, 4082, 4332, 4364, 4415, 4466, 4798, 4841, 4918, 4953, 5473 |
| Northern New Jersey | 35 | 493, 697, 702, 881, 1006, 1009, 1015, 1081, 1439, 1524, 1669, 1672, 1759, 1840, 1871, 1944, 2145, 2389, 2478, 2607, 2688, 2821, 3025, 3257, 3500, 3526, 3545, 3639, 4460, 4482, 4524, 4876, 5035, 5045, 5110 |
| Northern Star | 20 | 1070, 1365, 1374, 1521, 1564, 1597, 1951, 1970, 2263, 2340, 2562, 2638, 3414, 3564, 3916, 4443, 4479, 4530, 5030, 5471 |
| Orange County | 59 | 32, 473, 926, 954, 967, 979, 991, 1039, 1125, 1197, 1201, 1206, 1207, 1549, 1665, 1693, 1760, 1786, 1791, 1814, 1820, 1832, 1862, 2044, 2111, 2161, 2185, 2205, 2404, 2416, 2445, 2624, 2703, 2725, 2758, 2763, 2797, 2801, 2846, 2851, 2948, 2950, 2954, 3016, 3052, 3119, 3131, 3266, 3279, 3753, 3875, 3884, 3910, 3931, 3934, 4227, 4365, 4506, 4533 |
| Pathway to Adventure | 88 | 534, 558, 598, 601, 614, 644, 651, 654, 729, 752, 928, 994, 1001, 1010, 1102, 1133, 1217, 1220, 1328, 1330, 1393, 1411, 1451, 1472, 1480, 1606, 1754, 1812, 1898, 1903, 1911, 2022, 2136, 2149, 2171, 2276, 2325, 2465, 2521, 2568, 2640, 2651, 2697, 2698, 2702, 2790, 2832, 2903, 3084, 3093, 3122, 3151, 3250, 3364, 3483, 3529, 3632, 3637, 3678, 3716, 3766, 3792, 3800, 4177, 4286, 4318, 4436, 4445, 4459, 4518, 4578, 4601, 4604, 4683, 4722, 4739, 4761, 4821, 4871, 4915, 5063, 5123, 5130, 5141, 5263, 5292, 5338, 5388 |
| Patriots' Path | 17 | 292, 640, 1026, 1074, 1142, 1338, 1422, 1465, 2043, 2346, 3379, 3457, 3621, 4133, 4603, 4653, 4950 |

4

| **Objecting Additional Local Council** | **Number of Claims** | **Related Claim Nos.** |
|---|---|---|
| Sam Houston Area | 44 | 482, 571, 595, 689, 887, 1137, 1269, 1295, 1379, 2317, 2333, 2373, 2385, 2459, 2627, 2667, 2675, 2811, 2842, 2857, 2933, 2935, 2941, 3062, 3072, 3161, 3197, 3243, 3331, 3507, 3546, 3657, 3663, 4135, 4291, 4291, 4355, 4711, 4963, 4972, 5013, 5020, 5267, 5391 |
| San Diego Imperial | 48 | 955, 964, 968, 996, 1004, 1056, 1158, 1193, 1210, 1515, 1613, 1724, 1778, 1796, 1819, 1833, 1837, 2093, 2142, 2190, 2382, 2396, 2440, 2448, 2491, 2654, 2719, 2786, 2974, 2976, 2998, 3273, 3568, 3617, 3703, 3731, 3848, 3927, 3932, 3936, 3970, 4239, 4408, 4500, 4501, 4502, 4635, 5314 |
| Silicon Valley Monterey Bay | 34 | 520, 916, 958, 1050, 1054, 1179, 1187, 1249, 1517, 1794, 1830, 1844, 2198, 2284, 2287, 2371, 2769, 2792, 2794, 2878, 2913, 2939, 2956, 2962, 2965, 3687, 3849, 3856, 3888, 3899, 3900, 3922, 4022, 4507 |
| Simon Kenton | 25 | 33, 906, 970, 1342, 1388, 1587, 1592, 1616, 1858, 2018, 2055, 2339, 2415, 2477, 2496, 2598, 2657, 3059, 3423, 3474, 3501, 3760, 4515, 4960, 5066 |
| The Spirit of Adventure | 37 | 782, 796, 1361, 1392, 1442, 1491, 1518, 1667, 1732, 1816, 1849, 1928, 2285, 2293, 2297, 2304, 2628, 3050, 3403, 3449, 3467, 3467, 3542, 3778, 3801, 3822, 3957, 4061, 4081, 4517, 4529, 4709, 4743, 4881, 4899, 4904, 5255 |

5