**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA and<br>DELAWARE BSA, LLC,<br><br>Debtors. | Civil Action No. 20-cv-00798 (RGA) |
| CENTURY INDEMNITY COMPANY,<br>WESTCHESTER FIRE INSURANCE<br>COMPANY and WESTCHESTER SURPLUS<br>LINES INSURANCE COMPANY,<br><br>Appellants,<br><br>v.<br><br>BOY SCOUTS OF AMERICA,<br>DELAWARE BSA, LLC, and<br>SIDLEY AUSTIN LLP<br><br>Appellees. | On appeal from the U.S. Bankruptcy Court<br>for the District of Delaware<br><br>Bankruptcy Case No. 20-10343 (LSS)<br><br>Bankruptcy BAP No. 20-13 |

**ORDER GRANTING APPELLANTS' RENEWED MOTION TO
ACCEPT DOCUMENTS UNDER SEAL INTO APPELLATE RECORD**

Upon the Renewed Motion of Appellants' to Accept Documents under Seal into Appellate

Record (the "Motion"), for good cause shown; it is hereby ORDERED, ADJUDGED and

DECREED that:

The Motion is granted; and

The Clerk for the United States Bankruptcy Court for the District of Delaware (the

"Bankruptcy Court") is permitted and authorized to transmit to the United States District Court for

the District of Delaware (the "District Court") those portions of the appellate record, as designated

by the Appellant, that were received by the Bankruptcy Court under seal (the "Sealed Portion").

This Court will accept, under seal, the Sealed Portion, and the Sealed Portion shall be dealt with by the parties pursuant to this Court's usual practices and procedures concerning sealed materials.

Upon entry, Appellants shall give notice of this Order to counsel for the Appellees.

Dated: _OCT 13_____, 2020

Wilmington, Delaware

_____
UNITED STATES DISTRICT JUDGE