**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Re Docket No. 1429, 1053 & 1106 |

**SUPPLEMENT TO AMENDED VERIFIED STATEMENT OF THE COALITION OF ABUSED SCOUTS FOR JUSTICE PURSUANT TO BANKRUPTCY RULE 2019**

The Coalition of Abused Scouts for Justice (the "Coalition"), by its undersigned counsel, hereby submits this Supplement (the "Supplement") to the *Second Amended Verified Statement of Coalition of Abused Scouts for Justice Pursuant to Bankruptcy Rule 2019* (the "Second Amended Rule 2019 Statement") [D.I. 1429].[2] This Supplement is intended to fully address the concerns raised by the U.S. Trustee, as of the date of this Supplement, to the Coalition's Rule 2019 disclosures. *See* D.I. 1429, D.I. 1053 & D.I. 1106.

1. The Coalition acknowledges that it does only and will only represent the individual Sexual Abuse Survivors (as defined in the Bar Date Order [D.I. 695]) for which it has received a signed Request for Written Acknowledgement (*i.e.*, the "Affirmative Consent") consenting to and acknowledging the Coalition Counsel's authority to act on behalf of the collective interest of the Coalition Members. The Coalition shall file an amended Rule 2019 statement with a revised Exhibit A within seven days hereof, or as may otherwise be directed by the Court, which amended Rule 2019 statement (and all such statements filed by the Coalition in

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Second Amended Rule 2019 Statement.

{00219654-1}

the future) shall only include individual Sexual Abuse Survivors that have executed the Affirmative Consent and will not include clients of State Court Counsel that have not executed the Affirmative Consent.[3] The Coalition will allow the U.S. Trustee to audit those consents by requesting a sampling of the U.S. Trustee's choosing.

2. The Coalition acknowledges that neither it nor State Court Counsel will charge back the fees of any of the Coalition's professionals to the individual survivors in any way, including by reducing an individual survivor's claim distribution; *provided*, *however*, that the Coalition expressly reserves its right to seek a "substantial contribution" claim and/or seek reimbursement for the fees and expenses incurred by Coalition Counsel under a chapter 11 plan. Nothing herein is intended to prejudice or limit the Coalition's right to seek such claim or reimbursement, and nothing herein is intended to limit the U.S. Trustee's right to object to such claim or reimbursement.

3. The State Court Counsel will provide notice to their Sexual Abuse Survivor clients of the change in payment terms resulting from Paragraph 2 above, if any, in accordance with their ethical obligations in any applicable jurisdiction, either through the Affirmative Consents or otherwise.

4. The Coalition acknowledges that its Rule 2019 Statements (original and amended, including all attachments) do not in any way prejudice any party's right to raise, in the Bankruptcy Court or elsewhere, any ethical or other issue that might arise or have arisen from the Coalition's Rule 2019 disclosures and the Coalition's formation or actions.

---

[3] For the avoidance of doubt, nothing herein shall cause or otherwise result in any information filed under seal in these Chapter 11 Cases to become unseal or subject to any less protection, including without limitation, any personal information disclosed on Exhibit A to the Coalition's Rule 2019 disclosures for any Sexual Abuse Survivor that does not execute an Affirmative Consent.

Agreed to by:

/s/ Harris Junell
JUNELL & ASSOCIATES PLLC
3737 Buffalo Speedway Ste. 1850
Houston, TX 77098
By: Harris Junell
Title: Partner

/s/ Adam Krause
KRAUSE & KINSMAN LLC
4717 Grand Ave. #300
Kansas City, MO 64112
By: Adam Krause
Title: Partner

/s/ Joseph J. Cappelli
MARC J. BERN & PARTNERS LLP
One Grand Central Pl.
60 East 42nd St. Ste. 950
New York, NY 10165
By: Joseph J. Cappelli
Title: Partner

/s/ Joseph Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
By: Joseph Rice
Title: Partner

/s/ Hunter Shkolnik
NAPOLI SHKOLNIK PLLC
360 Lexington Ave. 11th Fl.
New York, NY 10017
By: Hunter Shkolnik
Title: Partner

/s/ Dennis Reich
REICH & BINSTOCK LLP
4265 San Felipe St. #1000
Houston, TX 77027
By: Dennis Reich
Title: Partner

/s/ Adam P. Slater
SLATER SLATER SCHULMAN LLP
488 Madison Avenue
20th Floor
New York, NY 10022
By: Adam P. Slater
Title: Partner

/s/ Anne Andrews
ANDREWS & THORNTON
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
By: Anne Andrews
Title: Partner

/s/ Jennifer Christian
ASK LLP
151 West 46th Street
4th Floor
New York, NY 10036
By: Jennifer Christian
Title: Partner

/s/ Stewart Eisenberg
EISENBERG, ROTHWEILER, WINKLER,
EISENBERG & JECK, P.C.
1634 Spruce Street
Philadelphia, PA 19103
By: Stewart Eisenberg
Title: Partner

Dated: October 13, 2020  
Wilmington, Delaware

MONZACK MERSKY  
BROWDER AND HOCHMAN, P.A.

*/s/  Rachel B. Mersky*  
Rachel B. Mersky (DE No. 2049)  
1201 North Orange Street  
Suite 400  
Wilmington, Delaware 19801  
Telephone:     (302) 656-8162  
Facsimile:      (302) 656-2769  
E-mail:          RMersky@Monlaw.com

-and-

*/s/* David J. Molton  
BROWN RUDNICK LLP  
David J. Molton, Esq.  
Eric R. Goodman, Esq. (admitted *pro hac vice*)  
Seven Times Square  
New York, NY 10036  
Telephone: (212) 209-4800  
E-mail: DMolton@BrownRudnick.com  
E-mail: EGoodman@BrownRudnick.com

and

Sunni P. Beville, Esq. (admitted *pro hac vice*)  
Tristan G. Axelrod, Esq. (admitted *pro hac vice*)  
One Financial Center  
Boston, MA 02111  
Telephone: (617) 856-8200  
E-mail: SBeville@BrownRudnick.com  
E-mail: TAxelrod@BrownRudnick.com

*Counsel to the Coalition of Abused Scouts for Justice*