# EXHIBIT A

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

**Enclosure:**

PricewaterhouseCoopers LLP invoice for professional fees rendered and expenses incurred For the Period February 18, 2020 through July 31, 2020



    Fees        $108,641.00
    Expenses  $0.00

| **Hours and Compensation:** | **Exhibits:** |
|---|---|
| Summary by Project Category | 1 |
| ***Estimated "Fixed Fee" Service*** | |
| Summary of Hours by Project and Professional | 2 |
| Professional Services by Project, Professional and Date | 3 |
| ***Hourly and Case Administration Services*** | |
| Summary of Hours and Fees by Project and Professional | 4 |
| Professional Services by Project, Professional and Date | 5 |

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC (Case No. 20-10343 (LSS))**  Exhibit 1
**PwC LLP  - Independent Auditor and Tax Compliance Services Provider to the Debtors**
**Summary by Project Category and Billing Category**
**For the Period February 18, 2020 through July 31, 2020**

| Project Category and Billing Category | Hours | Total Compensation |
|---|---:|---:|
| **Fixed Fee Services** | | |
| *Consolidated Audit Services - 2018* | | |
| Consolidated Audit Services - 2018 | 203.30 | $92,076.00 |
| *Subtotal - Consolidated Audit Services - 2018* | *203.30* | *$92,076.00* |
| **Subtotal - Hours and Compensation - Fixed Fee Services** | **203.30** | **$92,076.00** |
| **Case Administration** | | |
| *Bankruptcy Requirements and Other Court Obligations* | | |
| Employment Applications and Other Court Filings | 20.30 | $11,165.00 |
| Relationship Check and Disinterestedness | 13.50 | $5,400.00 |
| *Subtotal - Bankruptcy Requirements and Other Court Obligations* | *33.80* | *$16,565.00* |
| **Subtotal - Hours and Compensation - Case Administration** | **33.80** | **$16,565.00** |
| **Total - Hours and Compensation Sought for Reimbursement** | **237.10** | **$108,641.00** |

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC (Case No. 20-10343 (LSS))**   Exhibit 2
**PwC LLP - Independent Auditor and Tax Compliance Services Provider to the Debtors**
**Fixed Fee Services - Summary of Hours and Fees by Project and Professional**
**For the Period February 18, 2020 through July 31, 2020**

| Project Category and Professional | Position | Hours | Total Compensation |
|---|---|---|---|
| *Consolidated Audit Services - 2018* | | | |
| Allen B Bell | Partner | 27.00 | |
| Christina Dutch | Partner | 0.50 | |
| Cody L Smith | Partner | 1.00 | |
| Keith William Palmer | Partner | 1.50 | |
| Matthew J McCann | Partner | 4.00 | |
| Romaldo Francis DeSouza | Partner | 18.00 | |
| Ashleigh A Pierce | Director | 2.00 | |
| Jonathan Rhine | Director | 2.00 | |
| Megan D Bowles | Director | 5.60 | |
| Muhammad Avais Ikram | Director | 25.50 | |
| Patrick K Devlin | Director | 6.70 | |
| Ryan Kent Swaim | Associate | 90.00 | |
| Raksha Jhunjhunwala | Paraprofessional | 0.50 | |
| Romina Argibay | Paraprofessional | 0.50 | |
| Sandeep Mimani | Paraprofessional | 6.00 | |
| Shobhit Sareen | Paraprofessional | 5.00 | |
| Sovit Jalan | Paraprofessional | 7.50 | |
| **Subtotal - Consolidated Audit Services - 2018** | | **203.30** | **$92,076.00** |
| **Total - Hours and Compensation - Consolidated Audit Services - 2018** | | **203.30** | **$92,076.00** |

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC (Case No. 20-10343 (LSS))**  
PwC LLP - Independent Auditor and Tax Compliance Services Provider to the Debtors  
Fixed Fee Services - Professional Services by Project, Professional and Date  
For the Period February 18, 2020 through July 31, 2020

