IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Ref. Dockets No. 1379 & 1479** |

**CERTIFICATION OF COUNSEL REGARDING AMENDED STIPULATION REGARDING MOTION OF THE OFFICIAL TORT CLAIMANTS' COMMITTEE PURSUANT TO BANKRUPTCY RULE 2004 AND LOCAL RULE 2004-1 FOR AN ORDER AUTHORIZING THE ISSUANCE OF SUBPOENAS FOR DISCOVERY FROM DEBTORS AND CERTAIN LOCAL COUNCILS**

The undersigned counsel to the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies as follows:

1. On October 11, 2020, the Debtors filed the *Certification of Counsel Regarding Stipulation Regarding Motion of the Official Tort Claimants' Committee Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 for an Order Authorizing the Issuance of Subpoenas for Discovery from Debtors and Certain Local Councils* [Docket No. 1479] (the "COC") and proposed form of order approving the *Stipulation Regarding Motion of the Official Tort Claimants' Committee Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 for an Order Authorizing the Issuance of Subpoenas for Discovery from Debtors and Certain Local Councils* (the "Stipulation").

2. In accordance with the Stipulation, the Debtors and Ad Hoc Committee of Local Councils (the "Ad Hoc Committee") filed objections [Docket Nos. 1480 & 1481] to the Rule

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

2004 Motion solely with respect to the Rosters issue that was scheduled to be heard at the omnibus hearing on October 14, 2020.

3.  On October 13, 2020, Century filed *Century's Objection to Proposed Form of Order Approving the Stipulation Regarding Motion of the Official Tort Claimants' Committee Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 for an Order Authorizing the Issuance of Subpoenas for Discovery from Debtors and Certain Local Councils* [Docket No. 1495], requesting certain language in the Stipulation regarding attorney-client privilege.

4.  The Debtors, Ad Hoc Committee and Tort Committee have amended the Stipulation to provide that the Parties agree that their good-faith discussions regarding extension of the Termination Date will include issues relating to the Rosters and to include Century's requested language.  A copy of the amended Stipulation is attached as **Exhibit 1** to the proposed order attached hereto as **Exhibit A** (the "Amended Stipulation").[2]

5.  Attached as **Exhibit B** is a redline of the Amended Stipulation marking the changes to the version filed with the COC.

6.  The Debtors, Ad Hoc Committee and Tort Committee have reviewed the Amended Stipulation and do not object to entry of an order (the "Proposed Order") approving the terms and condition of the Amended Stipulation.  Century has had an opportunity to review the Amended Stipulation and has not objected to entry of the Proposed Order.

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order attached hereto as **Exhibit A**, approving the Amended Stipulation.

[*Remainder of Page Left Intentionally Blank*]

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Amended Stipulation.

| | |
|---|---|
| Dated:  October 14, 2020<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Eric W. Moats (No. 6441)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone:  (302) 658-9200<br>Email:  dabbott@mnat.com<br>           aremming@mnat.com<br>           emoats@mnat.com<br>           ptopper@mnat.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Jessica C. K. Boelter (*pro hac vice* pending)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone:  (212) 819-8200<br>Email:  jessica.boelter@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Michael C. Andolina (*pro hac vice* pending)<br>Matthew E. Linder (*pro hac vice* pending)<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone:  (212) 881-5400<br>Email: mandolina@whitecase.com<br>           mlinder@whitecase.com<br><br>*Counsel and Proposed Co-Counsel for the Debtors and Debtors in Possession* |