# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>            Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: Dkt. No. 1480** |

## CERTIFICATE OF SERVICE

I, R. Craig Martin, hereby certify that on the 11th day of October, 2020, true and correct copies of the *Objection of the Ad Hoc Committee of Local Councils to Tort Claimants' Committee's Rule 2004 Motion* [D.I. 1480] (the "Objection") were served via the Court's CM/ECF system on those parties who requested such service.

Additionally, on the 12th day of October, 2020, the Ad Hoc Committee of Local Councils of the Boy Scouts of America caused a true and correct copy of the Objection to be served via electronic mail on the parties listed on the service list attached hereto as Exhibit A.

Dated: October 14, 2020
       Wilmington, Delaware

**DLA PIPER LLP US (US)**

 /s/ R. Craig Martin
R. Craig Martin (DE 5032)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801-1147
Telephone: (302) 468-5655
Facsimile: (302) 778-7834
Email: craig.martin@us.dlapiper.com

*Attorney for the Ad Hoc Committee of Local Councils of the Boy Scouts of America*

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Lane, Irving, TX 75038.