**Exhibit A**

**(Service List)**

Case 20-10343-LSS    Doc 1513-1    Filed 10/14/20    Page 1 of 3

| Creditor | Address1 | Address2 | Address3 | Email |
|---|---|---|---|---|
| Abernathy, Roeder, Boyd & Hullett, P.C. | Attn: Chad Timmons | 1700 Redbud Blvd, Ste 300 | McKinney, TX 75069 | ctimmons@abernathylaw.com |
| Abernathy, Roeder, Boyd & Hullett, P.C. | Attn: Larry R. Boyd | | | bankruptcy@abernathylaw.com |
| Abernathy, Roeder, Boyd & Hullett, P.C. | Attn: Emily M. Hahn | | | ehahn@abernathy-law.com |
| Adams and Reese LLP | Attn: Henry C. Shelton, III | 6075 Poplar Ave, Ste 700 | Memphis, TN 38119 | Henry.Shelton@arlaw.com |
| Ashby & Geddes, PA | Attn: Bill Bowden | 500 Delaware Ave, 8th Fl | Wilmington, DE 19899-1150 | wbowden@ashbygeddes.com |
| Baird Mandalas Brockstedt, LLC | Attn: Stephen W. Spence | 1413 Savannah Rd, Ste 1 | Lewes, DE 19958 | sws@bmbde.com |
| Baker Manock & Jensen, PC | Attn: Jan T. Perkins | 5260 N Palm Ave, Ste 421 | Fresno, CA 93704 | jperkins@bakermanock.com |
| Bayard, PA | Attn: Erin Fay/ Gregory Flasser | 600 N King St, Ste 400 | Wilmington, DE 19801 | efay@bayardlaw.com |
| Bayard, PA | | | | gflasser@bayardlaw.com |
| Bielli & Klauder, LLC | Attn: David M Klauder | 1204 N King St | Wilmington, DE 19801 | dklauder@bk-legal.com |
| Bielli & Klauder, LLC | Attn: David M. Klauder | 1204 N King St | Wilmington, DE 19801 | tbielli@bk-legal.com |
| Bodell Bove, LLC | Attn: Bruce W. McCullough | 1225 N King St, Ste 1000 | Wilmington, DE 19801 | bmccullough@bodellbove.com |
| Bradley Riley Jacobs PC | Attn: Todd C. Jacobs | 320 W Ohio St, Ste 3W | Chicago, IL 60654 | tjacobs@bradleyriley.com |
| Brown Rudnick LLP | Attn: David J. Molton | 7 Times Square | New York, NY 10036 | DMolton@brownrudnick.com |
| Brown Rudnick LLP | Attn: Sunni P. Beville | 1 Financial Ctr | Boston, MA 02111 | sbeville@brownrudnick.com |
| Brown Rudnick LLP | Attn: Tristan G. Axelrod | | | taxelrod@brownrudnick.com |
| Brown Rudnick LLP | | | | EGoodman@brownrudnick.com |
| Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | 55 Second St, 17th Fl | San Francisco, CA 94105-3493 | schristianson@buchalter.com |
| Butler Snow LP | Attn: Daniel W. Van Horn | P.O. Box 171443 | Memphis, TN 38187-1443 | Danny.VanHorn@butlersnow.com |
| Carruthers & Roth, PA | Attn: Britton C Lewis | 235 N Edgeworth St | Greensboro, NC 27401 | bcl@crlaw.com |
| Chipman, Brown, Cicero & Cole, LLP | Attn: Mark Desgrosseilliers | 1313 N Market St, Ste 5400 | Wilmington, DE 19801 | desgross@chipmanbrown.com |
| Choate, Hall & Stewart LLP | Attn: Douglas R. Gooding | Two International Place | Boston, MA 02110 | dgooding@choate.com |
| Choate, Hall & Stewart LLP | Attn: Jonathan D. Marshall | | | jmarshall@choate.com |
| Choate, Hall & Stewart LLP | Attn: Michael J. Foley, Jr | | | mjfoley@choate.com |
| Commonwealth of Pennsylvania | Dept of Labor & Industry / Attn: Deb Secrest | 651 Boas St, Rm 925 | Harrisburg, PA 17121 | ra-li-ucts-bankrupt@state.pa.us |
