## **Exhibit A**

**Summary of Time Detail by Task**

*Exhibit A*

**Boy Scouts of America and Delaware BSA, LLC**
**Summary of Time Detail by Task**
**September 1, 2020 through September 30, 2020**

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Bankruptcy Support | 38.8 | $28,377.50 |
| Cash | 93.4 | $62,405.00 |
| Claims | 13.7 | $7,840.00 |
| Contracts | 6.7 | $4,857.50 |
| Court | 1.4 | $1,255.00 |
| Employee | 13.5 | $9,157.50 |
| Fee Applications | 5.6 | $2,060.00 |
| Financial Analysis | 233.6 | $155,715.00 |
| Info Req | 63.3 | $47,355.00 |
| Litigation | 2.5 | $1,625.00 |
| MOR | 9.7 | $6,450.00 |
| Motions/Orders | 15.0 | $10,200.00 |
| Plan DS | 0.7 | $717.50 |
| Statement & Schedules | 3.5 | $1,662.50 |
| Status Meeting | 31.4 | $25,435.00 |
| Travel | 1.5 | $1,537.50 |
| Vendor Management | 19.0 | $13,557.50 |
| **Subtotal** | **553.3** | **$380,207.50** |
| **Voluntary Reduction - General** | **-3.6** | **-$2,475.00** |
| **Total** | **549.7** | **$377,732.50** |