**Exhibit B**

**Summary of Time Detail by Professional**

*Exhibit B*

### Boy Scouts of America and Delaware BSA, LLC
### Summary of Time Detail by Professional
### September 1, 2020 through September 30, 2020

| *Professional* | *Position* | *Billing Rate* | *Sum of Hours* | *Sum of Fees* |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $1,025.00 | 64.8 | $66,420.00 |
| Erin McKeighan | Managing Director | $850.00 | 1.6 | $1,360.00 |
| Carl Binggeli | Director | $725.00 | 190.5 | $138,112.50 |
| Robert Edgecombe | Director | $525.00 | 28.5 | $14,962.50 |
| Scott Blasingame | Manager | $475.00 | 7.0 | $3,325.00 |
| Ryan Walsh | Senior Associate | $650.00 | 186.9 | $121,485.00 |
| Julio Cifuentes | Associate | $575.00 | 18.8 | $10,810.00 |
| Trevor DiNatale | Consultant | $550.00 | 1.1 | $605.00 |
| Gerard Gigante | Analyst | $475.00 | 12.7 | $6,032.50 |
| Davis Jochim | Analyst | $425.00 | 36.4 | $15,470.00 |
| Nicole Vander Veen | Paraprofessional | $325.00 | 5.0 | $1,625.00 |
| | | *Subtotal* | **553.3** | **$380,207.50** |
| | | *Voluntary Reduction - General* | **-3.6** | **-$2,475.00** |
| | | *Total* | **549.7** | **$377,732.50** |