# Exhibit E

**Summary of Expense Detail by Category**

*Exhibit E*

## Boy Scouts of America and Delaware BSA, LLC
### Summary of Expense Detail by Category
### September 1, 2020 through September 30, 2020

| *Expense Category* | *Sum of Expenses* |
|---|---|
| Miscellaneous | $193.66 |
| **Total** | **$193.66** |