**<u>Exhibit F</u>**

**Expense Detail by Category Professional**

*Exhibit F*

## Boy Scouts of America and Delaware BSA, LLC
### Expense Detail by Category
### September 1, 2020 through September 30, 2020

### Miscellaneous

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Erin McKeighan | 8/31/2020 | $174.66 | CMS Monthly Data Storage Fee. |
| Ryan Walsh | 9/15/2020 | $19.00 | WebEx Charges. |
| **Expense Category Total** | | **$193.66** | |
| *Grand Total* | | **$193.66** | |