## Exhibit B

**Invoice and Fee Summary**

**F.I. Salter Real Estate, Inc.**  **Appraisal Department**
**800B West Railroad Street** Sanford C. Hoff
**Duluth, MN 55802** Ann M. Heimbach
**(218) 722-5556** Amy J. Marincel
John L. Sillanpa

## INVOICE

Steven Mcgowan
Boy Scouts of America
1325 West Walnut Hill Lane  **Date:**  10/12/2020
Irving, TX 75038

**Account #**  AMH63651

For Professional Services Rendered............................................................... $7,500.00

Please make checks payable to F.I. Salter Real Estate, Inc.      Amount Enclosed $_____

| DATE | CHARGES AND CREDIT | AMOUNT |
|---|---|---|
| 10/12/2020 | For    Market Value Appraisal on the following property: Northern Tier High Adventure Base 14725 & 14790 Moose Lake Road  Ely              MN    55731 | $7,500.00 |
| 10/12/2020 | **TOTAL AMOUNT DUE:** | $7,500.00 |

**Appraiser:**    Ann M. Heimbach               Pay Last Amount in this Column
Certified General Real Property Appraiser
**License #:**   MN #20129249

A finance charge of 1.5% per month will be imposed on any balance due from the previous month (18% annual percentage rate).

**Thank You**