# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**<br><br>    Debtors | :<br>:<br>: **CHAPTER 11**<br>:<br>: **Case No. 20-10343 LSS**<br>:<br>:<br>: |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE & NOTICE

**PLEASE TAKE NOTICE** that the undersigned appears as counsel on behalf of the Florida Conference of the United Methodist Church and Various Churches in the Conference that are Chartered Organizations, a creditor and party in interest in this matter, and, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, requests that all notices given or required to be given in this case and all papers served in this case be given to and served upon the following:

| | |
|---|---|
| Of Counsel:<br><br>Edwin Rice<br>Elizabeth Brusa<br>BRADLEY ARANT BOULT CUMMINGS<br>100 n. Tampa St, Suite 2200<br>Tampa, FL<br>Phone: (813) 559-5500<br>eRice@bradley.com<br>ebrusa@bradley.com | David N. Rutt<br>Scott G. Wilcox (#3882)<br>MOORE & RUTT, P.A<br>The Mill<br>1007 North Orange Street, Suite 446<br>Wilmington, DE  19801<br>Phone:  (302) 856-9568<br>drutt@mooreandrutt.com<br>swilcox@mooreandrutt.com |

**PLEASE TAKE FURTHER NOTICE** that the foregoing request for service includes all pleadings of any kind, including, without limitation, all notices, applications, motions, complaints and orders, whether written or oral, formal or informal, however transmitted or conveyed, related in any way to this bankruptcy case.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and *Request for Service & Notice* (the "Notice") nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in noncore matters entered only after *de novo* review by a District Court judge, (ii) the right to trial by jury in any proceeding triable in these cases or any case, controversy or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedies, or (vi) any other rights, claims, actions, defenses, setoffs or recoupments as appropriate, in law, in equity or under any agreement, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: October 15, 2020                      **MOORE & RUTT, P.A.**

/s/ Scott G. Wilcox
David N. Rutt (#  _ 
Scott G. Wilcox (#3882)
The Mill
1007 North Orange Street, Suite 446
Wilmington, DE  19801
Phone:  (302) 856-9568
drutt@mooreandrutt.com
swilcox@mooreandrutt.com

*Attorneys for the Florida Conference of the United Methodist Church and Various Churches in the Conference that are Chartered Organizations*

**CERTIFICATE OF SERVICE**

  I hereby certify that on October 15, 2020, a copy of the foregoing has been furnished electronically to those parties electing to receive notice through the Court's CM/ECF electronic notification system.

                _____
                Scott G. Wilcox (#3882)