Local Form 105

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In Re:                 Chapter  11

Case No. 20 - 10343  (LSS)

Debtor: Boy Scouts of America and Delaware BSA, LLC

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of  Edwin Rice

to represent  the Florida Conference of the United Methodist Church and Various Churches in the Conference that are Chartered Organizations

in this action.

_/s/ David N. Rutt_
David N. Rutt, Esquire     (I.D. No. 2694)
Firm Name: Moore & Rutt, P.A.

Address: 122 W. Market St., P.O. 554
Georgetown, DE 19947
Phone: (302) 856-9568
Email: dnrutt@mooreandrutt.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of  Florida  and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

_/s/ Edwin Rice_

Firm Name: Bradley Arant Boult Cummings LLP
Address: 100 N. Tampa St., Suite 2200
Phone: (813) 559-5500
Email: erice@bradley.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.