EXHIBIT B

Expense Summary

## EXHIBIT B

## BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC

## EXPENSE SUMMARY
## AUGUST 1, 2020 THROUGH AUGUST 31, 2020

| Expense Category | Service Provider (if applicable) | Total Expenses[5] |
|---|---|---|
| Bloomberg Law Online Research | Bloomberg | $72.74 |
| Lexis Online Research | Lexis | $3,600.41 |
| Pacer Online Research | Pacer | $ 16.50 |
| Photocopying | Kramer Levin | $0.40 |
| Telecommunication Charges | Loop Up | $698.72 |
| Westlaw Online Research | Westlaw | $1,531.75 |
| **TOTAL** | | **$5,920.52** |

---

[5] Kramer Levin reduced its expenses by $652.02 during the Application Period voluntarily and in accordance with the local rules and U.S. Trustee Guidelines.