<u>EXHIBIT C</u>

<u>Verification</u>

**VERIFICATION PURSUANT TO DEL. BANKR.L.R. 2016-2(f) AND 28 U.S.C. §1746(2)**

I, Rachael L. Ringer, Esquire, verify as follows:

1. I am a partner with the applicant firm, Kramer Levin Naftalis & Frankel LLP ("**Kramer Levin**"), and have been admitted to the bar of the State of New York and have been admitted *pro hac vice* in these Chapter 11 Cases. Kramer Levin has rendered professional services in these chapter 11 cases as counsel to the Official Committee of Unsecured Creditors.

2. I have read the foregoing application of Kramer Levin for compensation and reimbursement of expenses (the "**Application**"). To the best of my knowledge, information and belief formed upon the basis of my participation in these cases, as well as after reasonable inquiry, the facts set forth in the foregoing Application are true and correct and materially comply with the applicable orders, rules, guidelines and requirements as set forth by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, Del.Bankr.L.R. 2016-2, and the Executive Office for the United States Trustee.

I verify under penalty of perjury that the foregoing is true and correct.

Executed on: October 15, 2020

                                               By: */s/ Rachael L. Ringer*
                                                        Rachael L. Ringer
                                                        KRAMER LEVIN NAFTALIS
                                                        & FRANKEL LLP
                                                        177 Avenue of the Americas
                                                        New York, NY 10036
                                                        Telephone: (212) 715-9100
                                                        Facsimile: (212) 715-8000
                                                        E-mail: rringer@kramerlevin.com