IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> (Jointly Administered) <br><br> Re Docket No. 695, 1388, 1424, 1460, 1463, 1465 & 1478 |

**LIMITED CERTIFICATION OF COUNSEL REGARDING
ORDER ON MOTION OF THE COALITION OF ABUSED
SCOUTS FOR JUSTICE FOR ORDER PERMITTING EXECUTION
OF PROOFS OF CLAIM BY ATTORNEY OR AUTHORIZED AGENT**

1.  On September 30, 2020, the Coalition Of Abused Scouts For Justice ("Coalition") filed the Motion of the Coalition of Abused Scouts for Justice for Order Permitting Filing of Proof of Claim Forms Signed By Authorized Counsel in Accordance With Bankruptcy Code §§ 501 and 502, Bankruptcy Rule 3001 and Official Form 410.

2.  Objections and responses to the Motion, were filed by the United States Trustee [D.I. 1424], Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fire Insurance Company [D.I. 1460], Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

{00219718-1}                                    1

Insurance Company of North America, Westchester Fire Insurance Company, and Westchester Surplus Lines Insurance Company [D.I. 1463], the Official Committee of Tort Claimants [D.I. 1465], and the Debtors [D.I. 1478-1].

3. On October 14, 2020, the Court held a hearing on the Motion and directed that the Coalition prepare and circulate a draft Order consistent with her ruling that notwithstanding anything to the contrary in the Bar Date Order or any approved form, Sexual Abuse Survivor Proofs of Claim may, consistent with Bankruptcy Rule 3001(b), Bankruptcy Rule 9009(a) and Official Form 410, be executed by the Sexual Abuse Survivor's attorney or authorized agent.

4. On October 15, 2002, the Coalition prepared and circulated a draft order to all Objectors. Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Westchester Fire Insurance Company, and Westchester Surplus Lines Insurance Company by and through their counsel, Mr. Schiavoni, provided proposed revisions to the draft which were consented to by the other Objectors.

5. Coalition adopted most of the proposed revisions, but believed that it was necessary to correct the ambiguity in the Bar Date Order that there be a specific reference to allowance of signatures by an attorney or authorized agent which is the precise language set forth in Official Form 410. The U.S. Trustee agreed to the revised version submitted by the Coalition.

6. Century advised that it continues to object. The Coalition sent an email to Century's counsel, stating that the Coalition believed that in order to clarify the ambiguity in the Bar Date Order there needs to be language that specifically provides the right for attorney signatures as set forth in Official Form 410 and requested that the Century explain, based on the Judge's oral ruling, why it believes the language is not appropriate. Mr. Schiavoni replied

that, Judge Silverstein says "I'm going to permit the signing of a proof of claim by a lawyer *who is authorized to do so*." Hr'g Tr. 189:20-22.

7. At the October 14th Hearing, the Court stated that its ruling is based on Bankruptcy Rule 9009, which precludes modifications to the wording of the Official Form. Hr'g Tr. 189:22. For this reason, the language requested by the Coalition comes ***directly*** from Official Form 410. The Court also acknowledged that the Rules "permit signature by an attorney." *Id.* at 190:138. Attached as Exhibit "A" is the Coalition's proposed order which uses the language in Official Form 410 and has the approval of the U.S. Trustee. Attached as Exhibit "B" is the proposed order approved by Century.

9. The Coalition respectfully requests that this Honorable Court enter the Coalition's form Order.

| | |
|---|---|
| Dated: October 16, 2020<br>Wilmington, Delaware | MONZACK MERSKY<br>BROWDER AND HOCHMAN, P.A.<br><br>*/s/ Rachel B. Mersky*<br>Rachel B. Mersky, Esq. (DE No. 2049)<br>1201 North Orange Street<br>Suite 400<br>Wilmington, Delaware 19801<br>Telephone:    (302) 656-8162<br>Facsimile:    (302) 656-2769<br>E-mail:         RMersky@Monlaw.com<br>           -and-<br>BROWN RUDNICK LLP<br>David J. Molton, Esq.  (admitted *pro hac vice*)<br>Eric R. Goodman, Esq. (admitted *pro hac vice*)<br>Seven Times Square<br>New York, NY 10036<br>Telephone: (212) 209-4800<br>E-mail: DMolton@BrownRudnick.com<br>E-mail: EGoodman@BrownRudnick.com<br><br>           -and- |

Sunni P. Beville, Esq. (admitted *pro hac vice*)
Tristan G. Axelrod, Esq. (admitted *pro hac vice*)
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
E-mail: SBeville@BrownRudnick.com
E-mail: TAxelrod@BrownRudnick.com

*Co-Counsel to the Coalition of Abused Scouts for Justice*