# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re D.I. 695, 1388** |

**ORDER WITH REGARD TO EXECUTION OF
PROOFS OF CLAIM**

Upon the motion [D.I. 1388] (the "Motion")[2] of the Coalition for entry of an order (this "Order") permitting Sexual Abuse Survivors to file proofs of claim against the Debtors executed by their attorneys or authorized agents in accordance with sections 501 and 502 of the Bankruptcy Code and Bankruptcy Rules 3001(a), 3001(b) and 9009(a), as more fully set forth in the Motion; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and this matter being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and this Court being able to issue an order consistent with Article III of the United States Constitution; and venue of this proceeding and the Motion in this District being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and appropriate notice of and the opportunity for a hearing on the Motion having been given, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion and having heard the

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Motion.

{00219720-1}

statements in support of the relief requested therein at a hearing before this Court; and all objections and responses to the Motion, including the objections and responses filed by the United States Trustee [D.I. 1424], Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fire Insurance Company [D.I. 1460], Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Westchester Fire Insurance Company, and Westchester Surplus Lines Insurance Company [D.I. 1463], the Official Committee of Tort Claimants [D.I. 1465], and the Debtors [D.I. 1478-1] having been overruled; and this Court having determined that the legal bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. Notwithstanding anything to the contrary in the Bar Date Order or any approved form, Sexual Abuse Survivor Proofs of Claim may be executed by all such persons as are provided for by Bankruptcy Rule 3001(b), Bankruptcy Rule 9009(a) and Official Form 410.

2. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order.

Dated: _____, 2020
Wilmington, Delaware

OMM_US:79140643.4

{00219720-1}                                        2