**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELWARE**

| | |
|---|---|
| In re:<br><br>BOYS SCOUTS OF AMERICA AND DELWARE BSA, LLC[1],<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Ref. Docket. No. 1480**<br><br>**Hearing Date:**<br>**October 23, 2020 at 10:00 a.m. (ET)** |

### JOINDER BY BOYS SCOUTS OF AMERICA SAN DIEGO - IMPERIAL COUNCIL TO THE AD HOC COMMITTEE OF LOCAL COUNCILS' OBJECTION TO TORT CLAIMANTS' COMMITTEE'S RULE 2004 MOTION

　　　　Boys Scouts of America San Diego - Imperial Council ("SDIC") by and through undersigned counsel, hereby file this joinder (the "Joinder") to *the AD HOC Committee of Local Council's Objection to Tort Claimants' Committee's Rule 2004 Motion* [D.I. 1480] (the "Objection"). In support hereof, SDIC respectfully represent the following:

### JOINDER

　　　　SDIC acknowledges that on Friday, October 16, 2020, its counsel, Victor Vilaplana, received a voicemail message from Mary Caloway of Pachulski Stang regarding a meet and confer conference. Mr. Vilaplana returned the call and left a call back number. Except with respect to the argument that the TCC has failed to comply with its meet and confer obligations, SDIC joins in the Objection.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

Further, SDIC does not consent to the jurisdiction of this Court and does not waive any objections to such jurisdiction. Finally, SDIC reserves the right to object to or move to quash any subpoena with which it might be served.

Dated: October 19, 2020    FOLEY & LARDDNER LLP

By: */s/ Richard J. Bernard*
Richard J. Bernard
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016
Telephone: 212.682.7474
Facsimile: 212.687.2329
Email: rbernard@foley.com

and

Victor Vilaplana
Foley & Lardner LLP
11988 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: 858.847.6700
Facsimile: 858.792.6773
Email: vavilaplana@foley.com

*Attorneys for Boys Scouts of America San Diego - Imperial Council*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 19th day of October, 2020, I caused a true and correct copy of the foregoing to be served upon the parties set forth on the attached service list, in the manner indicated; and all ECF participants in the case were served electronically through the Court's ECF noticing system, at their respective email addresses registered through CM/ECF with the Court.

                                                */s/ Richard J. Bernard*  
                                                Richard J. Bernard

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**
Case No. 20-10343 (LSS)
Service List

| BY FIRST CLASS MAIL & CM/ECF<br>*(Counsel for Debtors)*<br><br>Derek C. Abbott, Andrew R. Remming, Joseph C. Barsalona II, Eric W. Moats, and Paige N. Topper<br>**Morris Nichols Arsht & Tunnel LLP**<br>1201 North Market Street, 16th Floor<br>Wilmington, DE 19801 | BY FIRST CLASS MAIL & CM/ECF<br>*(Counsel for Debtors)*<br><br>James F. Conlan, Thomas A. Labuda, and Michael C. Andolina<br>**Sidley Austin LLP**<br>One South Dearborn Street<br>Chicago, IL 60603 |
|---|---|
| BY FIRST CLASS MAIL & CM/ECF<br><br>Hannah Mufson McCollum<br>**Office Of The United States Trustee**<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801 | BY FIRST CLASS MAIL & CM/ECF<br>*(Counsel for Debtors)*<br><br>Jessica C. K. Boelter<br>**Sidley Austin LLP**<br>787 Seventh Avenue<br>New York, NY 10019 |
| BY FIRST CLASS MAIL & CM/ECF<br>*(Counsel for Tort Claimants' Committee)*<br><br>James Stang, Robert Orgel, James O'Neill, John Lucas and Ilan Scharf<br>**Pachulski Stang Ziehl & Jones LLP**<br>919 N Market St, 17th Fl.<br>PO Box 8705<br>Wilmington, DE 19899-8705 | BY FIRST CLASS MAIL & CM/ECF<br>*(Counsel for Unsecured Creditors' Committee)*<br><br>Thomas Moers Mayer, Rachael Ringer, David E. Blabey, Jennifer R. Sharret and Megan M. Wasson<br>**Kramer Levin Naftalis & Frankel LLP**<br>177 Avenue of the Americas<br>New York, NY 10036 |
| BY FIRST CLASS MAIL & CM/ECF<br>*(Counsel for Unsecured Creditors' Committee)*<br><br>Kurt F. Gwynne and Katelin Ann Morales<br>**Reed Smith LLP**<br>1201 Market Street<br>15th Floor<br>Wilmington, DE 19801 | BY FIRST CLASS MAIL & CM/ECF<br>*(Counsel for First State Insurance Company, Hartford Accident and Indemnity Company and Twin City Fire Insurance Company)*<br><br>Eric S. Goldstein<br>**Shipman & Goodwin LLP**<br>One Constitution Plaza<br>Hartford, CT 06103 |

| | |
|---|---|
| **BY FIRST CLASS MAIL & CM/ECF**<br>*(Counsel for First State Insurance Company, Hartford Accident and Indemnity Company and Twin City Fire Insurance Company)*<br><br>James P. Ruggeri, Joshua D. Weinberg, Michele Backus Konigsberg and Abigail W. Williams<br>**Shipman & Goodwin LLP**<br>1875 K Street, NW, Suite 600<br>Washington, DC 20003 | **BY FIRST CLASS MAIL & CM/ECF**<br>*(Counsel for First State Insurance Company, Hartford Accident and Indemnity Company and Twin City Fire Insurance Company)*<br><br>Erin R. Fay and Gregory J. Flasser<br>**Bayard, P.A.**<br>600 N. King Street, Suite 400<br>Wilmington, Delaware 19801 |
| **BY FIRST CLASS MAIL & CM/ECF**<br>*(Counsel for Century Indemnity Company, et al.)*<br><br>Stamatios Stamoulis<br>**Stamoulis & Weinblatt LLC**<br>800 N. West Street Third Floor<br>Wilmington, Delaware 19801 | **BY FIRST CLASS MAIL & CM/ECF**<br>*(Counsel for Century Indemnity Company, et al.)*<br><br>Tancred Schiavoni and Janine Panchok-Berry<br>**O'Melveny & Myers LLP**<br>Times Square Tower<br>7 Times Square<br>New York, New York 10036-6537 |
| **BY FIRST CLASS MAIL & CM/ECF**<br>*(Counsel to the Future Claimants' Representative)*<br><br>James L. Patton, Jr., Robert Brady, Edwin Harron, and Sharon M. Zieg<br>**Young Conaway Stargatt & Taylor**<br>Rodney Square<br>1000 N King St.<br>Wilmington, DE 19801 | **BY FIRST CLASS MAIL & CM/ECF**<br>*(Counsel for Coalition of Abused Scouts for Justice)*<br><br>David J. Molton<br>**Brown Rudnick LLP**<br>Seven Times Square<br>New York, NY 10036 |
| **BY FIRST CLASS MAIL & CM/ECF**<br>*(Counsel for Coalition of Abused Scouts for Justice)*<br><br>Sunni P. Beville and Tristan G. Axelrod<br>**Brown Rudnick LLP**<br>One Financial Center<br>Boston, MA 02111 | **BY FIRST CLASS MAIL & CM/ECF**<br>*(Counsel for Coalition of Abused Scouts for Justice)*<br><br>Stanley B. Tarr<br>**Blank Rome LLP**<br>1201 N. Market St, Suite 800<br>Wilmington, DE 19801 |

4833-8096-5327.1