# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | |
| | Objection Deadline: November 3, 2020 at 4:00 p.m. (ET) |

**SUMMARY COVER SHEET OF SECOND COMBINED MONTHLY FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE <u>PERIOD FROM AUGUST 1, 2020 THROUGH SEPTEMBER 30, 2020</u>**

| | |
|---|---|
| Name of Applicant: | PricewaterhouseCoopers LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | February 18, 2020 (by order signed June 24, 2020) |
| Period for Which Compensation and Reimbursement Are Requested: | August 1, 2020 – September 30, 2020[2] |
| Amount of Compensation Requested: | $21,836.00 (80% of $27,295.00) |
| Amount of Expense Reimbursement Requested: | $0.00 |

This is a(n):   monthly ____   x   interim ____   final application ____

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] The applicant reserves the right to include any time expended in the period indicated above in future application(s) if it is not included herein.

1

## SUMMARY OF PREVIOUSLY FILED FEE APPLICATION

This is the second Monthly Fee Application filed by PwC.

| Statement No | Monthly Statement Date | Filing Period | Fees Requested | Expenses Requested | Fees (80%) | Expenses (100%) | Fees (20%) |
|---|---|---|---|---|---|---|---|
| 1 | 10/13/2020 (D.I. 1511) | 02/18/2020-07/31/2020 | $108,641.00 | $0.00 | $86,912.80 | $0.00 | $21,728.20 |
| **Totals** | | | **$108,641.00** | **$0.00** | **$86,912.80** | **$0.00** | **$21,728.20** |

## SUMMARY BY PROJECT

| Project Category and Billing Category | Total Hours | Compensation |
|---|---|---|
| **Fixed Fee Services** | | |
| *Tax Compliance Services* | | |
| Federal Tax Compliance Services | 302.30 | $24,500.00 |
| *Subtotal - Tax Compliance Services* | *302.30* | *$24,500.00* |
| **Subtotal - Hours and Compensation - Fixed Fee Services** | **302.30** | **$24,500.00** |
| **Case Administration** | | |
| *Bankruptcy Requirements and Other Court Obligations* | | |
| Monthly, Interim and Final Fee Applications | 10.40 | $2,795.00 |
| *Subtotal - Bankruptcy Requirements and Other Court Obligations* | *10.40* | *$2,795.00* |
| **Subtotal - Hours and Compensation - Case Administration** | **10.40** | **$2,795.00** |
| **Total - Hours and Compensation Sought for Reimbursement** | **312.70** | **$27,295.00** |

## COMPENSATION AND HOURS BY PROFESSIONAL

| Project Category and Professional | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Fixed Fee Services** | | | | |
| *Tax Compliance Services* | | | | |
| Martina Dai Luna | Partner | | 5.60 | |
| Brittany A Stanford | Director | | 10.00 | |
| Caley Sue Pursley | Manager | | 42.50 | |
| Matthew B Miles | Manager | | 35.70 | |
| Audrey Elizabeth Lieb | Senior Associate | | 3.50 | |
| Caley Sue Pursley | Senior Associate | | 1.50 | |
| Audrey Elizabeth Lieb | Associate | | 6.50 | |
| Fatima Siddiqui | Associate | | 7.00 | |

| Project Category and Professional | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| *Tax Compliance Services (continued)* | | | | |
| Shara Alaine Sears | Associate | | 190.00 | |
| ***Subtotal - Tax Compliance Services*** | | | ***302.30*** | ***$24,500.00*** |
| **Case Administration** | | | | |
| *Bankruptcy Requirements and Other Court Obligations* | | | | |
| Andrea Clark Smith | Director | $550 | 1.40 | $770.00 |
| Nanette J Kortuem | Associate | $225 | 9.00 | $2,025.00 |
| ***Subtotal - Bankruptcy Requirements and Other Court Obligations*** | | | ***10.40*** | ***$2,795.00*** |
| **Subtotal - Case Administration** | | | **10.40** | **$2,795.00** |
| **Total - Hours and Compensation Sought for Reimbursement** | | | **312.70** | **$27,295.00** |

## SUMMARY OF EXPENSE BY TYPE

PwC has no expenses during the Fee Period.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Objection Deadline: November 3, 2020 at 4:00 p.m. (ET)** |

**SECOND COMBINED MONTHLY FEE APPLICATION
OF PRICEWATERHOUSECOOPERS LLP FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM
AUGUST 1, 2020 THROUGH SEPTEMBER 30, 2020**

PricewaterhouseCoopers LLP ("PwC"), Independent Auditor and Tax Compliance Services Provider for the Boy Scouts of America and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession (together, the "Debtors") in the above-captioned chapter 11 cases, hereby submits this second combined monthly application (this "Application") requesting payment in the aggregate amount of $21,836.00, which is equal to (a) 80% ($21,836.00) of the $27,295.00 of total compensation earned by PwC for its services to the Debtors during the period from August 1, 2020 to and including September 30, 2020 (the "Fee Period") and (b) 100% of the $0.00 of necessary expenses incurred by PwC during the Fee Period in connection with its services to the Debtors. In support of this Application, PwC respectfully represents as follows:

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**JURISDICTION AND VENUE**

1. The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory and other bases for the relief requested herein are sections 330 and 331 of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* [Docket No. 341] (the "Compensation Procedures Order").

