# EXHIBIT A

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**Enclosure:**

PricewaterhouseCoopers LLP invoice for professional fees rendered and expenses incurred
For the Period August 1, 2020 through September 30, 2020



    Fees        $27,295.00
    Expenses  $0.00

| **Hours and Compensation:** | **Exhibits:** |
|---|---|
| Summary by Project Category | 1 |
| ***Estimated "Fixed Fee" Service*** | |
| Summary of Hours by Project and Professional | 2 |
| Professional Services by Project, Professional and Date | 3 |
| ***Hourly and Case Administration Services*** | |
| Summary of Hours and Fees by Project and Professional | 4 |
| Professional Services by Project, Professional and Date | 5 |

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

1

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC (Case No. 20-10343 (LSS))  Exhibit 1**
**PwC LLP  - Independent Auditor and Tax Compliance Services Provider to the Debtors**
**Summary by Project Category and Billing Category**
**For the Period August 1, 2020 through September 30, 2020**

| Project Category and Billing Category | Hours | Total Compensation |
|---|---:|---:|
| **Fixed Fee Services** | | |
| *Tax Compliance Services* | | |
| Federal Tax Compliance Services | 302.30 | $24,500.00 |
| *Subtotal - Tax Compliance Services* | *302.30* | *$24,500.00* |
| **Subtotal - Hours and Compensation - Fixed Fee Services** | 302.30 | $24,500.00 |
| **Case Administration** | | |
| *Bankruptcy Requirements and Other Court Obligations* | | |
| Monthly, Interim and Final Fee Applications | 10.40 | $2,795.00 |
| *Subtotal - Bankruptcy Requirements and Other Court Obligations* | *10.40* | *$2,795.00* |
| **Subtotal - Hours and Compensation - Case Administration** | 10.40 | $2,795.00 |
| **Total - Hours and Compensation Sought for Reimbursement** | **312.70** | **$27,295.00** |

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC (Case No. 20-10343 (LSS))  Exhibit 2**
**PwC LLP - Independent Auditor and Tax Compliance Services Provider to the Debtors**
**Fixed Fee Services - Summary of Hours and Fees by Project and Professional**
**For the Period August 1, 2020 through September 30, 2020**

| Project Category and Professional | Position | Hours | Total Compensation |
|---|---|---|---|
| *Tax Compliance Services* | | | |
| Martina Dai Luna | Partner | 5.60 | |
| Brittany A Stanford | Director | 10.00 | |
| Caley Sue Pursley | Manager | 42.50 | |
| Matthew B Miles | Manager | 35.70 | |
| Audrey Elizabeth Lieb | Senior Associate | 3.50 | |
| Caley Sue Pursley | Senior Associate | 1.50 | |
| Audrey Elizabeth Lieb | Associate | 6.50 | |
| Fatima Siddiqui | Associate | 7.00 | |
| Shara Alaine Sears | Associate | 190.00 | |
| ***Subtotal - Tax Compliance Services*** | | *302.30* | *$24,500.00* |
| **Total - Hours and Compensation - Tax Compliance Services** | | **302.30** | **$24,500.00** |

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC (Case No. 20-10343 (LSS))**     Exhibit 3
**PwC LLP - Independent Auditor and Tax Compliance Services Provider to the Debtors**
**Fixed Fee Services - Professional Services by Project, Professional and Date**
**For the Period August 1, 2020 through September 30, 2020**

| Date | Name | Position | Description | Hours |
|---|---|---|---|---|
| *Tax Compliance Services* | | | | |
| 5/1/2020 | Shara Alaine Sears | Associate | 0920F0001: Workpapers & Calculations - Computing Tax. Inc./Book to Tax - BSA100 - 100-00 Workbook Prep. | 3.70 |
| 5/1/2020 | Shara Alaine Sears | Associate | 0920F0002: Workpapers & Calculations - Other - BSA100 - DMS PBC File Uploads. | 2.30 |
| 5/2/2020 | Shara Alaine Sears | Associate | 0920F0003: Workpapers & Calculations - Other - BSA100 - DMS PBC File Uploads. | 3.00 |
| 5/4/2020 | Shara Alaine Sears | Associate | 0920F0004: Workpapers & Calculations - Other - BSA100 - 2019 K-1 Tracker Prep. | 7.70 |
| 5/4/2020 | Shara Alaine Sears | Associate | 0920F0005: Workpapers & Calculations - Computing Tax. Inc./Book to Tax - BSA100 - 320-00 Gain-Loss Summary Workbook Prep. | 0.70 |
| 5/4/2020 | Shara Alaine Sears | Associate | 0920F0006: Workpapers & Calculations - Computing Tax. Inc./Book to Tax - BSA100 - 100-00 Workbook Prep. | 0.70 |
| 5/5/2020 | Matthew B Miles | Manager | 0920F0007: Workpapers & Calculations - Computing Tax. Inc./Book to Tax - K-1 planning. | 1.00 |
| 5/5/2020 | Shara Alaine Sears | Associate | 0920F0008: Workpapers & Calculations - Computing Tax. Inc./Book to Tax - BSA100 - 100-00 w/b updates. | 1.00 |
| 5/5/2020 | Shara Alaine Sears | Associate | 0920F0009: Workpapers & Calculations - Other - BSA100 - 400-99 Basis Rollforward Schedule. | 3.10 |
| 5/5/2020 | Shara Alaine Sears | Associate | 0920F0010: Workpapers & Calculations - Other - BSA100 - 2019 K-1 Tracker Prep. | 1.00 |
| 5/5/2020 | Shara Alaine Sears | Associate | 0920F0011: Schedule K-1s - Planning/Set up - EL, DMS, etc - BSA100 - Finish DMS setup and send K-1s to GDM. | 1.60 |

