# MONZACK MERSKY BROWDER AND HOCHMAN, P.A.
ATTORNEYS AT LAW
1201 NORTH ORANGE STREET
SUITE 400
WILMINGTON, DE 19801-1155

———

(302) 656-8162
FACSIMILE: (302) 656-2769

WWW.MONLAW.COM

MELVYN I. MONZACK
RACHEL B. MERSKY
MARY ELIZABETH M. BROWDER
MICHAEL C. HOCHMAN

October 20, 2020

**VIA CM/ECF AND EMAIL**
Judge Laurie Selber Silverstein
United States Bankruptcy Court District of Delaware
824 North Market Street, 6th Floor
Wilmington, DE 19801

**RE:   Boy Scouts of America Material Typographical Error in Transcript related to Ruling on Motion of the Coalition of Abused Scouts for Justice Motion to Participate in Mediation**

Dear Judge Silverstein:

 We have reviewed the transcript of the October 16, 2020 hearing in which you announced your Ruling on several Motions including the Motion of the Coalition for Abused Scouts for Justice to Participate in Mediation. It is clear from the transcript that you granted the Coalition's Motion to participate in Mediation, however the transcript contains a material typographical error on page 13 line 7 which is inconsistent with the ruling (a copy of which is attached hereto). The transcript reflects, "The Motion to participate in mediation made by the coalition; I'm not going to grant it…" It is clear from the remainder of the transcript that the Motion was granted subject to working out specific confidentiality issues. We respectfully request that the transcript be revised to reflect the ruling entered by the Court.

         Respectfully Submitted,

         */s/ Rachel B. Mersky*

         Rachel B. Mersky (DE Bar No. 2049)
         For Monzack Mersky Browder and Hochman, P.A.

{00219774-1}