## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| | ) Case No. 20-10343 (LSS) |
| BOY SCOUTS OF AMERICA AND | ) |
| DELAWARE BSA, LLC, | ) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) **Objection Deadline: November 3, 2020 at** |
| | ) **4:00 p.m.** |
| | ) **Hearing Date: Scheduled only if necessary** |
| | ) |
| | ) |
| | ) |

## THIRD MONTHLY APPLICATION OF BERKELEY RESEARCH GROUP, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISORS TO THE OFFICIAL TORT CLAIMANTS' COMMITTEE FOR THE PERIOD FROM MAY 1, 2020 THROUGH MAY 31, 2020

| | |
|---|---|
| Name of Applicant: | Berkeley Research Group, LLC |
| Authorized to Provide Professional Services to: | Official Tort Claimants' Committee |
| Date of Retention: | March 6, 2020 by order entered on or about April 11, 2020 |
| Period for which Compensation and Reimbursement is Sought: | May 1, 2020 through May 31, 2020 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $398,111.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $33.14 |

This is a(n): <u>X</u> monthly          __ interim          __ final application.


The total time expended for fee application preparation is approximately 27.9 hours and the corresponding compensation requested is approximately $17,593.00.

## PRIOR MONTHLY APPLICATIONS FILED.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| June 3, 2020 | 03/06 – 03/31 | $281,697.00 | $0.00 | $225,357.60 | $0.00 |
| August 7, 2020 | 04/01 - 04/30 | $390,313.00 | $513.74 | $312,250.40 | $513.74 |

## PRIOR QUARTERLY APPLICATIONS FILED.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A | N/A |

## BRG PROFESSIONALS

| Name of Professional | Title & Experience | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| R. Todd Neilson | Managing Director; Over 40 Years Experience; BS Accountancy 1975; CPA Since 1981 | $850.00 | 44.1 | 37,485.00 |
| David H. Judd | Managing Director; Over 40 Years Of Experience; Master Of Accountancy 1980 | 750.00 | 183.3 | 137,475.00 |
| Vernon Calder | Managing Director; Over 37 Years Of Experience; Master Of Accountancy 1983 | 745.00 | 0.6 | 447.00 |
| Paul N. Shields | Managing Director; Over 32 Years Of Experience; Master Of Business Administration 1992; CPA Since 1991 | 715.00 | 20.3 | 14,514.50 |
| D. Ray Strong | Managing Director; Over 25 Years Of Experience; Master Of Accountancy 1995; CPA Since 1997 | 660.00 | 32.4 | 21,384.00 |

| | | | | |
|---|---|---|---|---|
| Matthew K. Babcock | Associate Director; Over 22 Years Of Experience; Master Of Accountancy 1998; CPA Since 2000 | 625.00 | 164.8 | 103,000.00 |
| Jeffrey Shaw | Senior Managing Consultant, Over 16 Years Of Experience, Master of Accountancy 2002, CPA Since 2004. | 500.00 | 0.2 | 100.00 |
| Christina Tergevorkian | Senior Associate; Over 4 Years Of Experience; Master Of Accountancy 2018; CPA Since 2019 | 295.00 | 117.6 | 34,692.00 |
| Shelby Chaffos | Associate; Over 4 Years Of Experience; Master Of Accountancy 2018 | 240.00 | 158.70 | 38,088.00 |
| Sherry Anthon | Case Assistant; Over 3 Years Of Experience; Master Of Accountancy 2000 | 205.00 | 36.3 | 7,441.50 |
| Victoria Calder | Case Assistant; Over 4 Years Of Experience | 115.00 | 30.3 | 3,484.50 |
| | **Blended Rate** | **$504.83** | **788.6** | **$398,111.50** |

