**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Boy Scouts of America, *et al.*, | : | Case No. 20-10343 (LSS) |
| | : | |
| Debtor | : | |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF ALL PAPERS**

PLEASE TAKE NOTICE that the **Simon Kenton Council**, by and through its undersigned counsel, pursuant to Bankruptcy Rule 2002 and Section 102(1) of the Bankruptcy Code, requests that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at the offices set forth below:

John D. McLaughlin, Jr. (No. 4123)
Ferry Joseph, P.A,
824 North Market Street, Suite 1000
Wilmington, Delaware 19801
Direct: (302) 442-6440
Main: (302) 575-1555, ext. 107
Fax:  (302) 575-1714
jmclaughlin@ferryjoseph.com

and

Daniel R. Swetnam, Esquire
Ice Miller
Arena District
250 West Street
Columbus, Ohio 43215
Tel: (614) 462-2225
Fax: (614) 224-3568
daniel.swetnam@icemiller.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed hand delivery, mail, telephone, telex, or otherwise which affects the Debtor or the property of the Debtor.

PLEASE TAKE FURTHER NOTICE that the **Simon Kenton Council** does not intend this Notice of Appearance or any later appearance, pleading or claim to waive: (1) its right to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to this case; or (2) any other rights, claims, actions, defenses, set-offs, or recoupments to which it is or may be entitled under agreements, in law, in equity or otherwise, all of which rights, claims, actions, defenses, set-offs, and recoupments are expressly reserved.

Dated: *21 October 2020*         FERRY JOSEPH, P.A.

*/s/ John D. McLaughlin, Jr.*
_____
John D. McLaughlin, Jr. (No. 4123)
824 North Market Street, Suite 1000
Wilmington, Delaware 19801
Tel:  (302) 575-1555, ext. 107
Fax:  (302) 575-1714
jmclaughlin@ferryjoseph.com

*Co-Counsel to the Simon Kenton Council*