## **CERTIFICATE OF SERVICE**

I, John D. McLaughlin, Jr., hereby certify that on this 21st day of October 2020, I caused a true and correct copy of the forgoing document to be served via first-class U.S. mail on the parties on the attached list:

*/s/ John D. McLaughlin, Jr.*

John D. McLaughlin, Jr. (No. 4123)

Derek C. Abbott, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347


Thomas M. Mayer, Esquire
Kramer Levin Neftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036


James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones
919 North Market Street, 17th Floor
Wilmington, DE 19801