UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | CASE NO. 20-10343 (LSS) |
| | ) | |
| Boy Scouts of America and Delaware BSA, LLC[1] | ) | CHAPTER 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## NOTICE OF ENTRY OF APPEARANCE and REQUEST FOR SERVICE

TO: CLERK OF COURT, DEBTORS, DEBTORS' COUNSEL, AND US TRUSTEE:

Please take notice that the undersigned attorneys in the law firm of Nelson Mullins Riley & Scarborough LLP, do hereby give notice of the appearance of this firm on behalf of Indian Waters Council, a creditor of the estate. This notice of appearance is being filed in accordance with Bankruptcy Rule 9010.

The Clerk of Court, and any other party that the Court may direct to send notices, is hereby requested that this law firm be shown on the master mailing matrix and any shortened matrix that may be in existence, or that may be created in the future.

The Debtors' counsel and the US Trustee are hereby requested to serve upon the undersigned all pleadings, documents and papers to which Indian Waters Council may be a party in interest.

NELSON MULLINS RILEY & SCARBOROUGH LLP

By:  /s/David Barnes, Jr.
David Barnes, Jr.
District of Columbia Bar No. 1600347
E-Mail: david.barnes@nelsonmullins.com
101 Constitution Ave., NW, Suite 900

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC 94311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038

Washington, DC 20001
Telephone: (202) 689-2885
Fax: (202) 689-2860

Attorneys for Indian Waters Council

Washington, DC
October 21, 2020

**CERTIFICATE OF SERVICE**

I the hereby certifies that on this day the foregoing Notice of Appearance and Request for Service was filed with the Clerk of Court using the CM/ECF system, and that a copy of the Notice of Appearance was served electronically on all parties registered with the CM/ECF system to receive notices for this case.

                        NELSON MULLINS RILEY & SCARBOROUGH LLP

                        By:   /s/David Barnes, Jr.
                                David Barnes Jr.
                                District of Columbia Bar No.1600347
                                E-Mail: david.barnes@nelsonmullins.com
                                101 Constitution Ave., NW, Suite 900
                                Washington, DC 20001
                                Telephone: (202) 689-2885
                                Fax: (202) 689-2860

Washington, DC
October 21, 2020