# **EXHIBIT A**

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RODNEY SQUARE  
1000 NORTH KING STREET  
WILMINGTON, DELAWARE 19801

P.O. BOX 391  
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600  
(800) 253-2234 (DE ONLY)

TAX I.D. NO. 51-0082644

(302) 571-1253 FAX  
www.ycst.com

Writer's Direct Dial  
(302) 571-6703

Writer's E-Mail  
eharron@ycst.com

Young Conaway  
Rodney Square  
1000 North King Street  
Wilmington, DE 19801

Invoice Date:           October 12, 2020  
Invoice Number:              50018539  
Matter Number:              077494.1001

Re: Boy Scouts of America and Delaware BSA  
For the period ending September 30, 2020

**CURRENT INVOICE**

| | | |
|---|---|---|
| Professional Services | $ | 45,110.00 |
| Disbursements | $ | 541.32 |
| Total Due This Invoice | $ | 45,651.32 |

| | | | | | |
|---|---|---|---|---|---|
| Patton, James L., Jr., Future Claimants' Representative | | | Invoice Date: | | October 12, 2020 |
| | | | Invoice Number: | | 50018539 |
| | | | Matter Number: | | 077494.1001 |

**Time Detail**

**Task Code:**   B001         Case Administration

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/01/20 | LEDEN | Review 8/31/20 critical dates memo | 0.10 | 295.00 | 29.50 |
| 09/01/20 | LEDEN | Review 8/28/20 docket report update from C. Cathcart | 0.10 | 295.00 | 29.50 |
| 09/01/20 | LEDEN | Update critical dates | 0.10 | 295.00 | 29.50 |
| 09/01/20 | CCATH | Update critical dates calendar | 0.10 | 295.00 | 29.50 |
| 09/02/20 | LEDEN | Review incoming correspondence and recently-filed pleadings | 0.10 | 295.00 | 29.50 |
| 09/03/20 | LEDEN | Review 9/2/20 docket report from C. Cathcart re: recently-filed pleadings | 0.10 | 295.00 | 29.50 |
| 09/04/20 | CCATH | Update critical dates calendar | 0.10 | 295.00 | 29.50 |
| 09/08/20 | LEDEN | Review 9/4/20 docket report update from C. Cathcart re: recently-filed pleadings | 0.10 | 295.00 | 29.50 |
| 09/08/20 | CCATH | Prepare and circulate critical dates calendar | 0.10 | 295.00 | 29.50 |
| 09/08/20 | AMIEL | Review docket report | 0.10 | 490.00 | 49.00 |
| 09/09/20 | LEDEN | Review updated critical dates memo | 0.10 | 295.00 | 29.50 |
| 09/10/20 | CCATH | Update critical dates calendar | 0.10 | 295.00 | 29.50 |
| 09/10/20 | LEDEN | Review 9/9/20 docket report update from C. Cathcart | 0.10 | 295.00 | 29.50 |
| 09/14/20 | CCATH | Prepare and circulate critical dates calendar | 0.10 | 295.00 | 29.50 |
| 09/15/20 | CCATH | Update critical dates calendar | 0.10 | 295.00 | 29.50 |
| 09/16/20 | LEDEN | Review 9/14/20 docket report from C. Cathcart re: recently-filed pleadings | 0.10 | 295.00 | 29.50 |
| 09/16/20 | AMIEL | Review docket report | 0.10 | 490.00 | 49.00 |
| 09/17/20 | LEDEN | Update critical dates | 0.10 | 295.00 | 29.50 |
| 09/17/20 | AMIEL | Review docket report | 0.10 | 490.00 | 49.00 |
| 09/18/20 | AMIEL | Review docket update | 0.10 | 490.00 | 49.00 |
| 09/21/20 | CCATH | Prepare and circulate critical dates calendar | 0.10 | 295.00 | 29.50 |
| 09/25/20 | LEDEN | Review incoming correspondence; update electronic files re: same | 0.10 | 295.00 | 29.50 |
| 09/28/20 | CCATH | Prepare and circulate critical dates calendar | 0.20 | 295.00 | 59.00 |
| 09/29/20 | LEDEN | Update 2002 and fee application service list | 0.10 | 295.00 | 29.50 |
| 09/29/20 | LEDEN | Review 9/25/20 docket report from C. Cathcart re: recently-filed pleadings | 0.10 | 295.00 | 29.50 |

Patton, James L., Jr., Future Claimants' Representative  
Invoice Date: October 12, 2020  
Invoice Number: 50018539  
Matter Number: 077494.1001

