# **EXHIBIT B**

26437925.5

Patton, James L., Jr., Future Claimants' Representative

| | | Invoice Date: | October 12, 2020 |
| | | Invoice Number: | 50018539 |
| | | Matter Number: | 077494.1001 |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 08/03/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/03/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/03/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 08/03/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/03/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/03/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 08/03/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/03/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/04/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/04/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/04/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/04/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/04/20 | Docket Retrieval / Search | 7.00 | 0.70 |
| 08/04/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 08/05/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/05/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 08/06/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/07/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/07/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 08/07/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/07/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 08/07/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/10/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/10/20 | Docket Retrieval / Search | 12.00 | 1.20 |
| 08/10/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 08/10/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/10/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 08/10/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/10/20 | Docket Retrieval / Search | 12.00 | 1.20 |
| 08/10/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 08/10/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/10/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 08/11/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 08/11/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 08/11/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/12/20 | Docket Retrieval / Search | 13.00 | 1.30 |
| 08/12/20 | Docket Retrieval / Search | 4.00 | 0.40 |

| | | | |
|---|---|---|---|
| Patton, James L., Jr., Future Claimants' Representative | Invoice Date: | | October 12, 2020 |
| | Invoice Number: | | 50018539 |
| | Matter Number: | | 077494.1001 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 08/12/20 | Docket Retrieval / Search | 20.00 | 2.00 |
| 08/12/20 | Docket Retrieval / Search | 14.00 | 1.40 |
| 08/12/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/13/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 08/13/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/13/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/13/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/13/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/13/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/13/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/13/20 | Docket Retrieval / Search | 6.00 | 0.60 |
| 08/13/20 | Docket Retrieval / Search | 27.00 | 2.70 |
| 08/13/20 | Docket Retrieval / Search | 6.00 | 0.60 |
| 08/13/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/13/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/13/20 | Docket Retrieval / Search | 7.00 | 0.70 |
| 08/13/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/13/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/13/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/13/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 08/13/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/13/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/13/20 | Docket Retrieval / Search | 10.00 | 1.00 |
| 08/13/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/13/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/13/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/13/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/13/20 | Docket Retrieval / Search | 18.00 | 1.80 |
| 08/13/20 | Docket Retrieval / Search | 10.00 | 1.00 |
| 08/13/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/13/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/13/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/13/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/13/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/13/20 | Docket Retrieval / Search | 24.00 | 2.40 |
| 08/13/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/13/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/13/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/13/20 | Docket Retrieval / Search | 4.00 | 0.40 |

Patton, James L., Jr., Future Claimants' Representative  
Invoice Date: October 12, 2020  
Invoice Number: 50018539  
Matter Number: 077494.1001

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 08/13/20 | Docket Retrieval / Search | 7.00 | 0.70 |
| 08/13/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/13/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/13/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/13/20 | Docket Retrieval / Search | 61.00 | 6.10 |
| 08/13/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/13/20 | Docket Retrieval / Search | 6.00 | 0.60 |
| 08/13/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/13/20 | Docket Retrieval / Search | 19.00 | 1.90 |
| 08/13/20 | Docket Retrieval / Search | 21.00 | 2.10 |
| 08/13/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 08/13/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/13/20 | Docket Retrieval / Search | 10.00 | 1.00 |
| 08/13/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/13/20 | Docket Retrieval / Search | 27.00 | 2.70 |
| 08/13/20 | Docket Retrieval / Search | 18.00 | 1.80 |
| 08/13/20 | Docket Retrieval / Search | 6.00 | 0.60 |
| 08/13/20 | Docket Retrieval / Search | 6.00 | 0.60 |
| 08/13/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/13/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 08/13/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/13/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/13/20 | Docket Retrieval / Search | 12.00 | 1.20 |
| 08/13/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/13/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 08/13/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/13/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/13/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/13/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/13/20 | Docket Retrieval / Search | 7.00 | 0.70 |
| 08/13/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 08/13/20 | Docket Retrieval / Search | 8.00 | 0.80 |
| 08/13/20 | Docket Retrieval / Search | 13.00 | 1.30 |
| 08/13/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/13/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/13/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 08/13/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/13/20 | Docket Retrieval / Search | 21.00 | 2.10 |
| 08/13/20 | Docket Retrieval / Search | 2.00 | 0.20 |

