# EXHIBIT A



700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
O 202.772.2200
F 202.772.3333

GilbertLegal.com

October 20, 2020

James Patton, Jr.
Future Claimaints' Representative for
Boy Scouts of America
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801

Invoice Number:    11320870
Client Number:          1613

---

FOR PROFESSIONAL SERVICES RENDERED  through September 30, 2020

**Re: James Patton, Jr.**

| Matter Description | Fees | Costs | Total |
|---|---|---|---|
| Insurance Analysis & Recovery | 45,681.50 | 43.70 | 45,725.20 |
| Retention / Fee Application | 169.00 | 248.52 | 417.52 |
| Motions for Relief from Automatic Stay | 6,838.50 | 77.67 | 6,916.17 |
| **Total** | **52,689.00** | **369.89** | **53,058.89** |

|  |  |
|---|---|
| TOTAL FEES | $ 52,689.00 |
| TOTAL EXPENSES | $ 369.89 |
| **TOTAL FEES AND EXPENSES** | **$ 53,058.89** |



FOR PROFESSIONAL SERVICES RENDERED  through September 30, 2020

**Insurance Analysis & Recovery**

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 9/03/20 | Quinn, K. | Review TCC objection to coalition motion. | .40 | 310.00 |
| 9/08/20 | Quinn, K. | Review summary and information re call preparation from M. Neely. | .20 | 155.00 |
| 9/08/20 | Neely, M. | Review local council D&O coverage information. | 1.10 | 522.50 |
| 9/08/20 | Chalashtori, J. | Analyze new documents in data room for insurance-related issues. | 1.30 | 461.50 |
| 9/09/20 | Quinn, K. | Participate in hearing [partial]. | 4.00 | 3,100.00 |
| 9/10/20 | Quinn, K. | Communicate with team re D&O documents. | .20 | 155.00 |
| 9/10/20 | Neely, M. | Confer with J. Chalashtori re D&O coverage search. | .20 | 95.00 |
| 9/10/20 | Neely, M. | Draft summary of D&O analysis plan. | .60 | 285.00 |
| 9/10/20 | Chalashtori, J. | Analyze documents in data room and filings for D&O policy relevant information; confer with M. Neely re same. | 1.30 | 461.50 |
| 9/11/20 | Quinn, K. | Review correspondence re D&O coverage inquiry. | .20 | 155.00 |
| 9/11/20 | Neely, M. | Communicate with K. Quinn, J. Chalashtori, and S. Colcock re data room policy inventory analysis. | .30 | 142.50 |
| 9/11/20 | Chalashtori, J. | Review strategy re analysis of policy documents in data room. | 1.30 | 461.50 |
| 9/11/20 | Foster, G. | Confer with J. Chalastori and S. Colcock re data room policy review project. | .50 | 92.50 |
| 9/11/20 | Colcock, S. | Review spreadsheet with policies and compare to policies in data room. | 1.10 | 313.50 |
| 9/11/20 | Colcock, S. | Communicate with J. Chalashtori and G. Foster re data room policy review project. | .70 | 199.50 |
| 9/13/20 | Chalashtori, J. | Analyze documents in data room for insurance-related issues. | .50 | 177.50 |
| 9/14/20 | Foster, G. | Confer with team to review case details and project organizing the policies from data room. | .50 | 92.50 |
| 9/14/20 | Colcock, S. | Continue review of spreadsheet with BSA policies and compare to policies in data room; confer with team re same. | 5.50 | 1,567.50 |
| 9/14/20 | McGlinchey, P. | Review spreadsheet with BSA policies and compare to policies in data room; confer with S. Colcock and G. Foster re same. | 2.60 | 481.00 |
| 9/15/20 | Quinn, K. | Review pleadings. | .30 | 232.50 |
| 9/15/20 | Chalashtori, J. | Review policy spreadsheet. | .30 | 106.50 |

