# EXHIBIT B

**EXPENSES**
**September 1, 2020 - September 30, 2020**

| Date | Description | Amount |
|---|---|---|
| 8/31/2020 | Conference Call Meredith Neely / CourtCall / Attend Hearing / 08/31/2020 | $54.00 |
| 9/9/2020 | Conference Call Kami Quinn / CourtCall / Attend Court Hearing | $122.25 |
| 9/9/2020 | Conference Call Meredith Neely / CourtCall / Attend Court Hearing / E105 09/09/2020 | $54.00 |
| 9/30/2020 | Lexis | $23.04 |
| 9/30/2020 | PACER | $37.40 |
| 9/30/2020 | PACER | $43.70 |
| 9/30/2020 | PACER | $18.10 |
| 9/30/2020 | Westlaw | $0.17 |
| 9/30/2020 | Westlaw | $17.23 |
| | | $369.89 |