**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 796 & 889** |

**SUPPLEMENTAL DECLARATION OF ROMALDO FRANCIS DESOUZA, JR.
IN SUPPORT OF THE DEBTORS' APPLICATION FOR ENTRY
OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT
OF PRICEWATERHOUSECOOPERS LLP AS INDEPENDENT AUDITOR
AND TAX COMPLIANCE SERVICES PROVIDER FOR THE DEBTORS
AND DEBTORS IN POSSESSION, EFFECTIVE AS OF FEBRUARY 18, 2020**

Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), I, Romaldo Francis DeSouza, Jr., under penalty of perjury, declare as follows, to the best of my knowledge, information, and belief:

1.      I am a partner of the firm of PricewaterhouseCoopers LLP ("PwC").  I am authorized to make and submit this supplemental declaration (the "Supplemental Declaration") on behalf of PwC in further support of the application of the above-captioned debtors and debtors in possession (the "Debtors") to retain PwC as their independent auditor and tax compliance services provider, filed with the Court on June 5, 2020 [Docket No. 796] (the "Application").[2]

2.      Unless otherwise stated, all facts set forth in this Supplemental Declaration are based upon my personal knowledge, upon documents or information maintained by PwC in the

---

[1]      The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America ("BSA") (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2]      Capitalized terms used in this Second Supplemental Declaration but not otherwise defined herein shall have the meanings ascribed to such terms in the Application, the Initial Declaration (which was submitted in connection with the Application), or the Order.

ordinary course of its business which have been reviewed by me and/or by other employees of

PwC under my supervision and direction.  To the extent any information disclosed herein requires

amendment, modification or supplementation as additional information becomes available, or a

supplemental declaration will be submitted to this Court reflecting such amended, modified

supplemental information.

3.      My initial declaration, submitted in support of the Application, and attached thereto

as Exhibit F [Docket No. 796-7] (the "Initial Declaration"), is incorporated herein by reference.

**Expanded Scope of Services and Professional Compensation Relating Thereto**

**A.      Background**

4.      On June 24, 2020, the Court entered an Order approving the Application [Docket

No. 889] (the "PwC Retention Order").

5.      Pursuant to the terms of the PwC Retention Order, if the Debtors seek to enter into

new agreements with PwC for the provision of additional services, 10 days' notice of such new

agreements and services must be provided.

6.      The Debtors have requested that PwC provide additional services, including attest

and additional tax compliance services, to the Debtors and their non-debtor affiliates, pursuant to

the following:

        (a)      attest services under engagement letters dated October 9, 2020 (collectively, the "IA Engagement Letters"), between PwC and National Council of Boy Scouts of America (the "Service Organization"), which include: (i) the PeopleSoft Financials Engagement Letter (the "PeopleSoft Engagement Letter"), attached hereto as **Exhibit A**; (ii) the Program Administration System Engagement Letter (the "PAS Engagement Letter"), attached hereto as **Exhibit B**, and (iii) the Blackbaud CRM System For Fund Raising Activities Engagement Letter (the "Blackbaud CRM Engagement Letter"), attached hereto as **Exhibit C**; and

        (b)      additional tax consulting services pursuant to that certain Statement of Work, dated September 9, 2020, in connection with the prior approved Master Tax Engagement Letter (the "Additional Tax SOW" and, together

2

with the IA Engagement Letters, the "Additional Engagement Letters" and the services thereunder are collectively, the "Additional Professional Services"), attached hereto as **Exhibit D**.

**B.    Expanded Scope of Services**

7.    Under the IA Engagement Letters, the Debtors seek for PwC to perform the following attest services for the Service Organization, which PwC similarly performed during the pre-petition period:

    (a)    **PeopleSoft Engagement Letter:**

        (i)    PwC will examine the Service Organization's description of its information technology general control system for the PeopleSoft Financials throughout the period January 1, 2020 to December 31, 2020 and the suitability of design and operating effectiveness of controls included in the description to achieve the related control objectives stated in the description.

        (ii)    Upon completion of PwC's examination, PwC's report, to the extent issued, will address whether :

            (1.)    the description fairly presents the information technology general control system for the PeopleSoft Financials that was designed and implemented throughout the period January 1, 2020 to December 31, 2020;

            (2.)    the controls related to the control objectives stated in the description were suitably designed to provide reasonable assurance that the control objectives would be achieved if the controls operated effectively throughout the period January 1, 2020 to December 31, 2020;

            (3.)    the controls operated effectively to provide reasonable assurance that the control objectives stated in the description were achieved throughout the period January 1, 2020 to December 31, 2020;

    (b)    **PAS Engagement Letter:**

        (i)    PwC will examine the Service Organization's description of its Program Administration System for processing user entities' transactions throughout the period January 1, 2020 to December 31, 2020 and the suitability of design and operating effectiveness of

3

controls included in the description to achieve the related control objectives stated in the description.

(ii)    Upon completion of PwC's examination, PwC's report, to the extent issued, will address whether:

    (1.)    the description fairly presents the Program Administration System that was designed and implemented throughout the period January 1, 2020 to December 31, 2020;

    (2.)    the controls related to the control objectives stated in the description were suitably designed to provide reasonable assurance that the control objectives would be achieved if the controls operated effectively throughout the period January 1, 2020 to December 31, 2020; and

    (3.)    the controls operated effectively to provide reasonable assurance that the control objectives stated in the description were achieved throughout the period January 1, 2020 to December 31, 2020.

(b)    **Blackbaud CRM Engagement Letter:** PwC will examine the Service Organization's description of its Blackbaud CRM System For Fund Raising Activities ("Blackbaud CRM system") for processing user entities' transactions throughout the period January 1, 2020 to December 31, 2020 and the suitability of design and operating effectiveness of controls included in the description to achieve the related control objectives stated in the description.

(i)    Upon completion of PwC's examination, PwC's report, to the extent issued, will address whether:

    (1.)    the description fairly presents the Blackbaud CRM system that was designed and implemented throughout the period January 1, 2020 to December 31, 2020;

    (2.)    the controls related to the control objectives stated in the description were suitably designed to provide reasonable assurance that the control objectives would be achieved if the controls operated effectively throughout the period January 1, 2020 to December 31, 2020; and

    (3.)    the controls operated effectively to provide reasonable assurance that the control objectives stated in the description

were achieved throughout the period January 1, 2020 to December 31, 2020.

8.    Under the Additional Tax SOW, the Debtors seek for PwC to perform the following additional tax compliance services:

(a)    <u>2019 Tax Compliance Services</u>:  PwC will review and sign as preparer the Forms 990 and Forms 990-T for BSA for the tax year beginning January 1, 2019 through December 31, 2019, and such entities and returns that are set forth on Exhibit I to the Additional Tax SOW.

(b)    <u>2020 Tax Compliance Services</u>:  For tax compliance and related planning purposes, it is common to provide services for the 2020 year.  Such services may also include recurring and non-recurring tax work such as preparation of year end estimates, estimated tax payments, allocations, compliance coordination and related tax consulting.

9.    Should the Debtors request PwC to perform additional services not contemplated by the Engagement Letters, the Debtors and PwC shall mutually agree upon such services and fees for those services in writing, in advance.  In the event the additional services require an amendment to the Engagement Letters, or entry into a new agreement, PwC understands that the Debtors will file such agreements with the Court and serve the applicable notice parties.  If any parties object within ten (10) days of such new agreements being served, the Debtors will promptly schedule a hearing before the Court.  To the extent no objections are timely filed, the new agreements will be deemed approved and all additional services shall be subject to the provisions of an order entered by the Court on the Application.

10.    PwC's retention by the Debtors for the additional services is conditioned upon its ability to be retained in accordance with its customary terms and conditions of employment, including the proposed compensation arrangements set forth in the Engagement Letters.

11.     In consideration of the additional services to be provided by PwC, and as more fully set forth in the Additional Engagement Letters, subject to this Court's approval, the Debtors and PwC have agreed to amend the prior approved Fee and Expense Structures to include:

(a)     a fixed fee of $57,000 for the services described in the Peoplesoft Engagement Letter, payable in three (3) installments as set forth therein;

(b)     a fixed fee of $66,000 for the services described in the PAS Engagement Letter, payable in three (3) installments as set forth therein;

(c)     a fixed fee of $55,000 for the services described in the Blackbaud CRM Engagement Letter, payable in three (3) installments as set forth therein; and

(d)     a fixed fee of $43,000 for the Additional Tax SOW.

12.     The Fee and Expense Structures, as proposed to be amended, remain consistent with, and typical of, compensation arrangements charged by professional services firms of similar caliber and experience for engagements of similar size and complexity, both in and out of bankruptcy.

13.     Similar to the Engagement Letters previously approved under the PwC Retention Order, the Additional Engagement Letters contain indemnification provisions that were negotiated by the Debtors and PwC at arm's length and in good faith. The indemnification provisions contained in each of the Additional Engagement Letters are typical of PwC's engagements with its clients. PwC understands that the indemnification provisions in the Additional Engagement Letters shall remain subject to the limitations set forth in the PwC Retention Order.

14.     In addition to the fees set forth above, and where applicable, PwC shall continue to seek reimbursement from the Debtors for all reasonable and documented out-of-pocket expenses, applicable sales, use or value added tax, and internal per ticket charges for booking travel incurred by PwC in connection with providing the agreed-upon services.

15.     As set forth in the Initial Declaration, PwC has no agreement with any other entity to share with such entity any compensation received by PwC in connection with the Debtors' bankruptcy cases, other than as permitted by section 504 of the Bankruptcy Code

## PwC'S DISINTERESTEDNESS

16.     Since filing the Application, PwC received from the Debtors updated "Parties in Interest" lists, and the most recent cumulative versions are attached as **Schedule 1** hereto.[3]

17.     To the best of my knowledge, as set forth herein, PwC (a) does not hold or represent any interest adverse to the Debtors' estates in the matters for which PwC is proposed to be retained and (b) is a "disinterested person," as such term is defined in section 101(14) of the Bankruptcy Code and as required under section 327(a) of the Bankruptcy Code.  Moreover, to the best of my knowledge, PwC's retention is not prohibited or restricted by Bankruptcy Rule 5002.  Accordingly, I believe that PwC continues to be eligible for retention by the Debtors.

18.     Schedule 2 that was previously attached to my Initial Declaration is amended and replaced by **Schedule 2** attached hereto.[4]

19.     To the best of my knowledge and information, all such relationships identified on **Schedule 2**, including those previously disclosed and newly disclosed, are all in matters unrelated to the Debtors and these chapter 11 cases.

20.     In connection with its proposed retention by the Debtors in this case, PwC sent an e-mail, along with the list of the Parties in Interest, to any PwC partner, principal or other professional currently providing and/or expected to provide services to the Debtors pursuant to the

---

[3] The term "Parties in Interest" refers to the updated Parties in Interest list attached hereto as **Schedule 1**, with the newly added names since filing my Supplemental Declaration noted in bold.

[4] Newly added names since filing my Supplemental Declaration are noted in bold.

Additional Engagement Letters, to determine if any such individuals have connections with the Debtors or Parties in Interest.  To the extent that any such connections were identified by such individuals, such connections are identified in **Schedule 2** hereto.

21.    As previously disclosed, to the best of my knowledge, neither PwC nor the partners, principals and other professionals expected to provide services to the Debtors pursuant to the Additional Engagement Letters, have any known connection or relation to the United States Bankruptcy Judges for the District of Delaware, or the U.S. Trustee, Assistant U.S. Trustee or the employees of the Office of the United States Trustee of Region 3 for the District of Delaware.

22.    To the best of my knowledge, based on the searches and queries described above, I believe that PwC is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, in that neither PwC nor any partner, principal or other professional expected to provide services to the Debtors pursuant to the Engagement Letters: (a) except as set forth herein, is a creditor, an equity security holder, or an insider of the Debtors; (b) is or was, within two years before the Petition Date, a director, officer, or employee of the Debtors; and (c) has an interest materially adverse to an interest of the Debtors' estates or of any class of creditors or equity security holders, by reason of a direct or indirect relationship to, connection with, or interest in, the Debtors or for any other reason.

23.    PwC may perform services for its clients that relate to the Debtors merely because such clients may be creditors or counterparties to transactions with the Debtors, and such clients' assets and liabilities may thus be affected by the Debtors' status.  If any such clients of PwC are Parties in Interest in these cases, they are identified on **Schedule 2** hereto.

24.    In the ordinary course of its business, PwC performs assurance, accounting, audit,

tax or other advisory services for a very large client base, including clients on the Parties in Interest List, which clients are listed on **Schedule 2**. Except as otherwise stated herein, I am not aware of any information that indicates the services rendered by PwC to the entities set forth in **Schedule 2** have been or will be in connection with the Debtors or their chapter 11 cases.  PwC will continue to provide, in the ordinary course, such assurance, accounting, audit, tax or other advisory services to its clients in accordance with professional standards applicable to PwC, including to PwC's clients listed on **Schedule 2**.  To my knowledge, these ordinary course relationships do not impair PwC's ability to objectively perform professional services on behalf of the Debtors. PwC will not knowingly accept any engagement that would require PwC to represent an interest adverse to the Debtors.

25.     As part of its diverse practice, PwC appears in numerous cases, proceedings, and transactions that involve many different professionals, including attorneys, accountants, and financial consultants who may represent the Debtors, claimants and Parties in Interest in these chapter 11 cases.  Additionally, PwC has performed in the past, and may perform in the future, assurance, audit, tax and/or other accounting advisory services for various attorneys and law firms in the legal community and has been represented by various attorneys and law firms in the legal community, some of whom may be involved in these chapter 11 cases.  Moreover, PwC has in the past, may currently, and will likely in the future be working with or against other professionals involved in these chapter 11 cases on matters unrelated to the Debtors or these chapter 11 cases.  Based on my current knowledge of the professionals included among the Parties in Interest, none of these business relationships create interests adverse to the Debtors with respect to the matters for which PwC is to be employed, and none are in connection with these chapter 11 cases.

26.     In addition, PwC or its partners, principals, and other professionals who are

expected to provide services to the Debtors have had, currently have, and/or may have in the future commercial, banking, financial or other professional, social, or familial relationships with, or interests aligned with or adverse to Parties in Interest. Moreover, certain Parties in Interest have or may have provided goods or services, may currently provide goods or services, and/or may in the future provide goods or services to PwC or partners, principals, and other professionals of PwC who are expected to provide services to the Debtors. To the best of my knowledge, no such relationships are in matters related to the Debtors or these chapter 11 cases.

