**Exhibit B**



October 9, 2020

Mr. Vijay Challa
Chief Information Officer
National Council of the Boy Scouts of America
1325 W. Walnut Hill Lane
Irving, Texas 75038

Dear Mr. Challa:

The purpose of this letter is to confirm our understanding of the terms of our engagement to provide services to National Council of the Boy Scouts of America (the "Service Organization" or the "Company").

Services and related report

We will examine the Service Organization's description of its Program Administration system for processing user entities' transactions throughout the period January 1, 2020 to December 31, 2020 (the "description") and the suitability of design and operating effectiveness of controls included in the description to achieve the related control objectives stated in the description, which are set forth in Exhibit I. Upon completion of our examination, we will issue our report stating whether, in our opinion:

- the description fairly presents the Program Administration system that was designed and implemented throughout the period January 1, 2020 to December 31, 2020
- the controls related to the control objectives stated in the description were suitably designed to provide reasonable assurance that the control objectives would be achieved if the controls operated effectively throughout the period January 1, 2020 to December 31, 2020
- the controls operated effectively to provide reasonable assurance that the control objectives stated in the description were achieved throughout the period January 1, 2020 to December 31, 2020

Our report will be intended solely for the information and use of the Service Organization, user entities of the Service Organization's Program Administration system during some or all of the period January 1, 2020 to December 31, 2020, and their auditors who audit and report on such user entities' financial statements or internal control over financial reporting and have a sufficient understanding to consider it, as such terms are described in the American Institute of Certified Public Accountants' AT-C Section 320, *Reporting on an Examination of Controls at a Service Organization Relevant to User Entities' Internal Control Over Financial Reporting* ("AT-C 320"), and is not intended and should not be used by anyone other than these specified parties.

You agree not to disclose or distribute our report to any other parties without our prior written consent. Notwithstanding the foregoing, you may disclose our report (i) where compelled by subpoena or other similar form of legal process, of which you shall promptly inform us so that we may have an opportunity to object and/or seek an appropriate protective order; or (ii) to a governmental agency or regulatory authority (including a self-regulatory organization) having or claiming to have the authority to compel such disclosure, upon such agency or authority's request, provided that you promptly inform us of any such request you have knowledge of, if you are lawfully permitted to do so.

If for any reason we are unable to complete the examination, we may decline to issue a report as a result of this engagement.

Our responsibilities and limitations



Our responsibility is to express an opinion on the fairness of the presentation of the description and on the suitability of the design and operating effectiveness of the controls to achieve the related control objectives stated in the description, based on our examination.  We will be responsible for performing the examination in accordance with attestation standards established by the American Institute of Certified Public Accountants.  Those standards require that we plan and perform our examination to obtain reasonable assurance about whether, in all material respects, based on the criteria in management's assertion, management's description is fairly presented and the controls were suitably designed and operating effectively to achieve the related control objectives stated in the description throughout the period January 1, 2020 to December 31, 2020.  The engagement will include those procedures we consider necessary in the circumstances to obtain a reasonable basis for rendering our opinion.

The description indicates that certain control objectives can be achieved only if complementary user entity controls assumed in the design of National Council of the Boy Scouts of America's controls are suitably designed and operating effectively, along with related controls at the Service Organization. We will not evaluate the suitability of the design or operating effectiveness of such complementary user entity controls.

National Council of the Boy Scouts of America's description is prepared to meet the common needs of a broad range of user entities and their auditors who audit and report on user entities' financial statements and may not, therefore, include every aspect of the system that each individual user entity may consider important in its own particular environment.  Because of their nature, controls at a service organization or a subservice organization may not prevent, or detect and correct, all misstatements in processing or reporting transactions.  Also, the projection to the future of any evaluation of the fairness of the presentation of the description, or conclusions about the suitability of design or operating effectiveness of the controls to achieve the related control objectives is subject to the risk that controls at a service organization or a subservice organization may become ineffective.

Our engagement cannot ensure that errors, fraud or other illegal acts, if present, will be detected.  However, we will communicate to the Service Organization, as appropriate, any such matters that come to our attention.

The examination will not be planned or conducted in contemplation of reliance by any specific third party or with respect to any specific transaction.  Therefore, items of possible interest to a third party will not be specifically addressed and matters may exist that would be assessed differently by a third party, possibly in connection with a specific transaction.

