IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors.[1] | |

**CERTIFICATION OF COUNSEL WITH CONSENT OF ALL PARTIES EXCEPT CENTURY REGARDING ORDER ON MOTION OF THE COALITION OF ABUSED SCOUTS FOR JUSTICE FOR ORDER APPROVING THE ADEQUACY AND SUFFICIENCY OF THE AMENDED VERIFIED RULE 2019 STATEMENT AND ORDER TO PARTICIPATE IN MEDIATION**

1. On October 14, 2020, the Court heard argument on the Motion of the Coalition Of Abused Scouts For Justice For Order Approving the Adequacy and Sufficiency of the Amended and Verified Rule 2019 Statement and the Motion of the Coalition Of Abused Scouts For Justice To Participate in Mediation (the "Motions").

2. On October 16, 2020, the Court issued an oral ruling approving the Motions and requesting that the Parties meet and confer regarding confidentiality issues related to the Mediation Motion and, if possible, submit the Orders under Certification of Counsel. The

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

{00219839-1}            1

Court noted it would conduct a status conference on Friday, October 23rd at 10:00 a.m. ET in the event Orders were not submitted.

3. The Coalition circulated draft orders and had a meet and confer to address the issues related to confidentiality. Ultimately, the Coalition was able to address the comments made by all Parties to the proposed Orders, however, Century requested additional time to review both Orders and make comments.

4. The Coalition requested that Century advise it of any issues by 3:00 p.m. on October 22, 2020, and as of the filing of this Certification, the Coalition has not received any comments from Century. The Coalition defers to this Court regarding whether the Status Conference is necessary in light of the agreement of the Parties and the absence of any comments by Century as of the filing of this Certification.

Dated: October 22, 2020  
Wilmington, Delaware

MONZACK MERSKY  
BROWDER AND HOCHMAN, P.A.

*/s/ Rachel B. Mersky*  
Rachel B. Mersky, Esq. (DE No. 2049)  
1201 North Orange Street  
Suite 400  
Wilmington, Delaware 19801  
Telephone:    (302) 656-8162  
Facsimile:    (302) 656-2769  
E-mail:        RMersky@Monlaw.com

-and-

BROWN RUDNICK LLP  
David J. Molton, Esq.  (admitted *pro hac vice*)  
Eric R. Goodman, Esq. (admitted *pro hac vice*)  
Seven Times Square  
New York, NY 10036  
Telephone: (212) 209-4800  
E-mail: DMolton@BrownRudnick.com  
E-mail: EGoodman@BrownRudnick.com

-and-

Sunni P. Beville, Esq. (admitted *pro hac vice*)
Tristan G. Axelrod, Esq. (admitted *pro hac vice*)
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
E-mail: SBeville@BrownRudnick.com
E-mail: TAxelrod@BrownRudnick.com

*Co-Counsel to the Coalition of Abused Scouts for Justice*