**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF TELEPHONIC STATUS CONFERENCE SCHEDULED FOR**
**OCTOBER 23, 2020 AT 10:00 A.M.**

This hearing will be held telephonically and by video. All parties wishing to appear must do so telephonically by contacting COURTCALL, LLC at 866-582-6878 no later than October 23 at 8:30 a.m. to sign up.  Additionally, anyone wishing to appear by Zoom is invited to use the link below.  All parties that will be arguing or testifying must appear by Zoom and CourtCall. Participants on CourtCall should dial into the call no later than 10 minutes prior to the start of the scheduled hearing to insure a proper connection.

**PLEASE NOTE THAT THE MICROPHONES ON THE ZOOM MEETING WILL BE MUTED AND THE ONLY AUDIO WILL BE THROUGH COURTCALL**

Topic: Boy Scouts of America 20-10343
Time: October 23, 2020 10:00 AM Eastern Time (US and Canada)

Join ZoomGov Meeting
https://debuscourts.zoomgov.com/j/1612793447

Meeting ID: 161 279 3447
Passcode: 171564

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

1. Status Conference regarding Orders pursuant to Court Oral Ruling Granting the Coalition of Abused Scouts for Justice Motion to Approve the Adequacy and Sufficiency of Rule 2019 Statement and Order Approving the Coalition of Abused Scouts For Justice to Participate in Mediation.

    A. Certification of Counsel With Consent of All Parties Except Century Regarding Order on Motion of the Coalition of Abused Scouts for Justice for Order Approving the Adequacy and Sufficiency of the Amended Verified Rule 2019 Statement and Order to Participate in Mediation [D.I. 1563].


Dated: October 22, 2020
Wilmington, Delaware

MONZACK MERSKY
BROWDER AND HOCHMAN, P.A.

*/s/ Rachel B. Mersky*
Rachel B. Mersky, Esq. (DE No. 2049)
1201 North Orange Street
Suite 400
Wilmington, Delaware 19801
Telephone:   (302) 656-8162
Facsimile:   (302) 656-2769
E-mail:      RMersky@Monlaw.com
     -and-

BROWN RUDNICK LLP
David J. Molton, Esq.  (admitted *pro hac vice*)
Eric R. Goodman, Esq. (admitted *pro hac vice*)
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
E-mail: DMolton@BrownRudnick.com
E-mail: EGoodman@BrownRudnick.com


     -and-


Sunni P. Beville, Esq. (admitted *pro hac vice*)
Tristan G. Axelrod, Esq. (admitted *pro hac vice*)
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
E-mail: SBeville@BrownRudnick.com
E-mail: TAxelrod@BrownRudnick.com

*Co-Counsel to the Coalition of Abused Scouts for Justice*