# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**RE: D.I. 1433** |

### CERTIFICATE OF NO OBJECTION REGARDING COMBINED FIRST MONTHLY AND INTERIM FEE APPLICATION OF HOTEL & LEISURE ADVISORS, LLC FOR ALLOWANCE OF COMPENSATION FOR APPRAISAL SERVICES RENDERED FOR THE PERIOD FROM JUNE 18, 2020 TO AND INCLUDING SEPTEMBER 15, 2020

The undersigned hereby certifies that, as of the date hereof, Hotel and Leisure Advisors, LLC ("H&LA") has received no answer, objection or other responsive pleading to the **Combined First Monthly and Interim Fee Application of Hotel & Leisure Advisors, LLC for Allowance of Compensation for Appraisal Services Rendered for the Period from June 18, 2020 to and Including September 15, 2020** (the "Application") (D.I. 1433), filed on October 7, 2020.

The undersigned further certifies that H&LA has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice, objections to the Application were to be filed and served no later than October 21, 2020 at 4:00 p.m. (ET).

Furthermore, the Fee Examiner has informed the Debtors that the Fee Examiner has no questions or requested reductions to the fees sought in the Application, and recommends interim approval of the fees sought in the Application in accordance with section 328 of the Bankruptcy

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

Code and the terms for interim payment in H&LA's revised engagement letters filed at Docket No. 1204.  Given the Fee Examiner's recommendation, the size of the Firm's fees and the nature of this engagement, the Fee Examiner has elected not to file a formal report with respect to the Application. The Fee Examiner reserves its rights with respect to any subsequent fee application filed by H&LA, including but not limited to all fees for which final approval is sought in a final fee application.

*[Remainder of the Page Intentionally Left Blank]*

WHEREFORE, H&LA respectfully requests that the Court enter an order approving the fees and expenses set forth in the Application at its earliest convenience

Dated: October 22, 2020                    **HOTEL & LEISURE ADVISORS, LLC**
      Cleveland, Ohio                    */s/ David J. Sangree*
                                                 David J. Sangree, MAI, ISHC
                                                 President