IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**AMENDED CERTIFICATION OF COUNSEL WITH CONSENT OF ALL PARTIES REGARDING ORDER ON MOTION OF THE COALITION OF ABUSED SCOUTS FOR JUSTICE FOR ORDER APPROVING THE ADEQUACY AND SUFFICIENCY OF THE AMENDED VERIFIED RULE 2019 STATEMENT AND <u>ORDER TO PARTICIPATE IN MEDIATION</u>**

1. On October 14, 2020, the Court heard argument on the Motion of the Coalition Of Abused Scouts For Justice For Order Approving the Adequacy and Sufficiency of the Amended and Verified Rule 2019 Statement and the Motion of the Coalition Of Abused Scouts For Justice To Participate in Mediation (the "Motions").

2. On October 16, 2020, the Court issued an oral ruling approving the Motions and requesting that the Parties meet and confer regarding confidentiality issues related to the Mediation Motion and, if possible, submit the Orders under Certification of Counsel. The

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

{00219850-1}                                                    1

Court noted it would conduct a status conference on Friday, October 23rd at 10:00 a.m. ET in the event Orders were not submitted.

3. The Coalition circulated draft orders and had a meet and confer to address the issues related to confidentiality. Ultimately, the Coalition was able to address the comments made by all Parties to the proposed Orders, however, Century requested additional time to review both Orders and make comments.

4. As of the filing of the original Certification, the Coalition has not received any comments from Century.

5. Shortly after the filing of the original Certification, the Coalition received suggested revisions from Century regarding the Mediation Motion and the Coalition advised Century that the suggested revisions were acceptable.

6. The Orders are now fully consensual and no status conference is required. Attached as Exhibit "A" is the Order on the Adequacy and Sufficiency of the Rule 2019 and attached as Exhibit "B" is the Order on Participation in Mediation.

7. We respectfully request that the Orders be entered.

Dated: October 22, 2020  
Wilmington, Delaware

MONZACK MERSKY  
BROWDER AND HOCHMAN, P.A.

*/s/ Rachel B. Mersky*  
Rachel B. Mersky, Esq. (DE No. 2049)  
1201 North Orange Street  
Suite 400  
Wilmington, Delaware 19801  
Telephone:    (302) 656-8162  
Facsimile:    (302) 656-2769  
E-mail:         RMersky@Monlaw.com

    -and-

BROWN RUDNICK LLP  
David J. Molton, Esq.  (admitted *pro hac vice*)  
Eric R. Goodman, Esq. (admitted *pro hac vice*)

Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
E-mail: DMolton@BrownRudnick.com
E-mail: EGoodman@BrownRudnick.com

-and-

Sunni P. Beville, Esq. (admitted *pro hac vice*)
Tristan G. Axelrod, Esq. (admitted *pro hac vice*)
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
E-mail: SBeville@BrownRudnick.com
E-mail: TAxelrod@BrownRudnick.com

*Co-Counsel to the Coalition of Abused Scouts for Justice*