# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>                  Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**RE: D.I. 1415** |

## CERTIFICATE OF NO OBJECTION REGARDING THE FIRST AND FINAL FEE APPLICATION OF APPRAISERS OF THE KEYS, INC. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES <u>FOR APPRAISAL SERVICES RENDERED</u>

The undersigned hereby certifies that, as of the date hereof, Appraisers of the Keys, Inc. ("<u>Appraisers of the Keys</u>") has received no answer, objection or other responsive pleading to the **First and Final Fee Application of Appraisers of the Keys, Inc. for Allowance of Compensation and Reimbursement of Expenses for Appraisal Services Rendered** (the "<u>Application</u>") (D.I. 1415), filed on October 6, 2020.

The undersigned further certifies that Appraisers of the Keys has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice, objections to the Application were to be filed and served no later than October 20, 2020 at 4:00 p.m. (ET).

Furthermore, the Fee Examiner has informed the Debtors that the Fee Examiner has no questions or requested reductions to the fees sought in the Application, and recommends final approval of the fees sought in the Application in accordance with section 328 of the Bankruptcy Code and the terms of the Appraisers of the Keys engagement letter. Given the Fee Examiner's

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

recommendation, the size of the Firm's fees, and the nature of this engagement, the Fee Examiner has elected not to file a formal report with respect to the Application. The Fee Examiner reserves its rights with respect to any supplemental fee applications filed by Appraisers of the Keys with respect to the supplemental fees sought by Appraisers of the Keys for subsequent testimony or other out-of-scope work.

*[Remainder of the Page Intentionally Left Blank]*

3

WHEREFORE, Appraisers of the Keys respectfully requests that the Court enter an order approving the fees and expenses set forth in the Application at its earliest convenience

| | |
|---|---|
| Dated: October 22, 2020<br>Key West, Florida | **APPRAISERS OF THE KEYS, INC.**<br>*/s/ Nicholas Farrar*<br>Nicholas Farrar<br>Apraiser |