# **EXHIBIT B**

**Boelter Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF JESSICA C. K. BOELTER IN SUPPORT OF DEBTORS'
APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION
AND EMPLOYMENT OF WHITE & CASE LLP AS ATTORNEYS TO THE DEBTORS
AND DEBTORS IN POSSESSION EFFECTIVE AS OF SEPTEMBER 23, 2020**

I, Jessica C. K. Boelter, pursuant to 28 U.S.C. § 1746, hereby declare that the following is

true and correct to the best of my knowledge, information, and belief:

1.      I am a partner of the firm of White & Case LLP ("White & Case" or the "Firm"),

an international law firm, which maintains offices for the practice of law at, among other locations,

1221 Avenue of the Americas, New York, NY 10020.  I am a member in good standing of the bars

for the States of New York and Illinois.

2.      I submit this declaration (this "Declaration") on behalf of White & Case in support

of the *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of*

*White & Case LLP as Attorneys to the Debtors and Debtors in Possession Effective as of*

*September 23, 2020* (the "Application") and pursuant to Local Rule 2014-1.[2]  This Declaration is

contemplated by Section D.1 of the *Guidelines for Reviewing Applications for Compensation and*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

*Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*

(the "<u>U.S. Trustee Guidelines</u>").  This Declaration also provides the disclosure of compensation required under section 329 of the Bankruptcy Code, Bankruptcy Rule 2016(b), and Local Rule 2016-1.  Except as otherwise noted in this Declaration, I have personal knowledge of the facts set forth herein.[3]

## <u>WHITE & CASE'S QUALIFICATIONS</u>

3.      The Debtors are requesting authorization to retain White & Case as their lead restructuring counsel effective as of September 23, 2020 because the core members of the legal team began transitioning their practices to White & Case from Sidley as of such date.  These attorneys, who include myself, Michael C. Andolina and Matthew E. Linder, have led the Debtors' restructuring efforts for the past two years, including the first eight months of the Debtors' chapter 11 cases.  Blair Warner and Laura Baccash, critical members of the legal team, and Andrew O'Neill, who has appeared in front of the Court on behalf of the Debtors, have also transitioned their practices to White & Case.  Accordingly, these attorneys have extensive pre- and postpetition experience providing legal services to the Debtors, including significant knowledge of the Debtors' non-profit operations, financial affairs, liabilities, organizational structure, and the legal issues being addressed in the Debtors' restructuring.  Moreover, these attorneys are familiar with the numerous stakeholders that are actively participating in these cases.  For this reason alone, White & Case is uniquely able to represent the Debtors in these chapter 11 cases.

4.      White & Case is also a recognized leader in financial restructuring and insolvency and routinely guides clients through restructurings, workouts and insolvency matters worldwide.

---

[3] Certain of the disclosures herein relate to matters within the knowledge of attorneys or employees of White & Case and are based on information provided by them.

The White & Case Financial Restructuring and Insolvency practice is comprised of more than sixty full-time attorneys in the United States, plus attorneys in numerous other principal areas of practice who have sub-specialties in restructuring-related issues.  White & Case has recently been retained to act as lead restructuring counsel in several complex chapter 11 cases in this District, including *In re The Hertz Corporation*, Case No. 20-11218 (MFW) (Bankr. D. Del. June 24, 2020); *In re TP RemainCo, LLC (f/k/a Techniplas, LLC)*, Case No. 20-11049 (LSS) (Bankr. D. Del. June 5, 2020); and *In re Joerns WoundCo Holdings, Inc.*, Case No. 19-11401 (JTD) (Bankr. D. Del. July 25, 2019).  White & Case therefore has the necessary experience and expertise to effectively address the issues that will arise in these cases.

5.      For the foregoing reasons, White & Case is both well qualified and uniquely able to represent the Debtors in these chapter 11 cases.  The Debtors could not replace the core members of the White & Case team without incurring significant costs in terms of the time and money that would be required to select and educate replacement counsel.  Moreover, the Debtors have requested that White & Case and Sidley work cooperatively to ensure that the transition of services to White & Case does not interrupt or delay the Debtors' restructuring efforts.

## PROFESSIONAL COMPENSATION

6.      White & Case intends to apply to the Court for allowance of compensation earned for professional services and reimbursement of expenses incurred in connection with these chapter 11 cases in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and any other applicable procedures and orders of the Court, including the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* [D.I. 341].  White & Case will also make a reasonable effort to comply

3

with the requests for information and additional disclosures as set forth in the U.S. Trustee Guidelines, both in connection with this Application and any applications for compensation and reimbursement of expenses to be filed by White & Case in these chapter 11 cases.

7.      White & Case will charge the Debtors for its legal services on an hourly basis at its ordinary and customary rates in effect on the date that such services are rendered and for reimbursement of all costs and expenses incurred by White & Case in connection with its representation of the Debtors.  White & Case has provided and will be providing professional services to the Debtors at the then-current standard rate charged by the Firm for such services. Currently, the hourly rates charged by White & Case are $1,145 to $1,645 for partners, $1,055 for counsel, $595 to $1,025 for associates, and $175 to $535 for paraprofessionals.[4]  Notwithstanding the foregoing, the Debtors have requested, and White & Case has agreed, that former Sidley professionals who transition to White & Case will charge the estates for their services at the hourly rate that is the lower of their most recent hourly rate at Sidley and their then-current hourly rate at White & Case, subject to periodic adjustments in the normal course of White & Case's operations.

8.      White & Case's hourly rates are set at a level designed to fairly compensate White & Case for the work of its attorneys and paraprofessionals and to cover fixed and routine expenses. These hourly rates vary with the experience and seniority of each professional and are subject to periodic adjustments to reflect economic and other conditions, with the hourly rate charged being the hourly rate in effect on the date that the services are performed.  The rates of White & Case's restructuring professionals anticipated to render services in connection with these cases are

---

[4] White & Case does not anticipate using contract attorneys during these chapter 11 cases.  Nevertheless, in the unlikely event that it becomes necessary to use contract attorneys, White & Case will not charge a markup to the Debtors with respect to fees billed by such attorneys.  Moreover, any contract attorneys or non-attorneys who are employed by the Debtors in connection with work performed by White & Case will be subject to connections searches and disclosures in accordance with the applicable requirements of the Bankruptcy Code and Bankruptcy Rules.

consistent with the rates that White & Case charges other comparable chapter 11 clients, regardless of the location of the chapter 11 case.[5]  White & Case's rate structure is appropriate and not significantly different from the rates that White & Case charges for other non-bankruptcy representations or the rates that other comparable counsel would charge to perform substantially similar services.

9.    White & Case will provide notice of any rate increases to the Debtors, the U.S. Trustee, the Tort Claimants' Committee and the Creditors' Committee.  Consistent with the Firm's policy, White & Case will continue to charge the Debtors for reimbursement of costs, out of pocket and office expenses, and disbursements incurred in connection with its services.  These include but are not limited to: photocopying, local messenger and intercity delivery service, computerized research, travel (including mileage, parking, airfare, lodging, meals, and ground transportation), support staff overtime and word processing, consulting and expert costs, and other costs, expenses, and disbursements.  Consistent with Local Rule 2016-2(e), White & Case will charge no more than $0.10 per page for standard duplication services in these chapter 11 cases.  White & Case does not charge its clients for incoming or outgoing facsimile transmissions.

## NO DUPLICATION OF SERVICES

10.    It is anticipated that White & Case will replace Sidley as restructuring counsel.  As they have done for approximately two years, the core legal team members at White & Case will continue to lead the Debtors' restructuring efforts, with the assistance of Sidley attorneys and paraprofessionals during the transition period, as appropriate.  Moreover, the Debtors have

---

[5] For example, like many of its peer law firms, White & Case increases the hourly billing rate of attorneys and paraprofessionals annually in the form of (a) step increases historically awarded in the ordinary course on the basis of advancing seniority and promotion and (b) periodic increases within each attorney's and paraprofessional's current level of seniority.  The step increases do not constitute "rate increases" as that term is used in the U.S. Trustee Guidelines.

requested that White & Case and Sidley work cooperatively to minimize or eliminate any duplication of services, to ensure that the transition of services to White & Case does not interrupt or delay the Debtors' restructuring efforts, and to absorb any incremental costs associated with the transition.  White & Case has agreed to these requests, which it believes are in the best interests of the estates and creditors.  White & Case professionals will not charge the Debtors' estates for time involved in getting up to speed in these chapter 11 cases.

11.    In addition to their restructuring counsel, the Debtors have also retained various other restructuring professionals and counsel in these chapter 11 cases for particular purposes.  The Debtors, White & Case, and such other counsel have fully discussed White & Case's role in these chapter 11 cases so as to avoid duplication of work.  Rather than resulting in any extra expense to the Debtors' estates, it is anticipated that the efficient coordination of efforts of the Debtors' attorneys and other professionals will promote the efficient prosecution and effective administration of these chapter 11 cases.  White & Case has agreed to make reasonable efforts to avoid duplication of services by any other professionals employed by the Debtors.

## COMPENSATION RECEIVED BY WHITE & CASE FROM THE DEBTORS

12.    White & Case has neither received any compensation from, nor entered into any agreement to be paid any compensation by, the Debtors during the one year preceding the Petition Date.  White & Case has not received any post-petition payments from the Debtors and does not hold any retainer from the Debtors.

13.    In accordance with section 504 of the Bankruptcy Code and Bankruptcy Rule 2016(b), White & Case has neither shared nor agreed to share (a) any compensation or reimbursement it has received or may receive with another person, other than with the partners, associates and contract attorneys (if applicable) associated with White & Case, or (b) any

6

compensation or reimbursement another person has received or may receive.

## WHITE & CASE'S DISINTERESTEDNESS

14.     In connection with its proposed retention by the Debtors in these chapter 11 cases, White & Case undertook to determine whether it had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors' estates. Specifically, White & Case obtained from the Debtors and its agents the names of individuals and entities that may be parties in interest in these Chapter 11 Cases (the "Potential Parties in Interest"), and such parties are listed on **Schedule 1** hereto.

15.     White & Case has searched on its electronic database for its connections to the Potential Parties in Interest to determine whether White & Case has been retained within the last five years to represent any of the Potential Parties in Interest (or their affiliates, as the case may be).  The information listed on **Schedule 1** may have changed without White & Case's knowledge and may change during the pendency of these Chapter 11 Cases.  Accordingly, White & Case will update this Declaration as necessary and when White & Case becomes aware of additional material information.  The following is a list of the categories that White & Case has searched:

| Schedule | Category[6] |
|----------|-------------|
| 1(a) | Debtors |
| 1(b) | Current and Former Directors and Officers of the Debtors |
| 1(c) | Non-Debtor Affiliates |
| 1(d) | Selected Chartered Organizations |
| 1(e) | Local Councils |
| 1(f) | Secured Parties |
| 1(g) | Banks |
| 1(h) | Credit Card Processors |
| 1(i) | Insurers |
| 1(j) | Landlords |
| 1(k) | Litigation Parties |
| 1(l) | Professionals Retained by the Debtors |
| 1(m) | Professionals Representing Certain Parties in Interest |
| 1(n) | Ordinary Course Professionals |
| 1(o) | Tort Claimants Committee |
| 1(p) | Unsecured Creditors Committee |
| 1(q) | Top 25 Plaintiffs' Law Firms Representing the Largest Number of Abuse Victims Asserting Claims Against the Debtors |
| 1(r) | Top 30 General Unsecured Creditors of the Debtors (Non-Abuse Claims) |
| 1(s) | Deferred Compensation and Restoration Plan Participants |
| 1(t) | Significant Contract Counterparties |
| 1(u) | Significant Customers |
| 1(v) | Significant Donors |
| 1(w) | Significant Vendors |
| 1(x) | Significant Taxing Authorities |
| 1(y) | Significant Utility Providers |
| 1(z) | U.S. Trustee, Judges, and Court Contacts for the District of Delaware |
| 1(aa) | Mediators |

16.     The results of White & Case's searches of the Potential Parties in Interest are set forth in **Schedule 2**.  Specifically, **Schedule 2** identifies that White & Case currently represents, or has represented within the last five (5) years,[7] certain individuals, entities or their affiliates who are Potential Parties in Interest in matters unrelated to the Debtors, the chapter 11 cases, or such

---

[6] The categorization of an entity is not a concession as to whether such entity has a valid claim against the Debtors or as to the nature of such claim.

