# **EXHIBIT C**

**McGowan Declaration**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## DECLARATION OF STEVEN P. MCGOWAN IN SUPPORT OF DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF WHITE & CASE LLP AS ATTORNEYS TO THE DEBTORS AND DEBTORS IN POSSESSION EFFECTIVE AS OF SEPTEMBER 23, 2020

I, Steven P. McGowan, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct to the best of my knowledge, information, and belief:

1. I am the Secretary and General Counsel of the Boy Scouts of America (the "BSA"). I submit this declaration in support of the *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of White & Case LLP as Attorneys to the Debtors and Debtors in Possession, Effective as of September 23, 2020* (the "Application")[2] for BSA and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession in the above-captioned chapter 11 cases (together, the "Debtors"). Except as otherwise noted, I have personal knowledge of the matters set forth herein.

## THE DEBTORS' SELECTION OF COUNSEL

2. The BSA retained Sidley in October 2018 to advise the BSA regarding strategic options for a global equitable resolution of the abuse claims against the BSA, including various

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Application.

1

restructuring alternatives. Prior to the retention of Sidley, the BSA had both experience and discussions with additional law firms. The BSA retained Sidley because of, among other factors, its extensive restructuring expertise and client service.

3. Upon its engagement, Sidley became familiar with the Debtors' non-profit operations, financial affairs, abuse claims history, organizational structure, and the potential legal issues that may arise in the context of these chapter 11 cases. Sidley was both well qualified and uniquely able to represent the Debtors in these Chapter 11 Cases in an efficient and expert manner.

4. Sidley has ably represented the Debtors in these chapter 11 cases.

5. Subsequent to the Court's approval of Sidley's retention in these chapter 11 cases, the core members of the legal team transitioned their practices to White & Case from Sidley, which transition is effective as of September 23, 2020. These attorneys, who include Jessica C. K. Boelter, Michael C. Andolina and Matthew E. Linder, have led the Debtors' restructuring efforts for the past two years, including the first eight months of the Debtors' chapter 11 cases. Accordingly, these attorneys have extensive pre- and postpetition experience providing legal services to the Debtors, including significant knowledge of the Debtors' non-profit operations, financial affairs, liabilities, organizational structure, and the legal issues being addressed in the Debtors' restructuring. Moreover, these attorneys are familiar with the numerous stakeholders that are actively participating in these cases. For this reason alone, White & Case is uniquely able to represent the Debtors in these chapter 11 cases in an efficient and expert manner.

6. The Debtors believe that White & Case has assembled a highly qualified team of professionals and paraprofessionals to provide services to the Debtors during these Chapter 11 Cases, including the attorneys who transitioned from Sidley. The Debtors further believe that

White & Case has the knowledge and experience necessary to deal effectively with the issues that will arise in these chapter 11 cases.

## RATE STRUCTURE

7.      In my capacity as Secretary and General Counsel, I, together with my legal team, am responsible for supervising outside counsel retained by the Debtors in the ordinary course of business. White & Case has informed the Debtors that its rates for bankruptcy representations are comparable to the rates White & Case charges for non-bankruptcy representations.

## COST SUPERVISION

8.      The Debtors recognize that they have the responsibility to closely monitor the billing practices of their counsel to ensure the fees and expenses paid by the estates remain consistent with the Debtors' expectations and the exigencies of these chapter 11 cases. To that end, the Debtors will review and monitor the invoices that White & Case submits.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: October 22, 2020
       Wilmington, Delaware

Respectfully submitted,

*/s/ Steven P. McGowan*
Steven P. McGowan
Secretary and General Counsel

*Boy Scouts of America and Delaware BSA, LLC*