## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors.[1] | **Re D.I. 1106, 1144, 1257, 1510** |

### ORDER APPROVING THE ADEQUACY AND SUFFICIENCY OF THE AMENDED VERIFIED RULE 2019 STATEMENT FILED BY THE COALITION FOR ABUSED SCOUTS FOR JUSTICE

Upon the *Motion of the Coalition of Abused Scouts for Justice for an Order Approving the Sufficiency of Amended 2019 Statement* (the "Motion")[2] [D.I. 1144] and the related pleadings amending and supporting the sufficiency of the Amended 2019 Statement of the Coalition for Abused Scouts for Justice (the "Supplemental Pleadings") [D.I. 1106, 1257, 1510] and the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and this matter being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and this Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of this proceeding and the Motion in this District being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and appropriate notice of and the opportunity for a

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] On October 7, 2020, the Court entered the *Order Granting in Part and Continuing in Part the Motion of the Coalition of Abused Scouts for Justice for an Order (i) Authorizing the Coalition to File Under Seal Exhibit A to the Amended 2019 Statement and (ii) Approving the Sufficiency of the Amended 2019 Statement* [D.I. 1435] pursuant to which the Court addressed the portion of the Motion addressing the confidentiality of the documents filed as Exhibit A to the Amended 2019 Statement.

{00219769-1}

hearing on the Motion having been given, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court; and all objections and responses to the Motion, including the objections and responses filed by Century and Hartford Accident and Indemnity Company [D.I. 1164], Joinder to the Objection filed by Alianz Global Risks U.S. Insurance Co. and National Surety Corporation [D.I. 1177], Joinder to the Objection filed by Agricultural Insurance Co. [D.I. 1218], Objection of the U.S. Trustee [D.I. 1227], Objection of the Tort Claimant's Committee [D. I. 1268], having been overruled; it is HEREBY ORDERED THAT:[3]

1.    The Motion is GRANTED, as set forth herein.

2.    The *Second Amended Verified Statement of Coalition of Abused Scouts for Justice Pursuant to Bankruptcy Rule 2019* [D.I. 1429] (the "Amended 2019 Statement"), as supplemented by the *Supplement to Amended Verified Statement of the Coalition of Abused Scouts for Justice Pursuant to Bankruptcy Rule 2019* (the "Supplement") [D.I. 1510] complies with and satisfies Rule 2019.

3.    Consistent with the Supplement, the Coalition shall file an amended Rule 2019 statement with a revised Exhibit A within seven (7) days of the date hereof, which Exhibit A (and all Rule 2019 Statements filed by the Coalition in the future) shall reflect as Coalition Members only the Sexual Abuse Survivors that have executed the Request for Written Acknowledgment (i.e., the "Affirmative Consent").

4.    Approval of the Amended 2019 Statement (including all attachments) does not, in any way, prejudice any party's right to raise, in the Bankruptcy Court or elsewhere, any ethical

---

[3] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Motion.

or other issue that might arise or have arisen from the Coalition's Rule 2019 disclosures and the Coalition's formation or actions.

     5.     Approval of the Amended 2019 Statement does not in any manner alter or abridge the Coalition's obligation to supplement its disclosures in accordance with Rule 2019(d).

     6.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order.

Dated: _Oct. 23_____, 2020
Wilmington, Delaware

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY** JUDGE