## Exhibit A

## Summary of Services

| Date incurred | Employee | Hours | Category | Notes | Bill rate | Professional fees |
|---|---|---|---|---|---|---|
| 9/1/2020 | Evans, Andrew | 0.1 | Communication with Counsel | Call with Andolina | $725.00 | $72.50 |
| 9/1/2020 | Evans, Andrew | 0.1 | Data Gathering & Processing | Outreach to Sidley and Omni re Share Vault access | $725.00 | $72.50 |
| 9/1/2020 | Evans, Andrew | 0.3 | Data Gathering & Processing | Review of initial data re current POCs | $725.00 | $217.50 |
| 9/1/2020 | Evans, Andrew | 0.3 | Data Gathering & Processing | Settlement data and POC processing update | $725.00 | $217.50 |
| 9/1/2020 | Murray, Makeda | 0.3 | Data Gathering & Processing | BSA Omni POC data extract review | $475.00 | $142.50 |
| 9/1/2020 | Murray, Makeda | 0.2 | Project Management | BSA PM: work plan review, document filing | $475.00 | $95.00 |
| 9/1/2020 | Murray, Makeda | 2.1 | Data Gathering & Processing | BSA- historical resolutions review | $475.00 | $997.50 |
| 9/1/2020 | Murray, Makeda | 0.4 | Project Management | BSA work plan update | $475.00 | $190.00 |
| 9/1/2020 | Murray, Makeda | 1.9 | Data Gathering & Processing | BSA- SOL translation table | $475.00 | $902.50 |
| 9/1/2020 | Ameri, Armin | 0.6 | Data Gathering & Processing | Reviewing data updates and next steps | $345.00 | $207.00 |
| 9/1/2020 | Ameri, Armin | 1.4 | Data Gathering & Processing | Reviewing court transcripts and SOL translation table | $345.00 | $483.00 |
| 9/2/2020 | Johnson, Samantha | 0.3 | Data Gathering & Processing | Reviewing POC data work plan | $475.00 | $142.50 |
| 9/2/2020 | Murray, Makeda | 0.5 | Project Management | Share Vault access and download | $475.00 | $237.50 |
| 9/2/2020 | Murray, Makeda | 2.1 | Data Gathering & Processing | Omni POC data files | $475.00 | $997.50 |
| 9/2/2020 | Murray, Makeda | 1.2 | Data Gathering & Processing | SOL translation table | $475.00 | $570.00 |
| 9/3/2020 | Evans, Andrew | 0.4 | Data Gathering & Processing | Planning around POC processing and analysis | $725.00 | $290.00 |
| 9/3/2020 | Evans, Andrew | 0.1 | Data Gathering & Processing | Follow-up related to POC questions | $725.00 | $72.50 |
| 9/3/2020 | Johnson, Samantha | 0.4 | Data Gathering & Processing | Review of incoming POCs and strategy for data extraction | $475.00 | $190.00 |
| 9/3/2020 | Murray, Makeda | 1.3 | Data Gathering & Processing | BSA SOL translation table | $475.00 | $617.50 |
| 9/3/2020 | Murray, Makeda | 0.5 | Analysis | POC review | $475.00 | $237.50 |
| 9/3/2020 | Murray, Makeda | 0.4 | Analysis | POC review: identification of potential issues | $475.00 | $190.00 |
| 9/3/2020 | Ameri, Armin | 0.8 | Data Gathering & Processing | Reviewing new POC pdfs | $345.00 | $276.00 |
| 9/3/2020 | Ameri, Armin | 0.6 | Data Gathering & Processing | Review next steps in POC work plan | $345.00 | $207.00 |
| 9/4/2020 | Evans, Andrew | 0.2 | Data Gathering & Processing | Follow-up related to possible settlement data from coalition | $725.00 | $145.00 |
| 9/4/2020 | Evans, Andrew | 0.6 | Data Gathering & Processing | Preliminary triage review of new settlement data from coalition | $725.00 | $435.00 |
| 9/7/2020 | Evans, Andrew | 0.4 | Communication with Counsel | Call with Andolina on next steps re data processing and analysis | $725.00 | $290.00 |
| 9/7/2020 | Murray, Makeda | 1.5 | Data Gathering & Processing | Coalition data review | $475.00 | $712.50 |
| 9/8/2020 | Evans, Andrew | 0.6 | Analysis | Developing plan for preliminary analysis of CASJ data; related organization | $725.00 | $435.00 |
| 9/8/2020 | Evans, Andrew | 0.1 | Communication with Counsel | Follow-up with counsel on calls and timeline | $725.00 | $72.50 |
| 9/8/2020 | Johnson, Samantha | 2.5 | Data Gathering & Processing | Review of POC forms for data extraction planning | $475.00 | $1,187.50 |
| 9/8/2020 | Johnson, Samantha | 2.7 | Data Gathering & Processing | Continue planning data extraction for POC submissions | $475.00 | $1,282.50 |
| 9/8/2020 | Murray, Makeda | 0.5 | Data Gathering & Processing | BSA data review/reorganization | $475.00 | $237.50 |
| 9/8/2020 | Murray, Makeda | 0.5 | Data Gathering & Processing | BSA CASJ data review | $475.00 | $237.50 |
