██████████  ████████████                              October 21, 2020

30 Administration Road,                               **FILED**

Bridgewater, MA 02324                                 2020 OCT 26 AM 11:45

                                                      CLERK
                                                      US BANKRUPTCY COURT
                                                      DISTRICT OF DELAWARE

Clerk:

U.S. Bankruptcy Court

District of Delaware

824 Market Street,

Wilmington, Delaware 19801- 3577


IN RE: Boy Scouts of America, BSA, LLA, Debtors under

         Chapter 11, Case NO. 20-10343: INquiry:


On or about October 7, 2020 I filed with this Court a 12

page Sexual Abuse Survivor Proof of Claim, along with;

Affidavit via Complaint & Declaration.


Would you kindly provide me with a status of my claim,

and assigned docket No. of my Complaint, with a copy

of the Docket Entry sheet or Abstract out-line please.


Thank you for your time and attention in this matter.



Sincerely,
██████████████████████████
████████████████████████████████