IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND | ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline:  November 10, 2020 at 4:00 p.m. ET**
**Hearing Date:  November 18, 2020 at 10:00 a.m. ET**

**FIRST QUARTERLY APPLICATION FOR COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES OF**
**BERKELEY RESEARCH GROUP, LLC,**
**AS FINANCIAL ADVISORS TO THE TORT CLAIMANTS' COMMITTEE**
**FOR THE PERIOD FROM MARCH 6, 2020 THROUGH APRIL 30, 2020**

| | |
|---|---|
| Name of Applicant: | Berkeley Research Group, LLC |
| Authorized to Provide Professional Services to: | Tort Claimants' Committee |
| Date of Retention: | Effective as of March 6, 2020 by order signed on or about April 11, 2020 |
| Period for which Compensation and Reimbursement is Sought: | March 6, 2020 through April 30, 2020 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $672,010.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $     513.74 |
| Compensation Sought in this Application Already Paid Pursuant to a Monthly Compensation Order but not yet Allowed: | $537,608.00 |
| Expenses Sought in this Application Already Paid Pursuant to a Monthly Compensation Order but not yet Allowed: | $     513.74 |

This is a(n):  ___ monthly    _X_ interim    ___ final application.

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

The total time expended for fee application preparation is approximately 0.0 hours and the corresponding compensation requested is approximately $0.00.

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 06/03/20 | 03/06/20 – 03/31/20 | $281,697.00 | $0.00 | $225,357.60 | $0.00 |
| 08/07/20 | 04/01/20/ - 04/30/20 | $390,313.00 | $513.74 | $312,250.40 | $513.74 |
| 10/20/20 | 05/01/20 – 05/31/20 | $398,111.50 | $33.14 | Pending | Pending |

## BRG PROFESSIONALS

| Name of Professional | Title & Experience | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| R. Todd Neilson | Managing Director; Over 40 Years Of Experience; BS Accountancy 1975; CPA Since 1981 | $850.00 | 184.8 | $157,080.00 |
| David H. Judd | Managing Director; Over 40 Years Of Experience; Master Of Accountancy 1980 | 750.00 | 159.8 | 119,850.00 |
| Vernon Calder | Managing Director; Over 37 Years Of Experience; Master Of Accountancy 1983 | 745.00 | 2.6 | 1,937.00 |
| Paul N. Shields | Managing Director; Over 32 Years Of Experience; Master Of Business Administration 1992; CPA Since 1991 | 715.00 | 28.3 | 20,234.50 |
| D. Ray Strong | Managing Director; Over 25 Years Of Experience; Master Of Accountancy 1995; CPA Since 1997 | 660.00 | 127.0 | 83,820.00 |
| Matthew Edman | Director; Over 15 Year Of Experience; Ph.D. Computer Science; ACE | 670.00 | 8.9 | 5,963.00 |
| Thomas Kiernan | Director; Over 29 Years Of Experience; B.S. Computer Science; CFCE, CCME | 670.00 | 2.6 | 1,742.00 |

| Name of Professional | Title & Experience | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| Christopher Tarbell | Director; Over 20 Years Of Experience; M.S. Computer Science; CFCE, EnCE, ACE | 670.00 | 0.8 | 536.00 |
| Matthew K. Babcock | Associate Director; Over 22 Years Of Experience; Master Of Accountancy 1998; CPA Since 2000 | 625.00 | 343.1 | 214,437.50 |
| Leif Larsen | Associate Director; Over 20 Years Of Experience; Bachelor of Science in Accounting; CPA Since 2006 | 560.00 | 0.5 | 280.00 |
| Christina Tergevorkian | Senior Associate; Over 4 Years Of Experience; Master Of Accountancy 2018; CPA Since 2019 | 295.00 | 72.9 | 21,505.50 |
| Shelby Chaffos | Associate; Over 4 Years Of Experience; Master Of Accountancy 2018 | 240.00 | 155.8 | 37,392.00 |
| Sherry Anthon | Case Assistant; Over 3 Years of Experience; Master Of Accountancy 2000 | 205.00 | 31.4 | 6,437.00 |
| Evelyn Perry | Case Assistant; Over 32 Years Of Experience | 185.00 | 4.3 | 795.50 |
| | **Blended Rate** | **$598.89** | **1,122.8** | **$672,010.00** |

