# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

Objection Deadline: June 17, 2020 at 4:00 p.m. (ET)
Hearing Date: Scheduled only if necessary

### NOTICE OF FILING OF FEE APPLICATION

**PLEASE TAKE NOTICE** that Berkeley Research Group, LLC ("BRG"), financial advisor to the official committee of tort claimants (consisting of survivors of childhood sexual abuse) (the "Tort Claimants' Committee" or the "TCC"), in the above-captioned cases, has filed its *First Monthly Application of Berkeley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisors to the Official Tort Claimants' Committee for the Period from March 6, 2020 through March 31, 2020* (the "Application") seeking fees in the amount of $281,697.00 and reimbursement of actual and necessary expenses in the amount of $0.00 for the period from March 6, 2020 through March 31, 2020.

**PLEASE TAKE FURTHER NOTICE** that any objection or response to the Application must be made in writing and be filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **June 17, 2020 at 4:00 p.m. prevailing Eastern Time**.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**DOCKET NO. 768**
**FILED: 06-03-20**

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the objection or response, if any, upon the following: (i) the Debtors: Boy Scouts of America, 1325 W. Walnut Hill Lane, Irving, TX 75038 (Attn: Steven P. McGowan); (ii) proposed counsel to the Debtors: (a) Sidley Austin LLP, 787 Seventh Avenue, New York, NY 10019 (Attn: Jessica C.K. Boelter (jboelter@sidley.com)), (b) Sidley Austin LLP, One S. Dearborn, Chicago, IL 60603 (Attn: Matthew E. Linder (mlinder@sidley.com)); and (c) Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, 16th Floor, P.O. Box 1347, Wilmington, DE 19899-1347 (Attn: Derek C. Abbott (dabbott@mnat.com)); (iii) the United States Trustee: 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: David Buchbinder (david.l.buchbinder@usdoj.gov) and Hannah M. McCollum (hannah.mccollum@usdoj.gov)); (iv) counsel to the Official Committee of Unsecured Creditors: (a) Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036 (Attn: Rachael Ringer (rringer@kramerlevin.com) and Megan M. Wasson (mwasson@kramerlevin.com)) and (b) Reed Smith LLP, 1201 N. Market Street, Suite 1500, Wilmington, DE 19801 (Attn: Kurt F. Gwynne (kgwynne@reedsmith.com) and Katelin A Morales (kmorales@reedsmith.com)); (v) counsel to the Tort Claimants' Committee: Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19801 (Attn: James I. Stang (jstang@pszjlaw.com) and James E. O'Neill (joneill@pszjlaw.com)); (vi) counsel to the Future Claimants' Representative: Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 N. King Street, Wilmington, DE 19801 (Attn: Robert S. Brady (rbrady@ycst.com) and Edwin J. Harron (eharron@ycst.com)); (vii) counsel to the Ad Hoc Committee of Local Councils: Wachtell, Lipton, Rosen & Katz, 51 W. 52nd Street, New York, NY 10019 (Attn: Richard G. Mason (rgmason@wlrk.com) and Joseph C. Celentino (jccelentino@wlrk.com)); (viii) counsel to JPMorgan Chase Bank, National

2

Association: (a) Norton Rose Fulbright US LLP, 2200 Ross Avenue, Dallas, TX  75201-7932

(Attn: Louis R. Strubeck (louis.strubeck@nortonrosefulbright.com) and Kristian W. Gluck

(kristian.gluck@nortonrosefulbright.com) and (b) Womble Bond Dickinson (US) LLP, 1313 N.

Market Street, Suite 1200, Wilmington, DE  19801 (Attn: Matthew Ward (matthew.ward@wbd-

us.com) and Morgan Patterson (morgan.patterson@wbd-us.com)); and (ix) counsel to the County

Commission of Fayette County (West Virginia): Steptoe & Johnson PLLC, Chase Tower, 8th

Floor, 707 Virginia Street East, Charleston, WV  25301 (Attn: John C. Stump

(john.stump@steptoe-johnson.com)).

   **PLEASE TAKE FURTHER NOTICE** that on April 6, 2020, the Bankruptcy

Court entered the *Order (I) Approving Procedures for (A) Interim Compensation and*

*Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for*

*Official Committee Members and (II) Granting Related Relief* (the "Order") [Docket No. 341].

Pursuant to the Order, in the absence of timely filed objections or responses, and upon the filing

with the Bankruptcy Court of a certification of no objection, the Debtors are authorized to pay

the professionals eighty percent (80%) of the fees, and one hundred percent (100%) of expenses

without further notice or hearing.  All fees and expenses paid to the professionals are subject to

final approval by the Court.

   **PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN

ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF

REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 3, 2020                  PACHULSKI STANG ZIEHL & JONES LLP

                                     */s/ James E. O'Neill*
                                     James I. Stang (CA Bar No. 94435)
                                     Robert B. Orgel (CA Bar No. 10187)
                                     James E. O'Neill (DE Bar No. 4042)
                                     John W. Lucas (CA Bar No.271038)
                                     Ilan D. Scharf (NY Bar No. 4042107)
                                     919 North Market Street, 17th Floor
                                     P.O. Box 8705
                                     Wilmington, DE  19899-8705 (Courier 19801)
                                     Telephone: (302) 652-4100
                                     Facsimile:   (302) 652-4400
                                     Email: jstang@pszjlaw.com
                                             rorgel@pszjlaw.com
                                             joneill@pszjlaw.com
                                             jlucas@pszjlaw.com
                                             ischarf@pszjlaw.com

                                     *Counsel for the Tort Claimants' Committee*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
|  | Jointly Administered |
| Debtors. | **Objection Deadline: June 17, 2020 at 4:00 p.m. (ET)** |
|  | **Hearing Scheduled: Only if necessary** |

**FIRST MONTHLY APPLICATION OF BERKELEY RESEARCH GROUP, LLC**
**FOR COMPENSATION FOR SERVICES RENDERED AND**
**REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISORS**
**TO THE OFFICIAL TORT CLAIMANTS' COMMITTEE FOR THE PERIOD**
**FROM MARCH 6, 2020 THROUGH MARCH 31, 2020**

| | |
|---|---|
| Name of Applicant: | Berkeley Research Group, LLC |
| Authorized to Provide Professional Services to: | Official Tort Claimants' Committee |
| Date of Retention: | March 6, 2020 by order entered on or about April 11, 2020 |
| Period for which Compensation and Reimbursement is Sought: | March 6, 2020 through March 31, 2020 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $281,697.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $0.00 |

This is a(n):  <u>X</u> monthly            __ interim            __ final application.


The total time expended for fee application preparation is approximately 0.0 hours and the corresponding compensation requested is approximately $0.00.

## PRIOR MONTHLY APPLICATIONS FILED.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A | N/A |

## PRIOR QUARTERLY APPLICATIONS FILED.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A | N/A |

## BRG PROFESSIONALS

| Name of Professional | Title & Experience | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| R. Todd Neilson | Managing Director; Over 40 Years Experience; BS Accountancy 1975; CPA Since 1981 | $850.00 | 87.1 | $74,035.00 |
| David H. Judd | Managing Director; Over 40 Years Of Experience; Master Of Accountancy 1980 | 750.00 | 48.0 | 36,000.00 |
| Paul N. Shields | Managing Director; Over 32 Years Of Experience; Master Of Business Administration 1992; CPA Since 1991 | 715.00 | 22.2 | 15,873.00 |
| D. Ray Strong | Managing Director; Over 25 Years Of Experience; Master Of Accountancy 1995; CPA Since 1997 | 660.00 | 69.5 | 45,870.00 |
| Matthew K. Babcock | Associate Director; Over 22 Years Of Experience; Master Of Accountancy 1998; CPA Since 2000 | 625.00 | 155.5 | 97,187.50 |
| Christina Tergevorkian | Senior Associate; Over 4 Years Of Experience; Master Of Accountancy 2018; CPA Since 2019 | 295.00 | 22.9 | 6,755.50 |

2

| Shelby Chaffos | Associate; Over 4 Years Of Experience; Master Of Accountancy 2018 | 240.00 | 24.9 | 5,976.00 |
|----------------|-------------------------------------------------------------------|--------|------|----------|
| | **Blended Rate** | **$654.96** | **430.1** | **$281,697.00** |

## COMPENSATION BY CATEGORY

| Project Categories | Total Hours | Total Fees |
|--------------------|-------------|------------|
| **200.10** – Document / Data Analysis (Merrill DatasiteOne) | 18.5 | $11,846.50 |
| **200.20** – Document / Data Analysis (Financial / Accounting) | 57.5 | 27,010.00 |
| **200.30** – Document / Data Analysis (Financial / Accounting) – PeopleSoft Accounting System | 4.9 | 3,680.00 |
| **210.00** – Bankruptcy Proceedings (Filings / Motions – General) | 113.3 | 81,742.00 |
| **211.01** – Bankruptcy Proceedings (Filings / Motions – Cash Collateral) | 41.9 | 29,505.00 |
| **211.03** – Bankruptcy Proceedings (Filings / Motions – Cash Management) | 48.8 | 33,904.50 |
| **211.04** – Bankruptcy Proceedings (Filings / Motions – Wages) | 21.4 | 14,746.00 |
| **211.05** – Bankruptcy Proceedings (Filings / Motions – Shared Services) | 44.1 | 29,991.00 |
| **301.00** – Asset Analysis (General - Debtors Restricted / Identified Assets) | 18.4 | 7,072.50 |
| **331.00** – Asset Analysis (Real Property - Debtors Restricted / Identified Assets) | 7.8 | 5,001.00 |
| **400.00** – Litigation Analysis (Adversary Proceedings) | 23.8 | 16,720.00 |
| **1010.00** – Employment Application | 10.3 | 6,761.50 |
| **1020.00** – Meeting Preparation & Attendance | 19.4 | 13,717.00 |
| **Total** | **430.1** | **$281,697.00** |

## EXPENSE SUMMARY

| Expense Category | Service Provider Of Applicable Expense | Total Expenses |
|------------------|----------------------------------------|----------------|
| N/A | N/A | N/A |
| **Total** | | **N/A** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 20-10343 (LSS) |
| BOY SCOUTS OF AMERICA AND | ) | |
| DELAWARE BSA, LLC, | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | **Objection Deadline: June 17, 2020 at 4:00 p.m. (ET)** |
| | ) | **Hearing Scheduled: Only if necessary** |
| | ) | |
| | ) | |
| | ) | |

**FIRST MONTHLY APPLICATION OF BERKELEY RESEARCH GROUP, LLC
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISORS
TO THE OFFICIAL TORT CLAIMANTS' COMMITTEE FOR THE PERIOD
<u>FROM MARCH 6, 2020 THROUGH MARCH 31, 2020</u>**

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "<u>Bankruptcy Rules</u>"), and the Court's "*Order (I) Approving Procedures For (A) Interim Compensation And Reimbursement Of Expenses Of Related Professionals And (B) Expense Reimbursement For Official Committee Members And (II) Granting Related Relief*" (the "<u>Interim Order</u>"), Berkeley Research Group, LLC ("<u>BRG</u>" or "<u>Applicant</u>"), financial advisor to the Official Tort Claimants' Committee ("<u>Tort Claimants' Committee</u>"), hereby submits its Boy Scouts Of America and Delaware BSA, LLC ("<u>Debtors</u>") First Monthly Application for Compensation and for Reimbursement of Expenses for the Period from March 6, 2020 through March 31, 2020 ("<u>Application</u>").

By this Application, BRG seeks a monthly allowance of compensation in the amount of $281,697.00 and no expenses for a total allowance of $281,697.00 and payment of $225,357.60 (80% of the allowed fees) and reimbursement of $0.00 (100% of the allowed expenses) for a total payment of $225,357.60 for the period March 6, 2020 through March 31, 2020 (the "First Monthly Period").  In support of this Application, BRG respectfully represents as follows:

## Background

1.      On February 18, 2020 (the "Petition Date"), the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  On February 18, 2020, the Debtors also filed certain motions and applications seeking certain "first day" orders.  The factual background relating to the Debtor's commencement of this case is set forth in the "*Declaration of Brian Whittman In Support Of The Debtors' Chapter 11 Petitions And First Day Pleadings*" [Docket No. 16] (the "Whittman Declaration").

2.      The Debtors have continued in possession of their property and have continued to operate and manage their businesses as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee or examiner has been appointed in this Chapter 11 case.

3.      On or around March 4, 2020 (the "Committee Formation Date") the Office of the United States Trustee (the "US Trustee") formed the Tort Claimants' Committee to represent all tort claimants of the Debtors pursuant to section 1102 of the Bankruptcy Code. See Docket No. 142.  On the Committee Formation Date, the Tort Claimants' Committee determined to retain, subject to Court approval, Pachulski Stang Ziehl & Jones LLP ("PSZJ" or "Counsel") as counsel to represent the Tort Claimants' Committee in all matters during the

pendency of this chapter 11 case.  The appointment of PSZJ was approved.

4.      After the Committee Formation Date, the Tort Claimants' Committee determined to retain, subject to Court approval, BRG as its financial advisor in the Debtors' case.  On or about April 11, 2020, the "*Order Authorizing And Approving The Retention Of Berkeley Research Group, LLC, As Financial Advisor To The Official Tort Claimants Committee Effective As Of March 6, 2020*" appointing BRG effective March 6, 2020 was approved (the "Retention Order").  The Retention Order authorized BRG to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.  A copy of the Retention Order is attached hereto as Exhibit A.

5.      On or about April 6, 2020, the Court entered the Interim Order, authorizing certain professionals ("Professionals") to submit monthly applications for interim compensation and reimbursement for expenses, pursuant to the procedures specified therein. The Interim Order provides, among other things, that a Professional may submit monthly fee applications.  If no objections are made within fourteen (14) days after service of the monthly fee application, the Debtors are authorized to pay the Professional eighty percent (80%) of the requested fees and one hundred percent (100%) of the requested expenses. Beginning with the period ending May 31, 2020, at three-month intervals, each of the Professionals must file with the court and serve an interim application for allowance of the amounts sought in its monthly fee applications for that period.  All fees and expenses paid are on an interim basis until final allowance by the Court.

6.      BRG has not previously filed an application for fees and / or expenses.

## BRG's APPLICATION FOR COMPENSATION AND
## FOR REIMBURSEMENT OF EXPENSES

### Compensation Paid and Its Source

7.      All services for which BRG requests compensation were performed for or on

behalf of the Tort Claimants' Committee.

8.      BRG has received no payment and no promises for payment from any source

other than the Debtors for services rendered or to be rendered in any capacity whatsoever in

connection with the matters covered by this Application.  There is no agreement or

understanding between BRG and any other person other than the partners / directors of BRG

for the sharing of compensation to be received for services rendered in this case.

### Fee Statements

9.      The fee statements for the First Monthly Interim Period are attached hereto as

Exhibit B.  Exhibit B provides the detailed time entries for the services provided by category

by BRG as financial advisor to the Tort Claimants' Committee as well as the detail of all

expenses expended.  To the best of BRG's knowledge, this Application complies with

sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules and the Interim Order.

BRG's time reports are recorded contemporaneously at the time the work is performed.

10.     BRG is particularly sensitive to issues of "lumping" and, unless time was

spent in one-time frame on a variety of different matters for a particular client, separate time

entries are set forth in the time reports.  BRG's charges for its professional services are

based upon the time, nature, extent and value of such services and the cost of comparable

services other than in a case under the Bankruptcy Code.  BRG has reduced its charges

related to any non-working "travel time" to fifty percent (50%) of BRG's standard hourly rate.  To the extent it is feasible, BRG professionals work during travel.

## **Actual and Necessary Expenses**

11.    BRG customarily charges $0.10 per page for photocopying expenses related to cases, such as these, arising in Delaware.  BRG charges $1.00 per page for out-going facsimile transmissions.  There is no additional charge for long distance telephone calls on faxes.  The charge for outgoing facsimile transmissions reflects BRG's calculation of the actual costs incurred by BRG for the machines, supplies and the extra labor expenses associated with sending telecopies and are reasonable in relation to the amount charged by outside vendors who provide similar services.  BRG does not charge for the receipt of faxes in these cases.

12.    With respect to providers of on-line research services (e.g., LEXIS and PACER), BRG charges the standard usage rates these providers charge for computerized legal research.  BRG bills its clients the actual amounts charged by such services, with no premium.

13.    BRG believes the foregoing rates are the market rates that the majority of similar firms / providers charge clients for such services.

## **Summary of Services Rendered**

14.    The names of the directors and associates of BRG who have rendered professional services in this case during the First Monthly Period, and the paraprofessionals and case assistants of BRG who provided services to these professionals during the First Monthly Period, are set forth in the attached Exhibit B.  Resumes of each individual that

describe the education and qualifications of the professionals and paraprofessionals for BRG whose time constitutes a basis for this Application are attached as <u>Exhibit C</u>.

15.    <u>Exhibit D</u> is a schedule of Applicant's normal hourly billing rates during the First Monthly Period.  These were the rates charged by Applicant's personnel to solvent clients where Applicant ordinarily receives payment in full within less than 90 days. Applicant carefully reviewed all time charges to ensure they were reasonable and non-duplicative.  Costs and disbursements were also reviewed.  Time was billed in tenths of an hour.

16.    BRG, by and through such persons, has prepared and / or assisted in the preparation of various motions submitted to the Court for consideration, advised the Tort Claimants' Committee on a regular basis with respect to various matters in connection with the Debtor's bankruptcy case, and performed all necessary professional services which are described and narrated in detail below.  BRG's efforts have been extensive due to the size and complexity of the Debtor's bankruptcy case.

<div align="center"><b><u>Summary of Services by Project</u></b></div>

17.    The services rendered by BRG during the First Monthly Period can be grouped into the categories set forth below. BRG attempted to place the services provided in the category that best relates to such services. However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category.  These services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth in the attached <u>Exhibit B</u>.  <u>Exhibit B</u> identifies the professionals and paraprofessionals who rendered services relating to each category, along with the number

of hours for each individual and the total compensation sought for each category.

**A.      200.01 – Document / Data Analysis (Merrill DatasiteOne)**

18.      BRG reviewed, analyzed and inventoried thousands of pages of documents,

data and information uploaded by the Debtors into the Merrill DatasiteOne Data Room

("Data Room").  At the end of March 2020, the Debtors had uploaded approximately 1,265

individual documents into the Data Room. As part of its review and analysis, BRG

examined a number of categories of documents, including corporate / organization records,

financial statements and related supporting documents, asset and liability records, and

periodic reports filed / uploaded by the Debtors. Applicant's review of Data Room

documents has assisted in and will continue to facilitate its on-going analyses and

investigations.

Applicant worked closely with Counsel in its review and examination of the

Debtors' Data Room documents in order to identify key documents, respond to inquiries

from Counsel and avoid duplication of effort. Pursuant to Counsel request, BRG has

prepared weekly Data Room indexes in order to identify new documents uploaded,

existing documents removed and other modifications to the Data Room.

Fees: $11,846.50;      Hours: 18.5

**B.      200.20 – Document / Data Analysis (Financial / Accounting)**

19.      BRG analyzed available financial statements from 2005 through 2020

(including any supplemental schedules, notes, correspondence, etc.) and related accounting

data for the Debtors, Related Non-Debtors and Local Councils. BRG's analysis of financial

and accounting data will assist in its identification and analysis of assets and potential assets

(both historical and current) of the Debtors and evaluate the historical and current financial

and business relationships existing between the Debtors, Related Non-Debtors and Local Councils. BRG also examined the Debtors' accounting manuals and policies in order to obtain a preliminary understanding of the Debtors' accounting procedures.

Fees: $27,010.00;    Hours: 57.5

**C.    200.30 – Document / Data Analysis (Financial / Accounting) - PeopleSoft Accounting System**

20.    BRG determined the Debtors utilize the PeopleSoft accounting system and requested full access to the accounting data maintained in PeopleSoft. Said data is vital to BRG's on-ongoing and pending analysis and will allow BRG to efficiently analyze the Debtors' historic and current operations and financial activity. In addition, the PeopleSoft data will assist BRG in its identification and analysis of assets available to the Debtors' creditors. BRG also analyzed limited data exports provided by the Debtors from the PeopleSoft accounting system.

Fees: $3,680.00;    Hours: 4.9

**D.    210.00 – Bankruptcy Proceedings (Filings / Motions – General)**

21.    The majority of BRG's services during the First Monthly Period focused on the review, analysis and evaluation of the Debtors' preliminary bankruptcy filings, including the Debtors' first day motions and proposed orders. A number of these first day motions are discussed in greater detail in the categories below. As part of its analysis, BRG evaluated relief requested and issues raised in the various first day motions and identified documents, reports and information to be provided by the Debtors in order to provide visibility and insight regarding the Debtors' post-petition operations.

Applicant assisted Counsel in the preparation of initial and supplemental document

requests related to the first day motions, with specific emphasis on records involving the Debtors' historical and current operations, financial statements, accounting data, corporate organization, insurance, and assets and liabilities.  Applicant reviewed the periodic document productions and compared these productions to the related document requests in order to identify incomplete, pending requests.  Where necessary, Applicant worked with Counsel and the Debtors regarding any incomplete, pending document requests.

As part of its document review, BRG developed a master document tracking schedule, which captures information related to each specific document request, including status of requests, date(s) when documents were received / uploaded to the Data Room, location(s) of documents in the Data Room and related outstanding issues.

BRG participated in periodic conference calls and meetings with Counsel, Debtors' financial advisors, financial advisors to the Official Committee of Unsecured Creditors ("UCC") and / or other BRG professionals in order to discuss issues related to the first day motions and in order to coordinate additional examinations and analyses.  Said meetings and conference calls allowed for the first day motion analysis to be conducted in an efficient, cost-effective manner and ensured that Counsel's needs were satisfied.

Fees: $81,742.00;    Hours: 113.3

**E.    211.01 – Bankruptcy Proceedings (Filings / Motions – Cash Collateral)**

22.    BRG evaluated the relief requested and related issues raised in the Debtors' "*Motion to Approve Use of Cash Collateral Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363; (II) Granting Adequate Protection to the Prepetition Secured Party Pursuant to 11 U.S.C. §§ 105(a), 361, 362, 363 and 507; (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b);*

12

*and (IV) Granting Related Relief*" ("Cash Collateral Motion"). As part of its evaluation, BRG examined the Debtors' cash flow forecast for 2020. BRG also analyzed the weekly cash flow reports uploaded to the Data Room, including an evaluation of any variances between actual and budgeted activity. Pursuant to a request from Debtors' financial advisors, BRG prepared a professional fees budget.

As part of its analysis, BRG assisted Counsel in the crafting of a final Cash Collateral order that was agreeable to the Tort Claimants' Committee. In addition, in order to monitor post-petition cash flow / cash collateral activity, BRG assisted Counsel in order to ensure Cash Collateral reporting requirements provided adequate details and visibility.

BRG participated in periodic conference calls and meetings with Counsel, Debtors' financial advisors, UCC financial advisors and / or other BRG professionals in order to discuss issues related to the Cash Collateral Motion and in order to coordinate additional evaluations and analyses.  Said meetings and conference calls allowed for the analysis to be conducted in an efficient, cost-effective manner and ensured that Counsel's needs were satisfied.

Fees: $29,505.00;     Hours: 41.9

F.     **211.03 – Bankruptcy Proceedings (Filings / Motions – Cash Management)**

23.     BRG analyzed the relief requested and related issues raised in the Debtors' "*Motion to Maintain Bank Accounts Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue Using Existing Cash Management System, Including Existing Bank Accounts, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Maintain Existing Business Forms; and (II) Waiving the Requirements of 11 U.S.C. § 345(b);*

13

*and (III) Granting Related Relief*" ("Cash Management Motion"). As part of its analysis, BRG examined the general flow of funds through over 66 bank and brokerage accounts identified by the Debtors and summarized in a flowchart included with the Cash Management Motion. In addition, BRG reviewed issues related to the Debtors' assertions of unrestricted versus restricted funds.

