# EXHIBIT B

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No. 20-10343 (LSS) |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, |  |
|  | Jointly Administered |
| Debtors. | **Objection Deadline: August 21, 2020 at 4:00 p.m. (ET)** |
|  | **Hearing Date: Scheduled only if necessary** |

**SECOND MONTHLY APPLICATION OF BERKELEY RESEARCH GROUP, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISORS TO THE OFFICIAL TORT CLAIMANTS' COMMITTEE FOR THE PERIOD FROM APRIL 1, 2020 THROUGH APRIL 30, 2020**

| | |
|---|---|
| Name of Applicant: | Berkeley Research Group, LLC |
| Authorized to Provide Professional Services to: | Official Tort Claimants' Committee |
| Date of Retention: | March 6, 2020 by order entered on or about April 11, 2020 |
| Period for which Compensation and Reimbursement is Sought: | April 1, 2020 through April 30, 2020 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $390,313.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $513.74 |

This is a(n): X monthly        __ interim        __ final application.

The total time expended for fee application preparation is approximately 0 hours and the corresponding compensation requested is approximately $0.00.

## PRIOR MONTHLY APPLICATIONS FILED.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| June 3, 2020 | 03/06 – 03/31 | $281,697.00 | $0.00 | $225,357.60 | $0.00 |

## PRIOR QUARTERLY APPLICATIONS FILED.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A | N/A |

## BRG PROFESSIONALS

| Name of Professional | Title & Experience | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| R. Todd Neilson | Managing Director; Over 40 Years Experience; BS Accountancy 1975; CPA Since 1981 | $850.00 | 97.7 | $83,045.00 |
| David H. Judd | Managing Director; Over 40 Years Of Experience; Master Of Accountancy 1980 | 750.00 | 111.8 | 83,850.00 |
| Vernon Calder | Managing Director; Over 37 Years Of Experience; Master Of Accountancy 1983 | 745.00 | 2.6 | 1,937.00 |
| Paul N. Shields | Managing Director; Over 32 Years Of Experience; Master Of Business Administration 1992; CPA Since 1991 | 715.00 | 6.1 | 4,361.50 |
| D. Ray Strong | Managing Director; Over 25 Years Of Experience; Master Of Accountancy 1995; CPA Since 1997 | 660.00 | 57.5 | 37,950.00 |
| Matthew Edman | Director, Over 15 Years Of Experience; Ph.D. Computer Science; ACE | 670.00 | 8.9 | 5,963.00 |

| Thomas Kiernan | Director, Over 29 Years Of Experience; B.S. Computer Science; CFCE, CCME | 670.00 | 2.6 | 1,742.00 |
|---|---|---|---|---|
| Christopher Tarbell | Director, Over 20 Years Of Experience; M.S. Computer Science; CFCE, EnCE, ACE | 670.00 | 0.8 | 536.00 |
| Matthew K. Babcock | Associate Director; Over 22 Years Of Experience; Master Of Accountancy 1998; CPA Since 2000 | 625.00 | 187.6 | 117,250.00 |
| Leif Larsen | Associate Director; Over 20 Years Of Experience; Bachelor of Science in Accounting; CPA Since 2006 | 560.00 | 0.5 | 280.00 |
| Christina Tergevorkian | Senior Associate; Over 4 Years Of Experience; Master Of Accountancy 2018; CPA Since 2019 | 295.00 | 50.0 | 14,750.00 |
| Shelby Chaffos | Associate; Over 4 Years Of Experience; Master Of Accountancy 2018 | 240.00 | 130.9 | 31,416.00 |
| Sherry Anthon | Case Assistant; Over 3 Years Of Experience; Master Of Accountancy 2000 | 205.00 | 31.4 | 6,437.00 |
| Evelyn Perry | Case Assistant; Over 32 Years Of Experience | 185.00 | 4.3 | 795.50 |
| | **Blended Rate** | **$563.47** | **692.7** | **$390,313.00** |

## COMPENSATION BY CATEGORY

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| **200.10** – Document / Data Analysis (Merrill DatasiteOne) | 23.5 | $13,673.00 |
| **200.20** – Document / Data Analysis (Financial / Accounting) | 31.9 | 18,350.50 |
| **200.30** – Document / Data Analysis (Financial / Accounting) – PeopleSoft Accounting System | 35.4 | 24,449.00 |
| **200.60** – Document / Data Analysis (Local Councils) | 8.3 | 5,254.00 |
| **210.00** – Bankruptcy Proceedings (Filings / Motions – General) | 13.3 | 9,395.00 |
| **211.01** – Bankruptcy Proceedings (Filings / Motions – Cash Collateral) | 18.7 | 12,422.50 |
| **211.03** – Bankruptcy Proceedings (Filings / Motions – Cash Management) | 12.4 | 8,994.00 |

3

| | | |
|---|---|---|
| **211.05** – Bankruptcy Proceedings (Filings / Motions – Shared Services) | 10.4 | 7,520.50 |
| **221.00** – Debtors Operations / Monitoring (Cash Flow Reports) | 12.5 | 9,039.00 |
| **224.00** – Debtors Operations / Monitoring (Shared Services Reports) | 1.2 | 900.00 |
| **300.00** – Asset Analysis (General - Debtors) | 47.2 | 33,537.00 |
| **301.00** – Asset Analysis (General - Debtors Restricted / Identified Assets) | 22.4 | 8,559.00 |
| **303.00** – Asset Analysis (General – Local Councils) | 168.4 | 62,078.50 |
| **310.00** – Asset Analysis (Cash / Bank Accounts - Debtors) | 33.4 | 12,051.50 |
| **321.00** – Asset Analysis (Investments / Funds – Debtors Restricted / Identified Assets) | 32.0 | 20,180.00 |
| **330.00** – Asset Analysis (Real Property - Debtors) | 2.8 | 1,795.00 |
| **332.00** – Asset Analysis (Real Property – Related Non-Debtors) | 18.5 | 13,505.00 |
| **333.00** – Asset Analysis (Real Property – Local Councils) | 75.6 | 34,783.50 |
| **500.00** – Viability Analysis | 75.4 | 57,074.00 |
| **700.00** – Tax Compliance & Analysis | 5.1 | 4,062.00 |
| **900.00** – Report / Presentation Preparation | 22.3 | 16,804.00 |
| **1000.00** – Case Administration | 2.5 | 1,859.00 |
| **1020.00** – Meeting Preparation & Attendance | 19.5 | 14,027.00 |
| **Total** | **692.7** | **$390,313.00** |

## EXPENSE SUM MARY

| Expense Category | Service Provider Of Applicable Expense | Total Expenses |
|---|---|---|
| Research Services | TLO | $47.49 |
| Research Services | CoStar | 1.35 |
| Research Services | GuideStar | 464.90 |
| **Total** | | **$513.74** |

4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 20-10343 (LSS) |
| BOY SCOUTS OF AMERICA AND | |
| DELAWARE BSA, LLC, | Jointly Administered |
| | |
| Debtors. | **Objection Deadline: August 21, 2020** |
| | **at 4:00 p.m. (ET)** |
| | **Hearing Date: Scheduled only if** |
| | **necessary** |

**SECOND MONTHLY APPLICATION OF BERKELEY RESEARCH GROUP,
LLC FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISORS
TO THE OFFICIAL TORT CLAIMANTS' COMMITTEE FOR THE PERIOD
<u>FROM APRIL 1, 2020 THROUGH APRIL 30, 2020</u>**

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the

"<u>Bankruptcy Code</u>"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively,

the "<u>Bankruptcy Rules</u>"), and the Court's "*Order (I) Approving Procedures For (A)*

*Interim Compensation And Reimbursement Of Expenses Of Related Professionals And (B)*

*Expense Reimbursement For Official Committee Members And (II) Granting Related*

*Relief*" (the "<u>Interim Order</u>"), Berkeley Research Group, LLC ("<u>BRG</u>" or "<u>Applicant</u>"),

financial advisor to the Official Tort Claimants' Committee ("<u>Tort Claimants' Committee</u>"

of "<u>TCC</u>"), hereby submits its Boy Scouts Of America and Delaware BSA, LLC

("<u>Debtors</u>") Second Monthly Application for Compensation and for Reimbursement of

Expenses for the Period from April 1, 2020 through April 30, 2020 ("<u>Application</u>").

By this Application, BRG seeks a monthly allowance of compensation in the amount of $390,313.00 and no expenses for a total allowance of $513.74 and payment of $312,250.40 (80% of the allowed fees) and reimbursement of $513.74 (100% of the allowed expenses) for a total payment of $312,764.14 for the period April 1, 2020 through April 30, 2020 (the "Second Monthly Period").  In support of this Application, BRG respectfully represents as follows:

## Background

1.      On February 18, 2020 (the "Petition Date"), the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  On February 18, 2020, the Debtors also filed certain motions and applications seeking certain "first day" orders.  The factual background relating to the Debtor's commencement of this case is set forth in the "*Declaration of Brian Whittman In Support Of The Debtors' Chapter 11 Petitions And First Day Pleadings*" [Docket No. 16] (the "Whittman Declaration").

2.      The Debtors have continued in possession of their property and have continued to operate and manage their businesses as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee or examiner has been appointed in this Chapter 11 case.

3.      On or around March 4, 2020 (the "Committee Formation Date") the Office of the United States Trustee (the "US Trustee") formed the Tort Claimants' Committee to represent all tort claimants of the Debtors pursuant to section 1102 of the Bankruptcy Code. See Docket No. 142.  On the Committee Formation Date, the Tort Claimants' Committee determined to retain, subject to Court approval, Pachulski Stang Ziehl & Jones LLP ("PSZJ" or "Counsel") as counsel to represent the Tort Claimants' Committee in all matters during the

6

pendency of this chapter 11 case.  The appointment of PSZJ was approved.

4.      After the Committee Formation Date, the Tort Claimants' Committee determined to retain, subject to Court approval, BRG as its financial advisor in the Debtors' case.  On or about April 11, 2020, the "*Order Authorizing And Approving The Retention Of Berkeley Research Group, LLC, As Financial Advisor To The Official Tort Claimants Committee Effective As Of March 6, 2020*" appointing BRG effective March 6, 2020 was approved (the "Retention Order").  The Retention Order authorized BRG to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.  A copy of the Retention Order is attached hereto as Exhibit A.

5.      On or about April 6, 2020, the Court entered the Interim Order, authorizing certain professionals ("Professionals") to submit monthly applications for interim compensation and reimbursement for expenses, pursuant to the procedures specified therein. The Interim Order provides, among other things, that a Professional may submit monthly fee applications.  If no objections are made within fourteen (14) days after service of the monthly fee application, the Debtors are authorized to pay the Professional eighty percent (80%) of the requested fees and one hundred percent (100%) of the requested expenses. Beginning with the period ending May 31, 2020, at three-month intervals, each of the Professionals must file with the court and serve an interim application for allowance of the amounts sought in its monthly fee applications for that period.  All fees and expenses paid are on an interim basis until final allowance by the Court.

6.      On June 3, 2020, BRG filed an application for fees in the amount of $281,697.00 and expenses in the amount of $0.00 for the timer period covering March 6 through March 31, 2020 [Docket No. 768].

## BRG's APPLICATION FOR COMPENSATION AND
## FOR REIMBURSEMENT OF EXPENSES

### Compensation Paid and Its Source

**7.**     All services for which BRG requests compensation were performed for or on behalf of the Tort Claimants' Committee.

8.     BRG has received no payment and no promises for payment from any source other than the Debtors for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application.  There is no agreement or understanding between BRG and any other person other than the partners / directors of BRG for the sharing of compensation to be received for services rendered in this case.

### Fee Statements

9.     The fee statements for the Second Monthly Interim Period are attached hereto as <u>Exhibit B</u>.  <u>Exhibit B</u> provides the detailed time entries for the services provided by category by BRG as financial advisor to the Tort Claimants' Committee as well as the detail of all expenses expended.  To the best of BRG's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules and the Interim Order. BRG's time reports are recorded contemporaneously at the time the work is performed.

10.     BRG is particularly sensitive to issues of "lumping" and, unless time was spent in one-time frame on a variety of different matters for a particular client, separate time entries are set forth in the time reports.  BRG's charges for its professional services are based upon the time, nature, extent and value of such services and the cost of comparable services other than in a case under the Bankruptcy Code.  BRG has reduced its charges

related to any non-working "travel time" to fifty percent (50%) of BRG's standard hourly rate. To the extent it is feasible, BRG professionals work during travel.

## Actual and Necessary Expenses

11.     BRG charges $0.10 per page for photocopying expenses related to cases, such as these, arising in Delaware. BRG charges $0.25 per page for out-going facsimile transmissions. There is no additional charge for long distance telephone calls on faxes. The charge for outgoing facsimile transmissions reflects BRG's calculation of the actual costs incurred by BRG for the machines, supplies and the extra labor expenses associated with sending telecopies and are reasonable in relation to the amount charged by outside vendors who provide similar services. BRG does not charge for the receipt of faxes in these cases.

12.     With respect to providers of on-line research services (e.g., LEXIS and PACER), BRG charges the standard usage rates these providers charge for computerized legal research. BRG bills its clients the actual amounts charged by such services, with no premium.

13.     BRG believes the foregoing rates are the market rates that the majority of similar firms / providers charge clients for such services.

## Summary of Services Rendered

14.     The names of the directors and associates of BRG who have rendered professional services in this case during the Second Monthly Period, and the paraprofessionals and case assistants of BRG who provided services to these professionals during the Second Monthly Period, are set forth in the attached Exhibit B. Resumes of each individual that describe the education and qualifications of the professionals and

paraprofessionals for BRG whose time constitutes a basis for this Application are attached as Exhibit C.

15.    Exhibit D is a schedule of Applicant's normal hourly billing rates during the Second Monthly Period.  These were the rates charged by Applicant's personnel to solvent clients where Applicant ordinarily receives payment in full within less than 90 days. Applicant carefully reviewed all time charges to ensure they were reasonable and non-duplicative.  Costs and disbursements were also reviewed.  Time was billed in tenths of an hour.

16.    BRG, by and through such persons, has prepared and / or assisted in the preparation of various motions submitted to the Court for consideration, advised the Tort Claimants' Committee on a regular basis with respect to various matters in connection with the Debtor's bankruptcy case, and performed all necessary professional services which are described and narrated in detail below.  BRG's efforts have been extensive due to the size and complexity of the Debtor's bankruptcy case.

## Summary of Services by Project

17.    The services rendered by BRG during the Second Monthly Period can be grouped into the categories set forth below. BRG attempted to place the services provided in the category that best relates to such services. However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category.  These services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth in the attached Exhibit B.  Exhibit B identifies the professionals and paraprofessionals who rendered services relating to each category, along with the number

of hours for each individual and the total compensation sought for each category.

**A.      200.01 – Document / Data Analysis (Merrill DatasiteOne)**

18.      BRG continued its review and analysis of thousands of pages of documents, data and information uploaded by the Debtors into the Merrill DatasiteOne Data Room ("Data Room"), including over 1,300 new documents.  At the end of April 2020, the Debtors had uploaded approximately 2,600 individual documents into the Data Room. As part of its continued review and analysis, BRG examined a number of categories of documents, including corporate / organization records, financial statements (including related supporting documents and electronic accounting system data), asset and liability records, and periodic reports filed / uploaded by the Debtors. Applicant's review of Data Room documents has assisted in and will continue to facilitate its on-going analyses and investigations.

Applicant continued to work closely with Counsel in its review and examination of the Debtors' Data Room documents in order to identify key documents, respond to inquiries from Counsel and avoid duplication of effort. Pursuant to Counsel request, BRG has prepared weekly Data Room indexes in order to identify new documents uploaded, existing documents removed and other modifications to the Data Room.

Fees: $13,673.00;            Hours: 23.5

**B.      200.20 – Document / Data Analysis (Financial / Accounting)**

19.      BRG continued its analysis of available financial statements from 2005 through 2020 (including monthly, quarterly and annual financial statements and supporting supplemental schedules, notes, correspondence, etc.) and related accounting data for the Debtors, Related Non-Debtors and Local Councils. BRG's analysis of financial and

accounting data has and will continue to assist in its identification and analysis of assets and
potential assets (both historical and current) of the Debtors. In addition, BRG analysis of
financial statements has assisted in its evaluation of historical and current financial trends
and business relationships existing between the Debtors, Related Non-Debtors and Local
Councils. BRG also continued its examination of the Debtors' accounting manuals and
policies as part of its evaluation of the Debtors' accounting procedures.

        Fees: $18,350.50;        Hours: 31.9

C.     **200.30 – Document / Data Analysis (Financial / Accounting) - PeopleSoft
Accounting System**

20.     BRG continued its evaluation of the Debtors' PeopleSoft accounting system.
BRG analyzed various PeopleSoft accounting reports received from the Debtors and their
financial advisors, identified inconsistencies and issues with these reports, and pursued
obtaining direct access to the PeopleSoft system. BRG also independently analyzed the
available PeopleSoft modules / tables. BRG identified potential PeopleSoft consultants /
experts to be engaged to assist with the examination of the PeopleSoft system and data. BRG
worked with Counsel, PeopleSoft consultants, and the Debtors to evaluate and negotiate a
mutually acceptable solution to provide the TCC professionals with direct access to the
PeopleSoft system and its underlying accounting reports and data subject to the protective
order in place. The PeopleSoft data is vital to BRG's on-ongoing and pending analysis and
will allow BRG to efficiently analyze the Debtors' historic and current operations and
financial activity. In addition, the PeopleSoft data will assist BRG in its identification and
analysis of assets available to the Debtors' creditors. BRG also continued its analysis of
limited data exports provided by the Debtors from the PeopleSoft accounting system.

Fees: $24,449.00;          Hours: 35.4

**D.       200.60 – Document / Data Analysis (Local Councils)**

21.      BRG examined Local Council documents, including articles of incorporation,

bylaws and other similar corporate records. In addition, BRG reviewed documents available

on selected Local Council websites and evaluated methods in order to obtain Local Council

documents available on all Local Council websites.

Fees: $5,254.00;          Hours:8.3

**E. 210.00 – Bankruptcy Proceedings (Filings / Motions – General)**

22.      BRG continued its review, analysis and evaluation of the Debtors'

preliminary bankruptcy filings, including the Debtors' first day motions and proposed

orders. BRG also monitored the Debtors' response to outstanding document requests and

updated its master document tracking schedule (which captures information related to each

specific document request, including status of requests, date(s) when documents were

received / uploaded to the Data Room, location(s) of documents in the Data Room and

related outstanding issues).

BRG participated in periodic conference calls and meetings with Counsel, Debtors'

financial advisors and / or other BRG professionals in order to discuss issues related to the

first day motions and in order to coordinate additional examinations and analyses.  Said

meetings and conference calls allowed for the first day motion analysis to be conducted in

an efficient, cost-effective manner and ensured that Counsel's needs were satisfied.

Fees: $9,395.00;          Hours: 13.3

**F.       211.01 – Bankruptcy Proceedings (Filings / Motions – Cash Collateral)**

23.      BRG continued its evaluation of relief requested and related issues raised in the

13

Debtors' "*Motion to Approve Use of Cash Collateral Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363; (II) Granting Adequate Protection to the Prepetition Secured Party Pursuant to 11 U.S.C. §§ 105(a), 361, 362, 363 and 507; (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b); and (IV) Granting Related Relief*" ("Cash Collateral Motion"). As part of its evaluation, BRG continued its examination of the Debtors' cash flow forecast for 2020. BRG also continued its analysis of the Debtors' weekly cash flow reports, including an evaluation of any variances between actual and budgeted activity and identification of issues for follow-up with the Debtors.

BRG participated in periodic conference calls and meetings with Counsel, Debtors' financial advisors and / or other BRG professionals in order to discuss issues related to the Cash Collateral Motion and in order to coordinate additional evaluations and analyses. Said meetings and conference calls allowed for the analysis to be conducted in an efficient, cost-effective manner and ensured that Counsel's needs were satisfied.

> Fees: $12,422.50;          Hours: 18.7

**G.    211.03 – Bankruptcy Proceedings (Filings / Motions – Cash Management)**

24.    BRG continued its analysis of relief requested and related issues raised in the Debtors' "*Motion to Maintain Bank Accounts Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue Using Existing Cash Management System, Including Existing Bank Accounts, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Maintain Existing Business Forms; and (II) Waiving the Requirements of 11 U.S.C. § 345(b); and (III) Granting Related Relief*" ("Cash Management Motion"). As part of

its services, BRG worked closely with Counsel in order to review and revise the proposed

Cash Management Final Order.

BRG participated in periodic conference calls and meetings with Counsel, Debtors'

financial advisors and / or other BRG professionals in order to discuss issues related to the

Cash Management Motion and in order to coordinate additional evaluations and analyses.

Said meetings and conference calls allowed for the analysis to be conducted in an efficient,

cost-effective manner and ensured that Counsel's needs were satisfied.

BRG's services related to the Cash Management Motion will benefit on-going and

pending analyses and investigations, including its identification and analysis of assets

available to the Debtors' creditors.

Fees: $8,994.00;             Hours: 12.4

**H.**       **211.05 – Bankruptcy Proceedings (Filings / Motions – Shared Services)**

25.       BRG continued its analysis of  relief requested and related issues raised in the

Debtors' "*Motion Regarding Chapter 11 First Day Motions Debtors' Motion for Entry of*

*Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Obligations*

*Under Shared Services Arrangements, (II) Authorizing Continued Performance of Obligations*

*Under Shared Services Arrangements, and (III) Granting Related Relief*" ("Shared Services

Motion").  As part of its analysis, BRG continued to provide assistance to Counsel in the

crafting of a final Shared Services order that was agreeable to the Tort Claimants' Committee.

BRG participated in periodic conference calls and meetings with Counsel and / or

other BRG professionals in order to discuss issues related to the Shared Services Motion

and in order to coordinate additional evaluations and analyses.  Said meetings and

conference calls allowed for the analysis to be conducted in an efficient, cost-effective

15

manner and ensured that Counsel's needs were satisfied.

BRG's services related to the Shared Services Motion will benefit on-going and pending analyses and investigations, including its identification and analysis of potential assets available to the Debtors' creditors.

Fees: $7,520.00;              Hours: 10.4

**I.**      **221.00 – Debtors Operations / Monitoring (Cash Flow Reports)**

26.      BRG analyzed weekly cash flow budgets and actual results in order to keep Counsel and members of the TCC informed as to the Debtors' operations.  BRG prepared a rolling analysis of budgeted and actual results based on updated cash flow budgets provided by the Debtor.

BRG participated in periodic conference calls and meetings with Counsel and / or other BRG professionals in order to discuss issues related to the Cash Flow Reports and to coordinate additional evaluations and analyses.  Said meetings and conference calls allowed for the analysis to be conducted in an efficient, cost-effective manner and ensured that Counsel's needs were satisfied.

BRG will continue to provide services monitoring the Debtor's cash flows and operations and report its findings to counsel and the TCC to keep them informed of the debtors ongoing operations.

Fees: $9,039.00;              Hours: 12.5

**J.**      **224.00 – Debtors Operations / Monitoring (Shared Services Reports)**

27.      BRG analyzed reports provided by the Debtor regarding cash receipts and disbursements related to non-debtor affiliates and local councils.  This analysis is ongoing and allows Counsel and the TCC to monitor the Debtor's activity in relation to the Shared

Services order.

        Fees: $900.00;              Hours: 1.2

    **K.**        **300.00 – Asset Analysis (General – Debtors)**

28.       BRG analyzed the Debtors general, unrestricted assets. In particular, BRG

analyzed assets identified in the Debtors' bankruptcy schedules and statement of financial

affairs (which were filed on April 8, 2020) including cash, investments, real estate and

potential causes of action.

        Fees: $33,537.00;           Hours: 47.2

    **L.**        **301.00 – Asset Analysis (General - Debtors Restricted / Identified Assets)**

29.       BRG continued it analysis of assets identified by the Debtors as being

restricted or otherwise unavailable to creditors. As part of this analysis, BRG continued its

examination of documents and records uploaded by the Debtors to the Data Room, including

wills, bequests, agreements, pledges and related correspondence. BRG's on-going

examination of restricted assets identified by the Debtors will benefit its analyses and

investigations, including its identification and analysis of potential assets available to the

Debtors' creditors.

        Fees: $8,559.00;             Hours: 22.4

    **M.**        **303.00 – Asset Analysis (General – Local Councils)**

30.       BRG continued its preliminary analyses / investigations into assets available

to the Committee, including issues related to alleged restrictions and assets held by Local

Councils. As part of this analysis, BRG obtain Forms 990 for all 260 Local Councils from

the GuideStar research service. Using these documents, BRG developed its initial master

schedule of Local Council assets. BRG researched real estate information available on Local

Council websites and updated its master schedule. BRG also developed a process to automatically download all available documents from Local Council websites and began a review of these documents.

> Fees: $62,078.50;          Hours: 168.4

**N.**     **310.00 – Asset Analysis (Cash / Bank Accounts – Debtors)**

31.     BRG began its initial examination of bank account statements and bank account reconciliation files uploaded by the Debtors during the month of April 2020. BRG's initial analysis of the Debtors bank accounts will benefit its on-going analyses and investigations, including its identification and analysis of potential assets available to the Debtors' creditors.

> Fees: $12,051.50;          Hours: 33.4

**O.**     **321.00 – Asset Analysis (Investments / Funds - Debtors Restricted / Identified Assets)**

32.     BRG initiated an analysis of the BSA Commingled Endowment Fund ("CEF"), including supporting documentation uploaded by the Debtors' for the various participants in the CEF. BRG also examined organizational documents related to the CEF. BRG's initial analysis of the CEF will benefit its on-going analyses and investigations, including its identification and analysis of potential assets available to the Debtors' creditors.

> Fees: $20,180.00;          Hours: 32.0

**P.**     **330.00 – Asset Analysis (Real Property – Debtors)**

33.     BRG analyzed the Debtors' real estate holdings, including corporate and high adventure facility properties. BRG's analysis of the Debtors' real estate holdings will

benefit its on-going analyses and investigations, including its identification and analysis of potential assets available to the Debtors' creditors.

Fees: $1,795.00;          Hours: 2.8

**Q.    332.00 – Asset Analysis (Real Property – Related Non- Debtors)**

34.    BRG examined the approximate $345 million note receivable owed to the Debtors' by Arrow WV Inc. ("Arrow") related to the Summit Bechtel Reserve ("Summit"). As part of its analysis, BRG reviewed supporting corporate documentation and analyzed available accounting data (including intercompany accounts receivable activity involving the Debtors and Arrow from 2012 through 2020). BRG provided its initial findings to Counsel.

Fees: $13,505.00;          Hours: 18.5

**R.    333.00 – Asset Analysis (Real Property – Local Councils)**

35.    BRG analyzed Local Council real estate holdings and updated utilized its master Local Council asset schedule discussed in Paragraph M above. As part of this analysis, BRG examined all active Local Council websites and recorded all real estate identified thereon (primarily service centers, scout shops and camps / reserves). BRG's analysis of the Local Councils' real estate holdings will benefit its on-going analyses and investigations, including its identification and analysis of potential assets available to the Debtors' creditors.

Fees: $34,783.50;          Hours: 75.6

**S.    500.00 – Viability Analysis**

36.    BRG began its analysis of the on-going viability of the Debtors' operations, including eight (8) business units of the Debtors' and six (6) Related Non-Debtors. This analysis included a detailed analysis of approximately 3.3 million general ledger entries

provided by the Debtor for the years 2017 through 2019.  BRG began its analysis of the data by individual business unit and for each Related Non-Debtor for each available year.  This analysis included revenue and expense amounts and trends.  BRG analyzed payroll and benefits for each business unit and entity.  BRG also developed a viability forecast for the years 2021 through 2025 for each individual business unit and Related Non-Debtor entity. BRG initiated a detailed study of membership, including the impact of historical declines and registration fee increases.

In order to establish reasonable assumptions for the viability forecast, BRG analyzed forecasts and budgets provided by the Debtor.  BRG used this information as well as historical trends to determine a reasonable membership forecast for the years 2021 through 2025.  BRG updated this information based on each subsequent forecast and 13-week budget provided by the Debtor.

> Fees: $57,074.00;            Hours: 75.4

**T.**      **700.00 – Tax Compliance & Analysis**

37.       BRG evaluated tax issues related to net operating losses identified as assets in the Debtors' bankruptcy schedules. As part of this evaluation, BRG examined prior years' tax returns and related tax guidelines.

> Fees: $4,062.00;            Hours: 5.1

**U.**      **900.00 – Report / Presentation Preparation**

38.       BRG prepared materials, outlines, and reports to present various preliminary findings and issues to the Committee on a periodic basis. These communications involved the evaluation of the Debtors' accounting information, progress in receiving access to essential documentation and data, various asset analyses, bank account analyses, financial

viability analyses, and the examination of local council and related non-debtor issues.

Fees: $16,804.00;        Hours: 22.3

**V.    1000.00 – Case Administration**

39.    BRG analyzed issues related to objections filed by insurers against Debtors' counsel's retention / employment application. The services rendered included the review of the objection filed and the Debtors' subsequent response to the objection to evaluate potential future impacts to existing TCC work and analyses.

Fees: $1,859.00;        Hours: 2.5

**W.    1020.00 – Meeting Preparation & Attendance**

40.    BRG prepared for and participated in various conference calls with Counsel, Debtors' counsel, Debtors' financial advisors, UCC counsel, UCC financial advisors, and / or other BRG personnel regarding various case issues and assignments.

Fees: $14,027.00;        Hours: 19.5

**Valuation of Services**

41.    Professionals and paraprofessionals of BRG expended a total of 692.7 hours as financial advisors to the Tort Claimants' Committee during the Interim Period, as follows:

| Name of Professional | Title & Experience | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| R. Todd Neilson | Managing Director; Over 40 Years Experience; BS Accountancy 1975; CPA Since 1981 | $850.00 | 97.7 | $83,045.00 |
| David H. Judd | Managing Director; Over 40 Years Of Experience; Master Of Accountancy 1980 | 750.00 | 111.8 | 83,850.00 |
| Vernon Calder | Managing Director; Over 37 Years Of Experience; Master Of Accountancy 1983 | 745.00 | 2.6 | 1,937.00 |

21

| Paul N. Shields | Managing Director; Over 32 Years Of Experience; Master Of Business Administration 1992; CPA Since 1991 | 715.00 | 6.1 | 4,361.50 |
|---|---|---|---|---|
| D. Ray Strong | Managing Director; Over 25 Years Of Experience; Master Of Accountancy 1995; CPA Since 1997 | 660.00 | 57.5 | 37,950.00 |
| Matthew Edman | Director, Over 15 Years Of Experience; Ph.D. Computer Science; ACE | 670.00 | 8.9 | 5,963.00 |
| Thomas Kiernan | Director, Over 29 Years Of Experience; B.S. Computer Science; CFCE, CCME | 670.00 | 2.6 | 1,742.00 |
| Christopher Tarbell | Director, Over 20 Years Of Experience; M.S. Computer Science; CFCE, EnCE, ACE | 670.00 | 0.8 | 536.00 |
| Matthew K. Babcock | Associate Director; Over 22 Years Of Experience; Master Of Accountancy 1998; CPA Since 2000 | 625.00 | 187.6 | 117,250.00 |
| Leif Larsen | Associate Director; Over 20 Years Of Experience; Bachelor of Science in Accounting; CPA Since 2006 | 560.00 | 0.5 | 280.00 |
| Christina Tergevorkian | Senior Associate; Over 4 Years Of Experience; Master Of Accountancy 2018; CPA Since 2019 | 295.00 | 50.0 | 14,750.00 |
| Shelby Chaffos | Associate; Over 4 Years Of Experience; Master Of Accountancy 2018 | 240.00 | 130.9 | 31,416.00 |
| Sherry Anthon | Case Assistant; Over 3 Years Of Experience; Master Of Accountancy 2000 | 205.00 | 31.4 | 6,437.00 |
| Evelyn Perry | Case Assistant; Over 32 Years Of Experience | 185.00 | 4.3 | 795.50 |
| | **Blended Rate** | **$563.47** | **692.7** | **$390,313.00** |

42.    The nature of work performed by these individuals is fully set forth in Exhibit B

attached hereto.  These are BRG's normal hourly rates for work of this character.  The reasonable

value of the services rendered by BRG for the Tort Claimants' Committee during the Second

Monthly Period is $390,313.00.

43.     In accordance with the factors enumerated in section 330 of the Bankruptcy

Code, it is respectfully submitted that the amount requested by BRG is fair and reasonable given

(a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services

rendered, (d) the value of such services, and (e) the costs of comparable services other than in a

case under the Bankruptcy Code.  Moreover, BRG has reviewed the requirements of Del.

Bankr. LR 2016-2 and the Interim Order and believes that this Application complies with

such Rule and Order.

WHEREFORE, BRG respectfully requests that, for the period April 1, 2020 through

April 30, 2020, an interim allowance be made to BRG for compensation in the amount of

$390,313.00 and expenses in the amount of $513.74 for a total allowance of $390,826.74

and payment of $312,250.40 (80% of the allowed fees) and reimbursement of $513.74

(100% of the allowed expenses) be authorized for a total payment of $312,764.14.

Dated this ___ day of August, 2020.

