IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND | ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## ORDER GRANTING
## FIRST QUARTERLY APPLICATION FOR COMPENSATION
## AND REIMBURSEMENT OF EXPENSES OF
## BERKELEY RESEARCH GROUP, LLC,
## AS FINANCIAL ADVISORS TO THE TORT CLAIMANTS' COMMITTEE
## FOR THE PERIOD FROM MARCH 6, 2020 THROUGH APRIL 30, 2020

Berkeley Research Group LLC ("BRG" or "Applicant"), as Financial Advisors to the Tort Claimants' Committee (the "Committee") in the above captioned cases, filed its First Quarterly Application for Compensation and for Reimbursement of Expenses for the Period from March 6, 2020 through April 30, 2020 (the "First Quarterly Application"). The Court has reviewed the First Quarterly Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the First Quarterly Application, and any hearing on the First Quarterly Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the First Quarterly Application. Accordingly, it is hereby

ORDERED that the First Quarterly Application is GRANTED, on an interim basis. The Debtors in the above cases shall pay to BRG the sum of $672,010.00 as compensation

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

3

for necessary professional services rendered, and actual and necessary expenses in the amount of $513.74, for a total of $672,523.74 for services rendered and disbursements incurred by BRG, for the period March 6, 2020 through April 30, 2020, less any amounts previously paid in connection with the monthly fee applications.

        ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.