**Exhibit B**

**Expense Detail**

SIDLEY AUSTIN LLP

Invoice Number: 40064236
Boy Scouts of America

Chapter 11 Matters

E X P E N S E   D E T A I L

| Date | Narrative | Amount |
|---|---|---:|
| 09/02/20 | 08/28/20 - Williams Lea - 0001028090-000 Reprographics | $0.10 |
| 09/02/20 | 08/28/20 - Williams Lea - 0001027963-000 Reprographics | 0.10 |
| 09/02/20 | 09/01/20-Duplicating Charges (Color) Time: 12:05:00 | 0.10 |
| 09/04/20 | 07/06/20-Telephone Charges Conference Call Customer: HTO9377 THOMAS OATES | 3.10 |
| 09/05/20 | Professional Services Consulting (Project Mgr) | 422.50 |
| 09/09/20 | 08/25/20- Federal Express Corporation- TR #396178835560 JESSICA BOELTER INFORMATION NOT SUPPLIED 5132 FISHER ISLAND DR MIAMI BEACH, FL 33109 | 115.22 |
| 09/09/20 | 08/24/20- Federal Express Corporation- TR #396136222579 JESSICA BOELTER | 115.22 |
| 09/09/20 | 08/14/20- Federal Express Corporation- TR #771259478590 JESSICA BOELTER | 38.40 |
| 09/09/20 | 08/14/20- Federal Express Corporation- TR #771259410538 ALLISON STROMBERG | 37.16 |
| 09/09/20 | 08/14/20- Federal Express Corporation- TR #771259422965 LAURA BACCASH | 37.16 |
| 09/09/20 | 08/14/20- Federal Express Corporation- TR #771259435921 MELANIE WALKER | 37.16 |
| 09/09/20 | 08/14/20- Federal Express Corporation- TR #771259505428 KARIM BASARIA | 37.16 |
| 09/09/20 | 08/14/20- Federal Express Corporation- TR #771259466714 MATT LINDER | 37.16 |
| 09/09/20 | 08/14/20- Federal Express Corporation- TR #771259384272 BLAIR WARNER | 37.16 |
| 09/09/20 | 08/14/20- Federal Express Corporation- TR #771259354199 JOAN HAYNER | 37.16 |
| 09/09/20 | 08/14/20- Federal Express Corporation- TR #395839470946 THOMAS LABUDA | 37.16 |
| 09/09/20 | 08/14/20- Federal Express Corporation- TR #771259493410 ALEX ROVIRA | 18.05 |
| 09/09/20 | 08/14/20- Federal Express Corporation- TR #771259448027 SHAFAQ HASAN | 18.05 |
| 09/09/20 | 08/14/20- Federal Express Corporation- TR #771259370151 ANDRES BARAJAS | 17.66 |
| 09/09/20 | 08/28/20- Federal Express Corporation- TR #396300118501 JESSICA BOELTER | 55.13 |
| 09/09/20 | 08/27/20- Federal Express Corporation- TR #396255012949 JESSICA BOELTER | 17.42 |
| 09/09/20 | 08/28/20- Federal Express Corporation- TR #117602790406 SHANNON WHEATMAN INFORMATION NOT SUPPLIED 568 COLONIAL AVE SOUDERTON, PA 18964 | 45.39 |
| 09/09/20 | 08/31/20-Lexis research service | 67.01 |
| 09/09/20 | 08/29/20-Lexis research service | 210.49 |

**SIDLEY AUSTIN LLP**

Invoice Number:  40064236
Boy Scouts of America

Chapter 11 Matters

| Date | Narrative | Amount |
|---|---|---:|
| 09/09/20 | 08/27/20-Lexis research service | 688.80 |
| 09/09/20 | 08/17/20-Lexis research service | 59.40 |
| 09/09/20 | 08/10/20-Lexis research service | 294.60 |
| 09/09/20 | 08/12/20-Lexis research service | 59.40 |
| 09/09/20 | 08/13/20-Lexis research service | 178.20 |
| 09/09/20 | 08/19/20-Lexis research service | 465.60 |
| 09/09/20 | 08/05/20-Lexis research service | 59.40 |
| 09/09/20 | 08/02/20-Lexis research service | 57.00 |
| 09/09/20 | 08/11/20-Lexis research service | 346.80 |
| 09/09/20 | 08/18/20-Lexis research service | 173.40 |
| 09/09/20 | 08/27/20-Lexis research service | 69.04 |
| 09/09/20 | 08/19/20-Westlaw research service | 93.41 |
| 09/09/20 | 08/20/20-Westlaw research service | 70.55 |
| 09/09/20 | 08/20/20-Westlaw research service | 140.12 |
| 09/09/20 | 08/21/20-Westlaw research service | 70.55 |
| 09/09/20 | 08/21/20-Westlaw research service | 46.71 |
| 09/09/20 | 08/22/20-Westlaw research service | 93.41 |
| 09/09/20 | 08/25/20-Westlaw research service | 93.41 |
| 09/09/20 | 08/27/20-Westlaw research service | 278.94 |
| 09/09/20 | 08/27/20-Westlaw research service | 46.71 |
| 09/09/20 | 08/29/20-Westlaw research service | 46.71 |
| 09/09/20 | 08/31/20-Westlaw research service | 46.71 |
| 09/09/20 | 08/18/20-Westlaw research service | 539.23 |
| 09/09/20 | 08/21/20-Westlaw research service | 187.04 |
| 09/09/20 | 08/16/20-Westlaw research service | 46.71 |
| 09/09/20 | 08/18/20-Westlaw research service | 140.12 |
| 09/09/20 | 08/20/20-Westlaw research service | 79.70 |
| 09/09/20 | 08/20/20-Westlaw research service | 467.08 |
| 09/09/20 | 08/21/20-Westlaw research service | 300.50 |
| 09/09/20 | 08/21/20-Westlaw research service | 17.64 |
| 09/09/20 | 08/21/20-Westlaw research service | 420.37 |

