**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 868, 984 & ___** |

**ORDER GRANTING COMBINED FIRST MONTHLY AND INTERIM FEE
APPLICATION OF HOTEL & LEISURE ADVISORS, LLC FOR ALLOWANCE OF
COMPENSATION FOR APPRAISAL SERVICES RENDERED FOR THE PERIOD
FROM JUNE 18, 2020 TO AND INCLUDING SEPTEMBER 15, 2020**

Upon the application (the "Application")[2] of the Boy Scouts of America and Delaware

BSA, LLC, the non-profit corporations that are debtors and debtors in possession in the above-

captioned chapter 11 cases (together, the "Debtors"), for entry of an order (this "Order"),

(i) granting interim approval and allowance of compensation for professional services rendered by

H&LA during the period from June 18, 2020 to and including September 15, 2020 (the "Fee

Period") in the aggregate amount of $66,000, and (ii) authorizing the Debtors to pay to H&LA all

of the foregoing amount, less any amounts previously paid to H&LA on account of such fees; and

this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the *Amended*

*Standing Order of Reference* from the United States District Court for the District of Delaware,

dated February 29, 2012; and entry of this Order being a core proceeding within the meaning of

28 U.S.C. § 157(b)(2); and the Debtors having consented to the entry of a final order by this Court

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] All capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Application.

under Article III of the United States Constitution; and venue of this proceeding and the Application in this District being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the notice of the Application and opportunity for a hearing on the Application were appropriate under the circumstances and no other notice need be provided; and all objections to the Application, if any, having been withdrawn, resolved or overruled; and the relief requested in the Application being in the best interests of the Debtors' estates, their creditors and other parties in interest; and this Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1.      The relief requested in the Application is GRANTED as set forth herein.

2.      Compensation to H&LA for professional services rendered during the Fee Period is approved and allowed on an interim basis in the aggregate amount of $66,000.

3.      To the extent not already paid pursuant to the Retention Order, the Debtors are authorized to remit payment to H&LA in the amount of $66,000, less all amounts previously paid on account of such fees and expenses.

4.      The Debtors and H&LA are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application.

5.      To the extent there is any inconsistency between the Application and this Order, the provisions of this Order shall govern.

6.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

**Dated: October 28th, 2020**
**Wilmington, Delaware**