**<u>Exhibit B</u>**

**Invoice and Fee Summary**



## Invoice for Professional Services

October 21, 2020

BOY SCOUTS OF AMERICA
1325 W. Walnut Hill Lane
Irving, TX    75038

Attention: Steve McGowan

**Re:  BWF File #20-3005 - Market Value Appraisal**
**Boy Scouts of America Property - Bissett, Manitoba, Canada**

| | |
|---|---:|
| Professional Fee - Market Value Appraisal | $5,500.00 |
| Disbursements | $500.00 |
| Goods & Services Tax | $300.00 |
| Sub Total: | $6,300.00  USD |
| Less: Retainer received Sept 8th 2020 | ($2,500.00) |
| **Total Due:** | **$3,800.00  USD** |

Please return one copy of this statement with your remittance payable to:

BW Ferguson & Associates Ltd.
706 - 281 McDermot Avenue
Winnipeg, Manitoba R3B 0S9
(204) 781-6155

**Terms:**   Invoices are due and payable upon receipt.
**GST #**   865252001RT0001