FILED
at 1:00 o'clock P M
OCT 27 2020
United States Bankruptcy Court
Albuquerque, New Mexico

10-22-2020

[Clerk] OF THE U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO
333 LOMAS N.W. SUITE 270 - ALBQ - N.M. 87102

From/ [REDACTED] # [REDACTED]
10 McGREGOR RANGE Rd. - CHAPARRAL, N.M. 88081

(RE: CLAIM OF SEXUAL ABUSE AGAINST
THE Boy Scouts OF AMERICA)

DEAR CLERK of THE U.S. DISTRICT COURT:

    I WISH TO FILE A CLAIM IN FEDERAL COURT AGAINST THE Boy Scouts of AMERICA. A FEDERAL BANKRUPTCY COURT - (which ONE I've NOT BEEN ABLE TO FIND OUT PRESIDED OVER THE Boy Scouts BANKRUPTCY) HAS SET NOV. 6th, 2020, LESS THAN A MONTH FROM NOW IN WHICH TO FILE A SEXUAL ABUSE CLAIM.

    I REQUEST AS your the clerk of this DISTRICT - TO SIMPLY LOOK AND SEE which U.S. DIST. COURT ISSUED THAT DEADLINE - BUT AS I SAID, THE DISTRICT COURT THAT PRESIDED OVER THAT BANKRUPTCY PROCEEDINGS - SO I

CAN File my claim in That U.S. DIST. Court.

IF you CAN NOT PROVIDE This iNFORMATION THEN I would simply ASK - CAN I FiLE MY CLAIM Of SEXUAL ABUSE iN YOUR DiST. COURT?

IT WAS MY THOUGHT That THE Boy Scouts ABUSE CLAIMS - ARE A "CLASS ACTION" SUIT - So IF TRUE, I WOULD REQUEST That INFORMATION - Either way I WANT TO FILE MY CLAIM BEFORE THE DEADLINE.

Thank you For your ASSISTANCE iN MY iNQUIRY AND your PATIENCE ON MY LETTER HERE.

RESPECTFULLY,

[signature redacted]
[signature redacted]