OCTOBER 16, 2020

TO/ CLERK OF THE U.S. DISTRICT COURT - EASTERN DISTRICT OF PA.
U.S. COURTHOUSE, 601 MARKET ST. ROOM 2609 PHILADELPHIA PA.

FROM/ F▇▇▇ D▇▇▇ #▇▇▇
O.C.P. 10 McGREGOR RANGE Rd.
CHAPARRAL, NEW MEXICO 88081

(RE: BANKRUPTCY COURT - DEADLINE TO
FILE A CLAIM OF SEXUAL ABUSE AGAINST
THE BOY SCOUTS OF AMERICA.)

DEAR CLERK OF THE U.S. DISTRICT COURT:
   A FEDERAL JUDGE I BELIEVE IN YOUR DISTRICT COURT, MADE A RULEING IN BANKRUPTCY ACTION THE BOY SCOUTS OF AMERICA FILING BANKRUPTCY IN SEXUAL ABUSE CLAIMS, GAVE A DEADLINE TO FILE A CLAIM ABOUT THIS NEXT MONTH NOVEMBER 15th 2020 IS THAT DEADLINE FROM THE INFORMATION I'VE BEEN ABLE TO OBTAIN ON THIS SERIOUS ISSUE.

   I WANT TO FILE A CLAIM WITH THE COURT BEFORE THIS DEADLINE, BUT I NEED TO BE SENT THE CASE NUMBER OF THIS BANKRUPTCY ACTION, ECT TO PROPERLY FILE MY CLAIM. I REQUEST TO PLEASE BE SENT A COPY OF THE FEDERAL JUDGES RULING ABOUT THIS, AND COPY OF THE BOY SCOUTS PETITION IN THE BANKRUPTCY COURT SO I CAN PROPERLY - MEANINGFULLY MAKE MY

claim - of SEXUAL ABUSE AgAiNsT The Boy Scouts.

Also CAN you PLEASE SEND ME BACK AN ENDORSED Copy with your couRTs SEAL, so I CAN RETAIN iT, For My REcords iN This AcTioN, AND To show I AM WRiTiNg The CouRT - pRioR To The DEAD LiNE of Nov. 15Th 2020 - so My claim will NoT BE TiME BARRED.

Again I NEED To KNow wHERE To FiLE My claim - AND The WHERE with All iN ForMATioN oN ThAT BaNK RupTcy PETiTioN By The Boy Scouts oF AMERicA To ENsuRE I hAVE ThEiR iN ForMATioN To EFFEcT SERViCE A.S.A.P. wHEN I FiLE My clAim.

ThANK you I AwAiT youR REspoNsE To My INQuiRiEs.

RespEcTFully,

[signature redacted]
[signature redacted]

[REDACTED] McGREGOR RANGE Rd.
CHAPARRAL, NEW MEXICO 88081

U.S.M.S.
X-RAY

CLERK OF THE DISTRICT COURT
U.S. COURTHOUSE - EASTERN DISTRICT OF P.A.
601 MARKET STREET - Room 2609
PHILADELPHIA, PENNSYLVANIA 19106-1797

LEGAL-MAIL

EL PASO TX 798
20 OCT 2020PM

US POSTAGE
$000.5
First-C
ZIP 88
10/20/2020
036B 0011814391

19106-179699