# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**RE: D.I. 1511** |

### CERTIFICATE OF NO OBJECTION REGARDING THE FIRST COMBINED MONTHLY FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM FEBRUARY 18, 2020 THROUGH JULY 31, 2020

The undersigned hereby certifies that, as of the date hereof, PricewaterhouseCoopers LLP ("PwC") has received no answer, objection or other responsive pleading to the **First Monthly Fee Application of PricewaterhouseCoopers LLP for Compensation and Reimbursement of Expenses for the Period from February 18, 2020 Through July 31, 2020** (the "Application") (D.I. 1511), filed on October 13, 2020.

The undersigned further certifies that PwC has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice, objections to the Application were to be filed and served no later than October 27, 2020 at 4:00 p.m. (ET).

Accordingly, pursuant to the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense*

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

*Reimbursement for Official Committee Members and (II) Granting Related Relief* (D.I. 341) entered on April 6, 2020, the Debtors are authorized to pay the amount indicated below.

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Debtors are Authorized to Pay ( (2) + (3) ) |
|---|---|---|---|
| $108,641.00 | $0.00 | $86,912.80 | $86,912.80 |

WHEREFORE, PwC respectfully requests that the Application be approved.

Dated: October 28, 2020  
     Dallas, Texas

PRICEWATERHOUSECOOPERS LLP

*/s/ Francis DeSouza*  
Francis DeSouza, Jr  
Partner  
PricewaterhouseCoopers LLP  
2121 North Peral Street, Suite 2000  
Dallas, Texas 75201  
(214) 695-0663

*Independent Auditor and Tax Compliance Services Provider for the Debtors and Debtors in Possession*