## Exhibit B

**Settlement Agreement**

**SETTLEMENT AGREEMENT**

*Kathryn Marie Hall, as Personal Representative of the Estate of Gage Michael Samuel Wilson v Michigan Crossroads Council, Inc., Boy Scouts of America d/b/a Southern Shores Field Service Council*, et al.
Kalamazoo County Circuit Court Case No. 19-0046-NO

This Settlement Agreement ("**Agreement**") is made and entered into on September ___, 2020 by and between Plaintiff Kathryn Marie Hall, as Personal Representative of the Estate of Gage Michael Samuel Wilson (the "**Plaintiff**"), on behalf of the Estate of Gage Michael Samuel Wilson (the "**Estate**") and the Estate and Gage Michael Samuel Wilson's agents, heirs, relatives, assigns, parents (including Kimberly Gettys Wilson and Michael John Wilson), beneficiaries, third-party beneficiaries, attorneys, any and all potential claimants identified in Michigan's Wrongful Death Act, MCL 600.2922, and anyone claiming by or through the Estate or Gage Michael Samuel Wilson (collectively, the "**Plaintiff Parties**"), on the one hand, and (1) Michigan Crossroads Council, Inc., Boy Scouts of America d/b/a Southern Shores Field Service Council ("**Crossroads**"); (2) the Boy Scouts of America (the "**BSA**"); and (3) the National Boy Scouts of America Foundation (the "**Foundation**" and, collectively with Crossroads and the BSA, the "**Defendants**").  This Agreement settles all claims against all the Defendants and the Releasees (as defined below), relating to the lawsuit pending in the Kalamazoo County Circuit Court, Case No. 2019-0046-NO (the "**Lawsuit**"), and any and all claims that could have been filed against the Defendants and the Releasees related to the matters set forth in the Lawsuit.  This Agreement is intended to memorialize the terms of the settlement.

Accordingly, in consideration of their mutual promises and other good and valuable consideration hereby acknowledged by the Plaintiff, on behalf of itself and the Plaintiff Parties, and the Defendants (collectively, "the **Parties**"), the Parties agree as follows:

1. **Effective Date**

This Agreement shall only become effective (the "**Effective Date**") fourteen (14) days after the latter of (A) an order of the United States Bankruptcy Court for the District of Delaware (the

1

**SETTLEMENT AGREEMENT**

*Kathryn Marie Hall, as Personal Representative of the Estate of Gage Michael Samuel Wilson v Michigan Crossroads Council, Inc., Boy Scouts of America d/b/a Southern Shores Field Service Council*, et al.
Kalamazoo County Circuit Court Case No. 19-0046-NO

"**Bankruptcy Court**") (i) approving the Agreement pursuant to Federal Rule of Bankruptcy Procedure 9019 and (ii) approving the payment of the Settlement Amount (as defined below) by Old Republic Insurance Company pursuant to section 362 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code) becomes a final non-appealable order; and (B) approval by the Kalamazoo County Circuit Court pursuant to MCL 600.2922(5).

    **2. Settlement Terms**

The Defendants agree to pay Wilson a total of seven hundred fifty thousand dollars ($750,000.00) (the "**Settlement Amount**") within fourteen (14) days of the Effective Date. The Defendants further agree that, within a reasonable time after the Effective Date:

(a) The BSA shall post the Excavation Dangers safety moment, a copy of which is attached as **Exhibit A,** on the BSA website;

(b) The BSA shall update the list of prohibited activities to include digging in sand dunes;

(c) The BSA and Crossroads will strive to work with the Michigan Department of Natural Resources to post warning signs near the sand dunes at issue in this Lawsuit; and

(d) Crossroads shall provide sand dune safety training to volunteers and provide related information on its website.

In exchange for payment of the Settlement Amount and the above-described non-monetary provisions, the Plaintiff agrees to dismiss the Lawsuit with prejudice and without costs and provide the releases set forth below.

**SETTLEMENT AGREEMENT**

*Kathryn Marie Hall, as Personal Representative of the Estate of Gage Michael Samuel Wilson v Michigan Crossroads Council, Inc., Boy Scouts of America d/b/a Southern Shores Field Service Council*, et al.
Kalamazoo County Circuit Court Case No. 19-0046-NO

   3. **Release**

In exchange for the consideration provided to Plaintiff in this Agreement, Plaintiff, on behalf of itself and the Plaintiff Parties, irrevocably and unconditionally releases, acquits and forever discharges all of the Defendants in the Lawsuit and all of their subsidiaries, parents, affiliates, managing agents, employees, volunteers, servants, consultants, agents, directors, officers, independent contractors, representatives, insurance carriers and attorneys of Defendants, and all persons acting by, through, under or in concert with any of them, and each of their respective heirs, successors, and assigns (hereinafter collectively referred to as "**Releasees**"), or any of them, from all claims asserted in the Lawsuit, as well as any and all charges, complaints, claims, liabilities, obligations, promises, agreements, controversies, damages, actions, causes of action, suits, rights, demands, costs, losses, debts and expenses (including attorneys' fees and costs actually incurred) of any nature whatsoever, known or unknown, suspected or unsuspected, including, but not limited to any claims the Plaintiff Parties had, have, or may have, known or unknown, in connection with any facts, matters, property, transactions, or things between all Parties and between the Plaintiff Parties and the Releasees, including but not limited to, anything arising from, relating to, or in connection with the matters set forth in Lawsuit.  The Plaintiff, on behalf of itself and the Plaintiff Parties, acknowledges and agrees that the non-Defendant Releasees are express intended third-party beneficiaries of this agreement for purposes of MCL 600.1405 and are entitled to enforce the release contained in this Agreement against the Plaintiff Parties.  For the avoidance of doubt, the Releasees shall include without limitation those intended third-party beneficiaries identified on the attached **Exhibit B.**  Notwithstanding the foregoing, the

