IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re D.I. 1053, 1106** |

**NOTICE OF FILING OF REVISED EXHIBIT TO VERIFIED STATEMENT OF THE
COALITION OF ABUSED SCOUTS FOR JUSTICE
PURSUANT TO BANKRUPTCY RULE 2019**

**PLEASE TAKE NOTICE** that, on [date], the Coalition of Abused Scouts for Justice (the "Coalition") filed its *Second Amended Verified Statement of Coalition of Abused Scouts for Justice Pursuant to Bankruptcy Rule 2019* (the "Second Amended Rule 2019 Statement") [D.I. 1429]. Attached as Exhibit A to the Second Amended Rule 2019 Statement was a list of persons believed to be the members of the Coalition at that time.

**PLEASE TAKE NOTICE** that, on October 13, 2020, the Coalition filed the *Supplement to Amended Verified Statement of the Coalition of Abused Scouts for Justice Pursuant to Bankruptcy Rule 2019* [D.I. 1510], in which it stated its intention to file a revised Exhibit A to the Second Amended Rule 2019 Statement, which exhibit would be a list of persons having executed the Affirmative Consent (as defined therein) to be members of the Coalition.

**PLEASE TAKE NOTICE** that attached hereto as **Exhibit A** is the aforementioned revised Exhibit A in connection with the Second Amended Rule 2019 Statement. **Exhibit A** is a true and accurate list of parties that have executed and submitted Affirmative Consents to join the Coalition.[2]

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

[2] Consistent with the Coalition's public statements, Exhibit A has been and will continue to be adjusted and amended as the Coalition reviews and compiles incoming materials. The United States Trustee has been granted permission to audit the Affirmative Consent documents underlying Exhibit A.

{00219972-1}

| | |
|---|---|
| Dated: October 28, 2020<br>Wilmington, Delaware | MONZACK MERSKY<br>BROWDER AND HOCHMAN, P.A. |

*/s/ Rachel B. Mersky*
Rachel B. Mersky (DE No. 2049)
1201 North Orange Street
Suite 400
Wilmington, Delaware 19801
Telephone:     (302) 656-8162
Facsimile:      (302) 656-2769
E-mail:           RMersky@Monlaw.com

-and-

*/s/* David J. Molton
BROWN RUDNICK LLP
David J. Molton, Esq.
Eric R. Goodman, Esq. (admitted *pro hac vice*)
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
E-mail: DMolton@BrownRudnick.com
E-mail: EGoodman@BrownRudnick.com

and

Sunni P. Beville, Esq. (admitted *pro hac vice*)
Tristan G. Axelrod, Esq. (admitted *pro hac vice*)
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
E-mail: SBeville@BrownRudnick.com
E-mail: TAxelrod@BrownRudnick.com

*Counsel to the Coalition of Abused Scouts for Justice*