# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 1519** |

### CERTIFICATION OF COUNSEL REGARDING DEBTORS' SECOND MOTION FOR ENTRY OF AN ORDER EXTENDING THE DEBTORS' EXCLUSIVE PERIODS TO FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF

The undersigned counsel to the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies as follows:

1. On October 14, 2020, the Debtors filed the *Debtors' Second Motion for Entry of an Order Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof* (D.I. 1519) (the "Motion").

2. The deadline to file objections to the relief requested in the Motion was October 28, 2020, at 4:00 p.m. (ET) (the "Objection Deadline").

3. Prior to the Objection Deadline, the Debtors received informal comments to the Motion from the Official Committee of Tort Claimants (the "Tort Committee") and the Coalition of Abused Scouts for Justice (the "Coalition"). Besides the informal comments from the Tort Committee and Coalition, the Debtors have received no other objection, response, or comments, and no objection or other responsive pleading to the Motion appears on the Court's docket.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

4. The Debtors resolved the informal comments of the Tort Committee and Coalition through revisions to the proposed form of order granting the relief requested in the Motion. A copy of the revised proposed form of order is attached as **Exhibit A**.

5. For the convenience of the Court and all parties in interest, a redline comparing the revised proposed order against the form of order attached to the Motion is attached hereto as **Exhibit B**.

6. The Tort Committee and Coalition have reviewed the revised proposed order and do not object to its entry.

[*Remainder of Page Left Intentionally Blank*]

WHEREFORE, the Debtors respectfully request that the Court enter the revised proposed form of order attached as **Exhibit A**.

| | |
|---|---|
| Dated: October 29, 2020<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Eric W. Moats (No. 6441)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Email: dabbott@mnat.com<br>aremming@mnat.com<br>emoats@mnat.com<br>ptopper@mnat.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Jessica C. K. Boelter (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Email: jessica.boelter@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (212) 881-5400<br>Email: mandolina@whitecase.com<br>       mlinder@whitecase.com<br><br>*Counsel and Proposed Co-Counsel to the Debtors and Debtors in Possession* |