**ALIXPARTNERS, LLP**

**Exhibit A**

**Detailed Description of Fees, Hours and Descriptions by Matter Category**

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2128799-1 |
| Re: | Planning, Coordination, and Case Management |
| Client/Matter # | 013446.00101 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 09/28/20 | DM | BSA engagement planning and strategy | 0.40 |
| | | **Total** | **0.40** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2128799-1 |
| Re: | Planning, Coordination, and Case Management |
| Client/Matter # | 013446.00101 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| David MacGreevey | 0.40 | 1,090.00 | 436.00 |
| **Total Hours & Fees** | **0.40** | | **436.00** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | | |
|---|---|---|
| Invoice # | 2128799-1 | |
| Re: | Mtgs and Communications with UCC & Professionals | |
| Client/Matter # | 013446.00102 | |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 09/09/20 | RBW | Call with R. Collura (AlixPartners) and T. Mayer, R. Ringer and N. Hamerman (Kramer Levin) to discuss case updates | 0.30 |
| 09/09/20 | RC | Call with R. Winning (AlixPartners) and T. Mayer, R. Ringer and N. Hamerman (Kramer Levin) to discuss case updates | 0.30 |
| 09/09/20 | RC | Review updates from Counsel regarding various case issues and court filings | 0.30 |
| 09/09/20 | RC | Call with N. Hamerman (Kramer Levin) to discuss case status and investigation related work streams | 0.70 |
| 09/09/20 | INI | Participate in conference call with R. Winning (AlixPartners), T. Mayer, R. Ringer, J. Sharrett, and M. Wasson (all Kramer Levin) re: omnibus hearing and other case updates | 0.40 |
| 09/09/20 | RBW | Review and revise report for Committee re: recent operational performance | 1.00 |
| 09/09/20 | RBW | Participate in conference call with I. Ibanga (AlixPartners), T. Mayer, R. Ringer, J. Sharrett, and M. Wasson (all Kramer Levin) re: omnibus hearing and other case updates | 0.40 |
| 09/10/20 | RBW | Participate in conference call with the BSA UCC, D. MacGreevey, R. Collura, L. Hill and J. Ibanga, (all AlixPartners), T. Mayer, R. Ringer, N. Hamerman, J. Sharret, P. Baranpuria, Z. Essner, and M. Wasson (all Kramer Levin) re: weekly liquidity and litigation update | 0.80 |
| 09/10/20 | LH | Participate in conference call with the BSA UCC, D. MacGreevey, R. Collura, R. Winning, L. Hill and J. Ibanga, (all AlixPartners), T. Mayer, R. Ringer, N. Hamerman, J. Sharret, P. Baranpuria, Z. Essner, and M. Wasson (all Kramer Levin) re: weekly liquidity and litigation update | 0.80 |
| 09/10/20 | RC | Participate in conference call with the BSA UCC, D. MacGreevey, R. Winning and J. Ibanga, (all AlixPartners), T. Mayer, R. Ringer and M. Wasson (all Kramer Levin) re: weekly liquidity and litigation update | 0.80 |
| 09/10/20 | INI | Participate in conference call with the BSA UCC, D. MacGreevey, R. Winning and R. Collura (all AlixPartners), T. Mayer, R. Ringer and M. Wasson (all Kramer L.evin) re: | 0.80 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | | |
|---|---|---|
| Invoice # | 2128799-1 | |
| Re: | Mtgs and Communications with UCC & Professionals | |
| Client/Matter # | 013446.00102 | |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | weekly liquidity and litigation update | |
| 09/10/20 | DM | Participate in conference call with the BSA UCC, D. MacGreevey, R. Winning, L. Hill and R. Collura (all AlixPartners), T. Mayer, R. Ringer, N. Hamerman, J. Sharret, P. Baranpuria, Z. Essner, and M. Wasson (all Kramer L.evin) re: weekly liquidity and litigation update | 0.80 |
| 09/14/20 | INI | Revise liquidity chart in presentation for 9/15 Committee meeting | 0.60 |
| 09/15/20 | RC | Participate in conference call with the BSA UCC, K. McGlynn, S. Weiner and J. Ibanga, (all AlixPartners), T. Mayer, R. Ringer, N. Hamerman, J. Sharret, P. Baranpuria, Z. Essner, and M. Wasson  (all Kramer Levin) re: revised 13-week budget, weekly liquidity and litigation update | 0.60 |
| 09/15/20 | SW | Participate in conference call with the BSA UCC, D. K. McGlynn, R. Collura and J. Ibanga, (all AlixPartners), T. Mayer, R. Ringer, N. Hamerman, J. Sharret, P. Baranpuria, Z. Essner, and M. Wasson  (all Kramer Levin) re: revised 13-week budget, weekly liquidity and litigation update | 0.60 |
| 09/15/20 | KM | Participate in conference call with the BSA UCC, R. Collura, S. Weiner and J. Ibanga, (all AlixPartners), T. Mayer, R. Ringer, N. Hamerman, J. Sharret, P. Baranpuria, Z. Essner, and M. Wasson  (all Kramer Levin) re: revised 13-week budget, weekly liquidity and litigation update | 0.60 |
| 09/15/20 | KM | Prepare for weekly UCC presentation | 0.90 |
| 09/15/20 | KM | Review weekly update presentation to the Committee | 0.60 |
| 09/15/20 | INI | Participate in conference call with the BSA UCC, K. McGlynn, S. Weiner and R. Collura (all AlixPartners), T. Mayer, R. Ringer, N. Hamerman, J. Sharret, P. Baranpuria, Z. Essner, and M. Wasson  (all Kramer Levin) re: 13-week budget, weekly liquidity and litigation update | 0.60 |
| 09/21/20 | INI | Participate in conference call with D. MacGreevey, K. McGlynn, R. Winning, R. Collura and S. Weiner (all AlixPartners), T. Mayer, R. Ringer, N. Hamerman, J. Sharrett, and M. Wasson (all Kramer Levin) re: BSA's | 0.20 |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2128799-1 |
|---|---|
| Re: | Mtgs and Communications with UCC & Professionals |
| Client/Matter # | 013446.00102 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | registrations and other case updates | |
| 09/21/20 | RC | Participate in conference call with D. MacGreevey, K. McGlynn, R. Winning, S. Weiner and J. Ibanga (all AlixPartners), T. Mayer, R. Ringer, N. Hamerman, J. Sharrett, and M. Wasson (all Kramer Levin) re: BSA's registrations and other case updates | 0.20 |
| 09/21/20 | RC | Review information related to the Arrow project | 0.30 |
| 09/21/20 | DM | Review draft BSA UCC update deck | 0.50 |
| 09/21/20 | INI | Prepare for UCC meeting and review presentation | 0.10 |
| 09/21/20 | RBW | Participate in conference call with D. MacGreevey, K. McGlynn, R. Collura, S. Weiner and J. Ibanga (all AlixPartners), T. Mayer, R. Ringer, N. Hamerman, J. Sharrett, and M. Wasson (all Kramer Levin) re: BSA's registrations and other case updates | 0.20 |
| 09/21/20 | RBW | Revise weekly update report | 0.50 |
| 09/21/20 | SW | Participate in conference call with D. MacGreevey, K. McGlynn, R. Winning, R. Collura and J. Ibanga (all AlixPartners), T. Mayer, R. Ringer, N. Hamerman, J. Sharrett, and M. Wasson (all Kramer Levin) re: BSA's registrations and other case updates | 0.20 |
| 09/21/20 | DM | Participate in conference call with I. Ibanga, K. McGlynn, R. Winning, R. Collura and S. Weiner (all AlixPartners), T. Mayer, R. Ringer, N. Hamerman, J. Sharrett, and M. Wasson (all Kramer Levin) re: BSA's registrations and other case updates | 0.30 |
| 09/21/20 | SW | Send internal emails with summary points in advance of UCC call | 1.00 |
| 09/21/20 | KM | Participate in conference call with D. MacGreevey, R. Winning, R. Collura, S. Weiner and J. Ibanga (all AlixPartners), T. Mayer, R. Ringer, N. Hamerman, J. Sharrett, and M. Wasson (all Kramer Levin) re: BSA's registrations and other case updates | 0.20 |
| 09/21/20 | KM | Review and revise weekly Committee update presentation | 1.20 |
| 09/23/20 | DM | Review email with attachments from M. Wasson (Kramer Levin) re: BSA updates | 0.30 |
| 09/24/20 | RC | Review and respond to questions from Kramer Levin | 1.10 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2128799-1 |
| Re: | Mtgs and Communications with UCC & Professionals |
| Client/Matter # | 013446.00102 |

