<u>EXHIBIT A</u>

<u>Compensation Summary</u>

**EXHIBIT A**

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**COMPENSATION BY PROJECT CATEGORY**
**SEPTEMBER 1, 2020 THROUGH SEPTEMBER 30, 2020**

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Case Administration (00001) | 18.40 | $16,184.00 |
| Committee Meetings and Communications (00002) | 68.90 | $61,285.50 |
| Automatic Stay (00004) | 26.80 | $30,374.00 |
| Plan/Disclosure Statement Issues (00007) | 10.30 | $11,023.50 |
| Tort Committee (00008) | 15.60 | $16,113.50 |
| Creditor Communications (00011) | 2.70 | $2,578.50 |
| Employee and Labor Issues (00013) | 12.80 | $14,158.00 |
| Collateral Review (00016) | 10.30 | $10,390.50 |
| Fee Statements and Applications (00017) | 47.80 | $27,617.00 |
| Motions (00019) | 2.70 | $2,448.50 |
| Committee Investigation (00020) | 37.30 | $34,915.50 |
| Hearings and Court Matters (00021) | 17.80 | $17,353.00 |
| Professional Retention (00025) | 4.60 | $4,191.00 |
| Communication with Debtors (00029) | 4.50 | $4,664.50 |
| **TOTAL** | **280.50** | **$253,297.00** |

---

[1] Total compensation reflects certain voluntary reductions.

# Kramer Levin



October 30, 2020

Steve McGowan, General Counsel
The Boy Scouts of America
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX 75015-2049
steve.mcgowan@scouting.org

Invoice #: 810451
073427
Page 1

**FOR PROFESSIONAL SERVICES rendered through September 30, 2020.**

| | |
|---|---|
| Fees | $253,297.00 |
| Disbursements and Other Charges | 1,372.19 |
| **TOTAL BALANCE DUE** | **$254,669.19** |

FEES AND DISBURSEMENTS POSTED AFTER THE BILLING PERIOD SHOWN ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.

TAX ID # 13-1944339

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas, New York, NY 10036
T  212.715.9100  F  212.715.8000



October 30, 2020
Invoice #: 810451
073427
Page 2

## MATTER SUMMARY

**For professional services rendered through September 30, 2020 in connection with the following matters:**

| Matter | Matter Name | Total[1] |
|---|---|---|
| 073427-00001 | Case Administration | $16,184.00 |
| 073427-00002 | Committee Meetings and Communications | $61,285.50 |
| 073427-00004 | Automatic Stay | $30,374.00 |
| 073427-00007 | Plan/Disclosure Statement Issues | $11,023.50 |
| 073427-00008 | Tort Committee | $16,113.50 |
| 073427-00011 | Creditor Communications | $2,578.50 |
| 073427-00013 | Employee and Labor Issues | $14,158.00 |
| 073427-00016 | Collateral Review | $10,390.50 |
| 073427-00017 | Fee Statements and Applications | $27,617.00 |
| 073427-00019 | Motions | $2,448.50 |
| 073427-00020 | Committee Investigation | $34,915.50 |
| 073427-00021 | Hearings and Court Matters | $17,353.00 |
| 073427-00025 | Professional Retention | $4,191.00 |
| 073427-00029 | Communications with Debtors | $4,664.50 |
| **Total Fees** | | **$253,297.00** |
| Disbursements and Other Charges | | $1,372.19 |
| **TOTAL CURRENT INVOICES** | | **$254,669.19** |

---

[1]Total compensation reflects certain voluntary reductions.



October 30, 2020
Invoice #: 810451
073427
Page 3

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | DEPARTMENT | YEAR ADMITTED TO THE BAR | RATE | HOURS | FEES[2] |
|---|---|---|---|---|---|---|
| Mayer Thomas Moers | Partner | Creditors' Rights | 1982 | $1,500.00 | 9.30 | $13,950.00 |
| Rabinowitz Daniel A. | Partner | Corporate | 1995 | $1,225.00 | 0.70 | $857.50 |
| Holob Marissa J. | Partner | Employee Benefits | 2001 | $1,150.00 | 5.60 | $6,440.00 |
| Ringer Rachael L. | Partner | Creditors' Rights | 2011 | $1,150.00 | 29.40 | $33,810.00 |
| McKay Michael | Counsel | Corporate | 1983 | $1,100.00 | 0.40 | $440.00 |
| Hamerman Natan | Counsel | Litigation | 2002 | $1,075.00 | 58.40 | $62,780.00 |
| Cahn Avram | Spec Counsel | Employee Benefits | 1988 | $1,050.00 | 7.50 | $7,875.00 |
| Sharret Jennifer | Spec Counsel | Creditors' Rights | 2008 | $1,050.00 | 9.30 | $9,765.00 |
| Campbell Patrick J. | Associate | Litigation | 2014 | $990.00 | 11.60 | $11,484.00 |
| Baranpuria Priya | Associate | Creditors' Rights | 2016 | $960.00 | 22.70 | $21,792.00 |
| Wasson Megan | Associate | Creditors' Rights | 2017 | $905.00 | 30.80 | $27,874.00 |
| Chakraborty Rupita | Associate | Litigation | 2019 | $905.00 | 3.50 | $3,167.50 |
| Essner Zoe | Law Clerk | Creditors' Rights | Not Yet Admitted | $680.00 | 56.60 | $38,488.00 |
| Beck Samuel | Paralegal | Creditors' Rights | N/A | $420.00 | 25.30 | $10,626.00 |



October 30, 2020
Invoice #: 810451
073427
Page 4

| TIMEKEEPER | TITLE | DEPARTMENT | YEAR ADMITTED TO THE BAR | RATE | HOURS | FEES[3] |
|---|---|---|---|---|---|---|
| Kindler Jacqueline | Paralegal | Creditors' Rights | N/A | $420.00 | 9.40 | $3,948.00 |
| TOTAL FEES | | | | | 280.50 | $253,297.00 |

---

[3]Total compensation reflects certain voluntary reductions.



October 30, 2020
Invoice #: 810451
073427-00001
Page 5

**Case Administration**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 1.50 | $1,725.00 |
| Hamerman, Natan | Counsel | 3.80 | 4,085.00 |
| Sharret, Jennifer | Spec Counsel | 1.50 | 1,575.00 |
| Baranpuria, Priya | Associate | 2.50 | 2,400.00 |
| Essner, Zoe | Law Clerk | 7.30 | 4,964.00 |
| Wasson, Megan | Associate | 1.40 | 1,267.00 |
| Beck, Samuel | Paralegal | 0.40 | 168.00 |
| **TOTAL FEES** | | **18.40** | **$16,184.00** |

**DISBURSEMENTS AND OTHER CHARGES SUMMARY**

| DESCRIPTION | AMOUNT |
|---|---|
| Color Copies | $8.40 |
| Courier Services | 18.88 |
| Court Call | 214.50 |
| Lexis Online Research | 197.81 |
| Pacer Online Research | 8.70 |
| Photocopying | 0.40 |
| Telecommunication Charges | 730.17 |
| Westlaw Online Research | 193.33 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$1,372.19** |



October 30, 2020
Invoice #: 810451
073427-00001
Page 6

**Case Administration**

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 9/1/2020 | Essner, Zoe | Update WIP list (1.1). | 1.10 | $748.00 |
| 9/3/2020 | Hamerman, Natan | Attend WIP call with KL team (0.6); emails re same with KL team (0.4). | 1.00 | 1,075.00 |
| 9/3/2020 | Sharret, Jennifer | Attend majority of call with KL team re: WIP (0.5). | 0.50 | 525.00 |
| 9/3/2020 | Baranpuria, Priya | Call w/ KL team re: WIP (0.6). | 0.60 | 576.00 |
| 9/3/2020 | Essner, Zoe | Revise WIP list (0.4); attend WIP meeting with KL team (0.6); email R. Ringer re follow-up (0.2). | 1.20 | 816.00 |
| 9/10/2020 | Hamerman, Natan | Emails with KL re WIP call (0.3). | 0.30 | 322.50 |
| 9/10/2020 | Essner, Zoe | Update WIP list (0.5); email KL team re workstreams (0.4); emails w/ KL team re WIP meeting (0.1). | 1.00 | 680.00 |
| 9/11/2020 | Ringer, Rachael L. | Attend majority of WIP meeting with KL team (0.5). | 0.50 | 575.00 |
| 9/11/2020 | Hamerman, Natan | Call with KL team re WIP (0.6); confer R. Ringer re investigation issues (0.3). | 0.90 | 967.50 |
| 9/11/2020 | Sharret, Jennifer | Conference call with KL team re: WIP (0.6). | 0.60 | 630.00 |
| 9/11/2020 | Baranpuria, Priya | Attend KL team meeting re: WIP (0.6). | 0.60 | 576.00 |
| 9/11/2020 | Essner, Zoe | Update WIP list (0.2); attend WIP meeting re action items (0.6). | 0.80 | 544.00 |



