<u>EXHIBIT B</u>

<u>Expense Summary</u>

**EXHIBIT B**

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**EXPENSE SUMMARY**
**SEPTEMBER 1, 2020 THROUGH SEPTEMBER 30, 2020**

| Expense Category | Service Provider (if applicable) | Total Expenses[5] |
|---|---|---|
| Color Copies | Kramer Levin | $8.40 |
| Courier Services | Kramer Levin | $18.88 |
| CourtCall | CourtCall | $214.50 |
| Lexis Online Research | Lexis | $197.81 |
| Pacer Online Research | Pacer | $8.70 |
| Photocopying | Kramer Levin | $0.40 |
| Telecommunications Charges | LoopUp | $730.17 |
| Westlaw Online Research | Westlaw | $193.33 |
| **TOTAL** | | **$1,372.19** |

---

[5] Kramer Levin reduced its expenses by $616.12 during the Application Period voluntarily and in accordance with the local rules and U.S. Trustee Guidelines.