# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| **BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**[1] | § § § § | Case No. 20-10343 (LSS) |
| Debtors. | § § § | Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Squire Patton Boggs (US) LLP hereby appears in the above-captioned cases (the "Cases") pursuant to sections 342 and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as counsel to The Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America ("DFMS"), and hereby requests, pursuant to Bankruptcy Rules 2002, 3017(a), 4001, 6006(c), 9007, 9010 and 9013, and Sections 342 and 1109(b) of the Bankruptcy Code, that all notices given or required to be given in the Case and copies of all papers or pleadings served or required to be served in the Case be given to and served upon the undersigned at the following addresses:

Travis A. McRoberts
Squire Patton Boggs (US) LLP
2000 McKinney Ave., Suite 1700
Dallas, TX 75201
Telephone: (214) 758-1500
Facsimile: (214) 758-1550
travis.mcroberts@squirepb.com

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Mark A. Salzberg (*pro hac vice* admission to be sought)
Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, DC 20037
Telephone: (202) 457-6000
Facsimile:  (202) 457-6315
mark.salzberg@squirepb.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules and the Local Bankruptcy Rules for this District, but also includes, without limitation, orders, and notices of any application, motion, petition, pleading, schedule, plan, disclosure statement, request, complaint, demand, answer, reply, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, facsimile, hand delivery, electronic mail, overnight courier, telephone, telegraphs, telex or otherwise, that affect the above-captioned debtors ("the Debtors") or the property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers shall not be deemed a waiver of DFMS's rights (i) to have final orders in noncore matters entered only after *de novo* review by a District Court Judge, (ii) to trial by jury in any proceeding so triable in the Case or any case, controversy, or proceeding related to the Case, (iii) to have the District Court withdraw the reference in any matter subject to the mandatory or discretionary withdrawal, or (iv) to any other rights, claims, action, defenses setoffs or recoupments, under agreements, in law or in equity, or otherwise, to DFMS is or may be entitled, all of which rights, claims, actions, defenses, setoffs and recoupments DFMS  expressly reserves.

Dated: November 2, 2020	SQUIRE PATTON BOGGS (US) LLP

/s/ Travis A. McRoberts
Travis A. McRoberts (DE 5274)
Squire Patton Boggs (US) LLP
2000 McKinney Ave., Suite 1700
Dallas, TX 75201
Telephone: (214) 758-1500
Facsimile: (214) 758-1550
travis.mcroberts@squirepb.com

Mark A. Salzberg (*pro hac vice* admission pending)
Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, DC 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315
mark.salzberg@squirepb.com

*Counsel for The Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 2, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will serve notice on all parties registered to receive notice in this case.

      */s/ Travis A. McRoberts*
      Travis A. McRoberts