**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 11 |
|  | ) Case No. 20-10343 (LSS) |
| BOY SCOUTS OF AMERICA AND | ) |
| DELAWARE BSA, LLC, | ) |
|  | ) Jointly Administered |
|  | ) |
| Debtors. | ) **Objection Deadline: November 16,** |
|  | ) **2020 at 4:00 p.m. ET** |
|  | ) **Hearing Date: Scheduled only if** |
|  | ) **necessary** |
|  | ) |

**FOURTH MONTHLY APPLICATION OF BERKELEY RESEARCH GROUP,
LLC FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISORS
TO THE OFFICIAL TORT CLAIMANTS' COMMITTEE FOR THE PERIOD
<u>FROM JUNE 1, 2020 THROUGH JUNE 30, 2020</u>**

| | |
|---|---|
| Name of Applicant: | Berkeley Research Group, LLC |
| Authorized to Provide Professional Services to: | Official Tort Claimants' Committee |
| Date of Retention: | March 6, 2020 by order entered on or about April 11, 2020 |
| Period for which Compensation and Reimbursement is Sought: | June 1, 2020 through June 30, 2020 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $300,701.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $48.55 |

This is a(n): __X__ monthly          ____ interim          ____ final application.

The total time expended for fee application preparation is approximately 7.8 hours and the corresponding compensation requested is approximately $4,785.00.

## PRIOR MONTHLY APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| June 3, 2020 | 03/06 – 03/31 | $281,697.00 | $0.00 | $225,357.60 | $0.00 |
| August 7, 2020 | 04/01 - 04/30 | $390,313.00 | $513.74 | $312,250.40 | $513.74 |
| October 20, 2020 | 05/01 – 05/31 | $398,111.50 | $33.14 | $318,522.34 | $33.14 |

## PRIOR QUARTERLY APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A | N/A |

## BRG PROFESSIONALS

| Name of Professional | Title & Experience | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| R. Todd Neilson | Managing Director; Over 40 Years Experience; BS Accountancy 1975; CPA Since 1981 | $850.00 | 37.0 | 31,450.00 |
| David H. Judd | Managing Director; Over 40 Years Of Experience; Master Of Accountancy 1980 | 750.00 | 112.7 | 84,525.00 |
| Vernon Calder | Managing Director; Over 37 Years Of Experience; Master Of Accountancy 1983 | 745.00 | 0.8 | 596.00 |
| Paul N. Shields | Managing Director; Over 32 Years Of Experience; Master Of Business Administration 1992; CPA Since 1991 | 715.00 | 19.2 | 13,728.00 |
| D. Ray Strong | Managing Director; Over 25 Years Of Experience; Master Of Accountancy 1995; CPA Since 1997 | 660.00 | 25.4 | 16,764.00 |

| Matthew K. Babcock | Associate Director; Over 22 Years Of Experience; Master Of Accountancy 1998; CPA Since 2000 | 625.00 | 162.3 | 101,437.50 |
| Christina Tergevorkian | Senior Associate; Over 4 Years Of Experience; Master Of Accountancy 2018; CPA Since 2019 | 295.00 | 82.1 | 24,219.50 |
| Shelby Chaffos | Associate; Over 4 Years Of Experience; Master Of Accountancy 2018 | 240.00 | 110.5 | 26,520.00 |
| Sherry Anthon | Case Assistant; Over 3 Years Of Experience; Master Of Accountancy 2000 | 205.00 | 6.4 | 1,312.00 |
| Victoria Calder | Case Assistant; Over 4 Years Of Experience | 115.00 | 1.3 | 149.50 |
| | **Blended Rate** | **$539.18** | **557.7** | **$300,701.50** |

