# EXHIBIT C

**Curriculum Vitae**



### R. Todd Neilson
### Managing Director

BERKELEY RESEARCH GROUP, LLC
2029 Century Park East, Suite 1250
Los Angeles, California 90067

Direct: 310.499.4934
Fax: 310.557.8982
tneilson@thinkbrg.com

## SUMMARY

R. Todd Neilson is currently a Managing Director at Berkeley Research Group LLC. Previously, Mr. Neilson was a Partner with Arthur Andersen and a Director with LECG LLC. He was a founding partner of Neilson Elggren LLP (formerly Neilson, Elggren, Durkin & Co.). He is one of the nation's foremost experts in bankruptcy and forensic accounting with over forty years combined experience in public accounting and as a Special Agent with the FBI.

In 1986, he was a founding partner of Neilson, Elggren, Durkin and Co., which was acquired by an international financial consulting firm in March 1998, where Mr. Neilson was a partner from March 1998 to September 2000. Prior to 1986, he was a manager in the Litigation/Consulting Services department of the international CPA firm of KPMG (formerly KMG/Main Hurdman) for four years and also served as a Special Agent in the Federal Bureau of Investigation, specializing in accounting investigation of white-collar and organized crime. Due to his background, Mr. Neilson offers a unique set of skills in the areas of financial consulting and as an expert in the field of forensic accounting and fraud litigation.

Mr. Neilson is a seasoned professional having acted as a Trustee, financial consultant and expert witness in numerous high-profile accounting related litigation engagements involving complex bankruptcy reorganization matters including accounting and fraud issues, tracing of funds, financial data reconstruction, damages and lost profits, Ponzi and RICO matters, valuation, and business viability issues. Mr. Neilson has acted as bankruptcy Trustee for notable clients such as Mike Tyson, Suge Knight and Death Row Records. As Trustee, he has also operated, and negotiated the sale of an extremely large and diverse array of assets, including one of the largest Ford dealerships in the nation, an ownership interest in both the Los Angeles Kings' and Nashville Predators' hockey franchises, luxury hotels, sand and rock quarries, antique art collections, real estate, and trucking companies. Having evaluated and sold well over $1 billion dollars of assets, Mr. Neilson brings substantial credibility to the court - credibility borne of practical, not just theoretical experience.

Mr. Neilson is a nationally recognized expert in bankruptcy and accounting having served on the national Board of Directors of the Association of Insolvency and Restructuring Advisors, Chairman of the Securities Advisory Board in the State of Utah, faculty for the Certified Fraud Examiners, and a member of the Society of the Former Special Agents of the Federal Bureau of Investigation. He has spoken on bankruptcy, litigation support, valuation and fraud related topics to numerous professional groups such as American Institute of Certified Public Accountants (AICPA), National Conference of Bankruptcy Judges, California and Utah Society of CPA's and numerous colleges and universities throughout the United



States. Mr. Neilson formerly served as an Associate Professor in the Graduate School of Accounting at the University of Utah, where he taught the course on Forensic Accounting. He has also provided regular instruction on accounting and fraud related litigation issues at the FBI Academy to CPA/FBI Agents and to Postal Inspectors at the United States Postal Service national training center. He was a co-author of the *AICPA Bankruptcy Practice Guide*, issued as a practice aid to all CPA's in the United States and co-author of *The CPA's Handbook of Fraud and Commercial Crime Prevention*, also issued by the AICPA. He was also inducted as a fellow in the prestigious American College of Bankruptcy, one of only a handful of CPA's in the United States given that honor.

Mr. Neilson has been involved in some of the highest profile litigation and bankruptcy matters in the nation.  Highlighted below are some of the cases, which demonstrate his unique background and experience.

## EXAMPLES

*Boy Scouts of America*
Mr. Neilson has been acting as Financial Advisor, with other BRG professionals, to the Torts Claimants' Committee ("TCC") in the recently filed bankruptcy of the Boy Scouts of America ("BSA"). He is providing accounting expertise in the multi-faceted issues facing the highly complex matters in the BSA Chapter 11 Bankruptcy.

*American Suzuki Motor Corporation*
American Suzuki Motor Corporation ("ASMC"), a California corporation and a subsidiary of parent Suzuki Motor Corporation ("SMC"), filed a Chapter 11 Bankruptcy in November 2012, which effectively allowed for the transfer and sale of all business assets of ASMC, not affiliated with car sales, to SMC and facilitated the withdrawal of Suzuki from all new car sales in the United States. Prior to the filing, R. Todd Neilson, and another independent Board member, was added to the ASMC Board of Directors. Neilson, and the other independent Director, constituted a separate Committee ("Committee") and were tasked with the responsibility of reviewing the underlying assets of the Debtor, the intended Plan of Reorganization and implementation of the proposed Plan in order to make an independent decision as to the filing of a Chapter 11. The Committee ultimately authorized the filing of the ASMC Chapter 11, monitored the administration of the Bankruptcy, and following confirmation of the Chapter 11 Plan, remained as an Advisory Board to review the implementation of the Plan and distribution of assets pursuant to the Plan.

*Tremont v. KPMG*
R. Todd Neilson was engaged as a damage expert in the litigation between Tremont Holdings Group Inc. ("Tremont") and KPMG in relation to investments made with Bernard L. Madoff Investment Securities ("BMIS"). Tremont was the second largest investor with BMIS with billions of dollars invested over fourteen years. Following the appointment of Irving Picard as Chapter 11 Trustee, Picard brought litigation against Tremont and related entities asserting a number of avoidance actions and equitable subordination claims. As a result of that litigation, Tremont settled with Picard for over a billion dollars. Subsequent to the settlement, a complaint was filed by Tremont against KPMG as independent auditors of the Tremont funds asserting billions of dollars in damages as a result of KPMG's audit insufficiencies. Neilson was asked to provide an expert opinion as to the damages suffered by the Tremont entities due to the alleged inadequacies in the KPMG audits. Neilson issued an expert report in April 2013 contesting the damages asserted against KPMG by Tremont. As a result of the expert report, the Tremont claimants withdrew their previously asserted damage analysis.



*Solyndra LLC*
In late 2011, following a national search by the Solyndra Board of Directors, Mr. Neilson was appointed as Chief Restructuring Officer (CRO) of Solyndra, the US manufacturer of solar photovoltaic power systems specifically designed for large commercial and industrial rooftops.  On August 31, 2011, subsequent to receiving a $535 million loan guarantee from the Department of Energy (DOE), Solyndra had approximately 968 full time employees and 211 temporary employees.  On September 6, 2011, Solyndra was unable to continue active business operations and filed a Chapter 11 Bankruptcy.  Mr. Neilson supervised the efforts at selling the remaining assets of Solyndra and also provided a detailed report concerning Solyndra business operations to both the Court and other interested parties.

*Ezri Namvar*
Mr. Neilson is acting as Chapter 11 Trustee for the Ezri Namvar bankruptcy.  Mr. Namvar, a well known member of the Iranian Jewish Community in Los Angeles, has received $3 billion in investments and loans over the past 5 years and disbursed those funds through close to 400 separate LLC's involving ownership in a wide array of assets such as hotels, golf courses, low-income housing projects, pistachio farms, conference center sites, medical buildings and ground leases.  Mr. Neilson is assisting in the task to untangle this multitude of inter-related LLC's involving Mr. Namvar.  Mr. Namvar was convicted of fraud following a trial and is presently incarcerated in a federal prison.

*Roman Catholic San Diego Diocese Chapter 11 Bankruptcy*
In April 2007, Mr. Neilson was the Court Appointed Expert in the Chapter 11 Bankruptcy of the Roman Catholic San Diego Diocese.  The Court charged Mr. Neilson with providing an expansive report into the accounting and financial operations of the San Diego Diocese as well as related Catholic Parishes.  It was the first time an independent Expert has been appointed for such a task in regards to a number of the Diocese bankruptcies throughout the United States.

*Le Nature Chapter 11 Bankruptcy*
In 2007, Mr. Neilson was appointed Chapter 11 Bankruptcy Trustee in Le Nature, a water, iced tea, and juice drink distributor located in Latrobe, Pennsylvania and Phoenix, Arizona.  Mr. Neilson supervised the liquidation of Le Nature bottling plants and other assets as well as directed the forensic accounting analysis of a purported $750 million accounting fraud perpetrated upon the creditors of Le Nature and related companies.

*Michael Tyson and Michael Tyson Enterprises*
Michael Tyson, former heavyweight champion of the world, and Michael Tyson Enterprises Inc. filed for bankruptcy protection in August 2003.  Neilson Elggren was appointed as financial consultants and crisis managers for Mr. Tyson and Michael Tyson Enterprises Inc.  Mr. Neilson was the responsible partner for that engagement.

*Adelphia Communications Corp*
In August 2002, Neilson Elggren was appointed as Accountants to the Official Committee of Unsecured Creditors in the Adelphia Communications Corp ("Adelphia") bankruptcy.  The Adelphia bankruptcy was the 6th largest cable company in the nation.  Their filing constituted one of the largest bankruptcies in history encompassing over 200 subsidiaries and approximately $21 billion in accumulated debt.  Mr. Neilson acted as the primary partner in charge of the engagement.  The prior owners of Adelphia, members of the Rigas family, were alleged to have engaged in the systematic looting of Adelphia.  Neilson Elggren was engaged to the voluminous financial transactions of Adelphia and provide expert testimony as to their findings.



