# EXHIBIT D



# Berkeley Research Group, LLC
## Schedule of 2020
## Billing Rates

| Position | Hourly Rate | | |
|---|---|---|---|
| Managing Director / Director | $680 | - | $1,095 |
| Associate Director / Senior Professional Staff | $500 | - | $680 |
| Junior Professional Staff | $235 | - | $500 |
| Support Staff | $115 | - | $235 |