**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 11 |
|  | ) Case No. 20-10343 (LSS) |
| BOY SCOUTS OF AMERICA AND | ) |
| DELAWARE BSA, LLC, | ) Jointly Administered |
|  | ) |
| Debtors. | ) **Objection Deadline: November 16,** |
|  | ) **2020 at 4:00 p.m. ET** |
|  | ) **Hearing Date: Scheduled only if** |
|  | ) **necessary** |
|  | ) |

**FIFTH MONTHLY APPLICATION OF BERKELEY RESEARCH GROUP, LLC
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISORS
TO THE OFFICIAL TORT CLAIMANTS' COMMITTEE FOR THE PERIOD
<u>FROM JULY 1, 2020 THROUGH JULY 31, 2020</u>**

| | |
|---|---|
| Name of Applicant: | Berkeley Research Group, LLC |
| Authorized to Provide Professional Services to: | Official Tort Claimants' Committee |
| Date of Retention: | March 6, 2020 by order entered on or about April 11, 2020 |
| Period for which Compensation and Reimbursement is Sought: | July 1, 2020 through July 31, 2020 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $359,632.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $17.17 |

This is a(n): _X_ monthly       __ interim       ___ final application.

The total time expended for fee application preparation is approximately 5.7 hours and the corresponding compensation requested is approximately $3,623.00.

**PRIOR MONTHLY APPLICATIONS FILED**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| June 3, 2020 | 03/06 – 03/31 | $281,697.00 | $0.00 | $225,357.60 | $0.00 |
| August 7, 2020 | 04/01 - 04/30 | $390,313.00 | $513.74 | $312,250.40 | $513.74 |
| October 20, 2020 | 05/01 – 05/31 | $398,111.50 | $33.14 | $318,522.34 | $33.14 |
| Filed at same time as this Fee Application | 06/01 – 06/30 | $300,701.50 | $48.55 | $300,750.05 | $48.55 |

**PRIOR QUARTERLY APPLICATIONS FILED**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A | N/A |

**BRG PROFESSIONALS**

| Name of Professional | Title & Experience | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| R. Todd Neilson | Managing Director; Over 40 Years Experience; BS Accountancy 1975; CPA Since 1981 | $850.00 | 27.4 | $23,290.00 |
| David H. Judd | Managing Director; Over 40 Years Of Experience; Master Of Accountancy 1980 | 750.00 | 160.0 | 120,000.00 |
| Paul N. Shields | Managing Director; Over 32 Years Of Experience; Master Of Business Administration 1992; CPA Since 1991 | 715.00 | 2.9 | 2,073.50 |
| D. Ray Strong | Managing Director; Over 25 Years Of Experience; Master Of Accountancy 1995; CPA Since 1997 | 660.00 | 52.3 | 34,518.00 |

| Matthew Edman | Director, Over 15 Years Of Experience; Ph.D. Computer Science; ACE | 670.00 | 0.3 | 201.00 |
| Matthew K. Babcock | Associate Director; Over 22 Years Of Experience; Master Of Accountancy 1998; CPA Since 2000 | 625.00 | 165.4 | 103,375.00 |
| Christina Tergevorkian | Senior Associate; Over 4 Years Of Experience; Master Of Accountancy 2018; CPA Since 2019 | 295.00 | 123.6 | 36,462.00 |
| Jason Strong | Senior Associate; Over 20 Years Of Experience; EnCase Certified Examiner; Microsoft Certified Professional | 150.00 | 1.3 | 195.00 |
| Shelby Chaffos | Associate; Over 4 Years Of Experience; Master Of Accountancy 2018 | 240.00 | 160.9 | 38,616.00 |
| Sherry Anthon | Case Assistant; Over 3 Years Of Experience; Master Of Accountancy 2000 | 205.00 | 4.4 | 902.00 |
| | **Blended Rate** | **$514.86** | **698.5** | **$359,632.50** |

## COMPENSATION BY CATEGORY

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| **200.10** – Document / Data Analysis (Merrill DatasiteOne) | 30.9 | $15,587.00 |
| **200.30** – Document / Data Analysis (Financial / Accounting) – PeopleSoft Accounting System | 24.6 | 16,279.00 |
| **200.40** – Document / Data Analysis (Corporate) | 9.7 | 6,353.00 |
| **200.60** – Document / Data Analysis (Local Councils) | 62.1 | 27,174.50 |
| **221.00** – Debtor Operations / Monitoring (Cash Flow Reports) | 13.8 | 5,778.00 |
| **223.00** – Debtor Operations / Monitoring (Cash Management Reports) | 2.6 | 624.00 |
| **224.00** – Debtor Operations / Monitoring (Shared Services Reports) | 0.7 | 168.00 |
| **300.00** – Asset Analysis (General – Debtors) | 11.1 | 6,964.50 |
| **301.00** – Asset Analysis (General - Debtors Restricted / Identified Assets) | 11.0 | 7,174.00 |
| **303.00** – Asset Analysis (General – Local Councils) | 64.2 | 33,617.50 |
| **310.00** – Asset Analysis (Cash / Bank Accounts - Debtors) | 11.2 | 5,327.00 |

