# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

**Objection Deadline: November 16, 2020 at 4:00 p.m. (ET)**
**Hearing Date: Scheduled only if necessary**

## NOTICE OF FILING OF FEE APPLICATION

**PLEASE TAKE NOTICE** that Berkeley Research Group, LLC ("BRG"), financial advisor to the official committee of tort claimants (consisting of survivors of childhood sexual abuse) (the "Tort Claimants' Committee" or the "TCC"), in the above-captioned cases, has filed its *Fifth Monthly Application of Berkeley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisors to the Official Tort Claimants' Committee for the Period from July 1, 2020 through July 31, 2020* (the "Application") seeking fees in the amount of $359,632.50 and reimbursement of actual and necessary expenses in the amount of $17.17 for the period from July 1, 2020 through July 31, 2020.

**PLEASE TAKE FURTHER NOTICE** that any objection or response to the Application must be made in writing and be filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **November 16, 2020 at 4:00 p.m. prevailing Eastern Time**.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the objection or response, if any, upon the following: (i) the Debtors: Boy Scouts of America, 1325 W. Walnut Hill Lane, Irving, TX  75038 (Attn: Steven P. McGowan); (ii) proposed counsel to the Debtors: (a) White & Case LLP, 1221 Avenue of the Americas, New York, NY  10020 (Attn: Jessica C.K. Boelter (jessica.boelter@whitecase.com)), (b) White & Case LLP, 111 S. Wacker Drive, Chicago, IL  60606 (Attn: Michael C. Andolina (mandolina@whitecase.com) and Matthew E. Linder (mlinder@whitecase.com)); and (c) Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, 16th Floor, P.O. Box 1347, Wilmington, DE  19899-1347 (Attn: Derek C. Abbott (dabbott@mnat.com)); (iii) the United States Trustee: 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE  19801 (Attn: David Buchbinder (david.l.buchbinder@usdoj.gov) and Hannah M. McCollum (hannah.mccollum@usdoj.gov)); (iv) counsel to the Official Committee of Unsecured Creditors: (a) Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY  10036 (Attn: Rachael Ringer (rringer@kramerlevin.com) and Megan M. Wasson (mwasson@kramerlevin.com)) and (b) Reed Smith LLP, 1201 N. Market Street, Suite 1500, Wilmington, DE  19801 (Attn: Kurt F. Gwynne (kgwynne@reedsmith.com) and Katelin A Morales (kmorales@reedsmith.com)); (v) counsel to the Tort Claimants' Committee: Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE  19801 (Attn: James I. Stang (jstang@pszjlaw.com) and James E. O'Neill (joneill@pszjlaw.com)); (vi) counsel to the Future Claimants' Representative: Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 N. King Street, Wilmington, DE 19801 (Attn: Robert S. Brady (rbrady@ycst.com) and Edwin J. Harron (eharron@ycst.com)); (vii) counsel to the Ad Hoc Committee of Local Councils: Wachtell, Lipton, Rosen & Katz, 51 W. 52nd Street, New York, NY  10019 (Attn: Richard G. Mason (rgmason@wlrk.com) and

Joseph C. Celentino (jccelentino@wlrk.com)); (viii) counsel to JPMorgan Chase Bank, National Association: (a) Norton Rose Fulbright US LLP, 2200 Ross Avenue, Dallas, TX 75201-7932 (Attn: Louis R. Strubeck (louis.strubeck@nortonrosefulbright.com) and Kristian W. Gluck (kristian.gluck@nortonrosefulbright.com) and (b) Womble Bond Dickinson (US) LLP, 1313 N. Market Street, Suite 1200, Wilmington, DE 19801 (Attn: Matthew Ward (matthew.ward@wbd-us.com) and Morgan Patterson (morgan.patterson@wbd-us.com)); and (ix) counsel to the County Commission of Fayette County (West Virginia): Steptoe & Johnson PLLC, Chase Tower, 8th Floor, 707 Virginia Street East, Charleston, WV 25301 (Attn: John C. Stump (john.stump@steptoe-johnson.com)).

**PLEASE TAKE FURTHER NOTICE** that on April 6, 2020, the Bankruptcy Court entered the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* (the "Order") [Docket No. 341]. Pursuant to the Order, in the absence of timely filed objections or responses, and upon the filing with the Bankruptcy Court of a certification of no objection, the Debtors are authorized to pay the professionals eighty percent (80%) of the fees, and one hundred percent (100%) of expenses without further notice or hearing. All fees and expenses paid to the professionals are subject to final approval by the Court.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated: November 2, 2020 | PACHULSKI STANG ZIEHL & JONES LLP |
| | |
| | */s/ James E. O'Neill* |
| | James I. Stang (CA Bar No. 94435) |
| | Robert B. Orgel (CA Bar No. 10187) |
| | James E. O'Neill (DE Bar No. 4042) |
| | John W. Lucas (CA Bar No.271038) |
| | Ilan D. Scharf (NY Bar No. 4042107) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE  19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile:  (302) 652-4400 |
| | Email: jstang@pszjlaw.com |
| |   rorgel@pszjlaw.com |
| |   joneill@pszjlaw.com |
| |   jlucas@pszjlaw.com |
| |   ischarf@pszjlaw.com |
| | |
| | *Counsel for the Tort Claimants' Committee* |

4