**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BOY SCOUTS OF AMERICA AND | ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC, | ) | (Chapter 11) |
| | ) | Judge Laurie Selber Silverstein |
| Debtors. | ) | |

_____

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**
_____

Pursuant to Bankruptcy Rules 2002 and 9010, the undersigned attorney hereby files an appearance in the above-captioned case for an unidentified sexual abuse survivor. In addition to the notices and orders to which sexual abuse survivors are a party, please provide:

__X__   a copy of all notices mailed in the case; or

_____   a copy of notices mailed to all creditors.

Dated: November 2, 2020.

                                                Respectfully submitted,

                                             */s/ Joseph P. Rusnak*
                                            Joseph P. Rusnak
                                            **TUNE, ENTREKIN & WHITE, P.C.**
                                            UBS Tower, Suite 1700
                                            315 Deaderick Street
                                            Nashville, TN 37238
                                            (615) 244-2770 Voice
                                            (615) 244-2778 Fax
                                            Jrusnak@tewlawfirm.com

## *Certificate of Service*

I hereby certify that a true and exact copy of the foregoing "Notice of Appearance and Request for Service" has been served upon the following counsel for parties in interest herein by delivering same to the offices of said counsel, or by mailing same to the office of said counsel by United States mail with sufficient postage thereon to carry the same to its destination:

Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Derek C. Abbott, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 16th Floor
P. O. Box 1347
Wilmington, DE 19899-1347

Jessica C.K. Boelter, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Thomas A. Labuda, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603


Dated: November 2, 2020.

*/s/ Joseph P. Rusnak*
Joseph P. Rusnak