## Exhibit B

**Phase 2 Fees and Expense Itemization**



**FILE COPY ONLY – BILL SUBMITTED ELECTRONICALLY DO NOT SUBMIT TO CLIENT UNLESS EXPRESSLY REQUESTED BY CLIENT**

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:  (864) 241-1908
www.ogletreedeakins.com

October 20, 2020

Robyn Jungers
The Boy Scouts of America
Legal Department
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2049

PERSONAL AND CONFIDENTIAL

Bill #  90301669
Client.Matter #  047657.000013

**Re:  BSA General Defense - Bankruptcy (Billiable)**

For professional services rendered through September 30, 2020, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Fees .................................................................................................................................$7,121.50
Expenses..................................................................................................................................$0.00

**Total Due This Bill**................................................................................................................**$7,121.50**

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington



Page 2
10/20/20
Bill No. 90301669
047657.000013-BAG

Robyn Jungers
The Boy Scouts of America
Legal Department
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2049

**Re:   BSA General Defense - Bankruptcy (Billiable)**

For professional services rendered through September 30, 2020

| Date | Initials | Stage | Description | Hours | Amount |
|---|---|---|---|---|---|
| 09/01/20 | BAG | PHASE2 | Review and respond to multiple email exchanges with bankruptcy counsel and Kelci Davis regarding second interim fee application and attention to same. | 0.50 | 320.00 |
| 09/01/20 | KAD | PHASE2 | Email exchange with Eric Moats regarding the customary comparable exhibit in support of Ogletree's Second Interim Fee Application. | 0.20 | 38.00 |
| 09/01/20 | KAD | PHASE2 | Calculate the blended hourly rate for the application and comparable periods. | 3.40 | 646.00 |
| 09/02/20 | BAG | PHASE2 | Review email exchanges and updated information regarding second interim fee application and finalize and send application. | 1.00 | 640.00 |
| 09/02/20 | KAD | PHASE2 | Revise Ogletree's Second Interim Fee Application. | 0.50 | 95.00 |
| 09/02/20 | KAD | PHASE2 | Email Eric Moats regarding Ogletree's revised 2nd Interim Fee Application. | 0.10 | 19.00 |
| 09/03/20 | KAD | PHASE2 | Email exchange with Nicole Liberatore regarding billing procedures for cases recently assigned to Melick and Porter. | 0.10 | 19.00 |
| 09/03/20 | KAD | PHASE2 | Email exchange with Kayron Headley regarding claims representative for Hartford. | 0.10 | 19.00 |
| 09/04/20 | KAD | PHASE2 | Email exchange with Nicole | 0.10 | 19.00 |



Page 3
10/20/20
Bill No. 90301669
047657.000013-BAG

| Date | Initials | Stage | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | Liberatore regarding billing process for multiple New York lawsuits recently assigned to Melick & Porter. | | |
| 09/04/20 | KAD | PHASE2 | Compile billing information and prepare chart of same for Nicole Liberatore. | 1.10 | 209.00 |
| 09/08/20 | KAD | PHASE2 | Analyze and revise August's billing entries and information for inclusion in the monthly fee application for September. | 4.90 | 931.00 |
| 09/08/20 | KAD | PHASE2 | Review email from Desiree Vale regarding the CNO for Ogletree's Fifth Monthly Fee Application. | 0.10 | 19.00 |
| 09/08/20 | KAD | PHASE2 | Compile billing information on two John Doe NY cases for Nicole Liberatore. | 0.20 | 38.00 |
| 09/08/20 | KAD | PHASE2 | Email exchange with Nicole Liberatore regarding billing process and information on 2 John Doe NY lawsuits. | 0.10 | 19.00 |
| 09/09/20 | KAD | PHASE2 | Review email from Desiree Vale regarding as-filed copies of the Certificate of No Objection regarding Ogletree's July Fee Application. | 0.10 | 19.00 |
| 09/10/20 | KAD | PHASE2 | Analyze Epic invoice and submit same for processing and payment. | 0.10 | 19.00 |
| 09/11/20 | SEM | PHASE2 | Email exchange with BSA regarding billing and CHUBB payments to New York defense counsel related to the J.T. case. | 0.20 | 89.00 |
| 09/11/20 | SEM | PHASE2 | Email exchange with Haynes and Boone and BSA in regard to the billing issue with CHUBB in the J.T. case in New York. | 0.20 | 89.00 |
| 09/11/20 | SEM | PHASE2 | Additional email exchange with Haynes and Boone regarding contact with Sidley about J.T.case billing and payment of defense counsel issue. | 0.20 | 89.00 |
| 09/11/20 | KAD | PHASE2 | Email exchange with Nicole Liberatore regarding invoices for J.T. | 0.10 | 19.00 |



