# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: Docket No. 1084** |

Objection Deadline: December 2, 2020 at 4:00 p.m. (ET)
Reply Deadline: December 9, 2020 at 4:00 p.m. (ET)
Hearing Date: December 16, 2020 at 10:00 a.m. (ET)

## <u>RE-NOTICE</u> OF MOTION OF OFFICIAL COMMITTEE OF TORT CLAIMANTS ENFORCING AUTOMATIC STAY UNDER 11 U.S.C. §§ 362(A)(3) AND 541(A) AGAINST MIDDLE TENNESSEE COUNCIL ARISING FROM TRANSFERS OF PROPERTY OF THE ESTATE

**PLEASE TAKE NOTICE** that on August 7, 2020, the official committee of tort claimants (consisting of survivors of childhood sexual abuse) (the "<u>Tort Claimants' Committee</u>"), appointed in the above-captioned cases, filed the *Motion of Official Committee of Tort Claimants Enforcing Automatic Stay Under 11 U.S.C. §§ 362(a)(3) and 541(a) Against Middle Tennessee Council Arising from Transfers of Property of the Estate* (the "<u>Motion</u>") [Docket No. 1084] with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "<u>Bankruptcy Court</u>").

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the Motion must be filed with the Bankruptcy Court on or before **December 2, 2020 at 4:00 p.m. prevailing Eastern Time**.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**PLEASE TAKE FURTHER NOTICE** that any reply to any response or objection to the Motion must be filed with the Bankruptcy Court on or before **December 9, 2020 at 4:00 p.m. prevailing Eastern Time**.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection by email upon: (i) the Office of the United States Trustee for the District of Delaware: United States Trustee, (Attn: David L. Buchbinder, Esq. (david.l.buchbinder @usdoj.gov) and Hannah Mufson McCollum, Esq. (hannah.mccollum@usdoj.gov)); and (ii) counsel to the Tort Claimants' Committee: Pachulski Stang Ziehl & Jones LLP, (Attn: James I Stang, Esq. (jstang@pszjlaw.com) and James E. O'Neill, Esq. (joneill@pszjlaw.com)).

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER APPROVAL OF THE MOTION WILL BE HELD ON **DECEMBER 16, 2020 AT 10:00 A.M. PREVAILING EASTERN TIME** BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE 19801.

*[Signature on next page.]*

3

| Dated: November 4, 2020 | PACHULSKI STANG ZIEHL & JONES LLP |
|---|---|
| | */s/ James E. O'Neill* |
| | James I. Stang (CA Bar No. 94435) |
| | Robert B. Orgel (CA Bar No. 10187) |
| | John A. Morris (NY Bar No. 2405397) |
| | James E. O'Neill (DE Bar No. 4042) |
| | John W. Lucas (CA Bar No.271038) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE  19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile:   (302) 652-4400 |
| | Email:  jstang@pszjlaw.com |
| |         rorgel@pszjlaw.com |
| |         jmorris@pszjlaw.com |
| |         joneill@pszjlaw.com |
| |         jlucas@pszjlaw.com |
| | |
| | *Counsel for the Tort Claimants' Committee* |

DOCS_DE:231558.1 85353/002