# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON NOVEMBER 6, 2020, AT 1:30 P.M. (ET)

> THIS HEARING HAS BEEN ADJOURNED TO THE HEARING SCHEDULED FOR DECEMBER 16, 2020, AT 10:00 A.M.

ADJOURNED MATTER

1. Motion of the Official Tort Claimants' Committee Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 for an Order Authorizing the Issuance of Subpoenas for Discovery from Debtors and Certain Local Councils (D.I. 1379, 9/29/20).

   Objection Deadline: October 7, 2020, at 4:00 p.m. (ET). Extended to October 11, 2020, at 11:59 p.m. (ET) for the Debtors and the Ad Hoc Committee of Local Councils of the Boy Scouts of America. The reply deadline for the Tort Claimants' Committee has been extended to October 13, 2020, at 4:00 p.m. (ET).

   Responses Received:

   a) Objection of Circle Ten Council to Motion of the Official Tort Claimants' Committee Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 for an Order Authorizing the Issuance of Subpoenas for Discovery from Debtors and Certain Local Councils (D.I. 1421, Filed 10/7/20);

   b) Capitol Area Council's Joinder to Circle Ten Council's Objection to the Official Tort Claimants' Committee's Motion for an Order Authorizing the Issuance of Subpoenas for Discovery from Debtors and Certain Local Councils Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 (D.I. 1422, Filed 10/7/20);

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

c) Baltimore Area Council's Objection to Tort Claimants' Committee's Rule 2004 Motion for an Order Authorizing the Issuance of a Subpoena (D.I. 1423, Filed 10/7/20);

d) Limited Objection and Reservation of Rights of Bay-Lakes Council to Motion of the Official Tort Claimants' Committee Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 for an Order Authorizing the Issuance of Subpoenas for Discovery from Debtors and Certain Local Councils (D.I. 1425, Filed 10/7/20);

e) Response and Reservation of Rights of the Coalition of Abused Scouts for Justice Regarding Discovery Motion (D.I. 1431, Filed 10/7/20);

f) Objection of the Greater St. Louis Area Council, Boy Scouts of America, Inc., to the Motion of the Official Tort Claimants' Committee Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 for an Order Authorizing the Issuance of Subpoenas for Discovery from Debtors and Certain Local Councils (D.I. 1434, Filed 10/7/20);

g) Objection of Daniel Webster Council to Motion of the Official Tort Claimants' Committee Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 for an Order Authorizing the Issuance of Subpoenas for Discovery from Debtors and Certain Local Councils (D.I. 1459, Filed 10/9/20);

h) Objection of Orange County Council of the Boy Scouts of America to Motion of the Official Tort Claimants' Committee Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 for an Order Authorizing the Issuance of Subpoenas for Discovery from Debtors and Certain Local Councils (D.I. 1462, Filed 10/9/20);

i) Objection of the Ad Hoc Committee of Local Councils to Tort Claimants' Committee's Rule 2004 Motion (D.I. 1480, Filed 10/1//20);

j) Debtors' Motion for Leave to File Debtors' Limited Objection to the Motion of the Official Tort Claimants' Committee Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 for an Order Authorizing the Issuance of Subpoenas for Discovery from Debtors and Certain Local Councils (D.I. 1481, Filed 10/11/20);

k) Declaration of Blair M. Warner in Support of Debtors' Limited Objection to the Motion of the Official Tort Claimants' Committee Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 for an Order Authorizing the Issuance of Subpoenas for Discovery from Debtors and Certain Local Councils (D.I. 1482, Filed 10/11/20);

l) Century's Objection to Proposed Form of Order Approving the Stipulation Regarding Motion of the Official Tort Claimants' Committee Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 for an Order Authorizing the Issuance of Subpoenas for Discovery from Debtors and Certain Local Councils (D.I. 1495, Filed 10/13/20);

m) Omnibus Reply of the Official Tort Claimants' Committee to Objections of Certain Examinees to Motion of Official Tort Claimants' Committee for an Order Authorizing the Issuance of Subpoenas for Discovery From Debtors and Certain Local Councils (D.I. 1504, Filed 10/13/20);

n) Declaration of John W. Lucas in Support of Omnibus Reply of the Official Tort Claimants' Committee to Objections of Certain Examinees to Motion of Official Tort Claimants' Committee for an Order Authorizing the Issuance of Subpoenas for Discovery from Debtors and Certain Local Councils (D.I. 1505, Filed 10/13/20); and

o) Motion for Leave to File Late Omnibus Reply to Objections to Motion of the Official Tort Claimants' Committee Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 for an Order Authorizing the Issuance of Subpoenas for Discovery from Debtors and Certain Local Councils (D.I. 1506, Filed 10/13/20).

Related Pleadings:

a) Certification of Counsel Regarding Stipulation Regarding Motion of the Official Tort Claimants' Committee Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 for an Order Authorizing the Issuance of Subpoenas for Discovery from Debtors and Certain Local Councils (D.I. 1479, Filed 10/11/20);

b) Omnibus Reply of the Official Tort Claimants' Committee to Objections of Certain Examinees to Motion of Official Tort Claimants' Committee for an Order Authorizing the Issuance of Subpoenas for Discovery from Debtors and Certain Local Councils (D.I. 1504, Filed 10/13/20);

c) Declaration of John W. Lucas in Support of Omnibus Reply of the Official Tort Claimants' Committee to Objections of Certain Examinees to Motion of Official Tort Claimants' Committee for an Order Authorizing the Issuance of Subpoenas for Discovery from Debtors and Certain Local Councils (D.I. 1505, Filed 10/13/20);

d) Motion for Leave to File Late Omnibus Reply to Objections to Motion of the Official Tort Claimants' Committee Pursuant to Bankruptcy Rule 2004 and Local Rule  2004-1 for an Order Authorizing the Issuance of

        Subpoenas for Discovery from Debtors and Certain Local Councils (D.I. 1506, Filed 10/13/20);

e)    Certification of Counsel Regarding Amended Stipulation Regarding Motion of the Official Tort Claimants' Committee Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 for an Order Authorizing the Issuance of Subpoenas for Discovery from Debtors and Certain Local Councils (D.I. 1512, Filed 10/14/20); and

f)    Re-Notice of Motion of the Official Tort Claimants' Committee Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 for an Order Authorizing the Issuance of Subpoenas for Discovery from Debtors and Certain Local Councils (D.I. 1580, Filed 10/27/20).

Status:  This matter has been adjourned to the hearing scheduled for December 16, 2020, at 10:00 a.m., pending entry of an order approving the *Third Stipulation by and Among The Boy Scouts of America, the Official Committee of Unsecured Creditors Modifying the Consent Order Granting the BSA's Motion for a Preliminary Injunction Pursuant to 11 U.S.C. §§ 105(a) and 362 and Further Extending the Termination Date of the Standstill Period* [Adv. Pro. No. 20-50527, A.D.I. 107], at which time the matter will be deemed withdrawn without prejudice.

| | |
|---|---|
| Dated: November 4, 2020<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |

*/s/ Eric W. Moats*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Eric W. Moats (No. 6441)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Email: dabbott@mnat.com
       aremming@mnat.com
       emoats@mnat.com
       ptopper@mnat.com

– and –

**WHITE & CASE LLP**
Jessica C. K. Boelter (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: jessica.boelter@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (212) 881-5400
Email: mandolina@whitecase.com
       mlinder@whitecase.com

*Counsel and Proposed Co-Counsel for the Debtors and Debtors in Possession*