**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |
| | **RE: D.I. 1523** |

**CERTIFICATE OF NO OBJECTION REGARDING THE FIRST AND
FINAL FEE APPLICATION OF F.I. SALTER REAL ESTATE, INC. FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF
EXPENSES FOR APPRAISAL SERVICES RENDERED**

The undersigned hereby certifies that, as of the date hereof, F.I. Salter Real Estate, Inc. ("F.I. Salter"),  has received no answer, objection or other responsive pleading to the **First and Final Fee Application of F.I. Salter Real Estate, Inc. for Allowance of Compensation and Reimbursement of Expenses for Appraisal Services Rendered** (the "Application") (D.I. 1523), filed on October 15, 2020.

The undersigned further certifies that F.I. Salter has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon.  Pursuant to the Notice, objections to the Application were to be filed and served no later than October 29, 2020 at 4:00 p.m. (ET).

---

[1]    The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

WHEREFORE, F.I. Salter respectfully requests the Court enter an order approving

the fees and expenses set forth in the Application at its earliest convenience

Dated:  November 4, 2020                    F.I. SALTER REAL ESTATE, INC.
       Duluth, Minnesota

                                               */s/  Ann M. Heimbach*
                                             Ann M. Heimbach, MAI
                                             Certified General Real Property Appraiser