IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC[1] | CASE NO. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that pursuant to Section 1109(b) of 11 U.S.C. §§ 101-1532 (as amended and applicable to the Bankruptcy Cases, the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") the law firm of Hoover Slovacek, LLP hereby enters its appearance as counsel for Chapelwood United Methodist Church, party in interest in the above-captioned bankruptcy case (the "Bankruptcy Case").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Rules 2002(i), 3017, and 9007, the undersigned requests that copies of all notices, pleadings, and all other papers filed or served in the Bankruptcy Case be given to and served upon the following persons, and that such persons be added to the mailing matrix in the Bankruptcy Case:

>   Steven A. Leyh
>   Hoover & Slovacek, LLP
>   Galleria Tower II
>   5051 Westheimer, Suite 1200
>   Houston, Texas 77056
>   Telephone: (713) 977-8686
>   Facsimile: (713) 977-5395
>   Email: leyh@hooverslovacek.com

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number are as followings: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Code Sections 342 and 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Code provisions and Bankruptcy Rules specified above, but also includes, without limitation, any orders and notices of any notice, application, complaint, demand, motion, petition, pleading, disclosure statement or plan of reorganization, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, overnight, or hand delivery, telephone, or otherwise filed or made with regard to the Bankruptcy Case and proceedings therein or which may in any way affect or seek to affect any right or interest of Chapelwood United Methodist Church.

Respectfully submitted,

HOOVER SLOVACEK, LLP

_/s/ Steven A. Leyh_
Steven A. Leyh
Texas Bar No. 12318300
Email: leyh@hooverslovacek.com
Two Galleria Tower
5051 Westheimer, Suite 1200
Houston, Texas 77056
Telephone: (713) 977-8686
Facsimile: (713) 977-5395

**ATTORNEYS FOR CREDITOR, CHAPELWOOD UNITED METHODIST CHURCH**

## CERTIFICATE OF SERVICE

I hereby certify that on November __5__, 2020, a copy of the foregoing *Notice of Appearance and Request for Service of Papers* was served on all parties receiving CM/ECF notices in this case.

_/s/ Steven A. Leyh_
Steven A. Leyh