## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

### CERTIFICATE OF SERVICE

I, Lisa M. Eden, hereby certify that I am employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for the Legal Representative for Future Claimants in the above-captioned matter, and that on November 6, 2020, I caused a copy of the foregoing document to be served as indicated upon the parties identified on the attached service list.

Dated:  November 6, 2020

*/s/ Lisa M. Eden*
Lisa M. Eden

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**Boy Scouts of America and Delaware BSA, LLC (Case No. 20-10343) (LSS)**
**Fee Application Service List (All Parties Served Via E-Mail Unless Otherwise Noted)**

| | |
|---|---|
| **FIRST CLASS MAIL** <br> (Debtors) <br> Boy Scouts of America <br> Attn: Steven P. McGowan <br> 1325 West Walnut Hill Lane <br> Irving, TX 75035 | (Counsel to the Debtors) <br> Sidley Austin LLP <br> Attn: Matthew E. Linder, Esq. <br> One South Dearborn Street <br> Chicago, IL 60603 <br> Email: mlinder@sidley.com |
| (Counsel to the Debtors) <br> Sidley Austin LLP <br> Attn: Jessica C. K. Boelter, Esq. <br> 787 Seventh Avenue <br> New York, NY 10019 <br> Email: jboelter@sidley.com | (United States Trustee) <br> Office of the United States Trustee <br> Attn: David L. Buchbinder and Hannah M. McCollum <br> 844 King Street, Suite 2207 <br> Lockbox 35 <br> Wilmington, DE 19801 <br> Email: david.l.buchbinder@usdoj.gov <br> hannah.mccollum@usdoj.gov |
| (Co-Counsel to the Debtors) <br> Morris, Nichols, Arsht & Tunnell LLP <br> Attn: Derek C. Abbott, Esq. <br> 1201 North Market Street, 16th Floor <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> Email: dabbott@mnat.com | (Counsel to the Official Committee of Unsecured Creditors) <br> Kramer Levin Naftalis & Frankel LLP <br> Attn: Rachael Ringer, Esq. and Megan M. Wasson, Esq. <br> 1177 Avenue of the Americas <br> New York, NY 10036 <br> Email: rringer@kramerlevin.com <br> mwasson@kramerlevin.com |
| (Counsel to the Tort Claimants' Committee) <br> Pachulski Stang Ziehl & Jones LLP <br> Attn: James I. Stang, Esq. and James E. O'Neill, Esq. <br> 919 N. Market Street, 17th Floor <br> Wilmington, DE 19801 <br> Email: jstang@pszjlaw.com <br> joneill@pszjlaw.com | (Counsel to Ad Hoc Committee of Local Councils) <br> Wachtell, Lipton, Rosen & Katz <br> Attn: Richard G. Mason, Esq. and <br> Joseph C. Celentino, Esq. <br> 51 West 52nd Street <br> New York, NY 10019 <br> Email: rgmason@wlrk.com <br> jccelentino@wlrk.com |
| (Counsel to JPMorgan Chase Bank, N.A.) <br> Norton Rose Fulbright US LLP <br> Attn: Louis R. Strubeck, Jr. , Esq. and <br> Kristian W. Gluck, Esq. <br> 2200 Ross Avenue, Suite 3600 <br> Dallas, TX 75201-7932 <br> Email: louis.strubeck@nortonrosefulbright.com <br> kristian.gluck@nortonrosefulbright.com | (Counsel to County Commission of Fayette County (W. Virginia)) <br> Steptoe & Johnson PLLC <br> Attn: John Stump, Esq. <br> Chase Tower, 8th Floor <br> 707 Virginia Street East <br> Charleston, WV 25301 <br> Email: johnstump@steptoe-johnson.com |
| (Counsel to the Official <br> Committee of Unsecured Creditors) <br> Reed Smith LLP <br> Attn: Kurt F. Gwynne, Esq. and Katelin A Morales, Esq. <br> 1201 N. Market Street, Suite 1500 <br> Wilmington, DE 19801 <br> Email: kgwynne@reedsmith.com <br> kmorales@reedsmith.com | (Counsel to JPMorgan Chase Bank, N.A.) <br> Womble Bond Dickinson (US) LLP <br> Attn: Matthew Ward, Esq. and Morgan Patterson, Esq. <br> 1313 N. Market Street, Suite 1200 <br> Wilmington, DE 19801 <br> Email: matthew.ward@wbd-us.com <br> morgan.patterson@wbd-us.com |

**Boy Scouts of America and Delaware BSA, LLC (Case No. 20-10343) (LSS)**
**<u>Fee Application Service List (All Parties Served Via E-Mail Unless Otherwise Noted)</u>**

| | |
|---|---|
| (Fee Examiner)<br>Justin H. Rucki<br>Rucki Fee Review, LLC<br>1111 Windon Drive<br>Wilmington, DE 19803<br>Email: justinrucki@ruckifeereview.com | |