# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>                       Debtors. | Chapter 11<br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## DECLARATION OF STAMATIOS STAMOULIS

I, Stamatios Stamoulis, pursuant to the provisions of 28 U.S.C. § 1746 declare under the penalty of perjury as follows:

1.     I am a member of Stamoulis & Weinblatt LLC and a member of the bar of this Court.

2.     Attached as Exhibit 1 hereto is a true and correct copy of a report from S&P IQ detailing the transaction advisors for JP Morgan Chase.

3.     Attached as Exhibit 2 hereto is a true and correct copy of Century's October 29, 2020 Requests for Production directed to Debtors.

4.     Attached as Exhibit 3 hereto is a true and correct copy of Century's October 29, 2020 Requests for Production directed to White & Case LLP.

5.     Attached as Exhibit 4 hereto is a true and correct copy of Century's October 29, 2020 Requests for Production directed to Sidley Austin LLP

1

Dated: November 6, 2020                             Respectfully Submitted,

                                                           By: */s/ Stamatios Stamoulis*

                                                           STAMATIOS STAMOULIS