# EXHIBIT 1



# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

| Customize View | |
|---|---|
| Advisor roles | **All** |
| Transaction types | **All** |
| Advisors | **Sidley Austin LLP; Sidley Austin LLP; Sidley Austin LLP, London** |
| Time frame | **From 2017 to 2020** |
| Include advisors for current subsidiaries | **True** |
| Include advisors for current investments | **False** |
| Include cancelled transactions | **True** |

| JPMorgan Chase & Co. (NYSE:JPM) Transactions | | | | | | |
|---|---|---|---|---|---|---|
| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |
| Apr-28-2020 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | - |

**Transaction Comments:** The notes belongs to series E.Interest on the notes will be payable semi-annually in arrears on the 15th calendar day of May and November of each year, beginning on November 15, 2020.The selling commissions would be approximately $10.00 per $1,000 principal amount note and in no event will these selling commissions exceed $20.00 per $1,000 principal amount note.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers:** -

| | | | | | | |
|---|---|---|---|---|---|---|
| Mar-10-2020 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | 5.00 |

**Transaction Comments:** Interest on the notes will be payable in arrears on the 25th calendar day of March and September of each year, beginning on September 25, 2020.The notes belong to Series E.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers:** -

| | | | | | | |
|---|---|---|---|---|---|---|
| Mar-03-2020 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | 11.65 |

**Transaction Comments:** The Step-Up Unsubordinated Unsecured Notes due March 25, 2030 are a part of the Medium-Term Senior Notes, Series E.Interest on the notes will be payable semi-annually on 25th calendar day of March and September of each year, beginning on March 25, 2020.The notes will accrue interest at a rate of 2.00% from and including March 25, 2020, to but excluding March 25, 2026, 2.25% from and including March 25, 2026, to but excluding March 25, 2028 and 3.00% from and including March 25, 2028, to but excluding March 25, 2030.A part of the proceeds will be used for hedging purposes.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers:** -

| | | | | | | |
|---|---|---|---|---|---|---|
| Mar-03-2020 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | 1.57 |

**Transaction Comments:** The notes are a part of the Global Medium Term Notes, Series E.Interest on the notes will be payable semi-annually on the 25th calendar day of March and September each year, commencing on September 25, 2020.A part of the proceeds will be used for hedging purposes.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers:** -

| | | | | | | |
|---|---|---|---|---|---|---|
| Mar-03-2020 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | 5.00 |

**Transaction Comments:** The notes are a part of the Medium Term Notes, Series E.Interest on the notes will be payable semi-annually on March 25 and September 25 each year, commencing on September 25, 2020.The notes will price on March 23, 2020.A part of the proceeds will be used for hedging purposes.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers:** -

| | | | | | | |
|---|---|---|---|---|---|---|
| Mar-02-2020 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | 3.00 |

**Transaction Comments:** The notes are a part of the Global Medium Term Notes, Series E.Interest on the notes will be payable semi-annually on

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

| JPMorgan Chase & Co. (NYSE:JPM) Transactions | | | | | | |
|---|---|---|---|---|---|---|
| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |

March 25 and September 25 each year, commencing on September 25, 2020.A part of the proceeds will be used fro hedging purposes.The notes will bear interest rate of 2.50% per annum from and including March 25, 2020 to but excluding March 25, 2025, 2.75% per annum from and including March 25, 2025 to but excluding March 25, 2030, 3% per annum from and including March 25, 2030 to but excluding March 25, 2035 and 3.25% per annum from and including March 25, 2035 to but excluding March 25, 2040.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers:** -

| Mar-02-2020 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | 5.00 |

**Transaction Comments:** The notes are a part of the Global Medium Term Notes, Series E.Interest on the notes will be payable semi-annually on the 25th calendar day of March and September each year, commencing on September 25, 2020.A part of the proceeds will be used for hedging purposes.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers:** -

| Feb-27-2020 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 3.00 |

**Transaction Comments:** The notes belong to Series A.The proceeds from the offering will be payable for hedging purposes.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Feb-27-2020 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 7.00 |

**Transaction Comments:** The notes are a part of Global Medium-Term Notes, Series A.The proceeds from the offering will be payable for hedging purposes.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Feb-26-2020 | Sidley Austin LLP | Legal Advisor | Shelf Registration | Target | JPMorgan Chase & Co. | 64,187.12 |

**Transaction Comments:** A part of the proceeds will be used for hedging purposes.Lee A. Meyerson and Lesley Peng of Simpson Thacher & Bartlett LLP acted as legal advisor to the issuer.John G. Crowley of Davis Polk & Wardwell LLP acted as legal advisor to the issuer.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers:** -

| Feb-26-2020 | Sidley Austin LLP, London | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 1.05 |

**Transaction Comments:** The notes belong to Medium Term Notes, Series A.The pricing date of the notes is February 26, 2020.A part of the proceeds will be used for hedging purposes.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Feb-25-2020 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 5.00 |

**Transaction Comments:** The notes are issued under the medium-term notes and belong to series A.The proceeds from the offering will be payable for hedging purposes.The notes have been guaranteed by JPMorgan Chase & Co.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

| JPMorgan Chase & Co. (NYSE:JPM) Transactions | | | | | | |
|---|---|---|---|---|---|---|
| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |
| Feb-18-2020 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | 10.00 |

**Transaction Comments:** Interest on the notes will be payable quarterly in arrears on the 28th calendar day of February and August of each year, beginning on August 28, 2020.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers:** -

| | | | | | | |
|---|---|---|---|---|---|---|
| Feb-06-2020 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | 11.40 |

**Transaction Comments:** The notes are a part of Series E, Medium Term Notes.The notes will be priced on February 10, 2020.Interest on the notes will be payable semi-annually on February 12 and August 12 each year, commencing on August 12, 2020.Interest will be calculated at a step-up rate of 2.00% per annum from (and including) February 12, 2020 to (but excluding) February 12, 2024, and at 2.25% per annum from (and including) February 12, 2024 to (but excluding) February 12, 2025.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers:** -

| | | | | | | |
|---|---|---|---|---|---|---|
| Feb-04-2020 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | 5.00 |

**Transaction Comments:** Interest on the notes will be payable semi-annually.A part of the proceeds will be used fro hedging purposes.The notes will bear interest rate of 2.625% per annum from and including February 28, 2020 to but excluding February 28, 2030, 3.25% per annum from and including February 28, 2030 to but excluding February 28, 2033 and 4.50% per annum from and including February 28, 2033 to but excluding February 28, 2035.The notes belongs to Series E.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers:** -

| | | | | | | |
|---|---|---|---|---|---|---|
| Feb-03-2020 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | 5.38 |

**Transaction Comments:** The notes are a part of the Global Medium Term Notes, Series E.Interest on the notes will be payable semi-annually on February 28 and August 28 each year, commencing on August 28, 2020.The notes will bear interest rate of 2.50% per annum from and including February 28, 2020 to but excluding February 28, 2026, 2.75% from and including February 28, 2026 to but excluding February 28, 2029, 3% from and including February 28, 2029 to but excluding February 28, 2021 and 4% from and including February 28, 2031 to but excluding February 28, 2032.A part of the proceeds will be used for hedging purposes.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers:** -

| | | | | | | |
|---|---|---|---|---|---|---|
| Feb-03-2020 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 3.00 |

**Transaction Comments:** The notes belong to Series A, Medium Term Notes.The notes will be priced on February 12, 2020.Interest on the notes will be payable quarterly on February 14, May 14, August 14 and November 14 each year, commencing on May 14, 2020.Interest will be calculated at a fixed rate of 7% per annum for a certain period, and at a floating rate of 30-Year ICE Swap Rate minus the 2-Year ICE Swap Rate, the Spread is equal to or less than zero, interest will accrue at a rate of 0.00% for that Interest Period with the multiplier 4.1 thereafter.The proceeds of the offering may be used for hedging purposes.Simpson Thacher & Bartlett LLP, Davis Polk & Wardwell LLP and Sidley Austin LLP will be acting as legal advisors to the guarantor.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| | | | | | | |
|---|---|---|---|---|---|---|
| Feb-03-2020 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | 4.50 |

**Transaction Comments:** The notes are a part of the Global Medium Term Notes, Series E.Interest on the notes will be payable semi-annually on February 28 and August 28 each year, commencing on August 28, 2020.A part of the proceeds will be used fro hedging purposes.The notes will bear interest rate of 2.25% per annum from and including February 28, 2020 to but excluding February 28, 2025, 2.5% per annum from and including February 28, 2025 to but excluding February 28, 2027 and 3% per annum from and including February 28, 2027 to but excluding February 28, 2028.

**Buyer/Other Investors:** -

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

| JPMorgan Chase & Co. (NYSE:JPM) Transactions | | | | | | |
|---|---|---|---|---|---|---|
| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |

**Target/Issuer: JPMorgan Chase & Co.**
**Sellers: -**

| | | | | | | |
|---|---|---|---|---|---|---|
| Jan-31-2020 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | 5.00 |

**Transaction Comments:** Interest on the notes will be payable quarterly in arrears on the 28th calendar day of February and August of each year, beginning on August 28, 2020.The notes are a part of the Global Medium Term Notes, Series E.

**Buyer/Other Investors: -**
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers: -**

| | | | | | | |
|---|---|---|---|---|---|---|
| Jan-31-2020 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | 5.00 |

**Transaction Comments:** The notes are a part of the Global Medium Term Notes, Series E.Interest on the notes will be payable semi-annually on February 28 and August 28 each year, commencing on August 28, 2020.A part of the proceeds will be used for hedging purposes.

**Buyer/Other Investors: -**
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers: -**

| | | | | | | |
|---|---|---|---|---|---|---|
| Jan-31-2020 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | 12.00 |

**Transaction Comments:** The notes are a part of Medium Term Note, Series E.Interest on the notes will be payable semi-annually on February 28 and August 28 each year, commencing on August 28, 2020.The pricing date of the notes is February 26, 2020.

**Buyer/Other Investors: -**
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers: -**

| | | | | | | |
|---|---|---|---|---|---|---|
| Jan-31-2020 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | 7.72 |

**Transaction Comments:** The Notes belongs to Global Medium-Term Notes, Series E.Interest on notes be payable semi-annually in arrears on the 28th calendar day of February and August of each year, beginning on August 28, 2020.Interest on notes will be payable at a rate of 2.40% per annum from and including February 28, 2020 to but excluding February 28, 2026, 2.75% per annum from and including February 28, 2026 to but excluding February 28, 2029, and 3% per annum from and including February 28, 2029 to but excluding February 28, 2030.

**Buyer/Other Investors: -**
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers: -**

| | | | | | | |
|---|---|---|---|---|---|---|
| Jan-23-2020 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | - |

**Transaction Comments:** The notes belong to Medium Term Note Programme, Series E.

**Buyer/Other Investors: -**
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers: -**

| | | | | | | |
|---|---|---|---|---|---|---|
| Jan-15-2020 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | 5.10 |

**Transaction Comments:** The notes belongs to Series E.Interest on the notes will be payable semi-annually on the last calendar day of January and July of each year, commencing on July 31, 2020.Interest rate from and including January 31, 2020 to but excluding January 31, 2026 is 2.60%, from and including January 31, 2026 to but excluding January 31, 2028 is 2.75%, from and including January 31, 2028 to but excluding January 31, 2029 is 3% and from and including January 31, 2029 to but excluding January 31, 2030 is 4%.

**Buyer/Other Investors: -**
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers: -**

| | | | | | | |
|---|---|---|---|---|---|---|
| Jan-15-2020 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | 2.06 |

**Transaction Comments:** Interest on the notes will be payable semi-annually on January 31 and July 31 each year, beginning on July 31, 2020.Interest on the notes from January 31, 2020 to January 31, 2029 will be 3% per annum, from including January 31, 2029 to (but excluding) January 31, 2034 will be 3.25% per annum and from including January 31, 2034 to (but excluding) January 31, 2035 will be 3.50% per annum.The notes belongs to Global Medium-Term Notes, Series E.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

| JPMorgan Chase & Co. (NYSE:JPM) Transactions | | | | | | |
|---|---|---|---|---|---|---|
| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers:** -

| Jan-15-2020 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | 5.18 |

**Transaction Comments:** Interest on the notes will be payable semi-annually on January 31 and July 31 each year, beginning on July 31, 2020.The notes belongs to Global Medium-Term Notes, Series E.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers:** -

| Jan-14-2020 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 2.00 |

**Transaction Comments:** The notes belongs to series A.Part of the proceeds will be used for hedging purposes.The notes are fully and unconditionally guaranteed by the JPMorgan Chase & Co.Interest on the notes will be payable in arrears on the last calendar day of January and July of each year, beginning on July 31, 2020.Interest on notes will be 2.15% from (and including) January 31, 2020 to (but excluding) January 31, 2022, 2.30% from (and including) January 31, 2022 to (but excluding) January 31, 2024 and 2.50% from (and including) January 31, 2024 to (but excluding) January 31, 2025.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Jan-14-2020 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 3.00 |

**Transaction Comments:** The notes belongs to series A.The Part of the proceeds will be used for hedging purposes.The notes are fully and unconditionally guaranteed by the JPMorgan Chase & Co.Interest on the notes will be payable in arrears on the last calendar day of January and July of each year, beginning on July 31, 2020.Interest on notes will be 2% from (and including) January 31, 2020 to (but excluding) January 31, 2022, 2.25% from (and including) January 31, 2022 to (but excluding) January 31, 2023 and 2.50% from (and including) January 31, 2023 to (but excluding) July 31, 2023.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Jan-14-2020 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | 10.00 |

**Transaction Comments:** The notes are a part of the Global Medium Term Notes, Series E.Interest on the notes will be payable semi-annually on the last calendar day of January and July of each year, beginning on July 31, 2020.A part of the proceeds will be used for hedging purposes.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers:** -

| Nov-25-2019 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | 9.00 |

**Transaction Comments:** Interest on the notes will be payable semi-annually in arrears on the 23rd calendar day of June and December of each year, beginning on June 23, 2020.Interest on the notes from December 23, 2019 to December 23, 2027 will be 3.00% per annum, from December 23, 2027 to December 23, 2032 will be 3.25% per annum and from December 23, 2032 to December 23, 2034 will be 4.00% per annum.J.P. Morgan Securities LLC, which refer to as JPMS, acting as agent for JPMorgan Chase & Co., will receive the selling commissions approximately $14.50 per $1,000 principal amount note and in no event will these selling commissions exceed $30.00 per $1,000 principal amount note.The notes belongs to Global Medium-Term Notes, Series E.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers:** -

| Nov-25-2019 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | 4.00 |

**Transaction Comments:** The notes are a part of Global Medium-Term Notes, Series E.Interest on the notes will be payable at a rate of 2.50% from and including December 23, 2019 to but excluding December 23, 2024 and 3% from and including December 23, 2024 to but excluding December 23,

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

| JPMorgan Chase & Co. (NYSE:JPM) Transactions | | | | | | |
|---|---|---|---|---|---|---|
| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |

2027The notes were priced on November 19, 2019.Interest on the notes will be payable semi-annually in arrears on the 23rd calendar day of June and December of each year, beginning on June 23, 2020.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers:** -

| | | | | | | |
|---|---|---|---|---|---|---|
| Nov-25-2019 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | 4.00 |

**Transaction Comments:** The notes are a part of the Medium Term Notes, Series E.Interest on the notes will be payable semi-annually on June 23 and May 23 each year, commencing on June 23, 2020.A part of the proceeds will be used for hedging purposes.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers:** -

| | | | | | | |
|---|---|---|---|---|---|---|
| Nov-25-2019 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | 7.00 |

**Transaction Comments:** The notes are a part of Global Medium-Term Notes, Series E.The notes will be priced on December 19, 2019.Interest on the notes will be payable semi-annually in arrears on the 23rd calendar day of June and December of each year, beginning on June 23, 2020.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers:** -

| | | | | | | |
|---|---|---|---|---|---|---|
| Nov-25-2019 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | 61.00 |

**Transaction Comments:** The notes are a part of Global Medium-Term Notes, Series E.Interest on the notes will be payable at a rate of 2.1% from and including December 23, 2019 to but excluding June 23, 2021, 2.25% from and including June 23, 2021 to but excluding December 23, 2022 and 2.75% from and including December 23, 2022 to but excluding June 23, 2023.The notes were priced on November 19, 2019.Interest on the notes will be payable semi-annually in arrears on the 23rd calendar day of June and December of each year, beginning on June 23, 2020.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers:** -

| | | | | | | |
|---|---|---|---|---|---|---|
| Nov-25-2019 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | 7.28 |

**Transaction Comments:** Interest on the notes will be payable semi-annually in arrears on the 23rd calendar day of June and December of each year, beginning on June 23, 2020.Interest on the notes from December 23, 2019 to December 23, 2026 will be 2.75% per annum and from December 23, 2026 to December 23, 2029 will be 3.00% per annum.J.P. Morgan Securities LLC, which refer to as JPMS, acting as agent for JPMorgan Chase & Co., would receive approximately $12.50 per $1,000 principal amount note and in no event will these selling commissions exceed $22.50 per $1,000 principal amount note.The notes belongs to Global Medium-Term Notes, Series E.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers:** -

| | | | | | | |
|---|---|---|---|---|---|---|
| Nov-07-2019 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | 10.00 |

**Transaction Comments:** The notes are a part of Global Medium-Term Notes, Series E.Interest on the notes will be payable at a rate of 3.05% from and including November 27, 2019 to but excluding November 27, 2025, 3.50% from and including November 27, 2025 to but excluding November 27, 2031 and 4% from and including November 27, 2031 to but excluding November 27, 2034.The notes will be priced on November 25, 2019.Interest on the notes will be payable semi-annually in arrears on the 27th calendar day of May and November of each year, beginning on May 27, 2020.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers:** -

| | | | | | | |
|---|---|---|---|---|---|---|
| Nov-05-2019 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | 10.00 |

**Transaction Comments:** The notes are a part of Medium-Term Notes, Series E.Interest on notes will be payable semi annually on the 15th calendar day of May and November of each year, beginning on May 15, 2020.Interest will be payable at 2.25% per annum from and including November 15, 2019 but excluding November 15, 2022, 2.375% per annum from and including November 15, 2022 but excluding November 15, 2023, and 2.55% per annum from and including November 15, 2023 but excluding November 15, 2024.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

| JPMorgan Chase & Co. (NYSE:JPM) Transactions | | | | | | |
|---|---|---|---|---|---|---|
| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers:** -

| | | | | | | |
|---|---|---|---|---|---|---|
| Nov-05-2019 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | 5.00 |

**Transaction Comments:** The notes are a part of Global Medium-Term Notes, Series E.Interest on notes will be payable on the 7 calendar day of May and November of each year, beginning on May 7, 2020.Interest will be payable at 2.30% per annum from and including to November 7, 2019 but excluding November 7, 2022, 2.45% per annum from and including to November 7, 2022 but excluding November 7, 2023, and 2.60% per annum from and including to November 7, 2023 but excluding November 7, 2024.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers:** -

| | | | | | | |
|---|---|---|---|---|---|---|
| Oct-29-2019 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | 10.00 |

**Transaction Comments:** The notes belong to series E.Interest on the notes will be payable semi-annually on the 4th calendar day of May and November of each year, beginning on May 4, 2020.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers:** -

| | | | | | | |
|---|---|---|---|---|---|---|
| Oct-28-2019 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | 4.00 |

**Transaction Comments:** The notes belong to series E.Interest on the notes will be payable semi-annually on the 29th calendar day of May and November each year, commencing on May 29, 2020.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers:** -

| | | | | | | |
|---|---|---|---|---|---|---|
| Oct-28-2019 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 5.89 |

**Transaction Comments:** Interest on notes will be payable semi-annually in arrears on 27th calendar day of May and November of each year, beginning on May 27, 2020.The notes will accrue interest at a rate of 2.10% from and including November 27, 2019, to but excluding May 27, 2021, 2.25% from and including May 27, 2021, to but excluding May 27, 2022 and 2.75% from and including November 27, 2022, to but excluding May 27, 2023.The notes belong to Series A.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| | | | | | | |
|---|---|---|---|---|---|---|
| Oct-28-2019 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | 10.88 |

**Transaction Comments:** The notes belong to series E.Interest on the notes will be payable at a rate of 2.6% per annum from (and including) November 21, 2019 to (but excluding) November 21, 2025, 3% per annum from (and including) November 21, 2025 to (but excluding) November 21, 2027, 4% per annum from (and including) November 21, 2027 to (but excluding) November 26, 2028, and 5% per annum from (and including) November 21, 2028 to (but excluding) November 21, 2029.Interest on the notes will be payable semi-annually on the 21st calendar day of May and November each year, commencing on May 21, 2020.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers:** -

| | | | | | | |
|---|---|---|---|---|---|---|
| Oct-28-2019 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 3.26 |

**Transaction Comments:** The notes belong to series A.Interest on the notes will be payable semi-annually on the 27th calendar day of May and November each year, commencing on May 27, 2020.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |
|---|---|---|---|---|---|---|
| Oct-28-2019 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | 3.00 |

**Transaction Comments:** Interest on notes will be payable semi-annually in arrears on the 21st calendar day of May and November of each year, beginning on May 21, 2020.The notes belong to Series E.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers:** -

| | | | | | | |
|---|---|---|---|---|---|---|
| Oct-28-2019 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | 4.25 |

**Transaction Comments:** The notes belong to series E.Interest on the notes will be payable semi-annually on the 27th calendar day of May and November each year, commencing on May 27, 2020.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers:** -

| | | | | | | |
|---|---|---|---|---|---|---|
| Oct-28-2019 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | 2.00 |

**Transaction Comments:** The notes belong to series E.Interest on the notes will be payable at a rate of 3.25% per annum from (and including) November 26, 2019 to (but excluding) November 26, 2031, 3.5% per annum from (and including) November 26, 2031 to (but excluding) November 26, 2035, and 4% per annum from (and including) November 26, 2035 to (but excluding) November 26, 2039, Interest on the notes will be payable semi-annually on the 26th calendar day of May and November each year, commencing on May 26, 2020.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers:** -

| | | | | | | |
|---|---|---|---|---|---|---|
| Oct-28-2019 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | 115.00 |

**Transaction Comments:** Interest on the notes will be payable semi-annually on 27th calendar day of May and November of each year, beginning on May 27, 2020.The notes will accrue interest at a rate of 2.30% from and including November 27, 2019, to but excluding November 27, 2022 and 2.45% from and including November 27, 2022, to but excluding November 27, 2023 and 2.60% from and including November 27, 2023, to but excluding November 27, 2024.The notes belong to Series E.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers:** -

| | | | | | | |
|---|---|---|---|---|---|---|
| Oct-28-2019 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | 11.00 |

**Transaction Comments:** The notes belong to series E.Interest on the notes will be payable at a rate of 2.5% per annum from (and including) November 29, 2019 to (but excluding) November 29, 2023, 2.75% per annum from (and including) November 29, 2023 to (but excluding) November 29, 2025, and 3% per annum from (and including) November 29, 2025 to (but excluding) May 29, 2027.Interest on the notes will be payable semi-annually on the 29th calendar day of May and November each year, commencing on May 29, 2020.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers:** -

| | | | | | | |
|---|---|---|---|---|---|---|
| Oct-28-2019 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | 2.00 |

**Transaction Comments:** The notes belong to series E.Interest on the notes will be payable at a rate of 2.75% per annum from (and including) November 21, 2019 to (but excluding) November 21, 2025, 3.25% per annum from (and including) November 21, 2025 to (but excluding) November 21, 2028, and 4% per annum from (and including) November 26, 2025 to (but excluding) November 26, 2031.Interest on the notes will be payable semi-annually on the 21st calendar day of May and November each year, commencing on May 21, 2020.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers:** -

| | | | | | | |
|---|---|---|---|---|---|---|
| Oct-28-2019 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | 2.31 |

**Transaction Comments:** The notes belong to series E.Interest on the notes will be payable at a rate of 3% per annum from (and including)

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



## JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

| JPMorgan Chase & Co. (NYSE:JPM) Transactions | | | | | | |
|---|---|---|---|---|---|---|
| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |

November 27, 2019 to (but excluding) November 27, 2027, 3.5% per annum from (and including) November 27, 2027 to (but excluding) November 27, 2032, and 4% per annum from (and including) November 27, 2032 to (but excluding) November 27, 2034. Interest on the notes will be payable semi-annually on the 27th calendar day of May and November each year, commencing on May 27, 2020.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers:** -

| Oct-28-2019 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | 11.10 |

**Transaction Comments:** Interest on notes will be payable semi-annually in arrears on the 27st calendar day of May and November of each year, beginning on May 27, 2020. The notes belong to Series E.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers:** -

| Oct-18-2019 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | 4.00 |

**Transaction Comments:** Interest on the notes will be payable semi-annually on the last calendar day of April and October each year, commencing on April 30, 2020. The notes will be priced on October 29, 2019.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers:** -

| Oct-17-2019 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | 23.50 |

**Transaction Comments:** The notes are a part of Medium-Term Notes, Series E. Interest on notes will be payable semi annually on the last calendar day of April and October of each year, beginning on April 30, 2020. Interest will be payable at 2.25% per annum from and including October 31, 2019 but excluding October 31, 2022, 2.375% per annum from and including October 31, 2022 but excluding October 31, 2023, and 2.500% per annum from and including October 31, 2023 but excluding October 31, 2024.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers:** -

| Oct-15-2019 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | 26.00 |

**Transaction Comments:** The notes are a part of Global Medium-Term Notes, Series E. Interest on notes will be payable on the last calendar day of April and October of each year, beginning on April 30, 2020.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers:** -

| Oct-15-2019 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | 10.25 |

**Transaction Comments:** The notes are a part of Global Medium-Term Notes, Series E. Interest on notes will be payable semi annually in arrears on the last calendar day of April and October of each year, beginning on April 30, 2020. The notes will interest rate of 2.6% per annum from and including October 31, 2019 to but excluding October 31, 2025, 3% per annum from and including October 31, 2025 to but excluding October 31, 2027, 4% per annum from and including October 31, 2027 to but excluding October 31, 2028 and 5% per annum from and including October 31, 2018 to but excluding October 31, 2029.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers:** -

| Oct-15-2019 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | 14.00 |

**Transaction Comments:** The notes are a part of Global Medium-Term Notes, Series E. Interest on notes will be payable semi annually on the last calendar day of April and October of each year, beginning on April 30, 2020. Interest will be payable at 3.00% per annum from and including October 31, 2019 but excluding October 31, 2027, 3.50% per annum from and including October 31, 2027 but excluding October 31, 2032, and 4.00% per annum from and including October 31, 2032 but excluding October 31, 2034.

**Buyer/Other Investors:** -

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



**S&P Capital IQ**

## JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

| JPMorgan Chase & Co. (NYSE:JPM) Transactions | | | | | | |
|---|---|---|---|---|---|---|
| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |

**Target/Issuer: JPMorgan Chase & Co.**
**Sellers: -**

| Oct-15-2019 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | 10.25 |
|---|---|---|---|---|---|---|

**Transaction Comments:** The notes are a part of the Medium Term Notes, Series E.Interest on the notes will be payable semi-annually on April 31 and October 31 each year, commencing on April 30, 2020.Interest will be calculated at a step-up rate of 2.5% per annum from October 31, 2019 to (but excluding) October 31, 2023, 3% per annum from October 31, 2023 to (but excluding) October 31, 2026, 3.5% per annum from October 31, 2026 to (but excluding) October 31, 2027.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers: -**

| Oct-15-2019 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | 5.50 |
|---|---|---|---|---|---|---|

**Transaction Comments:** The notes are a part of Global Medium-Term Notes, Series E.Interest on notes will be payable on the last calendar day of April and October of each year, beginning on April 30, 2020.Interest will be payable at 2.00% per annum from and including October 30, 2019 but excluding October 30, 2021, 2.25% per annum from and including October 31, 2021 but excluding October 30, 2022.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers: -**

| Oct-15-2019 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 85.00 |
|---|---|---|---|---|---|---|

**Transaction Comments:** The notes are a part of Global Medium-Term Notes, Series E.Interest on notes will be payable on the last calendar day of April and October of each year, beginning on April 30, 2020.Interest will be payable at 2.10% per annum from and including October 31, 2019 but excluding April 30, 2021, 2.25% per annum from and including April 30, 2021 but excluding October 31, 2022, and 2.75% per annum from and including October 31, 2022 but excluding April 30, 2023.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers: -**

| Oct-15-2019 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | 7.18 |
|---|---|---|---|---|---|---|

**Transaction Comments:** The notes are a part of Global Medium-Term Notes, Series E.Interest on notes will be payable semi annually on the last calendar day of April and October of each year, beginning on April 30, 2020.Interest will be payable at 3.25% per annum from and including October 31, 2019 but excluding October 31, 2032, 3.50% per annum from and including October 31, 2032 but excluding October 31, 2037, and 4.50% per annum from and including October 31, 2037 but excluding October 31, 2039.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers: -**

| Sep-17-2019 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | 1.50 |
|---|---|---|---|---|---|---|

**Transaction Comments:** Interest on the notes will be payable semi-annually in arrears on March 23rd and September 23th of each year, beginning on March 23, 2020.The notes belong to Series E.The notes will bear interest rate of 3.00 % per annum From (and including) September 23, 2019 and To (but excluding) September 23, 2029, 3.375% per annum From (and including) September 23, 2029 and To (but excluding) September 23, 2032 and 3.75% per annum From (and including) September 23, 2032 and To (but excluding) September 23, 2034.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers: -**

| Sep-13-2019 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | 1.00 |
|---|---|---|---|---|---|---|

**Transaction Comments:** The notes will bear interest rate of 2.50% per annum From (and including) September 23, 2019 and To (but excluding) September 23, 2023, 3% per annum From (and including) September 23, 2023 and To (but excluding) September 23, 2026 and 3.5% per annum From (and including) September 23, 2016 and To (but excluding) September 23, 2027.Interest on the notes will be payable semi-annually on March 23 and September 23 each year, commencing on March 23, 2020.The notes belong to Series E.

**Buyer/Other Investors:** -

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

| JPMorgan Chase & Co. (NYSE:JPM) Transactions | | | | | | |
|---|---|---|---|---|---|---|
| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |

**Target/Issuer: JPMorgan Chase & Co.**
**Sellers: -**

| | | | | | | |
|---|---|---|---|---|---|---|
| Sep-11-2019 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | 2.95 |

**Transaction Comments:** Interest on the notes will be payable semi-annually on March 23 and September 23 each year, commencing on March 23, 2020.The notes belong to series E.Interest will be calculated at a step-up rate of 2.25% per annum from September 23, 2019 to September 23, 2023, 2.50% per annum from March 23, 2023 to September 23, 2024 and 3.000% per annum from September 23, 2024 to March 23, 2025.

**Buyer/Other Investors: -**
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers: -**

| | | | | | | |
|---|---|---|---|---|---|---|
| Sep-11-2019 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | 10.00 |

**Transaction Comments:** The notes are a part of the Medium Term Notes, Series E.Interest on the notes will be payable semi-annually on March 23 and September 23 each year, commencing on March 23, 2020.Interest will be calculated at a step-up rate of 2.15% per annum from September 23, 2019 To (but excluding) September 23, 2021, 2.25% per annum from September 23, 2021 To (but excluding) September 23, 2022, 2.50% per annum from September 23, 2022 To (but excluding) September 23, 2023, 2.75% per annum from September 23, 2023 To (but excluding) September 23, 2024.

**Buyer/Other Investors: -**
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers: -**

| | | | | | | |
|---|---|---|---|---|---|---|
| Sep-06-2019 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The notes belong to series A.The notes were fully and unconditionally guaranteed by JPMorgan Chase & Co.Interest on the notes will be payable semi-annually on March 23 and September 23 of each year, commencing on March 23, 2020.

**Buyer/Other Investors: -**
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers: -**

| | | | | | | |
|---|---|---|---|---|---|---|
| Aug-30-2019 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | 31.89 |

**Transaction Comments:** The notes are a part of the Global Medium Term Notes, Series E.Interest on the notes will be payable semi-annually on March 23 and September 23 each year, commencing on March 23, 2020.The notes will offer interest rate of 3% per annum from (and including) September 23, 2019 to (but excluding) September 23, 2032, 3.25% per annum from (and including) September 23, 2032 to (but excluding) September 23, 2035, 3.50% per annum from (and including) September 23, 2035 to (but excluding) September 23, 2038 and 4.50% per annum from (and including) September 23, 2038 to (but excluding) September 23, 2039.

**Buyer/Other Investors: -**
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers: -**

| | | | | | | |
|---|---|---|---|---|---|---|
| Aug-29-2019 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | 6.10 |

**Transaction Comments:** The notes are a part of the Series E, Medium Term Notes Programme.Interest on the notes will be payable semi-annually on March 23 and September 23 each year, commencing on March 23, 2020.The notes will bear interest rate of 2.50% per annum from (and including) September 23, 2019 to (but excluding) September 23, 2022, 2.75% per annum from (and including) September 23, 2022 to (but excluding) September 23, 2026, 3% per annum from (and including) September 23, 2026 to (but excluding) September 23, 2028 and 3.5% per annum from (and including) September 23, 2028 to (but excluding) September 23, 2029.

**Buyer/Other Investors: -**
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers: -**

| | | | | | | |
|---|---|---|---|---|---|---|
| Aug-22-2019 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | 35.00 |

**Transaction Comments:** The notes are a part of Medium-Term Notes, Series E.Interest on notes will be payable semi-annually on the last calendar day of February and August 30th of each year, beginning on February 29, 2020.

