# EXHIBIT 3

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | |

**CENTURY'S REQUESTS FOR PRODUCTION OF**
**DOCUMENTS DIRECTED TO WHITE & CASE LLP**

Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Westchester Fire Insurance Company, and Westchester Surplus Lines Insurance Company, pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, hereby propounds Requests for Production of Documents to White & Case LLP in connection with Debtors' Motion to Retain White & Case LLP as Debtors' Counsel [Dkt. 1571]. Century requests the Documents required to be produced pursuant to these requests be provided by November 4, 2020, at 4:00 p.m. ET (or such later date as the parties may mutually agree to based on a corresponding extension of the objection deadline) by presenting the same for inspection and/or copying at the offices of Stamoulis & Weinblatt LLC, 800 N. West Street, Third Floor, Wilmington, Delaware 19801.

1

## REQUESTS FOR PRODUCTION OF DOCUMENTS

### REQUEST FOR PRODUCTION NO. 1:

A copy of any and all communications between Jessica Boelter and/or Michael Andolina and JPMorgan Chase Bank, NA, or counsel representing JPMorgan Chase Bank, NA, concerning the Boy Scouts of America and/or Delaware BSA, LLC.

### REQUEST FOR PRODUCTION NO. 2:

A copy of any and all draft complaints asserting claims against JPMorgan Chase Bank, NA on behalf of the estate(s) of the Boy Scouts of America and/or Delaware BSA, LLC.

Dated: October 29, 2020

Respectfully Submitted,

By: */s/ Stamatios Stamoulis*
Stamatios Stamoulis (#4606)

STAMOULIS & WEINBLATT LLC
800 N. West Street
Third Floor
Wilmington, Delaware  19801
Telephone:   302 999 1540
Facsimile:   302 762 1688

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Westchester Fire Insurance Company, and Westchester Surplus Lines Insurance Company*