# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**RE: D.I. 1575** |

## CERTIFICATE OF NO OBJECTION REGARDING THE SEVENTH MONTHLY APPLICATION OF BATES WHITE, LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM SEPTEMBER 1, 2020 TO AND INCLUDING SEPTEMBER 30, 2020

The undersigned hereby certifies that, as of the date hereof, Bates White, LLC ("Bates White") has received no answer, objection or other responsive pleading to the **Seventh Monthly Application of Bates White, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from September 1, 2020 to and Including September 30, 2020** (the "Application") (D.I. 1575), filed on October 23, 2020.

The undersigned further certifies that Morris Nichols has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice, objections to the Application were to be filed and served no later than November 6, 2020 at 4:00 p.m. (Eastern Time).

Accordingly, pursuant to the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense*

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

*Reimbursement for Official Committee Members and (II) Granting Related Relief* (D.I. 341) entered on April 6, 2020, the Debtors are authorized to pay the amount indicated below.

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Debtors are Authorized to Pay ( (2) + (3) ) |
|---|---|---|---|
| $129,653.50 | $0.00 | $103,722.80 | $103,722.80 |

WHEREFORE, Bates White respectfully requests that the Application be approved.

Dated: November 9, 2020  
       Washington, DC

BATES WHITE, LLC

*/s/ Andrew R. Evans*  
Andrew R. Evans  
Partner  
2001 K Street NW,  
North Building, Suite 500  
Washington, DC 20006  
Telephone: 202-354-1187  
Email: andrew.evans@bateswhite.com

ABUSE CLAIMS CONSULTANT AND ADVISOR TO THE DEBTORS AND DEBTORS IN POSSESSION