**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: November 24, 2020, at 4:00 p.m. (prevailing Eastern Time)** |

**SUMMARY COVER SHEET OF THE  SECOND MONTHLY FEE APPLICATION
OF QUINN EMANUEL URQUHART & SULLIVAN, LLP FOR ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
<u>SEPTEMBER 1, 2020, TO AND INCLUDING SEPTEMBER 30, 2020</u>**

| | |
|---|---|
| Name of Applicant: | Quinn Emanuel Urquhart & Sullivan, LLP |
| Authorized to Provide Professionals Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | August 1, 2020 (order entered September 18, 2020) |
| Period for Which Compensation and Reimbursement Are Requested: | September 1, 2020, through September 30, 2020 |
| Amount of Compensation Requested: | $587,436.16 (80% of $734,295.20) |
| Amount of Expense Reimbursement Requested: | $8,054.82 |

This is a monthly fee statement.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

## PRIOR MONTHLY FEE STATEMENTS FILED

| Date Filed; ECF No. | Period Covered | Fees Requested | Expenses Requested | Fees Approved | Expenses Approved | Outstanding Fees | Outstanding Expenses |
|---|---|---|---|---|---|---|---|
| 1486 | 08/01/2020-08/31/2020 | $253,452.20 | $6,261.04 | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## COMPENSATION AND HOURS BY PROFESSIONAL

| Name | Position | Year of Admission/Years of Experience | Discounted Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Rachel Herrick Kassabian | Partner | 1997; 22 years | $1,062.50 | 128.0 | $136,000.00 |
| Margret Caruso | Partner | 1998; 22 years | $1,062.50 | 124.6 | $132,387.50 |
| Patricia B. Tomasco | Partner | 1988; 31 years | $977.50 | 2.7 | $2,639.25 |
| Claudia Bogdanos | Counsel | 1996; 24 years | $945.00 | 52.1 | $49,234.50 |
| Todd Anten | Partner | 2007; 13 years | $892.50 | 106.4 | $94,962.00 |
| Sara Jenkins | Counsel | 2004; 16 years | $877.50 | 206.2 | $180,940.50 |
| Donald Reinhard | Associate | 2015; 5 years | $801.00 | .5 | $400.50 |
| Dylan Scher | Associate | 2019; 1 year | $643.50 | 112.8 | $72,586.80 |
| Allison (Bingxue) Que | Associate | 2018; 1 year | 643.50 | 48.9 | $31,467.15 |
| Scott Weingrad | Contract Attorney | 2004; 16 years | $295.00 | 49.4 | $14,573.00 |
| Andrew B. Sanford | Contract Attorney | 2000; 19 years | $295.00 | 12.0 | $3,540.00 |
| Barbara J. Howell | Paralegal | 35 years | $330.00 | 14.5 | $4,785.00 |
| Nolan Schoichet | Paralegal | 5 years | $330.00 | 3.3 | $1,089.00 |
| Vince Mesa | Litigation Support | | $250.00 | 6.0 | $1,500.00 |
| Anthony Bentancourt | Litigation Support | | $175.00 | 21.0 | $3,675.00 |
| Anand Rajkumar | Litigation Support | | $175.00 | 2.9 | $507.50 |
| Joe Liao | Litigation Support | | $175.00 | 22.9 | $4,007.50 |
| Total | | | | 914.2 | $734,295.20 |

**COMPENSATION BY PROJECT CATEGORY**

| Task Description | Total Hours | Total Compensation |
|---|---|---|
| Employment and Fee Applications | 26.2 | $15,728.75 |
| Litigation – Federal District Court Case | 888.0 | $718,566.45 |
| Total | 914.2 | $734,295.20 |

**EXPENSES BY CATEGORY**

| Category | Amount |
|---|---|
| Outside Record Production | $1,233.70 |
| Document Reproduction ($.10 per page) | $104.00 |
| Color Document Reproduction | $44.00 |
| Velobind | $2.50 |
| Evidence | $296.10 |
| Document Services | $118.81 |
| Other Lit Support Services | $3.75 |
| Hosting per GB – 3.50 | $6,212.50 |
| Data Filtering | $39.46 |
| Total | $8,054.82 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: November 24, 2020, at 4:00 p.m. (prevailing Eastern Time)** |

**SECOND MONTHLY FEE APPLICATION**
**OF QUINN EMANUEL URQUHART & SULLIVAN, LLP FOR**
**ALLOWANCE OF COMPENSATION AND REIMBURSEMENT**
**OF EXPENSES FOR THE PERIOD FROM SEPTEMBER 1, 2020,**
**TO AND INCLUDING SEPTEMBER 30, 2020**

COMES NOW, Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), special litigation counsel for the Boy Scouts of America and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors-in-possession (together, the "Debtors") in the above-captioned chapter 11 cases, and hereby submits this first monthly fee application (this "Application") for (a) interim allowance and payment of compensation for professional services to the Debtors during the period from September 1, 2020, to and including September 30, 2020 (the "Fee Period"), in the amount of $587,436.16, representing 80% of the $734,295.20 of fees earned by Quinn Emanuel for professional services to the Debtors during the Fee Period and (b) reimbursement of 100% of the actual and necessary expenses incurred by Quinn Emanuel during the Fee Period in connection with such services in the amount of $8,054.82.  In support of this Application, Quinn Emanuel respectfully represents as follows:

---

[1]    The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

## JURISDICTION AND VENUE

1.      The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The statutory and other bases for the relief requested herein are sections 330 and 331 of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* (ECF No. 341) (the "Compensation Procedures Order").

## BACKGROUND

3.      The Debtors commenced these cases on February 18, 2020 (the "Petition Date"), and they continue to operate their non-profit organization and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  These chapter 11 cases are being jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1.

4.      On March 5, 2020, the United States Trustee for the District of Delaware appointed an official committee of tort claimants and an official committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code.

5.      On April 24, 2020, the Court appointed James L. Patton, Jr. as the representative of future abuse claimants pursuant to sections 105(a) and 1109(b) of the Bankruptcy Code.

6.      The Court has authorized the Debtors to retain and employ Quinn Emanuel as their special litigation counsel, *nunc pro tunc* to August 1, 2020, pursuant to the *Order Authorizing the Retention and Employment of Quinn Emanuel Urquhart & Sullivan, LLP as Special Litigation Counsel for the Debtors and Debtors in Possession, Nunc Pro Tunc to August 1, 2020* (ECF No. 1343) (the "Retention Order").  The Retention Order authorizes the Debtors to compensate and reimburse Quinn Emanuel in accordance with the terms and conditions as set forth in the Debtors' application to retain Quinn Emanuel, subject to Quinn Emanuel's application to the Court.

7.      On April 6, 2020, the Court entered the Compensation Procedures Order.  The Compensation Procedures Order provides, among other things, that each professional shall be entitled, on or as soon as practicable after the fifteenth (15th) day of each month following the month for which compensation and/or expense reimbursement is sought, to file and serve an application for interim allowance of compensation earned and reimbursement of expenses incurred during the preceding month (each a "Monthly Fee Application").  Parties shall have 14 days after service of a Monthly Fee Application to object thereto (the "Objection Deadline").  Upon the expiration of the Objection Deadline, the applicant may file a certificate of no objection (a "CNO") with the Court with respect to the unopposed portion of the fees and/or expenses requested in the applicable Monthly Fee Application.  After the filing of a CNO, the Debtors are authorized and directed to pay the applicant an amount equal to 80% of the fees and 100% of the expenses requested in the applicable Monthly Fee Application not subject to an objection.

8.      On September 18, 2020, the Court entered an order appointing Justin H. Rucki of Rucki Fee Review, LLC as the fee examiner in these chapter 11 cases.

**RELIEF REQUESTED**

9.      By this Application, in accordance with the Compensation Procedures Order, Quinn Emanuel requests payment in the aggregate amount of $595,490.98, which is equal to (a) 80% of the $734,295.20 earned by Quinn Emanuel for professional services to the Debtors during the Fee Period and (b) 100% of the $8,054.82 of actual and necessary expenses incurred by Quinn Emanuel during the Fee Period in connection with its services to the Debtors.

**SUMMARY OF SERVICES RENDERED**

10.      Attached hereto as **Exhibit A** is a detailed statement of the time expended and compensation earned by Quinn Emanuel during the Fee Period.  Quinn Emanuel's professionals expended a total of 914.2 hours in connection with these chapter 11 cases during the Fee Period. All services for which Quinn Emanuel is requesting compensation were performed for or on behalf of the Debtors.  The services rendered by Quinn Emanuel during the Fee Period are categorized as set forth in **Exhibit A** and in the summary cover sheet prefixed to this Application.  The professionals who provided services to the Debtors during the Fee Period are also identified in **Exhibit A** and in the summary cover sheets.

