DAVIDOFF HUTCHER & CITRON LLP
*Attorneys for DGC Capital Contracting Corp.*
605 Third Avenue
New York, New York 10158
(212) 557-7200
ROBERT L. RATTET, ESQ.
jsp@dhclegal.com
JAMES B. GLUCKSMAN, ESQ.
jbg@dhclegal.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
-------------------------------------------------------------------X
In re:

BOY SCOUTS OF AMERICA, ET. AL.,                    Chapter 11
                                                   Case No. 20-10343 (LSS)
                        Debtors.                   (Jointly Administered)
-------------------------------------------------------------------X

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS

**PLEASE TAKE NOTICE THAT**, pursuant to Rules 9010 and 2002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Davidoff Hutcher & Citron LLP hereby appears as counsel to creditor St. Stephen's Episcopal Church, in connection with the Chapter 11 case of Boy Scouts of America et al. It is requested that copies of any and all notices, pleadings, and orders be sent to:

DAVIDOFF HUTCHER & CITRON LLP
605 Third Avenue
New York, New York 10158
Attn: Jonathan S. Pasternak, Esq.
James B. Glucksman, Esq.
rlr@dhclegal.com
jbg@dhclegal.com
Telephone:  914-381-7400
Facsimile:  914-381-7406

**PLEASE TAKE FURTHER NOTICE**, that, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure, the foregoing request includes not only the notice and

papers referred to in the rules specified above, but all other notices, papers and documents, including but not limited to: copies of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise, which affects the above-captioned debtors (the "Debtors"), property in the possession, custody or control of the Debtors or the above referenced cases.

Dated: New York, New York
November 11, 2020

DAVIDOFF HUTCHER & CITRON LLP
*Attorneys for St. Stephens's Episcopal Church*
605 Third Avenue
New York, New York 10158
(212) 557-7200

By: */s/ James B. Glucksman*
ROBERT L. RATTET
JAMES B. GLUCKSMAN