IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,**<br><br>　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Joel M. Walker of Nye, Stirling, Hale & Miller LLP hereby enters his appearance in the above-entitled action as counsel on behalf of various child sexual abuse tort claimants.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　*/s/ Joel M. Walker*

　　　　　　　　　　　　　　　　JOEL M. WALKER
　　　　　　　　　　　　　　　　(PA ID No. 26515)
　　　　　　　　　　　　　　　　NYE, STIRLING, HALE & MILLER LLP
　　　　　　　　　　　　　　　　1145 Bower Hill Road, Suite 104
　　　　　　　　　　　　　　　　Pittsburgh, PA  15243
　　　　　　　　　　　　　　　　Telephone:  412-857-5350
　　　　　　　　　　　　　　　　jmwalker@nshmlaw.com

Dated:  November 12, 2020

**CERTIFICATE OF SERVICE**

    I hereby certify that, on this date, the foregoing document was filed with the United States Bankruptcy Court, District of Delaware and served upon all parties entitled to receive notice of filings in the above-captioned case via the Bankruptcy Court's Electronic Case Filing (ECF) system.

By: _____
          Joel M. Walker

Dated: November 12, 2020