# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2020, the *Future Claimants' Representative's Objections to Debtors' Motions for Entry of Orders With Respect to Wilson and Worley (I) Approving Settlement Agreements and (II) Lifting the Automatic Stay, to the Extent Necessary, to Permit Payment of Settlement Amounts by Applicable Insurance* [D.I. 1647] was caused to be served as indicated upon the parties identified on the attached service list.

Dated: November 12, 2020     YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Edwin J. Harron
Edwin J. Harron (No. 3396)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: eharron@ycst.com

*Counsel to the Future Claimants' Representative*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

27332212.1

**Boy Scouts of America and Delaware BSA, LLC Service List**
**(All Parties Served Via Email Unless Otherwise Noted)**

Derek C. Abbott, Andrew R. Remming,
Joseph C. Barsalona II, Eric W. Moats,
and Paige N. Topper
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 16th Floor
Wilmington, DE 19801
dabbott@mnat.com
barsalona@mnat.com
emoats@mnat.com
aremming@mnat.com
ptopper@mnat.com

Thomas A. Labuda
Blair Warner
Karim Basaria
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
tlabuda@sidley.com
blair.warner@sidley.com
kbasaria@sidley.com

Jessica C.K. Boelter
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095
jessica.boelter@whitecase.com

Office of the United States Trustee
Attn: David L. Buchbinder and Hannah M. McCollum
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
david.l.buchbinder@usdoj.gov

Cassandra Burton
Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026
burton.cassandra@pbgc.gov

Paul W. Carey
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608
pcarey@mirickoconnell.com

Kate P. Foley
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581
kfoley@mirickoconnell.com

Jeffrey E. Bjork
Kimberly A. Posin
Nicholas J. Messana
Latham & Watkins LLP
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
jeff.bjork@lw.com
kim.posin@lw.com
nicholas.messana@lw.com

Adam J. Goldberg
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022-4834
adam.goldberg@lw.com

Michael J. Merchant and Brett M. Haywood
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
merchant@rlf.com
haywood@rlf.com

**Boy Scouts of America and Delaware BSA, LLC Service List**
**(All Parties Served Via Email Unless Otherwise Noted)**

Eric Lopez Schnabel
Alessandra Glorioso
Dorsey & Whitney (Delaware) LLP
300 Delaware Avenue, Suite 1010
Wilmington, DE 19801
schnabel.eric@dorsey.com
glorioso.alessandra@dorsey.com

Bruce R. Ewing
Eric Lopez Schnabel
Dorsey & Whitney LLP
51 West 52nd Street
New York, NY 10019
ewing.bruce@dorsey.com

Stephen M. Miller
Carl N. Kunz, III
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
smiller@morrisjames.com
ckunz@morrisjames.com

Margaret M. Anderson
Fox Swibel Levin & Carroll LLP
200 W. Madison Street, Suite 3000
Chicago, IL 60606
panderson@foxswibel.com

Riley C. Walter
Wanger Jones Helsley, PC
265 E. River Park Circle, Suite 310
Fresno, CA 93720
rwalter@wjhattorneys.com

Jan T. Perkins
Baker Manock & Jensen, PC
5260 North Palm Avenue, Suite 421
Fresno, CA 93704
jperkins@bakermanock.com

Michael Marchese
Sequoia Council of BoyScouts, Inc.
6005 N. Tamera Avenue
Fresno, CA 93711
michael.marchese@scouting.org

Louis R. Strubeck, Jr.
Kristian W. Gluck
Ryan E. Manns
Norton Rose Fulbright US LLP
2200 Ross Avenue, Suite 3600
Dallas, TX 75201-7932
louis.strubeck@nortonrosefulbright.com
kristian.gluck@nortonrosefulbright.com
ryan.manns@nortonrosefulbright.com

Matthew P. Ward
Morgan L. Patterson
Womble Bond Dickinson (US) LLP
1313 North Market Street, Suite 1200
Wilmington, DE 19801
matthew.ward@wbd-us.com
morgan.patterson@wbd-us.com

Synchrony Bank
c/o PRA Receivables Management, LLC
Attn: Valerie Smith
P.O. Box 41021
Norfolk, VA 23541
claims@recoverycorp.com

