# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>                  Debtors. | Chapter 11<br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## STIPULATION AND PROPOSED ORDER
## TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the respective parties, subject to the approval of the Court, that the time for Interested Party Century Indemnity Company to Object to the Application for the Retention of White & Case LLP (the Retention Application) (D.I. 1571) is hereby extended to November 6, 2020; that the time for Debtors to file their reply in further support of the Retention Application is hereby extended to November 13, 2020; and that the time for Debtors to file their response to Century Indemnity Company's limited objection in Adversary Proceeding No. 20-50527 (A.D.I. 113) is hereby extended to November 13, 2020.

| | |
|---|---|
| By: */s/Stamatios Stamoulis*<br>Stamatios Stamoulis (#4606)<br>Richard C. Weinblatt (#5080)<br>STAMOULIS & WEINBLATT LLC<br>800 N. West Street, Third Floor<br>Wilmington, DE 19801<br>(302) 999-1540<br>stamoulis@swdelaw.com;<br>weinblatt@swdelaw.com<br><br>*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company* | By: */s/Derek C. Abbott*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Eric W. Moats (No. 6441)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Email: dabbott@mnat.com<br>aremming@mnat.com<br>emoats@mnat.com<br>ptopper@mnat.com<br><br>*Co-Counsel for the Debtors and Debtors in Possession* |

.

Dated: November 12, 2020

      IT IS SO ORDERED this _____ day of _____, 2020.

                                        _____
                                        United States Bankruptcy Court Judge