IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Re: Docket Nos. 1596, 1588 & 1647<br>Hearing Date: November 18, 2020 at 10:00 a.m.<br>Objection Deadline: November 12, 2020 |

**JOINDER OF THE COALITION OF ABUSED SCOUTS FOR JUSTICE TO THE FUTURE CLAIMANTS' REPRESENTATIVE'S OBJECTIONS TO DEBTORS' MOTIONS FOR ENTRY OF ORDERS WITH RESPECT TO WILSON AND WORLEY (I) APPROVING SETTLEMENT AGREEMENTS AND (II) LIFTING THE AUTOMATIC STAY, TO THE EXTENT NECESSARY, TO PERMIT PAYMENT OF SETTLEMENT AMOUNTS BY APPLICABLE INSURANCE**

The Coalition of Abused Scouts for Justice (the "Coalition"), by its undersigned counsel, hereby joins in the Future Claimants' Representative's Objections to Debtors' Motions For Entry of Orders With Respect to Wilson and Worley (I) Approving Settlement Agreements And (II) Lifting The Automatic Stay, To the Extent Necessary, To Permit Payment Of Settlement Amounts By Applicable Insurance (the "FCC Objection").

1. Both the Wilson and Worley Motions seek approval of settlements of claims covered by the primary and excess insurance policies issued by Old Republic Insurance Company and its affiliates' (collectively "Old Republic") for years 2018–2019. These policies are property of the Debtors' Estate. In addition, as described in the FCR Objection, should the relief be granted there would be a drawdown of letters of credit that may further affect available

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

{00220210-1}

funds for claims of the Coalition and other abused scouts. At this time the bar date is mere days away, and until the universe of claims that may involve the applicable insurance is determined, it is, at a minimum, premature to grant the relief requested. Ultimately, granting of this Motion could result in a disproportionate distribution affecting the rights of claimants that have timely filed proofs of claims.

2.   The Coalition joins in the Objection of Future Claimants' Representative and adopts the arguments set forth in the FCC Objection.

WHEREFORE, the Coalition respectfully requests that Debtors' Motions For Entry of Orders With Respect to Wilson and Worley (I) Approving Settlement Agreements And (II) Lifting The Automatic Stay, To the Extent Necessary, To Permit Payment Of Settlement Amounts be denied and for such other and further relief as is just and equitable.

Dated: November 12, 2020
Wilmington, Delaware

**MONZACK MERSKY BROWDER AND HOCHMAN, P.A.**

*/s/ Rachel B. Mersky*
Rachel Mersky (DE No. 2049)
1201 N. Orange Street, Suite 400
Wilmington, Delaware 19801
Telephone:   (302) 656-8162
Facsimile:     (302) 656-2769
E-mail:          rmersky@monlaw.com

-and-

**BROWN RUDNICK LLP**
David J. Molton, Esquire
Eric R. Goodman
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
E-mail: dmolton@brownrudnick.com
E-mail: egoodman@brownrudnick.com

-and-

Sunni P. Beville, Esquire
Tristan G. Axelrod, Esquire
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
E-mail: sbeville@brownrudnick.com
E-mail: taxelrod@brownrudnick.com

*Co-Counsel to the Coalition of Abused Scouts for Justice*