3 November 2020

TO: Cacia Batts

FROM: Jerry McKinney

SUBJECT: B.S.A. and OMNI Agent Solution refuses to communicate with me.

Why? Because I refuse to use one of their hand-picked law firms.

I have filed (mailed) through the U.S. Postal Service paperwork with OMNI. No response. The voice mail that is offered states they are too busy to talk with me.

Please remind OMNI that just because we are the "little people", they need to help us also.

I have clearly met the November 16, 2020 deadline.

Mailed November 3. 2020

Jerry McKinney
21 Plada Heights Dr.
Fayetteville TN,
37334

Home 931-438-0033

SS #xxx-xx-7890



ney
ADA Heights DR.
tteville TN 37334

Bankrupt

CACIA BATTS
824 N MARKET ST
6TH FLOOR
WILINGTON DE 19801