# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | Jointly Administered |
| Debtors. | **RE: D.I. 1590** |

## CERTIFICATE OF NO OBJECTION REGARDING THE FIRST AND FINAL FEE APPLICATION OF BW FERGUSON & ASSOCIATES LTD. FOR ALLOWANCE OF COMPENSATION FOR APPRAISAL SERVICES RENDERED

The undersigned hereby certifies that, as of the date hereof, BW Ferguson & Associates, LTD ("BW Ferguson"), has received no answer, objection or other responsive pleading to the **First and Final Fee Application of BW Ferguson & Associates LTD for Allowance of Compensation for Appraisal Services Rendered** (the "Application") (D.I. 1590), filed on October 28, 2020.

The undersigned further certifies that BW Ferguson has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice, objections to the Application were to be filed and served no later than November 12, 2020 at 4:00 p.m. (ET).

The Fee Examiner has informed the Debtors that the Fee Examiner has no questions or requested reductions to the fees sought in the Application, and recommends final approval of the fees sought in the Application in accordance with section 328 of the Bankruptcy Code and the

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

terms of BW Ferguson's engagement letter.  Given the Fee Examiner's recommendation, the size of the Firm's fees and the nature of this engagement, the Fee Examiner has elected not to file a formal report with respect to the Application.  The Fee Examiner reserves its rights with respect to any supplemental fee applications filed by BW Ferguson with respect to supplemental fees sought by BW Ferguson for subsequent testimony or other out-of-scope work.

WHEREFORE, BW Ferguson respectfully requests the Court enter an order approving the fees and expenses set forth in the Application at its earliest convenience

| Dated: November 13, 2020  Winnipeg, Manitoba | BW FERGUSON & ASSOCIATES, LTD. |
|---|---|
| | */s/ Brett W. Ferguson*  Brett W. Ferguson  Principal |