**EXHIBIT 2**

# Linder, Matthew

**From:** Boelter, Jessica
**Sent:** Wednesday, November 4, 2020 12:01 PM
**To:** Stamatios Stamoulis; Abbott, Derek; Andolina, Michael
**Cc:** Linder, Matthew; Adrian Azer
**Subject:** RE: In re BSA - Requests for Production from Century Indemnity to Debtors

Stam,

First off, we were not served with a subpoena.

And we object to your document requests on relevance grounds. In my declaration in support of White & Case's retention, I disclose certain representations of parties in interest that White & Case currently represents, or has represented within the last five years, "*in matters unrelated to the Debtors, the chapter 11 cases, or such entities' claims against and interests in the Debtors.*" JPMorgan is one of those clients. There is no basis for discovery or any objection based on this disclosure.

Taken to its logical conclusion, any objection would advocate a *per se* rule prohibiting a law firm from concurrently representing a debtor in bankruptcy and a non-debtor party in interest in the bankruptcy, where the non-debtor is a client of the firm only on unrelated matters. Your apparent position is contrary to controlling Third Circuit authority. We view this as continued harassment by Century, and the Debtors and White & Case reserve all rights to seek sanctions should Century proceed with its objection.

We ask that you attach a copy of this email exchange to any objection you may file to White & Case's retention.

**Jessica Boelter** | Partner
**T** +1 212 819 7097    **M** +1 312 371 1921    **E** jessica.boelter@whitecase.com
White & Case LLP  |  1221 Avenue of the Americas  |  New York, NY 10020-1095

---

**From:** Stamatios Stamoulis <stamoulis@swdelaw.com>
**Sent:** Wednesday, November 4, 2020 8:31 AM
**To:** Boelter, Jessica <jessica.boelter@whitecase.com>; Abbott, Derek <DAbbott@MNAT.com>; Andolina, Michael <mandolina@whitecase.com>
**Cc:** Linder, Matthew <mlinder@whitecase.com>; Adrian Azer <Adrian.Azer@haynesboone.com>
**Subject:** RE: In re BSA - Requests for Production from Century Indemnity to Debtors

Dear Jessica,

White & Case concurrently represents BSA and JPMorgan. If I am mistaken, please let me know. Absent provision of the requested information, I do not have a basis to assess why there is not a conflict.
Hence, we will have to object. Please let me know if you will comply with the subpoena.

Thank you, Stam

---

**From:** Boelter, Jessica <jessica.boelter@whitecase.com>
**Sent:** Monday, November 2, 2020 5:07 PM
**To:** Stamatios Stamoulis <stamoulis@swdelaw.com>; Abbott, Derek <DAbbott@MNAT.com>; Andolina, Michael <mandolina@whitecase.com>
**Cc:** Linder, Matthew <mlinder@whitecase.com>; Adrian Azer <Adrian.Azer@haynesboone.com>
**Subject:** RE: In re BSA - Requests for Production from Century Indemnity to Debtors

Stam,

We are in receipt of Century's email below containing a request for production directed to White & Case. The request purports to be in connection with White & Case's retention application in BSA's chapter 11 case. We have a number of questions regarding the request.

First, it is unclear to us the basis upon which Century has submitted this request. Please describe the legal basis for the request for production. Does Century intend to object to the White & Case retention application? If so, on what grounds? As you know, ordinarily an objection is filed prior to discovery being issued so that the parties and the court can appropriately assess the discovery in the context of the issues raised.

Second, if Century does intend to object to White & Case's retention application, please explain the legal relevance between communications between Mr. Andolina and me, on the one hand, and JPMorgan, on the other. Please also explain the relevance of any claims that may be asserted by the committees against JPMorgan.

As you are undoubtedly aware, we are at a critical stage in these chapter 11 proceedings. We have responded to numerous requests submitted by Century in the past and will continue to work cooperatively with parties in interest and the insurers going forward. However, before wasting time and resources responding to unnecessary and frivolous requests we hereby request a meet and confer to discuss the requested discovery and respectfully ask for your answers to the questions above in advance to make that conversation productive.

Thank you.
Jessica


**Jessica Boelter**  |  Partner
T  +1 212 819 7097     M  +1 312 371 1921     E  jessica.boelter@whitecase.com
White & Case LLP  |  1221 Avenue of the Americas  |  New York, NY 10020-1095

**From:** Stamatios Stamoulis <stamoulis@swdelaw.com>
**Sent:** Thursday, October 29, 2020 11:31 PM
**To:** Abbott, Derek <DAbbott@MNAT.com>; Boelter, Jessica <jessica.boelter@whitecase.com>; Andolina, Michael <mandolina@whitecase.com>
**Cc:** Stamatios Stamoulis <stamoulis@swdelaw.com>
**Subject:** In re BSA - Requests for Production from Century Indemnity to Debtors

Dear All,

Please find attached your service copy of Century Indemnity's Requests for Production directed to Debtors.

Regards, Stam


_____
_____

Stamatios Stamoulis
Stamoulis & Weinblatt LLC
Intellectual Property & Delaware Corporate Law
Tel: 302-999-1540
Fax: 302-762-1688
www.swdelaw.com

*******************************************************************************************
***************************************************
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. IRS CIRCULAR 230 DISCLOSURE: Any U.S. tax advice

contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

****************************************************************************************************************************************************

===========================================================================

This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 212 819 8200. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.

===========================================================================