**<u>Exhibit A-1</u>**

**Summary of Services, September 1 – September 30, 2020**

# haynesboone

Invoice Number: 21451998
Invoice Date:  October 28, 2020
Matter Name: BSA/Hartford Litigation
Client/Matter Number: 0020234.00018
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

## REMITTANCE PAGE
*For Professional Services Through  September 30, 2020*

| | |
|---|---:|
| Total Fees | $3,568.50 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$3,568.50** |
| **Total Invoice Balance Due** | **USD  $3,568.50** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N ● SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21451998** ● Client Number **0020234.00018** ● Attorney **Ernest Martin, Jr.**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21451998
Matter Name: BSA/Hartford Litigation
Client/Matter Number: 0020234.00018
Billing Attorney: Ernest Martin, Jr.

October 28, 2020
Page 2 of 3

*For Professional Services Through  September 30, 2020*
RK-201862708176

### Professional Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 09/01/20 | Adrian Azer | Finalize ▬▬▬▬, including multiple communications with counsel to Hartford (J. Weingerg). | 0.70 | $490.00 |
| 09/01/20 | Carla Green | Multiple correspondence with Hartford's counsel (J. Weinberg) regarding ▬▬▬▬▬▬▬▬▬ (.6); coordinate filing of ▬▬▬▬ (.4); draft email to ▬▬▬▬ (.3). | 1.30 | $728.00 |
| 09/01/20 | Ernest Martin, Jr. | Review e-mails from Hartford counsel regarding ▬▬▬▬▬. | 0.10 | $97.50 |
| 09/03/20 | Carla Green | Draft email for ▬▬▬▬ updating them on ▬▬▬▬▬ (.8); follow up correspondence with Mr. Andolina, Mr. Linder, and other Sidley team members ▬▬▬▬ (.2). | 1.00 | $560.00 |
| 09/04/20 | Carla Green | Multiple correspondence with Mr. Andolina, Mr. Linder, and other members of the Sidley team and Mr. Azer regarding ▬▬▬▬ ▬▬▬▬. | 0.30 | $168.00 |
| 09/06/20 | Adrian Azer | Communications with Mr. Martin regarding ▬▬▬▬▬. | 0.20 | $140.00 |
| 09/06/20 | Carla Green | Correspondence with ▬▬▬▬ and Mr. Azer regarding ▬▬▬ ▬▬▬▬. | 0.30 | $168.00 |
| 09/07/20 | Adrian Azer | Communications with Mr. Martin regarding ▬▬▬▬▬. | 0.50 | $350.00 |
| 09/08/20 | Ernest Martin, Jr. | Telephone call with Mr. Sears. | 0.10 | $97.50 |
| 09/10/20 | Adrian Azer | Multiple conferences with ▬▬▬▬ regarding ▬▬▬▬ ▬▬▬▬. | 0.70 | $490.00 |
| 09/13/20 | Tiffany Thrasher | Emails with Ms. Green regarding ▬▬▬▬▬. | 0.20 | $70.00 |
| 09/19/20 | Ernest Martin, Jr. | Review Court's Order granting joint motion to stay. | 0.10 | $97.50 |
| 09/21/20 | Carla Green | Review order received from court and enter calendar deadlines. | 0.20 | $112.00 |

**Total Fees**                                  **$3,568.50**

Invoice Number: 21451998
Matter Name: BSA/Hartford Litigation
Client/Matter Number: 0020234.00018
Billing Attorney: Ernest Martin, Jr.

October 28, 2020
Page 3 of 3

## Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Adrian Azer | Partner | 2.10 | $700.00 | $1,470.00 |
| Ernest Martin, Jr. | Partner | 0.30 | $975.00 | $292.50 |
| Carla Green | Associate | 3.10 | $560.00 | $1,736.00 |
| Tiffany Thrasher | Paralegal | 0.20 | $350.00 | $70.00 |
| **Total Professional Summary** | | | | **$3,568.50** |

**Total Fees, Expenses and Charges**                                    $3,568.50

**Total Amount Due**                                          USD  **$3,568.50**

# haynesboone

Invoice Number: 21451999
Invoice Date:  October 28, 2020
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGown, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

**REMITTANCE PAGE**
*For Professional Services Through  September 30, 2020*

| | |
|---|---:|
| Total Fees | $182,769.50 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$182,769.50** |
| **Total Invoice Balance Due** | **USD  $182,769.50** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N**  ●  **SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21451999**  ●  Client Number **0020234.00024**  ●  Attorney **Ernest Martin, Jr.**

**PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.**

Invoice Number: 21451999
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

October 28, 2020
Page 2 of 18

*For Professional Services Through  September 30, 2020*

**Professional Fees**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 09/01/20 | Adrian Azer | Draft, review and revise communication to Mr. Andolina, Ms. Boelter, and Mr. Linder (Sidley team) regarding ██████████ (.5); review communications with insurers to be produced to the TCC (.4); communications with Ms. Green ██████ (.3); communications with Mr. Sochurek and Ms. Hanke (KCIC) regarding ████████████████████ (.5); conference with Ms. Kutz (BSA) ████████ (.4); communications with Mr. Marin and Ms. Green regarding ████████████ (.3); conference call with Mr. Sochurek and Ms. Hanke (KCIC), Ms. Green, Ms. Kutz and Ms. Richardson regarding ████████████ (.6). | 3.00 | $2,100.00 |
| 09/01/20 | Carla Green | Correspondence with Mr. Sochurek and Ms. Hanke (KCIC) regarding ████████████████ (.2); continue review of multiple ████████████ (1.0); prepare for and attend ████████████ (.5); conference call with Mr. Sochurek and Ms. Hanke (KCIC), Mr. Azer, Ms. Kutz and Ms. Richardson regarding ████████ (.6); draft multiple correspondences with insurers regarding ████████ including multiple correspondence with Mr. Azer (1.8). | 4.10 | $2,296.00 |
| 09/01/20 | Ernest Martin, Jr. | Review e-mail from Mr. Gallagher regarding ████████ | 0.10 | $97.50 |
| 09/02/20 | Adrian Azer | Communications related to production of documents from insurers to the TCC, including communications with counsel to CNA (.5); confer with Ms. Green regarding ████████████ (.2); review emails previously circulated by Ms. Green (.2); communications with N. Sochurek and E. Hanke (KCIC) regarding ████████ (.2); review communication from insurance carrier ████████ (.6); review communication related to ████ (.2); prepare for conference with T. Gallagher, P. Finn, K. Carey (mediators) and Chubb/Hartford, including communications with M. Andolina, J. Boelter, and M. Linder (Sidley) (.7); review documents related to ████ (.8); conference with Ms. Green to discuss ████████████ (.5); confer with Mr. Martin regarding ████ (.2). | 4.10 | $2,870.00 |

