## **Exhibit A-2**

**Summary of Services, October 1 – October 31, 2020**

4840-3093-6014

# haynesboone

Invoice Number: 21454454
Invoice Date:  November 13, 2020
Matter Name: BSA █████████
Client/Matter Number: 0020234.00020
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

### REMITTANCE PAGE
*For Professional Services Through  October 31, 2020*

| | |
|---|---:|
| Total Fees | $1,029.50 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$1,029.50** |
| **Total Invoice Balance Due** | **USD  $1,029.50** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

#### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

#### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

#### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N  ●  SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21454454**  ●  Client Number **0020234.00020**  ●  Attorney **Ernest Martin, Jr.**

#### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21454454
Matter Name: BSA█████
Client/Matter Number: 0020234.00020
Billing Attorney: Ernest Martin, Jr.

November 13, 2020
Page 2 of 2

*For Professional Services Through  October 31, 2020*
RK-201862708175

### Professional Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 10/12/20 | Ernest Martin, Jr. | Review e-mail from Mr. Andolina regarding █████████ ████████ | 0.10 | $99.50 |
| 10/13/20 | Adrian Azer | Draft, review and revise insert for ████████ ██████████ (.8); communications with Mr. Andolina █████ (.2); confer with Mr. Carlson (local defense counsel) regarding ██████████ (.2). | 1.20 | $930.00 |

**Total Fees** $1,029.50

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|-----------|-------|-------|------|--------|
| Adrian Azer | Partner | 1.20 | $775.00 | $930.00 |
| Ernest Martin, Jr. | Partner | 0.10 | $995.00 | $99.50 |
| **Total Professional Summary** | | | | **$1,029.50** |

**Total Fees, Expenses and Charges** $1,029.50

**Total Amount Due** USD $1,029.50



Invoice Number: 21454455
Invoice Date:  November 13, 2020
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGown, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

### REMITTANCE PAGE
*For Professional Services Through  October 31, 2020*

| | |
|---|---:|
| Total Fees | $196,641.50 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$196,641.50** |
| **Total Invoice Balance Due** | **USD  $196,641.50** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

#### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

#### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

#### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N ● SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21454455** ● Client Number **0020234.00024** ● Attorney **Ernest Martin, Jr.**

#### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21454455
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

November 13, 2020
Page 2 of 19

*For Professional Services Through  October 31, 2020*

**Professional Fees**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 10/01/20 | Adrian Azer | Communications with Mr. Celentino of the Ad Hoc Committee regarding ████ (.4); review mediation statement submitted ████, including ████ (2.3); confer with Mr. Martin regarding ████ (.4); confer with Ms. Green regarding ████ (1.1); conference with Ms. Citro and Mr. Azer regarding ████ (.2); review communication from Chubb and communications with Ms. Boelter and Mr. Andolina regarding ████ (.4); review insurance documents provided by ████ (.3); communications with Ms. Green regarding ████ (.9); draft, review and revise responsive communication to Chubb, and multiple follow-up communications with Chubb (1.3); confer with Mr. Dutton regarding ████ (.2). | 7.50 | $5,812.50 |
| 10/01/20 | Wesley Dutton | Review documents at BSA headquarters with emphasis on ████ | 0.00 | $0.00 |
| 10/01/20 | Wesley Dutton | Review documents at BSA headquarters with emphasis on ████ (5.1); conference call with Mr. Azer to discuss ████ (.2); conference call with Ms. Green to discuss ████ (.2); review ████ forwarded by Ms. Green and Ms. Hanke (.3). | 5.80 | $3,161.00 |
| 10/01/20 | Carla Green | Multiple correspondence with Ms. Kutz, Mr. Azer, Mr. Howell and Ms. Citro regarding ████ (.5); conference with Ms. Citro and Mr. Azer ████ (.2); confer with Mr. Azer regarding ████ (1.1); conference call with Mr. Dutton to discuss ████ (.2); review index and related documents in preparation for ████ (.8); draft correspondence to insurers ████ (.4); visit BSA National to participate in ████ (5.2); conference with Mr. Azer to discuss ████ (.9). | 9.30 | $6,045.00 |
| 10/01/20 | Ernest Martin, Jr. | Discussion with Mr. Azer regarding ████ (.4); review correspondence to and from Chubb's counsel (.2). | 0.60 | $597.00 |

Invoice Number: 21454455
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

November 13, 2020
Page 3 of 19

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 10/02/20 | Adrian Azer | Continue to coordinate document review ███████████, including communications with Ms. Green and Mr. Stoner (1.4); draft, review and revise ████████ for communications with Mr. Andolina (White and Case) (.5); prepare for ██████████████, including ████ and communications with Chubb and Ms. Boelter (White and Case) (.6); weekly conference call with the insurers (1.0); post-conference with Mr. Martin ████████ (.2); communication with Mr. Wadley (insurance-coverage counsel) to Chubb regarding ██████████████ (.3); continue to review ████████ and consider ████ (1.2). | 5.20 | $4,030.00 |
| 10/02/20 | Wesley Dutton | Review and analyze ████████████ | 10.80 | $5,886.00 |
| 10/02/20 | Carla Green | Conference and correspondence with Mr. Stoner to discuss ████ (.2); correspondence with Chubb counsel regarding ████████ (.2); participate in document review of ████████ (1.8); conference with Mr. Azer regarding ████ (.2). | 2.40 | $1,560.00 |
| 10/02/20 | Ernest Martin, Jr. | Participate in BSA's call with insurers (.8); post-conference with Mr. Azer ████ (.2). | 1.00 | $995.00 |
| 10/02/20 | Mike Stoner | Conference call with Mr. Azer regarding ████████ (.2); conference and correspondence with Ms. Green and KCIC regarding ████████ (.2); review presentations and additional background documents concerning ████████ (5.2); reviewing and analyzing voluminous documents regarding ████ (5.2). | 10.80 | $7,290.00 |
| 10/03/20 | Adrian Azer | Communications with Ms. Green regarding ████████ (.3). | 0.30 | $232.50 |
| 10/03/20 | Wesley Dutton | Review and analyze boxes of documents ████████ (5.7); discussion with Mr. Martin regarding ████ (.1). | 5.80 | $3,161.00 |
| 10/03/20 | Carla Green | Conference with Mr. Azer to discuss ████████ (.3); draft ████ for Mr. Azer and Mr. Martin (.3); review ████ (.2). | 0.80 | $520.00 |
| 10/03/20 | Ernest Martin, Jr. | Discussion with Mr. Dutton regarding ████████ | 0.10 | $99.50 |

