## Exhibit B-1

**Expense Detail, September 1 – September 30, 2020**

4840-3093-6014

# haynesboone

Invoice Number: 21452003
Invoice Date: October 28, 2020
Matter Name: Expenses
Client/Matter Number: 0020234.00038
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

### REMITTANCE PAGE
*For Professional Services Through  September 30, 2020*

| | |
|---|---|
| Total Fees | $0.00 |
| Total Expenses | $282.00 |
| **Total Fees, Expenses and Charges** | **$282.00** |
| **Total Invoice Balance Due** | **USD  $282.00** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N** ● **SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21452003** ● Client Number **0020234.00038** ● Attorney **Ernest Martin, Jr.**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21452003  
Matter Name: Expenses  
Client/Matter Number: 0020234.00038  
Billing Attorney: Ernest Martin, Jr.

October 28, 2020  
Page 2 of 2

*For Professional Services Through  September 30, 2020*

**Expenses**

| Date | Code | Description | Amount |
|---|---|---|---:|
| 08/31/20 | OTH | Lighthouse formerly Discovia - Other Expense | $141.00 |
| 09/30/20 | OTH | Lighthouse Document Technologies, Inc. - Other Expense | $141.00 |
| **Total Expenses** | | | **$282.00** |

**Expenses Summary**

| Description | Amount |
|---|---:|
| Other Expense | $282.00 |
| **Total Expenses** | **$282.00** |

**Total Fees, Expenses and Charges** $282.00

**Total Amount Due** USD  $282.00