Exhibit 3

| Date | Name | Position | Description | Hours |
|---|---|---|---|---:|
| *Consolidated Audit Services - 2018* | | | | |
| 2/18/2020 | Ashleigh A Pierce | Director | 0720F0001: Issues, Consults, Specialists / Experts - Issues & Consultations - F/S Review - Completion. | 1.00 |
| 2/18/2020 | Sandeep Mimani | Paraprofessional | 0720F0002: Substantive Audit Procedures - SDC - Test of Details - Revenue - Test of Details - Revenue. | 2.00 |
| 2/18/2020 | Sovit Jalan | Paraprofessional | 0720F0003: Substantive Audit Procedures - SDC - Test of Details - Revenue - Test of Details - Revenue. | 6.50 |
| 2/18/2020 | Allen B Bell | Partner | 0720F0004: Auxiliary / Specialty Partner Time - Other Audit Related Activities - Partner - F/S Review - Completion. | 6.00 |
| 2/18/2020 | Keith William Palmer | Partner | 0720F0005: Issues, Consults, Specialists / Experts - Issues & Consultations - F/S Review - Completion. | 0.50 |
| 2/18/2020 | Matthew J McCann | Partner | 0720F0006: Issues, Consults, Specialists / Experts - Issues & Consultations - F/S Review - Completion. | 1.00 |
| 2/18/2020 | Megan D Bowles | Director | 0720F0007: Issues, Consults, Specialists / Experts - Issues & Consultations - F/S Review - Completion. | 1.00 |
| 2/18/2020 | Muhammad Avais Ikram | Director | 0720F0008: Lead Engagement Director Time - Issues, Consults, Specialists / Experts - F/S Review - Completion. | 4.00 |
| 2/18/2020 | Patrick K Devlin | Director | 0720F0009: Issues, Consults, Specialists / Experts - Use of Specialists and Experts - F/S Review - Completion. | 1.70 |
| 2/18/2020 | Romaldo Francis DeSouza | Partner | 0720F0010: Lead Engagement Partner Time - Partner Review - F/S Review - Completion. | 2.00 |
| 2/18/2020 | Ryan Kent Swaim | Associate | 0720F0011: PCS Engagements - PCS - Completion & Reporting - F/S Review - Completion. | 5.00 |

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC (Case No. 20-10343 (LSS))**  Exhibit 3
**PwC LLP - Independent Auditor and Tax Compliance Services Provider to the Debtors**
**Fixed Fee Services - Professional Services by Project, Professional and Date**
**For the Period February 18, 2020 through July 31, 2020**

| Date | Name | Position | Description | Hours |
|---|---|---|---|---|
| 2/18/2020 | Ryan Kent Swaim | Associate | 0720F0012: Continue - PCS Engagements - PCS - Completion & Reporting - F/S Review - Completion. | 5.00 |
| 2/19/2020 | Allen B Bell | Partner | 0720F0013: Auxiliary / Specialty Partner Time - Other Audit Related Activities - Partner - F/S Review - Completion. | 2.00 |
| 2/19/2020 | Megan D Bowles | Director | 0720F0014: Issues, Consults, Specialists / Experts - Issues & Consultations - F/S Review - Completion. | 0.30 |
| 2/19/2020 | Patrick K Devlin | Director | 0720F0015: Issues, Consults, Specialists / Experts - Use of Specialists and Experts - F/S Review - Completion. | 1.20 |
| 2/19/2020 | Romaldo Francis DeSouza | Partner | 0720F0016: Lead Engagement Partner Time - Partner Review - F/S Review - Completion. | 2.00 |
| 2/19/2020 | Ryan Kent Swaim | Associate | 0720F0017: PCS Engagements - PCS - Completion & Reporting - F/S Review - Completion. | 5.00 |
| 2/19/2020 | Ryan Kent Swaim | Associate | 0720F0018: Continue - PCS Engagements - PCS - Completion & Reporting - F/S Review - Completion. | 5.00 |
| 2/20/2020 | Raksha Jhunjhunwala | Paraprofessional | 0720F0019: Substantive Audit Procedures - SDC - Test of Details - Revenue - Test of Details - Revenue. | 0.50 |
| 2/20/2020 | Sandeep Mimani | Paraprofessional | 0720F0020: Substantive Audit Procedures - SDC - Test of Details - Revenue - Test of Details - Revenue. | 4.00 |
| 2/20/2020 | Sovit Jalan | Paraprofessional | 0720F0021: Substantive Audit Procedures - SDC - Test of Details - Revenue - Test of Details - Revenue. | 1.00 |
| 2/20/2020 | Shobhit Sareen | Paraprofessional | 0720F0022: Substantive Audit Procedures - SDC - Test of Details - Revenue - Test of Details - Revenue. | 5.00 |
| 2/20/2020 | Ashleigh A Pierce | Director | 0720F0023: Issues, Consults, Specialists / Experts - Issues & Consultations - F/S Review - Completion. | 1.00 |