| Connolly Gallagher, LLP | Attn: Karen C. Bifferato | 1201 N Market St, 20th Fl | Wilmington, DE 19801 | kbifferato@connollygallagher.com |
| Connolly Gallagher, LLP | Attn: Kelly M. Conlan | | | kconlan@connollygallagher.com |
| Coughlin Duffy, LLP | Attn: Kevin Coughlin | 350 Mt Kemble Ave | Morristown, NJ 07960 | kcoughlin@coughlinduffy.com |
| Coughlin Duffy, LLP | Attn: Lorraine Armenti | | | larmenti@coughlinduffy.com |
| Coughlin Duffy, LLP | Attn: Michael Hrinewski | | | mhrinewski@coughlinduffy.com |
| Crew Janci LLP | Attn: Stephen Crew | 1200 NW Naito Pkwy, Ste 500 | Portland, OR 97209 | steve@crewjanci.com |
| Crew Janci LLP | Attn: Peter Janci | | | peter@crewjanci.com |
| Cross & Simon, LLC | Attn: Christopher Simon | 1105 N Market St, Ste 901 | Wilmington, DE 19801 | csimon@crosslaw.com |
| Cross & Simon, LLC | Attn: Kevin Mann | | | kmann@crosslaw.com |
| Crowell & Moring LLP | Attn: Mark D. Plevin | 3 Embarcadero Center, 26th Fl | San Francisco, CA 94111 | mplevin@crowell.com |
| Crowell & Moring LLP | Attn: Austin J. Sutta | | | asutta@crowell.com |
| Crowell & Moring LLP | Attn: Tacie H. Yoon | 1001 Pennsylvania Ave, NW | Washington, D.C. 20004 | tyoon@crowell.com |
| Davies Hood PLLC | Attn: Jason P. Hood | 22 N Front St, Ste 620 | Memphis, TN 38103-2100 | Jason.Hood@davieshood.com |
| Dorsey & Whitney LLP | Attn: Eric Lopez Schnabel | 300 Delaware Ave, Ste 1010 | Wilmington, DE 19801 | schnabel.eric@dorsey.com |
| Dorsey & Whitney LLP | Attn: Alessandra Glorioso | | | glorioso.alessandra@dorsey.com |
| Dorsey & Whitney LLP | Attn: Bruce R. Ewing/E. Schnabel | 51 W 52nd St | New York, NY 10019 | ewing.bruce@dorsey.com |
| Doshi Legal Group, P.C. | Attn: Amish R. Doshi | 1979 Marcus Ave, Ste 210E | Lake Success, NY 11042 | amish@doshilegal.com |
| Faegre Drinker Biddle & Reath LLP | Attn: Patrick A. Johnson | 222 Delaware Ave, Ste 1410 | Wilmington, DE 19801-1621 | patrick.jackson@faegredrinker.com |
| Faegre Drinker Biddle & Reath LLP | Attn: Jay Jaffe | 600 E. 96th St, Ste 600 | Indianapolis, IN 46240 | jay.jaffe@faegredrinker.com |
| Faegre Drinker Biddle & Reath LLP | | | | kaitlin.mackenzie@faegredrinker.com |
| Faegre Drinker Biddle & Reath LLP | Attn: Michael P. Pompeo | 1177 Ave of the Americas, 41st Fl | New York, NY 10036-2714 | michael.pompeo@faegredrinker.com |
| Faegre Drinker Biddle & Reath LLP | Attn: Patrick A. Jackson / Kaitlin W. MacKenzie | 222 Delaware Ave., Suite 1410 | Wilmington, DE 19801-1621 | Patrick.Jackson@faegredrinker.com |
| Fineman Krekstein & Harris, PC | Attn: Dierdre M Richards | 1300 N King St | Wilmington, DE 19801 | drichards@finemanlawfirm.com |
| Flordia M. Henderson | P.O. Box 30604 | Memphis, TN 38130-0604 | | flordia@fhendersonlaw.net |
| Foley & Lardner LLP | Attn: Richard J Bernard | 90 Park Ave | New York, NY 10016 | rbernard@foley.com |
| Foley & Lardner LLP | Attn: Victor Vilaplana | 3579 Valley Centre Dr, Ste 300 | San Diego, CA 92130 | vavilaplana@foley.com |
| Foran Glennon Planadech Ponzi & Rudloff, P.C. | Attn: Susan N K Gummow | 222 N LaSalle St, Ste 1400 | Chicago, IL 60614 | sgummow@fgppr.com |