**BACKGROUND**

3. On February 18, 2020 (the "Petition Date"), each of the Debtors filed a voluntary petition with the Court for relief under chapter 11 of the Bankruptcy Code. The Debtors continue to operate and maintain their non-profit organization and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On February 19, 2020, the Court entered an order [Docket No. 61] authorizing the joint administration and procedural consolidation of the chapter 11 cases pursuant to Bankruptcy Rule 1015(b).

4. On June 5, 2020, the Debtors filed the *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of PricewaterhouseCoopers LLP as Independent*

*Auditor and Tax Compliance Services Provider for the Debtors and Debtors in Possession, Effective as of February 18, 2020* (Docket No. 796) (the "Retention Application").

5.      On June 24, 2020, the Court entered the *Order Authorizing the Retention and Employment of PricewaterhouseCoopers LLP as Independent Auditor and Tax Compliance Services Provider for the Debtors and Debtors in Possession, Effective as of February 18, 2020* (Docket No. 889) (the "Retention Order").

6.      On April 6, 2020, the Court entered the Compensation Procedures Order. The Compensation Procedures Order provides, among other things, that each professional shall be entitled, on or as soon as practicable after the fifteenth (15th) day of each month following the month for which compensation and/or expense reimbursement is sought, to file and serve an application for interim allowance of compensation earned and reimbursement of expenses incurred during the preceding month (each a "Monthly Fee Application"). Parties shall have fourteen (14) days after service of a Monthly Fee Application to file an objection to the compensation or expenses that are the subject thereof (the "Objection Deadline"). Upon the expiration of the Objection Deadline, the applicant may file a certificate of no objection (a "CNO") with the Court with respect to the unopposed portion of the fees and/or expenses requested in the applicable Monthly Fee Application. After the filing of a CNO, the Debtors are authorized and directed to pay the applicant an amount equal to 80% of the fees and 100% of the expenses requested in the applicable Monthly Fee Application not subject to an objection.

**RELIEF REQUESTED**

7.      By this Application, in accordance with the Compensation Procedures Order, PwC requests payment in the aggregate amount of $21,836.00, which is equal to (a) 80% (*i.e.*, $21,836.00) of the $27,295.00 of total compensation earned by PwC during the Fee Period for its

services to the Debtors and (b) 100% of the $0.00 of necessary expenses incurred by PwC during the Fee Period in connection with its services to the Debtors.

## SUMMARY OF SERVICES RENDERED

8. Attached hereto as **Exhibit A** is a detailed statement of the time expended and compensation earned by PwC during the Fee Period. PwC's professionals expended a total of 312.7 hours in connection with these chapter 11 cases during the Fee Period. All services for which PwC is requesting compensation were performed for or on behalf of the Debtors. The services rendered by PwC during the Fee Period are categorized as set forth in **Exhibit A** and in the summary cover sheets prefixed to this Application. The professionals who provided services to the Debtors during the Fee Period are also identified in **Exhibit A** and in the summary cover sheets.

## SUMMARY OF EXPENSES INCURRED

9. Based upon a review of PwC's internal billing records, PwC professionals did not incur any out-of-pocket expenditure during the Fee Period.[2]

## VALUATION OF SERVICES

10. The hourly rates reflected on **Exhibit A** are PwC's customary hourly rates for work of this character. The reasonable value of the services rendered by PwC for the Fee Period as independent auditor and tax compliance services provider to the Debtors in these chapter 11 cases is $27,295.00[3].

---

[2] PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements incurred during the Fee Period may still be pending submission and will be requested in future Fee Periods.

[3] PwC's fixed fee for the Tax Compliance Services, $73,000, and the remaining amount is being paid by the BSA Commingled Endowment Fund, LP and the remaining amount of $24,500 is paid by the Debtors.

11. In accordance with section 330 of the Bankruptcy Code, the fees requested are reasonable in light of factors including, among other things, (a) the complexity of these chapter 11 cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

12. Although PwC has made every effort to include all fees and expenses incurred during the Fee Period in this Application, some fees and expenses might have been omitted from this Application due to delays caused by accounting and processing during the Fee Period. PwC reserves the right to submit further applications to the Court for allowance of such fees and expenses not included herein. Subsequent fee applications will be filed in accordance with the requirements of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the Compensation Procedures Order.

## **CERTIFICATION OF COMPLIANCE**

13. To the best of its knowledge, PwC believes that this Application and the description of services set forth herein of work performed are in compliance with the requirements, as well as its Retention Order, which granted a waiver of certain of the information requirements relating to compensation requests set forth in Local Rule 2016-2(d). To the extent that this Application does not comply in all respects with the requirements, PwC believes that such deviations are not material and respectfully requests that such requirements be waived.

*[Remainder of Page Intentionally Left Blank]*

WHEREFORE, PwC requests payment in the aggregate amount of $21,836.00, which is equal to (a) 80% (*i.e.*, $21,836.00) of the $27,295.00 of total compensation earned by PwC during the Fee Period for its services to the Debtors and (b) 100% of the $0.00 of necessary expenses incurred by PwC during the Fee Period in connection with its services to the Debtors, for a total interim award of $21,836.00.

Dated: October 20, 2020  
      Dallas, Texas

PRICEWATERHOUSECOOPERS LLP

Francis DeSouza, Jr  
Partner  
PricewaterhouseCoopers LLP  
2121 North Peral Street, Suite 2000  
Dallas, Texas 75201  
(214) 695-0663  
*Independent Auditor and Tax Compliance Services*  
*Provider for the Debtors and Debtors in Possession*