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC (Case No. 20-10343 (LSS))**      Exhibit 3
**PwC LLP - Independent Auditor and Tax Compliance Services Provider to the Debtors**
**Fixed Fee Services - Professional Services by Project, Professional and Date**
**For the Period August 1, 2020 through September 30, 2020**

| Date | Name | Position | Description | Hours |
|---|---|---|---|---|
| 5/5/2020 | Shara Alaine Sears | Associate | 0920F0012: Schedule K-1s - Planning/Set up - EL, DMS, etc - BSA100 - 2019 TRACK rollforward and adding new FTE in TRACK. | 1.70 |
| 5/5/2020 | Shara Alaine Sears | Associate | 0920F0013: Schedule K-1s - Planning/Set up - EL, DMS, etc - BSA100 - Adding new FTE and new investors in TRACK. | 1.60 |
| 5/6/2020 | Matthew B Miles | Manager | 0920F0014: Workpapers & Calculations - Computing Tax. Inc./Book to Tax - BSA discussion w Shara/Nikitha, coordinating GDM K-1 import. | 1.00 |
| 5/6/2020 | Shara Alaine Sears | Associate | 0920F0015: Workpapers & Calculations - Computing Tax. Inc./Book to Tax - BSA100 - 320-00 Summary of Gain/Loss Prep. | 0.70 |
| 5/6/2020 | Shara Alaine Sears | Associate | 0920F0016: Workpapers & Calculations - Foreign Analysis/Workpapers - BSA100 - 710-01 Summary of Foreign Reporting Rollforward. | 3.50 |
| 5/6/2020 | Shara Alaine Sears | Associate | 0920F0017: Schedule K-1s - Planning/Set up - EL, DMS, etc - BSA100 - Create email of Missing BSA Documents. | 1.90 |
| 5/6/2020 | Shara Alaine Sears | Associate | 0920F0018: Schedule K-1s - Planning/Set up - EL, DMS, etc - BSA100 - Catchup Meeting with Matt. | 0.70 |
| 5/7/2020 | Matthew B Miles | Manager | 0920F0019: Workpapers & Calculations - Computing Tax. Inc./Book to Tax - Info request to Shirlon. | 0.50 |
| 5/7/2020 | Shara Alaine Sears | Associate | 0920F0020: Workpapers & Calculations - Computing Tax. Inc./Book to Tax - BSA100 - 320-00 Summary of Gain/Loss Prep. | 1.10 |
| 5/7/2020 | Shara Alaine Sears | Associate | 0920F0021: Workpapers & Calculations - Foreign Analysis/Workpapers - BSA100 - 710-01 Summary of Foreign Reporting Rollforward. | 4.30 |
| 5/8/2020 | Shara Alaine Sears | Associate | 0920F0022: Workpapers & Calculations - Computing Tax. Inc./Book to Tax - BSA100 - 100-00 Workbook Prep. | 7.90 |
| 5/8/2020 | Shara Alaine Sears | Associate | 0920F0023: Workpapers & Calculations - Computing Tax. Inc./Book to Tax - BSA100 - 320-00 Summary of Gain/Loss Prep. | 0.80 |