## COMPENSATION BY CATEGORY

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| **200.10** – Document / Data Analysis (Merrill DatasiteOne) | 14.7 | $8,495.00 |
| **200.20** – Document / Data Analysis (Financial / Accounting) | 2.9 | 1,914.00 |
| **200.30** – Document / Data Analysis (Financial / Accounting) – PeopleSoft Accounting System | 10.7 | 7,803.50 |
| **200.90** – Document / Data Analysis (Production Requests) | 2.2 | 1,442.50 |
| **220.00** – Debtor Operations / Monitoring (Monthly Operating Reports) | 4.2 | 2,868.00 |
| **221.00** – Debtor Operations / Monitoring (Cash Flow Reports) | 20.6 | 10,379.00 |
| **223.00** – Debtor Operations / Monitoring (Cash Management Reports) | 9.9 | 4,407.00 |
| **224.00** – Debtor Operations / Monitoring (Shared Services Reports) | 3.6 | 1,634.00 |
| **225.00** – Debtor Operations / Monitoring (Other Reports) | 3.0 | 2,145.00 |
| **301.00** – Asset Analysis (General - Debtors Restricted / Identified Assets) | 4.4 | 2,750.00 |
| **302.00** – Asset Analysis (General – Related Non-Debtors) | 9.1 | 5,687.50 |
| **303.00** – Asset Analysis (General – Local Councils) | 296.2 | 76,049.00 |
| **310.00** – Asset Analysis (Cash / Bank Accounts - Debtors) | 3.7 | 758.50 |

| | | |
|---|---|---|
| **330.00** – Asset Analysis (Real Property - Debtors) | 5.7 | 3,702.50 |
| **331.00** – Asset Analysis (Real Property –Debtors Restricted / Identified Assets) | 23.1 | 15,121.50 |
| **333.00** – Asset Analysis (Real Property – Local Councils) | 64.3 | 33,404.50 |
| **350.00** – Asset Analysis (Insurance – Debtors) | 10.0 | 7,325.00 |
| **500.00** – Viability Analysis | 236.7 | 168,571.00 |
| **620.00** – Claims / Liability Analysis (Pension) | 3.1 | 2.261.50 |
| **1020.00** – Meeting Preparation & Attendance | 32.6 | 23,799.50 |
| **1060.00** – Fee Application Preparation & Hearing | 27.9 | 17,593.00 |
| **Total** | **788.6** | **$398,111.50** |

### EXPENSE SUM MARY

| Expense Category | Service Provider Of Applicable Expense | Total Expenses |
|---|---|---|
| Research Services | Law360* (law360.com) | $19.34 |
| Research Services | Pacer – Court (pacer.gov) | 13.80 |
| **Total** | | **$33.14** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 20-10343 (LSS) |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | |
| | Jointly Administered |
| Debtors. | **Objection Deadline: November 3, 2020 at 4:00 p.m.** |
| | **Hearing Date: Scheduled only if necessary** |

**THIRD MONTHLY APPLICATION OF BERKELEY RESEARCH GROUP, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISORS TO THE OFFICIAL TORT CLAIMANTS' COMMITTEE FOR THE PERIOD <u>FROM MAY 1, 2020 THROUGH MAY 31, 2020</u>**

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "<u>Bankruptcy Rules</u>"), and the Court's "*Order (I) Approving Procedures For (A) Interim Compensation And Reimbursement Of Expenses Of Related Professionals And (B) Expense Reimbursement For Official Committee Members And (II) Granting Related Relief*" (the "<u>Interim Order</u>"), Berkeley Research Group, LLC ("<u>BRG</u>" or "<u>Applicant</u>"), financial advisor to the Official Tort Claimants' Committee ("<u>Tort Claimants' Committee</u>" of "<u>TCC</u>"), hereby submits its Boy Scouts Of America and Delaware BSA, LLC ("<u>Debtors</u>") Third Monthly Application for Compensation and for Reimbursement of Expenses for the Period from May 1, 2020 through May 31, 2020 ("<u>Application</u>").

By this Application, BRG seeks a monthly allowance of compensation in the amount of $398,111.50 and expenses of $33.14 for a total allowance of $398,144.64 and payment of $318,489.20 (80% of the allowed fees) and reimbursement of $33.14 (100% of the allowed expenses) for a total payment of $318,522.34 for the period May 1, 2020 through May 31, 2020 (the "Third Monthly Period").  In support of this Application, BRG respectfully represents as follows:

**Background**

1.      On February 18, 2020 (the "Petition Date"), the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  On February 18, 2020, the Debtors also filed certain motions and applications seeking certain "first day" orders.  The factual background relating to the Debtor's commencement of this case is set forth in the "*Declaration of Brian Whittman In Support Of The Debtors' Chapter 11 Petitions And First Day Pleadings*" [Docket No. 16] (the "Whittman Declaration").