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/30/20 | LEDEN | Review 9/29/20 docket report from C. Cathcart re: recently-filed pleadings | 0.10 | 295.00 | 29.50 |
| 09/30/20 | CCATH | Update critical dates calendar | 0.10 | 295.00 | 29.50 |
| | | **Total** | **2.80** | | **904.00** |

**Task Code:** B002  Court Hearings

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/04/20 | CCATH | Assist with preparations for 9/9/20 hearing | 0.70 | 295.00 | 206.50 |
| 09/08/20 | CCATH | Assist with preparations for 9/9/20 hearing | 0.60 | 295.00 | 177.00 |
| 09/09/20 | RBRAD | Prepare for (.5) and attend omnibus hearing (4.2) | 4.70 | 1,025.00 | 4,817.50 |
| 09/09/20 | CCATH | Assist with preparations for 9/9/20 hearing | 0.30 | 295.00 | 88.50 |
| | | **Total** | **6.30** | | **5,289.50** |

**Task Code:** B007  Claims Analysis, Objections and Resolutions

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/02/20 | JPATT | Touch base with Ankura re: claims forecast | 0.30 | 1,400.00 | 420.00 |
| 09/02/20 | EHARR | Call with Ankura re: claims forecast | 0.20 | 970.00 | 194.00 |
| 09/09/20 | JPATT | Touch base with Ankura re: claims forecast | 0.20 | 1,400.00 | 280.00 |
| 09/16/20 | JPATT | Touch base with Ankura re: claims forecast | 0.20 | 1,400.00 | 280.00 |
| 09/16/20 | RBRAD | Conference call with Ankura team and J. Patton and S. Zieg re: future claims forecast | 0.20 | 1,025.00 | 205.00 |
| 09/17/20 | RBRAD | Review Court order supplemental bar date re: attorney advertising | 0.30 | 1,025.00 | 307.50 |
| 09/24/20 | RBRAD | Correspondence with J. Boelter re: supplemental bar date order | 0.20 | 1,025.00 | 205.00 |
| 09/25/20 | RBRAD | Correspondence with TCC re: request for consent to shorten notice on motion to supplement bar date order (.2); review correspondence from insurers (.1); correspondence with J. Patton and E. Harron re: same (.2); review follow-up emails from J. Stang and correspondence consenting to shortened notice (.2) | 0.70 | 1,025.00 | 717.50 |

| | | | | | |
|---|---|---|---|---|---|
| Patton, James L., Jr., Future Claimants' Representative | | | Invoice Date: | | October 12, 2020 |
| | | | Invoice Number: | | 50018539 |
| | | | Matter Number: | | 077494.1001 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/30/20 | EHARR | Call with counsel to Coalition re: proof of claim correction | 0.20 | 970.00 | 194.00 |
| 09/30/20 | EHARR | Call with Ankura re: claims analysis | 0.20 | 970.00 | 194.00 |
| 09/30/20 | RBRAD | Correspondence with E. Harron and J. Patton re: call with Coalition counsel re: bar date issue | 0.20 | 1,025.00 | 205.00 |
| 09/30/20 | RBRAD | Teleconference with Ankura re: claims liability and case update | 0.20 | 1,025.00 | 205.00 |
| 09/30/20 | RBRAD | Conference call with D. Moulton and E. Harron re: Coalition's planned motion to modify the bar date order | 0.30 | 1,025.00 | 307.50 |
| | | **Total** | **3.40** | | **3,714.50** |

**Task Code:** B009   Stay Relief Matters

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/01/20 | SZIEG | Teleconference with Gilbert re: stay relief objections (3); preparation for same (.4); review and revised draft objection re: stay relief motions (1.0); correspondence re: same (.2); correspondence with J. Patton re: same (.5) | 2.20 | 835.00 | 1,837.00 |
| 09/02/20 | SZIEG | Review, revise, and finalize objection re: stay relief motions (.4); correspondence re: same (.2) | 0.60 | 835.00 | 501.00 |
| 09/02/20 | CCATH | File and coordinate service of FCR's objection to stay relief for Henderson, Romero, and Qian | 0.70 | 295.00 | 206.50 |
| 09/08/20 | SZIEG | Teleconference with counsel for the Debtors, K. Quinn, and M. Neely re: Qian stay relief motion (.3); teleconference with K. Quinn and M. Neely re: same (.2); teleconference and correspondence with J. Patton re: same (.3) | 0.80 | 835.00 | 668.00 |
| 09/24/20 | EHARR | Emails re: FCR's position on Rivera lift stay | 0.10 | 970.00 | 97.00 |
| | | **Total** | **4.40** | | **3,309.50** |