Patton, James L., Jr., Future Claimants' Representative

Invoice Date: October 12, 2020
Invoice Number: 50018539
Matter Number: 077494.1001

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 08/13/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/13/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/13/20 | Docket Retrieval / Search | 29.00 | 2.90 |
| 08/13/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/13/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/13/20 | Docket Retrieval / Search | 10.00 | 1.00 |
| 08/13/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/13/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/13/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/13/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 08/13/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/13/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/13/20 | Docket Retrieval / Search | 93.00 | 9.30 |
| 08/13/20 | Docket Retrieval / Search | 145.00 | 14.50 |
| 08/14/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/14/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/14/20 | Docket Retrieval / Search | 7.00 | 0.70 |
| 08/14/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 08/14/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/14/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/14/20 | Docket Retrieval / Search | 9.00 | 0.90 |
| 08/14/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/14/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/14/20 | Docket Retrieval / Search | 12.00 | 1.20 |
| 08/14/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/14/20 | Docket Retrieval / Search | 9.00 | 0.90 |
| 08/14/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 08/14/20 | Docket Retrieval / Search | 9.00 | 0.90 |
| 08/14/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/14/20 | Docket Retrieval / Search | 10.00 | 1.00 |
| 08/14/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/14/20 | Docket Retrieval / Search | 14.00 | 1.40 |
| 08/14/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/14/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 08/14/20 | Docket Retrieval / Search | 9.00 | 0.90 |
| 08/14/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/14/20 | Docket Retrieval / Search | 9.00 | 0.90 |
| 08/14/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 08/14/20 | Docket Retrieval / Search | 2.00 | 0.20 |

Patton, James L., Jr., Future Claimants' Representative  
Invoice Date: October 12, 2020  
Invoice Number: 50018539  
Matter Number: 077494.1001

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 08/14/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/14/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 08/14/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/14/20 | Docket Retrieval / Search | 9.00 | 0.90 |
| 08/14/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/14/20 | Docket Retrieval / Search | 9.00 | 0.90 |
| 08/14/20 | Docket Retrieval / Search | 9.00 | 0.90 |
| 08/14/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/14/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 08/14/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/14/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/14/20 | Docket Retrieval / Search | 9.00 | 0.90 |
| 08/14/20 | Docket Retrieval / Search | 9.00 | 0.90 |
| 08/14/20 | Docket Retrieval / Search | 10.00 | 1.00 |
| 08/14/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/14/20 | Docket Retrieval / Search | 9.00 | 0.90 |
| 08/14/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/14/20 | Docket Retrieval / Search | 9.00 | 0.90 |
| 08/14/20 | Docket Retrieval / Search | 9.00 | 0.90 |
| 08/14/20 | Docket Retrieval / Search | 9.00 | 0.90 |
| 08/14/20 | Docket Retrieval / Search | 24.00 | 2.40 |
| 08/14/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/14/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/14/20 | Docket Retrieval / Search | 7.00 | 0.70 |
| 08/17/20 | Docket Retrieval / Search | 24.00 | 2.40 |
| 08/17/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/17/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 08/17/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/17/20 | Docket Retrieval / Search | 18.00 | 1.80 |
| 08/17/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/17/20 | Docket Retrieval / Search | 24.00 | 2.40 |
| 08/17/20 | Docket Retrieval / Search | 16.00 | 1.60 |
| 08/17/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/17/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/17/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/17/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/17/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/17/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/17/20 | Docket Retrieval / Search | 10.00 | 1.00 |

Patton, James L., Jr., Future Claimants' Representative

Invoice Date: October 12, 2020
Invoice Number: 50018539
Matter Number: 077494.1001