Invoice Number: 11320870
October 20, 2020

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 9/15/20 | Colcock, S. | Review 2017 local council renewal policies for additional insurance coverage information. | 1.90 | 541.50 |
| 9/15/20 | Colcock, S. | Continue review of spreadsheet with BSA policies and compare to policies in data room. | 1.10 | 313.50 |
| 9/15/20 | McGlinchey, P. | Review and analyze 2015 local troop charter renewal forms in BSA Datasite to compile insurance policies. | 1.80 | 333.00 |
| 9/15/20 | McGlinchey, P. | Review spreadsheet with BSA policies and compare to policies in data room. | 2.30 | 425.50 |
| 9/16/20 | Neely, M. | Review data room policy search results. | .30 | 142.50 |
| 9/16/20 | Chalashtori, J. | Analyze issues related to CGL policies missing from data room. | 1.00 | 355.00 |
| 9/16/20 | Chalashtori, J. | Analyze issues related to non-CGL policies in data room. | .70 | 248.50 |
| 9/16/20 | Foster, G. | Draft BSA policy tracking sheet. | 4.50 | 832.50 |
| 9/16/20 | Colcock, S. | Continue reviewing 2017 local council renewal policies for additional insurance coverage information. | 4.70 | 1,339.50 |
| 9/16/20 | McGlinchey, P. | Review spreadsheet with BSA policies and compare to policies in data room. | 1.80 | 333.00 |
| 9/17/20 | Neely, M. | Communicate with J. Chalashtori re policy search results. | .40 | 190.00 |
| 9/17/20 | Chalashtori, J. | Analyze issues related to policies in and policies missing from data room. | .70 | 248.50 |
| 9/17/20 | Colcock, S. | Review follow-form policies located in data room. | 2.60 | 741.00 |
| 9/17/20 | Colcock, S. | Continue reviewing 2017 local council renewal policies for additional insurance coverage information. | .40 | 114.00 |
| 9/17/20 | Colcock, S. | Review decade charts for missing policies and compare to master policy spreadsheet | 1.90 | 541.50 |
| 9/17/20 | Colcock, S. | Review confidential data room for any loose insurance polices to add to tracking spreadsheet. | 1.60 | 456.00 |
| 9/17/20 | McGlinchey, P. | Continue review of spreadsheet with BSA policies and compare to policies in data room. | 1.30 | 240.50 |
| 9/17/20 | McGlinchey, P. | Continue review and analysis of 2015 local troop charter renewal forms in BSA data room to compile insurance policies chart. | 2.60 | 481.00 |
| 9/18/20 | Neely, M. | Attend team meeting to discuss BSA insurance policy details. | 1.40 | 665.00 |
| 9/18/20 | Chalashtori, J. | Confer with team re review of policies in data room. | 1.40 | 497.00 |
| 9/18/20 | Chalashtori, J. | Analyze issues related to policy review. | .30 | 106.50 |