27.     Despite the efforts described above to identify and disclose connections with Parties in Interest in these cases, because the Debtors are a large enterprise with numerous creditors and other relationships, PwC is unable to state with certainty that every client representation or other connection of PwC with Parties in Interest has been identified and disclosed herein. If additional information that requires disclosure is discovered, PwC will file supplemental disclosures with the Court.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: October 22, 2020            /s/ Romaldo Francis DeSouza
        Dallas, Texas              Romaldo Francis DeSouza, Jr., Partner
                                   PricewaterhouseCoopers LLP

## <u>Schedule 1</u>

**Potential Parties in Interest**

## List of Schedules

| Schedule | Category |
|---|---|
| 1(a) | Debtors |
| 1(b) | Current and Former Directors and Officers of the Debtors |
| 1(c) | Non-Debtor Affiliates |
| 1(d) | Selected Chartered Organizations |
| 1(e) | Local Councils |
| 1(f) | Secured Parties |
| 1(g) | Banks |
| 1(h) | Credit Card Processors |
| 1(i) | Insurers |
| 1(j) | Landlords |
| 1(k) | Litigation Parties |
| 1(l) | Professionals Retained by the Debtors |
| 1(m) | Professionals Representing Certain Parties in Interest |
| 1(n) | Ordinary Course Professionals |
| 1(o) | Tort Claimants Committee |
| 1(p) | Unsecured Creditors Committee |
| 1(q) | Top 25 Plaintiffs' Law Firms Representing the Largest Number of Abuse Victims Asserting Claims Against the Debtors |
| 1(r) | Top 30 General Unsecured Creditors of the Debtors (Non-Abuse Claims) |
| 1(s) | Deferred Compensation and Restoration Plan Participants |
| 1(t) | Significant Contract Counterparties |
| 1(u) | Significant Customers |
| 1(v) | Significant Donors |
| 1(w) | Significant Vendors |
| 1(x) | Significant Taxing Authorities |
| 1(y) | Significant Utility Providers |
| 1(z) | U.S. Trustee, Judges, and Court Contacts for the District of Delaware |
| **1(aa)** | **Mediators** |

## Schedule 1(a)

### Debtors

Boy Scouts of America
Delaware BSA, LLC

**Schedule 1(b)**

**Current and Former Directors and Officers of the Debtors**

Al Lambert
Alison K. Schuler
Arthur F. "Skip" Oppenheimer
Aubrey Harwell
Brad Haddock
Bradley D. Tilden
Bray B. Barnes
C. David Moody
Charles H. Smith
Charles W. Dahlquist
Craig Fenneman
D. Kent Clayburn
Dan Ownby
Daniel  Cabela
David Biegler
David L. Steward
David M. Clark
David Rumbarger
David S. Alexander
Dennis  H.  Chookaszian
Devang Desai
Dominic Wolters
Doug   Mitchell
Douglas H. Dittrick
Doyle Parrish
Drayton McLane Jr.
E. Gordon Gee
Ellie Morrison
Eric Schultz
Erin Eisner
Forrest Gertin
Francis McAllister
Frank D. Tsuru
Frank Ramirez
Fred Markham
Gary Crum
Gary E. Wendlandt
Glenn Adams
Hannah Carter
Hector A. "Tico" Perez
Howard Bulloch
J. Brett Harvey
Jack Furst

Jack Otto
James D. Rogers
James S. Turley
James S. Wilson
Janice Bryant Howroyd
Jeanette Prenger
Jeanne Arnold
Jeffrey R. Holland
Jennifer Hancock
Jim Ryffel
Joe Crafton
John C. Cushman
John Gottschalk
John Mosby
John R. Donnell Jr.
Jose  Nino
Joseph P Landy
Joy Jones
Keith A. Clark
L.B. Eckelkamp Jr.
Lisa Argyros
Lyle Knight
Mark Logemann
Matthew K. Rose
Matthew Parsons
Michael Ashline
Michael E. Sears
Michael G. Hoffman
Michael Surbaugh
Nathan O. Rosenberg
Nevada "Al" Kent
Pamela Petterchak
Patrick Sterrett
Paul Raines
Philip M. Condit
Pratik Vaidya
Ralph de la Vega
Randall Stephenson
Ray Capp
Raymond Johns
Rex W. Tillerson
Rick Cronk
Robert H. Reynolds

Robert M. Gates
Roger C. Mosby
Ron Kirk
Ronald O. Coleman
Roy S. Roberts
Scott Christensen
Scott Sorrels
Scott W. Beckett
Stephen Owen
Steven E. Weekes
Steven Rendle
Tanya Acker
Thear Suzuki
Thomas C. Edwards
Thomas S. Monson
Thomas Yarboro
Wayne Perry
Wesley Coleman
Wesley J. Smith
William Rosner
William W. Stark Jr.

**<u>Schedule 1(c)</u>**

**Non-Debtor Affiliates**

Arrow WV, Inc.
Atikaki Youth Ventures Inc.
Atikokan Youth Ventures Inc.
BSA Asset Management, LLC
BSA Commingled Endowment Fund, LP
BSA Endowment Master Trust
Learning for Life
National Boy Scouts of America Foundation

## Schedule 1(d)

## Selected Chartered Organizations[1]

All Saints R.C. Church
Archdiocese of New York
Audubon Baptist Church
Beech Haven Baptist Church
Big Cross Elementary School
Bishop Turner High School
Calasanctius School of Buffalo
Canisius High School of Buffalo
Capuchin Franciscans
Capuchin Franciscans Custody of Star of
    The Sea
Capuchin Franciscans Province of St. Mary
Carmel of The Immaculate Concepcion
Cascade Charter Township
Church of The Holy Innocents
City of Bloomingdale
Corporation of the President of the Church
    of Jesus Christ of Latter-Day Saints
Country Farm Supply
Diocese of Brooklyn
Diocese of Buffalo
Discalced Carmelite Nuns (O.C.D.) A.K.A.
    Order of Discalced Carmelites
First Baptist Church of Athens
First Baptist Church of Danville D/B/A Boy
    Scout Troop 354
First Baptist Church of Gainesville
Glens Falls City School District
Greek Orthodox Archdiocese of America
Green Acres Baptist Church
Holy Family Church
Holy Family R.C. Church
House of Hope Presbyterian Church
Immaculate Conception R.C. Church
Louisville Metro Police Department, City of
    Louisville, Jefferson County / Louisville
    Consolidated Government
Mohawk District of The Northern New York
    Annual Conference of The Methodist
    Episcopal Church of New York

Monastery of Christ In The Desert
Our Lady of Lourdes Catholic School
Our Savior Lutheran Church
Queen of Peace R.C. Church
Reformation Lutheran Church
Regis High School
Roman Catholic Archbishop of Agana
Roman Catholic Archdiocese of New York,
    Archdiocese of New York
Roman Catholic Parish of St. Frances
    Xavier Cabrini, Rochester NY (Formerly
    "Church of The Annunciation Of
    Rochester, New York"), a Religious
    Corporation
Sacred Heart - Espanola
Saint John The Baptist Church
School Sisters of Notre Dame Central
    Pacific Province, Inc.
School Sisters of Notre Dame, Region of
    Guam
Silver Springs Shores Presbyterian Church,
    Inc.
Society of Jesus, USA-Northeast Province
    A/K/A The Jesuits
St. Ambrose Church
St. Benedict Joseph Labre Church
St. Benedict Joseph Labre School
St. Brigid's R.C. Church
St. Catherine's Roman Catholic Church
St. Catherine's Roman Catholic Church
    School
St. Demetrios Greek Orthodox Church
St. Francis of Assisi Roman Catholic
    Church
St. Francis Xavier Church
St. Helena Parish
St. John Gualbert R.C. Church
St. John Vianney R.C. Church
St. Josephats R.C. Church
St. Nicholas of Tolentine

---

[1] There are approximately 41,000 chartered organizations.  This list only includes those charted organizations known by the Debtors to be implicated in abuse claims with the BSA.

St. Paul's R.C. Church

St. Pius V

St. Pius X Catholic Church of Rochester, Minnesota

St. Teresa Parish A/K/A Church of St. Teresa of The Infant Jesus

St. Teresa R.C. Church

The Blessed Trinity R.C. Church

The Diocese of Rochester (A/K/A "Roman Catholic Diocese of Rochester"), A Religious Corporation

The Foundation of The Roman Catholic Diocese of Buffalo N.Y., Inc.

The Pingry School

The Roman Catholic Diocese of Syracuse

The Roman Catholic Diocese of Syracuse, NY

The School Sisters Of Notre Dame, Milwaukee Province, Inc.