<u>Management's responsibilities</u>

The Service Organization's management is responsible for preparing the Service Organization's description of the Program Administration system and providing a written assertion about whether:

- the description fairly presents the Service Organization's Program Administration system made available to user entities of the system during some or all of the period January 1, 2020 to December 31, 2020 for processing their transactions
- the description includes relevant details of changes to the Service Organization's system during the period covered by the description
- the controls related to the control objectives stated in the description were suitably designed and operated effectively throughout the period January 1, 2020 to December 31, 2020 to achieve those control objectives

The Service Organization's management is responsible for:

- preparing the description and for its assertion, including the completeness, accuracy and method of presentation of both the description and the assertion

2



- having a reasonable basis for the assertion
- providing the services covered by the description
- specifying the control objectives and stating them in the description, and if the control objectives are specified by law, regulation or another party, identifying in the description the party specifying the control objectives
- identifying the risks that threaten the achievement of the control objectives stated in the description
- selecting the criteria
- designing, implementing, and documenting controls to achieve the related control objectives stated in the description

The Service Organization's management is also responsible for providing:

- access to all information, such as records and documentation, including service level agreements, of which management is aware that is relevant to the description of the Program Administration system and the assertion
- access to additional information that we may request from management for the purpose of the examination engagement
- unrestricted access to personnel within the Service Organization from whom we determine it may be necessary to obtain evidence relevant to the engagement
- written representations at the conclusion of the engagement

The results of our tests of design and operating effectiveness, the responses to our inquiries and the written management representations comprise the evidential matter we intend to rely upon in forming our opinion on the description of the Program Administration system for processing user entities' transactions and the design and operating effectiveness of the related controls stated in the description.

<u>Electronic or other distribution</u>

As noted above, our report will be intended solely for the use of the Service Organization, user entities of the Service Organization's Program Administration system during some or all of the period January 1, 2020 to December 31, 2020, and the user auditors of such user entities as such terms are described in AT-C 320, and is not intended and should not be used by anyone other than these specified parties.  The same criteria apply to all electronic versions of these documents.  As such, electronic report distribution should be executed in a controlled manner.  The Service Organization is responsible for implementing internal controls that reduce the risk of unauthorized individuals obtaining a copy of these reports.

<u>Release and indemnification</u>

Because of the importance of oral and written management representations to an effective examination, the Service Organization releases and indemnifies PricewaterhouseCoopers LLP and its personnel from any and all claims, liabilities, costs and expenses attributable to any knowing misrepresentation by management.

In no event shall PricewaterhouseCoopers LLP be liable to the Service Organization, whether a claim be in tort, contract or otherwise, for any consequential, indirect, lost profit or similar damages relating to PricewaterhouseCoopers LLP's services provided under this engagement letter, except to the extent finally determined to have resulted from the willful misconduct or fraudulent behavior of PricewaterhouseCoopers LLP relating to such services.

<u>Dispute resolution procedures</u>

Any controversy or claim between the parties arising out of or relating to this engagement letter or the services provided hereunder (a "Dispute") shall be submitted first to non-binding, confidential mediation, and if not resolved by mediation, then to binding arbitration as

3



described herein.  The mediation shall be conducted in accordance with these procedures and, except to the extent inconsistent with these procedures, the Mediation Procedure of International Institute for Conflict Prevention and Resolution ("CPR") then in effect.

A party shall submit a Dispute to mediation by written notice to the other party or parties.  The mediator shall be selected by mutual agreement of the parties.  If the parties cannot agree on a mediator, the CPR shall designate a mediator in accordance with its Mediation Procedure.  Any mediator must be acceptable to all parties and must confirm in writing that he or she is not, and will not become during the term of the mediation, an employee, partner, executive officer, director, or substantial equity owner of PricewaterhouseCoopers LLP or any PricewaterhouseCoopers LLP audit client.

The mediator shall conduct the mediation as he/she determines, with the agreement of the parties.  The mediation shall be treated as compromise and settlement negotiations under the standards set forth in the Federal Rules of Evidence and all applicable state counterparts, together with any applicable statutes protecting the confidentiality of mediations or settlement discussions.  The mediator may not testify for either party in any later proceeding relating to the Dispute.  The mediation proceeding shall not be recorded or transcribed.  Each party shall bear its own costs (including attorneys' fees) of the mediation.  The parties shall share equally the fees and expenses of the mediator.