[7] Certain of the disclosures included herein pertain to matters relating to the Debtors but that fall outside of the 5-year period.

entities' claims against and interests in the Debtors.[8]

**I.    Specific Disclosures**

17.    As set forth in this Declaration and in **Schedule 2**, White & Case represents or has represented in the past five years certain of the Potential Parties in Interest in matters unrelated to these chapter 11 cases.  None of the representations disclosed herein are materially adverse to the interests of the Debtors or the Debtors' estates.

18.    With the exception of the parties listed in this paragraph, White & Case's revenues for services rendered on behalf of each of the Potential Parties in Interest (or known affiliates) listed on **Schedule 2**, with respect to each such party and its known affiliates, total less than one percent of White & Cases' revenue for the 12-month period from October 2019 through September 2020.  Of such Potential Parties in Interest (or known affiliates thereof), only Facebook represented more than one percent of White & Case's revenue for the 12-month period from October 2019 through September 2020.  White & Case performed legal services for Facebook or its known affiliates on matters unrelated to the Debtors.

19.    Andrews & Thornton and ASK LLP are Potential Parties in Interest listed on **Schedule 1** as state court counsel to certain members of the Coalition of Abused Scouts for Justice. White & Case represents the Ad Hoc Group of Individual Victims of Purdue Pharma L.P. (the "Ad Hoc Group") in *In re Purdue Pharma L.P.*, Case No. 19-23649 (RDD), pending in the United States Bankruptcy Court for the Southern District of New York.  ASK LLP is co-counsel to the

---

[8] The term "client" means an entity listed as a client or affiliate of a client in an active or closed matter in White & Case's conflicts search system.  To the extent that a Potential Party in Interest falls under more than one category, such Potential Party in Interest is disclosed below in only one category.  Furthermore, the inclusion of a Potential Party in Interest within one or more categories in the Application, this Declaration, or otherwise is for convenience only and is not, and shall not be construed as, an acknowledgement or admission regarding any Potential Party in Interest, including with respect to any claims or relationships that such Potential Party in Interest may have with the Debtors.

Ad Hoc Group, and Andrews & Thornton is counsel to certain members of the Ad Hoc Group. White & Case's representation of the Ad Hoc Group is wholly unrelated to the BSA or BSA's chapter 11 proceedings.

20.    To the best of my knowledge, upon reasonable inquiry, neither I nor any professional of the White & Case team that is providing services to the Debtors is a creditor of the Debtors or an active volunteer with the Debtors.

## II.    Affirmative Statement of Disinterestedness

21.    Based on the conflicts search conducted to date and described herein, to the best of my knowledge:

(a)    neither White & Case nor any attorney at the Firm holds or represents an interest adverse to the Debtors' estates;

(b)    neither White & Case nor any attorney at the Firm is or was a creditor, an equity security holder, or an insider of the Debtors;

(c)    neither White & Case nor any attorney at the Firm is or was, within two years before the Petition Date, a director, officer, or employee of the Debtors; and

(d)    neither White & Case nor any attorney at the Firm has an interest materially adverse to the interests of the estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in the Debtors, or for any other reason.

22.    White & Case in the past has represented, currently represents, and in the future likely will represent certain parties that are parties-in-interest in these chapter 11 cases in matters unrelated to the Debtors, the Debtors' chapter 11 cases, or such parties-in-interests' claims against or interests in the Debtors.

23.    Thus, to the best of my knowledge, (i) White & Case is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates,

and (ii) White & Case has no connection with any of the Debtors, their affiliates, their creditors, or any other party-in-interest, or their respective attorneys and accountants, the U.S. Trustee for the District of Delaware or any person employed in the office of the same, or any judge in the Bankruptcy Court or District Court for the District of Delaware or any person in the offices of the same, except as may be disclosed in this Declaration.

24.     Given the large number of parties in interest in these chapter 11 cases and because the information on **Schedule 1** may have changed without our knowledge and may change during the pendency of the Debtors' chapter 11 cases, we are not able conclusively to identify all relationships or potential relationships with all creditors or other parties in interest in these chapter 11 cases.  White & Case will review its files periodically during the pendency of these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances arise.  If any new relevant facts or relationships are discovered or arise, White & Case will use reasonable efforts to identify such developments and will promptly file a supplemental declaration, as required by Bankruptcy Rule 2014(a) and Local Rule 2014-1(a).

## STATEMENT REGARDING U.S. TRUSTEE GUIDELINES

25.     The following responses are provided in response to the questions set forth in paragraph D.1 of the U.S. Trustee Guidelines:

a.      Other than as set forth in paragraph 7 of this Declaration with respect to professionals who have transitioned their practices to White & Case, White & Case did not agree to any variations from, or alternatives to, its standard or customary billing arrangements for this engagement.

b.      The hourly rates of the White & Case professionals representing the Debtors are consistent with the rates that White & Case charges other chapter 11 clients, regardless of the geographic location of the chapter 11 case.

c.      White & Case did not represent the Debtors prepetition or postpetition before September 23, 2020.

d.      White & Case intends to follow the budget for Sidley's engagement for the

11

postpetition period, which is set forth in Exhibit 1 to the *Final Order (I) Authorizing the Debtors to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363; (II) Granting Adequate Protection to the Prepetition Secured Party Pursuant to 11 U.S.C. §§ 105(a), 361, 362, 363, 503 and 507; and (III) Granting Related Relief* [D.I. 433].  Recognizing that unforeseeable events may arise in large chapter 11 cases, the Debtors and White & Case may need to refine and amend the budget and staffing plan as necessary.  The budget and staffing plan are intended as estimates and not as caps or limitations on fees or expenses that may be incurred or on the professionals or paraprofessionals who may advise the Debtors in these chapter 11 cases.

*[Remainder of Page Intentionally Left Blank]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: October 22, 2020
      New York, New York

Respectfully submitted,

*/s/ Jessica C. K. Boelter*
Jessica C. K. Boelter
Partner
WHITE & CASE LLP

## <u>Schedule 1</u>

**Potential Parties in Interest**

**List of Schedules**

| Schedule | Category |
|---|---|
| 1(a) | Debtors |
| 1(b) | Current and Former Directors and Officers of the Debtors |
| 1(c) | Non-Debtor Affiliates |
| 1(d) | Selected Chartered Organizations |
| 1(e) | Local Councils |
| 1(f) | Secured Parties |
| 1(g) | Banks |
| 1(h) | Credit Card Processors |
| 1(i) | Insurers |
| 1(j) | Landlords |
| 1(k) | Litigation Parties |
| 1(l) | Professionals Retained by the Debtors |
| 1(m) | Professionals Representing Certain Parties in Interest |
| 1(n) | Ordinary Course Professionals |
| 1(o) | Tort Claimants Committee |
| 1(p) | Unsecured Creditors Committee |
| 1(q) | Top 25 Plaintiffs' Law Firms Representing the Largest Number of Abuse Victims Asserting Claims Against the Debtors |
| 1(r) | Top 30 General Unsecured Creditors of the Debtors (Non-Abuse Claims) |
| 1(s) | Deferred Compensation and Restoration Plan Participants |
| 1(t) | Significant Contract Counterparties |
| 1(u) | Significant Customers |
| 1(v) | Significant Donors |
| 1(w) | Significant Vendors |
| 1(x) | Significant Taxing Authorities |
| 1(y) | Significant Utility Providers |
| 1(z) | U.S. Trustee, Judges, and Court Contacts for the District of Delaware |
| 1(aa) | Mediators |

## **Schedule 1(a)**

### **Debtors**

Boy Scouts of America
Delaware BSA, LLC

**Schedule 1(b)**

**Current and Former Directors and Officers of the Debtors**

Al Lambert
Alison K. Schuler
Arthur F. "Skip" Oppenheimer
Aubrey Harwell
Brad Haddock
Bradley D. Tilden
Bray B. Barnes
C. David Moody
Charles H. Smith
Charles W. Dahlquist
Craig Fenneman
D. Kent Clayburn
Dan Ownby
Daniel  Cabela
David Biegler
David L. Steward
David M. Clark
David Rumbarger
David S. Alexander
Dennis H. Chookaszian
Devang Desai
Dominic Wolters
Doug   Mitchell
Douglas H. Dittrick
Doyle Parrish
Drayton McLane Jr.
E. Gordon Gee
Ellie Morrison
Eric Schultz
Erin Eisner
Forrest Gertin
Francis McAllister
Frank D. Tsuru
Frank Ramirez
Fred Markham
Gary Crum
Gary E. Wendlandt
Glenn Adams
Hannah Carter
Hector A. "Tico" Perez
Howard Bulloch
J. Brett Harvey
Jack Furst

Jack Otto
James D. Rogers
James S. Turley
James S. Wilson
Janice Bryant Howroyd
Jeanette Prenger
Jeanne Arnold
Jeffrey R. Holland
Jennifer Hancock
Jim Ryffel
Joe Crafton
John C. Cushman
John Gottschalk
John Mosby
John R. Donnell Jr.
Jose  Nino
Joseph P Landy
Joy Jones
Keith A. Clark
L.B. Eckelkamp Jr.
Lisa Argyros
Lyle Knight
Mark Logemann
Matthew K. Rose
Matthew Parsons
Michael Ashline
Michael E. Sears
Michael G. Hoffman
Michael Surbaugh
Nathan O. Rosenberg
Nevada "Al" Kent
Pamela Petterchak
Patrick Sterrett
Paul Raines
Philip M. Condit
Pratik Vaidya
Ralph de la Vega
Randall Stephenson
Ray Capp
Raymond Johns
Rex W. Tillerson
Rick Cronk
Robert H. Reynolds

Robert M. Gates
Roger C. Mosby
Ron  Kirk
Ronald O. Coleman
Roy S. Roberts
Scott Christensen
Scott Sorrels
Scott W. Beckett
Stephen Owen
Steven E. Weekes
Steven Rendle
Tanya Acker
Thear Suzuki
Thomas C. Edwards
Thomas S. Monson
Thomas Yarboro
Wayne Perry
Wesley Coleman
Wesley J. Smith
William Rosner
William W. Stark Jr.

**<u>Schedule 1(c)</u>**

**Non-Debtor Affiliates**

Arrow WV, Inc.
Atikaki Youth Ventures Inc.
Atikokan Youth Ventures Inc.
BSA Asset Management, LLC
BSA Commingled Endowment Fund, LP
BSA Endowment Master Trust
Learning for Life
National Boy Scouts of America Foundation

## Schedule 1(d)

### Selected Chartered Organizations[1]

All Saints R.C. Church
Archdiocese of New York
Audubon Baptist Church
Beech Haven Baptist Church
Big Cross Elementary School
Bishop Turner High School
Calasanctius School of Buffalo
Canisius High School of Buffalo
Capuchin Franciscans
Capuchin Franciscans Custody of Star of
    The Sea
Capuchin Franciscans Province of St. Mary
Carmel of The Immaculate Concepcion
Cascade Charter Township
Church of The Holy Innocents
City of Bloomingdale
Corporation of the President of the Church
    of Jesus Christ of Latter-Day Saints
Country Farm Supply
Diocese of Brooklyn
Diocese of Buffalo
Discalced Carmelite Nuns (O.C.D.) A.K.A.
    Order of Discalced Carmelites
First Baptist Church of Athens
First Baptist Church of Danville D/B/A Boy
    Scout Troop 354
First Baptist Church of Gainesville
Glens Falls City School District
Greek Orthodox Archdiocese of America
Green Acres Baptist Church
Holy Family Church
Holy Family R.C. Church
House of Hope Presbyterian Church
Immaculate Conception R.C. Church
Louisville Metro Police Department, City of
    Louisville, Jefferson County / Louisville
    Consolidated Government
Mohawk District of The Northern New York
    Annual Conference of The Methodist
    Episcopal Church of New York

Monastery of Christ In The Desert
Our Lady of Lourdes Catholic School
Our Savior Lutheran Church
Queen of Peace R.C. Church
Reformation Lutheran Church
Regis High School
Roman Catholic Archbishop of Agana
Roman Catholic Archdiocese of New York,
    Archdiocese of New York
Roman Catholic Parish of St. Frances
    Xavier Cabrini, Rochester NY (Formerly
    "Church of The Annunciation Of
    Rochester, New York"), a Religious
    Corporation
Sacred Heart - Espanola
Saint John The Baptist Church
School Sisters of Notre Dame Central
    Pacific Province, Inc.
School Sisters of Notre Dame, Region of
    Guam
Silver Springs Shores Presbyterian Church,
    Inc.
Society of Jesus, USA-Northeast Province
    A/K/A The Jesuits
St. Ambrose Church
St. Benedict Joseph Labre Church
St. Benedict Joseph Labre School
St. Brigid's R.C. Church
St. Catherine's Roman Catholic Church
St. Catherine's Roman Catholic Church
    School
St. Demetrios Greek Orthodox Church
St. Francis of Assisi Roman Catholic
    Church
St. Francis Xavier Church
St. Helena Parish
St. John Gualbert R.C. Church
St. John Vianney R.C. Church
St. Josephats R.C. Church
St. Nicholas of Tolentine

---

[1] There are approximately 41,000 chartered organizations.  This list only includes those charted organizations known by the Debtors to be implicated in abuse claims with the BSA.