| 9/8/2020 | Murray, Makeda | 1.4 | Data Gathering & Processing | BSA CASJ data processing | $475.00 | $665.00 |
| 9/8/2020 | Murray, Makeda | 2.0 | Data Gathering & Processing | BSA CASJ data processing- cont'd | $475.00 | $950.00 |
| 9/8/2020 | Murray, Makeda | 2.8 | Data Gathering & Processing | Processing of BSA CASJ data | $475.00 | $1,330.00 |

| Date incurred | Employee | Hours | Category | Notes | Bill rate | Professional fees |
|---|---|---|---|---|---|---|
| 9/8/2020 | Murray, Makeda | 2.5 | Data Gathering & Processing | Coalition data processing | $475.00 | $1,187.50 |
| 9/8/2020 | Ameri, Armin | 1.4 | Data Gathering & Processing | Loading new claims data files into STATA for preliminary processing | $345.00 | $483.00 |
| 9/8/2020 | Ameri, Armin | 2.7 | Data Gathering & Processing | Initial processing of important claims data fields; evaluating additional processing necessary for those fields | $345.00 | $931.50 |
| 9/8/2020 | Ameri, Armin | 2.3 | Data Gathering & Processing | Continued review and cleaning of claims data, reviewing for important information | $345.00 | $793.50 |
| 9/8/2020 | Ameri, Armin | 0.6 | Data Gathering & Processing | Initial review of new claims data | $345.00 | $207.00 |
| 9/9/2020 | Evans, Andrew | 0.2 | Analysis | Organizing preliminary work related to coalition settlement data | $725.00 | $145.00 |
| 9/9/2020 | Evans, Andrew | 0.8 | Data Gathering & Processing | Review of preliminary work by team processing coalition settlement data and input on same | $725.00 | $580.00 |
| 9/9/2020 | Evans, Andrew | 1.0 | Data Gathering & Processing | Discuss data needs with Murray; Azer; Green; Sochurek; Hanke | $725.00 | $725.00 |
| 9/9/2020 | Evans, Andrew | 0.8 | Analysis | Additional work analyzing and processing coalition settlement data; follow-up with counsel re near-term goals for same | $725.00 | $580.00 |
| 9/9/2020 | Evans, Andrew | 0.3 | Data Gathering & Processing | Additional work related to preliminary coalition settlement data processing | $725.00 | $217.50 |
| 9/9/2020 | Johnson, Samantha | 2.5 | Data Gathering & Processing | Developing data collection process for POCs | $475.00 | $1,187.50 |
| 9/9/2020 | Johnson, Samantha | 1.0 | Data Gathering & Processing | Review of POCs for data extraction planning | $475.00 | $475.00 |
| 9/9/2020 | Murray, Makeda | 3.3 | Data Gathering & Processing | CASJ AIS data processing - abuse range and duration cleaning, preliminary summary stats | $475.00 | $1,567.50 |
| 9/9/2020 | Murray, Makeda | 0.3 | Fee Request Preparation | July CNO review | $475.00 | $142.50 |
| 9/9/2020 | Murray, Makeda | 0.5 | Data Gathering & Processing | Coalition data review | $475.00 | $237.50 |
| 9/9/2020 | Murray, Makeda | 1.0 | Data Gathering & Processing | KCIC call with E. Hanke, N. Sochurek, A. Azer, C. Green, and A. Evans | $475.00 | $475.00 |
| 9/9/2020 | Murray, Makeda | 2.5 | Data Gathering & Processing | AIS data processing- local council standardization | $475.00 | $1,187.50 |
| 9/9/2020 | Murray, Makeda | 0.5 | Data Gathering & Processing | CASJ SSS/AIS data review | $475.00 | $237.50 |
| 9/9/2020 | Murray, Makeda | 2.1 | Data Gathering & Processing | AIS data processing- data tabulations, output updates | $475.00 | $997.50 |
| 9/9/2020 | Murray, Makeda | 2.6 | Data Gathering & Processing | AIS data processing- LC and troop information | $475.00 | $1,235.00 |
| 9/9/2020 | Ameri, Armin | 2.8 | Data Gathering & Processing | Cleaning troop identification information in claims data | $345.00 | $966.00 |
| 9/9/2020 | Ameri, Armin | 2.6 | Data Gathering & Processing | Standardizing state-level information in the claims data | $345.00 | $897.00 |
| 9/9/2020 | Ameri, Armin | 2.2 | Data Gathering & Processing | Processing local council information in the claims data | $345.00 | $759.00 |
| 9/9/2020 | Ameri, Armin | 2.1 | Data Gathering & Processing | Continued work processing relevant fields in the claims data | $345.00 | $724.50 |
| 9/10/2020 | Evans, Andrew | 0.8 | Communication with Counsel | Call with Andolina; Boelter; Linder; Murray | $725.00 | $580.00 |