## COMPENSATION BY CATEGORY

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| 200.10 – Document / Data Analysis (Merrill DatasiteOne) | 42.0 | $25,519.50 |
| 200.20 – Document / Data Analysis (Financial / Accounting) | 89.4 | 45,360.50 |
| 200.30 – Document / Data Analysis (Financial / Accounting) – PeopleSoft Accounting | 40.3 | 28,129.00 |
| 200.60 – Document / Data Analysis (Local Councils) | 8.3 | 5,254.00 |
| 210.00 – Bankruptcy Proceedings (Filings / Motions – General) | 126.6 | 91,137.00 |

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| 211.01 – Bankruptcy Proceedings (Filings / Motions – Cash Collateral) | 60.6 | 41,927.50 |
| 211.03 – Bankruptcy Proceedings (Filings / Motions – Cash Management) | 61.2 | 42,898.50 |
| 211.04 – Bankruptcy Proceedings (Filings / Motions – Wages) | 21.4 | 14,746.00 |
| 211.05 – Bankruptcy Proceedings (Filings / Motions – Shared Services Reports) | 54.5 | 37,511.50 |
| 221.00 – Debtors Operations / Monitoring (Cash Flow Reports) | 12.5 | 9,039.00 |
| 224.00 – Debtors Operations / Monitoring (Shared Services Reports) | 1.2 | 900.00 |
| 300.00 – Asset Analysis (General – Debtors) | 47.2 | 33,537.00 |
| 301.00 – Asset Analysis (General – Debtors Restricted / Identified Assets) | 40.8 | 15,631.50 |
| 303.00 – Asset Analysis (General – Local Councils) | 168.4 | 62,078.50 |
| 310.00 – Asset Analysis (Cash / Bank Accounts – Debtors) | 33.4 | 12,051.50 |
| 321.00 – Asset Analysis (Investments / Funds – Debtors Restricted / Identified Assets | 32.0 | 20,180.00 |
| 330.00 – Asset Analysis (Real Property – Debtors) | 2.8 | 1,795.00 |
| 331.00 – Asset Analysis (Real Property – Debtors Restricted / Identified Assets) | 7.8 | 5,001.00 |
| 332.00 – Asset Analysis (Real Property – Related Non-Debtors) | 18.5 | 13,505.00 |
| 333.00 – Asset Analysis (Real Property – Local Councils | 75.6 | 34,783.50 |
| 400.00 – Litigation Analysis (Adversary Proceedings) | 23.8 | 16,720.00 |
| 500.00 – Viability Analysis | 75.4 | 57,074.00 |
| 700.00 – Tax Compliance & Analysis | 5.1 | 4,062.00 |
| 900.00 – Report / Presentation Preparation | 22.3 | 16,804.00 |
| 1000.00 – Case Administration | 2.5 | 1,859.00 |
| 1010.00 – Employment Application | 10.3 | 6,761.50 |
| 1020.00 – Meeting Preparation & Attendance | 38.9 | 27,744.00 |
| **Total** | **1,122.8** | **$672,010.00** |

**EXPENSE SUMMARY**

| Expense Category | Service Provider (if applicable)[2] | Total Expenses |
|---|---|---|
| Research Services | TLO | $47.49 |
| Research Services | CoStar | 1.35 |
| Research Services | GuideStar | 464.90 |
| **Total** | | **$513.74** |

---

[2] BRG may use one or more service providers.  The service providers identified herein below are the primary service providers for the categories described.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND | ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline:  November 10, 2020 at 4:00 p.m. ET**
**Hearing Date:  November 18, 2020 at 10:00 a.m. ET**