As part of its analysis, BRG assisted Counsel in the crafting of a final Cash Management order that was agreeable to the Tort Claimants' Committee. In addition, in order to monitor post-petition cash activity BRG identified specific data to be provided by the Debtors in the form of weekly reports, including cash receipt and disbursement activity.

BRG participated in periodic conference calls and meetings with Counsel, Debtors' financial advisors, UCC financial advisors and / or other BRG professionals in order to discuss issues related to the Cash Management Motion and in order to coordinate additional evaluations and analyses.  Said meetings and conference calls allowed for the analysis to be conducted in an efficient, cost-effective manner and ensured that Counsel's needs were satisfied.

BRG's services related to the Cash Management Motion will benefit on-going and pending analyses and investigations, including its identification and analysis of assets available to the Debtors' creditors.

Fees: $33,904.50;    Hours: 48.8

**G.    211.04 – Bankruptcy Proceedings (Filings / Motions – Wages)**

24.    BRG evaluated the relief requested and related issues raised in the Debtors' "*Motion to Pay Employee Wages Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors To (A) Pay Prepetition Wages, Salaries, Employee Benefits, and*

*Other Compensation and (B) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (II) Authorizing Applicable Banks and Other Financial Institutions to Honor and Process Related Checks and Transfers, and (III) Granting Related Relief*" ("Wages Motion"). As part of its evaluation, BRG examined issues related to current and historical payroll, benefits and pension activity. BRG's analysis and investigation included the evaluation of the existing Debtors' severance policy, understanding and evaluating the pre-petition employment obligations Debtors were proposing to pay for validity and reasonableness, requesting and analyzing various compensation and benefit programs of the Debtors, analyzing employee roster and census to confirm employee allocations, understanding independent contractor and temporary worker compensation relationships, and the evaluation of policy and practice of employee reimbursable expenses.  Additionally, BRG reviewed and analyzed pension plan documentation including prior valuations and minimum contribution requirements.

 As part of its analysis, BRG assisted Counsel in the crafting of a final Wages order that was agreeable to the Tort Claimants' Committee.

BRG participated in periodic conference calls and meetings with Counsel, Debtors' financial advisors, UCC financial advisors and / or other BRG professionals in order to discuss issues related to the Wages Motion and in order to coordinate additional evaluations and analyses.  Said meetings and conference calls allowed for the analysis to be conducted in an efficient, cost-effective manner and ensured that Counsel's needs were satisfied.

Fees: $14,746.00;     Hours: 21.4

**H.**     **211.05 – Bankruptcy Proceedings (Filings / Motions – Shared Services)**

25.    BRG analyzed the relief requested and related issues raised in the Debtors'

"*Motion Regarding Chapter 11 First Day Motions Debtors' Motion for Entry of Interim and*

*Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Obligations Under*

*Shared Services Arrangements, (II) Authorizing Continued Performance of Obligations Under*

*Shared Services Arrangements, and (III) Granting Related Relief*" ("<u>Shared Services</u>

<u>Motion</u>"). As part of its analysis, BRG examined the intertwined relationships and

transactions between the Debtors, Related Non-Debtors and Local Councils. These

transactions involved the annual flow of hundreds of millions of dollars and the performance

of a number of vital services between these entities. As part of Shared Services, BRG

reviewed benefits provided by the Debtors to the Local Councils, including medical and

retirement benefits.

As part of its analysis, BRG assisted Counsel in the crafting of a final Shared Services

order that was agreeable to the Tort Claimants' Committee. In addition, in order to monitor

post-petition activity related to Shared Services, BRG identified specific data to be provided

by the Debtors in the form of monthly reports, including Related Entity transactions and Local

Council transactions / activity.

BRG participated in periodic conference calls and meetings with Counsel and / or

other BRG professionals in order to discuss issues related to the Shared Services Motion

and in order to coordinate additional evaluations and analyses.  Said meetings and

conference calls allowed for the analysis to be conducted in an efficient, cost-effective

manner and ensured that Counsel's needs were satisfied.

BRG's services related to the Shared Services Motion will benefit on-going and

pending analyses and investigations, including its identification and analysis of potential

assets available to the Debtors' creditors.

Fees: $29,991.00;    Hours: 44.1

**I.**    **301.00 – Asset Analysis (General - Debtors Restricted / Identified Assets)**

26.    BRG analyzed assets identified by the Debtors as being restricted or

otherwise unavailable to creditors. As part of this analysis, BRG examined documentation

uploaded by the Debtors to the Data Room, including wills, bequests, and pledges. BRG's

initial examination of restricted assets identified by the Debtors will benefit on-going and

pending analyses and investigations, including its identification and analysis of potential

assets available to the Debtors' creditors.

Fees: $7.072.50;    Hours: 18.4

**J.**    **331.00 – Asset Analysis (Real Property - Debtors Restricted / Identified Assets)**

27.    BRG analyzed real property identified by the Debtors as being restricted or

otherwise unavailable to creditors, including the Debtors' high adventure facilities. As part

of this analysis, BRG examined documentation uploaded by the Debtors to the Data Room,

including deeds and other conveyances. BRG's initial examination of restricted real estate

assets identified by the Debtors will benefit on-going and pending analyses and

investigations, including its identification and analysis of potential assets available to the

Debtors' creditors.

Fees: $5,001.00;    Hours: 7.8

**K.**    **400.00 – Litigation Analysis (Adversary Proceedings)**

28.    On February 18, 2020, the Debtors filed the "*Motion to Approve Debtors'*

*Motion for Entry of an Order (I) Scheduling Certain Deadlines in Connection with Potential*

*Disputes Regarding the Debtors' Identified Property and (II) Granting Related Relief Filed by Boy Scouts of America*" ("Identified Property Motion"). Pursuant to requests from Counsel, BRG identified key documents and data sets to be requested from the Debtors in regard to the Identified Property Motion. In addition, based on a request from the Debtors, BRG prioritized the individual documents and data sets included in document request.

BRG participated in periodic conference calls and meetings with Counsel, Debtors' counsel, Debtors' financial advisors and / or other BRG professionals in order to discuss issues related to the pending Identified Property litigation.  Said meetings and conference calls allowed for an efficient, cost-effective analysis and ensured that Counsel's needs were satisfied.

BRG's services related to litigation will benefit on-going and pending analyses and investigations, including its identification and analysis of potential assets available to the Debtors' creditors.

> Fees: $16,720.00;      Hours: 23.8

**L.      1010.00 – Employment Application**

29.     BRG coordinated issues related to the engagement, including the preparation and review of the retention application, related declaration and underlying conflicts check.

> Fees: $6,761.50;      Hours: 10.3

**M.      1020.00 – Meeting Preparation & Attendance**

30.     BRG prepared for and participated in conference calls with Counsel, Debtors' counsel, Debtors' financial advisors, UCC counsel, UCC financial advisors, and / or other BRG personnel regarding various case issues and assignments. Specifically, BRG professionals attended the initial "kickoff" conference call on March 19, 2020 presented by

the Debtors financial advisors.

Fees: $13,717.00;    Hours: 19.4

### Valuation of Services

31.    Professionals and paraprofessionals of BRG expended a total of 430.1 hours as

financial advisors to the Tort Claimants' Committee during the Interim Period, as follows:

| Name of Professional | Title & Experience | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| R. Todd Neilson | Managing Director; Over 40 Years Experience; BS Accountancy 1975; CPA Since 1981 | $850.00 | 87.1 | $74,035.00 |
| David H. Judd | Managing Director; Over 40 Years Of Experience; Master Of Accountancy 1980 | 750.00 | 48.0 | 36,000.00 |
| Paul N. Shields | Managing Director; Over 32 Years Of Experience; Master Of Business Administration 1992; CPA Since 1991 | 715.00 | 22.2 | 15,873.00 |
| D. Ray Strong | Managing Director; Over 25 Years Of Experience; Master Of Accountancy 1995; CPA Since 1997 | 660.00 | 69.5 | 45,870.00 |
| Matthew K. Babcock | Associate Director; Over 22 Years Of Experience; Master Of Accountancy 1998; CPA Since 2000 | 625.00 | 155.5 | 97,187.50 |
| Christina Tergevorkian | Senior Associate; Over 4 Years Of Experience; Master Of Accountancy 2018; CPA Since 2019 | 295.00 | 22.9 | 6,755.50 |
| Shelby Chaffos | Associate; Over 4 Years Of Experience; Master Of Accountancy 2018 | 240.00 | 24.9 | 5,976.00 |
|  | **Blended Rate** | **$654.96** | **430.1** | **$281,697.00** |

32.    The nature of work performed by these individuals is fully set forth in <u>Exhibit B</u>

attached hereto.  These are BRG's normal hourly rates for work of this character.  The reasonable

value of the services rendered by BRG for the Tort Claimants' Committee during the First Monthly Period is $281,697.00.

33.    In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by BRG is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.  Moreover, BRG has reviewed the requirements of Del. Bankr. LR 2016-2 and the Interim Order and believes that this Application complies with such Rule and Order.

WHEREFORE, BRG respectfully requests that, for the period March 6, 2020 through March 31, 2020, an interim allowance be made to BRG for compensation in the amount of $281,697.00 with no expenses for a total allowance of $281,697.00 and payment of $225,357.60 (80% of the allowed fees) and reimbursement of $0.00 (100% of the allowed expenses) be authorized for a total payment of $225,357.60.

Dated this ___2nd___ day of June, 2020.    R. Todd Neilson, CPA
Berkeley Research Group, LLC
201 South Main Street, Suite 450
Salt Lake City, Utah 84111

Financial Advisor to the Official Tort
Claimants' Committee

**VERIFICATION**

STATE OF UTAH    COUNTY OF

SALT LAKE:

R. Todd Neilson, after being duly sworn according to law, deposes and says:

a) I am a Certified Public Accountant and am a Managing Director with Berkeley Research Group, LLC ("BRG").

b) I have read the foregoing "*First Monthly Application Of Berkeley Research Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses Incurred As Financial Advisors To The Official Tort Claimants' Committee For The Period From March 6, 2020 Through March 31, 2020*" (the "Application") and know the contents thereof. I certify the facts stated therein are true of my own knowledge, except for those stated upon information and belief, which I believe to be true. If called upon I could and would testify completely thereto.

c) I have reviewed Del. Bankr. LR 2016-2 and the Interim Order signed on or about April 6, 2020, and submit that the Application substantially complies with such Rule and Order.

Dated this 2nd day of June, 2020.

R. Todd Neilson

SUBSCRIBED AND SWORN to before me this 2 day of June, 2020.

Notary Public Elizabeth Flowers
My Commission Expires: 02-21-2024



ELIZABETH FLOWERS
NOTARY PUBLIC • STATE OF UTAH
COMMISSION# 710676
COMM. EXP. 02-21-2024

21

# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE  BSA, LLC,[1]<br><br><div align="center">Debtors.</div> | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: Docket No.** __293__ |

## ORDER AUTHORIZING AND
## APPROVING THE RETENTION OF BERKELEY RESEARCH GROUP, LLC,
## AS FINANCIAL ADVISOR TO THE OFFICIAL TORT CLAIMANTS'
## COMMITTEE EFFECTIVE AS OF MARCH 6, 2020

Upon the Application of the official committee of sexual abuse survivors (the "Tort Claimants' Committee") for entry of an Order Pursuant to 11 U.S.C. §§ 328 and 1103, and Fed. R. Bankr. P. 2014, Authorizing and Approving the Employment and Retention of Berkeley Research Group, LLC as Financial Advisor to the Tort Claimants' Committee Effective as of March 6, 2020 (the "Application");[2] and upon the Declarations of Marvin A. Tenebaum and the Chair Person as of the Tort Claimants' Committee filed in support of the Application (the "Declarations"); and the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Application is in the best interests of the Tort Claimants' Committee, the Debtors and other parties in interest; and the

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2]  Capitalized terms not otherwise defined herein shall have the meanings and definitions ascribed to such terms in the Application.

Tort Claimants' Committee having provided adequate and appropriate notice of the Application

under the circumstances; and after due deliberation and good and sufficient cause appearing

therefor; and it appearing to the Court that the said Application should be approved.

### IT IS HEREBY ORDERED THAT:

1.      The Application is GRANTED as set forth herein.

2.      The Tort Claimants' Committee is hereby authorized to retain and employ

BRG as financial advisor to the Tort Claimants' Committee pursuant to sections 328 and 1103 of

the Bankruptcy Code, and Bankruptcy Rule 2014 *effective as of March 6, 2020*.

3.      BRG shall apply for compensation for professional services rendered and

reimbursement of expenses incurred in connection with the Debtors' Cases in compliance with

the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the U.S. Trustee

Guidelines, and any other applicable procedures and orders of this Court.

4.      BRG is authorized to render professional services to the Tort Claimants'

Committee as described in the Application.

5.      The Tort Claimants' Committee and BRG are authorized and empowered

to take all actions necessary to implement the relief granted in this Order.

6.      The terms and conditions of this Order shall be immediately effective and

enforceable upon its entry.

7.      This Court shall retain jurisdiction with respect to all matters arising from

or related to the implementation of this Order.

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

Dated: April 11th, 2020
Wilmington, Delaware

# EXHIBIT B



## Boy Scouts Of America & Delaware BSA, LLC
**March 6, 2020 Through March 31, 2020**

Professional Services                                    $    281,697.00
Expenses Incurred                                                       -

**Professional Services & Expenses**                    **$ 281,697.00**

AMOUNTS ARE STATED IN U.S. DOLLARS

BRG, LLC Fed ID No. 27-1451273



**Boy Scouts Of America & Delaware BSA, LLC**
**March 6, 2020 Through March 31, 2020**
**PROFESSIONAL SERVICES - TIMEKEEPER SUMMARY**

|                          | RATE         | HOURS  | AMOUNT          |
|--------------------------|--------------|--------|-----------------|
| **Managing Director**    |              |        |                 |
| R. Todd Neilson          | $   850.00   | 87.1   | $   74,035.00   |
| David H. Judd            |     750.00   | 48.0   |     36,000.00   |
| Paul N. Shields          |     715.00   | 22.2   |     15,873.00   |
| D. Ray Strong            |     660.00   | 69.5   |     45,870.00   |
| **Associate Director**   |              |        |                 |
| Matthew K. Babcock       |     625.00   | 155.5  |     97,187.50   |
| **Senior Associate**     |              |        |                 |
| Christina Tergevorkian   |     295.00   | 22.9   |      6,755.50   |
| **Associate**            |              |        |                 |
| Shelby Chaffos           |     240.00   | 24.9   |      5,976.00   |
| **TOTALS**               |              | 430.1  | $ 281,697.00    |



**Boy Scouts Of America & Delaware BSA, LLC**
**March 6, 2020 Through March 31, 2020**
**PROFESSIONAL SERVICES - TASK CODE SUMMARY**

| TASK CODE | DESCRIPTION | AVERAGE RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| 200.10 | Document / Data Analysis (Merrill DatasiteOne) | $ 640.35 | 18.5 | $ 11,846.50 |
| 200.20 | Document / Data Analysis (Financial / Accounting) | 469.74 | 57.5 | 27,010.00 |
| 200.30 | Document / Data Analysis (Financial / Accounting) – PeopleSoft Accounting System | 751.02 | 4.9 | 3,680.00 |
| 210.00 | Bankruptcy Proceedings (Filings / Motions - General) | 721.47 | 113.3 | 81,742.00 |
| 211.01 | Bankruptcy Proceedings (Filings / Motions - Cash Collateral) | 704.18 | 41.9 | 29,505.00 |
| 211.03 | Bankruptcy Proceedings (Filings / Motions - Cash Management) | 694.76 | 48.8 | 33,904.50 |
| 211.04 | Bankruptcy Proceedings (Filings / Motions - Wages) | 689.07 | 21.4 | 14,746.00 |
| 211.05 | Bankruptcy Proceedings (Filings / Motions - Shared Services) | 680.07 | 44.1 | 29,991.00 |
| 301.00 | Asset Analysis (General - Debtors Restricted / Identified Assets) | 384.38 | 18.4 | 7,072.50 |
| 331.00 | Asset Analysis (Real Property - Debtors Restricted / Identified Assets) | 641.15 | 7.8 | 5,001.00 |
| 400.00 | Litigation Analysis (Adversary Proceedings) | 702.52 | 23.8 | 16,720.00 |
| 1010.00 | Employment Application | 656.46 | 10.3 | 6,761.50 |
| 1020.00 | Meeting Preparation & Attendance | 707.06 | 19.4 | 13,717.00 |
| | **Total Professional Services** | **$ 654.96** | **430.1** | **$ 281,697.00** |

4



**Boy Scouts Of America & Delaware BSA, LLC**
**March 6, 2020 Through March 31, 2020**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| **Task Code:** | **200.10** | **Document / Data Analysis (Merrill DatasiteOne)** | | | |
| 03/08/20 | RTN | Reviewed data room setup, including timing of BRG access. | 0.4 | $ 850.00 | $ 340.00 |
| 03/09/20 | MKB | Reviewed data room documents. | 1.3 | 625.00 | 812.50 |
| 03/10/20 | MKB | Examined data room documents. | 1.6 | 625.00 | 1,000.00 |
| 03/11/20 | MKB | Reviewed recent documents uploaded to data room. | 0.3 | 625.00 | 187.50 |
| 03/12/20 | MKB | Analyzed recent documents uploaded to data room. | 0.3 | 625.00 | 187.50 |
| 03/14/20 | RTN | Reviewed document index identifying downloads from Data Room. | 0.4 | 850.00 | 340.00 |
| 03/16/20 | MKB | Analyzed data room documents and records. | 1.2 | 625.00 | 750.00 |
| 03/16/20 | RTN | Examined Data Room additions. | 0.3 | 850.00 | 255.00 |
| 03/17/20 | MKB | Reviewed recent uploads to data room. | 0.5 | 625.00 | 312.50 |
| 03/17/20 | DRS | Analyzed documentation in document room, including identification of additional documents to be requested. | 0.4 | 660.00 | 264.00 |
| 03/17/20 | RTN | Reviewed additional uploads to data room by A&M. | 0.4 | 850.00 | 340.00 |
| 03/17/20 | RTN | Evaluated issues related to Data Room documents / uploads. | 0.3 | 850.00 | 255.00 |
| 03/18/20 | MKB | Reviewed recent uploads to data room. | 0.5 | 625.00 | 312.50 |
| 03/18/20 | RTN | Reviewed list of new documents available on Data Site. | 0.3 | 850.00 | 255.00 |
| 03/19/20 | RTN | Reviewed new data uploaded to Data Room. | 0.8 | 850.00 | 680.00 |
| 03/19/20 | DHJ | Reviewed documents added to the document room. | 0.3 | 750.00 | 225.00 |
| 03/19/20 | RTN | Reviewed new list of documents made available in Data Room. | 0.2 | 850.00 | 170.00 |
| 03/20/20 | SC | Analyzed new documents from Merrill DataOne, including update of index document spreadsheet. | 0.4 | 240.00 | 96.00 |
| 03/20/20 | RTN | Analyzed list of documents uploaded to dataroom. | 0.3 | 850.00 | 255.00 |
| 03/21/20 | RTN | Evaluated data room issues, including Debtors' responses to request for further data. | 0.3 | 850.00 | 255.00 |
| 03/21/20 | DHJ | Reviewed new documents posted to the dataroom, | 0.2 | 750.00 | 150.00 |
| 03/23/20 | MKB | Followed-up on outstanding issues related to data room, including gaining access to all documents and indexing. | 0.5 | 625.00 | 312.50 |
| 03/24/20 | MKB | Prepared template for data room inventory pursuant to TCC Counsel request. | 0.5 | 625.00 | 312.50 |
| 03/24/20 | SC | Reviewed new documents from the Merrill DataSiteOne. | 0.3 | 240.00 | 72.00 |
| 03/25/20 | MKB | Examined data room index, including identification of new documents, removed documents and changes to directory structure. | 0.9 | 625.00 | 562.50 |
| 03/25/20 | RTN | Examined new documents uploaded into data room. | 0.4 | 850.00 | 340.00 |
| 03/26/20 | MKB | Examined recent documents uploaded to data room. | 0.8 | 625.00 | 500.00 |
| 03/26/20 | SC | Downloaded full BSA database from Merrill DataOne, including creation of new index document spreadsheet. | 0.5 | 240.00 | 120.00 |
| 03/26/20 | RTN | Examined new documents in Data Storage Room. | 0.3 | 850.00 | 255.00 |
| 03/26/20 | RTN | Identified additional documents to be requested / uploaded to Data Room. | 0.3 | 850.00 | 255.00 |



**Boy Scouts Of America & Delaware BSA, LLC**
**March 6, 2020 Through March 31, 2020**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 03/27/20 | SC | Examined new document uploads to Merrill DataOne, including update of index document spreadsheet. | 0.7 | 240.00 | 168.00 |
| 03/27/20 | MKB | Reviewed recent uploads to data room. | 0.4 | 625.00 | 250.00 |
| 03/27/20 | MKB | Updated data room document index. | 0.4 | 625.00 | 250.00 |
| 03/27/20 | RTN | Reviewed new documents placed in data room. | 0.3 | 850.00 | 255.00 |
| 03/30/20 | MKB | Updated data room document index. | 0.7 | 625.00 | 437.50 |
| 03/30/20 | SC | Updated the weekly index for the Merril DatasiteOne data room to send to council. | 0.6 | 240.00 | 144.00 |
| 03/30/20 | RTN | Reviewed recent data uploads in Datasite room. | 0.2 | 850.00 | 170.00 |
| | | **Total for Task Code 200.01** | **18.5** | | **$   11,846.50** |

| Task Code: | 200.20 | Document / Data Analysis (Financial / Accounting) | | | |
|------------|--------|----------------------------------------------------|---|---|---|
| 03/09/20 | RTN | Reviewed audited financial statements, including non-debtor affiliates. | 2.6 | $   850.00 | $   2,210.00 |
| 03/10/20 | MKB | Analyzed corporate organization documents, including related formation dates. | 1.3 | 625.00 | 812.50 |
| 03/10/20 | RTN | Reviewed monthly financials and cash flows. | 1.2 | 850.00 | 1,020.00 |
| 03/10/20 | DHJ | Reviewed financial documents currently housed in the BSA document room. | 0.8 | 750.00 | 600.00 |
| 03/11/20 | DRS | Analyzed Debtor's Gray Book and historical financial statements, and cash flow schedules posted to the document room. | 2.9 | 660.00 | 1,914.00 |
| 03/11/20 | MKB | Analyzed financial records / statements uploaded to data room. | 2.8 | 625.00 | 1,750.00 |
| 03/11/20 | RTN | Reviewed financial information and budget requests in preparation for upcoming conference call. | 1.2 | 850.00 | 1,020.00 |
| 03/11/20 | CTe | Analyzed Boy Scouts of America consolidated balance sheets for YE 2005 through 2017. | 1.1 | 295.00 | 324.50 |
| 03/11/20 | RTN | Reviewed consents and security agreements. | 0.4 | 850.00 | 340.00 |
| 03/12/20 | CTe | Analyzed Boy Scouts of America consolidated revenues and expenses statement for YE 2010 through 2019. | 2.8 | 295.00 | 826.00 |
| 03/12/20 | CTe | Analyzed Boy Scouts of America consolidated revenues and expenses statement for YE 2005 through 2009. | 1.7 | 295.00 | 501.50 |
| 03/12/20 | RTN | Reviewed financial statements for 2017. | 0.8 | 850.00 | 680.00 |
| 03/12/20 | CTe | Analyzed Boy Scouts of America consolidated balance sheets for YE 2018 through 2019. | 0.7 | 295.00 | 206.50 |
| 03/12/20 | CTe | Evaluated 2011, 2012, and 2019 consolidated financial statements to understand certain accounts. | 0.7 | 295.00 | 206.50 |
| 03/13/20 | CTe | Continued analysis of 2011, 2012, and 2019 consolidated financial statements to understand certain accounts. | 1.0 | 295.00 | 295.00 |
| 03/13/20 | MKB | Evaluated historical financial performance, including analysis of financial statements. | 1.0 | 625.00 | 625.00 |