R. Todd Neilson, CPA
Berkeley Research Group, LLC
201 South Main Street, Suite 450
Salt Lake City, Utah 84111

Financial Advisor to the Official Tort
Claimants' Committee

23

## <u>VERIFICATION</u>

STATE OF UTAH     COUNTY OF

SALT LAKE:

      R. Todd Neilson, after being duly sworn according to law, deposes and says:

      a)    I am a Certified Public Accountant and am a Managing Director with Berkeley Research Group, LLC ("<u>BRG</u>").

      b)    I have read the foregoing *"Second Monthly Application Of Berkeley Research Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses Incurred As Financial Advisors To The Official Tort Claimants' Committee For The Period From April 1, 2020 Through April 30, 2020"* (the "<u>Application</u>") and know the contents thereof. I certify the facts stated therein are true of my own knowledge, except for those stated upon information and belief, which I believe to be true. If called upon I could and would testify completely thereto.

      c)    I have reviewed Del. Bankr. LR 2016-2 and the Interim Order signed on or about April 6, 2020, and submit that the Application substantially complies with such Rule and Order.

Dated this 4ᵀᴴ day of August, 2020.

                                       R. Todd Neilson

SUBSCRIBED AND SWORN to before me this 4ᵗʰ day of August, 2020.

Notary Public
My Commission Expires: 02-21-2024



## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

**Objection Deadline: August 21, 2020 at 4:00 p.m. (ET)**
**Hearing Date: Scheduled only if necessary**

## NOTICE OF FILING OF FEE APPLICATION

**PLEASE TAKE NOTICE** that Berkeley Research Group, LLC ("BRG"),

financial advisor to the official committee of tort claimants (consisting of survivors of childhood

sexual abuse) (the "Tort Claimants' Committee" or the "TCC"), in the above-captioned cases,

has filed its *Second Monthly Application of Berkeley Research Group, LLC for Compensation for*

*Services Rendered and Reimbursement of Expenses Incurred as Financial Advisors to the*

*Official Tort Claimants' Committee for the Period from April 1, 2020 through April 30, 2020*

(the "Application") seeking fees in the amount of $390,313.00 and reimbursement of actual and

necessary expenses in the amount of $513.74 for the period from April 1, 2020 through April 30,

2020.

**PLEASE TAKE FURTHER NOTICE** that any objection or response to the

Application must be made in writing and be filed with the United States Bankruptcy Court for

the District of Delaware (the "Bankruptcy Court"), 824 N. Market Street, 3rd Floor, Wilmington,

Delaware 19801, on or before **August 21, 2020 at 4:00 p.m. prevailing Eastern Time**.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also
serve a copy of the objection or response, if any, upon the following: (i) the Debtors: Boy Scouts
of America, 1325 W. Walnut Hill Lane, Irving, TX 75038 (Attn: Steven P. McGowan); (ii)
counsel to the Debtors: (a) Sidley Austin LLP, 787 Seventh Avenue, New York, NY 10019
(Attn: Jessica C.K. Boelter (jboelter@sidley.com)), (b) Sidley Austin LLP, One S. Dearborn,
Chicago, IL 60603 (Attn: Matthew E. Linder (mlinder@sidley.com)); and (c) Morris, Nichols,
Arsht & Tunnell LLP, 1201 N. Market Street, 16th Floor, P.O. Box 1347, Wilmington, DE
19899-1347 (Attn: Derek C. Abbott (dabbott@mnat.com)); (iii) the United States Trustee: 844
King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: David Buchbinder
(david.l.buchbinder@usdoj.gov) and Hannah M. McCollum (hannah.mccollum@usdoj.gov));
(iv) counsel to the Official Committee of Unsecured Creditors: (a) Kramer Levin Naftalis &
Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036 (Attn: Rachael Ringer
(rringer@kramerlevin.com) and Megan M. Wasson (mwasson@kramerlevin.com)) and (b) Reed
Smith LLP, 1201 N. Market Street, Suite 1500, Wilmington, DE 19801 (Attn: Kurt F. Gwynne
(kgwynne@reedsmith.com) and Katelin A Morales (kmorales@reedsmith.com)); (v) counsel to
the Tort Claimants' Committee: Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th
Floor, P.O. Box 8705, Wilmington, DE 19801 (Attn: James I. Stang (jstang@pszjlaw.com) and
James E. O'Neill (joneill@pszjlaw.com)); (vi) counsel to the Future Claimants' Representative:
Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 N. King Street, Wilmington, DE
19801 (Attn: Robert S. Brady (rbrady@ycst.com) and Edwin J. Harron (eharron@ycst.com));
(vii) counsel to the Ad Hoc Committee of Local Councils: Wachtell, Lipton, Rosen & Katz, 51
W. 52nd Street, New York, NY 10019 (Attn: Richard G. Mason (rgmason@wlrk.com) and
Joseph C. Celentino (jccelentino@wlrk.com)); (viii) counsel to JPMorgan Chase Bank, National

Association: (a) Norton Rose Fulbright US LLP, 2200 Ross Avenue, Dallas, TX 75201-7932

(Attn: Louis R. Strubeck (louis.strubeck@nortonrosefulbright.com) and Kristian W. Gluck

(kristian.gluck@nortonrosefulbright.com) and (b) Womble Bond Dickinson (US) LLP, 1313 N.

Market Street, Suite 1200, Wilmington, DE 19801 (Attn: Matthew Ward (matthew.ward@wbd-

us.com) and Morgan Patterson (morgan.patterson@wbd-us.com)); and (ix) counsel to the County

Commission of Fayette County (West Virginia): Steptoe & Johnson PLLC, Chase Tower, 8th

Floor, 707 Virginia Street East, Charleston, WV 25301 (Attn: John C. Stump

(john.stump@steptoe-johnson.com)).

      **PLEASE TAKE FURTHER NOTICE** that on April 6, 2020, the Bankruptcy

Court entered the *Order (I) Approving Procedures for (A) Interim Compensation and*

*Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for*

*Official Committee Members and (II) Granting Related Relief* (the "Order") [Docket No. 341].

Pursuant to the Order, in the absence of timely filed objections or responses, and upon the filing

with the Bankruptcy Court of a certification of no objection, the Debtors are authorized to pay

the professionals eighty percent (80%) of the fees, and one hundred percent (100%) of expenses

without further notice or hearing. All fees and expenses paid to the professionals are subject to

final approval by the Court.

      **PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN

ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF

REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: August 7, 2020          PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
James I. Stang (CA Bar No. 94435)
Robert B. Orgel (CA Bar No. 10187)
James E. O'Neill (DE Bar No. 4042)
John W. Lucas (CA Bar No.271038)
Ilan D. Scharf (NY Bar No. 4042107)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email: jstang@pszjlaw.com
       rorgel@pszjlaw.com
       joneill@pszjlaw.com
       jlucas@pszjlaw.com
       ischarf@pszjlaw.com

*Counsel for the Tort Claimants' Committee*

4

# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |
| | **Re: Docket No.** ___293___ |

**ORDER AUTHORIZING AND
APPROVING THE RETENTION OF BERKELEY RESEARCH GROUP, LLC,
AS FINANCIAL ADVISOR TO THE OFFICIAL TORT CLAIMANTS'
COMMITTEE EFFECTIVE AS OF MARCH 6, 2020**

Upon the Application of the official committee of sexual abuse survivors (the "Tort Claimants' Committee") for entry of an Order Pursuant to 11 U.S.C. §§ 328 and 1103, and Fed. R. Bankr. P. 2014, Authorizing and Approving the Employment and Retention of Berkeley Research Group, LLC as Financial Advisor to the Tort Claimants' Committee Effective as of March 6, 2020 (the "Application");[2] and upon the Declarations of Marvin A. Tenebaum and the Chair Person as of the Tort Claimants' Committee filed in support of the Application (the "Declarations"); and the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Application is in the best interests of the Tort Claimants' Committee, the Debtors and other parties in interest; and the

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms not otherwise defined herein shall have the meanings and definitions ascribed to such terms in the Application.

Tort Claimants' Committee having provided adequate and appropriate notice of the Application under the circumstances; and after due deliberation and good and sufficient cause appearing therefor; and it appearing to the Court that the said Application should be approved.

**IT IS HEREBY ORDERED THAT:**

1.      The Application is GRANTED as set forth herein.

2.      The Tort Claimants' Committee is hereby authorized to retain and employ BRG as financial advisor to the Tort Claimants' Committee pursuant to sections 328 and 1103 of the Bankruptcy Code, and Bankruptcy Rule 2014 *effective as of March 6, 2020*.

3.      BRG shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtors' Cases in compliance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the U.S. Trustee Guidelines, and any other applicable procedures and orders of this Court.

4.      BRG is authorized to render professional services to the Tort Claimants' Committee as described in the Application.

5.      The Tort Claimants' Committee and BRG are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

6.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7.      This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

Dated: April 11th, 2020
Wilmington, Delaware

DOCS_LA:328236.1 85353/002

2

# EXHIBIT B



**Boy Scouts Of America & Delaware BSA, LLC**
**April 1, 2020 Through April 30, 2020**


Professional Services                              $    390,313.00
Expenses Incurred                                            513.74

**Professional Services & Expenses**               **$ 390,826.74**


AMOUNTS ARE STATED IN U.S. DOLLARS


BRG, LLC Fed ID No. 27-1451273



**Boy Scouts Of America & Delaware BSA, LLC**
**April 1, 2020 Through April 30, 2020**
**PROFESSIONAL SERVICES - TIMEKEEPER SUMMARY**

|  | RATE | HOURS | AMOUNT |
|---|---|---|---|
| **Managing Director** |  |  |  |
| R. Todd Neilson | $ 850.00 | 97.7 | $ 83,045.00 |
| David H. Judd | 750.00 | 111.8 | 83,850.00 |
| Vernon Calder | 745.00 | 2.6 | 1,937.00 |
| Paul N. Shields | 715.00 | 6.1 | 4,361.50 |
| D. Ray Strong | 660.00 | 57.5 | 37,950.00 |
| **Director** |  |  |  |
| Matthew Edman | 670.00 | 8.9 | 5,963.00 |
| Thomas Kiernan | 670.00 | 2.6 | 1,742.00 |
| Christopher Tarbell | 670.00 | 0.8 | 536.00 |
| **Associate Director** |  |  |  |
| Matthew K. Babcock | 625.00 | 187.6 | 117,250.00 |
| Leif Larsen | 560.00 | 0.5 | 280.00 |
| **Senior Associate** |  |  |  |
| Christina Tergevorkian | 295.00 | 50.0 | 14,750.00 |
| **Associate** |  |  |  |
| Shelby Chaffos | 240.00 | 130.9 | 31,416.00 |
| **Case Assistant** |  |  |  |
| Sherry Anthon | 205.00 | 31.4 | 6,437.00 |
| Evelyn Perry | 185.00 | 4.3 | 795.50 |
| **TOTALS** |  | **692.7** | **$ 390,313.00** |



**Boy Scouts Of America & Delaware BSA, LLC**
April 1, 2020 Through April 30, 2020
PROFESSIONAL SERVICES - TASK CODE SUMMARY

| TASK CODE | DESCRIPTION | AVERAGE RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| 200.10 | Document / Data Analysis (Merrill DatasiteOne) | $ 581.83 | 23.5 | $ 13,673.00 |
| 200.20 | Document / Data Analysis (Financial / Accounting) | 575.25 | 31.9 | 18,350.50 |
| 200.30 | Document / Data Analysis (Financial / Accounting) – PeopleSoft Accounting System | 690.65 | 35.4 | 24,449.00 |
| 200.60 | Document / Data Analysis (Local Councils) | 633.01 | 8.3 | 5,254.00 |
| 210.00 | Bankruptcy Proceedings (Filings / Motions - General) | 706.39 | 13.3 | 9,395.00 |
| 211.01 | Bankruptcy Proceedings (Filings / Motions - Cash Collateral) | 664.30 | 18.7 | 12,422.50 |
| 211.03 | Bankruptcy Proceedings (Filings / Motions - Cash Management) | 725.32 | 12.4 | 8,994.00 |
| 211.05 | Bankruptcy Proceedings (Filings / Motions - Shared Services) | 723.13 | 10.4 | 7,520.50 |
| 221.00 | Debtors Operations / Monitoring (Cash Flow Reports) | 723.12 | 12.5 | 9,039.00 |
| 224.00 | Debtors Operations / Monitoring (Shared Services Reports) | 750.00 | 1.2 | 900.00 |
| 300.00 | Asset Analysis (General - Debtors) | 710.53 | 47.2 | 33,537.00 |
| 301.00 | Asset Analysis (General - Debtors Restricted / Identified Assets) | 382.10 | 22.4 | 8,559.00 |
| 303.00 | Asset Analysis (General - Local Councils) | 368.64 | 168.4 | 62,078.50 |
| 310.00 | Asset Analysis (Cash / Bank Accounts - Debtors) | 360.82 | 33.4 | 12,051.50 |
| 321.00 | Asset Analysis (Investments / Funds - Debtors Restricted / Identified Assets) | 630.63 | 32.0 | 20,180.00 |
| 330.00 | Asset Analysis (Real Property - Debtors) | 641.07 | 2.8 | 1,795.00 |
| 332.00 | Asset Analysis (Real Property - Related Non-Debtors) | 730.00 | 18.5 | 13,505.00 |
| 333.00 | Asset Analysis (Real Property - Local Councils) | 460.10 | 75.6 | 34,783.50 |
| 500.00 | Viability Analysis | 756.95 | 75.4 | 57,074.00 |
| 700.00 | Tax Compliance & Analysis | 796.47 | 5.1 | 4,062.00 |
| 900.00 | Report / Presentation Preparation | 753.54 | 22.3 | 16,804.00 |
| 1000.00 | Case Administration | 743.60 | 2.5 | 1,859.00 |
| 1020.00 | Meeting Preparation & Attendance | 719.33 | 19.5 | 14,027.00 |
| | **Total Professional Services** | **$ 563.47** | **692.7** | **$ 390,313.00** |



**Boy Scouts Of America & Delaware BSA, LLC**
**April 1, 2020 Through April 30, 2020**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| **Task Code:** | **200.10** | **Document / Data Analysis (Merrill DatasiteOne)** | | | |
| 04/01/20 | RTN | Reviewed new documents uploaded to Data Room. | 0.20 | $   850.00 | $     170.00 |
| 04/01/20 | PS | Analyzed recent document uploads / available records. | 0.20 | 715.00 | 143.00 |
| 04/01/20 | SC | Examined new document uploads to Merrill DataOne. | 0.30 | 240.00 | 72.00 |
| 04/02/20 | RTN | Reviewed removal of privileged documents from Data Room. | 0.40 | 850.00 | 340.00 |
| 04/02/20 | RTN | Evaluated deletion procedure of privileged data room documents and timing for removal. | 0.30 | 850.00 | 255.00 |
| 04/02/20 | DHJ | Reviewed emails regarding the removal of alleged confidential records previously posted to the data room. | 0.20 | 750.00 | 150.00 |
| 04/02/20 | MKB | Responded to privilege issues asserted by Debtors counsel in regard to certain data room documents. | 1.10 | 625.00 | 687.50 |
| 04/02/20 | SC | Examined new document uploads to Merrill DataOne. | 0.40 | 240.00 | 96.00 |
| 04/03/20 | RTN | Reviewed insurance premium analysis filed in Data Room. | 0.30 | 850.00 | 255.00 |
| 04/04/20 | RTN | Reviewed documents loaded into Data Room. | 0.40 | 850.00 | 340.00 |
| 04/04/20 | MKB | Examined recent document uploads, including continuing download issues. | 0.50 | 625.00 | 312.50 |
| 04/05/20 | RTN | Examined documents / materials as filed in Data Room. | 0.30 | 850.00 | 255.00 |
| 04/05/20 | RTN | Resolved issues related to Data Room access problems with two files. | 0.20 | 850.00 | 170.00 |
| 04/05/20 | MKB | Examined recent document uploads, including continuing download issues. | 0.20 | 625.00 | 125.00 |
| 04/06/20 | RTN | Reviewed new filings in Data Room. | 0.30 | 850.00 | 255.00 |
| 04/06/20 | SC | Examined new document uploads to Merrill DataOne, including update of index document spreadsheet. | 3.00 | 240.00 | 720.00 |
| 04/07/20 | RTN | Identified / deleted downloaded Data Room documents identified as privileged. | 0.30 | 850.00 | 255.00 |
| 04/07/20 | DRS | Analyzed Debtor documentation / information provided to date. | 1.00 | 660.00 | 660.00 |
| 04/07/20 | MKB | Spoke with counsel (JM) regarding data room privilege issues. | 0.20 | 625.00 | 125.00 |
| 04/08/20 | MKB | Examined documents uploaded to Data Room. | 0.80 | 625.00 | 500.00 |
| 04/09/20 | RTN | Reviewed new material from Data Site. | 0.20 | 850.00 | 170.00 |
| 04/10/20 | RTN | Examined issues related to documents asserted as privileged, including response to counsel. | 0.40 | 850.00 | 340.00 |
| 04/10/20 | RTN | Reviewed data site additional documents. | 0.30 | 850.00 | 255.00 |
| 04/10/20 | RTN | Evaluated redactions / privileged clawback issues. | 0.30 | 850.00 | 255.00 |
| 04/11/20 | RTN | Examined bank reconciliations uploaded in data room. | 0.30 | 850.00 | 255.00 |
| 04/11/20 | MKB | Reviewed Data Room documents, including recent uploads. | 0.70 | 625.00 | 437.50 |
| 04/13/20 | RTN | Reviewed documents recently uploaded to Data Room. | 0.30 | 850.00 | 255.00 |
| 04/13/20 | RTN | Reviewed status of outstanding document requests. | 0.30 | 850.00 | 255.00 |



**Boy Scouts Of America & Delaware BSA, LLC**
**April 1, 2020 Through April 30, 2020**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 04/13/20 | MKB | Examined recent uploads to Data Room, including finalization of weekly index. | 0.50 | 625.00 | 312.50 |
| 04/13/20 | SC | Examined new document uploads to Merrill DataOne, including update of index document spreadsheet. | 1.50 | 240.00 | 360.00 |
| 04/15/20 | RTN | Reviewed issues related to 'claw back' of privileged documents from Merrill Data room. | 0.20 | 850.00 | 170.00 |
| 04/15/20 | RTN | Reviewed outline for meeting with Committee and adjustments after discussions with A&M (CB). | 0.20 | 850.00 | 170.00 |
| 04/15/20 | MKB | Evaluated privilege issues related to Data Room uploads / removals. | 0.70 | 625.00 | 437.50 |
| 04/16/20 | RTN | Examined newly filed documents in Data Room. | 0.30 | 850.00 | 255.00 |
| 04/17/20 | RTN | Reviewed documents filed in the Data Room. | 0.20 | 850.00 | 170.00 |
| 04/18/20 | RTN | Analyzed newly filed documents in Data Room. | 0.30 | 850.00 | 255.00 |
| 04/20/20 | MKB | Examined recent uploads to Data Room, including finalization of weekly index. | 0.30 | 625.00 | 187.50 |
| 04/20/20 | SC | Examined new document uploads to Merrill DataOne, including update of index document spreadsheet. | 1.80 | 240.00 | 432.00 |
| 04/23/20 | RTN | Reviewed materials as filed in Data Room. | 0.30 | 850.00 | 255.00 |
| 04/24/20 | RTN | Examined Data Room documents. | 0.30 | 850.00 | 255.00 |
| 04/24/20 | DHJ | Examined information / documents recently posted to the datasite. | 0.50 | 750.00 | 375.00 |
| 04/25/20 | RTN | Reviewed pending issues related to access to documents. | 0.20 | 850.00 | 170.00 |
| 04/26/20 | RTN | Analyzed materials uploaded to Data Room. | 0.30 | 850.00 | 255.00 |
| 04/27/20 | RTN | Reviewed weekly index for the Data Room including highlighting of deficiencies in the reporting and inclusion of documents. | 0.40 | 850.00 | 340.00 |
| 04/27/20 | MKB | Examined recent uploads to Data Room, including finalization of weekly index. | 0.20 | 625.00 | 125.00 |
| 04/27/20 | SC | Examined new document uploads to Merrill DataOne, including update of index document spreadsheet. | 0.60 | 240.00 | 144.00 |
| 04/28/20 | RTN | Reviewed progress on protective order. | 0.20 | 850.00 | 170.00 |
| 04/30/20 | DRS | Analyzed new documentation posted to data/document room by Debtor. | 1.10 | 660.00 | 726.00 |
| | | **Total for Task Code 200.01** | **23.5** | | **$ 13,673.00** |

**Task Code:    200.20    Document / Data Analysis (Financial / Accounting)**

| | | | | | |
|------|------|-------------|-------|------|--------|
| 04/01/20 | RTN | Reviewed Accounting Manual and Policies uploaded to data room. | 0.60 | $ 850.00 | $ 510.00 |
| 04/01/20 | DHJ | Reviewed emails / correspondence regarding the accounting manuals and additional potential document requests. | 0.20 | 750.00 | 150.00 |

6



**Boy Scouts Of America & Delaware BSA, LLC**
**April 1, 2020 Through April 30, 2020**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 04/01/20 | MKB | Continued examination of accounting manual and policies, including identification of relevant accounting systems, reports, documents and personnel. | 3.30 | 625.00 | 2,062.50 |
| 04/01/20 | MKB | Examined Greybooks for 2018 and January 2020 recently uploaded to data room, including coordinating further analysis of same. | 0.40 | 625.00 | 250.00 |
| 04/01/20 | CTe | Analyzed Boy Scouts of America consolidated monthly balance sheet for YE 2018. | 2.80 | 295.00 | 826.00 |
| 04/01/20 | CTe | Analyzed Boy Scouts of America consolidated monthly Greybook documents for YE 2018. | 1.80 | 295.00 | 531.00 |
| 04/02/20 | RTN | Reviewed financial statements as uploaded in data room. | 0.40 | 850.00 | 340.00 |
| 04/02/20 | CTe | Analyzed Boy Scouts of America consolidated revenues and expenses statement for YE 2018. | 3.00 | 295.00 | 885.00 |
| 04/02/20 | CTe | Continued analysis of Boy Scouts of America consolidated monthly balance sheet for YE 2018. | 1.70 | 295.00 | 501.50 |
| 04/03/20 | RTN | Examined additional financial documents provided to Data Room. | 0.20 | 850.00 | 170.00 |
| 04/03/20 | DRS | Analyzed sections of BSA accounting and financial reporting manual to understand accounting system. | 0.30 | 660.00 | 198.00 |
| 04/03/20 | MKB | Analyzed financial activity presented in annual audited and unaudited financial statements (2005 - 2019). | 1.50 | 625.00 | 937.50 |
| 04/03/20 | MKB | Analyzed financial activity presented in monthly trial balances (Dec 2018 - Jan 2020). | 1.20 | 625.00 | 750.00 |
| 04/03/20 | MKB | Analyzed financial activity presented in monthly unaudited financial statements (Greybooks) (Jan 2018 - Jan 2020). | 1.10 | 625.00 | 687.50 |
| 04/03/20 | MKB | Analyzed financial activity presented in monthly unaudited financial statements (Dec 2018 - Jan 2020). | 0.80 | 625.00 | 500.00 |
| 04/08/20 | RTN | Examined financial statements, including supporting documents. | 1.50 | 850.00 | 1,275.00 |
| 04/08/20 | RTN | Reviewed available organizational / corporate records for Debtors, Related Non-Debtors and Local Councils. | 1.40 | 850.00 | 1,190.00 |
| 04/08/20 | DRS | Analyzed documentation uploaded to dataroom including additional financial statements, GLIP documents, and information relating to Commingled Endowment Fund. | 1.20 | 660.00 | 792.00 |
| 04/08/20 | MKB | Reviewed audit documents, including management representation letters and PBC files. | 0.70 | 625.00 | 437.50 |
| 04/09/20 | RTN | Reviewed Management Representation letters for 2016, 2017 and 2018. | 0.80 | 850.00 | 680.00 |
| 04/09/20 | DRS | Analyzed latest filings by Debtor regarding its Periodic Report About Controlled Non-Debtor Entities. | 0.20 | 660.00 | 132.00 |
| 04/10/20 | DRS | Analyzed financial documents uploaded to document room by Debtor. | 2.10 | 660.00 | 1,386.00 |



**Boy Scouts Of America & Delaware BSA, LLC**
**April 1, 2020 Through April 30, 2020**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 04/10/20 | DRS | Analyzed fixed asset schedules and property files uploaded into document room by Debtor. | 0.70 | 660.00 | 462.00 |
| 04/17/20 | DRS | Analyzed documents and data posted to document room by Debtor. | 1.60 | 660.00 | 1,056.00 |
| 04/20/20 | DRS | Analyzed accounting information post to document room by BSA. | 1.20 | 660.00 | 792.00 |
| 04/21/20 | DRS | Analyzed accounting information posted to document room. | 0.90 | 660.00 | 594.00 |
| 04/24/20 | RTN | Reviewed bank reconciliations deposited in data room. | 0.30 | 850.00 | 255.00 |
| | | **Total for Task Code 200.20** | **31.9** | | **$ 18,350.50** |

| Task Code: | 200.30 | Document / Data Analysis (Financial / Accounting) – PeopleSoft Accounting System | | | |
|------------|--------|-----------------------------------------------------------------------------------|-------|--------|--------|
| 04/01/20 | DRS | Analyzed document production and accounting system issues. | 0.20 | $ 660.00 | $ 132.00 |
| 04/01/20 | DRS | Prepared email to A&M regarding document production and accounting system requests and information. | 0.10 | 660.00 | 66.00 |
| 04/03/20 | RTN | Analyzed issues related to PeopleSoft capabilities, modules and table issues. | 0.30 | 850.00 | 255.00 |
| 04/03/20 | RTN | Prepared request for PeopleSoft data in order to identify transactions for further review. | 0.30 | 850.00 | 255.00 |
| 04/05/20 | RTN | Participated in conference call with BRG team to discuss first day motion reports. | 0.40 | 850.00 | 340.00 |
| 04/05/20 | RTN | Reviewed issues related to People Soft software versions and module specific information, including further requests for version information. | 0.30 | 850.00 | 255.00 |
| 04/05/20 | RTN | Revised accounting data access request, including reservation of rights. | 0.20 | 850.00 | 170.00 |
| 04/05/20 | DRS | Attended call with BRG team regarding reports proposed in draft orders. | 0.50 | 660.00 | 330.00 |
| 04/05/20 | MKB | Evaluated actual cash transaction reports for 2017 - 2019 upload to Data Room. | 2.10 | 625.00 | 1,312.50 |
| 04/05/20 | MKB | Evaluated AP reports for 2017 - 2019 uploaded to Data Room. | 1.80 | 625.00 | 1,125.00 |
| 04/05/20 | MKB | Evaluated Local Council disbursement / transaction reports uploaded to Data Room. | 0.80 | 625.00 | 500.00 |
| 04/05/20 | MKB | Evaluated Local Council accounts receivable reports uploaded to Data Room. | 0.80 | 625.00 | 500.00 |
| 04/05/20 | MKB | Participated in call with BRG team to discuss recent upload of proposed reports / data. | 0.50 | 625.00 | 312.50 |
| 04/06/20 | RTN | Revised PeopleSoft request. | 0.30 | 850.00 | 255.00 |
| 04/06/20 | DRS | Analyzed PeopleSoft data issues. | 0.50 | 660.00 | 330.00 |
| 04/06/20 | MKB | Analyzed Local Council disbursement / transaction reports uploaded to Data Room. | 0.50 | 625.00 | 312.50 |

8



**Boy Scouts Of America & Delaware BSA, LLC**
**April 1, 2020 Through April 30, 2020**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 04/06/20 | MKB | Analyzed actual cash transaction reports for 2017 - 2019 upload to Data Room. | 0.30 | 625.00 | 187.50 |
| 04/06/20 | MKB | Analyzed AP reports for 2017 - 2019 uploaded to Data Room. | 0.30 | 625.00 | 187.50 |
| 04/06/20 | MKB | Analyzed Local Council accounts receivable reports uploaded to Data Room. | 0.30 | 625.00 | 187.50 |
| 04/07/20 | RTN | Evaluated usage of PeopleSoft by local councils. | 0.20 | 850.00 | 170.00 |
| 04/07/20 | RTN | Spoke with BRG in regard to PeopleSoft. | 0.30 | 850.00 | 255.00 |
| 04/07/20 | DRS | Analyzed and contacted potential PeopleSoft consultants and specialists to assist with data acquisition. | 0.50 | 660.00 | 330.00 |
| 04/07/20 | DRS | Discussed Peoplesoft consultant options with BRG Team. | 0.30 | 660.00 | 198.00 |
| 04/07/20 | MKB | Spoke with BRG team regarding accounting records, including PeopleSoft accounting data. | 0.30 | 625.00 | 187.50 |
| 04/08/20 | RTN | Participated in call with People Soft consultant. | 0.20 | 850.00 | 170.00 |
| 04/08/20 | DRS | Attended call with PeopleSoft consulting firm to discuss options for data acquisition. | 1.40 | 660.00 | 924.00 |
| 04/08/20 | DRS | Discussed PeopleSoft options with BRG Team. | 0.40 | 660.00 | 264.00 |
| 04/08/20 | DRS | Analyzed PeopleSoft data issues. | 0.20 | 660.00 | 132.00 |
| 04/08/20 | DRS | Prepared email to TCC counsel regarding PeopleSoft data issues. | 0.20 | 660.00 | 132.00 |
| 04/08/20 | MKB | Analyzed issues related to PeopleSoft accounting system. | 0.50 | 625.00 | 312.50 |
| 04/09/20 | RTN | Examined issues related to Peoplesoft data extraction. | 0.20 | 850.00 | 170.00 |
| 04/09/20 | DRS | Attended conference call with possible PeopleSoft consultant team regarding options for data acquisitions. | 1.00 | 660.00 | 660.00 |
| 04/09/20 | MKB | Spoke with PeopleSoft consultants in order to determine options for acquisition of Debtors accounting data. | 1.00 | 625.00 | 625.00 |
| 04/10/20 | RTN | Reviewed matters related to Peoplesoft consultant. | 0.20 | 850.00 | 170.00 |
| 04/10/20 | DRS | Discussed PeopleSoft data acquisition options with TCC counsel. | 0.80 | 660.00 | 528.00 |
| 04/10/20 | MKB | Spoke with counsel (JM) regarding PeopleSoft accounting data. | 0.80 | 625.00 | 500.00 |
| 04/11/20 | RTN | Updated Peoplesoft data proposal. | 0.20 | 850.00 | 170.00 |
| 04/11/20 | DRS | Prepared draft memo to TCC counsel regarding data acquisition options and benefits. | 1.30 | 660.00 | 858.00 |
| 04/11/20 | MKB | Evaluated issues related to PeopleSoft accounting data. | 1.00 | 625.00 | 625.00 |
| 04/12/20 | RTN | Examined issues related to options to obtain PeopleSoft data. | 0.30 | 850.00 | 255.00 |
| 04/12/20 | RTN | Reviewed possible PeopleSoft access on Debtor's platform. | 0.20 | 850.00 | 170.00 |
| 04/12/20 | RTN | Revised Peoplesoft proposal. | 0.20 | 850.00 | 170.00 |



**Boy Scouts Of America & Delaware BSA, LLC**
**April 1, 2020 Through April 30, 2020**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 04/12/20 | DRS | Responded to TCC counsel inquires regarding PeopleSoft software options. | 0.30 | 660.00 | 198.00 |
| 04/13/20 | RTN | Reviewed Peoplesoft issues and access to documents. | 0.30 | 850.00 | 255.00 |
| 04/13/20 | MKB | Participated in conference call in order to discuss analysis of PeopleSoft data. | 0.70 | 625.00 | 437.50 |
| 04/14/20 | RTN | Updated Peoplesoft proposal, including communications on unfettered access to documents and banking information. | 0.30 | 850.00 | 255.00 |
| 04/14/20 | MKB | Participated in conference call with Committee members and counsel in order to discuss PeopleSoft data request. | 0.70 | 625.00 | 437.50 |
| 04/21/20 | RTN | Analyzed options in light of data production issues, including timing for further requests. | 0.30 | 850.00 | 255.00 |
| 04/21/20 | MKB | Discussed document production issues with counsel (JL). | 0.80 | 625.00 | 500.00 |
| 04/22/20 | RTN | Reviewed issues regarding A&M and PeopleSoft data production, including discussions with BRG team. | 0.80 | 850.00 | 680.00 |
| 04/22/20 | RTN | Attended conference call with BSA professionals (including A&M) to discuss process required to prepare and turn over accounting data. | 0.80 | 850.00 | 680.00 |
| 04/22/20 | RTN | Reviewed options regarding BSA hosting of PeopleSoft, including potential issues. | 0.40 | 850.00 | 340.00 |
| 04/22/20 | DHJ | Participated in conference call with BRG personnel to review the PeopleSoft request for data. | 0.60 | 750.00 | 450.00 |
| 04/22/20 | DRS | Attended meeting/call with Debtor regarding PeopleSoft accounting system proposal. | 0.90 | 660.00 | 594.00 |
| 04/22/20 | DRS | Prepared for meeting with Debtor regarding PeopleSoft accounting system proposal. | 0.70 | 660.00 | 462.00 |
| 04/22/20 | DRS | Spoke with PeopleSoft consultant regarding data extraction. | 0.40 | 660.00 | 264.00 |
| 04/22/20 | DRS | Discussed Debtor meeting with TCC counsel regarding PeopleSoft proposal. | 0.20 | 660.00 | 132.00 |
| 04/22/20 | MKB | Participated in call with Debtors in order to discuss PeopleSoft document production request. | 0.80 | 625.00 | 500.00 |
| 04/22/20 | MKB | Spoke with BRG team regarding asset analysis, including use of PeopleSoft data in said analysis. | 0.60 | 625.00 | 375.00 |
| 04/22/20 | MKB | Spoke with Counsel regarding PeopleSoft. | 0.30 | 625.00 | 187.50 |
| 04/24/20 | RTN | Reviewed Peoplesoft request for further information prior to submitting bid estimates. | 0.30 | 850.00 | 255.00 |
| 04/25/20 | RTN | Reviewed outstanding matters related to People Soft and MIPRO. | 0.30 | 850.00 | 255.00 |
| 04/25/20 | RTN | Reviewed module concerns and People Soft proposal. | 0.20 | 850.00 | 170.00 |
| 04/27/20 | RTN | Reviewed estimate for MiPro / PeopleSoft consulting services. | 0.10 | 850.00 | 85.00 |