**SIDLEY AUSTIN LLP**

Invoice Number: 40064236
Boy Scouts of America

Chapter 11 Matters

| **Date** | **Narrative** | **Amount** |
|---|---|---:|
| 09/09/20 | 08/23/20-Westlaw research service | 186.83 |
| 09/09/20 | 08/25/20-Westlaw research service | 1,074.27 |
| 09/09/20 | 08/26/20-Westlaw research service | 159.40 |
| 09/09/20 | 08/26/20-Westlaw research service | 1,588.05 |
| 09/09/20 | 08/27/20-Westlaw research service | 318.79 |
| 09/09/20 | 08/27/20-Westlaw research service | 653.90 |
| 09/09/20 | 08/28/20-Westlaw research service | 420.37 |
| 09/09/20 | 08/29/20-Westlaw research service | 358.64 |
| 09/09/20 | 08/29/20-Westlaw research service | 373.66 |
| 09/09/20 | 08/31/20-Westlaw research service | 490.60 |
| 09/09/20 | 08/31/20-Westlaw research service | 1,167.68 |
| 09/09/20 | 08/27/20-Westlaw research service | 219.60 |
| 09/09/20 | 08/27/20-Westlaw research service | 128.70 |
| 09/09/20 | 08/27/20-Westlaw research service | 39.89 |
| 09/09/20 | 08/17/20-Westlaw research service | 403.52 |
| 09/09/20 | 08/19/20-Westlaw research service | 419.54 |
| 09/09/20 | 08/25/20-Westlaw research service | 93.52 |
| 09/09/20 | 08/26/20-Westlaw research service | 93.52 |
| 09/11/20 | 07/07/20-Telephone Charges Conference Call | 0.50 |
| 09/11/20 | 07/15/20-Telephone Charges Conference Call | 3.34 |
| 09/11/20 | 07/15/20-Telephone Charges Conference Call | 1.28 |
| 09/11/20 | 07/01/20-Telephone Charges Conference Call | 11.89 |
| 09/11/20 | 07/01/20-Telephone Charges Conference Call | 0.08 |
| 09/11/20 | 07/14/20-Telephone Charges Conference Call | 0.20 |
| 09/11/20 | 07/07/20-Telephone Charges Conference Call | 0.17 |
| 09/11/20 | 07/10/20-Telephone Charges Conference Call | 0.36 |
| 09/11/20 | 07/01/20-Telephone Charges Conference Call | 0.10 |
| 09/11/20 | 07/31/20-Telephone Charges Conference Call | 0.01 |
| 09/11/20 | 07/31/20-Telephone Charges Conference Call | 0.29 |
| 09/11/20 | 07/02/20-Telephone Charges Conference Call | 0.35 |
| 09/11/20 | 07/11/20-Telephone Charges Conference Call | 0.15 |