**SETTLEMENT AGREEMENT**

*Kathryn Marie Hall, as Personal Representative of the Estate of Gage Michael Samuel Wilson v Michigan Crossroads Council, Inc., Boy Scouts of America d/b/a Southern Shores Field Service Council*, et al.
Kalamazoo County Circuit Court Case No. 19-0046-NO

claims released herein do not include any claim of breach of the terms of this Agreement or to any other claims that cannot lawfully be released.

4. **General Release**

It is understood and agreed that this is a full, complete and final general release of any and all claims, and that the Plaintiff, on behalf of itself and the Plaintiff Parties, agrees that the foregoing release applies to all unknown, unanticipated, unsuspected and undisclosed claims, demands, liabilities, actions or causes of action, in law, equity or otherwise, as well as those which are now known, anticipated, suspected or disclosed.

5. **Disclaimer of Liability**

The Parties agree and acknowledge that this Agreement is not to be construed as an admission of liability or wrong-doing by any Party, but is entered into in compromise of disputed claims.

6. **Non-Disparagement**

Plaintiff, on behalf of itself and the Plaintiff Parties, agrees that the Plaintiff Parties shall not make, publish, or cause any statement to be made in any form about the Defendants or the non-Defendant Releasees that is false, disparaging, casts the Defendants or the non-Defendant Releasees in a negative light, or would harm the Defendants or the non-defendant Releasees, or that would reasonably be expected to lead to unwanted or unfavorable publicity to the Defendants or the non-Defendant Releasees or detract from the reputation of the Defendants or the Releasees.

**SETTLEMENT AGREEMENT**

*Kathryn Marie Hall, as Personal Representative of the Estate of Gage Michael Samuel Wilson v Michigan Crossroads Council, Inc., Boy Scouts of America d/b/a Southern Shores Field Service Council*, et al.
Kalamazoo County Circuit Court Case No. 19-0046-NO

### 7. Joint Drafting

Each of the Parties has joined in and contributed to drafting this Agreement and each of the Parties agrees that there shall be no presumption favoring or burdening any Party based upon draftsmanship.

### 8. Authorization

With the exception of the BSA as a chapter 11 debtor requiring Bankruptcy Court approval of its entry into this Agreement, the Parties expressly warrant and represent that the execution of this Agreement is fully authorized by each of them; that the person or persons executing this Agreement have the necessary and appropriate authority to do so; and that there are no pending agreements, transactions, or negotiations to which any of them are a party that would render this Agreement or any part thereof void, voidable, or unenforceable.

### 9. Applicable Law

This Agreement shall be interpreted in accordance with the laws of the State of Michigan. The Parties expressly consent to personal jurisdiction in Michigan.

### 10. Counterparts

This Agreement may be executed in two or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

### 11. Complete Agreement

This is the entire agreement between the Parties.  This Agreement may not be modified in any manner except in writing signed by the Plaintiff and authorized executives of the Defendants. The Parties acknowledge that they have not made any representations or promises to each other than those contained in this Agreement.

**SETTLEMENT AGREEMENT**

*Kathryn Marie Hall, as Personal Representative of the Estate of Gage Michael Samuel Wilson v Michigan Crossroads Council, Inc., Boy Scouts of America d/b/a Southern Shores Field Service Council*, et al.
Kalamazoo County Circuit Court Case No. 19-0046-NO

### 12.  Voluntary, Knowing Agreement

This Agreement is executed voluntarily and without any duress or undue influence on the part or behalf of any Party, with the full intent of releasing all claims that the Parties have against each other.  The Parties acknowledge that:

(a)  They have read this Agreement;

(b)  They have been represented by legal counsel of their own choice in the preparation, negotiation and execution of this Agreement;

(c)  They understand the terms and consequences of this Agreement and of the release and waivers it contains;

(d)  They have not relied upon any representations or statements made by the other Party that are not specifically set forth in this Agreement; and

(e)  They are fully aware of the legal and binding effect of this Agreement.

IN WITNESS WHEREOF, the Parties have executed this Agreement on the dates set forth below.

Dated:  October 22, 2020          By:     */s/ Kathryn Marie Hall*
                                          Kathryn Marie Hall, Personal
                                          Representative of the Estate of Gage
                                          Michael Samuel Wilson


Dated:  _____, 2020              Boy Scouts of America

                                        By: _____

                                        Its: _____

6

**SETTLEMENT AGREEMENT**

*Kathryn Marie Hall, as Personal Representative of the Estate of Gage Michael Samuel Wilson v Michigan Crossroads Council, Inc., Boy Scouts of America d/b/a Southern Shores Field Service Council*, et al.
Kalamazoo County Circuit Court Case No. 19-0046-NO

Dated:  October 27, 2020                                 National Boy Scouts of America Foundation

                                                                           By: */s/ Chasity McReynolds*

                                                                                Its: President

Dated:  October 22, 2020                                 Michigan Crossroads Council, Inc., Boy Scouts of America

                                                                           By: */s/ Donald D. Shepard Jr.*

                                                                                Its: Scout Executive/CEO