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| | | regarding Arrow | |
| 09/24/20 | RC | Review documents related to bond financings and respond to questions from Kramer Levin | 0.40 |
| 09/25/20 | RC | Call with N. Hamerman and P. Campbell (both Kramer Levin) to discuss Arrow and Local Council information | 1.50 |
| 09/25/20 | SW | Draft commentary for weekly Committee update presentation and send for internal comment | 0.80 |
| 09/28/20 | SW | Review internal comments for UCC weekly presentation | 0.50 |
| 09/29/20 | KM | Review and revise weekly presentation to the UCC | 0.90 |
| 09/29/20 | DM | Review draft BSA UCC update deck | 0.40 |
| 09/30/20 | DM | Participate in UCC advisors conference call with K. McGlynn, I. Ibanga, R. Collura and S. Weiner (all AlixPartners), T. Mayer, R. Ringer, N. Hamerman, J. Sharret, P. Baranpuria, Z. Essner, and M. Wasson (all Kramer Levin) re: potential litigation and other case updates | 0.50 |
| 09/30/20 | DM | Participate in UCC conference call with I. Ibanga, K. McGlynn, R. Collura and S. Weiner (all AlixPartners), T. Mayer, R. Ringer, N. Hamerman, J. Sharret, P. Baranpuria, Z. Essner, and M. Wasson (all Kramer Levin) re: potential litigation and other case updates | 1.60 |
| 09/30/20 | SW | Participate in conference call with D. MacGreevey, K. McGlynn, R. Collura and J. Ibanga (all AlixPartners), T. Mayer, R. Ringer, N. Hamerman, J. Sharret, P. Baranpuria, Z. Essner, and M. Wasson (all Kramer Levin) re: potential litigation and other case updates | 0.50 |
| 09/30/20 | SW | Participate in conference call with the BSA UCC, D. MacGreevey, K. McGlynn, R. Collura and J. Ibanga, (all AlixPartners), T. Mayer, R. Ringer, N. Hamerman, J. Sharret, P. Baranpuria, Z. Essner, and M. Wasson (all Kramer Levin) re: weekly liquidity update and pending litigation | 1.60 |
| 09/30/20 | RC | Participate in conference call with D. MacGreevey, K. McGlynn, S. Weiner and J. Ibanga (all AlixPartners), T. Mayer, R. Ringer, N. Hamerman, J. Sharret, P. Baranpuria, Z. Essner, and M. Wasson (all Kramer Levin) re: potential litigation and other case updates | 0.50 |