October 30, 2020
Invoice #: 810451
073427-00001
Page 7

**Case Administration**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/11/2020 | Wasson, Megan | Prep for (0.1) and attend call with KL team re WIP (0.6). | 0.70 | 633.50 |
| 9/14/2020 | Beck, Samuel | Organize court filings (0.3). | 0.30 | 126.00 |
| 9/17/2020 | Hamerman, Natan | WIP call with KL team (0.3). | 0.30 | 322.50 |
| 9/17/2020 | Baranpuria, Priya | Prep for (0.1) and attend KL team meeting re: WIP (0.3). | 0.40 | 384.00 |
| 9/17/2020 | Essner, Zoe | Update WIP list (0.4); attend WIP call (0.3); emails re same w/ KL team (0.2). | 0.90 | 612.00 |
| 9/20/2020 | Beck, Samuel | Organize court filings (0.1). | 0.10 | 42.00 |
| 9/21/2020 | Ringer, Rachael L. | Emails with KL team re: WIP and WIP meeting (0.3). | 0.30 | 345.00 |
| 9/21/2020 | Hamerman, Natan | Confer with KL team re WIP call (0.2); review email correspondence w/ KL team re same (0.2). | 0.40 | 430.00 |
| 9/21/2020 | Sharret, Jennifer | Review WIP (0.2) and correspondence with KL team re: same (0.2). | 0.40 | 420.00 |
| 9/21/2020 | Essner, Zoe | Email to KL team re WIP notes (0.7). | 0.70 | 476.00 |
| 9/24/2020 | Hamerman, Natan | Emails with KL team re WIP (0.2); email P. Baranpuria re same (0.2). | 0.40 | 430.00 |
| 9/24/2020 | Essner, Zoe | Revise WIP list (0.3); correspondence re same w/ KL team (0.3). | 0.60 | 408.00 |
| 9/25/2020 | Ringer, Rachael L. | Call with KL team re: WIP list (0.7). | 0.70 | 805.00 |



October 30, 2020
Invoice #: 810451
073427-00001
Page 8

**Case Administration**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/25/2020 | Hamerman, Natan | Attend portion of WIP call w/ KL team (0.3); emails re Debtors' counsel change to KL team (0.2). | 0.50 | 537.50 |
| 9/25/2020 | Wasson, Megan | Attend BSA WIP call (0.7). | 0.70 | 633.50 |
| 9/25/2020 | Baranpuria, Priya | Prepare for (0.2) and attend KL meeting re: WIP (0.7). | 0.90 | 864.00 |
| 9/25/2020 | Essner, Zoe | Attend WIP meeting w/ KL team (0.7); organize KL case macro (0.2). | 0.90 | 612.00 |
| 9/28/2020 | Essner, Zoe | Update KL BSA macro (0.1). | 0.10 | 68.00 |
| **TOTAL** | | | **18.40** | **$16,184.00** |



October 30, 2020
Invoice #: 810451
073427-00002
Page 9

**Committee Meetings and Communications**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Holob, Marissa J. | Partner | 1.50 | $1,725.00 |
| Mayer, Thomas Moers | Partner | 3.10 | 4,650.00 |
| Ringer, Rachael L. | Partner | 8.00 | 9,200.00 |
| Hamerman, Natan | Counsel | 4.30 | 4,622.50 |
| Cahn, Avram | Spec Counsel | 0.90 | 945.00 |
| Sharret, Jennifer | Spec Counsel | 4.70 | 4,935.00 |
| Baranpuria, Priya | Associate | 3.10 | 2,976.00 |
| Essner, Zoe | Law Clerk | 29.40 | 19,992.00 |
| Wasson, Megan | Associate | 13.20 | 11,946.00 |
| Beck, Samuel | Paralegal | 0.30 | 126.00 |
| Kindler, Jacqueline | Paralegal | 0.40 | 168.00 |
| **TOTAL FEES** | | **68.90** | **$61,285.50** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/1/2020 | Sharret, Jennifer | Review Committee update email re Hartford adversary and MOR (0.2). | 0.20 | $210.00 |



October 30, 2020
Invoice #: 810451
073427-00002
Page 10

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 9/1/2020 | Wasson, Megan | Review and comment on outstanding UCC meeting minutes (0.8); review and comment on UCC update email re Hartford adversary and MOR (0.3). | 1.10 | 995.50 |
| 9/1/2020 | Essner, Zoe | Draft 8/10, 8/17 UCC meeting minutes (1.3); review M. Wasson comments to 8/3, 8/10, 8/17, and 8/31 minutes (0.7); draft Committee update re Hartford adversary and MOR (0.7). | 2.70 | 1,836.00 |
| 9/2/2020 | Essner, Zoe | Draft Committee email update re objections to Coalition's Rule 2019, pleadings re insurers' motion to compel re same, objections to Coalition participation in mediations, and lift stay objections (3.3). | 3.30 | 2,244.00 |
| 9/3/2020 | Sharret, Jennifer | Review and comment on Committee update re objections to Coalition's Rule 2019, pleadings re insurers' motion to compel re same, objections to Coalition participation in mediations, lift stay objections, lift stay responses, and Quinn Emmanuel retention (0.3). | 0.30 | 315.00 |



October 30, 2020
Invoice #: 810451
073427-00002
Page 11

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 9/3/2020 | Wasson, Megan | Email with Committee member re Restoration Plan email (0.2); review (0.3) and comment on UCC update email re objections to Coalition's Rule 2019, pleadings re insurers' motion to compel re same, objections to Coalition participation in mediations, lift stay objections, lift stay responses, and Quinn Emmanuel retention (0.3). | 0.80 | 724.00 |
| 9/3/2020 | Essner, Zoe | Revise 9/2 drafted Committee update re Quinn Emanuel objection and lift stay comments (0.3); emails re same to R. Ringer (0.2); edit same (0.2). | 0.70 | 476.00 |
| 9/4/2020 | Essner, Zoe | Draft UCC update re lift stay motions and settlement responses and Hartford objection to Coalition motion (2.2). | 2.20 | 1,496.00 |
| 9/4/2020 | Wasson, Megan | Review (0.4) and comment on (0.3) UCC update email re lift stay motions and settlement responses and Hartford objection to Coalition motion; review pleadings for same (1.7). | 2.40 | 2,172.00 |
| 9/5/2020 | Essner, Zoe | Further update 9/4 draft of UCC update to include additional pleadings related to the Coalition's Rule 2019 motion and the Debtors' supplemental bar date motion (2.1). | 2.10 | 1,428.00 |
| 9/5/2020 | Wasson, Megan | Review (0.3) and comment on (0.3) UCC update email re Coalition's Rule 2019 motion and the Debtors' supplemental bar date motion. | 0.60 | 543.00 |



October 30, 2020
Invoice #: 810451
073427-00002
Page 12

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/6/2020 | Ringer, Rachael L. | Review/comment on update email re lift stay motions and settlement responses and Hartford objection to Coalition motion, Coalition's Rule 2019 motion and the Debtors' supplemental bar date motion (0.2); emails with KL team re same (0.1). | 0.30 | 345.00 |
| 9/6/2020 | Sharret, Jennifer | Review Committee update re lift stay motions and settlement responses and Hartford objection to Coalition motion, Coalition's Rule 2019 motion and the Debtors' supplemental bar date motion (0.2). | 0.20 | 210.00 |
| 9/6/2020 | Essner, Zoe | Emails re 9/4, 9/5 UCC updates w/ R. Ringer and M. Wasson (0.2); revise UCC update accordingly (0.3). | 0.50 | 340.00 |
| 9/6/2020 | Wasson, Megan | Further review and comment on UCC update email lift stay motions and settlement responses and Hartford objection to Coalition motion (0.2); emails with KL team re same (0.1). | 0.30 | 271.50 |
| 9/8/2020 | Wasson, Megan | Review and comment on UCC update email re 9/9 hearing, Debtors' response to Coalition motion, redacted email, Century submission in support of its Coalition objection, Coalition letter re depositions, supplemental bar date motion, Qian lift stay settlement, Quinn Emanuel order, and motion to assume leases (0.4); review court filings for same (0.5). | 0.90 | 814.50 |