## COMPENSATION BY CATEGORY

| Project Categories | Total Hours | Total Fees |
| --- | --- | --- |
| **200.10** – Document / Data Analysis (Merrill DatasiteOne) | 21.7 | $11,018.50 |
| **200.30** – Document / Data Analysis (Financial / Accounting) – PeopleSoft Accounting System | 34.2 | 23,209.50 |
| **200.40** – Document / Data Analysis (Corporate) | 7.9 | 5,162.50 |
| **200.60** – Document / Data Analysis (Local Councils) | 2.6 | 1,417.00 |
| **220.00** – Debtor Operations / Monitoring (Monthly Operating Reports) | 17.4 | 8,626.50 |
| **221.00** – Debtor Operations / Monitoring (Cash Flow Reports) | 25.2 | 11,766.50 |
| **222.00** – Debtor Operations / Monitoring (Cash Collateral Reports) | 6.7 | 4,812.50 |
| **223.00** – Debtor Operations / Monitoring (Cash Management Reports) | 3.6 | 979.50 |
| **224.00** – Debtor Operations / Monitoring (Shared Services Reports) | 1.2 | 480.50 |
| **300.00** – Asset Analysis (General – Debtors) | 2.2 | 1,375.00 |
| **301.00** – Asset Analysis (General - Debtors Restricted / Identified Assets) | 25.0 | 14,645.00 |
| **303.00** – Asset Analysis (General – Local Councils) | 69.9 | 26,207.00 |
| **310.00** – Asset Analysis (Cash / Bank Accounts - Debtors) | 3.6 | 738.00 |
| **321.00** – Asset Analysis (Investments / Funds – Debtors Restricted / Identified Assets) | 7.1 | 4,462.50 |
| **323.00** – Asset Analysis (Investments / Funds – Local Councils) | 34.7 | 8,328.00 |

| | | |
|---|---|---|
| **331.00** – Asset Analysis (Real Property –Debtors Restricted / Identified Assets) | 11.3 | 7,310.00 |
| **333.00** – Asset Analysis (Real Property – Local Councils) | 52.3 | 17,344.50 |
| **500.00** – Viability Analysis | 142.7 | 89,167.00 |
| **620.00** – Claims / Liability Analysis (Pension) | 6.6 | 4,807.00 |
| **1020.00** – Meeting Preparation & Attendance | 73.5 | 53,634.50 |
| **1030.00 –** Mediation Preparation & Attendance | 0.5 | 425.00 |
| **1060.00** – Fee Application Preparation & Hearing | 7.8 | 4,785.00 |
| **Total** | **557.7** | **$300,701.50** |

## EXPENSE SUM MARY

| Expense Category | Service Provider Of Applicable Expense | Total Expenses |
|---|---|---|
| Research Services | GuideStar (guidestar.org) | $48.55 |
| **Total** | | **$48.55** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No. 20-10343 (LSS) |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, |  |
|  | Jointly Administered |
| Debtors. | **Objection Deadline: November 16, 2020 at 4:00 p.m. ET** |
|  | **Hearing Date: Scheduled only if necessary** |

**FOURTH MONTHLY APPLICATION OF BERKELEY RESEARCH GROUP,
LLC FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISORS
TO THE OFFICIAL TORT CLAIMANTS' COMMITTEE FOR THE PERIOD
FROM JUNE 1, 2020 THROUGH JUNE 30, 2020**

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy Rules"), and the Court's "*Order (I) Approving Procedures For (A) Interim Compensation And Reimbursement Of Expenses Of Related Professionals And (B) Expense Reimbursement For Official Committee Members And (II) Granting Related Relief*" (the "Interim Order"), Berkeley Research Group, LLC ("BRG" or "Applicant"), financial advisor to the Official Tort Claimants' Committee ("Tort Claimants' Committee" of "TCC"), hereby submits its Boy Scouts Of America and Delaware BSA, LLC ("Debtors") Fourth Monthly Application for Compensation and for Reimbursement of Expenses for the Period from June 1, 2020 through June 30, 2020 ("Application").

By this Application, BRG seeks a monthly allowance of compensation in the amount of $300,701.50 and expenses of $48.55 for a total allowance of $300,750.05 and payment of $240,561.20 (80% of the allowed fees) and reimbursement of $48.55 (100% of the allowed expenses) for a total payment of $240,609.75 for the period June 1, 2020 through June 30, 2020 (the "Fourth Monthly Period").  In support of this Application, BRG respectfully represents as follows:

**Background**

1.      On February 18, 2020 (the "Petition Date"), the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  On February 18, 2020, the Debtors also filed certain motions and applications seeking certain "first day" orders.  The factual background relating to the Debtor's commencement of this case is set forth in the "*Declaration of Brian Whittman In Support Of The Debtors' Chapter 11 Petitions And First Day Pleadings*" [Docket No. 16] (the "Whittman Declaration").

2.      The Debtors have continued in possession of their property and have continued to operate and manage their businesses as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee or examiner has been appointed in this Chapter 11 case.