*DVI, Inc.*
DVI filed for Chapter 11 Bankruptcy protection on August 25, 2003. R. Todd Neilson was appointed as Examiner and conducted an extensive investigation of financial transactions involving the assets, liabilities, operations and financial condition of DVI and its subsidiaries (including all transactions and relationships between debtor and non-debtor subsidiaries and affiliates). DVI, with assets of approximately $3 billion, provided financing for diagnostic imaging and other sophisticated medical equipment. As part of its financing operations, DVI originated hundreds of millions of dollars in financing contracts and sold these contracts to institutional investors through over thirty (30)) investment-grade securitization vehicles. The accounting examination included the accounting practices of the debtor and any and all allegations of fraud, dishonesty, incompetence, misconduct, mismanagement, or financial and / or corporate irregularities. Mr. Neilson coordinated a cooperative effort involving numerous law enforcement and government agencies, including the Office of the U.S. Trustee, the United States Attorneys' Office in Delaware and Pennsylvania, the Securities and Exchange Commission ("SEC"), the Federal Bureau of Investigation ("FBI"), and the United States Postal Service ("Postal Service"), all of which were tasked with conducting further investigations based upon the findings in the Examiner's report.

*IT Group*
In April 2002, R. Todd Neilson was appointed examiner in IT Group, a Chapter 11 bankruptcy in the District of Delaware. IT Group was a leading provider of services in the areas of consulting, engineering and construction, remediation, and facilities management. In 2000, IT Group had over 7,500 employees in 80 domestic offices and 10 international offices and its annual revenues on a consolidated basis were approximately $1.4 billion. Neilson provided a detailed report detailing the assets, liabilities, valuation and financial condition of IT Group as well as its capabilities of confirming a stand-alone plan of reorganization versus a sale of existing assets to an interested purchaser.

*Allegheny Health, Education and Research Foundation*
Chapter 11- Financial Advisors to Mellon Bank Group in Pittsburgh, Pennsylvania – AHERF was a large conglomerate of medical hospitals and research centers located in the eastern part of the US. Neilson Elggren was engaged as financial advisors to Mellon Bank Group Credit Facility to provide expert testimony concerning whether the substantive consolidation was justified for AHERF, and whether the Plan of Reorganization ("Plan") as proposed by the AHERF Trustee unfairly prejudiced one or more creditors. Neilson Elggren prepared a detailed report in response to the Plan, which resulted in a settlement favorable to the Mellon Bank Group.

*Reed Slatkin*
Reed Slatkin, one of the co-founders of Earthlink, filed Chapter 11 bankruptcy in 2001 following pending legal actions by many of the individuals who had invested millions of dollars with Slatkin under the promise of substantial returns. Neilson Elggren investigated Slatkin's enterprises and business practices over a period of fifteen years and provided a report detailing one of the largest Ponzi schemes in California history involving over $600 million of business transactions during that period. Mr. Neilson was appointed as Trustee in the Slatkin bankruptcy and was given the responsibility of liquidating substantial assets throughout the United States, including hotels, unimproved real estate, shopping malls, interests in movie production companies, and other substantial equity investments. Slatkin pled guilty and was incarcerated for a lengthy period in a federal prison.

*Charles Keating/Lincoln Savings*
Mr. Neilson was engaged as an expert witness in the litigation involving Charles Keating and American



Continental Corporation, the parent company of Lincoln Savings, and the bondholders who invested approximately $250 million in the debentures of American Continental.  He directed the review of approximately $727 million, which passed through American Continental from 1984 through 1989 and testified as to the findings in the federal District Court in Tucson, Arizona.  The day after Mr. Neilson's testimony, two major defendants settled for over $90 million.  Total settlements in this matter exceeded $300 million.

*Bruce McNall Chapter 11 Bankruptcy*

Mr. Neilson was appointed Chapter 11 Trustee in the personal bankruptcy of Bruce McNall in Los Angeles.  Mr. McNall's holdings include ownership of the Los Angeles Kings hockey franchise, ownership interest in the Toronto Argonauts Canadian football franchise, as well as considerable holdings in thoroughbred horses, rare coins and antiques, and sports memorabilia.  Mr. McNall was incarcerated for bank fraud.  Mr. Neilson supervised the accounting investigation into Mr. McNall's past activities, which included tracing of over $2.5 billion in cash and asset transfers

*Technical Equities Chapter 11*

Mr. Neilson directed the accounting analysis detailing the financial demise of Technical Equities, a San Francisco based investment company and reportedly the largest investor fraud case in U.S. history at that time.  Harry Stern, former chief executive officer of Technical Equities, was sentenced to Federal prison for his role in the investor fraud.  Mr. Neilson and his professionals traced almost $600 million in cash and prepared a damage analysis.  As a result of his testimony, a settlement was achieved for the benefit of the creditors of Technical Equities.

*Adnan Khashoggi/Triad America*

He accepted the responsibility as Trustee of Triad America Corporation in the United States Bankruptcy Court.  Triad America is the parent corporation of sixty separate companies with $200 million in total claims.  Mr. Neilson directed the accounting and litigation effort, which resulted in the freezing of all assets in the United States, owned by Adnan and Essam Khashoggi and the subsequent payment of $32 million by Adnan Khashoggi to the bankruptcy estate.

*Property Mortgage Company*

Property Mortgage Company was a second mortgage company which had operated successfully in the Southern California area for over 40 years.  The company filed for bankruptcy protection, asserting debts in excess of $100 million dollars to approximately 1,000 investors.  Mr. Neilson was appointed as Trustee.  In that capacity, he supervised the analysis of hundreds of millions of dollars flowing through the company.  Based upon that review, we concluded that for a number of years prior to its demise the company had been operating a Ponzi scheme, paying old investors with the funds secured from fresh investors.  As a result of our accounting investigation the President and Chief Executive Officer as well as two other participants were convicted of fraud.

*Dovie Beams de Villagran*

Mr. Neilson was appointed by the Federal Bankruptcy Court in California as Examiner in the bankruptcy of Dovie Beams de Villagran, former mistress of Ferdinand Macros.  As a result of the report filed with the Court and Mr. Neilson's testimony, Mrs. de Villagran was convicted on thirty-nine counts of bank fraud and embezzlement for filing false and misleading financial statements with federally insured banks.

**EMPLOYMENT HISTORY**



- Provided full-time Humanitarian service for schools, orphanages and women's clinics in Zimbabwe for the Church of Jesus Christ of Latter-Day Saints from May 2016 to November 2017.
- LECG, LLC – Mr. Neilson was a director of the NE Group at LECG that provided a combination of bankruptcy services, forensic and investigative accounting services, litigation consulting, corporate recovery and reorganization, valuation and tax services.
- Neilson Elggren LLP – Mr. Neilson was one of the founding partners of a practice that provided a combination of bankruptcy services, forensic and investigative accounting services, litigation consulting, corporate recovery and reorganization, valuation and tax services.  Offices for Neilson Elggren LLP were located in Los Angeles, California, Salt Lake City, Utah and Wilmington, Delaware.
- Arthur Andersen – Arthur Andersen was formerly one of the "Big 5" international CPA and business-consulting firms with over 80,000 employees worldwide.  Mr. Neilson served as a partner and national director of Trustee/Receiver practices throughout the United States for Arthur Andersen.  He also served as a member of the Executive Committee for the Global Corporate Finance division of Arthur Andersen.
- Neilson, Elggren, Durkin & Co. - As one of the founding partners of this regional and consulting firm, Mr. Neilson was instrumental in the growth of this firm from a small office in Salt Lake City to a regional practice specializing in bankruptcy and litigation support services.  The firm had grown to 85 employees and six offices prior to its merger with Arthur Andersen.
- KMG/Main Hurdman, Salt Lake City, Utah - Actively engaged as an expert witness in matters involving accounting and finance relating to contract claims, breach of contract, fraud, civil and criminal RICO, embezzlement, securities fraud, criminal matters, bankruptcy, and public hearings before regulatory bodies.
- Chief Deputy Auditor - Salt Lake County - Responsible for the accounting department, budget department, internal audit department and land assessment division for the Salt Lake County Auditor's Office.  Within this capacity directed the office staff of 45 individuals and reviewed audits of governmental departments prior to issuance.
- Federal Bureau of Investigation - Special Agent Accountant - Responsible for accounting investigations including racketeer influenced and corrupt organizations involved in bank fraud, fraud against the government, bankruptcy fraud, mail fraud, securities fraud and others.

## EDUCATION

- Bachelor of Science, University of Utah 1975
- Former Associate Professor – Graduate School of Accounting – University of Utah

## PUBLICATIONS

- Co-Author of *AICPA Bankruptcy Practice Guide*.  Authoritative practice guide to be issued to all practicing Certified Public Accountants in the United States, 1994
- Co-Author *The CPA's Handbook of Fraud and Commercial Crime Prevention* issued by the AICPA, 2002
- "*Substantive Consolidation Accounting Issues*" article for *Bankruptcy Litigation Counselor*, 1994
- "*Methods for Uncovering & Conducting Investigative Audits*," Utah State Auditors Operation Manual, 1982



**PROFESSIONAL MEMBERSHIPS**

- Association Of Insolvency Accountants - National Board of Directors
- Former Chairman - Securities Advisory Board - State of Utah - Accounting Profession Representative
- Former Chairman - Utah Association of CPA's - Professional Conduct and Ethics Sub-Committee
- Member - National Association of Bankruptcy Trustees
- Society of Former Special Agents of the Federal Bureau of Investigation - Past President of the Utah Chapter
- Former Board Member - Salt Lake City/County Board of Health Advisory Board
- Chairman of the Board – Private Bank of California