| | | |
|---|---|---|
| **321.00 –** Asset Analysis (Investments / Funds – Debtors Restricted / Identified Assets) | 15.2 | 9,680.00 |
| **323.00 –** Asset Analysis (Investments / Funds – Local Councils) | 46.1 | 11,872.50 |
| **331.00 –** Asset Analysis (Real Property –Debtors Restricted / Identified Assets) | 0.5 | 312.50 |
| **333.00 –** Asset Analysis (Real Property – Local Councils) | 177.2 | 59,330.50 |
| **350.00 –** Asset Analysis (Insurance – Debtors) | 63.6 | 46,218.50 |
| **500.00 –** Viability Analysis | 70.5 | 50,017.50 |
| **620.00 –** Claims / Liability Analysis (Pension) | 5.5 | 3,990.00 |
| **1020.00 –** Meeting Preparation & Attendance | 50.1 | 34,942.00 |
| **1030.00 –** Mediation Preparation & Attendance | 22.2 | 14,599.50 |
| **1060.00 –** Fee Application Preparation & Hearing | 5.7 | 3,623.00 |
| **Total** | **698.5** | **$359,632.50** |

## EXPENSE SUM MARY

| Expense Category | Service Provider Of Applicable Expense | Total Expenses |
|---|---|---|
| Research Services | GuideStar (guidestar.org) | $15.47 |
| Research Services | Pacer – Court (pacer.gov) | 1.70 |
| **Total** | | **$17.17** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| ) | |
| In re: ) | Chapter 11 |
| ) | Case No. 20-10343 (LSS) |
| BOY SCOUTS OF AMERICA AND ) | |
| DELAWARE BSA, LLC, ) | Jointly Administered |
| ) | |
| Debtors. ) | **Objection Deadline: November 16,** |
| ) | **2020 at 4:00 p.m. ET** |
| ) | **Hearing Date: Scheduled only if** |
| ) | **necessary** |
| ) | |

**FIFTH MONTHLY APPLICATION OF BERKELEY RESEARCH GROUP, LLC**
**FOR COMPENSATION FOR SERVICES RENDERED AND**
**REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISORS**
**TO THE OFFICIAL TORT CLAIMANTS' COMMITTEE FOR THE PERIOD**
**FROM JULY 1, 2020 THROUGH JULY 31, 2020**

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy Rules"), and the Court's "*Order (I) Approving Procedures For (A) Interim Compensation And Reimbursement Of Expenses Of Related Professionals And (B) Expense Reimbursement For Official Committee Members And (II) Granting Related Relief*" (the "Interim Order"), Berkeley Research Group, LLC ("BRG" or "Applicant"), financial advisor to the Official Tort Claimants' Committee ("Tort Claimants' Committee" of "TCC"), hereby submits its Boy Scouts Of America and Delaware BSA, LLC ("Debtors") Fifth Monthly Application for Compensation and for Reimbursement of Expenses for the Period from July 1, 2020 through July 31, 2020 ("Application").

By this Application, BRG seeks a monthly allowance of compensation in the amount of $359,632.50 and expenses of $17.17 for a total allowance of $359,649.67 and payment of $287,706.00 (80% of the allowed fees) and reimbursement of $17.17 (100% of the allowed expenses) for a total payment of $287,723.17 for the period July 1, 2020 through July 31, 2020 (the "Fifth Monthly Period").  In support of this Application, BRG respectfully represents as follows:

## Background

1.      On February 18, 2020 (the "Petition Date"), the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  On February 18, 2020, the Debtors also filed certain motions and applications seeking certain "first day" orders.  The factual background relating to the Debtor's commencement of this case is set forth in the "*Declaration of Brian Whittman In Support Of The Debtors' Chapter 11 Petitions And First Day Pleadings*" [Docket No. 16] (the "Whittman Declaration").

2.      The Debtors have continued in possession of their property and have continued to operate and manage their businesses as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee or examiner has been appointed in this Chapter 11 case.