Page 4
10/20/20
Bill No. 90301669
047657.000013-BAG

| Date | Initials | Stage | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | (NY pre-lit claim) matter and Chubb's response as to their duty to defend. | | |
| 09/11/20 | KAD | PHASE2 | Email Anna Kutz, Lynn Richardson and Robyn Jungers regarding invoices for J.T. (NY pre-lit claim) matter and Chubb's response as to their duty to defend. | 0.10 | 19.00 |
| 09/11/20 | KAD | PHASE2 | Email exchange with Adrian Azer regarding invoices for J.T. (NY pre-lit claim) matter and Chubb's response as to their duty to defend. | 0.10 | 19.00 |
| 09/14/20 | KAD | PHASE2 | Email exchange with Nicole Liberatore regarding invoices for J.T. (NY pre-lit claim) matter and Chubb's response as to their duty to defend. | 0.10 | 19.00 |
| 09/14/20 | KAD | PHASE2 | Conduct final review of the draft billing entries for inclusion in the monthly fee application for September. | 1.40 | 266.00 |
| 09/16/20 | KAD | PHASE2 | Prepare draft of Ogletree's Sixth Monthly Fee Application. | 1.50 | 285.00 |
| 09/16/20 | KAD | PHASE2 | Review/analyze billing entries and invoices for inclusion in Ogletree's Sixth Monthly Fee Application and work on required redaction for same. | 2.30 | 437.00 |
| 09/18/20 | KAD | PHASE2 | Review Certificate of No Objection for Ogletree's Second Interim Fee Application and email from Glenn Reimann regarding same. | 0.10 | 19.00 |
| 09/21/20 | BAG | PHASE2 | Review certificate of non-objection for second Interim fee application and exchange email with bankruptcy legal assistant at Morris Nichols regarding same. | 0.20 | 128.00 |
| 09/21/20 | BAG | PHASE2 | Work on 6 monthly fee application and review all required data for same. | 2.00 | 1,280.00 |
| 09/21/20 | SEM | PHASE2 | Email exchange with Arkansas defense counsel regarding billing and payment for post-bankruptcy matters, review process for the same and forward request for confirmation to | 0.30 | 133.50 |



| Date | Initials | Stage | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | Sidley and BSA. | | |
| 09/21/20 | KAD | PHASE2 | Review as-filed Certificate of No Objection for Ogletree's 2nd Interim Fee Application and email from Desiree Vale regarding same. | 0.10 | 19.00 |
| 09/22/20 | KAD | PHASE2 | Review email from Eric Moats regarding ledes files and submitting same to fee examiner and coordinate same with Bruce Griggs and Addie Norton. | 0.20 | 38.00 |
| 09/23/20 | KAD | PHASE2 | Email exchange with Justin Rucki regarding Ogletree's fee and expense detail for all filed applications. | 0.10 | 19.00 |
| 09/23/20 | KAD | PHASE2 | Review lengthy email from Eric Moats regarding fee examiner report categories and anticipated comments. | 0.10 | 19.00 |
| 09/23/20 | KAD | PHASE2 | Consolidate LEDES files per fee examiner's request. | 0.40 | 76.00 |
| 09/25/20 | BAG | PHASE2 | Final review of 6th Monthly Fee Application. | 0.30 | 192.00 |
| 09/25/20 | KAD | PHASE2 | Email exchange with Nichole Liberatore regarding billing process and procedures for new Edward Servatius lawsuit. | 0.10 | 19.00 |
| 09/25/20 | KAD | PHASE2 | Email Eric Moats regarding Ogletree's 6th Monthly Fee Application. | 0.10 | 19.00 |
| 09/25/20 | KAD | PHASE2 | Finalize Ogletree's 6th Monthly Fee Application based on comments from Bruce Griggs. | 0.20 | 38.00 |
| 09/25/20 | KAD | PHASE2 | Telephone call with Paige Topper regarding the redactions on the invoices submitted with Ogletree's 6th monthly fee application. | 0.20 | 38.00 |
| 09/28/20 | KAD | PHASE2 | Email Paige Topper regarding redactions on invoices submitted with Ogletree's 6th monthly fee application. | 0.10 | 19.00 |

Ogletree Deakins

| Date | Initials | Stage | Description | Hours | Amount |
|---|---|---|---|---|---|
| 09/28/20 | KAD | PHASE2 | Analyze redactions on invoices submitted with Ogletree's 6th monthly fee application based on discussion with Paige Topper. | 0.70 | 133.00 |
| 09/28/20 | KAD | PHASE2 | Compile billing information on 3 new, NY lawsuits assigned to Melick & Porter. | 0.10 | 19.00 |
| 09/28/20 | KAD | PHASE2 | Email exchange with Nicole Liberatore regarding billing process for 3 new, NY lawsuits assigned to Melick & Porter. | 0.10 | 19.00 |
| 09/28/20 | KAD | PHASE2 | Review email from Robyn Jungers regarding billing on Arkansas abuse matters. | 0.10 | 19.00 |
| 09/30/20 | KAD | PHASE2 | Email exchange with Nicole Liberatore regarding billing process for Joe Soluri lawsuit. | 0.10 | 19.00 |
| 09/30/20 | KAD | PHASE2 | Compile billing information on 112 New York cases newly assigned to Wiggin and Dana. | 2.40 | 456.00 |
| | | | Total Services: | 26.80 | 7,121.50 |

**Timekeeper Summary**

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Bruce A. Griggs | Shareholder | 640.00 | 4.00 | 2,560.00 |
| Sean E. Manning | Of Counsel | 445.00 | 0.90 | 400.50 |
| Kelci A. Davis | Paralegal | 190.00 | 21.90 | 4,161.00 |

| | |
|---|---|
| TOTAL FEES | $7,121.50 |
| TOTAL EXPENSES | $0.00 |
| TOTAL THIS BILL | $7,121.50 |