**Buyer/Other Investors: -**
**Target/Issuer: JPMorgan Chase & Co.**

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

| JPMorgan Chase & Co. (NYSE:JPM) Transactions | | | | | | |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Advisor** | **Advisor Role** | **Transaction Type** | **Role** | **Target/Issuer** | **Size ($mm)** |
| **Sellers:** - | | | | | | |
| Aug-16-2019 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | 12.06 |

**Transaction Comments:** The interest rate from and including September 16, 2019 to but excluding September 16, 2024 is 2.50% per annum, from and including September 16, 2024 to but excluding September 16, 2026 is 2.75% per annum, and from and including September 16, 2026 to but excluding September 16, 2027 is 3% per annum.Interest on the notes will be payable semi-annually in arrears on March 16th and September 16th of each year, beginning on March 16, 2020.The notes belong to Medium Term Notes, Series E.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase & Co.**

| **Sellers:** - | | | | | | |
|---|---|---|---|---|---|---|
| Aug-08-2019 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | 10.58 |

**Transaction Comments:** The notes belong to Series E.Interest on notes will be payable semi-annually in arrears on February 28th and August 28th of each year, beginning on February 28, 2020.The notes will accrue interest at a rate of 3.00% from and including August 28, 2019, to but excluding August 28, 2027, 3.25% from and including August 28, 2027, to but excluding August 28, 2031, 3.50% from and including August 28, 2031, to but excluding August 28, 2033 and 4.00% from and including August 28, 2033, to but excluding August 28, 2034.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase & Co.**

| **Sellers:** - | | | | | | |
|---|---|---|---|---|---|---|
| Aug-02-2019 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | - |

**Transaction Comments:** The notes belong to Series A.The notes were fully and unconditionally guaranteed by JPMorgan Chase & Co.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase & Co.**

| **Sellers:** - | | | | | | |
|---|---|---|---|---|---|---|
| Aug-01-2019 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 2.00 |

**Transaction Comments:** Interest on the notes will be payable on the last day of February and August of each year, beginning on February 29, 2020.The notes will pay at 2.25% per annum from August 30, 2019 but excluding August 31, 2020, 2.30% per annum from August 31, 2020 but excluding August 31, 2021, 2.40% per annum from August 31, 2021 but excluding August 31, 2022 and 2.50% per annum from August 31, 2022 but excluding February 28, 2023.The notes belong to series A.The notes were fully and unconditionally guaranteed by JPMorgan Chase & Co.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**

| **Sellers:** - | | | | | | |
|---|---|---|---|---|---|---|
| Aug-01-2019 | Sidley Austin LLP | Legal Counsel to Underwriters | Public Offering | Target | JPMorgan Chase & Co. | 5.00 |

**Transaction Comments:**   Interest on the notes will be payable in arrears on the last day of February and August 30th of each year, beginning on February 29, 2020 to and including the Maturity Date.Interest on the notes for the period starting from August 30, 2019 to August 30, 2025 will be 3.00% per annum, for the period starting from August 30, 2025 to August 30, 2028 will be 3.25% per annum, for the period starting from August 30, 2028 to August 30, 2030 will be 3.50% per annum, for the period starting from August 30, 2030 to August 30, 2031 will be 4.00% per annum.The notes belongs to Series E.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase & Co.**

| **Sellers:** - | | | | | | |
|---|---|---|---|---|---|---|
| Jun-18-2019 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | 25.00 |

**Transaction Comments:** Interest on the notes will be payable at a rate of fixed rate from beginning and including June 20, 2019 ending on but excluding June 20, 2022 and at a rate of variable rate from beginning and including June 20, 2022 to and including June 20, 2026.Interest on the notes will be payable quarterly on 20th day of March, June, September and December each year, commencing on September 20, 2019.The notes will offer a minimum interest rate of 0% per annum and maximum interest rate of 4% per annum.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers:** -

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

## JPMorgan Chase & Co. (NYSE:JPM) Transactions

| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |
|---|---|---|---|---|---|---|
| Mar-15-2019 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 1.01 |

**Transaction Comments:** The notes are a part of the Global Medium-Term Notes, Series A.The notes are guaranteed by JPMorgan Chase & Co.Interest on the notes will be payable semi-annually.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| | | | | | | |
|---|---|---|---|---|---|---|
| Feb-28-2019 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 14.00 |

**Transaction Comments:** The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes are a part of the Global Medium-Term Notes, Series A.The notes are guaranteed by JPMorgan Chase & Co.Interest on the notes will be payable semi-annually on March 22 and September 22 of each year, beginning from March 22, 2019 till September 22, 2021 at 3% per annum, from September 22, 2021 till March 22, 2023 at 3.25% per annum, from March 22, 2023 till September 22, 2023 at 3.75% per annum and from September 22, 2023 till March 22, 2024 at 4.50% per annum.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| | | | | | | |
|---|---|---|---|---|---|---|
| Feb-06-2019 | Sidley Austin LLP | Legal Counsel to Underwriters | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 2.37 |

**Transaction Comments:** Interest on notes will be payable semi-annually in arrears on February 28th and August 28th of each year, commencing on August 28, 2019.The notes will pay step up contingent coupon of 3.25% per annum from and including February 28, 2019 to but excluding February 28, 2022, 3.50% per annum from and including February 28, 2022 to but excluding February 28, 2025 and 5% per annum from and including February 28, 2025 to but excluding August 28, 2026.The notes belong to Series E.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| | | | | | | |
|---|---|---|---|---|---|---|
| Jan-31-2019 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 1.60 |

**Transaction Comments:** The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes are a part of the Global Medium-Term Notes, Series A.Interest on the notes will be payable quarterly on 7th day of February, May, August, and November each year, commencing on May 7, 2019.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| | | | | | | |
|---|---|---|---|---|---|---|
| Jan-29-2019 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | 5.00 |

**Transaction Comments:** The notes are a part of the Global Medium-Term Notes, Series E.Interest on the notes will be payable in arrears on the 8th day of each February, May, August and November, commencing on May 8, 2019.The notes will carry a fixed interest rate of 5.50% per annum and then floating interest rate of 10-Year U.S. Dollar ICE Swap Rate plus 0.05%.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers:** -

| | | | | | | |
|---|---|---|---|---|---|---|
| Jan-29-2019 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 2.67 |

**Transaction Comments:** The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes are a part of the Global Medium-Term Notes, Series E.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

| JPMorgan Chase & Co. (NYSE:JPM) Transactions | | | | | | |
|---|---|---|---|---|---|---|
| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |
| Jan-28-2019 | Sidley Austin LLP | Legal Counsel to Underwriters | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 1.50 |

**Transaction Comments:** The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.Interest on notes will be payable semi-annually in arrears on February 28th and August 28th in each year commencing on August 28, 2019.The notes will pay step up contingent coupon of 3.00% per annum From and including February 28, 2019 To but excluding February 28, 2021, 3.50% per annum From and including February 28, 2021 To but excluding February 28, 2022 and 3.75% per annum From and including February 28, 2022 To but excluding February 28, 2023.The notes belong to Series E.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| | | | | | | |
|---|---|---|---|---|---|---|
| Jan-10-2019 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 0.55 |

**Transaction Comments:** Interest on the notes will be payable quarterly on January 23, April 23, July 23, and October 23 of each year, commencing on April 23, 2019.The notes will be priced on January 18, 2019.The notes are a part of the Global Medium-Term Notes, Series E.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| | | | | | | |
|---|---|---|---|---|---|---|
| Nov-21-2018 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | - |

**Transaction Comments:** The notes belong to Series E medium-term notes.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers:** -

| | | | | | | |
|---|---|---|---|---|---|---|
| Nov-21-2018 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | 4.72 |

**Transaction Comments:** The notes are a part Global Medium-Term Notes, Series E.Interest on the notes will be payable semi-annually on last calendar day of each May and November of each year, beginning on May 31, 2019.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers:** -

| | | | | | | |
|---|---|---|---|---|---|---|
| Nov-05-2018 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | 12.67 |

**Transaction Comments:** The notes belong to Series E medium-term notes.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers:** -

| | | | | | | |
|---|---|---|---|---|---|---|
| Oct-26-2018 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | - |

**Transaction Comments:** The notes belong to Series A.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers:** -

| | | | | | | |
|---|---|---|---|---|---|---|
| Oct-26-2018 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | 75.00 |

**Transaction Comments:** The notes belong to Series E medium-term notes.Interest on the Floating Rate Unsubordinated Unsecured Notes due October 31, 2028 will be paid quarterly in January, April, July, and October of each year, commencing on January 31, 2019.Minimum interest on the notes will be 0.00% per annum.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers:** -

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

## JPMorgan Chase & Co. (NYSE:JPM) Transactions

| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |
|---|---|---|---|---|---|---|
| Sep-20-2018 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | 50.00 |

**Transaction Comments:** The Fixed to Floating Rate Unsecured Unsubordinated Noted due September 24, 2028 belongs to series E.Interest on the notes will be payable in arrears on the 24th day of each March, June, September and December, commencing on December 24, 2018. The initial interest on the notes will be payable at 5.00% per annum for the interest period beginning on and including the Original Issue Date of the notes and ending on but excluding September 24, 2020 and afterwards interest rate per annum equals to the 10-Year USD ICE Swap Rate plus 0.10%.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers:** -

| Aug-21-2018 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | 50.00 |

**Transaction Comments:** The 0.3% Unsubordinated Unsecured Notes due August 28, 2053 are a part of Global Medium-Term Notes, Series E.Interest on the notes will be payable semi-annually in arrears on February 28 and August 28 each year, beginning on February 28, 2019.The yield to maturity on the notes is 3.73% per annum.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers:** -

| Jul-26-2018 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | 4.00 |

**Transaction Comments:** Interest on the Step-Up Unsubordinated Unsecured Notes due July 31, 2025 will be payable semi-annually on January 31 and July 31 in each year, commencing on January 31, 2019.The interest rate from the period July 31, 2018 to but excluding July 31, 2020 will be 3.00 %per annum, from July 31, 2020 to excluding July 31, 2021 at 3.25%, from July 31, 2021 to but excluding July 31, 2022 at 3.75%, from July 31, 2022 to but excluding July 31, 2023 at 4.50%, from July 31, 2023 to but excluding July 31, 2024 at 5.50% and from July 31, 2024 to but excluding July 31, 2025 at 7.00% per annum.JPMorgan Chase & Co. (NYSE: JPM) may redeem the notes in whole but not in part, at a price equal to the principal amount being redeemed plus any accrued and unpaid interest.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers:** -

| Jul-17-2018 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 3.36 |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Enhanced Trigger Jump Securities due August 22, 2019 are a part of Global Medium-Term Notes, Series A.The company will pay a structuring fee of $5 for each $1,000 stated principal amount security to Morgan Stanley Wealth Management.Simpson Thacher & Bartlett LLP, Davis Polk & Wardwell LLP, and Sidley Austin LLP acted as legal advisors to JPMorgan Chase & Co. in its role as guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Jul-16-2018 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 3.49 |

**Transaction Comments:** The Floating Rate Unsubordinated Unsecured Notes due August 19, 2019 are guaranteed by JPMorgan Chase & Co.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| May-31-2018 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 0.50 |

**Transaction Comments:** The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.Interest on the notes will be paid on the 11th day of each month of each year, commencing on July 11, 2018.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

## JPMorgan Chase & Co. (NYSE:JPM) Transactions

| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |
|---|---|---|---|---|---|---|
| Feb-22-2018 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | 1.00 |

**Transaction Comments:** The Step-Up Rate Senior Unsubordinated Unsecured Notes due March 16, 2033 are a part of Global Medium-Term Notes, Series A.Interest on the notes will be payable semi-annually on March 16 and September 16 of each year, beginning on September 16, 2018.The notes will pay a coupon at the rate of 3.5% per annum from March 16, 2018 to March 16, 2023, 4% per annum, from March 16, 2023 to March 16, 2027, 5% per annum from March 16, 2027 to March 16, 2031 and 6% per annum from March 16, 2031 to March 16, 2033.JPMorgan Chase & Co. (NYSE: JPM) may redeem the notes, in whole at any time or in part from time to time, on March 16 and September 16 of each year, beginning on March 16, 2022 and ending on the maturity date at a redemption price equal to principal amount being redeemed plus any accrued and unpaid interest.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers:** -

| Jan-24-2018 | Sidley Austin LLP | Legal Advisor | Shelf Registration | Target | JPMorgan Chase & Co. | 31,847.77 |
|---|---|---|---|---|---|---|

**Transaction Comments:** Maripat Alpuche of Simpson Thacher & Bartlett LLP is acting as the legal advisor to the JPMorgan Chase & Co. (NYSE: JPM).Stephen B. Grant of JPMorgan Chase & Co. is acting as the legal advisor to the company.John G. Crowley of Davis Polk & Wardwell LLP is acting as the legal advisor to the company.The other fees of $100,000 include $75,000 spent as trustee fees and expenses (including counsel fees), and $25,000 spent as miscellaneous expenses.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers:** -

| Jan-24-2018 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | 90.28 |
|---|---|---|---|---|---|---|

**Transaction Comments:** The notes are issued under Medium-Term Notes, Series E.The yield to maturity on the notes is 4.25%.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers:** -

| Jan-24-2018 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | 20.00 |
|---|---|---|---|---|---|---|

**Transaction Comments:** The notes are issued under Medium-Term Notes, Series E.Interest on the notes will be payable in arrears on the 20th day of each March, June, September and December, commencing on March 20, 2019.The notes will pay interest at a rate of 5.65% per annum from and including the issue date to but excluding December 20, 2020, there after floating rate 10-Year U.S. Dollar ICE Swap Rate plus the spread of 0.15% per annum.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers:** -

| Jan-24-2018 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 2.14 |
|---|---|---|---|---|---|---|

**Transaction Comments:** The notes are a part of Global Medium-Term Notes, Series A.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Dec-14-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 12.65 |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Floating Rate Unsubordinated Unsecured Notes due December 20, 2052 are part of Global Medium-Term Notes, Series A.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.Interest on the notes for each Interest Period beginning on and including the December 20, 2017 and ending on but excluding December 20, 2020 are linked to 3-Month USD LIBOR as determined on each Determination Date times 0.66 minus 0.40%, for each Interest Period beginning on and including December 20, 2020 and ending on but excluding December 20, 2037 are linked to 3-Month USD LIBOR as determined on each Determination Date minus 0.40%, and for each Interest Period thereafter are linked to 3-Month USD LIBOR as determined on each Determination Date, provided that for each interest period such rate will not be less than the Minimum Interest Rate of 0.00% per annum.Interest on the notes will be paid on the 20th day of each March, June, September and December of each year, commencing on March 20, 2018.The notes are expected to be priced on December 15, 2017.The bonds are redeemable at

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

## JPMorgan Chase & Co. (NYSE:JPM) Transactions

| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |
|---|---|---|---|---|---|---|

the option of the note holder at any time From and including December 20, 2020 to and including December 20, 2026 at a redemption price of 98%, From and including December 20, 2028 to and including December 20, 2036 at 99%, and From and including December 20, 2038 to and including December 20, 2052 at 100%.The Repurchase Dates are December 20, 2020, December 20, 2022, December 20, 2024, December 20, 2026, December 20, 2028, December 20, 2030, December 20, 2032, December 20, 2034, December 20, 2036, December 20, 2038, December 20, 2040, December 20, 2042, December 20, 2044, December 20, 2046, December 20, 2048, December 20, 2050, and December 2052.A part of proceeds will be used for hedging purposes.

**Buyer/Other Investors: -**
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers: -**

| Sep-21-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Auto-Callable Principal at Risk Securities due October 2, 2020 are a part of Global Medium-Term Notes, Series A, program and are linked to the performance of the common stock of Apple Inc.The securities are fully and unconditionally guaranteed by JPMorgan Chase & Co.The offer is expected to price on September 29, 2017.The securities will pay contingent interest of at least 2.00% of the principal amount, if the closing price of the underlying stock on any determination date is greater than or equal to 80% of the initial stock price. On the contrary, no coupon shall be paid.Contingent coupon on the securities will be payable quarterly on the third business day after the related determination date.The determination dates will fall on December 28, 2017, March 29, 2018, June 29, 2018, September 28, 2018, December 28, 2018, March 29, 2019, June 28, 2019, September 30, 2019, December 30, 2019, March 30, 2020, June 29, 2020 and September 29, 2020.A part of the proceeds will be used for hedging purposes.Simpson Thacher & Bartlett LLP, Davis Polk & Wardwell LLP and Sidley Austin LLP are acting as legal advisors to JPMorgan Chase & Co in its role as the guarantor with respect to this offering.Morgan Stanley Wealth Management will receive a structuring fee of $0.05 for each $10 principal amount security from J.P. Morgan Securities LLC or its affiliates.

**Buyer/Other Investors: -**
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers: -**

| Sep-21-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Notes due September 29, 2020 are a part of Global Medium-Term Notes, Series A and are linked to the lesser performing of the S&P 500 Index and the SPDR S&P Oil & Gas Exploration & Production ETF.The notes will be fully and unconditionally guaranteed by JPMorgan Chase & Co.The offer is expected to price on or about September 22, 2017.The notes will pay contingent coupon of at least 6.25% per annum, if the closing level of the underlying equity is equal to greater than 60% of its initial value. On the contrary, no coupon shall be paid.The review dates fall semi-annually on March 22, 2018, September 24, 2018, March 22, 2019, September 23, 2019, March 23, 2020 and September 22, 2020.The interest payment dates fall on   March 29, 2018, October 1, 2018, March 29, 2019, September 30, 2019, March 30, 2020, and September 29, 2020.JPMorgan Chase Financial Company LLC may redeem the notes early, in whole but not in part, on any of the interest payment dates at a price, for each $1,000 principal amount note, equal to $1,000 plus the contingent interest payment, if any, applicable to the immediately preceding review date.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Simpson Thacher & Bartlett LLP, and Sidley Austin LLP acted as a legal advisor to the guarantor with respect to this offering.

**Buyer/Other Investors: -**
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers: -**

| Sep-21-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Auto Callable Notes due September 26, 2022 are a part of Global Medium-Term Notes, Series A and are linked to the least performing of the S&P 500 Index, the Russell 2000 Index and the PowerShares QQQ TrustSM, Series 1.The notes will be fully and unconditionally guaranteed by JPMorgan Chase & Co.The offer is expected to price on or about September 21, 2017.The notes will pay contingent interest of 5% per annum, if the closing level of the underlying equity is equal to or greater than 66% of its initial value on review dates. On the contrary, no coupon shall be paid.The review dates fall quarterly on December 21, 2017, March 21, 2018, June 21, 2018, September 21, 2018, December 21, 2018, March 21, 2019, June 21, 2019, September 23, 2019, December 23, 2019, March 23, 2020, June 22, 2020, September 21, 2020, December 21, 2020, March 22, 2021, June 21, 2021, September 21, 2021, December 21, 2021, March 21, 2022, June 21, 2022, and September 21, 2022.The interest payment dates fall quarterly on December 27, 2017, March 26, 2018, June 26, 2018, September 26, 2018, December 27, 2018, March 26, 2019, June 26, 2019, September 26, 2019, December 27, 2019, March 26, 2020, June 25, 2020, September 24, 2020, December 24, 2020, March 25, 2021, June 24, 2021, September 24, 2021, December 27, 2021, March 24, 2022, June 24, 2022, and September 26, 2022.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Simpson Thacher & Bartlett LLP, and Sidley Austin LLP are acting as legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors: -**

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

| JPMorgan Chase & Co. (NYSE:JPM) Transactions | | | | | | |
|---|---|---|---|---|---|---|
| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |

**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers: -**

| | | | | | | |
|---|---|---|---|---|---|---|
| Sep-21-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Securities due September 30, 2020 are a part of Global Medium-Term Notes, Series A and are linked to the least performing of the Common Stock of Microsoft Corporation, the Common Stock of Oracle Corporation and the Common Stock of Intel Corporation.The offer is expected to price on or about September 25, 2017.The securities are fully and unconditionally guaranteed by JPMorgan Chase & Co.The securities will pay quarterly contingent interest at least 8% per annum, if the closing level of each index on any observation date is equal to or greater than 60% of its initial level. On the contrary, no coupon shall be paid.Contingent coupons on the securities will be payable quarterly on October 30, 2017, November 30, 2017, December 29, 2017, January 30, 2018, March 1, 2018, March 29, 2018, April 30, 2018, May 31, 2018, June 28, 2018, July 30, 2018, August 30, 2018, September 28, 2018, October 30, 2018, November 29, 2018, December 31, 2018, January 30, 2019, February 28, 2019, March 28, 2019, April 30, 2019, May 31, 2019, June 28, 2019, July 30, 2019, August 29, 2019, September 30, 2019, October 30, 2019, November 29, 2019, December 31, 2019, January 30, 2020, February 28, 2020, March 30, 2020, April 30, 2020, May 29, 2020, June 30, 2020, July 30, 2020, August 28, 2020 and September 30, 2020.The determination dates will fall quarterly on October 25, 2017, November 27, 2017, December 26, 2017, January 25, 2018, February 26, 2018, March 26, 2018, April 25, 2018, May 25, 2018, June 25, 2018, July 25, 2018, August 27, 2018, September 25, 2018, October 25, 2018, November 26, 2018, December 26, 2018, January 25, 2019, February 25, 2019, March 25, 2019, April 25, 2019, May 28, 2019, June 25, 2019, July 25, 2019, August 26, 2019, September 25, 2019, October 25, 2019, November 25, 2019, December 26, 2019, January 27, 2020, February 25, 2020, March 25, 2020, April 27, 2020, May 26, 2020, June 25, 2020, July 27, 2020, August 25, 2020 and September 25, 2020 .A part of the proceeds will be used for hedging purposes.Simpson Thacher & Bartlett LLP, Sidley Austin LLP, and Davis Polk & Wardwell LLP are acted as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors: -**
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers: -**

| | | | | | | |
|---|---|---|---|---|---|---|
| Sep-21-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Trigger Autocallable Yield Notes due September 30, 2027 are Global Medium-Term Notes, Series A and are linked to the lesser performing of the Russell 2000 Index and the EURO STOXX 50 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The minimum investment allowed in this offering is $1,000.The notes will pay contingent interest at a rate of 6% per annum, if the closing level of each index on any observation date is equal to or greater than 59% to 60% of its initial level. On the contrary, no coupon shall be paid.Contingent coupons on the notes will be payable quarterly on December 29, 2017, March 29, 2018, June 29, 2018, October 1, 2018, December 31, 2018, April 1, 2019, July 1, 2019, October 1, 2019, December 31, 2019, March 31, 2020, July 1, 2020, September 30, 2020, December 31, 2020, March 31, 2021, June 30, 2021, September 29, 2021, December 31, 2021, March 30, 2022, June 29, 2022, September 29, 2022, December 30, 2022, March 29, 2023, June 29, 2023, September 29, 2023, December 29, 2023, April 2, 2024, July 1, 2024, October 1, 2024, December 31, 2024, March 31, 2025, July 1, 2025, October 1, 2025, December 31, 2025, March 31, 2026, July 1, 2026, September 30, 2026, December 31, 2026, April 1, 2027, June 30, 2027, and September 30, 2027.The observation dates will fall quarterly on December 27, 2017, March 27, 2018, June 27, 2018, September 27, 2018, December 27, 2018, March 27, 2019, June 27, 2019, September 27, 2019, December 27, 2019, March 27, 2020, June 29, 2020, September 28, 2020, December 29, 2020, March 29, 2021, June 28, 2021, September 27, 2021, December 29, 2021, March 28, 2022, June 27, 2022, September 27, 2022, December 28, 2022, March 27, 2023, June 27, 2023, September 27, 2023, December 27, 2023, March 27, 2024, June 27, 2024, September 27, 2024, December 27, 2024, March 27, 2025, June 27, 2025, September 29, 2025, December 29, 2025, March 27, 2026, June 29, 2026, September 28, 2026, December 29, 2026, March 30, 2027, June 28, 2027, and September 27, 2027.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors: -**
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers: -**

| | | | | | | |
|---|---|---|---|---|---|---|
| Sep-21-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** Zero Coupon Unsubordinated Unsecured Capped Notes due September 27, 2023 is part of Global Medium-Term Notes, Series A and linked to linked to the performance of EURO STOXX 50 Index.The notes are fully and unconditionally guaranteed by JP Morgan Chase & Co..A part of the proceeds will be used for hedging purposes.

**Buyer/Other Investors: -**
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers: -**

| | | | | | | |
|---|---|---|---|---|---|---|
| Sep-20-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company | - |

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



## JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

| JPMorgan Chase & Co. (NYSE:JPM) Transactions | | | | | | |
|---|---|---|---|---|---|---|
| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |
| | | | | | LLC | |

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Notes due March 30, 2020 are a part of Global Medium-Term Notes, Series A and are linked to the least performing of the S&P 500 Index and the Russell 2000 Index. The notes will be fully and unconditionally guaranteed by JPMorgan Chase & Co. The offer is expected to price on September 22, 2017. JPMorgan Chase Financial Company LLC, at company's election, may redeem the notes early, in whole but not in part, on any of the Interest Payment Dates at a price, for each $1,000 principal amount note, equal to $1,000 plus the Contingent Interest Payment, if any, applicable to the immediately preceding Review Date. If company intends to redeem the notes early, company will deliver notice to The Depository Trust Company, or DTC, at least five business days before the applicable Interest Payment Date on which the notes are redeemed early. The notes will pay contingent coupon of 3.65% per annum, if the closing price of one share of any reference stock on any review date is greater than 65% of its initial value. On the contrary, no coupon be paid. Contingent coupons on the notes will be paid semiannually on March 29, 2018, October 1, 2018, March 29, 2019, September 30, 2019, and March 30, 2020. The review dates will fall monthly on March 22, 2018, September 24, 2018, March 22, 2019, September 23, 2019, and March 23, 2020. A part of the proceeds will be used for hedging purposes. Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor in this offering.

**Buyer/Other Investors:** -
**Target/Issuer:** JPMorgan Chase Financial Company LLC
**Sellers:** -

| Sep-20-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Securities due October 02, 2020 are a part of Global Medium-Term Notes, Series A and are based on the worst performing of the EURO STOXX 50 Index, the S&P 500 Index and the Russell 2000 Index. The offer is expected to price on or about September 29, 2017. The securities are fully and unconditionally guaranteed by JPMorgan Chase & Co. The minimum investment allowed in this offering is $1,000. JPMorgan Chase Financial Company LLC may redeem the securities early, in whole but not in part, on any of the contingent payment dates for the early redemption payment equal to the stated principal amount plus any contingent quarterly payment. The securities will pay quarterly contingent interest at a rate of 1.7875%, if the closing level of each index on any observation date is equal to or greater than 65% of its initial level. On the contrary, no coupon shall be paid. Contingent coupons on the securities will be payable quarterly on January 3, 2018, April 5, 2018, July 5, 2018, October 3, 2018, January 3, 2019, April 3, 2019, July 3, 2019, October 3, 2019, January 3, 2020, April 2, 2020, July 2, 2020, and October 2, 2020. The determination dates will fall quarterly on December 28, 2017, March 29, 2018, June 29, 2018, September 28, 2018, December 28, 2018, March 29, 2019, June 28, 2019, September 30, 2019, December 30, 2019, March 30, 2020, June 29, 2020, and September 29, 2020. A part of the proceeds will be used for hedging purposes. J.P. Morgan Securities LLC or its affiliates will pay a structuring fee of $5.00 for each $1,000 stated principal amount security to Morgan Stanley Wealth Management.

**Buyer/Other Investors:** -
**Target/Issuer:** JPMorgan Chase Financial Company LLC
**Sellers:** -

| Sep-20-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Auto-Callable Securities due October 02, 2020 are a part of Global Medium-Term Notes, Series A and are based on the performance of the common stock of Amazon.com, Inc. The offer is expected to price on or about September 29, 2017. The securities are fully and unconditionally guaranteed by JPMorgan Chase & Co. The minimum investment allowed in this offering is $1,000. The securities will pay quarterly contingent interest at a rate of at least 2.0125%, if the closing level of each index on any observation date is equal to or greater than 80% of its initial level. On the contrary, no coupon shall be paid. Contingent coupons on the securities will be payable on the third business day after the related determination date. The determination dates will fall quarterly on December 28, 2017, March 29, 2018, June 29, 2018, September 28, 2018, December 28, 2018, March 29, 2019, June 28, 2019, September 30, 2019, December 30, 2019, March 30, 2020, June 29, 2020, and September 29, 2020. A part of the proceeds will be used for hedging purposes. J.P. Morgan Securities LLC or its affiliates will pay a structuring fee of $0.05 for each $10 stated principal amount security to Morgan Stanley Wealth Management.

**Buyer/Other Investors:** -
**Target/Issuer:** JPMorgan Chase Financial Company LLC
**Sellers:** -

| Sep-20-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Return Notes due October 10, 2018 are a part of Global Medium-Term Notes, Series A and are based on an unequally weighted basket of 15 reference stocks consisting of Honeywell International Inc., Raytheon Company, Southwest Airlines Co., Fortive Corporation, Textron Inc., United Rentals, Inc., The Boeing Company, Caterpillar Inc., Norfolk Southern Corporation, Rockwell Automation, Inc., Lockheed Martin Corporation, FedEx Corporation, CSX Corporation, Stanley Black & Decker, Inc., and Parker-Hannifin Corporation. The securities are fully and unconditionally guaranteed by JPMorgan Chase & Co. The minimum investment allowed in this offering is $1,000. A part of the proceeds will be used for hedging purposes.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

| JPMorgan Chase & Co. (NYSE:JPM) Transactions | | | | | | |
|---|---|---|---|---|---|---|
| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |

Buyer/Other Investors: -
Target/Issuer: JPMorgan Chase Financial Company LLC
Sellers: -

| Sep-20-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

Transaction Comments: The Contingent Rate Unsubordinated Unsecured Securities due September 26, 2019 are a part of Global Medium-Term Notes, Series A, program and are linked to the worst performing of the EURO STOXX 50 Index, the S&P 500 Index and the Russell 2000 Index.The securities are fully and unconditionally guaranteed by JPMorgan Chase & Co.The securities are redeemable, in whole but not in part, at the option of JPMorgan Chase Financial Company LLC on any of the contingent payment dates, other than the first and final contingent payment dates, for an amount equal to the principal amount plus any contingent quarterly payment otherwise due with respect to the related quarterly monitoring period.The securities will pay contingent coupon of at least 1.7875% of the principal amount, if the closing level of each underlying index is greater than or equal to 75% of its initial index value on each day during a quarterly monitoring period. On the contrary, no coupon shall be paid.Contingent coupon on the securities will be payable quarterly on December 29, 2017, March 27, 2018, June 27, 2018, September 27, 2018, January 2, 2019, March 27, 2019, June 27, 2019 and the maturity date.The offer is expected to price on September 22, 2017.A part of the proceeds will be used for hedging purposes.Simpson Thacher & Bartlett LLP, Davis Polk & Wardwell LLP and Sidley Austin LLP are acting as legal advisors to JPMorgan Chase & Co. in its role as the guarantor with respect to this offering.Morgan Stanley Wealth Management will receive a structuring fee of $5.00 for each $1,000 principal amount security from J.P. Morgan Securities LLC or its affiliates.

Buyer/Other Investors: -
Target/Issuer: JPMorgan Chase Financial Company LLC
Sellers: -

| Sep-20-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

Transaction Comments: The Zero Coupon Unsubordinated Unsecured Dual Directional Trigger Jump Securities due September 27, 2022 are a part of Global Medium-Term Notes, Series A and are based on Performance of an Equally-Weighted Basket of Four Indices namely Hang Seng China Enterprises Index, KOSPI 200 Index, MSCI Taiwan Index, and MSCI Singapore Free Index, having equal weight age.The securities are fully and unconditionally guaranteed by JPMorgan Chase & Co.The minimum investment allowed in this offering is $1,000.A part of the proceeds will be used for hedging purposes.J.P. Morgan Securities LLC or its affiliates will pay a structuring fee of $0.042 for each $1,000 stated principal amount security to Morgan Stanley Wealth Management.

Buyer/Other Investors: -
Target/Issuer: JPMorgan Chase Financial Company LLC
Sellers: -

| Sep-19-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

Transaction Comments: The Zero Coupon Unsubordinated Unsecured Review Notes due September 26, 2019 are a part of Global Medium-Term Notes, Series A and are linked to the EURO STOXX 50 Index.The offer is expected to price on September 22, 2017.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor in this offering.