**ACTUAL AND NECESSARY EXPENSES**

11.      Quinn Emanuel also incurred certain necessary expenses during the Fee Period for which it is entitled to reimbursement under the terms of its retention.  Attached hereto as **Exhibit A** is a detailed statement of Quinn Emanuel's out-of-pocket expenses incurred during the Fee Period, totaling $8,054.82.  These expenses include, but are not limited to, reprographics and document services and hosting services.

**VALUATION OF SERVICES**

12.      As noted above, the amount of time spent by each Quinn Emanuel professional providing services to the Debtors during the Fee Period is set forth in the summary attached hereto

as **Exhibit A**.  The rates reflected on **Exhibit A** are Quinn Emanuel's customary hourly rates for

work of this character.  The reasonable value of the services rendered by Quinn Emanuel for the

Fee Period as special litigation counsel to the Debtors in these chapter 11 cases is $734,295.20.

13.     In accordance with the factor enumerated in section 330 of the Bankruptcy Code,

the fees requested are fair and reasonable given (a) the complexity of these chapter 11 cases, (b) the

time expended, (c) the nature and extent of the services rendered, (d) the value of such services,

and (e) the costs of comparable services other than in a case under this title.

14.     Although Quinn Emanuel has made every effort to include all fees and expenses

incurred during the Fee Period in this Application, some fees and expenses might not be included

in this Application due to delays caused by accounting and processing during the Fee Period.

Quinn Emanuel reserves the right to make further applications to this Court for allowance of such

fees and expenses not included herein.  Subsequent fee applications will be filed in accordance

with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the Compensation

Procedures Order .

<u>**CERTIFICATE OF COMPLIANCE**</u>

15.     The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies

that, to the best of her knowledge, information, and belief, this Application complies with the

requirements of that Local Rule.


*[Remainder of Page Intentionally Left Blank]*

WHEREFORE, Quinn Emanuel requests allowance and payment of compensation for professional services to the Debtors during the Fee Period in the amount of $595,490.98, representing 80% of the $734,295.20 of fees earned by Quinn Emanuel for professional services to the Debtors during the Feed Period, and reimbursement of 100% of the actual and necessary expenses incurred by Quinn Emanuel during the Fee Period in connection with such services in the amount of $8,054.82.

Respectfully submitted this 10th day of November, 2020.

> QUINN EMANUEL URQUHART & SULLIVAN, LLP
>
> */s/ Patricia B. Tomasco*
> Patricia B. Tomasco
> 711 Louisiana, Suite 500
> Houston, Texas 77002
> Telephone:  (713) 221-7000
> Email:  pattytomasco@quinnemanuel.com
>
> – and –
>
> Rachel Herrick Kassabian
> 555 Twin Dolphin Drive, 5th Floor
> Redwood Shores, California 94065
> Telephone: (650) 801-5005
> Email: rachelkassabian@quinnemanuel.com
>
> – and –
>
> Todd Anten
> 51 Madison Avenue, 22nd Floor
> New York, New York 10010
> Telephone: (212) 849-7192
> Email: toddanten@quinnemanuel.com
>
> SPECIAL LITIGATION COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION

**<u>Exhibit A</u>**

**Fees Statement and Expense Detail**

# quinn emanuel trial lawyers

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY |
CHICAGO | DC | LONDON | MANNHEIM | TOKYO | HAMBURG |
PARIS | MUNICH | SYDNEY | HONG KONG | HOUSTON | BOSTON |
BRUSSELS | SEATTLE | ZURICH | SHANGHAI |STUTTGART | PERTH |
SALT LAKE CITY |

October 22, 2020

Steve P. McGowan, General Counsel
Legal Department
Boy Scouts of America
1325 W. Walnut Hill Lane
P.O. Box 152079
Irving, Texas 75015

Matter #: 05621-00003
Invoice Number: 101-0000108944
Responsible Attorney: Rachel Herrick Kassabian

<u>Girl Scouts of the United States of America v. Boy Scouts of America</u>

For Professional Services through September 30, 2020 in connection with defending Boy Scouts of America against Girls Scouts of the United States of America.

| | |
|---|---:|
| Fees | $734,295.20 |
| Expenses | $8,054.82 |
| Net Amount | $742,350.02 |
| Total Due This Invoice | $742,350.02 |

**Confidential – May include attorney-client privileged and work-product information**

# quinn emanuel trial lawyers

October 22, 2020                                                                                    Matter #: 05621-00003
Page 2                                                                          Invoice Number: 101-0000108944

## Statement Detail

### 02   Employment and Fee Applications

| 09/01/20 | RHK | Correspondence with Sidley and B. Howell re revision to proposed order on retention of QE (.4). | 0.40 | 425.00 |
|---|---|---|---|---|
| 09/02/20 | RHK | Correspondence with M. Linder of Sidley re response to QE's retention application (.3). | 0.30 | 318.75 |
| 09/03/20 | BH2 | Review and reply to R. Kassabian's email regarding the retention of Quinn Emanuel and Century's objection (.3). | 0.30 | 99.00 |
| 09/03/20 | RHK | Review Objection and call with M. Linder of Sidley re same. | 0.60 | 637.50 |
| 09/03/20 | PT | Review and comment on Chubb objection to Quinn Emanuel retention. | 0.20 | 195.50 |
| 09/04/20 | RHK | Correspondence with M. Linder of Sidley re Chubb objection to retention application. | 0.30 | 318.75 |
| 09/08/20 | TA | Prepare for Sept. 9 hearing on special counsel application including teleconference with P.Tomasco and R.Kassabian, and email with M.Linder re: same. | 3.20 | 2,856.00 |
| 09/08/20 | RHK | Prepare for and attend call with T. Anten and P. Tomasco re retention application hearing prep. | 0.70 | 743.75 |
| 09/08/20 | PT | Prepare for (.3) and attend conference call regarding preparation for hearing on Quinn Emanuel retention with T. Anten and R. Kassabian (.6). | 0.90 | 879.75 |
| 09/09/20 | TA | Prepare for hearing on special counsel application (1.2); participate in hearing on special counsel application (2.0). | 3.20 | 2,856.00 |
| 09/09/20 | PT | Prepare for and attend hearing on retention of QE as special counsel to debtors. | 1.20 | 1,173.00 |

# quinn emanuel trial lawyers

October 22, 2020
Page 3

Matter #: 05621-00003<br>Invoice Number: 101-0000108944

| | | | | |
|---|---|---|---|---|
| 09/14/20 | BH2 | Review Pacer docket for order retaining Quinn Emanuel (.2); review Interim Compensation Order regarding monthly fee statements and quarterly fee applications (.7) and respond to email from R. Kassabian (.3); calendar dates for the monthly fee statements and the first interim fee application (.3); review retained professionals' monthly fee statements (.3). | 1.80 | 594.00 |
| 09/14/20 | RHK | Correspondence with B. Howell re next steps in bankruptcy proceedings (.4). | 0.40 | 425.00 |
| 09/15/20 | BH2 | Email exchange with B. Warner (Sidley Austin) on pro hac vice motion (.3). | 0.30 | 99.00 |
| 09/15/20 | BH2 | Review Pacer docket to verify whether Quinn Emanuel's retention order had been entered (.2); begin to draft the First Monthly Fee Statement (5.6). | 5.80 | 1,914.00 |
| 09/17/20 | PT | Emails regarding fee application guidelines and coordination with insurance company fee review policies. | 0.20 | 195.50 |
| 09/18/20 | BH2 | Review order granting the retention of Quinn Emanuel (.2); distribute same (.1). | 0.30 | 99.00 |
| 09/18/20 | PT | Research re: UST guidelines. | 0.20 | 195.50 |
| 09/22/20 | BH2 | Review the Order appointing fee examiner and procedures regarding same (.3); emails with G. Dermarkariants (Quinn Emanuel), T. Anten, and R. Kassabian regarding same (.7); review August billing invoice (1.5) and forward corrections and comments to attorneys (.3); continue to draft the August Monthly Fee Statement (1.5). | 4.30 | 1,419.00 |
| 09/23/20 | BH2 | Review the email from E. Moats (Morris Nichols Arsht & Tunnell | 0.60 | 198.00 |

**quinn emanuel** trial lawyers

October 22, 2020
Page 4

Matter #: 05621-00003
Invoice Number: 101-0000108944

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | LLP) on fee application/fee statements drafting points (.3); email exchange with R. Kassabian and T. Anten regarding the first monthly fee statement and status of same (.3). | | |
| 09/25/20 | TA | Implement privilege and work product redactions to QE Aug. 2020 invoice. | 1.00 | 892.50 |
| 09/28/20 | BH2 | Update August Monthly Fee Statement with revised information and numbers (1.1). | 1.10 | 363.00 |
| | | SUBTOTAL | 27.30 | 16,897.50 |