**Boy Scouts of America and Delaware BSA, LLC Service List**
**(All Parties Served Via Email Unless Otherwise Noted)**

John P. Dillman
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064
houston_bankruptcy@publicans.com

Eric S. Goldstein
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
egoldstein@goodwin.com
bankruptcy@goodwin.com
bankruptcyparalegal@goodwin.com

David M. Fournier
Marcy J. McLaughlin Smith
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19801
david.fournier@troutman.com
marcy.smith@troutman.com

Harris B. Winsberg
Troutman Pepper Hamilton Sanders LLP
600 Peachtree St. NE, Suite 3000
Atlanta, GA 30308
harris.winsberg@troutman.com

Matthew G. Roberts
Troutman Pepper Hamilton Sanders LLP
600 Peachtree St. NE, Suite 3000
Atlanta, GA 30308
matthew.roberts2@troutman.com

Todd C. Jacobs
Bradley Riley Jacobs PC
320 W. Ohio Street, Suite 3W
Chicago, IL 60654
tjacobs@bradleyriley.com

Jason P. Hood
Davies Hood PLLC
22 North Front Street, Suite 620
Memphis, TN 38103-2100
Jason.Hood@davieshood.com

Daniel W. Van Horn
Butler Snow LLP
P.O. Box 171443
Memphis, TN 38187-1443
Danny.VanHorn@butlersnow.com

Craig T. Fessenden
Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026
fessenden.craig@pbgc.gov

Raeann Warner
Thomas C. Crumplar
Jacobs & Crumplar, P.A.
750 Shipyard Drive, Suite 200
Wilmington, DE 19801
Raeann@jcdelaw.com
tom@jcdelaw.com

Thomas S. Neuberger
Stephen J. Neuberger
The Neuberger Firm
17 Harlech Drive
Wilmington, DE 19807
tsn@neubergerlaw.com
sjn@neubergerlaw.com

Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Freeway, Suite 1000
Dallas, TX 75207
dallas.bankruptcy@publicans.com

**Boy Scouts of America and Delaware BSA, LLC Service List**
**(All Parties Served Via Email Unless Otherwise Noted)**

| | |
|---|---|
| Bruce W. Leaverton<br>Karr Tuttle Campbell, P.S.<br>701 Fifth Avenue, Suite 3300<br>Seattle, WA 98104<br>bleaverton@karrtuttle.com | Missouri Department of Revenue<br>Bankruptcy Unit<br>Attn: Steven A. Ginther<br>P.O. Box 475<br>Jefferson City, MO 65105-0475<br>deecf@dor.mo.gov |
| Richard J. Bernard<br>Foley & Lardner LLP<br>90 Park Avenue<br>New York, NY 10016<br>rbernard@foley.com | Victor Vilaplana<br>Foley & Lardner LLP<br>3579 Valley Centre Drive, Suite 300<br>San Diego, CA 92130<br>vavilaplana@foley.com |
| **FIRST CLASS MAIL**<br>John A. Vos<br>1430 Lincoln Avenue<br>San Rafael, CA 94901 | Patrick A. Jackson<br>Kaitlin W. MacKenzie<br>Faegre Drinker Biddle & Reath LLP<br>222 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>kaitlin.mackenzie@faegredrinker.com<br>patrick.jackson@faegredrinker.com |
| Jay Jaffe<br>Faegre Drinker Biddle & Reath LLP<br>600 E. 96th Street, Suite 600<br>Indianapolis, IN 46240<br>jay.jaffe@faegredrinker.com | Deb Secrest<br>Commonwealth of Pennsylvania<br>Department of Labor and Industry<br>Collections Support Unit<br>651 Boas Street, Room 925<br>Harrisburg, PA 17121<br>ra-li-ucts-bankrupt@state.pa.us |
| Brian J. McLaughlin<br>Rachel B. Mersky<br>Monzack Mersky McLaughlin and Browder, P.A.<br>1201 N. Orange Street, Suite 400<br>Wilmington, DE 19801<br>bmclaughlin@monlaw.com<br>rmersky@monlaw.com | Jeffrey R. Waxman<br>Eric J. Monzo<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>jwaxman@morrisjames.com<br>emonzo@morrisjames.com |
| Angela Z. Miller<br>Phillips Lytle LLP<br>One Canalside<br>125 Main Street<br>Buffalo, NY 14203<br>amiller@phillipslytle.com | James P. Ruggeri, Joshua D. Weinberg,<br>Abigail W. Williams, and Michele B. Konigsberg<br>Shipman & Goodwin LLP<br>1875 K Street NW, Suite 600<br>Washington, DC 20006-1251<br>awilliams@goodwin.com<br>jweinberg@goodwin.com<br>mkonigsberg@goodwin.com<br>jruggeri@goodwin.com |