Invoice Number: 21451999
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

October 28, 2020
Page 3 of 18

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 09/02/20 | Carla Green | Multiple correspondence with insurers regarding mediation, production of reservation of rights letters and Rule 2004 discovery, including correspondence with Mr. Azer and Sidley ███████ (1.5); conference with Mr. Azer regarding ███████████ (.2); draft notices to insurers regarding mediation (.2); begin draft of notice to insurers (1.2); conference with Mr. Azer to discuss ██████████████████████████████ (.5). | 3.60 | $2,016.00 |
| 09/02/20 | Ernest Martin, Jr. | Review outline for ████████ (.2); discussion with Mr. Azer ████████ (.2); review e-mails related to ████████ (.5) | 0.90 | $877.50 |
| 09/03/20 | Adrian Azer | Prepare for conference with T. Gallagher, P. Finn, K. Carey (mediators) and Chubb/Hartford (.3), including discussions with Mr. Martin and M. Andolina and M. Linder (Sidley) (.2); conferences with T. Gallagher, P. Finn, K. Carey (mediators) and Hartford/Chubb, Mr. Martin, and M. Andolina, J. Boelter, and M. Linder (Sidley) (1.0); post-conference with Mr. Martin ████████ (.2); conference with Ms. Green regarding ███████████████████████████ (.6); begin to review ███████████ .7); confer with Mr. Martin regarding same (.2); confer with Ms. Green regarding ███████████████ (.3); review certain ████████████████ (.5); communication with Mr. Martin regarding █████████ (.2); review prior research related to ████████████ ████████████ and confer with Ms. Green regarding ████████ (.6); communications with M. Andolina, J. Boelter, and M. Linder (Sidley) regarding ████████ (.3). | 4.90 | $3,430.00 |
| 09/03/20 | Carla Green | Conference with Mr. Azer to discuss █████████ (.3); review of agenda (.7); begin review of ████████████████████ (1.8); multiple correspondence with insurers regarding Rule 2004 discovery and production of reservation of rights letters (.5); follow up conference with Chubb's counsel to discuss ████████████████ (1.0); conference with Mr. Azer ████████████ (.6). | 4.90 | $2,744.00 |

Invoice Number: 21451999
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

October 28, 2020
Page 4 of 18

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 09/03/20 | Ernest Martin, Jr. | Prepare for and participate in call with Mr. McGowan to discuss █████████ (.4); review letter to ███████████ (.2); discussion with Mr. Azer regarding ████████ (.2); preparation for calls with Chubb and Hartford (.4); confer with Mr. Azer regarding ████████████ (.2); prepare e-mail to T. Gallagher (mediator) regarding upcoming call (.1); prepare for (1.4) and participate in conference calls with T. Gallagher, P. Finn, K. Carey (mediators) and Hartford/Chubb, Mr. Azer, and M. Andolina, J. Boelter, and M. Linder (Sidley) (1.0). | 3.90 | $3,802.50 |
| 09/04/20 | Adrian Azer | Prepare for weekly insurer call, including █████████ (.4); review communication from Chubb with additional agenda items and communication with M. Andolina, J. Boelter, and M. Linder (Sidley) ████████ (.3); attend weekly insurer call (.3); confer with Ms. Green ████████ (.3); review draft █████████████ and communication with M. Andolina, J. Boelter, and M. Linder (Sidley) ████████ (.5); communications with various insurers (.4); draft, review and revise ████████████████ (1.1); review response to ████████████ and communication with M. Andolina, J. Boelter, and M. Linder (Sidley) ████████ (.5); communications related to ████████████ (.3); communications with Ms. Green regarding ██████████████ (.4); draft, review and revise ████████████ (.8); communications with T. Gallagher (mediator) regarding requests by insurers related to 2004 discovery (.4); review draft communication ████████████ (.2); conference with counsel to Hartford (.7); post-conference with Mr. Martin ████████ (.4); review recent █████████████ (.6). | 7.60 | $5,320.00 |
| 09/04/20 | Carla Green | Multiple correspondence with insurers regarding information requests and Rule 2004 discovery (.8); attend weekly insurer call (.3); post-conference with Mr. Azer ████████ (.3); review secondary evidence ████████████████, including multiple correspondence with Mr. Azer and Ms. Kutz ████████ (1.0); draft correspondence to Chubb's counsel addressing discovery requests, including ████████████ (1.4); review of Chubb reservation of rights letters for production to TCC and FCR, including correspondence with Mr. Azer ████████ (.7). | 4.50 | $2,520.00 |
| 09/04/20 | Ernest Martin, Jr. | Review agenda for call with insurers (.1); discussion with Mr. Azer regarding ████████████ (.4); telephone call with Mr. Ruggeri (.1). | 0.60 | $585.00 |
| 09/05/20 | Ernest Martin, Jr. | Review Amended Deposition Notices by Century. | 0.10 | $97.50 |
| 09/06/20 | Ernest Martin, Jr. | Review e-mail from ████████████ and communication with Mr. Azer ████████. | 0.10 | $97.50 |

Invoice Number: 21451999
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

October 28, 2020
Page 5 of 18

| **Date** | **Timekeeper** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 09/07/20 | Adrian Azer | Review documents related to ████████████ (.6); review correspondence ████████ (.3); discussion with Mr. Martin regarding ████ (.3); communications with J. Schulman of Pasich (insurance-coverage counsel to TCC) (.2); review communication from Mr. Martin regarding ██████████ (.3); review communications related to ████████ (.7); communications related to claims-data provided by ██████ and ████ (.3); respond to inquiries from ████ related to ████ (.5). | 3.20 | $2,240.00 |
| 09/07/20 | Carla Green | Correspondence with Mr. Azer regarding ████████████ | 0.20 | $112.00 |
| 09/07/20 | Ernest Martin, Jr. | Review e-mail and response to email from Mr. McGowan regarding ████████ (.2); confer with Mr. Azer (.3); review e-mail from Mr. Andolina regarding ████████ (.1); prepare e-mail to Mr. McGowan regarding ████████ (.2); review privilege log of ████████ (.1); review information requests from ████ (.1). | 1.00 | $975.00 |
| 09/08/20 | Adrian Azer | Prepare for and attend conference call with Chubb, National Surety, Ms. Green, and Tim Gallagher (mediator) to discuss ████████ (.8); prepare for conference with K. Quinn (FCR) regarding ████████ conference with K. Quinn (FCR) ████ (.6); conference call with Ms. Kutz and Ms. Green to discuss ████████ (.6); prepare for and confer with insurance-coverage counsel to ████ (.7); conference with Mr. Martin regarding ████ (.2); conference with Mr. Andolina and Ms. Boelter (Sidley) and Mr. Martin regarding ████ (.5); conference with N. Sochurek and E. Hanke (KCIC) and Ms. Green regarding ████ (.5); review questions posed by Chubb and communication with Sidley Austin ████ (.3); conference with Mr. Martin at Dentons (prior to coverage counsel) ████████ (.2); draft response to ████ (.3); conference call with Ms. Green regarding ████ (.5). | 5.20 | $3,640.00 |
| 09/08/20 | Carla Green | Conference call with Mr. Azer to discuss ████████ (.5); prepare for and attend conference call with Mr. Azer, Chubb, National Surety and Tim Gallagher to discuss ████ (.8); conference call with N. Sochurek and E. Hanke (KCIC) and Mr. Azer to discuss ████ (.5); finalize review of reservation of rights letters to be produced to TCC and FCR, including correspondence ████ (1.4); conference call with Ms. Kutz and Mr. Azer to discuss ████ (.6). | 3.80 | $2,128.00 |