Invoice Number: 21454455
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

November 13, 2020
Page 4 of 19

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 10/03/20 | Mike Stoner | Continue reviewing voluminous information regarding ███████ ██████ (2.5); finalize document review (.2); prepare notes concerning ██████ (.4). | 3.10 | $2,092.50 |
| 10/04/20 | Adrian Azer | Continue to review ████████ submitted by ████████ related to ██████ (.6); confer with Ms. Green regarding ████████ (.5); confer with Mr. Martin regarding ████████ (.8). | 1.90 | $1,472.50 |
| 10/04/20 | Carla Green | Conference call with Mr. Azer regarding ███████████ | 0.50 | $325.00 |
| 10/04/20 | Ernest Martin, Jr. | Discussion with Mr. Azer regarding ████████ | 0.80 | $796.00 |
| 10/05/20 | Adrian Azer | Prepare for follow-up conference call with the insurers, including review of ████████ (.3); conference call with the insurers, Ms. Green, and Mr. Andolina, Ms. Boelter, and Mr. Linder (White and Case) (1.0); post-conference with Ms. Green ████████ (.4); post-conference with Mr. Martin regarding ████████ (.2); conference with Mr. Sochurek and Ms. Hanke (KCIC) and Ms. Green regarding ████████ (.5); review ████████ (.3); communication with Mr. Martin regarding ████████ (.2); communications with Mr. Andolina and Ms. Boelter, and Mr. Martin regarding ████████ (.2); communications with ████████ regarding ████████ (.2); draft, review and revise ████████ including communications with N. Sochurek (KCIC) regarding ████████ (1.1); communications with Mr. Martin regarding ████████ (.2); review letter from Chubb and communications with Mr. Andolina ████████ (.3); communications with team regarding ████████ (.4); communication with Ms. Neely (FCR) regarding ████████ (.1); review communications from ████████ related to ████████ (.2); communications with Markel regarding ████████ (.2); communication with T. Gallagher (mediator) regarding meeting with Chubb and presentation (.1); communications with Mr. Celentino (Ad Hoc Committee of Local Councils) regarding ████████ (.2); review and revise communication to Hartford (.2); communication with Ms. Green regarding ████████ (.2); | 6.50 | $5,037.50 |

Invoice Number: 21454455
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

November 13, 2020
Page 5 of 19

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 10/05/20 | Carla Green | Conference call with Mr. Sochurek, Ms. Hanke and Mr. Azer to discuss █████████████████████ (.5); attend follow up call with insurers, Mr. Azer, Mr. Andolina, Ms. Boelter and Mr. Linder (1.0); conference with Mr. Azer to discuss █████████████████████ (.4); correspondence and conference with Mr. Dutton to discuss █████████████ (.2); correspondence with insurers' counsel regarding, █████████████ (.3); begin outline of █████ █████████████ (1.2); communication with Mr. Azer regarding █████████ (.2). | 3.80 | $2,470.00 |
| 10/05/20 | Ernest Martin, Jr. | Review draft slides for █████████████ (.2); communication with Mr. Azer regarding █████████████ (.2); prepare e-mail to Mr. McGowan regarding ████ (.1); discussion with Mr. Azer regarding █████ (.2); review draft slides for █████████ (.2). | 0.90 | $895.50 |
| 10/05/20 | Mike Stoner | Prepare update to Mr. Azer regarding █████████. | 0.30 | $202.50 |
| 10/06/20 | Adrian Azer | Prepare for presentations to ████████, including conference with Mr. Martin, Mr. Andolina and Mr. Whitman as well as review of ████ █████ (.9); conference with █████████ (1.0); conference with Mr. Sochurek and Ms. Green regarding █████████ (.8); review communications related to █████████ (.5); review communications from ████████ regarding █████████ (1.4); communications with Mr. Sochurek and Ms. Hanke (KCIC) regarding █████ █████ (.2); communication with Mr. Gallagher (mediator) regarding meeting with Chubb (.1); conference with Mr. Gallagher (mediator) regarding █████ (.5); confer with Mr. Martin regarding █████ (.4); review communication from Mr. Ruggeri (Hartford) related to █████████ (.4). | 6.20 | $4,805.00 |
| 10/06/20 | Wesley Dutton | Discuss BSA project to research █████████ with Ms. Green. | 0.10 | $54.50 |
| 10/06/20 | Carla Green | Conference call with Mr. Sochurek (KCIC) and Mr. Azer to discuss █████████████████ (.8); multiple correspondence with Ms. Hanke and Ms. Waters regarding █████████ (.5); coordinate picking up of boxes █████████ (.2); review and analyze █████ (.8); review and analyze █████████ (1.3); conference with Mr. Dutton to discuss █████████ (.1). | 3.70 | $2,405.00 |

Invoice Number: 21454455
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

November 13, 2020
Page 6 of 19

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 10/06/20 | Ernest Martin, Jr. | Prepare for and participate in call with Mr. Andolina White and Case Mr. Whitman from Alvarez and Marsel to discuss ▇ (.5); participate in update presentation to ▇ (1.0); discussion with Mr. Azer regarding ▇ (.4). | 1.90 | $1,890.50 |
| 10/07/20 | Adrian Azer | Prepare for conference with Mr. Quinn and Mr. Neely ▇ regarding ▇ (.3); conference with Mr. Quinn and Mr. Neely ▇ (.6); post-conference with Mr. Martin ▇ (.3); review communication sent to ▇, and communication with Mr. Sochurek and Ms. Hanke (KCIC) ▇ (.3); review ▇, and confer with Ms. Green and Mr. Sochurek regarding ▇ (.8); coordinate presentation to Chubb regarding insurance archeology (.3); communication with Mr. Gummow (AIG) regarding insurance archeology (.2); follow-up to ▇ requests for ▇, including communications with Mr. Sochurek and Ms. Green (.3); communication with Mr. Schulman ▇ regarding ▇ (.2); review draft of ▇ provided by Mr. Sochurek (KCIC) (.5); confer with Ms. Green regarding ▇ (.4); communications with Mr. Sochurek regarding ▇ (.3). | 4.50 | $3,487.50 |
| 10/07/20 | Carla Green | Conference call with Ms. Waters and Ms. Hanke to discuss ▇ (.4); conference call with Mr. Sochurek (KCIC) and Mr. Azer to discuss ▇ (.8); review and analyze ▇, including correspondence with Mr. Sochurek ▇ (.5); conference call with Mr. Azer to discuss ▇ (.4); revise Chubb presentation ▇ and circulate to Mr. Azer and KCIC (1.2); correspondence with KCIC regarding ▇ (.9). | 4.20 | $2,730.00 |
| 10/07/20 | Ernest Martin, Jr. | Review Local Counsel Ad Hoc Committee's requests for ▇ (.2); telephone call with coverage counsel to discuss ▇ (.6); discussion with Mr. Azer ▇ (.3). | 1.10 | $1,094.50 |
| 10/08/20 | Adrian Azer | Review and revise presentation to Chubb related to insurance archeology, including communications with Ms. Green and Mr. Sochurek and Ms. Hanke of KCIC (1.2); review insurance information provided by ▇ and communications with Mr. Sochurek and Ms. Hanke of KCIC (1.6); communication with Mr. Andolina, Ms. Boelter, and Mr. Linder regarding ▇ (.3); communications with Mr. McGowan (BSA) regarding ▇ and confer with Mr. Sochurek (.9); review and consider ▇ including review of email from Mr. McGowan (.2); confer with Mr. Martin regarding ▇ (.5). | 4.70 | $3,642.50 |