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC (Case No. 20-10343 (LSS))**  
**PwC LLP - Independent Auditor and Tax Compliance Services Provider to the Debtors**  
**Fixed Fee Services - Professional Services by Project, Professional and Date**  
**For the Period February 18, 2020 through July 31, 2020**

Exhibit 3

| Date | Name | Position | Description | Hours |
|---|---|---|---|---|
| 2/20/2020 | Patrick K Devlin | Director | 0720F0024: Issues, Consults, Specialists / Experts - Use of Specialists and Experts - F/S Review - Completion. | 0.50 |
| 2/20/2020 | Romaldo Francis DeSouza | Partner | 0720F0025: Lead Engagement Partner Time - Partner Review - F/S Review - Completion. | 2.00 |
| 2/20/2020 | Ryan Kent Swaim | Associate | 0720F0026: PCS Engagements - PCS - Completion & Reporting - F/S Review - Completion. | 5.00 |
| 2/20/2020 | Ryan Kent Swaim | Associate | 0720F0027: Continue - PCS Engagements - PCS - Completion & Reporting - F/S Review - Completion. | 4.00 |
| 2/21/2020 | Muhammad Avais Ikram | Director | 0720F0028: Lead Engagement Director Time - Issues, Consults, Specialists / Experts - F/S Review - Completion. | 4.00 |
| 2/21/2020 | Romaldo Francis DeSouza | Partner | 0720F0029: Lead Engagement Partner Time - Partner Review - F/S Review - Completion. | 1.00 |
| 2/21/2020 | Ryan Kent Swaim | Associate | 0720F0030: PCS Engagements - PCS - Completion & Reporting - F/S Review - Completion. | 5.00 |
| 2/21/2020 | Ryan Kent Swaim | Associate | 0720F0031: Continue - PCS Engagements - PCS - Completion & Reporting - F/S Review - Completion. | 3.00 |
| 2/24/2020 | Allen B Bell | Partner | 0720F0032: Auxiliary / Specialty Partner Time - Other Audit Related Activities - Partner - F/S Review - Completion. | 4.00 |
| 2/24/2020 | Muhammad Avais Ikram | Director | 0720F0033: Lead Engagement Director Time - Issues, Consults, Specialists / Experts - F/S Review - Completion. | 3.50 |
| 2/24/2020 | Patrick K Devlin | Director | 0720F0034: Issues, Consults, Specialists / Experts - Use of Specialists and Experts - F/S Review - Completion. | 1.00 |
| 2/24/2020 | Romaldo Francis DeSouza | Partner | 0720F0035: Lead Engagement Partner Time - Partner Review - F/S Review - Completion. | 2.00 |

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC (Case No. 20-10343 (LSS))**  Exhibit 3
**PwC LLP - Independent Auditor and Tax Compliance Services Provider to the Debtors**
**Fixed Fee Services - Professional Services by Project, Professional and Date**
**For the Period February 18, 2020 through July 31, 2020**