| Foran Glennon Planadech Ponzi & Rudloff, P.C. | Attn: Igor Shleypak | | | ishleypak@fgppr.com |
| Fox Swibel Levin & Carroll LLP | Attn: Margaret M. Anderson | 200 W Madison St, Ste 3000 | Chicago, IL 60606 | panderson@foxswibel.com |
| Gilbert LLP | Attn: Kami Quinn | 700 Pennsylvania Ave, SE Ste 400 | Washington, DC 20003 | quinnk@gilbertlegal.com |
| Gilbert LLP | Attn: Meredith Neely | | | neelym@gilbertlegal.com |
| Gilbert LLP | Attn: Emily Grim | | | grime@gilbertlegal.com |
| Gilbert LLP | Attn: Jasmine Chalashtori | | | chalashtorij@gilbertlegal.com |
| Jacobs & Crumplar, PA | Attn: Raeann Warner/Thomas Crumplar | 750 Shipyard Dr, Ste 200 | Wilmington, DE 19801 | Raeann@jcdelaw.com |
| Jacobs & Crumplar, PA | | | | tom@jcdelaw.com |
| James, Vernon & Weeks, P.A. | Attn: Leander L. James | 1626 Lincoln Wy | Coeur d'Alene, ID 83815 | ljames@jvwlaw.net |
| James, Vernon & Weeks, P.A. | Attn: Craig K. Vernon | | | cvernon@jvwlaw.net |
| James, Vernon & Weeks, P.A. | Attn: R. Charlie Beckett | | | rbeckett@jvwlaw.net |
| Janet, Janet & Scuggs, LLC | Attn: Gerald D Jowers, Jr | 500 Taylor St, Ste 301 | Columbia, SC 29201 | GJowers@JJSJustice.com |
| Jpmorgan Chase Bank, NA | c/o Norton Rose Fulbright US LLP/Attn: Louis R. Strubec | 1301 Ave of the Americas | New York, NY 10019-6022 | louis.strubeck@nortonrosefulbright.com |
| Karr Tuttle Campbell, PS | Attn: Bruce W. Leaverton | 701 5th Ave, Ste 3300 | Seattle, WA 98104 | bleaverton@karrtuttle.com |
| Kelly, Morgan, Dennis, Corzine & Hansen, P.C. | Attn: Michael G. Kelly | P.O. Box 1311 | Odessa, TX 79760-1311 | mkelly@kmdfirm.com |
| Klehr Harrison Harvey Branzburg LLP | Attn: Domenic C. Pacitti | 919 Market St, Ste 1000 | Wilmington, DE 19801 | dpacitti@klehr.com |
| Klehr Harrison Harvey Branzburg LLP | Attn: Morton R. Branzburg | 1835 Market St, Ste 1400 | Philadelphia, PA 19103 | mbranzburg@klehr.com |
| Kramer Levin Naftalis & Frankel LLP | Attn: Thomas Moers Mayer | 177 Ave of the Americas | New York, NY 10036 | tmayer@kramerlevin.com |
| Kramer Levin Naftalis & Frankel LLP | Attn: Rachel Ringer | | | rringer@kramerlevin.com |
| Kramer Levin Naftalis & Frankel LLP | Attn: David E. Blabey Jr. | | | dblabey@kramerlevin.com |
| Kramer Levin Naftalis & Frankel LLP | Attn: Jennifer R. Sharret | | | jsharret@kramerlevin.com |
| Kramer Levin Naftalis & Frankel LLP | Attn: Megan M. Wasson | | | mwasson@kramerlevin.com |
| Latham & Watkins LLP | Attn: Jeffrey E Bjork | 355 S Grand Ave, Ste 100 | Los Angeles, CA 90071-1560 | jeff.bjork@lw.com |
| Latham & Watkins LLP | Attn: Kimberly A Posin | | | kim.posin@lw.com |
| Latham & Watkins LLP | Attn: Nicholas J Messana | | | nicholas.messana@lw.com |
| Latham & Watkins LLP | Attn: Adam J Goldberg | 885 3rd Ave | New York, NY 10022-4834 | adam.goldberg@lw.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman | P.O. Box 3064 | Houston, TX 77253-3064 | houston_bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller | 2777 N. Stemmons Fwy, Ste 1000 | Dallas, TX 75207 | dallas.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker | 112 E Pecan St, Ste 2200 | San Antonio, TX 78205 | sanantonio.bankruptcy@publicans.com |