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC (Case No. 20-10343 (LSS))**  Exhibit 3
**PwC LLP - Independent Auditor and Tax Compliance Services Provider to the Debtors**
**Fixed Fee Services - Professional Services by Project, Professional and Date**
**For the Period August 1, 2020 through September 30, 2020**

| Date | Name | Position | Description | Hours |
|---|---|---|---|---|
| 5/8/2020 | Shara Alaine Sears | Associate | 0920F0024: Workpapers & Calculations - Computing Tax. Inc./Book to Tax - BSA100 - Waterland Conversion Workbooks. | 1.00 |
| 5/8/2020 | Shara Alaine Sears | Associate | 0920F0025: Workpapers & Calculations - Foreign Analysis/Workpapers - BSA100 - Update 710-01 Summary of Foreign Reporting w/ Waterland. | 1.00 |
| 5/8/2020 | Shara Alaine Sears | Associate | 0920F0026: Schedule K-1s - Planning/Set up - EL, DMS, etc - BSA100 - DMS Client Inbox Organization. | 0.40 |
| 5/11/2020 | Shara Alaine Sears | Associate | 0920F0027: Workpapers & Calculations - Computing Tax. Inc./Book to Tax - BSA100 - True-Ups. | 3.20 |
| 5/11/2020 | Shara Alaine Sears | Associate | 0920F0028: Workpapers & Calculations - Computing Tax. Inc./Book to Tax - BSA100 - 100-00 Workbook Prep. | 4.00 |
| 5/11/2020 | Shara Alaine Sears | Associate | 0920F0029: Schedule K-1s - Planning/Set up - EL, DMS, etc - BSA100 - BSA Catch-up Call. | 0.20 |
| 5/12/2020 | Shara Alaine Sears | Associate | 0920F0030: Workpapers & Calculations - Computing Tax. Inc./Book to Tax - BSA100 - True-Up Review. | 2.10 |
| 5/12/2020 | Shara Alaine Sears | Associate | 0920F0031: Workpapers & Calculations - Computing Tax. Inc./Book to Tax - BSA100 - True-Up Review Notes to GDM. | 2.70 |
| 5/12/2020 | Shara Alaine Sears | Associate | 0920F0032: Schedule K-1s - Planning/Set up - EL, DMS, etc - BSA100 - Call with Matt to ask questions on K-1 review. | 0.80 |
| 5/13/2020 | Shara Alaine Sears | Associate | 0920F0033: Workpapers & Calculations - Computing Tax. Inc./Book to Tax - BSA100 - Review Nikitha's True-Up Questions. | 0.60 |
| 5/13/2020 | Shara Alaine Sears | Associate | 0920F0034: Workpapers & Calculations - Computing Tax. Inc./Book to Tax - BSA100 - Call with Nikitha about True-Ups. | 0.30 |
| 5/13/2020 | Shara Alaine Sears | Associate | 0920F0035: Workpapers & Calculations - Other - BSA100 - 400-99 Tax Basis Roll Updates. | 1.10 |

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC (Case No. 20-10343 (LSS))**  Exhibit 3
**PwC LLP - Independent Auditor and Tax Compliance Services Provider to the Debtors**
**Fixed Fee Services - Professional Services by Project, Professional and Date**
**For the Period August 1, 2020 through September 30, 2020**

| Date | Name | Position | Description | Hours |
|---|---|---|---|---|
| 5/13/2020 | Shara Alaine Sears | Associate | 0920F0036: Schedule K-1s - Planning/Set up - EL, DMS, etc - BSA100 - Call with Matt on 400-99 Tax Basis Roll Updates. | 0.60 |
| 5/14/2020 | Shara Alaine Sears | Associate | 0920F0037: Workpapers & Calculations - Computing Tax. Inc./Book to Tax - BSA100 - Underlying K-1 Review. | 0.60 |
| 5/15/2020 | Shara Alaine Sears | Associate | 0920F0038: Workpapers & Calculations - Computing Tax. Inc./Book to Tax - BSA100 - Underlying K-1 Review. | 8.40 |
| 5/16/2020 | Shara Alaine Sears | Associate | 0920F0039: Workpapers & Calculations - Computing Tax. Inc./Book to Tax - BSA100 - Underlying K-1 Review. | 10.20 |
| 5/18/2020 | Shara Alaine Sears | Associate | 0920F0040: Workpapers & Calculations - Computing Tax. Inc./Book to Tax - BSA100 - Underlying K-1 Review. | 3.60 |
| 5/18/2020 | Shara Alaine Sears | Associate | 0920F0041: Schedule K-1s - Planning/Set up - EL, DMS, etc - BSA100 - Catch-Up Call with Matt. | 0.50 |
| 5/19/2020 | Shara Alaine Sears | Associate | 0920F0042: Workpapers & Calculations - Computing Tax. Inc./Book to Tax - BSA100 - 320-00 Workpaper Prep. | 2.30 |
| 5/19/2020 | Shara Alaine Sears | Associate | 0920F0043: Workpapers & Calculations - Computing Tax. Inc./Book to Tax - BSA100 - 100-00 Workpaper Prep. | 0.70 |
| 5/19/2020 | Shara Alaine Sears | Associate | 0920F0044: Workpapers & Calculations - Computing Tax. Inc./Book to Tax - BSA100 - K-1 UL Review Corrections Update. | 1.80 |
| 5/19/2020 | Shara Alaine Sears | Associate | 0920F0045: Workpapers & Calculations - Other - BSA100 - 400-99 Tax Basis Roll. | 1.10 |
| 5/19/2020 | Shara Alaine Sears | Associate | 0920F0046: Workpapers & Calculations - Foreign Analysis/Workpapers - BSA100 - 710-01 Foreign Reporting Workpaper Prep. | 2.10 |
| 5/20/2020 | Shara Alaine Sears | Associate | 0920F0047: Workpapers & Calculations - Computing Tax. Inc./Book to Tax - BSA100 - K-1 UL Review for 8886 Transactions. | 0.50 |