2.      The Debtors have continued in possession of their property and have continued to operate and manage their businesses as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee or examiner has been appointed in this Chapter 11 case.

3.      On or around March 4, 2020 (the "Committee Formation Date") the Office of the United States Trustee (the "US Trustee") formed the Tort Claimants' Committee to represent all tort claimants of the Debtors pursuant to section 1102 of the Bankruptcy Code. See Docket No. 142.  On the Committee Formation Date, the Tort Claimants' Committee determined to retain, subject to Court approval, Pachulski Stang Ziehl & Jones LLP ("PSZJ" or "Counsel") as counsel to represent the Tort Claimants' Committee in all matters during the

6

pendency of this chapter 11 case.  The appointment of PSZJ was approved.

4.      After the Committee Formation Date, the Tort Claimants' Committee determined to retain, subject to Court approval, BRG as its financial advisor in the Debtors' case.  On or about April 11, 2020, the "*Order Authorizing And Approving The Retention Of Berkeley Research Group, LLC, As Financial Advisor To The Official Tort Claimants Committee Effective As Of March 6, 2020*" appointing BRG effective March 6, 2020 was approved (the "Retention Order").  The Retention Order authorized BRG to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.  A copy of the Retention Order is attached hereto as Exhibit A.

5.      On or about April 6, 2020, the Court entered the Interim Order, authorizing certain professionals ("Professionals") to submit monthly applications for interim compensation and reimbursement for expenses, pursuant to the procedures specified therein. The Interim Order provides, among other things, that a Professional may submit monthly fee applications.  If no objections are made within fourteen (14) days after service of the monthly fee application, the Debtors are authorized to pay the Professional eighty percent (80%) of the requested fees and one hundred percent (100%) of the requested expenses. Beginning with the period ending May 31, 2020, at three-month intervals, each of the Professionals must file with the court and serve an interim application for allowance of the amounts sought in its monthly fee applications for that period.  All fees and expenses paid are on an interim basis until final allowance by the Court.

6.      On June 3, 2020, BRG filed an application for fees in the amount of $281,697.00 and expenses in the amount of $0.00 for the time period covering March 6 through March 31, 2020 [Docket No. 768].

On August 7, 2020, BRG filed an application for fees in the amount of $390,313.00 and expenses in the amount of $513.74 for the time period covering April 1 through April 30, 2020 [Docket No. 1085].

## BRG's APPLICATION FOR COMPENSATION AND
## FOR REIMBURSEMENT OF EXPENSES

### Compensation Paid and Its Source

7.      All services for which BRG requests compensation were performed for or on behalf of the Tort Claimants' Committee.

8.      BRG has received no payment and no promises for payment from any source other than the Debtors for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application.  There is no agreement or understanding between BRG and any other person other than the partners / directors of BRG for the sharing of compensation to be received for services rendered in this case.

### Fee Statements

9.      The fee statements for the Third Monthly Interim Period are attached hereto as Exhibit B.  Exhibit B provides the detailed time entries for the services provided by category by BRG as financial advisor to the Tort Claimants' Committee as well as the detail of all expenses expended.  To the best of BRG's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules and the Interim Order. BRG's time reports are recorded contemporaneously at the time the work is performed.

10.     BRG is particularly sensitive to issues of "lumping" and, unless time was spent in one-time frame on a variety of different matters for a particular client, separate time

entries are set forth in the time reports.  BRG's charges for its professional services are

based upon the time, nature, extent and value of such services and the cost of comparable

services other than in a case under the Bankruptcy Code.  BRG has reduced its charges

related to any non-working "travel time" to fifty percent (50%) of BRG's standard hourly

rate.  To the extent it is feasible, BRG professionals work during travel.