**Task Code:** B012   Plan and Disclosure Statement

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/01/20 | JPATT | Call with team re: Coalition's Rule 2019 statement | 0.40 | 1,400.00 | 560.00 |

Patton, James L., Jr., Future Claimants' Representative       Invoice Date:       October 12, 2020
                                                              Invoice Number:           50018539
                                                              Matter Number:           077494.1001

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/01/20 | SZIEG | Call with J. Patton, R. Brady, and E. Harron re: mediation, bar date, and update on Coalition | 0.50 | 835.00 | 417.50 |
| 09/01/20 | JPATT | Review various pleadings re: pending matters | 1.30 | 1,400.00 | 1,820.00 |
| 09/01/20 | RBRAD | Correspondence with D. Molton re: Coalition request for meeting with FCR and correspondence with J. Patton, E. Harron and S. Zieg re: same | 0.40 | 1,025.00 | 410.00 |
| 09/01/20 | EHARR | Call with J. Patton, R. Brady, and S. Zieg re: mediation, bar date, and update on coalition | 0.50 | 970.00 | 485.00 |
| 09/03/20 | RBRAD | Review TCC objections to Coalition motion to seal Rule 2019 information and to participate at mediation party and correspondence with J. Patton and E. Harron re: same | 0.90 | 1,025.00 | 922.50 |
| 09/03/20 | RBRAD | Teleconference with J. Boelter re: plan mediation and TCC objection to Coalition motions | 0.30 | 1,025.00 | 307.50 |
| 09/04/20 | JPATT | Review pleading and strategy re: pending matters and mediation | 1.80 | 1,400.00 | 2,520.00 |
| 09/04/20 | AMIEL | Review/analyze privilege log (.2); emails with E. Harron re: same (.1); emails with Debtors' counsel re: same (.1) in conneciton with insurer discovery | 0.40 | 490.00 | 196.00 |
| 09/04/20 | RBRAD | Review and consider Coalition and Insurer filings in connection with the Coalition's Rule 2019 statements and participation in mediation | 1.90 | 1,025.00 | 1,947.50 |
| 09/05/20 | RBRAD | Review correspondence between insurers and Coalition re: deposition notices | 0.30 | 1,025.00 | 307.50 |
| 09/05/20 | RBRAD | Review additional pleadings re: Coalition Rule 2019 statement and request to participate as a Mediation Party | 1.30 | 1,025.00 | 1,332.50 |
| 09/08/20 | AMIEL | Review email exchange between T. Schiavoni, A. Kirschenbaum and E. Goodman re: insurer depositions | 0.10 | 490.00 | 49.00 |
| 09/08/20 | AMIEL | Review pleadings in connection with the Coalitions of Abuse Victims' participation in case | 0.30 | 490.00 | 147.00 |

Patton, James L., Jr., Future Claimants' Representative  
Invoice Date: October 12, 2020  
Invoice Number: 50018539  
Matter Number: 077494.1001

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/08/20 | RBRAD | Review Debtors' omnibus response and Century's supplemental response re: Coalition's Rule 2019 motion and request to participate in mediation (1.1); review correspondence from Century re: deposition notices of Coalition's state court counsel (.3); review TCC's exhibit and Century's objection to TCC's seal motion (.4) | 1.80 | 1,025.00 | 1,845.00 |
| 09/09/20 | EHARR | Call with Ankura re: plan strategy | 0.20 | 970.00 | 194.00 |
| 09/10/20 | CLYON | Correspondence re: access to data room with Sidley's eDiscovery representative | 0.60 | 400.00 | 240.00 |
| 09/10/20 | AMIEL | Emails with C. Lyons and J. Kochenash re: review of documents (.1); review documents and analyze for privilege issues (2.1); emails with E. Harron and R. Brady re: same (.1) in connection with insurer discovery | 2.30 | 490.00 | 1,127.00 |
| 09/11/20 | AMIEL | Calls with B. Brunner (.2) and E. Harron (.2) re: review of documents in connection with insurer discovery | 0.40 | 490.00 | 196.00 |
| 09/11/20 | AMIEL | Review documents in follow-up to call with B. Brunner re: document production in connection with insurer discovery | 0.40 | 490.00 | 196.00 |
| 09/11/20 | EHARR | Call with A. Mielke re: production of documents to insurers | 0.20 | 970.00 | 194.00 |
| 09/11/20 | JPATT | Negotiation strategy review | 1.30 | 1,400.00 | 1,820.00 |
| 09/15/20 | JPATT | Review materials re: mediation preparation | 1.70 | 1,400.00 | 2,380.00 |
| 09/16/20 | RBRAD | Review letter to Court from Coalition and proposed order on motion to seal certain Rule 2019 disclosures | 0.30 | 1,025.00 | 307.50 |
| 09/17/20 | RBRAD | Review letters to Court from insurers and TCC re: Coalition's motion to file certain Rule 2019 disclosures under seal | 0.30 | 1,025.00 | 307.50 |
| 09/25/20 | JPATT | BSA pleading update and strategy review | 3.80 | 1,400.00 | 5,320.00 |
| 09/28/20 | EHARR | Call with mediators (.8) and follow-up call with T. Gallagher (.2) re: plan negotiations | 1.00 | 970.00 | 970.00 |
| 09/28/20 | RBRAD | Prepare for (.2) and attend conference call with mediators (.7) | 0.90 | 1,025.00 | 922.50 |
| 09/28/20 | JPATT | Meet with mediators re: plan negotiations | 0.80 | 1,400.00 | 1,120.00 |
| 09/28/20 | JPATT | Review open issues re: plan negotiations | 0.80 | 1,400.00 | 1,120.00 |