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 08/17/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 08/17/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/17/20 | Docket Retrieval / Search | 25.00 | 2.50 |
| 08/17/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 08/17/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/17/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 08/17/20 | Docket Retrieval / Search | 14.00 | 1.40 |
| 08/17/20 | Docket Retrieval / Search | 26.00 | 2.60 |
| 08/17/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/17/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 08/17/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 08/17/20 | Docket Retrieval / Search | 13.00 | 1.30 |
| 08/17/20 | Docket Retrieval / Search | 10.00 | 1.00 |
| 08/17/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/17/20 | Docket Retrieval / Search | 17.00 | 1.70 |
| 08/17/20 | Docket Retrieval / Search | 18.00 | 1.80 |
| 08/17/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/17/20 | Docket Retrieval / Search | 10.00 | 1.00 |
| 08/17/20 | Docket Retrieval / Search | 6.00 | 0.60 |
| 08/17/20 | Docket Retrieval / Search | 18.00 | 1.80 |
| 08/18/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 08/18/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 08/19/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/19/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/19/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/19/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 08/19/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 08/20/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/20/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 08/20/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 08/20/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/20/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/20/20 | Docket Retrieval / Search | 7.00 | 0.70 |
| 08/21/20 | Docket Retrieval / Search | 7.00 | 0.70 |
| 08/23/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 08/23/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 08/23/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 08/24/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/24/20 | Docket Retrieval / Search | 4.00 | 0.40 |

Patton, James L., Jr., Future Claimants' Representative    Invoice Date:        October 12, 2020
                                                            Invoice Number:              50018539
                                                            Matter Number:             077494.1001

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 08/24/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/24/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/24/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/25/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 08/25/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 08/25/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/25/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/26/20 | Teleconference – Payee: Soundpath Confer Services, LLC | 1.00 | 2.81 |
| 08/26/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/26/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 08/26/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/26/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/27/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/27/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/27/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/27/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 08/28/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/28/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 08/28/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/28/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 08/28/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/28/20 | Docket Retrieval / Search | 7.00 | 0.70 |
| 08/28/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/28/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 08/31/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/31/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/31/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 08/31/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/31/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/31/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/31/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 08/31/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/31/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 09/01/20 | Teleconference – Payee: Soundpath Confer Services, LLC | 1.00 | 3.80 |
| 09/01/20 | Teleconference / Video Conference Case Num: Boy Scouts of America / CCID 10821007 Appr Atty: Robert S. Brady Court Call | 1.00 | 54.00 |
| 09/02/20 | Postage | 7.00 | 8.40 |
| 09/02/20 | Photocopy Charges Duplication BW | 83.00 | 16.60 |
| 09/04/20 | Facsimile 8665332946 001Pgs .00Phone | 1.00 | 0.25 |

Patton, James L., Jr., Future Claimants' Representative

Invoice Date: October 12, 2020
Invoice Number: 50018539
Matter Number: 077494.1001

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 09/08/20 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 0.51 |
| 09/13/20 | Teleconference / Video Conference Case Num: Boy Scouts of America / CCID 10836446 Appr Atty: Robert S. Brady Court Call | 1.00 | 122.25 |
| 09/16/20 | Postage | 1.00 | 0.50 |
| 09/17/20 | Postage | 7.00 | 7.00 |
| 09/17/20 | Postage | 1.00 | 1.60 |
| 09/21/20 | Postage | 7.00 | 7.00 |
| 09/21/20 | Photocopy Charges Duplication BW | 17.00 | 3.40 |
| 09/21/20 | Photocopy Charges Duplication BW | 17.00 | 3.40 |
| 09/21/20 | Postage | 1.00 | 1.20 |
| 09/21/20 | Color Photocopy Charges Duplication Color | 3.00 | 2.40 |
| | **Total** | | **$541.32** |

Patton, James L., Jr., Future Claimants' Representative

Invoice Date: October 12, 2020
Invoice Number: 50018539
Matter Number: 077494.1001

**Cost Summary**

| **Description** | **Amount** |
|---|---:|
| Docket Retrieval / Search | 306.20 |
| Facsimile | 0.25 |
| Postage | 25.70 |
| Reproduction Charges | 25.80 |
| Teleconference / Video Conference | 183.37 |
| **Total** | **$541.32** |