Invoice Number: 11320870
October 20, 2020

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 9/18/20 | Foster, G. | Attend team meeting to discuss BSA insurance policy details. | 1.40 | 259.00 |
| 9/18/20 | Foster, G. | Review document 2019-2020 policy. | .80 | 148.00 |
| 9/18/20 | Colcock, S. | Communicate with M. Neely, J. Chalashtori, G. Foster and P. McGlinchey to discuss BSA insurance policy details. | 1.50 | 427.50 |
| 9/18/20 | Colcock, S. | Continue follow-form review of policies located in data room. | 5.20 | 1,482.00 |
| 9/18/20 | McGlinchey, P. | Continue review and analysis of 2015 local troop charter renewal forms in BSA data room to compile insurance policies. | .70 | 129.50 |
| 9/18/20 | McGlinchey, P. | Attend team meeting to discuss BSA insurance policy details. | 1.40 | 259.00 |
| 9/18/20 | McGlinchey, P. | Review and analyze D&O insurance policies for 2019-2020. | 2.70 | 499.50 |
| 9/21/20 | Quinn, K. | Correspond with team re open items; communicate with S. Zeig re Coalition request. | .30 | 232.50 |
| 9/21/20 | Neely, M. | Review recent filings for insurance-related issues. | .40 | 190.00 |
| 9/21/20 | Chalashtori, J. | Preliminary review of latest documents uploaded to data room for insurance issues. | .20 | 71.00 |
| 9/21/20 | Colcock, S. | Complete follow-form review of policies located in data room. | 3.10 | 883.50 |
| 9/21/20 | Colcock, S. | Continue reviewing 2017 local council renewal policies for additional insurance coverage information. | 1.20 | 342.00 |
| 9/21/20 | McGlinchey, P. | Continue review and analysis of insurance policies. | 3.60 | 666.00 |
| 9/21/20 | McGlinchey, P. | Continue review and analysis of 2015 local troop charter renewal forms in BSA data room to compile insurance policies. | 1.50 | 277.50 |
| 9/22/20 | Chalashtori, J. | Analyze issues related to new insurance documents uploaded to the data room and re policies therein. | 1.80 | 639.00 |
| 9/22/20 | Colcock, S. | Review follow-form 2020-2021 CGL policies located in data room. | 3.60 | 1,026.00 |
| 9/22/20 | Colcock, S. | Review P. McGlinchey and G. Foster analysis of additional policies located in data room. | 2.10 | 598.50 |
| 9/22/20 | McGlinchey, P. | Review and analyze 2015 local troop charter renewal forms in BSA data room to compile insurance policies. | 2.10 | 388.50 |
| 9/22/20 | McGlinchey, P. | Review and analyze 2020 BSA insurance policies to locate referenced policies in data room per schedule from S. Colcock. | 1.10 | 203.50 |

Invoice Number: 11320870
October 20, 2020

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 9/23/20 | Colcock, S. | Continue reviewing 2017 local council renewal policies for additional insurance coverage information. | 2.60 | 741.00 |
| 9/23/20 | McGlinchey, P. | Review and analyze 2015 local troop charter renewal forms in BSA data room to compile insurance policies data. | 3.50 | 647.50 |
| 9/24/20 | Foster, G. | Update BSA Local Council Renewal tracking sheet from 2019 policy folder from Datatsite for J. Chalashtori and M. Neely. | 4.90 | 906.50 |
| 9/24/20 | Colcock, S. | Continue reviewing 2017 local council renewal policies for additional insurance coverage information. | 6.60 | 1,881.00 |
| 9/24/20 | McGlinchey, P. | Review and analyze local troop charter renewal forms in BSA data room to compile insurance policies. | 4.70 | 869.50 |
| 9/25/20 | Foster, G. | Update BSA local council renewal tracking sheet from 2019 policy folder from data room. | 6.50 | 1,202.50 |
| 9/25/20 | Colcock, S. | Finish reviewing 2017 local council renewal policies for additional insurance coverage information and begin reviewing 2018 local council renewal policies for additional insurance coverage information. | 7.20 | 2,052.00 |
| 9/25/20 | McGlinchey, P. | Review and analyze local troop charter renewal forms in BSA data room to compile insurance policies. | 7.90 | 1,461.50 |
| 9/27/20 | Quinn, K. | Confer with D. Molton re request from Coalition. | .20 | 155.00 |
| 9/28/20 | Foster, G. | Update BSA local council renewal tracking sheet from 2019 policy folder from data room. | 2.70 | 499.50 |
| 9/28/20 | Foster, G. | Update BSA local council renewal tracking sheet from 2020 policy folder from data room. | 3.80 | 703.00 |
| 9/28/20 | Colcock, S. | Continue reviewing 2018 local council renewal policies for additional insurance coverage information. | 6.10 | 1,738.50 |
| 9/28/20 | McGlinchey, P. | Review and analyze local troop charter renewal forms in BSA data room to compile insurance policies. | 1.60 | 296.00 |
| 9/29/20 | Chalashtori, J. | Analyze issues related to documents in data room. | .30 | 106.50 |
| 9/29/20 | Chalashtori, J. | Analyze insurance issues related to renewals. | .30 | 106.50 |
| 9/29/20 | Foster, G. | Update BSA local council renewal tracking sheet from 2020 policy folder from data room. | 2.50 | 462.50 |
| 9/29/20 | Colcock, S. | Finish reviewing 2018 local council renewal policies for additional insurance coverage information. | 6.60 | 1,881.00 |
| 9/29/20 | McGlinchey, P. | Review and analyze local troop charter renewal forms in BSA data room to compile insurance policies. | 2.70 | 499.50 |