Town of Deerfield

Town of Trumbull

University Heights Presbyterian Church

USA Northeast Province of The Society of Jesus

Weedsport Central School District

Weedsport Central School District Board of Education

**Schedule 1(e)**

**Local Councils**

Boy Scouts of America Abraham Lincoln Council

Boy Scouts of America Alabama-Florida Council

Boy Scouts of America Alamo Area Council

Boy Scouts of America Allegheny Highlands Council

Boy Scouts of America Aloha Council

Boy Scouts of America Andrew Jackson Council

Boy Scouts of America Anthony Wayne Area Council

Boy Scouts of America Arbuckle Area Council

Boy Scouts of America Atlanta Area Council

Boy Scouts of America Baden-Powell Council

Boy Scouts of America Baltimore Area Council

Boy Scouts of America Bay Area Council

Boy Scouts of America Bay-Lakes Council

Boy Scouts of America Black Hills Area Council

Boy Scouts of America Black Swamp Area Council

Boy Scouts of America Black Warrior Council

Boy Scouts of America Blackhawk Area Council

Boy Scouts of America Blue Grass Council

Boy Scouts of America Blue Mountain Council

Boy Scouts of America Blue Ridge Council

Boy Scouts of America Blue Ridge Mountains Council

Boy Scouts of America Buckeye Council

Boy Scouts of America Buckskin Council

Boy Scouts of America Bucktail Council

Boy Scouts of America Buffalo Trace Council

Boy Scouts of America Buffalo Trail Council

Boy Scouts of America Caddo Area Council

Boy Scouts of America Calcasieu Area Council

Boy Scouts of America California Inland Empire Council

Boy Scouts of America Cape Cod And Islands Council

Boy Scouts of America Cape Fear Council

Boy Scouts of America Capitol Area Council

Boy Scouts of America Cascade Pacific Council

Boy Scouts of America Catalina Council

Boy Scouts of America Central Florida Council

Boy Scouts of America Central Georgia Council

Boy Scouts of America Central Minnesota Council

Boy Scouts of America Central North Carolina Council

Boy Scouts of America Chattahoochee Council

Boy Scouts of America Cherokee Area Council

Boy Scouts of America Chester County Council

Boy Scouts of America Chickasaw Council

Boy Scouts Of America Chief Cornplanter Council

Boy Scouts of America Chief Seattle Council

Boy Scouts of America Chippewa Valley Council

Boy Scouts of America Choctaw Area Council

Boy Scouts of America Cimarron Council

Boy Scouts of America Circle Ten Council

Boy Scouts of America Coastal Carolina Council

Boy Scouts of America Coastal Georgia Council

Boy Scouts of America Colonial Virginia Council

Boy Scouts of America Columbia-Montour Council

Boy Scouts of America Connecticut Rivers Council

Boy Scouts of America Connecticut Yankee Council

Boy Scouts of America Conquistador Council

Boy Scouts of America Cornhusker Council

Boy Scouts of America Coronado Area Council

Boy Scouts of America Cradle Of Liberty Council

Boy Scouts of America Crater Lake Council

Boy Scouts of America Crossroads Of America Council

Boy Scouts of America Dan Beard Council

Boy Scouts of America Daniel Boone Council

Boy Scouts of America Daniel Webster Council

Boy Scouts of America De Soto Area Council

Boy Scouts of America Del-Mar-Va Council

Boy Scouts of America Denver Area Council

Boy Scouts of America East Carolina Council

Boy Scouts of America East Texas Area Council

Boy Scouts of America Erie Shores Council

Boy Scouts of America Evangeline Area Council

Boy Scouts of America Far East Council

Boy Scouts of America Five Rivers Council

Boy Scouts of America Flint River Council

Boy Scouts of America French Creek Council

Boy Scouts of America Gamehaven Council

Boy Scouts of America Garden State Council

Boy Scouts of America Gateway Area Council

Boy Scouts of America Georgia-Carolina Council

Boy Scouts of America Glacier's Edge Council

Boy Scouts of America Golden Empire Council

Boy Scouts of America Golden Spread Council

Boy Scouts of America Grand Canyon Council

Boy Scouts of America Grand Columbia Council

Boy Scouts of America Grand Teton Council

Boy Scouts of America Great Alaska Council

Boy Scouts of America Great Rivers Council

Boy Scouts of America Great Salt Lake Council

Boy Scouts of America Great Smoky Mountain Council

Boy Scouts of America Great Southwest Council

Boy Scouts of America Great Trail Council

Boy Scouts of America Greater Alabama Council

Boy Scouts of America Greater Los Angeles Area Council

Boy Scouts of America Greater New York Council

Boy Scouts of America Greater Niagara Frontier Council

Boy Scouts of America Greater St. Louis Area Council

Boy Scouts of America Greater Tampa Bay Area Council

Boy Scouts of America Greater Wyoming Council

Boy Scouts of America Greater Yosemite Council

Boy Scouts of America Green Mountain Council

Boy Scouts of America Greenwich Council

Boy Scouts of America Gulf Coast Council

Boy Scouts of America Gulf Stream Council

Boy Scouts of America Hawk Mountain
Council

Boy Scouts of America Hawkeye Area
Council

Boy Scouts of America Heart Of America
Council

Boy Scouts of America Heart Of New
England Council

Boy Scouts of America Heart Of Virginia
Council

Boy Scouts of America Hoosier Trails
Council

Boy Scouts of America Housatonic Council

Boy Scouts of America Hudson Valley
Council

Boy Scouts of America Illowa Council

Boy Scouts of America Indian Nations
Council

Boy Scouts of America Indian Waters
Council

Boy Scouts of America Inland Northwest
Council

Boy Scouts of America Iroquois Trail
Council

Boy Scouts of America Istrouma Area
Council

Boy Scouts of America Jayhawk Area
Council

Boy Scouts of America Jersey Shore
Council

Boy Scouts of America Juniata Valley
Council

Boy Scouts of America Katahdin Area
Council

Boy Scouts of America La Salle Council

Boy Scouts of America Lake Erie Council

Boy Scouts of America Las Vegas Area
Council

Boy Scouts of America Last Frontier
Council

Boy Scouts of America Laurel Highlands
Council

Boy Scouts of America Leatherstocking
Council

Boy Scouts of America Lincoln Heritage
Council

Boy Scouts of America Long Beach Area
Council

Boy Scouts of America Longhorn Council

Boy Scouts of America Longhouse Council

Boy Scouts of America Longs Peak Council

Boy Scouts of America Los Padres Council

Boy Scouts of America Louisiana Purchase
Council

Boy Scouts of America Marin Council

Boy Scouts of America Mason-Dixon
Council

Boy Scouts of America Mayflower Council

Boy Scouts of America Mecklenburg
County Council

Boy Scouts of America Miami Valley
Council

Boy Scouts of America Michigan
Crossroads Council

Boy Scouts of America Mid-America
Council

Boy Scouts of America Middle Tennessee
Council

Boy Scouts of America Mid-Iowa Council

Boy Scouts of America Midnight Sun
Council

Boy Scouts of America Minsi Trails Council

Boy Scouts of America Mississippi Valley
Council

Boy Scouts of America Mobile Area
Council

Boy Scouts of America Monmouth Council

Boy Scouts of America Montana Council

Boy Scouts of America Moraine Trails
Council

Boy Scouts of America Mount Baker
Council

Boy Scouts of America Mountaineer Area
Council

Boy Scouts of America Muskingum Valley
Council

Boy Scouts of America Narragansett
Council

Boy Scouts of America National Capital
Area Council

Boy Scouts of America Nevada Area
Council

Boy Scouts of America New Birth Of Freedom Council

Boy Scouts of America North Florida Council

Boy Scouts of America Northeast Georgia Council

Boy Scouts of America Northeast Illinois Council

Boy Scouts of America Northeast Iowa Council

Boy Scouts of America Northeastern Pennsylvania Council

Boy Scouts of America Northern Lights Council

Boy Scouts of America Northern New Jersey Council

Boy Scouts of America Northern Star Council

Boy Scouts of America Northwest Georgia Council

Boy Scouts of America Northwest Texas Council

Boy Scouts of America Norwela Council

Boy Scouts of America Occoneechee Council

Boy Scouts of America Ohio River Valley Council

Boy Scouts of America Old Hickory Council

Boy Scouts of America Old North State Council

Boy Scouts of America Orange County Council

Boy Scouts of America Oregon Trail Council

Boy Scouts of America Ore-Ida Council

Boy Scouts of America Overland Trails Council

Boy Scouts of America Ozark Trails Council

Boy Scouts of America Pacific Harbors Council

Boy Scouts of America Pacific Skyline Council

Boy Scouts of America Palmetto Council

Boy Scouts of America Pathway To Adventure Council

Boy Scouts of America Patriots' Path Council

Boy Scouts of America Pee Dee Area Council

Boy Scouts of America Pennsylvania Dutch Council

Boy Scouts of America Piedmont Council

Boy Scouts of America Pikes Peak Council

Boy Scouts of America Pine Burr Area Council

Boy Scouts of America Pine Tree Council

Boy Scouts of America Pony Express Council

Boy Scouts of America Potawatomi Area Council

Boy Scouts of America Prairielands Council

Boy Scouts of America Puerto Rico Council

Boy Scouts of America Pushmataha Area Council

Boy Scouts of America Quapaw Area Council

Boy Scouts of America Quivira Council

Boy Scouts of America Rainbow Council

Boy Scouts of America Redwood Empire Council

Boy Scouts of America Rio Grande Council

Boy Scouts of America Rip Van Winkle Council

Boy Scouts of America Rocky Mountain Council

Boy Scouts of America Sagamore Council

Boy Scouts of America Sam Houston Area Council

Boy Scouts of America Samoset Council

Boy Scouts of America San Diego-Imperial Council

Boy Scouts of America Santa Fe Trail Council

Boy Scouts of America Seneca Waterways Council

Boy Scouts of America Sequoia Council

Boy Scouts of America Sequoyah Council

Boy Scouts of America Shenandoah Area Council

Boy Scouts of America Silicon Valley Monterey Bay Council

Boy Scouts of America Simon Kenton Council

Boy Scouts of America Sioux Council

Boy Scouts of America Snake River Council

Boy Scouts of America South Florida Council

Boy Scouts of America South Georgia Council

Boy Scouts of America South Plains Council

Boy Scouts of America South Texas Council

Boy Scouts of America Southeast Louisiana Council

Boy Scouts of America Southern Sierra Council

Boy Scouts of America Southwest Florida Council

Boy Scouts of America Spirit Of Adventure Council

Boy Scouts of America Stonewall Jackson Area Council

Boy Scouts of America Suffolk County Council

Boy Scouts of America Susquehanna Council

Boy Scouts of America Suwannee River Area Council

Boy Scouts of America Tecumseh Council

Boy Scouts of America Texas Southwest Council

Boy Scouts of America Texas Trails Council

Boy Scouts of America Theodore Roosevelt Council

Boy Scouts of America Three Fires Council

Boy Scouts of America Three Harbors Council

Boy Scouts of America Three Rivers Council

Boy Scouts of America Tidewater Council

Boy Scouts of America Transatlantic Council

Boy Scouts of America Trapper Trails Council

Boy Scouts of America Tukabatchee Area Council

Boy Scouts of America Tuscarora Council

Boy Scouts of America Twin Rivers Council

Boy Scouts of America Twin Valley Council

Boy Scouts of America Utah National Parks Council

Boy Scouts of America Ventura County Council

Boy Scouts of America Verdugo Hills Council

Boy Scouts of America Voyageurs Area Council

Boy Scouts of America W.D. Boyce Council

Boy Scouts of America Washington Crossing Council

Boy Scouts of America West Tennessee Area Council

Boy Scouts of America Westark Area Council

Boy Scouts of America Westchester-Putnam Council

Boy Scouts of America Western Los Angeles County Council

Boy Scouts of America Western Massachusetts Council

Boy Scouts of America Westmoreland-Fayette Council

Boy Scouts of America Winnebago Council

Boy Scouts of America Yocona Area Council

Boy Scouts of America Yucca Council

## Schedule 1(f)

### Secured Parties

AT&T Capital Services, Inc.
AT&T Corporation
Automation Tools, LLC
CIT Bank, N.A.
Datamax, Inc.
EverBank Commercial Finance, Inc.
Firebird Structures, LLC
Giant Bicycle, Inc.
HYG Financial Services, Inc.
ImageNet Consulting, LLC
Insight Investments, LLC
JPMorgan Chase Bank, N.A.
Kaufman Fire Protection Systems, Inc.
Key Equipment Finance
Konica Minolta Premier Finance
MB Financial Bank, N.A.
Raymond Leasing Corp
TCF Equipment Finance, Inc.
The Chase Manhattan Bank
The "Green Bar Bill" Hillcourt Foundation
The "Green Bar Bill" Hillcourt Foundation, C/O Winstead PC
TIAA Commercial Finance, Inc.
UniFi Equipment Finance, Inc.
Veristor Capital, LLC
Wells Fargo Financial Leasing, Inc.

## Schedule 1(g)

### Banks

Banco Popular
Bank of America
BB&T
Blackrock
Charles Schwab
CIBC - First Caribbean Bank
Federated Bank
Fidelity Investments
Fifth Third Bank
First Bank - Virgin Islands
First State Bank
Goldman Sachs
InBank
JPMorgan Chase Bank, N.A.
Merrill Lynch, Pierce, Fenner & Smith, Inc.
Northern Trust Corporation
PNC Bank
RBC Bank
Regions Bank
Scotiabank
State Street Bank
TD Bank
US Bank
Wells Fargo & Company

## Schedule 1(h)

**Credit Card Processors**

American Express
Authorize.net
Bank of America Merchant Services
Card Connect
Discover
Dynamic Payments
Global Payments Inc.
JPMorgan Chase Bank, N.A.
Mastercard
Moneris
Opticard
Paymentech, LLC
PayPal, Inc.
Shift4
Stripe (Shopify)
TSYS/Cayan
Valutec
Visa
Wells Fargo & Company
Wild Apricot

**Schedule 1(i)**

**Insurers**

Ace Insurance Group
Aetna Casualty and Surety Company
Agricultural Excess & Surplus Insurance
    Company
Agricultural Insurance Company
AIG
Allianz Global Corporate & Specialty SE
Allianz Global Risks US Insurance
    Company
Allianz Insurance Company
Allianz Societas Europaea
Allied World Assurance Co.
Allied World Assurance Company (U.S.),
    Inc.
Allied World Assurance Company, Ltd
Alterra Excess & Surplus Insurance
    Company
American Guarantee and Liability Insurance
    Company
American International Group, Inc.
American Re-Insurance Company
American Zurich Insurance Company
Arch Capital Group (U.S.)
Arch Insurance Company
Arch Reinsurance Ltd.
Argo Group International Holdings, Ltd
Argonaut Insurance Company
Argonaut Insurance Group
Arrowood Indemnity Company
Arrowpoint Capital Corp.
Aspen Insurance Holdings Limited
Ategrity Specialty
Ategrity Specialty Insurance Company
AXA Insurance Company
AXA XL
Axis Capital Holdings Limited
Axis Insurance Company
Axis Specialty Insurance Company
Axis Surplus Insurance Company
Beazley Insurance Company, Inc.
Berkley Insurance Company
Berkshire Hathaway Insurance Group
California Union Insurance Company

Catlin Underwriting Agencies Limited
Century Indemnity Company
Chubb Atlantic Indemnity Ltd.
Chubb Custom Insurance Company
Chubb Executive Risk
Chubb Group of Insurance Companies
Cincinnati Specialty Underwriters Insurance
    Company
Clarendon America Insurance Company
Clarendon National Insurance Company
CNA Insurance Companies
Colony Insurance Company
Columbia Casualty Company
Continental Insurance Company
Endurance American Insurance Company
Endurance American Specialty Insurance
    Company
Enstar Group Limited
Euclid Insurance Services, Inc.
Evanston Insurance Company
Everest National Insurance Company
Everest Re Group
Fairfax (US) Inc.
Fairfax Financial (USA) Group
Federal Insurance Company
Fireman's Fund Insurance Companies
First Specialty Insurance Corporation
First State Insurance Company
Gemini Insurance Company
General Star Indemnity Company
Great American
Great American Assurance Company
Great American E & S Insurance Company
Great American Property and Casualty
    Insurance Group
Gulf Insurance Company
Hallmark Specialty Insurance Company
Harbor Insurance Company
Hartford Accident and Indemnity Company
Houston Casualty Company
Indemnity Insurance Company of North
    America
Indian Harbor Insurance Company

Industrial Indemnity
Industrial Insurance Company of Hawaii
Insurance Company of North America
Insurance Company of the State of
    Pennsylvania (The)
International Insurance Company
Interstate Fire & Casualty Company
Landmark Insurance Company
Lexington Insurance Company
Liberty Insurance Underwriters, Inc.
Liberty Mutual Insurance Company
Liberty Surplus Insurance Corporation
Lloyd's of London
London Market
Markel American Insurance Company
Markel Corporation Group
Marsh & McLennan Companies
MHBT, a Marsh & McLennan Agency
Munich Re Group
Munich Reinsurance America, Inc.
National Casualty Company
National Surety Corporation
National Union Fire Insurance Company Of
    Pittsburgh, PA
Navigators Group, Inc.
Navigators Insurance Company
Navigators Specialty Insurance Company
Niagara Fire Insurance Company
Normandy Reinsurance Company Limited
Ohio Casualty Insurance Company (The)
Old Republic General Group
Old Republic Insurance Company
Old Republic Insurance Group
Pacific Employers Ins. Company
Pacific Indemnity Company Property/
Casualty Insurance Co. Of
    Hartford
RLI Professional Risk
Royal Indemnity Company
RSUI Group
R-T Specialty
Sompo - Endurance American Insurance
    Company
Sompo Holdings, Inc.
St. Paul Surplus Lines Insurance Company
Starr Indemnity & Liability Company

Starr Specialty
Steadfast Insurance Company
Swiss Re Group
Texas Pacific Indemnity Company
The Hartford Financial Services Group, Inc.
The Hartford Fire
The Hartford Insurance Group
The Hartford Steam Boiler Inspection And
    Insurance Company
The Travelers Companies, Inc.
Traders and Pacific Insurance Company
Travelers (Bermuda) Limited
Travelers Casualty and Surety Company
Travelers Indemnity Company
Twin City Fire Insurance Company
U.S. Fire Insurance Company
Universal Re-Insurance Company Limited
Utica Mutual Insurance Company
W. R. Berkley Corporation
W.R. Berkley Group
Westchester Fire Insurance Company
Westchester Surplus Lines Insurance
    Company
XL Catlin
XL Europe Limited
XL Insurance (Dublin) Ltd.
XL Insurance Company SE
Zurich Financial (USA) Group
Zurich Financial Services Group

## Schedule 1(j)

### Landlords

1040 Avenue of the Americas LLC
IRC Retail Centers

**Schedule 1(k)**

**Litigation Parties[2]**



90 Merrick LLC

Aaron Moore
Aaron Yates
ABC Insurance Corporation
Adam Herrington

Aderion Adkisson
Adrian Senentz

Alicia Lifrak

All Saints R.C. Church
Allegheny Highlands Council
Allen Hughes
Aloha Council Chamorro District
Alpine Scout Camp

Andrea Watson

Andrew Aston
Andrew Bloom
Andrew Mannetta
Andrew McMorris

Anita Gettleson
Anna Lee Ingram

Antonia Michelson
Aramark Campus, LLC
Archbishop Christopher Pierre, Apostolic
    Nuncio of The Holy See For The United
    States
Archbishop Timothy Dolan, Archbishop of
    New York
Archdiocese of New York And Our Lady of
    Lourdes Catholic School

---

[2] The professionals seeking to be retained also ran the names of certain individual plaintiffs. In accordance with the *Final Order (I) Authorizing the Debtors' to file (A) a Consolidated List of Counsel Representing the Largest Numbers of Abuse Victims and (B) a Consolidated List of Other Unsecured Creditors of the Debtors, (II) Authorizing and Approving Special Noticing and Confidentiality Procedures, (III) Authorizing and Approving Procedures for Providing Notice of Commencement, and (IV) Granting Related Relief* [Docket No. 274], in order to protect the identities of individual plaintiffs asserting abuse claims and individual plaintiffs who are minors, the Debtors have redacted such information from this list. The Debtors will provide an unredacted version of this list to the Court, the Office of the United States Trustee, and the Committees upon request.



Astral Energy, LLC
Atlanta Area Council, Inc.

Austin Boley

Austin Fruge'

Baden-Powell Council, Inc.
Baiting Hollow Scout Camp
Barbara Cowles
Beech Haven Baptist Church

Benjamin Cudeck

Betty Boland, as the Administrator of The
    Estate of Ernest Boland
Big Cross Elementary School
Billie Jo Mojoinner
Bishop Turner High School
Blackhawk Area Council of Boy Scouts

Blue Ridge Mountains Council
Board of Trustees of The First Baptist
    Church of Gainesville, Inc.