If the parties have not resolved a Dispute within 90 days after the written notice beginning the mediation process is served (or a longer period, if the parties agree to extend the mediation), the mediation shall terminate and the Dispute shall be settled by binding arbitration.  The arbitration shall be conducted in accordance with these procedures and, except to the extent inconsistent with these procedures, the Rules for Non-Administered Arbitration of the International Institute for Conflict Prevention and Resolution ("Rules") then in effect.  The arbitration shall be conducted before a panel of three arbitrators selected using the screened process provided in the Rules.  The arbitration panel, and not any federal, state or local court or agency, shall have exclusive authority to resolve any dispute regarding the extent to which a Dispute is subject to arbitration, or relating to the interpretation, applicability, enforceability or formation of the engagement letter.

Any Dispute between the parties, including any claims or defenses asserted, and the interpretation of the engagement letter shall be governed by the law of New York State, without giving effect to its choice-of-law rules.  The arbitrators may render early or summary disposition of some or all issues, after the parties have had a reasonable opportunity to make submissions on those issues.  Discovery shall be conducted in accordance with the Rules.  Upon a showing that the evidence sought is material to the Dispute, hearing sessions attended by one or more panel members may be convened to secure (i) documents from third-party witnesses, if the production cannot reasonably be obtained by other means; and/or (ii) testimony from third-party witnesses who could not be compelled to attend the arbitration hearing at its scheduled location.

Judgment on an arbitration award may be entered in any court having jurisdiction.  All aspects of the arbitration shall be treated as confidential, except to the limited extent necessary to obtain entry of the award by a court.  The arbitration panel shall have no power to award non-monetary or equitable relief of any sort.

The arbitration panel shall have no power to award damages that are punitive in nature, that do not measure a party's actual damages, or that are inconsistent with the Release and Indemnification provisions or any other terms of the engagement letter.  The parties further agree that if the arbitration panel determines to award pre- or post-judgment interest, any such interest shall be computed on a simple basis at a rate of three percent.  The parties accept and acknowledge that any demand for arbitration must be issued within one year from the date the demanding party becomes aware or should reasonably have become aware of the facts that give rise to the alleged liability and, in any event, no later than two years after the cause of action accrued.



Other PricewaterhouseCoopers firms and subcontractors

PricewaterhouseCoopers LLP is the U.S. firm of the global network of separate and independent PricewaterhouseCoopers firms (exclusive of PricewaterhouseCoopers LLP, the "Other PwC Firms"). PricewaterhouseCoopers LLP may, in its discretion, draw on the resources of and/or subcontract to its subsidiaries, the Other PwC Firms and/or third party contractors and subcontractors (each, a "PwC Subcontractor"), in each case within or outside the United States in connection with the provision of the services and/or for internal, administrative and/or regulatory compliance purposes. The Service Organization agrees that PricewaterhouseCoopers LLP may provide information PricewaterhouseCoopers LLP receives in connection with this agreement to the PwC Subcontractors for such purposes. PricewaterhouseCoopers LLP will be solely responsible for the provision of the services (including those performed by the PwC Subcontractors) and for the protection of the information provided to the PwC Subcontractors. You agree that neither you nor any group entity will bring any claim, whether in contract, tort (including negligence) or otherwise against any PwC Subcontractor in respect of this engagement letter or in connection with the services herein.

Timing and fees

Completion of our work is subject to, among other things, 1) appropriate cooperation from the Service Organization's personnel including timely preparation of necessary information, 2) timely responses to our inquiries, and 3) timely communication of all significant matters relating to the Program Administration system for processing user entities' transactions. When and if for any reason the Service Organization is unable to provide such information and assistance, PricewaterhouseCoopers LLP and the Service Organization will mutually revise the fee to reflect additional services, if any, required of us to complete the examination.

Our fees for this examination engagement will be $66,000, subject to the terms and conditions above. We will advise management should any circumstances arise which may require a change in scope and/or fee.

We also will bill the Service Organization for our reasonable out-of-pocket expenses, any applicable sales, use or value added tax, and our internal per ticket charges for booking travel. Amounts billed for services performed by PricewaterhouseCoopers LLP or PwC Subcontractors shall be considered fees and not expenses.

Invoices rendered are due and payable upon receipt.

Any additional services that may be requested and we agree to provide will be the subject of separate arrangements.

Our fees and out-of-pocket expenses and internal charges will be billed as follows:

| Date | Fee Amount |
|---|---|
| November 2, 2020 | $45,000 |
| December 14, 2020 | $10,500 |
| February 12, 2021 | $10,500 |
| **Total** | **$66,000** |

Other matters

PricewaterhouseCoopers LLP is owned by professionals who hold CPA licenses as well as by professionals who are not licensed CPAs. Depending on the nature of the services we provide, non-CPA owners may be involved in providing services to you now or in the future.