St. Paul's R.C. Church
St. Pius V
St. Pius X Catholic Church of Rochester,
    Minnesota
St. Teresa Parish A/K/A Church of St.
    Teresa of The Infant Jesus
St. Teresa R.C. Church
The Blessed Trinity R.C. Church
The Diocese of Rochester (A/K/A "Roman
    Catholic Diocese of Rochester"), A
    Religious Corporation
The Foundation of The Roman Catholic
    Diocese of Buffalo N.Y., Inc.
The Pingry School
The Roman Catholic Diocese of Syracuse
The Roman Catholic Diocese of Syracuse,
    NY
The School Sisters Of Notre Dame,
    Milwaukee Province, Inc.
Town of Deerfield
Town of Trumbull
University Heights Presbyterian Church
USA Northeast Province of The Society of
    Jesus
Weedsport Central School District
Weedsport Central School District Board of
    Education

## Schedule 1(e)

### Local Councils

Boy Scouts of America Abraham Lincoln Council

Boy Scouts of America Alabama-Florida Council

Boy Scouts of America Alamo Area Council

Boy Scouts of America Allegheny Highlands Council

Boy Scouts of America Aloha Council

Boy Scouts of America Andrew Jackson Council

Boy Scouts of America Anthony Wayne Area Council

Boy Scouts of America Arbuckle Area Council

Boy Scouts of America Atlanta Area Council

Boy Scouts of America Baden-Powell Council

Boy Scouts of America Baltimore Area Council

Boy Scouts of America Bay Area Council

Boy Scouts of America Bay-Lakes Council

Boy Scouts of America Black Hills Area Council

Boy Scouts of America Black Swamp Area Council

Boy Scouts of America Black Warrior Council

Boy Scouts of America Blackhawk Area Council

Boy Scouts of America Blue Grass Council

Boy Scouts of America Blue Mountain Council

Boy Scouts of America Blue Ridge Council

Boy Scouts of America Blue Ridge Mountains Council

Boy Scouts of America Buckeye Council

Boy Scouts of America Buckskin Council

Boy Scouts of America Bucktail Council

Boy Scouts of America Buffalo Trace Council

Boy Scouts of America Buffalo Trail Council

Boy Scouts of America Caddo Area Council

Boy Scouts of America Calcasieu Area Council

Boy Scouts of America California Inland Empire Council

Boy Scouts of America Cape Cod And Islands Council

Boy Scouts of America Cape Fear Council

Boy Scouts of America Capitol Area Council

Boy Scouts of America Cascade Pacific Council

Boy Scouts of America Catalina Council

Boy Scouts of America Central Florida Council

Boy Scouts of America Central Georgia Council

Boy Scouts of America Central Minnesota Council

Boy Scouts of America Central North Carolina Council

Boy Scouts of America Chattahoochee Council

Boy Scouts of America Cherokee Area Council

Boy Scouts of America Chester County Council

Boy Scouts of America Chickasaw Council

Boy Scouts Of America Chief Cornplanter Council

Boy Scouts of America Chief Seattle Council

Boy Scouts of America Chippewa Valley Council

Boy Scouts of America Choctaw Area Council

Boy Scouts of America Cimarron Council

Boy Scouts of America Circle Ten Council

Boy Scouts of America Coastal Carolina Council

Boy Scouts of America Coastal Georgia Council

Boy Scouts of America Colonial Virginia Council

Boy Scouts of America Columbia-Montour Council

Boy Scouts of America Connecticut Rivers Council

Boy Scouts of America Connecticut Yankee Council

Boy Scouts of America Conquistador Council

Boy Scouts of America Cornhusker Council

Boy Scouts of America Coronado Area Council

Boy Scouts of America Cradle Of Liberty Council

Boy Scouts of America Crater Lake Council

Boy Scouts of America Crossroads Of America Council

Boy Scouts of America Dan Beard Council

Boy Scouts of America Daniel Boone Council

Boy Scouts of America Daniel Webster Council

Boy Scouts of America De Soto Area Council

Boy Scouts of America Del-Mar-Va Council

Boy Scouts of America Denver Area Council

Boy Scouts of America East Carolina Council

Boy Scouts of America East Texas Area Council

Boy Scouts of America Erie Shores Council

Boy Scouts of America Evangeline Area Council

Boy Scouts of America Far East Council

Boy Scouts of America Five Rivers Council

Boy Scouts of America Flint River Council

Boy Scouts of America French Creek Council

Boy Scouts of America Gamehaven Council

Boy Scouts of America Garden State Council

Boy Scouts of America Gateway Area Council

Boy Scouts of America Georgia-Carolina Council

Boy Scouts of America Glacier's Edge Council

Boy Scouts of America Golden Empire Council

Boy Scouts of America Golden Spread Council

Boy Scouts of America Grand Canyon Council

Boy Scouts of America Grand Columbia Council

Boy Scouts of America Grand Teton Council

Boy Scouts of America Great Alaska Council

Boy Scouts of America Great Rivers Council

Boy Scouts of America Great Salt Lake Council

Boy Scouts of America Great Smoky Mountain Council

Boy Scouts of America Great Southwest Council

Boy Scouts of America Great Trail Council

Boy Scouts of America Greater Alabama Council

Boy Scouts of America Greater Los Angeles Area Council

Boy Scouts of America Greater New York Council

Boy Scouts of America Greater Niagara Frontier Council

Boy Scouts of America Greater St. Louis Area Council

Boy Scouts of America Greater Tampa Bay Area Council

Boy Scouts of America Greater Wyoming Council

Boy Scouts of America Greater Yosemite Council

Boy Scouts of America Green Mountain Council

Boy Scouts of America Greenwich Council

Boy Scouts of America Gulf Coast Council

Boy Scouts of America Gulf Stream Council

Boy Scouts of America Hawk Mountain Council

Boy Scouts of America Hawkeye Area Council

Boy Scouts of America Heart Of America Council

Boy Scouts of America Heart Of New England Council

Boy Scouts of America Heart Of Virginia Council

Boy Scouts of America Hoosier Trails Council

Boy Scouts of America Housatonic Council

Boy Scouts of America Hudson Valley Council

Boy Scouts of America Illowa Council

Boy Scouts of America Indian Nations Council

Boy Scouts of America Indian Waters Council

Boy Scouts of America Inland Northwest Council

Boy Scouts of America Iroquois Trail Council

Boy Scouts of America Istrouma Area Council

Boy Scouts of America Jayhawk Area Council

Boy Scouts of America Jersey Shore Council

Boy Scouts of America Juniata Valley Council

Boy Scouts of America Katahdin Area Council

Boy Scouts of America La Salle Council

Boy Scouts of America Lake Erie Council

Boy Scouts of America Las Vegas Area Council

Boy Scouts of America Last Frontier Council

Boy Scouts of America Laurel Highlands Council

Boy Scouts of America Leatherstocking Council

Boy Scouts of America Lincoln Heritage Council

Boy Scouts of America Long Beach Area Council

Boy Scouts of America Longhorn Council

Boy Scouts of America Longhouse Council

Boy Scouts of America Longs Peak Council

Boy Scouts of America Los Padres Council

Boy Scouts of America Louisiana Purchase Council

Boy Scouts of America Marin Council

Boy Scouts of America Mason-Dixon Council

Boy Scouts of America Mayflower Council

Boy Scouts of America Mecklenburg County Council

Boy Scouts of America Miami Valley Council

Boy Scouts of America Michigan Crossroads Council

Boy Scouts of America Mid-America Council

Boy Scouts of America Middle Tennessee Council

Boy Scouts of America Mid-Iowa Council

Boy Scouts of America Midnight Sun Council

Boy Scouts of America Minsi Trails Council

Boy Scouts of America Mississippi Valley Council

Boy Scouts of America Mobile Area Council

Boy Scouts of America Monmouth Council

Boy Scouts of America Montana Council

Boy Scouts of America Moraine Trails Council

Boy Scouts of America Mount Baker Council

Boy Scouts of America Mountaineer Area Council

Boy Scouts of America Muskingum Valley Council

Boy Scouts of America Narragansett Council

Boy Scouts of America National Capital Area Council

Boy Scouts of America Nevada Area Council

Boy Scouts of America New Birth Of Freedom Council

Boy Scouts of America North Florida Council

Boy Scouts of America Northeast Georgia Council

Boy Scouts of America Northeast Illinois Council

Boy Scouts of America Northeast Iowa Council

Boy Scouts of America Northeastern Pennsylvania Council

Boy Scouts of America Northern Lights Council

Boy Scouts of America Northern New Jersey Council

Boy Scouts of America Northern Star Council

Boy Scouts of America Northwest Georgia Council

Boy Scouts of America Northwest Texas Council

Boy Scouts of America Norwela Council

Boy Scouts of America Occoneechee Council

Boy Scouts of America Ohio River Valley Council

Boy Scouts of America Old Hickory Council

Boy Scouts of America Old North State Council

Boy Scouts of America Orange County Council

Boy Scouts of America Oregon Trail Council

Boy Scouts of America Ore-Ida Council

Boy Scouts of America Overland Trails Council

Boy Scouts of America Ozark Trails Council

Boy Scouts of America Pacific Harbors Council

Boy Scouts of America Pacific Skyline Council

Boy Scouts of America Palmetto Council

Boy Scouts of America Pathway To Adventure Council

Boy Scouts of America Patriots' Path Council

Boy Scouts of America Pee Dee Area Council

Boy Scouts of America Pennsylvania Dutch Council

Boy Scouts of America Piedmont Council

Boy Scouts of America Pikes Peak Council

Boy Scouts of America Pine Burr Area Council

Boy Scouts of America Pine Tree Council

Boy Scouts of America Pony Express Council

Boy Scouts of America Potawatomi Area Council

Boy Scouts of America Prairielands Council

Boy Scouts of America Puerto Rico Council

Boy Scouts of America Pushmataha Area Council

Boy Scouts of America Quapaw Area Council

Boy Scouts of America Quivira Council

Boy Scouts of America Rainbow Council

Boy Scouts of America Redwood Empire Council

Boy Scouts of America Rio Grande Council

Boy Scouts of America Rip Van Winkle Council

Boy Scouts of America Rocky Mountain Council

Boy Scouts of America Sagamore Council

Boy Scouts of America Sam Houston Area Council

Boy Scouts of America Samoset Council

Boy Scouts of America San Diego-Imperial Council

Boy Scouts of America Santa Fe Trail Council

Boy Scouts of America Seneca Waterways Council

Boy Scouts of America Sequoia Council

Boy Scouts of America Sequoyah Council

Boy Scouts of America Shenandoah Area Council

Boy Scouts of America Silicon Valley Monterey Bay Council

Boy Scouts of America Simon Kenton Council

Boy Scouts of America Sioux Council

Boy Scouts of America Snake River Council

Boy Scouts of America South Florida Council

Boy Scouts of America South Georgia Council

Boy Scouts of America South Plains Council

Boy Scouts of America South Texas Council

Boy Scouts of America Southeast Louisiana Council

Boy Scouts of America Southern Sierra Council

Boy Scouts of America Southwest Florida Council

Boy Scouts of America Spirit Of Adventure Council

Boy Scouts of America Stonewall Jackson Area Council

Boy Scouts of America Suffolk County Council

Boy Scouts of America Susquehanna Council

Boy Scouts of America Suwannee River Area Council

Boy Scouts of America Tecumseh Council

Boy Scouts of America Texas Southwest Council

Boy Scouts of America Texas Trails Council

Boy Scouts of America Theodore Roosevelt Council