| 9/10/2020 | Evans, Andrew | 0.8 | Analysis | Review of preliminary data tabulations on key fields from coalition settlement data; work to develop preliminary summary statistics based on the same | $725.00 | $580.00 |
| 9/10/2020 | Evans, Andrew | 0.2 | Data Gathering & Processing | Improvements to settlement data processing | $725.00 | $145.00 |
| 9/10/2020 | Evans, Andrew | 0.4 | Analysis | Follow-up with counsel re additional points on settlement data; drafting and sending email re same | $725.00 | $290.00 |
| 9/10/2020 | Evans, Andrew | 0.9 | Analysis | Additional refinements to preliminary settlement data analysis | $725.00 | $652.50 |
| 9/10/2020 | Murray, Makeda | 0.6 | Data Gathering & Processing | Review CASJ data updates | $475.00 | $285.00 |
| 9/10/2020 | Murray, Makeda | 2.5 | Data Gathering & Processing | SOL translation and implementation in data processing | $475.00 | $1,187.50 |
| 9/10/2020 | Murray, Makeda | 0.8 | Communication with Counsel | Call with J. Boelter, M. Andolina, M. Linder, and A. Evans re: CASJ data | $475.00 | $380.00 |

| Date incurred | Employee | Hours | Category | Notes | Bill rate | Professional fees |
|---|---|---|---|---|---|---|
| 9/10/2020 | Murray, Makeda | 3.1 | Analysis | Data tabulations for presentation slides, data processing updates | $475.00 | $1,472.50 |
| 9/10/2020 | Murray, Makeda | 2.6 | Analysis | Presentation slides for counsel, data tabulations | $475.00 | $1,235.00 |
| 9/10/2020 | Ameri, Armin | 1.6 | Data Gathering & Processing | Processing prioritized claims data fields, creating summaries of each field | $345.00 | $552.00 |
| 9/10/2020 | Ameri, Armin | 2.2 | Data Gathering & Processing | Processing combined claims data, formatting values for Excel tables | $345.00 | $759.00 |
| 9/10/2020 | Ameri, Armin | 1.5 | Analysis | Creating Excel tabulations and charts summarizing claims data for PowerPoint deliverable | $345.00 | $517.50 |
| 9/10/2020 | Ameri, Armin | 1.8 | Data Gathering & Processing | Continued work cleaning the claims data | $345.00 | $621.00 |
| 9/11/2020 | Evans, Andrew | 0.8 | Data Gathering & Processing | Review of POCs and refinements to work plan for POC processing | $725.00 | $580.00 |
| 9/11/2020 | Evans, Andrew | 0.4 | Communication with Counsel | Call with Andolina; plan for next steps re settlement data analysis | $725.00 | $290.00 |
| 9/11/2020 | Evans, Andrew | 0.4 | Analysis | Continued analysis of CASJ data | $725.00 | $290.00 |
| 9/11/2020 | Evans, Andrew | 1.1 | Analysis | Additional work with CASJ settlement data | $725.00 | $797.50 |
| 9/11/2020 | Evans, Andrew | 0.9 | Data Gathering & Processing | Call with Murray; Johnson; Warner; Linder; Blacker; Boelter; and Omni re POC process improvement questions | $725.00 | $652.50 |
| 9/11/2020 | Evans, Andrew | 1.0 | Analysis | Refinements to long-term analysis plan | $725.00 | $725.00 |
| 9/11/2020 | Evans, Andrew | 0.5 | Project Management | Consideration of next steps for POC processing work plan | $725.00 | $362.50 |
| 9/11/2020 | Johnson, Samantha | 0.8 | Data Gathering & Processing | Overview of POC extraction plan and next steps | $475.00 | $380.00 |
| 9/11/2020 | Johnson, Samantha | 1.0 | Data Gathering & Processing | Reviewing data collection options for POC processing | $475.00 | $475.00 |
| 9/11/2020 | Johnson, Samantha | 0.9 | Data Gathering & Processing | Call with Warner, Linder, Evans, Murray and Omni regarding BSA claims collection | $475.00 | $427.50 |
| 9/11/2020 | Murray, Makeda | 0.5 | Data Gathering & Processing | POC extract review | $475.00 | $237.50 |
| 9/11/2020 | Murray, Makeda | 0.8 | Data Gathering & Processing | Review of POC forms from Omni | $475.00 | $380.00 |
| 9/11/2020 | Murray, Makeda | 2.2 | Analysis | Revisions to CASJ tabulations | $475.00 | $1,045.00 |
| 9/11/2020 | Murray, Makeda | 0.9 | Data Gathering & Processing | Call with counsel and Omni re: POC forms- attended by B. Warner, M. Linder, D. Evans, S. Johnson, A. Miller, K. Nownes, C. Cashman, J. Boelter | $475.00 | $427.50 |
| 9/13/2020 | Evans, Andrew | 0.3 | Data Gathering & Processing | Calls with Blacker on POC data | $725.00 | $217.50 |
| 9/13/2020 | Evans, Andrew | 0.3 | Analysis | Follow-ups on preliminary CASJ settlement data analysis | $725.00 | $217.50 |