## FIRST QUARTERLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF BERKELEY RESEARCH GROUP LLC, AS FINANCIAL ADVISORS TO THE TORT CLAIMANTS' COMMITTEE <u>FOR THE PERIOD FROM MARCH 6, 2020 THROUGH APRIL 30, 2020</u>

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the

"Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively,

the "Bankruptcy Rules"), and the "Order (I) Approving Procedures for (A) Interim

Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense

Reimbursement for Official Committee Members and (II) Granting Related Relief," signed on or

about April 6, 2020 (the "Administrative Order"), Berkeley Research Group LLC ("BRG" or

"Applicant"), Financial Advisors to the Tort Claimants' Committee (the "Committee"), hereby

submits its First Quarterly Application for Compensation and for Reimbursement of Expenses

for the Period from March 6, 2020 through April 30, 2020 (the "First Quarterly Application").

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

By this First Quarterly Application BRG seeks an interim allowance of compensation in the amount of $672,010.00 and actual and necessary expenses in the amount of $513.74 for a total allowance of $672,523.74 and payment of the unpaid amount of such fees and expenses for the period March 6, 2020 through April 30, 2020 (the "Interim Period").  In support of this First Quarterly Application, BRG respectfully represents as follows:

### Background

1.      On February 18, 2020 (the "Petition Date"), the Debtors commenced their Chapter 11 cases by filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors have continued in possession of their property and continued to operate and manage their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee or examiner has been appointed in the Debtors' chapter 11 cases.

2.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3.      On or about April 6, 2020, the Court signed the Administrative Order, authorizing certain professionals ("Professionals") to submit monthly applications for interim compensation and reimbursement for expenses, pursuant to the procedures specified therein. The Administrative Order provides, among other things, that a Professional may submit monthly fee applications.  If no objections are made within fourteen (14) days after service of the monthly fee application the Debtors are authorized to pay the Professional eighty percent (80%) of the requested fees and one hundred percent (100%) of the requested expenses.  Beginning with the period ending April 30, 2020 and at three-month intervals thereafter, each of the Professionals

shall file and serve an interim application for allowance of the amounts sought in its monthly fee

applications for that period.  All fees and expenses paid are on an interim basis until final

allowance by the Court.

4.      The retention of BRG, as financial advisors to the Tort Claimants'

Committee, was approved effective as of March 6, 2020 by this Court's "Order Authorizing and

Approving the Retention of Berkeley Research Group, LLC as Financial Advisors to the

Additional Tort Claimants' Committee Effective as of March 6, 2020," signed on or about April

11, 2020 (the "Retention Order").  The Retention Order authorized BRG to be compensated on

an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.  The

Retention Order further authorized BRG to be reimbursed for Committee Members' expenses

that BRG paid directly or reimbursed to Committee Members.  BRG is not requesting

reimbursement in this First Quarterly Application for any Committee Members' expenses.

## BRG's APPLICATION FOR COMPENSATION AND
## FOR REIMBURSEMENT OF EXPENSES

### Compensation Paid and Its Source

5.      The monthly fee applications (the "Monthly Fee Applications") for the

period March 1, 2020 through April, 2020 of BRG have been filed and served pursuant to the

Administrative Order.

6.      On June 3, 2020, BRG filed its First Monthly Application for

Compensation and Reimbursement of Expenses of Berkeley Research Group, LLC, as Financial

Advisors to the Tort Claimants' Committee, for the Period from March 6, 2020 through March

31, 2020 (the "First Monthly Fee Application") requesting $281,697.00 in fees and $0.00 in

expenses.  Pursuant to the Administrative Order, BRG has been paid $225,357.60 of the fees and

$0.00 of the expenses requested in the First Monthly Fee Application.  A true and correct copy of

the First Monthly Fee Application is attached hereto as <u>Exhibit A</u>.