**Boy Scouts Of America & Delaware BSA, LLC**
**March 6, 2020 Through March 31, 2020**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 03/16/20 | CTe | Analyzed Boy Scouts of America consolidated monthly revenues and expenses statement for YE 2019. | 2.3 | 295.00 | 678.50 |
| 03/16/20 | CTe | Analyzed Boy Scouts of America consolidated monthly balance sheets for YE 2019. | 2.1 | 295.00 | 619.50 |
| 03/17/20 | RTN | Reviewed financial statements and discussions as to management letters. | 0.9 | 850.00 | 765.00 |
| 03/17/20 | MKB | Analyzed historical audit reports, including related financial statements. | 0.6 | 625.00 | 375.00 |
| 03/19/20 | MKB | Analyzed accounts receivable schedules uploaded to data room. | 0.6 | 625.00 | 375.00 |
| 03/19/20 | RTN | Reviewed BSA Debtor presentations. | 0.6 | 850.00 | 510.00 |
| 03/19/20 | MKB | Reviewed materials provided by A&M in conjunction with "kickoff" call. | 0.5 | 625.00 | 312.50 |
| 03/19/20 | PS | Obtained case background,including review of financial documents. | 0.5 | 715.00 | 357.50 |
| 03/20/20 | MKB | Continued review of materials provided by A&M in conjunction with "kickoff" call, including identification of issues. | 0.7 | 625.00 | 437.50 |
| 03/20/20 | MKB | Analyzed accounts receivable schedules, including aging trends. | 0.4 | 625.00 | 250.00 |
| 03/23/20 | SC | Analyzed accounts receivable aging reports. | 1.0 | 240.00 | 240.00 |
| 03/23/20 | MKB | Updated accounts receivable analysis. | 0.2 | 625.00 | 125.00 |
| 03/26/20 | SC | Analyzed BSA monthly P&L by entity for December 2018 to January 2020. | 3.0 | 240.00 | 720.00 |
| 03/26/20 | MKB | Analyzed monthly consolidated financials. | 0.5 | 625.00 | 312.50 |
| 03/27/20 | CTe | Analyzed the trial balances for Boy Scouts of America for months December 2018 through January 2020. | 3.5 | 295.00 | 1,032.50 |
| 03/27/20 | SC | Analyzed BSA monthly Balance Sheet by entity for December 2018 to January 2020. | 3.2 | 240.00 | 768.00 |
| 03/27/20 | SC | Continued analysis of BSA monthly P&L by entity for December 2018 to January 2020. | 1.5 | 240.00 | 360.00 |
| 03/27/20 | MKB | Analyzed accounts receivable aging schedules. | 0.6 | 625.00 | 375.00 |
| 03/30/20 | CTe | Analyzed the trial balances for Boy Scouts of America for months December 2018 and January 2019. | 1.7 | 295.00 | 501.50 |
| 03/30/20 | CTe | Analyzed the trial balances for Boy Scouts of America for months February 2019 through April 2019. | 1.7 | 295.00 | 501.50 |
| 03/30/20 | CTe | Analyzed the trial balances for Boy Scouts of America for May 2019. | 0.6 | 295.00 | 177.00 |
| 03/31/20 | MKB | Examined accounting manual and policies, including identification of relevant accounting systems, reports, documents and personnel. | 4.8 | 625.00 | 3,000.00 |
| 03/31/20 | CTe | Analyzed the trial balances for Boy Scouts of America for months June 2019 through October 2019. | 1.5 | 295.00 | 442.50 |



**Boy Scouts Of America & Delaware BSA, LLC**
**March 6, 2020 Through March 31, 2020**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 03/31/20 | CTe | Analyzed the trial balances for Boy Scouts of America for months November 2019 through January 2020. | 1.5 | 295.00 | 442.50 |
| | | **Total for Task Code 200.20** | **57.5** | | **$ 27,010.00** |

| **Task Code:** | **200.30** | **Document / Data Analysis (Financial / Accounting) – PeopleSoft Accounting System** | | | |
|------|------|-------------|-------|------|--------|
| 03/26/20 | MKB | Analyzed accounting data export uploaded to data room (2019 cash transactions). | 0.9 | $ 625.00 | $ 562.50 |
| 03/26/20 | MKB | Analyzed accounting data export uploaded to data room (chart of accounts). | 0.4 | 625.00 | 250.00 |
| 03/26/20 | MKB | Analyzed accounting data export uploaded to data room (trial balances). | 0.3 | 625.00 | 187.50 |
| 03/26/20 | RTN | Evaluated computer platforms for PeopleSoft data retrieval. | 0.2 | 850.00 | 170.00 |
| 03/27/20 | RTN | Analyzed outstanding issues related to PeopleSoft data. | 0.2 | 850.00 | 170.00 |
| 03/28/20 | RTN | Evaluated issues related to PeopleSoft data download and necessity for obtaining information. | 0.2 | 850.00 | 170.00 |
| 03/29/20 | RTN | Revieed issues related to revised requests on PeopleSoft data requests. | 0.3 | 850.00 | 255.00 |
| 03/30/20 | RTN | Participated in conference call with TCC Counsel and A&M to discuss document production. | 1.0 | 850.00 | 850.00 |
| 03/30/20 | RTN | Spoke with BRG team to review data request options based on position of A&M. | 0.4 | 850.00 | 340.00 |
| 03/30/20 | DRS | Attended BRG team meeting regarding Debtor document request call. | 0.3 | 660.00 | 198.00 |
| 03/30/20 | DHJ | Participated in conference call with BRG personnel to discuss documents requests and items to be provided. | 0.3 | 750.00 | 225.00 |
| 03/31/20 | RTN | Evaluated PeopleSoft data issues. | 0.2 | 850.00 | 170.00 |
| 03/31/20 | DRS | Analyzed Debtor's accounting system. | 0.2 | 660.00 | 132.00 |
| | | **Total for Task Code 200.30** | **4.9** | | **$ 3,680.00** |

| **Task Code:** | **210.00** | **Bankruptcy Proceedings (Filings / Motions - General)** | | | |
|------|------|-------------|-------|------|--------|
| 03/08/20 | RTN | Reviewed various documents / motions in preparation to assist TCC Committee. | 0.3 | $ 850.00 | $ 255.00 |
| 03/09/20 | MKB | Participated in conference call with TCC Counsel in order to discuss first day motions. | 0.8 | 625.00 | 500.00 |
| 03/09/20 | DRS | Attended conference call with TCC Counsel team to discuss first day motion issues and assignments. | 0.8 | 660.00 | 528.00 |
| 03/09/20 | DHJ | Prepared for and participated in conference call with TCC Counsel regarding document requests and upcoming pleadings. | 0.8 | 750.00 | 600.00 |



**Boy Scouts Of America & Delaware BSA, LLC**
**March 6, 2020 Through March 31, 2020**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 03/09/20 | RTN | Participated in conference call with BRG to discuss motions. | 0.8 | 850.00 | 680.00 |
| 03/09/20 | RTN | Finalized document request list, including transmittal to TCC Counsel. | 0.4 | 850.00 | 340.00 |
| 03/10/20 | MKB | Met with BRG team in order to discuss case matters, including coordination of analysis / investigation. | 1.3 | 625.00 | 812.50 |
| 03/10/20 | DRS | Met with BRG Team to review and discuss first day motion issues and assignments. | 1.3 | 660.00 | 858.00 |
| 03/10/20 | DHJ | Prepared for and participated in conference call with BRG staff to review the current outstanding motions and determine additional information and documents | 1.3 | 750.00 | 975.00 |
| 03/10/20 | RTN | Reviewed information received from A&M / Brian Whittman, including related follow-up. | 0.6 | 850.00 | 510.00 |
| 03/11/20 | MKB | Met with BRG team in order to identify documents to be requested from Debtors in regard to first day motions. | 1.7 | 625.00 | 1,062.50 |
| 03/11/20 | DRS | Met with BRG to develop initial document request. | 1.7 | 660.00 | 1,122.00 |
| 03/11/20 | DHJ | Participated in conference call with BRG team to prepare document requests for the Debtor's professionals and TCC Counsel. | 1.7 | 750.00 | 1,275.00 |
| 03/11/20 | RTN | Met with BRG to prepare document requests, including identification reasons / need as requested by TCC Counsel. | 1.7 | 850.00 | 1,445.00 |
| 03/11/20 | MKB | Participated in conference call with TCC Counsel in order to discuss case matters / analysis. | 1.3 | 625.00 | 812.50 |
| 03/11/20 | DRS | Attended call with Tort Committee and Trade Committee professionals for introductions and coordination regarding first day motions. | 1.3 | 660.00 | 858.00 |
| 03/11/20 | DHJ | Participated in conference call with BRG staff and other experts for the various creditor committees. | 1.3 | 750.00 | 975.00 |
| 03/11/20 | RTN | Participated in conference call with TCC Counsel, Debtors and their Counsel and Financial Advisors. | 1.3 | 850.00 | 1,105.00 |
| 03/11/20 | MKB | Participated in conference call with TCC Counsel in conjunction with evaluation of first day motions. | 1.0 | 625.00 | 625.00 |
| 03/11/20 | DRS | Attended call with TCC Counsel regarding analysis and responses to first day motions. | 1.0 | 660.00 | 660.00 |
| 03/11/20 | DHJ | Participated in conference call with TCC Counsel. | 0.9 | 750.00 | 675.00 |
| 03/11/20 | RTN | Analyzed amended document / information requests. | 0.7 | 850.00 | 595.00 |
| 03/12/20 | DRS | Analyzed documents posted to document room for first day motion analyses. | 2.4 | 660.00 | 1,584.00 |
| 03/12/20 | MKB | Analyzed historical financial statements, including audited, unaudited and greybook in conjunction with evaluation of first day motions. | 1.8 | 625.00 | 1,125.00 |
| 03/12/20 | DRS | Spoke with TCC Counsel to discuss first day motion coordination and analyses to be performed. | 1.3 | 660.00 | 858.00 |



**Boy Scouts Of America & Delaware BSA, LLC**
**March 6, 2020 Through March 31, 2020**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 03/12/20 | MKB | Analyzed JPMorgan documents uploaded to data room in conjunction with evaluation of first day motions. | 1.2 | 625.00 | 750.00 |
| 03/12/20 | MKB | Analyzed property files and documents uploaded to data room in conjunction with evaluation of first day motions. | 1.1 | 625.00 | 687.50 |
| 03/12/20 | MKB | Participated in call with Debtor's financial advisors Alvarez & Marsal (A&M) in order to discuss issues and documents related to first day motions. | 1.0 | 625.00 | 625.00 |
| 03/12/20 | DHJ | Participated in conference call with BRG staff and Debtor's professionals to review document requests. | 1.0 | 750.00 | 750.00 |
| 03/12/20 | RTN | Spoke with A&M (Brian Whittman) in order to coordinate upcoming professional kick off meeting, review cash needs and data room issues. | 1.0 | 850.00 | 850.00 |
| 03/12/20 | DRS | Attended initial kickoff call with Debtor's financial advisors, including review of initial document request. | 0.9 | 660.00 | 594.00 |
| 03/12/20 | MKB | Met with BRG team in order to discuss case issues, including issues discussed with Debtors' FA. | 0.5 | 625.00 | 312.50 |
| 03/12/20 | DRS | Discussed issues raised during initial meeting with Debtor's financial advisors with BRG team. | 0.5 | 660.00 | 330.00 |
| 03/12/20 | DHJ | Participated in conference call with BRG team to discuss meeting with Debtor's professionals. | 0.5 | 750.00 | 375.00 |
| 03/12/20 | RTN | Spoke with BRG team to discuss items raised with A&M. | 0.5 | 850.00 | 425.00 |
| 03/12/20 | DRS | Evaluated first day motions, including analyses to be performed. | 0.3 | 660.00 | 198.00 |
| 03/13/20 | MKB | Participated in call with TCC Counsel in order to discuss issues related to first day motions. | 1.4 | 625.00 | 875.00 |
| 03/13/20 | RTN | Participated in conference call with TCC Counsel to discuss Cash Collateral and Shared Service motions, including pending matters and documents / information already located. | 1.4 | 850.00 | 1,190.00 |
| 03/13/20 | DHJ | Prepared for and participated in conference call with TCC Counsel to follow-up on previous calls with the Debtor's professionals. | 1.4 | 750.00 | 1,050.00 |
| 03/13/20 | MKB | Spoke with BRG team regarding first day motions. | 1.1 | 625.00 | 687.50 |
| 03/13/20 | RTN | Spoke with BRG team to coordinate analysis / investigation, including assignments, records retrieval, data room and motions. | 1.1 | 850.00 | 935.00 |
| 03/13/20 | DHJ | Participated in conference call with BRG team to follow-up on previous call with Debtor's professionals. | 1.0 | 750.00 | 750.00 |
| 03/13/20 | DRS | Attended call with A&M regarding first day motion issues, including document requests. | 1.0 | 660.00 | 660.00 |
| 03/13/20 | DRS | Attended meeting with BRG team regarding first day motions analyses and issues. | 1.0 | 660.00 | 660.00 |
| 03/13/20 | RTN | Spoke with A&M to discuss case matters, including ongoing financial document requests, timing of future submittals and Local Councils. | 1.0 | 850.00 | 850.00 |



**Boy Scouts Of America & Delaware BSA, LLC**
**March 6, 2020 Through March 31, 2020**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 03/13/20 | MKB | Participated in call with Debtor's financial advisors A&M in order to discuss issues and documents related to first day motions. | 0.9 | 625.00 | 562.50 |
| 03/13/20 | DHJ | Participated in conference call with Debtor's professionals to review document requests. | 0.9 | 750.00 | 675.00 |
| 03/13/20 | RTN | Evaluated issues related to first day motions. | 0.8 | 850.00 | 680.00 |
| 03/13/20 | MKB | Reviewed recent uploads to the data room, including determination of impact on first day motion responses. | 0.5 | 625.00 | 312.50 |
| 03/13/20 | DHJ | Evaluated status of motions, including BRG input into those motions. | 0.2 | 750.00 | 150.00 |
| 03/14/20 | MKB | Examined data room documents and records, including recent uploads and determination of impact on first day motion responses. | 1.7 | 625.00 | 1,062.50 |
| 03/14/20 | DHJ | Reviewed emails, correspondence and responses to motions as requested by TCC Counsel. | 0.8 | 750.00 | 600.00 |
| 03/14/20 | MKB | Identified additional documentation and information to be requested. | 0.5 | 625.00 | 312.50 |
| 03/14/20 | RTN | Reviewed draft for objection to interim and final orders. | 0.4 | 850.00 | 340.00 |
| 03/14/20 | RTN | Evaluated issues related to timing of objections to final motions. | 0.4 | 850.00 | 340.00 |
| 03/15/20 | DHJ | Reviewed emails, correspondence and responses to motions as requested by TCC Counsel. | 0.7 | 750.00 | 525.00 |
| 03/16/20 | MKB | Analyzed relief requested, including potential issues, in customer program motion. | 2.6 | 625.00 | 1,625.00 |
| 03/16/20 | MKB | Prepared supplemental document request related to motions (including Cash Management and Shared Services). | 2.2 | 625.00 | 1,375.00 |
| 03/16/20 | MKB | Participated in status call with BRG team in order to discuss case matters. | 1.3 | 625.00 | 812.50 |
| 03/16/20 | RTN | Met with BRG in order to discuss progress on access to records, including directions from TCC Counsel to clarify requests. | 1.3 | 850.00 | 1,105.00 |
| 03/16/20 | DRS | Attending meeting with BRG team to discuss first day motion assignment status, analysis, and remaining issues. | 1.2 | 660.00 | 792.00 |
| 03/16/20 | DHJ | Participated in telephone call with BRG team regarding additional documents needed to assist TCC Counsel in the various outstanding motions. | 1.2 | 750.00 | 900.00 |
| 03/16/20 | DRS | Reviewed additional documentation uploaded to documentation for first day motions analysis. | 1.1 | 660.00 | 726.00 |
| 03/16/20 | DHJ | Revised document requests relating to the cash management, shared services and wages motions. | 0.9 | 750.00 | 675.00 |
| 03/16/20 | RTN | Reviewed supplemental document / information requests. | 0.6 | 850.00 | 510.00 |



**Boy Scouts Of America & Delaware BSA, LLC**
**March 6, 2020 Through March 31, 2020**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 03/16/20 | DHJ | Reviewed emails, correspondence and responses to motions as requested by TCC Counsel. | 0.4 | 750.00 | 300.00 |
| 03/16/20 | RTN | Reviewed outstanding issues related to first day motions, including coordination of conference call with TCC Counsel to discuss same. | 0.3 | 850.00 | 255.00 |
| 03/17/20 | RTN | Spoke with TCC Counsel to review requests for documents and other discovery matters. | 1.1 | 850.00 | 935.00 |
| 03/17/20 | MKB | Updated supplemental document / information request. | 0.8 | 625.00 | 500.00 |
| 03/17/20 | MKB | Participated in conference call with TCC Counsel in order to discuss issues related to motions. | 0.8 | 625.00 | 500.00 |
| 03/17/20 | DHJ | Participated in conference call with TCC Counsel to follow-up on previous calls with the Debtor's professionals. | 0.8 | 750.00 | 600.00 |
| 03/17/20 | RTN | Analyzed issues related to discovery / records requests. | 0.7 | 850.00 | 595.00 |
| 03/17/20 | DHJ | Reviewed emails, correspondence and responses to motions as requested by TCC Counsel. | 0.6 | 750.00 | 450.00 |
| 03/17/20 | MKB | Evaluated status of pending document request, including identification of documents and information | 0.4 | 625.00 | 250.00 |
| 03/17/20 | RTN | Evaluated outstanding document requests, including follow-up with A&M. | 0.4 | 850.00 | 340.00 |
| 03/17/20 | DHJ | Identified additional documents needed to assist TCC Counsel in the various outstanding motions. | 0.3 | 750.00 | 225.00 |
| 03/17/20 | RTN | Reviewed TCC request for documents. | 0.3 | 850.00 | 255.00 |
| 03/18/20 | RTN | Reviewed Debtors Informational Brief, including preparation of questions and comments to be submitted to others. | 4.2 | 850.00 | 3,570.00 |
| 03/18/20 | MKB | Revised supplemental document request. | 0.8 | 625.00 | 500.00 |
| 03/18/20 | DHJ | Reviewed pension and other benefit documents uploaded to the BSA document database. | 0.6 | 750.00 | 450.00 |
| 03/18/20 | MKB | Developed document tracking analysis. | 0.5 | 625.00 | 312.50 |
| 03/18/20 | DRS | Analyzed case documents, including update of document request list. | 0.5 | 660.00 | 330.00 |
| 03/18/20 | DHJ | Reviewed emails, correspondence and responses to motions as requested by TCC Counsel. | 0.4 | 750.00 | 300.00 |
| 03/18/20 | RTN | Reviewed most recent version of requests from A&M related to pending motions. | 0.4 | 850.00 | 340.00 |
| 03/18/20 | RTN | Revised supplemental document requests, including identification of priorities. | 0.4 | 850.00 | 340.00 |
| 03/19/20 | MKB | Revised document tracking analysis. | 3.3 | 625.00 | 2,062.50 |
| 03/19/20 | RTN | Reviewed BSA document tracking schedule, including outstanding document requests. | 0.9 | 850.00 | 765.00 |
| 03/19/20 | MKB | Analyzed relief requested and reporting requirements, including potential issues, in proposed customer program order. | 0.7 | 625.00 | 437.50 |



**Boy Scouts Of America & Delaware BSA, LLC**
**March 6, 2020 Through March 31, 2020**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 03/19/20 | DRS | Discussed first day motions status and analyses with BRG team. | 0.6 | 660.00 | 396.00 |
| 03/19/20 | DHJ | Reviewed presentations provided by A&M, the debtor's professionals in preparation for general Webex meeting. | 0.6 | 750.00 | 450.00 |
| 03/19/20 | DHJ | Reviewed emails, correspondence and responses to motions as requested by TCC Counsel. | 0.5 | 750.00 | 375.00 |
| 03/19/20 | DRS | Updated documentation request schedule for additional information and documents required. | 0.2 | 660.00 | 132.00 |
| 03/20/20 | RTN | Identified additional documents / information to be requested related to motions. | 0.7 | 850.00 | 595.00 |
| 03/20/20 | RTN | Reviewed motions, including issues raised. | 0.7 | 850.00 | 595.00 |
| 03/20/20 | RTN | Evaluated outstanding case issues related to motions, including meetings with TCC Counsel. | 0.6 | 850.00 | 510.00 |
| 03/20/20 | MKB | Updated document tracking analysis. | 0.5 | 625.00 | 312.50 |
| 03/20/20 | DRS | Discussed Donor Program motion issues with TCC Counsel. | 0.2 | 660.00 | 132.00 |
| 03/20/20 | DHJ | Reviewed emails, correspondence and responses to motions as requested by TCC Counsel. | 0.2 | 750.00 | 150.00 |
| 03/20/20 | RTN | Reviewed updated master tracking schedule. | 0.2 | 850.00 | 170.00 |
| 03/21/20 | RTN | Spoke with TCC Counsel to review document requests. | 0.9 | 850.00 | 765.00 |
| 03/21/20 | DHJ | Reviewed emails & correspondence, including related responses. | 0.2 | 750.00 | 150.00 |
| 03/22/20 | RTN | Identified missing data from previous requests, including followup with A&M (CB). | 0.2 | 850.00 | 170.00 |
| 03/23/20 | RTN | Reviewed document tracking schedule, including outstanding requests for data. | 0.4 | 850.00 | 340.00 |
| 03/23/20 | RTN | Identified local council documents to be requested. | 0.4 | 850.00 | 340.00 |
| 03/25/20 | MKB | Participated in status call with TCC Counsel in order to discuss and coordinate case issues / analysis. | 1.3 | 625.00 | 812.50 |
| 03/25/20 | DRS | Attended conference call with TTC Counsel to discuss assignments and pending motion issues. | 1.3 | 660.00 | 858.00 |
| 03/25/20 | RTN | Evaluated status of outstanding document requests, including updated of supplemental requests. | 1.0 | 850.00 | 850.00 |
| 03/26/20 | MKB | Analyzed issues raised in first day motions. | 0.8 | 625.00 | 500.00 |
| 03/26/20 | MKB | Participated in conference call with TCC in order to discuss Cash Management & Shared Services motions. | 0.7 | 625.00 | 437.50 |
| 03/26/20 | MKB | Participated in conference call with A&M in order to discuss supplemental document request. | 0.5 | 625.00 | 312.50 |
| 03/26/20 | DRS | Spoke with BRG team in regard to outstanding assignments and issues relating to remaining motions (including shared services and cash management). | 0.4 | 660.00 | 264.00 |
| 03/26/20 | PS | Participated on status call with BRG personnel in regard to first day motions. | 0.4 | 715.00 | 286.00 |