**Boy Scouts Of America & Delaware BSA, LLC**
**April 1, 2020 Through April 30, 2020**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 04/27/20 | DRS | Followed up with PeopleSoft consultant regarding estimate to host PeopleSoft system. | 0.30 | 660.00 | 198.00 |
| 04/28/20 | RTN | Reviewed status update regarding PeopleSoft / MIPRO. | 0.20 | 850.00 | 170.00 |
| 04/28/20 | RTN | Examined MIPRO proposal. | 0.10 | 850.00 | 85.00 |
| 04/28/20 | DRS | Attended conference call with potential experts for BSA data analyses. | 0.50 | 660.00 | 330.00 |
| 04/29/20 | RTN | Evaluated MIPRO proposal / costs, including submittal to A&M and BSA for review. | 0.20 | 850.00 | 170.00 |
| 04/29/20 | DRS | Prepared email and discussed PeopleSoft bid options with counsel. | 0.20 | 660.00 | 132.00 |
| 04/29/20 | MKB | Evaluated issues related to PeopleSoft data request, including discussions with Counsel (JM). | 0.30 | 625.00 | 187.50 |
| 04/30/20 | RTN | Spoke with Counsel (JM) as to response from A&M and BSA as to access to records with MIPRO assistance. | 0.20 | 850.00 | 170.00 |
| 04/30/20 | MKB | Evaluated outstanding document / data requests, including PeopleSoft. | 0.40 | 625.00 | 250.00 |
| | | **Total for Task Code 200.30** | **35.4** | | **$ 24,449.00** |

| Task Code: | 200.60 | **Document / Data Analysis (Local Councils)** | | | |
|---|---|---|---|---|---|
| 04/01/20 | DRS | Analyzed Local Council Bylaw example to understand charter and other requirements. | 0.50 | $ 660.00 | $ 330.00 |
| 04/01/20 | MKB | Examined Local Council articles of incorporation. | 2.10 | 625.00 | 1,312.50 |
| 04/01/20 | MKB | Examined BSA Endowment Master Trust documents. | 0.30 | 625.00 | 187.50 |
| 04/06/20 | MKB | Analyzed BSA Rules & Regulations, Charter & Bylaws, etc. available in Data Room and through online sources. | 0.50 | 625.00 | 312.50 |
| 04/07/20 | MKB | Examined corporate documents, including Rules & Regulations, Charters & Bylaws, and Articles of Incorporation. | 1.60 | 625.00 | 1,000.00 |
| 04/09/20 | MKB | Analyzed chartered organizations, including types, identifications and potential assets. | 1.90 | 625.00 | 1,187.50 |
| 04/13/20 | DRS | Analyzed data and documentation options regarding scraping publicly available information from websites. | 0.70 | 660.00 | 462.00 |
| 04/13/20 | DRS | Analyzed Buckeye Local Council data and documentation example scraped from publicly available information from websites. | 0.70 | 660.00 | 462.00 |
| | | **Total for Task Code 200.60** | **8.3** | | **$ 5,254.00** |

| Task Code: | 210.00 | **Bankruptcy Proceedings (Filings / Motions - General)** | | | |
|---|---|---|---|---|---|
| 04/03/20 | RTN | Reviewed Shared Services and Cash Management orders. | 0.40 | 850.00 | 340.00 |



**Boy Scouts Of America & Delaware BSA, LLC**
**April 1, 2020 Through April 30, 2020**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 04/03/20 | DRS | Attended call with A&M regarding information, document requests, and first day motion issues. | 1.00 | 660.00 | 660.00 |
| 04/03/20 | DRS | Prepared for call with A&M regarding information, document requests, and first day motion issues. | 0.30 | 660.00 | 198.00 |
| 04/03/20 | DRS | Analyzed outstanding first day motion issues. | 0.30 | 660.00 | 198.00 |
| 04/03/20 | MKB | Participated in conference call with Debtors' counsel and FA, UCC counsel and FA and TCC counsel in order to discuss issues related to Cash Management and Shared Services. | 1.00 | 625.00 | 625.00 |
| 04/04/20 | RTN | Spoke with BRG team regarding final orders. | 0.40 | 850.00 | 340.00 |
| 04/04/20 | RTN | Reviewed updates to Shared Services and Cash Management orders. | 0.30 | 850.00 | 255.00 |
| 04/04/20 | DHJ | Participated in conference call with BRG personnel to review the draft of the final order on cash management and shared services. | 0.60 | 750.00 | 450.00 |
| 04/04/20 | MKB | Participated in call with BRG team to discuss Cash Management and Shared Services proposed final orders. | 0.60 | 625.00 | 375.00 |
| 04/05/20 | RTN | Reviewed outstanding issues, including extension of objection deadline. | 0.20 | 850.00 | 170.00 |
| 04/05/20 | RTN | Examined cash management and shared services orders and reporting requirements. | 0.40 | 850.00 | 340.00 |
| 04/05/20 | DHJ | Participated in conference call with BRG personnel to review the proposed reports to be provided pursuant to the shared services and cash management orders. | 0.50 | 750.00 | 375.00 |
| 04/05/20 | DRS | Analyzed documents provided in data room by Debtor regarding document and information requests. | 1.10 | 660.00 | 726.00 |
| 04/06/20 | RTN | Attended call with BRG Team to discuss first day motions / orders. | 0.30 | 850.00 | 255.00 |
| 04/06/20 | PS | Reviewed communications regarding production of documents. | 0.30 | 715.00 | 214.50 |
| 04/06/20 | DRS | Analyzed documents uploaded to data room pursuant to requests. | 2.10 | 660.00 | 1,386.00 |
| 04/06/20 | MKB | Participated in conference call with A&M in order to discuss recent files and reports uploaded to data room. | 1.00 | 625.00 | 625.00 |
| 04/06/20 | MKB | Spoke with BRG team regarding Shared Services and Cash Management issues. | 0.30 | 625.00 | 187.50 |
| 04/08/20 | RTN | Reviewed update on submittal of requested documents from A&M. | 0.30 | 850.00 | 255.00 |
| 04/08/20 | DHJ | Reviewed emails and correspondence regarding recent document requests and information provided by the Debtor and responded as required. | 0.40 | 750.00 | 300.00 |
| 04/10/20 | DHJ | Reviewed email / correspondence regarding the document requests and information provided and responded as required. | 0.20 | 750.00 | 150.00 |



**Boy Scouts Of America & Delaware BSA, LLC**
**April 1, 2020 Through April 30, 2020**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 04/14/20 | MKB | Updated master document tracking schedule, including review of Data Room. | 0.60 | 625.00 | 375.00 |
| 04/16/20 | RTN | Analyzed first day motion reports. | 0.30 | 850.00 | 255.00 |
| 04/21/20 | RTN | Reviewed document tracking schedule. | 0.40 | 850.00 | 340.00 |
| | | **Total for Task Code 210.00** | **13.3** | | **$    9,395.00** |

| Task Code: | 211.01 | Bankruptcy Proceedings (Filings / Motions - Cash Collateral) | | | |
|------------|--------|------|------|------|--------|
| 04/01/20 | RTN | Reviewed revised cash collateral order, including identification of concerns. | 0.40 | $    850.00 | $    340.00 |
| 04/01/20 | RTN | Prepared response on Cash Collateral motion. | 0.30 | 850.00 | 255.00 |
| 04/03/20 | RTN | Reviewed weekly cash reports uploaded to Data Room. | 0.40 | 850.00 | 340.00 |
| 04/03/20 | PS | Analyzed issues related to cash flow budget / professional fee budget. | 0.40 | 715.00 | 286.00 |
| 04/03/20 | MKB | Analyzed financial activity presented in weekly cash flow reports (02/14 - 03/27). | 0.70 | 625.00 | 437.50 |
| 04/03/20 | SC | Updated weekly cash flow analysis. | 0.80 | 240.00 | 192.00 |
| 04/04/20 | DHJ | Reviewed proposed objection to the cash collateral motion as requested. | 0.30 | 750.00 | 225.00 |
| 04/04/20 | PS | Evaluated issues related to cash collateral motion, including professional fee budget. | 0.60 | 715.00 | 429.00 |
| 04/05/20 | RTN | Evaluated JMP revisions and carve out in regard to cash collateral motion. | 0.30 | 850.00 | 255.00 |
| 04/05/20 | DHJ | Reviewed emails / correspondence regarding the most recent version of the final order for cash collateral. | 0.10 | 750.00 | 75.00 |
| 04/06/20 | RTN | Prepared revisions to cash collateral order. | 0.20 | 850.00 | 170.00 |
| 04/06/20 | DHJ | Reviewed proposed draft of final order regarding the cash collateral motion and proposed objection as requested. | 0.10 | 750.00 | 75.00 |
| 04/07/20 | RTN | Examined JPM revisions as proposed and waivers of surcharge and marshaling charges, FCR budget and other professional budget comments. | 0.30 | 850.00 | 255.00 |
| 04/07/20 | DHJ | Reviewed cash collateral issues and liquidity issues as it relates to the original budget and the updated budget to be forthcoming. | 0.80 | 750.00 | 600.00 |
| 04/07/20 | DHJ | Participated in conference call with Counsel (ML) regarding cash collateral and liquidity issues. | 0.30 | 750.00 | 225.00 |
| 04/07/20 | DHJ | Reviewed email / correspondence regarding the draft order for cash collateral and responded as required. | 0.10 | 750.00 | 75.00 |
| 04/07/20 | PS | Participated on call with Counsel regarding potential issues relating to BSA liquidity and cash flow. | 1.90 | 715.00 | 1,358.50 |
| 04/08/20 | RTN | Reviewed Cash Collateral order as proposed. | 0.30 | 850.00 | 255.00 |
| 04/08/20 | RTN | Reviewed Cash Flow metrics data and weekly actuals. | 0.70 | 850.00 | 595.00 |



**Boy Scouts Of America & Delaware BSA, LLC**
**April 1, 2020 Through April 30, 2020**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 04/08/20 | DHJ | Reviewed email / correspondence regarding the draft order for cash collateral and responded as required. | 0.20 | 750.00 | 150.00 |
| 04/09/20 | RTN | Revised cash flow forecast and restructuring fee estimates. | 0.30 | 850.00 | 255.00 |
| 04/10/20 | DHJ | Spoke with BRG (MKB) regarding the new 13 week and monthly forecast with the Covid-19 assumptions. | 1.00 | 750.00 | 750.00 |
| 04/10/20 | DHJ | Analyzed updated cash flow budget. | 0.80 | 750.00 | 600.00 |
| 04/10/20 | DHJ | Participated in conference call with Debtor professionals to discuss the new updated budget. | 0.60 | 750.00 | 450.00 |
| 04/10/20 | PS | Reviewed most recent updates to cash collateral budget. | 0.30 | 715.00 | 214.50 |
| 04/10/20 | MKB | Analyzed issues related to revised 13 Week Budget, including discussion with BRG (DHJ). | 1.40 | 625.00 | 875.00 |
| 04/10/20 | MKB | Participated in conference call with A&M in order to discuss revised 13 week budget. | 0.70 | 625.00 | 437.50 |
| 04/10/20 | SC | Updated weekly cash flow analysis. | 1.00 | 240.00 | 240.00 |
| 04/13/20 | RTN | Examined cash collateral forecasts and adjustments. | 0.40 | 850.00 | 340.00 |
| 04/13/20 | DHJ | Reviewed the Whittman declaration in support of the Cash Collateral Motion including the weekly and monthly cash flow budgets attached as exhibits. | 0.60 | 750.00 | 450.00 |
| 04/13/20 | PS | Reviewed Brian Whitman declaration, including related exhibits regarding cash flow budget. | 0.30 | 715.00 | 214.50 |
| 04/20/20 | RTN | Analyzed cash accounts summary, including questions proposed by Counsel and responses as to February 14th cash transactions. | 0.40 | 850.00 | 340.00 |
| 04/20/20 | SC | Updated weekly cash flow analysis. | 1.20 | 240.00 | 288.00 |
| 04/24/20 | DHJ | Reviewed cash flow schedules for 4/10/20 and 4/17/20 in support of the cash collateral motion. | 0.50 | 750.00 | 375.00 |
| | | **Total for Task Code 211.01** | **18.7** | | **$  12,422.50** |

| Task Code: | 211.03 | **Bankruptcy Proceedings (Filings / Motions - Cash Management)** | | | |
|------------|--------|----------|-------|------|--------|
| 04/02/20 | RTN | Participated in conference call with BRG team to discuss responses of Debtor and A&M to production request. | 0.50 | $   850.00 | $       425.00 |
| 04/02/20 | RTN | Reviewed redline comments on Final Cash Management orders. | 0.40 | 850.00 | 340.00 |
| 04/02/20 | RTN | Reviewed Counsel / BRG revisions to Cash Management order. | 0.40 | 850.00 | 340.00 |
| 04/02/20 | RTN | Reviewed revisions to Cash Management motion. | 0.40 | 850.00 | 340.00 |
| 04/02/20 | RTN | Reviewed reservation of rights, reporting requirements and threshold requirements for Cash Management motion. | 0.30 | 850.00 | 255.00 |



**Boy Scouts Of America & Delaware BSA, LLC**
**April 1, 2020 Through April 30, 2020**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 04/02/20 | RTN | Reviewed summary of Cash Management motion issues as provided by BRG team. | 0.30 | 850.00 | 255.00 |
| 04/02/20 | DHJ | Participated in conference call with BRG personnel regarding the draft order for cash management. | 0.50 | 750.00 | 375.00 |
| 04/02/20 | DHJ | Reviewed emails / correspondence regarding the proposed cash management order with the Debtor's changes. | 0.40 | 750.00 | 300.00 |
| 04/02/20 | DHJ | Reviewed the updated draft order regarding the cash management system as requested by counsel. | 0.30 | 750.00 | 225.00 |
| 04/02/20 | DRS | Analyzed cash management issues regarding negotiation of issues for cash management motion. | 0.50 | 660.00 | 330.00 |
| 04/02/20 | DRS | Discussed cash management issues with BRG team regarding analysis and negotiation of issues for cash management motion. | 0.50 | 660.00 | 330.00 |
| 04/02/20 | DRS | Prepared email regarding cash management motion analysis. | 0.20 | 660.00 | 132.00 |
| 04/02/20 | MKB | Evaluated issues related to cash management, including requirements identified by TCC and revisions submitted by Debtors. | 2.30 | 625.00 | 1,437.50 |
| 04/02/20 | MKB | Participated in conference call with BRG team in order to discuss cash management issues and related responses. | 0.50 | 625.00 | 312.50 |
| 04/03/20 | RTN | Participated in conference call with Counsel to discuss final cash management motion. | 0.60 | 850.00 | 510.00 |
| 04/03/20 | RTN | Reviewed documents and proposed Cash Management motion / order. | 0.30 | 850.00 | 255.00 |
| 04/03/20 | DHJ | Reviewed emails / correspondence regarding the proposed cash management order with the Debtor's changes. | 0.20 | 750.00 | 150.00 |
| 04/03/20 | MKB | Analyzed issues related to cash management, including requirements identified by TCC and revisions submitted by Debtors. | 0.30 | 625.00 | 187.50 |
| 04/04/20 | RTN | Reviewed cash collateral and cash management final orders. | 0.30 | 850.00 | 255.00 |
| 04/04/20 | RTN | Reviewed updates to Cash Management motion, including reservation of rights language. | 0.20 | 850.00 | 170.00 |
| 04/04/20 | RTN | Identified issues to be addressed in Cash Management order as proposed. | 0.20 | 850.00 | 170.00 |
| 04/04/20 | DHJ | Reviewed proposed draft of final order regarding the cash management motion and proposed objection as requested. | 0.40 | 750.00 | 300.00 |
| 04/04/20 | DHJ | Reviewed emails / correspondence regarding the proposed cash management order with the Debtor's changes. | 0.10 | 750.00 | 75.00 |



**Boy Scouts Of America & Delaware BSA, LLC**
**April 1, 2020 Through April 30, 2020**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 04/04/20 | DRS | Attended call with BRG team regarding counsel inquiries and Order drafts for Cash Management motion. | 0.30 | 660.00 | 198.00 |
| 04/04/20 | DRS | Analyzed and responded to counsel inquiries and Order drafts for cash management motion. | 0.20 | 660.00 | 132.00 |
| 04/04/20 | MKB | Revised cash management final order received from Debtors. | 1.10 | 625.00 | 687.50 |
| 04/05/20 | DHJ | Reviewed emails / correspondence regarding the most recent version of the final order for cash management. | 0.30 | 750.00 | 225.00 |
| 04/05/20 | DHJ | Reviewed proposed draft of final order regarding the cash management motion and proposed objection as requested. | 0.10 | 750.00 | 75.00 |
| 04/06/20 | DHJ | Reviewed proposed draft of final order regarding the cash management motion and proposed objection as requested. | 0.10 | 750.00 | 75.00 |
| 04/06/20 | DRS | Analyzed cash management motion issues and worked with counsel regarding responses. | 0.20 | 660.00 | 132.00 |
| | | **Total for Task Code 211.03** | **12.4** | | **$    8,994.00** |

| | | | | | | |
|------|------|-------------|-------|---|------|---|
| **Task Code:** | **211.05** | **Bankruptcy Proceedings (Filings / Motions - Shared Services)** | | | | |
| 04/02/20 | DRS | Analyzed shared services issues raised in Debtors' shared services motion. | 0.40 | $ | 660.00 | $    264.00 |
| 04/02/20 | MKB | Evaluated issues related to shared services, including requirements identified by TCC and revisions submitted by Debtors. | 0.90 | | 625.00 | 562.50 |
| 04/03/20 | RTN | Reviewed documents and proposed Shared Services motion / order. | 0.40 | | 850.00 | 340.00 |
| 04/03/20 | RTN | Reviewed updated Shared Services order as proposed and response to counsel. | 0.30 | | 850.00 | 255.00 |
| 04/03/20 | RTN | Evaluated issues related to reservation on future rights for Shared Services order. | 0.20 | | 850.00 | 170.00 |
| 04/03/20 | DRS | Analyzed issues regarding responses to Shared Services motions filed by Debtors. | 0.20 | | 660.00 | 132.00 |
| 04/03/20 | MKB | Spoke with A&M (CB) in regard to Shared Services motion. | 0.30 | | 625.00 | 187.50 |
| 04/03/20 | MKB | Analyzed issues related to shared services, including requirements identified by TCC and revisions submitted by Debtors. | 0.30 | | 625.00 | 187.50 |
| 04/04/20 | RTN | Examined final order as revised for shared services. | 0.20 | | 850.00 | 170.00 |
| 04/04/20 | DHJ | Reviewed proposed draft of final order regarding the shared services motion and proposed objection as requested. | 0.50 | | 750.00 | 375.00 |



**Boy Scouts Of America & Delaware BSA, LLC**
**April 1, 2020 Through April 30, 2020**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 04/04/20 | DHJ | Reviewed emails / correspondence regarding the proposed shared services order with the Debtor's changes. | 0.20 | 750.00 | 150.00 |
| 04/04/20 | DRS | Attended call with BRG team regarding counsel inquiries and Order drafts for Shared Services motion. | 0.30 | 660.00 | 198.00 |
| 04/04/20 | DRS | Analyzed and responded to counsel inquiries and Order drafts for Shared Services motion. | 0.20 | 660.00 | 132.00 |
| 04/04/20 | MKB | Revised shared services final order received from Debtors. | 0.90 | 625.00 | 562.50 |
| 04/05/20 | RTN | Evaluated proposed changes to reservations of rights language. | 0.20 | 850.00 | 170.00 |
| 04/05/20 | DHJ | Reviewed proposed financial reports for the shared services order currently housed in the BSA document room. | 1.40 | 750.00 | 1,050.00 |
| 04/05/20 | DHJ | Reviewed emails / correspondence regarding the most recent version of the final order for shared services. | 0.20 | 750.00 | 150.00 |
| 04/05/20 | DHJ | Reviewed proposed draft of final order regarding the shared services motion and proposed objection as requested. | 0.10 | 750.00 | 75.00 |
| 04/06/20 | RTN | Reviewed reservation of rights on shared services as order as proposed. | 0.30 | 850.00 | 255.00 |
| 04/06/20 | DRS | Analyzed shared services motion issues and worked with counsel regarding responses. | 0.20 | 660.00 | 132.00 |
| 04/09/20 | RTN | Reviewed Shared Service reports as to detail and timing. | 0.30 | 850.00 | 255.00 |
| 04/14/20 | RTN | Reviewed Scout Shop leases, including payments to local councils based on sales. | 0.30 | 850.00 | 255.00 |
| 04/14/20 | MKB | Evaluated Shared Services, including relationships between Debtors, Related Non-Debtors and Local Councils. | 1.30 | 625.00 | 812.50 |
| 04/22/20 | RTN | Reviewed communications from A&M (CB) as to transfer of records and Shared Services reporting. | 0.40 | 850.00 | 340.00 |
| 04/23/20 | RTN | Researched issues related to Shared Services and local councils. | 0.40 | 850.00 | 340.00 |
| | | **Total for Task Code 211.05** | **10.4** | | **$ 7,520.50** |

| Task Code: | 221.00 | **Debtors Operations / Monitoring (Cash Flow Reports)** | | | |
|------------|--------|---------------------------------------------------------|--|--|--|
| 04/03/20 | DHJ | Prepared updated cash flow budget/actual analysis for the weekly period ended 3-27-20. | 0.80 | $ 750.00 | $ 600.00 |
| 04/06/20 | DHJ | Participated in conference call regarding reporting to the TCC and Survivor Counsel regarding post-petition activity. | 0.90 | 750.00 | 675.00 |



**Boy Scouts Of America & Delaware BSA, LLC**
**April 1, 2020 Through April 30, 2020**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 04/06/20 | PS | Spoke with BRG team regarding post-petition reporting analysis. | 0.90 | 715.00 | 643.50 |
| 04/06/20 | MKB | Spoke with BRG team regarding cash flows and financials analysis to be performed. | 0.90 | 625.00 | 562.50 |
| 04/07/20 | DHJ | Prepared detailed reporting package of the post petition operating / cash flow activity. | 0.70 | 750.00 | 525.00 |
| 04/07/20 | PS | Examined cash collateral / cash flow reports. | 0.50 | 715.00 | 357.50 |
| 04/07/20 | MKB | Analyzed post-petition cash flow reports. | 0.80 | 625.00 | 500.00 |
| 04/08/20 | DHJ | Analyzed weekly cash flow trends. | 0.30 | 750.00 | 225.00 |
| 04/08/20 | PS | Evaluated cash flow / cash collateral reports / information. | 0.60 | 715.00 | 429.00 |
| 04/09/20 | DHJ | Reviewed the revised 13 week rolling budget prepared by the Debtor to take into account the impact of Covid 19. | 1.10 | 750.00 | 825.00 |
| 04/09/20 | PS | Communications regarding upcoming call regarding updated cash flow budgets. | 0.10 | 715.00 | 71.50 |
| 04/10/20 | DHJ | Examined the revised 13 week rolling budget prepared by the Debtor to take into account the impact of Covid 19. | 0.40 | 750.00 | 300.00 |
| 04/13/20 | DHJ | Prepared updated analysis of cash flows reflecting forecast vs actual for the eight weeks ended 4/3/20. | 0.80 | 750.00 | 600.00 |
| 04/13/20 | DHJ | Prepared analysis of the pre-Covid 19 cash flow with the Covid adjusted cash flow for the 5 week overlapping period. | 0.50 | 750.00 | 375.00 |
| 04/13/20 | DHJ | Prepared analysis (including memo) regarding the Covid-19 revised cash forecast for 2020. | 1.10 | 750.00 | 825.00 |
| 04/14/20 | DHJ | Analyzed the Covid-19 cash forecast to determine roll-up into monthly and annual forecasts. | 0.70 | 750.00 | 525.00 |
| 04/16/20 | DHJ | Updated analysis of cash flow trends. | 0.20 | 750.00 | 150.00 |
| 04/24/20 | MKB | Coordinated analysis of weekly and monthly Debtor reports. | 0.40 | 625.00 | 250.00 |
| 04/28/20 | DHJ | Participated in Debtor conference call regarding updated financial projections for 2020 and 2021. | 0.80 | 750.00 | 600.00 |
| | | **Total for Task Code 221.00** | **12.5** | | **$ 9,039.00** |

**Task Code:** **224.00** **Debtors Operations / Monitoring (Shared Services Reports)**

| | | | | | |
|------|------|------|------|------|------|
| 04/09/20 | DHJ | Reviewed the monthly report provided by BSA regarding operation of its controlled non-debtor affiliates. | 0.50 | $ 750.00 | $ 375.00 |
| 04/24/20 | DHJ | Reviewed monthly reports for receipts and disbursements and local council activity for the period February 18, 2020 through March 31, 2020 in support of the Shared Services order. | 0.70 | 750.00 | 525.00 |



**Boy Scouts Of America & Delaware BSA, LLC**
**April 1, 2020 Through April 30, 2020**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| | | **Total for Task Code 224.00** | **1.2** | **$** | **900.00** |
| **Task Code:** | **300.00** | **Asset Analysis (General - Debtors)** | | | |
| 04/05/20 | RTN | Analyzed reimbursement of local council amounts, including outstanding $11.5 million receivable. | 0.30 | $  850.00 | $  255.00 |
| 04/06/20 | RTN | Analyzed outstanding case issues related to asset investigation. | 0.20 | 850.00 | 170.00 |
| 04/06/20 | MKB | Analyzed board designated assets. | 0.60 | 625.00 | 375.00 |
| 04/07/20 | MKB | Analyzed board designated assets. | 0.60 | 625.00 | 375.00 |
| 04/08/20 | RTN | Analyzed potential assets available to creditors. | 1.90 | 850.00 | 1,615.00 |
| 04/08/20 | DHJ | Reviewed bankruptcy schedules of assets and liabilities for BSA. | 0.40 | 750.00 | 300.00 |
| 04/08/20 | DHJ | Reviewed bankruptcy statements for BSA. | 0.40 | 750.00 | 300.00 |
| 04/09/20 | RTN | Reviewed ASC 820 requirements, including applicability to accounting treatment for BSA. | 0.70 | 850.00 | 595.00 |
| 04/09/20 | RTN | Examined insider payments for one year totaling $97 million. | 0.20 | 850.00 | 170.00 |
| 04/09/20 | RTN | Reviewed contribution payments for year as detailed in statements / schedules. | 0.20 | 850.00 | 170.00 |
| 04/09/20 | RTN | Reviewed issues related to A&M meeting to review cash forecasts. | 0.20 | 850.00 | 170.00 |
| 04/09/20 | RTN | Reviewed assets identified in bankruptcy schedules. | 0.80 | 850.00 | 680.00 |
| 04/09/20 | RTN | Reviewed assets identified in bankruptcy statements. | 0.80 | 850.00 | 680.00 |
| 04/09/20 | RTN | Reviewed claims / liabilities identified in bankruptcy statements. | 0.40 | 850.00 | 340.00 |
| 04/09/20 | DHJ | Reviewed BSA Statement of Financial Affairs for critical asset information. | 1.50 | 750.00 | 1,125.00 |
| 04/09/20 | DHJ | Reviewed bankruptcy schedules of assets and liabilities for BSA. | 0.60 | 750.00 | 450.00 |
| 04/09/20 | DRS | Examined assets detailed in statements and schedules. | 1.90 | 660.00 | 1,254.00 |
| 04/09/20 | MKB | Analyzed BSA bankruptcy statements (90 day payments). | 1.40 | 625.00 | 875.00 |
| 04/09/20 | MKB | Analyzed BSA bankruptcy statements (1 year payments). | 1.20 | 625.00 | 750.00 |
| 04/09/20 | MKB | Analyzed BSA bankruptcy statements (gifts / charitable contributions). | 1.10 | 625.00 | 687.50 |
| 04/09/20 | MKB | Analyzed BSA bankruptcy schedules. | 0.30 | 625.00 | 187.50 |
| 04/10/20 | RTN | Reviewed asset listing developed from schedules and statements. | 0.70 | 850.00 | 595.00 |
| 04/10/20 | MKB | Analyzed BSA bankruptcy schedules (assets). | 1.10 | 625.00 | 687.50 |
| 04/10/20 | MKB | Analyzed BSA bankruptcy schedules (unsecured claims). | 0.70 | 625.00 | 437.50 |
| 04/10/20 | MKB | Analyzed BSA bankruptcy schedules (secured claims). | 0.50 | 625.00 | 312.50 |



**Boy Scouts Of America & Delaware BSA, LLC**
**April 1, 2020 Through April 30, 2020**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 04/10/20 | MKB | Analyzed BSA bankruptcy statements (90 day payments). | 0.40 | 625.00 | 250.00 |
| 04/10/20 | MKB | Analyzed BSA bankruptcy statements (gifts / charitable contributions). | 0.40 | 625.00 | 250.00 |
| 04/10/20 | MKB | Analyzed BSA bankruptcy statements (property held for another). | 0.40 | 625.00 | 250.00 |
| 04/10/20 | MKB | Analyzed BSA bankruptcy statements (1 year payments). | 0.30 | 625.00 | 187.50 |
| 04/11/20 | RTN | Reviewed pre-petition payments. | 0.10 | 850.00 | 85.00 |
| 04/11/20 | MKB | Analyzed fixed assets (2017 - 2019). | 1.10 | 625.00 | 687.50 |
| 04/13/20 | MKB | Evaluated assets detailed in Debtors' statements & schedules, including reconciliation / comparison with other asset sources / records. | 2.00 | 625.00 | 1,250.00 |
| 04/13/20 | MKB | Analyzed Debtors' artwork assets. | 0.70 | 625.00 | 437.50 |
| 04/14/20 | RTN | Reviewed schedules and statements for assets and claims. | 1.80 | 850.00 | 1,530.00 |
| 04/14/20 | RTN | Reviewed questions / responses from BRG team in regard to schedules and SOFA, including leases, pre-petition payments, professionals and assets. | 0.90 | 850.00 | 765.00 |
| 04/14/20 | DHJ | Analyzed 90 day and one year payments included in the bankruptcy schedules. | 0.20 | 750.00 | 150.00 |
| 04/14/20 | MKB | Evaluated assets detailed in Debtors' statements & schedules, including reconciliation / comparison with other asset sources / records. | 2.20 | 625.00 | 1,375.00 |
| 04/15/20 | RTN | Reviewed listing of Debtors' domain sites. | 0.30 | 850.00 | 255.00 |
| 04/15/20 | RTN | Analyzed ownership of websites / URLs. | 0.20 | 850.00 | 170.00 |
| 04/15/20 | MKB | Analyzed accounts receivable, including current and historical agings. | 0.60 | 625.00 | 375.00 |
| 04/16/20 | DRS | Analyzed assets identified in Debtors bankruptcy schedules and statements. | 1.50 | 660.00 | 990.00 |
| 04/16/20 | DRS | Examined documents uploaded to Data Room detailing Debtors' financial operations, including assets and liabilities. | 1.30 | 660.00 | 858.00 |
| 04/16/20 | MKB | Evaluated assets and liabilities identified in Debtors bankruptcy schedules. | 1.20 | 625.00 | 750.00 |
| 04/16/20 | MKB | Evaluated assets identified in Debtors bankruptcy statements. | 1.00 | 625.00 | 625.00 |
| 04/16/20 | MKB | Analyzed employee censuses, including head counts, salaries and other trends. | 0.70 | 625.00 | 437.50 |
| 04/16/20 | MKB | Analyzed Debtors unrestricted assets. | 0.60 | 625.00 | 375.00 |
| 04/17/20 | RTN | Reviewed Bankruptcy schedules and statements and inclusion of artwork, as well as revisions of restricted assets. | 0.80 | 850.00 | 680.00 |
| 04/17/20 | RTN | Evaluated issues related to on-going asset analysis. | 0.60 | 850.00 | 510.00 |