**SIDLEY AUSTIN LLP**

Invoice Number: 40064236
Boy Scouts of America

Chapter 11 Matters

| **Date** | **Narrative** | **Amount** |
|---|---|---|
| 09/11/20 | 07/11/20-Telephone Charges Conference Call | 0.46 |
| 09/11/20 | 07/15/20-Telephone Charges Conference Call | 1.62 |
| 09/11/20 | 07/16/20-Telephone Charges Conference Call | 0.36 |
| 09/11/20 | 07/16/20-Telephone Charges Conference Call | 0.09 |
| 09/11/20 | 07/17/20-Telephone Charges Conference Call | 0.01 |
| 09/11/20 | 07/17/20-Telephone Charges Conference Call | 0.27 |
| 09/11/20 | 07/19/20-Telephone Charges Conference Call | 0.29 |
| 09/11/20 | 07/22/20-Telephone Charges Conference Call | 0.21 |
| 09/11/20 | 07/24/20-Telephone Charges Conference Call | 0.02 |
| 09/11/20 | 07/27/20-Telephone Charges Conference Call | 0.29 |
| 09/11/20 | 07/29/20-Telephone Charges Conference Call | 2.14 |
| 09/11/20 | 07/01/20-Telephone Charges Conference Call | 12.04 |
| 09/11/20 | 07/01/20-Telephone Charges Conference Call | 0.54 |
| 09/11/20 | 07/28/20-Telephone Charges Conference Call | 0.30 |
| 09/11/20 | 07/28/20-Telephone Charges Conference Call | 0.03 |
| 09/11/20 | 07/28/20-Telephone Charges Conference Call | 16.61 |
| 09/11/20 | 07/02/20-Telephone Charges Conference Call | 9.82 |
| 09/11/20 | 07/30/20-Telephone Charges Conference Call | 11.50 |
| 09/11/20 | 07/08/20-Telephone Charges Conference Call | 3.27 |
| 09/11/20 | 07/08/20-Telephone Charges Conference Call | 5.63 |
| 09/11/20 | 07/08/20-Telephone Charges Conference Call | 3.52 |
| 09/11/20 | 07/09/20-Telephone Charges Conference Call | 15.82 |
| 09/11/20 | 07/15/20-Telephone Charges Conference Call | 3.93 |
| 09/11/20 | 07/16/20-Telephone Charges Conference Call | 0.02 |
| 09/11/20 | 07/16/20-Telephone Charges Conference Call | 0.02 |
| 09/11/20 | 07/16/20-Telephone Charges Conference Call | 0.03 |
| 09/11/20 | 07/16/20-Telephone Charges Conference Call | 16.79 |
| 09/11/20 | 07/20/20-Telephone Charges Conference Call | 6.99 |
| 09/11/20 | 07/21/20-Telephone Charges Conference Call | 5.70 |
| 09/11/20 | 07/21/20-Telephone Charges Conference Call | 1.66 |
| 09/11/20 | 07/22/20-Telephone Charges Conference Call | 3.13 |

**SIDLEY AUSTIN LLP**

Invoice Number:  40064236
Boy Scouts of America

Chapter 11 Matters

| Date | Narrative | Amount |
|---|---|---|
| 09/11/20 | 07/23/20-Telephone Charges Conference Call | 15.81 |
| 09/11/20 | 07/23/20-Telephone Charges Conference Call | 1.54 |
| 09/11/20 | 07/24/20-Telephone Charges Conference Call | 2.29 |
| 09/11/20 | 07/24/20-Telephone Charges Conference Call | 1.17 |
| 09/11/20 | 07/27/20-Telephone Charges Conference Call | 4.72 |
| 09/11/20 | 07/27/20-Telephone Charges Conference Call | 5.55 |
| 09/11/20 | 07/27/20-Telephone Charges Conference Call | 2.95 |
| 09/11/20 | 07/27/20-Telephone Charges Conference Call | 2.92 |
| 09/11/20 | 07/28/20-Telephone Charges Conference Call | 0.24 |
| 09/11/20 | 07/28/20-Telephone Charges Conference Call | 3.59 |
| 09/11/20 | 07/29/20-Telephone Charges Conference Call | 8.03 |
| 09/11/20 | 07/01/20-Telephone Charges Conference Call | 12.04 |
| 09/11/20 | 07/23/20-Telephone Charges Conference Call | 4.40 |
| 09/11/20 | 07/20/20-Telephone Charges Conference Call | 6.13 |
| 09/11/20 | 07/10/20-Telephone Charges Conference Call | 5.17 |
| 09/11/20 | 07/01/20-Telephone Charges Conference Call | 0.66 |
| 09/15/20 | Professional Services Consulting (Project Mgr) | 97.50 |
| 09/15/20 | Professional Services Consulting (Project Mgr) | 455.00 |
| 09/15/20 | Professional Services Consulting (Spec/Tech) | 80.00 |
| 09/16/20 | Deposition Transcripts 8/21 - COURT CALL - HEARING - J. BOELTER | 185.25 |
| 09/17/20 | Professional Services Consulting (Project Mgr) | 650.00 |
| 09/23/20 | E-Discovery Monthly Service Fee | 500.00 |
| 09/23/20 | Electronic Data Hosting | 118.50 |
| 09/29/20 | 08/06/20-Telephone Charges Conference Call | 3.28 |
| 09/29/20 | 08/30/20-Telephone Charges Conference Call | 7.65 |
| 09/29/20 | 08/28/20-Telephone Charges Conference Call | 0.70 |
| 09/29/20 | 08/31/20-Telephone Charges Conference Call | 3.44 |
| 09/29/20 | 08/19/20-Telephone Charges Conference Call | 2.89 |
| 09/29/20 | 08/25/20-Telephone Charges Conference Call | 1.95 |
| 09/29/20 | 08/25/20-Telephone Charges Conference Call | 0.02 |
| 09/29/20 | 08/21/20-Telephone Charges Conference Call | 10.15 |