909 Third Avenue
New York, NY 10022    **T** 212.490.2500
**F** 212.490.1344
**alixpartners.com**

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | | |
|---|---|---|
| Invoice # | 2128799-1 | |
| Re: | Mtgs and Communications with UCC & Professionals | |
| Client/Matter # | 013446.00102 | |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 09/30/20 | RC | Participate in conference call with the BSA UCC, D. MacGreevey, K. McGlynn, S. Weiner and J. Ibanga, (all AlixPartners), T. Mayer, R. Ringer, N. Hamerman, J. Sharret, P. Baranpuria, Z. Essner, and M. Wasson  (all Kramer Levin) re: weekly liquidity update. mediation update and pending litigation | 1.60 |
| 09/30/20 | RC | Review the TCC's 2004 requests for information from additional local councils and other weekly Committee presentation materials | 0.40 |
| 09/30/20 | KM | Prepare for weekly UCC presentation | 0.60 |
| 09/30/20 | KM | Participate in conference call with D. MacGreevey, R. Collura, S. Weiner and J. Ibanga (all AlixPartners), T. Mayer, R. Ringer, N. Hamerman, J. Sharret, P. Baranpuria, Z. Essner, and M. Wasson  (all Kramer Levin) re: potential litigation and other case updates | 0.50 |
| 09/30/20 | KM | Participate in conference call with the BSA UCC, D. MacGreevey, R. Collura, S. Weiner and J. Ibanga, (all AlixPartners), T. Mayer, R. Ringer, N. Hamerman, J. Sharret, P. Baranpuria, Z. Essner, and M. Wasson  (all Kramer Levin) re: weekly liquidity update and pending litigation | 1.60 |
| 09/30/20 | INI | Participate in UCC advisors conference call with D. MacGreevey, K. McGlynn, R. Collura and S. Weiner (all AlixPartners), T. Mayer, R. Ringer, N. Hamerman, J. Sharret, P. Baranpuria, Z. Essner, and M. Wasson  (all Kramer Levin) re: potential litigation and other case updates | 0.50 |
| 09/30/20 | INI | Participate in UCC conference call with D. MacGreevey, K. McGlynn, R. Collura and S. Weiner (all AlixPartners), T. Mayer, R. Ringer, N. Hamerman, J. Sharret, P. Baranpuria, Z. Essner, and M. Wasson  (all Kramer Levin) re: potential litigation and other case updates. | 1.60 |
| | | **Total** | **34.20** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2128799-1 |
|---|---|
| Re: | Mtgs and Communications with UCC & Professionals |
| Client/Matter # | 013446.00102 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---:|---:|---:|
| Joy N Ibanga | 4.80 | 515.00 | 2,472.00 |
| Scott Weiner | 5.20 | 645.00 | 3,354.00 |
| Loring Hill | 0.80 | 645.00 | 516.00 |
| Robert B Winning | 3.20 | 910.00 | 2,912.00 |
| Kathryn McGlynn | 7.10 | 1,025.00 | 7,277.50 |
| David MacGreevey | 4.40 | 1,090.00 | 4,796.00 |
| Richard Collura | 8.70 | 1,090.00 | 9,483.00 |
| **Total Hours & Fees** | **34.20** | | **30,810.50** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2128799-1 |
|---|---|
| Re: | Mtgs and Communications with Mgmt & Debtors' Professionals |
| Client/Matter # | 013446.00103 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 09/04/20 | INI | Participate in conference call with C. Binggeli and R. Walsh (both A&M), R. Winning and S. Weiner (both AlixPartners) re: cash flow actuals as of August 28 and general business updates | 0.50 |
| 09/04/20 | RBW | Participate in conference call with C. Binggeli and R. Walsh (both A&M) S. Weiner and J. Ibanga (both AlixPartners) re: cash flow actuals as of August 28 and general business updates | 0.50 |
| 09/04/20 | SW | Participate in conference call with C. Binggeli and R. Walsh (both A&M) R. Winning and J. Ibanga (both AlixPartners) re: cash flow actuals as of August 28 and general business updates | 0.50 |
| 09/11/20 | RBW | Participate in conference call with C. Binggeli and R. Walsh (both A&M), J. Ibanga (AlixPartners) re: revised 9/4 budget and cash flow actuals as of week ending 9/4 | 1.10 |
| 09/11/20 | INI | Participate in conference call with C. Binggeli and R. Walsh (both A&M), R. Winning (AlixPartners) re: revised 9/4 budget and cash flow actuals as of week ending 9/4 | 1.10 |
| 09/11/20 | INI | Participate in conference call with C. Binggeli and R. Walsh (both A&M), R. Winning (AlixPartners) re: revised 9/4 budget and cash flow actuals as of week ending 9/4 | 1.10 |
| 09/18/20 | RBW | Participate in conference call with C. Binggeli and R. Walsh (both A&M), S. Weiner and J. Ibanga (both AlixPartners) re: cash flow actuals as of week ending 9/11 and June monthly unaudited financials | 0.40 |
| 09/18/20 | SW | Participate in conference call with C. Binggeli and R. Walsh (both A&M), R. Winning and J. Ibanga (both AlixPartners) re: cash flow actuals as of week ending 9/11 and June monthly unaudited financials | 0.40 |
| 09/18/20 | INI | Participate in conference call with C. Binggeli and R. Walsh (both A&M), R. Winning and S. Weiner (both AlixPartners) re: cash flow actuals as of week ending 9/11 and June monthly unaudited financials | 0.40 |
| 09/25/20 | RBW | Participate in conference call with K. McGlynn, R. Collura (all AlixPartners), R. Walsh, C. Bignelli (all A&M) re: weekly variance update discussion | 0.40 |
| 09/25/20 | SW | Participate in conference call with K. McGlynn, R. Winning | 0.40 |