October 30, 2020
Invoice #: 810451
073427-00002
Page 13

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 9/8/2020 | Essner, Zoe | Draft UCC update re 9/9 hearing, Debtors' response to Coalition motion, redacted email, Century submission in support of its Coalition objection, Coalition letter re depositions, supplemental bar date motion, Qian lift stay settlement, Quinn Emanuel order, and motion to assume leases (3.2). | 3.20 | 2,176.00 |
| 9/9/2020 | Holob, Marissa J. | Prepare for (0.6) and participate in t/c with Committee member and KL team re: Restoration Plan (0.9). | 1.50 | 1,725.00 |
| 9/9/2020 | Mayer, Thomas Moers | Prepare for (0.2) and attend call with UCC professionals to prepare for Committee meeting (0.3); participate in majority of call with Committee member, M. Holob, A. Cahn, Z. Essner re Restoration Plan (0.7). | 1.20 | 1,800.00 |
| 9/9/2020 | Ringer, Rachael L. | Review/revise UCC update email re hearing summary and Century reply brief bar date appeal (0.3); correspondence with UCC member re: 9/9 omnibus hearing (0.4). | 0.70 | 805.00 |
| 9/9/2020 | Hamerman, Natan | Prep for (0.1) and attend UCC professionals' call (0.3). | 0.40 | 430.00 |
| 9/9/2020 | Cahn, Avram | Attend call re Restoration Plan w/ Committee member and KL team (0.9). | 0.90 | 945.00 |
| 9/9/2020 | Sharret, Jennifer | Review Committee update re hearing summary and Century reply brief bar date appeal (0.2). | 0.20 | 210.00 |



October 30, 2020
Invoice #: 810451
073427-00002
Page 14

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 9/9/2020 | Wasson, Megan | Review and comment on UCC update email re hearing summary and Century reply brief bar date appeal (0.5); emails with Z. Essner re same (0.1). | 0.60 | 543.00 |
| 9/9/2020 | Essner, Zoe | Call w/ UCC member, T. Mayer, M. Holob, A. Cahn re Restoration Plan email (0.9); draft UCC update re hearing summary and Century reply brief bar date appeal (1.9); emails re same w/ M. Wasson (0.3). | 3.10 | 2,108.00 |
| 9/10/2020 | Mayer, Thomas Moers | Participate in majority of Committee meeting re financial update, hearing update, mediation update and investigation update (0.7). | 0.70 | 1,050.00 |
| 9/10/2020 | Ringer, Rachael L. | Attend UCC Committee call re financial update, hearing update, mediation update and investigation update (0.8). | 0.80 | 920.00 |
| 9/10/2020 | Hamerman, Natan | Attend UCC Committee call re financial update, hearing update, mediation update and investigation update (0.8). | 0.80 | 860.00 |
| 9/10/2020 | Sharret, Jennifer | Participate in majority of Committee call re financial update, hearing update, mediation update and investigation update (0.7). | 0.70 | 735.00 |
| 9/10/2020 | Baranpuria, Priya | Prep for (0.1) and attend Committee meeting re: financial update, hearing update, mediation update and investigation update (0.8). | 0.90 | 864.00 |



October 30, 2020
Invoice #: 810451
073427-00002
Page 15

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 9/10/2020 | Essner, Zoe | Attend Committee call re financial update, hearing update, mediation update and investigation update (0.8); draft UCC meeting minutes re same (0.7). | 1.50 | 1,020.00 |
| 9/10/2020 | Wasson, Megan | Prep for (0.2) and attend UCC call re financial update, hearing update, mediation update and investigation update (0.8); emails with UCC member re follow up call and restoration plan (0.3). | 1.30 | 1,176.50 |
| 9/11/2020 | Ringer, Rachael L. | Prep for (0.2) and call with Committee member, Alix and M. Wasson re: updates from UCC call (0.4). | 0.60 | 690.00 |
| 9/11/2020 | Wasson, Megan | Emails with UCC members re expense reimbursements (0.3); call with UCC member, Alix and R. Ringer re case status (0.4). | 0.70 | 633.50 |
| 9/11/2020 | Kindler, Jacqueline | Update chart re interim fees for Committee update (0.4). | 0.40 | 168.00 |
| 9/14/2020 | Ringer, Rachael L. | Emails with KL team re: UCC update email re 9/15 meeting agenda, Coalition Rule 2019 order, IRC Burnsville, and motion to extend removal period (0.3). | 0.30 | 345.00 |
| 9/14/2020 | Wasson, Megan | Review (0.1) and comment on UCC update email re 9/15 meeting agenda, Coalition Rule 2019 order, IRC Burnsville, and motion to extend removal period (0.2). | 0.30 | 271.50 |



October 30, 2020
Invoice #: 810451
073427-00002
Page 16

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 9/14/2020 | Essner, Zoe | Draft UCC update re 9/15 meeting agenda, Coalition Rule 2019 order, IRC Burnsville, and motion to extend removal period (1.2); emails with KL team re same (0.2). | 1.40 | 952.00 |
| 9/15/2020 | Mayer, Thomas Moers | Attend majority of Committee call re financial update and status update on mediation and investigation (0.5). | 0.50 | 750.00 |
| 9/15/2020 | Ringer, Rachael L. | Prep for (0.8); and attend/lead Committee call re financial update and status update on mediation and investigation (0.6); review UCC update email re TCC and Century letters/proposed Coalition 2019 Orders (0.2). | 1.60 | 1,840.00 |
| 9/15/2020 | Hamerman, Natan | Attend Committee call re financial update and status update on mediation and investigation (0.6). | 0.60 | 645.00 |
| 9/15/2020 | Sharret, Jennifer | Review Committee update re TCC and Century letters/proposed Coalition 2019 Orders (0.1); participate in Committee call re financial update and status update on mediation and investigation (0.6). | 0.70 | 735.00 |

["



October 30, 2020
Invoice #: 810451
073427-00002
Page 17

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/15/2020 | Wasson, Megan | Prep for (0.5) and attend UCC Call re financial update and status update on mediation and investigation (0.6); revise and circulate UCC update email re TCC and Century letters/proposed Coalition 2019 Orders (0.6). | 1.70 | 1,538.50 |
| 9/15/2020 | Baranpuria, Priya | Attend Committee meeting re: financial update and status update on mediation and investigation (0.6). | 0.60 | 576.00 |
| 9/15/2020 | Essner, Zoe | Attend UCC call re Mediation and business update (0.6); draft UCC meeting minutes re same (0.5); draft UCC email update re TCC and Century letters/proposed Coalition 2019 Orders (0.9). | 2.00 | 1,360.00 |
| 9/16/2020 | Essner, Zoe | Update 9/16 draft UCC email update to include Coalition response and supplemental bar date order (0.6). | 0.60 | 408.00 |
| 9/21/2020 | Mayer, Thomas Moers | Attend UCC professionals call to discuss preparation for Committee meeting (0.2). | 0.20 | 300.00 |
| 9/21/2020 | Ringer, Rachael L. | Attend UCC meeting prep call with UCC professionals (0.2); emails to M. Wasson re: same (0.5). | 0.70 | 805.00 |
| 9/21/2020 | Hamerman, Natan | Prepare for (0.1) and attend UCC Professionals prep call re UCC meeting (0.2). | 0.30 | 322.50 |



October 30, 2020
Invoice #: 810451
073427-00002
Page 18

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/21/2020 | Essner, Zoe | Attend professionals' call re prep for UCC meeting (0.2); draft UCC update email re interim fee applications and Century appeal of Sidley retention (0.2). | 0.40 | 272.00 |
| 9/21/2020 | Beck, Samuel | Update interim fee application chart for Committee update email (0.3). | 0.30 | 126.00 |
| 9/22/2020 | Sharret, Jennifer | Review Committee update re interim fee applications and Century appeal of Sidley retention (0.2). | 0.20 | 210.00 |
| 9/22/2020 | Wasson, Megan | Comment on (0.4) and circulate (0.1) UCC update email re interim fee applications and Century appeal of Sidley retention. | 0.50 | 452.50 |
| 9/24/2020 | Essner, Zoe | Review M. Wasson comments to Committee meeting minutes (0.2); email J. Sharret re same (0.2). | 0.40 | 272.00 |
| 9/25/2020 | Wasson, Megan | Comment on (0.2) and circulate (0.1) update email re Debtors' counsel, Agricultural joinder to Century Coalition letter, and electronic signatures on POCs. | 0.30 | 271.50 |
| 9/25/2020 | Essner, Zoe | Draft UCC update re Debtors' counsel, Agricultural joinder to Century Coalition letter, and electronic signatures on POCs (0.8). | 0.80 | 544.00 |
| 9/29/2020 | Essner, Zoe | Draft update re TCC's Rule 2004 motion (0.3); email M. Wasson and R. Ringer re same (0.1). | 0.40 | 272.00 |