3.      On or around March 4, 2020 (the "Committee Formation Date") the Office of the United States Trustee (the "US Trustee") formed the Tort Claimants' Committee to represent all tort claimants of the Debtors pursuant to section 1102 of the Bankruptcy Code.  See Docket No. 142.  On the Committee Formation Date, the Tort Claimants' Committee determined to retain, subject to Court approval, Pachulski Stang Ziehl & Jones LLP ("PSZJ" or "Counsel") as counsel to represent the Tort Claimants' Committee in all matters during the

pendency of this chapter 11 case.  The appointment of PSZJ was approved.

4.       After the Committee Formation Date, the Tort Claimants' Committee determined to retain, subject to Court approval, BRG as its financial advisor in the Debtors' case.  On or about April 11, 2020, the "*Order Authorizing And Approving The Retention Of Berkeley Research Group, LLC, As Financial Advisor To The Official Tort Claimants Committee Effective As Of March 6, 2020*" appointing BRG effective March 6, 2020 was approved (the "Retention Order").  The Retention Order authorized BRG to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.  A copy of the Retention Order is attached hereto as Exhibit A.

5.       On or about April 6, 2020, the Court entered the Interim Order, authorizing certain professionals ("Professionals") to submit monthly applications for interim compensation and reimbursement for expenses, pursuant to the procedures specified therein. The Interim Order provides, among other things, that a Professional may submit monthly fee applications.  If no objections are made within fourteen (14) days after service of the monthly fee application, the Debtors are authorized to pay the Professional eighty percent (80%) of the requested fees and one hundred percent (100%) of the requested expenses. Beginning with the period ending May 31, 2020, at three-month intervals, each of the Professionals must file with the court and serve an interim application for allowance of the amounts sought in its monthly fee applications for that period.  All fees and expenses paid are on an interim basis until final allowance by the Court.

6.       On June 3, 2020, BRG filed an application for fees in the amount of $281,697.00 and expenses in the amount of $0.00 for the time period covering March 6 through March 31, 2020 [Docket No. 768].

On August 7, 2020, BRG filed an application for fees in the amount of $390,313.00 and expenses in the amount of $513.74 for the time period covering April 1 through April 30, 2020 [Docket No. 1085].

On October 20, 2020, BRG filed an application for fees in the amount of $398,111.50 and expenses in the amount of $33.14 for the time period covering May 1 through May 31, 2020 [Docket No. 1554].

## BRG's APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES

### Compensation Paid and Its Source

7.    All services for which BRG requests compensation were performed for or on behalf of the Tort Claimants' Committee.

8.    BRG has received no payment and no promises for payment from any source other than the Debtors for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application.  There is no agreement or understanding between BRG and any other person other than the partners / directors of BRG for the sharing of compensation to be received for services rendered in this case.

### Fee Statements

9.    The fee statements for the Fourth Monthly Interim Period are attached hereto as Exhibit B.  Exhibit B provides the detailed time entries for the services provided by category by BRG as financial advisor to the Tort Claimants' Committee as well as the detail of all expenses expended.  To the best of BRG's knowledge, this Application complies with

sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules and the Interim Order. BRG's time reports are recorded contemporaneously at the time the work is performed.

10.     BRG is particularly sensitive to issues of "lumping" and, unless time was spent in one-time frame on a variety of different matters for a particular client, separate time entries are set forth in the time reports. BRG's charges for its professional services are based upon the time, nature, extent and value of such services and the cost of comparable services other than in a case under the Bankruptcy Code. BRG has reduced its charges related to any non-working "travel time" to fifty percent (50%) of BRG's standard hourly rate. To the extent it is feasible, BRG professionals work during travel.

<u>**Actual and Necessary Expenses**</u>

11.     BRG charges $0.10 per page for photocopying expenses related to cases, such as these, arising in Delaware. BRG charges $0.25 per page for out-going facsimile transmissions. There is no additional charge for long distance telephone calls on faxes. The charge for outgoing facsimile transmissions reflects BRG's calculation of the actual costs incurred by BRG for the machines, supplies and the extra labor expenses associated with sending telecopies and are reasonable in relation to the amount charged by outside vendors who provide similar services. BRG does not charge for the receipt of faxes in these cases.

12.     With respect to providers of on-line research services (e.g., LEXIS and PACER), BRG charges the standard usage rates these providers charge for computerized legal research. BRG bills its clients the actual amounts charged by such services, with no premium.