**SPEECHES**

- Instructor for the Certified Public Accountants Criminal Investigation Seminar at the FBI Academy in Quantico, Virginia.
- Association of Insolvency Accountants – Tax Implications of Selling Assets in Bankruptcy – San Diego, California 1999
- National Conference of Bankruptcy Judges – Valuations of Businesses in Bankruptcy – Dallas, Texas 1998
- American Bankruptcy Institute – Western Region – Procedures and Practices for Valuing Businesses in Bankruptcy – 1998
- Law and Justice Center – Utah Fellows of the American Academy of Matrimonial Lawyers - Methods of Valuing Businesses in Divorce – Salt Lake City, Utah – 1997
- Certified Fraud Examiners – Presentation on Fraud and Accounting Issues – Salt Lake City, Utah – 1997
- Associated Women – CPA's – Litigation Support and Accounting Issues – Salt Lake City, Utah 1997
- California Bankruptcy Institute – Accounting for Difficult Fraudulent Conveyances – Fresno, California 1997
- Association of Insolvency Accountants Valuation Conference, - Relief from Stay Valuation Issues, Salt Lake City, Utah, 1994
- Expert Witness Seminar - Preparing Accountants as Expert Witnesses, Salt Lake City, Utah, 1994
- Association of Insolvency Accountants National Conference, Washington, D.C.  Plan of Reorganization Accounting Issues, 1993
- Association of Insolvency Accountants National Conference, Santa Monica, California - Role of Examiner in Bankruptcy, 1992
- Beta Alpha Psi - University of Utah, Brigham Young University, and Weber State University
- National Association of Accountants (Utah Chapter), Salt Lake City, Utah, 1982 and 1984
- Insolvency seminars at the University of Southern California (USC), University of Utah, Brigham Young University, and Weber State College
- Arizona CPA Litigation Services Conference, The Bankruptcy Arena, The Role of the Accountant, 1991



## David H. Judd
## Managing Director

BERKELEY RESEARCH GROUP, LLC
2049 Century Park East, Suite 2525
Los Angeles, CA 90067

Direct: 310.499.4941
Fax: 310.557.8982
Email: djudd@thinkbrg.com

### Summary

David H. Judd is a Managing Director of BRG, a former Director of LECG LLC, a former partner of Neilson Elggren LLP, a former partner of Neilson Elggren Durkin and Co. and Arthur Andersen LLP. He has thirty-nine years experience as an accountant specializing in bankruptcy and litigation services and investigative accounting. Early in his career Mr. Judd was a senior consultant in the Litigation/Consulting Department in the international CPA firm of KMG/Main Hurdman. His efforts have been focused on bankruptcy matters for both Chapter 7 and Chapter 11 filings, including services as Trustee, Accountants for the Trustee, court appointed Examiner, Accountants for the Examiner and Accountants for the Creditors.

Mr. Judd has performed investigative accounting services relating to fraud, embezzlement and mismanagement, including the reconstruction of records, tracing of funds and evaluations of internal controls.

Mr. Judd has served as accountant to the trustee, receiver and examiner for operating oil & gas exploration companies, operating oil refineries and gas stations and convenience stores.

Mr. Judd has provided expert witness testimony in various investigative accounting matters relating to fraud & embezzlement, bankruptcy avoidance actions, business damages, solvency matters and Ponzi schemes. He has testified in both Federal and State Courts.

He has been called upon to develop feasibility studies and projections for various real estate projects, to prepare business valuations for ESOPs, minority interest buy-outs, mergers, acquisitions, purchase and sale of businesses, and divorce settlements.

He has been responsible for litigation services and consulting matters relating to estimates of damage for wrongful death and personal injury, business interruption claims, business valuations, economic analysis, breach of contract, and other cases involving loss of business profits or other business damages.

### Case Examples

- Reed E. Slatkin - Accountants to the Trustee. Directed the accounting investigation of Slatkin's enterprises and business practices over a period of fifteen years and provided a report detailing one of the largest Ponzi schemes in California history involving over $600 million of business transactions during that period. Assisted in liquidating substantial assets



throughout the United States, including hotels, unimproved real estate, shopping malls, interests in movie production companies, and other substantial equity investments.

- Adelphia Communications Corp. - Accountant to the Official Committee of Unsecured Creditors in the Adelphia Communications Corp ("Adelphia") bankruptcy.  Assisted in analyzing the voluminous financial transactions of Adelphia and providing expert testimony as to the findings.

- DVI, Inc. - Examiner and accountants.  Conducted an extensive investigation of financial transactions involving the assets, liabilities, operations and financial condition of DVI and its subsidiaries (including all transactions and relationships between debtor and non-debtor subsidiaries and affiliates).   Investigated the accounting practices of the Debtor and any and all allegations of fraud, dishonesty, incompetence, misconduct, mismanagement, or financial and/or corporate irregularities and coordinated a cooperative effort involving numerous law enforcement and government agencies.

- Metropolitan Mortgage – Accountants to the Examiner.  A large investment venture firm including several mortgage and insurance subsidiaries.  Conducted an investigation of real estate transactions and inter-company balances.

- Magic Ford - Accountants to the Trustee.  One of the largest Ford dealerships in the country.  Assisted in the operation and liquidation of the assets.

- Property Mortgage Company, Inc. - $150 million, Second Mortgage Company-Trustee - Accountant to the Trustee, including investigative analyses regarding a malpractice claim against the company's outside accountants.

- Fund America - Court-appointed Examiner.  Fund America was an international company that marketed various goods and services through a multi-level marketing network.  Investigated the company's operations.

- Receiver for two hotels and casinos in Nevada.

- Utex Oil Company - Court-appointed Examiner. Oil and gas production company.

- Arizona Fuels Corporation - Accountants for the Trustee and Receiver.  Oil refinery and ranch.

- Martin Marietta, Inc. - Consultant/Expert Witness. Defended against claim from subcontractor.

- Eaton Kenway, Inc. - Consultant/Expert Witness.  Prepared claim against prime contractor for change in scope of work.

- Mother Earth Industries - Analyzed capitalized costs and operating expenses for a steam generated electrical facility that provided power to a municipal association.

- City of Fresno - Expert Witness.  Provided report and deposition testimony regarding damages for remediation of ground water contamination.



- Lincoln Mortgage and Loan - Examiner and Accountants to the Examiner.    Investigated financial affairs of the investor in real property and the related secondary trust deeds market.

## Employment History

**KMG/Main Hurdman, Salt Lake City, Utah**

Bankruptcy assistance including investigative accounting, preparation of all schedules, monthly reporting to the court, operation analysis and assistance in managing ongoing business operations during bankruptcy proceedings.

Prepared expert witness testimony for business valuations, alleged fraud violations, personal injury and wrongful death suits, and other cases involving loss of business profits or other business damages.

Provided expert witness testimony on investigative cases.

Developed feasibility studies and projections for various real estate projects.

Prepared business valuations for ESOP's, minority interest buy-outs, mergers, acquisitions, purchase and sale of businesses, and divorce settlements.

**Fox & Company, Salt Lake City, Utah**

Involved in consulting engagements similar to those mentioned above relative to bankruptcy, insurance, valuation and litigation support services.

Served as an auditor and staff accountant.  Industry expertise includes:

|  |  |  |
|---|---|---|
| Real Estate | Retail Establishments | Salvage Companies |
| Construction | Mortgage Companies | |

## Education

Bachelor of Science in Accounting, Southern Utah State College, 1979
Master of Professional Accountancy, University of Utah, 1980

**Curriculum Vitae**



## VERNON L. CALDER
## MANAGING DIRECTOR

BERKELEY RESEARCH GROUP, LLC
201 South Main Street, Suite 450
Salt Lake City, Utah 84111

Direct: 801.321.0053
Fax: 801.335.9926
vcalder@thinkbrg.com

## Summary

Vernon L. Calder, a Director with Berkeley Research Group ("BRG"), has 35 years of experience in public accounting specializing in tax services. Mr. Calder is a Certified Public Accountant (CPA) and a Certified Insolvency and Reorganization Advisor (CIRA). For the last 27 years he has specialized in bankruptcy tax compliance and planning. Prior to joining BRG, Vernon was a director of LECG, LLC ("LECG"), which acquired Neilson Elggren LLP in 2005. Prior to the acquisition of NE by LECG, Mr. Calder was the Partner-in-Charge of the tax practice of Neilson Elggren LLP. Prior to joining NE Mr. Calder was a Sr. Manager and tax consultant for Arthur Andersen; a Sr. Manager for Neilson Elggren Durkin & Company; a Manager for the international accounting firms of Ernst & Young; and a Senior Tax Consultant for Touche Ross & Co.

Mr. Calder has provided a wide variety of tax services to clients throughout his career. His efforts have focused on special tax issues in corporate, partnership and individual bankruptcy, formation of and tax compliance for liquidating trusts; representation of taxpayers before federal and state taxing authorities; tax consulting with regard to "change of ownership" issues; tax consulting and compliance for U.S. companies operating internationally; tax consulting and compliance for corporations with multi-state income using "water's edge" method; analysis of deductible ordinary and necessary business expenses; and supervising tax compliance for high technology companies.

Mr. Calder's clients have included companies ranging in size from $1 billion in annual sales to small development companies in many industries such as computer and peripherals, software, semiconductors, life sciences, energy, hospitality, professional sports and automotive parts rebuilders.

In addition, he has provided tax services to a variety of clients including individuals, corporations, partnerships, decedent estates, trusts, and bankruptcy estates. Services rendered include tax compliance, representation before taxing authorities, bankruptcy court appearances, testifying as an expert witness, and tax consulting and planning.

Mr. Calder has been a featured speaker at many firm sponsored seminars covering special bankruptcy tax issues, new tax legislation and general tax concepts. He has written numerous articles and other publications.

**Curriculum Vitae**



## Case Examples

- Estate Financial, Inc. – Responsible for tax compliance and consulting. Consulted with investors regarding deduction of theft losses in specified fraudulent arrangements.

- Cedar Funding, Inc. – Responsible for tax compliance and consulting. Consulted with investors regarding deduction of theft losses in specified fraudulent arrangements.

- Le*Nature's, Inc. – Represented trustee in defending IRS examination of prepetition tax liabilities. Successful in eliminating prepetition tax claim in excess of $30 million. Responsible for tax compliance and consulting.

- Mike Tyson Bankruptcy Estate – Responsible for defending IRS examination of prepetition tax years. Responsible for tax compliance and tax consulting.

- Reed Slatkin Bankruptcy Estate – Responsible for all tax compliance and tax consulting work. Represented trustee in defending IRS examination of prepetition tax liabilities of the debtor. Extensive involvement in formation of Liquidating Trust created pursuant to Chapter 11 Plan of Reorganization.