3.      On or around March 4, 2020 (the "Committee Formation Date") the Office of the United States Trustee (the "US Trustee") formed the Tort Claimants' Committee to represent all tort claimants of the Debtors pursuant to section 1102 of the Bankruptcy Code. See Docket No. 142.  On the Committee Formation Date, the Tort Claimants' Committee determined to retain, subject to Court approval, Pachulski Stang Ziehl & Jones LLP ("PSZJ" or "Counsel") as counsel to represent the Tort Claimants' Committee in all matters during the

pendency of this chapter 11 case.  The appointment of PSZJ was approved.

4.      After the Committee Formation Date, the Tort Claimants' Committee determined to retain, subject to Court approval, BRG as its financial advisor in the Debtors' case.  On or about April 11, 2020, the "*Order Authorizing And Approving The Retention Of Berkeley Research Group, LLC, As Financial Advisor To The Official Tort Claimants Committee Effective As Of March 6, 2020*" appointing BRG effective March 6, 2020 was approved (the "Retention Order").  The Retention Order authorized BRG to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.  A copy of the Retention Order is attached hereto as Exhibit A.

5.      On or about April 6, 2020, the Court entered the Interim Order, authorizing certain professionals ("Professionals") to submit monthly applications for interim compensation and reimbursement for expenses, pursuant to the procedures specified therein. The Interim Order provides, among other things, that a Professional may submit monthly fee applications.  If no objections are made within fourteen (14) days after service of the monthly fee application, the Debtors are authorized to pay the Professional eighty percent (80%) of the requested fees and one hundred percent (100%) of the requested expenses. Beginning with the period ending May 31, 2020, at three-month intervals, each of the Professionals must file with the court and serve an interim application for allowance of the amounts sought in its monthly fee applications for that period.  All fees and expenses paid are on an interim basis until final allowance by the Court.

6.      On June 3, 2020, BRG filed an application for fees in the amount of $281,697.00 and expenses in the amount of $0.00 for the time period covering March 6 through March 31, 2020 [Docket No. 768].

On August 7, 2020, BRG filed an application for fees in the amount of $390,313.00 and expenses in the amount of $513.74 for the time period covering April 1 through April 30, 2020 [Docket No. 1085].

On October 20, 2020, BRG filed an application for fees in the amount of $398,111.50 and expenses in the amount of $33.14 for the time period covering May 1 through May 31, 2020 [Docket No. 1554].

BRG filed an application for fees in the amount of 300,701.50 and expenses in the amount of $48.55 for the time period covering June 1 through June 30, 2020 at the same time it filed this Fifth Fee Application.

## BRG's APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES

### Compensation Paid and Its Source

**7.**    All services for which BRG requests compensation were performed for or on behalf of the Tort Claimants' Committee.

8.    BRG has received no payment and no promises for payment from any source other than the Debtors for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application.  There is no agreement or understanding between BRG and any other person other than the partners / directors of BRG for the sharing of compensation to be received for services rendered in this case.

### Fee Statements

9.    The fee statements for the Fifth Monthly Interim Period are attached hereto as Exhibit B.  Exhibit B provides the detailed time entries for the services provided by category

by BRG as financial advisor to the Tort Claimants' Committee as well as the detail of all expenses expended.  To the best of BRG's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules and the Interim Order. BRG's time reports are recorded contemporaneously at the time the work is performed.

10.     BRG is particularly sensitive to issues of "lumping" and, unless time was spent in one-time frame on a variety of different matters for a particular client, separate time entries are set forth in the time reports.  BRG's charges for its professional services are based upon the time, nature, extent and value of such services and the cost of comparable services other than in a case under the Bankruptcy Code.  BRG has reduced its charges related to any non-working "travel time" to fifty percent (50%) of BRG's standard hourly rate.  To the extent it is feasible, BRG professionals work during travel.

<u>**Actual and Necessary Expenses**</u>

11.     BRG charges $0.10 per page for photocopying expenses related to cases, such as these, arising in Delaware.  BRG charges $0.25 per page for out-going facsimile transmissions.  There is no additional charge for long distance telephone calls on faxes.  The charge for outgoing facsimile transmissions reflects BRG's calculation of the actual costs incurred by BRG for the machines, supplies and the extra labor expenses associated with sending telecopies and are reasonable in relation to the amount charged by outside vendors who provide similar services.  BRG does not charge for the receipt of faxes in these cases.

12.     With respect to providers of on-line research services <u>(e.g.,</u> LEXIS and PACER), BRG charges the standard usage rates these providers charge for computerized legal research.  BRG bills its clients the actual amounts charged by such services, with no premium.