Buyer/Other Investors: -
Target/Issuer: JPMorgan Chase Financial Company LLC
Sellers: -

| Sep-19-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

Transaction Comments: The Contingent Rate Unsubordinated Unsecured Trigger Autocallable Yield Notes due September 30, 2022 are a part of Global Medium-Term Notes, Series A and are linked to the lesser performing of the Russell 2000 Index and the EURO STOXX 50 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The minimum investment allowed in the offering is $1,000.The notes will pay contingent coupon of between 6.8% to 7.8% per annum, if the closing level of each underlying is equal to or greater than 70% of its initial value. On the contrary, no coupon shall be paid.Contingent coupon on the notes will be payable on December 29, 2017, March 29, 2018, June 29, 2018, October 01, 2018, December 31, 2018, March 29, 2019, July 01, 2019, October 01, 2019, December 31, 2019, March 31, 2020, July 01, 2020, September 30, 2020, December 31, 2020, March 31, 2021, June 30, 2021, September 29, 2021, December 31, 2021, March 31, 2022, June 29, 2022 and September 30, 2022.Observation dates will fall on December 27, 2017, March 27, 2018, June 27, 2018, September 27, 2018, December 27, 2018, March 27, 2019, June 27, 2019, September 27, 2019, December 27, 2019, March 27, 2020, June 29, 2020, September 28, 2020, December 29, 2020, March 29, 2021, June 28, 2021, September 27, 2021, December 29, 2021, March 28, 2022, June 27, 2022 and September 30, 2022.A part of the proceeds will be used for hedging purposes.Simpson Thacher & Bartlett LLP, Davis Polk & Wardwell LLP and Sidley Austin LLP are acting as

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



**S&P
Capital IQ**

# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

| JPMorgan Chase & Co. (NYSE:JPM) Transactions | | | | | | |
|---|---|---|---|---|---|---|
| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |

legal advisors to JPMorgan Chase & Co. in its role as the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| | | | | | | |
|---|---|---|---|---|---|---|
| Sep-19-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Trigger Absolute Return Autocallable Notes due September 24, 2019 are a part of Global Medium-Term Notes, Series A and are  linked to the performance of the common stock of HP Inc.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The minimum investment allowed in this offering is $1,000.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| | | | | | | |
|---|---|---|---|---|---|---|
| Sep-19-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Auto Callable Notes due September 27, 2018 are a part of Global Medium-Term Notes, Series A and are linked to the lesser performing of the Russell 2000 Index and the EURO STOXX 50 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The offer is expected to price on September 22, 2017.The notes will pay contingent interest at a rate of 7.5% per annum, if the closing level of each index on any observation date is equal to or greater than 70% of its initial level. On the contrary, no coupon shall be paid.Interest on the notes will be payable on October 26, 2017, November 28, 2017, December 28, 2017, January 25, 2018, February 27, 2018, March 27, 2018, April 26, 2018, May 25, 2018, June 27, 2018, July 26, 2018, August 27, 2018, and September 27, 2018.The review dates will fall on October 23, 2017, November 22, 2017, December 22, 2017, January 22, 2018, February 22, 2018, March 22, 2018, April 23, 2018, May 22, 2018, June 22, 2018, July 23, 2018, August 22, 2018, and September 24, 2018.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor in this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| | | | | | | |
|---|---|---|---|---|---|---|
| Sep-19-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Capped Dual Directional Contingent Buffered Equity Notes due March 27, 2019 are a part of Global Medium-Term Notes, Series A and are linked to the EURO STOXX 50 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The offer is expected to price on September 22, 2017.The minimum investment allowed in this offering is $10,000.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor in this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| | | | | | | |
|---|---|---|---|---|---|---|
| Sep-19-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Trigger Autocallable Yield Notes due October 01, 2020 are a part of Global Medium-Term Notes, Series A and are linked to the lesser performing of the Russell 2000 Index and the EURO STOXX 50 Index.The offer is expected to price on or about September 27, 2017.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes will pay contingent coupon between 6.30% to 7.30% per annum, if the closing value of any underlying on any observation date is greater than 70% of its strike value. On the contrary, no coupon shall be paid.The observation dates fall quarterly on December 27, 2017, March 27, 2018, June 27, 2018, September 27, 2018, December 27, 2018, March 27, 2019, June 27, 2019, September 27, 2019, December 27, 2019, March 27, 2020, June 29, 2020, and September 28, 2020.Contingent coupons on the notes will be paid on December 29, 2017, March 29, 2018, June 29, 2018, October 1, 2018, December 31, 2018, March 29, 2019, July 1, 2019, October 1, 2019, December 31, 2019, March 31, 2020, July 1, 2020, and October 1, 2020.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Simpson Thacher & Bartlett LLP and Sidley Austin LLP are acting as legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors:** -

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

## JPMorgan Chase & Co. (NYSE:JPM) Transactions

| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |
|---|---|---|---|---|---|---|
| **Target/Issuer: JPMorgan Chase Financial Company LLC**<br>**Sellers:** - | | | | | | |
| Sep-19-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Auto Callable Notes due October 4, 2018 are a part of Global Medium-Term Notes, Series A and are linked to the Lesser Performing of the Russell 2000 Index and the EURO STOXX 50 Index.The offer is expected to price on or about September 29, 2017.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes will pay contingent coupon of at least 7.50% per annum, if the closing value of any underlying on any review date is greater than 70% of its strike value. On the contrary, no coupon shall be paid.The review dates fall monthly on October 30, 2017, November 29, 2017, December 29, 2017, January 29, 2018, February 28, 2018, March 29, 2018, April 30, 2018, May 29, 2018, June 29, 2018, July 30, 2018, August 29, 2018 and October 1, 2018.Contingent coupons on the notes will be paid on   November 2, 2017, December 4, 2017, January 4, 2018, February 1, 2018, March 5, 2018, April 4, 2018, May 3, 2018, June 1, 2018, July 5, 2018, August 2, 2018, September 4, 2018 and the Maturity Date.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Simpson Thacher & Bartlett LLP and Sidley Austin LLP are acting as legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors:** -

| | | | | | | |
|---|---|---|---|---|---|---|
| **Target/Issuer: JPMorgan Chase Financial Company LLC**<br>**Sellers:** - | | | | | | |
| Sep-15-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Auto-Callable Securities due September 25, 2020 are a part of Global Medium-Term Notes, Series A and are based on the worst Performing of the Russell 2000 Index, the S&P 500 Index and the EURO STOXX 50 Index.Quarterly contingent coupon on the notes will be paid at a rate of at least 2.0125% of the stated principal amount if, on any determination date, the closing level of the underlying index is greater than or equal to 70% of the initial index value. On the contrary, no coupon shall be paid.Determination dates for the notes will fall on December 22, 2017, March 22, 2018, June 22, 2018, September 24, 2018, December 27, 2018, March 22, 2019, June 24, 2019, September 23, 2019, December 23, 2019, March 23, 2020, June 22, 2020 and September 22 2020.Contingent coupon on the notes will be payable on December 29, 2017, March 27, 2018, June 27, 2018, September 27, 2018, January 2, 2019, March 27, 2019, June 27, 2019, September 26, 2019, December 30, 2019, March 26, 2020, June 25, 2020 and September 25, 2020.The offer is expected to price on or about September 22, 2017.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Simpson Thacher & Bartlett LLP and Sidley Austin LLP are acting as legal advisors to the guarantor with respect to this offering.The securities are fully and unconditionally guaranteed by JPMorgan Chase & Co.A structuring fee will be payable to Morgan Stanley Wealth Management by the agent or its affiliates in an amount of $5.00 for each $1,000 stated principal amount security.The minimum investment allowed in the offering is $1,000.

**Buyer/Other Investors:** -

| | | | | | | |
|---|---|---|---|---|---|---|
| **Target/Issuer: JPMorgan Chase Financial Company LLC**<br>**Sellers:** - | | | | | | |
| Sep-15-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Auto-Callable Securities due September 25, 2020 are a part of Global Medium-Term Notes, Series A and are based on the performance of the common units of The Blackstone Group L.P.The securities are fully and unconditionally guaranteed by JPMorgan Chase & Co.The minimum investment allowed in this offering is $1,000.The securities will pay quarterly contingent interest at a rate of at least 2.25%, if the closing value of each index on any observation date is equal to or greater than 75% of its initial level. On the contrary, no coupon shall be paid.Contingent coupons on the securities will be payable on the third business day after the related determination date.The determination dates will fall on December 22, 2017, March 22, 2018, June 22, 2018, September 24, 2018, December 24, 2018, March 22, 2019, June 24, 2019, September 23, 2019, December 23, 2019, March 23, 2020, June 22, 2020, and September 22, 2020.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.J.P. Morgan Securities LLC will pay a structuring fee of $0.05 for each $10 stated principal amount security to Morgan Stanley Wealth Management.

**Buyer/Other Investors:** -

| | | | | | | |
|---|---|---|---|---|---|---|
| **Target/Issuer: JPMorgan Chase Financial Company LLC**<br>**Sellers:** - | | | | | | |
| Sep-14-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Auto-Callable Notes due March 25, 2019 are a part of Global Medium-Term Notes, Series A and are linked to the least performing of the iShares MSCI Emerging Markets ETF, the Russell 2000 Index, and the EURO STOXX 50 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.Minimum purchase allowed in this offering is

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

| JPMorgan Chase & Co. (NYSE:JPM) Transactions | | | | | |
|---|---|---|---|---|---|
| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |

$1,000.The offer is expected to price on or about September 20, 2017.The notes will pay contingent coupon of 8.75% per annum, if on any determination date, the closing level of the underlying index is greater than or equal to 70% of the initial index value. On the contrary, no coupon shall be paid.The review dates are December 20, 2017, March 20, 2018, June 20, 2018, September 20, 2018, December 20, 2018, and March 20, 2019.Interest on the notes will be paid on December 26, 2017, March 23, 2018, June 25, 2018, September 25, 2018, December 26, 2018, and March 25, 2019.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Simpson Thacher & Bartlett LLP and Sidley Austin LLP are acting as legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Sep-14-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Auto-Callable Yield Notes due October 04, 2018 are a part of Global Medium-Term Notes, Series A and are linked to the least performing of the S&P 500 Index, the Russell 2000® Index, and the EURO STOXX 50 Index.Minimum purchase allowed in this offering is $1,000. The offer is expected to price on or about October 04, 2017.Contingent coupon on the notes will be paid at a rate of at least 7.25% of the stated principal amount if, on any review date, the closing level of the underlying index is greater than or equal to 70% of its Initial Value. On the contrary, no coupon shall be paid.Review dates for the notes will fall on March 29, 2018, June 29, 2018, and October 1, 2018.Payment on the notes will be paid on November 02, 2017, December 04, 2017, January 04, 2018, February 01, 2018, March 05, 2018, April 04, 2018, May 03, 2018, June 01, 2018, July 05, 2018, August 02, 2018, September 04, 2018 and October 04, 2018.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Simpson Thacher & Bartlett LLP and Sidley Austin LLP are acting as legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Sep-14-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Auto-Callable Securities due October 3, 2019 are a part of Global Medium-Term Notes, Series A and are based on the value of the EURO STOXX Banks Index.Minimum purchase allowed in this offering is $1,000.The offer is expected to price on or about September 29, 2017.Quarterly contingent coupon on the notes will be paid at a rate of at least 2.60% of the stated principal amount if, on any determination date, the closing level of the underlying index is greater than or equal to 80% of the initial index value. On the contrary, no coupon shall be paid.Determination dates for the notes will fall on December 28, 2017, March 29, 2018, June 29, 2018, September 28, 2018, December 28, 2018, March 29, 2019, June 28, 2019, and September 30, 2019.Payment on the notes will be paid on January 3, 2018, April 5, 2018, July 5, 2018, October 3, 2018, January 3, 2019, April 3, 2019, July 3, 2019, and October 3, 2019.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Simpson Thacher & Bartlett LLP and Sidley Austin LLP are acting as legal advisors to the guarantor with respect to this offering.A structuring fee will be payable to Morgan Stanley Wealth Management by the agent or its affiliates in an amount of $5.00 for each $1,000 stated principal amount security.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Sep-14-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Trigger PLUS Principal at Risk Securities due January 2, 2019 are a part of the Medium-Term Notes, Series A and are linked to the value of the EURO STOXX Banks Index.The securities are fully and unconditionally guaranteed by JPMorgan Chase & Co. The offer is expected to price on September 22, 2017A part of the proceeds will be used for hedging purposes.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Sep-14-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** Zero Coupon Unsubordinated Unsecured Trigger PLUS Performance Leveraged Upside Securities due April 02, 2019 are a part of the Global Medium-Term Notes, Series A and are based on the value of the EURO STOXX Banks Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The offer is expected to price on September 22, 2017.The minimum investment allowed in this offering is $1,000.A part of the proceeds will be used for hedging purposes.A structuring fee will be payable to Morgan Stanley Wealth Management by the underwriter or its affiliates of $0.05 for each $10 stated principal amount.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

| JPMorgan Chase & Co. (NYSE:JPM) Transactions | | | | | |
|---|---|---|---|---|---|
| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |

& Bartlett LLP are acting as legal advisors to the guarantor in this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Sep-14-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Auto Callable Notes due September 28, 2018 are a part of the Global Medium-Term Notes, Series A and are linked to the least performing of the Dow Jones Industrial Averag, the NASDAQ-100 Index and the Russell 2000 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The offer is expected to price on or about October 4, 2017.The notes will pay contingent coupon at least 6.10% per annum, if the closing level of each Index on any determination date is greater than or equal to 70% of their initial value. On the contrary, no coupon shall be paid.The interest on the notes will be payable on January 9, 2018, April 9, 2018, July 10, 2018, October 10, 2018, January 9, 2019 and September 28, 2018. The review dates on the notes will fall on January 4, 2018, April 4, 2018, July 5, 2018, October 4, 2018, January 4, 2019 and April 4, 2019.A part of the proceeds will be used for hedging purposes.The minimum investment allowed in this offering is $1,000.Davis Polk & Wardwell LLP, Simpson Thacher & Bartlett LLP, and Sidley Austin LLP are acting as the legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Sep-14-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Trigger PLUS Performance Leveraged Upside Securities due April 03, 2019 are a part of the Global Medium-Term Notes, Series A and are based on the value of the TOPIX Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The offer is expected to price on September 29, 2017.The minimum investment allowed in this offering is $1,000.A part of the proceeds will be used for hedging purposes.A structuring fee will be payable to Morgan Stanley Wealth Management by the underwriter or its affiliates of $0.05 for each $10 stated principal amount.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor in this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Sep-14-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Uncapped Contingent Buffered Return Enhanced Notes due September 29, 2022 are a part of Global Medium-Term Notes, Series A and are linked to the lesser performing of the iShares MSCI EAFE ETF and the EURO STOXX 50 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The offer is expected to price on September 26, 2017.A part of the proceeds will be used for hedging purposes.Simpson Thacher & Bartlett LLP, Davis Polk & Wardwell LLP and Sidley Austin LLP are acting as legal advisors to JPMorgan Chase & Co. in its role as the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Sep-13-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Capped Buffered Return Enhanced Notes due September 30, 2019 are a part of the Global Medium-Term Notes, Series A and are linked to the Russell 2000 Index ("RTY Notes").The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP acted as a legal advisor to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Sep-13-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

## JPMorgan Chase & Co. (NYSE:JPM) Transactions

| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Capped Buffered Return Enhanced Notes due September 30, 2019 are a part of the Global Medium-Term Notes, Series A and are linked to the EURO STOXX 50 Index ("SX5E Notes").The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes are expected to price on or about September 26, 2017 and are expected to settle on or about September 29, 2017.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP acted as a legal advisor to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Sep-13-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Capped Buffered Return Enhanced Notes due September 30, 2019 are a part of Global Medium-Term Notes, Series A and are linked to the S&P 500 Index.The offer is expected to price on or about September 26, 2017.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes are designed for investors who seek a return of 1.50 times any appreciation of the underlying, up to the maximum return of 15.00%, at maturity.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Sep-13-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Capped Buffered Return Enhanced Notes due September 30, 2019 are a part of Global Medium-Term Notes, Series A and are linked to the Russell 2000 Index.The offer is expected to price on or about September 26, 2017.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes are designed for investors who seek a return of 1.50 times any appreciation of the underlying, up to the maximum return of 15.00%, at maturity.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Sep-13-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Capped Buffered Return Enhanced Notes due September 30, 2019 are a part of the Global Medium-Term Notes, Series A and are linked to the iShares MSCI EAFE ETF ("EFA Notes").The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP acted as a legal advisor to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Sep-12-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Capped Buffered Return Enhanced Notes due October 03, 2018 are a part of Global Medium-Term Notes, Series A and are linked to the EURO STOXX 50 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes are designed for investors who seek a return of 1.50 times any appreciation of the underlying, up to the maximum return of 13.725%, at maturity.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Sep-12-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

| JPMorgan Chase & Co. (NYSE:JPM) Transactions | | | | | | |
|---|---|---|---|---|---|---|
| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Uncapped Buffered Return Enhanced Notes due September 29, 2022 are a part of Global Medium-Term Notes, Series A and are linked to the EURO STOXX 50 Index.The securities are fully and unconditionally guaranteed by JPMorgan Chase & Co.The securities are principal protected up to an extent of 25%.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP acted as a legal advisor to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Sep-11-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Notes due October 01, 2024 are part of Global Medium-Term Notes, Series A and are linked to the least performing of the S&P 500 Index, the Russell 2000 Index and the EURO STOXX 50 Index.The notes will be fully and unconditionally guaranteed by JPMorgan Chase & Co.The offer is expected to price on or about September 26, 2017.JPMorgan Chase Financial Company LLC, at company's election, may redeem the notes early, in whole but not in part, on any of the Interest Payment Dates at a price, for each $1,000 principal amount note, equal to $1,000 plus the Contingent Interest Payment, if any, applicable to the immediately preceding Review Date. If the company intends to redeem the notes early, company will deliver notice to The Depository Trust Company, or DTC, at least five business days before the applicable Interest Payment Date on which the notes are redeemed early.The notes will pay contingent coupon of 7% per annum, if the closing level of of one share of the Reference Stock is greater than or equal to 65% of its initial value on any review date. On contrary, no interest shall be paid.The review dates for the notes will fall on December 27, 2017, March 26, 2018, June 26, 2018, September 26, 2018, December 27, 2018, March 26, 2019, June 26, 2019, September 26, 2019, December 27, 2019, March 26, 2020, June 26, 2020, September 28, 2020, December 28, 2020, March 26, 2021, June 28, 2021, September 27, 2021, December 27, 2021, March 28, 2022, June 27, 2022, September 26, 2022, December 27, 2022, March 27, 2023, June 26, 2023, September 26, 2023, December 27, 2023, March 26, 2024, June 26, 2024, and September 26, 2024.The interest payment dates will fall on January 4, 2018, April 3, 2018, July 3, 2018, October 3, 2018, January 4, 2019, April 2, 2019, July 3, 2019, October 3, 2019, January 6, 2020, April 2, 2020, July 6, 2020, October 5, 2020, January 5, 2021, April 5, 2021, July 6, 2021, October 4, 2021, January 3, 2022, April 4, 2022, July 5, 2022, October 3, 2022, January 4, 2023, April 3, 2023, July 3, 2023, October 3, 2023, January 4, 2024, April 3, 2024, July 3, 2024, and October 01, 2024.A part of the proceeds will be used for hedging purposes.Sidley Austin LLP, Simpson Thacher & Bartlett LLP, and Davis Polk & Wardwell LLP are acting as the legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Sep-11-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Uncapped Buffered Return Enhanced Notes due September 26, 2022 are part of Series A Global Medium-term notes and are linked to an unequally weighted basket consisting of the S&P 500 Index, the Russell 2000 Index, the iShares MSCI EAFE ETF and the iShares MSCI Emerging Markets ETF.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The offer is expected to price on September 21, 2017.The notes are principal protected to the extent of 20%.A part of proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Simpson Thacher & Bartlett LLP, and Sidley Austin LLP are acting as the legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Sep-11-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Auto Callable Notes due September 24, 2021 are part of Global Medium-Term Notes, Series A and are linked to the least performing of the Russell 2000 Index, the iShares MSCI EAFE ETF and the SPDR S&P Oil & Gas Exploration & Production ETF.The notes will be fully and unconditionally guaranteed by JPMorgan Chase & Co.The offer is expected to price on or about September 21, 2017.The notes will pay contingent coupon of 6.8% per annum, if the closing level of of one share of the Reference Stock is greater than or equal to 60% of its initial value on any review date. On contrary, no interest shall be paid.The review dates for the notes will fall on December 21, 2017, March 21, 2018, June 21, 2018, September 21, 2018, December 21, 2018, March 21, 2019, June 21, 2019, September 23, 2019, December 23, 2019, March 23, 2020, June 22, 2020, September 21, 2020, December 21, 2020, March 22, 2021, June 21, 2021, and September 21, 2021.The interest payment dates will fall on December 27, 2017, March 26, 2018, June 26, 2018, September 26, 2018, December 27, 2018, March 26, 2019, June 26, 2019, September 26, 2019, December 27, 2019, March 26, 2020, June 25, 2020, September 24, 2020, December 24, 2020, March 25, 2021, June 24, 2021, and September 24, 2021.A part of the proceeds will be used for hedging purposes.Sidley Austin LLP, Simpson Thacher & Bartlett LLP, and Davis Polk & Wardwell LLP are acting as the legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors:** -

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

| JPMorgan Chase & Co. (NYSE:JPM) Transactions | | | | | | |
|---|---|---|---|---|---|---|
| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |

**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers: -**

| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |
|---|---|---|---|---|---|---|
| Sep-11-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | |

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Notes due December 26, 2018 are a part of Global Medium-Term Notes, Series A and are linked to the common stock of United Continental Holdings, Inc.The offer is expected to price on September 20, 2017.The notes will be fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes will pay contingent coupon of at least 8.40% per annum, if the closing price of one share of the reference stock on any review date is greater than 60% of the initial value. On the contrary, no coupon shall be paid.Contingent coupons on the notes will be paid on December 26, 2017, March 23, 2018, June 25, 2018, September 25, 2018, and December 26, 2018.The review dates will fall on December 20, 2017, March 20, 2018, June 20, 2018, September 20, 2018, and December 20, 2018.A part of the proceeds will be used for hedging purposes.Simpson Thacher & Bartlett LLP, Sidley Austin LLP, and Davis Polk & Wardwell LLP are acting as legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors: -**
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers: -**

| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |
|---|---|---|---|---|---|---|
| Sep-11-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Uncapped Dual Directional Contingent Buffered Equity Notes due September 29, 2022 are a part of the Global Medium-Term Notes, Series A and are linked to the lesser performing of the S&P 500 Index and the Russell 2000 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The offer is expected to price on or about September 26, 2017.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Simpson Thacher & Bartlett LLP, and Sidley Austin LLP are acting as the legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors: -**
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers: -**

| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |
|---|---|---|---|---|---|---|
| Sep-11-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | |

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Auto Callable Notes due December 26, 2018 are a part of the Global Medium-Term Notes, Series A and are linked to performance of the common stock of Bank of America Corporation.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co. The offer is expected to price on or about September 20, 2017.The notes will pay contingent coupon rate of at least 7.25% per annum, if the closing price of one share of each fund on any review date is greater than or equal to 70% of its initial value. On the contrary, no coupon shall be paid.The interest on the notes will be payable on December 26, 2017, March 23, 2018, June 25, 2018, September 25, 2018 and December 26, 2018.The review dates will fall on December 20, 2017, March 20, 2018, June 20, 2018, September 20, 2018 and December 20, 2018.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Simpson Thacher & Bartlett LLP, and Sidley Austin LLP are acting as the legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors: -**
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers: -**

| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |
|---|---|---|---|---|---|---|
| Sep-08-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 1.45 |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Capped Contingent Buffered Return Enhanced Notes due September 11, 2020 are a part of Global Medium-Term Notes, Series A and are linked to an equally weighted basket consists of common stocks of Pfizer Inc. (NYSE: PFE), Bristol-Myers Squibb Company (NYSE: BMY), Merck & Co., Inc. (NYSE: MRK), and Eli Lilly and Company (NYSE: LLY).The offer is expected to price on September 8, 2017.The notes will be fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of the proceeds will be used for hedging purposes.Sidley Austin LLP, Simpson Thacher & Bartlett LLP, and Davis Polk & Wardwell LLP are acting as legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors: -**
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers: -**

| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |
|---|---|---|---|---|---|---|
| Sep-08-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.


S&P Capital IQ

# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

## JPMorgan Chase & Co. (NYSE:JPM) Transactions

| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Range Accrual Unsubordinated Unsecured due September 29, 2032 are a part of Global Medium-Term Notes, Series A and are linked to the 30-Year U.S. Dollar ICE Swap Rate, the 2-Year U.S. Dollar ICE Swap Rate, the S&P 500 Index and the Russell 2000 Index.The offer is expected to price on September 26, 2017.JPMorgan Chase Financial Company LLC may redeem the notes, in whole but not in part, on the 29th day of each March, June, September and December of each year, commencing on September 29, 2018, at a price  to 100% of the principal amount being redeemed plus any accrued and unpaid interest to but excluding the redemption date.The securities are fully and unconditionally guaranteed by JPMorgan Chase & Co.The interest on the notes will be paid for the initial interest periods, at a rate of 9% per annum and   for each other interest period, at a per annum rate equal to the spread which is the 30-Year ICE Swap Rate minus the 2-Year ICE Swap Rate on the applicable determination date for such Interest Period multiplied by the Multiplier, provided that the closing level of each Index on each accrual determination date during such Interest Period is greater than or equal to its minimum index level , for each Index, 50% of its index level on the pricing date, and subject to the maximum interest rate and the minimum interest rate.Interest on the notes will be payable on the 29th day of each March, June, September and December of each year, commencing on December 29, 2017.A part of the proceeds will be used for hedging purposes.Simpson Thacher & Bartlett LLP, Sidley Austin LLP, and Davis Polk & Wardwell LLP are acting as the legal advisors to the guarantor.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Sep-07-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Auto-callable Review Notes due September 27, 2021 are a part of Global Medium-Term Notes, Series E and are linked to the lesser performing of the Alerian MLP Index and the VanEck Vectors Oil Services ETF.The review dates will fall on September 25, 2018, September 23, 2019, September 22, 2020 and September 22, 2021.The minimum investment allowed in this offering was $1,000. The offer is expected to price on or about September 22, 2017.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.A part of the proceeds will be used for hedging purposes.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Sep-07-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Buffered Digital Notes due September 30, 2020 are a part of Global Medium-Term Notes, Series A and are linked to relative performance of the Financial Select Sector SPDR Fund and the Utilities Select Sector SPDR Fund.The offer is expected to price on September 29, 2017.The notes will be fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Sep-07-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Buffered Digital Notes due October 3, 2019 are a part of Global Medium-Term Notes, Series A and are linked to relative performance of the EURO STOXX 50 Index and the S&P 500 Index.The offer is expected to price on September 29, 2017.The notes are principal protected to the extent of 5%.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Sep-06-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Dual Directional Contingent Buffered Return Enhanced Notes due September 30, 2022 are a part of Global Medium-Term Notes, Series A and are linked to the Lesser Performing of the Russell 2000 Index and the S&P 500 Index.The offer is expected to price on or about September 29, 2017.The notes fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.



# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

| JPMorgan Chase & Co. (NYSE:JPM) Transactions | | | | | | |
|---|---|---|---|---|---|---|
| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Sep-06-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Capped Growth Enhanced Asset Return Securities due November 30, 2018 are a part of Global Medium-Term Notes, Series A and are linked to the performance of the S&P 500 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The minimum investment allowed in this offering is $1,000.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Sep-06-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Trigger GEARS Securitites due September 30, 2020 are a part of Global Medium-Term Notes, Series A and are linked to the   iShares MSCI EAFE ETF.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The minimum investment allowed in this offering is $1,000.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Simpson Thacher & Bartlett LLP and Sidley Austin LLP are acting as legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Sep-06-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Capped Trigger Growth Enhanced Asset Return Securities due September 30, 2024 are a part of Global Medium-Term Notes, Series A and are linked to the Russell 2000 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Simpson Thacher & Bartlett LLP and Sidley Austin LLP are acting as legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Sep-05-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Capped Buffered Return Enhanced Notes due October 3, 2019 are part of Global Medium Term Notes, Series A and are linked to iShares Min Vol USA ETF.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The principal is protected up to 5%.A part of proceeds will be used for hedging purposes.The company is concurrently offering Zero Coupon Unsubordinated Unsecured Capped Buffered Return Enhanced Notes due October 3, 2019 linked to the iShares Edge MSCI USA Momentum Factor ETF, Zero Coupon Unsubordinated Unsecured Capped Buffered Return Enhanced Notes due October 3, 2019 linked to the PowerShares S&P 500 Quality Portfolio, and Zero Coupon Unsubordinated Unsecured Capped Buffered Return Enhanced Notes due October 3, 2019 linked to the iShares Russell 2000 Value ETF.Simpson Thacher & Bartlett LLP, Sidley Austin LLP, and Davis Polk & Wardwell LLP are acting as the legal advisor to the guarantor.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Sep-05-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Auto Callable Notes due January 04, 2019 are a part of Global Medium-Term Notes, Series A and are linked to the lesser performing of the Russell 2000 Index and the S&P 500 Index.The offer is expected to price on September 29, 2017.The notes will be fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes will pay contingent coupon between 7% and 9% per annum, if the closing level of either index on any review date is greater than 70% of its initial value. On the contrary, no