**03  Litigation - Federal District Court Case**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 09/01/20 | TA | Review and revise ▮▮▮▮ (0.4); review ▮▮▮▮ letter ▮▮▮▮ (1.4) | 1.80 | 1,606.50 |
| 09/01/20 | SJ1 | Second level review of ▮ documents ▮▮▮▮ (1.1); factual research re: ▮▮▮▮ (1.3); prepare memo re: ▮▮▮▮ (.8); second level review of ▮ documents ▮▮▮▮ 1 (4.5). | 7.70 | 6,756.75 |
| 09/01/20 | DS6 | Legal research re: ▮▮▮▮ (2.1); revise ▮▮▮▮, and correspondence with R. Kassabian and M. Caruso re: ▮▮▮▮ (0.8); analysis and correspondence with R. Kassabian re: ▮▮▮▮ (0.2). | 3.10 | 1,994.85 |
| 09/01/20 | CTB | Telephone call with M. Caruso re ▮▮▮▮ (.7). | 0.70 | 661.50 |
| 09/01/20 | AB2 | Emails with D. Scher re: ▮▮▮▮ 2); manually | 2.10 | 367.50 |

**quinn emanuel** trial lawyers

October 22, 2020                                                                  Matter #: 05621-00003
Page 5                                                              Invoice Number: 101-0000108944

| | | | | |
|---|---|---|---|---|
| | | retrieve documents from ▆▆▆ (1.9). | | |
| 09/01/20 | MMC | Attention to ▆▆▆ (.2); strategize re: ▆▆▆ (5.6); strategize re: ▆▆▆ (.3). | 6.10 | 6,481.25 |
| 09/01/20 | RHK | Various correspondence ▆▆▆ (1.2); finalize ▆▆▆ letter ▆▆▆ (.7); correspondence re ▆ documents ▆▆▆ (.8); correspondence with client ▆▆▆ (.6). | 3.30 | 3,506.25 |
| 09/02/20 | SJ1 | Second level review of documents ▆▆▆ (4.1); factual research re: ▆▆▆ (1.3); analysis re: ▆▆▆ (1.7); prepare correspondence re: ▆▆▆ (1.2). | 8.30 | 7,283.25 |
| 09/02/20 | TA | Email with Dhar re: ▆▆▆ (0.4); communicate with D.Scher re: ▆▆▆ (0.7); email with R.Kassabian & S.Jenkins re: ▆▆▆ (0.4). | 1.50 | 1,338.75 |
| 09/02/20 | CTB | Edit ▆▆▆ (1.2); telephone call with R. Dhar and M. Caruso ▆▆▆ (.5); call with M. Caruso re ▆▆▆ (.3); review ▆▆▆ (.5); emails with AMS re ▆▆▆ (.2). | 2.70 | 2,551.50 |
| 09/02/20 | SW2 | Analyze ▆▆▆ | 1.50 | 442.50 |

# quinn emanuel trial lawyers

October 22, 2020                                                                                    Matter #: 05621-00003
Page 6                                                                                   Invoice Number: 101-0000108944

█████████████ .

| 09/02/20 | MMC | Strategize re: ██████████████ ████████████ (.3); strategize re: ██████████████ (1.4); strategize re: ██████████████ (.3); strategize re: ██████████ (2.1). | 5.10 | 5,418.75 |
|---|---|---|---|---|
| 09/02/20 | RHK | Correspondence with insurers and client ██████████████ ██████████ (.2); correspondence re ████ (.4); correspondence with T. Anten re ████ (.2); correspondence with T. Anten and analysis re ██████████████ (.5); correspondence with S. Jenkins, D. Scher and T. Anten re ████ (1.2); correspondence with D. Scher re ██████████ (.6). | 3.10 | 3,293.75 |
| 09/02/20 | DS6 | Legal research re: ██████████ and correspondence with R. Kassabian and T. Anten re: ███ (2.6); analysis and correspondence re: ██████████████ (0.6); analysis and correspondence with R. Kassabian re: ████ (0.2); analysis and correspondence with M. Caruso re: trademarks ████ (0.6). | 4.00 | 2,574.00 |
| 09/03/20 | RHK | Correspondence with T. Anten and S. Jenkins and analysis re ██████ (1.8); review ██████████████ , and correspondence and call with T. Anten and M. Caruso re ████ , and correspondence with client and insurer re ████ (2.6); correspondence | 4.80 | 5,100.00 |

los angeles | new york | san francisco | silicon valley | chicago | dc | london | mannheim | tokyo | hamburg | paris | munich
sydney | hong kong | houston | brussels | seattle | zurich | shanghai | stuttgart | perth | boston | salt lake city

**quinn emanuel** trial lawyers

| | | | | |
|---|---|---|---|---|
| | | with M. Caruso re ▮▮▮▮▮ ▮▮ (.4). | | |
| 09/03/20 | SJ1 | Review and revise ▮▮▮▮▮ ▮▮ (.8); factual research re: ▮▮▮▮▮ (1.1); second level review of ▮ documents ▮▮▮▮ (6.7). | 8.60 | 7,546.50 |
| 09/03/20 | TA | Review and strategize re: ▮▮▮▮▮ ▮▮▮▮ and teleconference with R.Kassabian & M.Caruso re: ▮▮▮ (0.9); review and revise ▮▮▮▮ (1.2); email with R.Kassabian re: ▮▮▮▮▮ (0.4); review and assess ▮▮▮▮▮ (0.3). | 2.80 | 2,499.00 |
| 09/03/20 | VM1 | Prepare and process documents into proper format for attorney review ▮ ▮▮▮▮ | 2.70 | 675.00 |
| 09/03/20 | CTB | Edit ▮▮▮▮ (2.5); edit ▮▮▮ (.5); emails with AMS re ▮▮▮▮▮ ▮▮ (.2). | 3.20 | 3,024.00 |
| 09/03/20 | MMC | Analyze ▮▮▮▮ (1.6); strategize re: ▮▮▮ (2.9); strategize re: ▮▮▮▮ (1.0); strategize re: ▮▮▮ (.7). | 6.20 | 6,587.50 |
| 09/03/20 | DS6 | Analysis and correspondence with M. Caruso re: ▮▮▮▮▮ (4.1); analysis of ▮▮▮ ▮▮▮▮ ▮▮▮▮ , and correspondence with R. Kassabian re: ▮▮ (1.1). | 5.20 | 3,346.20 |

# quinn emanuel trial lawyers

October 22, 2020
Page 8

Matter #: 05621-00003
Invoice Number: 101-0000108944

| 09/04/20 | SJ1 | Second level review of documents from ████████ (6.9); analyze documents ████████ (.8). | 7.70 | 6,756.75 |
|---|---|---|---|---|
| 09/04/20 | DS6 | Review and strategize re: ████████████████, and correspondence to C. Bogdanos re: ████ (1.0); analysis and correspondence to R. Kassabian re: ████████████ (0.4). | 1.40 | 900.90 |
| 09/04/20 | RHK | Correspondence with insurers re ████████████ (.7); call with client re ████████████ (.9); review and comment re ████████ (1.5); correspondence with S. Jenkins re ████ (.9); correspondence with M. Caruso and D. Scher re ████████████ (1.2). | 5.20 | 5,525.00 |
| 09/04/20 | MMC | Strategize re: ████████ (2.6); strategize re: ████ (.2); strategize re: ████ (.1). | 2.90 | 3,081.25 |
| 09/04/20 | CTB | Email to R. Kassabian re ████████ (.5); edit ████████ (.5); edit ████ (2.7). | 3.70 | 3,496.50 |
| 09/05/20 | MMC | Strategize re: ████████ (.1). | 0.10 | 106.25 |
| 09/06/20 | SJ1 | Second level review of documents ████████ (5.3). | 5.30 | 4,650.75 |
| 09/06/20 | TA | Review and revise ████ (0.6). | 0.60 | 535.50 |
| 09/06/20 | CTB | Edit | 4.10 | 3,874.50 |