**Boy Scouts of America and Delaware BSA, LLC Service List**
**(All Parties Served Via Email Unless Otherwise Noted)**

Erin R. Fay
Gregory J. Flasser
Bayard, P.A.
600 N. King Street, Suite 400
Wilmington, DE 19801
efay@bayardlaw.com
gflasser@bayardlaw.com

Tara LeDay
McCreary, Veselka, Bragg & Allen, P.C.
P. O. Box 1269
Round Rock, TX 78680
tleday@mvbalaw.com

Deirdre M. Richards
Fineman Krekstein & Harris PC
1300 N. King Street
Wilmington, DE 19801
drichards@finemanlawfirm.com

Susan N.K. Gummow
Igor Shleypak
Foran Glennon Palandech Ponzi & Rudloff, P.C.
222 N. LaSalle Sreet, Suite 1400
Chicago, IL 60614
sgummow@fgppr.com
ishleypak@fgppr.com

Craig Goldblatt
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
craig.goldblatt@wilmerhale.com

Richard G. Mason
Douglas K. Mayer
Joseph C. Celentino
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
rgmason@wlrk.com
dkmayer@wlrk.com
jccelentino@wlrk.com

Tad Thomas
Louis C. Schneider
Thomas Law Offices, PLLC
9418 Norton Commons Blvd., Suite 200
Louisville, KY 40059
tad@thomaslawoffices.com
lou.schneider@thomaslawoffices.com

Paul A. Fanning
Ward and Smith, P.A.
P.O. Box 8088
Greenville, NC 27835-80
paf@wardandsmith.com

Bradley L. Rice
Nagel Rice LLP
103 Eisenhower Parkway
Roseland, NJ 07068
brice@nagelrice.com

Mark L. Desgrosseilliers
Chipman, Brown, Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19801
desgross@chipmanbrown.com

**Boy Scouts of America and Delaware BSA, LLC Service List**
**(All Parties Served Via Email Unless Otherwise Noted)**

| | |
|---|---|
| Cindy L. Robinson<br>Doug Mahoney<br>Tremont Sheldon Robinson Mahoney P.C.<br>64 Lyon Terrace<br>Bridgeport, CT 06604<br>crobinson@tremontsheldon.com<br>dmahoney@tremontsheldon.com | Thomas Moers Mayer, Rachael Ringer,<br>David E. Blabey, Jr., Jennifer R. Sharret,<br>and Megan M. Wasson<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>tmayer@kramerlevin.com<br>rringer@kramerlevin.com<br>dblabey@kramerlevin.com<br>jsharret@kramerlevin.com<br>mwasson@kramerlevin.com |
| Kurt F. Gwynne<br>Katelin A Morales<br>Reed Smith LLP<br>1201 N. Market Street, Suite 1500<br>Wilmington, DE 19801<br>kgwynne@reedsmith.com<br>kmorales@reedsmith.com | Joseph H. Lemkin<br>Stark & Stark, P.C.<br>P.O. Box 5315<br>Princeton, NJ 08543<br>jlemkin@stark-stark.com |
| James I. Stang, Robert B. Orgel, James E. O'Neill,<br>John W. Lucas, Linda Cantor, and Ilan D. Scharf<br>Pachulski Stang Ziehl & Jones LLP<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19801<br>jstang@pszjlaw.com<br>rorgel@pszjlaw.com<br>joneill@pszjlaw.com<br>lcantor@pszjlaw.com<br>jlucas@pszjlaw.com<br>ischarf@pszjlaw.com | Gerald D. Jowers, Jr.<br>Janet, Janet & Scuggs, LLC<br>500 Taylor Street, Suite 301<br>Columbia, SC 29201<br>GJowers@JJSJustice.com |
| Karen C. Bifferato<br>Kelly M. Conlan<br>Connolly Gallagher LLP<br>1201 N. Market Street, 20th Floor<br>Wilmington, DE 19801<br>kbifferato@connollygallagher.com<br>kconlan@connollygallagher.com | Michael P. Pompeo<br>Faegre Drinker Biddle & Reath LLP<br>1177 Avenue of the Americas, 41st Floor<br>New York, NY 10036-2714<br>michael.pompeo@faegredrinker.com |
| William P. Bowden<br>Ashby & Geddes, P.A.<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19801<br>wbowden@ashbygeddes.com | David M. Klauder<br>Bielli & Klauder, LLC<br>1204 N. King Street<br>Wilmington, DE 19801<br>dklauder@bk-legal.com |