Invoice Number: 21451999
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

October 28, 2020
Page 6 of 18

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 09/08/20 | Ernest Martin, Jr. | Discussion with Mr. Azer regarding ███████████████ ███████ (.2); telephone call with Mr. Andolina and Ms. Boelter and Mr. Azer ███████ (.6). | 0.80 | $780.00 |
| 09/09/20 | Adrian Azer | Prepare for (.2) and conference with Bates White, N. Sochurek and E. Hanke (KCIC), and Ms. Green regarding ███████ (.5); conference with Mr. Martin and insurance-coverage counsel to the TCC regarding ███████ (.7); post-conference with Mr. Martin ███████ (.3); review Chubb motion of coalition ███████ (.3); communication to counsel for Allianz (.2); draft, review and revise ███████ (.9); communication with counsel to CNA regarding 2004 discovery (.2); communication with Ms. Green regarding ███████ (.2); review KCIC policy listing for ███████ (.3); confer with Mr. Martin ███████ (.3) review multiple communications from client related to ███████ (.5). | 4.60 | $3,220.00 |
| 09/09/20 | Carla Green | Conference call with Bates White, N. Sochurek and E. Hanke (KCIC), and Mr. Azer to discuss ███████ (.5); correspondence with Ms. Kutz regarding ███████ (.2); complete review and analysis of ███████ including correspondence with Mr. Azer (2.0); multiple correspondence with insurers regarding documents to be produced to FCR and TCC (.5). | 3.20 | $1,792.00 |
| 09/09/20 | Ernest Martin, Jr. | Review various documents provided by Mr. McGowan regarding ███████ (.6); review deck slides for ███████ (.2); conference with Mr. Azer and insurance-coverage counsel to the TCC regarding ███████ (.7); conference call with clients, Sidley team and Mr. Whittman to discuss ███████ (1.0); post-conference discussion with Mr. Azer regarding ███████ (.3); prepare e-mail to Mr. McGowan regarding ███████ (.1); review and revise deck slides (1.2); confer with Mr. Azer regarding ███████ (.3). | 4.40 | $4,290.00 |

Invoice Number: 21451999                                                          October 28, 2020
Matter Name: General Insurance Matters                                               Page 7 of 18
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

| <u>Date</u> | <u>Timekeeper</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 09/10/20 | Adrian Azer | Prepare for and conference with N. Sochurek and E. Hanke (KCIC) and Ms. Green regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (.4); review and revise ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ including confer with KCIC regarding ▮▮▮▮▮▮▮▮▮ (1.2); confer with Mr. Martin of Dentons regarding ▮▮▮▮▮▮▮▮▮▮▮▮ (.4); review documents provided by Dentons (.7); confer with Ms. Green ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (.8); multiple conferences with Ms. Green regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (.8); communications with client related to ▮▮▮▮▮▮▮▮▮ (.2); multiple conferences with N. Sochurek and E. Hanke of KCIC regarding ▮▮▮▮▮▮▮▮ (.8); multiple conferences with Mr. Martin regarding ▮▮▮▮▮▮▮▮ and communication to client ▮▮▮▮▮▮▮▮ (.7). | 6.00 | $4,200.00 |
| 09/10/20 | Carla Green | Review and analyze ▮▮▮▮▮▮▮▮▮▮▮▮▮ (1.5); conference with Mr. Azer ▮▮▮▮▮▮▮▮▮ (.8); draft summary of documents and ▮▮▮▮▮▮ 1.2); begin review of McCarter English document production to determine ▮▮▮▮▮▮▮ (.7); multiple conferences with Mr. Azer ▮▮▮▮▮▮ (.8); correspondence with N. Sochurek and E. Hanke of KCIC regarding ▮▮▮▮▮ (.2); correspondence with BSA related to ▮▮▮▮▮▮▮▮ (.5). | 5.70 | $3,192.00 |
| 09/10/20 | Ernest Martin, Jr. | Review e-mail from Mr. McGowan regarding ▮▮▮▮▮▮ (.2); telephone call with Mr. Sears and Mr. Hearn to discuss ▮▮▮▮▮▮ (.3); prepare and provide materials to Mr. McGowan ▮▮▮▮▮ (.4); review KCIC reports ▮▮▮▮▮ and discussion with Mr. Azer ▮▮▮▮▮ (.4); review e-mails from Mr. McGowan regarding ▮▮▮▮▮▮ (.5); multiple conferences with Mr. Azer regarding ▮▮▮▮▮▮ (.7). | 2.50 | $2,437.50 |
| 09/11/20 | Adrian Azer | Prepare for conference with insurers, ▮▮▮▮▮▮▮▮▮▮▮ (.3); weekly conference with the insurers ▮▮▮▮▮ (.9); post-conference with insurance-coverage counsel to Chubb (.3); conference with the TCC, Mr. Linder, and Ms. Green regarding ▮▮▮▮▮▮▮▮▮▮ (.8); review analysis related to ▮▮▮▮▮▮ and confer with team ▮▮▮▮▮ (.7); respond to inquiry from Ms. Kutz (BSA) related to ▮▮▮▮▮ (.2); review KCIC policy listing ▮▮▮▮▮▮ (.4). | 3.60 | $2,520.00 |