Invoice Number: 21454455
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

November 13, 2020
Page 7 of 19

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 10/08/20 | Wesley Dutton | Research and analyze ██████████████████████ ██████████████. | 0.40 | $218.00 |
| 10/08/20 | Carla Green | Correspondence with Mr. Sochurek regarding ███████████ ████████ (.1); review and make final revisions to Chubb presentation (1.0); correspondence with National Surety regarding production of local council authorization letters (.2); correspondence with Mr. Martin, Mr. Linder, Ms. Boelter and Mr. Andolina regarding ████████████ (.2); correspondence with Mr. Basaria regarding ████████████████████ (.3); final review and analysis of ██████████████████████ (.6). | 2.40 | $1,560.00 |
| 10/08/20 | Ernest Martin, Jr. | Review slides prepared for ███████████████ (.2); review letter from Mr. Schiavoni (.1); review e-mail from Mr. McGowan regarding ████████████ (.1); confer with A. Azer regarding ████████████ (.5). | 0.90 | $895.50 |
| 10/09/20 | Adrian Azer | Finalize presentation ██████████ and review presentation ██████████████████ (1.2); conference with Mr. Wadley, Mr. Schiavoni, and Chubb client representative, and Mr. Martin, Ms. Green, and Mr. Andolina, Ms. Boelter, and Mr. Linder (White and Case) regarding █████████████████ (1.1); post-conference with Mr. Martin ████████████ (.2); conference with Mr. Wadley (counsel to Chubb) regarding insurance archeology (.4); prepare for conference and conference with Mr. Sochurek, Ms. Hanke and Ms. Klauck of KCIC, and Ms. Green regarding ████████████████ (.8); review communications from ██████████ related to ██████████████, and communications from KCIC and Ms. Green (.8); review ██████████████ provided by Mr. Andolina and proposed ██████████████████████ ████████████ (.5); confer with Ms. Green regarding ████████████████ (.3). | 5.30 | $4,107.50 |
| 10/09/20 | Wesley Dutton | Research and analyze ██████████████████████ ██████████████. | 0.70 | $381.50 |
| 10/09/20 | Carla Green | Conference with Mr. Wadley, Mr. Schiavoni, and Chubb client representative, and Mr. Martin, Mr. Azer, and Mr. Andolina, Ms. Boelter, and Mr. Linder (White and Case) regarding █████████████ (1.1); correspondence with Mr. Sochurek, Ms. Hanke and Ms. Klauck regarding ████████████████ (.2); conference call with Mr. Azer, Mr. Sochurek, Ms. Hanke and Ms. Klauck to ████████████████████████████████ (.6); conference with Mr. Azer to discuss ████████████████ and regarding █████████ (.3). | 2.20 | $1,430.00 |
| 10/09/20 | Ernest Martin, Jr. | Participate in call with Mr. Wadley, Mr. Schiavoni, and Chubb client representative, and Mr. Martin, Mr. Azer, and White and Case team regarding ████████████ (1.1); discussion with Mr. Azer █████████ ████ (.2). | 1.30 | $1,293.50 |

Invoice Number: 21454455
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

November 13, 2020
Page 8 of 19

| <u>Date</u> | <u>Timekeeper</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 10/10/20 | Adrian Azer | Review communication from counsel to AIG and communication with Ms. Green regarding ████████. | 0.30 | $232.50 |
| 10/10/20 | Carla Green | Review and respond to correspondence from AIG regarding production of secondary evidence (.3); review secondary evidence for ████████ and correspondence with Mr. Azer ████████ (.3). | 0.60 | $390.00 |
| 10/11/20 | Wesley Dutton | Research and analyze case law and academic publications ████████ | 1.00 | $545.00 |
| 10/11/20 | Carla Green | Final review and analysis of ████████ (1.4); correspondence with Ms. Klauck with KCIC regarding ████████ (.2). | 1.60 | $1,040.00 |
| 10/12/20 | Wesley Dutton | Research and analyze case law and academic publications ████████ (3.8); draft email to Mr. Azer ████████ (.5); draft email to Ms. Green ████████ (.5). | 4.80 | $2,616.00 |
| 10/13/20 | Adrian Azer | Review communication from mediator, Mr. Gallagher, providing discovery requests from Allianz (.3); communication with Mr. Gallagher ████████ (.1); review research related to ████████ (.7); confer with Ms. Green regarding ████████ (.5); communications with Mr. Sochurek and Ms. Hanke of KCIC regarding ████████ (.3); review draft communication to counsel to AIG regarding ████████ and communication with Ms. Green ████████ (.2); conference with Ms. Kutz (BSA) regarding ████████ (.3); communication with Mr. Andolina and Mr. Linder regarding ████████ (.1). | 2.50 | $1,937.50 |
| 10/13/20 | Wesley Dutton | Research and analyze case law and academic publications ████████ .0); draft email to Ms. Green and Mr. Azer ████████ (.4). | 2.40 | $1,308.00 |

Invoice Number: 21454455
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

November 13, 2020
Page 9 of 19

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 10/13/20 | Carla Green | Conference call with Mr. Azer to discuss ███████████████████ ████████████████████ (.5); review previous Chubb bad faith letter and recent correspondence and begin ████████ ████ (1.0); multiple correspondence with Mr. Sochurek, Ms. Hanke and Mr. Wadley, counsel for Chubb, to discuss ████████████ (.5); correspondence with Mr. Sochurek regarding ████████ ████████████████████ (.5); correspondence with Mr. Sochurek regarding ████████████ (.2); correspondence with AIG's counsel regarding search and new documents uncovered evidencing pre-1978 local council coverage, ████████████, including communication with Mr. Azer ████████ (.5). | 3.20 | $2,080.00 |
| 10/13/20 | Ernest Martin, Jr. | Review e-mail from Mr. Lindler regarding ████████ ████████. | 0.10 | $99.50 |
| 10/14/20 | Adrian Azer | Prepare for conference with KCIC regarding ████████████ (.4); conference with Mr. Sochurek, Ms. Klauck, and Ms. Hanke of KCIC and Ms. Green regarding ████████████ (1.3); post-conference with Mr. Martin ████████ (.3); review ████████████████████ (.4); review analysis of Mr. Dutton related to ████████████ ████████████████ (.9); conference with Mr. Dutton and Ms. Green ████████████████ (.5); review communication from counsel to Arrowood and communications with White and Case regarding ████ (.3); coordinate with KCIC regarding ████████ ████████████ (.4); prepare for conference with Mr. Martin and Ms. Green regarding ████████████████ (1.1). | 5.60 | $4,340.00 |
| 10/14/20 | Wesley Dutton | Attend call with Mr. Azer and Ms. Green to discuss ████████ ████████. | 0.50 | $272.50 |
| 10/14/20 | Carla Green | Review correspondences and pending outstanding items ████ (.2) and attend call with Mr. Azer, Mr. Sochurek, Ms. Hanke and Ms. Klauck to discuss ████████ ████████████████████████████ ████████ (1.3); review and analyze ████████████ (.4); conference with Mr. Dutton and Mr. Azer to discuss ████████ (.5). | 2.40 | $1,560.00 |
| 10/14/20 | Ernest Martin, Jr. | Conference with Mr. Azer regarding ████████████ (.3); communication with Mr. Azer regarding ████████████ ████ (.2). | 0.30 | $298.50 |