| Date | Name | Position | Description | Hours |
|---|---|---|---|---|
| 2/24/2020 | Ryan Kent Swaim | Associate | 0720F0036: PCS Engagements - PCS - Completion & Reporting - F/S Review - Completion. | 5.00 |
| 2/24/2020 | Ryan Kent Swaim | Associate | 0720F0037: PCS Engagements - PCS - Inventory & Cost of Sales - F/S Review - Completion. | 4.00 |
| 2/25/2020 | Allen B Bell | Partner | 0720F0038: Auxiliary / Specialty Partner Time - Other Audit Related Activities - Partner - F/S Review - Completion. | 6.00 |
| 2/25/2020 | Matthew J McCann | Partner | 0720F0039: Issues, Consults, Specialists / Experts - Issues & Consultations - F/S Review - Completion. | 0.50 |
| 2/25/2020 | Muhammad Avais Ikram | Director | 0720F0040: Lead Engagement Director Time - Issues, Consults, Specialists / Experts - F/S Review - Completion. | 1.50 |
| 2/25/2020 | Romaldo Francis DeSouza | Partner | 0720F0041: Lead Engagement Partner Time - Partner Review - F/S Review - Completion. | 2.00 |
| 2/26/2020 | Christina Dutch | Partner | 0720F0042: Issues, Consults, Specialists / Experts - Issues & Consultations - F/S Review - Completion. | 0.50 |
| 2/26/2020 | Allen B Bell | Partner | 0720F0043: Auxiliary / Specialty Partner Time - Other Audit Related Activities - Partner - F/S Review - Completion. | 4.00 |
| 2/26/2020 | Jonathan Rhine | Director | 0720F0044: Issues, Consults, Specialists / Experts - Use of Specialists and Experts - F/S Review - Completion. | 1.00 |
| 2/26/2020 | Megan D Bowles | Director | 0720F0045: Issues, Consults, Specialists / Experts - Issues & Consultations - F/S Review - Completion. | 0.50 |
| 2/26/2020 | Muhammad Avais Ikram | Director | 0720F0046: Lead Engagement Director Time - Issues, Consults, Specialists / Experts - F/S Review - Completion. | 2.00 |
| 2/26/2020 | Romaldo Francis DeSouza | Partner | 0720F0047: Lead Engagement Partner Time - Partner Review - F/S Review - Completion. | 1.00 |

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC (Case No. 20-10343 (LSS))**  
**PwC LLP - Independent Auditor and Tax Compliance Services Provider to the Debtors**  
**Fixed Fee Services - Professional Services by Project, Professional and Date**  
**For the Period February 18, 2020 through July 31, 2020**

Exhibit 3

| Date | Name | Position | Description | Hours |
|---|---|---|---|---|
| 2/27/2020 | Cody L Smith | Partner | 0720F0048: Issues, Consults, Specialists / Experts - Issues & Consultations - F/S Review - Completion. | 1.00 |
| 2/27/2020 | Ryan Kent Swaim | Associate | 0720F0049: PCS Engagements - PCS - Accounts Receivable - F/S Review - Completion. | 2.00 |
| 2/27/2020 | Jonathan Rhine | Director | 0720F0050: Issues, Consults, Specialists / Experts - Use of Specialists and Experts - F/S Review - Completion. | 0.50 |
| 2/27/2020 | Matthew J McCann | Partner | 0720F0051: Issues, Consults, Specialists / Experts - Issues & Consultations - F/S Review - Completion. | 1.50 |
| 2/27/2020 | Megan D Bowles | Director | 0720F0052: Issues, Consults, Specialists / Experts - Issues & Consultations - F/S Review - Completion. | 3.00 |
| 2/27/2020 | Romaldo Francis DeSouza | Partner | 0720F0053: Lead Engagement Partner Time - Partner Review - F/S Review - Completion. | 1.00 |
| 2/28/2020 | Allen B Bell | Partner | 0720F0054: Auxiliary / Specialty Partner Time - Other Audit Related Activities - Partner - F/S Review - Completion. | 2.00 |
| 2/28/2020 | Jonathan Rhine | Director | 0720F0055: Issues, Consults, Specialists / Experts - Use of Specialists and Experts - F/S Review - Completion. | 0.50 |
| 2/28/2020 | Matthew J McCann | Partner | 0720F0056: Issues, Consults, Specialists / Experts - Issues & Consultations - F/S Review - Completion. | 0.50 |
| 2/28/2020 | Megan D Bowles | Director | 0720F0057: Issues, Consults, Specialists / Experts - Issues & Consultations - F/S Review - Completion. | 0.30 |
| 2/28/2020 | Romaldo Francis DeSouza | Partner | 0720F0058: Lead Engagement Partner Time - Partner Review - F/S Review - Completion. | 1.00 |
| 2/28/2020 | Ryan Kent Swaim | Associate | 0720F0059: PCS Engagements - PCS - Inventory & Cost of Sales - F/S Review - Completion. | 5.00 |