| Maurice Wutscher LLP | Attn: Alan C. Hochheiser | 23611 Chagrin Blvd. Ste 207 | Beachwood, OH 44122 | ahochheiser@mauricewutscher.com |
| McCreary, Veselka, Bragg & Allen, PC | Attn: Tara LeDay | P.O. Box 1269 | Round Rock, TX 78680 | tleday@mvbalaw.com |
| McDermott Will & Emery LLP | Attn: Ryan Smethurst | 500 N Capitol St NW | Washington, DC 20001-1531 | rsmethurst@mwe.com |
| McDermott Will & Emery LLP | Attn: Margaret Warner | | | mwarner@mwe.com |
| Miller, Canfield, Paddock and Stone, P.L.C. | Attn: Danielle Mason Anderson | 277 S Rose St, Ste 5000 | Kalamazoo, MI 49007 | andersond@millercanfield.com |
| Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C. | Attn: Kim V. Marrkand | One Financial Center | Boston, MA 02111 | kmarrkand@mintz.com |
| Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C. | Attn: Nancy D. Adams | | | ndadams@mintz.com |
| Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C. | Attn: Laura Bange Stephens | | | lbstephens@mintz.com |
| Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Paul W Carey | 100 Front St | Worcester, MA 01608 | pcarey@mirickoconnell.com |
| Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Kate P Foley | 1800 W Park Dr, Ste 400 | Westborough, MA 01581 | kfoley@mirickoconnell.com |
| Missouri Dept of Revenue | Attn: Steven A Ginther | P.O. Box 475 | Jefferson City, MO 65105-0475 | deecf@dor.mo.gov |
| Monzack Mersky Browder & Hochman, P.A. | Attn: Rachel B. Mersky | 1201 N Orange St, Ste 400 | Wilmington, DE 19801 | rmersky@monlaw.com |
| Monzack Mersky McLaughlin & Browder, PA | Attn: Brian McLaughlin | 1201 N Orange St, Ste 400 | Wilmington, DE 19801 | bmclaughlin@monlaw.com |
| Monzack Mersky McLaughlin & Browder, PA | Attn: Rachel B. Mersky | | | rmersky@monlaw.com |
| Morris James LLP | Attn: Brett D. Fallon | 500 Delaware Ave, Ste 1500 | Wilmington, DE 19899-2306 | bfallon@morrisjames.com |
| Morris James LLP | Attn: Brya M. Keilson | | | bkeilson@morrisjames.com |
| Morris James LLP | Attn: Jeffrey Waxman | 500 Delaware Avenue, Suite 1500 | Wilmington, DE 19801 | jwaxman@morrisjames.com |

| Creditor | Address1 | Address2 | Address3 | Email |
|---|---|---|---|---|
| Morris James LLP | Attn: Eric J. Monzo | | | emonzo@morrisjames.com |
| Morris, Nichols, Arsht & Tunnell | Attn: Derek C. Abbott | 1201 N. Market Street | Wilmington, DE, 19899 | dabbott@mnat.com |
| Morris, Nichols, Arsht & Tunnell | Attn: Joseph Charles Barsalona II | | | barsalona@mnat.com |
| Morris, Nichols, Arsht & Tunnell | Attn: Eric Moats | | | emoats@mnat.com |
| Morris, Nichols, Arsht & Tunnell | Attn: Andrew R. Remming | | | aremming@mnat.com |
| Morris, Nichols, Arsht & Tunnell | Attn: Paige N. Topper | | | ptopper@mnat.com |
| Nagel Rice LLP | Attn: Bradley L Rice | 103 Eisenhower Pkwy | Roseland, NJ 07068 | brice@nagelrice.com |