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC (Case No. 20-10343 (LSS))**  Exhibit 3
**PwC LLP - Independent Auditor and Tax Compliance Services Provider to the Debtors**
**Fixed Fee Services - Professional Services by Project, Professional and Date**
**For the Period August 1, 2020 through September 30, 2020**

| Date | Name | Position | Description | Hours |
|---|---|---|---|---|
| 5/20/2020 | Shara Alaine Sears | Associate | 0920F0048: Workpapers & Calculations - Computing Tax. Inc./Book to Tax - BSA100 - 100-00 Workpaper Prep. | 1.70 |
| 5/20/2020 | Shara Alaine Sears | Associate | 0920F0049: Schedule K-1s - Planning/Set up - EL, DMS, etc - BSA100 - Catch-up call with Matt. | 0.50 |
| 6/1/2020 | Matthew B Miles | Manager | 0920F0050: Engagement Management - Federal Tax Return - Bankruptcy call. | 1.00 |
| 6/1/2020 | Caley Sue Pursley | Senior Associate | 0920F0051: Planning - Other Administrative - Coordination of the tax review - review. | 0.50 |
| 6/2/2020 | Martina Dai Luna | Partner | 0920F0052: Partner Time - Budgeted Project - Bankruptcy call details. | 0.50 |
| 6/2/2020 | Matthew B Miles | Manager | 0920F0053: Engagement Management - Federal Tax Return - Bankruptcy call. | 1.00 |
| 6/2/2020 | Caley Sue Pursley | Senior Associate | 0920F0054: Planning - Other Administrative - Coordination of the tax review - review. | 0.50 |
| 6/3/2020 | Audrey Elizabeth Lieb | Associate | 0920F0055: State Workpapers - Other - State BSA discussion with Caley. | 0.50 |
| 6/5/2020 | Matthew B Miles | Manager | 0920F0056: Workpapers & Calculations - Computing Tax. Inc./Book to Tax - Client questions. | 0.50 |
| 6/8/2020 | Matthew B Miles | Manager | 0920F0057: Planning - Other Administrative - Coordination of the tax review - review. | 0.50 |
| 6/9/2020 | Caley Sue Pursley | Senior Associate | 0920F0058: Planning - Other Administrative - Coordination of the tax review - review. | 0.50 |
| 6/12/2020 | Shara Alaine Sears | Associate | 0920F0059: Workpapers & Calculations - Computing Tax. Inc./Book to Tax - BSA100 - Update 100-00 w/b. | 5.50 |
| 6/12/2020 | Shara Alaine Sears | Associate | 0920F0060: Workpapers & Calculations - Other - BSA100 - Update K-1 tracker. | 0.20 |

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC (Case No. 20-10343 (LSS))**  Exhibit 3
**PwC LLP - Independent Auditor and Tax Compliance Services Provider to the Debtors**
**Fixed Fee Services - Professional Services by Project, Professional and Date**
**For the Period August 1, 2020 through September 30, 2020**