### Actual and Necessary Expenses

11.     BRG charges $0.10 per page for photocopying expenses related to cases, such

as these, arising in Delaware.  BRG charges $0.25 per page for out-going facsimile

transmissions.  There is no additional charge for long distance telephone calls on faxes.  The

charge for outgoing facsimile transmissions reflects BRG's calculation of the actual costs

incurred by BRG for the machines, supplies and the extra labor expenses associated with

sending telecopies and are reasonable in relation to the amount charged by outside vendors

who provide similar services.  BRG does not charge for the receipt of faxes in these cases.

12.     With respect to providers of on-line research services (e.g., LEXIS and

PACER), BRG charges the standard usage rates these providers charge for computerized

legal research.  BRG bills its clients the actual amounts charged by such services, with no

premium.

13.     BRG believes the foregoing rates are the market rates that the majority of

similar firms / providers charge clients for such services.

### Summary of Services Rendered

14.     The names of the directors and associates of BRG who have rendered

professional services in this case during the Third Monthly Period, and the paraprofessionals

and case assistants of BRG who provided services to these professionals during the Third

Monthly Period, are set forth in the attached <u>Exhibit B</u>.  Resumes of each individual that describe the education and qualifications of the professionals and paraprofessionals for BRG whose time constitutes a basis for this Application are attached as <u>Exhibit C</u>.

15.     <u>Exhibit D</u> is a schedule of Applicant's normal hourly billing rates during the Third Monthly Period.  These were the rates charged by Applicant's personnel to solvent clients where Applicant ordinarily receives payment in full within less than 90 days. Applicant carefully reviewed all time charges to ensure they were reasonable and non-duplicative.  Costs and disbursements were also reviewed.  Time was billed in tenths of an hour.

16.     BRG, by and through such persons, has prepared and / or assisted in the preparation of various motions submitted to the Court for consideration, advised the Tort Claimants' Committee on a regular basis with respect to various matters in connection with the Debtor's bankruptcy case, and performed all necessary professional services which are described and narrated in detail below.  BRG's efforts have been extensive due to the size and complexity of the Debtor's bankruptcy case.

<u>**Summary of Services by Project**</u>

17.     The services rendered by BRG during the Third Monthly Period can be grouped into the categories set forth below. BRG attempted to place the services provided in the category that best relates to such services. However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category.  These services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth in the attached <u>Exhibit B</u>.  <u>Exhibit B</u> identifies the professionals and

paraprofessionals who rendered services relating to each category, along with the number of hours for each individual and the total compensation sought for each category.

### A.    200.10 – Document / Data Analysis (Merrill DatasiteOne)

18.    BRG continued its review and analysis of thousands of pages of documents, data and information uploaded by the Debtors into the Merrill DatasiteOne Data Room ("Data Room"), including over 100 new documents.  At the end of May 2020, the Debtors had uploaded over 2,700 individual documents into the Data Room, which consisted of over 114,000 individual pages. As part of its continued review and analysis, BRG examined a number of categories of documents, including corporate / organization records, financial statements (including related supporting documents and electronic accounting system data), asset and liability records, and periodic reports filed / uploaded by the Debtors. Applicant's review of Data Room documents has assisted in and will continue to facilitate its on-going analyses and investigations.

Applicant continued to work closely with Counsel in its review and examination of the Debtors' Data Room documents in order to identify key documents, respond to inquiries from Counsel and avoid duplication of effort. Pursuant to Counsel request, BRG has prepared weekly Data Room indexes in order to identify new documents uploaded, existing documents removed and other modifications to the Data Room.

Fees: $8,495.00;          Hours: 14.7

### B.    200.20 – Document / Data Analysis (Financial / Accounting)

19.    BRG continued its analysis of available financial statements from 2005 through 2020 (including monthly, quarterly and annual financial statements and supporting supplemental schedules, notes, correspondence, etc.) and related accounting data for the

Debtors, Related Non-Debtors and Local Councils. BRG's analysis of financial and accounting data has and will continue to assist in its identification and analysis of assets and potential assets (both historical and current) of the Debtors. In addition, BRG analysis of financial statements has assisted in its evaluation of historical and current financial trends and business relationships existing between the Debtors, Related Non-Debtors and Local Councils.