Patton, James L., Jr., Future Claimants' Representative      Invoice Date:        October 12, 2020
                                                             Invoice Number:              50018539
                                                             Matter Number:              077494.1001

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/30/20 | RBRAD | Review TCC's motion for Rule 2004 and related issues | 0.50 | 1,025.00 | 512.50 |
|  |  | **Total** | **27.70** |  | **30,194.00** |

**Task Code:** B017  Retention of Professionals/Fee Issues

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/01/20 | LEDEN | Email to U.S. Trustee transmitting Ankura's invoice for July 2020 | 0.10 | 295.00 | 29.50 |
| 09/01/20 | LEDEN | Email to P. Irvine of Ankura re: July 2020 invoice | 0.10 | 295.00 | 29.50 |
| 09/08/20 | LEDEN | Draft certificate of service re: certificates of no objection re: Gilbert and YCST monthly fee statements for July 2020 | 0.10 | 295.00 | 29.50 |
| 09/08/20 | LEDEN | File and serve certificate of no objection re: YCST monthly fee statement for July 2020 | 0.30 | 295.00 | 88.50 |
| 09/08/20 | LEDEN | File and serve certificate of no objection re: Gilbert's monthly fee statement for July 2020 | 0.30 | 295.00 | 88.50 |
| 09/08/20 | LEDEN | Follow-up email to working group re: certificates of no objection re: July 2020 fee statements | 0.10 | 295.00 | 29.50 |
| 09/10/20 | LEDEN | Research re: retainer and YCST payment information (divided among three clients) | 0.40 | 295.00 | 118.00 |
| 09/10/20 | LEDEN | Research and prepare chart re: status of Ankura monthly and quarterly fee statement (divided among three clients) and application of retainer | 0.70 | 295.00 | 206.50 |
| 09/15/20 | LEDEN | Draft certificate of no objection re: Ankura's monthly fee statement for July 2020 | 0.20 | 295.00 | 59.00 |
| 09/16/20 | LEDEN | Email to Alvarez & Marsal re: YCST's retainer balance | 0.10 | 295.00 | 29.50 |
| 09/16/20 | LEDEN | File and serve certificate of no objection re: Ankura's monthly fee statement for July 2020 | 0.30 | 295.00 | 88.50 |
| 09/17/20 | LEDEN | Email to P. Holland re: Gilbert retainer balance | 0.10 | 295.00 | 29.50 |
| 09/21/20 | CCATH | File and coordinate service of Gilbert fourth monthly fee application | 0.50 | 295.00 | 147.50 |
| 09/21/20 | CCATH | Research in response to Fee Examiner's inquiry re: prior fee reductions | 0.20 | 295.00 | 59.00 |

| Patton, James L., Jr., Future Claimants' Representative | Invoice Date: | October 12, 2020 |
| --- | --- | --- |
| | Invoice Number: | 50018539 |
| | Matter Number: | 077494.1001 |

| Date | Initials | Description | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| 09/29/20 | LEDEN | Review order appointing J. Rucki as fee auditor | 0.20 | 295.00 | 59.00 |
| | | **Total** | **3.70** | | **1,091.50** |