Invoice Number: 11320870
October 20, 2020

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 9/30/20 | Chalashtori, J. | Analyze issues related to insurance documents in data room. | .50 | 177.50 |
| 9/30/20 | Chalashtori, J. | Analyze issues related to insurance policy review. | .50 | 177.50 |
| 9/30/20 | Colcock, S. | Revise master insurance policy tracking spreadsheet. | .40 | 114.00 |
| 9/30/20 | Colcock, S. | Review local council renewal policies insurance coverage information entered by G. Foster and P. McGlinchey. | 5.50 | 1,567.50 |

**TOTAL CHARGEABLE HOURS**          **170.10**

**TOTAL FEES**          **$ 45,681.50**

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Quinn, K. | 5.80 | 775.00 | 4,495.00 |
| Neely, M. | 4.70 | 475.00 | 2,232.50 |
| Chalashtori, J. | 12.40 | 355.00 | 4,402.00 |
| Foster, G. | 28.10 | 185.00 | 5,198.50 |
| Colcock, S. | 73.20 | 285.00 | 20,862.00 |
| McGlinchey, P. | 45.90 | 185.00 | 8,491.50 |
| **TOTALS** | **170.10** | | **$ 45,681.50** |

**EXPENSE DETAILS**

| Date | Description | Task | Amount |
|------|-------------|------|--------|
| 9/30/20 | PACER | E106 | 43.70 |

**TOTAL EXPENSES**          **$ 43.70**

**TOTAL FEES AND EXPENSES FOR MATTER**          **$ 45,725.20**

Invoice Number: 11320870
October 20, 2020

FOR PROFESSIONAL SERVICES RENDERED  through September 30, 2020

**Retention / Fee Application**

| Date | Name | Services | Hours | Amount |
|---|---|---|---|---|
| 9/15/20 | Hudgins, M.C. | Draft fourth monthly fee application, notice, and exhibit. | .60 | 114.00 |
| 9/21/20 | Holland, P. | Communicate with Fee Examiner re fee statements and LEDES files filed to date. | .20 | 55.00 |
| | | **TOTAL CHARGEABLE HOURS** | **.80** | |
| | | **TOTAL FEES** | | **$ 169.00** |

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Holland, P. | .20 | 275.00 | 55.00 |
| Hudgins, M.C. | .60 | 190.00 | 114.00 |
| **TOTALS** | **.80** | | **$ 169.00** |

**EXPENSE DETAILS**

| Date | Description | Task | Amount |
|---|---|---|---|
| 8/31/20 | Conference Call Meredith Neely / CourtCall / Attend Hearing / 08/31/2020 | E105 | 54.00 |
| 9/09/20 | Conference Call Meredith Neely / CourtCall / Attend Court Hearing / 09/09/2020 | E105 | 54.00 |
| 9/09/20 | Conference Call Kami Quinn / CourtCall / Attend Court Hearing / 09/09/2020 | E105 | 122.25 |
| 9/30/20 | Westlaw | E106 | .17 |
| 9/30/20 | PACER | E106 | 18.10 |
| | **TOTAL EXPENSES** | | **$ 248.52** |
| | **TOTAL FEES AND EXPENSES FOR MATTER** | | **$ 417.52** |