Bobby C. Jones

Bowmansville Fire Co., Inc.
Boy Scout Troop #50 of Hattiesburg,
    Mississippi
Boy Scout Troop 163
Boy Scout Troop 204 Memphis - Chickasaw
    Council - Thunderbird District
Boy Scout Troop 95
Boy Scout Trust Fund
Boy Scouts 11 of America
Boy Scouts of America - Hiawatha Council
Boy Scouts of America Atlantic Area
    Council Inc.
Boy Scouts of America Atlantic Area
    Council No. 331
Boy Scouts of America Big Apple District
Boy Scouts of America Greater Los Angeles
    Area Council
Boy Scouts of America Pack 494
Boy Scouts of America Phoenix District
    Troop 49
Boy Scouts of America San Diego-Imperial
    Council
Boy Scouts of America Troop 1000 Inc.
Boy Scouts Troop #64
Boy Scouts Troop 460
Brad Ewell

Bradley Schumann
Brandon Wood
Brazen Matson

Brennan Johnston
Brentley Wells

Bretty Bybee

Brian P. Wagner



Bronx Council
Brooklyn Chinese-American Association
Brooklyn Council
Bruce Desandre

Buffalo Trail Council
Buffalo Trail Scout Ranch
Calasanctius School of Buffalo
Caleb Steinhoff
California Inland Empire Council

Camille Travis
Camp Aquehonga
Camp Big Timber
Canisius High School of Buffalo
Capuchin Franciscans
Capuchin Franciscans Custody of Star of
    The Sea
Capuchin Franciscans, Province of St. Mary
Carol Chacon
Carolyn Hemphill
Carrie Stafford
Carroll Township Police Department
Cascade Charter Township
Cascade Pacific Council
Casey Scott
Catholic Cemeteries of Roman Catholic
    Diocese of Buffalo, Inc.
Catholic Health of WNY and its subsidiaries
Cathy Ostrenga
Celeste Rone-Moss

Charles Copeland
Charles Oglesby, Sr.
Charles Stauder
Charlie Bate

Chase Dansereau
Cherokee Area Council, Inc.
Chicago Area Council
Chickasaw Council
Chief of Police Jon Belmar
Chief Seattle Council
Chris Alvelo

Chris Larrabee
Chris McCullough
Christ The King Seminary Fund, Inc.

Christina Vovchuk

Christopher Finks
Christopher Larrabee

Christopher Payne
Christopher Pelletier

Christopher Vogel

Church of The Holy Innocents
Cincinnati Insurance Company
Circle Ten Council
Citizens' Hose Company No. 1 of Dillsburg
    Penna
City of Columbus
City of Louisville
City of Louisville-Jefferson County-
    Louisville Consolidated Government

Clark Martin
Claudius Douglas Mair-Worley
Clayton Historical Society

Clifton Neyrey
CLK/HP 90 Merrick LLC
Clyde Noland

CMR A/S/O Cox Communication

Columbus School District
Complaint and Michigan Crossroads
   Council, Inc.
Connecticut Rivers Council
Connecticut Rivers Council Troops 258 &
   302
Connecticut Yankee Council, Inc.
Connor Cudeck

Continental Tire The Americas, LLC
Cornelia Berrocal
Corporation of the President of the Church
   of Jesus Christ of Latter-Day Saints
Country Farm Supply
Cradle of Liberty Boy Scouts of America

Craig Bingham

Ct Yankee Council
Cub Scout Pack 601
Curtis Flaherty

Dan McGill
Daniel Boone Council Inc.
Daniel Camerano

Daniel P. Sturtzel
Daniel Richardson

Daniel Wagner
Daniel Webster Council Inc.
Darla Duarte
David A. Declue

David Dale
David G. Derrick
David Gomes
David H. Scharf
David K. Buterbaugh

David Lannes
David McDaniel

David Michelson

David Silva

Debra Schwamberger
Dechaison White
Denis Lane

Dillsburg Community Fair Association
Dillsburg Lions Club And Dillsburg Boy
   Scout Troop #38
Diocese of Brooklyn
Dolores Snyder
Donald C. Shriver
Donald Grande
Donald J. Hebert



Doug Stevenson

Douglas Nail

Dwight Cable

Eamonn Ferrante
East Meadow Youth Baseball & Softball
    Association
Ed Miller
Eddie Blue
Edgar Riecke

Edward M. Bednarczyk
Edward Perriera

Elijah Knight
Elliott Litz
Elwood Union Free School District
Emely Santos

Emma O'Connor

Eric L. Young, Administrator of The Estate
    of Christopher Alvelo
Eric R. Park
Essex County Council of The Boy Scouts of
    America
Estate of Robert Whitelaw, Deceased
Ethan Fuller
Ethan Rapier

Evan Park Howell, Iii

Evergreen Area Council, Boy Scouts of
    America
Fabian Lopez
Fairfield County Council of Boy Scouts of
    America, Inc.
Fayetteville United Methodist Church

First Baptist Church of Athens
First Baptist Church of Danville D/B/A Boy
    Scout Troop 354
First Baptist Church of Gainesville
Five Rivers Council Inc.
Floodwood Mountain Scout Reservation
    Association, Inc.
Ford Motor Company
Francis (Skip) Toomey II

Frank Pedone



G.A.C.

Gabriel Racine
Gage Wilson
Garden State Council
Gary Ackerman
Gary Carroll

Gary L Strain
Gary Langsdale

George D. McClay
                   C/O Berman
    O'Connor & Mann

George J. Eberl
Geovanni McClain

Glens Falls City School District
Gloria Garcia
Governor Clinton Council, Inc., Boy Scouts
    of America
Grace Gordon
Grand Canyon Council
Great Alaska Council
Great Salt Lake Council
Great Southwest Council
Greater Alabama Council
Greater New York City Councils

Greater Niagara Frontier Council
Greater Niagara Frontier Council #380 of
    The Boy Scouts of America
Greater St. Louis Area Council, Boy Scouts
    of America, Inc.
Greater Tampa Bay Area Council, Inc.
Greater Yosemite Council, Inc.
Greek Orthodox Archdiocese of America
Green Acres Baptist Church
Greenport Fire Department
Greg Day

Greg Ploski

Guy Rollf
Guy Thomas Buker
Hacker Coverage Dispute
Harley Avenue Primary School

Hawk Mountain Council, Inc., Boy Scouts
    of America
Hawkeye Area Council, Boy Scouts of
    America, An Iowa Corporation
Heart of America Council
Heart of New England
Heart of Virginia Council, Inc., Boy Scouts
    of America
Heath Faucheux
Henry Reinsburrow
Holy Family Church
Holy See Instrumentalities

Holy See, State of Vatican City - The
      Vatican
House of Hope Presbyterian Church

Hudson Valley Council
Hunter Iverson

Ian Simpson

Immaculate Conception R.C. Church
Indian Waters Council Boy Scouts of
      America Inc.
Iroquois Trail Council Inc.
Irwindale Police Department
Istrouma Area Council

J.E. Mathis

Jack Rose

Jacob Nelson

James Gambrell King

James Kennedy

James Potjunas

James Stillwell, Jr.

James T. Grace Jr.

Jane Sutterlin
Janessa Miller
Jarred Pai
Jasiah Marshall

Jason Hofmann

Jason R. Brockman

Jayshawn Brown
Jefferson County
Jefferson County / Louisville Consolidated
      Government
Jeffery Leonard And Individual

Jersey Shore Council
Jesse Bessette

Jessie Tomeo



Joanne Nauheimer (Class Action)
Joanne Nauheimer (Individual)

Joel Shumway
John B. Lowell
John Cimral

John Gruber

John J. Beardsworth, Jr.

John Jones

John Lund

John Richers

Jonathan Dunn

Joseph Alvarado

Joseph F. Snyder

Joseph L. Snyder

Joseph Porter and Gail Porter

Joseph Tetlow

Joshua Goodwin
Joshua P. Christ
Joshua Simpson
Joshua White
Judy Crawford
Julie Hedrick
Julie Schmidt



Kaden Lynch
Kalin Bart Talbott River Road Trust
Kalvin Marshall
Karin Larrabee
Karina Miller

Kathleen Hufford
Kathryn (Katie) Schulze

Keegan Day

Kellie Bogardus

Kenneth Betts

Kent L. Wallace
Kerrie Galvin (Obo Trevor Galvin)

Keystone College
Kimberly Payne
Kincaid Tyas
Kireon D. Pleis

Kristopher Bartee
Kyle Boell

Landon Bassett

Las Vegas Area Council, Inc.
Laurie Buckelew

Lawrence Svrcek
Leanna Stanley
Learning For Life Inc.
Leatherstocking Council
Lebanon Lions Club
Lee Shedroff
Leo Kelly

Lincoln Heritage Council
Linda Davis
Linda Fant
Linda Jensen
Lindsay Bishop
Lisa C. Crocus
Lloyd Bryant

Logan Bogardus
Logan Larrabee
Logan Mackay
Longhouse Council

Louisville Metro Police Department

Luke Bennett

Madison Osborne

Malcolm Boykin
Malmaison District
Manhattan Council, Boy Scouts of America

Marc Anderson
Marco Romero
Marcus Kang
Marcus Mack

Marjorie Bewley
Marjorie Morris

Mark Helser and Jane Doe Helser
Mark Kern

Mark Tibbetts
Mark Tumeo
Mark Vincett

Mathew Zaiss
Matt Day

Matthew Gelhausen
Matthew Inbody
Matthew McClay
Matthew S. Devore
Matthew Teixeira
Matthew Yakaboski

Max Moon
Maya Cann
Mayflower Council

Megan Knoernschild

Micah Hattaway

Michael Frys

Michael Kelsey

Michael Maffetone



Michael Rega

Michael Sandifer

Michelle Delutri
Michigan Crossroads Council, Inc.
Mid-America Council
Middle Tennessee Council

Miles Woolsey
Monastery of Christ In The Desert
Monmouth Council
Monsignor Michael Harrington
Monsignor William Stanton
Montana Council

Mossy Ford, Inc.
Most Reverend Edward U. Kmiec
Most Reverend Henry J. Mansell
Most Reverend Richard J. Malone

New York Greater Councils
Newport Sea Base - Orange County Council
Niagara Frontier Council, Boy Scouts of
    America

Nina Baldinucci
Nipmuck District of the Connecticut Rivers
    Council of The Boy Scouts of America

Nolan Henderson

North Florida Council
Northeast Georgia Council, Inc.
Northeastern Pennsylvania Council
Northern New Jersey Council
Northern Star Council

Old Republic Insurance Company, Inc.
Omega Pacific, Inc.
Orange County Council
Orange County Rowing Club
Oregon Trail Council, Inc.

Our Savior Lutheran Church

Parker Irey
Pat Currie
Pathway To Adventure Council
Patricia Donehue
Patricia Gerber
Patrick A. Mancuso

Patriots' Path Council

Paul Antosh
Paul Brandon Paris

Paul R. Thomson, Jr.

Paul Scarola



Pauline Jenkins

Penn Mountains Council
Penny Nomura

Peter Rymut

Pierce Hull
Pine Burr Area Council, Inc.
Police Officer Annette Hoyt
Polly Root
Pope Francis
Progressive Casualty Insurance Company
Quapaw Area Council
Queen of Peace R.C. Church
Queens Council
R. Fleming Weaver, Jr.

Randolph "Randy" Nowak

Raul Cadena

Reckson Operating Partnership, L.P
Red Mountain Asset Fund, LLC
Regina McCullough

Regis High School
Reid Comita
Reilly Nahill
Rev. Basil Ormsby, S.J.
Rev. David Bialakowski
Rev. Donald W. Becker
Rev. Florian Jasinski
Rev. Frederick Fingerle
Rev. Gerald Jasinski
Rev. John P. Hajduk
Rev. Joseph Persich, S.J.
Rev. Nelson Kinmartin
Rev. Norbert Orsolits
Rev. Ronald Sajak
Rev. Ronald Silverio
Rev. Theodore Podson
Rev. William White

Richard L. Lucero

Richard Lehr



Richard Mathews

Richard Robbins
Richard Rognsvoog

River Rivers Council, Boy Scouts of
    America

Robert Bulens

Robert Hallum
Robert Jorgensen

Robert Logan Talbott River Road Trust

Robert Sutterlin
Robert Talbott, Inc

Roberts. Talbott Revocable Trust

Roman Catholic Archbishop
Roman Catholic Archbishop of Agana
Roman Catholic Archdiocese of New York,
    Archdiocese of New York

Ronald Hegwood

Ronnie Mason

Ruth Kvistad

Sacred Heart - Espanola
Saint John The Baptist Church

Salvador Rivera
Sam Houston Area Council
Sam Houston Area Council Phoenix District

Samuel Christian Carelton
Samuel Roche
San Gabriel Valley Council
Sandy Potjunas
Sarah Case Talbott River Road Trust
SC Boy Scouts Council Inc.
School Sisters of Notre Dame Central
    Pacific Province, Inc.
School Sisters of Notre Dame, Region of
    Guam



Scott Michelson

Scout Troop 4200
Second Baptist Church
Seneca Waterways Council, Boy Scouts of
    America
Sequoia Council
Sergeant Konrad Wojciehowski



Sharon Giovingo
Sharon Richardson

Shawn Pelletier

Sheree Dodge
Sherrilynn Wood
Sherrye Howell
Shirley Williams
Silicon Valley Monterey Bay Council
Skylar Prestano
Sleepy Hollow Vineyards, L.P.
Society of Jesus, USA-Northeast Province

Southeast Louisiana Council
Southern California Scullers Club
Southern Shores Field Service Council
Southwest Bartholomew Volunteer Fire
    Department, Inc.
St. Benedict Joseph Labre Church
St. Benedict Joseph Labre School
St. Brigid R.C. Church
St. Catherine's Roman Catholic Church
St. Catherine's Roman Catholic Church
    School
St. Demetrios Greek Orthodox Church
St. Francis of Assisi Roman Catholic
    Church
St. Francis Xavier Church
St. Helena Parish
St. John Gualbert R.C. Church
St. John Vianney R.C. Church
St. Joseph Investment Fund, Inc.
St. Josephats R.C. Church
St. Paul's R.C. Church
St. Teresa R.C. Church