5



In the event we are requested or authorized by the Service Organization or required by government regulation, subpoena, or other legal process to produce our working papers or our personnel as witnesses with respect to our engagement for the Service Organization, the Service Organization will, so long as we are not a party to the proceeding in which the information is sought, reimburse us for our professional time and expenses, as well as the fees and expenses of our counsel, incurred in responding to such a request.

The Service Organization agrees that it will not, directly or indirectly, agree to assign or transfer this engagement letter or any rights, obligations, claims or proceeds from claims against PricewaterhouseCoopers LLP arising out of or in any way relating to this engagement letter, any services provided hereunder, or any fees for this engagement or such services, to anyone, except to an entity with which the Service Organization merges or an entity which acquires all or substantially all of the assets of the Service Organization and where, in either case, the assignee entity agrees to be bound by this provision.  Any assignment or transfer by the Service Organization in violation of this paragraph shall be void and invalid.

PricewaterhouseCoopers LLP agrees to carry and maintain in force at all time during this term of this Agreement the lines of insurance coverage with policy limits as follows: (a) Workers Compensation - Statutory with limits as prescribed by applicable state law and Employer's Liability with limits of $1,000,000.00 per accident and by disease policy limit; (b) Commercial General Liability with limits of $2,000,000.00 per bodily injury and property damage, per occurrence and in aggregate; (c) Business Automobile Liability with limits of $1,000,000.00, combined single limit, each accident covering non-owned and hired vehicles; (d) Professional Indemnity (Errors and Omissions) coverage with a limit of $1,000,000.00 per claim and in the aggregate.

This engagement letter reflects the entire agreement between us relating to the services covered by this letter.  It replaces and supersedes any previous proposals, correspondence and understandings, whether written or oral.  The agreements of the Service Organization and PricewaterhouseCoopers LLP contained in this engagement letter shall survive the completion or termination of this engagement.

Notwithstanding any other provision of this engagement letter, PwC and the Other PwC Firms may use the information received under this engagement letter, including tax return information, to develop, enhance, modify and improve technologies, tools, methodologies, services and offerings, and/or for development or performance of data analysis or other insight generation. Information developed in connection with these purposes may be used or disclosed to you or current or prospective clients to provide them services or offerings. PwC and the Other PwC Firms will not use or disclose the information in a way that would permit the Company to be identified by third parties without the Company's consent.

With respect to tax return information, the Company may request in writing a more limited use and disclosure than the foregoing. The foregoing consent is valid until further notice by the Company.



\*   \*   \*   \*   \*

We are pleased to have the opportunity to provide services to National Council of the Boy Scouts of America.  If you have any questions about this letter, please discuss them with Christopher Williams at (972) 989-8098. If the services and terms outlined in this letter are acceptable, please sign one copy of this letter in the space provided and return it to me. You may return the signed copy by hand, by mail or by air courier, or attached to an email as a pdf, jpeg or similar file type sent to me at christopher.m.williams@pwc.com.

Very truly yours:

*PricewaterhouseCoopers LLP*

PricewaterhouseCoopers LLP

Date:

October 9, 2020



The services and terms as set forth in this letter are agreed to.

National Council of the Boy Scouts of America

By: _____

Michael A. Ashline

Chief Financial Officer

Date: October 9, 2020
_____

8



Exhibit I

### National Council of the Boy Scouts of America Control Objectives

- *Control Objective 1 - ITG Governance Program:* Controls provide reasonable assurance that the BSA's governance program provides a framework establishing and monitoring roles and responsibilities for the information technology function.

- *Control Objective 2 - Access to Programs and Data:* Controls provide reasonable assurance that logical access to the BSA's Program Administration System application, database and operating system is restricted to authorized and appropriate users and such users are restricted to performing authorized and appropriate actions.

- *Control Objective 3 - Change Management:* Controls provide reasonable assurance that modifications to the BSA's Program Administration System application, database and operating system are authorized, tested, documented, approved and implemented.

- *Control Objective 4 - Computer Operations:* Controls provide reasonable assurance that processing is scheduled appropriately and deviations are identified and resolved.

- *Control Objective 5 - Membership Processing:* Controls provide reasonable assurance that membership data is recorded completely and accurately.

- *Control Objective 6 - Magazine Subscription Processing:* Controls provide reasonable assurance that magazine data is recorded completely and accurately.