Boy Scouts of America Three Fires Council

Boy Scouts of America Three Harbors Council

Boy Scouts of America Three Rivers Council

Boy Scouts of America Tidewater Council

Boy Scouts of America Transatlantic Council

Boy Scouts of America Trapper Trails Council

Boy Scouts of America Tukabatchee Area Council

Boy Scouts of America Tuscarora Council

Boy Scouts of America Twin Rivers Council

Boy Scouts of America Twin Valley Council

Boy Scouts of America Utah National Parks Council

Boy Scouts of America Ventura County Council

Boy Scouts of America Verdugo Hills Council

Boy Scouts of America Voyageurs Area Council

Boy Scouts of America W.D. Boyce Council

Boy Scouts of America Washington Crossing Council

Boy Scouts of America West Tennessee Area Council

Boy Scouts of America Westark Area Council

Boy Scouts of America Westchester-Putnam Council

Boy Scouts of America Western Los Angeles County Council

Boy Scouts of America Western Massachusetts Council

Boy Scouts of America Westmoreland-Fayette Council

Boy Scouts of America Winnebago Council

Boy Scouts of America Yocona Area Council

Boy Scouts of America Yucca Council

## Schedule 1(f)

### Secured Parties

AT&T Capital Services, Inc.
AT&T Corporation
Automation Tools, LLC
CIT Bank, N.A.
Datamax, Inc.
EverBank Commercial Finance, Inc.
Firebird Structures, LLC
Giant Bicycle, Inc.
HYG Financial Services, Inc.
ImageNet Consulting, LLC
Insight Investments, LLC
JPMorgan Chase Bank, N.A.
Kaufman Fire Protection Systems, Inc.
Key Equipment Finance
Konica Minolta Premier Finance
MB Financial Bank, N.A.
Raymond Leasing Corp
TCF Equipment Finance, Inc.
The Chase Manhattan Bank
The "Green Bar Bill" Hillcourt Foundation
The "Green Bar Bill" Hillcourt Foundation, C/O Winstead PC
TIAA Commercial Finance, Inc.
UniFi Equipment Finance, Inc.
Veristor Capital, LLC
Wells Fargo Financial Leasing, Inc.

**<u>Schedule 1(g)</u>**

**Banks**

Banco Popular
Bank of America
BB&T
Blackrock
Charles Schwab
CIBC - First Caribbean Bank
Federated Bank
Fidelity Investments
Fifth Third Bank
First Bank - Virgin Islands
First State Bank
Goldman Sachs
InBank
JPMorgan Chase Bank, N.A.
Merrill Lynch, Pierce, Fenner & Smith, Inc.
Northern Trust Corporation
PNC Bank
RBC Bank
Regions Bank
Scotiabank
State Street Bank
TD Bank
US Bank
Wells Fargo & Company

## Schedule 1(h)

### Credit Card Processors

American Express
Authorize.net
Bank of America Merchant Services
Card Connect
Discover
Dynamic Payments
Global Payments Inc.
JPMorgan Chase Bank, N.A.
Mastercard
Moneris
Opticard
Paymentech, LLC
PayPal, Inc.
Shift4
Stripe (Shopify)
TSYS/Cayan
Valutec
Visa
Wells Fargo & Company
Wild Apricot

**Schedule 1(i)**

**Insurers**

Ace Insurance Group
Aetna Casualty and Surety Company
Agricultural Excess & Surplus Insurance
    Company
Agricultural Insurance Company
AIG
Allianz Global Corporate & Specialty SE
Allianz Global Risks US Insurance
    Company
Allianz Insurance Company
Allianz Societas Europaea
Allied World Assurance Co.
Allied World Assurance Company (U.S.),
    Inc.
Allied World Assurance Company, Ltd
Alterra Excess & Surplus Insurance
    Company
American Guarantee and Liability Insurance
    Company
American International Group, Inc.
American Re-Insurance Company
American Zurich Insurance Company
Arch Capital Group (U.S.)
Arch Insurance Company
Arch Reinsurance Ltd.
Argo Group International Holdings, Ltd
Argonaut Insurance Company
Argonaut Insurance Group
Arrowood Indemnity Company
Arrowpoint Capital Corp.
Aspen Insurance Holdings Limited
Ategrity Specialty
Ategrity Specialty Insurance Company
AXA Insurance Company
AXA XL
Axis Capital Holdings Limited
Axis Insurance Company
Axis Specialty Insurance Company
Axis Surplus Insurance Company
Beazley Insurance Company, Inc.
Berkley Insurance Company
Berkshire Hathaway Insurance Group
California Union Insurance Company

Catlin Underwriting Agencies Limited
Century Indemnity Company
Chubb Atlantic Indemnity Ltd.
Chubb Custom Insurance Company
Chubb Executive Risk
Chubb Group of Insurance Companies
Cincinnati Specialty Underwriters Insurance
    Company
Clarendon America Insurance Company
Clarendon National Insurance Company
CNA Insurance Companies
Colony Insurance Company
Columbia Casualty Company
Continental Insurance Company
Endurance American Insurance Company
Endurance American Specialty Insurance
    Company
Enstar Group Limited
Euclid Insurance Services, Inc.
Evanston Insurance Company
Everest National Insurance Company
Everest Re Group
Fairfax (US) Inc.
Fairfax Financial (USA) Group
Federal Insurance Company
Fireman's Fund Insurance Companies
First Specialty Insurance Corporation
First State Insurance Company
Gemini Insurance Company
General Star Indemnity Company
Great American
Great American Assurance Company
Great American E & S Insurance Company
Great American Property and Casualty
    Insurance Group
Gulf Insurance Company
Hallmark Specialty Insurance Company
Harbor Insurance Company
Hartford Accident and Indemnity Company
Houston Casualty Company
Indemnity Insurance Company of North
    America
Indian Harbor Insurance Company

Industrial Indemnity
Industrial Insurance Company of Hawaii
Insurance Company of North America
Insurance Company of the State of
    Pennsylvania (The)
International Insurance Company
Interstate Fire & Casualty Company
Landmark Insurance Company
Lexington Insurance Company
Liberty Insurance Underwriters, Inc.
Liberty Mutual Insurance Company
Liberty Surplus Insurance Corporation
Lloyd's of London
London Market
Markel American Insurance Company
Markel Corporation Group
Marsh & McLennan Companies
MHBT, a Marsh & McLennan Agency
Munich Re Group
Munich Reinsurance America, Inc.
National Casualty Company
National Surety Corporation
National Union Fire Insurance Company Of
    Pittsburgh, PA
Navigators Group, Inc.
Navigators Insurance Company
Navigators Specialty Insurance Company
Niagara Fire Insurance Company
Normandy Reinsurance Company Limited
Ohio Casualty Insurance Company (The)
Old Republic General Group
Old Republic Insurance Company
Old Republic Insurance Group
Pacific Employers Ins. Company
Pacific Indemnity Company
Property/Casualty Insurance Co. Of
    Hartford
RLI Professional Risk
Royal Indemnity Company
RSUI Group
R-T Specialty
Sompo - Endurance American Insurance
    Company
Sompo Holdings, Inc.
St. Paul Surplus Lines Insurance Company
Starr Indemnity & Liability Company

Starr Specialty
Steadfast Insurance Company
Swiss Re Group
Texas Pacific Indemnity Company
The Hartford Financial Services Group, Inc.
The Hartford Fire
The Hartford Insurance Group
The Hartford Steam Boiler Inspection And
    Insurance Company
The Travelers Companies, Inc.
Traders and Pacific Insurance Company
Travelers (Bermuda) Limited
Travelers Casualty and Surety Company
Travelers Indemnity Company
Twin City Fire Insurance Company
U.S. Fire Insurance Company
Universal Re-Insurance Company Limited
Utica Mutual Insurance Company
W. R. Berkley Corporation
W.R. Berkley Group
Westchester Fire Insurance Company
Westchester Surplus Lines Insurance
    Company
XL Catlin
XL Europe Limited
XL Insurance (Dublin) Ltd.
XL Insurance Company SE
Zurich Financial (USA) Group
Zurich Financial Services Group

## **Schedule 1(j)**

### **Landlords**

1040 Avenue of the Americas LLC
IRC Retail Centers

### Schedule 1(k)

### Litigation Parties[2]

90 Merrick LLC



Aaron Moore
Aaron Yates
ABC Insurance Corporation
Adam Herrington

Aderion Adkisson
Adrian Senentz

Alicia Lifrak

All Saints R.C. Church
Allegheny Highlands Council
Allen Hughes
Aloha Council Chamorro District
Alpine Scout Camp

Andrea Watson

Andrew Aston
Andrew Bloom
Andrew Mannetta
Andrew McMorris

Anita Gettleson
Anna Lee Ingram

Antonia Michelson
Aramark Campus, LLC
Archbishop Christopher Pierre, Apostolic
    Nuncio of The Holy See For The United
    States
Archbishop Timothy Dolan, Archbishop of
    New York
Archdiocese of New York And Our Lady of
    Lourdes Catholic School

---

[2] The professionals seeking to be retained also ran the names of certain individual plaintiffs. In accordance with the *Final Order (I) Authorizing the Debtors' to file (A) a Consolidated List of Counsel Representing the Largest Numbers of Abuse Victims and (B) a Consolidated List of Other Unsecured Creditors of the Debtors, (II) Authorizing and Approving Special Noticing and Confidentiality Procedures, (III) Authorizing and Approving Procedures for Providing Notice of Commencement, and (IV) Granting Related Relief* [Docket No. 274], in order to protect the identities of individual plaintiffs asserting abuse claims and individual plaintiffs who are minors, the Debtors have redacted such information from this list. The Debtors will provide an unredacted version of this list to the Court, the Office of the United States Trustee, and the Committees upon request.



Astral Energy, LLC
Atlanta Area Council, Inc.
Attorney(s) ABC and Accountant(S) XYZ

Austin Boley

Austin Fruge'

Baden-Powell Council, Inc.
Baiting Hollow Scout Camp
Barbara Cowles
Beech Haven Baptist Church

Benjamin Cudeck

Betty Boland, as the Administrator of The
    Estate of Ernest Boland
Big Cross Elementary School
Billie Jo Mojoinner
Bishop Turner High School
Blackhawk Area Council of Boy Scouts

Blue Ridge Mountains Council
Board of Trustees of The First Baptist
    Church of Gainesville, Inc.

Bobby C. Jones

Bowmansville Fire Co., Inc.
Boy Scout Troop #50 of Hattiesburg,
    Mississippi
Boy Scout Troop 163
Boy Scout Troop 204 Memphis - Chickasaw
    Council - Thunderbird District
Boy Scout Troop 95
Boy Scout Trust Fund
Boy Scouts 11 of America
Boy Scouts of America - Hiawatha Council
Boy Scouts of America Atlantic Area
    Council Inc.
Boy Scouts of America Atlantic Area
    Council No. 331
Boy Scouts of America Big Apple District
Boy Scouts of America Greater Los Angeles
    Area Council
Boy Scouts of America Pack 494
Boy Scouts of America Phoenix District
    Troop 49
Boy Scouts of America San Diego-Imperial
    Council
Boy Scouts of America Troop 1000 Inc.
Boy Scouts Troop #64
Boy Scouts Troop 460
Brad Ewell

Bradley Schumann
Brandon Wood
Brazen Matson

Brennan Johnston
Brentley Wells

Bretty Bybee

Brian P. Wagner



Bronx Council
Brooklyn Chinese-American Association
Brooklyn Council
Bruce Desandre

Buffalo Trail Council
Buffalo Trail Scout Ranch
Calasanctius School of Buffalo
Caleb Steinhoff
California Inland Empire Council

Camille Travis
Camp Aquehonga
Camp Big Timber
Canisius High School of Buffalo
Capuchin Franciscans
Capuchin Franciscans Custody of Star of
    The Sea
Capuchin Franciscans, Province of St. Mary
Carol Chacon
Carolyn Hemphill
Carrie Stafford
Carroll Township Police Department
Cascade Charter Township
Cascade Pacific Council
Casey Scott
Catholic Cemeteries of Roman Catholic
    Diocese of Buffalo, Inc.
Catholic Health of WNY and its subsidiaries
Cathy Ostrenga
Celeste Rone-Moss

Charles Copeland
Charles Oglesby, Sr.
Charles Stauder
Charlie Bate

Chase Dansereau
Cherokee Area Council, Inc.
Chicago Area Council
Chickasaw Council
Chief of Police Jon Belmar
Chief Seattle Council
Chris Alvelo

Chris Larrabee
Chris McCullough
Christ The King Seminary Fund, Inc.