| 9/13/2020 | Murray, Makeda | 0.5 | Data Gathering & Processing | CASJ data question from counsel | $475.00 | $237.50 |
| 9/14/2020 | Evans, Andrew | 0.5 | Project Management | Updates with team and planning around next steps; email to client counsel re next steps | $725.00 | $362.50 |
| 9/14/2020 | Johnson, Samantha | 0.4 | Data Gathering & Processing | Review of POC data collection plan | $475.00 | $190.00 |
| 9/14/2020 | Murray, Makeda | 0.5 | Data Gathering & Processing | BSA CASJ data update, next steps | $475.00 | $237.50 |
| 9/14/2020 | Murray, Makeda | 0.7 | Data Gathering & Processing | POC download, review | $475.00 | $332.50 |
| 9/14/2020 | Murray, Makeda | 1.8 | Data Gathering & Processing | ShareVault and ShareFile downloads, document review | $475.00 | $855.00 |
| 9/14/2020 | Murray, Makeda | 0.8 | Data Gathering & Processing | Omni POC summary document review | $475.00 | $380.00 |
| 9/14/2020 | Murray, Makeda | 2.2 | Fee Request Preparation | BSA August fee application | $475.00 | $1,045.00 |
| 9/14/2020 | Murray, Makeda | 0.9 | Fee Request Preparation | BSA fee application- August 2020 | $475.00 | $427.50 |
| 9/14/2020 | Ameri, Armin | 2.4 | Data Gathering & Processing | Processing state information in the claims data | $345.00 | $828.00 |
| 9/14/2020 | Ameri, Armin | 2.2 | Data Gathering & Processing | Continued standardization and review of state information in the coalition claims data | $345.00 | $759.00 |
| 9/14/2020 | Ameri, Armin | 2.5 | Data Gathering & Processing | Reviewing and processing new claims data | $345.00 | $862.50 |
| 9/14/2020 | Ameri, Armin | 1.9 | Data Gathering & Processing | Continued processing and analysis of new claims data | $345.00 | $655.50 |

| Date incurred | Employee | Hours | Category | Notes | Bill rate | Professional fees |
|---|---|---|---|---|---|---|
| 9/15/2020 | Evans, Andrew | 0.3 | Data Gathering & Processing | Update re CASJ settlement data processing and next steps for processing same | $725.00 | $217.50 |
| 9/15/2020 | Evans, Andrew | 0.4 | Analysis | Strategic considerations to analysis | $725.00 | $290.00 |
| 9/15/2020 | Murray, Makeda | 0.2 | Data Gathering & Processing | CASJ data processing update | $475.00 | $95.00 |
| 9/15/2020 | Murray, Makeda | 3.0 | Data Gathering & Processing | CASJ data processing- translation tables, local council & name cleaning | $475.00 | $1,425.00 |
| 9/15/2020 | Murray, Makeda | 2.8 | Data Gathering & Processing | Coalition data processing- local council name and state standardizing | $475.00 | $1,330.00 |
| 9/15/2020 | Ameri, Armin | 2.4 | Data Gathering & Processing | Cleaning perpetrator names in claims data | $345.00 | $828.00 |
| 9/15/2020 | Ameri, Armin | 3.0 | Data Gathering & Processing | Applying translation tables to claims data | $345.00 | $1,035.00 |
| 9/15/2020 | Ameri, Armin | 1.8 | Data Gathering & Processing | Processing troop ID information in claims data | $345.00 | $621.00 |
| 9/16/2020 | Evans, Andrew | 0.8 | Data Gathering & Processing | Call with Blacker; Warner; Nownes; Osborne | $725.00 | $580.00 |
| 9/16/2020 | Evans, Andrew | 0.5 | Data Gathering & Processing | Call with Blacker and Warner | $725.00 | $362.50 |
| 9/16/2020 | Murray, Makeda | 1.6 | Data Gathering & Processing | Coalition claims data- local council cleaning and standardization | $475.00 | $760.00 |
| 9/16/2020 | Murray, Makeda | 0.3 | Fee Request Preparation | August fee application | $475.00 | $142.50 |
| 9/16/2020 | Murray, Makeda | 0.2 | Project Management | PM: Document filing, ShareFile request to counsel | $475.00 | $95.00 |
| 9/16/2020 | Murray, Makeda | 0.6 | Fee Request Preparation | BSA fee application- August | $475.00 | $285.00 |
| 9/16/2020 | Murray, Makeda | 2.3 | Data Gathering & Processing | Standardization of local council variables | $475.00 | $1,092.50 |
| 9/16/2020 | Murray, Makeda | 1.8 | Data Gathering & Processing | Standardization of LC variables- cont'd | $475.00 | $855.00 |
| 9/16/2020 | Ameri, Armin | 3.0 | Data Gathering & Processing | Processing council names in claims data | $345.00 | $1,035.00 |