7.      On August 7, 2020, BRG filed its Second Monthly Application for

Compensation and Reimbursement of Expenses of Berkeley Research Group, LLC, as Financial

Advisors to the Tort Claimants' Committee, for the Period from April 1, 2020 through April 30,

2020 (the "Second Monthly Fee Application") requesting $390,313.00 in fees and $513.74 in

expenses.  Pursuant to the Administrative Order, BRG has been paid $312,250.40 of the fees and

$513.74 of the expenses requested in the Second Monthly Fee Application.  A true and correct

copy of the Second Monthly Fee Application is attached hereto as <u>Exhibit B</u>.

8.      The Monthly Fee Applications covered by this First Quarterly Application

contain detailed daily time logs describing the actual and necessary services provided by BRG

during the periods covered by such applications as well as other detailed information required to

be included in fee applications.

### **Requested Relief**

9.      By this First Quarterly Application, BRG requests that the Court approve

payment of one-hundred percent (100%) of the fees and expenses incurred by BRG during the

Interim Period of March 6, 2020 through April 30, 2020.

10.      At all relevant times, BRG has not represented any party having an

interest adverse to these cases.

11.    All services for which BRG requests compensation were performed for or on behalf of the Committee.

12.    BRG has received no payment and no promises for payment from any source other than the Debtors for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this First Quarterly Application.  There is no agreement or understanding between BRG and any other person other than the partners of BRG for the sharing of compensation to be received for services rendered in these cases.  BRG did not receive a retainer in this matter.

13.    The professional services and related expenses for which BRG requests interim allowance of compensation and reimbursement of expenses were rendered and incurred in connection with these cases in the discharge of BRG's professional responsibilities as financial advisors for the Committee in these chapter 11 cases.  BRG's services have been necessary and beneficial to the Committee, the Debtors and their estates, creditors and other parties in interest.

14.    In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by BRG is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.  Moreover, BRG has reviewed the requirements of Del. Bankr. LR 2016-2 and the Administrative Order and believes that this First Quarterly Application complies with such Rule and Order.

WHEREFORE, BRG respectfully requests that the Court enter an order, in the form attached hereto, providing that an interim allowance be made to BRG in the total amount of $672,523.74 for the period from March 6, 2020 through April 30, 2020, including the sum of $672,010.00, as compensation for necessary professional services rendered, and the sum of $513.74 for reimbursement of actual necessary costs and expenses; that the Debtors be authorized and directed to pay to BRG the outstanding amount of such sums; and for such other and further relief as may be just and proper.

Dated this ___27th___ day of October, 2020.

R. Todd Neilson, CPA
Berkeley Research Group, LLC
201 South Main Street, Suite 450
Salt Lake City, Utah 84111

Financial Advisor to the Official Tort Claimants' Committee

## VERIFICATION

STATE OF UTAH:

COUNTY OF SALT LAKE:

R. Todd Neilson, after being duly sworn according to law, deposes and says:

a)    I am a Certified Public Accountant and am a Managing Director with Berkeley Research Group, LLC ("BRG").

b)    I have read the foregoing *"First Quarterly Application for Compensation and Reimbursement of Expenses of Berkeley Research Group, LLC as Financial Advisors to the Tort Creditors' Committee for the Period from March 6, 2020 through April 30, 2020"* (the "First Quarterly Application") and know the contents thereof. I certify the facts stated therein are true of my own knowledge, except for those stated upon information and belief, which I believe to be true. If called upon I could and would testify completely thereto.

c)    I have reviewed Del. Bankr. LR 2016-2 and the Interim Order signed on or about April 6, 2020, and submit that the First Quarterly Application substantially complies with such Rule and Order.

Dated this 27th day of October, 2020.

R. Todd Neilson

SUBSCRIBED AND SWORN to before me this 27 day of October, 2020.

Notary Public
My Commission Expires: 02-21-2024



ELIZABETH FLOWERS
NOTARY PUBLIC • STATE OF UTAH
COMMISSION # 710676
COMM. EXP. 02-21-2024