**Boy Scouts Of America & Delaware BSA, LLC**
**March 6, 2020 Through March 31, 2020**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 03/26/20 | DHJ | Participated in conference call with BRG personnel regarding discovery and proposed orders to the various motions. | 0.4 | 750.00 | 300.00 |
| 03/26/20 | RTN | Spoke with BRG in regard to document requests / response from A&M. | 0.4 | 850.00 | 340.00 |
| 03/26/20 | MKB | Participated in status call with BRG team in order to discuss and coordinate case analysis / investigation. | 0.4 | 625.00 | 250.00 |
| 03/26/20 | DRS | Analyzed outstanding document requests / assignments for critical motions. | 0.2 | 660.00 | 132.00 |
| 03/27/20 | MKB | Updated document request schedule to include current status of all requests. | 2.1 | 625.00 | 1,312.50 |
| 03/27/20 | RTN | Reviewed Debtors' disclosure statement. | 2.1 | 850.00 | 1,785.00 |
| 03/27/20 | RTN | Evaluated revised document request as prepared by BRG, including review of document tracking schedule. | 0.7 | 850.00 | 595.00 |
| 03/28/20 | PS | Updated document request and communications regarding same. | 1.6 | 715.00 | 1,144.00 |
| 03/28/20 | RTN | Reviewed revised document requests (motions) and response to each request in revised comments and schedules. | 1.4 | 850.00 | 1,190.00 |
| 03/28/20 | DHJ | Reviewed emails and correspondence regarding document and information requests, including related responses. | 0.4 | 750.00 | 300.00 |
| 03/30/20 | DHJ | Evaluated issues related to document requests, including information needed for BRG to prepare its | 0.5 | 750.00 | 375.00 |
| 03/31/20 | MKB | Revised document request tracking analysis related to motions and provided same to A&M. | 0.7 | 625.00 | 437.50 |
| 03/31/20 | RTN | Reviewed supplemental document requests related to Cash Management, Shared Services and Cash Collateral motions as prepared by BRG. | 0.7 | 850.00 | 595.00 |
| | | **Total for Task Code 210.00** | **113.3** | | **$  81,742.00** |

| Task Code: | 211.01 | **Bankruptcy Proceedings (Filings / Motions - Cash Collateral)** | | | |
|------------|--------|-------------|-------|------|--------|
| 03/09/20 | RTN | Reviewed Cash Collateral and Cash Management motions. | 1.6 | $  850.00 | $  1,360.00 |
| 03/09/20 | DHJ | Reviewed the cash collateral motion as directed by TCC Counsel. | 1.1 | 750.00 | 825.00 |
| 03/10/20 | DRS | Analyzed cash collateral motion filed by Debtor to determine documentation to be requested and | 2.1 | 660.00 | 1,386.00 |
| 03/10/20 | MKB | Analyzed relief requested, including potential issues, in Cash Collateral motion. | 1.3 | 625.00 | 812.50 |
| 03/11/20 | DRS | Analyzed documentation posted to data room for cash collateral analysis. | 1.1 | 660.00 | 726.00 |



**Boy Scouts Of America & Delaware BSA, LLC**
**March 6, 2020 Through March 31, 2020**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 03/11/20 | MKB | Analyzed JPMorgan loan documents in conjunction with evaluation of Cash Collateral motion. | 0.4 | 625.00 | 250.00 |
| 03/12/20 | DRS | Analyzed cash collateral motion filed by Debtor. | 0.7 | 660.00 | 462.00 |
| 03/13/20 | DRS | Analyzed documents in document room for cash collateral motion analysis. | 1.1 | 660.00 | 726.00 |
| 03/13/20 | DHJ | Spoke with TCC Counsel (ML) and Debtor's professional regarding the cash collateral motion. | 1.0 | 750.00 | 750.00 |
| 03/13/20 | DHJ | Reviewed the draft response to the cash collateral motion by TCC Counsel. | 0.8 | 750.00 | 600.00 |
| 03/13/20 | RTN | Reviewed Cash Collateral draft order. | 0.6 | 850.00 | 510.00 |
| 03/13/20 | DHJ | Evaluated issues related to the preliminary response to the cash collateral motion. | 0.4 | 750.00 | 300.00 |
| 03/14/20 | RTN | Reviewed issues related to possible extension of time to object to final cash collateral motion. | 0.4 | 850.00 | 340.00 |
| 03/14/20 | RTN | Evaluated issues related to cash flow. | 0.3 | 850.00 | 255.00 |
| 03/14/20 | DRS | Discussed cash collateral issues with TCC Counsel. | 0.2 | 660.00 | 132.00 |
| 03/15/20 | RTN | Reviewed cash collateral motion and order, including communications with TCC Counsel. | 0.6 | 850.00 | 510.00 |
| 03/15/20 | DRS | Reviewed draft cash collateral objection sent by TCC Counsel, including discussions with TCC Counsel. | 0.5 | 660.00 | 330.00 |
| 03/15/20 | RTN | Reviewed communications from TCC Counsel regarding pooled income funds and annuity program. | 0.4 | 850.00 | 340.00 |
| 03/16/20 | SC | Analyzed weekly cash summary reports. | 0.5 | 240.00 | 120.00 |
| 03/16/20 | RTN | Analyzed flow of funds documents in light of recent requests. | 0.4 | 850.00 | 340.00 |
| 03/17/20 | PS | Analyzed financial records in connection with review of proposed cash collateral order. | 2.5 | 715.00 | 1,787.50 |
| 03/17/20 | PS | Evaluated proposed cash collateral order, including identification of issues for consideration. | 2.4 | 715.00 | 1,716.00 |
| 03/17/20 | MKB | Analyzed relief requested, including potential issues, in cash collateral motion. | 0.7 | 625.00 | 437.50 |
| 03/17/20 | RTN | Reviewed proposed emails to A&M requesting specific data on Shared Services and Cash Collateral motions. | 0.4 | 850.00 | 340.00 |
| 03/18/20 | PS | Spoke with TCC Counsel regarding proposed cash collateral order. | 1.1 | 715.00 | 786.50 |
| 03/20/20 | SC | Updated weekly cash flow analysis. | 0.3 | 240.00 | 72.00 |
| 03/21/20 | RTN | Reviewed revised Cash Collateral motion. | 0.6 | 850.00 | 510.00 |
| 03/23/20 | PS | Evaluated most recent revisions of the proposed Cash Collateral Order. | 1.1 | 715.00 | 786.50 |
| 03/23/20 | SC | Evaluated actual results from weekly cash flow reports, including comparison to 13 week cash forecast. | 1.0 | 240.00 | 240.00 |
| 03/23/20 | MKB | Examined weekly cash flow reports and compared to 13 week budget. | 0.3 | 625.00 | 187.50 |
| 03/23/20 | RTN | Reviewed fee schedule / budget to be provided to A&M. | 0.2 | 850.00 | 170.00 |



**Boy Scouts Of America & Delaware BSA, LLC**
**March 6, 2020 Through March 31, 2020**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 03/24/20 | PS | Analyzed most recent edits to the cash collateral motion and identified issues for consideration. | 1.7 | 715.00 | 1,215.50 |
| 03/24/20 | PS | Obtained background information regarding Boy Scouts of America operations and 13-week cash flow estimates. | 0.9 | 715.00 | 643.50 |
| 03/24/20 | RTN | Reviewed Cash Collateral issues, including communications from TCC Counsel (ML) concerning unrestricted assets. | 0.5 | 850.00 | 425.00 |
| 03/24/20 | RTN | Analyzed comments on Cash Collateral order. | 0.5 | 850.00 | 425.00 |
| 03/24/20 | RTN | Reviewed proposed edits to Cash Collateral orders, including JPM super priority. | 0.3 | 850.00 | 255.00 |
| 03/25/20 | PS | Spoke with TCC Counsel regarding proposed cash collateral order. | 1.1 | 715.00 | 786.50 |
| 03/25/20 | DHJ | Reviewed the final draft of the cash collateral final order as provided by TCC Counsel in preparation for upcoming conference call. | 0.6 | 750.00 | 450.00 |
| 03/25/20 | MKB | Pursuant to request from A&M, prepared professional fees budget. | 0.4 | 625.00 | 250.00 |
| 03/25/20 | DRS | Analyzed cash collateral motion and budget issues pursuant to TTC Counsel requests. | 0.4 | 660.00 | 264.00 |
| 03/25/20 | DHJ | Examined cash collateral order, including evaluation of related issues. | 0.4 | 750.00 | 300.00 |
| 03/25/20 | DHJ | Spoke with TCC Counsel (ML) regarding the final cash collateral order. | 0.3 | 750.00 | 225.00 |
| 03/25/20 | MKB | Evaluated issues raised in cash collateral motion / order, including issues to be addressed in final order and / or objection. | 0.2 | 625.00 | 125.00 |
| 03/25/20 | RTN | Reviewed budget for professional services. | 0.2 | 850.00 | 170.00 |
| 03/26/20 | PS | Evaluated cash collateral budgets, including preparation of communication to Alix Partners regarding same. | 0.8 | 715.00 | 572.00 |
| 03/26/20 | DHJ | Analyzed cash collateral issues. | 0.4 | 750.00 | 300.00 |
| 03/26/20 | RTN | Followed-up on outstanding issues related to Cash Collateral order. | 0.4 | 850.00 | 340.00 |
| 03/26/20 | DHJ | Revised budget for BRG professional fees. | 0.3 | 750.00 | 225.00 |
| 03/26/20 | RTN | Reviewed professional fee budgets. | 0.3 | 850.00 | 255.00 |
| 03/26/20 | MKB | Updated professional fees budget. | 0.2 | 625.00 | 125.00 |
| 03/27/20 | MKB | Analyzed weekly cash flow schedules. | 0.8 | 625.00 | 500.00 |
| 03/27/20 | PS | Communications regarding document production and cash collateral budget. | 0.8 | 715.00 | 572.00 |
| 03/27/20 | DRS | Analyzed BRG professional fees estimates as requested by Debtor. | 0.5 | 660.00 | 330.00 |
| 03/27/20 | SC | Updated weekly cash flow analysis. | 0.4 | 240.00 | 96.00 |
| 03/27/20 | MKB | Revised professional fees budget. | 0.4 | 625.00 | 250.00 |
| 03/27/20 | RTN | Reviewed revised Cash Collateral order received from TCC Counsel. | 0.4 | 850.00 | 340.00 |
| 03/27/20 | DHJ | Updated budget for BRG professional fees. | 0.3 | 750.00 | 225.00 |



**Boy Scouts Of America & Delaware BSA, LLC**
**March 6, 2020 Through March 31, 2020**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 03/27/20 | RTN | Finalized professional fee budget amounts. | 0.3 | 850.00 | 255.00 |
| 03/30/20 | PS | Evaluated coordination of efforts between BRG and Alix regarding analysis of cash collateral budgets and communications regarding same. | 1.5 | 715.00 | 1,072.50 |
| 03/30/20 | DHJ | Evaluated the cash collateral motions and working with Alix Partners to review the updated budget once received. | 0.2 | 750.00 | 150.00 |
| 03/31/20 | RTN | Reviewed revised Cash Collateral order received from TCC Counsel (ML). | 0.3 | 850.00 | 255.00 |
| | | **Total for Task Code 211.01** | **41.9** | | **$ 29,505.00** |

| Task Code: | 211.03 | Bankruptcy Proceedings (Filings / Motions - Cash Management) | | | |
|------------|--------|-------------------------------------------------------------|-------|------|--------|
| 03/09/20 | DHJ | Reviewed the cash management motion as directed by TCC Counsel. | 0.7 $ | 750.00 $ | 525.00 |
| 03/09/20 | MKB | Analyzed relief requested, including potential issues, in Cash Management motion. | 0.5 | 625.00 | 312.50 |
| 03/10/20 | MKB | Continued analysis of relief requested, including potential issues, in Cash Management motion. | 2.3 | 625.00 | 1,437.50 |
| 03/10/20 | DRS | Analyzed cash management motion filed by Debtor to determine documentation to be requested and | 1.7 | 660.00 | 1,122.00 |
| 03/10/20 | RTN | Analyzed bank account flowchart and related matters as provided in Cash Management motion. | 1.4 | 850.00 | 1,190.00 |
| 03/10/20 | DHJ | Reviewed the cash management motion as directed by TCC Counsel. | 1.3 | 750.00 | 975.00 |
| 03/11/20 | DRS | Analyzed documentation posted to data room for cash management system analysis. | 2.1 | 660.00 | 1,386.00 |
| 03/11/20 | RTN | Evaluated cash management issues, including control of funds. | 1.0 | 850.00 | 850.00 |
| 03/11/20 | RTN | Reviewed underlying historical cash flow data, including related cash controls. | 0.8 | 850.00 | 680.00 |
| 03/12/20 | DRS | Analyzed cash management motion filed by Debtor. | 2.7 | 660.00 | 1,782.00 |
| 03/13/20 | MKB | Evaluated Cash Management motion, including identification of issues, status of requested documentation / information and analysis to be performed. | 2.7 | 625.00 | 1,687.50 |
| 03/13/20 | DRS | Analyzed documents in document room for cash management motion analysis. | 1.3 | 660.00 | 858.00 |
| 03/13/20 | RTN | Spoke with TCC Counsel (ML) to review issues to be raised in future hearings. | 0.6 | 850.00 | 510.00 |
| 03/13/20 | RTN | Reviewed issues related to Cash Management motion, including areas of further review as provided by BRG Team. | 0.4 | 850.00 | 340.00 |



**Boy Scouts Of America & Delaware BSA, LLC**
**March 6, 2020 Through March 31, 2020**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 03/13/20 | DHJ | Reviewed BRG response to TCC Counsel regarding the cash management motion as requested. | 0.3 | 750.00 | 225.00 |
| 03/14/20 | MKB | Evaluated Cash Management motion, including review and revision of committee objection. | 0.8 | 625.00 | 500.00 |
| 03/14/20 | RTN | Reviewed sweep account guidelines. | 0.2 | 850.00 | 170.00 |
| 03/18/20 | MKB | Analyzed relief requested, including potential issues, in cash management motion / order. | 2.2 | 625.00 | 1,375.00 |
| 03/18/20 | MKB | Participated in call with TCC Counsel in order to discuss Cash Management motion / order. | 0.5 | 625.00 | 312.50 |
| 03/18/20 | DHJ | Reviewed the proposed 2nd Interim Order regarding the cash management motion as requested by TCC Counsel. | 0.4 | 750.00 | 300.00 |
| 03/18/20 | RTN | Reviewed proposed revisions to Cash Management and Shared Services motions. | 0.3 | 850.00 | 255.00 |
| 03/20/20 | MKB | Analyzed relief requested, including potential issues, in cash management motion / order. | 3.1 | 625.00 | 1,937.50 |
| 03/20/20 | DHJ | Analyzed issues raised in the cash management motion and the Debtor presentation. | 1.0 | 750.00 | 750.00 |
| 03/20/20 | RTN | Reviewed cash management and shared services motions, including discussions as to possible changes. | 0.8 | 850.00 | 680.00 |
| 03/20/20 | DRS | Analyzed cash management system and documents uploaded to document room by Debtor. | 0.2 | 660.00 | 132.00 |
| 03/21/20 | MKB | Analyzed relief requested, including potential issues, in cash management motion / order. | 0.4 | 625.00 | 250.00 |
| 03/21/20 | RTN | Continued review of revised Cash Management motion / order. | 0.4 | 850.00 | 340.00 |
| 03/22/20 | MKB | Analyzed relief requested, including potential issues, in cash management motion / order. | 1.9 | 625.00 | 1,187.50 |
| 03/23/20 | MKB | Reviewed relief requested in cash management motion / order, including analysis of potential issues. | 2.4 | 625.00 | 1,500.00 |
| 03/23/20 | MKB | Spoke with A&M regarding issues identified in cash management motion / order. | 0.8 | 625.00 | 500.00 |
| 03/23/20 | DRS | Analyzed cash management motion issues raised by TCC Counsel. | 0.2 | 660.00 | 132.00 |
| 03/23/20 | DHJ | Analyzed cash management issues. | 0.2 | 750.00 | 150.00 |
| 03/24/20 | DHJ | Participated in conference call with A&M, professionals for the Debtor regarding the cash management system. | 1.5 | 750.00 | 1,125.00 |
| 03/24/20 | MKB | Evaluated issues raised in cash management motion / order, including discussions with BRG. | 0.7 | 625.00 | 437.50 |
| 03/24/20 | DHJ | Participated in conference call with BRG in order to discuss cash management motion and related call with A&M. | 0.7 | 750.00 | 525.00 |
| 03/24/20 | DHJ | Analyzed issues raised in cash management order, including cash flows. | 0.7 | 750.00 | 525.00 |
| 03/24/20 | DHJ | Spoke with Alix Partners professionals regarding cash management and shared services. | 0.4 | 750.00 | 300.00 |



**Boy Scouts Of America & Delaware BSA, LLC**
**March 6, 2020 Through March 31, 2020**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 03/24/20 | RTN | Reviewed A&M response to Cash Management document requests. | 0.4 | 850.00 | 340.00 |
| 03/24/20 | DHJ | Reviewed reporting requirements related to the cash management motion and interim order. | 0.3 | 750.00 | 225.00 |
| 03/25/20 | MKB | Evaluated issues raised in cash management motion / order, including issues to be addressed in final order and / or objection. | 1.7 | 625.00 | 1,062.50 |
| 03/25/20 | RTN | Analyzed Cash Management and Shared Services document detailing identifying concerns and potential objections to provisions of orders proposed by Debtors. | 0.6 | 850.00 | 510.00 |
| 03/25/20 | MKB | Spoke with TCC Counsel (ML) regarding Cash Management motion. | 0.5 | 625.00 | 312.50 |
| 03/26/20 | RTN | Examined proposed order on Cash Management, including response. | 0.8 | 850.00 | 680.00 |
| 03/26/20 | DHJ | Reviewed proposed draft of final order regarding the cash management motion as requested. | 0.4 | 750.00 | 300.00 |
| 03/27/20 | RTN | Reviewed proposed Cash Management and Shared Services orders received from TCC Counsel (ML). | 0.5 | 850.00 | 425.00 |
| 03/27/20 | MKB | Revised cash management objection. | 0.4 | 625.00 | 250.00 |
| 03/27/20 | DHJ | Reviewed the objection to the cash management motion as requested by TCC Counsel. | 0.3 | 750.00 | 225.00 |
| 03/27/20 | RTN | Revised objections to Cash Management order. | 0.3 | 850.00 | 255.00 |
| 03/29/20 | MKB | Prepared support for inclusion in Cash Management objection. | 1.2 | 625.00 | 750.00 |
| 03/29/20 | RTN | Reviewed cash management requests, including communications with TCC Counsel (ML). | 0.4 | 850.00 | 340.00 |
| 03/30/20 | MKB | Updated support for inclusion in Cash Management objection. | 1.0 | 625.00 | 625.00 |
| 03/30/20 | RTN | Reviewed extension request in conjunction with Cash Management and Shared Services orders. | 0.4 | 850.00 | 340.00 |
|  |  | **Total for Task Code 211.03** | **48.8** |  | **$  33,904.50** |

| | | | | | |
|------|------|-------------|-------|------|--------|
| **Task Code:** | **211.04** | **Bankruptcy Proceedings (Filings / Motions - Wages)** | | | |
| 03/09/20 | MKB | Analyzed relief requested, including potential issues, in Wages motion. | 1.5 | $  625.00 | $      937.50 |
| 03/09/20 | DRS | Analyzed wage motions filed by Debtor to understand relief requested and analyses to be performed. | 0.5 | 660.00 | 330.00 |
| 03/10/20 | DHJ | Reviewed the Wages motion as directed by TCC Counsel. | 1.2 | 750.00 | 900.00 |
| 03/10/20 | DRS | Analyzed public documents and motion relating to wage motion issues. | 0.7 | 660.00 | 462.00 |
| 03/10/20 | DRS | Analyzed wage motion filed by Debtor to determine documentation to be requested and analyzed. | 0.5 | 660.00 | 330.00 |



**Boy Scouts Of America & Delaware BSA, LLC**
**March 6, 2020 Through March 31, 2020**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 03/10/20 | MKB | Continued analysis of relief requested, including potential issues, in Wages motion. | 0.3 | 625.00 | 187.50 |
| 03/12/20 | DRS | Analyzed wage motion filed by Debtor. | 1.0 | 660.00 | 660.00 |
| 03/13/20 | DRS | Analyzed documents in document room for wages motion analysis. | 1.0 | 660.00 | 660.00 |
| 03/13/20 | RTN | Identified employee data to be requested from A&M. | 0.4 | 850.00 | 340.00 |
| 03/13/20 | RTN | Reviewed expense reimbursement issues in conjunction with Wages motion. | 0.3 | 850.00 | 255.00 |
| 03/13/20 | RTN | Evaluated employee wage issues, including review of employee roster. | 0.3 | 850.00 | 255.00 |
| 03/13/20 | DHJ | Reviewed BRG response to TCC Counsel regarding the wages motion as requested. | 0.2 | 750.00 | 150.00 |
| 03/14/20 | DRS | Analyzed historical publicly available Form 990 for highly paid employee analysis for wage motion. | 2.7 | 660.00 | 1,782.00 |
| 03/14/20 | DRS | Analyzed documents in document room for wage motion analysis. | 0.5 | 660.00 | 330.00 |
| 03/14/20 | RTN | Reviewed Debtors compensation schedules. | 0.3 | 850.00 | 255.00 |
| 03/15/20 | RTN | Reviewed issues related to Wages motion concerning temporary and independent contractors. | 0.3 | 850.00 | 255.00 |
| 03/16/20 | DRS | Discussed wage motion questions and documentation with Debtor's financial advisor. | 0.4 | 660.00 | 264.00 |
| 03/16/20 | DRS | Analyzed wage motion issues and relief sought by Debtor. | 0.4 | 660.00 | 264.00 |
| 03/16/20 | RTN | Reviewed communications on wage issues in conjunction with Wage Motion. | 0.2 | 850.00 | 170.00 |
| 03/17/20 | DRS | Analyzed pension plan documentation uploaded by Debtor to document room. | 1.0 | 660.00 | 660.00 |
| 03/17/20 | DRS | Analyzed documentation and information provided by Debtor regarding wage motions. | 0.7 | 660.00 | 462.00 |
| 03/17/20 | DRS | Spoke with Debtor's financial advisor regarding documentation and information requests regarding wage motion. | 0.4 | 660.00 | 264.00 |
| 03/17/20 | RTN | Analyzed pooled income account requests, as well as pass-through contribution practices. | 0.3 | 850.00 | 255.00 |
| 03/17/20 | RTN | Reviewed payments to pension accounts by BSA in 2019. | 0.3 | 850.00 | 255.00 |
| 03/18/20 | DRS | Analyzed pension benefit program documentation uploaded from Debtor to document room. | 1.8 | 660.00 | 1,188.00 |
| 03/18/20 | RTN | Reviewed responses from Debtor as to Pension payments, Medical payments for Health and Dental, Pension Plan contributions and other related payments over four years. | 0.5 | 850.00 | 425.00 |
| 03/18/20 | DRS | Discussed wage motions issues and analysis with TCC Counsel. | 0.4 | 660.00 | 264.00 |
| 03/18/20 | DHJ | Analyzed issues related to pension plan. | 0.4 | 750.00 | 300.00 |