**Boy Scouts Of America & Delaware BSA, LLC**
**April 1, 2020 Through April 30, 2020**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 04/17/20 | DHJ | Reviewed additional schedule regarding the bankruptcy schedules prepared for the TCC. | 0.30 | 750.00 | 225.00 |
| 04/17/20 | MKB | Analyzed assets identified in Debtors' schedules and statements. | 2.60 | 625.00 | 1,625.00 |
| 04/17/20 | MKB | Analyzed assets available to creditors, including local councils and Summit. | 0.70 | 625.00 | 437.50 |
| 04/18/20 | RTN | Reviewed summary of assets and liabilities as included in bankruptcy schedules and statements as to be submitted to TCC. | 0.70 | 850.00 | 595.00 |
| 04/18/20 | RTN | Updated summary of assets identified in Schedules and Statements. | 0.40 | 850.00 | 340.00 |
| 04/19/20 | RTN | Reviewed responses concerning Schedules and Statements from TCC Committee Members. | 0.70 | 850.00 | 595.00 |
| 04/20/20 | RTN | Analyzed statements as filed in the BSA filing related to BSA operations. | 0.80 | 850.00 | 680.00 |
| 04/24/20 | RTN | Reviewed outstanding case matters related to asset identification. | 0.20 | 850.00 | 170.00 |
| 04/27/20 | RTN | Analyzed outstanding case issues. | 0.20 | 850.00 | 170.00 |
| 04/28/20 | RTN | Participated in conference call with BSA and professionals to discuss reduction of $70 million from prior forecast, High Adventure fees, need to refund deposits and partial operation of facilities, also 200,000 less youth. | 0.80 | 850.00 | 680.00 |
| 04/28/20 | RTN | Analyzed pending issues related to asset investigation. | 0.20 | 850.00 | 170.00 |
| 04/28/20 | DHJ | Reviewed substantive consolidation and Alter Ego document as requested. | 0.40 | 750.00 | 300.00 |
| 04/28/20 | MKB | Spoke with counsel (JS) regarding case issues. | 0.30 | 625.00 | 187.50 |
| 04/29/20 | MKB | Spoke with BRG team regarding case issues / analysis, including preparation for call. | 0.90 | 625.00 | 562.50 |
| | | **Total for Task Code 300.00** | **47.2** | | **$  33,537.00** |

| | | | | | | | |
|------|------|-------------|-------|------|------|------|------|
| **Task Code:** | **301.00** | **Asset Analysis (General - Debtors Restricted / Identified Assets)** | | | | | |
| 04/02/20 | MKB | Analyzed restricted assets, including amounts and supporting documentation. | 2.90 | $ | 625.00 | $ | 1,812.50 |
| 04/06/20 | MKB | Analyzed restricted assets. | 1.10 | | 625.00 | | 687.50 |
| 04/07/20 | SC | Assets Analysis of BSA monthly Greybook Restricted Assets for September 2019 to January 2020. | 3.00 | | 240.00 | | 720.00 |
| 04/07/20 | SC | Continued Assets Analysis of BSA monthly Greybook Restricted Assets for March 2019 - August 2019 | 3.00 | | 240.00 | | 720.00 |
| 04/07/20 | SC | Continued Assets Analysis of BSA monthly Greybook Restricted Assets for January 2019 - February 2019. | 0.60 | | 240.00 | | 144.00 |
| 04/08/20 | SC | Continued Assets Analysis of BSA monthly Greybook Restricted Assets for May 2018 - August 2018. | 3.00 | | 240.00 | | 720.00 |



**Boy Scouts Of America & Delaware BSA, LLC**
**April 1, 2020 Through April 30, 2020**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 04/08/20 | SC | Continued Assets Analysis of BSA monthly Greybook Restricted Assets for September 2018 - January 2019. | 3.00 | 240.00 | 720.00 |
| 04/08/20 | SC | Continued Assets Analysis of BSA monthly Greybook Restricted Assets for January 2018 to April 2018. | 2.00 | 240.00 | 480.00 |
| 04/14/20 | MKB | Analyzed Debtors restricted assets, including related wills, bequests, deeds, etc. | 1.60 | 625.00 | 1,000.00 |
| 04/16/20 | MKB | Analyzed Debtors restricted assets, including related wills, bequests, deeds, etc. | 1.40 | 625.00 | 875.00 |
| 04/19/20 | RTN | Reviewed comments from Committee members as to restricted assets. | 0.30 | 850.00 | 255.00 |
| 04/22/20 | RTN | Reviewed documents related to Summerfield Foundation contribution, including analysis as to restrictions and whether such restrictions are still valid. | 0.50 | 850.00 | 425.00 |
| | | **Total for Task Code 301.00** | **22.4** | | **$ 8,559.00** |

| | | | | | |
|------|------|-------------|-------|------|--------|
| **Task Code:** | **303.00** | **Asset Analysis (General - Local Councils)** | | | |
| 04/01/20 | RTN | Analyzed Local Council assets / real estate issues, including review of Bylaws / Articles language. | 0.40 | $ 850.00 | $ 340.00 |
| 04/01/20 | DHJ | Reviewed the Local Council Charter relating to the disposition of assets at the Local Council Level. | 0.30 | 750.00 | 225.00 |
| 04/02/20 | RTN | Analyzed documents from Data Room concerning Local councils. | 0.60 | 850.00 | 510.00 |
| 04/03/20 | RTN | Analyzed Local council Articles of Incorporation issues. | 0.40 | 850.00 | 340.00 |
| 04/05/20 | RTN | Analyzed local council assets. | 0.30 | 850.00 | 255.00 |
| 04/06/20 | MKB | Analyzed Local Council assets. | 1.60 | 625.00 | 1,000.00 |
| 04/07/20 | RTN | Examined Mt. Diablo Silverado Council articles / bylaws. | 0.30 | 850.00 | 255.00 |
| 04/07/20 | MKB | Analyzed local council assets. | 0.80 | 625.00 | 500.00 |
| 04/07/20 | MKB | Analyzed changes to / consolidations of local councils. | 0.80 | 625.00 | 500.00 |
| 04/10/20 | RTN | Reviewed local council website analysis. | 0.40 | 850.00 | 340.00 |
| 04/11/20 | DRS | Reviewed documentation available on Local Council websites to analyze options to scrap pdf files available from each. | 1.30 | 660.00 | 858.00 |
| 04/13/20 | RTN | Analyzed issues related to Local Council asset analysis. | 0.20 | 850.00 | 170.00 |
| 04/13/20 | MKB | Coordinated analysis of Local Council websites. | 0.50 | 625.00 | 312.50 |
| 04/13/20 | MKB | Analyzed local council assets. | 0.30 | 625.00 | 187.50 |
| 04/13/20 | SA | Identified local council websites (Abraham Lincoln - Lincoln Heritage) in conjunction with asset analysis. | 1.50 | 205.00 | 307.50 |
| 04/13/20 | EP | Identified local councils websites (Long Beach through Yucca) in conjunction with asset analysis. | 4.30 | 185.00 | 795.50 |
| 04/14/20 | RTN | Reviewed website listing for all 261 councils in preparation for WebCrawler scraping. | 0.30 | 850.00 | 255.00 |



**Boy Scouts Of America & Delaware BSA, LLC**
**April 1, 2020 Through April 30, 2020**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 04/14/20 | RTN | Evaluated WebCrawler analysis / search of local council websites, including timing for completion. | 0.30 | 850.00 | 255.00 |
| 04/14/20 | DHJ | Reviewed local council financial documents to determine potential assets. | 0.40 | 750.00 | 300.00 |
| 04/14/20 | DRS | Analyzed information and data on Guidestar database regarding Local Council financial and asset information. | 1.10 | 660.00 | 726.00 |
| 04/14/20 | DRS | Reviewed local council information obtained from Guidestar database and developed additional assignments for staff. | 0.50 | 660.00 | 330.00 |
| 04/14/20 | MKB | Analyzed Local Council assets, including examination of available financial statements and Forms 990. | 1.10 | 625.00 | 687.50 |
| 04/14/20 | MKB | Finalized Local Council website analysis. | 0.50 | 625.00 | 312.50 |
| 04/14/20 | SC | Reviewed and analyzed BSA local councils financial information for Abraham-Lincoln Council to Blue Mountain Council. | 3.00 | 240.00 | 720.00 |
| 04/14/20 | SC | Reviewed and analyzed BSA local councils financial information for Blue Ridge Council to Buckskin Council. | 1.40 | 240.00 | 336.00 |
| 04/15/20 | RTN | Reviewed issues related to Local Councils Forms 990, including identification of assets. | 0.30 | 850.00 | 255.00 |
| 04/15/20 | ME | Designed / implemented web scraper for collecting documents from subject websites. | 2.80 | 670.00 | 1,876.00 |
| 04/15/20 | DRS | Analyzed data and financial information obtained from Guidestar regarding local councils. | 1.60 | 660.00 | 1,056.00 |
| 04/15/20 | DRS | Evaluated team assignments regarding local council analyses to be performed. | 1.60 | 660.00 | 1,056.00 |
| 04/15/20 | SC | Reviewed and analyzed BSA local councils financial information for Bucktail Council to Cimarron Council. | 3.00 | 240.00 | 720.00 |
| 04/15/20 | SC | Reviewed and analyzed BSA local councils financial information for Circle Ten Council to Five Rivers. | 3.00 | 240.00 | 720.00 |
| 04/15/20 | SC | Reviewed and analyzed BSA local councils financial information for Flint River Council to Green Mountain Council. | 2.50 | 240.00 | 600.00 |
| 04/16/20 | ME | Deployed web scraper on initial subset of subject websites, including review of download results / initial findings. | 1.30 | 670.00 | 871.00 |
| 04/16/20 | CTa | Reviewed subset of documents scraped from local council websites for completeness and correctness. | 0.80 | 670.00 | 536.00 |
| 04/16/20 | DRS | Analyzed data and financial information obtained from Guidestar database for asset analysis of local councils. | 1.30 | 660.00 | 858.00 |
| 04/16/20 | MKB | Analyzed Local Council assets, including examination of available financial statements and Forms 990. | 1.40 | 625.00 | 875.00 |
| 04/16/20 | SC | Reviewed and analyzed BSA local councils financial information for Greenwich Council to Longhorn Council. | 3.00 | 240.00 | 720.00 |



**Boy Scouts Of America & Delaware BSA, LLC**
**April 1, 2020 Through April 30, 2020**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 04/16/20 | SC | Reviewed and analyzed BSA local councils financial information for Longhouse Council to Northern Lights Council. | 3.00 | 240.00 | 720.00 |
| 04/16/20 | SC | Reviewed and analyzed BSA local councils financial information for Northern New Jersey Council to Quivira Council. | 3.00 | 240.00 | 720.00 |
| 04/17/20 | ME | Revised web scraper implementation to collect additional document types, including testing and QC. | 2.50 | 670.00 | 1,675.00 |
| 04/17/20 | TK | Reviewed subset of documents scraped from local council websites for completeness and correctness. | 1.10 | 670.00 | 737.00 |
| 04/17/20 | DRS | Analyzed Guidestar database for local council asset analysis with staff. | 0.30 | 660.00 | 198.00 |
| 04/17/20 | MKB | Continued analysis of Local Council assets, including examination of available financial statements and Forms 990. | 2.50 | 625.00 | 1,562.50 |
| 04/17/20 | SC | Reviewed and analyzed BSA local councils financial information for Rainbow Council to Susquehanna Council. | 3.00 | 240.00 | 720.00 |
| 04/17/20 | SC | Reviewed and analyzed BSA local councils financial information for Suwannee River Area Council to Yucca Council. | 3.00 | 240.00 | 720.00 |
| 04/17/20 | SC | Reviewed and analyzed BSA local councils financial information for Michigan Crossroad Councils, Cross Of the West Council, Virginia Headwaters Council, and Mountain West Council. | 1.00 | 240.00 | 240.00 |
| 04/18/20 | ME | Compiled scraped documents into Local Council website .zip files, including upload of completed document packages for analysis. | 1.50 | 670.00 | 1,005.00 |
| 04/19/20 | RTN | Reviewed domain names and WebCrawler results of 256 unique domain names for Local Councils in conjunction with asset analysis. | 0.40 | 850.00 | 340.00 |
| 04/19/20 | ME | Completed document package collections, including upload. | 0.80 | 670.00 | 536.00 |
| 04/20/20 | TK | Reviewed subset of documents scraped from local council websites for completeness and correctness. | 1.50 | 670.00 | 1,005.00 |
| 04/20/20 | DRS | Analyzed and developed Form 990 analysis for Local Council asset analysis. | 0.60 | 660.00 | 396.00 |
| 04/20/20 | MKB | Analyzed Local Council assets reported in Forms 990, including discussions with staff. | 2.60 | 625.00 | 1,625.00 |
| 04/20/20 | LL | Analyzed various Form 990 in order to identify potential assets. | 0.50 | 560.00 | 280.00 |
| 04/20/20 | SC | Analyzed BSA local council Form 990. (AK-CA) | 2.70 | 240.00 | 648.00 |
| 04/20/20 | SC | Received instructions on how to conduct Form 990 analysis for each of the local councils. | 0.40 | 240.00 | 96.00 |



**Boy Scouts Of America & Delaware BSA, LLC**
**April 1, 2020 Through April 30, 2020**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 04/21/20 | DRS | Analyzed and developed assignments for Form 990 Local Council asset analysis. | 0.10 | 660.00 | 66.00 |
| 04/21/20 | MKB | Discussed assets (including issues related to Local Councils) identified in financial statements / Forms 990 with BRG (DHJ). | 0.50 | 625.00 | 312.50 |
| 04/21/20 | SC | Analyzed BSA local council Form 990. (CA-FL) | 3.00 | 240.00 | 720.00 |
| 04/21/20 | SC | Analyzed BSA local council Form 990. (FL-ID) | 3.00 | 240.00 | 720.00 |
| 04/21/20 | SC | Analyzed BSA local council Form 990. (ID-IN) | 2.00 | 240.00 | 480.00 |
| 04/22/20 | MKB | Investigated Local Council assets reported in Forms 990, including discussions with staff. | 1.20 | 625.00 | 750.00 |
| 04/22/20 | CTe | Analyzed local council Form 990 balance sheet data (WI through WY). | 2.00 | 295.00 | 590.00 |
| 04/22/20 | CTe | Evaluated asset / liability analysis to be performed using Local Council Forms 990. | 1.50 | 295.00 | 442.50 |
| 04/22/20 | SC | Analyzed BSA local council Form 990. (KS-MN) | 3.00 | 240.00 | 720.00 |
| 04/22/20 | SC | Analyzed BSA local council Form 990. (MO-NE) | 3.00 | 240.00 | 720.00 |
| 04/22/20 | SC | Analyzed BSA local council Form 990. (NJ-NY) | 1.60 | 240.00 | 384.00 |
| 04/23/20 | DRS | Analyzed publicly available information regarding real estate owned by Local Councils. | 1.20 | 660.00 | 792.00 |
| 04/23/20 | MKB | Analyzed Local Council assets reported in Forms 990. | 2.10 | 625.00 | 1,312.50 |
| 04/23/20 | MKB | Evaluated issues related to substantive consolidation / alter ego. | 1.30 | 625.00 | 812.50 |
| 04/23/20 | CTe | Analyzed local council Form 990 balance sheet data (TX through VT). | 3.00 | 295.00 | 885.00 |
| 04/23/20 | CTe | Analyzed local council Form 990 balance sheet data (WA through WI). | 2.90 | 295.00 | 855.50 |
| 04/23/20 | CTe | Finalized local council Form 990 analysis. | 0.60 | 295.00 | 177.00 |
| 04/23/20 | SC | Analyzed BSA local council Form 990. (NY-PA) | 3.00 | 240.00 | 720.00 |
| 04/23/20 | SC | Analyzed BSA local council Form 990. (PA-SC) | 3.00 | 240.00 | 720.00 |
| 04/23/20 | SC | Analyzed BSA local council Form 990. (SD-TX) | 1.50 | 240.00 | 360.00 |
| 04/23/20 | SC | Worked with Christina to finalized and combined local council analysis. | 0.60 | 240.00 | 144.00 |
| 04/24/20 | RTN | Analyzed issues related to Debtors' assertions regarding franchise. | 0.40 | 850.00 | 340.00 |
| 04/24/20 | MKB | Updated analysis of Local Council assets reported in Forms 990. | 1.20 | 625.00 | 750.00 |
| 04/26/20 | RTN | Reviewed possible expert issues on relationships between BSA and Local Councils. | 0.20 | 850.00 | 170.00 |
| 04/27/20 | RTN | Reviewed local council assets. | 0.50 | 850.00 | 425.00 |
| 04/27/20 | RTN | Reviewed requests and responses as to need for each Local Council Articles of Incorporation. | 0.20 | 850.00 | 170.00 |
| 04/28/20 | RTN | Evaluated franchise issues between Debtors and Local Councils. | 0.60 | 850.00 | 510.00 |
| 04/28/20 | MKB | Analyzed assets and liabilities identified in Local Council Forms 990. | 1.30 | 625.00 | 812.50 |



**Boy Scouts Of America & Delaware BSA, LLC**
**April 1, 2020 Through April 30, 2020**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 04/28/20 | MKB | Evaluated documents scraped from Local Council websites, including audits, Forms 990 and organizational documents. | 1.10 | 625.00 | 687.50 |
| 04/28/20 | SA | Analyzed local council documents (financial and other) scraped from websites (AK - CA). | 3.10 | 205.00 | 635.50 |
| 04/28/20 | SA | Analyzed local council documents (financial and other) scraped from websites (CA - GA). | 2.90 | 205.00 | 594.50 |
| 04/29/20 | MKB | Spoke with staff in order to coordinate analysis of Local Council website documents. | 0.30 | 625.00 | 187.50 |
| 04/29/20 | CTe | Analyzed documents obtained from local councils websites (NC through NE). | 2.80 | 295.00 | 826.00 |
| 04/29/20 | CTe | Analyzed documents obtained from local councils websites (NV through NY). | 2.50 | 295.00 | 737.50 |
| 04/29/20 | CTe | Analyzed documents obtained from local councils website (NH). | 2.40 | 295.00 | 708.00 |
| 04/29/20 | CTe | Evaluated issues related to local council website document analysis. | 0.30 | 295.00 | 88.50 |
| 04/29/20 | SC | Analyzed documents obtained from local councils websites. (CA, GA) | 3.00 | 240.00 | 720.00 |
| 04/29/20 | SC | Analyzed documents obtained from local councils websites. (AL, AZ, CA) | 3.00 | 240.00 | 720.00 |
| 04/29/20 | SC | Analyzed documents obtained from local councils websites. (IA, IL) | 1.00 | 240.00 | 240.00 |
| 04/29/20 | SC | Received instructions on how to conduct Website analysis for each of the local councils. | 0.30 | 240.00 | 72.00 |
| 04/29/20 | SA | Analyzed local council documents (financial and other) scraped from websites (HI - IL). | 2.70 | 205.00 | 553.50 |
| 04/29/20 | SA | Analyzed local council documents (financial and other) scraped from websites (IN - MO). | 3.00 | 205.00 | 615.00 |
| 04/29/20 | SA | Analyzed local council documents (financial and other) scraped from websites (MS - NJ). | 2.30 | 205.00 | 471.50 |
| 04/30/20 | RTN | Analyzed local council Scout shop operations. | 0.20 | 850.00 | 170.00 |
| 04/30/20 | CTe | Analyzed documents obtained from local council website (NY). | 2.00 | 295.00 | 590.00 |
| 04/30/20 | SC | Analyzed documents obtained from local councils websites. (CA, CO, CT) | 3.00 | 240.00 | 720.00 |
| 04/30/20 | SC | Analyzed documents obtained from local councils websites. (CA, IA) | 3.00 | 240.00 | 720.00 |
| 04/30/20 | SC | Analyzed documents obtained from local councils websites. (CA, AL, IL) | 1.40 | 240.00 | 336.00 |
| 04/30/20 | SA | Analyzed local council documents (financial and other) scraped from websites (NM - OK). | 2.90 | 205.00 | 594.50 |
| 04/30/20 | SA | Analyzed local council documents (financial and other) scraped from websites (OR - TN). | 2.70 | 205.00 | 553.50 |



**Boy Scouts Of America & Delaware BSA, LLC**
**April 1, 2020 Through April 30, 2020**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 04/30/20 | SA | Analyzed local council documents (financial and other) scraped from websites (TX - WY). | 2.40 | 205.00 | 492.00 |
| | | **Total for Task Code 303.00** | **168.4** | | **$ 62,078.50** |

**Task Code:  310.00   Asset Analysis (Cash / Bank Accounts - Debtors)**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 04/07/20 | MKB | Discussed with staff analysis to be performed. | 0.30 | $   625.00 | $       187.50 |
| 04/08/20 | MKB | Examined bank and investment statements. | 1.10 | 625.00 | 687.50 |
| 04/09/20 | MKB | Analyzed Debtors' bank accounts, including recent document productions. | 0.50 | 625.00 | 312.50 |
| 04/09/20 | SC | Analyzed bank account statements from March 2019 through February 2020 (G/L Accounts 10010 - 10023). | 3.00 | 240.00 | 720.00 |
| 04/09/20 | SC | Analyzed bank account statements from March 2019 through February 2020 (G/L Accounts 10024 - 10043). | 3.00 | 240.00 | 720.00 |
| 04/10/20 | SC | Analyzed bank account statements from March 2019 through February 2020 (G/L Accounts 10064 - 10203). | 3.00 | 240.00 | 720.00 |
| 04/10/20 | SC | Analyzed bank account statements from March 2019 through February 2020 (G/L Accounts 10205 - 10215). | 3.00 | 240.00 | 720.00 |
| 04/13/20 | SC | Analyzed bank account statements from March 2019 through February 2020 (G/L Accounts 10216 - 10855). | 2.30 | 240.00 | 552.00 |
| 04/15/20 | MKB | Analyzed bank account documents (Debtors unrestricted). | 3.50 | 625.00 | 2,187.50 |
| 04/15/20 | MKB | Analyzed bank account documents (Related Non-Debtors). | 1.80 | 625.00 | 1,125.00 |
| 04/15/20 | MKB | Analyzed bank account documents (Debtors restricted). | 1.70 | 625.00 | 1,062.50 |
| 04/16/20 | MKB | Analyzed bank account activity, including flow of funds between accounts. | 0.80 | 625.00 | 500.00 |
| 04/17/20 | MKB | Continued analysis of bank account activity, including flow of funds between accounts. | 0.50 | 625.00 | 312.50 |
| 04/17/20 | SA | Analyzed bank statements by GL code (10010 - 10069). | 2.20 | 205.00 | 451.00 |
| 04/23/20 | MKB | Analyzed bank account transactions, including supporting documentation. | 1.00 | 625.00 | 625.00 |
| 04/23/20 | SA | Analyzed bank statements by GL code (10122 - 10205). | 1.40 | 205.00 | 287.00 |
| 04/24/20 | SA | Analyzed bank statements by GL code (10205 - 10219). | 2.40 | 205.00 | 492.00 |
| 04/24/20 | SA | Analyzed bank statements by GL code (10221 - 10855). | 1.90 | 205.00 | 389.50 |
| | | **Total for Task Code 310.00** | **33.4** | | **$ 12,051.50** |

**Task Code:  321.00   Asset Analysis (Investments / Funds - Debtors Restricted / Identified Assets)**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 04/07/20 | MKB | Analyzed restricted assets. | 0.80 | 625.00 | 500.00 |
| 04/08/20 | MKB | Analyzed restricted assets, including reconciliation with account statements and other accounting reports / summaries. | 2.30 | 625.00 | 1,437.50 |



**Boy Scouts Of America & Delaware BSA, LLC**
**April 1, 2020 Through April 30, 2020**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 04/09/20 | RTN | Examined endowment fund payments. | 0.30 | 850.00 | 255.00 |
| 04/11/20 | MKB | Analyzed restricted assets. | 0.60 | 625.00 | 375.00 |
| 04/15/20 | RTN | Reviewed organizational and operational documents for BSA Commingled Endowment Fund LLP. | 0.50 | 850.00 | 425.00 |
| 04/20/20 | MKB | Analyzed restricted assets, including supporting documents (Watzek, Cooke, Scoutmaster Recognition). | 2.90 | 625.00 | 1,812.50 |
| 04/20/20 | MKB | Analyzed restricted assets, including supporting documents (W Phillips, W&G Phillips). | 1.50 | 625.00 | 937.50 |
| 04/21/20 | MKB | Analyzed restricted assets, including supporting documents (Wallace, High Adventure, Hook). | 2.00 | 625.00 | 1,250.00 |
| 04/21/20 | MKB | Analyzed restricted assets, including supporting documents (Southern Region, Central Region). | 1.90 | 625.00 | 1,187.50 |
| 04/22/20 | MKB | Analyzed restricted assets, including supporting documents (Summerfield, Warner, NESA, Schiff). | 2.30 | 625.00 | 1,437.50 |
| 04/22/20 | MKB | Analyzed restricted assets, including supporting documents (Maguire, Page, G Phillips). | 2.10 | 625.00 | 1,312.50 |
| 04/23/20 | MKB | Analyzed restricted assets, including supporting documents (World Scouting Development, Fosset, Watson). | 1.90 | 625.00 | 1,187.50 |
| 04/23/20 | MKB | Updated restricted assets analysis schedule. | 1.00 | 625.00 | 625.00 |
| 04/24/20 | MKB | Analyzed restricted assets, including supporting documents (Hafer, Allen, Sea Base). | 2.20 | 625.00 | 1,375.00 |
| 04/24/20 | MKB | Analyzed restricted assets, including supporting documents (Hale, Pratt, Golding, Browne). | 1.90 | 625.00 | 1,187.50 |
| 04/27/20 | MKB | Analyzed restricted assets, including supporting documents (Noble, Rahmberg, McElwain, Tatham, Brinton, Palmer). | 3.00 | 625.00 | 1,875.00 |
| 04/27/20 | MKB | Analyzed restricted assets, including supporting documents (McFall, Price, Jones, Wheelan, Curtis, Murray). | 2.70 | 625.00 | 1,687.50 |
| 04/28/20 | MKB | Analyzed restricted assets, including supporting documents (LaFortune, Martin, Rifle Match, Sailor, Tarr, Worley). | 2.10 | 625.00 | 1,312.50 |
| | | **Total for Task Code 321.00** | **32.0** | | **$  20,180.00** |

| Task Code: | 330.00 | **Asset Analysis (Real Property - Debtors)** | | | |
|---|---|---|---|---|---|
| 04/07/20 | MKB | Analyzed real estate. | 1.00 | $  625.00 | $  625.00 |
| 04/08/20 | MKB | Analyzed issues related to real estate valuations. | 0.40 | 625.00 | 250.00 |
| 04/16/20 | MKB | Analyzed real estate holdings. | 1.20 | 625.00 | 750.00 |
| 04/27/20 | RTN | Reviewed data regarding restrictions on property. | 0.20 | 850.00 | 170.00 |
| | | **Total for Task Code 330.00** | **2.8** | | **$  1,795.00** |



**Boy Scouts Of America & Delaware BSA, LLC**
**April 1, 2020 Through April 30, 2020**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| **Task Code:** | **332.00** | **Asset Analysis (Real Property - Related Non-Debtors)** | | | |
| 04/15/20 | RTN | Reviewed Articles of Incorporation for Arrow. | 0.30 | $ 850.00 | $ 255.00 |
| 04/20/20 | RTN | Reviewed issues related to WV Summit construction and over budget expenditures. | 0.40 | 850.00 | 340.00 |
| 04/25/20 | DHJ | Analyzed general journal transactions relating to the Summit property and Arrow for the last 6 months of 2017. | 1.30 | 750.00 | 975.00 |
| 04/25/20 | DHJ | Analyzed general journal transactions relating to the Summit property and Arrow for the last 6 months of 2017. | 0.90 | 750.00 | 675.00 |
| 04/25/20 | DHJ | Analyzed transactions affecting the Summit property as requested by counsel. | 0.40 | 750.00 | 300.00 |
| 04/27/20 | DHJ | Prepared analysis of intercompany accounts receivable between BSA and Arrow regarding the donations to the Summit property from 2012 through 2020. | 1.90 | 750.00 | 1,425.00 |
| 04/27/20 | DHJ | Prepared analysis of intercompany accounts receivable between BSA and Arrow regarding the expenses paid by BSA for the summit property from 2012 through 2020. | 1.70 | 750.00 | 1,275.00 |
| 04/27/20 | DHJ | Reconciled the intercompany accounts receivable between BSA and Arrow for the years 2017 through 2019. | 1.60 | 750.00 | 1,200.00 |
| 04/27/20 | DHJ | Prepared analysis of intercompany accounts receivable between BSA and Arrow regarding the philanthropic expense allocated to the summit property from 2012 through 2020. | 1.30 | 750.00 | 975.00 |
| 04/27/20 | DHJ | Analyzed BSA/Arrow intercompany account, including discussions with BRG (MKB). | 0.80 | 750.00 | 600.00 |
| 04/27/20 | DHJ | Prepared analysis of intercompany accounts receivable between BSA and Arrow regarding bond interest paid for the summit property from 2012 through 2020. | 0.80 | 750.00 | 600.00 |
| 04/27/20 | MKB | Analyzed BSA / Arrow WV note receivable, including review of underlying documentation. | 1.90 | 625.00 | 1,187.50 |
| 04/27/20 | MKB | Spoke with BRG (DHJ) regarding BSA / Arrow WV note receivable. | 0.60 | 625.00 | 375.00 |
| 04/28/20 | RTN | Reviewed Summit costs year by year to date. | 0.60 | 850.00 | 510.00 |
| 04/28/20 | DHJ | Analyzed BSA/Arrow intercompany account activity. | 0.90 | 750.00 | 675.00 |
| 04/28/20 | DHJ | Reconciled the intercompany accounts receivable between BSA and Arrow for the years 2012 through 2019. | 0.90 | 750.00 | 675.00 |
| 04/28/20 | DHJ | Participated in conference call with Counsel (ML) regarding the interunit accounting between BSA and Arrow. | 0.70 | 750.00 | 525.00 |



**Boy Scouts Of America & Delaware BSA, LLC**
**April 1, 2020 Through April 30, 2020**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 04/28/20 | MKB | Continued analysis BSA / Arrow WV note receivable, including review of underlying documentation. | 0.80 | 625.00 | 500.00 |
| 04/28/20 | MKB | Spoke with counsel (ML) regarding BSA / Arrow note receivable. | 0.70 | 625.00 | 437.50 |
| | | **Total for Task Code 332.00** | **18.5** | | **$ 13,505.00** |

| | | | | | | |
|------|------|-------------|-------|------|------|--------|
| **Task Code:** | **333.00** | **Asset Analysis (Real Property - Local Councils)** | | | | |
| 04/06/20 | RTN | Analyzed value of NY local council real estate. | 0.40 | $ | 850.00 | $ | 340.00 |
| 04/06/20 | RTN | Examined Local Council asset listing. | 0.40 | | 850.00 | 340.00 |
| 04/06/20 | RTN | Examined Survivor Counsel review of property assets of 81 local councils. | 0.30 | | 850.00 | 255.00 |
| 04/07/20 | RTN | Reviewed proposal guidelines for BRG real estate specialists. | 0.30 | | 850.00 | 255.00 |
| 04/07/20 | RTN | Reviewed New York public documents on Local Council Scout camp values. | 0.20 | | 850.00 | 170.00 |
| 04/08/20 | RTN | Evaluated issues related to real estate valuation. | 0.80 | | 850.00 | 680.00 |
| 04/08/20 | MKB | Analyzed local council assets, including real estate holdings. | 3.60 | | 625.00 | 2,250.00 |
| 04/09/20 | RTN | Reviewed BRG Real Estate team proposals. | 0.30 | | 850.00 | 255.00 |
| 04/09/20 | MKB | Analyzed local councils, including camps and other potential assets. | 1.70 | | 625.00 | 1,062.50 |
| 04/10/20 | RTN | Reviewed issues related to analysis of local council real estate assets. | 0.30 | | 850.00 | 255.00 |
| 04/10/20 | RTN | Evaluated possible real estate team at BRG as specialists and consultants. | 0.30 | | 850.00 | 255.00 |
| 04/11/20 | RTN | Analyzed issues related to local councils and availability of Forms 990. | 0.30 | | 850.00 | 255.00 |
| 04/11/20 | RTN | Analyzed constructive trust issues on local councils in Arizona. | 0.30 | | 850.00 | 255.00 |
| 04/13/20 | RTN | Reviewed proposal on Real Estate valuation assistance. | 0.20 | | 850.00 | 170.00 |
| 04/13/20 | DRS | Discussed real estate valuation issues and options with BRG valuation team. | 0.40 | | 660.00 | 264.00 |
| 04/13/20 | DRS | Discussed real estate valuation issues and options with Todd Neilson. | 0.40 | | 660.00 | 264.00 |
| 04/17/20 | RTN | Reviewed Asset Search on Real Estate at the Great Salt Lake Council. | 0.90 | | 850.00 | 765.00 |
| 04/17/20 | RTN | Evaluated issues related to analysis of local council Form 990. | 0.60 | | 850.00 | 510.00 |
| 04/17/20 | RTN | Reviewed Local Council data, including progress in obtaining access to real estate base. | 0.20 | | 850.00 | 170.00 |
| 04/17/20 | RTN | Reviewed proposal for Real Estate database service and costs. | 0.20 | | 850.00 | 170.00 |