**SIDLEY AUSTIN LLP**

Invoice Number: 40064236
Boy Scouts of America

Chapter 11 Matters

| Date | Narrative | Amount |
|---|---|---:|
| 09/29/20 | 08/24/20-Telephone Charges Conference Call | 5.00 |
| 09/29/20 | 08/11/20-Telephone Charges Conference Call | 1.97 |
| 09/29/20 | 08/13/20-Telephone Charges Conference Call | 2.95 |
| 09/29/20 | 08/14/20-Telephone Charges Conference Call | 16.27 |
| 09/29/20 | 08/14/20-Telephone Charges Conference Call | 1.50 |
| 09/29/20 | 08/14/20-Telephone Charges Conference Call | 7.91 |
| 09/29/20 | 08/17/20-Telephone Charges Conference Call | 3.24 |
| 09/29/20 | 08/30/20-Telephone Charges Conference Call | 2.38 |
| 09/29/20 | 08/10/20-Telephone Charges Conference Call | 2.69 |
| 09/29/20 | 08/10/20-Telephone Charges Conference Call | 0.03 |
| 09/29/20 | 08/11/20-Telephone Charges Conference Call | 2.26 |
| 09/29/20 | 08/06/20-Telephone Charges Conference Call | 0.02 |
| 09/29/20 | 08/06/20-Telephone Charges Conference Call | 6.73 |
| 09/29/20 | 08/05/20-Telephone Charges Conference Call | 0.02 |
| 09/29/20 | 08/03/20-Telephone Charges Conference Call | 5.77 |
| 09/29/20 | 08/03/20-Telephone Charges Conference Call | 6.17 |
| 09/29/20 | 08/30/20-Telephone Charges Conference Call | 7.78 |
| 09/29/20 | 08/31/20-Telephone Charges Conference Call | 5.33 |
| 09/29/20 | 08/25/20-Telephone Charges Conference Call | 5.05 |
| 09/29/20 | 08/28/20-Telephone Charges Conference Call | 4.50 |
| 09/29/20 | 08/24/20-Telephone Charges Conference Call | 7.49 |
| 09/29/20 | 08/24/20-Telephone Charges Conference Call | 4.66 |
| 09/29/20 | 08/17/20-Telephone Charges Conference Call | 8.26 |
| 09/29/20 | 08/18/20-Telephone Charges Conference Call | 3.97 |
| 09/29/20 | 08/12/20-Telephone Charges Conference Call | 4.15 |
| 09/29/20 | 08/19/20-Telephone Charges Conference Call | 2.75 |
| 09/29/20 | 08/11/20-Telephone Charges Conference Call | 2.67 |
| 09/29/20 | 08/11/20-Telephone Charges Conference Call | 2.62 |
| 09/29/20 | 08/07/20-Telephone Charges Conference Call | 8.51 |
| 09/29/20 | 08/07/20-Telephone Charges Conference Call | 2.55 |
| 09/29/20 | 08/07/20-Telephone Charges Conference Call | 0.97 |

**SIDLEY AUSTIN LLP**

Invoice Number:  40064236
Boy Scouts of America

Chapter 11 Matters

| Date | Narrative | Amount |
|---|---|---:|
| 09/29/20 | 08/10/20-Telephone Charges Conference Call | 0.04 |
| 09/29/20 | 08/10/20-Telephone Charges Conference Call | 0.02 |
| 09/29/20 | 08/10/20-Telephone Charges Conference Call | 0.03 |
| 09/29/20 | 08/04/20-Telephone Charges Conference Call | 3.31 |
| 09/29/20 | 08/29/20-Telephone Charges Conference Call | 5.51 |
| 09/29/20 | 09/01/20-Westlaw research service | 93.41 |
| 09/29/20 | 09/02/20-Westlaw research service | 239.09 |
| 09/29/20 | 09/02/20-Westlaw research service | 93.41 |
| 09/29/20 | 09/04/20-Westlaw research service | 93.41 |
| 09/29/20 | 09/01/20-Westlaw research service | 220.80 |
| 09/29/20 | 09/01/20-Westlaw research service | 186.83 |
| 09/29/20 | 09/02/20-Westlaw research service | 2,755.73 |
| 09/29/20 | 09/03/20-Westlaw research service | 93.41 |
| 09/30/20 | 08/31/2020 - ACCURINT - 110686020200831 - Search services | 82.40 |
| | **Total** | **$21,647.90** |