909 Third Avenue
New York, NY 10022
**T** 212.490.2500
**F** 212.490.1344
**alixpartners.com**

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2128799-1 |
| Re: | Mtgs and Communications with Mgmt & Debtors' Professionals |
| Client/Matter # | 013446.00103 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | (all AlixPartners), R. Walsh, C. Bignelli (all A&M) re: weekly variance update discussion | |
| 09/25/20 | KM | Call with C. Binggeli, R. Walsh (both A&M), R. Winning, S. Weiner (all AlixPartners) re: weekly liquidity update | 0.40 |
| | | **Total** | **7.20** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2128799-1 |
| Re: | Mtgs and Communications with Mgmt & Debtors' Professionals |
| Client/Matter # | 013446.00103 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Joy N Ibanga | 3.10 | 515.00 | 1,596.50 |
| Scott Weiner | 1.30 | 645.00 | 838.50 |
| Robert B Winning | 2.40 | 910.00 | 2,184.00 |
| Kathryn McGlynn | 0.40 | 1,025.00 | 410.00 |
| **Total Hours & Fees** | **7.20** | | **5,029.00** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2128799-1 |
| Re: | Mtgs and Communications with Tort Committee |
| Client/Matter # | 013446.00105 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 09/09/20 | RC | Call with N. Hamerman (Kramer Levin), I. Nasatir (PSZJ) and M. Babcock (BRG) and D. Judd (BRG) to discuss the GLIP | 0.80 |
| | | **Total** | **0.80** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2128799-1 |
| Re: | Mtgs and Communications with Tort Committee |
| Client/Matter # | 013446.00105 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Richard Collura | 0.80 | 1,090.00 | 872.00 |
| **Total Hours & Fees** | **0.80** | | **872.00** |

909 Third Avenue      **T** 212.490.2500
New York, NY 10022   **F** 212.490.1344
                     **alixpartners.com**

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2128799-1 |
| --- | --- |
| Re: | Analysis of Liquidity and Cash Management |
| Client/Matter # | 013446.00107 |

| Date | Consultant | Description of Services | Hours |
| --- | --- | --- | --- |
| 09/04/20 | SW | Review weekly variance report and derive question list for discussion with Debtors' advisor | 1.20 |
| 09/04/20 | DM | Review BSA budget variance for week ending 8/28 | 0.30 |
| 09/04/20 | INI | Review weekly cash variance report for the week ended August 28th | 0.70 |
| 09/08/20 | INI | Review weekly cash variance slides for Committee update | 1.30 |
| 09/09/20 | INI | Review updated 13-week cash flow budget | 0.60 |
| 09/09/20 | DM | Review updates BSA cash forecast | 0.50 |
| 09/10/20 | DM | Review BSA budget variance for week ending 9/4 | 0.30 |
| 09/11/20 | INI | Review weekly cash variance report for the week ended September 4th | 0.20 |
| 09/11/20 | INI | Review updated budget 13-week cash flow forecast | 1.90 |
| 09/11/20 | INI | Prepare weekly variance report as of week ended 9/4 | 1.00 |
| 09/11/20 | INI | Prepare bridge between Sep 4 and Aug 7 13-week cash flow budgets | 2.70 |
| 09/14/20 | SW | Review internal 13 week cash flow deck and updated 13 week cash flow model provided be Debtors to provide comments | 2.70 |
| 09/14/20 | RBW | Review and revise weekly cash flow and operations report | 0.80 |
| 09/15/20 | KM | Analyze and review Debtors' weekly liquidity updates | 1.20 |
| 09/18/20 | SW | Review weekly variance report and derive question list in preparation for call with Debtors' advisor | 1.00 |
| 09/18/20 | INI | Review cash flow actuals report for the week ended September 11th | 0.60 |
| 09/18/20 | INI | Create weekly cash flow variance slide for Committee update | 1.20 |
| 09/20/20 | RBW | Revise weekly liquidity report | 0.60 |
| 09/21/20 | INI | Revise weekly cash flow variance slide for 9/21 Committee update | 0.80 |
| 09/21/20 | KM | Analyze and review Debtors' weekly liquidity updates | 0.80 |
| 09/21/20 | SW | Review weekly Committee update presentation and provide comments | 0.50 |
| 09/25/20 | SW | Review weekly variance report and derive question list for | 0.50 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2128799-1 |
|---|---|
| Re: | Analysis of Liquidity and Cash Management |
| Client/Matter # | 013446.00107 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | Debtors' advisor | |
| 09/25/20 | SW | Create exhibits for weekly Committee update presentation | 1.50 |
| 09/25/20 | KM | Review and analyze Debtors' weekly liquidity updates | 0.70 |
| 09/25/20 | DM | Review BSA budget variance for week ending 9/18 | 0.30 |
| 09/28/20 | INI | Analyze Debtor's August membership to assess impact to liquidity | 1.40 |
| | | **Total** | **25.30** |