October 30, 2020
Invoice #: 810451
073427-00002
Page 19

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 9/30/2020 | Ringer, Rachael L. | Prep for UCC call (0.5); review documents re: same (0.4); attend professionals prep call (0.5); attend/lead UCC call (1.6). | 3.00 | 3,450.00 |
| 9/30/2020 | Mayer, Thomas Moers | Participate in UCC professionals' call to review presentation for Committee meeting (0.5). | 0.50 | 750.00 |
| 9/30/2020 | Hamerman, Natan | Attend UCC professionals prep call (0.5); attend Committee call (1.6); email M. Wasson re same (0.1). | 2.20 | 2,365.00 |
| 9/30/2020 | Sharret, Jennifer | Review Committee update re proof of claim signature, Debtors' omnibus motion to reject executory contracts, OCP payments, and Kramer Levin August fee statement (0.2); participate in portion of Committee professionals call (0.4); participate in Committee call (1.6). | 2.20 | 2,310.00 |
| 9/30/2020 | Baranpuria, Priya | Attend Committee meeting re: financial update, mediation update and TCC 2004 motion (1.6). | 1.60 | 1,536.00 |
| 9/30/2020 | Essner, Zoe | Attend UCC professionals call re prep for UCC meeting (0.5); attend UCC meeting (1.6); draft UCC email update re proof of claim signature, Debtors' omnibus motion to reject executory contracts, OCP payments, and Kramer Levin August fee statement (1.8); email R. Ringer re same (0.2). | 4.10 | 2,788.00 |



October 30, 2020
Invoice #: 810451
073427-00002
Page 20

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/30/2020 | Wasson, Megan | Attend majority of UCC professionals call (0.3); attend majority of UCC call (1.4). | 1.70 | 1,538.50 |
| TOTAL | | | 68.90 | $61,285.50 |



October 30, 2020
Invoice #: 810451
073427-00004
Page 21

**Automatic Stay**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Mayer, Thomas Moers | Partner | 4.00 | $6,000.00 |
| Rabinowitz, Daniel A. | Partner | 0.70 | 857.50 |
| Ringer, Rachael L. | Partner | 7.40 | 8,510.00 |
| Hamerman, Natan | Counsel | 7.40 | 7,955.00 |
| Sharret, Jennifer | Spec Counsel | 1.50 | 1,575.00 |
| Campbell, Patrick J. | Associate | 4.00 | 3,960.00 |
| Chakraborty, Rupita | Associate | 1.30 | 1,176.50 |
| Essner, Zoe | Law Clerk | 0.50 | 340.00 |
| **TOTAL FEES** | | **26.80** | **$30,374.00** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/1/2020 | Hamerman, Natan | Emails re TCC objection to lift stay motion w/ KL team (0.1). | 0.10 | $107.50 |
| 9/1/2020 | Sharret, Jennifer | Call with PSZJ re: lift stay motion objection (0.1); follow-up correspondence to KL team re: same (0.1). | 0.20 | 210.00 |
| 9/2/2020 | Rabinowitz, Daniel A. | Call with J. Sharret auto stay motions (0.2). | 0.20 | 245.00 |
| 9/2/2020 | Hamerman, Natan | Emails with J. Sharret re lift stay objections (0.2). | 0.20 | 215.00 |



October 30, 2020
Invoice #: 810451
073427-00004
Page 22

**Automatic Stay**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 9/2/2020 | Sharret, Jennifer | Call with Sidley re: lift stay (0.3); call with D. Rabinowitz re: insurance/lift stays (0.2); follow-up call with Sidley re: lift stay (0.2); correspondence with KL team re: same (0.2); review lift stay orders (0.2). | 1.10 | 1,155.00 |
| 9/2/2020 | Essner, Zoe | Emails re pending lift stay motions w/ J. Sharret (0.3). | 0.30 | 204.00 |
| 9/10/2020 | Hamerman, Natan | Email R. Ringer re Middle TN TCC stay motion (0.3). | 0.30 | 322.50 |
| 9/21/2020 | Rabinowitz, Daniel A. | Review Rivera-Ramirez lift stay motion (0.5). | 0.50 | 612.50 |
| 9/21/2020 | Essner, Zoe | Email D. Rabinowitz re Rivera-Ramirez lift stay motion (0.2). | 0.20 | 136.00 |
| 9/25/2020 | Ringer, Rachael L. | Call with Mediators re: Middle TN issues (0.2); call with M. Andolina re: same (0.2); numerous calls/emails with Middle TN and mediators re: open issues and next steps (0.9). | 1.30 | 1,495.00 |
| 9/25/2020 | Hamerman, Natan | Emails with R. Chakraborty re lift stay issues with (0.3); email P. Campbell (0.3) and S. Beck (0.2) re same. | 0.80 | 860.00 |
| 9/25/2020 | Hamerman, Natan | Confer with Mediators re Middle TN status (0.4). | 0.40 | 430.00 |
| 9/25/2020 | Chakraborty, Rupita | Correspondence with N. Hamerman re subpoena re Middle TN (0.1) and review emails re same (0.1). | 0.20 | 181.00 |



October 30, 2020
Invoice #: 810451
073427-00004
Page 23

**Automatic Stay**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 9/27/2020 | Hamerman, Natan | Prepare Tennessee objection outline (2.0); confer with R. Chakraborty re subpoena (0.7); email R. Ringer re same (0.3). | 3.00 | 3,225.00 |
| 9/27/2020 | Chakraborty, Rupita | Correspondence with N. Hamerman re subpoena re Middle TN (0.7) and review same (0.2). | 0.90 | 814.50 |
| 9/28/2020 | Ringer, Rachael L. | Review middle TN council documents (0.8); call with T. Mayer re: same (0.2); call with TCC re: same (0.8); correspond with mediators re: same (0.2); correspond with mediation parties re: same (0.4); further review re: Middle TN issues and emails with KL team re same (0.3). | 2.70 | 3,105.00 |
| 9/28/2020 | Mayer, Thomas Moers | Call with R. Ringer re Middle TN auto stay issue (0.2); call with J. Lucas of Pachulski re same (0.4). | 0.60 | 900.00 |
| 9/28/2020 | Hamerman, Natan | Review emails from T. Mayer, R. Ringer, R. Chakraborty and P. Campbell re Tennessee lift stay matter (0.5). | 0.50 | 537.50 |
| 9/28/2020 | Sharret, Jennifer | Review correspondence with Sidley, Pachulski and Young Conaway re: lift stays (0.2). | 0.20 | 210.00 |
| 9/28/2020 | Chakraborty, Rupita | Correspondence with P. Campbell re drafting subpoena re Middle TN (0.2). | 0.20 | 181.00 |



October 30, 2020
Invoice #: 810451
073427-00004
Page 24

**Automatic Stay**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/28/2020 | Campbell, Patrick J. | Draft joinder motion for Middle TN motion (2.1); telephone conference with R. Chakraborty re: subpoena papers (0.2); draft email to R. Ringer re Middle TN research (1.5). | 3.80 | 3,762.00 |
| 9/29/2020 | Mayer, Thomas Moers | Call with R. Ringer re mediation session with Pachulski re TCC/Middle Tennessee (0.2); call with R. Ringer and S. Beville of Brown Rudnick (0.2); review filed Affidavit and Trust Agreement in preparation for mediation call (0.5); participate in mediation call (1.0); post-call discussion with R. Ringer re same (0.3). | 2.20 | 3,300.00 |
| 9/29/2020 | Ringer, Rachael L. | Call with T. Mayer re: mediation session with Pachulski re TCC/Middle Tennessee (0.2); call with Coalition and T. Mayer (0.2); emails with FCR re: same (0.4); call with TCC, mediators re: same (1.0); follow-up with T. Mayer re: same (0.3). | 2.10 | 2,415.00 |
| 9/29/2020 | Hamerman, Natan | Attend mediation call re Middle TN (1.0); emails re same w/ KL team (0.2). | 1.20 | 1,290.00 |
| 9/29/2020 | Campbell, Patrick J. | Review amended Middle TN trust agreement (0.2). | 0.20 | 198.00 |
| 9/30/2020 | Mayer, Thomas Moers | Prepare for (0.1) and participate in mediation call with Debtors, Middle Tennessee, Ad Hoc Committee of Local Councils (0.9); post-call discussion with R. Ringer (0.2). | 1.20 | 1,800.00 |