13.     BRG believes the foregoing rates are the market rates that the majority of similar firms / providers charge clients for such services.

**Summary of Services Rendered**

14.     The names of the directors and associates of BRG who have rendered professional services in this case during the Fourth Monthly Period, and the paraprofessionals and case assistants of BRG who provided services to these professionals during the Fourth Monthly Period, are set forth in the attached Exhibit B.  Resumes of each individual that describe the education and qualifications of the professionals and paraprofessionals for BRG whose time constitutes a basis for this Application are attached as Exhibit C.

15.     Exhibit D is a schedule of Applicant's normal hourly billing rates during the Fourth Monthly Period.  These were the rates charged by Applicant's personnel to solvent clients where Applicant ordinarily receives payment in full within less than 90 days.  Applicant carefully reviewed all time charges to ensure they were reasonable and non-duplicative.  Costs and disbursements were also reviewed.  Time was billed in tenths of an hour.

16.     BRG, by and through such persons, has prepared and / or assisted in the preparation of various motions submitted to the Court for consideration, advised the Tort Claimants' Committee on a regular basis with respect to various matters in connection with the Debtor's bankruptcy case, and performed all necessary professional services which are described and narrated in detail below.  BRG's efforts have been extensive due to the size and complexity of the Debtor's bankruptcy case.

**Summary of Services by Project**

17.     The services rendered by BRG during the Fourth Monthly Period can be grouped into the categories set forth below. BRG attempted to place the services provided

in the category that best relates to such services. However, because certain services may

relate to one or more categories, services pertaining to one category may in fact be

included in another category.  These services performed, by categories, are generally

described below, with a more detailed identification of the actual services provided set

forth in the attached Exhibit B.  Exhibit B identifies the professionals and

paraprofessionals who rendered services relating to each category, along with the number

of hours for each individual and the total compensation sought for each category.

> **A.      200.01 – Document / Data Analysis (Merrill DatasiteOne)**

18.      BRG continued its review and analysis of thousands of pages of documents,

data and information uploaded by the Debtors into the Merrill DatasiteOne Data Rooms

("Data Rooms"), including over 2,900 new documents.  At the end of June 2020, the

Debtors had uploaded approximately 5,600 individual documents into three separate Data

Rooms, which consisted of approximately 133,700 individual pages. As part of its continued

review and analysis, BRG examined a number of categories of documents, including Local

Council documents, asset and liability records, financial statements (including related

supporting documents and electronic accounting system data), corporate / organization

records (including board minutes), and periodic reports filed / uploaded by the Debtors.

Applicant's review of Data Room documents has assisted in and will continue to facilitate

its on-going analyses and investigations.

Applicant continued to work closely with Counsel in its review and examination of

the Debtors' Data Room documents in order to identify key documents, respond to

inquiries from Counsel and avoid duplication of effort. Pursuant to Counsel request, BRG

has prepared weekly Data Room indexes in order to identify new documents uploaded,

existing documents removed and other modifications to the Data Room.

Fees: $11,018.50;            Hours: 21.7

**B.    200.30 – Document / Data Analysis (Financial / Accounting) - PeopleSoft Accounting System**

19.    BRG continued its evaluation of the Debtors' PeopleSoft accounting system. BRG analyzed various PeopleSoft accounting reports received from the Debtors and their financial advisors, identified inconsistencies and issues with these reports, and  coordinated with the Debtor, IBM, and the TCC PeopleSoft consultant to gain access to the BSA PeopleSoft accounting system. BRG also evaluated issues surrounding the Debtor's rejection of the Oracle contract relating to the PeopleSoft system and addressed issues with the TCC.

BRG obtained access to the PeopleSoft accounting system during this Fourth Monthly Period. Once access was obtained, BRG began working with the TCC PeopleSoft consultant to develop queries and various reports from the BSA PeopleSoft system to evaluate detailed transaction data of the Debtor, Non-Debtor, and Local Councils. To maximize efficiency, BRG and the TCC PeopleSoft consultant attended weekly status calls to discuss on-going assignments, issues involving the PeopleSoft data and reporting, and to coordinate additional assignments including the preparation of additional PeopleSoft queries and reports.