- JMS Automotive – Rebuilder of Automotive Parts – Responsible for all tax compliance and tax consulting work. Represented trustee in defending IRS examination of pre-petition tax liabilities of the debtor.

- Bonneville Pacific Corporation--Geothermal Energy Corporation. Responsible for all tax compliance and tax consulting work. Extensive involvement in disposition of subsidiary stock.

- Holder's Capital Corporation--Ownership and management of hotels. Responsible for tax planning relating to restructuring of affiliated groups of corporations. Extensive work with provisions relating to taxation of affiliated groups. Represented Trustee in defending Internal Revenue Service examination of administrative tax liability.

- Property Mortgage Company, Inc.—Private mortgage company. Responsible for all tax compliance and tax consulting for several corporations and real estate partnerships.

- Bankruptcy--Responsible for tax compliance and tax consulting for various bankruptcies. Individual, partnership, and corporate. Advise trustees and attorneys concerning bankruptcy tax issues. Provide testimony in bankruptcy court.

- Various individuals--Tax Compliance, advisor and Taxpayer Advocate. Supervised tax compliance work for many top-level executives. Taxpayer advocate before IRS in attempt by the IRS to garnish wages for delinquent taxes.

Curriculum Vitae



## Expert Witness Testimony

- R. Scott Reynolds vs. Jeffrey G. Bickel and Tanner LC (Third Judicial District Court of Salt Lake County State of Utah)
- Securities and Exchange Commission v. John Scott Clark; Impact Cash, LLC and Impact Payment Systems, LLC (United States District Court for the District of Utah)
- Cheryl M. Becker case (California Superior Court)

## Other Testimony

- Various Chapter 11 and Chapter 7 Bankruptcy Estates (U.S. Bankruptcy Court, Central District of California, District of Utah)

## Industry Experience

- Aviation
- Real Estate
- Agricultural
- Restaurant
- Convenience Store/Gas Retail
- Amusement and Recreation Services
- Healthcare
- Electronic and Other Electrical Equipment
- Telecommunications
- Online Retailing
- Automotive
- Construction
- Energy
- Transportation
- Legal and accounting
- Security and Commodity Brokers
- Insurance Carriers
- Insurance Agents and Brokers
- Furniture and Fixtures
- Technology

## Education

Bachelor of Science, Brigham Young University
Master of Accountancy/Taxation, Brigham Young University

## Professional Memberships

Certified Fraud Examiner
Association of Insolvency and Restructuring Advisors
American Bankruptcy Institute
American Institute of Certified Public Accountants
Utah Association of Certified Public Accountants
National Association of Bankruptcy Trustees

**Curriculum Vitae**



### Instruction, Presentations & Publications

Mr. Calder has provided instruction on the subject of taxation of bankruptcy estates at conferences for the American Bankruptcy Institute, the Association of Insolvency and Restructuring Advisors, and the Mississippi Bankruptcy Conference, Inc.

Co-author of *2005 Bankruptcy Revision, Implications for Business and Financial Advisors* published jointly by the American Institute of Certified Public Accountants and the Association of Insolvency and Restructuring Advisors in 2005.

**Curriculum Vitae**



**PAUL N. SHIELDS**
BERKELEY RESEARCH GROUP, LLC

Direct: 801.321.0073
pshields@thinkbrg.com

## SUMMARY

Paul N. Shields is a Managing Director at Berkeley Research Group.  He has over thirty years of experience as a valuation expert and restructuring professional.  His professional designations include Chartered Financial Analyst (CFA), Certified Public Accountant (CPA), Certification in Distressed Business Valuation (CDBV), and Accredited in Business Valuation (ABV).  Mr. Shields has expertise in business valuation, financial advisory, damage assessments, and forensic accounting – particularly in the context of financial distress and bankruptcy.  The valuation services provided by Mr. Shields have been performed primarily in the context of contested valuation matters. In particular, Mr. Shields has assessed reasonably equivalent value and solvency in the context of avoidance actions, assessed damages and quantified claims in the context of bankruptcy litigation, and has valued business interests and assets for corporate reorganizations and shareholder disputes. He has also performed services as a financial advisor in the context of business restructurings and loan workouts. In addition, he has performed services as a state-court receiver, special master and mediator, and has testified in federal and state courts on numerous occasions.

## CASE EXAMPLES

- Bankruptcy Estate of Vickie Lynn Marshall (a/k/a Anna Nicole Smith) – Supervised the valuation of Koch Industries, Inc., the second largest closely held business in the United States.  The valuation was performed to assist counsel representing Ms. Marshall in her litigation against E. Pierce Marshall, the son of J. Howard Marshall II.

- The IT Group, Inc. – Assessed the reorganization value of The IT Group in the context of plan confirmation.  At the time, The IT Group had annual revenues in excess of $1.3 billion and was a leading provider of diversified environmental consulting, engineering, construction, remediation, and facilities management services.

- Bonneville Pacific Corporation – Assisted in supervising the damage study involving a bankrupt independent power producer.  Responsibilities included tracing funds and analyzing transactions in excess of $5.5 billion over a six-year period.

- Webvan Group, Inc. – Supervised the solvency analysis of a leading online e-grocer.  Funding received by the company from public and private sources exceeded $800 million.  The solvency analysis was performed in the context of avoidance actions.

- Arthur D. Little, Inc. – Supervised the solvency analysis of an international technology and management consulting firm with annual revenues in excess of $450 million.  The solvency analysis was performed in the context of avoidance actions.



## CASE EXAMPLES (CONTINUED)

- Vann's, Inc. – Assessed the solvency of a consumer electronics retailer with annual revenue in excess of $100 million. The solvency analysis was performed in the context of avoidance actions. Additional services provided included the assessment damages and the restated financial information to reflect the impact of alleged financial improprieties.

- JD Services, Inc. – Assessed the solvency of a full-service prepaid long distance phone company. The company's annualized revenues were in excess of $100 million.  The solvency analysis was performed in the context of avoidance actions.

- Case Name Withheld – Performed services as a consulting expert in the context of a contested, leveraged transaction.  At issue, among other things, was the solvency of the combined entities subsequent to a leveraged transaction.

- Case Name Withheld – Prepared the valuation of a gas station / convenience store chain with annual revenue of approximately $150 million.

- Case Name Withheld – Prepared the valuation of a grocery store chain with annual revenues in excess of $100 million.

- Med Diversified – Supervised the assessment of alleged earnings misstatements of a diversified home health services, medical equipment and medical products provider with annual sales in excess of $230 million. The earnings assessment was performed in the context of avoidance actions.

- Case Name Withheld – Performed services as a financial advisor in the context of a restructuring / loan workout of a wholesale distributor and marketer of refined petroleum products.

- Case Name Withheld – Performed services as a financial advisor in the context of a restructuring / loan workout of a subprime mortgage loan servicer.

- Case Name Withheld – Performed services as a financial advisor in the context of a restructuring / loan workout of a developer and manufacturer of telematics products.

- Case Name Withheld – Performed services as a financial advisor in the context of a restructuring / loan workout of a full-service restaurant chain with both franchised and company-owned locations.

- Case name withheld – Investigated the earnings misstatement of a publicly traded company's foreign subsidiary and reported the findings of the investigation in a written report to the board of directors. Assignment involved travel to the UK to conduct the investigation.

- Case name withheld – Assisted in the investigation of an earnings misstatement of a publicly traded company's foreign subsidiary. Assignment involved travel to Mexico to conduct the investigation.

- Le-Nature's, Inc. – Prepared the valuation of assets transferred to a liquidation trust in accordance with IRS Revenue Procedure 94-45 in the context of a bankruptcy proceeding.



## CASE EXAMPLES (CONTINUED)

- Case Name Withheld – Appointed as state court receiver. Responsibilities included identifying and securing receivership assets, effectuating strategy for businesses to operate as a going-concern, negotiating and closing the sale of receivership assets, accounting for transaction activity and winding down the receivership estate.

## EDUCATION

Bachelor of Arts in Accounting, University of Utah
Master of Business Administration, University of Utah

## WORK HISTORY

Berkeley Research Group, LLC; Director and Managing Director (2011 – Current)

LECG, LLC; Director (2005 – 2011)

Neilson Elggren LLP; Partner (2000 – 2005)

Arthur Andersen; Manager (1998 – 2000)

Neilson Elggren Durkin & Co.; Staff Accountant and Manager (1988 – 1998)

## PROFESSIONAL AFFILIATIONS

CFA Institute
Turnaround Management Association
Association of Insolvency and Restructuring Advisors
American Bankruptcy Institute
American Institute of Certified Public Accountants
Utah Association of Certified Public Accountants

## INSTRUCTION, PRESENTATIONS & PUBLICATIONS

Mr. Shields has provided instruction on valuation in the context of financial distress and bankruptcy at conferences for the American Bankruptcy Institute, the Association of Insolvency and Restructuring Advisors, the American Institute of Certified Public Accountants, and the Utah Association of Certified Public Accountants.

Co-author of *Business Valuation in Bankruptcy*, a Consulting Services Practice Aid published in 2002 by the American Institute of Certified Public Accountants.

Co-author of *Providing Bankruptcy and Reorganization Services, 2nd Edition, Volume 2 – Valuation in Bankruptcy*, a Forensic & Valuation Services Practice Aid published in 2016 by the American Institute of Certified Public Accountants.

**Curriculum Vitae**



**D. RAY STRONG**

BERKELEY RESEARCH GROUP, LLC

201 South Main Street, Suite 450
Salt Lake City, UT 84111

2029 Century Park East, Suite 1250
Los Angeles, CA  90067

Direct: 801.321.0068
rstrong@thinkbrg.com

## SUMMARY

D, Ray Strong has provided expert, advisory, and fiduciary services for over twenty-five years involving investigative and forensic accounting, internal investigations, bankruptcy, federal and state court receiverships, corporate restructuring, and litigation support in local, national, and international matters. He is a Certified Public Accountant, Certified Fraud Examiner, Certified Insolvency and Restructuring Advisor, and is certified in Financial Forensics by the American Institute of Certified Public Accountants.