13.     BRG believes the foregoing rates are the market rates that the majority of similar firms / providers charge clients for such services.

### Summary of Services Rendered

14.     The names of the directors and associates of BRG who have rendered professional services in this case during the Fifth Monthly Period, and the paraprofessionals and case assistants of BRG who provided services to these professionals during the Fifth Monthly Period, are set forth in the attached Exhibit B.  Resumes of each individual that describe the education and qualifications of the professionals and paraprofessionals for BRG whose time constitutes a basis for this Application are attached as Exhibit C.

15.     Exhibit D is a schedule of Applicant's normal hourly billing rates during the Fifth Monthly Period.  These were the rates charged by Applicant's personnel to solvent clients where Applicant ordinarily receives payment in full within less than 90 days. Applicant carefully reviewed all time charges to ensure they were reasonable and non-duplicative.  Costs and disbursements were also reviewed.  Time was billed in tenths of an hour.

16.     BRG, by and through such persons, has prepared and / or assisted in the preparation of various motions submitted to the Court for consideration, advised the Tort Claimants' Committee on a regular basis with respect to various matters in connection with the Debtor's bankruptcy case, and performed all necessary professional services which are described and narrated in detail below.  BRG's efforts have been extensive due to the size and complexity of the Debtor's bankruptcy case.

### Summary of Services by Project

17.     The services rendered by BRG during the Fifth Monthly Period can be

grouped into the categories set forth below. BRG attempted to place the services provided

in the category that best relates to such services. However, because certain services may

relate to one or more categories, services pertaining to one category may in fact be

included in another category.  These services performed, by categories, are generally

described below, with a more detailed identification of the actual services provided set

forth in the attached Exhibit B.  Exhibit B identifies the professionals and

paraprofessionals who rendered services relating to each category, along with the number

of hours for each individual and the total compensation sought for each category.

### A.    200.01 – Document / Data Analysis (Merrill DatasiteOne)

18.    BRG continued its review and analysis of thousands of pages of documents,

data and information uploaded by the Debtors into the Merrill DatasiteOne Data Rooms

("Data Rooms"), including over 1,600 new documents.  At the end of July 2020, the Debtors

had uploaded over 7,200 individual documents into three separate Data Rooms, which

consisted of over 166,800 individual pages. As part of its continued review and analysis,

BRG examined a number of categories of documents, including Local Council documents,

asset and liability records, financial statements (including related supporting documents and

electronic accounting system data), corporate / organization records (including board

minutes), and periodic reports filed / uploaded by the Debtors. Pursuant to its review, BRG

identified additional documents / data to be requested and followed-up with the Debtors'

financial advisors regarding outstanding document requests. Applicant's review of Data

Room documents has assisted in and will continue to facilitate its on-going analyses and

investigations.

Applicant continued to work closely with Counsel in its review and examination of

the Debtors' Data Room documents in order to identify key documents, respond to inquiries from Counsel and avoid duplication of effort. Pursuant to Counsel request, BRG has prepared weekly Data Room indexes in order to identify new documents uploaded, existing documents removed and other modifications to the Data Room.

Fees: $15,587.00;          Hours: 30.9

**B.      200.30 – Document / Data Analysis (Financial / Accounting) - PeopleSoft Accounting System**

19.     BRG continued its evaluation of the Debtors' PeopleSoft accounting system. BRG analyzed various PeopleSoft accounting reports received from the Debtors and their financial advisors, identified inconsistencies and issues with these reports, and coordinated with the Debtor, IBM, and the TCC PeopleSoft consultant to gain access to the "back-end" SQL database of BSA PeopleSoft accounting system.  BRG coordinated with the TCC PeopleSoft consultant to develop queries and reports to evaluate the Debtor's, Non-Debtor's, and Local Councils' financial statements, general ledger transactions, chart of accounts. BRG and the TCC PeopleSoft consultant continued to attend weekly status calls to discuss on-going assignments, issues involving the PeopleSoft data and reporting, and to coordinate additional assignments including the preparation of additional PeopleSoft queries and reports to maximize efficiency.

The PeopleSoft data is vital to BRG's on-ongoing and pending analysis and will allow BRG to efficiently analyze the Debtors' historic and current operations and financial activity. In addition, the PeopleSoft data will assist BRG in its identification and analysis of assets available to the Debtors' creditors. BRG continued to utilize the PeopleSoft data to confirm and verify data exports, documentation, and information provided by the Debtors.