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



## JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

| JPMorgan Chase & Co. (NYSE:JPM) Transactions | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |

coupon shall be paid.Contingent coupons on the notes will be paid on January 4, 2018, April 4, 2018, July 5, 2018, October 4, 2018, and January 4, 2019.The review dates will fall on December 29, 2017, March 29, 2018, June 29, 2018, October 1, 2018, and December 31, 2018.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Sep-05-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Capped Buffered Return Enhanced Notes due October 3, 2019 are part of Global Medium Term Notes, Series A and are linked to iShares Russell 2000 Value ETF.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The offer is expected to price on September 29, 2017.The principal is protected up to 5%.A part of proceeds will be used for hedging purposes.The company is concurrently offering Zero Coupon Unsubordinated Unsecured Capped Buffered Return Enhanced Notes due October 3, 2019 linked to the iShares Edge MSCI USA Momentum Factor ETF, Zero Coupon Unsubordinated Unsecured Capped Buffered Return Enhanced Notes due October 3, 2019 linked to the PowerShares S&P 500 Quality Portfolio, and Zero Coupon Unsubordinated Unsecured Capped Buffered Return Enhanced Notes due October 3, 2019 linked to the iShares Edge MSCI Min Vol USA ETF.Simpson Thacher & Bartlett LLP, Sidley Austin LLP, and Davis Polk & Wardwell LLP are acting as the legal advisor to the guarantor.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Sep-05-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Auto Callable Notes due October 01, 2020 are a part of Global Medium-Term Notes, Series A and are linked to the lesser performing of the EURO STOXX 50 Index and the Russell 2000 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Simpson Thacher & Bartlett LLP and Sidley Austin LLP are acting as legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Sep-05-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Capped Buffered Return Enhanced Notes due October 3, 2019 are part of Global Medium Term Notes, Series A and are linked to iShares Edge MSCI USA Momentum Factor ETFThe notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The principal is protected up to 5%.A part of proceeds will be used for hedging purposes.The company is concurrently offering Zero Coupon Unsubordinated Unsecured Capped Buffered Return Enhanced Notes due October 3, 2019 linked to the iShares Edge MSCI Min Vol USA ETF., Zero Coupon Unsubordinated Unsecured Capped Buffered Return Enhanced Notes due October 3, 2019 linked to the PowerShares S&P 500 Quality Portfolio, and Zero Coupon Unsubordinated Unsecured Capped Buffered Return Enhanced Notes due October 3, 2019 linked to the iShares Russell 2000 Value ETF.Simpson Thacher & Bartlett LLP, Sidley Austin LLP, and Davis Polk & Wardwell LLP are acting as the legal advisor to the guarantor.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Sep-05-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Auto Callable Notes due January 4, 2019 are a part of Global Medium-Term Notes, Series A and are linked to the lesser performing of the Russell 2000 Index and the S&P 500 Index.The offer is expected to price on September 29, 2017.The notes will be fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes will pay contingent coupon between 6.25% and 8.25% per annum, if the closing level of either index on any review date is greater than 70% of its initial value. On the contrary, no coupon shall be paid.Contingent coupons on the notes will be paid on January 4, 2018, April 4, 2018, July 5, 2018, October 4, 2018, and January 4, 2019.The review dates will fall on December 29, 2017, March 29, 2018, June 29, 2018, October 1, 2018, and December 31, 2018.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to this offering.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

| JPMorgan Chase & Co. (NYSE:JPM) Transactions | | | | | | |
|---|---|---|---|---|---|---|
| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Sep-05-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Digital Notes due October 31, 2018 are a part of Global Medium-Term Notes, Series A and are linked to the lesser performing of the Russell 2000 Index and the EURO STOXX 50 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes are expected to price on or about September 29, 2017.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Simpson Thacher & Bartlett LLP and Sidley Austin LLP are acting as legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Sep-05-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Capped Buffered Return Enhanced Notes due October 3, 2019 are part of Global Medium Term Notes, Series A and are linked to PowerShares S&P 500® Quality Portfolio.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The principal is protected up to 5%.A part of proceeds will be used for hedging purposes.The company is concurrently offering Zero Coupon Unsubordinated Unsecured Capped Buffered Return Enhanced Notes due October 3, 2019 linked to the iShares Edge MSCI USA Momentum Factor ETF, Zero Coupon Unsubordinated Unsecured Capped Buffered Return Enhanced Notes due October 3, 2019 linked to the iShares Edge MSCI USA Momentum Factor ETF, and Zero Coupon Unsubordinated Unsecured Capped Buffered Return Enhanced Notes due October 3, 2019 linked to the iShares Russell 2000 Value ETF.Simpson Thacher & Bartlett LLP, Sidley Austin LLP, and Davis Polk & Wardwell LLP are acting as the legal advisor to the guarantor.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Sep-01-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Auto Callable Notes due September 30, 2021 are a part of Global Medium-Term Notes, Series A and are linked to the least performing of the Russell 2000 Index, the S&P 500 Index and the EURO STOXX 50 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes will pay contingent interest at a rate between 6.50% and 8.50% per annum, if the closing level of each index on any observation date is equal to or greater than 70% of its initial level. On the contrary, no coupon shall be paid.Interest on the notes will be payable on January 2, 2018, March 29, 2018, June 29, 2018, October 1, 2018, January 2, 2019, March 29, 2019, July 1, 2019, October 1, 2019, January 2, 2020, March 31, 2020, July 1, 2020, October 1, 2020, December 31, 2020, March 31, 2021, July 1, 2021, and September 30, 2021.The review dates will fall on December 27, 2017, March 26, 2018, June 26, 2018, September 26, 2018, December 27, 2018, March 26, 2019, June 26, 2019, September 26, 2019, December 27, 2019, March 26, 2020, June 26, 2020, September 28, 2020, December 28, 2020, March 26, 2021, June 28, 2021, and September 27, 2021.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Sep-01-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Auto Callable Notes due March 29, 2019 are a part of Global Medium-Term Notes, Series A and are linked to the lesser performing of the Russell 2000 Index and the S&P 500 Index.The offer is expected to price on September 26, 2017.The notes will be fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes will pay contingent coupon between 5% and 7% per annum, if the closing level of either index on any review date is greater than 70% of its initial value. On the contrary, no coupon shall be paid.Contingent coupons on the notes will be paid on December 29, 2017, March 29, 2018, June 29, 2018, October 1, 2018, December 28, 2018, and March 29, 2019.The review dates will fall on December 26, 2017, March 26, 2018, June 26, 2018, September 26, 2018, December 24, 2018, and March 26, 2019.A part of the proceeds will be used for hedging purposes.Sidley Austin LLP, Simpson Thacher & Bartlett LLP, and Davis Polk & Wardwell LLP are acting as legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

| JPMorgan Chase & Co. (NYSE:JPM) Transactions | | | | | | |
|---|---|---|---|---|---|---|
| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |
| Sellers: - | | | | | | |
| Sep-01-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Fixed Rate Unsubordinated Unsecured Yield Notes due October 03, 2018 are a part of Global Medium-Term Notes, Series A and are linked to the least performing of the Russell 2000 Index, the S&P 500 Index and the EURO STOXX 50 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes will pay a fixed interest of between 6% to 8% per annum.The interest payment dates will fall monthly on November 2, 2017, December 4, 2017, January 4, 2018, February 1, 2018, March 5, 2018, April 4, 2018, May 3, 2018, June 1, 2018, July 5, 2018, August 2, 2018, September 4, 2018, and October 3, 2018.The notes are expected to price on or about September 29, 2017.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Simpson Thacher & Bartlett LLP, and Sidley Austin LLP are acting as legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**

| Sellers: - | | | | | | |
|---|---|---|---|---|---|---|
| Sep-01-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Auto Callable Notes due March 29, 2019 are part of Global Medium term Notes, Series A and linked to the lesser performing of the Russell 2000 Index and the S&P 500 Index. The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes will pay contingent interest rate of between 5.5% to 7.5% per annum, If the closing level of each Index on any review date is greater than or equal to 50.00% of its initial value, on the contrary, no coupon shall be paid.Review Dates will fall on December 26, 2017, March 26, 2018, June 26, 2018, September 26, 2018, December 24, 2018, and March 26, 2019.Interest Payment Dates will fall on December 29, 2017, March 29, 2018, June 29, 2018, October 1, 2018, December 28, 2018, and March 29, 2019.A part of proceeds will be used for hedging purposes.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**

| Sellers: - | | | | | | |
|---|---|---|---|---|---|---|
| Sep-01-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Auto Callable Notes due October 5, 2022 are issued under Global Medium-Term Notes, Series A and are linked to the Lesser Performing of the Russell 2000 Index and the S&P 500 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.Auto Callable Contingent Interest Notes Linked to the Lesser Performing of the Russell 2000® Index and the S&P 500® Index due October 5, 2022.Interest on the notes will be payable between 5.5% and 7.5% per annum.Interest on the notes will be payable on January 4, 2018, April 4, 2018, July 5, 2018, October 4, 2018, January 4, 2019, April 3, 2019, July 5, 2019, October 3, 2019, January 3, 2020, April 2, 2020, July 2, 2020, October 2, 2020, January 4, 2021, April 1, 2021, July 2, 2021, October 4, 2021, January 3, 2022, April 1, 2022, July 5, 2022 and October 5, 2022.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP is acting as the legal advisor to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**

| Sellers: - | | | | | | |
|---|---|---|---|---|---|---|
| Sep-01-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** Contingent Rate Unsubordinated Unsecured Auto Callable Notes due December 28, 2018 are part of Global Medium Term Notes, Series A and are linked to the lesser performing of the Russell 2000 Index and the EURO STOXX 50 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.If the closing level of each Index on any review date is greater than or equal to 70.00% of its initial value, the company will pay on the applicable interest payment date for each $1,000 principal amount note a contingent interest between 6.00% and 8.00% per annum. On the contrary, no coupon shall be paid.Review dates will fall on December 27, 2017, March 26, 2018, June 26, 2018, September 26, 2018 and December 24, 2018.Coupon payment dates will fall on January 2, 2018, March 29, 2018, June 29, 2018, October 1, 2018 and December 28, 2018.A part of proceeds will be used for hedging purposes.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**

| Sellers: - | | | | | | |
|---|---|---|---|---|---|---|
| Sep-01-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company | - |

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

| JPMorgan Chase & Co. (NYSE:JPM) Transactions | | | | | | |
|---|---|---|---|---|---|---|
| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |
| | | | | | LLC | |

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Auto Callable Notes due October 3, 2018 are a part of Global Medium-Term Notes, Series A and are linked to the least performing of the Russell 2000 Index, the S&P 500 Index and the EURO STOXX 50 Index.The notes will be fully and unconditionally guaranteed by JPMorgan Chase & Co.The offer is expected to price on or about September 29, 2017.The notes will pay contingent coupon between 8% and 10% per annum, if the closing level of the underlying equity is equal to or greater than 70% of its initial value on review dates. On the contrary, no coupon shall be paid.The review dates fall quarterly on December 29, 2017, March 29, 2018, June 29, 2018, and September 28, 2018.The coupon payment dates fall quarterly on January 4, 2018, April 4, 2018, July 5, 2018, and October 03, 2018.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Sep-01-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Auto Callable Notes due October 05, 2020 are part of Global Medium term Notes, Series A and linked to the lesser performing of the Russell 2000 Index, the S&P 500 Index, and the EURO STOXX 50 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes are expected to price on or about September 29, 2017.The notes will pay contingent interest rate of between 7.5% to 9.5% per annum, If the closing level of each Index on any review date is greater than or equal to 67.5% of its initial value, on the contrary, no coupon shall be paid.The review dates will fall on December 29, 2017, March 29, 2018, June 29, 2018, October 1, 2018, January 2, 2019, March 29, 2019, July 1, 2019, September 30, 2019, December 30, 2019, March 30, 2020, June 29, 2020, and September 30, 2020.The interest payment dates will fall quarterly on January 4, 2018, April 4, 2018, July 5, 2018, October 4, 2018, January 7, 2019, April 3, 2019, July 5, 2019, October 3, 2019, January 3, 2020, April 2, 2020, July 2, 2020, and October 5, 2020.A part of proceeds will be used for hedging purposes.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Sep-01-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Capped Buffered Return Enhanced Notes due October 02, 2019 are a part of the Global Medium-Term Notes, Series A and are linked to an unequally weighted basket of the Russell 2000 Index and the iShares MSCI EAFE ETF.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes are designed for investors who seek a return of 1.50 times any appreciation of an unequally weighted basket of the S&P 500 Index, the Russell 2000 Index and the iShares MSCI EAFE ETF, up to a maximum return of between 11.00% and 14.00%, at maturity.The notes are principal protected to the extent of 15%.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Simpson Thacher & Bartlett LLP, and Sidley Austin LLP are acting as the legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Sep-01-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Auto Callable Yield Notes due January 4, 2019 are a part of Global Medium-Term Notes, Series A and are linked to the lesser performing of the Russell 2000 Index and the EURO STOXX 50 Index.The notes will be fully and unconditionally guaranteed by JPMorgan Chase & Co.The offer is expected to price on or about September 29, 2017.The notes will pay contingent coupon between 7.00% and 9.00% per annum, if the closing level of the underlying equity is equal to or greater than 70% of its initial value. On the contrary, no coupon shall be paid.The review dates fall quarterly on March 29, 2018, June 29, 2018, October 1, 2018 and December 31, 2018.The interest payment dates fall monthly on November 2, 2017, December 4, 2017, January 4, 2018, February 1, 2018, March 5, 2018, April 4, 2018, May 3, 2018, June 1, 2018, July 5, 2018, August 2, 2018, October 4, 2018, November 1, 2018, December 4, 2018, and January 04, 2019.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Simpson Thacher & Bartlett LLP, and Sidley Austin LLP are acting as legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Sep-01-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase | - |

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.


**S&P Capital IQ**

# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

## JPMorgan Chase & Co. (NYSE:JPM) Transactions

| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |
|---|---|---|---|---|---|---|
| | | | | | Financial Company LLC | |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Step-Up Auto Callable Contingent Buffered Return Enhanced Notes due September 30, 2024 are a part of the Global Medium-Term Notes, Series A and are linked to the lesser performing of the S&P 500 Index and the Russell 2000 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The review dates will fall on September 27, 2018, September 25, 2019, September 25, 2020, September 27, 2021, September 27, 2022, September 26, 2023, and September 25, 2024.The notes are designed for investors who seek an uncapped return of 1.25 times any appreciation of the lesser performing of the S&P 500 Index & Russell 2000 Index.The notes are expected to be priced on or about September 26, 2017.A part of the proceeds will be used for hedging purposes.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Sep-01-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 3.94 |

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Principal at Risk Securities due September 11, 2020 are a part of Global Medium-Term Notes, Series A and are based on the worst performing of the EURO STOXX 50 Index, the S&P 500 Index and the Russell 2000 Index.The securities are fully and unconditionally guaranteed by JPMorgan Chase & Co.JPMorgan Chase Financial Company LLC may redeem the securities early, in whole but not in part, on any of the contingent payment dates by delivering notice to the depository trust company, or DTC, at least three business days before the applicable contingent payment date.The securities will pay contingent coupon of 1.4125% of the stated principal amount quarterly, if the closing price of the underlying equity is equal to or greater than 60% of initial index value on determination dates. On the contrary no coupon shall be paid.The determination dates will fall quarterly on December 8, 2017, March 8, 2018, June 8, 2018, September 10, 2018, December 10, 2018, March 8, 2019, June 10, 2019, September 9, 2019, December 9, 2019, March 9, 2020, June 8, 2020 and September 8, 2020.The coupon payment dates fall quarterly on December 13, 2017, March 13, 2018, June 13, 2018, September 13, 2018, December 13, 2018, March 13, 2019, June 13, 2019, September 12, 2019, December 12, 2019, March 12, 2020, June 11, 2020, and September 11, 2020.J.P. Morgan Securities LLC will pay a structuring fee of $5 for each $1,000 stated principal amount security to Morgan Stanley Wealth Management.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP acted as the legal advisor to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Sep-01-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Step-Up Auto Callable Contingent Buffered Return Enhanced Notes due September 30, 2022 are a part of the Global Medium-Term Notes, Series A and are linked to the lesser performing of the S&P 500 Index and the Russell 2000 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The review dates will fall on September 27, 2018, September 25, 2019, September 25, 2020, September 27, 2021, and September 27, 2022.The notes are expected to be priced on or about September 26, 2017.A part of the proceeds will be used for hedging purposes.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Sep-01-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Auto Callable Notes due December 28, 2018 are a part of the Global Medium-Term Notes, Series A and are linked to the least performing of the Russell 2000 Index, the S&P 500 Index, and the EURO STOXX 50 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes will a contingent interest rate of between 7% and 9% per annum, if the closing level of each Index on any review date is greater than or equal to 70% of its Initial Value. On the contrary, no coupon shall be paid.The review dates will fall on December 27, 2017, March 26, 2018, June 26, 2018, September 26, 2018, and December 24, 2018.The interest payment dates will fall on January 2, 2018, March 29, 2018, June 29, 2018, October 1, 2018, and December 28, 2018.The notes are expected to price on or about September 26, 2017.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Simpson Thacher & Bartlett LLP, and Sidley Austin LLP are acting as legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Sep-01-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company | - |

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

| JPMorgan Chase & Co. (NYSE:JPM) Transactions | | | | | | |
|---|---|---|---|---|---|---|
| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |
| | | | | | LLC | |

**Transaction Comments:** The Fixed Rate Unsubordinated Unsecured Auto Callable Yield Notes due January 4, 2019 are issued under Global Medium-Term Notes, Series A and are linked to the Lesser Performing of the Russell 2000 Index and the S&P 500 Index. The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co. Interest on the notes will be payable between 6.25% and 8.25%. Interest on the notes will be payable monthly on November 2, 2017, December 4, 2017, January 4, 2018, February 1, 2018, March 5, 2018, April 4, 2018, May 3, 2018, June 1, 2018, July 5, 2018, August 2, 2018, September 4, 2018, October 4, 2018, November 1, 2018, December 4, 2018, and January 4, 2019. A part of the proceeds will be used for hedging purposes. Davis Polk & Wardwell LLP is acting as the legal advisor to the guarantor with respect to the offering.

**Buyer/Other Investors: -**
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers: -**

| Sep-01-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Autocallable Notes due October 5, 2020 are part of Global Medium term Notes, Series A and linked to the lesser performing of the Russell 2000 Index and the S&P 500 Index. The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co. The notes will pay contingent interest rate of between 5% to 7% per annum, If the closing level of each Index on any review date is greater than or equal to 80.00% of its initial value, on the contrary, no coupon shall be paid. Review Dates will fall on December 29, 2017, March 29, 2018, June 29, 2018, September 28, 2018, December 31, 2018, March 29, 2019, June 28, 2019, September 30, 2019, December 30, 2019, March 30, 2020, June 29, 2020 and September 30, 2020. Interest on the notes will be payable on January 4, 2018, April 4, 2018, July 5, 2018, October 3, 2018, January 4, 2019, April 3, 2019, July 3, 2019, October 3, 2019, January 3, 2020, April 2, 2020, July 2, 2020 and the maturity date. The notes will be priced on September 29, 2017. A part of proceeds will be used for hedging purposes.

**Buyer/Other Investors: -**
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers: -**

| Sep-01-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Step-Up Rate Unsubordinated Unsecured Auto Callable Contingent Buffered Return Enhanced Notes due September 30, 2024 are a part of Global Medium-Term Notes, Series A and are linked to the lesser performing of the S&P 500 Index and the Russell 2000 Index. The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co. The offer is expected to price on September 26, 2017. A part of the proceeds will be used for hedging purposes. Simpson Thacher & Bartlett LLP, Davis Polk & Wardwell LLP and Sidley Austin LLP are acting as the legal advisors to JPMorgan Chase & Co. in its role as the guarantor with respect to this offering.

**Buyer/Other Investors: -**
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers: -**

| Sep-01-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

**Transaction Comments:** Zero Coupon Unsubordinated Unsecured Step-Up Auto Callable Contingent Buffered Return Enhanced Notes due September 30, 2022 are part of Global Medium Term Notes, Series A and are linked to the lesser performing of the EURO STOXX 50 Index and the Russell 2000 Index. The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co. A part of proceeds will be used for hedging purposes.

**Buyer/Other Investors: -**
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers: -**

| Aug-31-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Auto Callable Notes due September 30, 2024 are a part of Global Medium-Term Notes, Series A and are linked to the lesser performing of the Russell 2000 Index and the S&P 500® Index. The offer is expected to price on or about September 26, 2017. The notes fully and unconditionally guaranteed by JPMorgan Chase & Co. The notes will pay a contingent coupon of at least 1.40% per quarter, if the closing level of either Index is greater than or equal to 70% of its Initial Value on any review dates. On contrary, no interest shall be paid. Interest on the notes will be payable quarterly on December 29, 2017, March 29, 2018, June 29, 2018, September 28, 2018, December 31, 2018, March 29, 2019, June 28, 2019, September 30, 2019, December 31, 2019, March 31, 2020, June 30, 2020, September 30, 2020, December 31, 2020, March 31, 2021, June 30, 2021, September 30, 2021, December 31, 2021, March 31, 2022, June 30, 2022, September 30, 2022, December 30, 2022, March 31, 2023, June 30, 2023, September 29, 2023, December 29, 2023, March 28, 2024, June 28, 2024 and the

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

| JPMorgan Chase & Co. (NYSE:JPM) Transactions | | | | | | |
|---|---|---|---|---|---|---|
| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |

maturity date.The review dates will fall on December 26, 2017, March 26, 2018, June 26, 2018, September 25, 2018, December 26, 2018, March 26, 2019, June 25, 2019, September 25, 2019, December 26, 2019, March 26, 2020, September 25, 2020, December 28, 2020, March 26, 2021, June 25, 2021, September 27, 2021, December 28, 2021, March 28, 2022, June 27, 2022, September 27, 2022, December 27, 2022, March 28, 2023, June 27, 2023, September 26, 2023, December 26, 2023, March 25, 2024, June 25, 2024 and September 25, 2024.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Aug-31-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Capped Buffered Return Enhanced Notes due October 03, 2019 are a part of the Global Medium-Term Notes, Series A and are linked to the EURO STOXX 50 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The offer is expected to price on or about September 29, 2017.The notes are designed for investors who seek a return of 2 times any appreciation of the EURO STOXX 50 Index up to a maximum return of 29.50% to 33.50%, at maturity.The notes are principal protected to the extent of 10%.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Simpson Thacher & Bartlett LLP, and Sidley Austin LLP are acting as legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Aug-31-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Uncapped Buffered Return Enhanced Notes due October 04, 2021 are a part of the Global Medium-Term Notes, Series A and are linked to the S&P 500 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes are expected to price on or about September 29, 2017.The notes are designed for investors who seek a return of at least 1.08 times any appreciation of the S&P 500 Index.The notes are principal protected to the extent of 15%.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Simpson Thacher & Bartlett LLP, and Sidley Austin LLP are acting as legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Aug-31-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Buffered Digital Notes due December 28, 2023 are a part of the Global Medium-Term Notes, Series A and are linked to the Least Performing of the S&P 500 Index, the Russell 2000 Index and the Dow Jones Industrial Average IndexThe notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Simpson Thacher & Bartlett LLP, and Sidley Austin LLP are acting as a legal advisor to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Aug-31-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Capped Buffered Return Enhanced Notes due March 31, 2020 are a part of Global Medium-Term Notes, Series A and are linked to S&P 500 Index.The offer is expected to price on or about September 26, 2017.The notes are principal protected to the extent of 10%.The notes fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

| JPMorgan Chase & Co. (NYSE:JPM) Transactions | | | | | | |
|---|---|---|---|---|---|---|
| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |
| Aug-31-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Buffered Digital Notes due March 27, 2024 are a part of the Global Medium-Term Notes, Series A and are linked to the Least Performing of the S&P 500 Index, the Russell 2000 Index and the Dow Jones Industrial Average IndexThe notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Simpson Thacher & Bartlett LLP, and Sidley Austin LLP are acting as a legal advisor to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| | | | | | | |
|---|---|---|---|---|---|---|
| Aug-31-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Capped Buffered Return Enhanced Notes due October 03, 2019 are a part of the Global Medium-Term Notes, Series A and are linked to the Russell 2000 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The offer is expected to price on or about September 29, 2017.The notes are designed for investors who seek a return of 2 times any appreciation of the Russell 2000 Index, up to a maximum return of 16.50% to 20.50%, at maturity.The notes are principal protected to the extent of 10%.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Simpson Thacher & Bartlett LLP, and Sidley Austin LLP are acting as a legal advisor to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| | | | | | | |
|---|---|---|---|---|---|---|
| Aug-31-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Capped Buffered Return Enhanced Notes due October 03, 2019 are a part of the Global Medium-Term Notes, Series A and are linked to the iShares MSCI Emerging Markets ETF.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The offer is expected to price on or about September 29, 2017.The notes are designed for investors who seek a return of 2 times any appreciation of the iShares MSCI Emerging Markets ETF up to a maximum return of 17.00% to 21.00%, at maturity.The notes are principal protected to the extent of 10%.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Simpson Thacher & Bartlett LLP, and Sidley Austin LLP are acting as legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| | | | | | | |
|---|---|---|---|---|---|---|
| Aug-31-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Capped Buffered Return Enhanced Notes due October 03, 2019 are a part of the Global Medium-Term Notes, Series A and are linked to the iShares MSCI EAFE ETF.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The offer is expected to price on or about September 29, 2017.The notes are designed for investors who seek a return of 2 times any appreciation of the iShares MSCI EAFE ETF up to a maximum return of 16.00% to 20.00%, at maturity.The notes are principal protected to the extent of 10%.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Simpson Thacher & Bartlett LLP, and Sidley Austin LLP are acting as legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| | | | | | | |
|---|---|---|---|---|---|---|
| Aug-31-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Notes due September 30, 2024 are a part of Global Medium-Term Notes, Series A and are linked to the lesser performing of the Russell 2000 Index and the S&P 500 Index.The offer is expected to price on or about September 26, 2017.The notes fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes will pay a contingent coupon of at least 6% per annum, if If the closing level of either Index is greater than or equal to 75% of its initial value on any review dates. On contrary, no interest shall be paid.Interest on the notes will be payable on December 29, 2017, March 29, 2018, June 29, 2018, September 28, 2018, December 31, 2018, March 29, 2019, June 28, 2019, September 30, 2019, December 31, 2019, March 31, 2020, June 30, 2020, September 30, 2020, December 31, 2020, March

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

| JPMorgan Chase & Co. (NYSE:JPM) Transactions | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |

31, 2021, June 30, 2021, September 30, 2021, December 31, 2021, March 31, 2022, June 30, 2022, September 30, 2022, December 30, 2022, March 31, 2023, June 30, 2023, September 29, 2023, December 29, 2023, March 28, 2024 and the maturity date.The review dates will fall on December 26, 2017, March 26, 2018, June 26, 2018, September 25, 2018, December 26, 2018, March 26, 2019, June 25, 2019, September 25, 2019, December 26, 2019, March 26, 2020, June 25, 2020, September 25, 2020, December 28, 2020, March 26, 2021, June 25, 2021, September 27, 2021, December 28, 2021, March 28, 2022, June 27, 2022, September 27, 2022, December 27, 2022, March 28, 2023, June 27, 2023, September 26, 2023, December 26, 2023, March 25, 2024, June 25, 2024 and September 25, 2024.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Aug-31-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
| --- | --- | --- | --- | --- | --- | --- |

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Notes due September 29, 2023 are a part of Global Medium-Term Notes, Series A and are linked to the lesser performing of the Russell 2000 Index and the EURO STOXX 50 Index.The offer is expected to price on or about September 22, 2017.The notes fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes will pay a contingent coupon of at least 7.25% per annum, if the closing level of either Index is greater than or equal to 65% of its Initial Value on any review dates. On contrary, no interest shall be paid.Interest on the notes will be payable on January 02, 2018, March 29, 2018, June 29, 2018, October 01, 2018, January 04, 2019, March 29, 2019, July 01, 2019, September 30, 2019, December 31, 2019, March 30, 2020, June 29, 2020, September 29, 2020, December 30, 2020, March 29, 2021, June 29, 2021, September 29, 2021, December 30, 2021, March 29, 2022, June 29, 2022, September 29, 2022, December 30, 2022, March 29, 2023, June 29, 2023, and September 29, 2023.The review dates will fall on December 22, 2017, March 22, 2018, June 22, 2018, September 24, 2018, December 27, 2018, March 22, 2019, June 24, 2019, September 23, 2019, December 23, 2019, March 23, 2020, June 22, 2020, September 22, 2020, December 22, 2020, March 22, 2021, June 22, 2021, September 22, 2021, December 22, 2021, March 22, 2022, June 22, 2022, September 22, 2022, December 22, 2022, March 22, 2023, June 22, 2023, and September 22, 2023.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Aug-30-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
| --- | --- | --- | --- | --- | --- | --- |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Dual Directional Contingent Buffered Return Enhanced Notes due September 30, 2022 are a part of Global Medium-Term Notes, Series A and are linked to the lesser performing of the Russell 2000 Index and the S&P 500 Index.The offer is expected to price on or about September 26, 2017.The notes fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of the proceeds will be used for hedging purposes.The notes are designed for investors who seek an uncapped return of at least 1.2 times any appreciation, or a capped, unleveraged return equal to the absolute value of any depreciation up to the maximum return of 35% at maturity.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Aug-30-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
| --- | --- | --- | --- | --- | --- | --- |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Uncapped Contingent Buffered Return Enhanced Notes due September 30, 2024 are a part of Global Medium-Term Notes, Series A and are linked to the lesser performing of the Russell 2000 Index and the S&P 500 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The offer is expected to price on or about September 26, 2017.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Simpson Thacher & Bartlett LLP and Sidley Austin LLP are acting as legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Aug-30-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
| --- | --- | --- | --- | --- | --- | --- |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Capped Contingent Buffered Return Enhanced Notes due March 26, 2020 are a part of Global Medium-Term Notes, Series A and are linked to the EURO STOXX 50 Index.The offer is expected to price on or about September

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights Reserved.



# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

| JPMorgan Chase & Co. (NYSE:JPM) Transactions | | | | | |
|---|---|---|---|---|---|
| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |

22, 2017.The notes fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Aug-30-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Uncapped Capped Dual Directional Contingent Buffered Return Enhanced Notes DUE September 30, 2022 are a part of Global Medium-Term Notes, Series A and are linked to the S&P 500 Index.The offer is expected to price on or about September 29, 2017.The notes fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Aug-30-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Capped Buffered Return Enhanced Notes due October 03, 2019 are a part of Global Medium-Term Notes, Series A and are linked to the EURO STOXX 50 Index.The offer is expected to price on or about September 29, 2017.The notes are principal protected to the extent of 10%.The notes fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Aug-30-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

**Transaction Comments:** The 6% Unsubordinated Unsecured Auto Callable Yield Notes due December 27, 2018 are a part of the Global Medium-Term Notes, Series A and are linked to the least performing of the Russell 2000 Index, the S&P 500 Index and the EURO STOXX 50 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The interest will be paid on October 26, 2017, November 27, 2017, December 27, 2017, January 25, 2018, February 26, 2018, March 26, 2018, April 26, 2018, May 24, 2018, June 26, 2018, July 26, 2018, August 24, 2018, September 26, 2018, October 25, 2018, November 27, 2018, and December 27, 2018.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardell LLP, Simpson Thacher & Bartlett LLP, and Sidley Austin LLP are acting as a legal advisor to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Aug-30-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Review Notes due September 27, 2021 are a part of Global Medium-Term Notes, Series A and are linked to the lesser performing of the S&P 500 Index and the Russell 2000 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes are expected to price on or about September 22, 2017.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardell LLP, Simpson Thacher & Bartlett LLP, and Sidley Austin LLP are acting as legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Aug-30-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

## JPMorgan Chase & Co. (NYSE:JPM) Transactions

| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Uncapped Contingent Buffered Equity Notes due September 30, 2021 are a part of the Global Medium-Term Notes, Series A and are linked to the lesser performing of the S&P 500 Index and the Russell 2000 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Simpson Thacher & Bartlett LLP, and Sidley Austin LLP are acting as a legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Aug-30-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Capped Buffered Return Enhanced Notes due October 03, 2019 are a part of Global Medium-Term Notes, Series A and are linked to iShares MSCI Emerging Markets ETF.The offer is expected to price on or about September 29, 2017.The notes are principal protected to the extent of 10%.The notes fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Aug-30-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Capped Buffered Return Enhanced Notes due October 03, 2019 are a part of Global Medium-Term Notes, Series A and are linked to the S&P 500 Index.The offer is expected to price on or about September 29, 2017.The notes are principal protected to the extent of 10%.The notes fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Aug-30-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Auto Callable Notes due September 30, 2027 are part of Global Medium Term Notes, Series A and are linked to the least performing of the S&P 500 Index, the Russell 2000 index, and the EURO STOXX 50® Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes will pay a contingent coupon between 6.25% to 8.25% per annum, If the closing level of any Index is greater than or equal to 70% of its initial value on any review date. On contrary, no interest shall be paid.Interest payment dates will fall on January 02, 2018, March 29, 2018, June 29, 2018, October 01, 2018, January 02, 2019, March 29, 2019, July 01, 2019, October 01, 2019, January 02, 2020, March 31, 2020, July 01, 2020, October 01, 2020, December 31, 2020, March 31, 2021, July 01, 2021, September 30, 2021, December 30, 2021, March 31, 2022, June 30, 2022, September 29, 2022, December 30, 2022, March 30, 2023, June 29, 2023, September 29, 2023, January 02, 2024, April 01, 2024, July 01, 2024, October 01, 2024, January 02, 2025, March 31, 2025, July 01, 2025, October 01, 2025, January 02, 2026, March 31, 2026, July 01, 2026, October 01, 2026, December 31, 2026, April 02, 2027, July 01, 2027, and September 30, 2027.Review dates will fall on December 27, 2017, March 26, 2018, June 26, 2018, September 26, 2018, December 27, 2018, March 26, 2019, June 26, 2019, September 26, 2019, December 27, 2019, March 26, 2020, June 26, 2020, September 28, 2020, December 28, 2020, March 26, 2021, June 28, 2021, September 27, 2021, December 27, 2021, March 28, 2022, June 27, 2022, September 26, 2022, December 27, 2022, March 27, 2023, June 26, 2023, September 26, 2023, December 27, 2023, March 26, 2024, June 26, 2024, September 26, 2024, December 27, 2024, March 26, 2025, June 26, 2025, September 26, 2025, December 29, 2025, March 26, 2026, June 26, 2026, September 28, 2026, December 28, 2026, March 30, 2027, June 28, 2027, and September 27, 2027.A part of proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Simpson Thacher & Bartlett LLP, and Sidley Austin LLP are acting as legal advisor to company.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Aug-30-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Dual Directional Contingent Buffered Return Enhanced Notes due September 30, 2021 are part of Global Medium Term Notes, Series A and are linked to the lesser performing of the S&P 500 Index and the Russell 2000 index.The notes are fully and unconditionally guarantees by JPMorgan Chase & Co.The offer is expected to price on or about September 26,

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

| JPMorgan Chase & Co. (NYSE:JPM) Transactions | | | | | | |
|---|---|---|---|---|---|---|
| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |

2017.The notes are designed for investors who seek an uncapped return of at least 1.20 times any appreciation, or a capped, unleveraged return equal to the absolute value of any depreciation, of the lesser performing of the Russell 2000 Index and the S&P 500 Index at maturity.A part of proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to guarantor in this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Aug-30-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Dual Directional Contingent Buffered Return Enhanced Notes due September 30, 2021 are a part of Global Medium-Term Notes, Series A and are linked to the lesser performing of the Russell 2000 Index and the S&P 500 Index.The offer is expected to price on or about September 26, 2017.The notes fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Aug-30-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Capped Buffered Notes due September 25, 2020 are a part of the Global Medium-Term Notes, Series A and are linked to the Russell 2000 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to guarantor in this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Aug-30-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** Zero Coupon Unsubordinated Unsecured Uncapped Dual Directional Notes due September 30, 2022 are part of Global Medium Term Notes, Series A and are linked to the S&P 500 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of proceeds will be used for hedging purposes.Simpson Thacher & Bartlett LLP, Davis Polk & Wardwell LLP and Sidley Austin LLP are acting as the legal advisor to the guarantor.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Aug-30-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Capped Dual Directional Contingent Buffered Return Notes due September 30, 2020 are part of Global Medium Term Notes, Series A and are linked to lesser performing of the Russell 2000 Index and the S&P 500 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes are expected to price on or about September 29, 2017.A part of proceeds will be used for hedging purposes.Simpson Thacher & Bartlett LLP, Davis Polk & Wardwell LLP, and Sidley Austin LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Aug-30-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Dual Directional Buffered Return Enhanced Notes due September 30, 2020 are a part of the Global Medium-Term Notes, Series A and are linked to the lesser performing of Russell 2000 Index and the S&P 500 Index.The offer is expected to price on September 29, 2017.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of the proceeds will

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

| JPMorgan Chase & Co. (NYSE:JPM) Transactions | | | | | | |
|---|---|---|---|---|---|---|
| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |

be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Aug-30-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Capped Buffered Return Enhanced Notes due October 3, 2019 are a part of Global Medium-Term Notes, Series A and are linked to the TOPIX Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The offer is expected to price on or about September 29, 2017.The notes are principal protected up to an extent of 10%.Maximum return on the notes will be between 20% to 24%.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Simpson Thacher & Bartlett LLP and Sidley Austin LLP are acting as legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Aug-30-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Uncapped Buffered Return Enhanced Notes due September 03, 2021 are a part of Global Medium-Term Notes, Series A and are linked to the lesser performing of the Russell 2000 Index and the S&P 500 Index.The offer is expected to price on September 29, 2017.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Aug-30-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Trigger PLUS Performance Leveraged Upside Securities due October 04, 2023 are a part of the Global Medium-Term Notes, Series A and are linked to the lesser performing of S&P 500 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The minimum investment allowed in this offering is $1,000.A part of the proceeds will be used for hedging purposes.A structuring fee will be payable to Morgan Stanley Wealth Management by the underwriter or its affiliates of $0.05 for each $10 stated principal amount.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to guarantor in this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Aug-30-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Buffered Return Enhanced Notes due September 30, 2021 are a part of Global Medium-Term Notes, Series A and are linked to the lesser performing of the Russell 2000 Index and the S&P 500 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes are expected to be priced on September 29, 2017.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Aug-30-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Uncapped Contingent Buffered Return Enhanced Notes due September 30, 2022 are a part of Global Medium-Term Notes, Series A and are linked to the lesser performing of the Russell 2000 Index and the S&P 500 Index.The

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



## JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

| JPMorgan Chase & Co. (NYSE:JPM) Transactions | | | | | |
|---|---|---|---|---|---|
| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |

offer is expected to price on or about September 29, 2017.The notes fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Aug-30-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

**Transaction Comments:** Zero Coupon Unsubordinated Unsecured Uncapped Buffered Return Enhanced Notes due September 29, 2022 are part of Series A medium-term notes and are linked to the lesser performing of the S&P 500 Index and the Russell 2000 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes are principal protected to the extent of 25%.A part of proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP acted as the legal advisor to the guarantor with respect to the offering

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Aug-30-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Capped Buffered Notes due September 25, 2020 are a part of the Global Medium-Term Notes, Series A and are linked to the Russell 2000 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes are expected to price on or about September 22, 2017.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Simpson Thacher & Bartlett LLP, and Sidley Austin LLP are acting as a legal advisor to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Aug-30-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Dual Directional Buffered Return Enhanced Notes due September 30, 2022 are part of Global Medium Term Notes, Series A and are linked to the lesser performing of the S&P 500 Index and the Russell 2000 index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of proceeds will be used for hedging purposes.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Aug-30-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Review Notes due September 27, 2021 are part of Global Medium Term Notes, Series A and are linked to the lesser performing of the S&P 500 Index and the Russell 2000 index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes are expected to price on or about September 22, 2017.The notes will pay contingent rate of at least 10%, If the closing price of one share of each reference stock on any review date is greater than or equal to 70% of its initial value.Review dates will fall on October 1, 2018, September 23, 2019, September 22, 2020, and September 22, 2021.A part of proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Aug-30-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Uncapped Contingent Buffered Return Enhanced Notes due September 30, 2022 are a part of Global Medium-Term Notes, Series A and are linked to the Lesser Performing of the EURO STOXX 50 Index and the iShares MSCI EAFE ETF.The notes will be fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes are expected to price on or about September 29, 2017A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP acted as a legal advisor to the guarantor with respect to

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

| JPMorgan Chase & Co. (NYSE:JPM) Transactions | | | | | | |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Advisor** | **Advisor Role** | **Transaction Type** | **Role** | **Target/Issuer** | **Size ($mm)** |

this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Aug-30-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Dual Directional Contingent Buffered Return Enhanced Notes due September 30, 2020 are part of Global Medium Term Notes, Series A and are linked to the worst performing of the Russell 2000 Index and the S&P 500 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to guarantor in this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Aug-30-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Capped Buffered Return Enhanced Notes due October 03, 2019 are a part of Global Medium-Term Notes, Series A and are linked to the Russell 2000 Index.The offer is expected to price on or about September 29, 2017.The notes are principal protected to the extent of 10%.The notes fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Aug-30-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Capped Buffered Return Enhanced Notes due April 2, 2020 are a part of Global Medium-Term Notes, Series A and are linked to the S&P 500 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The offer is expected to price on or about September 29, 2017.The notes are principal protected up to an extent of 10%.Maximum return on the notes will be between 18% to 20%.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Simpson Thacher & Bartlett LLP and Sidley Austin LLP are acting as legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Aug-30-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Uncapped Buffered Return Enhanced Notes due September 30, 2022 are a part of the Global Medium-Term Notes, Series A and are linked to the lesser performing of the S&P 500 Index and the Russell 2000 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Simpson Thacher & Bartlett LLP, and Sidley Austin LLP are acting as the legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Aug-30-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Capped Buffered Return Enhanced Notes due October 03, 2019 are a part of Global Medium-Term Notes, Series A and are linked to iShares MSCI EAFE ETF.The offer is expected to price on or about September 29, 2017.The notes are designed for investors who seek a return of 2 times any appreciation of the underlying, up to a maximum return, at maturity.The notes are principal protected to the extent of 10%.The notes fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of the proceeds will be used for hedging purposes.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

| JPMorgan Chase & Co. (NYSE:JPM) Transactions | | | | | | |
|---|---|---|---|---|---|---|
| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |

**Buyer/Other Investors:** -
**Target/Issuer:** JPMorgan Chase Financial Company LLC
**Sellers:** -

| Aug-30-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Uncapped Contingent Buffered Return Enhanced Notes due September 30, 2022 are a part of the Global Medium-Term Notes, Series A and are linked to the lesser performing of S&P 500 Index and Russell 2000 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The JP Morgan Chase Financial Company LLC may pay fixed return of at least 22.5%, at maturity, which refers as the contingent maximum return to the investors, if the final value of the indices, is greater than to its initial value or is less than its initial value by up to 40%.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to guarantor in this offering.