**quinn emanuel** trial lawyers

October 22, 2020                                                    Matter #: 05621-00003
Page 9                                                        Invoice Number: 101-0000108944

|          |       |                                                                                     |       |          |
|----------|-------|-------------------------------------------------------------------------------------|-------|----------|
|          |       | ████ (3.6); emails with R. Dhar re ████ (.3); emails with M. Santana re ████ (.2)    |       |          |
| 09/06/20 | MMC   | Strategize re: ████ (2.5); strategize re: ████ ████ (.1).                            | 2.60  | 2,762.50 |
| 09/07/20 | DS6   | Analysis and correspondence with C. Bogdanos re ████ ████ (0.5).                    | 0.50  | 321.75   |
| 09/07/20 | SJ1   | Second level review of documents ████ ████ (3.4); second level review of ██ documents ████ ████ (2.9). | 6.30  | 5,528.25 |
| 09/07/20 | TA    | Review and revise ████ (4.2); review and revise ████ (2.7); strategize re: ████ ████ and email with D.Scher re: ████ (0.6). | 7.50  | 6,693.75 |
| 09/07/20 | RHK   | Analysis re ████ ████ and correspondence with T. Anten re ████                      | 1.40  | 1,487.50 |
| 09/07/20 | MMC   | Strategize re: ████ (.1); strategize re: ████ ██ t (.1).                            | 0.20  | 212.50   |
| 09/07/20 | CTB   | Edit ████ ████ (.5); emails and telephone calls with T. Anten re ██ (.4); emails with R. Dhar re ██ (.2) | 1.10  | 1,039.50 |
| 09/08/20 | SJ1   | Second level review of █ documents ████ (.8); analysis re: ████ ████ (2.7); second level review of █ documents ████ (3.3). | 6.80  | 5,967.00 |
| 09/08/20 | TA    | Emails with C.Bogdanos and                                                          | 2.70  | 2,409.75 |

# quinn emanuel trial lawyers

October 22, 2020                                                                    Matter #: 05621-00003
Page 10                                                                    Invoice Number: 101-0000108944

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | M.Ramsey re: ████████ (0.6); email with S.Jenkins re: ███████ (0.3); review and revise ██████████ (1.8). |  |  |
| 09/08/20 | RHK | Correspondence with T. Anten re ████████. | 0.60 | 637.50 |
| 09/08/20 | CTB | Edit ████ (.9); telephone call with M. Ramsey re ██████ (.2); telephone call with M. Ramsey and R. Dhar re █████ (.2); emails with M. Caruso ██████ (.1); edit ████ ████████ (1.5). | 2.90 | 2,740.50 |
| 09/08/20 | AR3 | Emails with S.Jenkins re ████████ ████ (.3); assist re ███ and prepare a production set of ████████ ██ (1.4). | 1.70 | 297.50 |
| 09/08/20 | DS6 | Correspondence with A. Que re: ████ ██████████ (0.8); legal research re: ████ (1.4); review and strategize re: ██████████, and correspondence with M. Caruso and C. Bogdanos, re: ████ (1.5); analysis and correspondence with S. Jenkins re: ██████ (0.4). | 4.10 | 2,638.35 |
| 09/08/20 | MMC | Strategize re: ████████ (1.9); strategize re: ███████ ████ (1.1). | 3.00 | 3,187.50 |
| 09/08/20 | ABQ | Legal research regarding ████ ██████████ ████████ (1.8); review case files on ████ (0.9). | 2.70 | 1,737.45 |
| 09/09/20 | ABQ | Prepare internal email memo to T. Anten and D. Scher re. ████████ ████████ | 1.40 | 900.90 |

# quinn emanuel trial lawyers

October 22, 2020
Page 11

Matter #: 05621-00003
Invoice Number: 101-0000108944

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 09/09/20 | MMC | Strategize re: ███████ (2.5); strategize re: ███████ ███ (2.1). | 4.60 | 4,887.50 |
| 09/09/20 | SJ1 | Second level review of █ documents ███████ (2.3); second level review of █ documents ███ (1.0); second level review of ███ documents ███████ (2.8); analysis of ███████ (1.2). | 7.30 | 6,405.75 |
| 09/09/20 | TA | Review and analysis re: ███████ ███ | 5.40 | 4,819.50 |
| 09/09/20 | JL9 | Conduct searches ███████ ███ (2.3) | 2.30 | 402.50 |
| 09/09/20 | AR3 | Emails with S.Jekins re ███ ███ (.3); assist ███████ ███ (.9). | 1.20 | 210.00 |
| 09/09/20 | DS6 | Review and strategize re: ███ ███████, correspondence with M. Caruso, C. Bogdanos, and T. Anten re: ███ (3.0); review and advise ███████ ███ correspondence with M. Caruso, C. Bogdanos, and T. Anten re: ███ (2.1). | 5.10 | 3,281.85 |
| 09/09/20 | RHK | Correspondence with T. Anten re ███ ███ (.3); correspondence with client re ███ (.3); correspondence with W. Shaw re ███ (.2). | 0.80 | 850.00 |
| 09/10/20 | DS6 | Analysis re: ███████ | 5.60 | 3,603.60 |

# quinn emanuel trial lawyers

█████████████ (3.3); legal research re: same (0.8); analysis and correspondence with R. Kassabian and M. Caruso re: █████████ (1.5); analysis and correspondence with M. Caruso re: █ ████████ (0.2).

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 09/10/20 | ABQ | Email to D. Scher and T. Anten regarding ████████████ ████████ | 0.80 | 514.80 |
| 09/10/20 | SJ1 | Second level review of documents ███████████ (2.4); second level review of █ documents ████ ██████████████ (1.9); prepare ████████████ ████████████ (1.3); second level review of documents █████████ (3.5). | 9.10 | 7,985.25 |
| 09/10/20 | TA | Review and assess █████████ (0.9). | 0.90 | 803.25 |
| 09/10/20 | RHK | Prepare for and attend call with S. Phillips, W. Shaw and B. Hardin █ █████████ ██████████ (1.3); correspondence with D. Scher and analysis re ████████ █████████ (.6); correspondence with C. Bogdanos and M. Caruso, and analysis, re ████████████ ████████ (1.1); correspondence with S. Jenkins, and analysis, re ██████████ ██████████ ██████████ ███████ (.6). | 3.60 | 3,825.00 |
| 09/10/20 | JL9 | Conduct searches in Viewpoint to | 5.20 | 910.00 |

# quinn emanuel trial lawyers

October 22, 2020                                                           Matter #: 05621-00003
Page 13                                                          Invoice Number: 101-0000108944

| | | | | |
|---|---|---|---|---|
| | | isolate ████ ████████ (2.4); prepare ████████ (2.8). | | |
| 09/10/20 | MMC | Strategize re: ████ (.5). | 0.50 | 531.25 |
| 09/11/20 | ABQ | Legal research regarding ███ ████████ (1.2); legal research re: ████████ (0.9); email to T. Anten and D. Scher on ████ ████████ (0.3). | 2.40 | 1,544.40 |
| 09/11/20 | SJ1 | Second level review of ████ documents ████████ (3.9); second level review of ██ documents from ████████ (3.5). | 7.40 | 6,493.50 |
| 09/11/20 | TA | Correspondence with R.Kassabian & M.Caruso re: ████████ | 2.90 | 2,588.25 |
| 09/11/20 | JL9 | Prepare ████████ (1.6); review ████████ (2.3). | 3.90 | 682.50 |
| 09/11/20 | MMC | Strategize re: ████ (.6); strategize re: ████ (3.2). | 3.80 | 4,037.50 |
| 09/11/20 | VM1 | Prepare and process documents into proper format for attorney review █ ████████ | 3.30 | 825.00 |
| 09/11/20 | DS6 | Analysis and correspondence with R. Kassabian and T. Anten re: ████ ████████ (2.6). | 2.60 | 1,673.10 |

# quinn emanuel trial lawyers

October 22, 2020                                                                Matter #: 05621-00003
Page 14                                                        Invoice Number: 101-0000108944

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 09/11/20 | CTB | Review ████████████ ████████████████ ██████████. (3.2). | 3.20 | 3,024.00 |
| 09/11/20 | RHK | Various correspondence with T. Anten and A. Que re ████████ ████████████ (2.1); correspondence with C. Bogdanos re ████████ (.4). | 2.50 | 2,656.25 |
| 09/12/20 | MMC | Strategize re: ████████████ ████████ (.4). | 0.40 | 425.00 |
| 09/12/20 | DS6 | Revise recommendations re: ██████ ████, and analysis and correspondence to R. Kassabian and T. Anten re: ████ (1.8); legal research re: ████████████████████ and correspondence to A. Que ███ ████████████ (1.2). | 3.00 | 1,930.50 |
| 09/13/20 | SJ1 | Analysis re: ████████████ ████ (.7). | 0.70 | 614.25 |
| 09/13/20 | TA | Review and revise memorandum re: ████████████ | 1.00 | 892.50 |
| 09/13/20 | MMC | Strategize re: ████████████ ████ (1.1). | 1.10 | 1,168.75 |
| 09/13/20 | CTB | Review ████████████ ████████████████ ████████████ ██████. | 4.40 | 4,158.00 |
| 09/14/20 | DS6 | Analysis and correspondence with M. Caruso re: ████████████ ███ and prepare correspondence ████████████ (4.0); analysis and correspondence with R. Kassabian re: ████████ (1.2); revise recommendations re: ████████████████ and correspondence to R. Kassabian and T. Anten re: ████ (1.4); legal research | 7.20 | 4,633.20 |