**Boy Scouts of America and Delaware BSA, LLC Service List**
**(All Parties Served Via Email Unless Otherwise Noted)**

Michael T. Pfau
Jason P. Amala
Vincent T. Nappo
Pfau Cochran Vertetis Amala PLLC
403 Columbia Street, Suite 500
Seattle, WA 98104
michael@pcvalaw.com
jason@pcvalaw.com
vnappo@pcvalaw.com

Paul Mones
Paul Mones PC
13101 Washington Blvd.
Los Angeles, CA 90066
paul@paulmones.com

Matthew S. Sorem
Nicolaides Fink Thorpe Michaelides Sullivan LLP
10 S. Wacker Drive, 21st Floor
Chicago, IL 60606
msorem@nicolaidesllp.com

David A. Lebowitz
Kaufman Lieb Lebowitz & Frick LLP
10 East 40th Street, Suite 3307
New York, NY 10016
dlebowitz@kllf-law.com

Stamatios Stamoulis
Richard C. Weinblatt
Stamoulis & Weinblatt LLC
800 N. West Street, Suite 800
Wilmington, DE 19801
stamoulis@swdelaw.com
weinblatt@swdelaw.com

Michael J. Joyce
The Law Offices of Joyce, LLC
1225 King Street, Suite 800
Wilmington, DE 19801
mjoyce@mjlawoffices.com

Alan C. Hochheiser
Maurice Wutscher LLP
23611 Chagrin Blvd., Suite 207
Beachwood, OH 44122
ahochheiser@mauricewutscher.com

R. Joseph Hrubiec
Napoli Shkolnik PLLC
919 N. Market Street, Suite 1801
Wilmington, DE 19801
rhrubiec@napolilaw.com

Ryan S. Smethurst
Margaret H. Warner
McDermott Will & Emery LLP
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531
rsmethurst@mwe.com
mwarner@mwe.com

Shawn M. Christianson
Buchalter, A Professional Corporation
55 Second Street, 17th Floor
San Francisco, CA 94105-3493
schristianson@buchalter.com

Tancred Schiavoni
Janine Panchok-Berry
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036-6537
tschiavoni@omm.com
jpanchok-berry@omm.com

Britton C. Lewis
Carruthers & Roth, P.A.
235 N. Edgeworth Street
P.O. Box 540
Greensboro, NC 27401
bcl@crlaw.com