Invoice Number: 21451999                                                         October 28, 2020
Matter Name: General Insurance Matters                                                Page 8 of 18
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 09/11/20 | Carla Green | Review and analyze ████████████████████ ██████████ including communications with Mr. Azer ████████ (2.2); correspondence with McCarter English ████████ (.2); review and analyze ████████████████████ including review of ELAC correspondence and correspondence with Chubb and conference with Ms. Buchanan ████████ ████ (2.0); attend weekly insurer call (.9); post-call communication with Mr. Azer (.1); multiple correspondence with insurers regarding reservation of rights letters to be produced to TCC, including review of same (1.0); attend conference call with Mr. Linder (Sidley), Mr. Azer, and TCC regarding ████████████████████ (.8). | 7.20 | $4,032.00 |
| 09/12/20 | Ernest Martin, Jr. | Review various memos and documents in preparation for ████████ ████████████ | 0.60 | $585.00 |
| 09/13/20 | Adrian Azer | Review materials provided to ████████████████████ with Mr. Martin (.2); conference with Mr. Martin regarding ████████████████ (1.0); review and revise policy listing provided by KCIC (.4); conference with KCIC ████████ (.3); confer with Mr. Martin and N. Sochurek (KCIC) ████████ (.8); conference with M. Andolina and M. Linder (Sidley) regarding ████████████████████ (.3). | 3.00 | $2,100.00 |
| 09/13/20 | Carla Green | Communication with Mr. Martin regarding ████████████████ ████████ (.2); review ████████████ (.3); correspondence with Ms. Thrasher regarding ████████████████ (.1). | 0.60 | $336.00 |
| 09/13/20 | Ernest Martin, Jr. | Conference with Mr. Azer regarding ████████████████ ████████ (1.0); communication with Mr. Azer regarding ████████████████ (1.0); communication with Ms. Green regarding ████████████████ (.2); communication with N. Sochurek (KCIC) and Mr. Azer regarding ████████ (.8). | 3.00 | $2,925.00 |
| 09/14/20 | Adrian Azer | Conferences and communications with Mr. Martin ████████ ████████████ (1.0); attend meeting with ████████████ (2.9); review ████████████████ (.2); confer with Ms. Green ████████ (.9). | 5.00 | $3,500.00 |
| 09/14/20 | Carla Green | Multiple correspondence with Ms. Kutz and Ms. Richardson regarding ████████████████████ (.5); confer with Mr. Azer ████████ (.9); review and analyze documents ████████ ████████████ (1.8); compile list of ████████████████████ (1.0); multiple correspondence with insurers regarding production of reservation of rights letters (.4); correspondence with Mr. Dutton regarding ████████████ (.3). | 4.90 | $2,744.00 |

Invoice Number: 21451999
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

October 28, 2020
Page 9 of 18

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 09/14/20 | Ernest Martin, Jr. | Attend meeting ██████████████, M. Andolina and J. Boelter (Sidley), A&M, and Mr. Azer for presentations ████ ██████ including insurance presentation. | 7.50 | $7,312.50 |
| 09/15/20 | Adrian Azer | Communications with various insurers regarding the BSA's July 27 proposal regarding the production of pre-petition documents (.8); review communication to Bates White regarding ████████ (.2); review communication from Ms. Green regarding ████████ (.2); confer with Ms. Green regarding ████ (.2); review various documents related to ████████ (.9); prepare for and attend attorney meeting for BSA (1.0); confer with Mr. Martin regarding ████████ (.3); confer with Mr. Martin of Dentons regarding ████████ ████████ (1.2). | 4.80 | $3,360.00 |
| 09/15/20 | Carla Green | Prepare for and follow up conference call with Chubb regarding search terms for local council policies and other pending issues (1.0); conference with Mr. Azer regarding same (.2); correspondence with KCIC regarding ████████ (.2); review documents uploaded by Denton relating ████████ (.8); correspondence with McCarter English to inquire about ████████ (.2). | 2.40 | $1,344.00 |
| 09/15/20 | Ernest Martin, Jr. | Discussion with Mr. Azer regarding ████████. | 0.30 | $292.50 |
| 09/16/20 | Adrian Azer | Follow-up communications with insurers regarding production of documents (.6); conference with N. Sochurek and E. Hanke (KCIC) regarding ████████ (.4); review additional documents related to ████████ provided by Ms. Green (.7); review communication from Chubb and draft response to same (.5). | 2.20 | $1,540.00 |
| 09/16/20 | Wesley Dutton | Research and analyze case law in ████████ regarding ████████ (5.1); communications with ████ Ms. Green regarding ████ (.2). | 5.30 | $2,438.00 |
| 09/16/20 | Carla Green | Review and analyze documents uploaded by Ms. Kutz relating to ████████ ████████ 2.2); correspondence and ████ (.8); conference call with KCIC to discuss ████ correspondence and conference with Sheri Pastor to discuss ████████ (.3); review and analyze ████████ research provided by Mr. Dutton (.6); multiple correspondence with Mr. Dutton regarding ████████ (.2); continue presentation of ████████ (2.0). | 6.10 | $3,416.00 |

Invoice Number: 21451999
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

October 28, 2020
Page 10 of 18

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 09/17/20 | Adrian Azer | Review prior analysis related ███████████████ (.4); confer with Ms. Green regarding ████ (.4); conference with Mr. Zirkman, Ms. Kutzclient, and Ms. Green regarding ██████████████████ (.9); post-conference discussion with Mr. Martin regarding ███████████████ (.4); communication with Sidley Austin regarding ████ (.2); multiple communications with counsel to Chubb regarding document production, including communications with M. Andolina, J. Boelter, and M. Linder (Sidley) Austin regarding same (.7); communications with insurers and Ms. Green regarding production of documents requested by the TCC (.6); continue to review documents and communications related to ██████████████████████ (.5). | 4.10 | $2,870.00 |
| 09/17/20 | Wesley Dutton | Attend call with Ms. Green to discuss ██████████████ (.4); research and analyze New York and Texas case law regarding ███████████████████████████ (2.4); draft email to Ms. Green attaching a ███████████████ (.3); conference with Ms. Green regarding ████ (.4). | 3.50 | $1,610.00 |
| 09/17/20 | Carla Green | Pre-conference with Mr. Azer to discuss ███████████ (.4); correspondence and conference with Mr. Dutton to discuss research issue relating to ████████ (.4); review and analyze Mr. Dutton's research regarding ████ (.8); conference call with Mr. Zirkman, Ms. Kutz and Mr. Azer regarding ███████ (.9); multiple correspondence with BSA and KCIC regarding ███████████ (.4). | 2.90 | $1,624.00 |
| 09/18/20 | Adrian Azer | Prepare for weekly call with the insurers, including drafting agenda and circulating for review and approval (.4); communications with Ms. Green regarding ███ (.2); attend insurer call (1.0); post-conference with Ms. Green regarding ███ (.2); communications with Chubb regarding production of documents to the TCC (.2); communication with M. Andolina and M. Linder (Sidley) regarding ████████ (.3); communications with M. Andolina and M. Linder (Sidley) regarding ███████████ (.2); communications with Ms. Green regarding ██████████ (.5); review certain documents related to ███████████████ (1.2); review communications with insurers regarding ████████ (.3); communications with N. Sochurek and E. Hanke (KCIC) regarding ███████████ (.2); consider next steps with respect to ███████████████ (.9); prepare for and attend meeting with TCC and Ms. Green to discuss ██████████ (.7); review voluminous communications from insurers related ███████████ (.8). | 7.10 | $4,970.00 |