Invoice Number: 21454455
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

November 13, 2020
Page 10 of 19

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 10/15/20 | Adrian Azer | Continue to prepare for conference with Mr. Martin and Ms. Green regarding ███████ (1.4); lengthy meeting with Mr. Martin and Ms. Green regarding ███████ (1.9); conference with Mr. Linder of White and Case regarding ███████ (.6); follow-up communications with Mr. Linder ███████, including providing ███████ (.4); communications with Mr. Sochurek and KCIC regarding ███████ (.3); review information provided by ███████ (.4); confer with Ms. Green regarding ███████ (.2); communications with Mr. Rosenberg and Mr. Andolina (White and Case) regarding ███████ (.2). | 5.40 | $4,185.00 |
| 10/15/20 | Carla Green | Conference call with Mr. Martin and Mr. Azer to ███████ (1.9); correspondence with Mr. Azer and Mr. Stoner regarding ███████ (.2); correspondence with Mr. Azer and Mr. Sochurek regarding ███████ (.2); conference with Mr. Azer to discuss ███████ (.2). | 2.50 | $1,625.00 |
| 10/15/20 | Ernest Martin, Jr. | Meeting with Mr. Azer and Ms. Green to plan ███████ | 1.90 | $1,890.50 |
| 10/16/20 | Adrian Azer | Communication with Mr. Andolina regarding ███████ (.1); communication with insurance-coverage counsel to ███████ (.2); confer with Mr. Stoner regarding ███████ (.4); review communication from counsel to Arrowood and communication with Mr. Andolina (White and Case) ███████ (.2); prepare for ███████, including drafting agenda and review communication from Chubb (.9); weekly conference call with insurers (.9); post-conference with Mr. Martin ███████ (.3); confer with Ms. Green regarding ███████ (.3); begin to draft presentation ███████ (1.0); review ███████ and communication with Mr. Martin (.2); confer with Ms. Kutz regarding ███████ (.4); draft email for Mr. Martin regarding ███████ (.2). | 5.10 | $3,952.50 |
| 10/16/20 | Carla Green | Conference with Mr. Azer to discuss ███████ (.3); conference with Chubb's counsel regarding same (.2); coordinate ███████ (.3); review and analyze ███████ (.8); correspondence with Chubb's counsel regarding Chubb presentation (.2); correspondence with Ms. Hanke and Ms. Gaeta regarding ███████ (.2). | 2.00 | $1,300.00 |
| 10/16/20 | Ernest Martin, Jr. | Post-conference with Mr. Azer regarding ███████. | 0.30 | $298.50 |
| 10/16/20 | Mike Stoner | Conference call with Mr. Azer concerning ███████ | 0.40 | $270.00 |

Invoice Number: 21454455
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

November 13, 2020
Page 11 of 19

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 10/17/20 | Adrian Azer | Communication with Mr. Andolina of White and Case regarding ███████ (.2). | 0.20 | $155.00 |
| 10/18/20 | Adrian Azer | Review and revise presentation to █████ related to █████ ███████, and communications with Mr. Sochurek at KCIC ██ (1.1); review ████████ (.3); conference with Mr. Rosenberg of White and Case regarding ████ (.2); conferences with mediator, Mr. Gallagher, regarding various insurers (.5); conference with Mr. Andolina, Mr. Linder, and Mr. Rosenberg of White and Case regarding █████████ (.6); conference with Mr. Martin regarding ███████ (.3); review communication from ██████ (.1). | 3.10 | $2,402.50 |
| 10/18/20 | Ernest Martin, Jr. | Discussion with Mr. Azer regarding ████████████ ██ | 0.30 | $298.50 |
| 10/19/20 | Adrian Azer | Prepare for presentation to █████ regarding ██████ communications with Mr. Boelter and Mr. Andolina ██████ (1.1); presentation to █████████ (1.4); confer with Mr. Martin regarding ████ (.3); review insurance information provided by █████████ (.5); communications with KCIC regarding █████ █████ (.2); review document requests from Hartford (.2); review document requests from Allianz/National Surety in preparation for call (.3); review ██████ (.2); review communication from ██████ (.2). | 4.40 | $3,410.00 |
| 10/19/20 | Carla Green | Prepare for and conference call with Mr. Azer, Mr. Martin, TCC and FCR to discuss ████████ (1.4); correspondence with Mr. Wadley and Mr. Sochurek regarding █████ ██ (.2). | 1.60 | $1,040.00 |
| 10/19/20 | Ernest Martin, Jr. | Participate in call █████ to discuss █████ (1.4); discussion with Mr. Azer █████ (.3); prepare e-mail to Ms. Boelter and Mr. Andolina regarding ██████ (.1). | 1.80 | $1,791.00 |
| 10/19/20 | Mike Stoner | Review prior emails and correspondence with Liberty Mutual concerning █████████ (1.0); prepare and write client memorandum concerning ████████ (1.5). | 2.50 | $1,687.50 |

Invoice Number: 21454455
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

November 13, 2020
Page 12 of 19

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 10/20/20 | Adrian Azer | Prepare for conference with Allianz and National Surety regarding documents requested for mediation, including communications with Mr. Andolina and Ms. Boelter (White and Case) regarding ███████ (.8); pre-conference with Mr. Martin ██████ (.3); conference with Mr. Gallagher (mediator), Mr. Andolina and Ms. Boelter (White and Case), and counsel for Allianz and National Surety regarding document requests for mediation (1.0); post-conference with Mr. Martin ███ (.3); review document requests for mediation provided by Hartford and communication to Mr. Andolina and Ms. Boelter (White and Case) ██████ (.3); conference with Mr. McGowan regarding ███ (.2); communications with Mr. Sochurek and Ms. Hanke (KCIC) and Ms. Green regarding ██████ (.5); conference with Mr. Sochurek and Ms. Hanke (KCIC) and Ms. Green regarding ██████ (1.2); review current stipulation related to ███ and conferences with Mr. Andolina (White and Case) regarding ██████ (.7); confer with Mr. Gallagher (mediator) and Mr. Andolina (White and Case) ██████ (.2); conference with Mr. Martin regarding ██████ (.4). | 5.90 | $4,572.50 |
| 10/20/20 | Wesley Dutton | Research and analyze ████████████ | 0.80 | $436.00 |
| 10/20/20 | Carla Green | Correspondence with Mr. Wadley regarding ██████ (.3); conference with Mr. Azer, Mr. Sochurek, and Ms. Hanke regarding ██████ (1.2); correspondence with Mr. Sochurek regarding ██████ (.2). | 1.70 | $1,105.00 |
| 10/20/20 | Ernest Martin, Jr. | Discussion with Mr. Azer regarding ██████ (.3); review e-mails from Ms. Boelter ██████ (.1); discussion with Mr. Azer regarding ██████ (.2); discussion with Mr. Azer regarding ██████ (.4). | 1.00 | $995.00 |
| 10/20/20 | Mike Stoner | Continue working on file memorandum ██████ | 1.10 | $742.50 |