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC (Case No. 20-10343 (LSS))**  Exhibit 3
**PwC LLP - Independent Auditor and Tax Compliance Services Provider to the Debtors**
**Fixed Fee Services - Professional Services by Project, Professional and Date**
**For the Period February 18, 2020 through July 31, 2020**

| Date | Name | Position | Description | Hours |
|---|---|---|---|---|
| 2/28/2020 | Ryan Kent Swaim | Associate | 0720F0060: Continue - PCS Engagements - PCS - Inventory & Cost of Sales - F/S Review - Completion. | 3.00 |
| 3/2/2020 | Matthew J McCann | Partner | 0720F0061: Issues, Consults, Specialists / Experts - Issues & Consultations - F/S Review - Completion. | 0.50 |
| 3/2/2020 | Megan D Bowles | Director | 0720F0062: Issues, Consults, Specialists / Experts - Issues & Consultations - F/S Review - Completion. | 0.50 |
| 3/2/2020 | Romaldo Francis DeSouza | Partner | 0720F0063: Lead Engagement Partner Time - Partner Review - F/S Review - Completion. | 1.00 |
| 3/2/2020 | Ryan Kent Swaim | Associate | 0720F0064: PCS Engagements - PCS - Other Liabilities - F/S Review - Completion. | 1.00 |
| 3/2/2020 | Ryan Kent Swaim | Associate | 0720F0065: PCS Engagements - PCS - Completion & Reporting - F/S Review - Completion. | 5.00 |
| 3/2/2020 | Ryan Kent Swaim | Associate | 0720F0066: Continue - PCS Engagements - PCS - Completion & Reporting - F/S Review - Completion. | 2.00 |
| 3/3/2020 | Romaldo Francis DeSouza | Partner | 0720F0067: Lead Engagement Partner Time - Partner Review - F/S Review - Completion. | 1.00 |
| 3/3/2020 | Muhammad Avais Ikram | Director | 0720F0068: Lead Engagement Director Time - Issues, Consults, Specialists / Experts - F/S Review - Completion. | 5.00 |
| 3/3/2020 | Ryan Kent Swaim | Associate | 0720F0069: PCS Engagements - PCS - Completion & Reporting - F/S Review - Completion. | 5.00 |
| 3/3/2020 | Muhammad Avais Ikram | Director | 0720F0070: Continue - Lead Engagement Director Time - Issues, Consults, Specialists / Experts - F/S Review - Completion. | 3.50 |
| 3/3/2020 | Ryan Kent Swaim | Associate | 0720F0071: Continue - PCS Engagements - PCS - Completion & Reporting - F/S Review - Completion. | 5.00 |

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC (Case No. 20-10343 (LSS))**  Exhibit 3
**PwC LLP - Independent Auditor and Tax Compliance Services Provider to the Debtors**
**Fixed Fee Services - Professional Services by Project, Professional and Date**
**For the Period February 18, 2020 through July 31, 2020**