| Napoli Shkolnnik PLLC | Attn: R. Joseph Hrubiec | 919 N Market St, Ste 1801 | Wilmington, DE 19801 | RHrubiec@NapoliLaw.com |
| Nelson Comis Kettle & Kinney, LLP | Attn: William E. Winfield | 300 E Esplande Dr, Ste 1170 | Oxnard, CA 93036 | wwinfield@calattys.com |
| Nicolaides Fink Thorpe Michaelides Sullivan LLP | Attn: Matthew S. Sorem | 10 S Wacker Dr, 21st Fl | Chicago, IL 60606 | msorem@nicolaidesllp.com |
| Norton Rose Fulbright Us LLP | Attn: Louis Strubeck | 2200 Ross Ave, Suite 3600 | Dallas, TX 75201-7932 | louis.strubeck@nortonrosefulbright.com |
| Norton Rose Fulbright US LLP | Attn: Kristian Gluck | | | kristian.gluck@nortonrosefulbright.com |
| Norton Rose Fulbright US LLP | Attn: Ryan Manns | | | ryan.manns@nortonrosefulbright.com |
| Office of the Attorney General | Attn: Christopher S Murphy | P.O. Box 12548 | Austin, TX 78711-2548 | christopher.murphy@oag.texas.gov |
| Office of the Attorney General | Attn: Sherri K Simpson | | | sherri.simpson@oag.texas.gov |
| Office of the U.S. Trustee | | | | hannah.mccollum@usdoj.gov |
| Office of the United States Trustee | Attn: David L. Buchbinder | 844 King St, Suite 2207 | Wilmington, DE 19801 | david.l.buchbinder@usdoj.gov |
| Pachulski Stang Ziehl & Jones | Attn: James I. Stang | 10100 Santa Monica Blvd, 13th Fl | Los Angeles, CA 90067-4003 | jstang@pszjlaw.com |
| Pachulski Stang Ziehl & Jones | | | | joneill@pszjlaw.com |
| Pachulski Stang Ziehl & Jones | | | | lcantor@pszjlaw.com |
| Pachulski Stang Ziehl & Jones | | | | rorgel@pszjlaw.com |
| Pachulski Stang Ziehl & Jones LLP | Attn: James Stang/Robert Orgel | 919 N Market St, 17th Fl | Wilmington, DE 19899-8705 | jlucas@pszjlaw.com |
| Pachulski Stang Ziehl & Jones LLP | Attn: Ilan Scharf | | | ischarf@pszjlaw.com |
| Paul Mones PC | Attn: Paul Mones | 13101 Washington Blvd | Los Angeles, CA 90066 | paul@paulmones.com |
| Pension Benefit Guaranty Corporation | | | | burton.cassandra@pbgc.gov |
| Pension Benefit Guaranty Corporation | | | | fessenden.craig@pbgc.gov |
| Pension Benefit Guaranty Corporation | Attn: Patricia Kelly, CFO | 1200 K St NW | Washington, DC 20005 | Kelly.Patricia@Pbgc.Gov |
| Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: John T. Banks | 3301 Northland Dr, Ste 505 | Austin, TX 78731 | jbanks@pbfcm.com |
| Pfau Cochran Vertetis Amala PLLC | Attn: Michael Pfau | 403 Columbia St, Ste 500 | Seattle, WA 98104 | michael@pcvalaw.com |
| Pfau Cochran Vertetis Amala PLLC | Attn: Jason Amala | | | jason@pcvalaw.com |
| Pfau Cochran Vertetis Amala PLLC | Attn: Vincent Nappo | | | vnappo@pcvalaw.com |
| Phillips Lytle LLP | Attn: Angela Z Miller | One Canalside, 125 Main St | Buffalo, NY 14203 | amiller@phillipslytle.com |
| Raul Diaz | | | | rauldiaz2503@gmail.com |
| Reed Smith LLP | Attn: Kurt F. Gwynne | 120 N Market St, Ste 1500 | Wilmington, DE 19801 | kgwynne@reedsmith.com |
| Reed Smith LLP | Attn: Katelin A. Morales | | | kmorales@reedsmith.com |
| Richards, Layton & Finger, PA | Attn: Michael Merchant | 920 N King St | Wilmington, DE 19801 | merchant@rlf.com |