| Date | Name | Position | Description | Hours |
|---|---|---|---|---|
| 6/12/2020 | Shara Alaine Sears | Associate | 0920F0061: Workpapers & Calculations - Schedule K-1s - BSA100 - Update K-1s in TRACK. | 2.00 |
| 6/12/2020 | Shara Alaine Sears | Associate | 0920F0062: Workpapers & Calculations - Foreign Analysis/Workpapers - BSA100 - Update 710-01 Foreign Reporting w/b. | 0.30 |
| 6/18/2020 | Audrey Elizabeth Lieb | Associate | 0920F0063: State Workpapers - Allocation and Apportionment - BSA STATE WORKPAPERS. | 2.00 |
| 6/22/2020 | Martina Dai Luna | Partner | 0920F0064: Partner Time - Budgeted Project - Updates from team. | 0.10 |
| 6/22/2020 | Audrey Elizabeth Lieb | Associate | 0920F0065: State Workpapers - Allocation and Apportionment - Underlying state workpaper. | 4.00 |
| 7/7/2020 | Matthew B Miles | Manager | 0920F0066: Workpapers & Calculations - Computing Tax. Inc./Book to Tax - BSA WP review. | 3.00 |
| 7/8/2020 | Matthew B Miles | Manager | 0920F0067: Workpapers & Calculations - Computing Tax. Inc./Book to Tax - BSA WP Review. | 4.00 |
| 7/8/2020 | Shara Alaine Sears | Associate | 0920F0068: Planning - Provide detail in text - Coordination of the tax review - review. | 0.40 |
| 7/9/2020 | Matthew B Miles | Manager | 0920F0069: Workpapers & Calculations - Computing Tax. Inc./Book to Tax - BSA 320 updates /Basis updates / tax wp review. | 5.20 |
| 7/9/2020 | Shara Alaine Sears | Associate | 0920F0070: Workpapers & Calculations - Computing Tax. Inc./Book to Tax - BSA100 - 320-00 File Updates. | 7.60 |
| 7/9/2020 | Shara Alaine Sears | Associate | 0920F0071: Workpapers & Calculations - Other - BSA100 - UL K-1 Updates. | 1.30 |
| 7/10/2020 | Matthew B Miles | Manager | 0920F0072: Workpapers & Calculations - Computing Tax. Inc./Book to Tax - BSA WP / K-1 review. | 7.50 |

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC (Case No. 20-10343 (LSS))**  Exhibit 3
**PwC LLP - Independent Auditor and Tax Compliance Services Provider to the Debtors**
**Fixed Fee Services - Professional Services by Project, Professional and Date**
**For the Period August 1, 2020 through September 30, 2020**

| Date | Name | Position | Description | Hours |
|---|---|---|---|---:|
| 7/10/2020 | Shara Alaine Sears | Associate | 0920F0073: Workpapers & Calculations - Computing Tax. Inc./Book to Tax - BSA100 - 100-00 Workpaper Updates. | 6.50 |
| 7/10/2020 | Shara Alaine Sears | Associate | 0920F0074: Workpapers & Calculations - Other - BSA100 - 400-99 Basis Workpaper Roll. | 5.00 |
| 7/10/2020 | Shara Alaine Sears | Associate | 0920F0075: Workpapers & Calculations - Computing Tax. Inc./Book to Tax - BSA100 - 320-00 File Updates. | 3.80 |
| 7/11/2020 | Shara Alaine Sears | Associate | 0920F0076: Workpapers & Calculations - Computing Tax. Inc./Book to Tax - BSA100 - 100-00 Workpaper Updates. | 9.40 |
| 7/11/2020 | Shara Alaine Sears | Associate | 0920F0077: Workpapers & Calculations - Schedule K-1s - BSA100 - K-1 Prep. | 6.50 |
| 7/12/2020 | Shara Alaine Sears | Associate | 0920F0078: Workpapers & Calculations - Schedule K-1s - BSA100 - K-1 Prep. | 2.20 |
| 7/13/2020 | Martina Dai Luna | Partner | 0920F0079: Preparation & Review - Federal Tax Return - Partner review - progress of tax returns. | 2.00 |
| 7/13/2020 | Matthew B Miles | Manager | 0920F0080: Workpapers & Calculations - Computing Tax. Inc./Book to Tax - Sch K-1 updates / call w. Tina & Shara. | 2.00 |
| 7/13/2020 | Shara Alaine Sears | Associate | 0920F0081: Workpapers & Calculations - Computing Tax. Inc./Book to Tax - BSA100 - 100-00 workbook updates. | 2.70 |
| 7/13/2020 | Shara Alaine Sears | Associate | 0920F0082: Workpapers & Calculations - Schedule K-1s - BSA100 - K-1 updates. | 1.60 |
| 7/13/2020 | Shara Alaine Sears | Associate | 0920F0083: Workpapers & Calculations - Schedule K-1s - BSA100 - K-1 footnote updates. | 1.20 |
| 7/13/2020 | Shara Alaine Sears | Associate | 0920F0084: Engagement Management - Coordination efforts - BSA100 - Catch-up meeting with Partner. | 0.60 |

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC (Case No. 20-10343 (LSS))**  
**PwC LLP - Independent Auditor and Tax Compliance Services Provider to the Debtors**  
**Fixed Fee Services - Professional Services by Project, Professional and Date**  
**For the Period August 1, 2020 through September 30, 2020**