        Fees: $1,914.00;         Hours: 2.9

    **C.**      **200.30 – Document / Data Analysis (Financial / Accounting) - PeopleSoft Accounting System**

    20.      BRG continued its evaluation of the Debtors' PeopleSoft accounting system. BRG analyzed various PeopleSoft accounting reports received from the Debtors and their financial advisors, identified inconsistencies and issues with these reports, and pursued obtaining direct access to the PeopleSoft system. BRG also independently analyzed the available PeopleSoft modules / tables. BRG coordinated the retention of a PeopleSoft expert to assist with the examination of the PeopleSoft system and data. BRG worked with Counsel, PeopleSoft consultants, and the Debtors to evaluate and negotiate a mutually acceptable solution to provide the TCC professionals with direct access to the PeopleSoft system and its underlying accounting reports and data subject to the protective order in place. Once an agreement was reached, BRG participated in an initial "kick off" call with the Debtor, its PeopleSoft hosting vendor, counsel, and the PeopleSoft consultant to coordinate direct access to the system and begin further analysis. The PeopleSoft data is vital to BRG's on-ongoing and pending analysis and will allow BRG to efficiently analyze the Debtors' historic and current operations and financial activity. In addition, the PeopleSoft data will assist BRG in its

identification and analysis of assets available to the Debtors' creditors. BRG also continued its analysis of limited data exports provided by the Debtors from the PeopleSoft accounting system.

> Fees: $7,803.50;            Hours: 10.7

**D.     200.90 – Document / Data Analysis (Production Requests)**

21.     BRG identified additional documents and data to be requested from the Debtors. In addition, BRG spoke with the Debtors' financial advisors regarding outstanding document requests.

> Fees: $1,442.50;            Hours:2.2

**E. 220.00 – Debtor Operations / Monitoring (Monthly Operating Reports)**

22.     BRG reviewed the Debtors' initial monthly operating report for March 2020. As part of its analysis, BRG made a high-level comparison of account balances as of the petition date set forth in the March 2020 monthly operating report as compared to balance sheet accounts as of the petition date. In addition, BRG identified potential request for additional supporting documentation of amounts contained in the March 2020 monthly operating report.

> Fees: $2,868.00;            Hours: 4.2

**F.     221.00 – Debtors Operations / Monitoring (Cash Flow Reports)**

23.     BRG continued its analysis of weekly cash flow budgets and actual results in order to understand variances in actual results as compared to budgeted amounts. Such comparisons include a rolling analysis of budgeted and actual results based on updated cash flow budgets provided by the Debtors. BRG also made comparisons of updated budgets to prior budgets in order to understand variances from budget to budget. The

aforementioned analysis enables BRG to better evaluate the Debtors' financial performance as well as the Debtors' ability to forecast future financial performance. BRG will continue to provide services monitoring the Debtors' cash flows and operations and report its findings to counsel and the TCC to keep them informed of the Debtors' ongoing operations.

> Fees: $10,379.00;          Hours: 20.6

**G.     223.00 – Debtors Operations / Monitoring (Cash Management Reports)**

24.     During the Third Monthly Period, BRG analyzed periodic reports provided by the Debtors regarding cash receipts and disbursements. As part of this analysis, BRG analyzed over 1,160 individual receipts totaling over $17.0 million and over 10,530 disbursements totaling over $20.1 million. This analysis is ongoing and allows Counsel and the TCC to monitor the Debtor's cash transactions and related activity.

> Fees: $4,407.00;          Hours: 9.9

**H.     224.00 – Debtors Operations / Monitoring (Shared Services Reports)**

25.     During the Third Monthly Period, BRG continued its analysis of reports provided by the Debtors regarding cash receipts and disbursements related to non-debtor affiliates and local councils. BRG analyzed over 2,320 receipts totaling over $23.1 million, over 810 disbursements totaling over $1.4 million and 235 intercompany transfers totaling over $15.6 million. This analysis is ongoing and allows Counsel and the TCC to monitor the Debtor's activity in relation to the Shared Services order.