**Task Code:** B018    Fee Application Preparation

| Date | Initials | Description | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| 09/10/20 | EHARR | Review and edit YCST August fee statement re: fee application preparation | 0.20 | 970.00 | 194.00 |
| 09/13/20 | LEDEN | Draft FCR/YCST monthly fee statement for August 2020 | 0.80 | 295.00 | 236.00 |
| 09/17/20 | LEDEN | Review and respond to emails re: YCST's retainer balance | 0.10 | 295.00 | 29.50 |
| 09/17/20 | LEDEN | Finalize, file, and serve FCR/YCST monthly fee statement for August 2020 | 0.50 | 295.00 | 147.50 |
| | | **Total** | **1.60** | | **607.00** |

| | | Invoice Date: | October 12, 2020 |
|---|---|---|---|
| Patton, James L., Jr., Future Claimants' Representative | | Invoice Number: | 50018539 |
| | | Matter Number: | 077494.1001 |

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| AMIEL | Allison S. Mielke | Associate | 4.30 | 490.00 | 2,107.00 |
| CCATH | Casey Cathcart | Paralegal | 4.00 | 295.00 | 1,180.00 |
| CLYON | Catherine C. Lyons | Associate | 0.60 | 400.00 | 240.00 |
| EHARR | Edwin J. Harron | Partner | 2.80 | 970.00 | 2,716.00 |
| JPATT | James L. Patton Jr | Partner | 12.60 | 1,400.00 | 17,640.00 |
| LEDEN | Lisa M. Eden | Paralegal | 5.80 | 295.00 | 1,711.00 |
| RBRAD | Robert S. Brady | Partner | 15.70 | 1,025.00 | 16,092.50 |
| SZIEG | Sharon M. Zieg | Partner | 4.10 | 835.00 | 3,423.50 |
| **Total** | | | **49.90** | | **$45,110.00** |

| | | | | |
|---|---|---|---|---|
| Patton, James L., Jr., Future Claimants' Representative | | Invoice Date: | | October 12, 2020 |
| | | Invoice Number: | | 50018539 |
| | | Matter Number: | | 077494.1001 |

**Task Summary**

**Task Code:B001**          **Case Administration**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| Allison S. Mielke | Associate | 0.40 | 490.00 | 196.00 |
| Casey Cathcart | Paralegal | 1.00 | 295.00 | 295.00 |
| Lisa M. Eden | Paralegal | 1.40 | 295.00 | 413.00 |
| **Total** | | **2.80** | | **904.00** |

**Task Code:B002**          **Court Hearings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| Robert S. Brady | Partner | 4.70 | 1,025.00 | 4,817.50 |
| Casey Cathcart | Paralegal | 1.60 | 295.00 | 472.00 |
| **Total** | | **6.30** | | **5,289.50** |

**Task Code:B007**          **Claims Analysis, Objections and Resolutions**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| Edwin J. Harron | Partner | 0.60 | 970.00 | 582.00 |
| James L. Patton Jr | Partner | 0.70 | 1,400.00 | 980.00 |
| Robert S. Brady | Partner | 2.10 | 1,025.00 | 2,152.50 |
| **Total** | | **3.40** | | **3,714.50** |

**Task Code:B009**          **Stay Relief Matters**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| Edwin J. Harron | Partner | 0.10 | 970.00 | 97.00 |
| Sharon M. Zieg | Partner | 3.60 | 835.00 | 3,006.00 |
| Casey Cathcart | Paralegal | 0.70 | 295.00 | 206.50 |
| **Total** | | **4.40** | | **3,309.50** |

**Task Code:B012**          **Plan and Disclosure Statement**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| Edwin J. Harron | Partner | 1.90 | 970.00 | 1,843.00 |
| James L. Patton Jr | Partner | 11.90 | 1,400.00 | 16,660.00 |
| Robert S. Brady | Partner | 8.90 | 1,025.00 | 9,122.50 |
| Sharon M. Zieg | Partner | 0.50 | 835.00 | 417.50 |
| Allison S. Mielke | Associate | 3.90 | 490.00 | 1,911.00 |
| Catherine C. Lyons | Associate | 0.60 | 400.00 | 240.00 |
| **Total** | | **27.70** | | **30,194.00** |

| Patton, James L., Jr., Future Claimants' Representative | | Invoice Date: | October 12, 2020 |
| | | Invoice Number: | 50018539 |
| | | Matter Number: | 077494.1001 |

**Task Code:B017**   **Retention of Professionals/Fee Issues**

| **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| Casey Cathcart | Paralegal | 0.70 | 295.00 | 206.50 |
| Lisa M. Eden | Paralegal | 3.00 | 295.00 | 885.00 |
| **Total** | | **3.70** | | **1,091.50** |

**Task Code:B018**   **Fee Application Preparation**

| **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| Edwin J. Harron | Partner | 0.20 | 970.00 | 194.00 |
| Lisa M. Eden | Paralegal | 1.40 | 295.00 | 413.00 |
| **Total** | | **1.60** | | **607.00** |