Invoice Number: 11320870
October 20, 2020

FOR PROFESSIONAL SERVICES RENDERED  through September 30, 2020

**Motions for Relief from Automatic Stay**

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 9/01/20 | Neely, M. | Revise objections to motion for relief from stay per comments from S. Zieg. | 1.20 | 570.00 |
| 9/01/20 | Colcock, S. | Cite-check objection to motions for relief from stay. | 2.80 | 798.00 |
| 9/02/20 | Quinn, K. | Communicate with M. Neely re revisions and finalizing objection to lift stay. | .20 | 155.00 |
| 9/02/20 | Neely, M. | Review Evanston expense report. | .20 | 95.00 |
| 9/02/20 | Neely, M. | Revise objection to motions for relief from stay. | .30 | 142.50 |
| 9/07/20 | Neely, M. | Review TCC objection to Romero and Henderson stay relief motions. | .20 | 95.00 |
| 9/07/20 | Neely, M. | Analyze Debtor reply in support of stay relief motions. | .90 | 427.50 |
| 9/08/20 | Quinn, K. | Communicate with M. Neely re withdrawal of objection to lift stay. | .20 | 155.00 |
| 9/08/20 | Quinn, K. | Confer with Debtors and client re Qian lift stay; follow up with client re same. | .40 | 310.00 |
| 9/08/20 | Neely, M. | Communicate with S. Zieg, K. Quinn, A. Azer, B. Curtin re Qian stay relief motion. | .30 | 142.50 |
| 9/08/20 | Neely, M. | Communicate with S. Zieg and K. Quinn re Qian stay relief motion. | .10 | 47.50 |
| 9/08/20 | Neely, M. | Draft communications to K. Quinn re stay relief motions. | .60 | 285.00 |
| 9/08/20 | Neely, M. | Review Romero reply in support of stay relief motion. | .20 | 95.00 |
| 9/08/20 | Neely, M. | Draft Qian objection withdrawal. | .40 | 190.00 |
| 9/08/20 | Neely, M. | Finalize and file Qian objection withdrawal. | .90 | 427.50 |
| 9/08/20 | Neely, M. | Prepare for hearing on Romero stay motion. | .90 | 427.50 |
| 9/08/20 | Neely, M. | Finalize and file withdrawal of Qian stay relief motion. | .80 | 380.00 |
| 9/08/20 | Chalashtori, J. | Analyze insurance issues related to stay motions. | .20 | 71.00 |
| 9/09/20 | Neely, M. | Confer with E. Grim re stay hearing. | .30 | 142.50 |
| 9/09/20 | Neely, M. | Prepare for stay relief hearing. | .70 | 332.50 |
| 9/09/20 | Neely, M. | Attend stay relief hearing. | 2.20 | 1,045.00 |
| 9/09/20 | Grim, E. | Confer with M. Neely re preparation for hearing re relief from stay motion. | .30 | 177.00 |

Invoice Number: 11320870
October 20, 2020

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 9/22/20 | Quinn, K. | Confer with M. Neely re withdrawal of objections to lift stays. | .30 | 232.50 |
| 9/22/20 | Neely, M. | Review Rivera and Ramirez motions to lift stay. | .20 | 95.00 |
| | | **TOTAL CHARGEABLE HOURS** | **14.80** | |
| | | **TOTAL FEES** | | **$ 6,838.50** |

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Quinn, K. | 1.10 | 775.00 | 852.50 |
| Neely, M. | 10.40 | 475.00 | 4,940.00 |
| Grim, E. | .30 | 590.00 | 177.00 |
| Chalashtori, J. | .20 | 355.00 | 71.00 |
| Colcock, S. | 2.80 | 285.00 | 798.00 |
| **TOTALS** | **14.80** | | **$ 6,838.50** |

## EXPENSE DETAILS

| Date | Description | Task | Amount |
|------|-------------|------|--------|
| 9/30/20 | Lexis | E106 | 23.04 |
| 9/30/20 | Westlaw | E106 | 17.23 |
| 9/30/20 | PACER | E106 | 37.40 |
| | **TOTAL EXPENSES** | | **$ 77.67** |
| | **TOTAL FEES AND EXPENSES FOR MATTER** | | **$ 6,916.17** |
| | **TOTAL FEES AND EXPENSES** | | **$ 53,058.89** |