Stanley Bassett



State of Wisconsin
Stephanie K. Jones
Stephanie Regalia

Stephen White
Stephen Zanetti

Steve Stenger

Steven Harris
Steven N. Brown
Strawbridge United Methodist Church
██████████████████████████
Suffolk County Council
Suffolk County Policy Department
█████████████████████████████
█████
Susan Burk
Susan Reisinger
Susanna Otto
Susquenango Council
Sussex District Boy Scouts of America
T.B.C.P.C
T.B.S.O.A.I.
███████████████████████
Tanner Bailey
Ten Mile River Scout Camps A/K/A Ten
    Mile River Scout Camps, Boy Scouts of
    America
███████████████████████
Terry A. Wright
████████████████████████████
████████████
Terry Zellers
Thad Alton
The Blessed Trinity R.C. Church
The Church of Jesus Christ of Latter Day
    Saints
The City of Irwindale
The County of Nassau
The Diocese of Rochester
The Estate of F.E. (Gene) Bobo
The Fidelis Care as a Trademark for the
    Centene Corporation
The Foundation of The Roman Catholic
    Diocese of Buffalo, N.Y., Inc.
The Hamlet of East Meadow
The Hartford Insurance Group
The National Boy Scouts of America
    Foundation

The Roman Catholic Diocese of Syracuse,
    NY
The School Sisters of Notre Dame
    Milwaukee Providence, Inc.
The Temple Congregation Adath Israel-
    B'rith Sholom Inc.
The Town of Hempstead
Theodore Roosevelt Council
Theresa Kennedy
Thomas Bogardu
██████████████████████████
█████
Thomas Doering
Thomas Kiely
████████████
Thomas Lane
Thomas Larry
Thomas M. Thackeray
███████████████████████████████
█████████
Thomas Scott
███████████████████████████████
████████████████
Three Fires Council
Tidwald Law
Tiffany Riggs
████████████████████████
██████████████████████████████
███████████████████████
██████████████████████
Timothy Fedor
██████████████████████████████
████████████████
Timothy Savage
██████████████████████
Todd Puccio
Tom Hartmann
Tomas A. Camacho
Town of Deerfield

Town of Trumbull
Trapper Trails Council

Travis Leppi
Trent Herlihy
Trevor B. Paulson

Troop #7354
Troop 141 BSA
Twin Rivers Council
Union United Methodist Church
United Services Automobile Association
Unitedhealthcare Insurance Company
USA Northeast Province of The Society of
    Jesus

Valerie Mcgriff (Gawle)
Varteni Yerjanian
Vern Iverson
Vernon Wunnenberg

Victor Caps

Vincent Liberto

Virgil Sanders
Virginia Adkins
Walgreen Company

Washington Crossing Council
Wayne Farrar

Weedsport Central School District
Westchester Putnam Council
Westlake Hills Presbyterian Church

William Bewley
William Brannon
William Edward Bewley

William Greenwald
William Hoke

William Pugh
William Pugh Jr
William Rick Bailey
William Rish Jr
William Ruscoe

William Short

XYZ Corporation
XYZ Corporation 1-100
XYZ Entities 1-100
XYZ Insurance Corporation
Yucca Council
Zachary Babel

Zachary Schmidt
Zachary Spahr
Zorro Ragsdale

### Schedule 1(l)

**Professionals Retained by the Debtors**

Alvarez & Marsal North America, LLC
**Appraisers of the Keys, Inc.**
Bates White LLC
**BW Ferguson & Associates Ltd.**
**Dawn M. Powell Appraisals Inc.**
**F.I. Salter, Inc**.
Haynes & Boone, LLP
**Hotel & Leisure Advisors**
KCIC, LLC
Morris, Nichols, Arsht & Tunnell LLP
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Omni Agent Solutions
**PricewaterhouseCoopers LLP**
**Quinn Emanuel Urquhart & Sullivan LL**P
Sidley Austin LLP

**Schedule 1(m)**

**Professionals Representing Certain Parties in Interest**

AlixPartners LLP
**Andrews & Thornton**
Ankura Consulting Group, LLC
**ASK LLP**
**AVA Law Group, Inc.**
**Bayard, P.A**.
Berkeley Research Group, LLC
**Bradley Riley Jacobs PC**
**Brown Rudnick LLP**
**Choate, Hall & Stewart LLP**
**Crew Janci LLP**
**Dr. Jon R. Conte, Ph.D.**
**Eisenberg, Rothweiler, Winkler,**
**Eisenberg &**
    **Jeck, P.C.**
**Fineman Krekstein & Harris PC**
**Foran Glennon Palandech Ponzi &**
**Rudloff P.C.**
**Gilbert LLP**
**Hurley McKenna & Mertz, P.C.**
**Jeff Anderson & Associates, PA**
**Kosnoff Law PLLC**
Kramer Levin Naftalis & Frankel LLP
**Lujan & Wolff, LLP**
**McDermott Will & Emery LLP**
**Merson Law**
**Mintz, Levin, Cohn, Ferris, Glovsky**
**and**
    **Popeo, P.C.**
**Monzack Mersky Browder and**
**Hochman,**
    **P.A.**
**Nicolaides Fink Thorpe Michaelides**
**Sullivan**
    **LLP**
Norton Rose Fulbright US, LLP
**O'Melveny & Myers LLP**
Pachulski Stang Ziehl & Jones
**Pasich LLP**
**Paul Mones PC**
**Pepper Hamilton LLP**
**Pfau Cochran Vertetis Amala PLLC**
PJT Partners, Inc.

**Reed Smith LLP**
**Seitz, Van Ogtrop & Green, P.A.**
**Shipman & Goodwin LLP**

**Slater Slater Schulman LLP**
**Stampoulis & Weinblatt LLC The**
**Panitch Law Group, P.C.**
**Troutman Sanders LLP**
Wachtell, Lipton, Rosen & Katz
Young Conway Stargatt & Taylor, LLP

**Schedule 1(n)**

**Ordinary Course Professionals**

An, Tian, Zhang & Partners
Bassford Remele PA
BAX Advisors LLC
Bays Lung Rose Holma Attorneys at Law
Bond, Schoeneck & King PLLC
Boone Karlberg P.C.
Carolina Fridman Law Corporation
CCPIT Patent & Trademark Law Office
Christopher T Hurley & Associates P.C.
Civille & Tang PLLC
Clarke Silverglate P.A.
Connell Foley LLP
Cranfill Sumner & Hartzog LLP
Crotty & Schiltz LLC
Dentons US LLP
Foland, Wickens, Roper Hofer & Crawford, P.C.
Fox Rothschild LLP
Gerolamo Mcnulty Divis & Lewbart, P.C.
Grefe & Sidney, P.L.C.
Gruber Thomas & Co.
Harper & Pearson
Hawley Troxell Ennis & Hawley LLP
Hecht, Latham Spencer & Associates, Inc.
Heplerbroom LLC
Herman Law Firm P.A. Trust Account
Hinshaw & Culbertson LLP
Howard & Co., LLP
Hueston Hennigan
Keleher & McLeod PA, Attorneys at Law
Keller & Almassian, PLC
Kipp and Christian, P.C.
Kosnoff Fasy PLLC Trust Account
LCG Associates, Inc.
Lightfoot Franklin & White LLC
Locke Lord LLP
Mandell Menkes, LLC
Mark Gallagher Attorney
Markowitz Herbold PC
McAngus Goudelock & Courie
McGuire Woods LLP
McGuire, Craddock & Strother, P.C.

McLane Middleton, Prof. Assoc.
Mead & Hunt, Inc.
Melick Porter, LLP
Miller & Martin PLLC
Miller, Johnson, Snell & Cummiskey, P.L.C.
Milliman Inc.
Milliman USA Inc.
Mitchell Garabedian Attorney
Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C
MNP LLP
Nicholas W Mulick PA
Nigro Karlin Segal & Feldstein
Park Dietz & Associates, Inc.
Perkins Coie
Ruhter & Reynolds, Inc.
Saul Ewing LLP
Scheper Kim & Harris, LLP
Sheehy Ware & Pappas PC
Sitlinger & Theiler
Steptoe & Johnson PLLC
Stich, Angell, Kreidler, Dodge & Unke, P.A.
Stillwell Midgley PLLC
Stites & Harbison PLLC
Taylor, Porter, Brooks & Phillips, L.L.P.
Texas Medical Legal Consultants
Thompson Coe & O'Meara LLP
Towers Watson Delaware, Inc.
Upshaw Williams Biggers
Vinson & Elkins LLP
White and Williams LLP
Whitney Smith Company Inc.
Wicker, Smith, O'Hara, McCoy, & Ford, PA
Wiggin & Dana LLP
Wilson Elser Moskowitz Edelman & Dicker LLP
Winston & Strawn LLP

### Schedule 1(o)

**Tort Claimants Committee**

Christopher Desmond Haywood
Douglas A. Kennedy
John Humphrey
Jorge Tabon
Jorge Vega
Morgan Wade Paul
Richard Halvorson
Robb Lawson
Robert Grier

## Schedule 1(p)

### Unsecured Creditors Committee

Girl Scouts of the United States of America
Lion Brothers Company Inc.
Pearson Education, Inc.
Pension Benefit Guaranty Corporation
Roger A. Ohmstede

**Schedule 1(q)**

**Top 25 Plaintiffs' Law Firms Representing the Largest Number of Abuse Victims
Asserting Claims Against the Debtors**

Andreozzi & Associates, P.C.
Ava Law Group, Inc.
Bondurant, Mixson & Elmore, LLP
Crew Janci LLP
Dumas Law Group, LLC (A/K/A Dumas & Vaughn Attorneys at Law)
Eisenberg Rothweiler, Winkler, Eisenberg & Jeck, P.C.
Green & Gillispie
Gregg, Hunt, Ahern & Embry Attorneys at Law
Hurley McKenna & Mertz, P.C.
Jeff Anderson & Associates, PA
Kosnoff Law
Law Offices of Mitchell Garabedian
Lindsay Hart, LLP
Lujan & Wolff, LLP
Marsh Law Firm
Merson Law
Michael G. Dowd
Paul Mones PC
Penn Law Group
Pfau Cochran Vertetis Amala PLLC
Rebenack, Aronow, Mascolo, LLP
Robins Kaplan LLP
Rubenstein & Rynecki
Sweeny Reich & Bolz, LLP
Thomas Law Office, PLLC

## Schedule 1(r)

**Top 30 General Unsecured Creditors of the Debtors (Non-Abuse Claims)[3]**

American Engineers & Contractors
Anne Terry
Bradley Farmer
C. Michael Hoover Jr.
C. Wayne Brock
███████████████████████
David J. Ross II
Donald McChesney
Gary Butler
Hugh Travis
Jeffrey Hunt
John Green
Judith Ratcliffe
Kathy Sue Stone
Kenneth L. Connelly
Michael Surbaugh
NCS Pearson, Inc.
███████████████████████
Quad/Graphics, Inc.
Raymond L. Blackwell
Richard Lehr
Robert J. Mazzuca
Robert Tuggle
Roy L. Williams
Thomas H. Fitzgibbon
Thomas Harrington
Thomas Varnell

---

[3] The professionals seeking to be retained also ran the names of certain individual plaintiffs. In accordance with the *Final Order (I) Authorizing the Debtors' to file (A) a Consolidated List of Counsel Representing the Largest Numbers of Abuse Victims and (B) a Consolidated List of Other Unsecured Creditors of the Debtors, (II) Authorizing and Approving Special Noticing and Confidentiality Procedures, (III) Authorizing and Approving Procedures for Providing Notice of Commencement, and (IV) Granting Related Relief* [Docket No. 274], in order to protect the identities of individual plaintiffs asserting abuse claims and individual plaintiffs who are minors, the Debtors have redacted such information from this list. The Debtors will provide an unredacted version of this list to the Court, the Office of the United States Trustee, and the Committees upon request.

## Schedule 1(s)

### Deferred Compensation and Restoration Plan Participants

Alan Lambert

Alfred D Morin

John Andrews

Anne Terry

Bonnie H Bishop

Bradford C Allen

Bradley Farmer

C. Wayne Brock

C Michael Hoover Jr

C Wayne Brock

Pamela E. Carroll

Danny R. Clifton

John A. Coyle

David J Ross II

Donald McChesney

Douglas S Smith Jr

Erik L Nystrom

Erin Eisner

Frances Lynne Park

Frederick  Wallace

Gary Butler

Jeffrie A. Herrmann

Mark Holtz

J Carey Keane

Jeffrey Hunt

John Green

John Mosby

Joseph S Coco

Judith Ratcliffe

Justin McCarthy

Kathy Sue Stone

Kendrick Miller

Kenneth L Connelly

Randall Kopsa

Albert Kugler

Lawrence F Potts

Lawrence L Otto

Mark Logemann

Robert J. Mazzuca

Michael Ashline

Michael Kaufman

Michael Surbaugh

Alfred D Morin

Patrick Sterrett

Ponciano Duran

John Primrose

Raymond L Blackwell

Richard J Mathews

Robert J Mazzuca

Robert Tuggle

Roger A Ohmstede

Ron Oats

Ronald K Hegwood

Roy L Williams

Steven P. McGowan

Michael Surbaugh

Thomas H Fitzgibbon

Thomas Harrington

Hugh Travis

Thomas Varnell

Harold Watson

Willie Iles Jr.

**Schedule 1(t)**

**Significant Contract Counterparties**

3096-3227 Quebec Inc/Groupe Access
501c Services
Accelogix LLC
Ace Adventure Resort Inc.
Adobe Systems Inc.
AdvantageCS
Adven Capital Group LLC
Adventures WV
Alert Logic Inc.
Amazon Web Services Inc.
American Audio Visual Inc.
American Electric Equipment Inc.
American Food & Vending Corp
AMS America Inc.
Arnica Software Corp
Arrow Capital Solutions Inc.
AT&T (5019)
AT&T Capital Services, Inc.
AT&T Mobility
Automatic Data Processing Inc.
Avalara Inc.
Ayers Construction
Ayoka LLC
Blackbaud Inc.
Brown & Bigelow, Inc.
Butch Whitten Construction
Buxton Company
CEC Facilities Group LLC
Certain Inc.
CircuiTree, LLC
Constellation NewEnergy, Inc.
Corra Technology Inc.
Datamax
Dci / Shires Inc.
Dci Shires
Dupont Hotel Project Owner LLC
Durham School Services, L.P.
First Advantage Lns
First Maintenance Company
Freeman Decorating Co
Gaylord National Resort And Convention
    Center

Gaylord Texan Resort And Convention
    Center
Glas
Golin Harris International Inc.
Grant Thornton
Groupe Access
High Towers Wood, Welding & Fabrication,
    Inc.
Hyatt Regency Atlanta, Inc.
Hyatt Regency Dallas
Hyatt Regency New Orleans
IBM
Iidon Inc.
ImageNet Consulting LLC
Infosys
Infosys Limited
Insight Investments LLC
JDA Software Inc.
Ksquare Solutions Inc.
Lumos Networks
Maitreyi Consultants Inc.
Manchester Grand Hyatt
Mark Monitor Inc.
Meetings By Design Inc.
MetLife
Mi9 Retail Na Corp
Microsoft Services
Mimeo.com Inc.
Montclair State University
Morneau Shepell Limited (formerly known
    as Mercer Inc.)
MuleSoft Inc.
MXD Group Inc.
Naturally Slim
Nelson Westerberg/Atlas Van Lines
NTT Com Security (US) Inc.
Oracle America Inc.
Perimeter International
Philadelphia Marriott Downtown
Raymond Leasing Corporation
RCG Global Services Inc.
Riskonnect Inc.
River Expeditions

Robot And Pencils
Rpe Outsourcing, LLC
S & Me Inc.
Shawn H Jackson
Sheraton Birmingham
Skillsoft Corporation
Southern Air, Inc.
Sovos Compliance LLC
Sun Life Assurance Company of Canada
Tech Plan Inc.
The Vitality Group LLC (TVG)
Thomas Hjellming
Town Sports International Holdings, Inc.
United Healthcare
Unum
Upp Technology
Upper Keys Marine Construction, LLC
Verifone
VSP
Wage Works
Weston Solutions Inc.
Yeti Coolers, LLC

## Schedule 1(u)

### Significant Customers

A-B Emblem
Classb
Flemington Dept. Store
Ramsey Outdoor Store
The Moritz Embroidery Works, Inc.