Christina Vovchuk

Christopher Finks
Christopher Larrabee

Christopher Payne
Christopher Pelletier

Christopher Vogel

Church of The Holy Innocents
Cincinnati Insurance Company
Circle Ten Council
Citizens' Hose Company No. 1 of Dillsburg
    Penna
City of Columbus
City of Louisville
City of Louisville-Jefferson County-
    Louisville Consolidated Government

Clark Martin
Claudius Douglas Mair-Worley
Clayton Historical Society

Clifton Neyrey
CLK/HP 90 Merrick LLC
Clyde Noland

CMR A/S/O Cox Communication
███

Columbus School District

Complaint and Michigan Crossroads
    Council, Inc.

Connecticut Rivers Council

Connecticut Rivers Council Troops 258 &
    302

Connecticut Yankee Council, Inc.

Connor Cudeck
████████

Continental Tire The Americas, LLC

Cornelia Berrocal

Corporation of the President of the Church
    of Jesus Christ of Latter-Day Saints

Country Farm Supply

Cradle of Liberty Boy Scouts of America
████

Craig Bingham
████████

Ct Yankee Council

Cub Scout Pack 601

Curtis Flaherty
████████

Dan McGill

Daniel Boone Council Inc.

Daniel Camerano
████████

Daniel P. Sturtzel

Daniel Richardson
████████

Daniel Wagner

Daniel Webster Council Inc.

Darla Duarte

David A. Declue
████████

David Dale

David G. Derrick

David Gomes

David H. Scharf

David K. Buterbaugh
████████

David Lannes

David McDaniel
████████

David Michelson
████████

David Silva
████████

Debra Schwamberger

Dechaison White

Denis Lane
████████

Dillsburg Community Fair Association

Dillsburg Lions Club And Dillsburg Boy
    Scout Troop #38

Diocese of Brooklyn

Dolores Snyder

Donald C. Shriver

Donald Grande

Donald J. Hebert



Doug Stevenson

Douglas Nail

Dwight Cable

Eamonn Ferrante
East Meadow Youth Baseball & Softball
    Association
Ed Miller
Eddie Blue
Edgar Riecke

Edward M. Bednarczyk
Edward Perriera

Elijah Knight
Elliott Litz
Elwood Union Free School District
Emely Santos

Emma O'Connor

Eric L. Young, Administrator of The Estate
    of Christopher Alvelo
Eric R. Park
Essex County Council of The Boy Scouts of
    America
Estate of Robert Whitelaw, Deceased
Ethan Fuller
Ethan Rapier

Evan Park Howell, Iii

Evergreen Area Council, Boy Scouts of
    America
Fabian Lopez
Fairfield County Council of Boy Scouts of
    America, Inc.
Fayetteville United Methodist Church

First Baptist Church of Athens
First Baptist Church of Danville D/B/A Boy
    Scout Troop 354
First Baptist Church of Gainesville
Five Rivers Council Inc.
Floodwood Mountain Scout Reservation
    Association, Inc.
Ford Motor Company
Francis (Skip) Toomey II

Frank Pedone



G.A.C.

Gabriel Racine
Gage Wilson
Garden State Council
Gary Ackerman
Gary Carroll

Gary L Strain
Gary Langsdale

George D. McClay

C/O Berman
O'Connor & Mann

George J. Eberl
Geovanni McClain

Glens Falls City School District
Gloria Garcia
Governor Clinton Council, Inc., Boy Scouts
    of America
Grace Gordon
Grand Canyon Council
Great Alaska Council
Great Salt Lake Council
Great Southwest Council
Greater Alabama Council
Greater New York City Councils

Greater Niagara Frontier Council
Greater Niagara Frontier Council #380 of
    The Boy Scouts of America
Greater St. Louis Area Council, Boy Scouts
    of America, Inc.
Greater Tampa Bay Area Council, Inc.
Greater Yosemite Council, Inc.
Greek Orthodox Archdiocese of America
Green Acres Baptist Church
Greenport Fire Department
Greg Day

Greg Ploski

Guy Rollf
Guy Thomas Buker
Hacker Coverage Dispute
Harley Avenue Primary School

Hawk Mountain Council, Inc., Boy Scouts
    of America
Hawkeye Area Council, Boy Scouts of
    America, An Iowa Corporation
Heart of America Council
Heart of New England
Heart of Virginia Council, Inc., Boy Scouts
    of America
Heath Faucheux
Henry Reinsburrow
Holy Family Church
Holy See Instrumentalities

Holy See, State of Vatican City - The
    Vatican
House of Hope Presbyterian Church

Hudson Valley Council
Hunter Iverson

Ian Simpson

Immaculate Conception R.C. Church
Indian Waters Council Boy Scouts of
    America Inc.
Iroquois Trail Council Inc.
Irwindale Police Department
Istrouma Area Council

J.E. Mathis

Jack Rose

Jacob Nelson

James Gambrell King

James Kennedy

James Potjunas

James Stillwell, Jr.

James T. Grace Jr.

Jane Sutterlin
Janessa Miller
Jarred Pai
Jasiah Marshall
Jason Hofmann

Jason R. Brockman

Jayshawn Brown
Jefferson County
Jefferson County / Louisville Consolidated
    Government
Jeffery Leonard And Individual

Jersey Shore Council
Jesse Bessette

Jessie Tomeo





Joanne Nauheimer (Class Action)
Joanne Nauheimer (Individual)

Joel Shumway
John B. Lowell
John Cimral

John Gruber

John J. Beardsworth, Jr.

John Jones

John Lund

John Richers

Jonathan Dunn

Joseph Alvarado

Joseph F. Snyder

Joseph L. Snyder

Joseph Porter and Gail Porter

Joseph Tetlow

Joshua Goodwin
Joshua P. Christ
Joshua Simpson
Joshua White
Judy Crawford
Julie Hedrick
Julie Schmidt



Kaden Lynch
Kalin Bart Talbott River Road Trust
Kalvin Marshall
Karin Larrabee
Karina Miller

Kathleen Hufford
Kathryn (Katie) Schulze

Keegan Day

Kellie Bogardus

Kenneth Betts

Kent L. Wallace
Kerrie Galvin (Obo Trevor Galvin)

Keystone College
Kimberly Payne
Kincaid Tyas
Kireon D. Pleis

Kristopher Bartee
Kyle Boell

Landon Bassett

Las Vegas Area Council, Inc.
Laurie Buckelew

Lawrence Svrcek
Leanna Stanley
Learning For Life Inc.
Leatherstocking Council
Lebanon Lions Club
Lee Shedroff
Leo Kelly

Lincoln Heritage Council
Linda Davis
Linda Fant
Linda Jensen
Lindsay Bishop
Lisa C. Crocus
Lloyd Bryant

Logan Bogardus
Logan Larrabee
Logan Mackay
Longhouse Council

Louisville Metro Police Department

Luke Bennett

Madison Osborne

Malcolm Boykin
Malmaison District
Manhattan Council, Boy Scouts of America

Marc Anderson
Marco Romero
Marcus Kang
Marcus Mack

Marjorie Bewley
Marjorie Morris

Mark Helser and Jane Doe Helser
Mark Kern

Mark Tibbetts
Mark Tumeo
Mark Vincett

Mathew Zaiss
Matt Day

Matthew Gelhausen
Matthew Inbody
Matthew McClay
Matthew S. Devore
Matthew Teixeira
Matthew Yakaboski

Max Moon
Maya Cann
Mayflower Council

Megan Knoernschild

Micah Hattaway

Michael Frys

Michael Kelsey

Michael Maffetone





Michael Rega

Michael Sandifer

Michelle Delutri
Michigan Crossroads Council, Inc.
Mid-America Council
Middle Tennessee Council

Miles Woolsey
Monastery of Christ In The Desert
Monmouth Council
Monsignor Michael Harrington
Monsignor William Stanton
Montana Council

Mossy Ford, Inc.
Most Reverend Edward U. Kmiec
Most Reverend Henry J. Mansell
Most Reverend Richard J. Malone

New York Greater Councils
Newport Sea Base - Orange County Council
Niagara Frontier Council, Boy Scouts of
    America

Nina Baldinucci
Nipmuck District of the Connecticut Rivers
    Council of The Boy Scouts of America

Nolan Henderson

North Florida Council
Northeast Georgia Council, Inc.
Northeastern Pennsylvania Council
Northern New Jersey Council
Northern Star Council

Old Republic Insurance Company, Inc.
Omega Pacific, Inc.
Orange County Council
Orange County Rowing Club
Oregon Trail Council, Inc.

Our Savior Lutheran Church

Parker Irey
Pat Currie
Pathway To Adventure Council
Patricia Donehue
Patricia Gerber
Patrick A. Mancuso

Patriots' Path Council

Paul Antosh
Paul Brandon Paris

Paul R. Thomson, Jr.

Paul Scarola



Pauline Jenkins

Penn Mountains Council
Penny Nomura

Peter Rymut

Pierce Hull
Pine Burr Area Council, Inc.
Police Officer Annette Hoyt
Polly Root
Pope Francis
Progressive Casualty Insurance Company
Quapaw Area Council
Queen of Peace R.C. Church
Queens Council
R. Fleming Weaver, Jr.

Randolph "Randy" Nowak

Raul Cadena

Reckson Operating Partnership, L.P
Red Mountain Asset Fund, LLC
Regina McCullough

Regis High School
Reid Comita
Reilly Nahill
Rev. Basil Ormsby, S.J.
Rev. David Bialakowski
Rev. Donald W. Becker
Rev. Florian Jasinski
Rev. Frederick Fingerle
Rev. Gerald Jasinski
Rev. John P. Hajduk
Rev. Joseph Persich, S.J.
Rev. Nelson Kinmartin
Rev. Norbert Orsolits
Rev. Ronald Sajak
Rev. Ronald Silverio
Rev. Theodore Podson
Rev. William White

Richard L. Lucero

Richard Lehr



Richard Mathews

Richard Robbins
Richard Rognsvoog

River Rivers Council, Boy Scouts of
    America

Robert Bulens

Robert Hallum
Robert Jorgensen

Robert Logan Talbott River Road Trust

Robert Sutterlin
Robert Talbott, Inc

Roberts. Talbott Revocable Trust

Roman Catholic Archbishop
Roman Catholic Archbishop of Agana
Roman Catholic Archdiocese of New York,
    Archdiocese of New York

Ronald Hegwood

Ronnie Mason

Ruth Kvistad

Sacred Heart - Espanola
Saint John The Baptist Church

Salvador Rivera
Sam Houston Area Council
Sam Houston Area Council Phoenix District

Samuel Christian Carelton
Samuel Roche
San Gabriel Valley Council
Sandy Potjunas
Sarah Case Talbott River Road Trust
SC Boy Scouts Council Inc.
School Sisters of Notre Dame Central
    Pacific Province, Inc.
School Sisters of Notre Dame, Region of
    Guam



Scott Michelson



Scout Troop 4200
Second Baptist Church
Seneca Waterways Council, Boy Scouts of
    America
Sequoia Council
Sergeant Konrad Wojciehowski



Sharon Giovingo
Sharon Richardson

Shawn Pelletier

Sheree Dodge
Sherrilynn Wood
Sherrye Howell
Shirley Williams
Silicon Valley Monterey Bay Council
Skylar Prestano
Sleepy Hollow Vineyards, L.P.
Society of Jesus, USA-Northeast Province

Southeast Louisiana Council
Southern California Scullers Club
Southern Shores Field Service Council
Southwest Bartholomew Volunteer Fire
    Department, Inc.
St. Benedict Joseph Labre Church
St. Benedict Joseph Labre School
St. Brigid R.C. Church
St. Catherine's Roman Catholic Church
St. Catherine's Roman Catholic Church
    School
St. Demetrios Greek Orthodox Church
St. Francis of Assisi Roman Catholic
    Church
St. Francis Xavier Church
St. Helena Parish
St. John Gualbert R.C. Church
St. John Vianney R.C. Church
St. Joseph Investment Fund, Inc.
St. Josephats R.C. Church
St. Paul's R.C. Church
St. Teresa R.C. Church

Stanley Bassett



State of Wisconsin
Stephanie K. Jones
Stephanie Regalia



Stephen White
Stephen Zanetti

Steve Stenger

Steven Harris
Steven N. Brown
Strawbridge United Methodist Church

Suffolk County Council
Suffolk County Policy Department

Susan Burk
Susan Reisinger
Susanna Otto
Susquenango Council
Sussex District Boy Scouts of America
T.B.C.P.C
T.B.S.O.A.I.