| 9/16/2020 | Ameri, Armin | 2.7 | Data Gathering & Processing | Continued processing of council names in claims data | $345.00 | $931.50 |
| 9/17/2020 | Evans, Andrew | 0.5 | Data Gathering & Processing | Additional planning around POC processing | $725.00 | $362.50 |
| 9/17/2020 | Johnson, Samantha | 0.5 | Data Gathering & Processing | Update on POC processing and next steps for data collection | $475.00 | $237.50 |
| 9/17/2020 | Murray, Makeda | 0.1 | Fee Request Preparation | BSA Second Interim App CNO review | $475.00 | $47.50 |
| 9/17/2020 | Murray, Makeda | 0.3 | Data Gathering & Processing | CASJ claims data processing | $475.00 | $142.50 |
| 9/17/2020 | Murray, Makeda | 0.5 | Data Gathering & Processing | POC data update | $475.00 | $237.50 |
| 9/17/2020 | Ameri, Armin | 2.5 | Data Gathering & Processing | Standardizing perpetrator information in claims data | $345.00 | $862.50 |
| 9/18/2020 | Evans, Andrew | 0.5 | Project Management | Refinements to analysis work plan; follow-up with team re next steps | $725.00 | $362.50 |
| 9/18/2020 | Evans, Andrew | 0.3 | Communication with Counsel | Call with Andolina | $725.00 | $217.50 |
| 9/18/2020 | Johnson, Samantha | 0.5 | Data Gathering & Processing | Call with Andolina, Warner, Linder, Blacker, Nownes, Miller, Cashman and Murray regarding Omni's POC processing | $475.00 | $237.50 |
| 9/18/2020 | Murray, Makeda | 3.0 | Data Gathering & Processing | BSA CASJ claims processing cont'd | $475.00 | $1,425.00 |
| 9/18/2020 | Murray, Makeda | 0.5 | Data Gathering & Processing | BSA claims discussion call with B. Warner, M. Linder, M. Blacker, M. Andolina, K. Nownes, C. Cashman, A. Miller, S. Johnson | $475.00 | $237.50 |
| 9/18/2020 | Murray, Makeda | 2.8 | Data Gathering & Processing | BSA CASJ claims processing- local council updates | $475.00 | $1,330.00 |
| 9/18/2020 | Ameri, Armin | 2.9 | Data Gathering & Processing | Processing high priority fields in the CASJ claims data | $345.00 | $1,000.50 |
| 9/18/2020 | Ameri, Armin | 2.4 | Data Gathering & Processing | Cont'd processing of high priority fields in the CASJ claims data | $345.00 | $828.00 |
| 9/18/2020 | Ameri, Armin | 1.1 | Data Gathering & Processing | Reviewing perpetrator information in claims data, scripting code to extract information | $345.00 | $379.50 |
| 9/19/2020 | Murray, Makeda | 2.7 | Data Gathering & Processing | CASJ claims data processing- Troop and LC standardization, name cleaning | $475.00 | $1,282.50 |
| 9/19/2020 | Murray, Makeda | 1.3 | Data Gathering & Processing | Coalition claims data processing- standardizing survivor name | $475.00 | $617.50 |
| 9/20/2020 | Murray, Makeda | 3.1 | Data Gathering & Processing | CASJ data- survivor and abuser name standardization | $475.00 | $1,472.50 |

| Date incurred | Employee | Hours | Category | Notes | Bill rate | Professional fees |
|---|---|---|---|---|---|---|
| 9/20/2020 | Ameri, Armin | 3.5 | Data Gathering & Processing | Continued cleaning of the claims data, creating pivots to explore data trends | $345.00 | $1,207.50 |
| 9/21/2020 | Evans, Andrew | 1.0 | Analysis | Continued analysis of settlement data | $725.00 | $725.00 |
| 9/21/2020 | Johnson, Samantha | 3.0 | Data Gathering & Processing | Review of POC samples for developing data collection plan | $475.00 | $1,425.00 |
| 9/21/2020 | Johnson, Samantha | 1.8 | Data Gathering & Processing | Planning data collection of POC information for analysis | $475.00 | $855.00 |
| 9/21/2020 | Murray, Makeda | 2.8 | Data Gathering & Processing | CASJ abuser name processing | $475.00 | $1,330.00 |
| 9/21/2020 | Murray, Makeda | 1.0 | Data Gathering & Processing | CASJ data update | $475.00 | $475.00 |
| 9/21/2020 | Murray, Makeda | 1.5 | Data Gathering & Processing | CASJ data processing- continued standardization of abuser name | $475.00 | $712.50 |
| 9/21/2020 | Murray, Makeda | 1.9 | Data Gathering & Processing | CASJ data processing- abuser name standardization | $475.00 | $902.50 |
| 9/21/2020 | Ameri, Armin | 1.4 | Data Gathering & Processing | Reviewing claims data, laying out next steps | $345.00 | $483.00 |
| 9/21/2020 | Ameri, Armin | 2.9 | Data Gathering & Processing | Creating a perpetrator name translation table | $345.00 | $1,000.50 |