**Boy Scouts Of America & Delaware BSA, LLC**
**March 6, 2020 Through March 31, 2020**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 03/19/20 | DRS | Analyzed pension benefit documents pursuant to inquiries from TCC Counsel. | 1.2 | 660.00 | 792.00 |
| 03/19/20 | DRS | Analyzed severance and pension benefit issues for wage motion. | 0.5 | 660.00 | 330.00 |
| 03/19/20 | DRS | Discussed severance and pension benefits programs with Debtor's financial advisors. | 0.4 | 660.00 | 264.00 |
| 03/24/20 | MKB | Evaluated issues raised in wages motion / order, including issues to be addressed with A&M. | 0.8 | 625.00 | 500.00 |
| | | **Total for Task Code 211.04** | **21.4** | | **$ 14,746.00** |

| Task Code: | 211.05 | **Bankruptcy Proceedings (Filings / Motions - Shared Services)** | | | |
|------------|--------|---------------------------------------------------------------|---|---|---|
| 03/08/20 | RTN | Reviewed Shared Services Motion in preparation for conference call. | 0.8 | $ 850.00 | $ 680.00 |
| 03/09/20 | MKB | Analyzed relief requested, including potential issues, in Shared Services motion. | 2.6 | 625.00 | 1,625.00 |
| 03/09/20 | DRS | Spoke with TCC Counsel to discuss shared services motion issues. | 0.2 | 660.00 | 132.00 |
| 03/10/20 | RTN | Reviewed Shared Services and Wages motions. | 1.8 | 850.00 | 1,530.00 |
| 03/10/20 | MKB | Continued analysis of relief requested, including potential issues, in Shared Services motion. | 0.2 | 625.00 | 125.00 |
| 03/12/20 | DRS | Analyzed shared services motion filed by Debtor. | 2.5 | 660.00 | 1,650.00 |
| 03/12/20 | MKB | Analyzed Shared Services agreements uploaded to data room in conjunction with evaluation of first day motions. | 0.4 | 625.00 | 250.00 |
| 03/13/20 | MKB | Evaluated Shared Services motion, including identification of issues, status of requested documentation / information and analysis to be performed. | 2.5 | 625.00 | 1,562.50 |
| 03/13/20 | DRS | Analyzed documents in document room for shared services motion analysis. | 1.5 | 660.00 | 990.00 |
| 03/13/20 | DHJ | Evaluated issues related to shared services and cash management motions. | 0.6 | 750.00 | 450.00 |
| 03/13/20 | DHJ | Reviewed the BRG response to TCC Counsel regarding the shared services motion. | 0.6 | 750.00 | 450.00 |
| 03/13/20 | RTN | Reviewed Shared Services motion document requests as provided by BRG team. | 0.5 | 850.00 | 425.00 |
| 03/14/20 | RTN | Evaluated issues related to Shared Services, Wage and Cash Management motions. | 0.5 | 850.00 | 425.00 |
| 03/16/20 | RTN | Reviewed available operational agreements between Debtors and Local Councils. | 0.3 | 850.00 | 255.00 |
| 03/18/20 | MKB | Analyzed relief requested, including potential issues, in shared services motion / order. | 1.3 | 625.00 | 812.50 |
| 03/18/20 | MKB | Participated in call with TCC Counsel in order to discuss Shared Services motion / order. | 0.5 | 625.00 | 312.50 |



**Boy Scouts Of America & Delaware BSA, LLC**
**March 6, 2020 Through March 31, 2020**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 03/18/20 | DRS | Discussed shared services issues and analysis with BRG team. | 0.3 | 660.00 | 198.00 |
| 03/18/20 | DHJ | Reviewed the proposed 2nd Interim Order regarding the shared services motion as requested by TCC Counsel. | 0.3 | 750.00 | 225.00 |
| 03/20/20 | MKB | Analyzed relief requested, including potential issues, in shared services motion / order. | 3.4 | 625.00 | 2,125.00 |
| 03/20/20 | PS | Analyzed background information relating to shared services arrangements. | 1.0 | 715.00 | 715.00 |
| 03/21/20 | MKB | Analyzed relief requested, including potential issues, in shared services motion / order. | 1.3 | 625.00 | 812.50 |
| 03/21/20 | RTN | Reviewed revised Shared Services motion. | 0.7 | 850.00 | 595.00 |
| 03/22/20 | MKB | Analyzed relief requested, including potential issues, in shared services motion / order. | 1.2 | 625.00 | 750.00 |
| 03/23/20 | MKB | Reviewed relief requested in shared services motion / order, including analysis of potential issues. | 0.7 | 625.00 | 437.50 |
| 03/23/20 | DRS | Analyzed shared services motion issues raised by TCC Counsel. | 0.3 | 660.00 | 198.00 |
| 03/24/20 | MKB | Evaluated issues raised in shared services motion / order, including issues to be addressed with A&M. | 2.7 | 625.00 | 1,687.50 |
| 03/24/20 | MKB | Spoke with A&M regarding issues identified in shared services motion / order. | 1.5 | 625.00 | 937.50 |
| 03/24/20 | MKB | Analyzed shared services arrangement materials provided by A&M in conjunction with "kickoff" call, including identification of issues to be addressed with A&M. | 1.0 | 625.00 | 625.00 |
| 03/24/20 | DRS | Analyzed documents in preparation for call with A&M regarding shared services questions and information gathering. | 1.0 | 660.00 | 660.00 |
| 03/24/20 | MKB | Spoke with BRG team regarding shared services issues and supplemental document requests. | 0.7 | 625.00 | 437.50 |
| 03/24/20 | DRS | Attended call with BRG team to evaluate and analyze A&M call issues and outstanding shared services motion issues. | 0.7 | 660.00 | 462.00 |
| 03/24/20 | DHJ | Reviewed shared services documents in preparation for upcoming conference call. | 0.6 | 750.00 | 450.00 |
| 03/24/20 | RTN | Reviewed Shared Service analysis, including evaluation of local council activity. | 0.6 | 850.00 | 510.00 |
| 03/24/20 | DRS | Attended follow-up call with A&M to discuss and gather additional information on shared services motion. | 0.5 | 660.00 | 330.00 |
| 03/24/20 | RTN | Spoke with BRG team in regard to Shared Services response from A&M. | 0.5 | 850.00 | 425.00 |
| 03/24/20 | DRS | Analyzed shared services issues, including A&M call preparation. | 0.5 | 660.00 | 330.00 |
| 03/24/20 | RTN | Followed-up on Shared Services records response. | 0.3 | 850.00 | 255.00 |



**Boy Scouts Of America & Delaware BSA, LLC**
**March 6, 2020 Through March 31, 2020**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 03/24/20 | RTN | Reviewed cost allocations to local council employees in conjunction with Shared Services motion. | 0.3 | 850.00 | 255.00 |
| 03/24/20 | DRS | Prepared for call with Trade Committee to coordinate efforts. | 0.2 | 660.00 | 132.00 |
| 03/25/20 | MKB | Evaluated issues raised in shared services motion / order, including issues to be addressed in final order and / or objection. | 2.1 | 625.00 | 1,312.50 |
| 03/25/20 | MKB | Spoke with TCC Counsel (JO) regarding Shared Services motion. | 0.5 | 625.00 | 312.50 |
| 03/25/20 | RTN | Evaluated status of outstanding Shared Sevices document requests, including follow-up with A&M (CB) on progress of obtaining records. | 0.5 | 850.00 | 425.00 |
| 03/25/20 | DRS | Analyzed cash management and shared services issues and documentation received by Debtor. | 0.4 | 660.00 | 264.00 |
| 03/26/20 | DHJ | Reviewed proposed draft of final shared services order, including analysis of related issues. | 1.2 | 750.00 | 900.00 |
| 03/26/20 | RTN | Examined proposed order on Shared Services, including response. | 0.5 | 850.00 | 425.00 |
| 03/29/20 | MKB | Prepared support for inclusion in Shared Services objection. | 0.9 | 625.00 | 562.50 |
| 03/30/20 | MKB | Updated support for inclusion in Shared Services objection. | 0.9 | 625.00 | 562.50 |
| | | **Total for Task Code 211.05** | **44.1** | | **$   29,991.00** |

| Task Code: | 301.00 | **Asset Analysis (General - Debtors Restricted / Identified Assets)** | | | |
|------------|--------|-----------------------------------------------------------------|---|---|---|
| 03/11/20 | MKB | Analyzed donation records uploaded to data room, including records related to Philmont and Wade. | 1.3 | $   625.00 | $   812.50 |
| 03/16/20 | MKB | Analyzed restricted assets, including evaluation of documents currently available in data room. | 1.1 | 625.00 | 687.50 |
| 03/17/20 | SC | Analyzed BSA Donor Restricted Investments, including review of underlying supporting documents. | 2.0 | 240.00 | 480.00 |
| 03/17/20 | MKB | Analyzed restricted assets (gifts), including supporting documentation. | 1.1 | 625.00 | 687.50 |
| 03/17/20 | SC | Analyzed BSA Pledges, including review of underlying supporting documents. | 1.0 | 240.00 | 240.00 |
| 03/17/20 | MKB | Analyzed restricted assets (gift agreements), including supporting documentation. | 0.8 | 625.00 | 500.00 |
| 03/17/20 | MKB | Analyzed restricted assets (Summit pledges), including supporting documentation. | 0.8 | 625.00 | 500.00 |
| 03/17/20 | MKB | Analyzed restricted assets (pledges), including supporting documentation. | 0.7 | 625.00 | 437.50 |
| 03/18/20 | SC | Analyzed BSA Gift Agreements, including review of underlying supporting documents. | 5.5 | 240.00 | 1,320.00 |



**Boy Scouts Of America & Delaware BSA, LLC**
**March 6, 2020 Through March 31, 2020**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 03/18/20 | SC | Analyzed BSA Summit Pledge Agreements, including review of underlying supporting documents. | 1.5 | 240.00 | 360.00 |
| 03/18/20 | SC | Continued analysis BSA Pledges, including review of underlying supporting documents. | 0.5 | 240.00 | 120.00 |
| 03/19/20 | SC | Analyzed Wills Devising Property To BSA, including review of underlying supporting documents. | 1.0 | 240.00 | 240.00 |
| 03/30/20 | MKB | Analyzed issues related to alleged restricted assets, including Debtors' burden of proof. | 1.1 | 625.00 | 687.50 |
| | | **Total for Task Code 301.00** | **18.4** | | **$     7,072.50** |

| Task Code: | 331.00 | **Asset Analysis (Real Property - Debtors Restricted / Identified Assets)** | | | |
|------------|--------|------|-------|------|--------|
| 03/13/20 | RTN | Identified valuation issues and communicated same to TCC Counsel (JS, RO). | 0.2 | $   850.00 | $      170.00 |
| 03/14/20 | MKB | Analyzed High Adventure Facility documents, including deeds and other forms of transfer. | 1.1 | 625.00 | 687.50 |
| 03/20/20 | PS | Reviewed information relating to BSA real estate holdings and acreage of holdings. | 0.9 | 715.00 | 643.50 |
| 03/25/20 | MKB | Analyzed high adventure facilities, including evaluation of transfers to Debtors and related supporting documentation. | 0.8 | 625.00 | 500.00 |
| 03/26/20 | MKB | Analyzed Sea Base high adventure facility, including evaluation of original land transfers to Debtors and related supporting documentation. | 2.1 | 625.00 | 1,312.50 |
| 03/26/20 | MKB | Analyzed Northern Tier high adventure facility, including evaluation of original land transfers to Debtors and related supporting documentation. | 1.7 | 625.00 | 1,062.50 |
| 03/26/20 | MKB | Analyzed Philmont high adventure facility, including evaluation of original land transfers to Debtors and related supporting documentation. | 1.0 | 625.00 | 625.00 |
| | | **Total for Task Code 331.00** | **7.8** | | **$     5,001.00** |

| Task Code: | 400.00 | **Litigation Analysis (Adversary Proceedings)** | | | |
|------------|--------|------|-------|------|--------|
| 03/18/20 | MKB | Reviewed and updated litigation document request, including discussions with BRG team. | 0.6 | $   625.00 | $      375.00 |
| 03/18/20 | DHJ | Prepared for and participated in conference call with BRG staff to review additional documents requests by priority. | 0.5 | 750.00 | 375.00 |
| 03/18/20 | RTN | Spoke with BRG to discuss options for requests, including priority matters. | 0.5 | 850.00 | 425.00 |
| 03/19/20 | MKB | Revised litigation document request. | 0.4 | 625.00 | 250.00 |



**Boy Scouts Of America & Delaware BSA, LLC**
**March 6, 2020 Through March 31, 2020**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 03/23/20 | RTN | Evaluted outstanding issues related to document requests, including identification of additional documents to be requested. | 0.9 | 850.00 | 765.00 |
| 03/25/20 | MKB | Revised preliminary litigation document request. | 0.6 | 625.00 | 375.00 |
| 03/25/20 | RTN | Reviewed list of document requests (preliminary) from Tort Committee to Debtor. | 0.4 | 850.00 | 340.00 |
| 03/27/20 | MKB | Spoke with TCC Counsel (JM) in regard to litigation document request. | 0.9 | 625.00 | 562.50 |
| 03/27/20 | DRS | Attended call with TCC Counsel regarding priorities of document requests. | 0.9 | 660.00 | 594.00 |
| 03/27/20 | RTN | Spoke with TCC Counsel (JM) in regard to document / data requests. | 0.9 | 850.00 | 765.00 |
| 03/27/20 | MKB | Updated litigation document request, including discussions with BRG team. | 0.6 | 625.00 | 375.00 |
| 03/27/20 | RTN | Evaluated narrowing of data requests by area of | 0.4 | 850.00 | 340.00 |
| 03/27/20 | MKB | Spoke with TCC Counsel (JO) in regard to identified property motion. | 0.3 | 625.00 | 187.50 |
| 03/27/20 | DRS | Discussed litigation document request list and priorities with BRG team. | 0.3 | 660.00 | 198.00 |
| 03/28/20 | MKB | Revised litigation document request, including identification of priorities. | 3.9 | 625.00 | 2,437.50 |
| 03/28/20 | DRS | Analyzed revised litigation document request list and priorities sent by TCC Counsel. | 0.5 | 660.00 | 330.00 |
| 03/28/20 | RTN | Reviewed revised document priority requests received from TCC Counsel (JM). | 0.4 | 850.00 | 340.00 |
| 03/28/20 | DRS | Reviewed, analyzed, and developed litigation document requests. | 0.3 | 660.00 | 198.00 |
| 03/29/20 | MKB | Updated litigation document request, including identification of priorities. | 1.4 | 625.00 | 875.00 |
| 03/29/20 | RTN | Reviewed TCC Counsel document request as revised, including identification of priority issues. | 0.6 | 850.00 | 510.00 |
| 03/29/20 | DHJ | Reviewed emails and correspondence regarding document and information requests, including related responses. | 0.5 | 750.00 | 375.00 |
| 03/29/20 | RTN | Reviewed revised response to TCC Counsel (JM) based on communications and further requests. | 0.4 | 850.00 | 340.00 |
| 03/29/20 | DRS | Analyzed litigation document request and priority list sent by TCC Counsel for finalization. | 0.3 | 660.00 | 198.00 |
| 03/30/20 | DRS | Attended call with Debtor Counsel, Debtor FA, and TCC Counsel to review litigation document request list and priorities. | 1.0 | 660.00 | 660.00 |
| 03/30/20 | MKB | Participated in conference call with Debtors's Counsel, Debtors' FA and TCC Counsel in order to discuss litigation document request. | 0.9 | 625.00 | 562.50 |



**Boy Scouts Of America & Delaware BSA, LLC**
**March 6, 2020 Through March 31, 2020**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 03/30/20 | MKB | Evaluated outstanding issues related to litigation document requests. | 0.7 | 625.00 | 437.50 |
| 03/30/20 | RTN | Reviewed document request lists as proposed by TCC Counsel (JM). | 0.6 | 850.00 | 510.00 |
| 03/30/20 | DHJ | Reviewed document, data & information requests for the Tort committee as requested. | 0.5 | 750.00 | 375.00 |
| 03/31/20 | DRS | Attended call with TCC Counsel regarding litigation document productions and phone call with Debtor. | 0.5 | 660.00 | 330.00 |
| 03/31/20 | MKB | Spoke with TCC Counsel (JM) in regard to litigation document request. | 0.5 | 625.00 | 312.50 |
| 03/31/20 | DHJ | Prepared for and participated in conference call with TCC Counsel regarding document requests. | 0.5 | 750.00 | 375.00 |
| 03/31/20 | RTN | Reviewed status of outstanding document requests. | 0.4 | 850.00 | 340.00 |
| 03/31/20 | MKB | Revised email to Debtors regarding litigation document request. | 0.4 | 625.00 | 250.00 |
| 03/31/20 | RTN | Reviewed proposed letter to Sidley and A&M recapping issues to be addressed in records requests with explanations. | 0.4 | 850.00 | 340.00 |
| 03/31/20 | RTN | Reviewed proposed letter to A&M. | 0.4 | 850.00 | 340.00 |
| 03/31/20 | DHJ | Reviewed emails and correspondence regarding document and information requests, includig related responses. | 0.3 | 750.00 | 225.00 |
| 03/31/20 | DRS | Analyzed document production issues. | 0.2 | 660.00 | 132.00 |
| | | **Total for Task Code 400.00** | **23.8** | | **$  16,720.00** |
| | | | | | |
| **Task Code:** | **1010.00** | **Employment Application** | | | |
| 03/16/20 | MKB | Prepared employment application, including follow-up on related conflicts check. | 0.3 | $   625.00 | $    187.50 |
| 03/21/20 | MKB | Revised employment application. | 5.7 | 625.00 | 3,562.50 |
| 03/21/20 | DRS | Reviewed draft BRG employment application and provided comments and revisions. | 1.0 | 660.00 | 660.00 |
| 03/21/20 | DHJ | Prepared the employment application as required. | 0.7 | 750.00 | 525.00 |
| 03/21/20 | RTN | Revised employment application. | 0.5 | 850.00 | 425.00 |
| 03/22/20 | MKB | Updated employment application. | 1.1 | 625.00 | 687.50 |
| 03/22/20 | DHJ | Revised the employment application as required. | 0.2 | 750.00 | 150.00 |
| 03/23/20 | DRS | Commented on draft employment application sent by TCC Counsel. | 0.4 | 660.00 | 264.00 |
| 03/23/20 | DHJ | Updated the employment application as required. | 0.4 | 750.00 | 300.00 |
| | | **Total for Task Code 1010.00** | **10.3** | | **$   6,761.50** |



**Boy Scouts Of America & Delaware BSA, LLC**
**March 6, 2020 Through March 31, 2020**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| **Task Code:** | **1020.00** | **Meeting Preparation & Attendance** | | | |
| 03/09/20 | MKB | Met with BRG team in order to discuss case issues. | 0.5 | $ 625.00 | $ 312.50 |
| 03/09/20 | DRS | Attended BRG team meeting to discuss status of case and develop assignments. | 0.5 | 660.00 | 330.00 |
| 03/09/20 | DHJ | Prepared for and participated in conference call with BRG staff. | 0.5 | 750.00 | 375.00 |
| 03/18/20 | MKB | Spoke with BRG team regarding case issues. | 0.5 | 625.00 | 312.50 |
| 03/19/20 | MKB | Participated in A&M "kickoff" call. | 3.1 | 625.00 | 1,937.50 |
| 03/19/20 | DRS | Attended Committee kick-off conference call hosted by Debtor financial advisors. | 3.1 | 660.00 | 2,046.00 |
| 03/19/20 | PS | Participated on conference call regarding BSA background and issues. | 3.1 | 715.00 | 2,216.50 |
| 03/19/20 | RTN | Attended Debtors / A&M kickoff meeting. | 3.1 | 850.00 | 2,635.00 |
| 03/19/20 | DHJ | Participated in the Webex meeting presented by A&M, Debtor professionals. | 2.7 | 750.00 | 2,025.00 |
| 03/19/20 | MKB | Spoke with BRG team regarding current case issues. | 0.6 | 625.00 | 375.00 |
| 03/24/20 | PS | Spoke with financial advisors to unsecured creditors committee, including review of records in preparation for call. | 0.8 | 715.00 | 572.00 |
| 03/24/20 | DRS | Attended conference call with Alix Partners to coordinate efforts in future analyses. | 0.5 | 660.00 | 330.00 |
| 03/24/20 | MKB | Participated in conference call with Alix Partners in order to coordinate efforts between committees. | 0.4 | 625.00 | 250.00 |
| | | **Total for Task Code 1020.00** | **19.4** | | **$ 13,717.00** |
| | | **Total Professional Services** | **430.1** | | **$ 281,697.00** |



**Boy Scouts Of America & Delaware BSA, LLC**
**March 6, 2020 Through March 31, 2020**
**EXPENSES**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| N/A | N/A | $ - |
| | **Total Expenses** | **$ -** |

# EXHIBIT C

**Curriculum Vitae**



### R. Todd Neilson
### Managing Director

BERKELEY RESEARCH GROUP, LLC
2029 Century Park East, Suite 1250
Los Angeles, California 90067

Direct: 310.499.4934
Fax: 310.557.8982
tneilson@thinkbrg.com

## SUMMARY

R. Todd Neilson is currently a Managing Director at Berkeley Research Group LLC.  Previously, Mr. Neilson was a Director with LECG LLC and was a founding partner of Neilson Elggren LLP (formerly Neilson, Elggren, Durkin & Co.). He is one of the nation's foremost experts in bankruptcy and forensic accounting with over forty years combined experience in public accounting and as a Special Agent with the FBI.

In 1986, he was a founding partner of Neilson, Elggren, Durkin and Co., which was acquired by an international financial consulting firm in March 1998, where Mr. Neilson was a partner from March 1998 to September 2000.  Prior to 1986, he was a manager in the Litigation/Consulting Services department of the international CPA firm of KMG/Main Hurdman for four years and also served as a special agent in the Federal Bureau of Investigation, specializing in accounting investigation of white-collar and organized crime. Due to his background, Mr. Neilson offers a unique set of skills in the areas of financial consulting and as an expert in the field of forensic accounting and fraud litigation.

Mr. Neilson is a seasoned professional having acted as a Trustee, financial consultant and expert witness in numerous high-profile accounting related litigation engagements involving complex bankruptcy reorganization matters including accounting and fraud issues, tracing of funds, financial data reconstruction, damages and lost profits, Ponzi and RICO matters, valuation, and business viability issues.  Mr. Neilson has acted as bankruptcy Trustee for notable clients such as Mike Tyson, Suge Knight and Death Row Records.  As Trustee, he has also operated, and negotiated the sale of an extremely large and diverse array of assets, including one of the largest Ford dealerships in the nation, an ownership interest in both the Los Angeles Kings' and Nashville Predators' hockey franchises, luxury hotels, sand and rock quarries, antique art collections, real estate, and trucking companies. Having evaluated and sold well over $1 billion dollars of assets, Mr. Neilson brings substantial credibility to the court - credibility borne of practical, not just theoretical experience.

Mr. Neilson is a nationally recognized expert in bankruptcy and accounting having served on the national Board of Directors of the Association of Insolvency and Restructuring Advisors, Chairman of the Securities Advisory Board in the State of Utah, faculty for the Certified Fraud Examiners, and a member of the Society of the Former Special Agents of the Federal Bureau of Investigation.  He has spoken on bankruptcy, litigation support, valuation and fraud related topics to numerous professional groups such as American Institute of Certified Public Accountants (AICPA), National Conference of Bankruptcy Judges, California and Utah Society of CPA's and numerous colleges and universities throughout the United



States. Mr. Neilson formerly served as an Associate Professor in the Graduate School of Accounting at the University of Utah, where he taught the course on Forensic Accounting. He has also provided regular instruction on accounting and fraud related litigation issues at the FBI Academy to CPA/FBI Agents and to Postal Inspectors at the United States Postal Service national training center. He was a co-author of the *AICPA Bankruptcy Practice Guide*, issued as a practice aid to all CPA's in the United States and co-author of *The CPA's Handbook of Fraud and Commercial Crime Prevention*, also issued by the AICPA. He was also inducted as a fellow in the prestigious American College of Bankruptcy, one of only a handful of CPA's in the United States given that honor.

Mr. Neilson has been involved in some of the highest profile litigation and bankruptcy matters in the nation.   Highlighted below are some of the cases, which demonstrate his unique background and experience.