**Boy Scouts Of America & Delaware BSA, LLC**
**April 1, 2020 Through April 30, 2020**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 04/17/20 | MKB | Participated in call with appraiser in order to assess capabilities of CoStar. | 0.80 | 625.00 | 500.00 |
| 04/22/20 | RTN | Reviewed debt structure of property in Great Salt Lake Council, which was ultimately transferred to new council. | 1.60 | 850.00 | 1,360.00 |
| 04/22/20 | RTN | Analyzed property lists for 24 pieces of property owned by the Utah Local Councils, including review of underlying data on each piece of property. | 1.30 | 850.00 | 1,105.00 |
| 04/23/20 | RTN | Analyzed Forms 990 detailing assets reported by Local Councils, including preliminary determination of secured / unsecured portions. | 1.10 | 850.00 | 935.00 |
| 04/23/20 | RTN | Reviewed status of analyzing the property location and values of real property. | 0.70 | 850.00 | 595.00 |
| 04/23/20 | MKB | Participated in call with CoStar in order to understand capabilities for analysis of real estate. | 1.10 | 625.00 | 687.50 |
| 04/24/20 | MKB | Analyzed Local Council real estate holdings. | 0.90 | 625.00 | 562.50 |
| 04/24/20 | CTe | Analyzed camp properties owned by local council (WA through WI). | 3.00 | 295.00 | 885.00 |
| 04/24/20 | CTe | Analyzed camp properties owned by local council (TX through VT). | 3.00 | 295.00 | 885.00 |
| 04/24/20 | CTe | Evaluated analysis of local council camp properties. | 0.70 | 295.00 | 206.50 |
| 04/24/20 | SC | Analyzed all camp sites and other properties owned by local councils. (AL-CA) | 3.00 | 240.00 | 720.00 |
| 04/24/20 | SC | Analyzed all camp sites and other properties owned by local councils. (CA-CO) | 2.80 | 240.00 | 672.00 |
| 04/24/20 | SC | Received instructions on how to conduct camps analysis for each of the local councils. | 0.70 | 240.00 | 168.00 |
| 04/27/20 | DRS | Followed up with staff regarding Local Council Form 990 and document analysis. | 0.20 | 660.00 | 132.00 |
| 04/27/20 | CTe | Analyzed camp properties owned by local council (TX). | 3.20 | 295.00 | 944.00 |
| 04/27/20 | CTe | Analyzed camp properties owned by local council (TN through SC). | 2.50 | 295.00 | 737.50 |
| 04/27/20 | CTe | Analyzed camp properties owned by local council (OR through RI). | 2.30 | 295.00 | 678.50 |
| 04/27/20 | SC | Analyzed all camp sites and other properties owned by local councils. (GA-IN) | 3.00 | 240.00 | 720.00 |
| 04/27/20 | SC | Analyzed all camp sites and other properties owned by local councils. (CO-GA) | 3.00 | 240.00 | 720.00 |
| 04/27/20 | SC | Analyzed all camp sites and other properties owned by local councils. (IN-LA) | 1.00 | 240.00 | 240.00 |
| 04/28/20 | CTe | Analyzed camp properties owned by local council (ND through NY). | 3.00 | 295.00 | 885.00 |
| 04/28/20 | CTe | Analyzed camp properties owned by local council (OH through OK). | 2.50 | 295.00 | 737.50 |
| 04/28/20 | CTe | Finalized local council camp property analysis. | 0.50 | 295.00 | 147.50 |



**Boy Scouts Of America & Delaware BSA, LLC**
**April 1, 2020 Through April 30, 2020**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 04/28/20 | SC | Analyzed all camp sites and other properties owned by local councils. (MI-NC) | 3.00 | 240.00 | 720.00 |
| 04/28/20 | SC | Analyzed all camp sites and other properties owned by local councils. (LA-MI) | 3.00 | 240.00 | 720.00 |
| 04/28/20 | SC | Analyzed all camp sites and other properties owned by local councils. (NC-NE) | 1.00 | 240.00 | 240.00 |
| 04/28/20 | SC | Worked with Christina to finalized and combined local council analysis of all camp sites and other properties owned by the local councils. | 0.50 | 240.00 | 120.00 |
| 04/29/20 | MKB | Updated analysis of Local Council camps / properties (AZ - KY). | 2.50 | 625.00 | 1,562.50 |
| 04/29/20 | MKB | Updated analysis of Local Council camps / properties (OR - WY). | 2.20 | 625.00 | 1,375.00 |
| 04/29/20 | MKB | Updated analysis of Local Council camps / properties (LA - OK). | 2.10 | 625.00 | 1,312.50 |
| 04/30/20 | DRS | Discussed Form 990 asset, real estate, and liabilities for local councils with BRG team. | 0.20 | 660.00 | 132.00 |
| 04/30/20 | MKB | Reconciled Local Council camps / properties identified on Local Council websites with other sources (AZ - KY). | 2.50 | 625.00 | 1,562.50 |
| 04/30/20 | MKB | Reconciled Local Council camps / properties identified on Local Council websites with other sources (OR - WY). | 2.40 | 625.00 | 1,500.00 |
| 04/30/20 | MKB | Reconciled Local Council camps / properties identified on Local Council websites with other sources (LA - OK). | 2.20 | 625.00 | 1,375.00 |
| | | **Total for Task Code 333.00** | **75.6** | | **$  34,783.50** |

| | | | | | | | |
|------|------|------|------|------|------|------|------|
| **Task Code:** | **500.00** | **Viability Analysis** | | | | | |
| 04/03/20 | DHJ | Reviewed all the documents in the data room related to the pension plan and other benefit plans. | 1.40 | $ | 750.00 | $ | 1,050.00 |
| 04/03/20 | DHJ | Reviewed the Greybook financial statements to better understand the detailed financial information. | 1.30 | | 750.00 | | 975.00 |
| 04/03/20 | DRS | Analyzed Debtors cash flow schedules and related operational issues. | 0.30 | | 660.00 | | 198.00 |
| 04/06/20 | DHJ | Reviewed the documents provided to date related to the BSA billings to Local Councils for benefit services provided. | 0.40 | | 750.00 | | 300.00 |
| 04/07/20 | RTN | Evaluated liquidity issues. | 0.20 | | 850.00 | | 170.00 |
| 04/07/20 | DHJ | Prepared preliminary analysis of historical operations for scout stores and wholesale warehouse for the period 2017 through January 2020. | 2.20 | | 750.00 | | 1,650.00 |
| 04/07/20 | DHJ | Prepared preliminary analysis of historical operations for the high adventure camps owned by BSA for the period 2017 through January 2020. | 1.60 | | 750.00 | | 1,200.00 |



**Boy Scouts Of America & Delaware BSA, LLC**
**April 1, 2020 Through April 30, 2020**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 04/07/20 | DHJ | Prepared preliminary analysis of historical operations for the Summit High Adventure Camp for the period 2017 through January 2020. | 0.70 | 750.00 | 525.00 |
| 04/09/20 | RTN | Evaluated furlough plans for BSA employees. | 0.20 | 850.00 | 170.00 |
| 04/09/20 | DHJ | Updated financial / viability analysis. | 0.30 | 750.00 | 225.00 |
| 04/14/20 | DHJ | Analyzed monthly financial statements and audited financial statements to determine pension and benefit costs. | 1.40 | 750.00 | 1,050.00 |
| 04/16/20 | RTN | Analyzed staff reductions and other steps taken in light of Covid 19. | 0.40 | 850.00 | 340.00 |
| 04/16/20 | DHJ | Prepared comparative analysis of payroll from 12-31-18 to 2-17-20 to determine changes and the impact on benefits and the cash forecast. | 2.10 | 750.00 | 1,575.00 |
| 04/16/20 | DHJ | Prepared analysis of payroll and benefits expenses including benefit expense by type for 2017. | 1.60 | 750.00 | 1,200.00 |
| 04/16/20 | DHJ | Prepared analysis of payroll and benefits expenses including benefit expense by type for 2016. | 0.90 | 750.00 | 675.00 |
| 04/16/20 | DHJ | Prepared analysis of payroll and benefits expenses including benefit expense by type for 2019. | 0.30 | 750.00 | 225.00 |
| 04/16/20 | DHJ | Prepared analysis of payroll and benefits expenses including benefit expense by type for 2018. | 0.20 | 750.00 | 150.00 |
| 04/17/20 | DHJ | Prepared analysis of payroll and benefits expenses including benefit expense by type for 2018. | 0.90 | 750.00 | 675.00 |
| 04/17/20 | DHJ | Prepared analysis of payroll and benefits expenses including benefit expense by type for 2019. | 0.80 | 750.00 | 600.00 |
| 04/17/20 | DHJ | Prepared comparative analysis of payroll from 12-31-18 to 2-17-20 to determine changes and the impact on benefits and the cash forecast. | 0.70 | 750.00 | 525.00 |
| 04/17/20 | DHJ | Prepared analysis of payroll and benefits expenses including benefit expense by type for 2017. | 0.60 | 750.00 | 450.00 |
| 04/20/20 | RTN | Analyzed business operations, including reduction of membership over the years. | 1.10 | 850.00 | 935.00 |
| 04/20/20 | DHJ | Analyzed the 2018 Form 990 and 990-T for BSA to identify critical financial detail. | 2.30 | 750.00 | 1,725.00 |
| 04/20/20 | DHJ | Prepared highlighted analysis of the 2017 audit report for BSA. | 1.20 | 750.00 | 900.00 |
| 04/20/20 | DHJ | Reviewed and analyzed the 2017 Form 990 and 990-T for BSA to identify critical financial detail. | 1.20 | 750.00 | 900.00 |
| 04/21/20 | DHJ | Analyzed monthly local council billings for 2019 for expenses related to medical insurance premium reimbursements. | 1.60 | 750.00 | 1,200.00 |
| 04/21/20 | DHJ | Analyzed monthly local council billings for 2019 for expenses related to the various retirement account reimbursements. | 1.50 | 750.00 | 1,125.00 |



**Boy Scouts Of America & Delaware BSA, LLC**
**April 1, 2020 Through April 30, 2020**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 04/21/20 | DHJ | Analyzed monthly local council billings for 2019 for expenses related to dental insurance premium reimbursements. | 1.40 | 750.00 | 1,050.00 |
| 04/21/20 | DHJ | Analyzed monthly local council billings for 2019 for expenses related to miscellaneous benefit reimbursement. | 1.30 | 750.00 | 975.00 |
| 04/21/20 | DHJ | Analyzed monthly local council billings for 2019 for expenses related to vision insurance premium reimbursements. | 1.30 | 750.00 | 975.00 |
| 04/21/20 | DHJ | Analyzed monthly local council billings for 2019 for expenses related to long-term disability insurance reimbursement. | 1.10 | 750.00 | 825.00 |
| 04/21/20 | DHJ | Reviewed the 2017 audit and other financial reports. | 0.70 | 750.00 | 525.00 |
| 04/22/20 | RTN | Examined schedules and graphs detailing membership trends of total youths in Scouting through the years. | 0.40 | 850.00 | 340.00 |
| 04/22/20 | DHJ | Analyzed monthly local council billings for 2019 for expenses related to medical insurance premium reimbursements. | 1.10 | 750.00 | 825.00 |
| 04/22/20 | DHJ | Analyzed monthly local council billings for 2019 for expenses related to dental insurance premium reimbursements. | 1.00 | 750.00 | 750.00 |
| 04/22/20 | DHJ | Analyzed cash receipt information regarding local council billings for various benefits. | 0.80 | 750.00 | 600.00 |
| 04/22/20 | DHJ | Analyzed monthly local council billings for 2019 for expenses related to the various retirement account reimbursements. | 0.80 | 750.00 | 600.00 |
| 04/22/20 | DHJ | Analyzed monthly local council billings for 2019 for expenses related to miscellaneous benefit reimbursement. | 0.50 | 750.00 | 375.00 |
| 04/22/20 | DHJ | Analyzed monthly local council billings for 2019 for expenses related to long-term disability insurance reimbursement. | 0.40 | 750.00 | 300.00 |
| 04/22/20 | DHJ | Analyzed payments to local councils for the years 2017 through 2019. | 0.40 | 750.00 | 300.00 |
| 04/22/20 | DHJ | Analyzed monthly local council billings for 2019 for expenses related to vision insurance premium reimbursements. | 0.30 | 750.00 | 225.00 |
| 04/23/20 | DHJ | Analyzed rents paid to local councils to determine store sales for the years 2017 through 2019. | 1.90 | 750.00 | 1,425.00 |
| 04/23/20 | DHJ | Analyzed payments to local councils for the years 2017 to 2019. | 1.60 | 750.00 | 1,200.00 |
| 04/23/20 | DHJ | Analyzed BSANC payroll schedule for various departments and areas. | 0.70 | 750.00 | 525.00 |
| 04/24/20 | RTN | Analyzed viability challenges on ongoing liabilities and diminution of current assets. | 0.90 | 850.00 | 765.00 |

34



**Boy Scouts Of America & Delaware BSA, LLC**
**April 1, 2020 Through April 30, 2020**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 04/24/20 | RTN | Analyzed viability of ongoing operations of BSA. | 0.90 | 850.00 | 765.00 |
| 04/24/20 | RTN | Evaluated past operations of BSA and going concern concepts. | 0.80 | 850.00 | 680.00 |
| 04/24/20 | RTN | Reviewed viability of Plan of Reorganization in light of membership trends. | 0.80 | 850.00 | 680.00 |
| 04/24/20 | RTN | Reviewed Pension Benefit Guarantee liability on pensions of employees, including estimated claims in bankruptcy. | 0.60 | 850.00 | 510.00 |
| 04/28/20 | RTN | Participated in conference call with BRG team to discuss operational issues. | 0.50 | 850.00 | 425.00 |
| 04/28/20 | RTN | Analyzed reduction of youth membership over the period from 1970 to the present. | 0.40 | 850.00 | 340.00 |
| 04/28/20 | DHJ | Prepared analysis of BSA detailed supply revenues and expenses for the first half of 2018 to agree them to the Grey Book activity for the same period. | 1.40 | 750.00 | 1,050.00 |
| 04/28/20 | DHJ | Prepared analysis of BSA detailed expenses for the first half of 2018 to agree them to the Grey Book activity for the same period. | 1.30 | 750.00 | 975.00 |
| 04/28/20 | DHJ | Prepared analysis of BSA detailed payroll and related benefit expenses for the first half of 2018 to agree them to the Grey Book activity for the same period. | 0.70 | 750.00 | 525.00 |
| 04/28/20 | DHJ | Participated in call with BRG personnel regarding financial projections other case matters. | 0.60 | 750.00 | 450.00 |
| 04/28/20 | DRS | Attended financial update conference call with Debtor, including review of documents in advance of call. | 1.00 | 660.00 | 660.00 |
| 04/28/20 | DRS | Analyzed issues raised during financial update call with Debtor. | 0.20 | 660.00 | 132.00 |
| 04/28/20 | MKB | Participated in Debtor financial update conference call. | 0.80 | 625.00 | 500.00 |
| 04/28/20 | MKB | Evaluated information presented by Debtor during financial update conference call, including impact on operations. | 0.60 | 625.00 | 375.00 |
| 04/29/20 | RTN | Reviewed options related to break-even / feasibility analysis. | 0.60 | 850.00 | 510.00 |
| 04/29/20 | RTN | Spoke with BRG team to discuss Counsel call concerning issues related to BSA deteriorating financial situation. | 0.50 | 850.00 | 425.00 |
| 04/29/20 | RTN | Spoke with BRG team regarding Debtor financial issues, including employee furlough / RIF. | 0.40 | 850.00 | 340.00 |
| 04/29/20 | DHJ | Prepared preliminary analysis of membership levels for 2021 through 2025 in order to prepare an analysis of viability. | 2.50 | 750.00 | 1,875.00 |
| 04/29/20 | DHJ | Prepared preliminary analysis of membership fees for 2021 through 2025 in order to prepare an analysis of viability. | 2.10 | 750.00 | 1,575.00 |



**Boy Scouts Of America & Delaware BSA, LLC**
**April 1, 2020 Through April 30, 2020**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 04/29/20 | DHJ | Prepared preliminary analysis of supply revenues and expenses for 2021 through 2025 in order to prepare an analysis of viability. | 1.70 | 750.00 | 1,275.00 |
| 04/29/20 | DHJ | Prepared preliminary analysis of membership levels for 2021 through 2025 in order to prepare an analysis of viability. | 1.00 | 750.00 | 750.00 |
| 04/29/20 | DHJ | Participated in call with BRG personnel regarding financial projections other case matters. | 0.80 | 750.00 | 600.00 |
| 04/29/20 | DHJ | Examined accounting records and forecasts for the BSA. | 0.70 | 750.00 | 525.00 |
| 04/29/20 | DRS | Attended conference call with BRG team to discuss operational feasibility analyses and assignments. | 0.40 | 660.00 | 264.00 |
| 04/30/20 | DHJ | Prepared preliminary analysis of Philmont high adventure camp revenues and expenses for 2021 through 2025 in order to prepare an analysis of viability. | 2.20 | 750.00 | 1,650.00 |
| 04/30/20 | DHJ | Prepared preliminary analysis of overall supply revenues and expenses 2021 through 2025 in order to prepare an analysis of viability. | 2.10 | 750.00 | 1,575.00 |
| 04/30/20 | DHJ | Prepared preliminary analysis of supply payroll and benefits for 2021 through 2025 in order to prepare an analysis of viability. | 1.70 | 750.00 | 1,275.00 |
| 04/30/20 | DHJ | Prepared preliminary analysis of Frontier high adventure camp revenues and expenses for 2021 through 2025 in order to prepare an analysis of viability. | 1.50 | 750.00 | 1,125.00 |
| 04/30/20 | DHJ | Prepared preliminary analysis of Sea Base high adventure camp revenues and expenses for 2021 through 2025 in order to prepare an analysis of viability. | 1.40 | 750.00 | 1,050.00 |
| 04/30/20 | DHJ | Prepared a detailed analysis of departments for BSA units and areas of operation. | 1.20 | 750.00 | 900.00 |
| | | **Total for Task Code 500.00** | **75.4** | | **$ 57,074.00** |

| Task Code: | 700.00 | **Tax Compliance & Analysis** | | | |
|------------|--------|-------------------------------|--|--|--|
| 04/20/20 | RTN | Reviewed ongoing NOL as cited in the financial statements / bankruptcy filings. | 0.70 | $ 850.00 | $ 595.00 |
| 04/20/20 | RTN | Reviewed tax issues concerning gains from non-profits on an ongoing basis. | 0.60 | 850.00 | 510.00 |
| 04/20/20 | RTN | Reviewed prior tax returns filed by the BSA. | 0.50 | 850.00 | 425.00 |
| 04/20/20 | RTN | Examined data as to underlying transactions related to the creation of NOLs and possible usage. | 0.40 | 850.00 | 340.00 |
| 04/20/20 | VeC | Analyzed 2018 tax returns, including related research. | 2.20 | 745.00 | 1,639.00 |
| 04/21/20 | RTN | Reviewed IRS Guidelines relative to taxation of gains from non-profit operations. | 0.30 | 850.00 | 255.00 |

36



**Boy Scouts Of America & Delaware BSA, LLC**
**April 1, 2020 Through April 30, 2020**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 04/21/20 | VeC | Analyzed taxation of gains from disposition of property. | 0.40 | 745.00 | 298.00 |
| | | **Total for Task Code 700.00** | **5.1** | | **$ 4,062.00** |
| **Task Code:** | **900.00** | **Report / Presentation Preparation** | | | |
| 04/05/20 | RTN | Reviewed requests for meetings with Survivor Counsel and Committee. | 0.20 | $ 850.00 | $ 170.00 |
| 04/06/20 | RTN | Spoke with Counsel (RO) regarding upcoming TCC meeting. | 0.40 | 850.00 | 340.00 |
| 04/06/20 | RTN | Evaluated issues related to meeting with TCC, including review of outline proposed by Counsel (RO). | 1.40 | 850.00 | 1,190.00 |
| 04/06/20 | RTN | Spoke with BRG team regarding presentation to TCC. | 0.30 | 850.00 | 255.00 |
| 04/06/20 | DHJ | Participated in conference call with BRG personnel to discuss areas of focus for the TCC and Survivor Counsel. | 0.30 | 750.00 | 225.00 |
| 04/06/20 | DRS | Attended call with BRG team to discussed assignments outlined by Counsel. | 0.30 | 660.00 | 198.00 |
| 04/06/20 | MKB | Spoke with BRG team regarding upcoming TCC meeting. | 0.30 | 625.00 | 187.50 |
| 04/07/20 | RTN | Updated TCC materials / presentation. | 0.40 | 850.00 | 340.00 |
| 04/07/20 | DHJ | Participated in conference call with BRG personnel regarding reporting format for the TCC. | 0.60 | 750.00 | 450.00 |
| 04/07/20 | MKB | Prepared draft of TCC report. | 0.70 | 625.00 | 437.50 |
| 04/07/20 | MKB | Spoke with BRG (DRS) regarding TCC report format and content. | 0.60 | 625.00 | 375.00 |
| 04/08/20 | RTN | Revised TCC presentation materials / outline, including discussions with BRG team. | 0.60 | 850.00 | 510.00 |
| 04/08/20 | DHJ | Reviewed presentation for the TCC meeting next week and adjusted as necessary. | 0.20 | 750.00 | 150.00 |
| 04/08/20 | DRS | Reviewed outline and draft slide deck for TTC committee call. | 0.40 | 660.00 | 264.00 |
| 04/08/20 | MKB | Revised draft of TCC report. | 0.90 | 625.00 | 562.50 |
| 04/09/20 | RTN | Revised TCC presentation materials. | 1.50 | 850.00 | 1,275.00 |
| 04/09/20 | RTN | Spoke with BRG team to discuss TCC outlines for meetings. | 0.90 | 850.00 | 765.00 |
| 04/09/20 | RTN | Spoke with BRG (DHJ) in regard to TCC meeting. | 0.20 | 850.00 | 170.00 |
| 04/09/20 | DHJ | Spoke with BRG team regarding the outline presentation for the TCC. | 0.90 | 750.00 | 675.00 |
| 04/09/20 | DHJ | Reviewed presentation for the TCC meeting next week, including revisions as necessary. | 0.40 | 750.00 | 300.00 |
| 04/09/20 | DHJ | Spoke with BRG (RTN) regarding the presentation for the TCC and counsel. | 0.20 | 750.00 | 150.00 |
| 04/09/20 | MKB | Updated draft of TCC report. | 0.50 | 625.00 | 312.50 |



**Boy Scouts Of America & Delaware BSA, LLC**
**April 1, 2020 Through April 30, 2020**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 04/10/20 | RTN | Participated in conference call with BRG team to work on TCC committee meeting next week. | 0.60 | 850.00 | 510.00 |
| 04/10/20 | RTN | Reviewed latest version of TCC materials as provided by BRG Team. | 0.40 | 850.00 | 340.00 |
| 04/10/20 | RTN | Updated PeopleSoft information in TCC presentation. | 0.30 | 850.00 | 255.00 |
| 04/10/20 | RTN | Revised slides for inclusion in TCC slide deck. | 0.30 | 850.00 | 255.00 |
| 04/10/20 | DHJ | Participated in conference call regarding the outline presentation for the TCC. | 0.60 | 750.00 | 450.00 |
| 04/10/20 | DHJ | Reviewed presentation for the TCC meeting next week and adjusted as necessary. | 0.40 | 750.00 | 300.00 |
| 04/10/20 | DRS | Attended conference all with BRG team regarding assignments, TCC conference call, and document/data production issues. | 0.50 | 660.00 | 330.00 |
| 04/10/20 | DRS | Analyzed updated slide deck in preparation for TCC conference call. | 0.40 | 660.00 | 264.00 |
| 04/10/20 | MKB | Revised draft of TCC report. | 0.70 | 625.00 | 437.50 |
| 04/10/20 | MKB | Spoke with BRG team regarding TCC report format and content. | 0.60 | 625.00 | 375.00 |
| 04/13/20 | RTN | Updated TCC presentation pursuant to comments / review. | 0.40 | 850.00 | 340.00 |
| 04/13/20 | RTN | Reviewed comments from Counsel (JS) regarding TCC materials. | 0.40 | 850.00 | 340.00 |
| 04/13/20 | RTN | Spoke with Counsel (RO) as to meeting with TCC. | 0.30 | 850.00 | 255.00 |
| 04/13/20 | DHJ | Reviewed presentation for the TCC meeting next week and adjusted as necessary. | 0.30 | 750.00 | 225.00 |
| 04/13/20 | MKB | Updated TCC report. | 1.10 | 625.00 | 687.50 |
| 04/14/20 | RTN | Reviewed finalized slide deck for TCC meeting, including review of related outline for discussion points and matters BRG is presently or in the future will be analyzing. | 0.80 | 850.00 | 680.00 |
| 04/14/20 | DRS | Revised slide deck for TCC call. | 0.80 | 660.00 | 528.00 |
| 04/14/20 | MKB | Prepared outline for TCC presentation, including discussions with BRG team. | 0.40 | 625.00 | 250.00 |
| 04/16/20 | RTN | Prepared for meeting with Committee, including review of revised outline. | 0.80 | 850.00 | 680.00 |
| | | **Total for Task Code 900.00** | **22.3** | | **$  16,804.00** |

| | | | | | | | |
|------|------|-------------|-------|----|--------|----|--------|
| **Task Code:** | **1000.00** | **Case Administration** | | | | | |
| 04/15/20 | RTN | Spoke with BRG (DRS) regarding Chubb objection to Sidley employment application. | 0.60 | $ | 850.00 | $ | 510.00 |
| 04/15/20 | DRS | Discussed Sidley employment application objection filed by Chubb with BRG (RTN). | 0.60 | | 660.00 | | 396.00 |



**Boy Scouts Of America & Delaware BSA, LLC**
**April 1, 2020 Through April 30, 2020**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 04/15/20 | DRS | Reviewed Sidley employment application objection filed by Chubb sent by counsel. | 0.40 | 660.00 | 264.00 |
| 04/28/20 | RTN | Reviewed response to Chubb objection on Sidley's employment. | 0.50 | 850.00 | 425.00 |
| 04/28/20 | DRS | Analyzed Sidley response to employment objection. | 0.40 | 660.00 | 264.00 |
| | | **Total for Task Code 1000.00** | **2.5** | | **$    1,859.00** |

| Task Code: | 1020.00 | **Meeting Preparation & Attendance** | | | |
|------|------|-------------|-------|------|--------|
| 04/06/20 | RTN | Participated in conference call with Counsel on case status. | 1.40 | $ 850.00 | $    1,190.00 |
| 04/06/20 | DHJ | Participated in conference call with counsel to discuss the status of the case and where we stand on document requests. | 1.40 | 750.00 | 1,050.00 |
| 04/06/20 | DRS | Attended call with Counsel regarding first day motions, committee meetings, and status of work. | 1.40 | 660.00 | 924.00 |
| 04/06/20 | MKB | Participated in conference call with PSJZ (JS, RO, JO, JC, JM) in order to discuss case issues. | 1.40 | 625.00 | 875.00 |
| 04/13/20 | RTN | Participated in conference call with BRG team to discuss status of analysis / investigation to date. | 1.50 | 850.00 | 1,275.00 |
| 04/13/20 | DHJ | Participated in conference call regarding case issues, including analysis / investigation to date. | 1.50 | 750.00 | 1,125.00 |
| 04/13/20 | DRS | Spoke with BRG team in order to discuss case matters. | 1.50 | 660.00 | 990.00 |
| 04/13/20 | MKB | Spoke with BRG team regarding case issues. | 1.50 | 625.00 | 937.50 |
| 04/16/20 | RTN | Attended conference call with Committee to discuss results of analyses and discussions with Committee members. | 1.30 | 850.00 | 1,105.00 |
| 04/16/20 | DRS | Attended meeting / conference call with TCC and survivor counsel regarding work performed to date and to review slide deck. | 1.30 | 660.00 | 858.00 |
| 04/16/20 | MKB | Participated in TCC call. | 1.30 | 625.00 | 812.50 |
| 04/24/20 | RTN | Participated in status call with BRG team to discuss | 1.00 | 850.00 | 850.00 |
| 04/24/20 | DHJ | Participated in status call with BRG personnel regarding status of the case and work to be performed. | 1.00 | 750.00 | 750.00 |
| 04/24/20 | DRS | Attended weekly status call with BRG team. | 1.00 | 660.00 | 660.00 |
| 04/24/20 | MKB | Participated in status call with BRG team to discuss / coordinate analysis and investigation. | 1.00 | 625.00 | 625.00 |
| | | **Total for Task Code 1020.00** | **19.5** | | **$  14,027.00** |
| | | **Total Professional Services** | **692.7** | | **$ 390,313.00** |



**Boy Scouts Of America & Delaware BSA, LLC**
**April 1, 2020 Through April 30, 2020**
**EXPENSES**

| DATE | DESCRIPTION | AMOUNT | |
|------|-------------|--------|--|
| 04/30/20 | Research - TLOxp (tlo.com) | $ | 47.49 |
| 04/30/20 | Research - CoStar Suite (costar.com) | | 1.35 |
| 04/30/20 | Research - GuideStar (guidestar.org) | | 464.90 |
| | **Total Expenses** | **$** | **513.74** |

# EXHIBIT C

**Curriculum Vitae**



**R. Todd Neilson**
**Managing Director**

BERKELEY RESEARCH GROUP, LLC
2029 Century Park East, Suite 1250
Los Angeles, California 90067

Direct: 310.499.4934
Fax: 310.557.8982
tneilson@thinkbrg.com

**SUMMARY**

R. Todd Neilson is currently a Managing Director at Berkeley Research Group LLC. Previously, Mr. Neilson was a Director with LECG LLC and was a founding partner of Neilson Elggren LLP (formerly Neilson, Elggren, Durkin & Co.). He is one of the nation's foremost experts in bankruptcy and forensic accounting with over forty years combined experience in public accounting and as a Special Agent with the FBI.

In 1986, he was a founding partner of Neilson, Elggren, Durkin and Co., which was acquired by an international financial consulting firm in March 1998, where Mr. Neilson was a partner from March 1998 to September 2000. Prior to 1986, he was a manager in the Litigation/Consulting Services department of the international CPA firm of KMG/Main Hurdman for four years and also served as a special agent in the Federal Bureau of Investigation, specializing in accounting investigation of white-collar and organized crime. Due to his background, Mr. Neilson offers a unique set of skills in the areas of financial consulting and as an expert in the field of forensic accounting and fraud litigation.

Mr. Neilson is a seasoned professional having acted as a Trustee, financial consultant and expert witness in numerous high-profile accounting related litigation engagements involving complex bankruptcy reorganization matters including accounting and fraud issues, tracing of funds, financial data reconstruction, damages and lost profits, Ponzi and RICO matters, valuation, and business viability issues. Mr. Neilson has acted as bankruptcy Trustee for notable clients such as Mike Tyson, Suge Knight and Death Row Records. As Trustee, he has also operated, and negotiated the sale of an extremely large and diverse array of assets, including one of the largest Ford dealerships in the nation, an ownership interest in both the Los Angeles Kings' and Nashville Predators' hockey franchises, luxury hotels, sand and rock quarries, antique art collections, real estate, and trucking companies. Having evaluated and sold well over $1 billion dollars of assets, Mr. Neilson brings substantial credibility to the court - credibility borne of practical, not just theoretical experience.

Mr. Neilson is a nationally recognized expert in bankruptcy and accounting having served on the national Board of Directors of the Association of Insolvency and Restructuring Advisors, Chairman of the Securities Advisory Board in the State of Utah, faculty for the Certified Fraud Examiners, and a member of the Society of the Former Special Agents of the Federal Bureau of Investigation. He has spoken on bankruptcy, litigation support, valuation and fraud related topics to numerous professional groups such as American Institute of Certified Public Accountants (AICPA), National Conference of Bankruptcy Judges, California and Utah Society of CPA's and numerous colleges and universities throughout the United



States. Mr. Neilson formerly served as an Associate Professor in the Graduate School of Accounting at the University of Utah, where he taught the course on Forensic Accounting. He has also provided regular instruction on accounting and fraud related litigation issues at the FBI Academy to CPA/FBI Agents and to Postal Inspectors at the United States Postal Service national training center. He was a co-author of the *AICPA Bankruptcy Practice Guide*, issued as a practice aid to all CPA's in the United States and co-author of *The CPA's Handbook of Fraud and Commercial Crime Prevention*, also issued by the AICPA. He was also inducted as a fellow in the prestigious American College of Bankruptcy, one of only a handful of CPA's in the United States given that honor.

Mr. Neilson has been involved in some of the highest profile litigation and bankruptcy matters in the nation. Highlighted below are some of the cases, which demonstrate his unique background and experience.

## EXAMPLES

*American Suzuki Motor Corporation*
American Suzuki Motor Corporation ("ASMC"), a California corporation and a subsidiary of parent Suzuki Motor Corporation ("SMC"), filed a Chapter 11 Bankruptcy in November 2012, which effectively allowed for the transfer and sale of all business assets of ASMC, not affiliated with car sales, to SMC and facilitated the withdrawal of Suzuki from all new car sales in the United States. Prior to the filing, R. Todd Neilson, and another independent Board member, was added to the ASMC Board of Directors. Neilson, and the other independent Director, constituted a separate Committee ("Committee") and were tasked with the responsibility of reviewing the underlying assets of the Debtor, the intended Plan of Reorganization and implementation of the proposed Plan in order to make an independent decision as to the filing of a Chapter 11. The Committee ultimately authorized the filing of the ASMC Chapter 11, monitored the administration of the Bankruptcy, and following confirmation of the Chapter 11 Plan, remained as an Advisory Board to review the implementation of the Plan and distribution of assets pursuant to the Plan.