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2128799-1 |
| Re: | Analysis of Liquidity and Cash Management |
| Client/Matter # | 013446.00107 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Joy N Ibanga | 12.40 | 515.00 | 6,386.00 |
| Scott Weiner | 7.40 | 645.00 | 4,773.00 |
| Robert B Winning | 1.40 | 910.00 | 1,274.00 |
| Kathryn McGlynn | 2.70 | 1,025.00 | 2,767.50 |
| David MacGreevey | 1.40 | 1,090.00 | 1,526.00 |
| **Total Hours & Fees** | **25.30** | | **16,726.50** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | | |
|---|---|---|
| Invoice # | 2128799-1 | |
| Re: | Business and Strategic Plan Analysis | |
| Client/Matter # | 013446.00109 | |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 09/01/20 | SW | Continue to develop summary of scout shop and membership data for FY19 | 1.80 |
| 09/02/20 | SW | Complete summary of scout shop and membership data for FY19 | 2.30 |
| 09/02/20 | SW | In depth review of Debtors' advisor responses to questions related to updated monthly forecast | 2.70 |
| 09/02/20 | SW | Review dataroom documents detailing historical attendance at High-Adventure Bases | 2.30 |
| 09/02/20 | SW | Begin to develop analysis detailing historical attendance at High-Adventure Bases | 0.70 |
| 09/03/20 | SW | Complete analysis detailing historical attendance at High-Adventure Bases | 2.80 |
| 09/03/20 | SW | Create exhibits detailing historical attendance at High-Adventure Bases | 2.50 |
| 09/03/20 | SW | Begin to develop slides detailing responses from Debtors' advisor to outstanding monthly forecast questions | 1.50 |
| 09/04/20 | SW | Complete creation of slides detailing responses from Debtors' advisor to outstanding monthly forecast questions | 2.30 |
| 09/08/20 | SW | Process internal edits to slides detailing responses from Debtors' advisor to outstanding monthly forecast questions | 1.70 |
| 09/14/20 | SW | Review, analyze and extract sections of January 2019 grey book relevant to business plan analysis | 1.50 |
| 09/15/20 | SW | Review, analyze and extract sections of January 2020 grey book relevant to business plan analysis | 1.40 |
| 09/15/20 | SW | Review, analyze and extract sections of February 2019 grey book relevant to business plan analysis | 1.10 |
| 09/15/20 | SW | Review, analyze and extract sections of February 2020 grey book relevant to business plan analysis | 1.50 |
| 09/16/20 | SW | Review, analyze and extract sections of December 2019 grey book relevant to business plan analysis | 1.70 |
| 09/16/20 | SW | Review, analyze and extract sections of December 2018 grey book relevant to business plan analysis | 1.70 |
| 09/17/20 | SW | In depth review of membership by historical June | 3.10 |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2128799-1 |
|---|---|
| Re: | Business and Strategic Plan Analysis |
| Client/Matter # | 013446.00109 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | membership by local council | |
| 09/21/20 | DM | Emails with S. Weiner and R. Winning (both AlixPartners) re: BSA sensitivity analysis | 0.40 |
| 09/21/20 | SW | Send internal emails regarding additional avenues for analytical work | 1.80 |
| 09/21/20 | DM | Emails with K. McGlynn, S. Weiner and R. Winning (AlixPartners) re: BSA membership impact | 0.30 |
| 09/28/20 | INI | Review Debtors' historical supply group sales | 0.40 |
| | | **Total** | **35.50** |

909 Third Avenue        **T** 212.490.2500
New York, NY 10022      **F** 212.490.1344
                        **alixpartners.com**