October 30, 2020
Invoice #: 810451
073427-00004
Page 25

**Automatic Stay**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/30/2020 | Ringer, Rachael L. | Prepare for (0.2) and attend (0.9) mediation session re: Middle TN Council issues; follow-up call with T. Mayer re: same (0.2). | 1.30 | 1,495.00 |
| 9/30/2020 | Hamerman, Natan | Attend Mediation call re Middle TN (0.9). | 0.90 | 967.50 |
| **TOTAL** | | | **26.80** | **$30,374.00** |

October 30, 2020
Invoice #: 810451
073427-00007
Page 26

**Plan/Disclosure Statement Issues**

<strong>PROFESSIONAL SERVICES SUMMARY</strong>

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Mayer, Thomas Moers | Partner | 1.00 | $1,500.00 |
| Ringer, Rachael L. | Partner | 1.50 | 1,725.00 |
| Hamerman, Natan | Counsel | 5.10 | 5,482.50 |
| Baranpuria, Priya | Associate | 0.80 | 768.00 |
| Campbell, Patrick J. | Associate | 0.10 | 99.00 |
| Chakraborty, Rupita | Associate | 0.10 | 90.50 |
| Essner, Zoe | Law Clerk | 0.80 | 544.00 |
| Wasson, Megan | Associate | 0.90 | 814.50 |
| **TOTAL FEES** | | **10.30** | **$11,023.50** |

<strong>PROFESSIONAL SERVICES DETAIL</strong>

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/1/2020 | Campbell, Patrick J. | Email R. Chakraborty re: mediation developments (0.1). | 0.10 | $99.00 |
| 9/13/2020 | Hamerman, Natan | Prepare mediation statement (2.4); email KL team re same (0.1); email litigation team re mediation statement (0.2). | 2.70 | 2,902.50 |
| 9/14/2020 | Mayer, Thomas Moers | Prep for (0.2) and participate in mediation session with KL and Alix teams (0.8). | 1.00 | 1,500.00 |



October 30, 2020
Invoice #: 810451
073427-00007
Page 27

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/14/2020 | Ringer, Rachael L. | Prepare for mediation session (0.4); attend/lead mediation session with KL and Alix teams (0.8). | 1.20 | 1,380.00 |
| 9/14/2020 | Hamerman, Natan | Prep for mediation call (0.4); participate in mediation call with KL and Alix teams (0.8); correspondence with KL team re same (0.2); review mediation submissions (1.0). | 2.40 | 2,580.00 |
| 9/14/2020 | Chakraborty, Rupita | Correspondence re mediation summary w/ KL team (0.1). | 0.10 | 90.50 |
| 9/14/2020 | Wasson, Megan | Prep for (0.1) and attend call with mediators, KL and Alix (0.8). | 0.90 | 814.50 |
| 9/14/2020 | Baranpuria, Priya | Attend Mediation meeting with Committee professionals and mediators (0.8). | 0.80 | 768.00 |
| 9/14/2020 | Essner, Zoe | Attend call w/ Mediators, KL Team, and Alix (0.8). | 0.80 | 544.00 |
| 9/23/2020 | Ringer, Rachael L. | Call with T. Gallagher re: mediation updates (0.3). | 0.30 | 345.00 |
| **TOTAL** | | | **10.30** | **$11,023.50** |



October 30, 2020
Invoice #: 810451
073427-00008
Page 28

**Tort Committee**

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 2.20 | $2,530.00 |
| Hamerman, Natan | Counsel | 8.70 | 9,352.50 |
| Essner, Zoe | Law Clerk | 0.10 | 68.00 |
| Wasson, Megan | Associate | 4.60 | 4,163.00 |
| TOTAL FEES | | 15.60 | $16,113.50 |

## PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/2/2020 | Wasson, Megan | Review TCC/Century/Coalition filings (3.1); emails with KL team, PSJZ and Brown Rudnick re same (0.4). | 3.50 | $3,167.50 |
| 9/4/2020 | Ringer, Rachael L. | Call with Coalition counsel re: hearing issues and recently filed pleadings (0.5), review Century deposition notices re: Coalition (0.2). | 0.70 | 805.00 |
| 9/4/2020 | Essner, Zoe | Participate in portion of call w/ Brown Rudnick re Coalition (0.1). | 0.10 | 68.00 |
| 9/4/2020 | Wasson, Megan | Emails with KL team re Century deposition re Coalition (0.1); call w/ Coalition counsel re same and other case issues (0.5). | 0.60 | 543.00 |



October 30, 2020
Invoice #: 810451
073427-00008
Page 29

**Tort Committee**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/6/2020 | Hamerman, Natan | Review documents in preparation for potential Century deposition re Coalition (3.8); review R. Ringer and M. Wasson emails re same (0.4). | 4.20 | 4,515.00 |
| 9/6/2020 | Wasson, Megan | Email KL team re Century depositions re Coalition (0.5). | 0.50 | 452.50 |
| 9/7/2020 | Hamerman, Natan | Prep for potential Century deposition re Coalition (3.5); email R. Ringer re status of deposition (0.2). | 3.70 | 3,977.50 |
| 9/8/2020 | Ringer, Rachael L. | Call with Brown Rudnick re: Coalition issues (0.5). | 0.50 | 575.00 |
| 9/8/2020 | Hamerman, Natan | Review TCC filing re Coalition (0.2); email KL team re same (0.1); email KL team re depositions re Coalition (0.4). | 0.70 | 752.50 |
| 9/10/2020 | Ringer, Rachael L. | Review open issues re: Coalition 2019 information (0.4). | 0.40 | 460.00 |
| 9/22/2020 | Hamerman, Natan | Email KL team re Coalition issues (0.1). | 0.10 | 107.50 |
| 9/25/2020 | Ringer, Rachael L. | Call with J. Stang re: TCC issues, case updates (0.4). | 0.40 | 460.00 |
| 9/30/2020 | Ringer, Rachael L. | Call with Brown Rudnick re: upcoming motions (0.2). | 0.20 | 230.00 |
| **TOTAL** | | | **15.60** | **$16,113.50** |



October 30, 2020
Invoice #: 810451
073427-00011
Page 30

**Creditor Communications**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 0.30 | $345.00 |
| Cahn, Avram | Spec Counsel | 0.70 | 735.00 |
| Sharret, Jennifer | Spec Counsel | 0.50 | 525.00 |
| Essner, Zoe | Law Clerk | 0.50 | 340.00 |
| Wasson, Megan | Associate | 0.70 | 633.50 |
| **TOTAL FEES** | | **2.70** | **$2,578.50** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/2/2020 | Sharret, Jennifer | Multiple telephone calls with creditor re: lift stay (0.5). | 0.50 | $525.00 |
| 9/2/2020 | Essner, Zoe | Email M. Wasson re creditor notice on UCC site (0.1); email Omni re same (0.1). | 0.20 | 136.00 |
| 9/3/2020 | Cahn, Avram | Revise e-mail to participants re Restoration Plan issues (0.7). | 0.70 | 735.00 |
| 9/11/2020 | Ringer, Rachael L. | Revise email to restoration plan participants (0.3). | 0.30 | 345.00 |
| 9/11/2020 | Wasson, Megan | Finalize (0.5) and circulate (0.2) email re restoration plan to participants. | 0.70 | 633.50 |
| 9/30/2020 | Essner, Zoe | Prepare for (0.2) and attend call w/ Restoration Plan creditor re proof of claim (0.1). | 0.30 | 204.00 |
| **TOTAL** | | | **2.70** | **$2,578.50** |



October 30, 2020
Invoice #: 810451
073427-00013
Page 31

**Employee and Labor Issues**

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Holob, Marissa J. | Partner | 4.10 | $4,715.00 |
| Mayer, Thomas Moers | Partner | 1.20 | 1,800.00 |
| Cahn, Avram | Spec Counsel | 5.90 | 6,195.00 |
| Wasson, Megan | Associate | 1.60 | 1,448.00 |
| **TOTAL FEES** | | **12.80** | **$14,158.00** |

## PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/1/2020 | Holob, Marissa J. | Review benefit analysis (1.7); emails with KL team re same (0.1). | 1.80 | $2,070.00 |
| 9/1/2020 | Mayer, Thomas Moers | Review Committee member questions re Restoration plan (0.1); emails with KL and Alix teams re same (0.1). | 0.20 | 300.00 |
| 9/1/2020 | Cahn, Avram | Review issues re restoration plan (1.1). | 1.10 | 1,155.00 |
| 9/2/2020 | Holob, Marissa J. | Conduct analysis re: assumptions of claims (0.2); t/c with KL re same (1.0); revise follow up email to restoration plan members (0.1). | 1.30 | 1,495.00 |
| 9/2/2020 | Mayer, Thomas Moers | Call with M. Holob, A. Cahn (and M. Wasson for portion of call) re Restoration Plan (1.0). | 1.00 | 1,500.00 |