The PeopleSoft data is vital to BRG's on-ongoing and pending analysis and will allow BRG to efficiently analyze the Debtors' historic and current operations and financial activity. In addition, the PeopleSoft data will assist BRG in its identification and analysis of assets available to the Debtors' creditors.

Fees: $23,209.50;            Hours: 34.2

**C.**     **200.40 – Document / Data Analysis (Corporate)**

20.     BRG examined corporate documents and records of the Debtors, including board minutes from the Executive Board and Executive Committee. BRG's review of board minutes has assisted in and will continue to facilitate its on-going analyses and investigations of a number of critical areas, including assets (including alleged restrictions), claims, operations, organizational structure, relationships between the Debtors, Local Councils and Non-Debtor Related Entities.

Fees: $5,162.50;          Hours:  7.9

**D.**     **200.60 – Document / Data Analysis (Local Councils)**

21.     BRG continued its examination of Local Council documents, including balance sheets and other financial data uploaded for numerous Local Councils.

Fees: $1,417.00;          Hours:  2.6

**E.**     **220.00 – Debtor Operations / Monitoring (Monthly Operating Reports)**

22.     BRG reviewed the Debtors' monthly operating reports for March and April 2020. As part of its analysis, BRG analyzed and compared account balances set forth in the March and April 2020 monthly operating reports with balance sheet account balances as of the petition date (as obtained from trial balances and the Debtors' bankruptcy schedules). In addition, BRG identified questions and potential requests for additional supporting documentation related to transactions detailed in the March and April 2020 monthly operating reports.

Fees: $8,626.50;          Hours: 17.4

**F.**     **221.00 – Debtors Operations / Monitoring (Cash Flow Reports)**

23.     BRG continued its analysis of weekly cash flow budgets and actual results

13

in order to identify and understand variances in actual results as compared to budgeted amounts. Such comparisons include a rolling analysis of budgeted and actual results based on updated cash flow budgets provided by the Debtors. BRG also made comparisons of updated budgets to prior budgets in order to understand variances from budget to budget. Budgets reviewed by BRG covered the time period from February 14, 2020 through September 4, 2020.

The aforementioned analysis enables BRG to better evaluate the Debtors' financial performance as well as the Debtors' ability to forecast future financial performance. BRG will continue to provide services monitoring the Debtors' cash flows and operations and report its findings to counsel and the TCC to keep them informed of the Debtors' ongoing operations.

Fees: $11,766.50;          Hours: 25.2

**G.**     **222.00 – Debtors Operations / Monitoring (Cash Collateral Reports)**

24.     BRG evaluated issues in connection with the Perfection Memorandum and proposed Challenge Stipulation, including issues associated with the description of inadequacy of capitalization. This evaluation was needed in connection with continued negotiations relating to the Debtor's use of cash collateral.

Fees: $4,812.50;          Hours: 6.7

**H.**     **223.00 – Debtors Operations / Monitoring (Cash Management Reports)**

25.     During the Fourth Monthly Period, BRG continued its analysis of periodic reports provided by the Debtors regarding cash receipts and disbursements. As part of this analysis, BRG analyzed over 1,940 individual receipts totaling over $26.9 million and approximately 15,100 disbursements totaling over $42.2 million. This analysis is ongoing

and allows Counsel and the TCC to monitor the Debtor's cash transactions and related activity.

Fees: $979.50;                    Hours: 3.6

**I.        224.00 – Debtors Operations / Monitoring (Shared Services Reports)**

26.     During the Fourth Monthly Period, BRG continued its analysis of reports provided by the Debtors regarding cash receipts and disbursements related to non-debtor affiliates and local councils. BRG analyzed over 2,910 receipts totaling over $29.4 million, over 1,310 disbursements totaling approximately $1.7 million and 624 intercompany transfers totaling approximately $19.5 million. This analysis is ongoing and allows Counsel and the TCC to monitor the Debtor's activity in relation to the Shared Services order.

Fees: $480.50;                    Hours: 1.2

**J.        300.00 – Asset Analysis (General – Debtors)**

27.     BRG analyzed the Debtors' general unrestricted assets. In particular, BRG examined documents recently produced by the Debtors and updated its asset analysis accordingly.