Mr. Strong has extensive expertise providing civil and criminal forensic and investigative accounting services including the investigation of fraud and mismanagement, corporate internal investigations, financial data reconstruction, "big data" analysis, tracing of funds and assets, partner dispute examinations, lost profit damage analyses, breach of contract claims, insurance claim recovery, witness and target interviewing, and has provided testimony in federal court, state court, and arbitration cases.  He has investigated numerous fraud and mismanagement related issues including complex management and financial statement frauds, asset misappropriation schemes, Ponzi and investment schemes, bank fraud, and bankruptcy fraud.

Mr. Strong is a seasoned professional in bankruptcy and insolvency related matters including court-appointments as Chapter 11 Trustee, Liquidating Trustee, Estate Manager, Examiner, and Receiver.  He regularly serves as an accountant and financial advisor to bankruptcy trustees, creditors' committees, and court-appointed receivers.  His experience includes the liquidation of assets, investigation of alleged insider dealings, liquidation and substantive consolidation analyses, plan development and feasibility, investigation and prosecution of avoidance actions, solvency analyses and claims resolution.

Mr. Strong has advised companies regarding potential lender defaults, contractual defaults, or a potential insolvency proceeding.  He has operated and managed various distressed companies within bankruptcy and receivership cases to preserve and maximize going-concern value for stake holders.  His responsibilities often entail analyzing operating viability, developing key performance indicators and operating metrics, creating cash flow forecasts, restructuring executive management teams and accounting departments, upgrading IT infrastructures, evaluating and implementing internal controls, addressing employee retention and benefit issues, identifying and resolving environmental claims, leading marketing and business development efforts, establishing treasury functions and systems, implementing cost control measures, and reconstructing financial and operating information.



Mr. Strong has taught graduate level accounting courses at the University of Utah and Westminster College of Salt Lake City and frequently presents on various fraud, insolvency, and accounting related topics.

## EDUCATION

Master of Professional Accountancy, University of Utah, 1995
Bachelor of Science (Accounting), Westminster College of Salt Lake City, 1994

## PRESENT EMPLOYMENT

Berkeley Research Group, LLC
Managing Director, 2018–present

## PREVIOUS POSITIONS

S3 Advisory LLC
Managing Member, 2015-2018

Berkeley Research Group, LLC
Managing Director, 2011-2014

LECG, LLC
Director, 2005–2011

Neilson Elggren LLP
Partner, 2000–2005

The Sundance Group
Assistant Controller, 2000

Arthur Andersen LLP
Manager, 1998–2000

Neilson, Elggren, Durkin & Company
Senior Accountant, 1996–98
Staff Accountant, 1995–96)

Lynn M. Carlson & Company
Staff Accountant, 1990–1994

## HONORS AND AWARDS

Distinguished Achievement Award, Association of Certified Fraud Examiners, 1995



**LICENSES AND CERTIFICATIONS**

Certified Public Accountant, California and Utah
Certified Fraud Examiner
Certified Insolvency and Restructuring Advisor
Certified in Financial Forensics, American Institute of Certified Public Accountants

**PROFESSIONAL AFFILIATIONS**

American Institute of Certified Public Accountants
Association of Insolvency and Restructuring Advisors
Association of Certified Fraud Examiners
American Bankruptcy Institute
Turnaround Management Association

**INDUSTRY EXPERIENCE**

- Aerospace
- Agricultural
- Automotive
- Financing/Factoring
- C-Store/Fuel Distribution
- Construction
- Energy/Solar
- Internet/Telecommunication
- Manufacturing
- Real Estate
- Restaurant/Food Services
- Retail
- Service
- Software
- Technology
- Transportation
- Waste Disposal
- Wholesale

**NOT-FOR-PROFIT AFFILIATIONS**

Utah Museum of Contemporary Art, Member of the Board of Trustees, 2014-2017

**PUBLICATIONS**

"Are we giving fraud perpetrators a license to steal?" *Internal Auditing* 14:5, September/October 1998



**PRESENTATIONS AND INSTRUCTION**

(1)     Co-instructor, "Fraud Examination and Forensic Accounting," University of Utah, David Eccles School of Business graduate-level course, Spring Semester 2007–2015

(2)     Panel Presenter, "Using Experts in Bankruptcy Cases," American Bankruptcy Institute, 20th Annual Rocky Mountain Bankruptcy Conference, January 2015

(3)     Panel Presenter, "Dealing with Internal Investigations," ACC Mountain West Chapter Last Chance CLE, July 2012

(4)     Panel Moderator, "Following the Winding Path of Claims Trading," American Bankruptcy Institute, 17th Annual Rocky Mountain Bankruptcy Conference, January 2012

(5)     Panel Presenter, "Financing Chapter 11s in Today's Economy," American Bankruptcy Institute, 15th Annual Rocky Mountain Bankruptcy Conference, January 2010

(6)     Panel Presenter, "Understanding Financial Statements from a Liquidation Perspective," American Bankruptcy Institute, 10th Annual Rocky Mountain Bankruptcy Conference, February 2005

(7)     Panel Presenter, "Conducting a Fraud Investigation," Association of Certified Insolvency and Restructuring Advisors, June 2003

(8)     Presenter, "Financial Statement Fraud," Utah Association of Certified Fraud Examiners, January 2000

(9)     Presenter, "Defining Forensic Accounting," Arizona Society of CPAs Conference, September 1999

(10)    Presenter, "Business Fraud," University of Utah, September 1999

(11)    Instructor, "MBA Survey of Accounting," Westminster College of Salt Lake City, Spring Semester 1999

(12)    Presenter, "Business Fraud," Brigham Young University, March 1999

(13)    Presenter, "Business Fraud," Utah State University, October 1998

(14)    Presenter, "Financial Statement Fraud," Utah Association of Internal Auditors, May 1998

(15)    Presenter, "Bankruptcy Fraud," Los Angeles Bankruptcy Trustee Administrators, April 1998

(16)    Presenter, "Internal Controls," University of Utah, September 1997


**CASE EXAMPLES**

- Mr. Strong was responsible for leading an engagement to identify, reconstruct, locate, and trace billions of dollars of assets owned or previously owned by a prince of a royal family that owned and controlled significant oil reserves. The engagement involved analyzing hundreds of corporate structures and identifying and investigating thousands of assets located in countries throughout the world, including Argentina, France, Indonesia, Japan, Malaysia, New Zealand, the Philippines, Saudi Arabia, Singapore, United Kingdom, and the United States. The assets identified and analyzed included substantial real property (including palaces, homes, condos, apartments, hotels, and raw land), high-end sport and luxury custom automobiles, large custom yachts, custom luxury aircraft, paintings by master artists, gems; and jewelry.

- Mr. Strong assisted the chief restructuring officer of Solyndra with a substantial internal investigation and detailed report of the company's activities filed with the U.S. Bankruptcy Court. Solyndra was a U.S. manufacturer of solar photovoltaic power systems headquartered in California that specifically designed solar systems for large commercial and industrial rooftop applications. Solyndra was a high-profile national case as a result of its highly publicized bankruptcy filing, $535 million loan guarantee received from the Department of Energy, and political environment.



- Mr. Strong assisted the bankruptcy trustee and the liquidation trustee in the administration and investigation of Le-Nature's, Inc., a water, juice, and tea bottling company in Latrobe, Pennsylvania. Mr. Strong assisted with, among other things, the identification and liquidation of assets, termination and wind down of business operations, resolution of ownership disputes relating to leased equipment, analysis of potential causes of action, and the preservation of electronic data and documentation. Mr. Strong also led a large forensic accounting analysis and investigation to reconstruct and determine the actual financial activities of the company and its principals. The principals defrauded creditors out of more than $700 million. More than $1 billion of transactions were analyzed. As a result of his forensic analysis, Mr. Strong prepared expert reports and provided testimony in two arbitration proceedings against the company's former auditors.
- Mr. Strong was engaged by the U.S. Department of Justice as its forensic accounting expert in two criminal proceedings relating to Le-Nature's, Inc. Mr. Strong further analyzed the activities of Le-Nature's and its management, prepared an expert report, and testified at both trials in Pittsburgh, Pennsylvania.
- Mr. Strong was engaged by the Office of the Attorney General, State of Utah to investigate an alleged Ponzi scheme involving Rust Rare Coin, Inc.  Engagement included the reconstruction of certain accounting activity utilizing bank account documentation and other information gathered by the Utah Division of Securities and law enforcement, preparation of declarations filed with the court, and preparation for possible expert witness testimony for hearings that ultimately lead to an appointment of a Receiver.
- Mr. Strong was engaged by the Receiver of Rust Rare Coin, Inc. to reconstructing the accounting records of the company, investigate and analyze claims and potential "net winner" claw back actions, tax return preparation, asset valuation issues, and the investigation of Ponzi scheme activities.  The work performed involved investigating over $1 billion of bank account activity, over $200 million of investments from over 500 investors, and net claimant obligations of approximately $150 million.
- Mr. Strong was engaged by the United States Securities and Exchange Commission as a forensic accounting expert in the Marquis Properties LLC case filed in United States Federal District Court in Utah to reconstruct the financial activity and cash transactions of the company, investigate Ponzi scheme allegations, and to identify recoverable assets.  Marquis Properties, and its principals, promoted various real estate investment vehicles to investors that included secured notes offerings, real estate acquisitions, property management services, and joint venture opportunities. The work performed involved over $15 million in alleged investments from over 170 investors. Pursuant to his work, Mr. Strong also provided testimony in federal court.
- Mr. Strong was engaged by the court-appointed federal receiver of Traffic Monsoon, a company that described itself as a worldwide internet marketing and traffic exchange provider.  Mr. Strong's services included the reconstruction of significant accounting and cash activity, investigation of Ponzi scheme allegations, and providing financial advisory services to the receivership estate.  The reconstruction of accounting and cash activity included the analysis of various data sources involving over 100,000 members/investors located in 204 countries, over 50,000 lines of website code, data consisting of over 500 million records, transaction data from various online payment processors, and cash transactions totaling close to a billion dollars.  Pursuant to his engagement, Mr. Strong also provided testimony in United Federal District Court in Utah regarding his analysis and findings.
- Mr. Strong was engaged by a Special Committee of the Board of Directors of a significant industrial bank to conduct an internal investigation of alleged wrongdoing by its president and other senior management. The investigations involved analyzing thousands of transactions, collecting and analyzing large volumes of electronic files and emails, investigating third-party documentation,



conducting interviews of key company employees, customers, and professionals, and preparing an extensive report describing his findings.  Mr. Strong provided fact and expert testimony in litigation with another financial institution as a result of the investigation.