Fees: $16,279.00;          Hours: 24.6

**C.**      **200.40 – Document / Data Analysis (Corporate)**

20.      BRG continued its examination of corporate documents and records of the

Debtors, including board minutes and related support from the Executive Board and

Executive Committee. BRG's review of board minutes has assisted in and will continue to

facilitate its on-going analyses and investigations of a number of critical areas, including

assets (including alleged restrictions), claims, operations, organizational structure,

relationships between the Debtors, Local Councils and Non-Debtor Related Entities.

Fees: $6,353.00;          Hours:  9.7

**D.**      **200.60 – Document / Data Analysis (Local Councils)**

21.      BRG continued its examination of thousands of pages of Local Council

documents, including asset schedules and related documents and other financial data

uploaded by the Debtors for numerous Local Councils. BRG prepared inventories of

documents produced by Local Councils, including detailed indexes of documents produced

by the 8 Local Council Ad Hoc Committee members. BRG worked closely with Counsel

and provided periodic updates to Counsel in regard to the on-going Local Council document

productions. Pursuant to its review of available Local Council documents, BRG identified

additional documents / data to be requested and followed-up regarding outstanding

document requests.

Applicant's review of Data Room documents has assisted in and will continue to

facilitate its on-going analyses and investigations of potential assets available to creditors.

Fees: $27,174.50;          Hours:  62.1

E.    **221.00 – Debtors Operations / Monitoring (Cash Flow Reports)**

22.    BRG continued its analysis of weekly cash flow budgets and actual results in order to identify and understand variances in actual results as compared to budgeted amounts. Such comparisons include a rolling analysis of budgeted and actual results based on updated cash flow budgets provided by the Debtors. BRG also made comparisons of updated budgets to prior budgets in order to understand variances from budget to budget. Budgets reviewed by BRG covered the time period from February 14, 2020 through October 2, 2020.

The aforementioned analysis enables BRG to better evaluate the Debtors' financial performance as well as the Debtors' ability to forecast future financial performance. BRG will continue to provide services monitoring the Debtors' cash flows and operations and report its findings to counsel and the TCC to keep them informed of the Debtors' ongoing operations.

Fees: $5,778.00;                    Hours: 13.8

F.    **223.00 – Debtors Operations / Monitoring (Cash Management Reports)**

23.    During the Fifth Monthly Period, BRG continued its analysis of periodic reports provided by the Debtors regarding cash receipts and disbursements. As part of this analysis, BRG analyzed over 2,930 individual receipts totaling over $38.6 million and approximately 22,000 disbursements totaling over $65.6 million. This analysis is ongoing and allows Counsel and the TCC to monitor the Debtor's cash transactions and related activity.

Fees: $624.00;                    Hours: 2.6

14

**G.    224.00 – Debtors Operations / Monitoring (Shared Services Reports)**

24.    During the Fifth Monthly Period, BRG continued its analysis of reports provided by the Debtors regarding cash receipts and disbursements related to non-debtor affiliates and local councils. BRG analyzed over 3,660 receipts totaling over $39.4 million, over 1,580 disbursements totaling over $1.9 million and 792 intercompany transfers totaling approximately $25.1 million. This analysis is ongoing and allows Counsel and the TCC to monitor the Debtor's activity in relation to the Shared Services order.

Fees: $168.00;              Hours: 0.7

**H.    300.00 – Asset Analysis (General – Debtors)**

25.    BRG continued its analysis of the Debtors' general unrestricted assets. As part of its analysis, BRG examined assets detailed in currently available documentation and in the PeopleSoft accounting system data. BRG also analyzed the Debtors' Unrestricted Endowment Fund and ("PPP") loans obtained by the Debtors, Related Non-Debtors and / or Local Councils.

Fees: $6,964.50;              Hours: 11.1

**I.    301.00 – Asset Analysis (General - Debtors Restricted / Identified Assets)**

26.    BRG continued it analysis of assets identified by the Debtors as being restricted or otherwise unavailable to creditors. As part of this analysis, BRG continued its examination of documents and records uploaded by the Debtors to the Data Room, including wills, bequests, agreements, pledges and related correspondence. BRG worked closely with Counsel in order to coordinate the investigation of alleged restricted assets from both legal and accounting perspectives. BRG's on-going examination of restricted assets identified by the Debtors will benefit its analyses and investigations, including its identification and

analysis of potential assets available to the Debtors' creditors.