**Buyer/Other Investors:** -
**Target/Issuer:** JPMorgan Chase Financial Company LLC
**Sellers:** -

| Aug-30-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Uncapped Dual Directional Contingent Buffered Notes due September 30, 2022 are a part of the Global Medium-Term Notes, Series A and are linked to the lesser performing of S&P 500 Index and Russell 2000 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to guarantor in this offering.

**Buyer/Other Investors:** -
**Target/Issuer:** JPMorgan Chase Financial Company LLC
**Sellers:** -

| Aug-30-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Uncapped Contingent Buffered Return Enhanced Notes due September 30, 2022 are a part of Global Medium-Term Notes, Series A and are linked to the lesser performing of the Russell 2000 Index and the S&P 500 Index.The offer is expected to price on or about September 26, 2017.The notes fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer:** JPMorgan Chase Financial Company LLC
**Sellers:** -

| Aug-28-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 7.85 |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Capped Dual Directional Contingent Buffered Notes due March 06, 2019 are a part of the Medium-Term Notes, Series A and are linked to the EURO STOXX 50 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to guarantor in this offering.

**Buyer/Other Investors:** -
**Target/Issuer:** JPMorgan Chase Financial Company LLC
**Sellers:** -

| Aug-28-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 0.78 |

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Auto Callable Notes due September 19, 2018 are a part of Global Medium-Term Notes, Series A and are linked to the common stock of Apple Inc.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes will pay a contingent coupon of at least $25 per $1,000 principal amount note in, on any review date, the closing price of one stock share of the reference stock is greater than or equal to 78% of the initial stock price. On the contrary, no coupon shall be paid.The review dates on the notes will fall on December 14, 2017, March 15, 2018, June 14, 2018 and September 14, 2018.Interest on the notes will be paid quarterly on December 19, 2017, March 20, 2018, June 19, 2018, and September 19, 2018.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP acted as legal advisors to the guarantor with respect to this offering.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



## JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

| JPMorgan Chase & Co. (NYSE:JPM) Transactions | | | | | | |
|---|---|---|---|---|---|---|
| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |

**Buyer/Other Investors:** -
**Target/Issuer:** JPMorgan Chase Financial Company LLC
**Sellers:** -

| | | | | | | |
|---|---|---|---|---|---|---|
| Aug-24-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 0.73 |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Uncapped Buffered Return Enhanced Notes due September 1, 2022 are a part of Global Medium-Term Notes, Series A and are linked to the EURO STOXX 50 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP acted as legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer:** JPMorgan Chase Financial Company LLC
**Sellers:** -

| | | | | | | |
|---|---|---|---|---|---|---|
| Aug-21-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 4.09 |

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Auto-Callable Securities due September 6, 2018 are a part of the Global Medium-Term Notes, Series A and based on the Performance of the Common Stock of United States Steel Corporation.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes will pay contingent coupon at the rate of 2.5625% quarterly, if the closing level of the underlying equity is greater than or equal to 60.00% of its Initial Value on any determination date. On the contrary no coupon shall be paid.The determination dates will fall November 30, 2017, February 28, 2018, May 31, 2018, and August 31, 2018.The coupon payment dates will fall December 5, 2017, March 5, 2018, June 5, 2018 and September 06, 2017.The minimum investment allowed in this offering is $1000.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Simpson Thacher & Bartlett LLP, and Sidley Austin LLP are acting as legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer:** JPMorgan Chase Financial Company LLC
**Sellers:** -

| | | | | | | |
|---|---|---|---|---|---|---|
| Aug-18-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 1.00 |

**Transaction Comments:** The Range Accrual Unsubordinated Unsecured Notes due September 3, 2024 are a part of Global Medium-Term Notes, Series A and are linked to the 30-Year U.S. Dollar ICE Swap Rate, the 2-Year U.S. Dollar ICE Swap Rate, the S&P 500 Index and the Russell 2000 Index.The company sold the notes in one or more negotiated transactions at varying prices determined at the time of each sale, which were at market prices prevailing at the time of sale, at prices related to such prevailing prices or at negotiated prices, provided that such prices were not less than $975.00 per $1,000 principal amount and not more than $1,000 per $1,000 principal amount note.JPMorgan Chase Financial Company LLC may redeem the notes, in whole but not in part, on or after September 1, 2018, at a price equal to 100% of the principal amount being redeemed plus any accrued and unpaid interest to but excluding the redemption date.The securities are fully and unconditionally guaranteed by JPMorgan Chase & Co.The interest on the notes will be paid for the initial interest periods, at a rate of 7% per annum and  for each other interest period, at a per annum rate equal to the spread which is the 30-Year ICE Swap Rate minus the 2-Year ICE Swap Rate on the applicable determination date for such Interest Period multiplied by the Multiplier, provided that the closing level of each Index on each accrual determination date during such Interest Period is greater than or equal to its minimum index level , for each Index, 65.00% of its index level on the pricing date, and subject to the maximum interest rate and the minimum interest rate.Interest on the notes will be payable on the first day of each March, June, September and December of each year, commencing on December 1, 2017.A part of the proceeds will be used for hedging purposes.The minimum interest rate will be 0.00% per annum and maximum interest rate will be 8.00% per annum.Sidley Austin LLP is acting as a legal advisor to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer:** JPMorgan Chase Financial Company LLC
**Sellers:** -

| | | | | | | |
|---|---|---|---|---|---|---|
| Aug-18-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 8.86 |

**Transaction Comments:** Contingent Rate Unsubordinated Unsecured Auto-Callable Securities due September 6, 2022 are a part of Global Medium term notes, Series A and are linked to worst performing of the Russell 2000 Index, the S&P 500 Index and the EURO STOXX 50 Index.If, on any determination date, the closing level of each underlying index is greater than or equal to its coupon barrier level, we will pay a contingent quarterly payment 2.125% of the stated principal amount per security on the related contingent payment date. On the contrary, no coupon shall be paid.Determination dates will fall on November 30, 2017, February 28, 2018, May 31, 2018, August 31, 2018, November 30, 2018, February 28, 2019, May 31, 2019, August 30, 2019, November 29, 2019, February 2020, May 29, 2020, August 31, 2020, November 30, 2020, February 26, 2021, May 28, 2021, August 31, 2021, November 30, 2021, February 28, 2022, May 31, 2022 and August 31, 2022.Contingent payment dates will fall on

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

## JPMorgan Chase & Co. (NYSE:JPM) Transactions

| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |
|---|---|---|---|---|---|---|
| December 5, 2017, March 5, 2018, June 5, 2018, September 6, 2018, December 5, 2018, March 5, 2019, June 5, 2019, September 5, 2019, December 4, 2019, March 4, 2020, June 3, 2020, September 3, 2020, December 3, 2020, March 3, 2021, June 3, 2021, September 3, 2021, December 3, 2021, March 3, 2022, June 3, 2022 and September 6, 2022A part of proceeds will be used for hedging purposes. | | | | | | |

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Aug-16-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 0.65 |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Auto Callable Equity Notes due August 28, 2020 are a part of the Global Medium-Term Notes, Series A and are linked to the EURO STOXX 50 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The offering is expected to price on or about August 25, 2017.The notes are designed for investors who seek uncapped, unleveraged exposure to any appreciation of the EURO STOXX 50 Index, subject to a contingent minimum return of 30.00%.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Simpson Thacher & Bartlett LLP, and Sidley Austin LLP are acting as legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Aug-15-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Contingent Buffered Equity Notes due February 21, 2019 are a part of the Global Medium-Term Notes, Series A and are linked to the EURO STOXX Banks Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes are expected to price on or about August 18, 2017.A part of the proceeds will be used for hedging purposes.Simpson Thacher & Bartlett LLP, Davis Polk & Wardwell LLP, Sidley Austin LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Aug-15-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 4.81 |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Auto-Callable Securities due September 05, 2019 are a part of the Global Medium-Term Notes, Series A and are based on the least performing of Russell 2000 Index, S&P 500 Index, and MSCI Emerging Markets Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes will pay contingent coupon of 2.025% per quarter, if the closing level of each Index on any determination date is greater than or equal to 75% of their initial value. On the contrary, no coupon shall be paid.The interest on the notes will be payable on December 05, 2017, March 05, 2018, June 05, 2018, September 06, 2018, December 05, 2018, March 05, 2019, June 05, 2019, and September 05, 2019.The determination dates will fall on November 30, 2017, February 28, 2018, May 31, 2018, August 31, 2018, November 30, 2018, February 28, 2019, May 31, 2019, and August 30, 2019.The minimum investment allowed in this offering is $1,000.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Aug-15-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

**Transaction Comments:** Contingent Rate Unsubordinated Unsecured Auto Callable Notes due September 6, 2018 are part of Series A, Global Medium term Notes and are linked to the Common Stock of Ulta Beauty, Inc.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.If the closing price of one share of the reference stock on a review date or with respect to the final review date, the final stock price is greater than or equal to the 66.80% of the initial stock price, the company will pay on the applicable interest payment date for each $1,000 principal amount note a contingent interest payment equal to at least $25.00. On the contrary, no coupon shall be paid.The review dates will fall on November 30, 2017, March 1, 2018, May 31, 2018 and August 31, 2018.The interest payment dates will fall on December 5, 2017, March 6, 2018, June 5, 2018 and September 6, 2018.A part of proceeds will be used for hedging purposes.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

| JPMorgan Chase & Co. (NYSE:JPM) Transactions | | | | | | |
|---|---|---|---|---|---|---|
| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |
| Sellers: - | | | | | | |
| Aug-15-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** Contingent Rate Unsubordinated Unsecured Auto Callable Notes due September 6, 2018 are part of Series A, Global Medium term Notes and are linked to the Common Stock of Pioneer Natural Resources Company.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.If the closing price of one share of the reference stock on a review date or with respect to the final review date, the final stock price is greater than or equal to the 64.00% of the initial stock price, the company will pay on the applicable interest payment date for each $1,000 principal amount note a contingent interest payment equal to at least $25.00. On the contrary, no coupon shall be paid.The review dates will fall on November 30, 2017, March 1, 2018, May 31, 2018 and August 31, 2018.The interest payment dates will fall on December 5, 2017, March 6, 2018, June 5, 2018 and September 6, 2018.A part of proceeds will be used for hedging purposes.

Buyer/Other Investors: -
**Target/Issuer: JPMorgan Chase Financial Company LLC**

| | | | | | | |
|---|---|---|---|---|---|---|
| Sellers: - | | | | | | |
| Aug-11-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 4.00 |

**Transaction Comments:** The Range Accrual Unsubordinated Unsecured Notes due August 17, 2032 are a part of Global Medium-Term Notes, Series A and are linked to the 30-Year U.S. Dollar ICE Swap Rate, the 2-Year U.S. Dollar ICE Swap Rate, the S&P 500 Index and the Russell 2000 Index.JPMorgan Chase Financial Company LLC may redeem the notes, in whole but not in part, on the 17th day of each February, May, August and November of each year, at a price  to 100% of the principal amount being redeemed plus any accrued and unpaid interest to but excluding the redemption date.The securities are fully and unconditionally guaranteed by JPMorgan Chase & Co.The interest on the notes will be paid for the initial interest periods, at a rate of 10% per annum and   for each other interest period, at a per annum rate equal to the spread which is the 30-Year ICE Swap Rate minus the 2-Year ICE Swap Rate on the applicable determination date for such Interest Period multiplied by the Multiplier, provided that the closing level of each Index on each accrual determination date during such Interest Period is greater than or equal to its minimum index level , for each Index, 70.00% of its index level on the pricing date, and subject to the maximum interest rate and the minimum interest rate.Interest on the notes will be payable on the 17th day of each February, May, August, and November of each year, commencing on November 17, 2017.A part of the proceeds will be used for hedging purposes.Sidley Austin LLP acted as a legal advisor to the guarantor with respect to this offering.

Buyer/Other Investors: -
**Target/Issuer: JPMorgan Chase Financial Company LLC**

| | | | | | | |
|---|---|---|---|---|---|---|
| Sellers: - | | | | | | |
| Aug-10-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 6.46 |

**Transaction Comments:** The 7.15% Unsubordinated Unsecured Auto Callable Yield Notes due September 04, 2018 are a part of the Global Medium-Term Notes, Series A and are linked to the least performing of the Russell 2000 Index, the S&P 500 Index, and the EURO STOXX 50 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The interest payment dates will fall on October 4, 2017, November 2, 2017, December 4, 2017, January 4, 2018, February 1, 2018, March 5, 2018, April 4, 2018, May 3, 2018, June 1, 2018, July 5, 2018, August 2, 2018, and September 4, 2018.The review dates will fall on February 28, 2018, May 29, 2018, and August 29, 2018.A part of the proceeds will be used for hedging purposes.Sidley Austin LLP acted as the legal advisor to the guarantor with respect to this offering.

Buyer/Other Investors: -
**Target/Issuer: JPMorgan Chase Financial Company LLC**

| | | | | | | |
|---|---|---|---|---|---|---|
| Sellers: - | | | | | | |
| Aug-09-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 0.63 |

**Transaction Comments:** Contingent Rate Unsubordinated Unsecured Auto Callable Notes due August 22, 2019 are a part of Global Medium-Term Notes, Series A and are linked to the least performing of the Russell 2000 Index and the EURO STOXX 50 Index.The securities are fully and unconditionally guaranteed by JPMorgan Chase & Co.The securities will pay quarterly contingent interest at a rate of 7.75% per annum, if the closing level of each index on any observation date is equal to or greater than 70% of its initial level. On the contrary, no coupon shall be paid.Contingent coupons on the securities will be payable on November 24, 2017, February 23, 2018, May 23, 2018, August 23, 2018, November 23, 2018, February 22, 2019, May 23, 2019, and August 22, 2019.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

Buyer/Other Investors: -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
Sellers: -

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

## JPMorgan Chase & Co. (NYSE:JPM) Transactions

| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |
|---|---|---|---|---|---|---|
| Aug-08-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 1.67 |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Review Notes due August 14, 2019 are a part of Global Medium-Term Notes, Series A and are linked to the EURO STOXX 50 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The offer will be priced on or about August 11, 2017.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Simpson Thacher & Bartlett LLP and Sidley Austin LLP are acting as legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Aug-07-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 0.21 |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Auto-Callable Notes due February 28, 2025 are a part of the Global Medium-Term Notes, Series A and are Linked to the lesser performing of the S&P 500 Index and the Russell 2000 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes will pay contingent coupon rate of between 4.25% of the stated principal amount, if the closing value of any underlying on any interest review date is greater than or equal to 80% of their initial value. On the contrary, no coupon shall be paid.The interest on the notes will be payable on December 01, 2017, March 05, 2018, June 01, 2018, August 31, 2018, December 03, 2018, March 05, 2019, May 31, 2019, September 03, 2019, December 04, 2019, March 04, 2020, June 02, 2020, September 02, 2020, December 03, 2020, March 04, 2021, June 03, 2021, September 02, 2021, December 02, 2021, March 03, 2022, June 03, 2022, September 01, 2022, December 01, 2022, March 03, 2023, June 02, 2023, August 31, 2023, December 01, 2023, March 04, 2024, May 31, 2024, September 03, 2024, December 04, 2024, and February 28, 2025.The review dates will fall on November 28, 2017, February 28, 2018, May 29, 2018, August 28, 2018, November 28, 2018, February 28, 2019, May 28, 2019, August 28, 2019, November 29, 2019, February 28, 2020, May 28, 2020, August 28, 2020, November 30, 2020, March 1, 2021, May 28, 2021, August 30, 2021, November 29, 2021, February 28, 2022, May 31, 2022, August 29, 2022, November 28, 2022, February 28, 2023, May 30, 2023, August 28, 2023, November 28, 2023, February 28, 2024, May 28, 2024, August 28, 2024, November 29, 2024, and February 25, 2025.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Simpson Thacher & Bartlett LLP, and Sidley Austin LLP are acting as the legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Aug-04-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 5.00 |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Trigger Autocallable Notes due August 10, 2020 are a part of Global Medium-Term Notes, Series A and are linked to the lesser performing of the Russell 2000 Index and the EURO STOXX 50 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The minimum investment allowed in this offering is $1000.The notes will pay contingent interest at a rate of at least 5.50% per annum, if the closing level of each index on any observation date is equal to or greater than 65% of its initial level. On the contrary, no coupon shall be paid.Contingent coupons on the notes will be payable on November 8, 2017, February 7, 2018, May 9, 2018, August 8, 2018, November 7, 2018, February 6, 2019, May 9, 2019, August 7, 2019, November 6, 2019, February 6, 2020, May 7, 2020, and August 10, 2020.The observation dates will fall on the November 6, 2017, February 5, 2018, May 4, 2018, August 6, 2018, November 5, 2018, February 4, 2019, May 7, 2019, August 5, 2019, November 4, 2019, February 4, 2020, May 5, 2020, and August 4, 2020.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Aug-01-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 2.72 |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Auto Callable Yield Notes due December 6, 2018 are a part of the Global Medium-Term Notes, Series A and are linked to the S&P 500 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes will pay a contingent coupon of 6.25% per annum, if the closing level of each Index on any Review Date is greater than or equal to 70% of its Initial Value. On the contrary no coupon shall be paid.The interest payment dates will fall on October 5, 2017, November 3, 2017, December 5, 2017, January 5, 2018, February 5, 2018, March 5, 2018, April 5, 2018, May 3, 2018, June 5, 2018, July 6, 2018, August 3, 2018, September 6, 2018, October 4, 2018, November 5, 2018, and December 06, 2018.The review dates will fall on November 30, 2017, February 28, 2018, May 31, 2018, August 31, 2018, and December 3, 2018.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

| JPMorgan Chase & Co. (NYSE:JPM) Transactions | | | | | | |
|---|---|---|---|---|---|---|
| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Aug-01-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 0.31 |
|---|---|---|---|---|---|---|

**Transaction Comments:** The 6.75% Unsubordinated Unsecured Auto Callable Yield Notes due December 6, 2018 are a part of Global Medium-Term Notes, Series A and are linked to the lesser performing of the Russell 2000 Index and the EURO STOXX 50 index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.Interest on note will be payable on October 5, 2017, November 3, 2017, December 5, 2017, January 5, 2018, February 5, 2018, March 5, 2018, April 6, 2018, May 3, 2018, June 5, 2018, July 6, 2018, August 3, 2018, September 6, 2018, October 4, 2018, November 5, 2018, and December 6, 2018.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP and Sidley Austin were acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Aug-01-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 1.52 |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Dual Directional Contingent Buffered Return Enhanced Notes due September 1, 2022 are a part of Global Medium-Term Notes, Series A and are linked to the lesser performing of the Russell 2000 Index and the S&P 500 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Aug-01-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 0.87 |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Dual Capped Dual Directional Contingent Buffered Return Enhanced Notes due September 3, 2020 are a part of Global Medium-Term Notes, Series A and are linked to the lesser performing of the Russell 2000 Index and the S&P 500 Index.The offer is expected to price on August 31, 2017.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The minimum investment allowed in this offering is $1,000.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Jul-31-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 0.14 |
|---|---|---|---|---|---|---|

**Transaction Comments:** The 6.00% Unsubordinated Unsecured Yield Notes due September 6, 2018 are a part of Global Medium-Term Notes, Series A and are linked to the least performing of the Russell 2000 Index, the S&P 500 Index and the EURO STOXX 50 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.Interest payment dates will fall on October 5, 2017, November 3, 2017, December 5, 2017, January 5, 2018, February 5, 2018, March 5, 2018, April 6, 2018, May 3, 2018, June 5, 2018, July 6, 2018, August 3, 2018 and September 6, 2018.A part of the proceeds will be used for hedging purposes.Sidley Austin LLP is acting as legal advisor to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Jul-31-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 19.77 |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Notes due February 28, 2023 are a part of the Global Medium-Term Notes, Series A and are linked to the lesser performing of the S&P 500 Index and the Russell 2000 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co. The notes will pay a quarterly contingent interest at the rate between 5.00%, if the closing price of the underlying index is equal to or greater than 55% of initial level on any review date. If a coupon barrier event occurs, no contingent coupon will be paid for the corresponding contingent coupon period.Interest on the notes will be payable quarterly November 28, 2017, February 27, 2018, May 25, 2018,

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

## JPMorgan Chase & Co. (NYSE:JPM) Transactions

| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |
|---|---|---|---|---|---|---|

August 27, 2018, November 27, 2018, February 26, 2019, May 28, 2019, August 26, 2019, November 25, 2019, February 25, 2020, May 26, 2020, August 25, 2020, November 25, 2020, February 25, 2021, May 25, 2021, August 25, 2021, November 26, 2021, February 25, 2022, May 25, 2022, August 25, 2022, November 28, 2022 and February 28, 2023.The review dates on the notes will fall on November 20, 2017, February 20, 2018, May 18, 2018, August 20, 2018, November 19, 2018, February 19, 2019, May 20, 2019, August 19, 2019, November 18, 2019, February 18, 2020, May 18, 2020, August 18, 2020, November 18, 2020, February 18, 2021, May 18, 2021, August 18, 2021, November 18, 2021, February 18, 2022, May 18, 2022, August 18, 2022, November 18, 2022 and February 21, 2023.JPMorgan Chase Financial Company LLC may redeem the notes, in whole but not in part, on any of the interest payment dates, at a redemption price equal to for each $1,000 principal amount note, 100% plus the contingent interest payment, if any, applicable to the immediately preceding review date. A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Simpson Thacher & Bartlett LLP, and Sidley Austin LLP are acting as the legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors: -**
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers: -**

| Jul-31-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 3.86 |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Auto Callable Notes due September 06, 2018 are a part of the Global Medium-Term Notes, Series A and are linked to the least performing of the Russell 2000 Index, the S&P 500 Index and the EURO STOXX 50 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes will pay a contingent interest of between 7.75%, if closing level of each Index on any review date is greater than or equal to 70.00% of its Initial Value. On contrary, no contingent coupon shall be paid.The review dates will fall on November 30, 2017, February 28, 2018, May 31, 2018, and August 31, 2018.The notes are expected to price on or about August 31, 2017.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Simpson Thacher & Bartlett LLP, and Sidley Austin LLP acted as a legal advisor to the guarantor with respect to this offering.

**Buyer/Other Investors: -**
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers: -**

| Jul-31-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Capped Trigger GEARS due August 6, 2020 are a part of the Global Medium-Term Notes, Series A and are linked to the S&P 500 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors: -**
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers: -**

| Jul-24-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 2.17 |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Auto Callable Notes due July 30, 2020 are a part of Global Medium-Term Notes, Series A and are linked to the lesser performing of the common stock of General Electric Company and Apple Inc.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes will pay contingent interest at the rate of at least 8.25% per annum, if closing price of each of the underlying equity is equal to or greater than 75% of the initial value on review dates. On the contrary no coupon shall be paid.The review dates for the notes will fall quarterly on October 27, 2017, January 29, 2018, April 27, 2018, July 27, 2018, October 29, 2018, January 28, 2019, April 29, 2019, July 29, 2019, October 28, 2019, January 27, 2020, April 27, 2020 and July 27, 2020.Interest on the notes will be paid on November 1, 2017, February 1, 2018, May 2, 2018, August 1, 2018, November 1, 2018, January 31, 2019, May 2, 2019, August 1, 2019, October 31, 2019, January 30, 2020, April 30, 2020, and July 30, 2020.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Simpson Thacher & Bartlett LLP, and Sidley Austin LLP are acting as legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors: -**
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers: -**

| Jul-21-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 3.00 |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Trigger Auto Callable Yield Notes due July 24, 2020 are a part of the Global Medium-Term Notes, Series A and are linked to least performing of the MSCI Emerging Markets Index and the S&P 500 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The minimum investment allowed in this offering is $1,000.The notes will pay

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

| JPMorgan Chase & Co. (NYSE:JPM) Transactions | | | | | | |
|---|---|---|---|---|---|---|
| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |

contingent coupon rate of at least 8.30% per annum, if the closing value of any underlying on any observation date is greater than or equal to 70% of their initial value. On the contrary, no coupon shall be paid.The interest on the notes will be payable quarterly on October 25, 2017, January 24, 2018, April 25, 2018, July 25, 2018, October 24, 2018, January 24, 2019, April 24, 2019, July 24, 2019, October 23, 2019, January 23, 2020, April 23, 2020, and July 24, 2020.The observation dates will fall quarterly on October 23, 2017, January 22, 2018, April 23, 2018, July 23, 2018, October 22, 2018, January 22, 2019, April 22, 2019, July 22, 2019, October 21, 2019, January 21, 2020, April 21, 2020, and July 21, 2020.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Simpson Thacher & Bartlett LLP, and Sidley Austin LLP are acting as the legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Jul-21-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 13.44 |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Auto Callable Buffered Notes due July 31, 2020 are a part of Global Medium-Term Notes, Series A and are linked to the EURO STOXX 50 Index.The offer is expected to price on or about July 28, 2017.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes will pay contingent interest at the rate of 7.00% per annum, if the closing price of each of the underlying equity is equal to or greater than 88% of the initial value on review dates. On the contrary no coupon shall be paid.The review dates for the notes will fall quarterly on August 28, 2017, September 28, 2017, October 30, 2017, November 28, 2017, December 28, 2017, January 29, 2018, February 28, 2018, March 28, 2018, April 30, 2018, May 28, 2018, June 28, 2018 and July 30, 2018.Interest on the notes will be paid on August 31, 2017, October 2, 2017, November 2, 2017, December 1, 2017, January 3, 2018, February 1, 2018, March 5, 2018, April 3, 2018, May 3, 2018, May 31, 2018, July 3, 2018 and August 2, 2018A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Simpson Thacher & Bartlett LLP, and Sidley Austin LLP are acting as legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Jul-19-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 10.57 |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Floating Rate Unsubordinated Unsecured Notes due July 25, 2037 are a part of the Global Medium-Term Notes, Series A.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The minimum interest rate will be 0% per annum.Interest on the notes will be payable quarterly in arrears on January 25, April 25, July 25, and October 25 each year, commencing on October 25, 2017.A part of the proceeds will be used for hedging purposes.Sidley Austin LLP acted as a legal advisor to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Jul-19-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 14.29 |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Zero Coupon Contingent Rate Unsubordinated Unsecured Capped Contingent Buffered Return Enhanced Notes due July 26, 2021 are a part of Global Medium-Term Notes, Series A and are linked to the lesser performing of the S&P 500 Index and iShares   MSCI Emerging Markets ETF.The offer is expected to price on July 21, 2017.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The maximum return on notes will be at least 55%, and the trigger event will occur if the final value of either underlying is less than its initial value by more than the contingent buffer amount.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Jul-18-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 1.60 |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Auto Callable Notes due July 23, 2020 are a part of the Global Medium-Term Notes, Series A and are linked to the Least Performing of the CAC 40 Index, the FTSE 100 Index and the IBEX 35 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes are expected to price on July 18, 2017.The notes will pay contingent coupon of 6% per annum, if the closing level of each Index on any review date is greater than or equal to 60% of their initial value. On the contrary, no coupon shall be paid.The interest on the notes will be payable on January 23, 2018, July 23, 2018, January 24, 2019, July 23, 2019, January 23, 2020, and July 23, 2020.The review dates on the notes will fall on January 18, 2018, July 18, 2018, January 18, 2019, July 18, 2019, January 20, 2020, and July 20, 2020.A part of the proceeds will be used for hedging purposes.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



## JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

| JPMorgan Chase & Co. (NYSE:JPM) Transactions | | | | | | |
|---|---|---|---|---|---|---|
| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Jul-14-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 1.20 |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Capped Buffered Return Enhanced Notes due July 31, 2019 are a part of the Global Medium-Term Notes, Series A and are linked to the iShares MSCI EAFE ETF.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes are principal protected to the extent of 10%.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP is acting as a legal advisor to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Jul-14-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 0.29 |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Capped Buffered Return Enhanced Notes due July 31, 2019 are a part of the Global Medium-Term Notes, Series A and are linked to the EURO STOXX 50 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes are principal protected to the extent of 10%.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP is acting as a legal advisor to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Jul-14-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 1.90 |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Capped Buffered Return Enhanced Notes due July 31, 2019 are a part of the Global Medium-Term Notes, Series A and are linked to the S&P 500 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes are principal protected to the extent of 10%.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP is acting as a legal advisor to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Jul-14-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 0.50 |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Review Notes due July 26, 2021 are a part of the Global Medium-Term Notes, Series A and are linked to theEURO STOXX 50 Index and the iShares MSCI Emerging Markets ETF.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Jul-14-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 5.62 |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Performance Leveraged Upside Securities due November 05, 2018 are part of Medium-Term Notes, Series A and are linked to S&P 500 Index.The notes will be fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of the proceeds will be used for hedging purposes.Sidley Austin LLP, Simpson Thacher & Bartlett LLP, and Davis Polk & Wardwell LLP is acting as legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Jul-13-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company | 1.68 |
|---|---|---|---|---|---|---|