# quinn emanuel trial lawyers

October 22, 2020                                                    Matter #: 05621-00003
Page 15                                                    Invoice Number: 101-0000108944

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | re: ███ (0.6). |  |  |
| 09/14/20 | ABQ | Legal research relating to ██████ ████████████████ (1.2); legal research ██████████████ (1.3), email to T. Anten and D. Scher █████ (0.4). | 2.90 | 1,866.15 |
| 09/14/20 | SJ1 | Analysis re: ████████ (3.1); factual research re: ████████ (4.8); review and revise ██████████ ████████████████ (.3); strategic analysis re: ████████ (1.9). | 10.10 | 8,862.75 |
| 09/14/20 | TA | Strategize re: and emails ████████ ████████████ (1.0); review and revise memorandum re ██ █████████████ and email with D.Scher re: ███ (0.8). | 1.80 | 1,606.50 |
| 09/14/20 | MMC | Strategize re: ████████████ ████████████ (4.9); call with R. Dhar re: ██████████ (1.0). | 5.90 | 6,268.75 |
| 09/14/20 | JL9 | Conduct search in Viewpoint and folder results for ██████ ████████ (0.80). | 0.80 | 140.00 |
| 09/14/20 | SW2 | Review and analyze ██ documents ████████████████ ████████████; correspond with S. Jenkins re ███. | 4.00 | 1,180.00 |
| 09/14/20 | NS2 | Prepare information regarding ████ ████████ (1.0). | 1.00 | 330.00 |
| 09/14/20 | AB2 | Emails with S.Jenkins re: ████ ████████ (.4); prepare for ████████ (.5), research and reporting re; █████ (.8); emails with D.Scher re: ████ ██ (.2); locate, prepare and provide ████████ (.9). | 2.80 | 490.00 |

**quinn emanuel** trial lawyers

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 09/14/20 | RHK | Prepare for and attend call with M. Caruso, as well as video conference with R. Dhar, re ███████ ██████████████ (2.3); further analysis re ████████ ███████████████ (.8); various correspondence with S. Jenkins, D. Scher and T. Anten, and analysis, re ██████████████ ███████████████ ███ (1.1). | 4.20 | 4,462.50 |
| 09/15/20 | DS6 | Revise recommendations re: ███████ ██████, and teleconference with S. Jenkins re: ██████ (1.0); analysis and correspondence with R. Kassabian re: █████████████ ███ (0.4). | 1.40 | 900.90 |
| 09/15/20 | ABQ | Legal research regarding ████████ ███████████████ (3.7); prepare internal research email memo to S. Jenkins and D. Scher re ███████████ ██████████ (1.5); legal research on ███████████ ██████████████ (0.7); prepare ███████████████ to S. Jenkins and D. Scher (0.5). | 6.40 | 4,118.40 |
| 09/15/20 | ABS | Search and review ████████████ ████████████ | 0.40 | 118.00 |
| 09/15/20 | SJ1 | Factual research and analysis re: ██████████ (3.9); review and revise memo re: ██████████ (6.3); teleconference with R. Kassabian re: █████████ (0.7). | 10.90 | 9,564.75 |
| 09/15/20 | TA | Email with C.Bogdanos re: ████████ ████████ (0.3); assess ██████████████ ██████████████ █████████████ (0.5); revise memorandum re ███████ | 1.50 | 1,338.75 |

**quinn emanuel** trial lawyers

October 22, 2020                                                                                    Matter #: 05621-00003
Page 17                                                                            Invoice Number: 101-0000108944

|            |      |                                                                                 |       |          |
|------------|------|---------------------------------------------------------------------------------|-------|----------|
|            |      | ██████████ (0.5); email with S.Jenkins re: ██████████████████████ (0.2).       |       |          |
| 09/15/20   | JL9  | Conduct searches in Viewpoint and prepare results for ████████ ████████████ (1.1); conduct searches in Viewpoint and generate PDF files for █████████ ██████ (0.5); generate reports from production data for ██████████ ████████████ t (0.6) | 2.20  | 385.00   |
| 09/15/20   | SW2  | Continue review and analysis of ███████████████████ █████████████████████ ██████████ and correspond with S. Jenkins re same. | 6.00  | 1,770.00 |
| 09/15/20   | MMC  | Strategize re: ███████████████ (2.4); prepare ███████████ ███████████████ (.9). | 3.30  | 3,506.25 |
| 09/15/20   | RHK  | Prepare for and attend calls ██████ ██████████████████ ██████████████████ ██████████████████ ████ (2.6); analysis re ██████████████ ██████████ (1.8); various correspondence with S. Jenkins, and analysis re, ██████████████████ ███ (1.4). | 5.80  | 6,162.50 |
| 09/16/20   | ABS  | Search and review ████████████ ██████████████████ | 0.40  | 118.00   |
| 09/16/20   | SJ1  | Analysis of ████████████ ████████████████ (2.7); draft correspondence to ████████ ██████████████████ (0.9); factual research and analysis re: █████████ (4.8). | 8.40  | 7,371.00 |
| 09/16/20   | TA   | Review and revise ████████ ██████████████ (0.3); email with R.Kassabian re: ████████ ██████ (0.5). | 0.80  | 714.00   |

**quinn emanuel** trial lawyers

October 22, 2020                                                      Matter #: 05621-00003
Page 18                                              Invoice Number: 101-0000108944

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 09/16/20 | MMC | Strategize re: ████████ (.4); analyze ████████ ████ (5.7). | 6.10 | 6,481.25 |
| 09/16/20 | NS2 | Supplement and update database and linked index of ████████ ████████ ██ (1.4) | 1.40 | 462.00 |
| 09/16/20 | JL9 | Conduct searches and generate ████████ (0.7). | 0.60 | 105.00 |
| 09/16/20 | SW2 | Review and analyze ████████ ████████ (4.0); continue analysis of ████████ ████████ (4.0). | 8.00 | 2,360.00 |
| 09/16/20 | RHK | Prepare for and attend call with ████████ (1.4); strategize re ████████ (1.6); analysis re ████████ ████ (.6). | 3.60 | 3,825.00 |
| 09/17/20 | RHK | Prepare for and attend call with B. Hardin re ████ (1.3); various correspondence with S. Phillips, S. Jenkins, D. Scher and B. Hardin re ████ (1.8); finalize memo to client re ████████ (1.0); prepare for and attend call with M. Caruso re ████████ (.9). | 5.00 | 5,312.50 |
| 09/17/20 | MMC | Strategize re: ████ ████ (.1); strategize re: ████ (3.9) | 4.00 | 4,250.00 |
| 09/17/20 | ABQ | Teleconference with R. Kassabian and M. Caruso on ████████ | 0.20 | 128.70 |
| 09/17/20 | SJ1 | Factual research and analysis re: ████ (6.3); analysis of ████ | 10.30 | 9,038.25 |

**quinn emanuel** trial lawyers

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | ███████ (2.1); analysis re: ████████ (1.4); T.C. with B. Hardin and R. Kassabian re: ████████ (0.5). | | |
| 09/17/20 | TA | Email with S.Jenkins re: ████████ (0.3); review and strategize re: ████████ (0.5). | 0.80 | 714.00 |
| 09/17/20 | SW2 | Review and analyze ████████ (2.0); continue analysis of ████████ (4.5); prepare ████████ (1.5). | 8.00 | 2,360.00 |
| 09/17/20 | JL9 | Conduct searches and generate ████████ (0.6). | 0.60 | 105.00 |
| 09/17/20 | NS2 | Supplement and update database and linked index of ████████. (0.9) | 0.90 | 297.00 |
| 09/17/20 | DS6 | Review and strategize re: ████████ and correspondence to M. Caruso re: ████████ (2.0). | 2.00 | 1,287.00 |
| 09/17/20 | AB2 | Emails with Sara Jenkins re: ████████ (.2); research and reporting re: ████████ (.8). | 1.00 | 175.00 |
| 09/18/20 | DS6 | Review and strategize ████████ and correspondence to M. Caruso re: same (1.5) | 1.50 | 965.25 |
| 09/18/20 | ABS | Search and review ████████ | 4.70 | 1,386.50 |