**Boy Scouts of America and Delaware BSA, LLC Service List**
**(All Parties Served Via Email Unless Otherwise Noted)**

| | |
|---|---|
| Kevin Coughlin, Lorraine Armenti, Michael Hrinewski<br>Coughlin Duffy, LLP<br>350 Mount Kemble Avenue<br>P.O. Box 1917<br>Morristown, NJ 0796<br>kcoughlin@coughlinduffy.com<br>larmenti@coughlinduffy.com<br>mhrinewski@coughlinduffy.com | Todd M. Brooks<br>Whiteford Taylor & Preston LLP<br>Seven Saint Paul Street, 15th Floor<br>Baltimore, MD 21202-1626<br>tbrooks@wtplaw.com |
| Richard W. Riley<br>Whiteford Taylor & Preston LLC<br>The Renaissance Centre<br>405 North King Street, Suite 500<br>Wilmington, DE 19801<br>rriley@wtplaw.com | Christopher S. Murphy, Assistant Attorney General<br>c/o Sherri K. Simpson, Paralegal<br>Attorney General's Office<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548<br>christopher.murphy@oag.texas.gov<br>sherri.simpson@oag.texas.gov<br>hannah.mccollum@usdoj.gov |
| R. Karl Hill<br>Seitz, Van Ogtrop & Green, P.A.<br>222 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>khill@svglaw.com | Douglas R. Gooding<br>Jonathan D. Marshall<br>Michael J. Foley, Jr.<br>Choate, Hall & Stewart LLP<br>Two International Place<br>Boston, MA 02110<br>dgooding@choate.com<br>jmarshall@choate.com<br>mjfoley@choate.com |
| Kim V. Marrkand<br>Nancy D. Adams<br>Laura Bange Stephens<br>Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.<br>One Financial Center<br>Boston, MA 02111<br>kmarrkand@mintz.com<br>ndadams@mintz.com<br>lbstephens@mintz.com | William E. Winfield<br>Nelson Comis Kettle & Kinney LLP<br>300 E. Esplanade Drive, Suite 1170<br>Oxnard, CA 93036<br>wwinfield@calattys.com |
| Richard A. Barkasy<br>Kristi J. Doughty<br>Schnader Harrison Segal & Lewis LLP<br>824 N. Market Street, Suite 800<br>Wilmington, DE 19801<br>rbarkasy@schnader.com<br>kdoughty@schnader.com | Henry C. Shelton, III<br>Adams and Reese LLP<br>6075 Poplar Avenue, Suite 700<br>Memphis, TN 38119<br>Henry.Shelton@arlaw.com |

**Boy Scouts of America and Delaware BSA, LLC Service List**
(All Parties Served Via Email Unless Otherwise Noted)

James Tobia
The Law Office of James Tobia, LLC
1716 Wawaset Street
Wilmington, DE 19806
jtobia@tobialaw.com

Michael J. Pankow
Joshua M. Hantman
Andrew J. Roth-Moore
Brownstein Hyatt Farber Schreck, LLP
410 17th Street, Suite 2200
Denver, CO 80202
mpankow@bhfs.com
jhantman@bhfs.com
Aroth-moore@bhfs.com

**FIRST CLASS MAIL**
N.E.K.
#402985 D-G-5
Clallam Bay Corrections Center
1830 Eagle Crest Way
Clallam Bay, WA 98326

Morton R. Branzburg
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103
mbranzburg@klehr.com

William D. Sullivan
Sullivan Hazeltine Allinson LLC
919 North Market Street, Suite 420
Wilmington, DE 19801
bsullivan@sha-llc.com

Michael G. Kelly
Kelly, Morgan, Dennis, Corzine & Hansen, P.C.
P.O. Box 1311
Odessa, TX 79760-1311
mkelly@kmdfirm.com

Bruce W. McCullough
Bodell Bové, LLC
1225 N. King Street, Suite 1000
Wilmington, DE 19801
bmccullough@bodellbove.com

**FIRST CLASS MAIL**
D.J.S.
#795743 D-G-6
Clallam Bay Corrections Center
1830 Eagle Crest Way
Clallam Bay, WA 98326

Domenic E. Pacitti
Klehr Harrison Harvey Branzburg LLP
919 Market Street, Suite 1000
Wilmington, DE 19801
dpacitti@klehr.com

Stephen Crew
Peter Janci
Crew Janci LLP
1200 NW Naito Parkway, Suite 500
Portland, OR 97209
steve@crewjanci.com
peter@crewjanci.com

Larry R. Boyd
Chad Timmons
Emily M. Hahn
Abernathy, Roeder, Boyd & Hullett, P.C.
1700 Redbud Blvd., Suite 300
McKinney, TX 75069
ctimmons@abernathylaw.com
bankruptcy@abernathylaw.com
ehahn@abernathy-law.com

Amish R. Doshi
Doshi Legal Group, P.C.
1979 Marcus Avenue, Suite 210E
Lake Success, NY 11042
amish@doshilegal.com