Invoice Number: 21451999
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

October 28, 2020
Page 11 of 18

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 09/18/20 | Carla Green | Attend weekly call with insurers, including multiple communications with M. Andolina and M. Linder (Sidley) and Mr. Azer regarding ███████ (1.0); pre-insurer call with Mr. Azer (.2); post- insurer call with Mr. Azer (.2); multiple correspondence with insurers regarding production of reservation of rights letters to the TCC and FCR (.6); multiple correspondence with claims adjusters for insurers not represented in bankruptcy relating to reservation of rights letters, including review of same (1.0); communications with Mr. Azer regarding ███████ (.5); prepare for and attend meeting with TCC and Mr. Azer to discuss ███████ (.7); continue presentation relating ███████ (1.2); begin review and analysis of ███████ (1.5); begin review and analysis of ███████ (1.0); correspondence with Mr. Azer and KCIC regarding ███████ (.5). | 8.40 | $4,704.00 |
| 09/21/20 | Adrian Azer | Prepare for and conference regarding ███████ (.4); review KCIC authorization to obtain insurance and communication with client regarding ███████ (.2); draft, review and revise communication to Mr. Martin regarding ███████ (.8); confer with Mr. Martin regarding ███████ (.1); communications with insurers regarding ███████ (.2); draft, review and revise communication to client regarding ███████ (.2); review various communications from insurance carriers to ███████ (.3) conference call with Ms. Green to discuss ███████ (.3); conference with Ms. Green regarding ███████ (.3). | 2.80 | $1,960.00 |
| 09/21/20 | Carla Green | Complete review and analysis of documents received from Denton regarding ███████ (1.3); complete review and analysis of ███████ (1.2); conference call with Mr. Azer to discuss ███████ (.3); conference with Mr. Azer regarding ███████ (.3); finalize draft ███████ (3.5). | 6.60 | $3,696.00 |
| 09/21/20 | Ernest Martin, Jr. | Discussion with Mr. Azer regarding ███████ (.1); review e-mail from Chubb's counsel requesting pre-petition documents (.1). | 0.20 | $195.00 |
| 09/22/20 | Adrian Azer | Review communications related to ███████ (1.1); communication with Ms. Green regarding ███████ (.2); review and revise presentation related to ███████ (1.1); multiple communications with Ms. Green regarding ███████ (.7); confer with Mr. Martin and Ms. Green regarding ███████ (1.0). | 4.10 | $2,870.00 |

Invoice Number: 21451999                                              October 28, 2020
Matter Name: General Insurance Matters                               Page 12 of 18
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 09/22/20 | Wesley Dutton | Research and analyze New York law regarding ██████████████ ██████████████████████████████████; draft email to C. Green summarizing ██████████████████████. | 2.90 | $1,334.00 |
| 09/22/20 | Carla Green | Correspondence with Mr. Azer regarding ██████████████ ███████(.2); conference call with Mr. Azer to discuss ████████ █████████████(.7); multiple correspondence with Mr. Dutton regarding ████████ ██████████████████(1.0); review and analyze additional documents uploaded by BSA relating to ██████ ██████████ 2.0); multiple correspondences with Mr. Azer regarding ███ (.6); correspondence with KCIC to review ████████████(.3); multiple revisions to ██████████████████████ per Mr. Azer's comments and newly found correspondence indicating ██████████████████ (2.8); prepare for and conference call with Mr. Azer and Mr. Martin to walk through ██████████(1.4); correspondence with Sidley team ██████(.2). | 9.20 | $5,152.00 |
| 09/22/20 | Ernest Martin, Jr. | Analysis of evidence of ████████████████████ ███████1.4); confer with Mr. Azer and Ms. Green regarding ████████████(1.0). | 2.40 | $2,340.00 |
| 09/23/20 | Adrian Azer | Prepare for conference with M. Andolina, J. Boelter, and M. Linder related to ████████████████████████████████████ ███████████(.3); conference with M. Andolina, J. Boelter, and M. Linder regarding ████████████████(1.0); review communication from Ms. Green related to ████████(.2); prepare for and conference with N. Sochurek and E. Hanke (KCIC) and Ms. Green regarding ████(.4); multiple communications with N. Sochurek and E. Hanke (KCIC) and Ms. Green regarding ███(.6); communications with N. Sochurek and E. Hanke (KCIC) and Ms. Green regarding ████████(.8); conference with client regarding ██████████(.2); discussion with Mr. Martin regarding ██████(.1); conference with Ms. Green to discuss strategy and next steps regarding ██████████████████(.5); correspondence with Ms. Green regarding ██████(.1). | 4.20 | $2,940.00 |

Invoice Number: 21451999
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

October 28, 2020
Page 13 of 18

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 09/23/20 | Carla Green | Prepare for and conference call with Mr. Azer, Mr. Martin, Mr. Andolina, Ms. Boelter and Mr. Linder to discuss ███████████ (1.1); post-call communications with Mr. Azer (.4); review notes and draft strategy and task items stemming from ███████ for Mr. Azer (.3); multiple correspondence with N. Sochurek and E. Hanke (KCIC) to discuss ███████████████ (.6); conference call with N. Sochurek and E. Hanke (KCIC) and Mr. Azer to discuss ███ (.6); multiple correspondence with insurers ███████████ (.8); coordinate uploading of ███████ (.5); correspondence with Mr. Basaria regarding ███████ (.2); continue review of ███████████ (2.0); correspondence with Ms. Kutz and KCIC team regarding ███████ (.2); conference with Mr. Azer to discuss ███████████ (.5); correspondence with Mr. Azer regarding ███████ (.1). | 7.30 | $4,088.00 |
| 09/23/20 | Ernest Martin, Jr. | Telephone call with M. Andolina, J. Boelter and M. Linder, and Mr. Azer and Ms. Green to discuss ███████ (1.0); communication with Mr. Azer and Mr. McGowan regarding ███████ (.2); prepare for and participate in call with Mr. McGowan regarding ███████ (.7); discussion with Mr. Azer regarding ███ (.1). | 2.00 | $1,950.00 |
| 09/24/20 | Adrian Azer | Prepare for conference with ███████████ (.4); conference wit ███████████ (2.0); conference with N. Sochurek and E. Hanke (KCIC) and Ms. Green regarding ███████ (.8); review ███████ provided by KCIC; (.2); communication with Ms. Green regarding ███ (.1); review Bates White initial analysis of ███████ (.4); communications with team regarding ███ (.2); confer with Mr. Martin regarding ███████ (.3); communication with M. Andolina and M. Linder regarding s███████ (.2); draft, review and revise agenda for Friday insurer call (.1); communication to M. Andolina, J. Boelter, and M. Linder regarding ███ (.1); review documents related ███████ (.9); review and revise presentation to mediators related to ███████ (1.0); communications with mediators regarding ███ (.2). | 6.90 | $4,830.00 |