Invoice Number: 21454455                                                                    November 13, 2020
Matter Name: General Insurance Matters                                                      Page 13 of 19
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 10/21/20 | Adrian Azer | Review document provided by KCIC related to ████████ (.7); communication with Mr. Sochurek regarding ██████ (.4); review ██████ (.2); communication with Mr. Laun regarding ██████ (.2); confer with Ms. Green regarding ██████ (.3); review research related to ██████ (.3); communications with Mr. Andolina and Mr. Linder regarding ██████ (.3); discussion with Mr. Martin regarding ██████ (.3). | 2.70 | $2,092.50 |
| 10/21/20 | Wesley Dutton | Research ████████ | 8.50 | $4,632.50 |
| 10/21/20 | Carla Green | Review and analyze ██████ (.8); conference with Mr. Azer regarding ██████ (.3); correspondence with Ms. Klauck and Mr. Sochurek regarding ██████ (.2); correspondence with Mr. Sochurek regarding ██████ (.2); review and analyze ██████ correspondence with Ms. Klauck and Ms. Hanke ██████. (.4); review and analyze ██████ (.3). | 2.20 | $1,430.00 |
| 10/21/20 | Ernest Martin, Jr. | Discussion with Mr. Azer regarding ██████. | 0.30 | $298.50 |
| 10/22/20 | Adrian Azer | Communications with Mr. McGowan (BSA) and Mr. Sochurek (KCIC) regarding ██████ (1.0); communication with Ms. Kutz ██████ (.2); review memorandum related to ██████ (.9); communication with B. Griggs ██████ regarding ██████ (.3); review and revise slides related to ██████ and communication with Mr. Sochurek regarding ██████, and communication with Mr. Martin ██████ (1.2); review communication from Mr. Weinberg (Hartford) regarding ██████ (.2); coordinate conference call between Bates White and insurers and Mr. Gallagher (.2); confer with Mr. Martin regarding ██████ (.4); review communications from ██████ (.3); review report from Blades related to ██████ (.6); conference with Ms. Green to discuss ██████ (.5). | 5.80 | $4,495.00 |

Invoice Number: 21454455
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

November 13, 2020
Page 14 of 19

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 10/22/20 | Wesley Dutton | Draft response to ██████████████████████████████ (7.0); draft email to Ms. Green attaching ████████████████████ for her review (.1). | 7.10 | $3,869.50 |
| 10/22/20 | Carla Green | Conference with Mr. Azer to discuss ████████████████ (.5); conference call with Ms. Hanke and Ms. Klauck regarding ████████ (.5); review and analyze ████████████ prepared by Mr. Dutton (.8); conference with Mr. Beckart ████████████ (.3); correspondence with Mr. Sochurek ████████ (.2); review and analyze ████████████ (.5). | 2.80 | $1,820.00 |
| 10/22/20 | Ernest Martin, Jr. | Discussion with Mr. Azer regarding ████████████████ (.4). | 0.40 | $398.00 |
| 10/22/20 | Mike Stoner | Finalize draft file memo regarding ██████████. | 2.40 | $1,620.00 |
| 10/23/20 | Adrian Azer | Prepare for conference with the insurers, including drafting ████████ (.4); conference with insurers (.3); prepare for conference with KCIC and Bates White regarding ████████ (.3); conference with Mr. Evans and team (Bates White), Mr. Sochurek, Ms. Hanke, and Ms. Klauck (KCIC), Mr. Andolina and Mr. Linder (White and Case), and Ms. Green ████████ (.9); prepare for conference with Ms. Kutz (BSA) and Mr. Griggs (Ogletree) regarding ████████ (.4); conference with Ms. Kutz and Mr. Griggs regarding same (.8); communications with Mr. Sochurek (KCIC) regarding ████████ t (.1); conference with Ms. Kutz (BSA) regarding ████████ (.3); communication with client regarding ████████ (.4); review question from ████████ (.2); communication with Ms. Boelter and Mr. Andolina regarding ████████ (.3); review communication from ████████ and respond to inquiry related to ████ (.3); confer with Mr. Neely regarding requested information (.2); confer with Mr. Sochurek and team (KCIC) ████████ (.2); communication with M. Linder regarding ████████ (.3). | 5.40 | $4,185.00 |
| 10/23/20 | Carla Green | Conference with Mr. Evans and team (Bates White), Mr. Sochurek, Ms. Hanke, and Ms. Klauck (KCIC), Mr. Andolina and Mr. Linder (White and Case), and Ms. Azer regarding ████████ (.9); conference call with Ms. Hanke, Mr. Sochurek, Ms. Kutz, Ms. Waters and Mr. Azer regarding ████████████ (.9); review and analyze ████████ (.4). | 2.20 | $1,430.00 |

Invoice Number: 21454455
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

November 13, 2020
Page 15 of 19

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 10/26/20 | Adrian Azer | Review communications from Chubb requesting documents (.3); respond to communication ▮▮▮▮ regarding ▮▮▮▮ (.4); respond to questions from Mr. Neeley (▮▮ regarding ▮▮▮▮ (.2); conference with Mr. Andolina and Mr. Linder regarding ▮▮▮▮ (.3); prepare for conference with Mr. Laun (▮▮▮) regarding ▮▮▮ (.2); conference with Mr. Laun ▮▮▮ (.5); review information provided by ▮▮▮ (.3); communications with Mr. Linder regarding ▮▮▮ (.2); coordinate conference call with mediators, insurers, and Bates White (.2); communications with Chubb regarding same (.3); communication with Ms. Boelter, Mr. Andolina, and Mr. Linder (White and Case) ▮▮▮ (.2); review and revise ▮▮▮ and communications with Mr. Martin and White and Case ▮▮▮ (1.2); confer with Mr. Martin regarding ▮▮▮ (.4); review communication from Ms. Boelter related to ▮▮▮ (.2); call with Mr. Stoner regarding ▮▮▮ (.1). | 5.00 | $3,875.00 |
| 10/26/20 | Carla Green | Review and analyze ▮▮▮▮. | 2.40 | $1,560.00 |
| 10/26/20 | Ernest Martin, Jr. | Conference with Mr. Azer to discuss ▮▮▮ (.4); review slides for presentation ▮▮▮ (.1). | 0.50 | $497.50 |
| 10/26/20 | Mike Stoner | Phone call with Mr. Azer regarding ▮▮▮ (.1); prepare email to Ms. Green regarding ▮▮▮ (.2); analysis regarding ▮▮▮ (.8). | 1.10 | $742.50 |
| 10/27/20 | Adrian Azer | Review and revise ▮▮▮ (.6); conference with Ms. Green ▮▮▮ (.5); finalize presentation to ▮▮▮ (.5); presentation to the Coalition regarding ▮▮▮ (1.4); post-conference with Mr. Martin ▮▮▮ (.3); confer with Mr. Linder (White and Case) regarding ▮▮▮ (.5); coordinate conference between the insurers and Bates White (.2); communication with Mr. Sochurek and Ms. Hanke (KCIC) regarding ▮▮▮ (.2); conference with Mr. Gallagher regarding various issues (.7); confer with Mr. Martin regarding ▮▮▮ (.3); review communications related to ▮▮▮, including communications with Ms. Green and Mr. Stoner (.3); revise communication to Travelers related to 2004 discovery (.2); review stipulation provided by Chubb and consider issues (.3). | 6.00 | $4,650.00 |