| Date | Name | Position | Description | Hours |
|---|---|---|---|---|
| 3/4/2020 | Romaldo Francis DeSouza | Partner | 0720F0072: Lead Engagement Partner Time - Partner Review - F/S Review - Completion. | 1.00 |
| 3/4/2020 | Ryan Kent Swaim | Associate | 0720F0073: PCS Engagements - PCS - Other Liabilities - F/S Review - Completion. | 6.00 |
| 3/4/2020 | Ryan Kent Swaim | Associate | 0720F0074: Continue - PCS Engagements - PCS - Other Liabilities - F/S Review - Completion. | 6.00 |
| 3/5/2020 | Allen B Bell | Partner | 0720F0075: Auxiliary / Specialty Partner Time - Other Audit Related Activities - Partner - F/S Review - Completion. | 2.00 |
| 3/5/2020 | Romaldo Francis DeSouza | Partner | 0720F0076: Lead Engagement Partner Time - Partner Review - F/S Review - Completion. | 1.00 |
| 3/5/2020 | Ryan Kent Swaim | Associate | 0720F0077: PCS Engagements - PCS - Cash & Cash Equivalents - F/S Review - Completion. | 3.00 |
| 3/6/2020 | Ryan Kent Swaim | Associate | 0720F0078: PCS Engagements - PCS - Other Liabilities - F/S Review - Completion. | 1.00 |
| 3/17/2020 | Romina Argibay | Paraprofessional | 0720F0079: Engagement Management - EA Admin Time - Reporting Analysis. | 0.50 |
| 3/17/2020 | Allen B Bell | Partner | 0720F0080: Auxiliary / Specialty Partner Time - Other Audit Related Activities - Partner - F/S Review - Completion. | 1.00 |
| 3/17/2020 | Muhammad Avais Ikram | Director | 0720F0081: Lead Engagement Director Time - Issues, Consults, Specialists / Experts - F/S Review - Completion. | 2.00 |
| 5/6/2020 | Patrick K Devlin | Director | 0720F0083: Issues, Consults, Specialists / Experts - Use of Specialists and Experts - F/S Review - Completion. | 1.00 |
| 5/7/2020 | Keith William Palmer | Partner | 0720F0084: Issues, Consults, Specialists / Experts - Issues & Consultations - F/S Review - Completion. | 0.50 |

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC (Case No. 20-10343 (LSS))**     Exhibit 3
**PwC LLP - Independent Auditor and Tax Compliance Services Provider to the Debtors**
**Fixed Fee Services - Professional Services by Project, Professional and Date**
**For the Period February 18, 2020 through July 31, 2020**

| Date | Name | Position | Description | Hours |
|---|---|---|---|---|
| 5/7/2020 | Patrick K Devlin | Director | 0720F0085: Issues, Consults, Specialists / Experts - Use of Specialists and Experts - F/S Review - Completion. | 0.80 |
| 5/11/2020 | Keith William Palmer | Partner | 0720F0086: Issues, Consults, Specialists / Experts - Issues & Consultations - F/S Review - Completion. | 0.50 |
| 5/11/2020 | Patrick K Devlin | Director | 0720F0087: Issues, Consults, Specialists / Experts - Use of Specialists and Experts - F/S Review - Completion. | 0.50 |
| ***Total - Hours - Consolidated Audit Services - 2018*** | | | | ***203.30*** |
| **Total - Hours - Fixed Fee Services** | | | | **203.30** |

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC (Case No. 20-10343 (LSS))**  **Exhibit 4**
**PwC LLP - Independent Auditor and Tax Compliance Services Provider to the Debtors**
**Hourly Services and Case Administration - Summary of Hours / Fees by Project and Professional**
**For the Period February 18, 2020 through July 31, 2020**

| Project Category and Professional | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Case Administration** | | | | |
| *Bankruptcy Requirements and Other Court Obligations* | | | | |
| Jill B. Bienstock | Director | $550 | 20.30 | $11,165.00 |
| Jana Beth Gregory | Manager | $400 | 13.50 | $5,400.00 |
| *Subtotal - Bankruptcy Requirements and Other Court Obligations* | | | *33.80* | *$16,565.00* |
| **Subtotal - Case Administration** | | | **33.80** | **$16,565.00** |
| **Total - Hourly Services and Case Administration** | | | **33.80** | **$16,565.00** |