| Richards, Layton & Finger, PA | Attn: Brett Haywood | | | haywood@rlf.com |
| Schnader Harrison Segal & Lewis LLP | Attn: Richard A. Barkasy | 824 N Market St, Ste 800 | Wilmington, DE 19801-4939 | rbarkasy@schnader.com |
| Schnader Harrison Segal & Lewis LLP | Attn: Kristi J. Doughty | | | kdoughty@schnader.com |
| Seitz, Van Ogtrop & Green, P.A. | Attn: R. Karl Hill | 222 Delaware Ave, Ste 1500 | Wilmington, DE 19801 | khill@svglaw.com |
| Sequoia Counsel of Boy Scouts, Inc. | Attn: Michael Marchese | 6005 N Tamera Ave | Fresno, CA 93711 | michael.marchese@scouting.org |
| Shipman & Goodwin LLP | Attn: Eric S. Goldstein | 1 Constitution Plz | Hartford, CT 06103-1919 | egoldstein@goodwin.com |
| Shipman & Goodwin LLP | | | | bankruptcy@goodwin.com |
| Shipman & Goodwin LLP | | | | bankruptcyparalegal@goodwin.com |
| Shipman & Goodwin LLP | Attn: Abigail Williams | 1875 K St NW, Ste 600 | Washington, DC 20006-1251 | awilliams@goodwin.com |
| Shipman & Goodwin LLP | Attn: Joshua Weinberg | | | jweinberg@goodwin.com |
| Shipman & Goodwin LLP | Attn: Michele B Konigsberg | | | mkonigsberg@goodwin.com |
| Shipman & Goodwin LLP | Attn: James Ruggeri | | | jruggeri@goodwin.com |
| Sidley Austin LLP | Attn: Blair Warner | One South Dearborn Street | Chicago, IL 60603 | blair.warner@sidley.com |
| Sidley Austin LLP | Attn: Matthew Evan Linder | | | mlinder@sidley.com |
| Sidley Austin LLP | Attn: Thomas A. Labuda, Jr. | | | tlabuda@sidley.com |
| Sidley Austin LLP | Attn: Karim Basaria | | | kbasaria@sidley.com |
| Sidley Austin LLP | Attn: Jessica C. Boelter | 787 Seventh Avenue | New York, NY 10019 | jboelter@sidley.com |
| Stamoulis & Weinblatt LLC | Attn: Stamatios Stamoulis | 800 N West St, Ste 800 | Wilmington, DE 19801 | stamoulis@swdelaw.com |
| Stamoulis & Weinblatt LLC | Attn: Richard Weinblatt | | | weinblatt@swdelaw.com |
| Stark & Stark, PC | Attn: Joseph H Lemkin | P.O. Box 5315 | Princeton, NJ 08543 | jlemkin@stark-stark.com |
| Sullivan Hazeltine Allinson LLC | Attn: William D. Sullivan | 919 N Market St, Ste 420 | Wilmington, DE 19801 | bsullivan@sha-llc.com |
| Synchrony Bank | c/o PRA Receivables Management, LLC | P.O. Box 41021 | Norfolk, VA 23541 | claims@recoverycorp.com |
| The Law Office of James Tobia, LLC | Attn: James Tobia | 1716 Wawaset St | Wilmington, DE 19806 | jtobia@tobialaw.com |
| The Law Offices of Joyce, LLC | Attn: Michael J. Joyce | 1225 King St, Ste 800 | Wilmington, DE 19801 | mjoyce@mjlawoffices.com |
| The Neuberger Firm | Attn: Thomas S. Neuberger | 17 Harlech Dr | Wilmington, DE 19807 | tsn@neubergerlaw.com |
| The Neuberger Firm | Attn: Stephen J. Neuberger | | | sjn@neubergerlaw.com |
| The Powell Firm, LLC | Attn: Jason C. Powell | 1201 N Orange St, Ste 500 | Wilmington, DE 19899 | jpowell@delawarefirm.com |
| The Powell Firm, LLC | Attn: Thomas Reichert | | | treichert@delawarefirm.com |
| Thomas Law Office, PLLC | Attn: Tad Thomas | 9418 Norton Commons Blvd, Ste 200 | Louisville, KY 40059 | tad@thomaslawoffices.com |