Exhibit 3

| Date | Name | Position | Description | Hours |
|---|---|---|---|---|
| 7/13/2020 | Caley Sue Pursley | Manager | 0920F0085: State Workpapers - Allocation and Apportionment - Reviewing state K-1 pickup workpapers. | 2.50 |
| 7/14/2020 | Matthew B Miles | Manager | 0920F0086: Preparation & Review - Federal Tax Return - BSA 1065. | 1.00 |
| 7/14/2020 | Shara Alaine Sears | Associate | 0920F0087: Preparation & Review - Federal Tax Return - BSA100 - 1065 Return Review. | 4.40 |
| 7/14/2020 | Shara Alaine Sears | Associate | 0920F0088: Preparation & Review - Federal Tax Return - BSA100 - 1065 Return Prep - 8082s. | 1.30 |
| 7/14/2020 | Shara Alaine Sears | Associate | 0920F0089: Workpapers & Calculations - Other - BSA100 - 100-00a w/b Prep. | 1.90 |
| 7/14/2020 | Caley Sue Pursley | Manager | 0920F0090: State Workpapers - Data gathering/analysis - Reviewing K-1 pickup. | 2.00 |
| 7/15/2020 | Martina Dai Luna | Partner | 0920F0091: Preparation & Review - Federal Tax Return - Partner review - progress of tax returns. | 2.00 |
| 7/15/2020 | Matthew B Miles | Manager | 0920F0092: Preparation & Review - Federal Tax Return - BSA 1065. | 4.00 |
| 7/15/2020 | Brittany A Stanford | Director | 0920F0093: Preparation & Review - Federal Tax Return - Review. | 2.00 |
| 7/15/2020 | Caley Sue Pursley | Manager | 0920F0094: State Workpapers - Data gathering/analysis - Reviewing/fixing TRACK inputs. | 3.00 |
| 7/15/2020 | Shara Alaine Sears | Associate | 0920F0095: Preparation & Review - Federal Tax Return - BSA100 - 1065 Return Review. | 1.10 |
| 7/15/2020 | Shara Alaine Sears | Associate | 0920F0096: Preparation & Review - Federal Tax Return - BSA100 - 1065 Return Prep - 8082s. | 1.30 |
| 7/15/2020 | Shara Alaine Sears | Associate | 0920F0097: Preparation & Review - Federal Tax Return - BSA100 - 1065 Return Updates. | 1.20 |

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC (Case No. 20-10343 (LSS))**  Exhibit 3
**PwC LLP - Independent Auditor and Tax Compliance Services Provider to the Debtors**
**Fixed Fee Services - Professional Services by Project, Professional and Date**
**For the Period August 1, 2020 through September 30, 2020**

| Date | Name | Position | Description | Hours |
|---|---|---|---|---|
| 7/15/2020 | Shara Alaine Sears | Associate | 0920F0098: Workpapers & Calculations - Other - BSA100 - 100-00 WP Updates. | 2.00 |
| 7/15/2020 | Shara Alaine Sears | Associate | 0920F0099: Workpapers & Calculations - Other - BSA100 - 400-99 Basis WP Updates. | 0.40 |
| 7/15/2020 | Shara Alaine Sears | Associate | 0920F0100: Workpapers & Calculations - Schedule K-1s - BSA100 - K-1 Updates. | 2.40 |
| 7/15/2020 | Caley Sue Pursley | Manager | 0920F0101: Schedule K-1s - Schedule K-1/Withholding Voucher - Form print overrides. | 1.50 |
| 7/16/2020 | Matthew B Miles | Manager | 0920F0102: Return Finalization - Delivery - K-1 Update. | 1.00 |
| 7/16/2020 | Shara Alaine Sears | Associate | 0920F0103: State Workpapers - Allocation and Apportionment - BSA100 - 700-00 State WP Prep. | 7.70 |
| 7/16/2020 | Shara Alaine Sears | Associate | 0920F0104: Workpapers & Calculations - Other - BSA100 - 400-99 WP Updates. | 1.50 |
| 7/16/2020 | Shara Alaine Sears | Associate | 0920F0105: Workpapers & Calculations - Schedule K-1s - BSA100 - K-1 Updates. | 0.30 |
| 7/16/2020 | Caley Sue Pursley | Manager | 0920F0106: Schedule K-1s - Schedule K-1/Withholding Voucher - Form print overrides and K-1 review. | 4.00 |
| 7/17/2020 | Brittany A Stanford | Director | 0920F0107: Preparation & Review - Federal Tax Return - Review. | 2.00 |
| 7/17/2020 | Caley Sue Pursley | Manager | 0920F0108: Schedule K-1s - Schedule K-1/Withholding Voucher - K-1 updates and delivery. | 4.00 |
| 7/17/2020 | Shara Alaine Sears | Associate | 0920F0109: State Workpapers - Allocation and Apportionment - BSA100 - CA Allocation meeting. | 0.40 |
| 7/20/2020 | Shara Alaine Sears | Associate | 0920F0110: Workpapers & Calculations - Schedule K-1s - BSA100 - K-1 Updates. | 0.20 |