> Fees: $1,634.00;          Hours: 3.6

**I.     225.00 – Debtors Operations / Monitoring (Other Reports)**

26.     BRG analyzed court orders and related reports provided by the Debtors

regarding taxes, utilities, wages, and the payment of certain prepetition claims of essential

vendors. This analysis is ongoing and allows Counsel and the TCC to monitor the Debtors'

activity in relation to prescribed activity set forth in the aforementioned orders.

Fees: $2,145.00;          Hours: 3.0

**J.**     **301.00 – Asset Analysis (General - Debtors Restricted / Identified Assets)**

27.     BRG continued it analysis of assets identified by the Debtors as being

restricted or otherwise unavailable to creditors. As part of this analysis, BRG continued its

examination of documents and records uploaded by the Debtors to the Data Room, including

wills, bequests, agreements, pledges and related correspondence. BRG's on-going

examination of restricted assets identified by the Debtors will benefit its analyses and

investigations, including its identification and analysis of potential assets available to the

Debtors' creditors.

Fees: $2,750.00;          Hours: 4.4

**K.**     **302.00 – Asset Analysis (General – Related Non-Debtors)**

28.     BRG analyzed assets allegedly related to non-debtor affiliates, including

Arrow WV. During the Third Monthly Period, BRG began its examination of hundreds of

millions of dollars in alleged restricted pledges related to the Summit Bechtel Reserve in

West Virginia. BRG's on-going examination of related non-debtor assets identified by the

Debtors will benefit its analyses and investigations, including its identification and analysis

of potential assets available to the Debtors' creditors.

Fees: $5,687.50;          Hours: 9.1

**L.**     **303.00 – Asset Analysis (General – Local Councils)**

29.     BRG continued its preliminary analyses / investigations into assets available

to the Committee, including assets held by Local Councils. As part of these services, BRG finalized its preliminary analysis of assets identified on Forms 990 for all 260 Local Councils from the GuideStar research service. BRG also revised its master schedule of Local Council assets. BRG continued its research of hundreds of real estate holdings identified on Local Council websites (including the update of its master real estate schedule as discussed in Paragraph P below). Finally, BRG examined the initial asset-related document productions provided by the 8 members of the Local Council Ad Hoc Committee (specifically Andrew Jackson Council, Atlanta Area Council, Crossroads of America Council, Denver Area Council, Grand Canyon Council, Greater New York Council, Mid-America Council and Minsi Trails Council).

BRG's on-going examination of local council assets and related documentation will benefit its analyses and investigations, including its identification and analysis of potential assets available to the Debtors' creditors.

Fees: $76,049.00;          Hours: 296.2

**M.     310.00 – Asset Analysis (Cash / Bank Accounts – Debtors)**

30.     BRG continued its initial examination of bank account statements and bank account reconciliation files uploaded by the Debtors. BRG's analysis of the Debtors bank accounts will benefit its on-going analyses and investigations, including its identification and analysis of potential assets available to the Debtors' creditors.

Fees: $758.50;          Hours: 3.7

**N.     330.00 – Asset Analysis (Real Property – Debtors)**

31.     BRG analyzed the Debtors' real estate holdings, including corporate properties and overall valuation issues. BRG's analysis of the Debtors' real estate holdings

will benefit its on-going analyses and investigations, including its identification and analysis of potential assets available to the Debtors' creditors.

Fees: $3,702.50;            Hours: 5.7

     **O.**     **331.00 – Asset Analysis (Real Property – Debtors Restricted / Identified Assets)**

     32.     BRG continued its analysis of real property identified by the Debtors as being restricted or otherwise unavailable to creditors, including the Debtors' high adventure facilities. As part of this analysis, BRG continued its examination of thousands of pages of documentation uploaded by the Debtors to the Data Room, including deeds, conveyances, correspondence and other related documents. BRG's examination of restricted real estate assets (as identified / alleged by the Debtors) will benefit on-going and pending analyses and investigations, including its identification and analysis of potential assets available to the Debtors' creditors.