**Schedule 1(v)**

**Significant Donors**

Abigail Maddi
America's Charities
Anadarko Petroleum Corporation
Blake Family Trust
Dean Wm. Carr, Jr. Trust
Estate of Allen C. Weiss
Estate of Ingeborg M. Borre
Estate of Steven C. Schoger
Estate of Thomas Parissidi
Fowler Family Fund
Gorini & Gorini LLP
Greater Kansas City Community Foundation
H P Farrington Trust C/O Bank of America
H. P. Farrington - HPF Foundation RSDY
Insurance Auto Auction
James S. Turley
John C. Jadel
John D. Harkey
John D. Tickle
John E. Link
Krevsky, Silber & Bergen
Lonnie C. Poole
Murray Energy Corporation
Mutual of Omaha Insurance Company
Publishing Concepts, L.P.
R. Doyle Parrish
Robert Cruickshank
Stephen D. Bechtel, Jr. Foundation
Steven A. Antoline
Steven E. Zachow
The James Annenberg La Vea Charitable Foundation
The Walter R. Wormell Trust
Tilden Family Philanthropy Fund
Todd L. Johnson
Tridave, LLC

**Schedule 1(w)**

**Significant Vendors**

1-800-Pack-Rat
Ace / Esis
Ace Adventure Resort Inc.
Ace American Insurance Company
Adventure Medical/Tender Corp
Allied Rentals Inc.
American Airlines
American Outdoor Products
AR & JO & MH LLP
Aspen Corporation
Automotive Rentals Inc.
AVIO Consulting LLC
Barebones Systems
Barkley House Ii Inc.
BC Sales And Sourcing
Berman O'Connor & Mann
BHG Structured Settlements Inc.
Bison Designs LLC
Boxley Aggregates of West Virginia LLC
Boy Scouts GA Recon Acct
Boy Scouts of America Recon Clearance
BSA Florida Sea Base BPC
BSA Parents Inc.
Buzzshift Inc.
Cai Design Inc.
Calypso Water Sports & Charters, Inc.
Capital Printing Co
Capitol Business Equipment
CDW Direct, LLC
Chasan & Walton LLC
Coleman Co Inc.
Compass Group USA Inc.
Computer Digital Imaging Corporation
Council Unemployment
Covington & Burling LLP
Cramer Security & Investigations Inc.
Crest Craft Company
Crown Awards
Crystal Bay Corporation
David W McKeehan
Davis Polk & Wardwell LLP
Deprez Travel Bureau Inc.
Derby Worx Inc.

Diamond Brand Canvas Products
Eagles Nest Outfitters, Inc.
EAN Services LLC
Eco Structures Australia Pty LTD
Egroup Recognition
Eski Inc.
Facebook Inc.
FedEx
Fenwick & West LLP
Fidelity Retirement Services
Fiji Elevator Company
Forest Fitness LLC
FTI Consulting Inc.
G&G Outfitters Inc.
Gateway Press Inc.
General Datatech LP
Gerald Magar Jr
Gilbert LLP
Gillmann Services Inc.
Gregory M Skinner
GSI Outdoors Inc.
GSR LLC
Guinn Consulting LLC
Health Special Risk Inc.
Hike America
Hintz Targeted Marketing, LLC
Insigniam Performance LP
Jesse Scofield Productions LLC
Jurisprudent Deferral Solutions LLC
Kahoot Products Inc.
Klymit (Argon Technologies)
KT Brown Consulting LLC
Kuehne and Nagel
Labatt Food Service
Leatham Family LLC
Leatherman Tool Group Inc.
Lewis A Whitten
Liberty Mountain Sports LLC
Low Impact Excavators Inc.
Lowe's Companies, Inc.
Macro Integration Services Inc.
Magic Novelty Co Inc.
Marriott Business Services

Marriott International
Marsh & McLennan Agency LLC
McGovern & Company
Mercer
Mittera Group
Morris & Player PLLC
MTM Recognition Corp
Mutual of Omaha Structured
Myers Lawn Care Services
NCS Pearson Inc.
Nichols Kaster PLLP
Optum Health Bank
Oregon Freeze Dry Inc.
Orkin
Osprey Packs, Inc.
Out Island Sailing Adventures LLC
Pacific Life & Annuity Services Inc.
Paradies Gifts Inc.
Paramount Builders LLC
Paramount Headwear Inc.
Partnership Employment Dallas LLC
Peak Industries Inc.
Peiyork Intl Co Inc.
People 2.0 Global Inc.
Pray Publishing
Pro-Honor Design & Casting
Quad Graphics Inc.
Renegade Productions Inc.
Royle Printing Co
Ryder Last Mile Inc.
Saunders Staffing Inc.
Schwebel Goetz & Sieben PA
Shamrock Foods Company
Shutterstock Inc.
Silver Creek Leather Co
Silver Golub & Teitell LLP
Stamps.Com
Stange Company Inc.
State Board of Equalization
Strategic Orient Sourcing
Sunbelt Rentals
Supplyone Rockwell, Inc.
Symphonix Solutions Inc.
Syncb/Amazon
Sysco South Florida Inc.

Target Creative Group Inc.
Texas State Comptroller
The Duck Company
The McClellan Law Firm A/C Trust Fund
The Special Event Company
The Thrasher Group, Inc.
Thiel Law Office PLLC
Thorlo, Inc.
Tower Legal Staffing Inc.
Trainham Cattle Company
Transportation Management Services
True Digital Security Inc.
Ugly Mugz
Unblind Productions Inc.
US Foods, Inc.
USPS / Eps
Vandalia Bronze
Vigna Information System LLC
Vision Service Plan
Vista Outdoor Sales LLC
Wagner Equipment Company
Wealth-X LLC
White Wilderness Inc.
Wolverine World Wide Inc.
World Scout Bureau
World Scout Foundation
World Scout Shop LTD
Yadgarov & Associates PLLC
You Are Here LLC

**Schedule 1(x)**

**Significant Taxing Authorities**

Acadia Parish School Board
Alabama Attorney General's Office
Alabama Securities Commission
Arizona Corporation Commission
Arizona Dept. of Revenue
Arkansas Dept. of Finance
Ascension Parish Sales Tax Authority
Assumption Parish
Avoyelles Parish School Board
Beauregard Parish Sales Tax
Bossier City - Parish
Caddo Shreveport Sales
Calcasieu Parish School Board
California Department of Justice
Canada Revenue Agency
Capitol Corporate Services Inc.
Charleston County
City of Canon City
City of Chicago - Dept. Of Revenue
City of Colorado Springs
City of Craig Alaska
City of Davenport
City of Detroit
City of Grand Junction Finance
City of Greenwood Village
City of Gustavus
City of Johnson City
City of Knoxville
City of Kodiak
City of Lakewood
City of Loveland
City of Melbourne
City of Palmer
City of Pueblo
City of Seattle
City of Steamboat Springs
City of Tacoma
City of Thorne Bay
Collin County Tax Assessor Collector
Colorado Dept. of Revenue
Colorado Secretary of State
Commonwealth of Massachusetts
Commonwealth of Pennsylvania

Commonwealth of Puerto Rico
Commonwealth of Virginia
Concordia Parish School Board
Connecticut Public Charity Unit
DC Treasurer
Delaware Secretary of State
Denton County Tax Assessor Collector
Departamento De Finanzaz, Municipio
    Autonomo De Guaynabo
City of New Orleans, Department of
    Finance Bureau
Department of The Treasury, IRS
Desoto Parish Sales
East Feliciana Parish
False Alarm Reduction Unit, County of
    Fairfax (VA)
Florida Department of Revenue
Florida Department of State
Florida Dept. of Agri & Consumer Svcs
Forsyth County Tax Collector
Fred Sisk Knox County Trustee, County of
    Knox
Georgia Secretary of State
Grant Parish School Board
Harris County Sheriff's Office Alarm Detail
Iberia Parish School Board
Illinois Charity Bureau Fund
Illinois Department of Revenue
Iowa Dept. of Revenue And Finance
Jackson Parish Sales Tax Collection
Jefferson Davis Parish School
Jefferson Parish Sheriff's Office
Jefferson Parish Tax Collector
Kansas Department of Revenue
Kansas Secretary of State
Kentucky State Treasurer
Lafayette Parish School Board
Lafourche Parish School Board
Lincoln Parish
Livingston Parish School Board
Louisiana Dept. of Justice
Louisiana Dept. of Revenue And Taxation
Maine Revenue Services

Maricopa County Treasurer
Mass DOR (Dept. of Revenue)
Massachusetts Dept. of Revenue
Maryland Secretary of State
Michigan Dept. of Treasury
Minister of Finance - Manitoba
Minnesota Dept. of Revenue
Montana Secretary of State
Monterey County Tax Collector
Montgomery County
Morehouse Sales & Use Tax Commission
Minnesota Pollution Control Agency
    (MPCA)
MS Secretary of State
NC Department of Revenue
Nebraska Dept. of Revenue
Nevada Secretary of State
New Mexico Secretary of State
New Mexico Taxation & Revenue Dept.
New York Sales Tax Bureau
New York State Corporation Tax
New York State Dept. of Law
NJ Division of Consumer Affairs
NM Taxation & Revenue Dept.
North Carolina Secretary Of State
NV Stmt of Business Publication
Office of State Tax Commissioner, North
    Dakota
Office of The Attorney General, California,
    Registry of Charitable Trusts
Ohio Attorney General
Ohio Treasurer of State
Oklahoma Secretary of State
Oklahoma Tax Commission
Orange County Tax Collector
Oregon Dept. of Justice
Pa Dept. of Labor & Industry
Parish of East Baton Rouge
Parish of Iberville
Parish of St Bernard
Parish of Terrebonne
Plaquemines Parish
Puerto Rico Department of The Treasury
Rapides Parish
Sabine Parish
Sacramento County

Sales And Use Tax Office, St. John The
    Baptist Parish
SBC Tax Collector, County of San
    Bernardino
SD Secretary of State
Secretary of State - ND
Secretary of State of Rhode Island
Shelby County Trustee- David Lenor
South Carolina Department of Revenue
South Carolina Secretary of State
South Dakota Dept. of Revenue
St Charles Parish School Board
St James Parish School Board
St Landry Parish School Board
St Martin Parish School Board
St Mary Parish
St Tammany Parish Sheriff's DPT
State Board of Equalization, California
State of Alaska
State of Connecticut
State of Delaware
State of Georgia
State of Maine
State of Maryland
State of Minnesota
State of New Hampshire
State of NJ-Sales & Use Tax
State of Rhode Island Division/ Taxation
State of Rhode Island General Treasurer
State of Tennessee
State of Washington Dept. Of Revenue
State of Wyoming
State Tax Commission, Mississippi
State of Idaho Tax Commission
Tangipahoa Parish School System
Tarrant County Tax Assessor-Collector
Tax Collector Monroe County FL
Taxation & Revenue Department, Monroe,
    Louisiana
Taxation & Revenue Dept., Santa Fe, New
    Mexico
Tennessee Dept. of Revenue
Texas State Comptroller
The City of Cortez
Treasurer of Virginia
Treasurer State of Connecticut

Treasurer State of Ohio
Treasurer, City of Memphis
U.S. Department of Homeland Security,
    Customs and Border Protection
Utah Department of Agriculture And Food
    (UDAF)
Union Parish
United States Department of The Treasury
Utah Dept. of Commerce
VDH - Bedding, Commonwealth of Virginia
Vermillion Parish School Board
Vermont Department of Taxes
Vernon Parish School Board
Virgin Islands Bureau of Internal Revenue
Washington County Trustee
Washington Office of Insurance
Washington Parish
Washington Secretary of State
Webster Parish School Board
West Baton Rouge Parish
West Feliciana Parish School BD
West Virginia Division of Labor
West Virginia Secretary of State
West Virginia State Tax Dept.
WI Dept. of Financial Institutions
Winn Parish
Wisconsin Department of Revenue
WV Secretary of State

**Schedule 1(y)**

**Significant Utility Providers**

| | |
|---|---|
| AAF Hauling Inc. | National Grid |
| Advanced Disposal | Northern New Mexico Gas |
| Allstream Business Us Inc. | Oak Hill Garbage Disposal Inc. |
| Amerigas | Pacific Centrex (Datavo LLC) |
| Appalachian Power | Piedmont Natural Gas Company |
| Aspen Waste Systems, Inc. | Plyler Paper Stock Co Inc. |
| AT&T | Raleigh County Solid Waste |
| AT&T - Opus | Republic Services, Inc. |
| AT&T Mobility | Shentel |
| AT&T Wireless | Sierra Communications, Inc. |
| Cablevision Systems Corporation | Springer Electric Cooperative, Inc. |
| CenterPoint Energy | Time Warner Cable |
| CenturyLink | Tri-County Electric Cooperative Inc. |
| City of Charlotte | Trophy Club Muds |
| City of Irving - Utility Billing | Verizon Wireless |
| City of Irving - Municipal Services Bill | Village of Cimarron |
| City of Mount Hope - Sewer | Waste Connections, Inc. |
| City of Mount Hope - Water | Waste Management |
| Claro Puerto Rico | Waste Management - Blaine MN |
| Consolidated Communications | Waste Management Florida |
| County of Colfax | Waste Management- Ft Worth Hauling |
| Crosier's Sanitary Service Inc. | Waste Management Lewisville Hauling |
| Dakota Electric Association | Waste Management of Denver |
| Direct Communications Rockland | Waste Management of Michigan Inc. |
| Direct Energy Business, Inc. | West Virginia American Water |
| Duke Energy | West Virginia American Water Co |
| EarthLink (Windstream) | White Oak Public Service District |
| EarthLink Business | Windstream Communications Inc. |
| Eversource | Wow! Business |
| Ferrellgas | Xcel Energy |
| Florida Keys Aqueduct Authority | Zia Natural Gas Company |
| Florida Keys Electric Cooperative | |
| Frontier Communications | |
| Getronics Pomeroy IT Solutions | |
| Granite Telecommunications | |
| Keys Energy Services | |
| Kit Carson Electric Cooperative | |
| Lake Country Power | |
| Level 3 Communications LLC | |
| Lumos Networks | |
| Lumos Networks DBA Segra | |
| Mountaineer Gas Company | |