Tanner Bailey
Ten Mile River Scout Camps A/K/A Ten
    Mile River Scout Camps, Boy Scouts of
    America

Terry A. Wright

Terry Zellers
Thad Alton
The Blessed Trinity R.C. Church
The Church of Jesus Christ of Latter Day
    Saints
The City of Irwindale
The County of Nassau
The Diocese of Rochester
The Estate of F.E. (Gene) Bobo
The Fidelis Care as a Trademark for the
    Centene Corporation
The Foundation of The Roman Catholic
    Diocese of Buffalo, N.Y., Inc.
The Hamlet of East Meadow
The Hartford Insurance Group
The National Boy Scouts of America
    Foundation

The Roman Catholic Diocese of Syracuse,
    NY
The School Sisters of Notre Dame
    Milwaukee Providence, Inc.
The Temple Congregation Adath Israel-
    B'rith Sholom Inc.
The Town of Hempstead
Theodore Roosevelt Council
Theresa Kennedy
Thomas Bogardu

Thomas Doering
Thomas Kiely

Thomas Lane
Thomas Larry
Thomas M. Thackeray

Thomas Scott

Three Fires Council
Tidwald Law
Tiffany Riggs

Timothy Fedor

Timothy Savage

Todd Puccio
Tom Hartmann
Tomas A. Camacho
Town of Deerfield

Town of Trumbull
Trapper Trails Council

Travis Leppi
Trent Herlihy
Trevor B. Paulson

Troop #7354
Troop 141 BSA
Twin Rivers Council
Union United Methodist Church
United Services Automobile Association
Unitedhealthcare Insurance Company
USA Northeast Province of The Society of
    Jesus

Valerie Mcgriff (Gawle)
Varteni Yerjanian
Vern Iverson
Vernon Wunnenberg

Victor Caps

Vincent Liberto

Virgil Sanders
Virginia Adkins
Walgreen Company

Washington Crossing Council
Wayne Farrar

Weedsport Central School District
Westchester Putnam Council
Westlake Hills Presbyterian Church

William Bewley
William Brannon
William Edward Bewley

William Greenwald
William Hoke

William Pugh
William Pugh Jr
William Rick Bailey
William Rish Jr
William Ruscoe

William Short

XYZ Corporation
XYZ Corporation 1-100
XYZ Entities 1-100
XYZ Insurance Corporation
Yucca Council
Zachary Babel

Zachary Schmidt
Zachary Spahr
Zorro Ragsdale



## Schedule 1(l)

### Professionals Retained by the Debtors

Alvarez & Marsal North America, LLC
Appraisers of the Keys, Inc.
Bates White LLC
BW Ferguson & Associates Ltd.
Dawn M. Powell Appraisals Inc.
F.I. Salter, Inc.
Haynes & Boone, LLP
Hotel & Leisure Advisors
KCIC, LLC
Morris, Nichols, Arsht & Tunnell LLP
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Omni Agent Solutions
PricewaterhouseCoopers LLP
Quinn Emanuel Urquhart & Sullivan LLP
Sidley Austin LLP

**Schedule 1(m)**

**Professionals Representing Certain Parties in Interest**

AlixPartners LLP
Andrews & Thornton
Ankura Consulting Group, LLC
ASK LLP
Bayard, P.A.
Berkeley Research Group, LLC
Bradley Riley Jacobs PC
Brown Rudnick LLP
Choate, Hall & Stewart LLP
Crew Janci LLP
Dr. Jon R. Conte, Ph.D.
Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C.
Fineman Krekstein & Harris PC
Foran Glennon Palandech Ponzi & Rudloff P.C.
Gilbert LLP
Hurley McKenna & Mertz, P.C.
Jeff Anderson & Associates, PA
Junell & Associates PLLC
Kramer Levin Naftalis & Frankel LLP
Krause & Kinsman LLC
Lujan & Wolff, LLP
Marc J. Bern & Partners LLP
McDermott Will & Emery LLP
Merson Law
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
Monzack Mersky Browder and Hochman, P.A.
Motley Rice LLC
Napoli Shkolnik PLLC
Nicolaides Fink Thorpe Michaelides Sullivan LLP
Norton Rose Fulbright US, LLP
O'Melveny & Myers LLP
Pachulski Stang Ziehl & Jones
Pasich LLP
Paul Mones PC
Pepper Hamilton LLP
Pfau Cochran Vertetis Amala PLLC
PJT Partners, Inc.
Reed Smith LLP

Reich & Binstock LLP
Seitz, Van Ogtrop & Green, P.A.
Shipman & Goodwin LLP
Slater Slater Schulman LLP
Stampoulis & Weinblatt LLC
The Panitch Law Group, P.C.
Troutman Sanders LLP
Wachtell, Lipton, Rosen & Katz
Young Conway Stargatt & Taylor, LLP

## Schedule 1(n)

### Ordinary Course Professionals

An, Tian, Zhang & Partners
Bassford Remele PA
BAX Advisors LLC
Bays Lung Rose Holma Attorneys at Law
Bond, Schoeneck & King PLLC
Boone Karlberg P.C.
Carolina Fridman Law Corporation
CCPIT Patent & Trademark Law Office
Christopher T Hurley & Associates P.C.
Civille & Tang PLLC
Clarke Silverglate P.A.
Connell Foley LLP
Cranfill Sumner & Hartzog LLP
Crotty & Schiltz LLC
Dentons US LLP
Foland, Wickens, Roper Hofer & Crawford, P.C.
Fox Rothschild LLP
Gerolamo Mcnulty Divis & Lewbart, P.C.
Grefe & Sidney, P.L.C.
Gruber Thomas & Co.
Harper & Pearson
Hawley Troxell Ennis & Hawley LLP
Hecht, Latham Spencer & Associates, Inc.
Heplerbroom LLC
Herman Law Firm P.A. Trust Account
Hinshaw & Culbertson LLP
Howard & Co., LLP
Hueston Hennigan
Keleher & McLeod PA, Attorneys at Law
Keller & Almassian, PLC
Kipp and Christian, P.C.
Kosnoff Fasy PLLC Trust Account
LCG Associates, Inc.
Lightfoot Franklin & White LLC
Locke Lord LLP
Mandell Menkes, LLC
Mark Gallagher Attorney
Markowitz Herbold PC
McAngus Goudelock & Courie
McGuire Woods LLP
McGuire, Craddock & Strother, P.C.

McLane Middleton, Prof. Assoc.
Mead & Hunt, Inc.
Melick Porter, LLP
Miller & Martin PLLC
Miller, Johnson, Snell & Cummiskey, P.L.C.
Milliman Inc.
Milliman USA Inc.
Mitchell Garabedian Attorney
Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C
MNP LLP
Nicholas W Mulick PA
Nigro Karlin Segal & Feldstein
Park Dietz & Associates, Inc.
Perkins Coie
Ruhter & Reynolds, Inc.
Saul Ewing LLP
Scheper Kim & Harris, LLP
Sheehy Ware & Pappas PC
Sitlinger & Theiler
Steptoe & Johnson PLLC
Stich, Angell, Kreidler, Dodge & Unke, P.A.
Stillwell Midgley PLLC
Stites & Harbison PLLC
Taylor, Porter, Brooks & Phillips, L.L.P.
Texas Medical Legal Consultants
Thompson Coe & O'Meara LLP
Towers Watson Delaware, Inc.
Upshaw Williams Biggers
Vinson & Elkins LLP
White and Williams LLP
Whitney Smith Company Inc.
Wicker, Smith, O'Hara, McCoy, & Ford, PA
Wiggin & Dana LLP
Wilson Elser Moskowitz Edelman & Dicker LLP
Winston & Strawn LLP

## **Schedule 1(o)**

### **Tort Claimants Committee**

Christopher Desmond Haywood
Douglas A. Kennedy
John Humphrey
Jorge Tabon
Jorge Vega
Morgan Wade Paul
Richard Halvorson
Robb Lawson
Robert Grier

## **Schedule 1(p)**

### **Unsecured Creditors Committee**

Girl Scouts of the United States of America
Lion Brothers Company Inc.
Pearson Education, Inc.
Pension Benefit Guaranty Corporation
Roger A. Ohmstede

**<u>Schedule 1(q)</u>**

**Top 25 Plaintiffs' Law Firms Representing the Largest Number of Abuse Victims
Asserting Claims Against the Debtors**

Andreozzi & Associates, P.C.
Ava Law Group, Inc.
Bondurant, Mixson & Elmore, LLP
Crew Janci LLP
Dumas Law Group, LLC (A/K/A Dumas & Vaughn Attorneys at Law)
Eisenberg Rothweiler, Winkler, Eisenberg & Jeck, P.C.
Green & Gillispie
Gregg, Hunt, Ahern & Embry Attorneys at Law
Hurley McKenna & Mertz, P.C.
Jeff Anderson & Associates, PA
Kosnoff Law
Law Offices of Mitchell Garabedian
Lindsay Hart, LLP
Lujan & Wolff, LLP
Marsh Law Firm
Merson Law
Michael G. Dowd
Paul Mones PC
Penn Law Group
Pfau Cochran Vertetis Amala PLLC
Rebenack, Aronow, Mascolo, LLP
Robins Kaplan LLP
Rubenstein & Rynecki
Sweeny Reich & Bolz, LLP
Thomas Law Office, PLLC

## Schedule 1(r)

### Top 30 General Unsecured Creditors of the Debtors (Non-Abuse Claims)[3]

American Engineers & Contractors
Anne Terry
Bradley Farmer
C. Michael Hoover Jr.
C. Wayne Brock
███████████████████
David J. Ross II
Donald McChesney
Gary Butler
Hugh Travis
Jeffrey Hunt
John Green
Judith Ratcliffe
Kathy Sue Stone
Kenneth L. Connelly
Michael Surbaugh
NCS Pearson, Inc.
███████████████████████
Quad/Graphics, Inc.
Raymond L. Blackwell
Richard Lehr
Robert J. Mazzuca
Robert Tuggle
Roy L. Williams
Thomas H. Fitzgibbon
Thomas Harrington
Thomas Varnell

---

[3] The professionals seeking to be retained also ran the names of certain individual plaintiffs. In accordance with the *Final Order (I) Authorizing the Debtors' to file (A) a Consolidated List of Counsel Representing the Largest Numbers of Abuse Victims and (B) a Consolidated List of Other Unsecured Creditors of the Debtors, (II) Authorizing and Approving Special Noticing and Confidentiality Procedures, (III) Authorizing and Approving Procedures for Providing Notice of Commencement, and (IV) Granting Related Relief* [Docket No. 274], in order to protect the identities of individual plaintiffs asserting abuse claims and individual plaintiffs who are minors, the Debtors have redacted such information from this list. The Debtors will provide an unredacted version of this list to the Court, the Office of the United States Trustee, and the Committees upon request.

## Schedule 1(s)

### Deferred Compensation and Restoration Plan Participants

Alan Lambert
Alfred D Morin
John Andrews
Anne Terry
Bonnie H Bishop
Bradford C Allen
Bradley Farmer
C. Wayne Brock
C Michael Hoover Jr
C Wayne Brock
Pamela E. Carroll
Danny R. Clifton
John A. Coyle
David J Ross II
Donald McChesney
Douglas S Smith Jr
Erik L Nystrom
Erin Eisner
Frances Lynne Park
Frederick Wallace
Gary Butler
Jeffrie A. Herrmann
Mark Holtz
J Carey Keane
Jeffrey Hunt
John Green
John Mosby
Joseph S Coco
Judith Ratcliffe
Justin McCarthy
Kathy Sue Stone
Kendrick Miller
Kenneth L Connelly
Randall Kopsa
Albert Kugler
Lawrence F Potts
Lawrence L Otto
Mark Logemann
Robert J. Mazzuca
Michael Ashline
Michael Kaufman
Michael Surbaugh

Alfred D Morin
Patrick Sterrett
Ponciano Duran
John Primrose
Raymond L Blackwell
Richard J Mathews
Robert J Mazzuca
Robert Tuggle
Roger A Ohmstede
Ron Oats
Ronald K Hegwood
Roy L Williams
Steven P. McGowan
Michael Surbaugh
Thomas H Fitzgibbon
Thomas Harrington
Hugh Travis
Thomas Varnell
Harold Watson
Willie Iles Jr.