| 9/21/2020 | Ameri, Armin | 2.7 | Data Gathering & Processing | Continued work on perpetrator name translation table | $345.00 | $931.50 |
| 9/22/2020 | Evans, Andrew | 0.5 | Data Gathering & Processing | Planning around POC processing | $725.00 | $362.50 |
| 9/22/2020 | Johnson, Samantha | 0.5 | Data Gathering & Processing | Update on POC data collection plan and review budget | $475.00 | $237.50 |
| 9/22/2020 | Murray, Makeda | 0.5 | Fee Request Preparation | Excel document for fee examiner | $475.00 | $237.50 |
| 9/22/2020 | Murray, Makeda | 0.3 | Fee Request Preparation | Fee examiner Excel request, email communication | $475.00 | $142.50 |
| 9/22/2020 | Murray, Makeda | 0.5 | Project Management | POC claims review budget | $475.00 | $237.50 |
| 9/22/2020 | Murray, Makeda | 2.1 | Data Gathering & Processing | CASJ claims data- cont'd name standardization | $475.00 | $997.50 |
| 9/22/2020 | Murray, Makeda | 1.8 | Data Gathering & Processing | CASJ data- name standardization | $475.00 | $855.00 |
| 9/22/2020 | Ameri, Armin | 2.3 | Data Gathering & Processing | Updating claim processing code for allegation severity and settlement information | $345.00 | $793.50 |
| 9/22/2020 | Ameri, Armin | 2.7 | Data Gathering & Processing | Updating claim date fields, creating year ranges | $345.00 | $931.50 |
| 9/22/2020 | Ameri, Armin | 1.3 | Data Gathering & Processing | Continued work on abuse date ranges in claims data | $345.00 | $448.50 |
| 9/23/2020 | Johnson, Samantha | 0.7 | Project Management | Considering staffing for POC processing | $475.00 | $332.50 |
| 9/23/2020 | Murray, Makeda | 1.5 | Data Gathering & Processing | Coalition data processing | $475.00 | $712.50 |
| 9/23/2020 | Murray, Makeda | 2.7 | Data Gathering & Processing | Coalition data- standardization of allegations | $475.00 | $1,282.50 |
| 9/23/2020 | Murray, Makeda | 1.3 | Data Gathering & Processing | Coalition data: allegation processing and standardization | $475.00 | $617.50 |
| 9/23/2020 | Ameri, Armin | 2.2 | Data Gathering & Processing | Updating abuse year values in claims data | $345.00 | $759.00 |
| 9/23/2020 | Ameri, Armin | 1.1 | Data Gathering & Processing | Appending claims data and reviewing severity tiers | $345.00 | $379.50 |
| 9/24/2020 | Evans, Andrew | 0.2 | Data Gathering & Processing | Settlement data processing update | $725.00 | $145.00 |
| 9/24/2020 | Johnson, Samantha | 1.2 | Project Management | Reviewing staffing needs for case | $475.00 | $570.00 |
| 9/24/2020 | Murray, Makeda | 0.6 | Data Gathering & Processing | CASJ data processing- consolidation of claim files | $475.00 | $285.00 |
| 9/24/2020 | Murray, Makeda | 0.6 | Data Gathering & Processing | BSA case review | $475.00 | $285.00 |
| 9/24/2020 | Murray, Makeda | 0.3 | Data Gathering & Processing | Review BSA workplan | $475.00 | $142.50 |
| 9/24/2020 | Ameri, Armin | 2.7 | Data Gathering & Processing | Standardizing the three claims datasets and creating a combined dataset | $345.00 | $931.50 |
| 9/24/2020 | Ameri, Armin | 0.9 | Data Gathering & Processing | Reviewing case background and next steps in data processing | $345.00 | $310.50 |
| 9/24/2020 | Ameri, Armin | 2.2 | Data Gathering & Processing | Creating initial settlement estimates using combined claims dataset | $345.00 | $759.00 |
| 9/24/2020 | Farrell, Emma | 0.7 | Data Gathering & Processing | Case background; determine next steps for data processing | $345.00 | $241.50 |
| 9/24/2020 | Farrell, Emma | 0.4 | Data Gathering & Processing | Prioritize data processing steps | $345.00 | $138.00 |
| 9/24/2020 | Farrell, Emma | 0.8 | Data Gathering & Processing | Document data processing methods | $345.00 | $276.00 |

| Date incurred | Employee | Hours | Category | Notes | Bill rate | Professional fees |
|---|---|---|---|---|---|---|
| 9/25/2020 | Evans, Andrew | 0.5 | Analysis | Analysis of current settlement data and evaluation of potential preliminary figures on the basis of the same | $725.00 | $362.50 |
| 9/25/2020 | Evans, Andrew | 0.2 | Data Gathering & Processing | Review and consideration of detailed draft Omni report | $725.00 | $145.00 |