## EXAMPLES

*American Suzuki Motor Corporation*
American Suzuki Motor Corporation ("ASMC"), a California corporation and a subsidiary of parent Suzuki Motor Corporation ("SMC"), filed a Chapter 11 Bankruptcy in November 2012, which effectively allowed for the transfer and sale of all business assets of ASMC, not affiliated with car sales, to SMC and facilitated the withdrawal of Suzuki from all new car sales in the United States. Prior to the filing, R. Todd Neilson, and another independent Board member, was added to the ASMC Board of Directors. Neilson, and the other independent Director, constituted a separate Committee ("Committee") and were tasked with the responsibility of reviewing the underlying assets of the Debtor, the intended Plan of Reorganization and implementation of the proposed Plan in order to make an independent decision as to the filing of a Chapter 11. The Committee ultimately authorized the filing of the ASMC Chapter 11, monitored the administration of the Bankruptcy, and following confirmation of the Chapter 11 Plan, remained as an Advisory Board to review the implementation of the Plan and distribution of assets pursuant to the Plan.

*Tremont v. KPMG*
R. Todd Neilson was engaged as a damage expert in the litigation between Tremont Holdings Group Inc. ("Tremont") and KPMG in relation to investments made with Bernard L. Madoff Investment Securities ("BMIS"). Tremont was the second largest investor with BMIS with billions of dollars invested over fourteen years. Following the appointment of Irving Picard as Chapter 11 Trustee, Picard brought litigation against Tremont and related entities asserting a number of avoidance actions and equitable subordination claims. As a result of that litigation, Tremont settled with Picard for over a billion dollars. Subsequent to the settlement, a complaint was filed by Tremont against KPMG as independent auditors of the Tremont funds asserting billions of dollars in damages as a result of KPMG's audit insufficiencies. Neilson was asked to provide an expert opinion as to the damages suffered by the Tremont entities due to the alleged inadequacies in the KPMG audits. Neilson issued an expert report in April 2013 contesting the damages asserted against KPMG by Tremont. As a result of the expert report, the Tremont claimants withdrew their previously asserted damage analysis.

*Solyndra LLC*
In late 2011, following a national search by the Solyndra Board of Directors, Mr. Neilson was appointed as Chief Restructuring Officer (CRO) of Solyndra, the US manufacturer of solar photovoltaic power systems specifically designed for large commercial and industrial rooftops.   On August 31, 2011, subsequent to receiving a $535 million loan guarantee from the Department of Energy (DOE), Solyndra had approximately 968 full time employees and 211 temporary employees.   On September 6, 2011, Solyndra



was unable to continue active business operations and filed a Chapter 11 Bankruptcy.  Mr. Neilson supervised the efforts at selling the remaining assets of Solyndra and also provided a detailed report concerning Solyndra business operations to both the Court and other interested parties.

*Ezri Namvar*
Mr. Neilson is acting as Chapter 11 Trustee for the Ezri Namvar bankruptcy.  Mr. Namvar, a well known member of the Iranian Jewish Community in Los Angeles, has received $3 billion in investments and loans over the past 5 years and disbursed those funds through close to 400 separate LLC's involving ownership in a wide array of assets such as hotels, golf courses, low-income housing projects, pistachio farms, conference center sites, medical buildings and ground leases.  Mr. Neilson is assisting in the task to untangle this multitude of inter-related LLC's involving Mr. Namvar.  Mr. Namvar was convicted of fraud following a trial and is presently incarcerated in a federal prison.

*Roman Catholic San Diego Diocese Chapter 11 Bankruptcy*
In April 2007, Mr. Neilson was the Court Appointed Expert in the Chapter 11 Bankruptcy of the Roman Catholic San Diego Diocese.  The Court charged Mr. Neilson with providing an expansive report into the accounting and financial operations of the San Diego Diocese as well as related Catholic Parishes.  It was the first time an independent Expert has been appointed for such a task in regards to a number of the Diocese bankruptcies throughout the United States.

*Le Nature Chapter 11 Bankruptcy*
In 2007, Mr. Neilson was appointed Chapter 11 Bankruptcy Trustee in Le Nature, a water, iced tea, and juice drink distributor located in Latrobe, Pennsylvania and Phoenix, Arizona.  Mr. Neilson supervised the liquidation of Le Nature bottling plants and other assets as well as directed the forensic accounting analysis of a purported $750 million accounting fraud perpetrated upon the creditors of Le Nature and related companies.

*Michael Tyson and Michael Tyson Enterprises*
Michael Tyson, former heavyweight champion of the world, and Michael Tyson Enterprises Inc. filed for bankruptcy protection in August 2003.  Neilson Elggren was appointed as financial consultants and crisis managers for Mr. Tyson and Michael Tyson Enterprises Inc.  Mr. Neilson was the responsible partner for that engagement.

*Adelphia Communications Corp*
In August 2002, Neilson Elggren was appointed as Accountants to the Official Committee of Unsecured Creditors in the Adelphia Communications Corp ("Adelphia") bankruptcy.  The Adelphia bankruptcy was the 6th largest cable company in the nation.  Their filing constituted one of the largest bankruptcies in history encompassing over 200 subsidiaries and approximately $21 billion in accumulated debt.  Mr. Neilson acted as the primary partner in charge of the engagement.  The prior owners of Adelphia, members of the Rigas family, were alleged to have engaged in the systematic looting of Adelphia. Neilson Elggren was engaged to the voluminous financial transactions of Adelphia and provide expert testimony as to their findings.

*DVI, Inc.*
DVI filed for Chapter 11 Bankruptcy protection on August 25, 2003.  R. Todd Neilson was appointed as Examiner and conducted an extensive investigation of financial transactions involving the assets, liabilities, operations and financial condition of DVI and its subsidiaries (including all transactions and relationships between debtor and non-debtor subsidiaries and affiliates).   DVI, with assets of



approximately $3 billion, provided financing for diagnostic imaging and other sophisticated medical equipment. As part of its financing operations, DVI originated hundreds of millions of dollars in financing contracts and sold these contracts to institutional investors through over thirty (30)) investment-grade securitization vehicles.  The accounting examination included the accounting practices of the debtor and any and all allegations of fraud, dishonesty, incompetence, misconduct, mismanagement, or financial and / or corporate irregularities.   Mr. Neilson coordinated a cooperative effort involving numerous law enforcement and government agencies, including the Office of the U.S. Trustee, the United States Attorneys' Office in Delaware and Pennsylvania, the Securities and Exchange Commission ("SEC"), the Federal Bureau of Investigation ("FBI"), and the United States Postal Service ("Postal Service"), all of which were tasked with conducting further investigations based upon the findings in the Examiner's report.

*IT Group*
In April 2002, R. Todd Neilson was appointed examiner in IT Group, a Chapter 11 bankruptcy in the District of Delaware. IT Group was a leading provider of services in the areas of consulting, engineering and construction, remediation, and facilities management.  In 2000, IT Group had over 7,500 employees in 80 domestic offices and 10 international offices and its annual revenues on a consolidated basis were approximately $1.4 billion.  Neilson provided a detailed report detailing the assets, liabilities, valuation and financial condition of IT Group as well as its capabilities of confirming a stand-alone plan of reorganization versus a sale of existing assets to an interested purchaser.

*Allegheny Health, Education and Research Foundation*
Chapter 11- Financial Advisors to Mellon Bank Group in Pittsburgh, Pennsylvania – AHERF was a large conglomerate of medical hospitals and research centers located in the eastern part of the US. Neilson Elggren was engaged as financial advisors to Mellon Bank Group Credit Facility to provide expert testimony concerning the whether substantive consolidation was justified for AHERF, and whether the Plan of Reorganization ("Plan") as proposed by the AHERF Trustee unfairly prejudiced one or more creditors.  Neilson Elggren prepared a detailed report in response to the Plan, which resulted in a settlement favorable to the Mellon Bank Group.

*Reed Slatkin*
Reed Slatkin, one of the co-founders of Earthlink, filed Chapter 11 bankruptcy in 2001 following pending legal actions by many of the individuals who had invested millions of dollars with Slatkin under the promise of substantial returns.  Neilson Elggren investigated Slatkin's enterprises and business practices over a period of fifteen years and provided a report detailing one of the largest Ponzi schemes in California history involving over $600 million of business transactions during that period.  Mr. Neilson was appointed as Trustee in the Slatkin bankruptcy and was given the responsibility of liquidating substantial assets throughout the United States, including hotels, unimproved real estate, shopping malls, interests in movie production companies, and other substantial equity investments.  Slatkin pled guilty and was incarcerated for a lengthy period in a federal prison.

*Charles Keating/Lincoln Savings*
Mr. Neilson was engaged as an expert witness in the litigation involving Charles Keating and American Continental Corporation, the parent company of Lincoln Savings, and the bondholders who invested approximately $250 million in the debentures of American Continental.  He directed the review of approximately $727 million, which passed through American Continental from 1984 through 1989 and testified as to the findings in the federal District Court in Tucson, Arizona.  The day after Mr. Neilson's testimony, two major defendants settled for over $90 million.  Total settlements in this matter exceeded $300 million.



*Bruce McNall Chapter 11 Bankruptcy*
Mr. Neilson was appointed Chapter 11 Trustee in the personal bankruptcy of Bruce McNall in Los Angeles. Mr. McNall's holdings include ownership of the Los Angeles Kings hockey franchise, ownership interest in the Toronto Argonauts Canadian football franchise, as well as considerable holdings in thoroughbred horses, rare coins and antiques, and sports memorabilia. Mr. McNall was incarcerated for bank fraud. Mr. Neilson supervised the accounting investigation into Mr. McNall's past activities, which included tracing of over $2.5 billion in cash and asset transfers

*Technical Equities Chapter 11*
Mr. Neilson directed the accounting analysis detailing the financial demise of Technical Equities, a San Francisco based investment company and reportedly the largest investor fraud case in U.S. history at that time. Harry Stern, former chief executive officer of Technical Equities, was sentenced to Federal prison for his role in the investor fraud. Mr. Neilson and his professionals traced almost $600 million in cash and prepared a damage analysis. As a result of his testimony, a settlement was achieved for the benefit of the creditors of Technical Equities.

*Adnan Khashoggi/Triad America*
He accepted the responsibility as Trustee of Triad America Corporation in the United States Bankruptcy Court. Triad America is the parent corporation of sixty separate companies with $200 million in total claims. Mr. Neilson directed the accounting and litigation effort, which resulted in the freezing of all assets in the United States, owned by Adnan and Essam Khashoggi and the subsequent payment of $32 million by Adnan Khashoggi to the bankruptcy estate.

*Property Mortgage Company*
Property Mortgage Company was a second mortgage company which had operated successfully in the Southern California area for over 40 years. The company filed for bankruptcy protection, asserting debts in excess of $100 million dollars to approximately 1,000 investors. Mr. Neilson was appointed as Trustee. In that capacity, he supervised the analysis of hundreds of millions of dollars flowing through the company. Based upon that review, we concluded that for a number of years prior to its demise the company had been operating a Ponzi scheme, paying old investors with the funds secured from fresh investors. As a result of our accounting investigation the President and Chief Executive Officer as well as two other participants were convicted of fraud.

*Dovie Beams de Villagran*
Mr. Neilson was appointed by the Federal Bankruptcy Court in California as Examiner in the bankruptcy of Dovie Beams de Villagran, former mistress of Ferdinand Macros. As a result of the report filed with the Court and Mr. Neilson's testimony, Mrs. de Villagran was convicted on thirty-nine counts of bank fraud and embezzlement for filing false and misleading financial statements with federally insured banks.

## EMPLOYMENT HISTORY

- Provided full-time Humanitarian service for schools, orphanages and women's clinics in Zimbabwe for the Church of Jesus Christ of Latter-Day Saints from May 2016 to November 2017.
- LECG, LLC – Mr. Neilson was a director of the NE Group at LECG that provided a combination of bankruptcy services, forensic and investigative accounting services, litigation consulting, corporate recovery and reorganization, valuation and tax services.
- Neilson Elggren LLP – Mr. Neilson was one of the founding partners of a practice that provided a combination of bankruptcy services, forensic and investigative accounting services, litigation



consulting, corporate recovery and reorganization, valuation and tax services.  Offices for Neilson Elggren LLP were located in Los Angeles, California, Salt Lake City, Utah and Wilmington, Delaware.

- Arthur Andersen – Arthur Andersen was formerly one of the "Big 5" international CPA and business-consulting firms with over 80,000 employees worldwide.  Mr. Neilson served as a partner and national director of Trustee/Receiver practices throughout the United States for Arthur Andersen.  He also served as a member of the Executive Committee for the Global Corporate Finance division of Arthur Andersen.
- Neilson, Elggren, Durkin & Co. - As one of the founding partners of this regional and consulting firm, Mr. Neilson was instrumental in the growth of this firm from a small office in Salt Lake City to a regional practice specializing in bankruptcy and litigation support services.  The firm had grown to 85 employees and six offices prior to its merger with Arthur Andersen.
- KMG/Main Hurdman, Salt Lake City, Utah - Actively engaged as an expert witness in matters involving accounting and finance relating to contract claims, breach of contract, fraud, civil and criminal RICO, embezzlement, securities fraud, criminal matters, bankruptcy, and public hearings before regulatory bodies.
- Chief Deputy Auditor - Salt Lake County - Responsible for the accounting department, budget department, internal audit department and land assessment division for the Salt Lake County Auditor's Office.  Within this capacity directed the office staff of 45 individuals and reviewed audits of governmental departments prior to issuance.
- Federal Bureau of Investigation - Special Agent Accountant - Responsible for accounting investigations including racketeer influenced and corrupt organizations involved in bank fraud, fraud against the government, bankruptcy fraud, mail fraud, securities fraud and others.

## EDUCATION

- Bachelor of Science, University of Utah 1975
- Former Associate Professor – Graduate School of Accounting – University of Utah

## PUBLICATIONS

- Co-Author of *AICPA Bankruptcy Practice Guide*.  Authoritative practice guide to be issued to all practicing Certified Public Accountants in the United States, 1994
- Co-Author *The CPA's Handbook of Fraud and Commercial Crime Prevention* issued by the AICPA, 2002
- "*Substantive Consolidation Accounting Issues*" article for *Bankruptcy Litigation Counselor*, 1994
- "*Methods for Uncovering & Conducting Investigative Audits*," Utah State Auditors Operation Manual, 1982

## PROFESSIONAL MEMBERSHIPS

- Association Of Insolvency Accountants - National Board of Directors
- Former Chairman - Securities Advisory Board - State of Utah - Accounting Profession Representative
- Former Chairman - Utah Association of CPA's - Professional Conduct and Ethics Sub-Committee
- Member - National Association of Bankruptcy Trustees
- Society of Former Special Agents of the Federal Bureau of Investigation - Past President of the Utah Chapter



- Former Board Member - Salt Lake City/County Board of Health Advisory Board
- Chairman of the Board – Private Bank of California

## SPEECHES

- Instructor for the Certified Public Accountants Criminal Investigation Seminar at the FBI Academy in Quantico, Virginia.
- Association of Insolvency Accountants – Tax Implications of Selling Assets in Bankruptcy – San Diego, California 1999
- National Conference of Bankruptcy Judges – Valuations of Businesses in Bankruptcy – Dallas, Texas 1998
- American Bankruptcy Institute – Western Region – Procedures and Practices for Valuing Businesses in Bankruptcy – 1998
- Law and Justice Center – Utah Fellows of the American Academy of Matrimonial Lawyers - Methods of Valuing Businesses in Divorce – Salt Lake City, Utah – 1997
- Certified Fraud Examiners – Presentation on Fraud and Accounting Issues – Salt Lake City, Utah – 1997
- Associated Women – CPA's – Litigation Support and Accounting Issues – Salt Lake City, Utah 1997
- California Bankruptcy Institute – Accounting for Difficult Fraudulent Conveyances – Fresno, California 1997
- Association of Insolvency Accountants Valuation Conference, - Relief from Stay Valuation Issues, Salt Lake City, Utah, 1994
- Expert Witness Seminar - Preparing Accountants as Expert Witnesses, Salt Lake City, Utah, 1994
- Association of Insolvency Accountants National Conference, Washington, D.C.  Plan of Reorganization Accounting Issues, 1993
- Association of Insolvency Accountants National Conference, Santa Monica, California - Role of Examiner in Bankruptcy, 1992
- Beta Alpha Psi - University of Utah, Brigham Young University, and Weber State University
- National Association of Accountants (Utah Chapter), Salt Lake City, Utah, 1982 and 1984
- Insolvency seminars at the University of Southern California (USC), University of Utah, Brigham Young University, and Weber State College
- Arizona CPA Litigation Services Conference, The Bankruptcy Arena, The Role of the Accountant, 1991



# David H. Judd
## Managing Director

BERKELEY RESEARCH GROUP, LLC
2049 Century Park East, Suite 2525
Los Angeles, CA 90067

Direct: 310.499.4941
Fax: 310.557.8982
Email: djudd@thinkbrg.com

## Summary

David H. Judd is a Managing Director of BRG, a former Director of LECG LLC, a former partner of Neilson Elggren LLP, a former partner of Neilson Elggren Durkin and Co. and Arthur Andersen LLP. He has thirty-nine years experience as an accountant specializing in bankruptcy and litigation services and investigative accounting.  Early in his career Mr. Judd was a senior consultant in the Litigation/Consulting Department in the international CPA firm of KMG/Main Hurdman.  His efforts have been focused on bankruptcy matters for both Chapter 7 and Chapter 11 filings, including services as Trustee, Accountants for the Trustee, court appointed Examiner, Accountants for the Examiner and Accountants for the Creditors.

Mr. Judd has performed investigative accounting services relating to fraud, embezzlement and mismanagement, including the reconstruction of records, tracing of funds and evaluations of internal controls.

Mr. Judd has served as accountant to the trustee, receiver and examiner for operating oil & gas exploration companies, operating oil refineries and gas stations and convenience stores.

Mr. Judd has provided expert witness testimony in various investigative accounting matters relating to fraud & embezzlement, bankruptcy avoidance actions, business damages, solvency matters and Ponzi schemes.  He has testified in both Federal and State Courts.

He has been called upon to develop feasibility studies and projections for various real estate projects, to prepare business valuations for ESOPs, minority interest buy-outs, mergers, acquisitions, purchase and sale of businesses, and divorce settlements.

He has been responsible for litigation services and consulting matters relating to estimates of damage for wrongful death and personal injury, business interruption claims, business valuations, economic analysis, breach of contract, and other cases involving loss of business profits or other business damages.

## Case Examples

- Reed E. Slatkin - Accountants to the Trustee.  Directed the accounting investigation of Slatkin's enterprises and business practices over a period of fifteen years and provided a report detailing one of the largest Ponzi schemes in California history involving over $600 million of business transactions during that period.  Assisted in liquidating substantial assets



throughout the United States, including hotels, unimproved real estate, shopping malls, interests in movie production companies, and other substantial equity investments.

- Adelphia Communications Corp. - Accountant to the Official Committee of Unsecured Creditors in the Adelphia Communications Corp ("Adelphia") bankruptcy.  Assisted in analyzing the voluminous financial transactions of Adelphia and providing expert testimony as to the findings.

- DVI, Inc. - Examiner and accountants.  Conducted an extensive investigation of financial transactions involving the assets, liabilities, operations and financial condition of DVI and its subsidiaries (including all transactions and relationships between debtor and non-debtor subsidiaries and affiliates).   Investigated the accounting practices of the Debtor and any and all allegations of fraud, dishonesty, incompetence, misconduct, mismanagement, or financial and/or corporate irregularities and coordinated a cooperative effort involving numerous law enforcement and government agencies.

- Metropolitan Mortgage – Accountants to the Examiner.  A large investment venture firm including several mortgage and insurance subsidiaries.  Conducted an investigation of real estate transactions and inter-company balances.

- Magic Ford - Accountants to the Trustee.  One of the largest Ford dealerships in the country.  Assisted in the operation and liquidation of the assets.

- Property Mortgage Company, Inc. - $150 million, Second Mortgage Company-Trustee - Accountant to the Trustee, including investigative analyses regarding a malpractice claim against the company's outside accountants.

- Fund America - Court-appointed Examiner.  Fund America was an international company that marketed various goods and services through a multi-level marketing network.  Investigated the company's operations.

- Receiver for two hotels and casinos in Nevada.

- Utex Oil Company - Court-appointed Examiner. Oil and gas production company.

- Arizona Fuels Corporation - Accountants for the Trustee and Receiver.  Oil refinery and ranch.

- Martin Marietta, Inc. - Consultant/Expert Witness. Defended against claim from subcontractor.

- Eaton Kenway, Inc. - Consultant/Expert Witness.  Prepared claim against prime contractor for change in scope of work.

- Mother Earth Industries - Analyzed capitalized costs and operating expenses for a steam generated electrical facility that provided power to a municipal association.

- City of Fresno - Expert Witness.  Provided report and deposition testimony regarding damages for remediation of ground water contamination.



- Lincoln Mortgage and Loan - Examiner and Accountants to the Examiner.  Investigated financial affairs of the investor in real property and the related secondary trust deeds market.

## Employment History

**KMG/Main Hurdman, Salt Lake City, Utah**

Bankruptcy assistance including investigative accounting, preparation of all schedules, monthly reporting to the court, operation analysis and assistance in managing ongoing business operations during bankruptcy proceedings.

Prepared expert witness testimony for business valuations, alleged fraud violations, personal injury and wrongful death suits, and other cases involving loss of business profits or other business damages.

Provided expert witness testimony on investigative cases.

Developed feasibility studies and projections for various real estate projects.

Prepared business valuations for ESOP's, minority interest buy-outs, mergers, acquisitions, purchase and sale of businesses, and divorce settlements.

**Fox & Company, Salt Lake City, Utah**

Involved in consulting engagements similar to those mentioned above relative to bankruptcy, insurance, valuation and litigation support services.

Served as an auditor and staff accountant.  Industry expertise includes:

|  |  |  |
|---|---|---|
| Real Estate | Retail Establishments | Salvage Companies |
| Construction | Mortgage Companies | |

## Education

Bachelor of Science in Accounting, Southern Utah State College, 1979
Master of Professional Accountancy, University of Utah, 1980

**Curriculum Vitae**



**PAUL N. SHIELDS**
BERKELEY RESEARCH GROUP, LLC

Direct: 801.321.0073
pshields@thinkbrg.com

## SUMMARY

Paul N. Shields is a Managing Director at Berkeley Research Group.  He has over thirty years of experience as a valuation expert and restructuring professional.  His professional designations include Chartered Financial Analyst (CFA), Certified Public Accountant (CPA), Certification in Distressed Business Valuation (CDBV), and Accredited in Business Valuation (ABV).  Mr. Shields has expertise in business valuation, financial advisory, damage assessments, and forensic accounting – particularly in the context of financial distress and bankruptcy.  The valuation services provided by Mr. Shields have been performed primarily in the context of contested valuation matters. In particular, Mr. Shields has assessed reasonably equivalent value and solvency in the context of avoidance actions, assessed damages and quantified claims in the context of bankruptcy litigation, and has valued business interests and assets for corporate reorganizations and shareholder disputes. He has also performed services as a financial advisor in the context of business restructurings and loan workouts. In addition, he has performed services as a state-court receiver, special master and mediator, and has testified in federal and state courts on numerous occasions.

## CASE EXAMPLES

- Bankruptcy Estate of Vickie Lynn Marshall (a/k/a Anna Nicole Smith) – Supervised the valuation of Koch Industries, Inc., the second largest closely held business in the United States.  The valuation was performed to assist counsel representing Ms. Marshall in her litigation against E. Pierce Marshall, the son of J. Howard Marshall II.

- The IT Group, Inc. – Assessed the reorganization value of The IT Group in the context of plan confirmation.  At the time, The IT Group had annual revenues in excess of $1.3 billion and was a leading provider of diversified environmental consulting, engineering, construction, remediation, and facilities management services.

- Bonneville Pacific Corporation – Assisted in supervising the damage study involving a bankrupt independent power producer.  Responsibilities included tracing funds and analyzing transactions in excess of $5.5 billion over a six-year period.

- Webvan Group, Inc. – Supervised the solvency analysis of a leading online e-grocer.  Funding received by the company from public and private sources exceeded $800 million.  The solvency analysis was performed in the context of avoidance actions.