*Tremont v. KPMG*
R. Todd Neilson was engaged as a damage expert in the litigation between Tremont Holdings Group Inc. ("Tremont") and KPMG in relation to investments made with Bernard L. Madoff Investment Securities ("BMIS"). Tremont was the second largest investor with BMIS with billions of dollars invested over fourteen years. Following the appointment of Irving Picard as Chapter 11 Trustee, Picard brought litigation against Tremont and related entities asserting a number of avoidance actions and equitable subordination claims. As a result of that litigation, Tremont settled with Picard for over a billion dollars. Subsequent to the settlement, a complaint was filed by Tremont against KPMG as independent auditors of the Tremont funds asserting billions of dollars in damages as a result of KPMG's audit insufficiencies. Neilson was asked to provide an expert opinion as to the damages suffered by the Tremont entities due to the alleged inadequacies in the KPMG audits. Neilson issued an expert report in April 2013 contesting the damages asserted against KPMG by Tremont. As a result of the expert report, the Tremont claimants withdrew their previously asserted damage analysis.

*Solyndra LLC*
In late 2011, following a national search by the Solyndra Board of Directors, Mr. Neilson was appointed as Chief Restructuring Officer (CRO) of Solyndra, the US manufacturer of solar photovoltaic power systems specifically designed for large commercial and industrial rooftops. On August 31, 2011, subsequent to receiving a $535 million loan guarantee from the Department of Energy (DOE), Solyndra had approximately 968 full time employees and 211 temporary employees. On September 6, 2011, Solyndra



was unable to continue active business operations and filed a Chapter 11 Bankruptcy. Mr. Neilson supervised the efforts at selling the remaining assets of Solyndra and also provided a detailed report concerning Solyndra business operations to both the Court and other interested parties.

*Ezri Namvar*
Mr. Neilson is acting as Chapter 11 Trustee for the Ezri Namvar bankruptcy. Mr. Namvar, a well known member of the Iranian Jewish Community in Los Angeles, has received $3 billion in investments and loans over the past 5 years and disbursed those funds through close to 400 separate LLC's involving ownership in a wide array of assets such as hotels, golf courses, low-income housing projects, pistachio farms, conference center sites, medical buildings and ground leases. Mr. Neilson is assisting in the task to untangle this multitude of inter-related LLC's involving Mr. Namvar. Mr. Namvar was convicted of fraud following a trial and is presently incarcerated in a federal prison.

*Roman Catholic San Diego Diocese Chapter 11 Bankruptcy*
In April 2007, Mr. Neilson was the Court Appointed Expert in the Chapter 11 Bankruptcy of the Roman Catholic San Diego Diocese. The Court charged Mr. Neilson with providing an expansive report into the accounting and financial operations of the San Diego Diocese as well as related Catholic Parishes. It was the first time an independent Expert has been appointed for such a task in regards to a number of the Diocese bankruptcies throughout the United States.

*Le Nature Chapter 11 Bankruptcy*
In 2007, Mr. Neilson was appointed Chapter 11 Bankruptcy Trustee in Le Nature, a water, iced tea, and juice drink distributor located in Latrobe, Pennsylvania and Phoenix, Arizona. Mr. Neilson supervised the liquidation of Le Nature bottling plants and other assets as well as directed the forensic accounting analysis of a purported $750 million accounting fraud perpetrated upon the creditors of Le Nature and related companies.

*Michael Tyson and Michael Tyson Enterprises*
Michael Tyson, former heavyweight champion of the world, and Michael Tyson Enterprises Inc. filed for bankruptcy protection in August 2003. Neilson Elggren was appointed as financial consultants and crisis managers for Mr. Tyson and Michael Tyson Enterprises Inc. Mr. Neilson was the responsible partner for that engagement.

*Adelphia Communications Corp*
In August 2002, Neilson Elggren was appointed as Accountants to the Official Committee of Unsecured Creditors in the Adelphia Communications Corp ("Adelphia") bankruptcy. The Adelphia bankruptcy was the 6th largest cable company in the nation. Their filing constituted one of the largest bankruptcies in history encompassing over 200 subsidiaries and approximately $21 billion in accumulated debt. Mr. Neilson acted as the primary partner in charge of the engagement. The prior owners of Adelphia, members of the Rigas family, were alleged to have engaged in the systematic looting of Adelphia. Neilson Elggren was engaged to the voluminous financial transactions of Adelphia and provide expert testimony as to their findings.

*DVI, Inc.*
DVI filed for Chapter 11 Bankruptcy protection on August 25, 2003. R. Todd Neilson was appointed as Examiner and conducted an extensive investigation of financial transactions involving the assets, liabilities, operations and financial condition of DVI and its subsidiaries (including all transactions and relationships between debtor and non-debtor subsidiaries and affiliates). DVI, with assets of



approximately $3 billion, provided financing for diagnostic imaging and other sophisticated medical equipment. As part of its financing operations, DVI originated hundreds of millions of dollars in financing contracts and sold these contracts to institutional investors through over thirty (30)) investment-grade securitization vehicles. The accounting examination included the accounting practices of the debtor and any and all allegations of fraud, dishonesty, incompetence, misconduct, mismanagement, or financial and / or corporate irregularities. Mr. Neilson coordinated a cooperative effort involving numerous law enforcement and government agencies, including the Office of the U.S. Trustee, the United States Attorneys' Office in Delaware and Pennsylvania, the Securities and Exchange Commission ("SEC"), the Federal Bureau of Investigation ("FBI"), and the United States Postal Service ("Postal Service"), all of which were tasked with conducting further investigations based upon the findings in the Examiner's report.

*IT Group*
In April 2002, R. Todd Neilson was appointed examiner in IT Group, a Chapter 11 bankruptcy in the District of Delaware. IT Group was a leading provider of services in the areas of consulting, engineering and construction, remediation, and facilities management. In 2000, IT Group had over 7,500 employees in 80 domestic offices and 10 international offices and its annual revenues on a consolidated basis were approximately $1.4 billion. Neilson provided a detailed report detailing the assets, liabilities, valuation and financial condition of IT Group as well as its capabilities of confirming a stand-alone plan of reorganization versus a sale of existing assets to an interested purchaser.

*Allegheny Health, Education and Research Foundation*
Chapter 11- Financial Advisors to Mellon Bank Group in Pittsburgh, Pennsylvania – AHERF was a large conglomerate of medical hospitals and research centers located in the eastern part of the US. Neilson Elggren was engaged as financial advisors to Mellon Bank Group Credit Facility to provide expert testimony concerning the whether substantive consolidation was justified for AHERF, and whether the Plan of Reorganization ("Plan") as proposed by the AHERF Trustee unfairly prejudiced one or more creditors. Neilson Elggren prepared a detailed report in response to the Plan, which resulted in a settlement favorable to the Mellon Bank Group.

*Reed Slatkin*
Reed Slatkin, one of the co-founders of Earthlink, filed Chapter 11 bankruptcy in 2001 following pending legal actions by many of the individuals who had invested millions of dollars with Slatkin under the promise of substantial returns. Neilson Elggren investigated Slatkin's enterprises and business practices over a period of fifteen years and provided a report detailing one of the largest Ponzi schemes in California history involving over $600 million of business transactions during that period. Mr. Neilson was appointed as Trustee in the Slatkin bankruptcy and was given the responsibility of liquidating substantial assets throughout the United States, including hotels, unimproved real estate, shopping malls, interests in movie production companies, and other substantial equity investments. Slatkin pled guilty and was incarcerated for a lengthy period in a federal prison.

*Charles Keating/Lincoln Savings*
Mr. Neilson was engaged as an expert witness in the litigation involving Charles Keating and American Continental Corporation, the parent company of Lincoln Savings, and the bondholders who invested approximately $250 million in the debentures of American Continental. He directed the review of approximately $727 million, which passed through American Continental from 1984 through 1989 and testified as to the findings in the federal District Court in Tucson, Arizona. The day after Mr. Neilson's testimony, two major defendants settled for over $90 million. Total settlements in this matter exceeded $300 million.



*Bruce McNall Chapter 11 Bankruptcy*
Mr. Neilson was appointed Chapter 11 Trustee in the personal bankruptcy of Bruce McNall in Los Angeles. Mr. McNall's holdings include ownership of the Los Angeles Kings hockey franchise, ownership interest in the Toronto Argonauts Canadian football franchise, as well as considerable holdings in thoroughbred horses, rare coins and antiques, and sports memorabilia. Mr. McNall was incarcerated for bank fraud. Mr. Neilson supervised the accounting investigation into Mr. McNall's past activities, which included tracing of over $2.5 billion in cash and asset transfers

*Technical Equities Chapter 11*
Mr. Neilson directed the accounting analysis detailing the financial demise of Technical Equities, a San Francisco based investment company and reportedly the largest investor fraud case in U.S. history at that time. Harry Stern, former chief executive officer of Technical Equities, was sentenced to Federal prison for his role in the investor fraud. Mr. Neilson and his professionals traced almost $600 million in cash and prepared a damage analysis. As a result of his testimony, a settlement was achieved for the benefit of the creditors of Technical Equities.

*Adnan Khashoggi/Triad America*
He accepted the responsibility as Trustee of Triad America Corporation in the United States Bankruptcy Court. Triad America is the parent corporation of sixty separate investor companies with $200 million in total claims. Mr. Neilson directed the accounting and litigation effort, which resulted in the freezing of all assets in the United States, owned by Adnan and Essam Khashoggi and the subsequent payment of $32 million by Adnan Khashoggi to the bankruptcy estate.

*Property Mortgage Company*
Property Mortgage Company was a second mortgage company which had operated successfully in the Southern California area for over 40 years. The company filed for bankruptcy protection, asserting debts in excess of $100 million dollars to approximately 1,000 investors. Mr. Neilson was appointed as Trustee. In that capacity, he supervised the analysis of hundreds of millions of dollars flowing through the company. Based upon that review, we concluded that for a number of years prior to its demise the company had been operating a Ponzi scheme, paying old investors with the funds secured from fresh investors. As a result of our accounting investigation the President and Chief Executive Officer as well as two other participants were convicted of fraud.

*Dovie Beams de Villagran*
Mr. Neilson was appointed by the Federal Bankruptcy Court in California as Examiner in the bankruptcy of Dovie Beams de Villagran, former mistress of Ferdinand Macros. As a result of the report filed with the Court and Mr. Neilson's testimony, Mrs. de Villagran was convicted on thirty-nine counts of bank fraud and embezzlement for filing false and misleading financial statements with federally insured banks.

## EMPLOYMENT HISTORY

- Provided full-time Humanitarian service for schools, orphanages and women's clinics in Zimbabwe for the Church of Jesus Christ of Latter-Day Saints from May 2016 to November 2017.
- LECG, LLC – Mr. Neilson was a director of the NE Group at LECG that provided a combination of bankruptcy services, forensic and investigative accounting services, litigation consulting, corporate recovery and reorganization, valuation and tax services.
- Neilson Elggren LLP – Mr. Neilson was one of the founding partners of a practice that provided a combination of bankruptcy services, forensic and investigative accounting services, litigation



consulting, corporate recovery and reorganization, valuation and tax services.  Offices for Neilson Elggren LLP were located in Los Angeles, California, Salt Lake City, Utah and Wilmington, Delaware.

- Arthur Andersen – Arthur Andersen was formerly one of the "Big 5" international CPA and business-consulting firms with over 80,000 employees worldwide.  Mr. Neilson served as a partner and national director of Trustee/Receiver practices throughout the United States for Arthur Andersen.  He also served as a member of the Executive Committee for the Global Corporate Finance division of Arthur Andersen.
- Neilson, Elggren, Durkin & Co. - As one of the founding partners of this regional and consulting firm, Mr. Neilson was instrumental in the growth of this firm from a small office in Salt Lake City to a regional practice specializing in bankruptcy and litigation support services.  The firm had grown to 85 employees and six offices prior to its merger with Arthur Andersen.
- KMG/Main Hurdman, Salt Lake City, Utah - Actively engaged as an expert witness in matters involving accounting and finance relating to contract claims, breach of contract, fraud, civil and criminal RICO, embezzlement, securities fraud, criminal matters, bankruptcy, and public hearings before regulatory bodies.
- Chief Deputy Auditor - Salt Lake County - Responsible for the accounting department, budget department, internal audit department and land assessment division for the Salt Lake County Auditor's Office.  Within this capacity directed the office staff of 45 individuals and reviewed audits of governmental departments prior to issuance.
- Federal Bureau of Investigation - Special Agent Accountant - Responsible for accounting investigations including racketeer influenced and corrupt organizations involved in bank fraud, fraud against the government, bankruptcy fraud, mail fraud, securities fraud and others.

## EDUCATION

- Bachelor of Science, University of Utah 1975
- Former Associate Professor – Graduate School of Accounting – University of Utah

## PUBLICATIONS

- Co-Author of *AICPA Bankruptcy Practice Guide*.  Authoritative practice guide to be issued to all practicing Certified Public Accountants in the United States, 1994
- Co-Author *The CPA's Handbook of Fraud and Commercial Crime Prevention* issued by the AICPA, 2002
- "*Substantive Consolidation Accounting Issues*" article for *Bankruptcy Litigation Counselor*, 1994
- "*Methods for Uncovering & Conducting Investigative Audits*," Utah State Auditors Operation Manual, 1982

## PROFESSIONAL MEMBERSHIPS

- Association Of Insolvency Accountants - National Board of Directors
- Former Chairman - Securities Advisory Board - State of Utah - Accounting Profession Representative
- Former Chairman - Utah Association of CPA's - Professional Conduct and Ethics Sub-Committee
- Member - National Association of Bankruptcy Trustees
- Society of Former Special Agents of the Federal Bureau of Investigation - Past President of the Utah Chapter



- Former Board Member - Salt Lake City/County Board of Health Advisory Board
- Chairman of the Board – Private Bank of California

**SPEECHES**

- Instructor for the Certified Public Accountants Criminal Investigation Seminar at the FBI Academy in Quantico, Virginia.
- Association of Insolvency Accountants – Tax Implications of Selling Assets in Bankruptcy – San Diego, California 1999
- National Conference of Bankruptcy Judges – Valuations of Businesses in Bankruptcy – Dallas, Texas 1998
- American Bankruptcy Institute – Western Region – Procedures and Practices for Valuing Businesses in Bankruptcy – 1998
- Law and Justice Center – Utah Fellows of the American Academy of Matrimonial Lawyers - Methods of Valuing Businesses in Divorce – Salt Lake City, Utah – 1997
- Certified Fraud Examiners – Presentation on Fraud and Accounting Issues – Salt Lake City, Utah – 1997
- Associated Women – CPA's – Litigation Support and Accounting Issues – Salt Lake City, Utah 1997
- California Bankruptcy Institute – Accounting for Difficult Fraudulent Conveyances – Fresno, California 1997
- Association of Insolvency Accountants Valuation Conference, - Relief from Stay Valuation Issues, Salt Lake City, Utah, 1994
- Expert Witness Seminar - Preparing Accountants as Expert Witnesses, Salt Lake City, Utah, 1994
- Association of Insolvency Accountants National Conference, Washington, D.C.  Plan of Reorganization Accounting Issues, 1993
- Association of Insolvency Accountants National Conference, Santa Monica, California - Role of Examiner in Bankruptcy, 1992
- Beta Alpha Psi - University of Utah, Brigham Young University, and Weber State University
- National Association of Accountants (Utah Chapter), Salt Lake City, Utah, 1982 and 1984
- Insolvency seminars at the University of Southern California (USC), University of Utah, Brigham Young University, and Weber State College
- Arizona CPA Litigation Services Conference, The Bankruptcy Arena, The Role of the Accountant, 1991



## David H. Judd
## Managing Director

BERKELEY RESEARCH GROUP, LLC
2049 Century Park East, Suite 2525
Los Angeles, CA 90067

Direct: 310.499.4941
Fax: 310.557.8982
Email: djudd@thinkbrg.com

## Summary

David H. Judd is a Managing Director of BRG, a former Director of LECG LLC, a former partner of Neilson Elggren LLP, a former partner of Neilson Elggren Durkin and Co. and Arthur Andersen LLP. He has thirty-nine years experience as an accountant specializing in bankruptcy and litigation services and investigative accounting. Early in his career Mr. Judd was a senior consultant in the Litigation/Consulting Department in the international CPA firm of KMG/Main Hurdman. His efforts have been focused on bankruptcy matters for both Chapter 7 and Chapter 11 filings, including services as Trustee, Accountants for the Trustee, court appointed Examiner, Accountants for the Examiner and Accountants for the Creditors.

Mr. Judd has performed investigative accounting services relating to fraud, embezzlement and mismanagement, including the reconstruction of records, tracing of funds and evaluations of internal controls.

Mr. Judd has served as accountant to the trustee, receiver and examiner for operating oil & gas exploration companies, operating oil refineries and gas stations and convenience stores.

Mr. Judd has provided expert witness testimony in various investigative accounting matters relating to fraud & embezzlement, bankruptcy avoidance actions, business damages, solvency matters and Ponzi schemes. He has testified in both Federal and State Courts.

He has been called upon to develop feasibility studies and projections for various real estate projects, to prepare business valuations for ESOPs, minority interest buy-outs, mergers, acquisitions, purchase and sale of businesses, and divorce settlements.

He has been responsible for litigation services and consulting matters relating to estimates of damage for wrongful death and personal injury, business interruption claims, business valuations, economic analysis, breach of contract, and other cases involving loss of business profits or other business damages.

## Case Examples

- Reed E. Slatkin - Accountants to the Trustee. Directed the accounting investigation of Slatkin's enterprises and business practices over a period of fifteen years and provided a report detailing one of the largest Ponzi schemes in California history involving over $600 million of business transactions during that period. Assisted in liquidating substantial assets



throughout the United States, including hotels, unimproved real estate, shopping malls, interests in movie production companies, and other substantial equity investments.

- Adelphia Communications Corp. - Accountant to the Official Committee of Unsecured Creditors in the Adelphia Communications Corp ("Adelphia") bankruptcy. Assisted in analyzing the voluminous financial transactions of Adelphia and providing expert testimony as to the findings.

- DVI, Inc. - Examiner and accountants. Conducted an extensive investigation of financial transactions involving the assets, liabilities, operations and financial condition of DVI and its subsidiaries (including all transactions and relationships between debtor and non-debtor subsidiaries and affiliates). Investigated the accounting practices of the Debtor and any and all allegations of fraud, dishonesty, incompetence, misconduct, mismanagement, or financial and/or corporate irregularities and coordinated a cooperative effort involving numerous law enforcement and government agencies.

- Metropolitan Mortgage – Accountants to the Examiner. A large investment venture firm including several mortgage and insurance subsidiaries. Conducted an investigation of real estate transactions and inter-company balances.

- Magic Ford - Accountants to the Trustee. One of the largest Ford dealerships in the country. Assisted in the operation and liquidation of the assets.

- Property Mortgage Company, Inc. - $150 million, Second Mortgage Company-Trustee - Accountant to the Trustee, including investigative analyses regarding a malpractice claim against the company's outside accountants.

- Fund America - Court-appointed Examiner. Fund America was an international company that marketed various goods and services through a multi-level marketing network. Investigated the company's operations.

- Receiver for two hotels and casinos in Nevada.

- Utex Oil Company - Court-appointed Examiner. Oil and gas production company.

- Arizona Fuels Corporation - Accountants for the Trustee and Receiver. Oil refinery and ranch.

- Martin Marietta, Inc. - Consultant/Expert Witness. Defended against claim from subcontractor.

- Eaton Kenway, Inc. - Consultant/Expert Witness. Prepared claim against prime contractor for change in scope of work.

- Mother Earth Industries - Analyzed capitalized costs and operating expenses for a steam generated electrical facility that provided power to a municipal association.

- City of Fresno - Expert Witness. Provided report and deposition testimony regarding damages for remediation of ground water contamination.



- Lincoln Mortgage and Loan - Examiner and Accountants to the Examiner. Investigated financial affairs of the investor in real property and the related secondary trust deeds market.

## Employment History

**KMG/Main Hurdman, Salt Lake City, Utah**

Bankruptcy assistance including investigative accounting, preparation of all schedules, monthly reporting to the court, operation analysis and assistance in managing ongoing business operations during bankruptcy proceedings.

Prepared expert witness testimony for business valuations, alleged fraud violations, personal injury and wrongful death suits, and other cases involving loss of business profits or other business damages.

Provided expert witness testimony on investigative cases.

Developed feasibility studies and projections for various real estate projects.

Prepared business valuations for ESOP's, minority interest buy-outs, mergers, acquisitions, purchase and sale of businesses, and divorce settlements.

**Fox & Company, Salt Lake City, Utah**

Involved in consulting engagements similar to those mentioned above relative to bankruptcy, insurance, valuation and litigation support services.

Served as an auditor and staff accountant. Industry expertise includes:

| | | |
|---|---|---|
| Real Estate | Retail Establishments | Salvage Companies |
| Construction | Mortgage Companies | |

## Education

Bachelor of Science in Accounting, Southern Utah State College, 1979
Master of Professional Accountancy, University of Utah, 1980

**Curriculum Vitae**



**VERNON L. CALDER**
**MANAGING DIRECTOR**

BERKELEY RESEARCH GROUP, LLC
201 South Main Street, Suite 450
Salt Lake City, Utah 84111

Direct: 801.321.0053
Fax: 801.335.9926
vcalder@thinkbrg.com

## Summary

Vernon L. Calder, a Director with Berkeley Research Group ("BRG"), has 35 years of experience in public accounting specializing in tax services. Mr. Calder is a Certified Public Accountant (CPA) and a Certified Insolvency and Reorganization Advisor (CIRA). For the last 27 years he has specialized in bankruptcy tax compliance and planning. Prior to joining BRG, Vernon was a director of LECG, LLC ("LECG"), which acquired Neilson Elggren LLP in 2005. Prior to the acquisition of NE by LECG, Mr. Calder was the Partner-in-Charge of the tax practice of Neilson Elggren LLP. Prior to joining NE Mr. Calder was a Sr. Manager and tax consultant for Arthur Andersen; a Sr. Manager for Neilson Elggren Durkin & Company; a Manager for the international accounting firms of Ernst & Young; and a Senior Tax Consultant for Touche Ross & Co.

Mr. Calder has provided a wide variety of tax services to clients throughout his career. His efforts have focused on special tax issues in corporate, partnership and individual bankruptcy, formation of and tax compliance for liquidating trusts; representation of taxpayers before federal and state taxing authorities; tax consulting with regard to "change of ownership" issues; tax consulting and compliance for U.S. companies operating internationally; tax consulting and compliance for corporations with multi-state income using "water's edge" method; analysis of deductible ordinary and necessary business expenses; and supervising tax compliance for high technology companies.

Mr. Calder's clients have included companies ranging in size from $1 billion in annual sales to small development companies in many industries such as computer and peripherals, software, semiconductors, life sciences, energy, hospitality, professional sports and automotive parts rebuilders.

In addition, he has provided tax services to a variety of clients including individuals, corporations, partnerships, decedent estates, trusts, and bankruptcy estates. Services rendered include tax compliance, representation before taxing authorities, bankruptcy court appearances, testifying as an expert witness, and tax consulting and planning.

Mr. Calder has been a featured speaker at many firm sponsored seminars covering special bankruptcy tax issues, new tax legislation and general tax concepts. He has written numerous articles and other publications.

## Curriculum Vitae



## Case Examples

- Estate Financial, Inc. – Responsible for tax compliance and consulting.  Consulted with investors regarding deduction of theft losses in specified fraudulent arrangements.

- Cedar Funding, Inc. – Responsible for tax compliance and consulting.  Consulted with investors regarding deduction of theft losses in specified fraudulent arrangements.

- Le*Nature's, Inc. – Represented trustee in defending IRS examination of prepetition tax liabilities.  Successful in eliminating prepetition tax claim in excess of $30 million.  Responsible for tax compliance and consulting.

- Mike Tyson Bankruptcy Estate – Responsible for defending IRS examination of prepetition tax years.  Responsible for tax compliance and tax consulting.

- Reed Slatkin Bankruptcy Estate – Responsible for all tax compliance and tax consulting work. Represented trustee in defending IRS examination of prepetition tax liabilities of the debtor. Extensive involvement in formation of Liquidating Trust created pursuant to Chapter 11 Plan of Reorganization.

- JMS Automotive – Rebuilder of Automotive Parts – Responsible for all tax compliance and tax consulting work.  Represented trustee in defending IRS examination of pre-petition tax liabilities of the debtor.

- Bonneville Pacific Corporation--Geothermal Energy Corporation. Responsible for all tax compliance and tax consulting work. Extensive involvement in disposition of subsidiary stock.

- Holder's Capital Corporation--Ownership and management of hotels. Responsible for tax planning relating to restructuring of affiliated groups of corporations. Extensive work with provisions relating to taxation of affiliated groups. Represented Trustee in defending Internal Revenue Service examination of administrative tax liability.

- Property Mortgage Company, Inc.—Private mortgage company. Responsible for all tax compliance and tax consulting for several corporations and real estate partnerships.

- Bankruptcy--Responsible for tax compliance and tax consulting for various bankruptcies. Individual, partnership, and corporate. Advise trustees and attorneys concerning bankruptcy tax issues. Provide testimony in bankruptcy court.

- Various individuals--Tax Compliance, advisor and Taxpayer Advocate. Supervised tax compliance work for many top-level executives. Taxpayer advocate before IRS in attempt by the IRS to garnish wages for delinquent taxes.

## Curriculum Vitae



### Expert Witness Testimony

- R. Scott Reynolds vs. Jeffrey G. Bickel and Tanner LC (Third Judicial District Court of Salt Lake County State of Utah)
- Securities and Exchange Commission v. John Scott Clark; Impact Cash, LLC and Impact Payment Systems, LLC (United States District Court for the District of Utah)
- Cheryl M. Becker case (California Superior Court)

### Other Testimony

- Various Chapter 11 and Chapter 7 Bankruptcy Estates (U.S. Bankruptcy Court, Central District of California, District of Utah)

### Industry Experience

- Aviation
- Real Estate
- Agricultural
- Restaurant
- Convenience Store/Gas Retail
- Amusement and Recreation Services
- Healthcare
- Electronic and Other Electrical Equipment
- Telecommunications
- Online Retailing
- Automotive
- Construction
- Energy
- Transportation
- Legal and accounting
- Security and Commodity Brokers
- Insurance Carriers
- Insurance Agents and Brokers
- Furniture and Fixtures
- Technology

### Education

Bachelor of Science, Brigham Young University
Master of Accountancy/Taxation, Brigham Young University

### Professional Memberships

Certified Fraud Examiner
Association of Insolvency and Restructuring Advisors
American Bankruptcy Institute
American Institute of Certified Public Accountants
Utah Association of Certified Public Accountants
National Association of Bankruptcy Trustees

**Curriculum Vitae**



## Instruction, Presentations & Publications

Mr. Calder has provided instruction on the subject of taxation of bankruptcy estates at conferences for the American Bankruptcy Institute, the Association of Insolvency and Restructuring Advisors, and the Mississippi Bankruptcy Conference, Inc.

Co-author of *2005 Bankruptcy Revision, Implications for Business and Financial Advisors* published jointly by the American Institute of Certified Public Accountants and the Association of Insolvency and Restructuring Advisors in 2005.

**Curriculum Vitae**



**PAUL N. SHIELDS**

BERKELEY RESEARCH GROUP, LLC

Direct: 801.321.0073
pshields@thinkbrg.com

## SUMMARY

Paul N. Shields is a Managing Director at Berkeley Research Group.  He has over thirty years of experience as a valuation expert and restructuring professional.  His professional designations include Chartered Financial Analyst (CFA), Certified Public Accountant (CPA), Certification in Distressed Business Valuation (CDBV), and Accredited in Business Valuation (ABV).  Mr. Shields has expertise in business valuation, financial advisory, damage assessments, and forensic accounting – particularly in the context of financial distress and bankruptcy.  The valuation services provided by Mr. Shields have been performed primarily in the context of contested valuation matters. In particular, Mr. Shields has assessed reasonably equivalent value and solvency in the context of avoidance actions, assessed damages and quantified claims in the context of bankruptcy litigation, and has valued business interests and assets for corporate reorganizations and shareholder disputes. He has also performed services as a financial advisor in the context of business restructurings and loan workouts. In addition, he has performed services as a state-court receiver, special master and mediator, and has testified in federal and state courts on numerous occasions.

## CASE EXAMPLES

- Bankruptcy Estate of Vickie Lynn Marshall (a/k/a Anna Nicole Smith) – Supervised the valuation of Koch Industries, Inc., the second largest closely held business in the United States.  The valuation was performed to assist counsel representing Ms. Marshall in her litigation against E. Pierce Marshall, the son of J. Howard Marshall II.

- The IT Group, Inc. – Assessed the reorganization value of The IT Group in the context of plan confirmation.  At the time, The IT Group had annual revenues in excess of $1.3 billion and was a leading provider of diversified environmental consulting, engineering, construction, remediation, and facilities management services.

- Bonneville Pacific Corporation – Assisted in supervising the damage study involving a bankrupt independent power producer.  Responsibilities included tracing funds and analyzing transactions in excess of $5.5 billion over a six-year period.

- Webvan Group, Inc. – Supervised the solvency analysis of a leading online e-grocer.  Funding received by the company from public and private sources exceeded $800 million.  The solvency analysis was performed in the context of avoidance actions.

- Arthur D. Little, Inc. – Supervised the solvency analysis of an international technology and management consulting firm with annual revenues in excess of $450 million.  The solvency analysis was performed in the context of avoidance actions.



## CASE EXAMPLES (CONTINUED)

- Vann's, Inc. – Assessed the solvency of a consumer electronics retailer with annual revenue in excess of $100 million. The solvency analysis was performed in the context of avoidance actions. Additional services provided included the assessment damages and the restated financial information to reflect the impact of alleged financial improprieties.

- JD Services, Inc. – Assessed the solvency of a full-service prepaid long distance phone company. The company's annualized revenues were in excess of $100 million. The solvency analysis was performed in the context of avoidance actions.

- Case Name Withheld – Performed services as a consulting expert in the context of a contested, leveraged transaction. At issue, among other things, was the solvency of the combined entities subsequent to a leveraged transaction.

- Case Name Withheld – Prepared the valuation of a gas station / convenience store chain with annual revenue of approximately $150 million.

- Case Name Withheld – Prepared the valuation of a grocery store chain with annual revenues in excess of $100 million.

- Med Diversified – Supervised the assessment of alleged earnings misstatements of a diversified home health services, medical equipment and medical products provider with annual sales in excess of $230 million. The earnings assessment was performed in the context of avoidance actions.

- Case Name Withheld – Performed services as a financial advisor in the context of a restructuring / loan workout of a wholesale distributor and marketer of refined petroleum products.

- Case Name Withheld – Performed services as a financial advisor in the context of a restructuring / loan workout of a subprime mortgage loan servicer.

- Case Name Withheld – Performed services as a financial advisor in the context of a restructuring / loan workout of a developer and manufacturer of telematics products.

- Case Name Withheld – Performed services as a financial advisor in the context of a restructuring / loan workout of a full-service restaurant chain with both franchised and company-owned locations.

- Case name withheld – Investigated the earnings misstatement of a publicly traded company's foreign subsidiary and reported the findings of the investigation in a written report to the board of directors. Assignment involved travel to the UK to conduct the investigation.

- Case name withheld – Assisted in the investigation of an earnings misstatement of a publicly traded company's foreign subsidiary. Assignment involved travel to Mexico to conduct the investigation.

- Le-Nature's, Inc. – Prepared the valuation of assets transferred to a liquidation trust in accordance with IRS Revenue Procedure 94-45 in the context of a bankruptcy proceeding.

2



## CASE EXAMPLES (CONTINUED)

- Case Name Withheld – Appointed as state court receiver. Responsibilities included identifying and securing receivership assets, effectuating strategy for businesses to operate as a going-concern, negotiating and closing the sale of receivership assets, accounting for transaction activity and winding down the receivership estate.

## EDUCATION

Bachelor of Arts in Accounting, University of Utah
Master of Business Administration, University of Utah

## WORK HISTORY

Berkeley Research Group, LLC; Director and Managing Director (2011 – Current)

LECG, LLC; Director (2005 – 2011)

Neilson Elggren LLP; Partner (2000 – 2005)

Arthur Andersen; Manager (1998 – 2000)

Neilson Elggren Durkin & Co.; Staff Accountant and Manager (1988 – 1998)

## PROFESSIONAL AFFILIATIONS

CFA Institute
Turnaround Management Association
Association of Insolvency and Restructuring Advisors
American Bankruptcy Institute
American Institute of Certified Public Accountants
Utah Association of Certified Public Accountants

## INSTRUCTION, PRESENTATIONS & PUBLICATIONS

Mr. Shields has provided instruction on valuation in the context of financial distress and bankruptcy at conferences for the American Bankruptcy Institute, the Association of Insolvency and Restructuring Advisors, the American Institute of Certified Public Accountants, and the Utah Association of Certified Public Accountants.