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2128799-1 |
| Re: | Business and Strategic Plan Analysis |
| Client/Matter # | 013446.00109 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---:|---:|---:|
| Joy N Ibanga | 0.40 | 515.00 | 206.00 |
| Scott Weiner | 34.40 | 645.00 | 22,188.00 |
| David MacGreevey | 0.70 | 1,090.00 | 763.00 |
| **Total Hours & Fees** | **35.50** | | **23,157.00** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2128799-1 |
| Re: | Employee Compensation and Advisor Retention Matters |
| Client/Matter # | 013446.00111 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 09/08/20 | INI | Revise executive compensation analysis | 1.90 |
| 09/08/20 | INI | Revise summary of BSA's highest paid employees for Committee update | 1.20 |
| 09/08/20 | INI | Revise summary of 2017 officer and director compensation for Committee update | 1.10 |
| 09/08/20 | INI | Revise summary of 2018 officer and director compensation for Committee update | 0.80 |
| 09/09/20 | INI | Analyze peer executive compensation by functional roles | 2.00 |
| 09/10/20 | INI | Revise executive compensation peer analysis | 2.50 |
| 09/10/20 | INI | Create slides for Committee re: BSA key officer compensation relative to net assets | 1.30 |
| 09/10/20 | INI | Create slides for Committee re: BSA key officer compensation relative to total revenue | 0.70 |
| 09/10/20 | INI | Create slides for Committee re: BSA key officer compensation relative to total expenses | 0.70 |
| 09/11/20 | INI | Revise summary of executive compensation peer analysis | 0.90 |
| 09/11/20 | INI | Revise peer data for executive compensation analysis | 1.40 |
| | | **Total** | **14.50** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2128799-1 |
| Re: | Employee Compensation and Advisor Retention Matters |
| Client/Matter # | 013446.00111 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Joy N Ibanga | 14.50 | 515.00 | 7,467.50 |
| **Total Hours & Fees** | **14.50** | | **7,467.50** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2128799-1 |
|---|---|
| Re: | Financial and Other Diligence |
| Client/Matter # | 013446.00112 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 09/01/20 | INI | Review virtual data room for newly posted documents | 0.20 |
| 09/02/20 | RC | Review and provide comments regarding D&O summary | 0.40 |
| 09/02/20 | KS | Review the BSA's Form 990 for the Executives' information | 1.20 |
| 09/02/20 | KS | Review the Arrow WV's Form 990 for its director's and officer's information | 0.60 |
| 09/03/20 | RC | Review BSA form 990s and update chart of title information requested by Kramer Levin | 0.70 |
| 09/03/20 | INI | Review virtual data room for newly posted documents | 0.10 |
| 09/04/20 | INI | Review virtual data room for newly posted documents | 0.10 |
| 09/04/20 | DM | Review email with attachments from M. Wasson (Kramer Levin) re: BSA updates | 0.80 |
| 09/04/20 | INI | Review virtual data room for new postings | 0.40 |
| 09/06/20 | DM | Review email with attachments from M. Wasson (Kramer Levin) re: BSA updates | 0.60 |
| 09/09/20 | RC | Review information related to the GLIP in preparation for call with the TCC's advisors | 0.30 |
| 09/10/20 | RC | Review and analysis of financial information related to the Local Councils | 1.20 |
| 09/14/20 | INI | Review virtual data room for newly posted documents | 0.20 |
| 09/15/20 | LH | Review documents produced by Debtors | 1.50 |
| 09/24/20 | LH | Review documents uploaded to data room | 1.90 |
| 09/24/20 | KS | Review RCF and bonds agreements to answer questions from Counsel | 1.10 |
| 09/29/20 | KM | Review information related to restoration plan participants | 0.40 |
| 09/30/20 | INI | Review new documents posted to virtual data room | 0.30 |
| | | **Total** | **12.00** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2128799-1 |
| Re: | Financial and Other Diligence |
| Client/Matter # | 013446.00112 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---:|---:|---:|
| Joy N Ibanga | 1.30 | 515.00 | 669.50 |
| Loring Hill | 3.40 | 645.00 | 2,193.00 |
| Kyoko Shibuya | 2.90 | 645.00 | 1,870.50 |
| Kathryn McGlynn | 0.40 | 1,025.00 | 410.00 |
| David MacGreevey | 1.40 | 1,090.00 | 1,526.00 |
| Richard Collura | 2.60 | 1,090.00 | 2,834.00 |
| **Total Hours & Fees** | **12.00** | | **9,503.00** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2128799-1 |
|---|---|
| Re: | Forensic Analysis |
| Client/Matter # | 013446.00114 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 09/01/20 | KS | Compile Statements of Financial Position of Local Councils as of 6/30/2020 | 2.60 |
| 09/01/20 | KS | Reconcile asset schedule of Local Councils with their Statements of Financial Position | 2.20 |
| 09/01/20 | KS | Review Statements of Financial Position of Local Councils as of 6/30/2020 | 1.40 |
| 09/02/20 | KS | Compile the Statements of Financial Position of Local Councils | 2.40 |
| 09/02/20 | KS | Summarize a list of directors and officers of Arrow WV | 2.00 |
| 09/02/20 | KS | Perform QC for a compilation of Statements of Financial Position of Local Councils | 1.90 |