October 30, 2020
Invoice #: 810451
073427-00013
Page 32

**Employee and Labor Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/2/2020 | Cahn, Avram | Internal conf. call with KL team re Restoration Plan (1.0); follow-up review of documents re same (0.1). | 1.10 | 1,155.00 |
| 9/2/2020 | Wasson, Megan | Attend portion of call with KL team re restoration plan (0.5); email Alix re: same (0.3); draft sample email re restoration plan (0.5). | 1.30 | 1,176.50 |
| 9/3/2020 | Holob, Marissa J. | Review restoration plan benefits (0.7). | 0.70 | 805.00 |
| 9/3/2020 | Wasson, Megan | Email KL team re: Restoration Plan email (0.3). | 0.30 | 271.50 |
| 9/8/2020 | Holob, Marissa J. | Email KL team re restoration plan (0.3). | 0.30 | 345.00 |
| 9/11/2020 | Cahn, Avram | Revise PBGC memo (2.4). | 2.40 | 2,520.00 |
| 9/17/2020 | Cahn, Avram | Further revise PBGC memo (1.2). | 1.20 | 1,260.00 |
| 9/25/2020 | Cahn, Avram | Further revise PBGC memo (0.1). | 0.10 | 105.00 |
| **TOTAL** | | | **12.80** | **$14,158.00** |



October 30, 2020
Invoice #: 810451
073427-00016
Page 33

**Collateral Review**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Hamerman, Natan | Counsel | 3.90 | $4,192.50 |
| Baranpuria, Priya | Associate | 4.60 | 4,416.00 |
| Campbell, Patrick J. | Associate | 1.80 | 1,782.00 |
| **TOTAL FEES** | | **10.30** | **$10,390.50** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/9/2020 | Hamerman, Natan | Email KL team re deadline (0.4). | 0.40 | $430.00 |
| 9/14/2020 | Baranpuria, Priya | Revise standing motion (1.5). | 1.50 | 1,440.00 |
| 9/25/2020 | Hamerman, Natan | Review standing motion (1.7); email P. Baranpuria re same (0.2). | 1.90 | 2,042.50 |
| 9/29/2020 | Baranpuria, Priya | Review N. Hamerman comments to standing motion (1.0); revise standing motion (0.4). | 1.40 | 1,344.00 |
| 9/30/2020 | Hamerman, Natan | Prep for (0.2) and call with P. Baranpuria and P. Campbell re complaint and standing motion (1.4). | 1.60 | 1,720.00 |



October 30, 2020
Invoice #: 810451
073427-00016
Page 34

**Collateral Review**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 9/30/2020 | Campbell, Patrick J. | Review N. Hamerman comments to draft standing motion (0.1); telephone conference with N. Hamerman and P. Baranpuria re: revising standing motion and complaint (1.4); telephone conference with P. Baranpuria re: modifying complaint and standing motion (0.3). | 1.80 | 1,782.00 |
| 9/30/2020 | Baranpuria, Priya | Call w/ N. Hamerman and P. Campbell re: complaint and standing motion (1.4); confer w/ P. Campbell re: same (0.3). | 1.70 | 1,632.00 |
| **TOTAL** | | | **10.30** | **$10,390.50** |



October 30, 2020
Invoice #: 810451
073427-00017
Page 35

**Fee Statements and Applications**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 0.30 | $345.00 |
| Baranpuria, Priya | Associate | 6.20 | 5,952.00 |
| Essner, Zoe | Law Clerk | 12.30 | 8,364.00 |
| Wasson, Megan | Associate | 1.60 | 1,448.00 |
| Beck, Samuel | Paralegal | 18.40 | 7,728.00 |
| Kindler, Jacqueline | Paralegal | 9.00 | 3,780.00 |
| **TOTAL FEES** | | **47.80** | **$27,617.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/1/2020 | Wasson, Megan | Correspondence with KL team re: July fee applications (0.8). | 0.80 | $724.00 |
| 9/1/2020 | Baranpuria, Priya | Review July fee application and exhibits (0.5); prepare for filing of same (0.6); correspondence w/ KL team re: same (0.3). | 1.40 | 1,344.00 |
| 9/1/2020 | Essner, Zoe | Emails w/ KL team re July fee statements (0.6); review July fee statement for privilege, confidentiality, and compliance with local rules and UST guidelines (0.3). | 0.90 | 612.00 |
| 9/1/2020 | Beck, Samuel | Review July and second interim fee applications and exhibits (4.7). | 4.70 | 1,974.00 |



October 30, 2020
Invoice #: 810451
073427-00017
Page 36

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 9/2/2020 | Baranpuria, Priya | Review second interim fee application (0.3); correspondence w/ Z. Essner and S. Beck re same (0.2). | 0.50 | 480.00 |
| 9/2/2020 | Essner, Zoe | Review second interim fee application (0.3); emails w/ S. Beck and P. Baranpuria re same (0.2). | 0.50 | 340.00 |
| 9/2/2020 | Beck, Samuel | Review second interim fee application and exhibits (2.5); emails with KL team re same (0.3). | 2.80 | 1,176.00 |
| 9/3/2020 | Baranpuria, Priya | Review second interim fee application and exhibits (0.8); confer w/ Z. Essner re: same (0.2). | 1.00 | 960.00 |
| 9/3/2020 | Essner, Zoe | Emails re filing second interim fee application w/ P. Baranpuria (0.1); review second interim fee application (0.2); send same to P. Baranpuria for review (0.2); revise same per P. Baranpuria comments (0.4); circulate same to R. Ringer for review (0.1); email R. Ringer and P. Baranpuria re same (0.1). | 1.10 | 748.00 |
| 9/9/2020 | Baranpuria, Priya | Correspondence w/ Reed Smith re: second interim fee applications (0.1); correspondence w/ KL team re: same (0.2). | 0.30 | 288.00 |
| 9/9/2020 | Essner, Zoe | Email KL team re second interim fee application (0.1). | 0.10 | 68.00 |
| 9/9/2020 | Kindler, Jacqueline | Review August fee statement for compliance with local rules and UST guidelines (2.5). | 2.50 | 1,050.00 |
| 9/10/2020 | Essner, Zoe | Email KL team re second interim fee application (0.1). | 0.10 | 68.00 |



October 30, 2020
Invoice #: 810451
073427-00017
Page 37

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 9/10/2020 | Kindler, Jacqueline | Review August fee statement for compliance with local rules and UST guidelines (2.1). | 2.10 | 882.00 |
| 9/11/2020 | Kindler, Jacqueline | Review second interim fee applications (0.6); emails w/ Z. Essner re same (0.2). | 0.80 | 336.00 |
| 9/14/2020 | Baranpuria, Priya | Review CNOs re: June fee applications (0.1). | 0.10 | 96.00 |
| 9/14/2020 | Essner, Zoe | Review August fee application and exhibits (3.2). | 3.20 | 2,176.00 |
| 9/15/2020 | Kindler, Jacqueline | Prepare August fee application and exhibits (0.9). | 0.90 | 378.00 |
| 9/15/2020 | Beck, Samuel | Review August fee statement for compliance with local rules and UST guidelines (0.2). | 0.20 | 84.00 |
| 9/16/2020 | Ringer, Rachael L. | Review/revise July fee application (0.3). | 0.30 | 345.00 |
| 9/16/2020 | Baranpuria, Priya | Review July CNOs (0.2); review second interim fee application (0.3); correspondence w/ Z. Essner re: same (0.2); correspondence w/ Reed Smith re: RS interim fee application (0.1); correspondence w/ S. Beck re: same (0.1); prepare second interim fee applications for filing (0.2). | 1.10 | 1,056.00 |
| 9/16/2020 | Essner, Zoe | Prepare second interim fee application for filing (0.3); emails with KL team re same (0.4); review UCC CNOs (0.2); emails w/ P. Baranpuria re same (0.1). | 1.00 | 680.00 |