Fees: $1,375.00;                 Hours: 2.2

**K.       301.00 – Asset Analysis (General - Debtors Restricted / Identified Assets)**

28.     BRG continued it analysis of assets identified by the Debtors as being restricted or otherwise unavailable to creditors. As part of this analysis, BRG investigated gifts, pledges and real estate (including high adventure facilities). BRG also examined documentation provided to date by the Debtors related to these assets. BRG updated its restricted asset analysis in order to include its findings. BRG's on-going examination of restricted assets identified by the Debtors will benefit its analyses and investigations,

including its identification and analysis of potential assets available to the Debtors'
creditors.

Fees: $14,645.00;          Hours: 25.0

**L.**     **303.00 – Asset Analysis (General – Local Councils)**

29.     BRG continued its preliminary analyses / investigations into assets available
to the Committee, including assets held by Local Councils. As part of this analysis, BRG
updated its analysis of Forms 990 for all 260 Local Councils. BRG continued its research of
real estate information available on Local Council websites (including updating its master
schedule pursuant to its findings). BRG also continued its examination of assets identified in
document productions provided by the 8 members of the Local Council Ad Hoc Committee
(specifically Andrew Jackson Council, Atlanta Area Council, Crossroads of America
Council, Denver Area Council, Grand Canyon Council, Greater New York Council, Mid-
America Council and Minsi Trails Council). Documents produced by these Local Councils
generally related to real estate, restricted assets and income producing assets.

BRG's on-going examination of local council assets and related documentation will
benefit its analyses and investigations, including its identification and analysis of potential
assets available to the Debtors' creditors.

Fees: $26,207.00;          Hours: 69.9

**M.**     **310.00 – Asset Analysis (Cash / Bank Accounts – Debtors)**

30.     BRG continued its examination of bank account statements and bank account
reconciliation files uploaded by the Debtors for over 70 bank accounts. BRG's analysis of
the Debtors bank accounts will benefit its on-going analyses and investigations, including
its identification and analysis of potential assets available to the Debtors' creditors.

Fees: $738.00;                Hours: 3.6

**N.       321.00 – Asset Analysis (Investments / Funds - Debtors Restricted / Identified Assets)**

31.       BRG continued its analysis of the BSA Commingled Endowment Fund ("CEF"), including supporting documentation uploaded by the Debtors' for the various participants in the CEF and related data recorded in the Debtors' PeopleSoft accounting system. BRG's analysis of the CEF will benefit its on-going analyses and investigations, including its identification and analysis of potential assets available to the Debtors' creditors.

Fees: $4,462.50;               Hours: 7.1

**O.       323.00 – Asset Analysis (Investments / Funds – Local Councils)**

32.       BRG initiated an analysis of assets reported by Local Councils, including restricted assets and income producing assets. BRG evaluated assets related to all Local Councils which produced asset documentation during June 2020. BRG updated its master schedule of Local Council assets pursuant to its analysis. BRG's analysis of Local Council assets will benefit its on-going analyses and investigations, including its identification and analysis of potential assets available to the Debtors' creditors.

Fees: $4,462.50;               Hours: 7.1

**P.       331.00 – Asset Analysis (Real Property - Debtors Restricted / Identified Assets)**

33.       BRG continued its analysis of real property identified by the Debtors as being restricted or otherwise unavailable to creditors, including the Debtors' high adventure facilities. As part of this analysis, BRG examined documentation uploaded by the Debtors to

the Data Room, including deeds and other conveyances. BRG's examination of restricted

real estate assets identified by the Debtors will benefit on-going and pending analyses and

investigations, including its identification and analysis of potential assets available to the

Debtors' creditors.

> Fees: $7,310.00;      Hours: 11.3

**Q.      333.00 – Asset Analysis (Real Property – Local Councils)**

34.    BRG continued its analysis of Local Council real estate holdings, including

updating its master Local Council asset schedule. As part of this analysis, BRG evaluated

real estate related to all Local Councils which produced asset documentation during June

2020. Based on its analysis, BRG has identified over 1,300 real estate holdings, including

camps, reservations, service centers and scout shops. BRG's analysis of the Local

Councils' real estate holdings will benefit its on-going analyses and investigations,

including its identification and analysis of potential assets available to the Debtors'

creditors.