- Mr. Strong was appointed by the U.S. Bankruptcy Court as Successor Estate Manager of Natural Wonders, Inc., a national retail chain. The debtor operated as a specialty gift retailer with over 260 stores located throughout the country. Mr. Strong was responsible for liquidating the debtor's remaining assets, identifying and litigating various causes of action, resolving and negotiating disputed claims, and making distributions to creditors pursuant to the confirmed plan and disclosure statement. More than 3,000 claims were resolved and more than $18 million was distributed to holders of allowed claims.

- Mr. Strong assisted the bankruptcy trustee in the administration and investigation of Estate Financial, Inc., a "hard money lender" located in California that solicited investments for real estate secured loans. At the time of the bankruptcy filing, the loan portfolio consisted of nearly 550 loans totaling $350 million funded from over 2,000 investors. Mr. Strong supervised the reconstruction and analysis of the company's financial activities, analysis of loan documentation to determine the identity of the owners and allocation of loan ownership, reconciliation of hundreds of thousands of underlying transactions to determine the appropriate distribution of the proceeds from the loan payoffs and property sales, and the identification of avoidance actions.

- Mr. Strong assisted the court-appointed federal receiver of Diversified Lending, Inc. in the administration and investigation of alleged Ponzi scheme activity. Mr. Strong supervised the investigation and reconstruction of the financial activities of the company and its principals, identification and analysis of company assets, investor claims, causes of action, and business termination activities. The investigation, reconstruction, and analysis involved over 1,500 investor accounts, 100 bank accounts, and the identification of over $8 billion in cash activity.

- Mr. Strong was appointed by the United States Bankruptcy Court as Trustee of Castle Arch Real Estate Investment Company, LLC. In that capacity, Mr. Strong also became the manager of numerous other real estate affiliates. Castle Arch and its affiliates raised funds of over $73 million from investors and invested in raw land and other distressed real estate. The entities purchased and pursued entitlements on four large residential developments located in Utah, Arizona, Wyoming, and Tennessee and purchased, refurbished, and sold distressed residential homes. Mr. Strong reconstructed and investigated the business activities of the various related entities, identified, recovered, and liquidated assets, analyzed and settled claims, and is pursuing litigation against former management pursuant to a confirmed plan of liquidation.

- Mr. Strong was appointed by the United States Bankruptcy Court as Examiner with Expanded Powers of Tri-Valley Distributing, Inc., a wholesale and retail petroleum business. His duties included operating and liquidating a wholesale fuel distribution and bulk oil business, over 45 convenience stores, several fast food franchises, and a sizeable semi-tractor and tank trailer fleet with annual revenues of more than $200 million and claims exceeding $35 million. The debtors operated in Arizona, California, Nevada, Wyoming and Utah. Mr. Strong was also responsible for implementing a liquidating plan, investigating various transactions and activities between the debtors and related parties, supervising numerous environmental remediation projects, and identifying and litigating various causes of action.

- Mr. Strong was engaged by the trustee of the Yellowstone Mountain Club Liquidating Trust to assist in the administration of the liquidating trust, analysis of claims, pursuit of various causes of action, and liquidation of asset. Yellowstone Mountain Club was a large high-end residential development and ski community located in Montana that filed for bankruptcy during a substantial real estate downturn.



- Mr. Strong was appointed by the U.S. Bankruptcy Court as Examiner of Medical Software Solutions, a medical software company. The company created a web-based back-office software product to assist physicians with the management of their medical practices. His court mandate required the review and analysis of a proposed debtor-in-possession (DIP) financing agreement, asset purchase agreement, and investigation of alleged inappropriate insider dealings. Mr. Strong interviewed and deposed several key debtor personnel, venture capitalist, potential asset purchasers and other relevant insiders. Additionally, he reviewed and analyzed a large volume of documentation obtained from various parties and reported his findings to the court by written reports and testimony.
- Mr. Strong's firm was appointed receiver of two Nissan auto dealerships, Kirkland and Bellevue Nissan, in a state court insolvency proceeding filed in the State of Washington. He was the partner in-charge of this engagement with sole responsibility for all decision making on behalf of the firm. His responsibilities included developing cash and asset controls to protect and preserve the secured creditor's collateral, investigating potential claims, analyzing and determining the viability of on-going operations, making recommendations to the court regarding the future existence of the dealerships, locating and liquidating the debtor's new and used car inventory, parts, fixed assets, intangible assets, and receivables.
- Mr. Strong was appointed as the state court receiver of certain collateral relating to Arches Financial.  Arches Financial was an investor in over $500 million of delinquent credit card accounts. Mr. Strong was responsible for investigating, identifying, and administering the collateral. As a result, he located and transitioned the accounts to a new collection agency, currently supervising the collection efforts, and distributing proceeds to the holder of the collateral.
- Mr. Strong was appointed as a state court receiver of Xi3, Inc. and its related affiliates. The company manufactured and sold small form factor computers. Mr. Strong worked with secured creditors to obtain interim financing in an effort to continue operations for a limited time period to evaluate the feasibility of the companies' operations and determine options to maximize value. Mr. Strong investigated the financial activities of the company and its related affiliates including various loan and capital funding, managed and liquidated remaining assets including a large US and foreign patent portfolio, and analyzed and evaluated the liabilities and claims of the companies.
- Mr. Strong was appointed as the state court receiver of Thermal Processing, Inc. The company provided aluminum heat treat and special processes for the aerospace industry primarily. In that capacity, Mr. Strong operated the business, investigated the activities of the business and principals, pursued causes of action, liquidated surplus equipment, addressed and negotiated a resolution relating to an existing foreclosure and eviction proceeding, addressed environmental cleanup efforts, and negotiated and closed the sale of the business as a going-concern. Additionally, Mr. Strong took control and operated a related facility in Monterrey, Mexico that manufactured parts for large commercial aircraft. Mr. Strong analyzed the ongoing operations, addressed dire cash flow needs and requirements, stabilized the company's operations, and negotiated and closed a sale of the business as a going-concern to a foreign entity.
- Mr. Strong was appointed as the state court receiver of Advanced Fluid Containment LLC. The company manufactured large steel holding tanks for the oil and gas industry. In that capacity, Mr. Strong operated the business through a sale of the assets, investigated activities of the business and principals, addressed environmental remediation issues, and evaluated and resolved claims filed by various creditors.
- Mr. Strong performed an investigation of a real estate partnership on behalf of a silent general partner. His investigation included analyzing current operations, determining reasonableness of development and construction costs, investigating unauthorized payments and property transfers to the active general partner related insiders.



- Mr. Strong was engaged by a large national bank to investigate the financial dealings of Graham Motors, which included three automotive dealership locations with Ford, Chevrolet, Chrysler, Dodge, Jeep, and Subaru franchises in Wyoming. His investigation included the analysis of cash and flooring activity, identification of collateral, analysis of flooring transmittals and vehicle inventories, identification of existing liabilities, and calculation of loss due to the fraudulent conduct of the owner and his associates. Mr. Strong also advised the bank in winding down the dealership's operations including processing outstanding finance contracts, collection of outstanding trade and manufacturer receivables, and processing of state license and titling applications.
- Mr. Strong supervised the analysis of development and construction cost allocations relating to a joint venture agreement between a real estate developer and landowner. He determined the reasonableness of development and construction costs and investigated whether costs from other projects, unrelated to the joint venture agreement, were allocated to the development to the detriment of the landowner.
- Mr. Strong assisted in operating Magic Ford, one of the largest Ford/Mercury/Lincoln automobile dealerships in the country at the time, to assist the bankruptcy trustee in selling the business as a going concern. His services included the management of cash flow, identification of assets and liabilities, analysis of historical and current operations, supervision of remaining employees, and various other daily operating activities. Additionally, Mr. Strong assisted the bankruptcy trustee with investigating the financial dealings of the dealership, owner, and various associates. His investigation and analyses helped uncover various fraudulent schemes and aided the bankruptcy trustee in pursing avoidance actions.
- Mr. Strong operated Express.com, a large e-commerce company, for a two-month period until the bankruptcy trustee could sell the company as a going concern. His services included cash management, analysis of historical and on-going operations, implementation of cost cutting strategies, negotiations with credit card merchants, financial reporting, preparation of financial and operational statistics to solicit potential buyers, supervision of remaining employees, web page management, and various day-to-day activities. Mr. Strong's efforts aided the bankruptcy trustee in the sale of all company assets resulting in values in excess of forced liquidation values. Additionally, he analyzed and investigated filed claims to determine amounts to be allowed and made in creditor distributions.
- Mr. Strong was engaged by the bankruptcy trustee of Suncrest, LLC. Suncrest was a large residential PUD development located in Utah. He assisted the Trustee with identifying assets, analyzing claims, and pursing various causes of actions.
- Mr. Strong was engaged by a real estate management company to analyze and investigate allegations of fraud and misconduct of its internal accountant.  Mr. Strong determined the amount of loss and assisted with the prosecution of an insurance claim.
- Mr. Strong was engaged by the executive committee of a law firm to analyze and investigate allegations of fraud and misconduct of its internal accountant.
- Mr. Strong was engaged by a large energy cooperative to perform an analysis and investigation regarding funds embezzled by an employee. The analysis resulted in the uncovering over $500,000 of misappropriated funds and provided the basis for recovery under an existing insurance policy.
- Mr. Strong assisted the bankruptcy trustee of Bonneville Pacific Corporation, an independent power producer, in a damage study, which included tracing and categorizing transactions in excess of $5 billion over a six-year period. Recoveries exceeded $200 million from more than 30 defendants including auditors, law firms, underwriters, and insiders.