Fees: $7,174.00;                    Hours: 11.0

**J.      303.00 – Asset Analysis (General – Local Councils)**

27.      BRG continued its preliminary analyses / investigations into assets available to the Committee, including assets held by Local Councils. As part of this analysis, BRG updated its analysis of Local Council asset data obtained from the Debtors' PeopleSoft accounting system and from Forms 990. BRG examined balance sheet statements provided for all Local Councils and balance sheet data contained within PeopleSoft. As part of this analysis, BRG created a balance sheet database, which allowed it to analyze balance sheet data for all Local Councils on a combined basis from 2007 through May 2020. BRG also continued its examination of assets identified in document productions provided by the 8 members of the Local Council Ad Hoc Committee (specifically Andrew Jackson Council, Atlanta Area Council, Crossroads of America Council, Denver Area Council, Grand Canyon Council, Greater New York Council, Mid-America Council and Minsi Trails Council). Documents produced by these Local Councils generally related to real estate, restricted assets and income producing assets.

BRG's on-going examination of local council assets and related documentation will benefit its analyses and investigations, including its identification and analysis of potential assets available to the Debtors' creditors.

Fees: $33,617.50;                    Hours: 64.2

**K.      310.00 – Asset Analysis (Cash / Bank Accounts – Debtors)**

28.      BRG continued its analysis of bank account statements and bank account reconciliation files uploaded by the Debtors for over 70 bank accounts, including additional

documents uploaded during the Fifth Monthly Period. BRG identified areas for follow-up with the Debtors' financial advisors. BRG's analysis of the Debtors bank accounts will benefit its on-going analyses and investigations, including its identification and analysis of potential assets available to the Debtors' creditors.

Fees: $5,327.00;          Hours: 11.2

**L.     321.00 – Asset Analysis (Investments / Funds - Debtors Restricted / Identified Assets)**

29.     BRG continued its analysis of the BSA Commingled Endowment Fund ("CEF"). As part of its services, BRG examined recent CEF documents uploaded by the Debtors' and compared CEF activity with data in the Debtors' PeopleSoft accounting system. BRG examined interests of various parties in the CEF, including the Debtors' Non-Debtor Entities and Local Councils. BRG's analysis of the CEF will benefit its on-going analyses and investigations, including its identification and analysis of potential assets available to the Debtors' creditors.

Fees: $9,680.00;          Hours: 15.2

**M.     323.00 – Asset Analysis (Investments / Funds – Local Councils)**

30.     BRG continued its analysis of assets reported by Local Councils, including restricted assets and income producing assets. BRG analyzed assets for all Local Councils, including an examination of documentation produced through the end of the Fifth Monthly Period. Pursuant to its analysis, BRG updated its master schedule of Local Council assets related to restricted assets and income producing assets. BRG's analysis of Local Council assets will benefit its on-going analyses and investigations, including its identification and analysis of potential assets available to the Debtors' creditors.

Fees: $11,872.50;          Hours: 46.1

**N.**      **331.00 – Asset Analysis (Real Property - Debtors Restricted / Identified Assets)**

31.      BRG continued its analysis of real property identified by the Debtors as being restricted or otherwise unavailable to creditors, including the Debtors' high adventure facilities. BRG's initial examination of restricted real estate assets identified by the Debtors will benefit on-going and pending analyses and investigations, including its identification and analysis of potential assets available to the Debtors' creditors.

Fees: $312.50;        Hours: 0.5

**O.**      **333.00 – Asset Analysis (Real Property – Local Councils)**

32.      BRG continued its analysis of Local Council real estate holdings, including updating its master Local Council asset schedule. Based on its analysis, BRG has identified over 1,300 real estate holdings, including camps, reservations, service centers and scout shops. As part of this analysis, BRG continued its examination of the on-going, rolling documentation productions related to Local Council real estate holdings. This analysis involved the evaluation of restrictions alleged by the Local Councils, including a determination if documentation had been provided by the Local Councils in support of the alleged restrictions and a review of available documentation. BRG evaluated potential approaches to be used in order to obtain current market values for the Local Council real estate. BRG's analysis of the Local Councils' real estate holdings will benefit its on-going analyses and investigations, including its identification and analysis of potential assets available to the Debtors' creditors.

Fees: $59.330.50;          Hours: 177.2

**P.**    **350.00 – Asset Analysis (Insurance – Debtors)**

33.    BRG performed its initial analysis of the Debtors' General Liability Insurance Program ("GLIP").  BRG was asked by Counsel to prepare this analysis to determine the extent of the losses from this program.  BRG was also asked to determine the amount of funding provided by the National Council and the local councils.

BRG analyzed the detailed records for the GLIP business unit in order to determine overall losses associated with this program from 2008 through the current time period.  BRG also reviewed the records for the National Council to determine additional revenues and expenses related to GLIP.  This detailed analysis allowed BRG to determine the amounts contributed by the National Council and the local councils for the years 2008 through the present.  This analysis included a detailed analysis of legal fees and settlements paid from 2008 through current.  The analysis also included a detailed analysis of various administrative expenses related to the GLIP program.