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

## JPMorgan Chase & Co. (NYSE:JPM) Transactions

| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |
|---|---|---|---|---|---|---|
| | | | | | LLC | |

**Transaction Comments:** The Range Accrual Rate Unsubordinated Unsecured Securities due July 28, 2022 are a part of the Global Medium-Term Notes, Series A and are linked to the 30-Year U.S. Dollar ICE Swap Rate, the 2-Year U.S. Dollar ICE Swap Rate, the S&P 500 Index and the Russell 2000 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.Interest payments will accrue for the initial interest periods, at a rate of 7.00% per annum and for each other interest period, at a per annum rate equal to the spread (the 30-Year ICE Swap Rate minus the 2-Year ICE Swap Rate) on the applicable Determination Date for such interest period multiplied by the multiplier, provided that the Closing Level of each Index on each Accrual Determination Date during such Interest Period is greater than or equal to its minimum index level (for each Index, 60.00% of its index level on the pricing date), and subject to the maximum interest rate of 10.00% and the minimum interest rate of o.oo%.The minimum investment allowed in this offering was $1,000.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP acted as a legal advisor to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Jul-13-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 2.39 |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Contingent Rate Contingent Interest Auto Callable due July 17, 2020 are a part of Global Medium-Term Notes, Series A and are linked to the least performing of the S&P 500 Index, the Russell 2000 Index and the SPDR S&P Biotech ETF.The offer is expected to price on July 14, 2017.The notes will be fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes will pay contingent coupon of at least 6.25% per annum, if the closing value of any underlying on any review date is greater than 60% of its initial value. On the contrary, no coupon shall be paid.Contingent coupons on the notes will be paid on January 19, 2018, July 19, 2018, January 17, 2019, July 18, 2019, January 17, 2020, and July 17, 2020.The review dates will fall on January 16, 2018, July 16, 2018, January 14, 2019, July 15, 2019, January 14, 2020 and July 14, 2020.A part of the proceeds will be used for hedging purposes.Simpson Thacher & Bartlett LLP, Sidley Austin LLP, and Davis Polk & Wardwell LLP are acting as legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Jul-10-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 3.58 |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Auto-Callable Yield Notes due October 25, 2018 are a part of the Global Medium-Term Notes, Series A and are linked to the least performing of the Russell 2000 Index, the S&P 500® Index and the EURO STOXX 50 Index.The offer is expected to price on or about July 20, 2017.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes will pay contingent coupon at the rate 6% per annum, if the closing level of each underlying Index on any review date is greater than or equal to 68.5% of their initial level. On the contrary, no coupon shall be paid.The interest on the notes will be payable monthly on August 24, 2017, September 25, 2017, October 25, 2017, November 24, 2017, December 26, 2017, January 25, 2018, February 23, 2018, March 23, 2018, April 25, 2018, May 24, 2018, June 25, 2018, July 25, 2018, August 23, 2018, September 25, 2018, and October 25, 2018.The review dates on the notes will fall on October 20, 2017, January 22, 2018, April 20, 2018, July 20, 2018, and October 22, 2018.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Jul-10-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 1.90 |
|---|---|---|---|---|---|---|

**Transaction Comments:** The 6% Unsubordinated Unsecured Trigger Autocallable Yield Notes due October 17, 2018 are a part of Global Medium-Term Notes, Series A and are linked to the least performing of the S&P 500 Index, the EURO STOXX 50 Index and the Russell 2000 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.Interest on the notes will be payable monthly on August 17, 2017, September 15, 2017, October 17, 2017, November 16, 2017, December 15, 2017, January 18, 2018, February 15, 2018, March 15, 2018, April 17, 2018, May 17, 2018, June 15, 2018, July 17, 2018, August 16, 2018, September 17, 2018 and October 17, 2018.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP acted as legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Jul-03-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase | - |
|---|---|---|---|---|---|---|

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



## JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

### JPMorgan Chase & Co. (NYSE:JPM) Transactions

| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |
|---|---|---|---|---|---|---|
| | | | | | Financial Company LLC | |

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Auto-Callable Securities due July 10, 2020 are a part of the Global Medium-Term Notes, Series A and are based on the Performance of the Common Units of The Blackstone Group L.P.The offer is expected to price on or about July 7, 2017.The notes will be fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes will pay contingent coupon at a rate 2.525% quarterly, if the closing level of each Index on any determination date is greater than or equal to 80.00% of their initial value. On the contrary, no coupon shall be paid.The interest on the notes will be payable on the third business day after the related determination date. The determination dates on the notes will fall quarterly October 9, 2017, January 8, 2018, April 9, 2018, July 9, 2018, October 8, 2018, January 7, 2019, April 8, 2019, July 8, 2019, October 7, 2019, January 7, 2020, April 7, 2020 and July 7, 2020.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Jul-03-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Auto-Callable Securities due July 12, 2018 are a part of the Global Medium-Term Notes, Series A and are based on the performance of the common stock of Biogen Inc.The offer is expected to price on or about July 07, 2017.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes will pay contingent coupon of at least 9.25% per annum, if the closing level of each Index on any determination date is greater than or equal to 80.00% of their initial value. On the contrary, no coupon shall be paid.The interest on the notes will be payable quarterly on the third business day after the related determination date. The determination dates on the notes will fall quarterly on October 09, 2017, January 08, 2018, April 09, 2018, and July 09, 2018.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.J.P. Morgan Securities LLC will pay a structuring fee payable to Morgan Stanley Wealth Management of $0.05 for each $10 stated principal amount security.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Jun-30-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 1.75 |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Uncapped Buffered Return Enhanced Notes due August 3, 2022 are a part of the Global Medium-Term Notes, Series A and are linked to the S&P 500 Index.The notes will fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Jun-30-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Capped Buffered Return Enhanced Notes due August 05, 2019 are a part of the Global Medium-Term Notes, Series A and are linked to the iShares MSCI EAFE ETF.The offer is expected to price on or about July 31, 2017.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes are principal protected to the extent of 10%.The notes are designed for investors who seek a return of two times any appreciation of the underlying, up to the maximum return, at maturity.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Jun-30-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 0.76 |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Capped Buffered Return Enhanced Notes due August 05, 2019 are a part of the Global Medium-Term Notes, Series A and are linked to the iShares MSCI Emerging Markets ETF.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes are principal protected to the extent of 10%.The notes are designed for investors who seek a return

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

| JPMorgan Chase & Co. (NYSE:JPM) Transactions | | | | | |
|---|---|---|---|---|---|
| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |

of two times any appreciation of the underlying, up to the maximum return, at maturity.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Jun-30-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 0.40 |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Capped Buffered Return Enhanced Notes due August 05, 2019 are a part of the Global Medium-Term Notes, Series A and are linked to the EURO STOXX 50 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes are principal protected to the extent of 10%.The notes are designed for investors who seek a return of two times any appreciation of the underlying, up to the maximum return, at maturity.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Jun-30-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 0.63 |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Capped Buffered Return Enhanced Notes due August 05, 2019 are a part of the Global Medium-Term Notes, Series A and are linked to the Russell 2000 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes are principal protected to the extent of 10%.The notes are designed for investors who seek a return of two times any appreciation of the underlying, up to the maximum return, at maturity.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Jun-30-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 0.38 |
|---|---|---|---|---|---|---|

**Transaction Comments:** The 6% Unsubordinated Unsecured Auto Callable Yield Notes due November 05, 2018 are a part of Global Medium-Term Notes, Series A and are linked to the lesser performing of the Russell 2000 Index and the S&P 500 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.Interest on the notes will be payable on September 6, 2017, October 5, 2017, November 3, 2017, December 5, 2017, January 5, 2018, February 5, 2018, March 5, 2018, April 5, 2018, May 3, 2018, June 5, 2018, July 6, 2018, August 3, 2018, September 6, 2018, October 4, 2018, and November 5, 2018.A part of the proceeds will be used for hedging purposes.Sidley Austin LLP acted as the legal advisor to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Jun-21-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Capped Buffered Return Enhanced Notes due July 01, 2019 are a part of Global Medium-Term Notes, Series A and are linked to the iShares MSCI EAFE ETF.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The offer is expected to price on or about June 26, 2017.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Simpson Thacher & Bartlett LLP, and Sidley Austin LLP are acting as a legal advisor to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Jun-21-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Uncapped Buffered Return Enhanced Notes due June 30, 2022 are a part of Global Medium-Term Notes, Series A and are linked to the S&P 500 Index.The notes will be fully and unconditionally guaranteed by JPMorgan Chase

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

| JPMorgan Chase & Co. (NYSE:JPM) Transactions | | | | | | |
|---|---|---|---|---|---|---|
| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |

& Co.The offer is expected to price on or about June 26, 2017.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Simpson Thacher & Bartlett LLP, and Sidley Austin LLP are acting as a legal advisor to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Jun-19-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 1.27 |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Notes due July 09, 2018 are a part of Global Medium-Term Notes, Series A and are linked to the least performing of the S&P 500 Index, the Russell 2000 Index and the EURO STOXX 50 Index.The notes will be fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes will pay contingent coupon of at least 2.5375%, if the closing level of each index is equal to or greater than 80% of its initial index level. On the contrary, no coupon shall be paid.The review dates fall quarterly on October 03, 2017, January 02, 2018, April 03, 2018, and July 03, 2018.The interest payment dates fall quarterly on October 06, 2017, January 05, 2018, April 05, 2018, and July 09, 2018.JPMorgan Chase Financial Company LLC may redeem the notes early, in whole but not in part, on any of the interest payment dates at a price for each $1,000 principal amount note equal to $1,000 plus the contingent interest payment, if any, applicable to the immediately preceding review date.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisor to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Jun-16-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 7.11 |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Auto-Callable Securities due June 26, 2020 are a part of the Medium-Term Notes, Series A and are linked to the performance of the Class A Common Stock of Twilio Inc.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes will pay contingent coupon at 3.75% quarterly, if the closing price of the underlying stock on each determination date is greater than or equal to 55% of the initial stock price. On the contrary no coupon shall be paid.The determination dates will fall on September 25, 2017, December 26, 2017, March 23, 2018, June 25, 2018, September 24, 2018, December 24, 2018, March 25, 2019, June 24, 2019, September 23, 2019, December 23, 2019, March 23, 2020 and June 23, 2020.The coupon payment dates will fall on September 28, 2017, December 29, 2017, March 28, 2018, June 28, 2018, September 27, 2018, December 28, 2018, March 28, 2019, June 27, 2019, September 26, 2019, December 27, 2019, March 26, 2020 and June 26, 2020.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Simpson Thacher & Bartlett LLP, and Sidley Austin LLP are acting as a legal advisor to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Jun-15-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 0.53 |
|---|---|---|---|---|---|---|

**Transaction Comments:** The 6.50% Unsubordinated Unsecured Auto Callable Yield Notes due September 20, 2018 are a part of Global Medium-Term Notes, Series A and are linked to the lesser performing of the S&P 500 Index and the Russell 2000 Index.The notes will be fully and unconditionally guaranteed by JPMorgan Chase & Co.Coupons on the notes will be paid on July 20, 2017, August 18, 2017, September 20, 2017, October 19, 2017, November 20, 2017, December 20, 2017, January 19, 2018, February 21, 2018, March 20, 2018, April 19, 2018, May 18, 2018, June 20, 2018, July 19, 2018, August 20, 2018, and September 20, 2018.A part of the proceeds will be used for hedging purposes.Sidley Austin LLP, is acting as legal advisor to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Jun-13-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 1.00 |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Variable Rate Unsubordinated Unsecured Review Notes due June 17, 2027 are a part of the Global Medium-Term Notes, Series A and are linked to the lesser performing of the EURO STOXX 50 Index and the Russell 2000 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.Interest on the notes will be payable on September 19, 2017, December 19, 2017, March 19, 2018, June 19, 2018, September 19, 2018, December 19, 2018, March 19, 2019 and June 19, 2019.Interest on the notes will be payable at rate of at least 8.75% per annum for two years of the term of the notes.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP is acting as a legal advisor to the guarantor with respect to the offering.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.


**S&P Capital IQ**

# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

| JPMorgan Chase & Co. (NYSE:JPM) Transactions | | | | | | |
|---|---|---|---|---|---|---|
| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| | | | | | | |
|---|---|---|---|---|---|---|
| Jun-12-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Capped Buffered Return Enchanced Notes due June 28, 2019 are a part of the Global Medium-Term Notes, Series A and are linked to the EURO STOXX 50 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| | | | | | | |
|---|---|---|---|---|---|---|
| Jun-09-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 3.85 |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Trigger Absolute Return Autocallable Notes due June 13, 2019 are a part of the Global Medium-Term Notes, Series A and are linked to the common stock of HP Inc.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The minimum investment allowed in this offering is $1,000.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| | | | | | | |
|---|---|---|---|---|---|---|
| Jun-07-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** Zero Coupon Unsubordinated Unsecured Digital Dual Directional Notes due June 13, 2018 are a part of Global Medium-Term Notes, Series A and are linked to the performance of an unequally weighted basket consists 37% initial weight of the EURO STOXX 50 Co.The notes are expected to price on or about June 7, 2017.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| | | | | | | |
|---|---|---|---|---|---|---|
| Jun-07-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 2.77 |

**Transaction Comments:** The Zero Coupon Capped Buffered Enhanced Participation Notes due September 18, 2018 are a part of Global Medium-Term Notes, Series A and are linked to the performance of an unequally weighted basket consists 37% initial weight of the EURO STOXX 50 Index, 23% initial weight of the FTSE 100 Index, 23% initial weight of the TOPIX Index, 9% initial weight of the Swiss Market Index, and 8% initial weight of the S&P/ASX 200 Index.The notes will be fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of the proceeds will be used for hedging purposes.Sidley Austin LLP, Simpson Thacher & Bartlett LLP, and Davis Polk & Wardwell LLP are acting as legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| | | | | | | |
|---|---|---|---|---|---|---|
| Jun-06-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 4.80 |

**Transaction Comments:** The Zero Coupon Capped Buffered Enhanced Participation Equity Notes due December 13, 2018 are a part of the Global Medium-Term Notes, Series A and are linked to the MSCI EAFE Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP acted as a legal advisor to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

## JPMorgan Chase & Co. (NYSE:JPM) Transactions

| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |
|---|---|---|---|---|---|---|
| Jun-06-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 14.17 |

**Transaction Comments:** Zero Coupon Capped Enhanced Participation Notes due July 18, 2018 are part of Medium-Term Notes, Series A and are linked to the performance of the U.S. dollar (USD) / Japanese yen (JPY) exchange rate.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The original issue price will be between 99.07% and 100.00% of the principal amount for notes purchased by investors in certain fee-based advisory accounts, reflecting a forgone selling commission with respect to the notes.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Jun-06-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 1.00 |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Uncapped Contingent Buffered Return Enhanced Notes due June 13, 2022 are a part of the Global Medium-Term Notes, Series A and are linked to the lesser performing of the Russell 2000 Index and the S&P 500 Index .The offer is expected to price on or about June 08, 2017.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Jun-05-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Capped GEARS due August 31, 2018 are part of Global Medium-Term Notes, Series A and are linked to the iShares MSCI Emerging Markets ETF .The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The minimum investment in this offering is $1000.Simpson Thacher & Bartlett LLP, Davis Polk & Wardwell LLP and Sidley Austin LLP are acting as the legal advisors to the guarantor with respect to the offering.A part of the proceeds will be used for hedging purposes.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Jun-01-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Accrual Notes due July 5, 2024 are a part of Global Medium-Term Notes, Series A and are linked to the least performing of the S&P 500 Index and the Russell 2000 Index .The notes are expected to be priced on or about June 27, 2017.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes will pay contingent coupon of at least 6.50% per annum, if the closing level of each Index on any determination date is greater than or equal to 80% of its initial value. On the contrary, no coupon shall be paid.The interest on the notes will be payable monthly on August 3, 2017, September 5, 2017, October 4, 2017, November 3, 2017, December 4, 2017, January 4, 2018, February 5, 2018, March 6, 2018, April 4, 2018, May 4, 2018, June 5, 2018, July 5, 2018, August 3, 2018, September 4, 2018, October 4, 2018, November 5, 2018, December 4, 2018, January 4, 2019, February 4, 2019, March 6, 2019, April 3, 2019, May 6, 2019, June 4, 2019, July 5, 2019, August 5, 2019, September 4, 2019, October 4, 2019, November 4, 2019, December 5, 2019, January 6, 2020, February 3, 2020, March 5, 2020, April 3, 2020, May 4, 2020, June 3, 2020, July 7, 2020, August 3, 2020, September 3, 2020, October 5, 2020, November 3, 2020, December 4, 2020, January 5, 2021, February 3, 2021, March 8, 2021, April 6, 2021, May 4, 2021, June 4, 2021, July 6, 2021, August 3, 2021, September 3, 2021, October 4, 2021, November 3, 2021, December 6, 2021, January 3, 2022, February 3, 2022, March 7, 2022, April 4, 2022, May 4, 2022, June 6, 2022, July 5, 2022, August 3, 2022, September 6, 2022, October 4, 2022, November 3, 2022, December 5, 2022, January 4, 2023, February 3, 2023, March 6, 2023, April 3, 2023, May 4, 2023, June 6, 2023, July 5, 2023, August 3, 2023, September 5, 2023, October 4, 2023, November 3, 2023, December 4, 2023, January 4, 2024, February 5, 2024, March 5, 2024, April 4, 2024, May 6, 2024, June 4, 2024, and July 5, 2024.The accrual determination dates will fall on July 27, 2017, August 28, 2017, September 27, 2017, October 27, 2017, November 27, 2017, December 27, 2017, January 29, 2018, February 27, 2018, March 27, 2018, April 27, 2018, May 29, 2018, June 27, 2018, July 27, 2018, August 27, 2018, September 27, 2018, October 29, 2018, November 27, 2018, December 27, 2018, January 28, 2019, February 27, 2019, March 27, 2019, April 29, 2019, May 28, 2019, June 27, 2019, July 29, 2019, August 27, 2019, September 27, 2019, October 28, 2019, November 27, 2019, December 27, 2019, January 27, 2020, February 27, 2020, March 27, 2020, April 27, 2020, May 27, 2020, June 29, 2020, July 27, 2020, August 27, 2020, September 28, 2020, October 27, 2020, November 27, 2020, December 28, 2020, January 27, 2021, February 27, 2021, March 1, 2021, March 29, 2021, April 27, 2021, May 27, 2021, June 28, 2021, July 27, 2021, August 27, 2021, September 27, 2021, October 27, 2021, November 29, 2021, December 27, 2021, January 27, 2022, February 28, 2022, March 28, 2022, April 27, 2022, May 27, 2022, June 27, 2022, July 27, 2022, August 29, 2022, September 27,

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

## JPMorgan Chase & Co. (NYSE:JPM) Transactions

| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |
|---|---|---|---|---|---|---|

2022, October 27, 2022, November 28, 2022, December 27, 2022, January 27, 2023, February 27, 2023, March 27, 2023, April 27, 2023, May 30, 2023, June 27, 2023, July 27, 2023, August 28, 2023, September 27, 2023, October 27, 2023, November 27, 2023, December 27, 2023, January 29, 2024, February 27, 2024, March 27, 2024, April 29, 2024, May 28, 2024, and June 27, 2024.JPMorgan Chase Financial Company LLC has the right to redeem the notes, in whole but not in part, at a price equal to 100% of the face amount plus any coupon then due, on each interest payment date other than the first through eleventh interest payment dates and the final interest payment date, upon five business days' prior notice.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Jun-01-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Callable Accrual Notes due July 5, 2024 are issued under Global Medium-Term Notes, Series E and are determined by reference to the closing level of the Russell 2000 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes will pay contingent coupon of at least 5.50% per annum, if the closing price of one share of the reference stock is greater than the interest barrier. On the contrary, no coupon shall be paid.Contingent coupons will be paid on August 3, 2017, September 5, 2017, October 4, 2017, November 3, 2017, December 4, 2017, January 4, 2018, February 5, 2018, March 6, 2018, April 4, 2018, May 4, 2018, June 5, 2018, July 5, 2018, August 3, 2018, September 4, 2018, October 4, 2018, November 5, 2018, December 4, 2018, January 4, 2019, February 4, 2019, March 6, 2019, April 3, 2019, May 6, 2019, June 4, 2019, July 5, 2019, August 5, 2019, September 4, 2019, October 4, 2019, November 4, 2019, December 5, 2019, January 6, 2020, February 3, 2020, March 5, 2020, April 3, 2020, May 4, 2020, June 3, 2020, July 7, 2020, August 3, 2020, September 3, 2020, October 5, 2020, November 3, 2020, December 4, 2020, January 5, 2021, February 3, 2021, March 8, 2021, April 6, 2021, May 4, 2021, June 4, 2021, July 6, 2021, August 3, 2021, September 3, 2021, October 4, 2021, November 3, 2021, December 6, 2021, January 3, 2022, February 3, 2022, March 7, 2022, April 4, 2022, May 4, 2022, June 6, 2022, July 5, 2022, August 3, 2022, September 6, 2022, October 4, 2022, November 3, 2022, December 5, 2022, January 4, 2023, February 3, 2023, March 6, 2023, April 3, 2023, May 4, 2023, June 6, 2023, July 5, 2023, August 3, 2023, September 5, 2023, October 4, 2023, November 3, 2023, December 4, 2023, January 4, 2024, February 5, 2024, March 5, 2024, April 4, 2024, May 6, 2024, June 4, 2024 and July 5, 2024.Determination dates fall on July 27, 2017, August 28, 2017, September 27, 2017, October 27, 2017, November 27, 2017, December 27, 2017, January 29, 2018, February 27, 2018, March 27, 2018, April 27, 2018, May 29, 2018, June 27, 2018, July 27, 2018, August 27, 2018, September 27, 2018, October 29, 2018, November 27, 2018, December 27, 2018, January 28, 2019, February 27, 2019, March 27, 2019, April 29, 2019, May 28, 2019, June 27, 2019, July 29, 2019, August 27, 2019, September 27, 2019, October 28, 2019, November 27, 2019, December 27, 2019, January 27, 2020, February 27, 2020, March 27, 2020, April 27, 2020, May 27, 2020, June 29, 2020, July 27, 2020, August 27, 2020, September 28, 2020, October 27, 2020, November 27, 2020, December 28, 2020, January 27, 2021, March 1, 2021, March 29, 2021, April 27, 2021, May 27, 2021, June 28, 2021, July 27, 2021, August 27, 2021, September 27, 2021, October 27, 2021, November 29, 2021, December 27, 2021, January 27, 2022, February 28, 2022, March 28, 2022, April 27, 2022, May 27, 2022, June 27, 2022, July 27, 2022, August 29, 2022, September 27, 2022, October 27, 2022, November 28, 2022, December 27, 2022, January 27, 2023, February 27, 2023, March 27, 2023, April 27, 2023, May 30, 2023, June 27, 2023, July 27, 2023, August 28, 2023, September 27, 2023, October 27, 2023, November 27, 2023, December 27, 2023, January 29, 2024, February 27, 2024, March 27, 2024, April 29, 2024, May 28, 2024 and June 27, 2024.A part of the proceeds will be used for hedging purposes.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| May-31-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 2.87 |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Auto Callable Notes due July 6, 2020 are a part of the Global Medium-Term Notes, Series A and are linked to the Russell 2000 Index and the S&P 500 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes will pay contingent coupon of 6.75% annum, if the closing level of each Index on any determination date is greater than or equal to 70% of their initial value. On the contrary, no coupon shall be paid.The interest on the notes will be payable on October 5, 2017, January 5, 2018, April 5, 2018, July 6, 2018, October 4, 2018, January 4, 2019, April 4, 2019, July 5, 2019, October 3, 2019, January 3, 2020, April 2, 2020, and July 6, 2020.The review dates on the notes will fall on October 2, 2017, January 2, 2018, April 2, 2018, July 2, 2018, October 1, 2018, December 31, 2018, April 1, 2019, July 1, 2019, September 30, 2019, December 30, 2019, March 30, 2020, and June 30, 2020.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| May-31-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company | 6.76 |
|---|---|---|---|---|---|---|

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



## JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

| JPMorgan Chase & Co. (NYSE:JPM) Transactions | | | | | | |
|---|---|---|---|---|---|---|
| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |
| | | | | | LLC | |

**Transaction Comments:** Contingent Coupon Unsubordinated Unsecured Trigger Autocallable Yield Notes due June 5, 2020 are part of Series A Medium-Term Notes. The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co. The notes are linked to the lesser performing of the MSCI EAFE Index and the Russell 2000 Index.The minimum Contingent Coupon Rate will be 7.00% per annum.If the closing level of each Underlying on a quarterly Observation Date is equal to or greater than its Coupon Barrier, the company will pay Contingent Coupon. Otherwise, no contingent coupon will be made.The contingent coupon payment dates are September 6, 2017, December 5, 2017, March 5, 2018, June 5, 2018, September 6, 2018, December 5, 2018, March 5, 2019, June 5, 2019, September 5, 2019, December 4, 2019, March 4, 2020 and June 5, 2020.A part of proceeds will be used for hedging purposes.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| May-31-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Fixed Rate Unsubordinated Unsecured Yield Notes due July 6, 2018 are a part of the Global Medium-Term Notes, Series A and are linked to lesser performing of the S&P 500 Index, the Russell 2000 Index, and the EURO STOXX 50 Index.The offer is expected to price on or about June 30, 2017The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes will pay between 5.50% and 7.50% per annum over the term of the notes.The interest on the notes will be payable on August 3, 2017, September 5, 2017, October 5, 2017, November 2, 2017, December 5, 2017, January 5, 2018, February 2, 2018, March 5, 2018, April 5, 2018, May 3, 2018, June 4, 2018 and July 6, 2018.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| May-31-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 0.33 |
|---|---|---|---|---|---|---|

**Transaction Comments:** The 6% Unsubordinated Unsecured Auto Callable Yield Notes due October 4, 2018 are a part of Global Medium-Term Notes, Series A and are linked to the lesser performing of the S&P 500 Index and the Russell 2000 Index.The notes will be fully and unconditionally guaranteed by JPMorgan Chase & Co.Coupons on the notes will be paid on August 3, 2017, September 5, 2017, October 5, 2017, November 2, 2017, December 5, 2017, January 5, 2018, February 2, 2018, March 5, 2018, April 5, 2018, May 3, 2018, June 4, 2018, July 6, 2018, August 2, 2018, September 5, 2018, and October 4, 2018.A part of the proceeds will be used for hedging purposes.Sidley Austin LLP acted as a legal advisor to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| May-31-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 6.12 |
|---|---|---|---|---|---|---|

**Transaction Comments:** The 6.25% Unsubordinated Unsecured Auto Callable Yield Notes due October 04, 2018 are a part of the Global Medium-Term Notes, Series A and are linked to the S&P 500 Index and the Russell 2000 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The interest on the notes will be payable on month on August 03, 2017, September 05, 2017, October 05, 2017, November 02, 2017, December 05, 2017, January 05, 2018, February 02, 2018, March 05, 2018, April 05, 2018, May 03, 2018, June 04, 2018, July 06, 2018, August 02, 2018, September 05, 2018 and October 04, 2018.A part of the proceeds will be used for hedging purposes.Sidley Austin LLP acted as a legal advisor to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| May-31-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 5.37 |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Auto Callable Notes due October 04, 2018 are a part of Global Medium-Term Notes, Series A and are linked to the lesser performing of the Russell 2000 Index and the S&P 500 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes will pay contingent coupon of 7.25% per annum, if the closing level of each index on any review date is greater than 70% its initial value. On the contrary, no coupon shall be paid.Contingent coupons on the notes will be paid on October 5, 2017, January 5, 2018, April 5, 2018, July 6, 2018, and October 4, 2018.The review dates will fall on October 2, 2017, January 2, 2018, April 2,

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

| JPMorgan Chase & Co. (NYSE:JPM) Transactions | | | | | | |
|---|---|---|---|---|---|---|
| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |

2018, July 2, 2018, and October 1, 2018.A part of the proceeds will be used for hedging purposes.Sidley Austin LLP, Simpson Thacher & Bartlett LLP, and Davis Polk & Wardwell LLP are acting as legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| May-31-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Auto Callable Notes due July 1, 2027 are a part of the Global Medium-Term Notes, Series A and are linked to the Russell 2000 Index and the EURO STOXX 50 Index.The offer is expected to price on or about June 27, 2017.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes will pay contingent coupon between 7% and 9% annum, if the closing level of each Index on any determination date is greater than or equal to 70% of their initial value. On the contrary, no coupon shall be paid.The interest on the notes will be payable on October 2, 2017, January 2, 2018, April 2, 2018, July 2, 2018, October 2, 2018, January 2, 2019, April 1, 2019, July 2, 2019, October 2, 2019, January 2, 2020, April 1, 2020, July 2, 2020, October 1, 2020, December 31, 2020, April 1, 2021, July 1, 2021, September 30, 2021, December 30, 2021, March 31, 2022, June 30, 2022, September 30, 2022, December 30, 2022, March 30, 2023, June 30, 2023, October 2, 2023, January 2, 2024, April 2, 2024, July 2, 2024, October 2, 2024, January 2, 2025, April 1, 2025, July 2, 2025, October 2, 2025, January 2, 2026, April 1, 2026, July 2, 2026, October 1, 2026, December 31, 2026, April 2, 2027, and July 1, 2027.The review dates on the notes will fall on September 27, 2017, December 27, 2017, March 27, 2018, June 27, 2018, September 27, 2018, December 27, 2018, March 27, 2019, June 27, 2019, September 27, 2019, December 27, 2019, March 27, 2020, June 29, 2020, September 28, 2020, December 28, 2020, March 29, 2021, June 28, 2021, September 27, 2021, December 27, 2021, March 28, 2022, June 27, 2022, September 27, 2022, December 27, 2022, March 27, 2023, June 27, 2023, September 27, 2023, December 27, 2023, March 27, 2024, June 27, 2024, September 27, 2024, December 27, 2024, March 27, 2025, June 27, 2025, September 29, 2025, December 29, 2025, March 27, 2026, June 29, 2026, September 28, 2026, December 28, 2026, March 30, 2027, and June 28, 2027.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| May-30-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Uncapped Dual Directional Notes due July 06, 2022 are a part of the Global Medium-Term Notes, Series A and are linked to the S&P 500 Index.The offer is expected to price on or about June 30, 2017.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| May-30-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Uncapped Contingent Buffered Equity Notes due July 06, 2021 are a part of the Global Medium-Term Notes, Series A and are linked to the S&P 500 Index.The offer is expected to price on or about June 30, 2017.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| May-30-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 1.84 |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Capped Dual Directional Contingent Buffered Return Enhanced Notes due July 6, 2020 are a part of Global Medium-Term Notes, Series A and are linked to the lesser performing of the Russell 2000 Index and the S&P 500 Index.The offer is expected to price on June 30, 2017.The notes will be fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of the proceeds will be used for hedging purposes.Sidley Austin LLP, Simpson Thacher & Bartlett LLP, and Davis Polk & Wardwell LLP are acting as legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors:** -

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



## JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

| JPMorgan Chase & Co. (NYSE:JPM) Transactions | | | | | | |
|---|---|---|---|---|---|---|
| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |

**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers: -**

| May-30-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 1.07 |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Digital Notes due August 03, 2018 are a part of the Global Medium-Term Notes, Series A and are linked to the lesser performing of the EURO STOXX 50 Index and the Russell 2000 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors: -**
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers: -**

| May-30-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 1.25 |

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Auto Callable Notes due June 07, 2027 are a part of the Global Medium-Term Notes, Series A and are linked to the Russell 2000 Index and the EURO STOXX 50 Index.The notes will pay contingent coupon of at least 7% per annum, if the closing level of each Index on any review date is greater than or equal to 60% of their initial value. On the contrary, no coupon shall be paid.The interest on the notes will be payable on September 8, 2017, December 7, 2017, March 7, 2018, June 7, 2018, September 7, 2018, December 6, 2018, March 7, 2019, June 6, 2019, September 6, 2019, December 5, 2019, March 5, 2020, June 5, 2020, September 8, 2020, December 7, 2020, March 5, 2021, June 7, 2021, September 8, 2021, December 7, 2021, March 7, 2022, June 7, 2022, September 8, 2022, December 7, 2022, March 7, 2023, June 7, 2023, September 8, 2023, December 7, 2023, March 7, 2024, June 6, 2024, September 6, 2024, December 5, 2024, March 5, 2025, September 5, 2025, December 5, 2025, March 5, 2026, June 5, 2026, September 8, 2026, December 7, 2026, March 5, 2027 and September 19, 2018.The review dates on the notes will fall on September 5, 2017, December 4, 2017, March 2, 2018, June 4, 2018, September 4, 2018, December 3, 2018, March 4, 2019, June 3, 2019, September 3, 2019, December 2, 2019, March 2, 2020, June 2, 2020, September 2, 2020, December 2, 2020, March 2, 2021, June 2, 2021, September 2, 2021, December 2, 2021, March 2, 2022, June 2, 2022, September 2, 2022, December 2, 2022, March 2, 2023, June 2, 2023, September 5, 2023, December 4, 2023, March 4, 2024, June 3, 2024, September 3, 2024, December 2, 2024, March 3, 2025, June 2, 2025, September 2, 2025, December 2, 2025, March 2, 2026, June 2, 2026, September 2, 2026, December 2, 2026, March 2, 2027, and June 2, 2027.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP acted as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors: -**
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers: -**

| May-26-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Capped Buffered Return Enhanced Notes due June 30, 2020 are a part of the Global Medium-Term Notes, Series A and are linked to the S&P 500 Index and the Russell 2000 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes are designed for investors who seek a return of 1.1 times any appreciation of the iShares MSCI Emerging Markets ETF up to a maximum return of 30% at maturity.The notes are principal protected to the extent of 20%.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Simpson Thacher & Bartlett LLP, and Sidley Austin LLP are acting as legal advisor to the guarantor with respect to this offering.