**quinn emanuel** trial lawyers

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 09/18/20 | RHK | Prepare for and attend call with M. Ramsey re ████████ (2.2); analysis re ████████ (1.4); call with J. Zirkman re ████████ ████████ (2.6); correspondence with B. Hardin re ████████ (.7); Prepare ████████ ████████ (.8); correspondence with T. Anten and ████████ ████████ (.6). | 8.30 | 8,818.75 |
| 09/18/20 | SJ1 | Draft correspondence ████████ ████████ (1.3); factual analysis re: ████████ (2.6); factual research and analysis re: ████████ (4.7); draft memo re: ████████ (2.5) | 11.10 | 9,740.25 |
| 09/18/20 | TA | Draft ████████ ████████ (1.2); review and revise ████████ ████████ (0.4). | 1.60 | 1,428.00 |
| 09/18/20 | MMC | Work on ████████ ████████ (1.8); strategize re: ████████ (.2); strategize re: ████████ (1.1). | 3.10 | 3,293.75 |
| 09/18/20 | SW2 | Review and analyze ████████ ████████ ████████ ████████ (5.5); draft ████████ ████████ (2.5). | 8.00 | 2,360.00 |

**quinn emanuel** trial lawyers

October 22, 2020
Page 21

Matter #: 05621-00003
Invoice Number: 101-0000108944

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 09/18/20 | CTB | Review ███████████ and email to T. Anten re ███████ (1.1); review ████████████████ ████████ (.3); emails with R. Kassabian re ████████████████ ███████ (.7). | 2.10 | 1,984.50 |
| 09/18/20 | AB2 | Emails with SJ1 re: ███████████ (.2); locate, prepare and provide ████████████████ (2). | 2.20 | 385.00 |
| 09/18/20 | ABQ | Prepare ████████████ (0.4); review and analyze ████ ████████████████ (0.9) | 1.30 | 836.55 |
| 09/19/20 | DS6 | Review and strategize re: ████ ████████████████, and correspondence to M. Caruso re: ████ (2.0) | 2.10 | 1,351.35 |
| 09/19/20 | MMC | Strategize re: ████████████ (.5); strategize re: ███████████ (.4); strategize re: ████████████████ (.3). | 1.20 | 1,275.00 |
| 09/19/20 | ABQ | Review and analyze ████ ████████████████ (4.5); email to R. Kassabian ████████ ████████████ (0.4) | 4.90 | 3,153.15 |
| 09/19/20 | SJ1 | Review and revise memorandum re: ████████ (1.2); factual research re: ████████ (2.3). | 3.50 | 3,071.25 |
| 09/19/20 | TA | Teleconference with R.Kassabian and M.Caruso re: ███████████ ████████████████ (0.5); draft ████████████████ ████████████ (1.0); strategize re: ████████████████ (0.4). | 1.90 | 1,695.75 |
| 09/19/20 | RHK | Call with M. Caruso and T. Anten re | 1.10 | 1,168.75 |

**quinn emanuel** trial lawyers

October 22, 2020                                                        Matter #: 05621-00003
Page 22                                                      Invoice Number: 101-0000108944

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | ██████████████ (.5); review and comment re ████████████ ████ (.6). |  |  |
| 09/20/20 | ABQ | Review and prepare ████████. | 2.10 | 1,351.35 |
| 09/20/20 | SJ1 | Analysis re: ████████████ ██████████ (.4); factual research re: ████████ (3.7); review and revise correspondence ██████████████████ (1.5). | 5.60 | 4,914.00 |
| 09/20/20 | TA | Assess ████████████████ ████████████ (0.9); review and provide comments on ██████████ ████ (0.8). | 1.70 | 1,517.25 |
| 09/20/20 | RHK | Various correspondence with D. Scher and S. Jenkins and T. Anten and C. Bogdanos re ████████ ████████████ (2); correspondence with ██████████ (.2). | 2.20 | 2,337.50 |
| 09/20/20 | DS6 | Analysis and correspondence with R. Kassabian re: ████████████████ ████████ (0.5). | 0.50 | 321.75 |
| 09/21/20 | DS6 | Prepare outline for ██████████ █████████████████████ ████████████ (5.5); review and strategize re: ████ ██████████████ (1.0). | 6.50 | 4,182.75 |
| 09/21/20 | ABQ | Review and analyze ████ ████████. | 1.80 | 1,158.30 |
| 09/21/20 | SJ1 | Draft correspondence ██████████ ████████ (1.9); factual research re: ████████████ (2.9); prepare outline re: ████████ (1.2); analysis re: ██████████ (1.6); analysis re: ████████ | 7.90 | 6,932.25 |

# quinn emanuel trial lawyers

October 22, 2020                                                                Matter #: 05621-00003
Page 23                                                      Invoice Number: 101-0000108944

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | ██████████████ (.3). |  |  |
| 09/21/20 | TA | Review and strategize re: ████████ ██████████████ (2.0); teleconference ██████████████ (0.5); draft and revise ██████████████ (2.5). | 5.00 | 4,462.50 |
| 09/21/20 | MMC | Strategize re: ████████ (.2). | 0.20 | 212.50 |
| 09/21/20 | RHK | Revise ████████ ██████████████ , and various correspondence with S. Jenkins and T. Anten re ████ (1.6); review and comment re ██████████ (1.0). | 2.60 | 2,762.50 |
| 09/21/20 | SW2 | Draft outline of ██████████ (3.4), continue ████████████ ████████████ ██████████ (3.5). | 6.90 | 2,035.50 |
| 09/21/20 | JL9 | Review production data and generate custodian reports for ██████ (0.3); perform ████ ██████████████ (0.3); prepare ██████████████████ ██████████ (1). | 1.60 | 280.00 |
| 09/21/20 | CTB | Review ██████████ ██████████ | 2.20 | 2,079.00 |
| 09/22/20 | RHK | Prepare for and attend call ██████ ██████████ (1.3); prepare for and attend call with ██ ██████████████ (.8); review and revise ████ (1.2); correspond w/ D. Scher and analysis re ████████ ██████████ (.6); review and revise | 5.40 | 5,737.50 |

los angeles | new york | san francisco | silicon valley | chicago | dc | london | mannheim | tokyo | hamburg | paris | munich
sydney | hong kong | houston | brussels | seattle | zurich | shanghai | stuttgart | perth | boston | salt lake city

█████████████████████████
████████████ (.8); call with J.
Zirkman re ████████████ (.7).

| 09/22/20 | ABQ | Email to R. Kassabian and M. Caruso regarding ████████████ (0.8); review ████████████ (0.1); conference with M. Caruso ████████ (0.2) | 1.10 | 707.85 |
| 09/22/20 | ABS | Search and review ████████████ ████████ | 2.10 | 619.50 |
| 09/22/20 | SJ1 | Review and revise ████████████ ████████████ (0.3); analysis re: ████████████ ████████ (1.1); analysis of ████████████ (1.8); review and revise ████████ (1.3); factual research re: ████████ ████ (3.6). | 8.10 | 7,107.75 |
| 09/22/20 | TA | Review and strategize ████████ ████████████ (1.0); draft and revise ████████████ ████ (6.3). | 7.30 | 6,515.25 |
| 09/22/20 | JL9 | Conduct searches and generate ████ ████████████ | 0.90 | 157.50 |
| 09/22/20 | DS6 | Legal research re: ████████ ████████ and correspondence with T. Anten re: ████ (2.3); analysis and correspondence with R. Kassabian re: ████████ (0.7); analysis and correspondence with M. Caruso re: ████████████ (0.5); review and revise ████████████ ████████████, and correspondence with R. Kassabian ████ | 4.10 | 2,638.35 |

**quinn emanuel** trial lawyers

October 22, 2020                                          Matter #: 05621-00003
Page 25                                          Invoice Number: 101-0000108944

|          |      |                                                                 |      |          |
|----------|------|-----------------------------------------------------------------|------|----------|
|          |      | ████ (0.6).                                                      |      |          |
| 09/22/20 | MMC  | Strategize re: ████ (1.5); strategize re: ████ (.1); strategize re: ████ (1.8); strategize re: ████ ████ (1.5). | 4.90 | 5,206.25 |
| 09/23/20 | DS6  | Review and revise ████ ████, and correspondence with T. Anten re: same (2.0); revise ████ ████, and various calls with R. Kassabian, T. Anten, S. Jenkins, and A. Que████ (1.5); analysis and correspondence with R. Kassabian re: ████ (1.4). | 4.90 | 3,153.15 |
| 09/23/20 | ABQ  | Teleconference with R. Kassabian, T. Anten, S. Jenkins. and D. Scher regarding ████ (0.9); correspondence with M. Caruso regarding ████ (0.2); legal research ████ ████ (0.7). | 1.80 | 1,158.30 |
| 09/23/20 | SJ1  | Analysis re: ████ ████ (1.4); review and revise ████ ████ (.5); T.C. with R. Kassabian, T. Anten, and D. Scher re: ████ (0.9); factual research re: ████ (3.4); draft ████ (3.1). | 9.30 | 8,160.75 |
| 09/23/20 | TA   | Review and strategize re: ████ ████ (0.4); teleconference with R.Kassabian and team re: ████ ████ (0.5); outline and draft ████ ████ | 7.00 | 6,247.50 |