**Boy Scouts of America and Delaware BSA, LLC Service List**
**(All Parties Served Via Email Unless Otherwise Noted)**

| | |
|---|---|
| Kami Quinn, Meredith Neely, Emily Grim, and Jasmine Chalashtori<br>Gilbert LLP<br>700 Pennsylvania Avenue, SE, Suite 400<br>Washington, DC 20003<br>quinnk@gilbertlegal.com<br>neelym@gilbertlegal.com<br>grime@gilbertlegal.com<br>chalashtorij@gilbertlegal.com | Peter Muthig<br>Maricopa County Attorney's Office<br>Civil Services Division<br>225 W. Madison Street<br>Phoenix, AZ 85003<br>muthigk@mcao.maricopa.gov |
| Don Stecker<br>Linebarger Goggan Blair & Sampson, LLP<br>112 E. Pecan Street, Suite 2200<br>San Antonio, TX 78205<br>sanantonio.bankruptcy@publicans.com | Flordia M. Henderson<br>P.O. Box 30604<br>Memphis, TN 38130-0604<br>flordia@fhendersonlaw.net |
| Tennessee Department of Labor<br>Bureau of Unemployment Insurance<br>c/o Tennessee Attorney General's Office,<br>Bankruptcy Division<br>Attn: Laura L. McCloud<br>P.O. Box 20207<br>Nashville, TN 37202-0207<br>AGBankDelaware@ag.tn.gov | David J. Molton<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>DMolton@brownrudnick.com |
| Rachel B. Mersky<br>Monzack Mersky Browder and Hochman, P.A.<br>1201 N. Orange Street, Suite 400<br>Wilmington, DE 19801<br>rmersky@monlaw.com | Sunni P. Beville<br>Tristan G. Axelrod<br>Brown Rudnick LLP<br>One Financial Center<br>Boston, MA 02111<br>sbeville@brownrudnick.com<br>taxelrod@brownrudnick.com |
| Danielle Mason Anderson<br>Miller, Canfield, Paddock and Stone, P.L.C.<br>277 S. Rose Street, Suite 5000<br>Kalamazoo, MI 49007<br>andersond@millercanfield.com | Jason C. Powell<br>Thomas Reichert<br>The Powell Firm, LLC<br>1201 N. Orange Street, Suite 500<br>Wilmington, DE19801<br>jpowell@delawarefirm.com<br>treichert@delawarefirm.com |
| Stephen W. Spence<br>Baird Mandalas Brockstedt, LLC<br>1413 Savannah Road, Suite 1<br>Lewes, DE 19958<br>sws@bmbde.com | Christopher Simon<br>Kevin S. Mann<br>Cross & Simon, LLC<br>1105 N. Market Street, Suite 901<br>Wilmington, DE 19801<br>csimon@crosslaw.com<br>kmann@crosslaw.com |

**Boy Scouts of America and Delaware BSA, LLC Service List**
**(All Parties Served Via Email Unless Otherwise Noted)**

**FIRST CLASS MAIL**
Internal Revenue Service
c/o Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101


JPMorgan Chase Bank, NA
c/o Norton Rose Fulbright US LLP
Attn: Louis R. Strubeck, Jr.
1301 Avenue of the Americas
New York, NY 10019-6022
louis.strubeck@nortonrosefulbright.com

 Raul Diaz
rauldiaz2503@gmail.com



The County Commission of Fayette County
c/o Steptoe & Johnson PLLC
Attn: John Stump, Esq.
Chase Tower, 8th Floor
707 Virginia Street East
Charleston, WV 25301
john.stump@steptoe-johnson.com

United States Attorney for Delaware
Attn: David C. Weiss
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046
usade.ecfbankruptcy@usdoj.gov


Mark D. Plevin
Austin J. Sutta
Crowell & Moring LLP
Three Embarcadero Center, 26th Floor
San Francisco, CA 94111
mplevin@crowell.com
asutta@crowell.com

**FIRST CLASS MAIL**
JPMorgan Chase Bank, NA
Attn: Phil Martin
10 S. Dearborn Street
Mail Code Ill-1415
Chicago, IL 60603


Pension Benefit Guaranty Corporation
Attn: Patricia Kelly, CFO
1200 K. Street, N.W.
Washington, D.C. 20005
Kelly.Patricia@Pbgc.Gov


**FIRST CLASS MAIL**
The County Commission of Fayette County
Attn: President
P.O. Box 307
Fayetteville, WV 25840



**FIRST CLASS MAIL**
United States Department of Justice
950 Pennsylvania Avenue, NW
Room 2242
Washington, DC 20530



Seth J. Reidenberg
Tybout, Redfearn & Pell
750 Shipyard Drive, Suite 400
P.O. Box 2092
Wilmington, DE 19899-2092
sreidenberg@trplaw.com