Invoice Number: 21451999
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

October 28, 2020
Page 14 of 18

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 09/24/20 | Carla Green | Correspondence with Mr. Basaria regarding ███████████████ █████████████ (.3); conference call with Mr. Sochurek, Ms. Hanke and Mr. Azer to discuss ██████████████████ (.8); review index of documents previously provided by Ms. Kutz █████ (.5); correspondence with insurer regarding production of reservation of rights letter (.1); follow up with Mr. Basiria regarding █████████ (.1); conference call with Ms. Adams, Ms. Richardson, Ms. Kutz, Ms. Hanke, and Mr. Sochurek to discuss ████████ (.5); review ████████ evidence to draft search terms █████████ (.7); correspondence with KCIC regarding █████ (.2); communication with Mr. Azer regarding ████████ (.1); review previous ████ memo ████ (.3); review and revise presentation to mediators ████████ (.5); conference with Mr. Azer regarding ████ (.2); review and analyze document ████████ █████ (.6); correspondence to AIG following up on local council policy search ████████ ████████ (.2); multiple correspondence with Ms. Kutz, Mr. Sochurek and Ms. Hanke regarding █████████ (.6). | 7.90 | $4,424.00 |
| 09/24/20 | Ernest Martin, Jr. | Review and revise e-mail to Mr. McGowan regarding ████████ ████ (.1); discussion with Mr. Azer regarding ████████ █████████ (.3); telephone call with Mr. Cook ████ (.1). | 0.50 | $487.50 |
| 09/25/20 | Adrian Azer | Attend conference with mediators regarding ████████ ████ 1.5); prepare for conference with insurers, including finalizing agenda and review of additional agenda items provided by Chubb (.5); conference with insurers (.3); post-conference communications with Chubb regarding failure to attend the weekly insurer call (.6); attend lengthy conference with standing committee regarding ████████ █████ (5.4); post-conference with Mr. Martin regarding ████ (.4); communications with M. Andolina and M. Linder regarding ████████ (.2); review communications from client related to ████████ (.3); communications with Ms. Green and KCIC regarding ████ (.2). | 9.40 | $6,580.00 |

Invoice Number: 21451999
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

October 28, 2020
Page 15 of 18

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 09/25/20 | Carla Green | Correspondence with insurer regarding follow up on search for local council policies (.2); correspondence with Mr. Basaria regarding ████████ 2); prepare for and attend conference call with the insurers (.5); review and analyze more ████████ evidence of ████████ (1.0); multiple correspondence with Mr. Sochurek and Ms. Hanke to discuss ████████ (.4); conference call with Mr. Kutz to discuss ████████ (.3); review and analyze ████████ (.8); continue draft of notice of mediation to insurers not currently participating (1.0). | 4.40 | $2,464.00 |
| 09/25/20 | Ernest Martin, Jr. | Participate in call with mediators to discuss ████████ (1.5); participate in conference call with Bankruptcy Task Force to discuss ████████ (.9); review e-mails from Mr. McGowan regarding ████████ (.2); discussion with Mr. Azer regarding ████████ (.4). | 3.00 | $2,925.00 |
| 09/26/20 | Adrian Azer | Review multiple communications related to ████████ (.3); communication to Ms. Green regarding ████ (2). | 0.50 | $350.00 |
| 09/26/20 | Ernest Martin, Jr. | Review e-mail from Mr. Schulman regarding ████████. | 0.10 | $97.50 |
| 09/27/20 | Carla Green | Multiple correspondence with Mr. Sochurek, Ms. Hanke and Ms. Kutz regarding ████████ (.4); review and analyze ████ evidence of ████████ (1.0); follow up correspondence with Mr. Azer regarding ████████ (.3). | 1.70 | $952.00 |
| 09/27/20 | Ernest Martin, Jr. | Review e-mail from Mr. McGowan and Mr. Andolina regarding ████████. | 0.10 | $97.50 |
| 09/28/20 | Adrian Azer | Conference with N. Sochurek and E. Hanke (KCIC) and Ms. Green regarding ████████ (.2); communications with client regarding ████████ (.3); multiple communications with counsel to Chubb (1.1); consider strategy with respect to ████████ (.8); continue to review various documents related to ████████ (.9). | 4.10 | $2,870.00 |
| 09/28/20 | Carla Green | Conference call with Mr. Sochurek, Ms. Hanke and Mr. Azer to discuss ████████ (.8); upload reservation of rights letters to data room for ████████ (.4). | 1.20 | $672.00 |
| 09/28/20 | Ernest Martin, Jr. | Review e-mail from Chubb's counsel regarding requests for documents (.1). | 0.10 | $97.50 |