Invoice Number: 21454455
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

November 13, 2020
Page 16 of 19

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 10/27/20 | Carla Green | Draft ███████████████ for Mr. Azer (.3) and conference regarding █████ (.5); review and analyze ████████████ (.4); coordinate with Mr. Sochurek █████████████ (.4); review and analyze ██████████ (.4); draft email for ██████████████ (.2); correspondence with Mr. Stoner regarding ████████████ (.3); conference with Mr. Sochurek regarding ████████ (.3). | 2.80 | $1,820.00 |
| 10/27/20 | Ernest Martin, Jr. | Discussion with Mr. Azer regarding ████████████ (.3); prepare for (.2) and participate in call with Coalition to discuss insurance (1.4); conference with Mr. Azer to discuss call with ███████ (.3); discussion with Mr. Azer regarding ███████ (.3). | 2.50 | $2,487.50 |
| 10/27/20 | Mike Stoner | Further analysis regarding ████████████. | 0.70 | $472.50 |
| 10/28/20 | Adrian Azer | Review communication from Chubb (.2); communication with Mr. Andolina, Ms. Boelter, and Mr. Linder (White and Case) regarding ██ (.1); communications with Mr. Sochurek and Ms. Hanke regarding ███████████ (.3); respond to communications from Mr. Gallagher (.3); communications with Ms. Kutz regarding ██████ (.1); communication with Mr. Laun █████████) regarding ████████ (.2); review information related to █████ provided by Ms. Kutz and ████████ (.3); discussion with Mr. Martin regarding ██████████ ██████ (.2). | 1.70 | $1,317.50 |
| 10/28/20 | Carla Green | Conference call with Ms. Hanke, Ms. Klauck, Ms. Kutz and Ms. Waters to discuss ████████████ (.9); correspondence with Ms. Hanke and Ms. Klauck regarding ███████ (.2); correspondence with Mr. Linder and Ms. Hanke regarding ████████ ███████████ (.3); correspondence with Liberty Mutual's counsel regarding loss runs (.2); correspondence with Traveler's counsel regarding discovery requests (.2); correspondence with Chubb's counsel regarding loss runs (.2). | 2.00 | $1,300.00 |
| 10/28/20 | Ernest Martin, Jr. | Discussion with Mr. Azer regarding ████████████ ██████. | 0.20 | $199.00 |

Invoice Number: 21454455
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

November 13, 2020
Page 17 of 19

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 10/29/20 | Adrian Azer | Review Allianz and Hartford discovery requests in preparation for call with Mr. Linder (White and Case) (.3); conference with Mr. Andolina and Mr. Linder (White and Case) ███████ (.5); review presentation provided by █████ regarding ███████ (.8); review and revise ███████, including communications with Ms. Green ███████ (.5); confer with Ms. Green ███ (.4); team meeting with Mr. Martin, Mr. Dutton, and Ms. Green to discuss ██████████ (1.1); confer with counsel to Hartford regarding Rule 2004 discovery (.2); communications with Mr. Sochurek and Ms. Hanke (KCIC) regarding ███████ (.4); conference with Ms. Green to discuss ███████ (.2); communications with Ms. Kutz (BSA) regarding ███████ (.3); review communication ███ (.1), and communication with Ms. Green regarding ███ (.2). | 5.00 | $3,875.00 |
| 10/29/20 | Wesley Dutton | Attend call with A. Azer, E. Martin, and C. Green to discuss ███████ | 1.10 | $599.50 |
| 10/29/20 | Carla Green | Conference call and correspondence with Hartford's counsel regarding document requests and production (.3); review and analyze ███ (.2); review and analyze ███████ (2.0); draft ███████ to be addressed in preparation for ███████ with Mr. Martin, Mr. Azer and Mr. Dutton (.5); pre-conference with Mr. Azer to discuss ███████ (.4); conference call with Mr. Martin, Mr. Azer and Mr. Dutton regarding ███████ (1.1); correspondence with Liberty Mutual's counsel regarding loss runs (.2); conference with Mr. Azer ███████ (.2); review and analyze ███████ (.3); correspondence with Mr. Azer and Mr. Sochurek ███████ (.2); review and analyze ███████ (.8). | 6.20 | $4,030.00 |
| 10/29/20 | Ernest Martin, Jr. | Meeting with Mr. Azer, Ms. Green and Mr. Dutton to discuss ███████ | 1.10 | $1,094.50 |

Invoice Number: 21454455
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

November 13, 2020
Page 18 of 19

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 10/30/20 | Adrian Azer | Prepare for weekly call with the insurers, including ███████████ ████████████████████ (.5); review list summarizing ███████████ (.3); conference with Mr. Sochurek, Ms. Klauck, and Ms. Hanke, and Ms. Green regarding ████████████████████ (.9); review communications from insurers regarding ████████████ (.3); conference with coverage-counsel to Chubb regarding document production (.3); post-conference with Ms. Green regarding ███████ (.3); weekly conference with the insurers (.8); post-conference with Ms. Green (.2); communications with Ms. Boelter, Mr. Andolina, and Mr. Linder regarding ███████ (.2); conference with Mr. Evans and Mr. Murray (Bates White), Ms. Hanke and Ms. Klauck (KCIC), Mr. Andolina and Mr. Linder (White and Case), and Ms. Green regarding ██████████████████ (1.1); post-conference with Ms. Green █████████ (.2); communications with Mr. Linder (White and Case) regarding ████████████ (.2); review communication from counsel to Travelers regarding 2004 discovery, and communication with Ms. Green ████████ (.2). | 5.50 | $4,262.50 |
| 10/30/20 | Carla Green | Conference with Mr. Azer to discuss ██████████████████ (.3); conference call with Ms. Hanke, Mr. Sochurek, Mr. Azer and Ms. Klauck relating to ████████████████████ (.9); attend conference call with insurers to discuss insurance issues, including ████████ (.8); post-conference with Mr. Azer (.2); conference call with Bates White (Mr. Evans), Mr. Linder, Mr. Azer, Ms. Hanke and Ms. Klauck regarding ████████████ (1.1); post-conference with Mr. Azer regarding ████████████ (.2); continue review and analysis of ████████ (1.6); continue revisions to ███████████ addressing ████████████ (1.2); correspondence with Travelers counsel regarding document requests (.2); prepare list of ████████ ████████████ (.4); correspondence with Mr. Sochurek regarding ████████████ (.2); correspondence with Mr. Wadley and Mr. Sochurek regarding ████████████ (.2). | 7.30 | $4,745.00 |
| 10/31/20 | Adrian Azer | Communications with Mr. Andolina and Mr. Linder regarding ████████████ (.4); confer with Ms. Green regarding ████████████ (.4); communication with Mr. Gallagher regarding ████████ (.1); draft, review and revise ████████████ for Mr. Celentino (████████████) regarding ████████ (.3). | 1.20 | $930.00 |
| 10/31/20 | Carla Green | Correspondence and conference with Mr. Azer regarding ████████████ ████████ | 0.40 | $260.00 |
| 10/31/20 | Ernest Martin, Jr. | Review e-mails from Chubb's counsel and Mr. Andolina regarding ████████████████████. | 0.10 | $99.50 |