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC (Case No. 20-10343 (LSS))**  Exhibit 5
**PwC LLP - Independent Auditor and Tax Compliance Services Provider to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period February 18, 2020 through July 31, 2020**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| **Case Administration** | | | | | | |
| *Bankruptcy Requirements and Other Court Obligations* | | | | | | |
| Employment Applications and Other Court Filings | | | | | | |
| 5/5/2020 | Jill B. Bienstock | Director | 0720H0001: Review of engagement letters (preliminary). | $550 | 0.50 | $275.00 |
| 5/7/2020 | Jill B. Bienstock | Director | 0720H0002: Review of engagement letters and outline scope of service sand compensation structures. | $550 | 3.00 | $1,650.00 |
| 5/8/2020 | Jill B. Bienstock | Director | 0720H0003: Further review engagement letters. | $550 | 0.10 | $55.00 |
| 5/19/2020 | Jill B. Bienstock | Director | 0720H0004: Review of Ordinary Course Professional and Conference call with Alvarez & Marsal regarding UST inquiry. | $550 | 1.50 | $825.00 |
| 5/21/2020 | Jill B. Bienstock | Director | 0720H0005: Review of UST inquiry and request to convert OCP to 327. | $550 | 0.40 | $220.00 |
| 5/28/2020 | Jill B. Bienstock | Director | 0720H0006: Communications with Counsel and PwC team regarding outline for declaration. | $550 | 0.50 | $275.00 |
| 5/29/2020 | Jill B. Bienstock | Director | 0720H0007: Draft retention papers. | $550 | 1.50 | $825.00 |
| 5/31/2020 | Jill B. Bienstock | Director | 0720H0008: Review and revise Application and Order. | $550 | 3.30 | $1,815.00 |
| 6/1/2020 | Jill B. Bienstock | Director | 0720H0009: Review and revise PwC declaration. | $550 | 1.90 | $1,045.00 |
| 6/2/2020 | Jill B. Bienstock | Director | 0720H0010: Identify updates within Retention Application, PwC Declaration and Order. | $550 | 2.00 | $1,100.00 |
| 6/4/2020 | Jill B. Bienstock | Director | 0720H0011: Review revised engagement terms and scope and update draft Retention Application and PwC Declaration. | $550 | 3.50 | $1,925.00 |

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC (Case No. 20-10343 (LSS))**     Exhibit 5
**PwC LLP - Independent Auditor and Tax Compliance Services Provider to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period February 18, 2020 through July 31, 2020**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 6/8/2020 | Jill B. Bienstock | Director | 0720H0012: Review revised engagement terms and scope and update draft Retention Application and PwC Declaration. | $550 | 0.70 | $385.00 |
| 6/15/2020 | Jill B. Bienstock | Director | 0720H0013: Review and prepare response to UST inquiries. | $550 | 0.20 | $110.00 |
| 6/17/2020 | Jill B. Bienstock | Director | 0720H0014: Review, revise and finalize response to UST. | $550 | 0.60 | $330.00 |
| 6/18/2020 | Jill B. Bienstock | Director | 0720H0015: Discussions with PwC partners regarding Retention Application and UST inquiries and scope of services. | $550 | 0.60 | $330.00 |
| **Subtotal - Hours and Compensation - Employment Applications and Other Court Filings** | | | | | **20.30** | **$11,165.00** |

Relationship Check and Disinterestedness

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 5/4/2020 | Jana Beth Gregory | Manager | 0720H0016: Review the disinterestedness disclosures for PwC Declaration. | $400 | 5.50 | $2,200.00 |
| 5/5/2020 | Jana Beth Gregory | Manager | 0720H0017: Review the disinterestedness disclosures for PwC Declaration. | $400 | 7.50 | $3,000.00 |
| 5/6/2020 | Jana Beth Gregory | Manager | 0720H0018: Review the disinterestedness disclosures for PwC Declaration. | $400 | 0.50 | $200.00 |
| **Subtotal - Hours and Compensation - Relationship Check and Disinterestedness** | | | | | **13.50** | **$5,400.00** |
| ***Subtotal - Hours and Compensation - Bankruptcy Requirements and Other Court Obligations*** | | | | | ***33.80*** | ***$16,565.00*** |
| **Total - Hours and Compensation - Case Administration** | | | | | **33.80** | **$16,565.00** |
| **Total - Hours and Compensation - Hourly Services and Case Administration** | | | | | **33.80** | **$16,565.00** |