| Thomas Law Office, PLLC | Attn: Louis Schneider | | | lou.schneider@thomaslawoffices.com |
| TN Dept of Labor - Bureau of Unemployment Insurance | c/o TN Attorney General's Office, Bankruptcy Division | PO Box 20207 | Nashville, TN 37202-0207 | AGBankDelaware@ag.tn.gov |
| Tremont Sheldon Robinson Mahoney PC | Attn: Cindy Robinson | 64 Lyon Ter | Bridgeport, CT 06604 | crobinson@tremontsheldon.com |
| Tremont Sheldon Robinson Mahoney PC | Attn: Doug Mahoney | | | dmahoney@tremontsheldon.com |
| Troutman Pepper Hamilton Sanders LLP | Attn: David M. Fournier | 1313 Market St, Ste 5100 | Wilmington, DE 19899-1709 | david.fournier@troutman.com |
| Troutman Pepper Hamilton Sanders LLP | Attn: Marcy J. McLaughlin Smith | | | marcy.smith@troutman.com |
| Troutman Pepper Hamilton Sanders LLP | Attn: Harris B. Winsberg | 600 Peachtree St NE, Ste 3000 | Atlanta, GA 30308 | harris.winsberg@troutman.com |
| Troutman Pepper Hamilton Sanders LLP | Attn: Matthew G. Roberts | | | matthew.roberts2@troutman.com |
| Tybout, Redfearn & Pell | Attn: Seth J. Reidenberg | 750 Shipyard Dr, Ste 400 | Wilmington, DE 19899-2092 | sreidenberg@trplaw.com |
| US Attorney For Delaware | Attn: David C Weiss | 1007 Orange St, Ste 700 | Wilmington, DE 19899-2046 | usade.ecfbankruptcy@usdoj.gov |
| Wachtell, Lipton, Rosen & Katz | Attn: Richard Mason | 51 W 52nd St | New York, NY 10019 | rgmason@wlrk.com |
| Wachtell, Lipton, Rosen & Katz | Attn: Douglas Mayer | | | dkmayer@wlrk.com |
| Wachtell, Lipton, Rosen & Katz | Attn:Joseph C. Celentino | | | jccelentino@wlrk.com |
| Walker Wilcox Maousek LLP | Attn: Christopher A. Wadley | 1 N Franklin, Ste 3200 | Chicago, IL 60606 | cwadley@walkerwilcox.com |
| Wanger Jones Helsley, PC. | Attn: Riley C. Walter | 265 E River Park Circle, Ste 310 | Fresno, CA 93720 | rwalter@wjhattorneys.com |
| Ward and Smith, P.A. | Attn: Paul A Fanning | P.O. Box 8088 | Greenville, NC 27835-8088 | paf@wardandsmith.com |
| Whiteford, Taylor & Preston LLC | Attn: Richard W Riley | 405 N King St, Ste 500 | Wilmington, DE 19801 | rriley@wtplaw.com |
| Whiteford, Taylor & Preston LLP | Attn: Todd M Brooks | 7 St Paul St, 15th Fl | Baltimore, MD 21202-1626 | tbrooks@wtplaw.com |
| Wilks Law, LLC | Attn: David E. Wilks | 4250 Lancaster Pike, Ste 200 | Wilmington, DE 19805 | dwilks@wilks.law |
| Wilmer Cutler Pickering Hale and Dorr LLP | Attn: Craig Goldblatt | 1875 Pennsylvania Ave NW | Washington, DC 20006 | craig.goldblatt@wilmerhale.com |
| Womble Bond Dickinson (US) LLP | Attn: Matthew Ward | 1313 N Market St, Ste 1200 | Wilmington, DE 19801 | matthew.ward@wbd-us.com |
| Womble Bond Dickinson (US) LLP | Attn: Morgan Patterson | | | morgan.patterson@wbd-us.com |
| Young Conaway Stargatt & Taylor | Attn: James L. Patton, Jr | 1000 N King St | Wilmington, DE 19801 | jpatton@ycst.com |
| Young Conaway Stargatt & Taylor | Attn: Robert Brady | | | rbrady@ycst.com |
| Young Conaway Stargatt & Taylor | Attn: Edwin Harron | | | eharron@ycst.com |