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC (Case No. 20-10343 (LSS))**  Exhibit 3
**PwC LLP - Independent Auditor and Tax Compliance Services Provider to the Debtors**
**Fixed Fee Services - Professional Services by Project, Professional and Date**
**For the Period August 1, 2020 through September 30, 2020**

| Date | Name | Position | Description | Hours |
|---|---|---|---|---|
| 7/24/2020 | Martina Dai Luna | Partner | 0920F0111: Preparation & Review - Federal Tax Return - Partner review - progress of tax returns. | 1.00 |
| 7/24/2020 | Matthew B Miles | Manager | 0920F0112: Workpapers & Calculations - Computing Tax. Inc./Book to Tax - BSA updates/responses to questions. | 1.50 |
| 7/24/2020 | Shara Alaine Sears | Associate | 0920F0113: Preparation & Review - Federal Tax Return - BSA100 - Return Update Meeting. | 0.80 |
| 7/28/2020 | Shara Alaine Sears | Associate | 0920F0114: Preparation & Review - Federal Tax Return - BSA100 - Rerun Return. | 0.20 |
| 7/28/2020 | Shara Alaine Sears | Associate | 0920F0115: Preparation & Review - Other - BSA100 - Create 8453-P. | 0.40 |
| 7/28/2020 | Shara Alaine Sears | Associate | 0920F0116: Workpapers & Calculations - Schedule K-1s - BSA100 - Update and rerun K1s. | 1.00 |
| 7/29/2020 | Shara Alaine Sears | Associate | 0920F0117: Workpapers & Calculations - Schedule K-1s - BSA100 - K-1 address updates. | 0.40 |
| 7/29/2020 | Caley Sue Pursley | Manager | 0920F0118: Schedule K-1s - Schedule K-1/Withholding Voucher - Rerunning investor package for address/name changes. | 0.50 |
| 7/30/2020 | Caley Sue Pursley | Manager | 0920F0119: Schedule K-1s - Schedule K-1/Withholding Voucher - Rerunning state K-1 investor package for address change. | 0.50 |
| 8/3/2020 | Caley Sue Pursley | Manager | 0920F0120: Filing/Tax Returns/Info. Returns - Partnership - Partner schedules from TRACK. | 1.50 |
| 8/3/2020 | Caley Sue Pursley | Manager | 0920F0121: Schedule K-1s - Schedule K-1/Withholding Voucher - State by state K-1s; GoSystems integration. | 1.50 |
| 8/10/2020 | Caley Sue Pursley | Manager | 0920F0122: Filing/Tax Returns/Info. Returns - Partnership - Reviewing return automation template. | 6.50 |
| 8/12/2020 | Audrey Elizabeth Lieb | Senior Associate | 0920F0123: State Workpapers - Other - SRA workpaper. | 3.50 |

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC (Case No. 20-10343 (LSS))**  
**PwC LLP - Independent Auditor and Tax Compliance Services Provider to the Debtors**  
Fixed Fee Services - Professional Services by Project, Professional and Date  
For the Period August 1, 2020 through September 30, 2020