Fees: $15,121.50;            Hours: 23.1

     **P.**     **333.00 – Asset Analysis (Real Property – Local Councils)**

     33.     BRG continued its analysis of Local Council real estate holdings and updated its master Local Council asset schedule discussed in Paragraph L above. As part of this analysis, BRG continued its examination and research of all active Local Council websites, including the recording of hundreds of real estate holdings identified thereon (primarily service centers, scout shops and camps / reserves). BRG's analysis of the Local Councils' real estate holdings will benefit its on-going analyses and investigations, including its identification and analysis of potential assets available to the Debtors' creditors.

Fees: $33,404.50;            Hours: 64.3

**Q.**    **350.00 – Asset Analysis (Insurance – Debtors)**

34.    BRG evaluated issues raised by Counsel in regard to the Debtors' insurance coverage and related letters of credit. BRG's examined available letter of credit documentation and reported its preliminary findings to Counsel. In addition, BRG analyzed COVID-19 coverage issues and contacted the Debtors' financial advisors regarding related matters.

Fees: $7,325.00;            Hours: 10.0

**R.**    **500.00 – Viability Analysis**

35.    BRG continues its analysis of the on-going viability of the Debtors' operations, including eight (8) business units of the Debtors' and six (6) Related Non-Debtors. This analysis included a detailed analysis of approximately 3.3 million general ledger entries provided by the Debtors for the years 2017 through 2019. BRG began its analysis of the data by individual business unit and for each Related Non-Debtor for each available year. This analysis included revenue and expense amounts and trends. BRG analyzed payroll and benefits for each business unit and entity. BRG also developed a viability forecast for the years 2021 through 2025 for each individual business unit and Related Non-Debtor entity. BRG initiated a detailed study of membership, including the impact of historical declines and registration fee increases.

The viability analysis includes hundreds of assumptions which flow through the various business units and non-debtor entities. Because of this approach, changes to the assumptions can be made to determine the sensitivity of those assumptions as well as modify the viability analysis as additional information is accumulated.

In order to establish reasonable assumptions for the viability forecast, BRG analyzed

forecasts and budgets provided by the Debtors. BRG used this information as well as historical trends to determine a reasonable membership forecast for the years 2021 through 2025. BRG updated this information based on each subsequent forecast and 13-week budget provided by the Debtors.

This analysis is ongoing and will continue to be updated as additional records are received from the Debtors. Forecasts and budgets provided by the Debtors have been impacted significantly by COVID-19. Actual operating revenues and expenses have been impacted in a negative way and BRG is including a modified "return to normal" for the Debtors.

<blockquote>Fees: $168,571.00;          Hours: 236.7</blockquote>

**S.      620.00 – Claims / Liability Analysis (Pension)**

36.      BRG evaluated issues related to the Debtors' pension plans, including the analysis of potential liability and the review of available documentation.

<blockquote>Fees: $2,261.50;          Hours: 3.1</blockquote>

**T.      1020.00 – Meeting Preparation & Attendance**

37.      BRG prepared for and participated in various conference calls with Counsel, TCC members counsel, TCC members, Debtors' counsel, Debtors' financial advisors, UCC counsel, UCC financial advisors, and / or other BRG personnel regarding various case issues and assignments.

<blockquote>Fees: $23,799.50;          Hours: 32.6</blockquote>

**U.      1060.00 – Fee Application Preparation & Hearing**

38.      As required, BRG prepared its initial fee application for the March 2020 time period (including fee application narrative and related exhibits and a review of all related

time entries and expenses to ensure benefit to the estate). BRG also began its preparation of its fee application for the April 2020 time period (including fee application narrative and related exhibits and a review of all related time entries and expenses to ensure benefit to the estate).