**Schedule 1(z)**

**U.S. Trustee, Judges, and Court Contacts for the District of Delaware**

Agarwal, Robert
Hon. Ashley M. Chan
Benjamin Hackman
Hon. Brendan L. Shannon
Brian Cavello
Cacia Batts
Catherine Farrell
Cheryl Szymanski
Christine Green
Hon. Christopher S. Sontchi
Claire Brady
Danielle Gadson
David Buchbinder
David Villagrana
Diane Giordano
Dion Wynn
Donna Grottini
Edith A. Serrano
Hannah M. McCollum
Holly Dice
James R. O'Malley
Jane Leamy
Janet Moore
Jeffrey Heck
Jill Walker
Hon. John T Dorsey
Juliet Sarkessian
Hon. Karen B. Owens
Karen Starr
Karen Strupczewski
Hon. Kevin Gross
Laura Haney
Lauren Attix
Laurie Capp
Hon. Laurie Selber Silverstein
Linda Casey
Linda Richenderfer
Lora Johnson
Marquietta Lopez
Hon. Mary F. Walrath
Michael Panacio
Nancy Hunt
Rachel Bello

Rachel Werkheiser
Ramona Vinson
Richard Schepacarter
Shakima L. Dortch
Sherry Scaruzzí
T. Patrick Tinker
Timothy J. Fox Jr.
Una O'Boyle

## **Schedule 1(aa)**

### **Mediators**

**Hon. Kevin Carey (Ret.)**
**Paul Finn**
**Timothy Gallagher**

## Schedule 2

**Schedule 2 – All Entities - Redacted**

**Non-Debtor Affiliates**

Arrow WV, Inc.

BSA Asset Management, LLC

BSA Commingled Endowment Fund, LP

BSA Endowment Master Trust

Learning for Life

National Boy Scouts of America Foundation

**Selected Chartered Organizations**

Corporation of the President of the Church of Jesus Christ of Latter-Day Saints

**Local Councils**

Boy Scouts of America Abraham Lincoln Council

Boy Scouts of America Alabama-Florida Council

Boy Scouts of America Alamo Area Council

Boy Scouts of America Allegheny Highlands Council

Boy Scouts of America Aloha Council

Boy Scouts of America Andrew Jackson Council

Boy Scouts of America Anthony Wayne Council

Boy Scouts of America Arbuckle Area Council

Boy Scouts of America Atlanta Area Council

Boy Scouts of America Baden-Powell Council

Boy Scouts of America Baltimore Area Council

Boy Scouts of America Bay Area Council

Boy Scouts of America Bay-Lakes Council

Boy Scouts of America Black Hills Area Council

Boy Scouts of America Black Swamp Area Council

Boy Scouts of America Black Warrior Council

Boy Scouts of America Blackhawk Area Council

Boy Scouts of America Blue Grass Council

Boy Scouts of America Blue Mountain Council

Boy Scouts of America Blue Ridge Council

Boy Scouts of America Blue Ridge Mountains Council

Boy Scouts of America Buckeye Council

Boy Scouts of America Buckskin Council

Boy Scouts of America Bucktail Council

Boy Scouts of America Buffalo Trace Council

Boy Scouts of America Buffalo Trail Council

Boy Scouts of America Caddo Area Council

Boy Scouts of America Calcasieu Area Council

Boy Scouts of America California Inland Empire Council

Boy Scouts of America Cape Cod And Islands Council

Boy Scouts of America Cape Fear Council

Boy Scouts of America Capitol Area Council

Boy Scouts of America Cascade Pacific Council

Boy Scouts of America Catalina Council

Boy Scouts of America Central Florida Council

Boy Scouts of America Central Georgia Council

Boy Scouts of America Central Minnesota Council

Boy Scouts of America Central North Carolina Council

Boy Scouts of America Chattahoochee Council

Boy Scouts of America Cherokee Area Council

Boy Scouts of America Chester County Council

Boy Scouts of America Chickasaw Council

Boy Scouts Of America Chief Cornplanter Council

Boy Scouts of America Chief Seattle Council

Boy Scouts of America Chippewa Valley Council

Boy Scouts of America Choctaw Area Council

Boy Scouts of America Cimarron Council

Boy Scouts of America Circle Ten Council

Boy Scouts of America Coastal Carolina Council

Boy Scouts of America Coastal Georgia Council

Boy Scouts of America Colonial Virginia Council

Boy Scouts of America Columbia-Montour Council

Boy Scouts of America Connecticut Rivers Council

Boy Scouts of America Connecticut Yankee Council

Boy Scouts of America Conquistador Council

Boy Scouts of America Cornhusker Council

Boy Scouts of America Coronado Area Council

Boy Scouts of America Cradle Of Liberty Council

Boy Scouts of America Crater Lake Council

Boy Scouts of America Crossroads Of America Council

Boy Scouts of America Dan Beard Council

Boy Scouts of America Daniel Boone Council

Boy Scouts of America Daniel Webster Council

Boy Scouts of America De Soto Area Council

Boy Scouts of America Del-Mar-Va Council

Boy Scouts of America Denver Area Council

Boy Scouts of America East Carolina Council

Boy Scouts of America East Texas Area Council

Boy Scouts of America Erie Shores Council

**<u>Schedule 2 – All Entities - Redacted</u>**

| | |
|---|---|
| Boy Scouts of America Evangeline Area Council | Boy Scouts of America Housatonic Council |
| Boy Scouts of America Far East Council | Boy Scouts of America Hudson Valley Council |
| Boy Scouts of America Five Rivers Council | Boy Scouts of America Illowa Council |
| Boy Scouts of America Flint River Council | Boy Scouts of America Indian Nations Council |
| Boy Scouts of America French Creek Council | Boy Scouts of America Indian Waters Council |
| Boy Scouts of America Gamehaven Council | Boy Scouts of America Inland Northwest Council |
| Boy Scouts of America Garden State Council | Boy Scouts of America Iroquois Trail Council |
| Boy Scouts of America Gateway Area Council | Boy Scouts of America Istrouma Area Council |
| Boy Scouts of America Georgia-Carolina Council | Boy Scouts of America Jayhawk Area Council |
| Boy Scouts of America Glacier's Edge Council | Boy Scouts of America Jersey Shore Council |
| Boy Scouts of America Golden Empire Council | Boy Scouts of America Juniata Valley Council |
| Boy Scouts of America Golden Spread Council | Boy Scouts of America Katahdin Area Council |
| Boy Scouts of America Grand Canyon Council | Boy Scouts of America La Salle Council |
| Boy Scouts of America Grand Columbia Council | Boy Scouts of America Lake Erie Council |
| Boy Scouts of America Grand Teton Council | Boy Scouts of America Las Vegas Area Council |
| Boy Scouts of America Great Alaska Council | Boy Scouts of America Last Frontier Council |
| Boy Scouts of America Great Rivers Council | Boy Scouts of America Laurel Highlands Council |
| Boy Scouts of America Great Salt Lake Council | Boy Scouts of America Leatherstocking Council |
| Boy Scouts of America Great Smoky Mountain Council | Boy Scouts of America Lincoln Heritage Council |
| Boy Scouts of America Great Southwest Council | Boy Scouts of America Long Beach Area Council |
| Boy Scouts of America Great Trail Council | Boy Scouts of America Longhorn Council |
| Boy Scouts of America Greater Alabama Council | Boy Scouts of America Longhouse Council |
| Boy Scouts of America Greater Los Angeles Area Council | Boy Scouts of America Longs Peak Council |
| Boy Scouts of America Greater New York Council | Boy Scouts of America Los Padres Council |
| Boy Scouts of America Greater Niagara Frontier Council | Boy Scouts of America Louisiana Purchase Council |
| Boy Scouts of America Greater St. Louis Area Council | Boy Scouts of America Marin Council |
| Boy Scouts of America Greater Tampa Bay Area Council | Boy Scouts of America Mason-Dixon Council |
| Boy Scouts of America Greater Wyoming Council | Boy Scouts of America Mayflower Council |
| Boy Scouts of America Greater Yosemite Council | Boy Scouts of America Mecklenburg County Council |
| Boy Scouts of America Green Mountain Council | Boy Scouts of America Miami Valley Council |
| Boy Scouts of America Greenwich Council | Boy Scouts of America Michigan Crossroads Council |
| Boy Scouts of America Gulf Coast Council | Boy Scouts of America Mid-America Council |
| Boy Scouts of America Gulf Stream Council | Boy Scouts of America Middle Tennessee Council |
| Boy Scouts of America Hawk Mountain Council | Boy Scouts of America Mid-Iowa Council |
| Boy Scouts of America Hawkeye Area Council | Boy Scouts of America Midnight Sun Council |
| Boy Scouts of America Heart Of America Council | Boy Scouts of America Minsi Trails Council |
| Boy Scouts of America Heart Of New England Council | Boy Scouts of America Mississippi Valley Council |
| Boy Scouts of America Heart Of Virginia Council | Boy Scouts of America Mobile Area Council |
| Boy Scouts of America Hoosier Trails Council | Boy Scouts of America Monmouth Council |
| | Boy Scouts of America Montana Council |
| | Boy Scouts of America Moraine Trails Council |

**Schedule 2 – All Entities - Redacted**

| | |
|---|---|
| Boy Scouts of America Mount Baker Council | Boy Scouts of America Prairielands Council |
| Boy Scouts of America Mountaineer Area Council | Boy Scouts of America Puerto Rico Council |
| Boy Scouts of America Muskingum Valley Council | Boy Scouts of America Pushmataha Area Council |
| Boy Scouts of America Narragansett Council | Boy Scouts of America Quapaw Area Council |
| Boy Scouts of America National Capital Area Council | Boy Scouts of America Quivira Council |
| Boy Scouts of America Nevada Area Council | Boy Scouts of America Rainbow Council |
| Boy Scouts of America New Birth Of Freedom Council | Boy Scouts of America Redwood Empire Council |
| Boy Scouts of America North Florida Council | Boy Scouts of America Rio Grande Council |
| Boy Scouts of America Northeast Georgia Council | Boy Scouts of America Rip Van Winkle Council |
| Boy Scouts of America Northeast Illinois Council | Boy Scouts of America Rocky Mountain Council |
| Boy Scouts of America Northeast Iowa Council | Boy Scouts of America Sagamore Council |
| Boy Scouts of America Northeastern Pennsylvania Council | Boy Scouts of America Sam Houston Area Council |
| Boy Scouts of America Northern Lights Council | Boy Scouts of America Samoset Council |
| Boy Scouts of America Northern New Jersey Council | Boy Scouts of America San Diego-Imperial Council |
| Boy Scouts of America Northern Star Council | Boy Scouts of America Santa Fe Trail Council |
| Boy Scouts of America Northwest Georgia Council | Boy Scouts of America Seneca Waterways Council |
| Boy Scouts of America Northwest Texas Council | Boy Scouts of America Sequoia Council |
| Boy Scouts of America Norwela Council | Boy Scouts of America Sequoyah Council |
| Boy Scouts of America Occoneechee Council | Boy Scouts of America Shenandoah Area Council |
| Boy Scouts of America Ohio River Valley Council | Boy Scouts of America Silicon Valley Monterey Bay Council |
| Boy Scouts of America Old Hickory Council | Boy Scouts of America Simon Kenton Council |
| Boy Scouts of America Old North State Council | Boy Scouts of America Sioux Council |
| Boy Scouts of America Orange County Council | Boy Scouts of America Snake River Council |
| Boy Scouts of America Oregon Trail Council | Boy Scouts of America South Florida Council |
| Boy Scouts of America Ore-Ida Council | Boy Scouts of America South Georgia Council |
| Boy Scouts of America Overland Trails Council | Boy Scouts of America South Plains Council |
| Boy Scouts of America Ozark Trails Council | Boy Scouts of America South Texas Council |
| Boy Scouts of America Pacific Harbors Council | Boy Scouts of America Southeast Louisiana Council |
| Boy Scouts of America Pacific Skyline Council | Boy Scouts of America Southern Sierra Council |
| Boy Scouts of America Palmetto Council | Boy Scouts of America Southwest Florida Council |
| Boy Scouts of America Pathway To Adventure Council | Boy Scouts of America Spirit Of Adventure Council |
| Boy Scouts of America Patriots' Path Council | Boy Scouts of America Stonewall Jackson Area Council |
| Boy Scouts of America Pee Dee Area Council | Boy Scouts of America Suffolk County Council |
| Boy Scouts of America Pennsylvania Dutch Council | Boy Scouts of America Susquehanna Council |
| Boy Scouts of America Piedmont Council | Boy Scouts of America Suwannee River Area Council |
| Boy Scouts of America Pikes Peak Council | Boy Scouts of America Tecumseh Council |
| Boy Scouts of America Pine Burr Area Council | Boy Scouts of America Texas Southwest Council |
| Boy Scouts of America Pine Tree Council | Boy Scouts of America Texas Trails Council |
| Boy Scouts of America Pony Express Council | Boy Scouts of America Theodore Roosevelt Council |
| Boy Scouts of America Potawatomi Area Council | Boy Scouts of America Three Fires Council |