**Schedule 1(t)**

**Significant Contract Counterparties**

3096-3227 Quebec Inc/Groupe Access
501c Services
Accelogix LLC
Ace Adventure Resort Inc.
Adobe Systems Inc.
AdvantageCS
Adven Capital Group LLC
Adventures WV
Alert Logic Inc.
Amazon Web Services Inc.
American Audio Visual Inc.
American Electric Equipment Inc.
American Food & Vending Corp
AMS America Inc.
Arnica Software Corp
Arrow Capital Solutions Inc.
AT&T (5019)
AT&T Capital Services, Inc.
AT&T Mobility
Automatic Data Processing Inc.
Avalara Inc.
Ayers Construction
Ayoka LLC
Blackbaud Inc.
Brown & Bigelow, Inc.
Butch Whitten Construction
Buxton Company
CEC Facilities Group LLC
Certain Inc.
CircuiTree, LLC
Constellation NewEnergy, Inc.
Corra Technology Inc.
Datamax
Dci / Shires Inc.
Dci Shires
Dupont Hotel Project Owner LLC
Durham School Services, L.P.
First Advantage Lns
First Maintenance Company
Freeman Decorating Co
Gaylord National Resort And Convention
   Center

Gaylord Texan Resort And Convention
   Center
Glas
Golin Harris International Inc.
Grant Thornton
Groupe Access
High Towers Wood, Welding & Fabrication,
   Inc.
Hyatt Regency Atlanta, Inc.
Hyatt Regency Dallas
Hyatt Regency New Orleans
IBM
Iidon Inc.
ImageNet Consulting LLC
Infosys
Infosys Limited
Insight Investments LLC
JDA Software Inc.
Ksquare Solutions Inc.
Lumos Networks
Maitreyi Consultants Inc.
Manchester Grand Hyatt
Mark Monitor Inc.
Meetings By Design Inc.
MetLife
Mi9 Retail Na Corp
Microsoft Services
Mimeo.com Inc.
Montclair State University
Morneau Shepell Limited (formerly known
   as Mercer Inc.)
MuleSoft Inc.
MXD Group Inc.
Naturally Slim
Nelson Westerberg/Atlas Van Lines
NTT Com Security (US) Inc.
Oracle America Inc.
Perimeter International
Philadelphia Marriott Downtown
Raymond Leasing Corporation
RCG Global Services Inc.
Riskonnect Inc.
River Expeditions

Robot And Pencils
Rpe Outsourcing, LLC
S & Me Inc.
Shawn H Jackson
Sheraton Birmingham
Skillsoft Corporation
Southern Air, Inc.
Sovos Compliance LLC
Sun Life Assurance Company of Canada
Tech Plan Inc.
The Vitality Group LLC (TVG)
Thomas Hjellming
Town Sports International Holdings, Inc.
United Healthcare
Unum
Upp Technology
Upper Keys Marine Construction, LLC
Verifone
VSP
Wage Works
Weston Solutions Inc.
Yeti Coolers, LLC

## Schedule 1(u)

**Significant Customers**

A-B Emblem
Classb
Flemington Dept. Store
Ramsey Outdoor Store
The Moritz Embroidery Works, Inc.

## Schedule 1(v)

### Significant Donors

Abigail Maddi
America's Charities
Anadarko Petroleum Corporation
Blake Family Trust
Dean Wm. Carr, Jr. Trust
Estate of Allen C. Weiss
Estate of Ingeborg M. Borre
Estate of Steven C. Schoger
Estate of Thomas Parissidi
Fowler Family Fund
Gorini & Gorini LLP
Greater Kansas City Community Foundation
H P Farrington Trust C/O Bank of America
H. P. Farrington - HPF Foundation RSDY
Insurance Auto Auction
James S. Turley
John C. Jadel
John D. Harkey
John D. Tickle
John E. Link
Krevsky, Silber & Bergen
Lonnie C. Poole
Murray Energy Corporation
Mutual of Omaha Insurance Company
Publishing Concepts, L.P.
R. Doyle Parrish
Robert Cruickshank
Stephen D. Bechtel, Jr. Foundation
Steven A. Antoline
Steven E. Zachow
The James Annenberg La Vea Charitable Foundation
The Walter R. Wormell Trust
Tilden Family Philanthropy Fund
Todd L. Johnson
Tridave, LLC

## Schedule 1(w)

### Significant Vendors

1-800-Pack-Rat
Ace / Esis
Ace Adventure Resort Inc.
Ace American Insurance Company
Adventure Medical/Tender Corp
Allied Rentals Inc.
American Airlines
American Outdoor Products
AR & JO & MH LLP
Aspen Corporation
Automotive Rentals Inc.
AVIO Consulting LLC
Barebones Systems
Barkley House Ii Inc.
BC Sales And Sourcing
Berman O'Connor & Mann
BHG Structured Settlements Inc.
Bison Designs LLC
Boxley Aggregates of West Virginia LLC
Boy Scouts GA Recon Acct
Boy Scouts of America Recon Clearance
BSA Florida Sea Base BPC
BSA Parents Inc.
Buzzshift Inc.
Cai Design Inc.
Calypso Water Sports & Charters, Inc.
Capital Printing Co
Capitol Business Equipment
CDW Direct, LLC
Chasan & Walton LLC
Coleman Co Inc.
Compass Group USA Inc.
Computer Digital Imaging Corporation
Council Unemployment
Covington & Burling LLP
Cramer Security & Investigations Inc.
Crest Craft Company
Crown Awards
Crystal Bay Corporation
David W McKeehan
Davis Polk & Wardwell LLP
Deprez Travel Bureau Inc.
Derby Worx Inc.

Diamond Brand Canvas Products
Eagles Nest Outfitters, Inc.
EAN Services LLC
Eco Structures Australia Pty LTD
Egroup Recognition
Eski Inc.
Facebook Inc.
FedEx
Fenwick & West LLP
Fidelity Retirement Services
Fiji Elevator Company
Forest Fitness LLC
FTI Consulting Inc.
G&G Outfitters Inc.
Gateway Press Inc.
General Datatech LP
Gerald Magar Jr
Gilbert LLP
Gillmann Services Inc.
Gregory M Skinner
GSI Outdoors Inc.
GSR LLC
Guinn Consulting LLC
Health Special Risk Inc.
Hike America
Hintz Targeted Marketing, LLC
Insigniam Performance LP
Jesse Scofield Productions LLC
Jurisprudent Deferral Solutions LLC
Kahoot Products Inc.
Klymit (Argon Technologies)
KT Brown Consulting LLC
Kuehne and Nagel
Labatt Food Service
Leatham Family LLC
Leatherman Tool Group Inc.
Lewis A Whitten
Liberty Mountain Sports LLC
Low Impact Excavators Inc.
Lowe's Companies, Inc.
Macro Integration Services Inc.
Magic Novelty Co Inc.
Marriott Business Services

Marriott International
Marsh & McLennan Agency LLC
McGovern & Company
Mercer
Mittera Group
Morris & Player PLLC
MTM Recognition Corp
Mutual of Omaha Structured
Myers Lawn Care Services
NCS Pearson Inc.
Nichols Kaster PLLP
Optum Health Bank
Oregon Freeze Dry Inc.
Orkin
Osprey Packs, Inc.
Out Island Sailing Adventures LLC
Pacific Life & Annuity Services Inc.
Paradies Gifts Inc.
Paramount Builders LLC
Paramount Headwear Inc.
Partnership Employment Dallas LLC
Peak Industries Inc.
Peiyork Intl Co Inc.
People 2.0 Global Inc.
Pray Publishing
Pro-Honor Design & Casting
Quad Graphics Inc.
Renegade Productions Inc.
Royle Printing Co
Ryder Last Mile Inc.
Saunders Staffing Inc.
Schwebel Goetz & Sieben PA
Shamrock Foods Company
Shutterstock Inc.
Silver Creek Leather Co
Silver Golub & Teitell LLP
Stamps.Com
Stange Company Inc.
State Board of Equalization
Strategic Orient Sourcing
Sunbelt Rentals
Supplyone Rockwell, Inc.
Symphonix Solutions Inc.
Syncb/Amazon
Sysco South Florida Inc.

Target Creative Group Inc.
Texas State Comptroller
The Duck Company
The McClellan Law Firm A/C Trust Fund
The Special Event Company
The Thrasher Group, Inc.
Thiel Law Office PLLC
Thorlo, Inc.
Tower Legal Staffing Inc.
Trainham Cattle Company
Transportation Management Services
True Digital Security Inc.
Ugly Mugz
Unblind Productions Inc.
US Foods, Inc.
USPS / Eps
Vandalia Bronze
Vigna Information System LLC
Vision Service Plan
Vista Outdoor Sales LLC
Wagner Equipment Company
Wealth-X LLC
White Wilderness Inc.
Wolverine World Wide Inc.
World Scout Bureau
World Scout Foundation
World Scout Shop LTD
Yadgarov & Associates PLLC
You Are Here LLC

**Schedule 1(x)**

**Significant Taxing Authorities**

Acadia Parish School Board
Alabama Attorney General's Office
Alabama Securities Commission
Arizona Corporation Commission
Arizona Dept. of Revenue
Arkansas Dept. of Finance
Ascension Parish Sales Tax Authority
Assumption Parish
Avoyelles Parish School Board
Beauregard Parish Sales Tax
Bossier City - Parish
Caddo Shreveport Sales
Calcasieu Parish School Board
California Department of Justice
Canada Revenue Agency
Capitol Corporate Services Inc.
Charleston County
City of Canon City
City of Chicago - Dept. Of Revenue
City of Colorado Springs
City of Craig Alaska
City of Davenport
City of Detroit
City of Grand Junction Finance
City of Greenwood Village
City of Gustavus
City of Johnson City
City of Knoxville
City of Kodiak
City of Lakewood
City of Loveland
City of Melbourne
City of Palmer
City of Pueblo
City of Seattle
City of Steamboat Springs
City of Tacoma
City of Thorne Bay
Collin County Tax Assessor Collector
Colorado Dept. of Revenue
Colorado Secretary of State
Commonwealth of Massachusetts
Commonwealth of Pennsylvania

Commonwealth of Puerto Rico
Commonwealth of Virginia
Concordia Parish School Board
Connecticut Public Charity Unit
DC Treasurer
Delaware Secretary of State
Denton County Tax Assessor Collector
Departamento De Finanzaz, Municipio
    Autonomo De Guaynabo
City of New Orleans, Department of
    Finance Bureau
Department of The Treasury, IRS
Desoto Parish Sales
East Feliciana Parish
False Alarm Reduction Unit, County of
    Fairfax (VA)
Florida Department of Revenue
Florida Department of State
Florida Dept. of Agri & Consumer Svcs
Forsyth County Tax Collector
Fred Sisk Knox County Trustee, County of
    Knox
Georgia Secretary of State
Grant Parish School Board
Harris County Sheriff's Office Alarm Detail
Iberia Parish School Board
Illinois Charity Bureau Fund
Illinois Department of Revenue
Iowa Dept. of Revenue And Finance
Jackson Parish Sales Tax Collection
Jefferson Davis Parish School
Jefferson Parish Sheriff's Office
Jefferson Parish Tax Collector
Kansas Department of Revenue
Kansas Secretary of State
Kentucky State Treasurer
Lafayette Parish School Board
Lafourche Parish School Board
Lincoln Parish
Livingston Parish School Board
Louisiana Dept. of Justice
Louisiana Dept. of Revenue And Taxation
Maine Revenue Services

Maricopa County Treasurer
Mass DOR (Dept. of Revenue)
Massachusetts Dept. of Revenue
Maryland Secretary of State
Michigan Dept. of Treasury
Minister of Finance - Manitoba
Minnesota Dept. of Revenue
Montana Secretary of State
Monterey County Tax Collector
Montgomery County
Morehouse Sales & Use Tax Commission
Minnesota Pollution Control Agency
    (MPCA)
MS Secretary of State
NC Department of Revenue
Nebraska Dept. of Revenue
Nevada Secretary of State
New Mexico Secretary of State
New Mexico Taxation & Revenue Dept.
New York Sales Tax Bureau
New York State Corporation Tax
New York State Dept. of Law
NJ Division of Consumer Affairs
NM Taxation & Revenue Dept.
North Carolina Secretary Of State
NV Stmt of Business Publication
Office of State Tax Commissioner, North
    Dakota
Office of The Attorney General, California,
    Registry of Charitable Trusts
Ohio Attorney General
Ohio Treasurer of State
Oklahoma Secretary of State
Oklahoma Tax Commission
Orange County Tax Collector
Oregon Dept. of Justice
Pa Dept. of Labor & Industry
Parish of East Baton Rouge
Parish of Iberville
Parish of St Bernard
Parish of Terrebonne
Plaquemines Parish
Puerto Rico Department of The Treasury
Rapides Parish
Sabine Parish
Sacramento County