| 9/25/2020 | Evans, Andrew | 0.3 | Analysis | Consideration of additional information related to potential settlement offer | $725.00 | $217.50 |
| 9/25/2020 | Ameri, Armin | 2.4 | Data Gathering & Processing | Standardizing abuse year field in claims data | $345.00 | $828.00 |
| 9/25/2020 | Ameri, Armin | 2.7 | Data Gathering & Processing | Generating claim estimates based on the CASJ data | $345.00 | $931.50 |
| 9/25/2020 | Farrell, Emma | 1.2 | Data Gathering & Processing | Document data variable processing steps | $345.00 | $414.00 |
| 9/25/2020 | Farrell, Emma | 0.5 | Data Gathering & Processing | Determine next steps for claim consolidation | $345.00 | $172.50 |
| 9/25/2020 | Farrell, Emma | 2.2 | Data Gathering & Processing | Document variable cleaning methods, contd. | $345.00 | $759.00 |
| 9/25/2020 | Farrell, Emma | 0.8 | Data Gathering & Processing | Continue documenting data variable processing methods | $345.00 | $276.00 |
| 9/28/2020 | Evans, Andrew | 1.3 | Analysis | Additional analysis of settlement data | $725.00 | $942.50 |
| 9/28/2020 | Evans, Andrew | 0.6 | Analysis | Consideration and analysis of comp figures | $725.00 | $435.00 |
| 9/28/2020 | Ameri, Armin | 3.0 | Data Gathering & Processing | Cleaning year values in claims data | $345.00 | $1,035.00 |
| 9/28/2020 | Ameri, Armin | 2.1 | Data Gathering & Processing | Continued processing of claims data | $345.00 | $724.50 |
| 9/28/2020 | Ameri, Armin | 0.7 | Data Gathering & Processing | Reviewing claims data estimates, next steps | $345.00 | $241.50 |
| 9/28/2020 | Ameri, Armin | 1.1 | Data Gathering & Processing | Creating claims data estimates | $345.00 | $379.50 |
| 9/28/2020 | Farrell, Emma | 0.9 | Data Gathering & Processing | Document local council information processing methods | $345.00 | $310.50 |
| 9/28/2020 | Farrell, Emma | 1.4 | Data Gathering & Processing | Document name processing methods | $345.00 | $483.00 |
| 9/28/2020 | Farrell, Emma | 1.2 | Data Gathering & Processing | Document name processing methods, contd. | $345.00 | $414.00 |
| 9/28/2020 | Farrell, Emma | 0.8 | Data Gathering & Processing | Determine next steps for initial data processing | $345.00 | $276.00 |
| 9/28/2020 | Farrell, Emma | 1.3 | Data Gathering & Processing | Document abuse date processing methodology | $345.00 | $448.50 |
| 9/29/2020 | Evans, Andrew | 0.7 | Data Gathering & Processing | Call with legal team and Omni on POC processing and interface development status- attended by Andolina, Warner, Linder, Blacker, Nownes, Osborne, Johnson and Murray | $725.00 | $507.50 |
| 9/29/2020 | Evans, Andrew | 0.8 | Analysis | Input to team on updates to processing and analysis of coalition settlement data | $725.00 | $580.00 |
| 9/29/2020 | Evans, Andrew | 0.6 | Communication with Counsel | Call with Andolina and Rosenberg re current settlement analysis and plan for next steps | $725.00 | $435.00 |
| 9/29/2020 | Evans, Andrew | 0.3 | Analysis | Additional planning around settlement analysis | $725.00 | $217.50 |
| 9/29/2020 | Johnson, Samantha | 0.7 | Data Gathering & Processing | Call to review Omni interface with B. Warner, M. Linder, M. Andolina, M. Blacker, K. Nownes, B. Osborne, D. Evans, and M. Murray | $475.00 | $332.50 |
| 9/29/2020 | Murray, Makeda | 0.4 | Data Gathering & Processing | BSA CASJ data processing methodology review | $475.00 | $190.00 |
| 9/29/2020 | Murray, Makeda | 1.3 | Data Gathering & Processing | Data assumptions review, next steps | $475.00 | $617.50 |
| 9/29/2020 | Murray, Makeda | 0.9 | Data Gathering & Processing | Review and annotate BSA data documentation | $475.00 | $427.50 |
| 9/29/2020 | Murray, Makeda | 0.7 | Data Gathering & Processing | BSA data review- CASJ | $475.00 | $332.50 |
| 9/29/2020 | Murray, Makeda | 0.8 | Data Gathering & Processing | Omni file download | $475.00 | $380.00 |
| 9/29/2020 | Murray, Makeda | 0.7 | Data Gathering & Processing | Call to review Omni interface- attended by B. Warner, M. Linder, M. Andolina, M. Blacker, K. Nownes, B. Osborne, D. Evans, and S. Johnson | $475.00 | $332.50 |
| 9/29/2020 | Ameri, Armin | 2.8 | Data Gathering & Processing | Standardizing claims datasets, generating new data fields | $345.00 | $966.00 |