- Arthur D. Little, Inc. – Supervised the solvency analysis of an international technology and management consulting firm with annual revenues in excess of $450 million.  The solvency analysis was performed in the context of avoidance actions.



## CASE EXAMPLES (CONTINUED)

- Vann's, Inc. – Assessed the solvency of a consumer electronics retailer with annual revenue in excess of $100 million. The solvency analysis was performed in the context of avoidance actions. Additional services provided included the assessment damages and the restated financial information to reflect the impact of alleged financial improprieties.

- JD Services, Inc. – Assessed the solvency of a full-service prepaid long distance phone company. The company's annualized revenues were in excess of $100 million.  The solvency analysis was performed in the context of avoidance actions.

- Case Name Withheld – Performed services as a consulting expert in the context of a contested, leveraged transaction.  At issue, among other things, was the solvency of the combined entities subsequent to a leveraged transaction.

- Case Name Withheld – Prepared the valuation of a gas station / convenience store chain with annual revenue of approximately $150 million.

- Case Name Withheld – Prepared the valuation of a grocery store chain with annual revenues in excess of $100 million.

- Med Diversified – Supervised the assessment of alleged earnings misstatements of a diversified home health services, medical equipment and medical products provider with annual sales in excess of $230 million. The earnings assessment was performed in the context of avoidance actions.

- Case Name Withheld – Performed services as a financial advisor in the context of a restructuring / loan workout of a wholesale distributor and marketer of refined petroleum products.

- Case Name Withheld – Performed services as a financial advisor in the context of a restructuring / loan workout of a subprime mortgage loan servicer.

- Case Name Withheld – Performed services as a financial advisor in the context of a restructuring / loan workout of a developer and manufacturer of telematics products.

- Case Name Withheld – Performed services as a financial advisor in the context of a restructuring / loan workout of a full-service restaurant chain with both franchised and company-owned locations.

- Case name withheld – Investigated the earnings misstatement of a publicly traded company's foreign subsidiary and reported the findings of the investigation in a written report to the board of directors. Assignment involved travel to the UK to conduct the investigation.

- Case name withheld – Assisted in the investigation of an earnings misstatement of a publicly traded company's foreign subsidiary. Assignment involved travel to Mexico to conduct the investigation.

- Le-Nature's, Inc. – Prepared the valuation of assets transferred to a liquidation trust in accordance with IRS Revenue Procedure 94-45 in the context of a bankruptcy proceeding.



## CASE EXAMPLES (CONTINUED)

- Case Name Withheld – Appointed as state court receiver. Responsibilities included identifying and securing receivership assets, effectuating strategy for businesses to operate as a going-concern, negotiating and closing the sale of receivership assets, accounting for transaction activity and winding down the receivership estate.

## EDUCATION

Bachelor of Arts in Accounting, University of Utah
Master of Business Administration, University of Utah

## WORK HISTORY

Berkeley Research Group, LLC; Director and Managing Director (2011 – Current)

LECG, LLC; Director (2005 – 2011)

Neilson Elggren LLP; Partner (2000 – 2005)

Arthur Andersen; Manager (1998 – 2000)

Neilson Elggren Durkin & Co.; Staff Accountant and Manager (1988 – 1998)

## PROFESSIONAL AFFILIATIONS

CFA Institute
Turnaround Management Association
Association of Insolvency and Restructuring Advisors
American Bankruptcy Institute
American Institute of Certified Public Accountants
Utah Association of Certified Public Accountants

## INSTRUCTION, PRESENTATIONS & PUBLICATIONS

Mr. Shields has provided instruction on valuation in the context of financial distress and bankruptcy at conferences for the American Bankruptcy Institute, the Association of Insolvency and Restructuring Advisors, the American Institute of Certified Public Accountants, and the Utah Association of Certified Public Accountants.

Co-author of *Business Valuation in Bankruptcy*, a Consulting Services Practice Aid published in 2002 by the American Institute of Certified Public Accountants.

Co-author of *Providing Bankruptcy and Reorganization Services, 2nd Edition, Volume 2 – Valuation in Bankruptcy*, a Forensic & Valuation Services Practice Aid published in 2016 by the American Institute of Certified Public Accountants.

3

**Curriculum Vitae**



### D. RAY STRONG
BERKELEY RESEARCH GROUP, LLC

201 South Main Street, Suite 450
Salt Lake City, UT 84111

2029 Century Park East, Suite 1250
Los Angeles, CA  90067

Direct: 801.321.0068
rstrong@thinkbrg.com

## SUMMARY

D, Ray Strong has provided expert, advisory, and fiduciary services for over twenty-five years involving investigative and forensic accounting, internal investigations, bankruptcy, federal and state court receiverships, corporate restructuring, and litigation support in local, national, and international matters. He is a Certified Public Accountant, Certified Fraud Examiner, Certified Insolvency and Restructuring Advisor, and is certified in Financial Forensics by the American Institute of Certified Public Accountants.

Mr. Strong has extensive expertise providing civil and criminal forensic and investigative accounting services including the investigation of fraud and mismanagement, corporate internal investigations, financial data reconstruction, "big data" analysis, tracing of funds and assets, partner dispute examinations, lost profit damage analyses, breach of contract claims, insurance claim recovery, witness and target interviewing, and has provided testimony in federal court, state court, and arbitration cases.  He has investigated numerous fraud and mismanagement related issues including complex management and financial statement frauds, asset misappropriation schemes, Ponzi and investment schemes, bank fraud, and bankruptcy fraud.

Mr. Strong is a seasoned professional in bankruptcy and insolvency related matters including court-appointments as Chapter 11 Trustee, Liquidating Trustee, Estate Manager, Examiner, and Receiver.  He regularly serves as an accountant and financial advisor to bankruptcy trustees, creditors' committees, and court-appointed receivers.  His experience includes the liquidation of assets, investigation of alleged insider dealings, liquidation and substantive consolidation analyses, plan development and feasibility, investigation and prosecution of avoidance actions, solvency analyses and claims resolution.

Mr. Strong has advised companies regarding potential lender defaults, contractual defaults, or a potential insolvency proceeding.  He has operated and managed various distressed companies within bankruptcy and receivership cases to preserve and maximize going-concern value for stake holders.  His responsibilities often entail analyzing operating viability, developing key performance indicators and operating metrics, creating cash flow forecasts, restructuring executive management teams and accounting departments, upgrading IT infrastructures, evaluating and implementing internal controls, addressing employee retention and benefit issues, identifying and resolving environmental claims, leading marketing and business development efforts, establishing treasury functions and systems, implementing cost control measures, and reconstructing financial and operating information.



Mr. Strong has taught graduate level accounting courses at the University of Utah and Westminster College of Salt Lake City and frequently presents on various fraud, insolvency, and accounting related topics.

## EDUCATION

Master of Professional Accountancy, University of Utah, 1995
Bachelor of Science (Accounting), Westminster College of Salt Lake City, 1994

## PRESENT EMPLOYMENT

Berkeley Research Group, LLC
Managing Director, 2018–present

## PREVIOUS POSITIONS

S3 Advisory LLC
Managing Member, 2015-2018

Berkeley Research Group, LLC
Managing Director, 2011-2014

LECG, LLC
Director, 2005–2011

Neilson Elggren LLP
Partner, 2000–2005

The Sundance Group
Assistant Controller, 2000

Arthur Andersen LLP
Manager, 1998–2000

Neilson, Elggren, Durkin & Company
Senior Accountant, 1996–98
Staff Accountant, 1995–96)

Lynn M. Carlson & Company
Staff Accountant, 1990–1994

## HONORS AND AWARDS

Distinguished Achievement Award, Association of Certified Fraud Examiners, 1995



## LICENSES AND CERTIFICATIONS

Certified Public Accountant, California and Utah
Certified Fraud Examiner
Certified Insolvency and Restructuring Advisor
Certified in Financial Forensics, American Institute of Certified Public Accountants

## PROFESSIONAL AFFILIATIONS

American Institute of Certified Public Accountants
Association of Insolvency and Restructuring Advisors
Association of Certified Fraud Examiners
American Bankruptcy Institute
Turnaround Management Association

## INDUSTRY EXPERIENCE

- Aerospace
- Agricultural
- Automotive
- Financing/Factoring
- C-Store/Fuel Distribution
- Construction
- Energy/Solar
- Internet/Telecommunication
- Manufacturing
- Real Estate
- Restaurant/Food Services
- Retail
- Service
- Software
- Technology
- Transportation
- Waste Disposal
- Wholesale

## NOT-FOR-PROFIT AFFILIATIONS

Utah Museum of Contemporary Art, Member of the Board of Trustees, 2014-2017

## PUBLICATIONS

"Are we giving fraud perpetrators a license to steal?" *Internal Auditing* 14:5, September/October 1998



## PRESENTATIONS AND INSTRUCTION

(1)     Co-instructor, "Fraud Examination and Forensic Accounting," University of Utah, David Eccles School of Business graduate-level course, Spring Semester 2007–2015

(2)     Panel Presenter, "Using Experts in Bankruptcy Cases," American Bankruptcy Institute, 20th Annual Rocky Mountain Bankruptcy Conference, January 2015

(3)     Panel Presenter, "Dealing with Internal Investigations," ACC Mountain West Chapter Last Chance CLE, July 2012

(4)     Panel Moderator, "Following the Winding Path of Claims Trading," American Bankruptcy Institute, 17th Annual Rocky Mountain Bankruptcy Conference, January 2012

(5)     Panel Presenter, "Financing Chapter 11s in Today's Economy," American Bankruptcy Institute, 15th Annual Rocky Mountain Bankruptcy Conference, January 2010

(6)     Panel Presenter, "Understanding Financial Statements from a Liquidation Perspective," American Bankruptcy Institute, 10th Annual Rocky Mountain Bankruptcy Conference, February 2005

(7)     Panel Presenter, "Conducting a Fraud Investigation," Association of Certified Insolvency and Restructuring Advisors, June 2003

(8)     Presenter, "Financial Statement Fraud," Utah Association of Certified Fraud Examiners, January 2000

(9)     Presenter, "Defining Forensic Accounting," Arizona Society of CPAs Conference, September 1999

(10)    Presenter, "Business Fraud," University of Utah, September 1999

(11)    Instructor, "MBA Survey of Accounting," Westminster College of Salt Lake City, Spring Semester 1999

(12)    Presenter, "Business Fraud," Brigham Young University, March 1999

(13)    Presenter, "Business Fraud," Utah State University, October 1998

(14)    Presenter, "Financial Statement Fraud," Utah Association of Internal Auditors, May 1998

(15)    Presenter, "Bankruptcy Fraud," Los Angeles Bankruptcy Trustee Administrators, April 1998

(16)    Presenter, "Internal Controls," University of Utah, September 1997

## CASE EXAMPLES

- Mr. Strong was responsible for leading an engagement to identify, reconstruct, locate, and trace billions of dollars of assets owned or previously owned by a prince of a royal family that owned and controlled significant oil reserves. The engagement involved analyzing hundreds of corporate structures and identifying and investigating thousands of assets located in countries throughout the world, including Argentina, France, Indonesia, Japan, Malaysia, New Zealand, the Philippines, Saudi Arabia, Singapore, United Kingdom, and the United States. The assets identified and analyzed included substantial real property (including palaces, homes, condos, apartments, hotels, and raw land), high-end sport and luxury custom automobiles, large custom yachts, custom luxury aircraft, paintings by master artists, gems; and jewelry.

- Mr. Strong assisted the chief restructuring officer of Solyndra with a substantial internal investigation and detailed report of the company's activities filed with the U.S. Bankruptcy Court. Solyndra was a U.S. manufacturer of solar photovoltaic power systems headquartered in California that specifically designed solar systems for large commercial and industrial rooftop applications. Solyndra was a high-profile national case as a result of its highly publicized bankruptcy filing, $535 million loan guarantee received from the Department of Energy, and political environment.



- Mr. Strong assisted the bankruptcy trustee and the liquidation trustee in the administration and investigation of Le-Nature's, Inc., a water, juice, and tea bottling company in Latrobe, Pennsylvania. Mr. Strong assisted with, among other things, the identification and liquidation of assets, termination and wind down of business operations, resolution of ownership disputes relating to leased equipment, analysis of potential causes of action, and the preservation of electronic data and documentation. Mr. Strong also led a large forensic accounting analysis and investigation to reconstruct and determine the actual financial activities of the company and its principals. The principals defrauded creditors out of more than $700 million. More than $1 billion of transactions were analyzed. As a result of his forensic analysis, Mr. Strong prepared expert reports and provided testimony in two arbitration proceedings against the company's former auditors.
- Mr. Strong was engaged by the U.S. Department of Justice as its forensic accounting expert in two criminal proceedings relating to Le-Nature's, Inc. Mr. Strong further analyzed the activities of Le-Nature's and its management, prepared an expert report, and testified at both trials in Pittsburgh, Pennsylvania.
- Mr. Strong was engaged by the Office of the Attorney General, State of Utah to investigate an alleged Ponzi scheme involving Rust Rare Coin, Inc.  Engagement included the reconstruction of certain accounting activity utilizing bank account documentation and other information gathered by the Utah Division of Securities and law enforcement, preparation of declarations filed with the court, and preparation for possible expert witness testimony for hearings that ultimately lead to an appointment of a Receiver.
- Mr. Strong was engaged by the Receiver of Rust Rare Coin, Inc. to reconstructing the accounting records of the company, investigate and analyze claims and potential "net winner" claw back actions, tax return preparation, asset valuation issues, and the investigation of Ponzi scheme activities.  The work performed involved investigating over $1 billion of bank account activity, over $200 million of investments from over 500 investors, and net claimant obligations of approximately $150 million.
- Mr. Strong was engaged by the United States Securities and Exchange Commission as a forensic accounting expert in the Marquis Properties LLC case filed in United States Federal District Court in Utah to reconstruct the financial activity and cash transactions of the company, investigate Ponzi scheme allegations, and to identify recoverable assets.  Marquis Properties, and its principals, promoted various real estate investment vehicles to investors that included secured notes offerings, real estate acquisitions, property management services, and joint venture opportunities. The work performed involved over $15 million in alleged investments from over 170 investors. Pursuant to his work, Mr. Strong also provided testimony in federal court.
- Mr. Strong was engaged by the court-appointed federal receiver of Traffic Monsoon, a company that described itself as a worldwide internet marketing and traffic exchange provider.  Mr. Strong's services included the reconstruction of significant accounting and cash activity, investigation of Ponzi scheme allegations, and providing financial advisory services to the receivership estate.  The reconstruction of accounting and cash activity included the analysis of various data sources involving over 100,000 members/investors located in 204 countries, over 50,000 lines of website code, data consisting of over 500 million records, transaction data from various online payment processors, and cash transactions totaling close to a billion dollars.  Pursuant to his engagement, Mr. Strong also provided testimony in United Federal District Court in Utah regarding his analysis and findings.
- Mr. Strong was engaged by a Special Committee of the Board of Directors of a significant industrial bank to conduct an internal investigation of alleged wrongdoing by its president and other senior management. The investigations involved analyzing thousands of transactions, collecting and analyzing large volumes of electronic files and emails, investigating third-party documentation,



conducting interviews of key company employees, customers, and professionals, and preparing an extensive report describing his findings.  Mr. Strong provided fact and expert testimony in litigation with another financial institution as a result of the investigation.

- Mr. Strong was appointed by the U.S. Bankruptcy Court as Successor Estate Manager of Natural Wonders, Inc., a national retail chain. The debtor operated as a specialty gift retailer with over 260 stores located throughout the country. Mr. Strong was responsible for liquidating the debtor's remaining assets, identifying and litigating various causes of action, resolving and negotiating disputed claims, and making distributions to creditors pursuant to the confirmed plan and disclosure statement. More than 3,000 claims were resolved and more than $18 million was distributed to holders of allowed claims.

- Mr. Strong assisted the bankruptcy trustee in the administration and investigation of Estate Financial, Inc., a "hard money lender" located in California that solicited investments for real estate secured loans. At the time of the bankruptcy filing, the loan portfolio consisted of nearly 550 loans totaling $350 million funded from over 2,000 investors. Mr. Strong supervised the reconstruction and analysis of the company's financial activities, analysis of loan documentation to determine the identity of the owners and allocation of loan ownership, reconciliation of hundreds of thousands of underlying transactions to determine the appropriate distribution of the proceeds from the loan payoffs and property sales, and the identification of avoidance actions.

- Mr. Strong assisted the court-appointed federal receiver of Diversified Lending, Inc. in the administration and investigation of alleged Ponzi scheme activity. Mr. Strong supervised the investigation and reconstruction of the financial activities of the company and its principals, identification and analysis of company assets, investor claims, causes of action, and business termination activities. The investigation, reconstruction, and analysis involved over 1,500 investor accounts, 100 bank accounts, and the identification of over $8 billion in cash activity.

- Mr. Strong was appointed by the United States Bankruptcy Court as Trustee of Castle Arch Real Estate Investment Company, LLC. In that capacity, Mr. Strong also became the manager of numerous other real estate affiliates. Castle Arch and its affiliates raised funds of over $73 million from investors and invested in raw land and other distressed real estate. The entities purchased and pursued entitlements on four large residential developments located in Utah, Arizona, Wyoming, and Tennessee and purchased, refurbished, and sold distressed residential homes. Mr. Strong reconstructed and investigated the business activities of the various related entities, identified, recovered, and liquidated assets, analyzed and settled claims, and is pursuing litigation against former management pursuant to a confirmed plan of liquidation.

- Mr. Strong was appointed by the United States Bankruptcy Court as Examiner with Expanded Powers of Tri-Valley Distributing, Inc., a wholesale and retail petroleum business. His duties included operating and liquidating a wholesale fuel distribution and bulk oil business, over 45 convenience stores, several fast food franchises, and a sizeable semi-tractor and tank trailer fleet with annual revenues of more than $200 million and claims exceeding $35 million. The debtors operated in Arizona, California, Nevada, Wyoming and Utah. Mr. Strong was also responsible for implementing a liquidating plan, investigating various transactions and activities between the debtors and related parties, supervising numerous environmental remediation projects, and identifying and litigating various causes of action.

- Mr. Strong was engaged by the trustee of the Yellowstone Mountain Club Liquidating Trust to assist in the administration of the liquidating trust, analysis of claims, pursuit of various causes of action, and liquidation of asset. Yellowstone Mountain Club was a large high-end residential development and ski community located in Montana that filed for bankruptcy during a substantial real estate downturn.

6



- Mr. Strong was appointed by the U.S. Bankruptcy Court as Examiner of Medical Software Solutions, a medical software company. The company created a web-based back-office software product to assist physicians with the management of their medical practices. His court mandate required the review and analysis of a proposed debtor-in-possession (DIP) financing agreement, asset purchase agreement, and investigation of alleged inappropriate insider dealings. Mr. Strong interviewed and deposed several key debtor personnel, venture capitalist, potential asset purchasers and other relevant insiders. Additionally, he reviewed and analyzed a large volume of documentation obtained from various parties and reported his findings to the court by written reports and testimony.

- Mr. Strong's firm was appointed receiver of two Nissan auto dealerships, Kirkland and Bellevue Nissan, in a state court insolvency proceeding filed in the State of Washington. He was the partner in-charge of this engagement with sole responsibility for all decision making on behalf of the firm. His responsibilities included developing cash and asset controls to protect and preserve the secured creditor's collateral, investigating potential claims, analyzing and determining the viability of on-going operations, making recommendations to the court regarding the future existence of the dealerships, locating and liquidating the debtor's new and used car inventory, parts, fixed assets, intangible assets, and receivables.

- Mr. Strong was appointed as the state court receiver of certain collateral relating to Arches Financial.  Arches Financial was an investor in over $500 million of delinquent credit card accounts. Mr. Strong was responsible for investigating, identifying, and administering the collateral. As a result, he located and transitioned the accounts to a new collection agency, currently supervising the collection efforts, and distributing proceeds to the holder of the collateral.

- Mr. Strong was appointed as a state court receiver of Xi3, Inc. and its related affiliates. The company manufactured and sold small form factor computers. Mr. Strong worked with secured creditors to obtain interim financing in an effort to continue operations for a limited time period to evaluate the feasibility of the companies' operations and determine options to maximize value. Mr. Strong investigated the financial activities of the company and its related affiliates including various loan and capital funding, managed and liquidated remaining assets including a large US and foreign patent portfolio, and analyzed and evaluated the liabilities and claims of the companies.

- Mr. Strong was appointed as the state court receiver of Thermal Processing, Inc. The company provided aluminum heat treat and special processes for the aerospace industry primarily. In that capacity, Mr. Strong operated the business, investigated the activities of the business and principals, pursued causes of action, liquidated surplus equipment, addressed and negotiated a resolution relating to an existing foreclosure and eviction proceeding, addressed environmental cleanup efforts, and negotiated and closed the sale of the business as a going-concern. Additionally, Mr. Strong took control and operated a related facility in Monterrey, Mexico that manufactured parts for large commercial aircraft. Mr. Strong analyzed the ongoing operations, addressed dire cash flow needs and requirements, stabilized the company's operations, and negotiated and closed a sale of the business as a going-concern to a foreign entity.

- Mr. Strong was appointed as the state court receiver of Advanced Fluid Containment LLC. The company manufactured large steel holding tanks for the oil and gas industry. In that capacity, Mr. Strong operated the business through a sale of the assets, investigated activities of the business and principals, addressed environmental remediation issues, and evaluated and resolved claims filed by various creditors.

- Mr. Strong performed an investigation of a real estate partnership on behalf of a silent general partner. His investigation included analyzing current operations, determining reasonableness of development and construction costs, investigating unauthorized payments and property transfers to the active general partner related insiders.



- Mr. Strong was engaged by a large national bank to investigate the financial dealings of Graham Motors, which included three automotive dealership locations with Ford, Chevrolet, Chrysler, Dodge, Jeep, and Subaru franchises in Wyoming. His investigation included the analysis of cash and flooring activity, identification of collateral, analysis of flooring transmittals and vehicle inventories, identification of existing liabilities, and calculation of loss due to the fraudulent conduct of the owner and his associates. Mr. Strong also advised the bank in winding down the dealership's operations including processing outstanding finance contracts, collection of outstanding trade and manufacturer receivables, and processing of state license and titling applications.

- Mr. Strong supervised the analysis of development and construction cost allocations relating to a joint venture agreement between a real estate developer and landowner. He determined the reasonableness of development and construction costs and investigated whether costs from other projects, unrelated to the joint venture agreement, were allocated to the development to the detriment of the landowner.

- Mr. Strong assisted in operating Magic Ford, one of the largest Ford/Mercury/Lincoln automobile dealerships in the country at the time, to assist the bankruptcy trustee in selling the business as a going concern. His services included the management of cash flow, identification of assets and liabilities, analysis of historical and current operations, supervision of remaining employees, and various other daily operating activities. Additionally, Mr. Strong assisted the bankruptcy trustee with investigating the financial dealings of the dealership, owner, and various associates. His investigation and analyses helped uncover various fraudulent schemes and aided the bankruptcy trustee in pursing avoidance actions.

- Mr. Strong operated Express.com, a large e-commerce company, for a two-month period until the bankruptcy trustee could sell the company as a going concern. His services included cash management, analysis of historical and on-going operations, implementation of cost cutting strategies, negotiations with credit card merchants, financial reporting, preparation of financial and operational statistics to solicit potential buyers, supervision of remaining employees, web page management, and various day-to-day activities. Mr. Strong's efforts aided the bankruptcy trustee in the sale of all company assets resulting in values in excess of forced liquidation values. Additionally, he analyzed and investigated filed claims to determine amounts to be allowed and made in creditor distributions.

- Mr. Strong was engaged by the bankruptcy trustee of Suncrest, LLC. Suncrest was a large residential PUD development located in Utah. He assisted the Trustee with identifying assets, analyzing claims, and pursing various causes of actions.