Co-author of *Business Valuation in Bankruptcy*, a Consulting Services Practice Aid published in 2002 by the American Institute of Certified Public Accountants.

Co-author of *Providing Bankruptcy and Reorganization Services, 2nd Edition, Volume 2 – Valuation in Bankruptcy*, a Forensic & Valuation Services Practice Aid published in 2016 by the American Institute of Certified Public Accountants.

3

Curriculum Vitae



**D. RAY STRONG**
BERKELEY RESEARCH GROUP, LLC

201 South Main Street, Suite 450
Salt Lake City, UT 84111

2029 Century Park East, Suite 1250
Los Angeles, CA  90067

Direct: 801.321.0068
rstrong@thinkbrg.com

## SUMMARY

D, Ray Strong has provided expert, advisory, and fiduciary services for over twenty-five years involving investigative and forensic accounting, internal investigations, bankruptcy, federal and state court receiverships, corporate restructuring, and litigation support in local, national, and international matters. He is a Certified Public Accountant, Certified Fraud Examiner, Certified Insolvency and Restructuring Advisor, and is certified in Financial Forensics by the American Institute of Certified Public Accountants.

Mr. Strong has extensive expertise providing civil and criminal forensic and investigative accounting services including the investigation of fraud and mismanagement, corporate internal investigations, financial data reconstruction, "big data" analysis, tracing of funds and assets, partner dispute examinations, lost profit damage analyses, breach of contract claims, insurance claim recovery, witness and target interviewing, and has provided testimony in federal court, state court, and arbitration cases.  He has investigated numerous fraud and mismanagement related issues including complex management and financial statement frauds, asset misappropriation schemes, Ponzi and investment schemes, bank fraud, and bankruptcy fraud.

Mr. Strong is a seasoned professional in bankruptcy and insolvency related matters including court-appointments as Chapter 11 Trustee, Liquidating Trustee, Estate Manager, Examiner, and Receiver.  He regularly serves as an accountant and financial advisor to bankruptcy trustees, creditors' committees, and court-appointed receivers.  His experience includes the liquidation of assets, investigation of alleged insider dealings, liquidation and substantive consolidation analyses, plan development and feasibility, investigation and prosecution of avoidance actions, solvency analyses and claims resolution.

Mr. Strong has advised companies regarding potential lender defaults, contractual defaults, or a potential insolvency proceeding.  He has operated and managed various distressed companies within bankruptcy and receivership cases to preserve and maximize going-concern value for stake holders.  His responsibilities often entail analyzing operating viability, developing key performance indicators and operating metrics, creating cash flow forecasts, restructuring executive management teams and accounting departments, upgrading IT infrastructures, evaluating and implementing internal controls, addressing employee retention and benefit issues, identifying and resolving environmental claims, leading marketing and business development efforts, establishing treasury functions and systems, implementing cost control measures, and reconstructing financial and operating information.



Mr. Strong has taught graduate level accounting courses at the University of Utah and Westminster College of Salt Lake City and frequently presents on various fraud, insolvency, and accounting related topics.


## EDUCATION

Master of Professional Accountancy, University of Utah, 1995
Bachelor of Science (Accounting), Westminster College of Salt Lake City, 1994


## PRESENT EMPLOYMENT

Berkeley Research Group, LLC
Managing Director, 2018–present


## PREVIOUS POSITIONS

S3 Advisory LLC
Managing Member, 2015-2018

Berkeley Research Group, LLC
Managing Director, 2011-2014

LECG, LLC
Director, 2005–2011

Neilson Elggren LLP
Partner, 2000–2005

The Sundance Group
Assistant Controller, 2000

Arthur Andersen LLP
Manager, 1998–2000

Neilson, Elggren, Durkin & Company
Senior Accountant, 1996–98
Staff Accountant, 1995–96)

Lynn M. Carlson & Company
Staff Accountant, 1990–1994


## HONORS AND AWARDS

Distinguished Achievement Award, Association of Certified Fraud Examiners, 1995



## LICENSES AND CERTIFICATIONS

Certified Public Accountant, California and Utah
Certified Fraud Examiner
Certified Insolvency and Restructuring Advisor
Certified in Financial Forensics, American Institute of Certified Public Accountants

## PROFESSIONAL AFFILIATIONS

American Institute of Certified Public Accountants
Association of Insolvency and Restructuring Advisors
Association of Certified Fraud Examiners
American Bankruptcy Institute
Turnaround Management Association

## INDUSTRY EXPERIENCE

- Aerospace
- Agricultural
- Automotive
- Financing/Factoring
- C-Store/Fuel Distribution
- Construction
- Energy/Solar
- Internet/Telecommunication
- Manufacturing
- Real Estate
- Restaurant/Food Services
- Retail
- Service
- Software
- Technology
- Transportation
- Waste Disposal
- Wholesale

## NOT-FOR-PROFIT AFFILIATIONS

Utah Museum of Contemporary Art, Member of the Board of Trustees, 2014-2017

## PUBLICATIONS

"Are we giving fraud perpetrators a license to steal?" *Internal Auditing* 14:5, September/October 1998

3



**PRESENTATIONS AND INSTRUCTION**

(1)     Co-instructor, "Fraud Examination and Forensic Accounting," University of Utah, David Eccles School of Business graduate-level course, Spring Semester 2007–2015

(2)     Panel Presenter, "Using Experts in Bankruptcy Cases," American Bankruptcy Institute, 20th Annual Rocky Mountain Bankruptcy Conference, January 2015

(3)     Panel Presenter, "Dealing with Internal Investigations," ACC Mountain West Chapter Last Chance CLE, July 2012

(4)     Panel Moderator, "Following the Winding Path of Claims Trading," American Bankruptcy Institute, 17th Annual Rocky Mountain Bankruptcy Conference, January 2012

(5)     Panel Presenter, "Financing Chapter 11s in Today's Economy," American Bankruptcy Institute, 15th Annual Rocky Mountain Bankruptcy Conference, January 2010

(6)     Panel Presenter, "Understanding Financial Statements from a Liquidation Perspective," American Bankruptcy Institute, 10th Annual Rocky Mountain Bankruptcy Conference, February 2005

(7)     Panel Presenter, "Conducting a Fraud Investigation," Association of Certified Insolvency and Restructuring Advisors, June 2003

(8)     Presenter, "Financial Statement Fraud," Utah Association of Certified Fraud Examiners, January 2000

(9)     Presenter, "Defining Forensic Accounting," Arizona Society of CPAs Conference, September 1999

(10)    Presenter, "Business Fraud," University of Utah, September 1999

(11)    Instructor, "MBA Survey of Accounting," Westminster College of Salt Lake City, Spring Semester 1999

(12)    Presenter, "Business Fraud," Brigham Young University, March 1999

(13)    Presenter, "Business Fraud," Utah State University, October 1998

(14)    Presenter, "Financial Statement Fraud," Utah Association of Internal Auditors, May 1998

(15)    Presenter, "Bankruptcy Fraud," Los Angeles Bankruptcy Trustee Administrators, April 1998

(16)    Presenter, "Internal Controls," University of Utah, September 1997


**CASE EXAMPLES**

- Mr. Strong was responsible for leading an engagement to identify, reconstruct, locate, and trace billions of dollars of assets owned or previously owned by a prince of a royal family that owned and controlled significant oil reserves. The engagement involved analyzing hundreds of corporate structures and identifying and investigating thousands of assets located in countries throughout the world, including Argentina, France, Indonesia, Japan, Malaysia, New Zealand, the Philippines, Saudi Arabia, Singapore, United Kingdom, and the United States. The assets identified and analyzed included substantial real property (including palaces, homes, condos, apartments, hotels, and raw land), high-end sport and luxury custom automobiles, large custom yachts, custom luxury aircraft, paintings by master artists, gems; and jewelry.

- Mr. Strong assisted the chief restructuring officer of Solyndra with a substantial internal investigation and detailed report of the company's activities filed with the U.S. Bankruptcy Court. Solyndra was a U.S. manufacturer of solar photovoltaic power systems headquartered in California that specifically designed solar systems for large commercial and industrial rooftop applications. Solyndra was a high-profile national case as a result of its highly publicized bankruptcy filing, $535 million loan guarantee received from the Department of Energy, and political environment.

4



- Mr. Strong assisted the bankruptcy trustee and the liquidation trustee in the administration and investigation of Le-Nature's, Inc., a water, juice, and tea bottling company in Latrobe, Pennsylvania. Mr. Strong assisted with, among other things, the identification and liquidation of assets, termination and wind down of business operations, resolution of ownership disputes relating to leased equipment, analysis of potential causes of action, and the preservation of electronic data and documentation. Mr. Strong also led a large forensic accounting analysis and investigation to reconstruct and determine the actual financial activities of the company and its principals. The principals defrauded creditors out of more than $700 million. More than $1 billion of transactions were analyzed. As a result of his forensic analysis, Mr. Strong prepared expert reports and provided testimony in two arbitration proceedings against the company's former auditors.
- Mr. Strong was engaged by the U.S. Department of Justice as its forensic accounting expert in two criminal proceedings relating to Le-Nature's, Inc. Mr. Strong further analyzed the activities of Le-Nature's and its management, prepared an expert report, and testified at both trials in Pittsburgh, Pennsylvania.
- Mr. Strong was engaged by the Office of the Attorney General, State of Utah to investigate an alleged Ponzi scheme involving Rust Rare Coin, Inc.  Engagement included the reconstruction of certain accounting activity utilizing bank account documentation and other information gathered by the Utah Division of Securities and law enforcement, preparation of declarations filed with the court, and preparation for possible expert witness testimony for hearings that ultimately lead to an appointment of a Receiver.
- Mr. Strong was engaged by the Receiver of Rust Rare Coin, Inc. to reconstructing the accounting records of the company, investigate and analyze claims and potential "net winner" claw back actions, tax return preparation, asset valuation issues, and the investigation of Ponzi scheme activities.  The work performed involved investigating over $1 billion of bank account activity, over $200 million of investments from over 500 investors, and net claimant obligations of approximately $150 million.
- Mr. Strong was engaged by the United States Securities and Exchange Commission as a forensic accounting expert in the Marquis Properties LLC case filed in United States Federal District Court in Utah to reconstruct the financial activity and cash transactions of the company, investigate Ponzi scheme allegations, and to identify recoverable assets.  Marquis Properties, and its principals, promoted various real estate investment vehicles to investors that included secured notes offerings, real estate acquisitions, property management services, and joint venture opportunities. The work performed involved over $15 million in alleged investments from over 170 investors. Pursuant to his work, Mr. Strong also provided testimony in federal court.
- Mr. Strong was engaged by the court-appointed federal receiver of Traffic Monsoon, a company that described itself as a worldwide internet marketing and traffic exchange provider.  Mr. Strong's services included the reconstruction of significant accounting and cash activity, investigation of Ponzi scheme allegations, and providing financial advisory services to the receivership estate.  The reconstruction of accounting and cash activity included the analysis of various data sources involving over 100,000 members/investors located in 204 countries, over 50,000 lines of website code, data consisting of over 500 million records, transaction data from various online payment processors, and cash transactions totaling close to a billion dollars.  Pursuant to his engagement, Mr. Strong also provided testimony in United Federal District Court in Utah regarding his analysis and findings.
- Mr. Strong was engaged by a Special Committee of the Board of Directors of a significant industrial bank to conduct an internal investigation of alleged wrongdoing by its president and other senior management. The investigations involved analyzing thousands of transactions, collecting and analyzing large volumes of electronic files and emails, investigating third-party documentation,

5



conducting interviews of key company employees, customers, and professionals, and preparing an extensive report describing his findings.  Mr. Strong provided fact and expert testimony in litigation with another financial institution as a result of the investigation.

- Mr. Strong was appointed by the U.S. Bankruptcy Court as Successor Estate Manager of Natural Wonders, Inc., a national retail chain. The debtor operated as a specialty gift retailer with over 260 stores located throughout the country. Mr. Strong was responsible for liquidating the debtor's remaining assets, identifying and litigating various causes of action, resolving and negotiating disputed claims, and making distributions to creditors pursuant to the confirmed plan and disclosure statement. More than 3,000 claims were resolved and more than $18 million was distributed to holders of allowed claims.

- Mr. Strong assisted the bankruptcy trustee in the administration and investigation of Estate Financial, Inc., a "hard money lender" located in California that solicited investments for real estate secured loans. At the time of the bankruptcy filing, the loan portfolio consisted of nearly 550 loans totaling $350 million funded from over 2,000 investors. Mr. Strong supervised the reconstruction and analysis of the company's financial activities, analysis of loan documentation to determine the identity of the owners and allocation of loan ownership, reconciliation of hundreds of thousands of underlying transactions to determine the appropriate distribution of the proceeds from the loan payoffs and property sales, and the identification of avoidance actions.

- Mr. Strong assisted the court-appointed federal receiver of Diversified Lending, Inc. in the administration and investigation of alleged Ponzi scheme activity. Mr. Strong supervised the investigation and reconstruction of the financial activities of the company and its principals, identification and analysis of company assets, investor claims, causes of action, and business termination activities. The investigation, reconstruction, and analysis involved over 1,500 investor accounts, 100 bank accounts, and the identification of over $8 billion in cash activity.

- Mr. Strong was appointed by the United States Bankruptcy Court as Trustee of Castle Arch Real Estate Investment Company, LLC. In that capacity, Mr. Strong also became the manager of numerous other real estate affiliates. Castle Arch and its affiliates raised funds of over $73 million from investors and invested in raw land and other distressed real estate. The entities purchased and pursued entitlements on four large residential developments located in Utah, Arizona, Wyoming, and Tennessee and purchased, refurbished, and sold distressed residential homes. Mr. Strong reconstructed and investigated the business activities of the various related entities, identified, recovered, and liquidated assets, analyzed and settled claims, and is pursuing litigation against former management pursuant to a confirmed plan of liquidation.

- Mr. Strong was appointed by the United States Bankruptcy Court as Examiner with Expanded Powers of Tri-Valley Distributing, Inc., a wholesale and retail petroleum business. His duties included operating and liquidating a wholesale fuel distribution and bulk oil business, over 45 convenience stores, several fast food franchises, and a sizeable semi-tractor and tank trailer fleet with annual revenues of more than $200 million and claims exceeding $35 million. The debtors operated in Arizona, California, Nevada, Wyoming and Utah. Mr. Strong was also responsible for implementing a liquidating plan, investigating various transactions and activities between the debtors and related parties, supervising numerous environmental remediation projects, and identifying and litigating various causes of action.

- Mr. Strong was engaged by the trustee of the Yellowstone Mountain Club Liquidating Trust to assist in the administration of the liquidating trust, analysis of claims, pursuit of various causes of action, and liquidation of asset. Yellowstone Mountain Club was a large high-end residential development and ski community located in Montana that filed for bankruptcy during a substantial real estate downturn.

6



- Mr. Strong was appointed by the U.S. Bankruptcy Court as Examiner of Medical Software Solutions, a medical software company. The company created a web-based back-office software product to assist physicians with the management of their medical practices. His court mandate required the review and analysis of a proposed debtor-in-possession (DIP) financing agreement, asset purchase agreement, and investigation of alleged inappropriate insider dealings. Mr. Strong interviewed and deposed several key debtor personnel, venture capitalist, potential asset purchasers and other relevant insiders. Additionally, he reviewed and analyzed a large volume of documentation obtained from various parties and reported his findings to the court by written reports and testimony.
- Mr. Strong's firm was appointed receiver of two Nissan auto dealerships, Kirkland and Bellevue Nissan, in a state court insolvency proceeding filed in the State of Washington. He was the partner in-charge of this engagement with sole responsibility for all decision making on behalf of the firm. His responsibilities included developing cash and asset controls to protect and preserve the secured creditor's collateral, investigating potential claims, analyzing and determining the viability of on-going operations, making recommendations to the court regarding the future existence of the dealerships, locating and liquidating the debtor's new and used car inventory, parts, fixed assets, intangible assets, and receivables.
- Mr. Strong was appointed as the state court receiver of certain collateral relating to Arches Financial.  Arches Financial was an investor in over $500 million of delinquent credit card accounts. Mr. Strong was responsible for investigating, identifying, and administering the collateral. As a result, he located and transitioned the accounts to a new collection agency, currently supervising the collection efforts, and distributing proceeds to the holder of the collateral.
- Mr. Strong was appointed as a state court receiver of Xi3, Inc. and its related affiliates. The company manufactured and sold small form factor computers. Mr. Strong worked with secured creditors to obtain interim financing in an effort to continue operations for a limited time period to evaluate the feasibility of the companies' operations and determine options to maximize value. Mr. Strong investigated the financial activities of the company and its related affiliates including various loan and capital funding, managed and liquidated remaining assets including a large US and foreign patent portfolio, and analyzed and evaluated the liabilities and claims of the companies.
- Mr. Strong was appointed as the state court receiver of Thermal Processing, Inc. The company provided aluminum heat treat and special processes for the aerospace industry primarily. In that capacity, Mr. Strong operated the business, investigated the activities of the business and principals, pursued causes of action, liquidated surplus equipment, addressed and negotiated a resolution relating to an existing foreclosure and eviction proceeding, addressed environmental cleanup efforts, and negotiated and closed the sale of the business as a going-concern. Additionally, Mr. Strong took control and operated a related facility in Monterrey, Mexico that manufactured parts for large commercial aircraft. Mr. Strong analyzed the ongoing operations, addressed dire cash flow needs and requirements, stabilized the company's operations, and negotiated and closed a sale of the business as a going-concern to a foreign entity.
- Mr. Strong was appointed as the state court receiver of Advanced Fluid Containment LLC. The company manufactured large steel holding tanks for the oil and gas industry. In that capacity, Mr. Strong operated the business through a sale of the assets, investigated activities of the business and principals, addressed environmental remediation issues, and evaluated and resolved claims filed by various creditors.
- Mr. Strong performed an investigation of a real estate partnership on behalf of a silent general partner. His investigation included analyzing current operations, determining reasonableness of development and construction costs, investigating unauthorized payments and property transfers to the active general partner related insiders.

7



- Mr. Strong was engaged by a large national bank to investigate the financial dealings of Graham Motors, which included three automotive dealership locations with Ford, Chevrolet, Chrysler, Dodge, Jeep, and Subaru franchises in Wyoming. His investigation included the analysis of cash and flooring activity, identification of collateral, analysis of flooring transmittals and vehicle inventories, identification of existing liabilities, and calculation of loss due to the fraudulent conduct of the owner and his associates. Mr. Strong also advised the bank in winding down the dealership's operations including processing outstanding finance contracts, collection of outstanding trade and manufacturer receivables, and processing of state license and titling applications.
- Mr. Strong supervised the analysis of development and construction cost allocations relating to a joint venture agreement between a real estate developer and landowner. He determined the reasonableness of development and construction costs and investigated whether costs from other projects, unrelated to the joint venture agreement, were allocated to the development to the detriment of the landowner.
- Mr. Strong assisted in operating Magic Ford, one of the largest Ford/Mercury/Lincoln automobile dealerships in the country at the time, to assist the bankruptcy trustee in selling the business as a going concern. His services included the management of cash flow, identification of assets and liabilities, analysis of historical and current operations, supervision of remaining employees, and various other daily operating activities. Additionally, Mr. Strong assisted the bankruptcy trustee with investigating the financial dealings of the dealership, owner, and various associates. His investigation and analyses helped uncover various fraudulent schemes and aided the bankruptcy trustee in pursing avoidance actions.
- Mr. Strong operated Express.com, a large e-commerce company, for a two-month period until the bankruptcy trustee could sell the company as a going concern. His services included cash management, analysis of historical and on-going operations, implementation of cost cutting strategies, negotiations with credit card merchants, financial reporting, preparation of financial and operational statistics to solicit potential buyers, supervision of remaining employees, web page management, and various day-to-day activities. Mr. Strong's efforts aided the bankruptcy trustee in the sale of all company assets resulting in values in excess of forced liquidation values. Additionally, he analyzed and investigated filed claims to determine amounts to be allowed and made in creditor distributions.
- Mr. Strong was engaged by the bankruptcy trustee of Suncrest, LLC. Suncrest was a large residential PUD development located in Utah. He assisted the Trustee with identifying assets, analyzing claims, and pursing various causes of actions.
- Mr. Strong was engaged by a real estate management company to analyze and investigate allegations of fraud and misconduct of its internal accountant.  Mr. Strong determined the amount of loss and assisted with the prosecution of an insurance claim.
- Mr. Strong was engaged by the executive committee of a law firm to analyze and investigate allegations of fraud and misconduct of its internal accountant.
- Mr. Strong was engaged by a large energy cooperative to perform an analysis and investigation regarding funds embezzled by an employee. The analysis resulted in the uncovering over $500,000 of misappropriated funds and provided the basis for recovery under an existing insurance policy.
- Mr. Strong assisted the bankruptcy trustee of Bonneville Pacific Corporation, an independent power producer, in a damage study, which included tracing and categorizing transactions in excess of $5 billion over a six-year period. Recoveries exceeded $200 million from more than 30 defendants including auditors, law firms, underwriters, and insiders.

8



- Mr. Strong provided financial analyses requested by the Creditors' Committee of Stueve Brother Farms. Stueve Brother Farms was a family business that operated one of California's largest dairy operations at the time. The company filed a Chapter 11 bankruptcy petition resulting from a $10 million judgment obtained by a competitor for alleged trade secret and patent violations. The services performed included identification and analysis of claims, an analysis of the Disclosure Statement and Plan of Reorganization filed by the debtor, identification of potential fraudulent transfers, assistance with the negotiation of plan default provisions, and an analysis of the dairy farm operations.
- Mr. Strong was engaged by the Creditors' Committee of Bliss Dairy.  Bliss Dairy was a family owned business operating a large dairy farm located in Delta, Utah.  The services performed included the analysis of the Disclosure Statement and Plan of Reorganization filed by the Debtor, development of plan projection models, analysis of plan feasibility, and financial advisory services to assist counsel with negotiating favorable plan treatment for unsecured creditors.
- Mr. Strong was engaged by the Creditors' Committee of Mountain Crane.  Mountain Crane is a family owned business that provides crane and operator rental services for the construction, oil and gas, and alternative energy industries. The services performed included the analysis of the Disclosure Statement and Plan of Reorganization filed by the Debtor, development of plan projection models, analysis of plan feasibility, and financial advisory services to assist counsel with negotiating favorable plan treatment for unsecured creditors.
- Mr. Strong was engaged by a large investor of Waterford Funding to analyze their historical investment activity and provide consulting services relating to demands by the bankruptcy trustee for return of proceeds received as a result of a Ponzi scheme that was operated by its principals.
- Mr. Strong analyzed damages relating to lost profits involving a low-level nuclear waste facility. Responsibilities included analyzing current operations, industry data, industry regulations, assisting counsel with depositions and interrogatories, reviewing and analyzing plaintiff's damages, coordinating various data obtained from other experts relating to transportation, construction, industry regulations, hydrology, and geology, and the preparation of a lost profit damage analysis.

**Curriculum Vitae**



**MATTHEW J. EDMAN, PH.D.**
BERKELEY RESEARCH GROUP, LLC
810 Seventh Avenue, Suite 4100 | New York, NY 10019

Direct: 646.651.4754
medman@thinkbrg.com

## SUMMARY

Matthew J. Edman, Ph.D., is a Director at Berkeley Research Group LLC and is a member of BRG's Cyber Operations and Incident Response practice. Dr. Edman's areas of expertise include network security; penetration testing and vulnerability assessments; secure software development and source code audits; and forensic software analysis, reverse engineering and exploitation. Dr. Edman also provides expert testimony on matters related to information and network security and digital forensic investigations.

As a Lead Cyber Security Engineer for a federally funded research and development center, Dr. Edman conducted specialized computer network security research and development in support of federal law enforcement on a number of cutting-edge cases, providing critical intelligence in multiple high-profile cyber investigations. He has been recognized within law enforcement and the United States Intelligence Community as a subject matter expert on investigations related to anonymous communication systems, such as Tor, and virtual currencies like Bitcoin.

Prior to joining BRG, Dr. Edman also worked as a Senior Vulnerability Engineer for a global financial services, software, and media company based in New York. As a member of the firm's Vulnerability Analysis Team, his work focused on cyber security and the protection of sensitive client data from both internal and external threats through continuous vulnerability research and penetration testing of the firm's network infrastructure, websites, software, and mobile applications. He was also involved in software and network architecture design reviews.

Dr. Edman has published scientific articles in peer-reviewed conferences and journals, where his research areas have included novel techniques for cryptographic security and authentication in wireless networks, and the design, implementation and analysis of anonymous communication systems on the Internet. He has served as an invited program committee member for the ACM Conference on Computer and Communications Security and the IFCA International Conference on Financial Cryptography and Data Security. He has also served as an external reviewer for several academic conferences and journals, including IET Information Security and the Privacy Enhancing Technologies Symposium.

## EDUCATION

Ph.D., Computer Science Rensselaer Polytechnic Institute, 2011
M.S., Computer Science Rensselaer Polytechnic Institute, 2007
B.S., Computer Science Baylor University, 2005



## PRESENT EMPLOYMENT

Director, Berkeley Research Group LLC, 2015–present

## PREVIOUS POSITIONS

**FTI CONSULTING, INC.**                                                     **NEW YORK, NY**
June 2014 – December 2015
*Senior Director, Cyber Security & Investigations*
- Contributed to a variety of computer and network forensic investigations and vulnerability assessments as a member of FTI's Cyber Security & Investigations Group
- Performed forensic evidence collection and analysis in response to potential breaches of client systems and networks by external threats or theft of proprietary information by corporate insiders, as well as proactive penetration testing and vulnerability assessments of client networks
- Retained as an expert witness in multiple civil litigations, including developing custom tools for analyzing proprietary systems and datasets, preparing expert reports, and testifying in a deposition

**BLOOMBERG LP**                                                          **NEW YORK, NY**
July 2013 – June 2014
*Senior Vulnerability Engineer, Information Security Group*
- Performed source code reviews, penetration testing, and "red team" vulnerability assessments of internal and third-party applications, networks, and websites as a member of Bloomberg's Vulnerability Assessment Team
- Developed custom tools for analyzing Bloomberg's proprietary network protocols and systems for vulnerabilities, as well as proof-of-concept exploits to demonstrate identified vulnerabilities
- Coordinated with software developers, network administrators, and Bloomberg's Computer Incident Response Team to remediate vulnerabilities identified in existing networks, systems, and software products
- Participated in software and network design reviews to ensure new projects adhered to Bloomberg's security standards and best practices for design, development, implementation, and monitoring

**THE MITRE CORPORATION**                                                 **MCLEAN, VA**
September 2009 – June 2013
*Lead Cyber Security Engineer, Domestic Security Division*
- Provided on-site computer security research and engineering support to federal law enforcement agencies
- Proposed and led an interdisciplinary research project involving subject-matter experts in signal processing and applied mathematics, which resulted in a novel investigative technique that provided crucial intelligence in multiple high-profile investigations
- Nominated for a MITRE Technical Leadership Award for outstanding research accomplishments

2



**EXPERT TESTIMONY**

- United States District Court for the Southern District of Florida, **Ira Kleiman, as the personal representative of the Estate of David Kleiman**, and W&K Info Defense Research, LLC v. Craig Wright, 9:18-cv-80176-BB. (Affidavit, Courtroom Testimony)
- Superior Court of California, County of San Francisco, **Rosebank Road Medical Services Ltd. d/b/a Rosebank Road Medical Centre and Geeta Murali Ganesh** v. Ramji Govindarajan and John Does 2-20, CGC-16-549755. (Deposition & Courtroom Testimony)
- United States District Court for the District of New Jersey, United States of America v. **Timothy Livingston** a/k/a "Mark Loyd", Criminal No. 15-626 (WJM). (Declaration)
- United States District Court for the District of Columbia, **Spanski Enterprises, Inc.** v. Telewizja Polska, S.A., 12-CV-957-TSC. (Expert Report, Deposition & Courtroom Testimony)

**PUBLICATIONS**

- "On the Security of Key Extraction from Measuring Physical Quantities" (with Aggelos Kiayias, Qiang Tang, and Bülent Yener), IEEE Transactions on Information Forensics and Security (Volume 11, Issue 8), 2016.
- "On Passive Inference Attacks Against Physical-layer Key Extraction" (with Aggelos Kiayias and Bülent Yener), Proceedings of the 2011 European Workshop on System Security (EuroSec), 2011.
- "On Anonymity in an Electronic Society: A Survey of Anonymous Communication Systems" (with Bülent Yener), ACM Computing Surveys 42(1), 2009.
- "AS-awareness in Tor Path Selection" (with Paul Syverson), Proceedings of the ACM Conference on Computer and Communications Security (CCS), 2009.
- "Vidalia: Towards a Usable Tor GUI" (with Justin Hipple), Proceedings of the Symposium on Usable Privacy and Security (SOUPS), 2007.
- "A Combinatorial Approach to Measuring Anonymity" (with Fikret Sivrikaya and Bülent Yener), Proceedings of the IEEE International Conference on Intelligence and Security Informatics (ISI), 2007.

**PROFESSIONAL AFFILIATIONS**

**Present**
Member, Association for Computing Machinery (ACM)
Member, Institute of Electrical and Electronics Engineers (IEEE)
Member, International Association for Cryptologic Research (IACR)
Member, Cyber Security & Privacy Industry Advisory Board, New Jersey Institute of Technology

**Prior**
Program Committee, IFCA Conference on Financial Cryptography and Data Security, 2009
Program Committee, ACM Conference on Computer and Communications Security, 2007-2009

# Curriculum Vitae



**Thomas Kiernan**
BERKELEY RESEARCH GROUP, LLC
810 Seventh Avenue | New York, NY 10019
Direct: 646.651.4761
tkiernan@thinkbrg.com

## Education

B.S. Computer Science     St. John's University, New York, 1991

## Present Employment

Associate Director, Cyber Security and Investigations, Berkeley Research Group, 2015–present.

## Previous Employment

**Senior Director, Cyber Security and Investigations, FTI Consulting, 2014–2015**
As a Senior Director within FTI Consulting's Global Risk & Investigations Practice, clients are provided  guidance and expertise in cyber matters and investigations.  These matters include investigations into computer breaches, computer forensic examination and network security assessments.

**Computer Scientist, Federal Bureau of Investigation, 2001–2014**
As a Computer Scientist assigned to a criminal computer intrusion squad, it is required to conduct investigations of national/international cyber intrusions, hactivism, and computer criminals. Required to conduct forensic examinations on computer evidence, carry out research and development activities, perform search and seizure operations, and provide expert technical support for all cyber and technical cases.

**Information Technology Specialist, Federal Bureau of Investigation, 1991–2001**
As an Information Technology Specialist assigned to the New York Office's technical group, it is required to administer and maintain Windows, Novell, Exchange and Novell Groupwise server environments as well as to provide IT support for New York Office infrastructure.

**Certifications**

Dec 2016        Cellebrite Certified Mobile Examiner (CCME)

Nov 2016        Cellebrite Certified Physical Analyst (CCPA)

Nov 2016        Cellebrite Certified Logical Analyst ( CCLO)

April 2011      FBI Computer Analysis Response Team – Live Capture

Mar 2007        SANS GIAC – Security Essentials (GSEC)

July 2007       FBI Computer Analysis Response Team – Forensic Technician

Mar 2005        Certified Forensic Computer Examiner (CFCE) – International Association of Computer Investigative Specialists (IACIS)

July 2005       Basic Data Recovery and Analysis – National White Collar Crime Center

April 2005      Certified Electronic Evidence Collection Specialist – International Association of Computer investigative Specialists

May 2003        Red Hat Certified Administrator

April 2001      Certified iBase Designer i2 Inc

July 1998       A+ Certification – CompTIA

**Professional Training**

Dec 2016        Cellebrite Certified Mobile Examiner (CCME)

Nov 2016        Cellebrite Certified Physical Analyst (CCPA)

Nov 2016        Cellebrite Certified Logical Analyst (CCLO)

Jan 2015        Cellebrite Mobile Forensic Fundamentals (CMFF)

Sept 2014       FBI - AccessData – Case Agent Investigation Review (CAIR) Training

May 2013        FBI – Cyber Division Training – Cyber 1500 Linux for LEO

Feb 2013        FBI – CART Imaging Competency Certification Training Recertification

May 2009        FBI – CART Imaging Competency Certification Training

| | |
|---|---|
| Nov 2008 | FBI – Cyber Investigative Techniques and Resources Computer Based Training |
| Mar 2008 | SANS Network Penetration Testing and Ethical Hacking |
| Sept 2007 | SANS Network Security - Hacker Techniques and Incident Handling |
| Mar 2007 | SANS Security Essentials - Bootcamp Style |
| Jan 2007 | National White Collar Crime Center – Internet Investigations - Computer Based Training |
| May 2005 | FBI – CART Wintel Certification Training – Write Protect and Imaging - Head Quarters Forensic Laboratory |
| Jan 2004 | FBI – Cyber Division – Solaris Log Analysis and Investigation |
| Dec 2003 | FBI – Cyber Division – Solaris Advanced System Administration |
| Sept 2002 | Red Hat Inc. RH133 - Red Hat Linux System Administration |
| Sept 2002 | Red Hat Inc. RH033 – Red Hat Linux Essentials |
| May 2002 | Computer Security Institute – Windows NT – Information Security Seminars |
| Dec 2001 | FBI – Cyber Division – Solaris System Administration |

Curriculum Vitae



**Christopher W. Tarbell**

BERKELEY RESEARCH GROUP, LLC

810 Seventh Avenue, Suite 4100 | New York, NY 10019

Direct: 646.651.4756

ctarbell@thinkbrg.com

## EDUCATION

| | |
|---|---|
| M.S. | James Madison University, 2004 |
| B.S. | James Madison University, 2000 |

## PRESENT EMPLOYMENT

Director, Cyber Security and Investigations, Berkeley Research Group, 2015–present

## PREVIOUS POSITIONS

**Managing Director, Cyber Security and Investigations, FTI Consulting, 2014 – 2015**
As a Managing Director within FTI Consulting's Global Risk & Investigations Practice, clients are provided guidance and expertise in cyber matters and investigations. These matters include investigations into computer breaches, computer forensic examination and network security assessments.