| 09/02/20 | RC | Review and comment of summary of Local Council asset information in response to requests from Kramer Levin | 0.50 |
| 09/08/20 | KS | Perform QC on compilation of Statements of Local Councils as of 6/30/2020 | 2.40 |
| 09/08/20 | KS | Analyze changes in asset composition of Local Councils | 1.30 |
| 09/08/20 | KS | Summarize composition of assets of Local Councils | 1.40 |
| 09/09/20 | KS | Analyze changes in net assets of Local Councils | 1.20 |
| 09/09/20 | KS | Prepare an investigation update material regarding net assets of Local Councils as of 6/30/2020 | 1.60 |
| 09/10/20 | KS | Review Statement of Financial Position of Local Councils for changes in asset composition | 2.30 |
| 09/11/20 | RC | Review summary of asset information for the local Councils | 1.20 |
| 09/11/20 | RC | Review information provided by Kramer Levin related to various case status updates | 0.30 |
| 09/11/20 | KS | Review Statements of Financial Position of Local Councils as of 6/30/2020 | 1.40 |
| 09/11/20 | KS | Summarize changes in net assets of Local Councils as of 6/30/2020 | 1.40 |
| 09/11/20 | KS | Analyze changes in asset composition of Local Councils | 1.40 |
| 09/14/20 | RBW | Call with R. Collura (AlixPartners) re: investigation workstream | 0.70 |
| 09/14/20 | RC | Call with R. Winning (AlixPartners) to discuss | 0.70 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2128799-1 |
|---|---|
| Re: | Forensic Analysis |
| Client/Matter # | 013446.00114 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | investigation related workstreams | |
| 09/14/20 | RC | Review and comment on mediation estate causes of action memorandum | 0.80 |
| 09/15/20 | RC | Review information related to assets reported by the local councils | 1.10 |
| 09/16/20 | RC | Review and provide comments related to analysis of the Local Councils financial information | 1.10 |
| 09/17/20 | RC | Participate in internal call with R. Winning, K. Shibuya, S. Weiner and J. Ibanga (all AlixPartners) re: forensics workstream status updates | 0.40 |
| 09/17/20 | INI | Participate in internal call with R. Winning, R. Collura, K. Shibuya, and S. Weiner (all AlixPartners) re: forensics workstream status updates | 0.40 |
| 09/17/20 | KS | Participate in internal call with R. Winning, R. Collura, S. Weiner and J. Ibanga (all AlixPartners) re: forensics workstream status updates. | 0.40 |
| 09/17/20 | SW | Participate in internal call with R. Winning, R. Collura, K. Shibuya and J. Ibanga (all AlixPartners) re: forensics workstream status updates | 0.40 |
| 09/17/20 | RBW | Participate in internal call with R. Collura, K. Shibuya, S. Weiner and J. Ibanga (all AlixPartners) re: forensics workstream status updates | 0.40 |
| 09/24/20 | KS | Draft a response to questions from Counsel | 0.60 |
| 09/25/20 | KS | Review the BSA's board minutes to answer questions from Counsel | 1.20 |
| 09/25/20 | RC | Review and respond to questions from Counsel regarding Arrow | 1.10 |
| 09/25/20 | RC | Review documents related to Arrow | 0.80 |
| 09/25/20 | RC | Review and analysis of BSA's intercompany transactions | 0.50 |
| 09/25/20 | RC | Review information related to local councils in response to questions from Kramer Levin | 0.30 |
| 09/28/20 | RC | Call with K. Shibuya (AlixPartners) to discuss updates to local council financial information and claims analysis. | 0.50 |
| 09/28/20 | RC | Analysis of Local Council financial information and outline next steps for presentation materials | 1.30 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2128799-1 |
|---|---|
| Re: | Forensic Analysis |
| Client/Matter # | 013446.00114 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 09/28/20 | KS | Call with R. Collura (AlixPartners) re: update of financial information of Local Councils | 0.50 |
| 09/28/20 | KS | Perform QC for compilation of Statements of Financial Position of 254 Local Councils | 1.80 |
| 09/29/20 | KS | Draft an investigation update material regarding abuse claims against Local Councils | 1.40 |
| 09/29/20 | KS | Update financial information of Local Councils as of 6/30/2020 | 2.40 |
| 09/29/20 | KS | Prepare an investigation update material regarding financial position of 254 Local Councils and pre-petition claims | 1.30 |
| 09/29/20 | RC | Review Local Council information and identify additional analyses to perform based on requests from Kramer Levin | 1.10 |
| 09/30/20 | RC | Review summary of Local Council claim analysis and provide comments to team | 1.10 |
| 09/30/20 | RC | Review and summarize local council financial information | 1.10 |
| 09/30/20 | KS | Draft an investigation update material regarding Local Councils' financial information as of 6/30/2020 | 2.70 |
| 09/30/20 | KS | Prepare a list of Local Councils regarding their financial position as of 6/30/2020 and prepetition abuse claims | 2.00 |
| 09/30/20 | KS | Update an investigation update material regarding financial position of 254 Local Councils and pre-petition abuse claims | 1.60 |
| | | **Total** | **58.60** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