October 30, 2020
Invoice #: 810451
073427-00017
Page 38

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 9/16/2020 | Beck, Samuel | Prepare second interim fee application for filing (1.8); correspond with KL and RS re same (0.2); review August fee statement for compliance with local rules and UST guidelines (3.6). | 5.60 | 2,352.00 |
| 9/17/2020 | Beck, Samuel | Review August fee statement for compliance with local rules and UST guidelines (1.6). | 1.60 | 672.00 |
| 9/18/2020 | Essner, Zoe | Correspondence w/ J. Kindler re August fee application (0.2). | 0.20 | 136.00 |
| 9/18/2020 | Kindler, Jacqueline | Review August fee statement for compliance with local rules and UST guidelines (2.6); emails w/ Z. Essner re same (0.1). | 2.70 | 1,134.00 |
| 9/21/2020 | Essner, Zoe | Review August fee application and exhibits (2.4); email S. Beck re same (0.1). | 2.50 | 1,700.00 |
| 9/21/2020 | Beck, Samuel | Review August fee statement for compliance with local rules and UST guidelines (0.2). | 0.20 | 84.00 |
| 9/22/2020 | Essner, Zoe | Draft August fee application matter description narratives (1.2). | 1.20 | 816.00 |
| 9/22/2020 | Beck, Samuel | Review August fee application and exhibits (2.1). | 2.10 | 882.00 |
| 9/23/2020 | Beck, Samuel | Review August fee statement for compliance with local rules and UST guidelines (0.8). | 0.80 | 336.00 |
| 9/24/2020 | Baranpuria, Priya | Review August fee statement for privilege, confidentiality, and compliance with local rules and UST guidelines (1.3). | 1.30 | 1,248.00 |



October 30, 2020
Invoice #: 810451
073427-00017
Page 39

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 9/25/2020 | Baranpuria, Priya | Further review August fee statement for privilege, confidentiality, and compliance with local rules and UST guidelines (0.5). | 0.50 | 480.00 |
| 9/25/2020 | Essner, Zoe | Review P. Baranpuria comments to August fee statement (0.2); revise re same (0.2); email revised August fee statement to M. Wasson for review (0.1). | 0.50 | 340.00 |
| 9/28/2020 | Wasson, Megan | Review August fee statement for privilege, confidentiality, and compliance with local rules and UST guidelines (0.8). | 0.80 | 724.00 |
| 9/28/2020 | Essner, Zoe | Review M. Wasson comments to August fee statement and fee application (0.2); revise August fee statement accordingly (0.2); revise August fee application and exhibits (0.4). | 0.80 | 544.00 |
| 9/30/2020 | Essner, Zoe | Emails w/ UCC professionals, S. Beck, and P. Baranpuria re August fee statement (0.2). | 0.20 | 136.00 |
| 9/30/2020 | Beck, Samuel | Review August fee statement for compliance with local rules and UST guidelines (0.2) emails with KL team re same (0.2). | 0.40 | 168.00 |
| **TOTAL** | | | **47.80** | **$27,617.00** |



October 30, 2020
Invoice #: 810451
073427-00019
Page 40

**Motions**

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Hamerman, Natan | Counsel | 0.20 | $215.00 |
| Sharret, Jennifer | Spec Counsel | 0.50 | 525.00 |
| Baranpuria, Priya | Associate | 0.20 | 192.00 |
| Essner, Zoe | Law Clerk | 0.50 | 340.00 |
| Wasson, Megan | Associate | 1.30 | 1,176.50 |
| **TOTAL FEES** | | **2.70** | **$2,448.50** |

PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/1/2020 | Essner, Zoe | Email KL team re upcoming objection deadlines (0.5). | 0.50 | $340.00 |
| 9/2/2020 | Sharret, Jennifer | Review mark-up of fee examiner order (0.2) and emails to M. Wasson re: same (0.2). | 0.40 | 420.00 |
| 9/2/2020 | Wasson, Megan | Review and comment on proposed fee examiner order (0.6); emails with KL team re same (0.3). | 0.90 | 814.50 |
| 9/2/2020 | Baranpuria, Priya | Review proposed fee examiner order (0.2). | 0.20 | 192.00 |
| 9/9/2020 | Sharret, Jennifer | Email M. Wasson re: lease extension motion (0.1). | 0.10 | 105.00 |
| 9/9/2020 | Wasson, Megan | Calls/emails with Sidley re 365 stip (0.4). | 0.40 | 362.00 |



October 30, 2020
Invoice #: 810451
073427-00019
Page 41

**Motions**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 9/29/2020 | Hamerman, Natan | Emails re pro hac motion to Z. Essner and Reed Smith (0.2). | 0.20 | 215.00 |
| **TOTAL** | | | **2.70** | **$2,448.50** |



October 30, 2020
Invoice #: 810451
073427-00020
Page 42

**Committee Investigation**

<u>**PROFESSIONAL SERVICES SUMMARY**</u>

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 0.30 | $345.00 |
| Hamerman, Natan | Counsel | 20.20 | 21,715.00 |
| McKay, Michael | Counsel | 0.40 | 440.00 |
| Baranpuria, Priya | Associate | 1.90 | 1,824.00 |
| Campbell, Patrick J. | Associate | 5.70 | 5,643.00 |
| Chakraborty, Rupita | Associate | 2.10 | 1,900.50 |
| Essner, Zoe | Law Clerk | 0.90 | 612.00 |
| Beck, Samuel | Paralegal | 5.80 | 2,436.00 |
| **TOTAL FEES** | | **37.30** | **$34,915.50** |

<u>**PROFESSIONAL SERVICES DETAIL**</u>

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/2/2020 | Hamerman, Natan | Correspondence with R. Chakraborty and P. Campbell re investigation (0.4); confer with P. Baranpuria re research (0.3); review Z. Essner email re Arrow (0.2). | 0.90 | $967.50 |
| 9/2/2020 | Campbell, Patrick J. | Review insurance coverage documents (0.5); email w/ N. Hamerman re: same (0.1). | 0.60 | 594.00 |
| 9/2/2020 | Chakraborty, Rupita | Correspondence with N. Hamerman re review of insurance policies (0.2). | 0.20 | 181.00 |

KRAMER LEVIN NAFTALIS & FRANKEL LLP      NEW YORK  |  SILICON VALLEY  |  PARIS



October 30, 2020
Invoice #: 810451
073427-00020
Page 43

**Committee Investigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 9/2/2020 | Baranpuria, Priya | Review estate claims research (0.2); correspondence with N. Hamerman re same (0.3). | 0.50 | 480.00 |
| 9/2/2020 | Essner, Zoe | Review chart re Arrow from Alix (0.2); email Alix re same (0.2); email N. Hamerman re same (0.1). | 0.50 | 340.00 |
| 9/2/2020 | Beck, Samuel | Review data room re insurance policies (0.2); email R. Chakraborty re same (0.1). | 0.30 | 126.00 |
| 9/3/2020 | Hamerman, Natan | Emails with R. Collura re estate claims (0.2); email P. Baranpuria re standing (0.4). | 0.60 | 645.00 |
| 9/3/2020 | Essner, Zoe | Review diligence re Arrow from Alix (0.2). | 0.20 | 136.00 |
| 9/7/2020 | Beck, Samuel | Review data room documents (0.4). | 0.40 | 168.00 |
| 9/8/2020 | Hamerman, Natan | Confer with R. Collura re investigation call with TCC (0.4); emails with P. Campbell re Arrow (0.3); review same (0.3). | 1.00 | 1,075.00 |
| 9/8/2020 | Campbell, Patrick J. | Draft email to N. Hamerman re: questions regarding Arrow productions (0.3). | 0.30 | 297.00 |
| 9/9/2020 | Hamerman, Natan | Call with TCC and Alix re investigation issues (0.8); call with R. Collura re same (0.7); prep for call w/ Debtors re document production (1.3); call with K. Basaria and P. Campbell re same (0.5); post call debrief with P. Campbell re same (0.2). | 3.50 | 3,762.50 |



October 30, 2020
Invoice #: 810451
073427-00020
Page 44

**Committee Investigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/9/2020 | Campbell, Patrick J. | Communications with N. Hamerman re: Sidley document productions in prep for call with same (1.0); telephone conference with Sidley and N. Hamerman re: Arrow transactions (0.5); telephone conference with N. Hamerman re: same (0.2). | 1.70 | 1,683.00 |
| 9/10/2020 | Beck, Samuel | Organize data room documents (0.6). | 0.60 | 252.00 |
| 9/11/2020 | Ringer, Rachael L. | Email N. Hamerman re: follow-up on investigation issues (0.3). | 0.30 | 345.00 |
| 9/13/2020 | Hamerman, Natan | Email KL team re investigation call with Sidley (0.1). | 0.10 | 107.50 |
| 9/13/2020 | Chakraborty, Rupita | Review insurance policies re investigation (1.9). | 1.90 | 1,719.50 |
| 9/13/2020 | Campbell, Patrick J. | Draft email to R. Chakraborty re: BSA minutes (0.3). | 0.30 | 297.00 |
| 9/14/2020 | McKay, Michael | Email N. Hamerman re 2019 Revolver re investigation (0.4). | 0.40 | 440.00 |
| 9/14/2020 | Hamerman, Natan | Review Arrow documents (0.2); confer with M. McKay re BSA Arrow documents (0.2); confer w/ P. Campbell re investigation documents (0.5). | 0.90 | 967.50 |
| 9/14/2020 | Campbell, Patrick J. | Review board minutes re: investigation (0.2); emails with N. Hamerman re: same (0.1). | 0.30 | 297.00 |
| 9/14/2020 | Baranpuria, Priya | Revise UCC Committee investigation presentation re: estate causes of action (0.7); review research re: same (0.4). | 1.10 | 1,056.00 |