> Fees: $17,344.50;      Hours: 52.3

**R.      500.00 – Viability Analysis**

35.    BRG continued its analysis of the on-going viability of the Debtors'

operations, including 8 business units of the Debtors' and 6 Related Non-Debtors. This

analysis included a detailed analysis of approximately 3.3 million general ledger entries

provided by the Debtors for the years 2017 through 2019. BRG began its analysis of the data

by individual business unit and for each Related Non-Debtor for each available year. This

analysis included revenue and expense amounts and trends. BRG analyzed payroll, benefits

and employment expenses for each business unit and entity. BRG incorporated actual and

projected RIF's (reductions in force) into this analysis in order to modify projections for these changes.  BRG also developed a viability forecast for the years 2021 through 2025 for each individual business unit and Related Non-Debtor entity. BRG initiated a detailed study of membership, including the impact of historical declines and price sensitivity based on registration fee increases.  BRG also incorporated into the membership analysis the impact of the departure of the LDS youth and adult leaders.

The viability analysis includes hundreds of assumptions which flow through the various business units and non-debtor entities. Because of this approach, changes to the assumptions can be made to determine the sensitivity of those assumptions as well as modify the viability analysis as additional information is accumulated.

In order to establish reasonable assumptions for the viability forecast, BRG analyzed forecasts and budgets provided by the Debtors. BRG used this information as well as historical trends to determine a reasonable membership forecast for the years 2021 through 2025. BRG updated this information based on each subsequent forecast and 13-week budget provided by the Debtors.

This analysis is ongoing and will continue to be updated as additional records are received from the Debtors. Forecasts and budgets provided by the Debtors have been impacted significantly by COVID-19. Actual operating revenues and expenses have been impacted in a negative way and BRG is including a modified "return to normal" for the Debtors.

Fees: $89,167.00;          Hours: 142.7

**S.      620.00 – Claims / Liability Analysis (Pension)**

36.      BRG analyzed the Debtors' pension plans, including the retirement and

restoration plans. BRG examined documentation produced to date by the Debtors related to these plans. In addition, BRG evaluated issues related to the Pension Benefit Guaranty Corporation ("PBGC"). Finally, BRG investigated $60 million paid by the Debtors into the retirement plan in April and May 2019.

> Fees: $4,807.00;           Hours: 6.6

**T.**    **1020.00 – Meeting Preparation & Attendance**

37.    During the Fourth Monthly Period, BRG prepared for and participated in various conference calls with Counsel, TCC members counsel, TCC members, Debtors' counsel, Debtors' financial advisors, UCC counsel, UCC financial advisors, and / or other BRG personnel regarding various case issues and assignments.

As requested by the TCC, BRG attended periodic meetings with the TCC members and / or TCC members counsel in order to report on its analyses and investigations and to coordinate additional work to be performed. In addition, the Debtors' financial advisors presented a financial update during the Fourth Reporting Period. BRG prepared for and attended this meeting. In addition, BRG reviewed financial projection materials provided by the Debtors' financial advisors and followed-up with questions and requests for additional documentation, data and information from the Debtors. BRG held a follow-up call with the Debtors' financial advisors in order to discuss the updated financial projections. As part of its services, BRG reported its findings to the TCC members during regarding the Debtors' updated financial projections.

In order to coordinate and ensure the greatest value is achieved from the complex analyses and investigations performed, BRG held periodic meetings involving certain members of its team. BRG kept these meetings to the minimum required in order to

guarantee the benefit of its services to the creditors and to the Debtors. For example, analysis of PeopleSoft accounting data being performed by one member of BRG's team can benefit other separate analyses being conducted simultaneously by other team members (including analyses of Debtors assets, Local Council assets, alleged asset restrictions, real estate, liabilities, claims and other critical issues). Periodic meetings between key individuals allow for communication and collaboration, thus providing the greatest value of services rendered.

Fees: $53,634.50;          Hours: 73.5

**U.      1030.00 – Mediation Preparation & Attendance**

38.     During the Fourth Monthly Period, BRG evaluated issues related to the mediation process.

Fees: $425.00;           Hours: 0.5

**V.      1060.00 – Fee Application Preparation & Hearing**

39.     BRG finalized and filed its initial fee application for the March 2020 time period (including fee application narrative and related exhibits and a review of all related time entries and expenses to ensure benefit to the estate). BRG continued its preparation of its April 2020 fee application (including fee application narrative and related exhibits and a review of all related time entries and expenses to ensure benefit to the estate) and began its preparation of its May 2020 fee application. Of note, prior to filing any fee application in this matter, BRG provides it fees and expenses to the TCC for review and comment and only files a fee application after it receives TCC approval of its fees and expenses.