- Mr. Strong provided financial analyses requested by the Creditors' Committee of Stueve Brother Farms. Stueve Brother Farms was a family business that operated one of California's largest dairy operations at the time. The company filed a Chapter 11 bankruptcy petition resulting from a $10 million judgment obtained by a competitor for alleged trade secret and patent violations. The services performed included identification and analysis of claims, an analysis of the Disclosure Statement and Plan of Reorganization filed by the debtor, identification of potential fraudulent transfers, assistance with the negotiation of plan default provisions, and an analysis of the dairy farm operations.
- Mr. Strong was engaged by the Creditors' Committee of Bliss Dairy.  Bliss Dairy was a family owned business operating a large dairy farm located in Delta, Utah.  The services performed included the analysis of the Disclosure Statement and Plan of Reorganization filed by the Debtor, development of plan projection models, analysis of plan feasibility, and financial advisory services to assist counsel with negotiating favorable plan treatment for unsecured creditors.
- Mr. Strong was engaged by the Creditors' Committee of Mountain Crane.  Mountain Crane is a family owned business that provides crane and operator rental services for the construction, oil and gas, and alternative energy industries. The services performed included the analysis of the Disclosure Statement and Plan of Reorganization filed by the Debtor, development of plan projection models, analysis of plan feasibility, and financial advisory services to assist counsel with negotiating favorable plan treatment for unsecured creditors.
- Mr. Strong was engaged by a large investor of Waterford Funding to analyze their historical investment activity and provide consulting services relating to demands by the bankruptcy trustee for return of proceeds received as a result of a Ponzi scheme that was operated by its principals.
- Mr. Strong analyzed damages relating to lost profits involving a low-level nuclear waste facility. Responsibilities included analyzing current operations, industry data, industry regulations, assisting counsel with depositions and interrogatories, reviewing and analyzing plaintiff's damages, coordinating various data obtained from other experts relating to transportation, construction, industry regulations, hydrology, and geology, and the preparation of a lost profit damage analysis.

**Curriculum Vitae**



## MATTHEW K. BABCOCK
## ASSOCIATE DIRECTOR

BERKELEY RESEARCH GROUP, LLC
201 South Main Street, Suite 450
Salt Lake City, Utah 84111

Direct: 801.321.0076
Fax: 801.335.9926
mbabcock@thinkbrg.com

### SUMMARY

Matthew K. Babcock is an Associate Director with Berkeley Research Group, LLC ("BRG"). Mr. Babcock is a Certified Public Accountant, Certified in Financial Forensics (CPA / CFF), a Certified Fraud Examiner (CFE) and a Certified Insolvency and Restructuring Advisor (CIRA) with over 22 years of experience providing services in bankruptcy, forensic / investigative accounting, and litigation support.

Prior to BRG, Mr. Babcock worked with LECG LLC, Neilson Elggren LLP, Arthur Andersen, Neilson Elggren Durkin & Company and the Federal Bureau of Investigation ("FBI"). As an Honors Intern with the FBI, Mr. Babcock was assigned to work with the Office of Independent Counsel investigating former Secretary of Agriculture Mike Espy.

Mr. Babcock has served in numerous bankruptcy and insolvency matters, including court appointments as Trustee, Receiver, Accountant to the Trustee, Accountant to the Liquidating Estate Manager, Accountant to the Debtor and Financial Advisor to the Official Committee of Unsecured Creditors. His experience includes the investigation of alleged insider dealings, investigation and pursuit of preferences, fraudulent transfers and other causes of action, tracing of funds, financial data reconstruction, liquidation and substantive consolidation analyses, plan feasibility analyses, plan preparation, solvency analyses, claims analysis / resolution and liquidation of assets. He has assisted Trustees in operating Chapter 11 companies, including analyzing prior and on-going operations, developing cash flow projections, budgeting, and managing other day-to-day accounting activity.

Mr. Babcock has significant training and experience investigating fraud and mismanagement, including financial statement fraud, "Ponzi" schemes, embezzlement schemes, check kiting, bank fraud, and bankruptcy fraud. He serves as a volunteer professional faculty member at the University of Utah, assisting in the instruction of the University's "Fraud Examination & Forensic Accounting" course. He has also conducted numerous presentations relating to the investigation and analysis of business fraud, financial statement fraud, bankruptcy fraud, and other fraud schemes.

Mr. Babcock has provided both civil and criminal litigation support services, including the investigation of fraud and mismanagement, tracing of funds, partner disputes, lost profit damages, patent infringement damages, breach of contract, economic analyses, and financial record reconstruction.

**Curriculum Vitae**



## CASE EXAMPLES

*Trustee & Receiver*

- William J. "Boots" Del Biaggio III: Successor Liquidating Trustee / Accountant to the Trustee
- BDB Management, LLC: Successor Estate Representative / Accountant to the Trustee
- BDB Management III, LLC: Successor Estate Representative / Accountant to the Trustee
- Beehive State, LLC: State Court Receiver

*Forensic Accountant & Financial Advisor*

Services Provided To Fiduciaries:

- Traffic Monsoon, LLC: Accountant to the Receiver
- National School Fitness Foundation: Accountant to the Trustee
- Rust Rare Coin, Inc.: Accountant to the Receiver
- Le-Nature's, Inc.: Accountant to the Trustee
- Castle Arch Real Estate Investment Company, LLC: Accountant to the Trustee
- JD Services, Inc.: Accountant to the Trustee
- Bruce P. McNall:  Accountant to the Trustee
- DVI, Inc.: Accountant to the Examiner
- Husting Land & Development, Inc.: Accountant to the Trustee
- Natural Wonders, Inc. / World Of Science, Inc.: Accountant to the Liquidating Estate Manager
- Rich International Airways, Inc.: Accountant to the Liquidating Trustee
- Tri-Valley Distributing, Inc.: Accountant to the Examiner
- Williamson Family: Accountant to the Receiver

Services Provided To Unsecured Creditors' Committees:

- The Weinstein Company, LLC: Financial Advisor to the Official Committee of Unsecured Creditors
- Archdiocese Of Milwaukee: Financial Advisor to the Official Committee of Unsecured Creditors (services included asset identification / tracing)
- Catholic Diocese Of Wilmington, Inc.: Financial Advisor to the Official Committee of Unsecured Creditors (services included asset identification / tracing)
- Diocese Of Great Falls: Financial Advisor to the Official Committee of Unsecured Creditors
- Diocese Of Stockton: Financial Advisor to the Official Committee of Unsecured Creditors (services included asset identification / tracing)
- Revolution Dairy LLC, et al: Financial Advisor to the Official Committee of Unsecured Creditors
- Society of Jesus Oregon Province: Financial Advisor to the Official Committee of Unsecured Creditors (services included asset identification / tracing)
- Wolf Creek Properties, LC: Financial Advisor to the Official Committee of Unsecured Creditors

Services Provided To Debtors:

- C3 Investments: Accountant to the Debtor

Services Provided To Government Agencies:

- Case Names Withheld: Forensic Accountant for a government agency (services included asset identification / tracing)

## Curriculum Vitae



- Case Name Withheld: Forensic Accountant for the Department of Justice (services included asset identification / tracing)

  Services Provided To Others:
- Case Name Withheld: Financial Advisor to a Prince of a Royal Family (services included asset identification / tracing)
- Case Name Withheld: Forensic Accountant (services included investigation of alleged embezzlement / fraud)

*Litigation*

- Albright et al v. Attorneys Title Insurance Fund et al: Damage Study
- Benson Bolt v. Zions First National Bank: Damage Study
- Marshall v. Marshall: Damage Study
- Promega v. Lifecodes: Damage Study – Patent Infringement
- Semnani v. USPCI: Damage Study

## INDUSTRY EXPERIENCE

- Automotive
- Construction
- Dairy
- Film / Entertainment
- Financial / Securitizations
- Internet / Telecommunications
- Manufacturing

- Not-For-Profit / Religious Institutions
- Professional Sports
- Retail
- Real Estate
- Transportation
- Waste Disposal

## EMPLOYMENT HISTORY

2011 – Present      **BRG, LLC**
                    Associate Director (2017)
                    Senior Managing Consultant (2011 – 2016)

2005 – 2011         **LECG, LLC**
                    Senior Managing Consultant (2008 – 2011)
                    Managing Consultant (2005 – 2008)

2000 – 2005         **Neilson Elggren LLP**
                    Senior Manager (2005)
                    Manager (2001- 2005)
                    Senior Accountant (2000 – 2001)

1998 – 2000         **Arthur Andersen**
                    Senior Accountant (1999 - 2000)
                    Staff Accountant (1998 – 1999)

Curriculum Vitae



| 1997 – 1998 | **Neilson Elggren Durkin & Company** |
| | Staff Accountant (1998) |
| | Intern (1997 - 1998) |
| | |
| Summer 1996 | **Federal Bureau of Investigation** |
| | Honors Intern (Washington DC) |
| | |
| Summer 1995 | **Federal Bureau of Investigation** |
| | Intern (Albuquerque, New Mexico) |

## EDUCATION

Bachelor of Science in Accounting (Magna Cum Laude), Brigham Young University, April 1998
Master of Professional Accountancy, Brigham Young University, April 1998

## LICENSES & CERTIFICATIONS

Certified Public Accountant – Utah
Certified Fraud Examiner (CFE)
Certified Insolvency & Restructuring Advisor (CIRA)
Certified In Financial Forensics (CFF)