BRG developed a summary analysis of GLIP to show overall losses for this program. BRG then compared and reconciled the results of this detailed analysis to the annual audited financial statements and the internal Greybook financial reports.

Fees: $46,218.50;            Hours: 63.6

**Q.**    **500.00 – Viability Analysis**

34.    BRG continued its analysis of the on-going viability of the Debtors' operations, including 8 business units of the Debtors' and 6 Related Non-Debtors. This analysis included a detailed analysis of approximately 3.3 million general ledger entries provided by the Debtors for the years 2017 through 2019. BRG began its analysis of the data by individual business unit and for each Related Non-Debtor for each available year. This

analysis included revenue and expense amounts and trends. BRG analyzed payroll, benefits and employment expenses for each business unit and entity. BRG incorporated actual and projected RIF's (reductions in force) into this analysis in order to modify projections for these changes.  BRG also developed a viability forecast for the years 2021 through 2025 for each individual business unit and Related Non-Debtor entity. BRG initiated a detailed study of membership, including the impact of historical declines and price sensitivity based on registration fee increases.  BRG also incorporated into the membership analysis the impact of the departure of the LDS youth and adult leaders.

The viability analysis includes hundreds of assumptions which flow through the various business units and non-debtor entities. Because of this approach, changes to the assumptions can be made to determine the sensitivity of those assumptions as well as modify the viability analysis as additional information is accumulated.

In order to establish reasonable assumptions for the viability forecast, BRG analyzed forecasts and budgets provided by the Debtors. BRG used this information as well as historical trends to determine a reasonable membership forecast for the years 2021 through 2025. BRG updated this information based on each subsequent forecast and 13-week budget provided by the Debtors.

While this analysis is substantially complete, minor modifications and updates may be required as additional records are received from the Debtors. Forecasts and budgets provided by the Debtors have been impacted significantly by COVID-19. Actual operating revenues and expenses have been impacted in a negative way and BRG is including a modified "return to normal" for the Debtors.

Fees: $50,017.50;          Hours: 70.5

**R.**  **620.00 – Claims / Liability Analysis (Pension)**

35.  BRG continued its analysis of the Debtors' pension plans, including the retirement and restoration plans. As part of its analysis, BRG examined documentation produced to date by the Debtors related to these plans. BRG also analyzed pension plan data recorded in the PeopleSoft accounting system.

> Fees: $3,990.00;              Hours: 5.5

**S.**  **1020.00 – Meeting Preparation & Attendance**

36.  During the Fourth Monthly Period, BRG prepared for and participated in various conference calls with Counsel, TCC members counsel, TCC members, Debtors' counsel, Debtors' financial advisors, UCC counsel, UCC financial advisors, and / or other BRG personnel regarding various case issues and assignments.

As requested by the TCC, BRG attended periodic meetings with the TCC members and / or TCC members counsel in order to report on its analyses and investigations and to coordinate additional work to be performed. In addition, BRG attended periodic meetings of the TCC sub-committees, including the BSA working group. BRG has and continues to conduct a number of complex detailed analyses and investigations.

In order to coordinate and ensure the greatest value is achieved from the complex analyses and investigations performed, BRG held periodic meetings involving certain members of its team. BRG kept these meetings to the minimum required in order to guarantee the benefit of its services to the creditors and to the Debtors. For example, analysis of PeopleSoft accounting data being performed by one member of BRG's team can benefit other separate analyses being conducted simultaneously by other team members (including analyses of Debtors assets, Local Council assets, alleged asset restrictions, real

estate, liabilities, claims and other critical issues). Periodic meetings between key individuals allow for communication and collaboration, thus providing the greatest value of services rendered.

Fees: $34,942.00;          Hours: 50.1

**T.     1030.00 – Mediation Preparation & Attendance**

37.     During the Fourth Monthly Period, BRG continued its evaluation of issues related to the mediation process. BRG prepared for and met periodically with the mediators. In addition, BRG responded to requests from the mediators for data and information regarding various case issues, including Local Council assets. Finally, BRG began preparation of its written responses to inquiries from the mediators regarding BSA, Non-Debtor and Local Council assets.

Fees: $14,599.50;          Hours: 22.2

**U.     1060.00 – Fee Application Preparation & Hearing**

38.     BRG continued its preparation of its April and May 2020 fee applications (including fee application narrative and related exhibits and a review of all related time entries and expenses to ensure benefit to the estate). Of note, prior to filing any fee application in this matter, BRG provides it fees and expenses to the TCC for review and comment and only files a fee application after it receives TCC approval of its fees and expenses.