**Buyer/Other Investors: -**
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers: -**

| May-22-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 0.70 |

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Auto Callable Notes due December 06, 2018 are a part of Global Medium-Term Notes, Series A and are linked to the least performing of the S&P 500 Index and the Russell 2000 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes will pay contingent coupon of at least 6.35% per annum, if the closing level of either index on any review date is greater than 70% its initial value. On the contrary, no coupon shall be paid.Contingent coupons on the notes will be paid September 08, 2017, December 07, 2017, March 07, 2018, June 07, 2018, September 07, 2018, and December 06, 2018.The review dates on the notes will fall on September 05, 2017, December 04, 2017, March 02, 2018, June 04, 2018, September 04, 2018, and December 03, 2018.A part of the proceeds will be used for hedging purposes.Sidley Austin LLP, Simpson Thacher & Bartlett LLP, and Davis Polk & Wardwell LLP are acting as legal advisors to the guarantor with respect to this offering.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



**S&P Capital IQ**

# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

| JPMorgan Chase & Co. (NYSE:JPM) Transactions | | | | | | |
|---|---|---|---|---|---|---|
| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| May-19-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | - |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Fixed to Floating Rate Unsubordinated Unsecured Notes due May 31, 2023 are a part of Global Medium-Term Notes, Series E and are linked to 3-Month USD LIBOR.Interest on the notes will be payable in arrears on the last day of each February, May, August and November, commencing on August 31, 2017A part of the proceeds will be used for hedging purposes.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers:** -

| May-19-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 6.34 |
|---|---|---|---|---|---|---|

**Transaction Comments:** The 6% Unsubordinated Unsecured Auto Callable Yield Notes due September 13, 2018 are a part of Global Medium-Term Notes, Series A and are linked to the least performing of the S&P 500 Index, the Russell 2000 Index and the EURO STOXX 50 Index.The offer is expected to price on June 8, 2017.Coupons on the notes will be paid on July 13, 2017, August 11, 2017, September 13, 2017, October 12, 2017, November 13, 2017, December 13, 2017, January 11, 2018, February 13, 2018, March 13, 2018, April 12, 2018, May 11, 2018, June 13, 2018, July 12, 2018, August 13, 2018, and September 13, 2018.A part of the proceeds will be used for hedging purposes.Sidley Austin LLP, Simpson Thacher & Bartlett LLP, and Davis Polk & Wardwell LLP are acting as legal advisors to guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| May-18-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 10.20 |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Auto-Callable Securities due May 24, 2022 are a part of Global Medium-Term Notes, Series A and are based on the worse performing of the S&P 500 Index and the Russell 2000 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of the proceeds will be used for hedging purposes.Simpson Thacher & Bartlett LLP, Sidley Austin LLP, and Davis Polk & Wardwell LLP are acting as legal advisors to the guarantor with respect to this offering.A structuring fee payable to Morgan Stanley Wealth Management by the agent or its affiliates of $2.50 for each $1,000 stated principal amount security

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| May-18-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Trigger Performance Leveraged Upside Securities due June 3, 2020 are a part of Global Medium-Term Notes, Series A and are linked to the performance of a basket consists of S&P 500 Index, EURO STOXX 50 Index, and TOPIX Index.The offer is expected to price on May 31, 2017.The securities will be fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of the proceeds will be used for hedging purposes.Simpson Thacher & Bartlett LLP, Sidley Austin LLP, and Davis Polk & Wardwell LLP are acting as legal advisors to the guarantor with respect to this offering.J.P. Morgan Securities LLC or its affiliates will pay a structuring fee of $0.05 for each $10 stated principal amount security to Morgan Stanley Wealth Management.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| May-09-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 65.00 |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Floating Rate Unsubordinated Unsecured Notes due May 20, 2052 are a part of Global Medium-Term Notes, Series A.Interest on the notes will be payable quarterly in arrears on the 22nd day of each February, May, August and November each year, commencing on August 22, 2017.The minimum interest rate will be 0% per annum.A part of the proceeds will be used for hedging purposes.Sidley Austin LLP acted as the legal advisor to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

| JPMorgan Chase & Co. (NYSE:JPM) Transactions | | | | | | |
|---|---|---|---|---|---|---|
| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |
| Sellers: - | | | | | | |
| May-08-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 10.25 |

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Income Securities due May 14, 2020 are a part of Global Medium-Term Notes, Series A and are based on the worst performing of the EURO STOXX 50 Index, the S&P 500 Index and the Russell 2000 Index.The securities are fully and unconditionally guaranteed by JPMorgan Chase & Co.The securities are expected to price on or about May 10, 2017.The securities will pay contingent coupon of 8.75% per annum, if the closing price of each of the underlying equity is equal to or greater than 75% of the initial value on determination dates. On the contrary no coupon shall be paid.The determination dates fall quarterly on August 10, 2017, November 10, 2017, February 12, 2018, May 10, 2018, August 10, 2018, November 12, 2018, February 11, 2019, May 10, 2019, August 12, 2019, November 11, 2019, February 10, 2020 and May 11, 2020.The interest payment dates fall quarterly on August 15, 2017, November 15, 2017, February 15, 2018, May 15, 2018, August 15, 2018, November 15, 2018, February 14, 2019, May 15, 2019, August 15, 2019, November 14, 2019, February 13, 2020, and May 14, 2020.JPMorgan Chase Financial Company LLC may redeem the securities early, in whole but not in part, on any of the contingent payment dates.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Simpson Thacher & Bartlett LLP, and Sidley Austin LLP acted as a legal advisor to the guarantor with respect to this offering.The company will pay a structuring fee of $5.00 to Morgan Stanley Wealth Management.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**

| Sellers: - | | | | | | |
|---|---|---|---|---|---|---|
| May-05-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 34.82 |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Capped Enhanced Participation Notes due November 15, 2018 are a part of the Global Medium-Term Notes, Series A and are linked to an unequally weighted basket consisting of the EURO STOXX 50 Index (37.00% initial weight), the FTSE 100 Index (23.00% initial weight), the TOPIX Index (23.00% initial weight), the Swiss Market Index (9.00% initial weight) and the S&P/ASX 200 Index (8.00% initial weight).The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.The original issue price will be between 98.67% and 100% of the principal amount for notes purchased by investors in certain fee-based advisory accounts, reflecting a forgone selling commission with respect to these notes.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**

| Sellers: - | | | | | | |
|---|---|---|---|---|---|---|
| May-01-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 2.86 |

**Transaction Comments:** The 6.25% Unsubordinated Unsecured Auto Callable Yield Notes due September 06, 2018 are a part of the Global Medium-Term Notes, Series A and are linked to lesser performing of the S&P 500 Index and the Russell 2000 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The interest on the notes will be payable monthly on July 6, 2017, August 3, 2017, September 6, 2017, October 5, 2017, November 3, 2017, December 5, 2017, January 5, 2018, February 5, 2018, March 5, 2018, April 5, 2018, May 3, 2018, June 5, 2018, July 6, 2018, August 3, 2018, and September 06, 2018.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**

| Sellers: - | | | | | | |
|---|---|---|---|---|---|---|
| May-01-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 2.95 |

**Transaction Comments:** The 6% Unsubordinated Unsecured Auto Callable Yield Notes due August 16, 2018 are a part of Global Medium-Term Notes, Series A and are linked to the lesser performing of the S&P 500 Index and the Russell 2000 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes will pay interest on June 15, 2017, July 17, 2017, August 17, 2017, September 15, 2017, October 17, 2017, November 16, 2017, December 15, 2017, January 18, 2018, February 15, 2018, March 15, 2018, April 17, 2018, May 17, 2018, June 15, 2018, July 17, 2018, and August 16, 2018.A part of the proceeds will be used for hedging purposes.Sidley Austin LLP acted as a legal advisor to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers: -**

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

| JPMorgan Chase & Co. (NYSE:JPM) Transactions | | | | | | |
|---|---|---|---|---|---|---|
| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |
| May-01-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 0.49 |

**Transaction Comments:** The 6% Unsubordinated Unsecured Auto Callable Yield Notes due September 06, 2018 are a part of Global Medium-Term Notes, Series A and are linked to the lesser performing of the S&P 500 Index and the Russell 2000 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The interest payment dates fall quarterly on July 06, 2017, August 03, 2017, September 06, 2017, October 05, 2017, November 03, 2017, December 05, 2017, January 05, 2018, February 05, 2018, March 05, 2018, April 05, 2018, May 03, 2018, June 05, 2018, July 06, 2018, August 03, 2018 , and September 06, 2018.The review dates fall quarterly on November 30, 2017, February 28, 2018, May 31, 2018, and August 31, 2018.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP acted as legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Apr-28-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Auto Callable Notes due August 30, 2018 are a part of the Global Medium-Term Notes, Series A and are linked to lesser performing of the S&P 500 Index and the Russell 2000 Index.The offer is expected to price on or about May 25, 2017.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes will pay contingent coupon between 5% and 7% per annum, if the closing level of each Index on any review date is greater than or equal to 70% of their initial value. On the contrary, no coupon shall be paid. The interest on the notes will be payable on August 30, 2017, November 30, 2017, March 1, 2018, May 31, 2018, and August 30, 2018.The review dates on the notes will fall on August 25, 2017, November 27, 2017, February 26, 2018, May 25, 2018, and August 27, 2018.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Apr-28-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 3.15 |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Auto Callable Notes due June 04, 2020 are a part of the Global Medium-Term Notes, Series A and are linked to lesser performing of the S&P 500 Index and the Russell 2000 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes will pay contingent coupon of 6.75% per annum, if the closing level of each Index on any review date is greater than or equal to 70% of their initial value. On the contrary, no coupon shall be paid.The interest on the notes will be payable on September 06, 2017, December 05, 2017, March 05, 2018, June 05, 2018, September 06, 2018, December 05, 2018, March 05, 2019, June 05, 2019, September 06, 2019, December 05, 2019, March 05, 2020, and June 04, 2020.The review dates on the notes will fall on August 31, 2017, November 30, 2017, February 28, 2018, May 31, 2018, August 31, 2018, November 30, 2018, February 28, 2019, May 31, 2019, September 03, 2019, December 02, 2019, March 02, 2020 and June 01, 2020.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Apr-28-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Auto Callable Notes due August 16, 2018 are a part of Global Medium-Term Notes, Series A and are linked to lesser performing of the Russell 2000 Index and the S&P 500 Index.The offer is expected to price on or about May 12, 2017.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes will pay contingent coupon between 5% and 7% per annum, if the closing level of each Index on any review date is greater than or equal to 70% of their initial value. On the contrary, no coupon shall be paid.The interest on the notes will be payable on August 17, 2017, November 16, 2017, February 15, 2018, May 17, 2018, and August 16, 2018.The review dates on the notes will fall on August 14, 2017, November 13, 2017, February 12, 2018, May 14, 2018, and August 13, 2018.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



## JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

### JPMorgan Chase & Co. (NYSE:JPM) Transactions

| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |
|---|---|---|---|---|---|---|
| Apr-28-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 4.42 |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Performance Leveraged Upside Securities due August 13, 2018 are a part of the Global Medium-Term Notes, Series A and are linked to the TOPIX Index.The securities are fully and unconditionally guaranteed by JPMorgan Chase & Co.The minimum investment allowed in this offering is $1,000. Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.A structuring fee will be payable to Morgan Stanley Wealth Management by the agent or its affiliates of $0.05 for each $10 stated principal amount of security.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Apr-26-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Step-Up Auto Callable Notes due May 31, 2024 are a part of the Global Medium-Term Notes, Series A and are linked to the lesser performing of the S&P 500 Index and the Russell 2000 Index.The offer is expected to price on or about May 25, 2017.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Simpson Thacher & Bartlett LLP, and Sidley Austin LLP are acting as legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Apr-19-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

**Transaction Comments:** The 4.85% Unsubordinated Unsecured Trigger Income Securities due October 26, 2017 are a part of Medium-Term Notes, Series A and are based on the 10-Year Euro ICE Swap Rate due October 26, 2017.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The offer is expected to price on or about April 21, 2017.The coupon dates will fall on May 26, 2017, June 26, 2017, July 26, 2017, August 29, 2017, September 26, 2017 and the maturity date.A part of the proceeds will be used for hedging purposes.Simpson Thacher & Bartlett LLP, Davis Polk & Wardwell LLP, and Sidley Austin LLP are acting as legal advisors to the company with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Apr-18-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 1.00 |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Notes due April 30, 2019 are a part of the Global Medium-Term Notes, Series A and are linked to the lesser performing of the S&P 500 Index, the Russell 2000 Index and the EURO STOXX 50 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes will pay contingent coupon equal to at least 11.5% per annum, if the closing level of each reference stock on any review date is greater than or equal to 75% of their initial value. On the contrary, no coupon shall be paid.The notes are redeemable at the option of JPMorgan Chase Financial Company LLC, in whole but not in part, on any of the Interest Payment Dates (other than the final Interest Payment Date) at a price, for each $1,000 principal amount note, equal to (a) $1,000 plus (b) the Contingent Interest Payment, if any, applicable to the Quarterly Monitoring Period ending on the applicable Review Date.The interest on the notes will be payable quarterly on July 26, 2017, October 26, 2017, January 26, 2018, April 26, 2018, July 26, 2018, October 26, 2018, January 29, 2019 and the April 30, 2019.The review dates are July 19, 2017, October 19, 2017, January 19, 2018, April 19, 2018, July 19, 2018, October 19, 2018, January 22, 2019 and April 23, 2019 (final Review Date).A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Apr-18-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Notes due May 12, 2021 are a part of Global Medium-Term Notes, Series A and are linked to the Lesser Performing of the SPDR S&P Biotech ETF and the SPDR S&P Oil & Gas Exploration & Production ETF.The notes are fully and unconditionally guaranteed by The JPMorgan Chase & Co.The notes will pay at least contingent coupon of 10% per annum, if the closing

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

| JPMorgan Chase & Co. (NYSE:JPM) Transactions | | | | | | |
|---|---|---|---|---|---|---|
| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |

price of one share of each reference stock on the interest review date related to that later interest payment date is greater than or equal to 55% of its initial value. On the contrary, no coupon shall be paid.November 13, 2017, May 14, 2018, November 13, 2018, May 13, 2019, November 13, 2019, May 12, 2020, November 13, 2020 and May 12, 2021.The review dates on the notes will fall on November 6, 2017, May 7, 2018, November 5, 2018, May 6, 2019, November 5, 2019, May 5, 2020, November 5, 2020 and May 5, 2021.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP acted as a legal advisor to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Apr-18-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Digital Digital Dual Directional Contingent Buffered Notes due July 25, 2018 are a part of the Global Medium-Term Notes, Series A and are linked to the Russell 2000 Index.The offer is expected to price on or about April 21, 2017.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Apr-17-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Review Notes due April 29, 2021 are a part of the Global Medium-Term Notes, Series A and are linked to the lesser performing of the S&P 500 Index and the Russell 2000 Index.The offer is expected to price on or about April 26, 2017.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Apr-13-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 1.00 |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Capped Buffered Return Enhanced Notes due October 22, 2018 are a part of the Global Medium-Term Notes, Series A and are linked to the S&P 500 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes are principal protected to the extent of 10%.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP acted as a legal advisor to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Apr-11-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 1.00 |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Auto-Callable Notes due April 16, 2020 are a part of Global Medium-Term Notes, Series A and are based on the least performing of the S&P 500 Index, Russell 2000 Index, and NASDAQ-100 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes will pay contingent coupon of at least 4.5% per annum, if the closing price of the underlying equity is equal to or greater than 65% of initial value on review dates. On the contrary no coupon shall be paid.The review dates fall monthly on May 11, 2017, June 12, 2017, July 11, 2017, August 11, 2017, September 11, 2017, October 11, 2017, November 13, 2017, December 11, 2017, January 11, 2018, February 12, 2018, April 11, 2018, May 11, 2018, June 11, 2018, July 11, 2018, August 13, 2018, September 11, 2018, October 11, 2018, November 13, 2018, December 11, 2018, January 11, 2019, February 11, 2019, March 11, 2019, April 11, 2019, May 13, 2019, June 11, 2019, July 11, 2019, August 12, 2019, September 11, 2019, October 11, 2019, November 12, 2019, December 11, 2019, January 13, 2020, February 11, 2020, March 11, 2020, and April 13, 2020.The coupon payment dates fall monthly on May 16, 2017, June 15, 2017, July 14, 2017, August 16, 2017, September 14, 2017, October 16, 2017, November 16, 2017, December 14, 2017, January 17, 2018, February 15, 2018, March 15, 2018, April 16, 2018, May 16, 2018, June 14, 2018, July 16, 2018, August 16, 2018, September 14, 2018, October 16, 2018, November 16, 2018, December 14, 2018, January 16, 2019, February 14, 2019, March 14, 2019, April 16, 2019, May 16, 2019, June 14, 2019, July 16, 2019, August 15, 2019, September 16, 2019, October 17, 2019, November 15, 2019, December 16, 2019, January 16, 2020, February 14, 2020, March 16, 2020, and April 16, 2020.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Simpson Thacher & Bartlett

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

## JPMorgan Chase & Co. (NYSE:JPM) Transactions

| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |
|---|---|---|---|---|---|---|
| | | | | | | |

LLP, and Sidley Austin LLP are acting as the legal advisor to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Apr-10-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 3.25 |

**Transaction Comments:** The Contingent Coupon Unsubordinated Unsecured Auto-Callable Notes due April 29, 2027 are a part of Global Medium-Term Notes, Series A and are linked to the lesser performing of the Russell 2000 Index and the EURO STOXX 50 Index.The notes will be fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes will pay contingent coupon of 8% per annum, if the closing price of each of the underlying equity is equal to or greater than 70% of initial value on review dates. On the contrary no coupon shall be paid.The review dates fall quarterly on July 26, 2017, October 26, 2017, January 26, 2018, April 26, 2018, July 26, 2018, October 26, 2018, January 28, 2019, April 26, 2019, July 26, 2019, October 28, 2019, January 27, 2020, April 27, 2020, July 27, 2020, October 26, 2020, January 26, 2021, April 26, 2021, July 26, 2021, October 26, 2021, January 26, 2022, April 26, 2022, July 26, 2022, October 26, 2022, January 26, 2023, April 26, 2023, July 26, 2023, October 26, 2023, January 26, 2024, April 26, 2024, July 26, 2024, October 28, 2024, January 27, 2025, April 28, 2025, July 28, 2025, October 27, 2025, January 26, 2026, April 27, 2026, July 27, 2026, October 26, 2026, January 26, 2027 and April 26, 2027.The coupon payment dates fall quarterly on July 31, 2017, October 31, 2017, January 31, 2018, May 1, 2018, July 31, 2018, October 31, 2018, January 31, 2019, May 1, 2019, July 31, 2019, October 31, 2019, January 30, 2020, April 30, 2020, July 30, 2020, October 29, 2020, January 29, 2021, April 29, 2021, July 29, 2021, October 29, 2021, January 31, 2022, April 29, 2022, July 29, 2022, October 31, 2022, January 31, 2023, May 1, 2023, July 31, 2023, October 31, 2023, January 31, 2024, May 1, 2024, July 31, 2024, October 31, 2024, January 30, 2025, May 1, 2025, July 31, 2025, October 30, 2025, January 29, 2026, April 30, 2026, July 30, 2026, October 29, 2026, January 29, 2027, and April 29, 2027.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP acted as a legal advisor to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Apr-10-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 1.00 |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Digital Knock-Out Notes due May 4, 2018 are a part of the Global Medium-Term Notes, Series A and are linked to the VanEck Vectors Oil Services ETF.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Simpson Thacher & Bartlett LLP, and Sidley Austin LLP are acting as legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Apr-06-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 1.28 |

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Auto Callable Notes due April 15, 2027 are a part of the Global Medium-Term Notes, Series A and are linked to the EURO STOXX 50 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes will pay contingent interest at a rate of 10.75% per annum, if the closing price of the underlying index is equal to or greater than 85.00% of the Initial Value on any review date. If a coupon barrier event occurs, no contingent coupon will be paid for the corresponding contingent coupon period.The interest on the notes will be payable semi-annually on October 16, 2017, April 16, 2018, October 16, 2018, April 16, 2019, October 17, 2019, April 17, 2020, October 15, 2020, April 15, 2021, October 14, 2021, April 14, 2022, October 14, 2022, April 14, 2023, October 16, 2023, April 16, 2024, October 17, 2024, April 16, 2025, October 16, 2025, April 16, 2026, October 15, 2026, and April 15, 2027.The review date on the notes will fall semi-annually on October 11, 2017, April 11, 2018, October 11, 2018, April 11, 2019, October 11, 2019, April 14, 2020, October 12, 2020, April 12, 2021, October 11, 2021, April 11, 2022, October 11, 2022, April 11, 2023, October 11, 2023, April 11, 2024, October 11, 2024, April 11, 2025, October 13, 2025, April 13, 2026, October 12, 2026, and April 12, 2027.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Apr-06-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 1.12 |

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Notes due April 12, 2018 are a part of the Global Medium-Term Notes, Series A and are linked to least performing of the S&P 500 Index, the Russell 2000 Index, and the EURO STOXX 50 Index due April 12, 2018.The

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



**S&P Capital IQ**

## JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

### JPMorgan Chase & Co. (NYSE:JPM) Transactions

| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |
|---|---|---|---|---|---|---|

notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes will pay contingent interest at a rate of 8.00% per annum, if the closing price of the underlying index is equal to or greater than 67.50% of the initial value on any review date. If a coupon barrier event occurs, no contingent coupon will be paid for the corresponding contingent coupon period.The interest on the notes will be payable quarterly on July 12, 2017, October 12, 2017, January 11, 2018, and April 12, 2018.The review date on the notes will fall quarterly on July 07, 2017, October 09, 2017, January 08, 2018 and April 09, 2018.JPMorgan Chase Financial Company LLC may redeem the notes, in whole but not in part, at a redemption price of 100% of the principal amount note, plus the contingent interest payment, immediately preceding review date.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Apr-04-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Trigger Growth Enhanced Asset Return Securities due April 30, 2020 are a part of Global Medium-Term Notes, Series A and are linked to the EURO STOXX 50 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The minimum investment allowed in this offering is $1,000.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Apr-03-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Capped Buffered Return Enhanced Notes due October 31, 2019 are a part of the Global Medium-Term Notes, Series A and are linked to the S&P 500 Index.The offer is expected to price on or about April 25, 2017.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes are principal protected to the extent of 10%.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Apr-03-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Auto Callable Notes due April 21, 2020 are a part of the Global Medium-Term Notes, Series A and are linked to lesser performing of the S&P 500 Index.The offer is expected to price on or about April 17, 2017.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes will pay contingent coupon at a rate between 6% and 8% per annum, if the closing level of each Index on any review date is greater than or equal to 60% of their initial value. On the contrary, no coupon shall be paid.The interest on the notes will be payable quarterly on July 20, 2017, October 20, 2017, January 22, 2018, April 20, 2018, July 20, 2018, October 22, 2018, January 22, 2019, April 22, 2019, July 22, 2019, October 22, 2019, January 21, 2020, and April 21, 2020.The review dates on the notes will fall quarterly July 17, 2017, October 17, 2017, January 17, 2018, April 17, 2018, July 17, 2018, October 17, 2018, January 16, 2019, April 16, 2019, July 17, 2019, October 17, 2019, January 15, 2020, and April 16, 2020.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Apr-03-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Uncapped Buffered Return Enhanced Notes due May 05, 2021 are a part of the Global Medium-Term Notes, Series A and are linked to the S&P 500 Index.The offer is expected to price on or about April 28, 2017.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes are principal protected to the extent of 15%.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP acted as a legal advisor to the guarantor with respect to the offering.

**Buyer/Other Investors:** -

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

| JPMorgan Chase & Co. (NYSE:JPM) Transactions | | | | | | |
|---|---|---|---|---|---|---|
| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |

**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers: -**

| Mar-31-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 3.65 |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Step Down Trigger Autocallable Notes due April 08, 2020 are a part of the Global Medium-Term Notes, Series A and are linked to the least performing of the Russell 2000 Index, the S&P 500 Index, and the EURO STOXX 50 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors: -**
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers: -**

| Mar-31-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 1.78 |

**Transaction Comments:** The 7% Unsubordinated Unsecured Auto Callable Yield Notes due July 18, 2018 are a part of the Global Medium-Term Notes, Series A and are linked to lesser performing of the S&P 500 Index and the Russell 2000 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.Coupon on the notes will be payable monthly on May 18, 2017, June 16, 2017, July 18, 2017, August 17, 2017, September 18, 2017, October 18, 2017, November 16, 2017, December 18, 2017, January 19, 2018, February 16, 2018, March 16, 2018, April 18, 2018, May 17, 2018, June 18, 2018, and July 18, 2018.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP acted as legal advisor to the guarantor with respect to the offering.

**Buyer/Other Investors: -**
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers: -**

| Mar-31-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 0.59 |

**Transaction Comments:** The 5% Unsubordinated Unsecured Yield Notes due May 03, 2018 are a part of the Global Medium-Term Notes, Series A and are linked to lesser performing of the S&P 500 Index and the Russell 2000 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes will pay a fixed coupon at the rate of 5% per annum.The interest on the notes will be payable monthly on June 2, 2017, July 3, 2017, August 2, 2017, August 31, 2017, October 3, 2017, November 2, 2017, December 1, 2017, January 3, 2018, February 1, 2018, March 5, 2018, April 3, 2018, and May 3, 2018.A part of the proceeds will be used for hedging purposes.Sidley Austin LLP acted as the legal advisor to the guarantor with respect to the offering.

**Buyer/Other Investors: -**
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers: -**

| Mar-31-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 1.01 |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Uncapped Buffered Return Enhanced Notes due April 29, 2022 are a part of the Global Medium-Term Notes, Series A and are linked to the lesser performing of the S&P 500 Index and the Russell 2000 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP acted as a legal advisor to the guarantor with respect to this offering.

**Buyer/Other Investors: -**
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers: -**

| Mar-31-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 0.65 |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Uncapped Buffered Return Enhanced Notes due April 08, 2019 are a part of the Global Medium-Term Notes, Series A and are linked to the EURO STOXX 50 Index.The offer is expected to price on or about April 03, 2017.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP acted as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors: -**

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

## JPMorgan Chase & Co. (NYSE:JPM) Transactions

| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |
|---|---|---|---|---|---|---|

**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |
|---|---|---|---|---|---|---|
| Mar-31-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 5.29 |

**Transaction Comments:** The 7% Unsubordinated Unsecured Auto Callable Yield Notes due August 02, 2018 are a part of the Global Medium-Term Notes, Series A and are linked to lesser performing of the S&P 500 Index and the Russell 2000 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The interest on the notes will be payable monthly on June 2, 2017, July 3, 2017, August 2, 2017, August 31, 2017, October 3, 2017, November 2, 2017, December 1, 2017, January 3, 2018, February 1, 2018, March 5, 2018, April 3, 2018, May 3, 2018, June 1, 2018, July 3, 2018, and August 02, 2018A part of the proceeds will be used for hedging purposes.Sidley Austin LLP acted as a legal advisor to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |
|---|---|---|---|---|---|---|
| Mar-31-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 2.16 |

**Transaction Comments:** The 6% Unsubordinated Unsecured Auto Callable Yield Notes due August 02, 2018 are a part of the Global Medium-Term Notes, Series A and are linked to the lesser performing of the Russell 2000 Index and the S&P 500 Index. The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The interest on the securities will be payable monthly on June 2, 2017, July 3, 2017, August 2, 2017, August 31, 2017, October 3, 2017, November 2, 2017, December 1, 2017, January 3, 2018, February 1, 2018, March 5, 2018, April 3, 2018, May 3, 2018, June 1, 2018, July 3, 2018 and August 02, 2018.Sidley Austin LLP acted as a legal advisor to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |
|---|---|---|---|---|---|---|
| Mar-23-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 0.65 |

**Transaction Comments:** The Contingent Coupon Unsubordinated Unsecured Notes due April 12, 2021 are a part of Global Medium-Term Notes, Series A and are linked to the lesser performing of the S&P 500 and Russell 2000 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes are expected to price on or about April 03, 2017.The notes will pay contingent coupon of at least 6.55% per annum, if the closing price of the underlying equity is equal to or greater than 80.00% of initial value on review dates. On the contrary no coupon shall be paid.The review dates fall quarterly on May 3, 2017, June 5, 2017, July 3, 2017, August 3, 2017, September 5, 2017, October 3, 2017, November 3, 2017, December 4, 2017, January 3, 2018, February 5, 2018, March 5, 2018, April 3, 2018, May 3, 2018, June 4, 2018, July 3, 2018, August 3, 2018, September 4, 2018, October 3, 2018, November 5, 2018, December 3, 2018, January 3, 2019, February 4, 2019, March 4, 2019, April 3, 2019, May 3, 2019, June 3, 2019, July 3, 2019, August 5, 2019, September 3, 2019, October 3, 2019, November 4, 2019, December 3, 2019, January 3, 2020, February 3, 2020, March 3, 2020, April 3, 2020, May 4, 2020, June 3, 2020, July 6, 2020, August 3, 2020, September 3, 2020, October 5, 2020, November 3, 2020, December 3, 2020, January 4, 2021, February 3, 2021, March 3, 2021 and April 5, 2021.The coupon payment dates fall quarterly on May 10, 2017, June 12, 2017, July 11, 2017, August 10, 2017, September 12, 2017, October 11, 2017, December 11, 2017, January 10, 2018, February 12, 2018, March 12, 2018, April 10, 2018, May 10, 2018, June 11, 2018, July 11, 2018, August 10, 2018, September 11, 2018, October 11, 2018, November 13, 2018, December 10, 2018, January 10, 2019, February 11, 2019, March 11, 2019, April 10, 2019, May 10, 2019, June 10, 2019, July 11, 2019, August 12, 2019, September 10, 2019, October 10, 2019, November 12, 2019, December 10, 2019, January 10, 2020, February 10, 2020, March 10, 2020, April 13, 2020, May 11, 2020, June 10, 2020, July 13, 2020, August 10, 2020, September 11, 2020, October 13, 2020, November 10, 2020, December 11, 2020, January 11, 2021, February 10, 2021, March 10, 2021, and April 12, 2021.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Simpson Thacher & Bartlett LLP, and Sidley Austin LLP are acting as legal advisor to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |
|---|---|---|---|---|---|---|
| Mar-21-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Trigger Autocallable Notes due April 04, 2019 are a part of Global Medium-Term Notes, Series A and are linked to the lesser performing of the S&P 500 Index, the EURO STOXX 50 Index and the FTSE 100 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes will pay a contingent coupon of at least 7.25% per annum, if the closing value of any underlying index on any interest review date is greater than a 70% of its initial value. On the contrary, no coupon shall be paid.Interest on the notes will be payable quarterly on July 6, 2017, October 5, 2017, January 5, 2018, April 6, 2018, July 6, 2018, October 4, 2018, January 7, 2019 and April 4, 2019.The review dates on the notes fall quarterly on June 30, 2017, October 2, 2017, January 2, 2018, April 3, 2018, July

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



## JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

| JPMorgan Chase & Co. (NYSE:JPM) Transactions | | | | | | |
|---|---|---|---|---|---|---|
| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |

2, 2018, October 1, 2018, January 2, 2019 and April 1, 2019.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| | | | | | | |
|---|---|---|---|---|---|---|
| Mar-16-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Return Notes due April 9, 2018 are a part of the Global Medium-Term Notes, Series A and are linked to the performance of the Strategas Policy Basket of 50 equally weighted Reference Stocks.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP acted as a legal advisor to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| | | | | | | |
|---|---|---|---|---|---|---|
| Mar-14-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 1.26 |

**Transaction Comments:** The 7% Unsubordinated Unsecured Auto Callable Yield Notes due March 20, 2018 are a part of the Global Medium-Term Notes, Series A and are linked to the lesser performing of the S&P 500 Index and the Russell 2000 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The interest on the notes will be payable on April 20, 2017, May 18, 2017, June 20, 2017, July 20, 2017, August 18, 2017, September 20, 2017, October 19, 2017, November 20, 2017, December 20, 2017, January 19, 2018, February 21, 2018 and March 20, 2018.A part of the proceeds will be used for hedging purposes. Sidley Austin LLP acted as a legal advisor to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| | | | | | | |
|---|---|---|---|---|---|---|
| Mar-14-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Capped Buffered Equity Notes due April 09, 2018 are a part of the Global Medium-Term Notes, Series A and are linked to the strategas policy basket of 50 equally weighted reference stocks.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| | | | | | | |
|---|---|---|---|---|---|---|
| Mar-14-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 0.54 |

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Auto Callable Notes due March 22, 2018 are a part of the Global Medium-Term Notes, Series A and are linked to the performance of the Russian Ruble Relative to the U.S. Dollar.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes will pay contingent coupon rate of $25.00 per note, if the closing level of each Index on any review date is greater than or equal to 120% of their initial value. On the contrary, no coupon shall be paid.The interest on the notes will be payable on June 22, 2017, September 21, 2017, December 21, 2017 and March 22, 2018.The review dates on the notes will fall on June 19, 2017, September 18, 2017, December 18, 2017 and March 19, 2018.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP acted as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| | | | | | | |
|---|---|---|---|---|---|---|
| Mar-09-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | - |

**Transaction Comments:** The Fixed to Floating Rate Unsubordinated Unsecured Notes due March 23, 2025 are a part of Global Medium-Term Notes, Series E and are linked to 3-Month USD LIBOR.The offering is expected to price on March 20, 2017.The minimum interest rate is 0% and maximum is 4% per annum with respect to the 9th to 16th Interest Periods (years 3 to 4), 5% per annum with respect to the 17th to 24th Interest

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

| JPMorgan Chase & Co. (NYSE:JPM) Transactions | | | | | |
|---|---|---|---|---|---|
| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |

Periods (years 5 to 6) or 6% per annum with respect to the remaining Interest Periods.Interest on the notes will be payable in arrears on the 23rd day of each March, June, September and December, commencing on June 23, 2017.The determination date for the notes will fall on each Interest Period after the Initial Interest Periods.A part of the proceeds will be used for hedging purposes.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers:** -

| Mar-07-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Uncapped Contingent Buffered Return Enhanced Notes due March 28, 2019 are a part of Global Medium-Term Notes, Series A and are linked to the lesser performing of the EURO STOXX 50 Index and the iShares MSCI EAFE ETF.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The offer is expected to price on or about March 24, 2017A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Simpson Thacher & Bartlett LLP, and Sidley Austin LLP are acting as the legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Mar-07-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured due April 6, 2021 are a part of Global Medium-Term Notes, Series A and are linked to Least Performing of the Energy Select Sector SPDR Fund, the Financial Select Sector SPDR Fund and the Consumer Staples Select Sector SPDR Fund.The offer is expected to price on March 28, 2017.The notes will be fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes will pay contingent coupon of at least 6.40% per annum, if the closing value of any underlying on any review date is greater than 60% of its initial value. On the contrary, no coupon shall be paid.Contingent coupons on the notes will be paid on July 6, 2017, October 5, 2017, January 5, 2018, April 5, 2018, July 6, 2018, October 5, 2018, January 7, 2019, April 4, 2019, July 8, 2019, October 7, 2019, January 7, 2020, April 6, 2020, July 7, 2020, October 5, 2020, January 5, 2021, and April 6, 2021. The review dates will fall on June 28, 2017, September 28, 2017, December 28, 2017, March 28, 2018, June 28, 2018, September 28, 2018, December 28, 2018, March 28, 2019, June 28, 2019, September 30, 2019, December 30, 2019, March 30, 2020, June 29, 2020, September 28, 2020, December 28, 2020, and March 29, 2021.JPMorgan Chase Financial Company LLC may redeem the notes early, in whole but not in part, on any of the interest payment, at a price, for each $1,000 principal amount note, equal to $1,000 plus the contingent interest payment applicable to the immediately preceding review date.A part of the proceeds will be used for hedging purposes.Simpson Thacher & Bartlett LLP, Sidley Austin LLP, and Davis Polk & Wardwell LLP are acting as legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Mar-06-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Variable Rate Unsubordinated Unsecured Notes due March 17, 2047 are a part of Global Medium-Term Notes, Series A.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes are expected to price on March 14, 2017.Interest on the notes will be payable in arrears on the 17th day of each March, June, September and December of each year, commencing on June 17, 2017, to and including March 17, 2047.The notes will pay interest at a rate of 0.50% per annum for the interest period starting from March 17, 2017 to, but excluding,   March 17, 2021. After that the notes will pay interest at a rate of 3-Month USD LIBOR minus 0.25% for the interest Period beginning on and including March 17, 2021 and ending on but excluding March 17, 2027.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Mar-06-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Capped Buffered Return Enhanced Notes due July 31, 2019 are a part of the Global Medium-Term Notes, Series A and are linked to the S&P 500 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes are principal protected to the extent of 10%.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as a legal advisors to the guarantor with respect to this offering.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



## JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

| JPMorgan Chase & Co. (NYSE:JPM) Transactions | | | | | | |
|---|---|---|---|---|---|---|
| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Mar-03-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | - |

**Transaction Comments:** The Step-Up Unsubordinated Unsecured Single Notes due March 17, 2027 are a part of the Global Medium-Term Notes, Series E.The interest on the notes will be payable at the rate of 3% per annum from and including March 17, 2022 but excluding March 17, 2022 and at the rate of 4% per annum from and including March 17, 2022 but excluding March 17, 2027.The interest on the notes will be payable semi-annually on March 17 and September 17 of each year, commencing on September 17, 2017.The note are redeemable at the option of JPMorgan Chase & Co. (NYSE: JPM) in whole but not in part on March 17, 2022 at a price equal to the principal amount being redeemed plus any accrued and unpaid interest, subject to the business day convention and the interest accrual convention.A part of the proceeds will be used for hedging purposes.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers:** -

| Feb-28-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Capped Buffered Return Enhanced Notes due September 30, 2019 are a part of the Global Medium-Term Notes, Series A and are linked to the S&P 500 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes are principal protected to the extent of 10%.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as the legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Feb-28-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 5.01 |

**Transaction Comments:** The 6.75% Unsubordinated Unsecured Auto Callable Yield Notes due June 29, 2018 are a part of Global Medium-Term Notes, Series A and are linked to the lesser performing of the S&P 500 Index and the Russell 2000 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.Interest on the notes will be payable monthly on April 28, 2017, May 31, 2017, June 30, 2017, July 31, 2017, August 31, 2017, September 29, 2017, October 31, 2017, November 30, 2017, December 29, 2017, January 31, 2018, February 28, 2018, March 29, 2018, April 30, 2018, May 31, 2018, and June 29, 2018.A part of the proceeds will be used for hedging purposes.Sidley Austin LLP acted as a legal advisor to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Feb-28-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Digital Notes due April 30, 2018 are a part of the Global Medium-Term Notes, Series A and are linked to the lesser performing of the Russell 2000 Index and the S&P 500 Index.The offer is expected to price on or about March 28, 2017.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Feb-28-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 5.57 |

**Transaction Comments:** The 7% Unsubordinated Unsecured Auto Callable Yield Notes due June 29, 2018 are a part of the Global Medium-Term Notes, Series A and are linked to lesser performing of the S&P 500 Index and the Russell 2000 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.Interest on the notes is expected to payable at a rate between 7% per annum.The interest on the notes will be payable monthly on April 28, 2017, May 31, 2017, June 30, 2017, July 31, 2017, August 31, 2017, September 29, 2017, October 31, 2017, November 30, 2017, December 29, 2017, January 31, 2018, February 28, 2018, March 29, 2018, April 30, 2018, May 31, 2018, and June 29, 2018.A part of the

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

| JPMorgan Chase & Co. (NYSE:JPM) Transactions | | | | | |
|---|---|---|---|---|---|
| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |

proceeds will be used for hedging purposes.Sidley Austin LLP acted as a legal advisor to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Feb-28-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Uncapped Buffered Return Enhanced Notes due March 31, 2022 are a part of the Global Medium-Term Notes, Series A and are linked to S&P 500 Index.The offer is expected to price on or about March 28, 2017.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes are principal protected to the extent of 20%.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Feb-22-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target | JPMorgan Chase & Co. | - |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Fixed to Floating Rate Unsubordinated Unsecured Notes due March 10, 2027 are a part of Global Medium-Term Notes, Series E.The notes will pay interest at the rate of 4% per annum from and including March 10, 2017 but excluding March 10, 2019 and thereafter at the rate equal to 10-Year U.S Dollar ICE Swap Rate provided subject to a minimum interest rate of 0% per annum or greater than maximum interest rate of 5% per annum.Interest on the notes will be payable on the 10th day of each March, June, September and December each year, commencing on June 10, 2017.A part of the proceeds will be used for hedging purposes.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase & Co.**
**Sellers:** -

| Feb-22-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 0.66 |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Auto-Callable Notes due February 28, 2019 are a part of Global Medium-Term Notes, Series A and are linked to the Lesser Performing of the S&P 500 Index and the Russell 2000 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes will pay contingent coupon of at least 7.40% per annum.Contingent coupons on the notes will be paid on May 30, 2017, August 29, 2017, November 29, 2017, March 1, 2018, May 30, 2018, August 29, 2018, November 29, 2018 and February 28, 2019.Review Dates on the notes will be paid on May 24, 2017, August 24, 2017, November 24, 2017, February 26, 2018, May 24, 2018, August 24, 2018, November 26, 2018 and February 25, 2019.Pricing Date will be on or about February 24, 2017.A part of the proceeds will be used for hedging purposes.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Feb-22-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 1.00 |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Auto Callable Notes due February 28, 2019 are a part of Global Medium-Term Notes, Series A and are linked to the Lesser Performing of the S&P 500 Index and the Russell 2000 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes will pay contingent coupon of 8.00% per annum, if the closing price of one share of reference stock on any review date is greater than 67.25% of the initial value. On the contrary, no coupon shall be paid.Contingent coupons on the notes will be paid on May 26, 2017, August 28, 2017, November 29, 2017, February 28, 2018, May 29, 2018, August 28, 2018, and February 28, 2019.The review dates will fall on May 23, 2017, August 23, 2017, November 24, 2017, February 23, 2018, May 23, 2018, August 23, 2018, November 23, 2018, and February 25, 2019.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP acted as a legal advisor to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Feb-15-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 1.09 |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Auto Callable Notes due February 27, 2020 are a part of Global

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.



# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

## JPMorgan Chase & Co. (NYSE:JPM) Transactions

| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |
|---|---|---|---|---|---|---|

Medium-Term Notes, Series A and are linked to the least performing of the S&P 500 Index, the Dow Jones Industrial Average and the common stock of Wells Fargo & Company.The offer is expected to price on February 24, 2017.The notes will be fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes will pay contingent coupon at least 9.00% per annum, if the closing value of each underlying on any review date is greater than or equal to 60.00% of its initial value. On the contrary, no coupon shall be paid.Contingent coupons on the notes will be paid on May 30, 2017, August 29, 2017, November 29, 2017, March 1, 2018, May 30, 2018, August 29, 2018, November 29, 2018, February 28, 2019, May 30, 2019, August 29, 2019, November 29, 2019, and February 27, 2020.The review dates will fall on May 24, 2017, August 24, 2017, November 24, 2017, February 26, 2018, May 24, 2018, August 24, 2018, November 26, 2018, February 25, 2019, May 24, 2019, August 26, 2019, November 25, 2019, and February 24, 2020.A part of the proceeds will be used for hedging purposes.Sidley Austin LLP, Simpson Thacher & Bartlett LLP, Davis Polk & Wardwell LLP are acting as legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |
|---|---|---|---|---|---|---|
| Feb-14-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 2.00 |

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Digital Dual Directional Buffered Notes due February 26, 2018 are a part of Global Medium-Term Notes, Series A and are linked to the common stock of Netflix, Inc.The notes will be fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes will pay maximum contingent digital return of 6.65% per annum, if the final stock price is greater than or equal to the initial stock price or is less than the initial stock price by up to 45%. On the contrary, no coupon shall be paid.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |
|---|---|---|---|---|---|---|
| Feb-10-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 0.60 |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Capped Buffered Notes due February 28, 2020 are a part of Global Medium-Term Notes, Series A and are linked to the Health Care Select Sector SPDR Fund.The offer is expected to price on February 23, 2017.The notes will be fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes are designed for investors who seek   an unleveraged exposure to any appreciation of the fund, up to the maximum return, at maturity.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |
|---|---|---|---|---|---|---|
| Feb-10-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 0.83 |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Capped Buffered Notes due February 28, 2020 are a part of Global Medium-Term Notes, Series A and are linked to the Financial Select Sector SPDR Fund.The offer is expected to price on February 23, 2017.The notes will be fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes are designed for investors who seek   an unleveraged exposure to any appreciation of the fund, up to the maximum return, at maturity.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |
|---|---|---|---|---|---|---|
| Feb-10-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 0.53 |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Capped Buffered Notes due February 28, 2020 are a part of Global Medium-Term Notes, Series A and are linked to the Materials Select Sector SPDR Fund.The offer is expected to price on February 23, 2017.The notes will be fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes are designed for investors who seek   an unleveraged exposure to any appreciation of the fund, up to the maximum return, at maturity.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.


**S&P Capital IQ**

# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

| JPMorgan Chase & Co. (NYSE:JPM) Transactions | | | | | | |
|---|---|---|---|---|---|---|
| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |
| Sellers: - | | | | | | |
| Feb-10-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 1.15 |

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Auto Callable Notes due February 28, 2018 are a part of Global Medium-Term Notes, Series A and are linked to the Class A Common Stock of Parsley Energy, Inc.The notes are fully and unconditionally guaranteed by The JPMorgan Chase & Co.The notes will pay a contingent coupon of at least 16.4% per annum, if the closing level of each Index on any review date is greater than or equal to 75.00% of their initial value. On the contrary, no coupon shall be paid.The review dates of the notes are May 25, 2017, August 24, 2017, November 22, 2017, and February 23, 2018.Interest on the notes will be paid the third business day after the related Review Date.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**

| Sellers: - | | | | | | |
|---|---|---|---|---|---|---|
| Feb-01-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 2.49 |

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Auto Callable Interest Notes due February 29, 2024 are a part of Global Medium-Term Notes, Series A and are linked to the Lesser performing of the S&P 500 Index and the Russell 2000 Index.The notes will be fully and unconditionally guaranteed by JPMorgan Chase & Co.The securities will pay contingent coupon of 7.25% per annum, if the closing level of each Index on any Review Date is greater than or equal to, 75.00% of the initial value. On the contrary no coupon shall be paid.The interest payment dates fall on May 30, 2017, August 29, 2017, November 29, 2017, March 1, 2018, May 30, 2018, August 29, 2018, November 29, 2018, February 28, 2019, May 30, 2019, August 29, 2019, November 29, 2019, February 27, 2020, May 29, 2020, August 27, 2020, November 30, 2020, March 1, 2021, May 27, 2021, August 27, 2021, November 30, 2021, March 1, 2022, May 27, 2022, August 29, 2022, November 30, 2022, March 1, 2023, May 30, 2023, August 29, 2023, November 29, 2023 and February 29, 2024.The review dates fall on May 24, 2017, August 24, 2017, November 24, 2017, February 26, 2018, May 24, 2018, August 24, 2018, November 26, 2018, February 25, 2019, May 24, 2019, August 26, 2019, November 25, 2019, February 24, 2020, May 26, 2020, August 24, 2020, November 24, 2020, February 24, 2021, May 24, 2021, August 24, 2021, November 24, 2021, February 24, 2022, May 24, 2022, August 24, 2022, November 25, 2022, February 24, 2023, May 24, 2023, August 24, 2023, November 24, 2023 and February 26, 2024.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Simpson Thacher & Bartlett LLP, and Sidley Austin LLP acted as a legal advisor to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**

| Sellers: - | | | | | | |
|---|---|---|---|---|---|---|
| Feb-01-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 2.61 |

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Digital Notes due April 06, 2018 are a part of Global Medium-Term Notes, Series A and are linked to the lesser performing of the S&P 500 Index and the iShares MSCI EAFE ETF.The offer is expected to price on February 03, 2017.The notes will be fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes are designed for investors who seek a fixed return of at least 5.25% if, on each day during the monitoring period, the closing value of each of the S&P 500 Index and the iShares MSCI EAFE ETF is greater than or equal to 60.00% of its initial value.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**

| Sellers: - | | | | | | |
|---|---|---|---|---|---|---|
| Feb-01-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Auto Callable Notes due May 15, 2018 are a part of Global Medium-Term Notes, Series A and are linked to the common stock Delta Air Lines, Inc.The offer is expected to price on February 10, 2017.The notes will be fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes will pay contingent coupon of at least 10.25% per annum, if the closing price of one share of reference stock on any review date is greater than 70.00% of the initial value. On the contrary, no coupon shall be paid.Contingent coupons on the notes will be paid on May 15, 2017, August 15, 2017, November 15, 2017, February 15, 2018, and May 15, 2018.The review dates will fall on May 10, 2017, August 10, 2017, November 10, 2017, February 12, 2018, and May 10, 2018.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Simpson Thacher & Bartlett LLP, and Sidley Austin LLP are acting as legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors:** -

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

## JPMorgan Chase & Co. (NYSE:JPM) Transactions

| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |
|---|---|---|---|---|---|---|

**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers: -**

| Feb-01-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Uncapped Buffered Return Enhanced Notes due February 28, 2022 are a part of Global Medium-Term Notes, Series A and are linked to the S&P 500 Index. The offer is expected to price on February 23, 2017. The notes will be fully and unconditionally guaranteed by JPMorgan Chase & Co. The notes are designed for investors who seek a return of at least 1.07 times any appreciation of the S&P 500 Index. A part of the proceeds will be used for hedging purposes. Davis Polk & Wardwell LLP, Simpson Thacher & Bartlett LLP, and Sidley Austin LLP are acting as legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors: -**
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers: -**

| Jan-31-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Capped Buffered Return Enhanced Notes due April 26, 2018 are a part of Global Medium-Term Notes, Series A and are linked to the FTSE 100 Index. The offer is expected to price on February 23, 2017. The notes will be fully and unconditionally guaranteed by JPMorgan Chase & Co. The notes are designed for investors who seek a return of 1.50 times any appreciation of the FTSE 100 Index, up to a maximum return of at least 11.80%, at maturity. A part of the proceeds will be used for hedging purposes. Davis Polk & Wardwell LLP, Simpson Thacher & Bartlett LLP, and Sidley Austin LLP are acting as legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors: -**
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers: -**

| Jan-30-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 4.67 |

**Transaction Comments:** The 7.00% Unsubordinated Unsecured Auto Callable Yield Notes due February 16, 2018 are a part of Global Medium-Term Notes, Series A and are linked to the lesser performing of S&P 500 Index and the Russell 2000 Index. The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co. Interest on the notes will be payable  monthly on March 16, 2017, April 19, 2017, May 18, 2017, June 16, 2017, July 18, 2017, August 17, 2017, September 18, 2017, October 18, 2017, November 16, 2017, December 18, 2017, January 19, 2018 and, February 16, 2018. A part of the proceeds will be used for hedging purposes. Sidley Austin LLP acted as the legal advisor to the guarantor with respect to the offering.

**Buyer/Other Investors: -**
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers: -**

| Jan-30-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 0.41 |

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Auto Callable Yield Notes due February 06, 2018 are a part of Global Medium-Term Notes, Series A and are linked to the Lesser Performing of the S&P 500® Index and the Russell 2000® Index. The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co. A contingent coupon of at least 7.00% per annum will be paid, if the closing level of each Index on any Review Date is greater than or equal to its Initial Value. On the contrary, no coupon will be paid. The Review dates are May 01, 2017, August 01, 2017, November 01, 2017 and February 01, 2018. The contingent coupon will be payable on March 06, 2017, April 06, 2017, May 04, 2017, June 06, 2017, July 07, 2017, August 04, 2017, September 07, 2017, October 05, 2017, November 06, 2017, December 06, 2017, January 05, 2018 and February 06, 2019. A part of the proceeds will be used for hedging purposes. Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors: -**
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers: -**

| Jan-25-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Digital Dual Directional Notes due February 5, 2020 are a part of Global Medium-Term Notes, Series A and are linked to the Technology Select Sector SPDR Fund. The minimum investment allowed in the offering is $1,000.00. The notes are expected to price on or about February 6, 2017. The notes will be fully and unconditionally guaranteed by JPMorgan Chase &

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

| JPMorgan Chase & Co. (NYSE:JPM) Transactions | | | | | | |
|---|---|---|---|---|---|---|
| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |

Co.A part of the proceeds will be used for hedging purposes.Sidley Austin LLP, Simpson Thacher & Bartlett LLP, and Davis Polk & Wardwell LLP are acting as the legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors: -**
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers: -**

| Jan-24-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 11.57 |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Trigger Autocallable Yield Notes due January 31, 2019 are a part of Global Medium-Term Notes, Series A and are linked to the iShares Russell 2000 ETF.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The minimum investment allowed in this offering is $1,000.00.The notes will pay a contingent coupon of 8.00% per annum if the closing price of the underlying on any observation date is greater than coupon barrier. On the contrary, no coupon shall be paid. The coupon barrier will be between 77.00% and 80.00% of the initial value of the underlying.Observation dates for the notes will fall quarterly on April 27, 2017, July 27, 2017, October 27, 2017, January 29, 2018, April 27, 2018, July 27, 2018, October 29, 2018, and January 28, 2019.Coupon on the notes will be paid on May 2, 2017, July 31, 2017, October 31, 2017, January 31, 2018, May 1, 2018, July 31, 2018, October 31, 2018, and January 31, 2019.A part of the proceeds will be used for hedging purpose.Simpson Thacher & Bartlett LLP, Davis Polk & Wardwell LLP and Sidley Austin LLP are acting as legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors: -**
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers: -**

| Jan-19-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 2.75 |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Notes due January 28, 2020 are a part of Global Medium-Term Notes, Series A and are linked to lesser performing of the S&P 500 Index and the Russell 2000 Index.The notes will be fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes will pay a quarterly contingent interest at a rate of 6.55% per annum. If the closing price of the underlying index is equal to or greater than 60.00% of initial price on any review date. If a coupon barrier event occurs, no contingent coupon will be paid for the corresponding contingent coupon period. The contingent coupon on the notes will be payable quarterly on April 26, 2017, July 26, 2017, October 26, 2017, January 26, 2018, April 26, 2018, July 26, 2018, October 26, 2018, January 29, 2019, April 29, 2019, July 26, 2019, October 28, 2019 and January 28, 2020.The review dates will fall quarterly on April 19, 2017, July 19, 2017, October 19, 2017, January 19, 2018, April 19, 2018, July 19, 2018, October 19, 2018, January 22, 2019, April 22, 2019, July 19, 2019, October 21, 2019 and January 21, 2020.The notes will pay interest at a rate of at least 8.40% per annum, if the notes have not been automatically called.Interest on the notes will be payable monthly on March 1, 2017, March 29, 2017, April 27, 2017, May 30, 2017, June 29, 2017, July 27, 2017, August 29, 2017, September 28, 2017, October 27, 2017, November 29, 2017, December 29, 2017, January 29, 2018 and March 1, 2018.JPMorgan Chase Financial Company LLC may redeem the notes, in whole but not in part, on any interest payment dates, at redemption price of 100.00% for each $1,000 principal amount note plus any accrued and unpaid contingent interest paymentA part of the proceeds will be used for hedging purposes.Simpson Thacher & Bartlett LLP, Sidley Austin LLP, and Davis Polk & Wardwell LLP are acting as legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors: -**
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers: -**

| Jan-18-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 2.98 |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Auto Callable Notes due February 3, 2022 are a part of the Global Medium-Term Notes, Series A and are linked to the lesser performing of the SPDR S&P 500 ETF Trust and the iShares Russell 2000 ETF.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The contingent coupon rate would be at least 7.00% per annum will be payable if the closing level of each index on any review date is greater than or equal to 60.00% of its initial level. On the contrary, no coupon will be paid.Interest on the notes will be payable on August 3, 2017, February 5, 2018, August 3, 2018, February 5, 2019, August 5, 2019, February 5, 2020, August 5, 2020, February 4, 2021, August 5, 2021 and February 3, 2022.The review dates will fall on July 31, 2017, January 31, 2018, July 31, 2018, January 31, 2019, July 31, 2019, January 31, 2020, July 31, 2020, February 1, 2021, August 2, 2021 and January 31, 2022.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors: -**
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers: -**

| Jan-18-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company | 1.03 |
|---|---|---|---|---|---|---|

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

| JPMorgan Chase & Co. (NYSE:JPM) Transactions | | | | | | |
|---|---|---|---|---|---|---|
| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |
| | | | | | LLC | |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Capped Dual Directional Contingent Buffered Notes due July 23, 2018 are a part of Global Medium-Term Notes, Series A and are linked to the EURO STOXX 50.The securities are fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of the proceeds will be used for hedging purposes.Sidley Austin LLP, Davis Polk & Wardwell LLP, and Simpson Thacher & Bartlett LLP are acting as the legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Jan-18-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 1.03 |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Zero Coupon unsubordinated Unsecured Capped Dual Directional Buffered Equity Notes due February 5, 2018 are a part of Global Medium-Term Notes, Series A and are linked to the EURO STOXX 50® Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Jan-17-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Securities due January 23, 2019 are a part of Global Medium-Term Notes, Series A and are linked to worst performing of the EURO STOXX 50 Index, the S&P 500 Index and the Russell 2000 Index.The offer is expected to price on January 17, 2017.The securities will be fully and unconditionally guaranteed by JPMorgan Chase & Co.The securities will pay a quarterly contingent interest at a rate of 10.20% per annum. If the closing price of the underlying index is equal to or greater than 70.00% of initial price on any review date. If a coupon barrier event occurs, no contingent coupon will be paid for the corresponding contingent coupon period. The contingent coupon on the securities will be payable quarterly on third business days following each determination dates. The determination dates will fall quarterly on April 18, 2017, July 17, 2017, October 17, 2017, January 17, 2018, April 17, 2018, July 17, 2018, October 17, 2018 and January 17, 2019.JPMorgan Chase Financial Company LLC may redeem the notes, in whole but not in part, on any of the contingent payment dates, at redemption price of the stated principal amount plus any contingent quarterly payment otherwise due with respect to the related quarterly monitoring period.J.P. Morgan Securities LLC or its affiliates will pay a structuring fee of  $5.00 for each $1,000.00 stated principal amount security to Morgan Stanley Wealth Management.A part of the proceeds will be used for hedging purposes.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Jan-17-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Capped Dual Directional Contingent Buffered Notes due February 07, 2018 are a part of the Global Medium-Term Notes, Series E, and are linked to the S&P 500 Index.The offer is expected to price on or about January 20, 2017.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of the proceeds will be used for hedging purposes.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Jan-12-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 12.37 |
|---|---|---|---|---|---|---|

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Step Down Trigger Autocallable Notes due January 31, 2022 are a Global Medium-Term Notes, Series A and are linked to the lesser performing of the S&P 500 Index and the EURO STOXX 50 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Jan-12-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase | 0.30 |
|---|---|---|---|---|---|---|

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.



# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

| JPMorgan Chase & Co. (NYSE:JPM) Transactions | | | | | | |
|---|---|---|---|---|---|---|
| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |
| | | | | | Financial Company LLC | |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Review Notes due January 19, 2021 are a part of Global Medium-Term Notes, Series A and are linked to the lesser performing of the S&P 500 Index and the Russell 2000 Index.The offer is expected to price on January 13, 2017.The notes will be fully and unconditionally guaranteed by JPMorgan Chase & Co.The minimum contingent minimum return will be 10.00%.A part of the proceeds will be used for hedging purposes.Simpson Thacher & Bartlett LLP, Sidley Austin LLP, and Davis Polk & Wardwell LLP are acting as the legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Jan-11-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Auto-Callable Securities due December 21, 2017 are a part of the Global Medium-Term Notes, Series A and are linked to the common stock of First Solar, Inc.The securities are fully and unconditionally guaranteed by JPMorgan Chase & Co.The offer is expected to price on January 17, 2017.JPMorgan Chase Financial Company LLC may redeem the securities, in whole but not in part, on any of the contingent payment dates, at a redemption equal to the stated principal amount plus any contingent quarterly payment otherwise due with respect to the related quarterly monitoring period.The securities will pay contingent coupon of 2.55% per annum, if the closing level of any underlying is greater than 70.00% of the initial level of such underlying on any determination dates. On the contrary, no coupon shall be paid.Contingent coupons on the securities will be paid on the third business day after the related determination date.The determination dates falls on April 18, 2017, July 17, 2017, October 17, 2017, January 17, 2018, April 17, 2018, July 17, 2018, October 17, 2018 and January 17, 2019.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Jan-11-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 41.12 |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Auto Callable Yield Notes due July 23, 2018 are a Global Medium-Term Notes, Series A and are linked to the performance of an unequally weighted basket consisting of the EURO STOXX 50 Index (37.00% initial weight), the FTSE 100 Index (23.00% initial weight), the TOPIX Index (23.00% initial weight), the Swiss Market Index (9.00% initial weight) and the S&P/ASX 200 Index (8.00% initial weight).The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Jan-10-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 3.91 |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Buffered Digital Notes due February 16, 2018 are a part of the Global Medium-Term Notes, Series A and are linked to the Russell 2000 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of the proceeds were used for hedging purposes.Davis Polk & Wardwell LLP acted as legal advisor to the guarantor with respect to the offering.

**Buyer/Other Investors:** -
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers:** -

| Jan-10-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | - |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Capped Buffered Return Enhanced Notes due January 31, 2020 are a part of the Medium-Term Notes, Series A and are linked to the S&P 500® Index.The offer is expected to price on January 26, 2017.The securities are fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of the proceeds will be used for hedging purposes.

**Buyer/Other Investors:** -

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.



# JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

| JPMorgan Chase & Co. (NYSE:JPM) Transactions | | | | | | |
|---|---|---|---|---|---|---|
| Transaction Date | Advisor | Advisor Role | Transaction Type | Role | Target/Issuer | Size ($mm) |

**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers: -**

| | | | | | | |
|---|---|---|---|---|---|---|
| Jan-09-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 1.46 |

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Auto Callable Notes due January 16, 2024 are a part of the Global Medium-Term Notes, Series A and are linked to lesser performing of the S&P 500 Index and the Russell 2000 Index.The offer is expected to price on or about January 10, 2017.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes will pay contingent coupon at a rate of 6.25% per annum, if the closing level of each Index on any review date is greater than or equal to 70.00% of their initial value. On the contrary, no coupon shall be paid.The interest on the notes be payable quarterly on April 13, 2017, July 13, 2017, October 13, 2017, January 16, 2018, April 13, 2018, July 13, 2018, October 15, 2018, January 15, 2019, April 15, 2019, July 15, 2019, October 16, 2019, January 15, 2020, April 16, 2020, July 15, 2020, October 15, 2020, January 14, 2021, April 15, 2021, July 15, 2021, October 14, 2021, January 13, 2022, April 14, 2022, July 14, 2022, October 13, 2022, January 13, 2023, April 13, 2023, July 13, 2023, October 13, 2023, and January 16, 2024.The review dates on the notes will fall quarterly on April 10, 2017, July 10, 2017, October 10, 2017, January 10, 2018, April 10, 2018, July 10, 2018, October 10, 2018, January 10, 2019, April 10, 2019, July 10, 2019, October 10, 2019, January 10, 2020, April 13, 2020, July 10, 2020, October 12, 2020, January 11, 2021, April 12, 2021, July 12, 2021, October 11, 2021, January 10, 2022, April 11, 2022, July 11, 2022, October 10, 2022, January 10, 2023, April 10, 2023, July 10, 2023, October 10, 2023, and January 10, 2024.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as legal advisors to the guarantor with respect to the offering.

**Buyer/Other Investors: -**
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers: -**

| | | | | | | |
|---|---|---|---|---|---|---|
| Jan-09-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 3.41 |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Digital Dual Directional Contingent Buffered Notes due April 18, 2018 are a part of the Global Medium-Term Notes, Series A and are linked to the Russell 2000 Index.The notes are expected to be prices on January 13, 2017.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP acted as legal advisor to the guarantor with respect to the offering.

**Buyer/Other Investors: -**
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers: -**

| | | | | | | |
|---|---|---|---|---|---|---|
| Jan-09-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 11.20 |

**Transaction Comments:** The Zero Coupon Unsubordinated Unsecured Digital Dual Directional Contingent Buffered Notes due April 18, 2018 are a part of the Global Medium-Term Notes, Series A and are linked to the S&P 500 Index.The notes are fully and unconditionally guaranteed by JPMorgan Chase & Co.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP acted as legal advisor to the guarantor with respect to the offering.

**Buyer/Other Investors: -**
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers: -**

| | | | | | | |
|---|---|---|---|---|---|---|
| Jan-03-2017 | Sidley Austin LLP | Legal Advisor | Public Offering | Target - Parent | JPMorgan Chase Financial Company LLC | 4.29 |

**Transaction Comments:** The Contingent Rate Unsubordinated Unsecured Notes due January 28, 2020 are a part of Global Medium-Term Notes, Series A and are linked to the lesser performing of the Russell 2000 Index and the EURO STOXX 50 Index.The notes will be fully and unconditionally guaranteed by JPMorgan Chase & Co.The notes will pay contingent coupon at the rate of 9.25% per annum, if the closing level of either index on any review date is greater than 70.00% of its initial value. On the contrary, no coupon shall be paid.Contingent coupons on the notes will be paid on July 27, 2017, January 29, 2018, July 27, 2018, January 29, 2019, July 29, 2019, and January 28, 2020.The review dates will fall on July 20, 2017, January 22, 2018, July 20, 2018, January 22, 2019, July 22, 2019, and January 21, 2020.JPMorgan Chase Financial Company LLC may redeem the notes early, in whole but not in part, on any of the interest payment dates, at a price, for each $1,000 principal amount note, equal to $1,000 plus any accrued and unpaid contingent interest payment.A part of the proceeds will be used for hedging purposes.Davis Polk & Wardwell LLP, Sidley Austin LLP, and Simpson Thacher & Bartlett LLP are acting as the legal advisors to the guarantor with respect to this offering.

**Buyer/Other Investors: -**
**Target/Issuer: JPMorgan Chase Financial Company LLC**
**Sellers: -**

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**S&P**
**Capital IQ**

## JPMorgan Chase & Co. (NYSE:JPM) > Transaction Advisors

\* denotes proprietary relationship information.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.