# quinn emanuel trial lawyers

October 22, 2020                                                 Matter #: 05621-00003
Page 26                                              Invoice Number: 101-0000108944

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | ████ (4.0); email with R.Kassabian re: ████ (0.3); review and revise ████ (1.8). |  |  |
| 09/23/20 | MMC | Strategize re: ████ (.6); strategize re: ████ (.1); strategize re: ████ (6.2). | 6.90 | 7,331.25 |
| 09/23/20 | RHK | Review and revise ████ ████, and various calls and correspondence with S. Jenkins and T. Anten re ████ (3.4); analysis re ████ (1.4); analysis re ████ (.8); call with client re (.6); revise ████ (1.6); revise ████ (.8); review ████ and advise S. Jenkins ████ (.7); correspondence with ████ (.2). | 9.50 | 10,093.75 |
| 09/23/20 | JL9 | Conducts searches in Viewpoint and prepare results for ████ | 1.10 | 192.50 |
| 09/23/20 | CTB | Review ████ ████ (1.8); telephone call with R Kassabian re ████ (.3); emails with R. Kassabian re ████ (1.2). | 3.30 | 3,118.50 |
| 09/24/20 | ABQ | Prepare ████ (0.8); legal research ████ (2.8); email to T. Anten, S. Jenkins, and D. Scher regarding ████ (0.3) | 3.90 | 2,509.65 |
| 09/24/20 | SJ1 | Review and revise ████ | 9.60 | 8,424.00 |

los angeles | new york | san francisco | silicon valley | chicago | dc | london | mannheim | tokyo | hamburg | paris | munich
sydney | hong kong | houston | brussels | seattle | zurich | shanghai | stuttgart | perth | boston | salt lake city

**quinn emanuel** trial lawyers

October 22, 2020                                                                 Matter #: 05621-00003
Page 27                                                              Invoice Number: 101-0000108944

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | ███████████████ (.8); analysis re: ███████████████ (2.0); factual research re: ████████ (2.1); draft ██████████ (3.5); analysis re: ████████ (1.2). |  |  |
| 09/24/20 | TA | Review and revise ████████ (1.3); draft ████████████████ (2.7). | 4.00 | 3,570.00 |
| 09/24/20 | RHK | Prepare for and attend call with ██ ████████ (1.5); prepare for and attend call ████████████ (1.4); revise ████████████ (.6); various correspondence with D. Scher and client re ████████████ (1.3). | 4.80 | 5,100.00 |
| 09/24/20 | MMC | Strategize re: ████████ (6.4); strategize re: ████████ (.6). | 7.00 | 7,437.50 |
| 09/24/20 | DS6 | Prepare ████████████ ████████ (5.6); analysis and correspondence with M. Caruso re: ████████ (2.6); analysis and correspondence with R. Kassabian re: ████████████ (1.1). | 9.30 | 5,984.55 |
| 09/24/20 | CTB | Research ████████. | 1.70 | 1,606.50 |
| 09/24/20 | AB2 | Emails with DS6 re: ████████ (.3); locate, prepare and provide documents re: (1.5). | 1.80 | 315.00 |
| 09/25/20 | RHK | Extended analysis re ████████ ████████████ various calls with Elster ████████ various calls with client re ████████ | 9.00 | 9,562.50 |

**quinn emanuel** trial lawyers

October 22, 2020                                                    Matter #: 05621-00003
Page 28                                              Invoice Number: 101-0000108944

|          |     |                                                                                               |       |          |
|----------|-----|-----------------------------------------------------------------------------------------------|-------|----------|
|          |     | ███ (7.6); review and revise ███ ███ (.6); call with T. Anten re ███ ███ (.8).               |       |          |
| 09/25/20 | DS6 | Prepare legal arguments for ███ ███ (3.1); analysis and correspondence with M. Caruso and A. Que re: ███ ███ (0.8). | 3.90  | 2,509.65 |
| 09/25/20 | MMC | Strategize re: ███ (.3); strategize re: ███ (6.7).                                            | 7.00  | 7,437.50 |
| 09/25/20 | ABQ | Analysis and advice re ███ (0.5), email to M. Caruso and D. Scher on ███ (0.1).              | 0.60  | 386.10   |
| 09/25/20 | ABS | Search and review ███ ███                                                                     | 2.40  | 708.00   |
| 09/25/20 | SJ1 | Prepare ███ (3.7); analysis re: ███ (2.1); review and revise ███ (4.1); review and revise ███ (0.3). | 10.20 | 8,950.50 |
| 09/25/20 | TA  | Prepare and revise ███ ███ ███.                                                               | 6.30  | 5,622.75 |
| 09/25/20 | SW2 | Research and outline ███ ███ (1.6); ███ ███ (1.4).                                            | 3.00  | 885.00   |
| 09/25/20 | DR2 | Confer with S.Jenkins regarding ███                                                           | 0.50  | 400.50   |

# quinn emanuel trial lawyers

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | ██████████████ ██████████████ ██ (.2); factual discovery ██████████████ ██████████████ ████ (.2); prepare email memorandum to case team re: ██████████ (.1). |  |  |
| 09/25/20 | AB2 | Emails with D.Scher re: ████████ (.2); locate, prepare and provide ██████ (.8). | 1.00 | 175.00 |
| 09/26/20 | DS6 | Analysis and correspondence with R. Kassabian re: ████████████ ████████ (1.4); analysis and correspondence with M. Caruso and A. Que re: ██████████████ (2.5). | 3.90 | 2,509.65 |
| 09/26/20 | RHK | Analyze and provide feedback concerning ████████ (4.8); review and revise ██████ ██████████ (.6). | 5.40 | 5,737.50 |
| 09/26/20 | ABQ | Analysis re ████████ | 2.40 | 1,544.40 |
| 09/26/20 | SJ1 | Factual research re: ████████ ████████ (3.6); review and revise ████████ (3.7). | 7.20 | 6,318.00 |
| 09/26/20 | TA | Email with R.Kassabian and M.Caruso re: ████████ (0.4); draft and revise ████████ ████████ (4.5). | 4.90 | 4,373.25 |
| 09/26/20 | AB2 | Emails with DS6 re: ████████ (.3); locate, prepare and provide ████████ (1.2). | 1.50 | 262.50 |
| 09/26/20 | MMC | Strategize re: ████████ (6.4). | 6.40 | 6,800.00 |
| 09/27/20 | RHK | Revise ████████ ████████ and correspond with T. Anten re ████ (3.2); correspondence with S. Jenkins and D. Scher re ██████████████ | 4.00 | 4,250.00 |

# quinn emanuel trial lawyers

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | ███████ (.8). | | |
| 09/27/20 | MMC | Strategize re: ██████ (3.7); call with Dhar re: ████ (.9); strategize re: ███████ (2.4). | 7.00 | 7,437.50 |
| 09/27/20 | SJ1 | Analysis re: █████████ █████████ (0.4). | 0.40 | 351.00 |
| 09/27/20 | TA | Review and revise ██████████ ████ (1.3); draft and revise ██████ ████████████████ ████████████ ████ (2.0). | 3.30 | 2,945.25 |
| 09/27/20 | DS6 | Analysis of ███████████ ████████, and correspondence with M. Caruso re: █████ and analysis and correspondence to R. Kassabian re: ████████ (2.9); review and revise ███████ ████████████████, and correspondence with T. Anten ███ (1.7). | 4.60 | 2,960.10 |
| 09/28/20 | ABQ | Prepare ███████ (3.1); legal research █████ ████████████████ (1.3); email to R. Kassabian, T. Anten, and M. Caruso on ████ (0.3). | 4.70 | 3,024.45 |
| 09/28/20 | ABS | Search and review ████████ ██████████████ █████████████. | 2.00 | 590.00 |
| 09/28/20 | RHK | Review and revise ██████████ ████████, and call with M. Caruso and T. Anten re ████ (6.7); review and analysis re ██████ ██████ (3.6); prepare for and attend call ██████ (.9); prepare for and attend call with ████████████ (.8). | 12.00 | 12,750.00 |
| 09/28/20 | SJ1 | Review and revise ████████ (3.1); analysis re: ████████ | 8.80 | 7,722.00 |