Tacie H. Yoon
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C  20004
tyoon@crowell.com

**Boy Scouts of America and Delaware BSA, LLC Service List**
**(All Parties Served Via Email Unless Otherwise Noted)**

David M. Klauder
Bielli & Klauder, LLC
1204 N. King Street
Wilmington, DE 19801
dklauder@bk-legal.com

John T. Banks
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
3301 Northland Drive, Suite 505
Austin, TX 78731
jbanks@pbfcm.com

Jerrold K. Guben
O'Connor Playdon Guben & Inouye LLP
Makai Tower, Suite 2400
733 Bishop Street
Honolulu, HI 96813
JKG@opgilaw.com

Erin A. West
Godfrey & Kahn, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, WI 53701-2719
ewest@gklaw.com

Michael C. Andolina
Matthew E. Linder
White & Case LLP
111 South Wacker Drive, Suite 5100
Chicago, IL 60606-4302
mandolina@whitecase.com
mlinder@whitecase.com

Joseph F. Rice
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
jrice@motleyrice.com

Leander L. James
Craig K. Vernon
R. Charlie Beckett
James, Vernon & Weeks, P.A.
1626 Lincoln Way
Coeur d'Alene, ID 83815
ljames@jvwlaw.net
cvernon@jvwlaw.net
rbecckett@jvwlaw.net

David E. Wilks
Wilks Law, LLC
4250 Lancaster Pike, Suite 200
Wilmington, DE 19805
dwilks@wilks.law

Justin H. Rucki
Rucki Fee Review, LLC
1111 Windon Drive
Wilmington, DE 19803
justinrucki@ruckifeereview.com

Timothy F. Nixon
Godfrey & Kahn, S.C.
200 South Washington Street, Suite 100
Green Bay, WI 54301-4298
tnixon@gklaw.com

Daniel R. Lapinski
Motley Rice LLC
Woodland Falls Corporate Park
210 Lake Drive East, Suite 101
Cherry Hill, NJ 08002
dlapinski@motleyrice.com

Kevin D. Swenson
Swenson & Shelley, PLLC
107 South 1470 East, Suite 201
St. George, UT 84790
Kevin@swensonshelley.com

**Boy Scouts of America and Delaware BSA, LLC Service List**
**(All Parties Served Via Email Unless Otherwise Noted)**

Edwin Rice
Elizabeth Brusa
Bradley Arant Boult Cummings
100 N. Tampa Street, Suite 2200
Tampa, FL 33602
erice@bradley.com
ebrusa@bradley.com

John D. McLaughlin, Jr.
Ferry Joseph, P.A,
824 North Market Street, Suite 1000
Wilmington, DE 19801
jmclaughlin@ferryjoseph.com

David Barnes, Jr.
Nelson Mullins Riley & Scarborough LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
david.barnes@nelsonmullins.com

Mark A. Salzberg
Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, DC 20037
mark.salzberg@squirepb.com

Steven A. Leyh
Hoover & Slovacek, LLP
Galleria Tower II
5051 Westheimer, Suite 1200
Houston, TX 77056
leyh@hooverslovacek.com

David N. Rutt
Scott G. Wilcox
Moore & Rutt, P.A.
122 N. Market Street
P.O. Box 554
Georgetown, DE 19947
dnrutt@mooreandrutt.com
swilcox@mooreandrutt.com

Daniel R. Swetnam
Ice Miller
Arena District
250 West Street
Columbus, OH 43215
daniel.swetnam@icemiller.com

Travis A. McRoberts
Squire Patton Boggs (US) LLP
2000 McKinney Avenue, Suite 1700
Dallas, TX 75201
travis.mcroberts@squirepb.com

Joseph P. Rusnak
Tune, Entrekin & White, P.C.
UBS Tower, Suite 1700
315 Deaderick Street
Nashville, TN 37238
jrusnak@tewlawfirm.com

Jonathan S. Pasternak
James B. Glucksman
Davidoff Hutcher & Citron LLP
605 Third Avenue
New York, NY 10158
rlr@dhclegal.com
jbg@dhclegal.com