Invoice Number: 21451999
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

October 28, 2020
Page 16 of 18

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 09/29/20 | Adrian Azer | Multiple conferences related to ▮▮▮▮▮ (1.1); review of the ▮▮▮▮▮ (1.7); conferences with Ms. Green, Ms. Hanke, Mr. Sochurek, , Mr. Martin, and client (.5); prepare for and conference with counsel to the Circle Ten council regarding ▮▮▮▮ (.4); review and revise presentation to Ad Hoc Committee of Local Councils regarding ▮▮▮▮ (.7); conference with Ad Hoc Committee regarding ▮▮▮▮ (.7); review documents related to ▮▮▮▮ (.4); confer with Ms. Green regarding ▮▮▮ (.3); confer with Mr. Martin regarding ▮▮▮▮ (.5); conference with Mr. Andolina regarding ▮▮▮ (.2); conference with Mr. Sochurk, Ms. Hanke and Ms. Green to discuss ▮▮▮▮ (.4); review recent decision related to ▮▮▮▮ (.2); communication to team regarding ▮▮▮▮ (.1); communication with client regarding ▮▮▮▮ (.2); follow-up regarding ▮▮▮▮ (.3); conference call with Ms. Green to discuss ▮▮▮▮ (.3). | 8.00 | $5,600.00 |
| 09/29/20 | Wesley Dutton | Review recent Law360 article regarding ▮▮▮▮ (.2); research and analyze ▮▮▮▮ (.3). | 0.50 | $230.00 |
| 09/29/20 | Carla Green | Review and revise presentation ▮▮▮▮ (.3); review and analyze several documents reflecting ▮▮▮▮ (.5); conference with Mr. Azer regarding ▮▮▮ (.3); conference with Mr. Sochurk, Ms. Hanke and Mr. Azer to discuss local ▮▮▮▮ (.4); review and analyze remainder of documents ▮▮▮▮ (1.2); prepare summary of same for Mr. Azer, Mr. Sochurek and Ms. Hanke (.6); draft correspondence to Hartford regarding ▮▮▮▮ (.4); follow up correspondence with AIG regarding policy search (.1); brief research of and correspondence with Mr. Dutton relating to ▮▮▮▮ (.5); review multiple correspondence received from Ms. Kutz from insurers responding to tendering of claims from BSA, local councils and chartering organizations (.3); correspondence with Mr. Azer regarding same (.1); multiple conference calls with Ms. Kutz and Mr. Azer to discuss ▮▮▮▮ (.6); conference with Mr. Martin and Mr. Azer regarding ▮▮▮▮ (.5); conference call with Mr. Sochurek, Ms. Hanke and Mr. Azer to discuss ▮▮▮▮ (.5); review and analyze sample questionnaire received from Ms. Kutz (.3); conference call with Mr. Azer to discuss ▮▮▮▮ (.3). | 6.60 | $3,696.00 |

Invoice Number: 21451999                                          October 28, 2020
Matter Name: General Insurance Matters                              Page 17 of 18
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 09/29/20 | Ernest Martin, Jr. | Participate in call with Ad Hoc Local Councils to discuss ███████ ██████████████ (.7); communications with Mr. Azer and Ms. Green regarding ███████████████ (.8). | 1.50 | $1,462.50 |
| 09/30/20 | Adrian Azer | Follow-up conferences with Ms. Hanke, Mr. Sochurek, Ms. Green and Mr. Martin regarding ████████████ (2.9); review additional information provided by client regarding ███████████ (.5); prepare for and conference with counsel to AIG regarding Local Council insurance policies (.8); discussion with Mr. Martin regarding ██████████ (.1); conference call with Ms. Green to discuss ████████████ (.3); review communication from client related ███████ (.2); confer with Mr. Martin regarding █████ (.1); draft, review and revise communication to client regarding █████ (.2); review communication from Chubb related to proof of claims (.1); communications with bankruptcy team regarding ████ (.1); communications with mediator regarding ████████ (.3). | 5.60 | $3,920.00 |
| 09/30/20 | Carla Green | Prepare for (.3) and attend conference call with AIG to discuss secondary evidence ████████████████ (.5); multiple correspondences and conference calls with Ms. Kutz to discuss ██████████████ (.8); multiple correspondences with Mr. Azer to discuss ████████ (.6); multiple correspondence and conference calls with Ms. Hanke, Mr. Sochurek and Mr. Azer to discuss ███████████ (1.2); correspondence with Mr. Dutton to discuss ████████ (.2). | 3.60 | $2,016.00 |
| 09/30/20 | Ernest Martin, Jr. | Discussion with Mr. Azer regarding █████ (.1); review e-mail from Mr. McGowan regarding ████████ (.2); review and revise e-mail to Mr. McGowan regarding ████ (.1). | 0.40 | $390.00 |

| | | | | |
|---|---|---|---|---|
| **Total Fees** | | | | **$182,769.50** |

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Adrian Azer | Partner | 114.00 | $700.00 | $79,800.00 |
| Ernest Martin, Jr. | Partner | 36.10 | $975.00 | $35,197.50 |
| Carla Green | Associate | 111.00 | $560.00 | $62,160.00 |
| Wesley Dutton | Associate | 12.20 | $460.00 | $5,612.00 |
| **Total Professional Summary** | | | | **$182,769.50** |

**Total Fees, Expenses and Charges**                                **$182,769.50**

Invoice Number: 21451999
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

October 28, 2020
Page 18 of 18

**Total Amount Due**                                                      **USD  $182,769.50**

# haynes*boone*

Invoice Number: 21452000
Invoice Date: October 28, 2020
Matter Name: BSA, ▮▮▮
Client/Matter Number: 0020234.00026
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

## REMITTANCE PAGE
*For Professional Services Through  September 30, 2020*

| | |
|---|---:|
| Total Fees | $630.00 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$630.00** |
| **Total Invoice Balance Due** | **USD  $630.00** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N ● SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21452000** ● Client Number **0020234.00026** ● Attorney **Ernest Martin, Jr.**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21452000
Matter Name: BSA █████
Client/Matter Number: 0020234.00026
Billing Attorney: Ernest Martin, Jr.

October 28, 2020
Page 2 of 2

*For Professional Services Through  September 30, 2020*

### Professional Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 09/10/20 | Adrian Azer | Review communication from First Specialty regarding documents requested (.2); provide recommendation ███████ | 0.30 | $210.00 |
| 09/16/20 | Adrian Azer | Review communications from Ms. Kutz (BSA) related to ███████ (.2); communications related ████ (.1). | 0.30 | $210.00 |
| 09/23/20 | Adrian Azer | Review various communications related to ████ (.2); communications with Ms. Kutz (BSA) █████ (.1). | 0.30 | $210.00 |

**Total Fees**        **$630.00**

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|-----------|-------|-------|------|--------|
| Adrian Azer | Partner | 0.90 | $700.00 | $630.00 |
| **Total Professional Summary** | | | | **$630.00** |

**Total Fees, Expenses and Charges**        **$630.00**

**Total Amount Due**        **USD $630.00**

# haynesboone

Invoice Number: 21452001
Invoice Date:  October 28, 2020
Matter Name: BSA/D&O Insurance Consulting
Client/Matter Number: 0020234.00028
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

## REMITTANCE PAGE
*For Professional Services Through  September 30, 2020*

| | |
|---|---:|
| Total Fees | $877.50 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$877.50** |
| **Total Invoice Balance Due** | **USD  $877.50** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N  ●  SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21452001**  ●  Client Number **0020234.00028**  ●  Attorney **Ernest Martin, Jr.**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21452001
Matter Name: BSA/D&O Insurance Consulting
Client/Matter Number: 0020234.00028
Billing Attorney: Ernest Martin, Jr.