**Total Fees**                                                                                     **$196,641.50**

Invoice Number: 21454455
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

November 13, 2020
Page 19 of 19

**Timekeeper Summary**

| <u>Timekeeper</u> | <u>Title</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|
| Adrian Azer | Partner | 112.90 | $775.00 | $87,497.50 |
| Ernest Martin, Jr. | Partner | 19.40 | $995.00 | $19,303.00 |
| Carla Green | Associate | 73.20 | $650.00 | $47,580.00 |
| Mike Stoner | Associate | 22.40 | $675.00 | $15,120.00 |
| Wesley Dutton | Associate | 49.80 | $545.00 | $27,141.00 |
| Wesley Dutton | Associate | 0.00 | $0.00 | $0.00 |

**Total Professional Summary**      **$196,641.50**

**Total Fees, Expenses and Charges**      $196,641.50

**Total Amount Due**      USD **$196,641.50**



Invoice Number: 21454456
Invoice Date:  November 13, 2020
Matter Name: GSUSA Insurance Issues
Client/Matter Number: 0020234.00029
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

**REMITTANCE PAGE**
*For Professional Services Through  October 31, 2020*

| | |
|---|---:|
| Total Fees | $15,073.00 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$15,073.00** |
| **Total Invoice Balance Due** | **USD  $15,073.00** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

**CHECK PAYMENT INSTRUCTIONS**
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

**ACH PAYMENT INSTRUCTIONS**
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

**WIRE PAYMENT INSTRUCTIONS**
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N** ● **SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21454456** ● Client Number **0020234.00029** ● Attorney **Ernest Martin, Jr.**

**PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.**

Invoice Number: 21454456
Matter Name: GSUSA Insurance Issues
Client/Matter Number: 0020234.00029
Billing Attorney: Ernest Martin, Jr.

November 13, 2020
Page 2 of 4

*For Professional Services Through  October 31, 2020*

### Professional Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 10/06/20 | Adrian Azer | Communications with Mr. Zirkman and Mr. Hardin (BSA) regarding ██████ ███████████████. | 0.20 | $155.00 |
| 10/08/20 | Adrian Azer | Prepare for conference with Mr. Zirkman and Mr. Hardin (BSA) regarding ████████████████████████████ (.3); conference with Mr. Zirkman and other BSA team ██████████ (.5). | 0.80 | $620.00 |
| 10/09/20 | Adrian Azer | Communications with Mr. Zirkman and Mr. Hardin (BSA) regarding ██████ ████████████████████. | 0.30 | $232.50 |
| 10/13/20 | Adrian Azer | Review and revise letters to insurers related to ████████████████ (1.3); confer with Ms. Parks regarding █████████ (.3). | 1.60 | $1,240.00 |
| 10/13/20 | Brittany Parks | Prepare and write edits to, letters from BSA to RSUI and Beazley to CNA regarding ██████████ (1.3); read and analyze Texas law regarding ████████████████████ (1.1); confer with Mr. Azer █████████ (.3). | 2.70 | $1,741.50 |
| 10/14/20 | Brittany Parks | Continue to prepare and write edits to letters from BSA to RSUI and Beazley regarding ██████████ (.9); read and analyze ████████ ████████████████ (1). | 1.90 | $1,225.50 |
| 10/16/20 | Adrian Azer | Review revised letters to the insurers (.5); communication with Mr. Zirkman regarding ██████ (.2). | 0.70 | $542.50 |
| 10/16/20 | Ernest Martin, Jr. | Review e-mail from Mr. Zirkman regarding ████████████████ ██████ | 0.10 | $99.50 |
| 10/21/20 | Adrian Azer | Conference with Mr. Zirkman and Mr. Hardin (BSA) and Ms. Parks regarding ████████████████████ (.5); follow-up discussion with Ms. Parks ████████████ (.2); communication with Mr. Martin █████████ (.1). | 0.80 | $620.00 |
| 10/21/20 | Brittany Parks | Conference with Mr. Zirkman and Mr. Hardin (BSA) and Mr. Azer regarding ████████████████████ (.5); follow-up discussion with Mr. Azer █████████ (.2); prepare and write email correspondence to RSUI and Beazley (.5). | 1.20 | $774.00 |
| 10/22/20 | Adrian Azer | Communications with Beazley and RSUI regarding ████████████ ██████████████ (.3); communications with counsel to RSUI █████████ (.2). | 0.50 | $387.50 |

Invoice Number: 21454456
Matter Name: GSUSA Insurance Issues
Client/Matter Number: 0020234.00029
Billing Attorney: Ernest Martin, Jr.