Exhibit 3

| Date | Name | Position | Description | Hours |
|---|---|---|---|---|
| 8/13/2020 | Matthew B Miles | Manager | 0920F0124: Workpapers & Calculations - Computing Tax. Inc./Book to Tax - Teaching Shara K-1 integration. | 1.00 |
| 8/13/2020 | Caley Sue Pursley | Manager | 0920F0125: Filing/Tax Returns/Info. Returns - Partnership - Reviewing state returns. | 4.00 |
| 8/14/2020 | Brittany A Stanford | Director | 0920F0126: Return Finalization - Federal Tax Return - Final review. | 3.00 |
| 8/14/2020 | Caley Sue Pursley | Manager | 0920F0127: Filing/Tax Returns/Info. Returns - Partnership - State return review. | 3.00 |
| 8/14/2020 | Fatima Siddiqui | Associate | 0920F0128: State Workpapers - Other - Updates and changes on state returns. | 7.00 |
| 8/15/2020 | Brittany A Stanford | Director | 0920F0129: Return Finalization - Federal Tax Return - Final review. | 3.00 |
| 8/15/2020 | Caley Sue Pursley | Manager | 0920F0130: Filing/Tax Returns/Info. Returns - Partnership - State return updates. | 1.00 |
| 8/24/2020 | Caley Sue Pursley | Manager | 0920F0131: Filing/Tax Returns/Info. Returns - Efile - Checking/clearing efile diagnostics. | 0.50 |
| 8/24/2020 | Caley Sue Pursley | Manager | 0920F0132: Schedule K-1s - State Attachment/Grid - Client request - UBTI grids. | 1.00 |
| 8/27/2020 | Caley Sue Pursley | Manager | 0920F0133: Filing/Tax Returns/Info. Returns - Partnership - Return processing. | 0.50 |
| 8/30/2020 | Caley Sue Pursley | Manager | 0920F0134: Filing/Tax Returns/Info. Returns - Efile - Clearing diagnostics. | 0.50 |
| 9/5/2020 | Shara Alaine Sears | Associate | 0920F0135: Preparation & Review - Other - BSA100 - XML Creation & Review. | 3.30 |
| 9/13/2020 | Caley Sue Pursley | Manager | 0920F0136: Filing/Tax Returns/Info. Returns - Partnership - Finalize returns. | 1.00 |

Page 11 of 12
Wednesday, October 7, 2020

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC (Case No. 20-10343 (LSS))**   **Exhibit 3**
**PwC LLP - Independent Auditor and Tax Compliance Services Provider to the Debtors**
**Fixed Fee Services - Professional Services by Project, Professional and Date**
**For the Period August 1, 2020 through September 30, 2020**

| Date | Name | Position | Description | Hours |
|---|---|---|---|---|
| 9/14/2020 | Caley Sue Pursley | Manager | 0920F0137: Filing/Tax Returns/Info. Returns - Partnership - Finalize returns. | 1.00 |
| 9/17/2020 | Caley Sue Pursley | Manager | 0920F0138: Filing/Tax Returns/Info. Returns - Partnership - Finalize returns. | 2.50 |
| ***Total - Hours - Tax Compliance Services*** | | | | ***302.30*** |
| **Total - Hours - Fixed Fee Services** | | | | **302.30** |

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC (Case No. 20-10343 (LSS))**    Exhibit 4
**PwC LLP - Independent Auditor and Tax Compliance Services Provider to the Debtors**
**Hourly Services and Case Administration - Summary of Hours / Fees by Project and Professional**
**For the Period August 1, 2020 through September 30, 2020**

| Project Category and Professional | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Case Administration** | | | | |
| *Bankruptcy Requirements and Other Court Obligations* | | | | |
| Andrea Clark Smith | Director | $550 | 1.40 | $770.00 |
| Nanette J Kortuem | Associate | $225 | 9.00 | $2,025.00 |
| *Subtotal - Bankruptcy Requirements and Other Court Obligations* | | | *10.40* | *$2,795.00* |
| **Subtotal - Case Administration** | | | **10.40** | **$2,795.00** |
| **Total - Hourly Services and Case Administration** | | | **10.40** | **$2,795.00** |

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC (Case No. 20-10343 (LSS))**  Exhibit 5
**PwC LLP - Independent Auditor and Tax Compliance Services Provider to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period August 1, 2020 through September 30, 2020**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| **Case Administration** | | | | | | |
| *Bankruptcy Requirements and Other Court Obligations* | | | | | | |
| Monthly, Interim and Final Fee Applications | | | | | | |
| 8/28/2020 | Nanette J Kortuem | Associate | 0920H0001: Prepare the first monthly fee statement for Court submission. | $225 | 2.00 | $450.00 |
| 9/1/2020 | Nanette J Kortuem | Associate | 0920H0002: Prepare the first monthly fee statement for Court submission. | $225 | 4.00 | $900.00 |
| 9/2/2020 | Nanette J Kortuem | Associate | 0920H0003: Update the first monthly fee statement for Court submission - client approval. | $225 | 3.00 | $675.00 |
| 9/11/2020 | Andrea Clark Smith | Director | 0920H0004: Perform review of the first monthly fee statement and finalize for client approval. | $550 | 1.40 | $770.00 |
| Subtotal - Hours and Compensation - Monthly, Interim and Final Fee Applications | | | | | 10.40 | $2,795.00 |
| *Subtotal - Hours and Compensation - Bankruptcy Requirements and Other Court Obligations* | | | | | *10.40* | *$2,795.00* |
| **Total - Hours and Compensation - Case Administration** | | | | | **10.40** | **$2,795.00** |
| **Total - Hours and Compensation - Hourly Services and Case Administration** | | | | | **10.40** | **$2,795.00** |