Fees: $17,593.00;          Hours: 27.9

### Valuation of Services

39.    Professionals and paraprofessionals of BRG expended a total of 788.6 hours as financial advisors to the Tort Claimants' Committee during the Interim Period, as follows:

| Name of Professional | Title & Experience | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| R. Todd Neilson | Managing Director; Over 40 Years Experience; BS Accountancy 1975; CPA Since 1981 | $850.00 | 44.1 | $37,485.00 |
| David H. Judd | Managing Director; Over 40 Years Of Experience; Master Of Accountancy 1980 | 750.00 | 183.3 | 137,425.00 |
| Vernon Calder | Managing Director; Over 37 Years Of Experience; Master Of Accountancy 1983 | 745.00 | 0.6 | 447.00 |
| Paul N. Shields | Managing Director; Over 32 Years Of Experience; Master Of Business Administration 1992; CPA Since 1991 | 715.00 | 20.3 | 14,514.50 |
| D. Ray Strong | Managing Director; Over 25 Years Of Experience; Master Of Accountancy 1995; CPA Since 1997 | 660.00 | 32.4 | 21,384.00 |
| Matthew K. Babcock | Associate Director; Over 22 Years Of Experience; Master Of Accountancy 1998; CPA Since 2000 | 625.00 | 164.8 | 103,000.00 |

| | | | | |
|---|---|---|---|---|
| Jeffrey Shaw | Senior Managing Consultant, Over 16 Years Of Experience, Master of Accountancy 2002, CPA Since 2004. | 500.00 | 0.2 | 100.00 |
| Christina Tergevorkian | Senior Associate; Over 4 Years Of Experience; Master Of Accountancy 2018; CPA Since 2019 | 295.00 | 117.6 | 34,692.00 |
| Shelby Chaffos | Associate; Over 4 Years Of Experience; Master Of Accountancy 2018 | 240.00 | 158.7 | 38,088.00 |
| Sherry Anthon | Case Assistant; Over 3 Years Of Experience; Master Of Accountancy 2000 | 205.00 | 36.3 | 7,441.50 |
| Victoria Calder | Case Assistant; Over 4 Years Of Experience | 115.00 | 30.3 | 3,484.50 |
| | **Blended Rate** | **$504.83** | **788.6** | **$398,111.50** |
| | | | | |

40.     The nature of work performed by these individuals is fully set forth in Exhibit B attached hereto.  These are BRG's normal hourly rates for work of this character.  The reasonable value of the services rendered by BRG for the Tort Claimants' Committee during the Third Monthly Period is $398,111.50.

41.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by BRG is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.  Moreover, BRG has reviewed the requirements of Del. Bankr. LR 2016-2 and the Interim Order and believes that this Application complies with such Rule and Order.

WHEREFORE, BRG respectfully requests that, for the period May 1, 2020 through May 31, 2020, an interim allowance be made to BRG for compensation in the amount of $398,111.50 and expenses in the amount of $33.14 for a total allowance of $398,144.64 and payment of $318,489.20 (80% of the allowed fees) and reimbursement of $33.14 (100% of the allowed expenses) be authorized for a total payment of $318,522.34.

Dated this _19th_ day of October, 2020.    R. Todd Neilson, CPA
Berkeley Research Group, LLC
201 South Main Street, Suite 450
Salt Lake City, Utah 84111

Financial Advisor to the Official Tort
Claimants' Committee

## VERIFICATION

STATE OF UTAH    COUNTY OF

SALT LAKE:

R. Todd Neilson, after being duly sworn according to law, deposes and says:

a)   I am a Certified Public Accountant and am a Managing Director with Berkeley Research Group, LLC ("BRG").

b)   I have read the foregoing *Third Monthly Application Of Berkeley Research Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses Incurred As Financial Advisors To The Official Tort Claimants' Committee For The Period From May 1, 2020 Through May 31, 2020*" (the "Application") and know the contents thereof. I certify the facts stated therein are true of my own knowledge, except for those stated upon information and belief, which I believe to be true. If called upon I could and would testify completely thereto.

c)   I have reviewed Del. Bankr. LR 2016-2 and the Interim Order signed on or about April 6, 2020, and submit that the Application substantially complies with such Rule and Order.

Dated this __19th__ day of October, 2020.

R. Todd Neilson

SUBSCRIBED AND SWORN to before me this __9__ day of October, 2020.

Notary Public
My Commission Expires: 02-21-2024



23