**<u>Schedule 2 – All Entities - Redacted</u>**

| | |
|---|---|
| Boy Scouts of America Three Harbors Council | Banco Popular |
| Boy Scouts of America Three Rivers Council | Bank of America |
| Boy Scouts of America Tidewater Council | BB&T |
| Boy Scouts of America Transatlantic Council | Blackrock |
| Boy Scouts of America Trapper Trails Council | Charles Schwab |
| Boy Scouts of America Tukabatchee Area Council | CIBC - First Caribbean Bank |
| Boy Scouts of America Tuscarora Council | Fidelity Investments |
| Boy Scouts of America Twin Rivers Council | Fifth Third Bank |
| Boy Scouts of America Twin Valley Council | First Bank - Virgin Islands |
| Boy Scouts of America Utah National Parks Council | Goldman Sachs |
| Boy Scouts of America Ventura County Council | InBank |
| Boy Scouts of America Verdugo Hills Council | JPMorgan Chase Bank, N.A. |
| Boy Scouts of America Voyageurs Area Council | Merrill Lynch, Pierce, Fenner & Smith, Inc. |
| Boy Scouts of America W.D. Boyce Council | Northern Trust Corporation |
| Boy Scouts of America Washington Crossing Council | PNC Bank |
| Boy Scouts of America West Tennessee Area Council | RBC Bank |
| Boy Scouts of America Westark Area Council | Regions Bank |
| Boy Scouts of America Westchester-Putnam Council | Scotiabank |
| Boy Scouts of America Western Los Angeles County Council | State Street Bank |
| | TD Bank |
| Boy Scouts of America Western Massachusetts Council | US Bank |
| Boy Scouts of America Westmoreland-Fayette Council | Wells Fargo & Company |
| | **<u>Credit Card Processors</u>** |
| Boy Scouts of America Winnebago Council | American Express |
| Boy Scouts of America Yocona Area Council | Bank of America Merchant Services |
| Boy Scouts of America Yucca Council | Discover |
| **<u>Secured Parties</u>** | JPMorgan Chase Bank, N.A. |
| AT&T Capital Services, Inc. | Mastercard |
| AT&T Corporation | Opticard |
| CIT Bank, N.A. | Paymentech, LLC |
| EverBank Commercial Finance, Inc. | PayPal, Inc. |
| JPMorgan Chase Bank, N.A. | Shift4 |
| Key Equipment Finance | Stripe (Shopify) |
| Konica Minolta Premier Finance | Valutec |
| MB Financial Bank, N.A. | Visa |
| Raymond Leasing Corp | Wells Fargo & Company |
| TCF Equipment Finance, Inc. | **<u>Insurers</u>** |
| The Chase Manhattan Bank | Aetna Casualty and Surety Company |
| TIAA Commercial Finance, Inc. | Agricultural Insurance Company |
| Wells Fargo Financial Leasing, Inc. | AIG |
| **<u>Banks</u>** | Allianz Global Corporate & Specialty SE |
| | Allianz Global Risks US Insurance Company |
| | Allianz Insurance Company |

**Schedule 2 – All Entities - Redacted**

| | |
|---|---|
| Allianz Societas Europaea | Everest Re Group |
| Allied World Assurance Co. | Fairfax (US) Inc. |
| Allied World Assurance Company (U.S.), Inc. | Fairfax Financial (USA) Group |
| Allied World Assurance Company, Ltd | Federal Insurance Company |
| American Guarantee and Liability Insurance Company | Fireman's Fund Insurance Companies |
| American International Group, Inc. | First Specialty Insurance Corporation |
| American Zurich Insurance Company | First State Insurance Company |
| Arch Capital Group (U.S.) | Gemini Insurance Company |
| Arch Insurance Company | General Star Indemnity Company |
| Arch Reinsurance Ltd. | Great American |
| Argo Group International Holdings, Ltd | Great American Assurance Company |
| Argonaut Insurance Company | Great American E & S Insurance Company |
| Argonaut Insurance Group | Gulf Insurance Company |
| Arrowood Indemnity Company | Hallmark Specialty Insurance Company |
| Arrowpoint Capital Corp. | Hartford Accident and Indemnity Company |
| Aspen Insurance Holdings Limited | Houston Casualty Company |
| AXA Insurance Company | Indemnity Insurance Company of North America |
| AXA XL | Industrial Indemnity |
| Axis Capital Holdings Limited | Insurance Company of North America |
| Axis Insurance Company | Interstate Fire & Casualty Company |
| Axis Specialty Insurance Company | Lexington Insurance Company |
| Axis Surplus Insurance Company | Liberty Insurance Underwriters, Inc. |
| Beazley Insurance Company, Inc. | Liberty Mutual Insurance Company |
| Berkley Insurance Company | Liberty Surplus Insurance Corporation |
| Berkshire Hathaway Insurance Group | Lloyd's of London |
| Catlin Underwriting Agencies Limited | Markel American Insurance Company |
| Century Indemnity Company | Markel Corporation Group |
| Chubb Atlantic Indemnity Ltd. | Marsh & McLennan Companies |
| Chubb Custom Insurance Company | MHBT, a Marsh & McLennan Agency |
| Chubb Executive Risk | Munich Reinsurance America, Inc. |
| Chubb Group of Insurance Companies | National Surety Corporation |
| Cincinnati Specialty Underwriters Insurance Company | Navigators Group, Inc. |
| CNA Insurance Companies | Navigators Insurance Company |
| Colony Insurance Company | Navigators Specialty Insurance Company |
| Columbia Casualty Company | Old Republic General Group |
| Continental Insurance Company | Old Republic Insurance Company |
| Endurance American Insurance Company | Old Republic Insurance Group |
| Endurance American Specialty Insurance Company | Pacific Indemnity Company |
| Enstar Group Limited | Property/Casualty Insurance Co. Of Hartford |
| Evanston Insurance Company | RLI Professional Risk |
| Everest National Insurance Company | Royal Indemnity Company |
| | RSUI Group |
| | Sompo - Endurance American Insurance Company |

**Schedule 2 – All Entities - Redacted**

| | |
|---|---|
| Sompo Holdings, Inc. | PJT Partners, Inc. |
| St. Paul Surplus Lines Insurance Company | Reed Smith LLP |
| Starr Indemnity & Liability Company | Troutman Sanders LLP |
| Starr Specialty | **Ordinary Course Professionals** |
| Steadfast Insurance Company | Bond, Schoeneck & King PLLC |
| Swiss Re Group | Dentons US LLP |
| Texas Pacific Indemnity Company | Fox Rothschild LLP |
| The Hartford Financial Services Group, Inc. | Hinshaw & Culbertson LLP |
| The Hartford Fire | Hueston Hennigan |
| The Hartford Insurance Group | Lightfoot Franklin & White LLC |
| The Hartford Steam Boiler Inspection And Insurance Company | Locke Lord LLP |
| The Travelers Companies, Inc. | Markowitz Herbold PC |
| Travelers (Bermuda) Limited | McGuire Woods LLP |
| Travelers Casualty and Surety Company | Miller & Martin PLLC |
| Travelers Indemnity Company | Milliman Inc. |
| Twin City Fire Insurance Company | Milliman USA Inc. |
| W. R. Berkley Corporation | Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C |
| W.R. Berkley Group | Perkins Coie |
| Westchester Fire Insurance Company | Quinn Emanuel Urquhart & Sullivan LLP |
| Westchester Surplus Lines Insurance Company | Saul Ewing LLP |
| XL Catlin | Steptoe & Johnson PLLC |
| XL Europe Limited | Stites & Harbison PLLC |
| XL Insurance (Dublin) Ltd. | Towers Watson Delaware, Inc. |
| XL Insurance Company SE | Vinson & Elkins LLP |
| Zurich Financial (USA) Group | Wiggin & Dana LLP |
| Zurich Financial Services Group | Wilson Elser Moskowitz Edelman & Dicker LLP |
| **Professionals Retained by the Debtors** | Winston & Strawn LLP |
| Alvarez & Marsal North America, LLC | **Unsecured Creditors Committee** |
| Morris, Nichols, Arsht & Tunnell LLP | Girl Scouts of the United States of America |
| Sidley Austin LLP | Pearson Education, Inc. |
| **Professionals Representing Certain Parties in Interest** | Pension Benefit Guaranty Corporation |
| AlixPartners LLP | **Top 25 Plaintiffs' Law Firms Representing the Largest Number of Abuse Victims Asserting Claims Against the Debtors** |
| Ankura Consulting Group, LLC | Bondurant, Mixson & Elmore, LLP |
| Berkeley Research Group, LLC | **Top 30 General Unsecured Creditors of the Debtors (Non-Abuse Claims)** |
| **Brown Rudnick LLP** | NCS Pearson, Inc. |
| Gilbert LLP | Quad/Graphics, Inc. |
| Kramer Levin Naftalis & Frankel LLP | **Significant Contract Counterparties** |
| McDermott Will & Emery LLP | Adobe Systems Inc. |
| Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | Alert Logic Inc. |
| Norton Rose Fulbright US, LLP | Amazon Web Services Inc. |
| Pepper Hamilton LLP | |

**<u>Schedule 2 – All Entities - Redacted</u>**

| | |
|---|---|
| American Food & Vending Corp | **<u>Significant Donors</u>** |
| Arrow Capital Solutions Inc. | Anadarko Petroleum Corporation |
| AT&T (5019) | Murray Energy Corporation |
| AT&T Capital Services, Inc. | Mutual of Omaha Insurance Company |
| AT&T Mobility | Stephen D. Bechtel, Jr. Foundation |
| Automatic Data Processing Inc. | **<u>Significant Vendors</u>** |
| Avalara Inc. | Ace American Insurance Company |
| Blackbaud Inc. | Allied Rentals Inc. |
| Buxton Company | American Airlines |
| Constellation NewEnergy, Inc. | Boy Scouts GA Recon Acct |
| Datamax | Boy Scouts of America Recon Clearance |
| Dupont Hotel Project Owner LLC | BSA Florida Sea Base BPC |
| Durham School Services, L.P. | BSA Parents Inc. |
| Freeman Decorating Co | CDW Direct, LLC |
| Grant Thornton | Compass Group USA Inc. |
| Hyatt Regency Atlanta, Inc. | Covington & Burling LLP |
| Hyatt Regency Dallas | Davis Polk & Wardwell LLP |
| IBM | Facebook Inc. |
| Infosys | FedEx |
| Infosys Limited | Fenwick & West LLP |
| JDA Software Inc. | Fidelity Retirement Services |
| Lumos Networks | FTI Consulting Inc. |
| MetLife | Kuehne and Nagel |
| Mi9 Retail Na Corp | Lowe's Companies, Inc. |
| Microsoft Services | Marriott Business Services |
| Montclair State University | Marriott International |
| MuleSoft Inc. | Marsh & McLennan Agency LLC |
| NTT Com Security (US) Inc. | Mercer |
| Oracle America Inc. | Mutual of Omaha Structured |
| Philadelphia Marriott Downtown | NCS Pearson Inc. |
| Raymond Leasing Corporation | Optum Health Bank |
| Robot And Pencils | Orkin |
| Sheraton Birmingham | Pacific Life & Annuity Services Inc. |
| Skillsoft Corporation | Quad Graphics Inc. |
| Southern Air, Inc. | Ryder Last Mile Inc. |
| Sovos Compliance LLC | Shutterstock Inc. |
| Sun Life Assurance Company of Canada | Stamps.Com |
| Town Sports International Holdings, Inc. | State Board of Equalization |
| United Healthcare | Sunbelt Rentals |
| Unum | Sysco South Florida Inc. |
| Verifone | US Foods, Inc. |
| VSP | Vision Service Plan |
| Yeti Coolers, LLC | Vista Outdoor Sales LLC |

**Schedule 2 – All Entities - Redacted**

| | |
|---|---|
| Wagner Equipment Company | Ohio Treasurer of State |
| Wolverine World Wide Inc. | Orange County Tax Collector |
| **Significant Taxing Authorities** | Oregon Dept. of Justice |
| Arizona Dept. of Revenue | Pa Dept. of Labor & Industry |
| Arkansas Dept. of Finance | Puerto Rico Department of The Treasury |
| California Department of Justice | Sacramento County |
| Canada Revenue Agency | SD Secretary of State |
| City of Chicago - Dept. Of Revenue | Secretary of State of Rhode Island |
| City of Colorado Springs | South Carolina Department of Revenue |
| City of Detroit | South Carolina Secretary of State |
| City of Greenwood Village | South Dakota Dept. of Revenue |
| City of Seattle | State Board of Equalization, California |
| Colorado Dept. of Revenue | State of Alaska |
| Commonwealth of Massachusetts | State of Connecticut |
| Commonwealth of Pennsylvania | State of Delaware |
| Commonwealth of Puerto Rico | State of Georgia |
| Commonwealth of Virginia | State of Maine |
| DC Treasurer | State of Maryland |
| Delaware Secretary of State | State of Minnesota |
| Department of The Treasury, IRS | State of New Hampshire |
| False Alarm Reduction Unit, County of Fairfax (VA) | State of NJ-Sales & Use Tax |
| Florida Department of State | State of Rhode Island Division/ Taxation |
| Georgia Secretary of State | State of Rhode Island General Treasurer |
| Illinois Department of Revenue | State of Washington Dept. Of Revenue |
| Iowa Dept. of Revenue And Finance | State of Idaho Tax Commission |
| Kansas Department of Revenue | Treasurer State of Connecticut |
| Kentucky State Treasurer | Treasurer State of Ohio |
| Louisiana Dept. of Revenue And Taxation | Treasurer, City of Memphis |
| Mass DOR (Dept. of Revenue) | United States Department of The Treasury |
| Massachusetts Dept. of Revenue | Vermont Department of Taxes |
| Michigan Dept. of Treasury | West Virginia Division of Labor |
| Minnesota Dept. of Revenue | West Virginia Secretary of State |
| Montgomery County | Wisconsin Department of Revenue |
| Nebraska Dept. of Revenue | **Significant Utility Providers** |
| Nevada Secretary of State | Advanced Disposal |
| New York Sales Tax Bureau | Allstream Business Us Inc. |
| New York State Corporation Tax | Amerigas |
| NJ Division of Consumer Affairs | Appalachian Power |
| NM Taxation & Revenue Dept. | AT&T |
| North Carolina Secretary Of State | AT&T - Opus |
| Office of State Tax Commissioner, North Dakota | AT&T Mobility |
| Ohio Attorney General | |

**<u>Schedule 2 – All Entities - Redacted</u>**

| | |
|---|---|
| AT&T Wireless | Piedmont Natural Gas Company |
| Cablevision Systems Corporation | Republic Services, Inc. |
| CenterPoint Energy | Time Warner Cable |
| CenturyLink | Verizon Wireless |
| Direct Energy Business, Inc. | Waste Management |
| Duke Energy | Waste Management - Blaine MN |
| EarthLink (Windstream) | Waste Management Florida |
| EarthLink Business | Waste Management- Ft Worth Hauling |
| Eversource | Waste Management Lewisville Hauling |
| Ferrellgas | Waste Management of Denver |
| Frontier Communications | Waste Management of Michigan Inc. |
| Granite Telecommunications | West Virginia American Water |
| Level 3 Communications LLC | West Virginia American Water Co |
| Lumos Networks | Windstream Communications Inc. |
| Lumos Networks DBA Segra | Xcel Energy |
| National Grid | |