Sales And Use Tax Office, St. John The
    Baptist Parish
SBC Tax Collector, County of San
    Bernardino
SD Secretary of State
Secretary of State - ND
Secretary of State of Rhode Island
Shelby County Trustee- David Lenor
South Carolina Department of Revenue
South Carolina Secretary of State
South Dakota Dept. of Revenue
St Charles Parish School Board
St James Parish School Board
St Landry Parish School Board
St Martin Parish School Board
St Mary Parish
St Tammany Parish Sheriff's DPT
State Board of Equalization, California
State of Alaska
State of Connecticut
State of Delaware
State of Georgia
State of Maine
State of Maryland
State of Minnesota
State of New Hampshire
State of NJ-Sales & Use Tax
State of Rhode Island Division/ Taxation
State of Rhode Island General Treasurer
State of Tennessee
State of Washington Dept. Of Revenue
State of Wyoming
State Tax Commission, Mississippi
State of Idaho Tax Commission
Tangipahoa Parish School System
Tarrant County Tax Assessor-Collector
Tax Collector Monroe County FL
Taxation & Revenue Department, Monroe,
    Louisiana
Taxation & Revenue Dept., Santa Fe, New
    Mexico
Tennessee Dept. of Revenue
Texas State Comptroller
The City of Cortez
Treasurer of Virginia
Treasurer State of Connecticut

Treasurer State of Ohio
Treasurer, City of Memphis
U.S. Department of Homeland Security,
    Customs and Border Protection
Utah Department of Agriculture And Food
    (UDAF)
Union Parish
United States Department of The Treasury
Utah Dept. of Commerce
VDH - Bedding, Commonwealth of Virginia
Vermillion Parish School Board
Vermont Department of Taxes
Vernon Parish School Board
Virgin Islands Bureau of Internal Revenue
Washington County Trustee
Washington Office of Insurance
Washington Parish
Washington Secretary of State
Webster Parish School Board
West Baton Rouge Parish
West Feliciana Parish School BD
West Virginia Division of Labor
West Virginia Secretary of State
West Virginia State Tax Dept.
WI Dept. of Financial Institutions
Winn Parish
Wisconsin Department of Revenue
WV Secretary of State

**Schedule 1(y)**

**Significant Utility Providers**

AAF Hauling Inc.
Advanced Disposal
Allstream Business Us Inc.
Amerigas
Appalachian Power
Aspen Waste Systems, Inc.
AT&T
AT&T - Opus
AT&T Mobility
AT&T Wireless
Cablevision Systems Corporation
CenterPoint Energy
CenturyLink
City of Charlotte
City of Irving - Utility Billing
City of Irving - Municipal Services Bill
City of Mount Hope - Sewer
City of Mount Hope - Water
Claro Puerto Rico
Consolidated Communications
County of Colfax
Crosier's Sanitary Service Inc.
Dakota Electric Association
Direct Communications Rockland
Direct Energy Business, Inc.
Duke Energy
EarthLink (Windstream)
EarthLink Business
Eversource
Ferrellgas
Florida Keys Aqueduct Authority
Florida Keys Electric Cooperative
Frontier Communications
Getronics Pomeroy IT Solutions
Granite Telecommunications
Keys Energy Services
Kit Carson Electric Cooperative
Lake Country Power
Level 3 Communications LLC
Lumos Networks
Lumos Networks DBA Segra
Mountaineer Gas Company

National Grid
Northern New Mexico Gas
Oak Hill Garbage Disposal Inc.
Pacific Centrex (Datavo LLC)
Piedmont Natural Gas Company
Plyler Paper Stock Co Inc.
Raleigh County Solid Waste
Republic Services, Inc.
Shentel
Sierra Communications, Inc.
Springer Electric Cooperative, Inc.
Time Warner Cable
Tri-County Electric Cooperative Inc.
Trophy Club Muds
Verizon Wireless
Village of Cimarron
Waste Connections, Inc.
Waste Management
Waste Management - Blaine MN
Waste Management Florida
Waste Management- Ft Worth Hauling
Waste Management Lewisville Hauling
Waste Management of Denver
Waste Management of Michigan Inc.
West Virginia American Water
West Virginia American Water Co
White Oak Public Service District
Windstream Communications Inc.
Wow! Business
Xcel Energy
Zia Natural Gas Company

**Schedule 1(z)**

**U.S. Trustee, Judges, and Court Contacts for the District of Delaware**

Agarwal, Robert
Hon. Ashley M. Chan
Benjamin Hackman
Hon. Brendan L. Shannon
Brian Cavello
Cacia Batts
Catherine Farrell
Cheryl Szymanski
Christine Green
Hon. Christopher S. Sontchi
Claire Brady
Danielle Gadson
David Buchbinder
David Villagrana
Diane Giordano
Dion Wynn
Donna Grottini
Edith A. Serrano
Hannah M. McCollum
Holly Dice
James R. O'Malley
Jane Leamy
Janet Moore
Jeffrey Heck
Jill Walker
Hon. John T Dorsey
Juliet Sarkessian
Hon. Karen B. Owens
Karen Starr
Karen Strupczewski
Hon. Kevin Gross
Laura Haney
Lauren Attix
Laurie Capp
Hon. Laurie Selber Silverstein
Linda Casey
Linda Richenderfer
Lora Johnson
Marquietta Lopez
Hon. Mary F. Walrath
Michael Panacio
Nancy Hunt
Rachel Bello

Rachel Werkheiser
Ramona Vinson
Richard Schepacarter
Shakima L. Dortch
Sherry Scaruzzí
T. Patrick Tinker
Timothy J. Fox Jr.
Una O'Boyle

## **Schedule 1(aa)**

### **Mediators**

Hon. Kevin Carey (Ret.)
Paul Finn
Timothy Gallagher

## **Schedule 2**

**Results of the Connections Search**

| Category | Open Unrelated Client Matters | Closed Unrelated Client Matters |
|---|---|---|
| 1(a) Debtors | None. | None. |
| 1(b) Current and Former Directors and Officers of the Debtors | None. | None. |
| 1(c) Non-Debtor Affiliates | None. | None. |
| 1(d) Selected Chartered Organizations | None. | None. |
| 1(e) Local Councils | None. | None. |
| 1(f) Secured Parties | CIT Bank, N.A.<br>JPMorgan Chase Bank, N.A.<br>Wells Fargo Financial Leasing, Inc. | AT&T Corporation<br>Giant Bicycle, Inc.<br>Insight Investments, LLC<br>Key Equipment Finance<br>Konica Minolta Premier<br>TCF Equipment Finance, Inc.<br>TIAA Commercial Finance, Inc. |
| 1(g) Banks | Fifth Third Bank<br>Scotiabank; Northern Trust Corporation<br>BlackRock<br>BB&T<br>CIBC – First Caribbean Bank<br>Banco Popular<br>Fidelity Investments<br>Bank of America<br>Goldman Sachs<br>Merrill Lynch<br>PNC Bank<br>RBC Bank<br>TD Bank<br>US Bank<br>Wells Fargo | Charles Schwab<br>First State Bank<br>First Bank – Virgin Islands<br>Regions Bank<br>State Street Bank |
| 1(h) Credit Card Processors | Stripe (Shopify)<br>PayPal, Inc.<br>Discover<br>Moneris<br>Card Connect<br>Global Payments, Inc.<br>American Express<br>Visa | Paymentech, LLC<br>MasterCard |
| 1(i) Insurers | Marsh & McLennan Companies<br>Zurich Financial Services Group<br>American International Group, Inc.<br>Argo Group International Holdings, Ltd.<br>Fairfax Financial (USA) Group<br>Allianz | Lexington Insurance Company<br>Liberty Mutual Insurance<br>The Hartford Financial Services Group, Inc.<br>The Hartford Fire<br>The Hartford Steam Boiler Inspection and Insurance Company<br>The Travelers Companies, Inc.<br>W.R. Berkley Corporation<br>Westchester Fire Insurance Company<br>XL Catlin<br>Ace Insurance Group |

| Category | | Open Unrelated Client Matters | Closed Unrelated Client Matters |
|---|---|---|---|
| | | | Allied World Assurance Co. |
| | | | Allied World Assurance Company, Ltd. |
| | | | American Zurich Insurance Company; |
| | | | AXA Insurance Company |
| | | | Axis Capital Holdings Limited |
| | | | Beazley Insurance Company, Inc. |
| | | | Berkley Insurance Company |
| | | | Chubb Group of Insurance Companies |
| | | | First Specialty Insurance Corporation |
| | | | Gemini Insurance Company |
| | | | General Star Indemnity Company |
| | | | Great American |
| | | | Houston Casualty Company |
| 1(j) | Landlords | None. | None. |
| 1(k) | Litigation Parties,[1] | The Fidelis Care as a Trademark for the Centene Corporation | Ford Motor Company; G.A.C. Jefferson County United Services Automobile Association Walgreen Company ████████████████ |
| 1(l) | Professionals Retained by the Debtors | None. | Alvarez & Marsal North America, LLC PricewaterhouseCoopers LLP |
| 1(m) | Professionals Representing Certain Parties in Interest | AlixPartners LLP Reed Smith | Ankura Consulting Group LLC McDermott Will & Emery LLP |
| 1(n) | Ordinary Course Professionals | Towers Watson Delaware, Inc. | CCPIT Patent & Trademark Law Office Dentons US LLP Wicker, Smith, O'Hara, McCoy & Ford PA |
| 1(o) | Tort Claimants Committee | None. | None. |
| 1(p) | Unsecured Creditors Committee | None. | None. |
| 1(q) | Top 25 Plaintiffs' Law Firms Representing the Largest Number of Abuse Victims | None. | None. |

---

[1] In accordance with the *Final Order (I) Authorizing the Debtors' to file (A) a Consolidated List of Counsel Representing the Largest Numbers of Abuse Victims and (B) a Consolidated List of Other Unsecured Creditors of the Debtors, (II) Authorizing and Approving Special Noticing and Confidentiality Procedures, (III) Authorizing and Approving Procedures for Providing Notice of Commencement, and (IV) Granting Related Relief* [Docket No. 274], in order to protect the identities of individual plaintiffs asserting abuse claims and individual plaintiffs who are minors, White & Case has redacted such information from this list. White & Case will provide an unredacted version of this list to the Court, the Office of the United States Trustee, and the Committees upon request.

| | Category | Open Unrelated Client Matters | Closed Unrelated Client Matters |
|---|---|---|---|
| | Asserting Claims Against the Debtors | | |
| 1(r) | Top 30 General Unsecured Creditors of the Debtors (Non-Abuse Claims) | None. | None. |
| 1(s) | Deferred Compensation and Restoration Plan Participants | None. | None. |
| 1(t) | Significant Contract Counterparties | Glas<br>MetLife<br>Automatic Data Processing Inc.<br>Amazon Web<br>Microsoft Services | Grant Thornton<br>Hyatt Regency New Orleans<br>IBM<br>JDA Software<br>NTT Com Security (US) Inc.<br>3096-3227 Quebec Inc./Groupe Access<br>Adobe Systems Inc.<br>Alert Logic Inc.<br>Constellation NewEnergy, Inc. |
| 1(u) | Significant Customers | None. | None. |
| 1(v) | Significant Donors | Anadarko Petroleum Corporation | None. |
| 1(w) | Significant Vendors | Marriott International<br>Facebook | FedEx<br>FTI Consulting, Inc.<br>Kuehne and Nagel<br>Marsh & McLennan Agency LLC<br>Mercer<br>US Foods, Inc. |
| 1(x) | Significant Taxing Authorities | None. | Commonwealth of Puerto Rico<br>Commonwealth of Virginia |
| 1(y) | Significant Utility Providers | CenturyLink<br>National Grid<br>Waste Management<br>Waste Management Florida | AT&T Corporation<br>CenterPoint Energy<br>Duke Energy<br>Frontier Communications<br>Level 3 Communications LLC<br>West Virginia American Water |
| 1(z) | U.S. Trustee, Judges, and Court Contacts for the District of Delaware | None. | None. |
| 1(aa) | Mediators | None. | None. |