| 9/29/2020 | Ameri, Armin | 2.1 | Data Gathering & Processing | Creating new claim value estimates, reviewing next steps in data processing | $345.00 | $724.50 |

| Date incurred | Employee | Hours | Category | Notes | Bill rate | Professional fees |
|---|---|---|---|---|---|---|
| 9/29/2020 | Farrell, Emma | 0.8 | Data Gathering & Processing | Document data processing methods | $345.00 | $276.00 |
| 9/29/2020 | Farrell, Emma | 0.3 | Data Gathering & Processing | Consolidate data variable processing documentation | $345.00 | $103.50 |
| 9/29/2020 | Farrell, Emma | 1.2 | Data Gathering & Processing | Analyze/compare variable processing methods; determine processing next steps | $345.00 | $414.00 |
| 9/29/2020 | Farrell, Emma | 0.8 | Data Gathering & Processing | Review data processing ; determine next steps | $345.00 | $276.00 |
| 9/29/2020 | Farrell, Emma | 0.6 | Data Gathering & Processing | Standardize country abbreviations | $345.00 | $207.00 |
| 9/29/2020 | Farrell, Emma | 1.0 | Data Gathering & Processing | Add further state cleaning / processing steps to code | $345.00 | $345.00 |
| 9/29/2020 | Farrell, Emma | 1.0 | Data Gathering & Processing | Additional date processing of CASJ data | $345.00 | $345.00 |
| 9/30/2020 | Evans, Andrew | 0.3 | Project Management | Updates to work plan | $725.00 | $217.50 |
| 9/30/2020 | Evans, Andrew | 0.4 | Data Gathering & Processing | Review next steps for settlement data processing and analysis | $725.00 | $290.00 |
| 9/30/2020 | Evans, Andrew | 0.3 | Data Gathering & Processing | Consideration of next steps re processing of POC data from Omni | $725.00 | $217.50 |
| 9/30/2020 | Evans, Andrew | 0.7 | Data Gathering & Processing | Call with Blacker and Warner on plan for POC data | $725.00 | $507.50 |
| 9/30/2020 | Evans, Andrew | 0.2 | Data Gathering & Processing | Review of select POC information | $725.00 | $145.00 |
| 9/30/2020 | Murray, Makeda | 2.2 | Data Gathering & Processing | BSA data processing review, script updates | $475.00 | $1,045.00 |
| 9/30/2020 | Murray, Makeda | 0.5 | Data Gathering & Processing | BSA work plan update | $475.00 | $237.50 |
| 9/30/2020 | Murray, Makeda | 0.2 | Data Gathering & Processing | Omni POC review | $475.00 | $95.00 |
| 9/30/2020 | Murray, Makeda | 2.3 | Data Gathering & Processing | CASJ data QC- standardizing assumptions for abuse state processing across files, SOL updates | $475.00 | $1,092.50 |
| 9/30/2020 | Murray, Makeda | 2.9 | Data Gathering & Processing | CASJ claims data review- statute of limitations translation and application to data | $475.00 | $1,377.50 |
| 9/30/2020 | Murray, Makeda | 0.6 | Data Gathering & Processing | BSA CASJ data updates | $475.00 | $285.00 |
| 9/30/2020 | Ameri, Armin | 2.4 | Analysis | Creating tables for powerpoint presentation on claims data | $345.00 | $828.00 |
| 9/30/2020 | Ameri, Armin | 1.4 | Data Gathering & Processing | Continued standardization of the claims data | $345.00 | $483.00 |
| 9/30/2020 | Farrell, Emma | 0.9 | Data Gathering & Processing | Update troop / council processing steps in the code | $345.00 | $310.50 |
| 9/30/2020 | Farrell, Emma | 0.9 | Data Gathering & Processing | Add additional name cleaning steps to code | $345.00 | $310.50 |
| 9/30/2020 | Farrell, Emma | 0.5 | Data Gathering & Processing | Update and determine next steps for data processing | $345.00 | $172.50 |
| 9/30/2020 | Farrell, Emma | 1.0 | Data Gathering & Processing | Add additional name standardization steps to code, contd. | $345.00 | $345.00 |
| 9/30/2020 | Farrell, Emma | 0.4 | Data Gathering & Processing | CASJ data processing updates | $345.00 | $138.00 |
| 9/30/2020 | Farrell, Emma | 0.3 | Data Gathering & Processing | Review python script for documenting file names | $345.00 | $103.50 |
| 9/30/2020 | Farrell, Emma | 0.3 | Data Gathering & Processing | Update CASJ data processing code | $345.00 | $103.50 |
| 9/30/2020 | Farrell, Emma | 0.3 | Data Gathering & Processing | Update birth date processing steps in code | $345.00 | $103.50 |
| 9/30/2020 | Farrell, Emma | 0.7 | Analysis | Create summary table Excel document | $345.00 | $241.50 |
| **TOTAL** | | **293.3** | | | | **$129,653.50** |