- Mr. Strong was engaged by a real estate management company to analyze and investigate allegations of fraud and misconduct of its internal accountant.  Mr. Strong determined the amount of loss and assisted with the prosecution of an insurance claim.

- Mr. Strong was engaged by the executive committee of a law firm to analyze and investigate allegations of fraud and misconduct of its internal accountant.

- Mr. Strong was engaged by a large energy cooperative to perform an analysis and investigation regarding funds embezzled by an employee. The analysis resulted in the uncovering over $500,000 of misappropriated funds and provided the basis for recovery under an existing insurance policy.

- Mr. Strong assisted the bankruptcy trustee of Bonneville Pacific Corporation, an independent power producer, in a damage study, which included tracing and categorizing transactions in excess of $5 billion over a six-year period. Recoveries exceeded $200 million from more than 30 defendants including auditors, law firms, underwriters, and insiders.



- Mr. Strong provided financial analyses requested by the Creditors' Committee of Stueve Brother Farms. Stueve Brother Farms was a family business that operated one of California's largest dairy operations at the time. The company filed a Chapter 11 bankruptcy petition resulting from a $10 million judgment obtained by a competitor for alleged trade secret and patent violations. The services performed included identification and analysis of claims, an analysis of the Disclosure Statement and Plan of Reorganization filed by the debtor, identification of potential fraudulent transfers, assistance with the negotiation of plan default provisions, and an analysis of the dairy farm operations.
- Mr. Strong was engaged by the Creditors' Committee of Bliss Dairy.  Bliss Dairy was a family owned business operating a large dairy farm located in Delta, Utah.  The services performed included the analysis of the Disclosure Statement and Plan of Reorganization filed by the Debtor, development of plan projection models, analysis of plan feasibility, and financial advisory services to assist counsel with negotiating favorable plan treatment for unsecured creditors.
- Mr. Strong was engaged by the Creditors' Committee of Mountain Crane.  Mountain Crane is a family owned business that provides crane and operator rental services for the construction, oil and gas, and alternative energy industries. The services performed included the analysis of the Disclosure Statement and Plan of Reorganization filed by the Debtor, development of plan projection models, analysis of plan feasibility, and financial advisory services to assist counsel with negotiating favorable plan treatment for unsecured creditors.
- Mr. Strong was engaged by a large investor of Waterford Funding to analyze their historical investment activity and provide consulting services relating to demands by the bankruptcy trustee for return of proceeds received as a result of a Ponzi scheme that was operated by its principals.
- Mr. Strong analyzed damages relating to lost profits involving a low-level nuclear waste facility. Responsibilities included analyzing current operations, industry data, industry regulations, assisting counsel with depositions and interrogatories, reviewing and analyzing plaintiff's damages, coordinating various data obtained from other experts relating to transportation, construction, industry regulations, hydrology, and geology, and the preparation of a lost profit damage analysis.

**Curriculum Vitae**



### MATTHEW K. BABCOCK
### ASSOCIATE DIRECTOR

BERKELEY RESEARCH GROUP, LLC
201 South Main Street, Suite 450
Salt Lake City, Utah 84111

Direct: 801.321.0076
Fax: 801.335.9926
mbabcock@thinkbrg.com

## SUMMARY

Matthew K. Babcock is an Associate Director with Berkeley Research Group, LLC ("BRG"). Mr. Babcock is a Certified Public Accountant, Certified in Financial Forensics (CPA / CFF), a Certified Fraud Examiner (CFE) and a Certified Insolvency and Restructuring Advisor (CIRA) with over 22 years of experience providing services in bankruptcy, forensic / investigative accounting, and litigation support.

Prior to BRG, Mr. Babcock worked with LECG LLC, Neilson Elggren LLP, Arthur Andersen, Neilson Elggren Durkin & Company and the Federal Bureau of Investigation ("FBI"). As an Honors Intern with the FBI, Mr. Babcock was assigned to work with the Office of Independent Counsel investigating former Secretary of Agriculture Mike Espy.

Mr. Babcock has served in numerous bankruptcy and insolvency matters, including court appointments as Trustee, Receiver, Accountant to the Trustee, Accountant to the Liquidating Estate Manager, Accountant to the Debtor and Financial Advisor to the Official Committee of Unsecured Creditors. His experience includes the investigation of alleged insider dealings, investigation and pursuit of preferences, fraudulent transfers and other causes of action, tracing of funds, financial data reconstruction, liquidation and substantive consolidation analyses, plan feasibility analyses, plan preparation, solvency analyses, claims analysis / resolution and liquidation of assets. He has assisted Trustees in operating Chapter 11 companies, including analyzing prior and on-going operations, developing cash flow projections, budgeting, and managing other day-to-day accounting activity.

Mr. Babcock has significant training and experience investigating fraud and mismanagement, including financial statement fraud, "Ponzi" schemes, embezzlement schemes, check kiting, bank fraud, and bankruptcy fraud. He serves as a volunteer professional faculty member at the University of Utah, assisting in the instruction of the University's "Fraud Examination & Forensic Accounting" course. He has also conducted numerous presentations relating to the investigation and analysis of business fraud, financial statement fraud, bankruptcy fraud, and other fraud schemes.

Mr. Babcock has provided both civil and criminal litigation support services, including the investigation of fraud and mismanagement, tracing of funds, partner disputes, lost profit damages, patent infringement damages, breach of contract, economic analyses, and financial record reconstruction.

**Curriculum Vitae**



## CASE EXAMPLES

*Trustee & Receiver*

- William J. "Boots" Del Biaggio III: Successor Liquidating Trustee / Accountant to the Trustee
- BDB Management, LLC: Successor Estate Representative / Accountant to the Trustee
- BDB Management III, LLC: Successor Estate Representative / Accountant to the Trustee
- Beehive State, LLC: State Court Receiver

*Forensic Accountant & Financial Advisor*

Services Provided To Fiduciaries:

- Traffic Monsoon, LLC: Accountant to the Receiver
- National School Fitness Foundation: Accountant to the Trustee
- Rust Rare Coin, Inc.: Accountant to the Receiver
- Le-Nature's, Inc.: Accountant to the Trustee
- Castle Arch Real Estate Investment Company, LLC: Accountant to the Trustee
- JD Services, Inc.: Accountant to the Trustee
- Bruce P. McNall:  Accountant to the Trustee
- DVI, Inc.: Accountant to the Examiner
- Husting Land & Development, Inc.: Accountant to the Trustee
- Natural Wonders, Inc. / World Of Science, Inc.: Accountant to the Liquidating Estate Manager
- Rich International Airways, Inc.: Accountant to the Liquidating Trustee
- Tri-Valley Distributing, Inc.: Accountant to the Examiner
- Williamson Family: Accountant to the Receiver

Services Provided To Unsecured Creditors' Committees:

- The Weinstein Company, LLC: Financial Advisor to the Official Committee of Unsecured Creditors
- Archdiocese Of Milwaukee: Financial Advisor to the Official Committee of Unsecured Creditors (services included asset identification / tracing)
- Catholic Diocese Of Wilmington, Inc.: Financial Advisor to the Official Committee of Unsecured Creditors (services included asset identification / tracing)
- Diocese Of Great Falls: Financial Advisor to the Official Committee of Unsecured Creditors
- Diocese Of Stockton: Financial Advisor to the Official Committee of Unsecured Creditors (services included asset identification / tracing)
- Revolution Dairy LLC, et al: Financial Advisor to the Official Committee of Unsecured Creditors
- Society of Jesus Oregon Province: Financial Advisor to the Official Committee of Unsecured Creditors (services included asset identification / tracing)
- Wolf Creek Properties, LC: Financial Advisor to the Official Committee of Unsecured Creditors

Services Provided To Debtors:

- C3 Investments: Accountant to the Debtor

Services Provided To Government Agencies:

- Case Names Withheld: Forensic Accountant for a government agency (services included asset identification / tracing)

## Curriculum Vitae



- Case Name Withheld: Forensic Accountant for the Department of Justice (services included asset identification / tracing)

  Services Provided To Others:
- Case Name Withheld: Financial Advisor to a Prince of a Royal Family (services included asset identification / tracing)
- Case Name Withheld: Forensic Accountant (services included investigation of alleged embezzlement / fraud)

*Litigation*

- Albright et al v. Attorneys Title Insurance Fund et al: Damage Study
- Benson Bolt v. Zions First National Bank: Damage Study
- Marshall v. Marshall: Damage Study
- Promega v. Lifecodes: Damage Study – Patent Infringement
- Semnani v. USPCI: Damage Study


## INDUSTRY EXPERIENCE

- Automotive
- Construction
- Dairy
- Film / Entertainment
- Financial / Securitizations
- Internet / Telecommunications
- Manufacturing

- Not-For-Profit / Religious Institutions
- Professional Sports
- Retail
- Real Estate
- Transportation
- Waste Disposal


## EMPLOYMENT HISTORY

2011 – Present      **BRG, LLC**
                    Associate Director (2017)
                    Senior Managing Consultant (2011 – 2016)

2005 – 2011         **LECG, LLC**
                    Senior Managing Consultant (2008 – 2011)
                    Managing Consultant (2005 – 2008)

2000 – 2005         **Neilson Elggren LLP**
                    Senior Manager (2005)
                    Manager (2001- 2005)
                    Senior Accountant (2000 – 2001)

1998 – 2000         **Arthur Andersen**
                    Senior Accountant (1999 - 2000)
                    Staff Accountant (1998 – 1999)

## Curriculum Vitae



| 1997 – 1998 | **Neilson Elggren Durkin & Company**<br>Staff Accountant (1998)<br>Intern (1997 - 1998) |
| --- | --- |
| Summer 1996 | **Federal Bureau of Investigation**<br>Honors Intern (Washington DC) |
| Summer 1995 | **Federal Bureau of Investigation**<br>Intern (Albuquerque, New Mexico) |

## EDUCATION

Bachelor of Science in Accounting (Magna Cum Laude), Brigham Young University, April 1998
Master of Professional Accountancy, Brigham Young University, April 1998

## LICENSES & CERTIFICATIONS

Certified Public Accountant – Utah
Certified Fraud Examiner (CFE)
Certified Insolvency & Restructuring Advisor (CIRA)
Certified In Financial Forensics (CFF)

## PROFESSIONAL MEMBERSHIPS

American Institute of Certified Public Accountants
Utah Association of Certified Public Accountants
Association of Insolvency and Restructuring Advisors
Association of Certified Fraud Examiners
American Bankruptcy Institute

## INSTRUCTION, PRESENTATIONS & PUBLICATIONS

*Instruction*

- University Of Utah – "Fraud Examination and Forensic Accounting (Accounting 6540)" / Volunteer Professional Faculty (Spring Semester 2011 through Spring Semester 2020)

*Presentations*

- Utah Association Of Certified Public Accountants: "Occupational Fraud – Common Schemes & Detection" (June 2018)
- California Bankruptcy Forum / California Bankruptcy Conference – "Where the Rubber Hits the Road: Claims and Claims Objections" (May 2014)
- Brigham Young University – "Ethical Dilemmas and Fraud" (March 2014)
- Brigham Young University – "Life as a Forensic Accountant" (April 2013)

## Curriculum Vitae



- Association Of Certified Fraud Examiners (Utah Chapter) – "Bankruptcy and Ponzi Schemes" (December 2012)
- Brigham Young University – "Forensic Accounting and Fraud Investigations" (December 2011)
- Turnaround Management Association – "Professional Ethics" (November 2011)
- Utah State University – "Forensic Accounting" (October 2010)
- Brigham Young University – "Forensic Accounting" (January 2006 & October 2010)
- Brigham Young University – "Financial Statement Fraud and the Role of the Forensic Accountant" (March 2001, April 2002, April 2003, April 2004 and November 2005)
- Brigham Young University – "Business and Financial Statement Fraud" (March 2000)
- Brigham Young University – "Business Fraud" (March 1999)

**Curriculum Vitae**



**CHRISTINA TER-GEVORKIAN**
**SENIOR ASSOCIATE**

BERKELEY RESEARCH GROUP, LLC
201 South Main Street, Suite 450
Salt Lake City, UT 84111

Direct: 801.321.0071
ctergevorkian@thinkbrg.com

**SUMMARY**

Christina Ter-Gevorkian is a Senior Associate at Berkeley Research Group, LLC. She specializes in the Disputes and Investigations division performing forensic accounting services, bankruptcy, and insolvency matters. She's proficient in working with Microsoft Office products such as Excel, Access, and PowerPoint. She also has experience with other analytical software, such as SQL, RStudio, and Tableau.

Ms. Ter-Gevorkian's previous employment includes working for S3 Advisory, LLC where she assisted in investigating and analyzing cases including Ponzi schemes, financial statement fraud and bankruptcies. Prior to S3 Advisory, she volunteered as a leader for Westminster's Pro Bono Volunteer Income Tax Assistance program and Low-Income Taxpayer Clinic where she reviewed prepared tax returns before they were sent to the Internal Revenue Service ("IRS") and represented taxpayers in disputes with the IRS, including audits, appeals, collection matters, and federal tax litigation. Ms. Ter-Gevorkian was also an accounting intern at JR Miller Enterprises where she assisted the controller in performing various tasks and helped develop a 10-year budget plan.

Ms. Ter-Gevorkian received her Master in Accountancy from the David Eccles School of Business at The University of Utah and graduated *summa cum laude* with a Bachelor's of Science degree in Accounting from Westminster College. She holds both a Certified Public Accountant (CPA) license and a Certified Fraud Examiner (CFE) license.

**CASE EXAMPLES**

- Rust Rare Coin Inc.
  - Forensic analysis for a precious metals and rare coin business that conducted a multimillion-dollar Ponzi scheme involving hundreds of investors. Assisted in creating a cash receipts and disbursement database utilized for tracing hundreds of millions in cash activity, investigation of the fraudulent scheme, as well as assisted in the identification and recovery of assets.

1



- Undisclosed Receivership
  - Accounting and investigative services to the receivership of the 2011 Trust and all related assets. Assisted in performing company operational tasks including depositing checks, tax compliance, and obtaining/ organizing company documents. Also created a cash receipts and disbursement database utilized for tracing over $100 million of cash activity over a 7-year time period.

- The Weinstein Company Holdings
  - Forensic analysis for the bankruptcy of a major independent film studio. Assisted in preparing a preliminary analysis of cash disbursement activity which occurred in the 90 days and 1 year prior to the filing of bankruptcy. Also conducted background investigations and prepared an analysis on certain vendors.

- Undisclosed Party
  - Tax preparation services for a real estate consulting firm. Assisted in creating schedules that categorized Quick Books activity for various investments to assist in the preparation of yearly tax returns.

- Estate Financial, Inc.
  - Investigative loan analysis for a money lending company that solicited investments for real estate secured loans.

- Traffic Monsoon
  Forensic analysis for a worldwide internet marketing and traffic exchange provider that conducted a Ponzi scheme involving thousands of investors around the world. The analysis involved over 60,000 members/ investors located in over 200 countries and transaction data from various online payment processors.

## EMPLOYMENT HISTORY

| | | |
|---|---|---|
| January 2020 – Present | **Berkeley Research Group, LLC** | |
| | Senior Associate | |
| April 2018 – January 2020 | Associate | |
| | | |
| February 2017 – April 2018 | **S3 Advisory, LLC** | |
| | Staff Accountant/ Forensic Assistant | |
| | | |
| January 2017 – May 2017 | **Westminster Pro Bono VITA/LITC Clinic** | |
| | Leadership Team | |
| | | |
| May 2016 – February 2017 | **JR Miller Enterprises** | |
| | Accounting Intern | |



**LICENSES AND CERTIFICATIONS**

Certified Public Accountant, Utah
Certified Fraud Examiner

**EDUCATION**

Master of Accountancy, Audit emphasis                    University of Utah, 2018
Bachelor of Science in Accounting, *summa cum laude*      Westminster College, 2017

**PROFESSIONAL AWARDS AND RECOGNITION**

2017 – 2018      School of Accounting Academic Excellence Award
2017 – 2018      William L. and Opal M. Fields Scholarship and Fellowship
2016 – 2017      Delta Mu Delta Academic Honor Society in Business
2016 – 2017      Burton Scholarship
2015 – 2016      Flying J. Scholarship
2014 – 2017      Westminster College Dean's List

**PROFESSIONAL MEMBERSHIPS**

American Institute of Certified Public Accountants, Member
Association of Certified Fraud Examiners, Member
Utah Association of Certified Public Accountants, Member
American Bankruptcy Institute, Member
Turnaround Management Association, Member

**Curriculum Vitae**



**SHELBY CHAFFOS**
**ASSOCIATE**

BERKELEY RESEARCH GROUP, LLC
201 South Main Street, Suite 450
Salt Lake City, UT 84111

Direct: 801.321.6337
Fax: 385.415.7775
schaffos@thinkbrg.com

**SUMMARY**

Shelby Chaffos is an Associate at Berkeley Research Group, LLC. She specializes in matters related to forensic accounting investigations, bankruptcy matters, and economic and damages analysis. She's proficient in working with Microsoft Office products like Excel, Access, and Customer Relationship Management. She also has experience with accounting and management software, such as Oracle JD Edwards, ADP, Sage and Concur.

Ms. Chaffos previous employment includes working for Western States Lodging and Management where she designed revenue and expense improvements by streaming operational processes. Prior to Western States, she worked at Nelson Laboratories where she was the administrator for payroll and travel and expense management. She assisted on two system implementations and provided strong analytical skills to identify and resolve software system issues. Ms. Chaffos also volunteered as a tax preparer for Westminster Pro Bono Tax Clinic where she assisted and prepared tax returns for low income taxpayers.

Ms. Chaffos received her Master in Accountancy from the Bill and Vieve School of Business at Westminster College and graduated with a Bachelor's of Science degree in Accounting from Westminster College. She is in the process of obtaining her Certified Public Accountant (CPA) license.

**CASE EXAMPLES**

- Undisclosed Party - Tax preparation services for a real estate consulting firm.
- Undisclosed Party - Assisted in economic loss analysis related damages caused by alleged breach of contract.

1



## EMPLOYMENT HISTORY

| | |
|---|---|
| January 2020 – Present | **Berkeley Research Group, LLC**<br>Associate |
| February 2019 – December 2019 | **Western States Lodging and Management**<br>Property Accountant |
| January 2017 – February 2019 | **Nelson Laboratories, LLC a Sotera Health Company**<br>Accountant I, Interim Payroll Administrator |
| January 2016 – April 2016 | **Westminster Pro Bono VITA**<br>Tax Preparer |
| August 2013 – May 2014 | **Kruse Landa Maycock & Ricks, LLC**<br>Intern |
| August 2012 – September 2015 | **H&S Machine Inc.**<br>Administrative Assistant |

## EDUCATION

| | |
|---|---|
| Master of Accountancy | Westminster College, 2018 |
| Bachelor of Science in Accounting | Westminster College, 2017 |

## PROFESSIONAL AWARDS AND RECOGNITION

| | |
|---|---|
| 2016 – 2017 | Orchow Martineau Scholarship |
| 2014 – 2017 | Westminster College Dean's List |

## PROFESSIONAL MEMBERSHIPS

Utah Association of Certified Public Accountants, Member

# EXHIBIT D



## Berkeley Research Group, LLC
## Schedule of 2020
## Billing Rates

| Position | Hourly Rate | | |
|---|---|---|---|
| Managing Director / Director | $680 | - | $1,095 |
| Associate Director / Senior Professional Staff | $500 | - | $680 |
| Junior Professional Staff | $235 | - | $500 |
| Support Staff | $115 | - | $235 |

**File a Motion:**

[20-10343-LSS Boy Scouts of America](#)

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 1 (Delaware) |
| Assets: y | Judge: LSS | |

Case Flag: STANDOrder, SealedDoc(s), MEGA, LEAD, CLMSAGNT

<div align="center">

**U.S. Bankruptcy Court**

**District of Delaware**

</div>

Notice of Electronic Filing

The following transaction was received from James E O'Neill entered on 6/3/2020 at 1:51 PM EDT and filed on 6/3/2020

**Case Name:**    Boy Scouts of America
**Case Number:**    [20-10343-LSS](#)
**Document Number:** [768](#)

**Docket Text:**
Monthly Application for Compensation *for Services Rendered and for Reimbursement of Expenses of Berkeley Research Group, LLC as Financial Advisors to the Official Tort Claimants' Committee* for the period *March 6, 2020* to *March 31, 2020 (First)* Filed by Berkeley Research Group, LLC. Objections due by 6/17/2020. (Attachments: # (1) Notice # (2) Exhibit A # (3) Exhibit B # (4) Exhibit C # (5) Exhibit D # (6) Certificate of Service) (O'Neill, James)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**1st fee app of BRG - march 2020.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=6/3/2020] [FileNumber=16431498-0] [00ff28835ff4ef80c60c156aa57e94c4b7e6c32ddf09455ad1500b5afc81e5ee64c9 4e84f9a41230c431ad16d23544c46d65956ce493a4374bd0f902cfd8c71e]]
**Document description:**Notice
**Original filename:**C:\fakepath\notice re 1st fee app of BRG - march 2020.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=6/3/2020] [FileNumber=16431498-1] [50834229645d0651659bfea548967379859104b413dfdfcebe76053e78889be0e255 ff576a242a26cbc280bf21acf32140c47253891df5a3ad6654ab6549e4d3]]
**Document description:**Exhibit A
**Original filename:**C:\fakepath\exh a re 1st fee app of BRG - march 2020.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=6/3/2020] [FileNumber=16431498-2] [865db2a9fdf39aeaabf1f726ce4172d7a26e93e4c03c81ae7b74e57dac44ca6459e0 3f015f42c8037423c545abfd4a47baa7d9ca11a7bf46dea714bf439b3d30]]
**Document description:**Exhibit B
**Original filename:**C:\fakepath\exh b re 1st fee app of BRG - march 2020.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=6/3/2020] [FileNumber=16431498-3] [0d455a15154f765ead36bee7270564c41028a9179ea0f2948bc01fa710c5acad3164 053eaafb8ee0c94430ad5471137b8ef4ae1d1e48ee3312b9e0840c800579]]
**Document description:**Exhibit C
**Original filename:**C:\fakepath\exh c re 1st fee app of BRG - march 2020.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=6/3/2020] [FileNumber=16431498-4] [684dae5b40d9887de779f2187238014abce1f420f06d9c8f0aa6d880cdfefd53366f a26c1b7120ccf2f8170cc67fda3eb7dc683f84508e3dc3d5ffc04844672e]]
**Document description:**Exhibit D
**Original filename:**C:\fakepath\exh d re 1st fee app of BRG - march 2020.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=6/3/2020] [FileNumber=16431498-5] [0beb6a632f6d1752167ae37868fd76e1b8acecdcc5ffcf9c9b84f828259fcaa36719 44cc32c9d6b84af3d9366baa0073ecdb5eba9eb4b60f9c13f98ac61a8f52]]
**Document description:**Certificate of Service
**Original filename:**C:\fakepath\cos re 1st fee app of BRG - march 2020.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=6/3/2020] [FileNumber=16431498-6] [8afcc9d0672cf2cb281be8898ed74b025a7d30218869da0b9b1235642408ce67f07 bca8ae8f03e981b8da272495f4bfb652787e78db94a6b14ca68862b5bc40]]

**20-10343-LSS Notice will be electronically mailed to:**

Derek C. Abbott on behalf of Debtor Boy Scouts of America
dabbott@mnat.com, meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com;glenn-reimann-6767@ecf.pacerpro.com;derek-abbott-1155@ecf.pacerpro.com

Derek C. Abbott on behalf of Debtor Delaware BSA, LLC
dabbott@mnat.com, meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com;glenn-reimann-6767@ecf.pacerpro.com;derek-abbott-