**Special Agent, Federal Bureau of Investigation, 2009 – 2014**
As a Special Agent assigned to a criminal computer intrusion squad, it is required to conduct investigations of national/international cyber intrusions, hacktivism, and computer criminals. Required to create and maintain effective liaison relationships, develops and manages confidential human sources, and coordinate with law enforcement raids, searches, seizures, and arrests.

**Computer Forensic Examiner, Federal Bureau of Investigation, 2005 – 2009**
As a forensic computer examiner with the FBI's Computer Analysis Response Team (CART), tasks included examining physical evidence under a documented quality assurance program, in an ASCLD/ISO certified laboratory, that includes annual proficiency testing, technical/peer and administrative reviews and adherence to standard operating procedures. Required to conduct forensic examinations on computer evidence, carry out research and development activities, perform search and seizure operations, and provide instruction to new field examiners.

**Police Officer, Staunton Police Department, 2003 – 2005**
Serve as a sworn officer to uphold the laws of the Commonwealth of Virginia and the city code of Staunton, VA, conducting criminal investigations and providing criminal court testimony.

**Systems Administrator, James Madison University Police Department, 2000 - 2005**
Provide IT support for the department, evaluate and advise all computer needs and purchases, computer networking, computer/data security, webmaster and site designer and database maintenance.



**EXPERT WITNESS TESTIMONY**

| | |
|---|---|
| May 2012 | Expert Witness in Computer Forensics; United States District Court District of Minnesota, United States of America v. Munoz, Senior District Judge John R. Tunheim, 11-CR-167 (JRT/AJB) |
| Jan 2009 | Expert Witness in Computer Forensics; United States District Court Northern District of Florida, United States of America v. Berger, et al., Senior District Judge L.A. Collier, 08-CR-00022 (LC/EMT) |

**INSTRUCTOR**

| | |
|---|---|
| Nov 2008 | FBI CART Basic Wintel Certification Training, Internet Processing – Practicals, Justice Training Center in Stafford, VA |
| May 2008 | FBI CART Basic Wintel Certification Training, Internet Processing – Practicals, Justice Training Center in Stafford, VA |
| Aug 2007 | FBI CART Moot Court, Phoenix, AZ |
| June 2007 | FBI CART Forensic Examiner Coach for a CART Forensic Examiner in Training |
| Apr 2007 | FBI CART Moot Court, Nashville, TN |
| Nov 2006 | FBI CART Basic Wintel Certification Training – Practicals, Justice Training Center in Fredericksburg, VA |

**CERTIFICATIONS**

| | |
|---|---|
| Mar 2009 | Certified Forensic Computer Examiner (CFCE) - International Association of Computer Investigative Specialists (IACIS) |
| Feb 2009 | FBI Computer Analysis Response Team Forensic Examiner Linux Command Line |
| Feb 2008 | EnCE Certified Examiner – Guidance Software |
| July 2007 | FBI Computer Analysis Response Team Forensic Examiner Cell Phone Certification |
| July 2007 | FBI Computer Analysis Response Team Forensic Examiner Personal Digital Assistant (PDA) Certification |
| Jan 2007 | AccessData Certified Examiner (ACE) - AccessData |
| May 2006 | FBI Computer Analysis Response Team Forensic Examiner Wintel Certification |
| Nov 2005 | A+ Certification - CompTIA |



Sept 2005          Network+ Certification – CompTIA

July 2005          Basic Data Recovery and Analysis – National White Collar Crime Center

May 2004     National Security Telecommunications and Information Systems Security (NSTISSI) 4011
              Certification as an Information Security Professional – National Security Agency


**PROFESSIONAL TRAINING**

Feb 2010          FBI Cyber Division Training – Cyber 1125: Post-New Agent Training,
                  Quantico, VA

Jan 2010          FBI Cyber Division – Cyber 3325: Advanced Network Investigation Techniques -
                  Windows, Computer Based Training

Jan 2010          FBI Cyber Division – Cyber 3310: Advanced Network Investigation Techniques -
                  Unix, Computer Based Training

Jan 2010          FBI Cyber Division – Cyber 2300: Wireless Technology, Computer Based Training

Jan 2010          FBI Cyber Division – Cyber 2110: Network Investigation Techniques for Agents,
                  Computer Based Training

Sept 2009         FBI Cyber Division Training – Cyber 3450: Intrusion Response, Computer Based
                  Training

Sept 2009         FBI Cyber Division Training – Cyber 3350: Network Traffic Analysis, Computer
                  Based Training

Sept 2009         FBI Cyber Division Training – Cyber 1500: Linux for LEOs, Computer Based
                  Training

Sept 2009         FBI Cyber Division Training – Cyber 1050: Introduction to Internet Investigations,
                  Computer Based Training

Sept 2009         FBI Cyber Division Training – Cyber 1030: Information Age Technology, Computer
                  Based Training

Feb 2009          FBI CART Linux Command Line Certification – Heartland of America Regional
                  Computer Forensics Laboratory, Kansas City, MO

Nov 2008          FBI Cyber Division Training – Cyber 1101: Cyber Investigative Techniques and
                  Resources, Computer Based Training

July 2008         FBI CART Image Scan 3.0 – Training Center in Stafford, VA

3



| | |
|---|---|
| Dec 2007 | AccessData Vista & Other Advance Topics – Heartland of America Regional Computer Forensics Laboratory, Kansas City, MO |
| Nov 2007 | FBI CART/FEDA XRY Cell Phone Forensic Tool Training, New Jersey Regional Computer Forensics Laboratory |
| Oct 2007 | FBI CART DES Training – BWI CART Laboratory, Linthicum, MD |
| Aug 2007 | EnCase v6 Computer Forensics II, Guidance Software, Stafford, VA |
| July 2007 | FBI CART PDA/Cell Phone Certification Training – Northwest Regional Computer Forensics Laboratory in Portland, OR |
| June 2007 | Security+, Total Seminars, FBI New Haven Field Office |
| June 2007 | SkillSoft – Advanced IP Addressing, Computer Based Training |
| May 2007 | FBI CART Training – Windows Registry, FBI CART HQ Laboratory |
| Apr 2007 | EnCase v6 Computer Forensics I, Guidance Software, Sterling, VA |
| Jan 2007 | FBI CART RAID Training - Training Center in Fredericksburg, VA |
| Jan 2007 | National White Collar Crime Center – Introduction to Internet Investigations, Computer Based Training |
| Jan 2007 | NETg – UNIX part 2, Computer Based Training |
| Oct 2006 | NETg – UNIX part 1, Computer Based Training |
| Oct 2006 | X-Ways Forensics / File Systems Revealed, X-Ways Software Technology AG, Arizona Department of Public Safety in Phoenix, AZ |
| Aug 2006 | Forensic Toolkit Advance, AccessData, Chicago Regional Computer Forensics Laboratory |
| July 2006 | Internet Processing, AccessData, Silicon Valley Regional Computer Forensics Laboratory |
| Apr 2006 | FBI CART Moot Court, Williamsburg, VA |
| Dec 2005 | FBI CART Basic Wintel Certification Training – Practicals, Justice Training Center in Fredericksburg, VA |
| Nov 2005 | Forensic Toolkit Boot Camp, AccessData, New Jersey Regional Computer Forensics Laboratory |

4



| | |
|---|---|
| Sept 2005 | A+, Total Seminars, Intermountain West Regional Computer Forensics Laboratory in Salt Lake City, UT |
| Aug 2005 | Network+, Total Seminars, Justice Training Center in Fredericksburg, VA |
| Aug 2005 | FBI CART Basic Wintel Certification Training – Forensic Concepts, FBI CART HQ Laboratory |
| July 2005 | National White Collar Crime Center - Basic Data Recovery & Analysis, New Jersey Regional Computer Forensics Laboratory |
| June 2005 | FBI CART Basic Wintel Certification Training – Quality Training, FBI CART HQ Laboratory |
| May 2005 | FBI CART Basic Wintel Certification Training – Write, Protect & Image, FBI CART HQ Laboratory |

# Curriculum Vitae



**MATTHEW K. BABCOCK**
**ASSOCIATE DIRECTOR**

BERKELEY RESEARCH GROUP, LLC
201 South Main Street, Suite 450
Salt Lake City, Utah 84111

Direct: 801.321.0076
Fax: 801.335.9926
mbabcock@thinkbrg.com

## SUMMARY

Matthew K. Babcock is an Associate Director with Berkeley Research Group, LLC ("BRG"). Mr. Babcock is a Certified Public Accountant, Certified in Financial Forensics (CPA / CFF), a Certified Fraud Examiner (CFE) and a Certified Insolvency and Restructuring Advisor (CIRA) with over 22 years of experience providing services in bankruptcy, forensic / investigative accounting, and litigation support.

Prior to BRG, Mr. Babcock worked with LECG LLC, Neilson Elggren LLP, Arthur Andersen, Neilson Elggren Durkin & Company and the Federal Bureau of Investigation ("FBI"). As an Honors Intern with the FBI, Mr. Babcock was assigned to work with the Office of Independent Counsel investigating former Secretary of Agriculture Mike Espy.

Mr. Babcock has served in numerous bankruptcy and insolvency matters, including court appointments as Trustee, Receiver, Accountant to the Trustee, Accountant to the Liquidating Estate Manager, Accountant to the Debtor and Financial Advisor to the Official Committee of Unsecured Creditors. His experience includes the investigation of alleged insider dealings, investigation and pursuit of preferences, fraudulent transfers and other causes of action, tracing of funds, financial data reconstruction, liquidation and substantive consolidation analyses, plan feasibility analyses, plan preparation, solvency analyses, claims analysis / resolution and liquidation of assets. He has assisted Trustees in operating Chapter 11 companies, including analyzing prior and on-going operations, developing cash flow projections, budgeting, and managing other day-to-day accounting activity.

Mr. Babcock has significant training and experience investigating fraud and mismanagement, including financial statement fraud, "Ponzi" schemes, embezzlement schemes, check kiting, bank fraud, and bankruptcy fraud. He serves as a volunteer professional faculty member at the University of Utah, assisting in the instruction of the University's "Fraud Examination & Forensic Accounting" course. He has also conducted numerous presentations relating to the investigation and analysis of business fraud, financial statement fraud, bankruptcy fraud, and other fraud schemes.

Mr. Babcock has provided both civil and criminal litigation support services, including the investigation of fraud and mismanagement, tracing of funds, partner disputes, lost profit damages, patent infringement damages, breach of contract, economic analyses, and financial record reconstruction.

**Curriculum Vitae**



## CASE EXAMPLES

*Trustee & Receiver*

- William J. "Boots" Del Biaggio III: Successor Liquidating Trustee / Accountant to the Trustee
- BDB Management, LLC: Successor Estate Representative / Accountant to the Trustee
- BDB Management III, LLC: Successor Estate Representative / Accountant to the Trustee
- Beehive State, LLC: State Court Receiver

*Forensic Accountant & Financial Advisor*

Services Provided To Fiduciaries:

- Traffic Monsoon, LLC: Accountant to the Receiver
- National School Fitness Foundation: Accountant to the Trustee
- Rust Rare Coin, Inc.: Accountant to the Receiver
- Le-Nature's, Inc.: Accountant to the Trustee
- Castle Arch Real Estate Investment Company, LLC: Accountant to the Trustee
- JD Services, Inc.: Accountant to the Trustee
- Bruce P. McNall:  Accountant to the Trustee
- DVI, Inc.: Accountant to the Examiner
- Husting Land & Development, Inc.: Accountant to the Trustee
- Natural Wonders, Inc. / World Of Science, Inc.: Accountant to the Liquidating Estate Manager
- Rich International Airways, Inc.: Accountant to the Liquidating Trustee
- Tri-Valley Distributing, Inc.: Accountant to the Examiner
- Williamson Family: Accountant to the Receiver

Services Provided To Unsecured Creditors' Committees:

- The Weinstein Company, LLC: Financial Advisor to the Official Committee of Unsecured Creditors
- Archdiocese Of Milwaukee: Financial Advisor to the Official Committee of Unsecured Creditors (services included asset identification / tracing)
- Catholic Diocese Of Wilmington, Inc.: Financial Advisor to the Official Committee of Unsecured Creditors (services included asset identification / tracing)
- Diocese Of Great Falls: Financial Advisor to the Official Committee of Unsecured Creditors
- Diocese Of Stockton: Financial Advisor to the Official Committee of Unsecured Creditors (services included asset identification / tracing)
- Revolution Dairy LLC, et al: Financial Advisor to the Official Committee of Unsecured Creditors
- Society of Jesus Oregon Province: Financial Advisor to the Official Committee of Unsecured Creditors (services included asset identification / tracing)
- Wolf Creek Properties, LC: Financial Advisor to the Official Committee of Unsecured Creditors

Services Provided To Debtors:

- C3 Investments: Accountant to the Debtor

Services Provided To Government Agencies:

- Case Names Withheld: Forensic Accountant for a government agency (services included asset identification / tracing)

# Curriculum Vitae



- Case Name Withheld: Forensic Accountant for the Department of Justice (services included asset identification / tracing)

  Services Provided To Others:
- Case Name Withheld: Financial Advisor to a Prince of a Royal Family (services included asset identification / tracing)
- Case Name Withheld: Forensic Accountant (services included investigation of alleged embezzlement / fraud)

*Litigation*
- Albright et al v. Attorneys Title Insurance Fund et al: Damage Study
- Benson Bolt v. Zions First National Bank: Damage Study
- Marshall v. Marshall: Damage Study
- Promega v. Lifecodes: Damage Study – Patent Infringement
- Semnani v. USPCI: Damage Study

## INDUSTRY EXPERIENCE

- Automotive
- Construction
- Dairy
- Film / Entertainment
- Financial / Securitizations
- Internet / Telecommunications
- Manufacturing
- Not-For-Profit / Religious Institutions
- Professional Sports
- Retail
- Real Estate
- Transportation
- Waste Disposal

## EMPLOYMENT HISTORY

2011 – Present
**BRG, LLC**
Associate Director (2017)
Senior Managing Consultant (2011 – 2016)

2005 – 2011
**LECG, LLC**
Senior Managing Consultant (2008 – 2011)
Managing Consultant (2005 – 2008)

2000 – 2005
**Neilson Elggren LLP**
Senior Manager (2005)
Manager (2001- 2005)
Senior Accountant (2000 – 2001)

1998 – 2000
**Arthur Andersen**
Senior Accountant (1999 - 2000)
Staff Accountant (1998 – 1999)

# Curriculum Vitae



| 1997 – 1998 | **Neilson Elggren Durkin & Company**<br>Staff Accountant (1998)<br>Intern (1997 - 1998) |
|---|---|
| Summer 1996 | **Federal Bureau of Investigation**<br>Honors Intern (Washington DC) |
| Summer 1995 | **Federal Bureau of Investigation**<br>Intern (Albuquerque, New Mexico) |

## EDUCATION

Bachelor of Science in Accounting (Magna Cum Laude), Brigham Young University, April 1998
Master of Professional Accountancy, Brigham Young University, April 1998

## LICENSES & CERTIFICATIONS

Certified Public Accountant – Utah
Certified Fraud Examiner (CFE)
Certified Insolvency & Restructuring Advisor (CIRA)
Certified In Financial Forensics (CFF)

## PROFESSIONAL MEMBERSHIPS

American Institute of Certified Public Accountants
Utah Association of Certified Public Accountants
Association of Insolvency and Restructuring Advisors
Association of Certified Fraud Examiners
American Bankruptcy Institute

## INSTRUCTION, PRESENTATIONS & PUBLICATIONS

*Instruction*

- University Of Utah – "Fraud Examination and Forensic Accounting (Accounting 6540)" / Volunteer Professional Faculty (Spring Semester 2011 through Spring Semester 2020)

*Presentations*

- Utah Association Of Certified Public Accountants: "Occupational Fraud – Common Schemes & Detection" (June 2018)
- California Bankruptcy Forum / California Bankruptcy Conference – "Where the Rubber Hits the Road: Claims and Claims Objections" (May 2014)
- Brigham Young University – "Ethical Dilemmas and Fraud" (March 2014)
- Brigham Young University – "Life as a Forensic Accountant" (April 2013)

## Curriculum Vitae



- Association Of Certified Fraud Examiners (Utah Chapter) – "Bankruptcy and Ponzi Schemes" (December 2012)
- Brigham Young University – "Forensic Accounting and Fraud Investigations" (December 2011)
- Turnaround Management Association – "Professional Ethics" (November 2011)
- Utah State University – "Forensic Accounting" (October 2010)
- Brigham Young University – "Forensic Accounting" (January 2006 & October 2010)
- Brigham Young University – "Financial Statement Fraud and the Role of the Forensic Accountant" (March 2001, April 2002, April 2003, April 2004 and November 2005)
- Brigham Young University – "Business and Financial Statement Fraud" (March 2000)
- Brigham Young University – "Business Fraud" (March 1999)



# Leif M. Larsen
## Associate Director – Taxation and Restructuring

## Contact

**D** 801.321.0080
**M** 801.244.0839
llarsen@thinkbrg.com

## Industry Experience

Corporate Taxation
Partnership Taxation
Bankruptcy Taxation
Payroll Taxation

## Select Cases

Ezri Namvar Bankruptcy Estate
Woodbridge Group of Companies, LLC
Castle Arch Real Estate Investment Company
Webvan
Arthur D. Little
Le-nature's
Reed Slatkin Bankruptcy Estate
Estate Financial Mortgage Fund

## Education

BS in Accounting - University of Utah

## Experience

Leif M. Larsen has over 20 years of experience in tax return preparation. He was a senior managing consultant with a national consulting firm and also worked as a tax manager with Neilson Elggren, LLP. Mr. Larsen is a Certified Public Accountant, Enrolled Agent, and Certified Insolvency Restructuring Advisor. His experience also includes all areas of payroll taxes and sales and use taxes, including return preparation. Mr. Larsen has provided a wide variety of tax services throughout his career. His efforts have focused on special tax issues in corporate, partnership, and individual bankruptcy; formation of and tax compliance for liquidating trusts; and representation of taxpayers before federal and state taxing authorities.

## Affiliations

Mr. Larsen's professional affiliations include the AICPA, Association of Insolvency and Restructuring Advisors and CalCPA.



**Curriculum Vitae**

**CHRISTINA TER-GEVORKIAN**
**SENIOR ASSOCIATE**

BERKELEY RESEARCH GROUP, LLC
201 South Main Street, Suite 450
Salt Lake City, UT 84111

Direct: 801.321.0071
ctergevorkian@thinkbrg.com

**SUMMARY**

Christina Ter-Gevorkian is a Senior Associate at Berkeley Research Group, LLC. She specializes in the Disputes and Investigations division performing forensic accounting services, bankruptcy, and insolvency matters. She's proficient in working with Microsoft Office products such as Excel, Access, and PowerPoint. She also has experience with other analytical software, such as SQL, RStudio, and Tableau.

Ms. Ter-Gevorkian's previous employment includes working for S3 Advisory, LLC where she assisted in investigating and analyzing cases including Ponzi schemes, financial statement fraud and bankruptcies. Prior to S3 Advisory, she volunteered as a leader for Westminster's Pro Bono Volunteer Income Tax Assistance program and Low-Income Taxpayer Clinic where she reviewed prepared tax returns before they were sent to the Internal Revenue Service ("IRS") and represented taxpayers in disputes with the IRS, including audits, appeals, collection matters, and federal tax litigation. Ms. Ter-Gevorkian was also an accounting intern at JR Miller Enterprises where she assisted the controller in performing various tasks and helped develop a 10-year budget plan.

Ms. Ter-Gevorkian received her Master in Accountancy from the David Eccles School of Business at The University of Utah and graduated *summa cum laude* with a Bachelor's of Science degree in Accounting from Westminster College. She holds both a Certified Public Accountant (CPA) license and a Certified Fraud Examiner (CFE) license.

**CASE EXAMPLES**

- Rust Rare Coin Inc.
  - Forensic analysis for a precious metals and rare coin business that conducted a multimillion-dollar Ponzi scheme involving hundreds of investors. Assisted in creating a cash receipts and disbursement database utilized for tracing hundreds of millions in cash activity, investigation of the fraudulent scheme, as well as assisted in the identification and recovery of assets.

1



- Undisclosed Receivership
  - Accounting and investigative services to the receivership of the 2011 Trust and all related assets. Assisted in performing company operational tasks including depositing checks, tax compliance, and obtaining/ organizing company documents. Also created a cash receipts and disbursement database utilized for tracing over $100 million of cash activity over a 7-year time period.

- The Weinstein Company Holdings
  - Forensic analysis for the bankruptcy of a major independent film studio. Assisted in preparing a preliminary analysis of cash disbursement activity which occurred in the 90 days and 1 year prior to the filing of bankruptcy. Also conducted background investigations and prepared an analysis on certain vendors.

- Undisclosed Party
  - Tax preparation services for a real estate consulting firm. Assisted in creating schedules that categorized Quick Books activity for various investments to assist in the preparation of yearly tax returns.

- Estate Financial, Inc.
  - Investigative loan analysis for a money lending company that solicited investments for real estate secured loans.

- Traffic Monsoon
  Forensic analysis for a worldwide internet marketing and traffic exchange provider that conducted a Ponzi scheme involving thousands of investors around the world. The analysis involved over 60,000 members/ investors located in over 200 countries and transaction data from various online payment processors.

## EMPLOYMENT HISTORY

| | |
|---|---|
| January 2020 – Present | **Berkeley Research Group, LLC**<br>Senior Associate |
| April 2018 – January 2020 | Associate |
| February 2017 – April 2018 | **S3 Advisory, LLC**<br>Staff Accountant/ Forensic Assistant |
| January 2017 – May 2017 | **Westminster Pro Bono VITA/LITC Clinic**<br>Leadership Team |
| May 2016 – February 2017 | **JR Miller Enterprises**<br>Accounting Intern |

2



**LICENSES AND CERTIFICATIONS**

    Certified Public Accountant, Utah
    Certified Fraud Examiner

**EDUCATION**

    Master of Accountancy, Audit emphasis          University of Utah, 2018
    Bachelor of Science in Accounting, *summa cum laude*      Westminster College, 2017

**PROFESSIONAL AWARDS AND RECOGNITION**

| | |
|---|---|
| 2017 – 2018 | School of Accounting Academic Excellence Award |
| 2017 – 2018 | William L. and Opal M. Fields Scholarship and Fellowship |
| 2016 – 2017 | Delta Mu Delta Academic Honor Society in Business |
| 2016 – 2017 | Burton Scholarship |
| 2015 – 2016 | Flying J. Scholarship |
| 2014 – 2017 | Westminster College Dean's List |

**PROFESSIONAL MEMBERSHIPS**

    American Institute of Certified Public Accountants, Member
    Association of Certified Fraud Examiners, Member
    Utah Association of Certified Public Accountants, Member
    American Bankruptcy Institute, Member
    Turnaround Management Association, Member

**Curriculum Vitae**



**SHELBY CHAFFOS**
**ASSOCIATE**

BERKELEY RESEARCH GROUP, LLC
201 South Main Street, Suite 450
Salt Lake City, UT 84111

Direct: 801.321.6337
Fax: 385.415.7775
schaffos@thinkbrg.com

**SUMMARY**

Shelby Chaffos is an Associate at Berkeley Research Group, LLC. She specializes in matters related to forensic accounting investigations, bankruptcy matters, and economic and damages analysis. She's proficient in working with Microsoft Office products like Excel, Access, and Customer Relationship Management. She also has experience with accounting and management software, such as Oracle JD Edwards, ADP, Sage and Concur.

Ms. Chaffos previous employment includes working for Western States Lodging and Management where she designed revenue and expense improvements by streaming operational processes. Prior to Western States, she worked at Nelson Laboratories where she was the administrator for payroll and travel and expense management. She assisted on two system implementations and provided strong analytical skills to identify and resolve software system issues. Ms. Chaffos also volunteered as a tax preparer for Westminster Pro Bono Tax Clinic where she assisted and prepared tax returns for low income taxpayers.

Ms. Chaffos received her Master in Accountancy from the Bill and Vieve School of Business at Westminster College and graduated with a Bachelor's of Science degree in Accounting from Westminster College. She is in the process of obtaining her Certified Public Accountant (CPA) license.

**CASE EXAMPLES**

- Undisclosed Party - Tax preparation services for a real estate consulting firm.
- Undisclosed Party - Assisted in economic loss analysis related damages caused by alleged breach of contract.

1



**EMPLOYMENT HISTORY**

| | |
|---|---|
| January 2020 – Present | **Berkeley Research Group, LLC** <br> Associate |
| February 2019 – December 2019 | **Western States Lodging and Management** <br> Property Accountant |
| January 2017 – February 2019 | **Nelson Laboratories, LLC a Sotera Health Company** <br> Accountant I, Interim Payroll Administrator |
| January 2016 – April 2016 | **Westminster Pro Bono VITA** <br> Tax Preparer |
| August 2013 – May 2014 | **Kruse Landa Maycock & Ricks, LLC** <br> Intern |
| August 2012 – September 2015 | **H&S Machine Inc.** <br> Administrative Assistant |

**EDUCATION**

| | |
|---|---|
| Master of Accountancy | Westminster College, 2018 |
| Bachelor of Science in Accounting | Westminster College, 2017 |

**PROFESSIONAL AWARDS AND RECOGNITION**

| | |
|---|---|
| 2016 – 2017 | Orchow Martineau Scholarship |
| 2014 – 2017 | Westminster College Dean's List |

**PROFESSIONAL MEMBERSHIPS**

Utah Association of Certified Public Accountants, Member

2



# Sherry Anthon, Case Analyst

201 South Main
Suite 450
Salt Lake City, Utah 84111
Main:   801.364.6233
Fax:    801.355.9926
Email:  santhon@thinkbrg.com

## Summary

Sherry Anthon is a Case Analyst at Berkeley Research Group, LLC ("BRG").  She has provided support services related to bankruptcy cases including tax services and financial analyses.  Her responsibilities have included researching and analyzing financial and non-financial tax data, analysis of monthly operating reports and assistance with accounting investigations.

## Case Examples

- Ezri Namvar Bankruptcy Estate – Accountants to the Trustee
- Undisclosed SEC Investigation – Forensic Accountants
- Castle Arch Real Estate Investment Company, LLC – Accountants to the Trustee
- National Financial Lending, LLC – Accountants to the Receiver
- Solyndra, LLC – Accountants to the Trustee
- Scott Baldwin & Cynthia Babbit Bankruptcy Estate – Accountants to the Trustee

## Employment History

| 2017 to present | **Berkeley Research Group, LLC** |
| | Case Analyst |

| 1995 - 2001 | **Brooks Automation/Auto Simulations** |
| | Senior Accountant |

## Education

Brigham Young University, Provo, UT, Master of Accountancy Taxation

**Curriculum Vitae**



**EVELYN S PERRY**
**PARAPROFESSIONAL**

BERKELEY RESEARCH GROUP, LLC
201 South Main Street, Suite 450
Salt Lake City, Utah 84111

Direct: 801.321.0082
Fax: 801.335.9926
eperry@thinkbrg.com

## SUMMARY

Evelyn Perry is a member of Berkeley Research Group, LLC ("BRG") with over thirty-two years of experience in the areas of Bankruptcy and Tax. Prior to joining BRG she was with LECG LLC, Neilson Elggren LLP, Arthur Andersen LLP in the Global Corporate Finance division and Neilson Elggren Durkin & Company.

Evelyn's responsibilities include the preparation and submission of fee application pleadings to the bankruptcy court as well assisting with assembly and submission of tax returns. Other responsibilities include reconciliation and assembly of billings to litigation, tax and other clients, reconciliation of client bank accounts and related support duties assisting professionals.

## CASE EXAMPLES

Several of the cases in which Evelyn has been involved include:

- Death Row Records—Trustee and Accountants to the Trustee
- LeNature — Accountants to the Trustee
- Robert B. Solomon – Chapter 11 Debtor-in-possession
- Estate Financial – Accountants to the Trustee
- Reed E. Slatkin (One of California's largest Ponzi schemes) – Accountants to the Trustee
- Adelphia – Forensic Accountants to the Creditor Committee

## EDUCATION

Ricks College, Associate Degree in Business Education

# EXHIBIT D



## Berkeley Research Group, LLC
### Schedule of 2020
### Billing Rates

| Position | Hourly Rate | | |
|---|---|---|---|
| Managing Director / Director | $680 | - | $1,095 |
| Associate Director / Senior Professional Staff | $500 | - | $680 |
| Junior Professional Staff | $235 | - | $500 |
| Support Staff | $115 | - | $235 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

       I, James E. O'Neill, hereby certify that on the 7th day of August, 2020, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list(s) in the manner indicated:

**Notice of Filing of Fee Application**

**Second Monthly Application of Berkeley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisors to the Official Tort Claimants' Committee for the Period from April 1, 2020 through April 30, 2020**

**Verification of R. Todd Neilson**

*/s/ James E. O'Neill*
James E. O'Neill (DE Bar No. 4042)

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Boy Scouts – Fee App Service List
Case No. 20-10343 (LSS)
Doc. No. 228608
24 – Emails
05 – Hand Delivery
07 – First Class Mail


(Counsel to the Tort Claimants' Committee)
James I. Stang, Esq.
Robert B. Orgel, Esq.
James E. O'Neill, Esq.
Linda F. Cantor, Esq.
John A. Morris, Esq.
John W. Lucas, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19801
Email: jstang@pszjlaw.com;
rorgel@pszjlaw.com; joneill@pszjlaw.com;
lcantor@pszjlaw.com;
jmorris@pszjlaw.com; jlucas@pszjlaw.com

**Hand Delivery and Email**
(United States Trustee)
David Buchbinder, Esq.
Hannah M. McCollum, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801
Email: david.l.buchbinder@usdoj.gov;
hannah.mccollum@usdoj.gov

**Hand Delivery and Email**
(Counsel to the Debtors)
Derek C. Abbott, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
Wilmington, DE  19801
Email: dabbott@mnat.com

**Hand Delivery and Email**
(Counsel to the Official Committee of
Unsecured Creditors)
Kurt F. Gwynne, Esq.
Katelin A Morales, Esq.
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE  19801
Email: kgwynne@reedsmith.com;
kmorales@reedsmith.com

**Hand Delivery and Email**
(Counsel to the Future Claimants'
Representative
Robert S. Brady, Esq.
Edwin J. Harron, Esq.
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 N. King Street
Wilmington, DE  19801
Email: rbrady@ycst.com;
eharron@ycst.com

**Hand Delivery and Email**
(Counsel to JPMorgan Chase Bank, National
Association)
Matthew Ward, Esq.
Morgan Patterson, Esq.
Womble Bond Dickinson (US) LLP
1313 N. Market Street, Suite 1200
Wilmington, DE  19801
Email: matthew.ward@wbd-us.com;
morgan.patterson@wbd-us.com

**First Class Mail**
(Debtors)
Steven P. McGowan
Boy Scouts of America
1325 W. Walnut Hill Lane
Irving, TX  75038

**First Class Mail and Email**
(Counsel to the Debtors)
Jessica C.K. Boelter, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
Email: jboelter@sidley.com

**First Class Mail and Email**
(Counsel to the Debtors)
Matthew E. Linder, Esq.
Sidley Austin LLP
One S. Dearborn
Chicago, IL 60603
Email: mlinder@sidley.com

**First Class Mail and Email**
(Counsel to the Official Committee of
Unsecured Creditors)
Rachael Ringer, Esq.
Megan M. Wasson, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Email: rringer@kramerlevin.com;
mwasson@kramerlevin.com

**First Class Mail and Email**
(Counsel to JPMorgan Chase Bank, National
Association
Louis R. Strubeck, Esq.
Kristian W. Gluck, Esq.
Norton Rose Fulbright US LLP
2200 Ross Avenue
Dallas, TX 75201-7932
Email:
louis.strubeck@nortonrosefulbright.com;
kristian.gluck@nortonrosefulbright.com

**First Class Mail and Email**
(Counsel to the Ad Hoc Committee of Local
Councils)
Richard G. Mason, Esq.
Joseph C. Celentino, Esq.
Wachtell, Lipton, Rosen & Katz
51 W. 52nd Street
New York, NY 10019
Email: rgmason@wlrk.com;
jccelentino@wlrk.com

**First Class Mail and Email**
(Counsel to the County Commission of
Fayettte County (West Virginia))
John C. Stump, Esq.
Steptoe & Johnson PLLC
Chase Tower, 8th Floor
707 Virginia Street East
Charleston, WV 25301
Email: john.stump@steptoe-johnson.com