Invoice #              2128799-1

Re:                    Forensic Analysis
Client/Matter #        013446.00114

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Joy N Ibanga | 0.40 | 515.00 | 206.00 |
| Kyoko Shibuya | 42.80 | 645.00 | 27,606.00 |
| Scott Weiner | 0.40 | 645.00 | 258.00 |
| Robert B Winning | 1.10 | 910.00 | 1,001.00 |
| Richard Collura | 13.90 | 1,090.00 | 15,151.00 |
| **Total Hours & Fees** | **58.60** | | **44,222.00** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2128799-1 |
| Re: | Claims Analysis |
| Client/Matter # | 013446.00116 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 09/28/20 | RC | Review claims information provided Kramer Levin | 0.40 |
| 09/29/20 | SW | Review and reconcile claims data related to restoration plan | 1.40 |
| 09/30/20 | KS | Summarize abuse claims against Local Councils | 1.80 |
| | | **Total** | **3.60** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

Invoice #            2128799-1

Re:                 Claims Analysis
Client/Matter #     013446.00116

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---:|---:|---:|
| Kyoko Shibuya | 1.80 | 645.00 | 1,161.00 |
| Scott Weiner | 1.40 | 645.00 | 903.00 |
| Richard Collura | 0.40 | 1,090.00 | 436.00 |
| **Total Hours & Fees** | **3.60** | | **2,500.00** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2128799-1 |
|---|---|
| Re: | RSA, Disclosure Statement, & Plan of Reorganization |
| Client/Matter # | 013446.00117 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 09/14/20 | KM | Prepare for meeting re: BSA mediation | 0.20 |
| 09/14/20 | INI | Prepare for participate in meeting with M. Wasson, R. Ringer, T. Moers, N. Hamerman (all Kramer Levin), T. Gallagher (the Gallagher Group), P. Finn (Commonwealth Mediation), K. Carey (Hogan Lovells), D. MacGreevey, K. McGlynn, R. Winning, R. Collura, J. Ibanga (all AlixPartners) re: mediation | 0.90 |
| 09/14/20 | SW | Dial into mediation session | 0.80 |
| 09/14/20 | RBW | Attend session with the mediators (K. Carey, P. Finn and T. Gallagher), AlixPartners (R. Collura, D. MacGreevey, K. McGlynn and R. Winning) and Kramer Levin (T. Mayer, R. Ringer, N. Hamerman and M. Wasson | 0.80 |
| 09/14/20 | KM | Participate in meeting with M. Wasson, R. Ringer, T. Moers, N. Hamerman (all Kramer Levin), T. Gallagher (the Gallagher Group), P. Finn (Commonwealth Mediation), K. Carey (Hogan Lovells), D. MacGreevey, K. McGlynn, R. Winning, R. Collura, J. Ibanga (all AlixPartners) re: mediation | 0.80 |
| 09/14/20 | DM | Prepare for meeting with BSA mediators | 0.30 |
| 09/14/20 | DM | Participate in meeting with M. Wasson, R. Ringer, T. Moers, N. Hamerman (all Kramer Levin), T. Gallagher (the Gallagher Group), P. Finn (Commonwealth Mediation), K. Carey (Hogan Lovells), K. McGlynn, R. Winning, R. Collura, J. Ibanga (all AlixPartners) re: mediation | 0.80 |
| 09/14/20 | RC | Prepare for and participate in meeting with M. Wasson, R. Ringer, T. Moers, N. Hamerman (all Kramer Levin), T. Gallagher (the Gallagher Group), P. Finn (Commonwealth Mediation), K. Carey (Hogan Lovells), D. MacGreevey, K. McGlynn, R. Winning, R. Collura, J. Ibanga (all AlixPartners) re: mediation | 0.90 |
| | | **Total** | **5.50** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2128799-1 |
| Re: | RSA, Disclosure Statement, & Plan of Reorganization |
| Client/Matter # | 013446.00117 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---:|---:|---:|
| Joy N Ibanga | 0.90 | 515.00 | 463.50 |
| Scott Weiner | 0.80 | 645.00 | 516.00 |
| Robert B Winning | 0.80 | 910.00 | 728.00 |
| Kathryn McGlynn | 1.00 | 1,025.00 | 1,025.00 |
| David MacGreevey | 1.10 | 1,090.00 | 1,199.00 |
| Richard Collura | 0.90 | 1,090.00 | 981.00 |
| **Total Hours & Fees** | **5.50** | | **4,912.50** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2128799-1 |
|---|---|
| Re: | Fee Statements and Fee Applications |
| Client/Matter # | 013446.00120 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 09/11/20 | LMB | Review court to determine status of fee applications | 0.20 |
| 09/16/20 | LMB | Update fee application status chart | 0.20 |
| 09/16/20 | LMB | Finalize second interim fee application | 0.40 |
| 09/16/20 | LMB | Emails to/from S. Beck (Kramer Levin) attaching Second Interim Fee Application for filing on the Court docket | 0.20 |
| 09/17/20 | LMB | Prepare professional fees for August 2020 fee application | 1.00 |
| 09/19/20 | LMB | Prepare professional fees for August 2020 fee application | 1.40 |
| 09/21/20 | LMB | Email to J. Lord (Reed Smith) attaching excel of professional fees for second interim period | 0.20 |
| 09/21/20 | LMB | Email to J. Rucki, Fee Examiner attaching excel of professional fees for second interim period along with the filed monthly fee applications for same period | 0.30 |
| 09/22/20 | LMB | Compile documents for Fee Examiner, including excel during first interim period and filed monthly fee statements | 0.30 |
| 09/22/20 | LMB | Email to J. Rucki, Fee Examiner attaching excel of professional fees for first interim period along with the filed monthly fee applications for same period | 0.20 |
| 09/25/20 | SW | Review and reconcile August fee statement professional fees | 0.90 |
| 09/30/20 | SW | Additional review and reconciliation of August professional fees for monthly fee statement | 0.60 |
| | | **Total** | **5.90** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2128799-1 |
| Re: | Fee Statements and Fee Applications |
| Client/Matter # | 013446.00120 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Lisa Marie Bonito | 4.40 | 450.00 | 1,980.00 |
| Scott Weiner | 1.50 | 645.00 | 967.50 |
| **Total Hours & Fees** | **5.90** | | **2,947.50** |