October 30, 2020
Invoice #: 810451
073427-00020
Page 45

**Committee Investigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/14/2020 | Beck, Samuel | Organize data room documents (0.4) and prepare summary for KL team re same (0.4). | 0.80 | 336.00 |
| 9/15/2020 | Beck, Samuel | Review data room documents (0.5); prepare summary for KL team re same (0.4). | 0.90 | 378.00 |
| 9/20/2020 | Beck, Samuel | Organize data room documents (0.3) and prepare summary for KL team re same (0.4). | 0.70 | 294.00 |
| 9/21/2020 | Hamerman, Natan | Emails with R. Collura re Arrow (0.2). | 0.20 | 215.00 |
| 9/22/2020 | Hamerman, Natan | Prepare Arrow outline (0.5). | 0.50 | 537.50 |
| 9/23/2020 | Hamerman, Natan | Prepare Arrow questions outline (3.0); confer with P. Baranpuria re outline (0.2); confer with R. Collura re outline (0.4); confer with P. Campbell re outline (0.4); review documents re same (0.5). | 4.50 | 4,837.50 |
| 9/23/2020 | Baranpuria, Priya | Update Committee investigation presentation (0.2); correspondence w/ N. Hamerman re: same (0.1). | 0.30 | 288.00 |
| 9/23/2020 | Campbell, Patrick J. | Draft email to N. Hamerman re: Arrow (0.1). | 0.10 | 99.00 |
| 9/23/2020 | Beck, Samuel | Organize data room (0.2) and prepare summary for KL team re same (0.4). | 0.60 | 252.00 |
| 9/24/2020 | Hamerman, Natan | Confer with R. Collura re call w/ Debtors (0.2); review R. Collura documents re financing (0.5); prepare Q&A outline for call w/ Debtors (5.8). | 6.50 | 6,987.50 |



October 30, 2020
Invoice #: 810451
073427-00020
Page 46

**Committee Investigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 9/24/2020 | Campbell, Patrick J. | Prepare materials for investigation meeting with Debtors re: Arrow transactions (1.0). | 1.00 | 990.00 |
| 9/25/2020 | Hamerman, Natan | Call with R. Collura and P. Campbell re investigation (1.5). | 1.50 | 1,612.50 |
| 9/25/2020 | Campbell, Patrick J. | Attend portion of call w/ with Alix and N. Hamerman re: investigation (0.8). | 0.80 | 792.00 |
| 9/25/2020 | Essner, Zoe | Email S. Beck re data room (0.2). | 0.20 | 136.00 |
| 9/25/2020 | Beck, Samuel | Review data room (0.4); prepare summary for KL team re data room additions (1.1). | 1.50 | 630.00 |
| 9/29/2020 | Campbell, Patrick J. | Review Arrow Q&A for call w/ Debtors (0.3) and compile resources for investigation discussion with Sidley (0.3). | 0.60 | 594.00 |
| **TOTAL** | | | **37.30** | **$34,915.50** |



October 30, 2020
Invoice #: 810451
073427-00021
Page 47

**Hearings and Court Matters**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 5.60 | $6,440.00 |
| Hamerman, Natan | Counsel | 4.20 | 4,515.00 |
| Sharret, Jennifer | Spec Counsel | 0.40 | 420.00 |
| Essner, Zoe | Law Clerk | 4.00 | 2,720.00 |
| Wasson, Megan | Associate | 3.60 | 3,258.00 |
| TOTAL FEES | | 17.80 | $17,353.00 |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/9/2020 | Ringer, Rachael L. | Prep for hearing (0.3); review pleadings re same (1.3); attend omnibus hearing (4.0). | 5.60 | $6,440.00 |
| 9/9/2020 | Hamerman, Natan | Prepare for (0.2) and attend omnibus hearing (4.0). | 4.20 | 4,515.00 |
| 9/9/2020 | Sharret, Jennifer | Listen to portion of omnibus hearing on lift stays (0.4). | 0.40 | 420.00 |
| 9/9/2020 | Wasson, Megan | Attend majority of omnibus hearing (3.6). | 3.60 | 3,258.00 |
| 9/9/2020 | Essner, Zoe | Attend omnibus hearing (4.0). | 4.00 | 2,720.00 |
| TOTAL | | | 17.80 | $17,353.00 |



October 30, 2020
Invoice #: 810451
073427-00025
Page 48

**Professional Retention**

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 0.30 | $345.00 |
| Sharret, Jennifer | Spec Counsel | 0.20 | 210.00 |
| Baranpuria, Priya | Associate | 3.40 | 3,264.00 |
| Essner, Zoe | Law Clerk | 0.30 | 204.00 |
| Beck, Samuel | Paralegal | 0.40 | 168.00 |
| **TOTAL FEES** | | **4.60** | **$4,191.00** |

## PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/1/2020 | Sharret, Jennifer | Review supplemental declaration (0.2). | 0.20 | $210.00 |
| 9/1/2020 | Baranpuria, Priya | Update KL supplemental declaration (0.4). | 0.40 | 384.00 |
| 9/1/2020 | Beck, Samuel | Organize reports re supplemental disclosure (0.2) and correspondence with P. Baranpuria re same (0.2). | 0.40 | 168.00 |
| 9/2/2020 | Baranpuria, Priya | Update Ringer Supplemental Declaration (0.4); correspondence w/ S. Beck re: same (0.2). | 0.60 | 576.00 |
| 9/3/2020 | Baranpuria, Priya | Revise KL supplemental declaration (0.4). | 0.40 | 384.00 |



October 30, 2020
Invoice #: 810451
073427-00025
Page 49

**Professional Retention**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/8/2020 | Baranpuria, Priya | Further revise BSA supplemental declaration (1.3); correspondence w/ R. Ringer re: same (0.2). | 1.50 | 1,440.00 |
| 9/15/2020 | Ringer, Rachael L. | Review/revise supplemental declaration (0.3). | 0.30 | 345.00 |
| 9/15/2020 | Baranpuria, Priya | Revise Ringer supplemental declaration (0.3). | 0.30 | 288.00 |
| 9/16/2020 | Baranpuria, Priya | Email KL team re: Ringer supplemental declaration (0.2). | 0.20 | 192.00 |
| 9/16/2020 | Essner, Zoe | Review supplemental declaration (0.3). | 0.30 | 204.00 |
| **TOTAL** | | | **4.60** | **$4,191.00** |



October 30, 2020
Invoice #: 810451
073427-00029
Page 50

**Communications with Debtors**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 2.00 | $2,300.00 |
| Hamerman, Natan | Counsel | 0.60 | 645.00 |
| Wasson, Megan | Associate | 1.90 | 1,719.50 |
| **TOTAL FEES** | | **4.50** | **$4,664.50** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/8/2020 | Ringer, Rachael L. | Attend meeting with Debtors re: case updates (0.5). | 0.50 | $575.00 |
| 9/8/2020 | Hamerman, Natan | Attend majority of call with Sidley re case updates (0.4). | 0.40 | 430.00 |
| 9/8/2020 | Wasson, Megan | Prepare for (0.2) and attend weekly call with Debtors' counsel re case updates (0.5). | 0.70 | 633.50 |
| 9/16/2020 | Ringer, Rachael L. | Attend weekly call w/ debtors counsel re case updates (0.8). | 0.80 | 920.00 |
| 9/16/2020 | Wasson, Megan | Attend weekly call with Debtors (0.8). | 0.80 | 724.00 |
| 9/21/2020 | Ringer, Rachael L. | Call with Debtors counsel and M. Wasson re: WIP and case issues (0.4); emails with N. Hamerman re: same (0.3). | 0.70 | 805.00 |
| 9/21/2020 | Hamerman, Natan | Confer R. Ringer re Sidley call (0.2). | 0.20 | 215.00 |



October 30, 2020
Invoice #: 810451
073427-00029
Page 51

**Communications with Debtors**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 9/21/2020 | Wasson, Megan | Attend weekly call with Debtors professionals and R. Ringer re case issues (0.4). | 0.40 | 362.00 |
| **TOTAL** | | | **4.50** | **$4,664.50** |