Fees: $4,785.00;          Hours: 7.8

### Valuation of Services

40.     Professionals and paraprofessionals of BRG expended a total of 557.7 hours as

financial advisors to the Tort Claimants' Committee during the Interim Period, as follows:

| Name of Professional | Title & Experience | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| R. Todd Neilson | Managing Director; Over 40 Years Experience; BS Accountancy 1975; CPA Since 1981 | $850.00 | 37.0 | $31,450.00 |
| David H. Judd | Managing Director; Over 40 Years Of Experience; Master Of Accountancy 1980 | 750.00 | 112.7 | 84,525.00 |
| Vernon Calder | Managing Director; Over 37 Years Of Experience; Master Of Accountancy 1983 | 745.00 | 0.8 | 596.00 |
| Paul N. Shields | Managing Director; Over 32 Years Of Experience; Master Of Business Administration 1992; CPA Since 1991 | 715.00 | 19.2 | 13,728.00 |
| D. Ray Strong | Managing Director; Over 25 Years Of Experience; Master Of Accountancy 1995; CPA Since 1997 | 660.00 | 25.4 | 16,764.00 |
| Matthew K. Babcock | Associate Director; Over 22 Years Of Experience; Master Of Accountancy 1998; CPA Since 2000 | 625.00 | 162.3 | 101,437.50 |
| Christina Tergevorkian | Senior Associate; Over 4 Years Of Experience; Master Of Accountancy 2018; CPA Since 2019 | 295.00 | 82.1 | 24,219.50 |
| Shelby Chaffos | Associate; Over 4 Years Of Experience; Master Of Accountancy 2018 | 240.00 | 110.5 | 26,520.00 |
| Sherry Anthon | Case Assistant; Over 3 Years Of Experience; Master Of Accountancy 2000 | 205.00 | 6.4 | 1,312.00 |
| Victoria Calder | Case Assistant; Over 4 Years Of Experience | 115.00 | 1.3 | 149.50 |
| | **Blended Rate** | **$539.18** | **557.7** | **$300,701.50** |

40.    The nature of work performed by these individuals is fully set forth in <u>Exhibit B</u> attached hereto.  These are BRG's normal hourly rates for work of this character.  The reasonable value of the services rendered by BRG for the Tort Claimants' Committee during the Fourth Monthly Period is $300,701.50.

41.    In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by BRG is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.  Moreover, BRG has reviewed the requirements of Del. Bankr. LR 2016-2 and the Interim Order and believes that this Application complies with such Rule and Order.

WHEREFORE, BRG respectfully requests that, for the period June 1, 2020 through June 30, 2020, an interim allowance be made to BRG for compensation in the amount of $300,701.50 and expenses in the amount of $48.55 for a total allowance of $300,750.05 and payment of $240,561.20 (80% of the allowed fees) and reimbursement of $48.55 (100% of the allowed expenses) be authorized for a total payment of $240,609.75.

Dated this **30**<sup>th</sup> day of October, 2020.

R. Todd Neilson, CPA
Berkeley Research Group, LLC
201 South Main Street, Suite 450
Salt Lake City, Utah 84111

Financial Advisor to the Official Tort
Claimants' Committee

## VERIFICATION

STATE OF UTAH    COUNTY OF

SALT LAKE:

     R. Todd Neilson, after being duly sworn according to law, deposes and says:

     a)   I am a Certified Public Accountant and am a Managing Director with Berkeley Research Group, LLC ("BRG").

     b)   I have read the foregoing *"Fourth Monthly Application Of Berkeley Research Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses Incurred As Financial Advisors To The Official Tort Claimants' Committee For The Period From June 1, 2020 Through June 30, 2020"* (the "Application") and know the contents thereof. I certify the facts stated therein are true of my own knowledge, except for those stated upon information and belief, which I believe to be true. If called upon I could and would testify completely thereto.

     c)   I have reviewed Del. Bankr. LR 2016-2 and the Interim Order signed on or about April 6, 2020, and submit that the Application substantially complies with such Rule and Order.

Dated this 30th day of October, 2020.

R. Todd Neilson

SUBSCRIBED AND SWORN to before me this 30 day of October, 2020.

Notary Public
My Commission Expires: 02-21-2024



ELIZABETH FLOWERS
NOTARY PUBLIC · STATE OF UTAH
COMMISSION# 710676
COMM. EXP. 02-21-2024

24