## PROFESSIONAL MEMBERSHIPS

American Institute of Certified Public Accountants
Utah Association of Certified Public Accountants
Association of Insolvency and Restructuring Advisors
Association of Certified Fraud Examiners
American Bankruptcy Institute

## INSTRUCTION, PRESENTATIONS & PUBLICATIONS

*Instruction*

- University Of Utah – "Fraud Examination and Forensic Accounting (Accounting 6540)" / Volunteer Professional Faculty (Spring Semester 2011 through Spring Semester 2020)

*Presentations*

- Utah Association Of Certified Public Accountants: "Occupational Fraud – Common Schemes & Detection" (June 2018)
- California Bankruptcy Forum / California Bankruptcy Conference – "Where the Rubber Hits the Road: Claims and Claims Objections" (May 2014)
- Brigham Young University – "Ethical Dilemmas and Fraud" (March 2014)
- Brigham Young University – "Life as a Forensic Accountant" (April 2013)

## Curriculum Vitae



- Association Of Certified Fraud Examiners (Utah Chapter) – "Bankruptcy and Ponzi Schemes" (December 2012)
- Brigham Young University – "Forensic Accounting and Fraud Investigations" (December 2011)
- Turnaround Management Association – "Professional Ethics" (November 2011)
- Utah State University – "Forensic Accounting" (October 2010)
- Brigham Young University – "Forensic Accounting" (January 2006 & October 2010)
- Brigham Young University – "Financial Statement Fraud and the Role of the Forensic Accountant" (March 2001, April 2002, April 2003, April 2004 and November 2005)
- Brigham Young University – "Business and Financial Statement Fraud" (March 2000)
- Brigham Young University – "Business Fraud" (March 1999)

**Curriculum Vitae**



**CHRISTINA TER-GEVORKIAN**
**SENIOR ASSOCIATE**

BERKELEY RESEARCH GROUP, LLC
201 South Main Street, Suite 450
Salt Lake City, UT 84111

Direct: 801.321.0071
ctergevorkian@thinkbrg.com

**SUMMARY**

Christina Ter-Gevorkian is a Senior Associate at Berkeley Research Group, LLC. She specializes in the Disputes and Investigations division performing forensic accounting services, bankruptcy, and insolvency matters. She's proficient in working with Microsoft Office products such as Excel, Access, and PowerPoint. She also has experience with other analytical software, such as SQL, RStudio, and Tableau.

Ms. Ter-Gevorkian's previous employment includes working for S3 Advisory, LLC where she assisted in investigating and analyzing cases including Ponzi schemes, financial statement fraud and bankruptcies. Prior to S3 Advisory, she volunteered as a leader for Westminster's Pro Bono Volunteer Income Tax Assistance program and Low-Income Taxpayer Clinic where she reviewed prepared tax returns before they were sent to the Internal Revenue Service ("IRS") and represented taxpayers in disputes with the IRS, including audits, appeals, collection matters, and federal tax litigation. Ms. Ter-Gevorkian was also an accounting intern at JR Miller Enterprises where she assisted the controller in performing various tasks and helped develop a 10-year budget plan.

Ms. Ter-Gevorkian received her Master in Accountancy from the David Eccles School of Business at The University of Utah and graduated *summa cum laude* with a Bachelor's of Science degree in Accounting from Westminster College. She holds both a Certified Public Accountant (CPA) license and a Certified Fraud Examiner (CFE) license.

**CASE EXAMPLES**

- Rust Rare Coin Inc.
  - Forensic analysis for a precious metals and rare coin business that conducted a multimillion-dollar Ponzi scheme involving hundreds of investors. Assisted in creating a cash receipts and disbursement database utilized for tracing hundreds of millions in cash activity, investigation of the fraudulent scheme, as well as assisted in the identification and recovery of assets.

1



- Undisclosed Receivership
  - o Accounting and investigative services to the receivership of the 2011 Trust and all related assets. Assisted in performing company operational tasks including depositing checks, tax compliance, and obtaining/ organizing company documents. Also created a cash receipts and disbursement database utilized for tracing over $100 million of cash activity over a 7-year time period.

- The Weinstein Company Holdings
  - o Forensic analysis for the bankruptcy of a major independent film studio. Assisted in preparing a preliminary analysis of cash disbursement activity which occurred in the 90 days and 1 year prior to the filing of bankruptcy. Also conducted background investigations and prepared an analysis on certain vendors.

- Undisclosed Party
  - o Tax preparation services for a real estate consulting firm. Assisted in creating schedules that categorized Quick Books activity for various investments to assist in the preparation of yearly tax returns.

- Estate Financial, Inc.
  - o Investigative loan analysis for a money lending company that solicited investments for real estate secured loans.

- Traffic Monsoon
  - Forensic analysis for a worldwide internet marketing and traffic exchange provider that conducted a Ponzi scheme involving thousands of investors around the world. The analysis involved over 60,000 members/ investors located in over 200 countries and transaction data from various online payment processors.

**EMPLOYMENT HISTORY**

| | | |
|---|---|---|
| January 2020 – Present | **Berkeley Research Group, LLC** | |
| | Senior Associate | |
| April 2018 – January 2020 | Associate | |
| | | |
| February 2017 – April 2018 | **S3 Advisory, LLC** | |
| | Staff Accountant/ Forensic Assistant | |
| | | |
| January 2017 – May 2017 | **Westminster Pro Bono VITA/LITC Clinic** | |
| | Leadership Team | |
| | | |
| May 2016 – February 2017 | **JR Miller Enterprises** | |
| | Accounting Intern | |

**Curriculum Vitae**



**SHELBY CHAFFOS**
**ASSOCIATE**

BERKELEY RESEARCH GROUP, LLC
201 South Main Street, Suite 450
Salt Lake City, UT 84111

Direct: 801.321.6337
Fax: 385.415.7775
schaffos@thinkbrg.com

**SUMMARY**

Shelby Chaffos is an Associate at Berkeley Research Group, LLC. She specializes in matters related to forensic accounting investigations, bankruptcy matters, and economic and damages analysis. She's proficient in working with Microsoft Office products like Excel, Access, and Customer Relationship Management. She also has experience with accounting and management software, such as Oracle JD Edwards, ADP, Sage and Concur.

Ms. Chaffos previous employment includes working for Western States Lodging and Management where she designed revenue and expense improvements by streaming operational processes. Prior to Western States, she worked at Nelson Laboratories where she was the administrator for payroll and travel and expense management. She assisted on two system implementations and provided strong analytical skills to identify and resolve software system issues. Ms. Chaffos also volunteered as a tax preparer for Westminster Pro Bono Tax Clinic where she assisted and prepared tax returns for low income taxpayers.

Ms. Chaffos received her Master in Accountancy from the Bill and Vieve School of Business at Westminster College and graduated with a Bachelor's of Science degree in Accounting from Westminster College. She is in the process of obtaining her Certified Public Accountant (CPA) license.

**CASE EXAMPLES**

- Undisclosed Party - Tax preparation services for a real estate consulting firm.
- Undisclosed Party - Assisted in economic loss analysis related damages caused by alleged breach of contract.

1



## EMPLOYMENT HISTORY

| | |
|---|---|
| January 2020 – Present | **Berkeley Research Group, LLC**<br>Associate |
| February 2019 – December 2019 | **Western States Lodging and Management**<br>Property Accountant |
| January 2017 – February 2019 | **Nelson Laboratories, LLC a Sotera Health Company**<br>Accountant I, Interim Payroll Administrator |
| January 2016 – April 2016 | **Westminster Pro Bono VITA**<br>Tax Preparer |
| August 2013 – May 2014 | **Kruse Landa Maycock & Ricks, LLC**<br>Intern |
| August 2012 – September 2015 | **H&S Machine Inc.**<br>Administrative Assistant |

## EDUCATION

Master of Accountancy                              Westminster College, 2018
Bachelor of Science in Accounting                  Westminster College, 2017

## PROFESSIONAL AWARDS AND RECOGNITION

2016 – 2017      Orchow Martineau Scholarship
2014 – 2017      Westminster College Dean's List

## PROFESSIONAL MEMBERSHIPS

Utah Association of Certified Public Accountants, Member



## Sherry Anthon, Case Analyst

201 South Main
Suite 450
Salt Lake City, Utah 84111
Main:   801.364.6233
Fax:     801.355.9926
Email:   santhon@thinkbrg.com

**Summary**

Sherry Anthon is a Case Analyst at Berkeley Research Group, LLC ("BRG").  She has provided support services related to bankruptcy cases including tax services and financial analyses.  Her responsibilities have included researching and analyzing financial and non-financial tax data, analysis of monthly operating reports and assistance with accounting investigations.

**Case Examples**

- Ezri Namvar Bankruptcy Estate – Accountants to the Trustee
- Undisclosed SEC Investigation – Forensic Accountants
- Castle Arch Real Estate Investment Company, LLC – Accountants to the Trustee
- National Financial Lending, LLC – Accountants to the Receiver
- Solyndra, LLC – Accountants to the Trustee
- Scott Baldwin & Cynthia Babbit Bankruptcy Estate – Accountants to the Trustee

**Employment History**

| | |
|---|---|
| 2017 to present | **Berkeley Research Group, LLC** <br> Case Analyst |
| 1995 - 2001 | **Brooks Automation/Auto Simulations** <br> Senior Accountant |

**Education**

Brigham Young University, Provo, UT, Master of Accountancy Taxation

Curriculum Vitae



**VICTORIA CALDER**
**EXECUTIVE ASSISTANT**

BERKELEY RESEARCH GROUP, LLC
201 South Main Street, Suite 450
Salt Lake City, Utah 84111

Direct: 801.321.6637
Fax: 801.335.9926

## SUMMARY

Victoria Calder has been employed at Berkeley Research Group, LLC ("BRG") in the Salt Lake City office, for the last four years. She earned an Associate of Science degree in December of 2017. Victoria has assisted with various accounting and tax issues in a variety of cases.