Fees: $3,623.00;          Hours: 5.7

**Valuation of Services**

39.     Professionals and paraprofessionals of BRG expended a total of 698.5 hours as financial advisors to the Tort Claimants' Committee during the Interim Period, as follows:

| Name of Professional | Title & Experience | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| R. Todd Neilson | Managing Director; Over 40 Years Experience; BS Accountancy 1975; CPA Since 1981 | $850.00 | 27.4 | $23,290.00 |
| David H. Judd | Managing Director; Over 40 Years Of Experience; Master Of Accountancy 1980 | 750.00 | 160.0 | 120,000.00 |
| Paul N. Shields | Managing Director; Over 32 Years Of Experience; Master Of Business Administration 1992; CPA Since 1991 | 715.00 | 2.9 | 2,073.50 |
| D. Ray Strong | Managing Director; Over 25 Years Of Experience; Master Of Accountancy 1995; CPA Since 1997 | 660.00 | 52.3 | 34,518.00 |
| Matthew Edman | Director, Over 15 Years Of Experience; Ph.D. Computer Science; ACE | 670.00 | 0.3 | 201.00 |
| Matthew K. Babcock | Associate Director; Over 22 Years Of Experience; Master Of Accountancy 1998; CPA Since 2000 | 625.00 | 165.4 | 103,375.00 |
| Christina Tergevorkian | Senior Associate; Over 4 Years Of Experience; Master Of Accountancy 2018; CPA Since 2019 | 295.00 | 123.6 | 36,462.00 |
| Jason Strong | Senior Associate; Over 20 Years Of Experience; EnCase Certified Examiner; Microsoft Certified Professional | 150.00 | 1.3 | 195.00 |
| Shelby Chaffos | Associate; Over 4 Years Of Experience; Master Of Accountancy 2018 | 240.00 | 160.9 | 38,616.00 |
| Sherry Anthon | Case Assistant; Over 3 Years Of Experience; Master Of Accountancy 2000 | 205.00 | 4.4 | 902.00 |
|  | **Blended Rate** | **$514.86** | **698.5** | **$359,632.50** |

40.    The nature of work performed by these individuals is fully set forth in Exhibit B attached hereto. These are BRG's normal hourly rates for work of this character. The reasonable value of the services rendered by BRG for the Tort Claimants' Committee during the Fifth Monthly Period is $359,632.50.

41.    In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by BRG is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code. Moreover, BRG has reviewed the requirements of Del. Bankr. LR 2016-2 and the Interim Order and believes that this Application complies with such Rule and Order.

WHEREFORE, BRG respectfully requests that, for the period July 1, 2020 through July 31, 2020, an interim allowance be made to BRG for compensation in the amount of $359,632.50 and expenses in the amount of $17.17 for a total allowance of $359,649.67 and payment of $287,706.00 (80% of the allowed fees) and reimbursement of $17.17 (100% of the allowed expenses) be authorized for a total payment of $287,723.17.

Dated this **30**<sup>**TH**</sup> day of October, 2020.

R. Todd Neilson, CPA
Berkeley Research Group, LLC
201 South Main Street, Suite 450
Salt Lake City, Utah 84111

Financial Advisor to the Official Tort
Claimants' Committee

## VERIFICATION

STATE OF UTAH    COUNTY OF

SALT LAKE:

R. Todd Neilson, after being duly sworn according to law, deposes and says:

a)   I am a Certified Public Accountant and am a Managing Director with Berkeley Research Group, LLC ("BRG").

b)   I have read the foregoing *"Fifth Monthly Application Of Berkeley Research Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses Incurred As Financial Advisors To The Official Tort Claimants' Committee For The Period From July 1, 2020 Through July 31, 2020"* (the "Application") and know the contents thereof. I certify the facts stated therein are true of my own knowledge, except for those stated upon information and belief, which I believe to be true. If called upon I could and would testify completely thereto.

c)   I have reviewed Del. Bankr. LR 2016-2 and the Interim Order signed on or about April 6, 2020, and submit that the Application substantially complies with such Rule and Order.

Dated this 30th day of October, 2020.

R. Todd Neilson

SUBSCRIBED AND SWORN to before me this 30 day of October, 2020.

Notary Public
My Commission Expires: 02-21-2024    



ELIZABETH FLOWERS
NOTARY PUBLIC·STATE OF UTAH
COMMISSION# 710676
COMM. EXP. 02-21-2024

25