# quinn emanuel trial lawyers

██████████████ (1.8);
analysis re: ███████████ (2.7);
review and revise ████████████
(1.2).

| 09/28/20 | TA | Draft and ████████████ ██████████████ (6.4); teleconference with R.Kassabian & M.Caruso re: ████████████ (0.5); teleconference with R.Kassabian & S.Jenkins re: █████████████ ██████ (0.5) | 7.40 | 6,604.50 |
| 09/28/20 | JL9 | Prepare ████████████████ ███████████████ (0.7); prepare ███████████████ █████████████ (1.4) | 2.10 | 367.50 |
| 09/28/20 | SW2 | Continue targeted searches for ████████████████ ██████████ (2.6); █████████ ███████████ (1.4). | 4.00 | 1,180.00 |
| 09/28/20 | AB2 | Emails with S.Jenkins re: ███████ ██ (.2); locate, prepare and provide ███████ (.4); emails with S.Jenkins re: ██████████ (.3); research and reporting re: ████ (.3); prepare ████████████████ ██ (.7). | 1.90 | 332.50 |
| 09/28/20 | DS6 | Review and strategize re: ████████ ████████████████ █████████ correspondence to M. Caruso and A. Que re: ████ (5.4); review and revise ████████████████ █████, correspondence with T. Anten and S. Jenkins re: █████, TC with R. Kassabian, T. Anten, and S. Jenkins re: ██████ | 9.60 | 6,177.60 |

# quinn emanuel trial lawyers

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | ████████████ (3.2); legal research re: ████████████ , and correspondence with M. Caruso re: ███ (1.0). |  |  |
| 09/28/20 | MMC | Strategize re: ███████ (5.8); strategize re: ██████ (3.3). | 9.10 | 9,668.75 |
| 09/28/20 | CTB | Research ████████ (3.1); read ████████████ (1.8). | 4.90 | 4,630.50 |
| 09/29/20 | RHK | Prepare for and attend various calls with ███████ ████████ (5.1); call with ████████ (.6); review and analysis re ████ (1.5). | 7.20 | 7,650.00 |
| 09/29/20 | MMC | Strategize re: ████████ (7.2); strategize re: █████ (.7). | 8.90 | 9,456.25 |
| 09/29/20 | ABQ | Legal research ████████ ████████ (0.5); prepare and finalize ██████ (3.3) | 3.80 | 2,445.30 |
| 09/29/20 | SJ1 | Analysis re: ████████ (3.7); ████████████ (1.4). | 5.10 | 4,475.25 |
| 09/29/20 | TA | Draft and revise ██████ ████████ (3.7); review and revise ██████ ████████ (4.0). | 7.70 | 6,872.25 |
| 09/29/20 | DS6 | Review and strategize re: █████ ████████ , correspondence to M. Caruso and A. Que re: ███ (4.8); review and revise | 9.40 | 6,048.90 |

# quinn emanuel trial lawyers

October 22, 2020                                                                      Matter #: 05621-00003
Page 33                                                                      Invoice Number: 101-0000108944

███████████████, and analysis and
correspondence with T. Anten and S.
Jenkins re: ██████████████ (2.7);
analysis and correspondence re:

████████████████████████ (0.8);
analysis and correspondence with R.
Kassabian and M. Caruso re:

██████, TC with M. Caruso re: ██████
(1.1).

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 09/29/20 | CTB | Draft ████████████████ ████ | 7.70 | 7,276.50 |
| 09/29/20 | AB2 | Emails with SJ1 and DS6 re: ████ ██████████████ (.8); prepare ████████████ (1.50); prepare ███████████ (1.5). | 3.80 | 665.00 |
| 09/30/20 | ABQ | Teleconference with D. Scher regarding ████████████ ████ (0.5); finalize ████████████ (3.2) | 3.70 | 2,380.95 |
| 09/30/20 | SJ1 | Analysis re: documents ████████ (3.2); analysis re: ████████████ ████████████ (0.9); correspondence with opposing counsel re: ████████████ (0.4) | 4.50 | 3,948.75 |
| 09/30/20 | TA | Teleconference with R.Kassabian re: ████████ (0.3); review and revise ████████████ ████████████ (8.6). | 8.90 | 7,943.25 |
| 09/30/20 | RHK | Finalize ████████████████ ████████████ (6.9); various calls with ████████████ (1.2); call with T. Anten and M. Caruso re ████████████ (.6); correspondence with client re ████████████ | 9.90 | 10,518.75 |

**quinn emanuel** trial lawyers

October 22, 2020
Page 34

Matter #: 05621-00003
Invoice Number: 101-0000108944

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | ███████████ (.9); correspondence with S. Jenkins re ███████████ (.3). |  |  |
| 09/30/20 | DS6 | Review and strategize re: ██████, correspondence to M. Caruso, T. Anten, and A. Que re: ████ (5.1); analysis and correspondence re: ██████ with S. Jenkins, J. Liao, and A. Bentancourt (0.6); analysis and strategize with R. Kassabian and M. Caruso re: ███████ (1.6). | 7.30 | 4,697.55 |
| 09/30/20 | JL9 | Prepare ███████████ (1.6). | 1.60 | 280.00 |
| 09/30/20 | CTB | Draft ███████████. | 4.20 | 3,969.00 |
| 09/30/20 | MMC | Strategize re: ███████ (.5); strategize re: ███████ (4.5); strategize re: ███████ (2.0). | 7.00 | 7,437.50 |
| 09/30/20 | AB2 | Emails with DS6 and SJ1 re: ████ (.5); prepare ████ (1.3); ████████ (1.1). | 2.90 | 507.50 |
|  |  | SUBTOTAL | 886.90 | 717,397.70 |

**Fee Summary**

| Attorneys | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Rachel Herrick Kassabian | RHK | Partner | 128.00 | 1,062.50 | 136,000.00 |
| Margret Caruso | MMC | Partner | 124.60 | 1,062.50 | 132,387.50 |
| Patty Tomasco | PT | Partner | 2.70 | 977.50 | 2,639.25 |
| Claudia Bogdanos | CTB | Counsel | 52.10 | 945.00 | 49,234.50 |
| Todd Anten | TA | Partner | 106.40 | 892.50 | 94,962.00 |
| Sara Jenkins | SJ1 | Counsel | 206.20 | 877.50 | 180,940.50 |
| Donald Reinhard | DR2 | Associate | 0.50 | 801.00 | 400.50 |
| Dylan Scher | DS6 | Associate | 112.80 | 643.50 | 72,586.80 |
| Allison (Bingxue) Que | ABQ | Associate | 48.90 | 643.50 | 31,467.15 |

# quinn emanuel trial lawyers

October 22, 2020                                                     Matter #: 05621-00003
Page 35                                              Invoice Number: 101-0000108944

| | | | | | |
|---|---|---|---|---|---|
| Andrew B. Sanford | ABS | Attorney | 12.00 | 295.00 | 3,540.00 |
| Scott Weingrad | SW2 | Attorney | 49.40 | 295.00 | 14,573.00 |
| | | | | | |
| Case Assistants | Init. | Title | Hours | Rate | Amount |
| Barbara J Howell | BH2 | Paralegal | 14.50 | 330.00 | 4,785.00 |
| Nolan Schoichet | NS2 | Paralegal | 3.30 | 330.00 | 1,089.00 |
| | | | | | |
| Litigation Support/Document Management Services | Init. | Title | Hours | Rate | Amount |
| Vince Mesa | VM1 | Litigation Support | 6.00 | 250.00 | 1,500.00 |
| Joe Liao | JL9 | Litigation Support | 22.90 | 175.00 | 4,007.50 |
| Anand Rajkumar | AR3 | Litigation Support | 2.90 | 175.00 | 507.50 |
| Anthony Bentancourt | AB2 | Litigation Support | 21.00 | 175.00 | 3,675.00 |

## Expense Summary

| Description | | Amount |
|---|---|---|
| Outside record production | | 1,233.70 |
| Online Research | | 0.00 |
| Document Reproduction | 0.10 | 104.00 |
| Color Document Reproduction | 0.40 | 44.00 |
| Word processing | | 0.00 |
| Evidence | | 296.10 |
| Velobind | | 2.50 |
| Document Services | | 118.81 |

**Litigation Support Costs**

| | | |
|---|---|---|
| Other Lit Support Services | | 3.75 |
| Hosting | | 6,212.50 |
| Data Filtering | | 39.46 |
| | Total Expenses | $8,054.82 |