October 28, 2020
Page 2 of 2

*For Professional Services Through  September 30, 2020*

**Professional Fees**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 09/03/20 | Ernest Martin, Jr. | Prepare for (.3) and participate in call with Mr. Parker, Ms. Phillips, and Mr. Zirkman to discuss ███████████████████ █████ (.6). | 0.90 | $877.50 |

**Total Fees** $877.50

**Timekeeper Summary**

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Ernest Martin, Jr. | Partner | 0.90 | $975.00 | $877.50 |
| **Total Professional Summary** | | | | $877.50 |

**Total Fees, Expenses and Charges** $877.50

**Total Amount Due** USD $877.50

# haynes*boone*

Invoice Number: 21452173
Invoice Date:  October 30, 2020
Matter Name: Fee Applications
Client/Matter Number: 0020234.00035
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

### REMITTANCE PAGE
*For Professional Services Through  September 30, 2020*

| | |
|---|---:|
| Total Fees | $11,720.00 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$11,720.00** |
| **Total Invoice Balance Due** | **USD  $11,720.00** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N**  ●  **SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21452173**  ●  Client Number **0020234.00035**  ●  Attorney **Ernest Martin, Jr.**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21452173
Matter Name: Fee Applications
Client/Matter Number: 0020234.00035
Billing Attorney: Ernest Martin, Jr.

October 30, 2020
Page 2 of 3

*For Professional Services Through September 30, 2020*

**Professional Fees**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 09/01/20 | Adrian Azer | Communications related to fee application, including conference with Ms. Stilz, Ms. Green and Ms. Morzak. | 0.70 | $490.00 |
| 09/01/20 | Kimberly Morzak | Draft and edit Haynes and Boone's second quarterly fee application and exhibits. | 2.70 | $1,039.50 |
| 09/01/20 | Denise A. Stilz | Assist in preparation of Second Interim Fee Application (3.2). | 3.20 | $1,200.00 |
| 09/02/20 | Adrian Azer | Review second fee application (.8); communications with team ▮▮▮ (.3); confer with Ms. Stilz and Ms. Green ▮▮▮ (.3). | 1.40 | $980.00 |
| 09/02/20 | Carla Green | Multiple correspondence with Ms. Stilz and Ms. Morzak regarding ▮▮▮ (.6); review and revising of Second Quarterly Fee Application (.5); conference with Morris Nichols regarding ▮▮▮ (.3); review same sent from Morris Nichols (.2); conference with Ms. Stilz and Mr. Azer ▮▮▮ (.3). | 1.90 | $1,064.00 |
| 09/02/20 | Denise A. Stilz | Continue to work on Second Interim Fee Application (.4). | 0.40 | $150.00 |
| 09/03/20 | Denise A. Stilz | Assist in preparation of Second Interim Fee Application (.6). | 0.60 | $225.00 |
| 09/04/20 | Carla Green | Multiple correspondence with Ms. Stilz ▮▮▮ (.4); review of same and coordination of ▮▮▮ (.8). | 1.20 | $672.00 |
| 09/04/20 | Denise A. Stilz | Continue to work on Second Interim Fee Application (.3); begin highlighting possible redactions of August proformas for next fee application (1.2). | 1.50 | $562.50 |
| 09/08/20 | Carla Green | Correspondence with Ms. Stilz to discuss ▮▮▮. | 0.20 | $112.00 |
| 09/08/20 | Denise A. Stilz | Continue to review August proformas for possible redactions (1.1). | 1.10 | $412.50 |
| 09/09/20 | Carla Green | Conference with Ms. Stilz regarding ▮▮▮ (.2); correspondence with Mr. Azer ▮▮▮ (.2). | 0.40 | $224.00 |
| 09/09/20 | Denise A. Stilz | Continue to review proformas for confidentiality (1.7) and report ▮▮▮ (.3); conference with Ms. Green ▮▮▮ (.2). | 2.20 | $825.00 |
| 09/10/20 | Carla Green | Correspondence with Ms. Stilz and Ms. Richardson regarding ▮▮▮ | 0.30 | $168.00 |

Invoice Number: 21452173                                          October 30, 2020
Matter Name: Fee Applications                                          Page 3 of 3
Client/Matter Number: 0020234.00035
Billing Attorney: Ernest Martin, Jr.

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 09/10/20 | Denise A. Stilz | Work on 4th monthly fee application covering August fees and expenses, including reviewing proformas for privilege. | 1.70 | $637.50 |
| 09/11/20 | Denise A. Stilz | Prepare 4th monthly fee application covering August fees and expenses. | 1.70 | $637.50 |
| 09/13/20 | Adrian Azer | Review draft fee application (.3); communication with Ms. Stilz, Ms. Morzak and Ms. Green ▉▉▉▉▉ (.1). | 0.40 | $280.00 |
| 09/14/20 | Carla Green | Final review of redacted invoices to check for privilege and confidentiality. | 0.80 | $448.00 |
| 09/15/20 | Carla Green | Multiple correspondence with team regarding ▉▉▉▉▉▉▉▉▉▉ | 0.50 | $280.00 |
| 09/15/20 | Denise A. Stilz | Redact privileged information from August invoices in preparation for attaching to Fee Application (1.1); revise Fourth Monthly Fee Application (.4). | 1.50 | $562.50 |
| 09/16/20 | Denise A. Stilz | Finalize 4th Monthly Fee Application (.5); forward fee application to team for approval (.1). | 0.60 | $225.00 |
| 09/18/20 | Carla Green | Final revisions to Fee Application prior to filing, including coordination of same. | 0.40 | $224.00 |
| 09/18/20 | Denise A. Stilz | Revise Fourth Monthly Fee Application and send it to Ms. Green (.1); prepare Exhibit A with unredacted invoices and forward to Ms. Green .2). | 0.30 | $112.50 |
| 09/22/20 | Kimberly Morzak | Call with H&B team regarding ▉▉▉▉▉▉▉▉▉▉. | 0.10 | $38.50 |
| 09/22/20 | Denise A. Stilz | Post deadline to supply LEDES files to fee examiner on internal docketing system (.1); forward newly formatted fees and expenses to Mr. Rucki (.1); prepare and send September fee application with unredacted invoices to Mr. Martin (.2). | 0.40 | $150.00 |

**Total Fees**                                                                    **$11,720.00**

**Timekeeper Summary**

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Adrian Azer | Partner | 2.50 | $700.00 | $1,750.00 |
| Carla Green | Associate | 5.70 | $560.00 | $3,192.00 |
| Denise A. Stilz | Paralegal | 15.20 | $375.00 | $5,700.00 |
| Kimberly Morzak | Paralegal | 2.80 | $385.00 | $1,078.00 |

**Total Professional Summary**                                          **$11,720.00**

**Total Fees, Expenses and Charges**                                          **$11,720.00**

**Total Amount Due**                                          **USD $11,720.00**