November 13, 2020
Page 3 of 4

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 10/26/20 | Adrian Azer | Communications with counsel for RSUI and Beazley regarding ▮▮▮▮ ▮▮ | 0.30 | $232.50 |
| 10/27/20 | Adrian Azer | Communications with counsel to Beazley regarding ▮▮▮▮ ▮▮▮▮ (.3); prepare for conference call with RSUI regarding ▮▮▮▮ (.4); conference with counsel to RSUI, Mr. Zirkman, Mr. Hardin, and Ms. Parks ▮▮▮▮ (.7); post-conference communications with client and Ms. Parks, including ▮▮▮▮ (.6). | 2.00 | $1,550.00 |
| 10/27/20 | Brittany Parks | Conference with counsel to RSUI, Mr. Zirkman, Mr. Hardin, and Mr. Azer regarding ▮▮▮▮ (.7); post-conference communication with Mr. Azer (.2); read and analyze ▮▮▮▮ (2.3); prepare and write summary of findings regarding ▮▮▮▮ (.9). | 4.10 | $2,644.50 |
| 10/28/20 | Adrian Azer | Review research provided by Ms. Parks regarding ▮▮▮▮ (.5); communications with Ms. Parks ▮▮▮▮ (.2); confer with Ms. Parks ▮▮▮▮ (.3); review communications related to ▮▮▮▮ (.2). | 1.20 | $930.00 |
| 10/28/20 | Brittany Parks | Communications with Mr. Azer regarding ▮▮▮▮ (.2); confer with Mr. Azer ▮▮▮▮ (.3). | 0.50 | $322.50 |
| 10/29/20 | Adrian Azer | Prepare for conference with Beazley regarding ▮▮▮▮ (.2); conference with Ms. Platt and team at Beazley, Mr. Zirkman and Mr. Hardin (BSA), and Ms. Parks ▮▮▮▮ (.6); confer with Ms. Parks regarding ▮▮▮▮ (.3). | 1.10 | $852.50 |
| 10/29/20 | Brittany Parks | Conference with Ms. Platt and team at Beazley, Mr. Zirkman and Mr. Hardin (BSA), and Mr. Azer regarding ▮▮▮▮ (.6); preparation for conference (.5); post-conference with Mr. Azer ▮▮▮▮ (.3). | 1.40 | $903.00 |

| | | | | |
|--|--|--|--|--|
| **Total Fees** | | | | **$15,073.00** |

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|-----------|-------|-------|------|--------|
| Adrian Azer | Partner | 9.50 | $775.00 | $7,362.50 |
| Ernest Martin, Jr. | Partner | 0.10 | $995.00 | $99.50 |
| Brittany Parks | Associate | 11.80 | $645.00 | $7,611.00 |

| | | |
|--|--|--|
| **Total Professional Summary** | | **$15,073.00** |

| | |
|--|--|
| **Total Fees, Expenses and Charges** | **$15,073.00** |

Invoice Number: 21454456
Matter Name: GSUSA Insurance Issues
Client/Matter Number: 0020234.00029
Billing Attorney: Ernest Martin, Jr.

November 13, 2020
Page 4 of 4

**Total Amount Due**                                           **USD  $15,073.00**

# haynesboone

Invoice Number: 21454457
Invoice Date:  November 13, 2020
Matter Name: Fee Applications
Client/Matter Number: 0020234.00035
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

### REMITTANCE PAGE
*For Professional Services Through  October 31, 2020*

| | |
|---|---:|
| Total Fees | $5,097.50 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$5,097.50** |
| **Total Invoice Balance Due** | **USD  $5,097.50** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

#### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

#### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

#### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N ● SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21454457**  ●  Client Number **0020234.00035**  ●  Attorney **Ernest Martin, Jr.**

#### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21454457
Matter Name: Fee Applications
Client/Matter Number: 0020234.00035
Billing Attorney: Ernest Martin, Jr.

November 13, 2020
Page 2 of 3

*For Professional Services Through  October 31, 2020*

**Professional Fees**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 10/06/20 | Carla Green | Review and analyze invoices in preparation for Fee Application (.6); conference with Ms. Stilz █████████ (.1). | 0.70 | $455.00 |
| 10/12/20 | Carla Green | Review and analyze invoices for Fee Application. | 0.30 | $195.00 |
| 10/13/20 | Denise A. Stilz | Review September proformas to identify privileged information (2.2) | 2.20 | $869.00 |
| 10/14/20 | Denise A. Stilz | Begin preparation of Fifth Monthly Fee Application. | 0.60 | $237.00 |
| 10/16/20 | Carla Green | Correspondence with Mr. Martin, Mr. Azer and Ms. Stilz regarding ████████████████. | 0.30 | $195.00 |
| 10/21/20 | Carla Green | Correspondence with Mr. Azer regarding ██████████████. | 0.20 | $130.00 |
| 10/22/20 | Adrian Azer | Review and revise invoices. | 0.70 | $542.50 |
| 10/27/20 | Carla Green | Review final Fifth Fee Application and invoices for privilege. | 0.20 | $130.00 |
| 10/28/20 | Carla Green | Correspondence with Ms. Stilz regarding ██████████████. | 0.20 | $130.00 |
| 10/28/20 | Denise A. Stilz | Begin review for privilege of invoices for September time. | 0.70 | $276.50 |
| 10/29/20 | Carla Green | Correspondence with Ms. Stilz regarding █████████████ ████. | 0.20 | $130.00 |
| 10/29/20 | Denise A. Stilz | Review September invoices for privilege. | 2.30 | $908.50 |
| 10/30/20 | Adrian Azer | Review revised Fee Application and communications with Ms. Green and Ms. Stilz ████████. | 0.30 | $232.50 |
| 10/30/20 | Carla Green | Review final of Fifth Fee Application and invoices (.4); correspondence with Ms. Stilz and Mr. Azer ████████████ (.2). | 0.60 | $390.00 |
| 10/30/20 | Denise A. Stilz | Prepare monthly Fee Application for September fees and expenses. | 0.70 | $276.50 |

**Total Fees**                                                                                                      **$5,097.50**

Invoice Number: 21454457
Matter Name: Fee Applications
Client/Matter Number: 0020234.00035
Billing Attorney: Ernest Martin, Jr.

November 13, 2020
Page 3 of 3

**Timekeeper Summary**

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Adrian Azer | Partner | 1.00 | $775.00 | $775.00 |
| Carla Green | Associate | 2.70 | $650.00 | $1,755.00 |
| Denise A. Stilz | Paralegal | 6.50 | $395.00 | $2,567.50 |
| **Total Professional Summary** | | | | **$5,097.50** |

**Total Fees, Expenses and Charges**                                               **$5,097.50**

**Total Amount Due**                                                     **USD  $5,097.50**



Invoice Number: 21454459
Invoice Date:  November 13, 2020
Matter Name: BSA/Business Loss COVID
Client/Matter Number: 0020234.00039
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan
1325 West Walnut Hill Lane
Irving, TX  75015-2079

---

### REMITTANCE PAGE
*For Professional Services Through  October 31, 2020*

| | |
|---|---:|
| Total Fees | $398.00 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$398.00** |
| **Total Invoice Balance Due** | **USD  $398.00** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N** ● **SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21454459** ● Client Number **0020234.00039** ● Attorney **Ernest Martin, Jr.**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21454459
Matter Name: BSA/Business Loss COVID
Client/Matter Number: 0020234.00039
Billing Attorney: Ernest Martin, Jr.

November 13, 2020
Page 2 of 2

*For Professional Services Through  October 31, 2020*

### Professional Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 10/27/20 | Ernest Martin, Jr. | Prepare for and participate in call with ███ regarding ███ ███ | 0.40 | $398.00 |

**Total Fees** | | | | **$398.00**

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Ernest Martin, Jr. | Partner | 0.40 | $995.00 | $398.00 |
| **Total Professional Summary** | | | | **$398.00** |

**Total Fees, Expenses and Charges** | **$398.00**

**Total Amount Due** | **USD  $398.00**