**Exhibit B-2**

**Expense Detail, October 1 – October 31, 2020**

10

4840-3093-6014

# haynesboone

Invoice Number: 21454458
Invoice Date: November 13, 2020
Matter Name: Expenses
Client/Matter Number: 0020234.00038
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

_____

## REMITTANCE PAGE
*For Professional Services Through  October 31, 2020*

| | |
|---|---:|
| Total Fees | $0.00 |
| Total Expenses | $279.28 |
| **Total Fees, Expenses and Charges** | **$279.28** |
| **Total Invoice Balance Due** | **USD  $279.28** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N** ● **SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21454458** ● Client Number **0020234.00038** ● Attorney **Ernest Martin, Jr.**

**PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.**

Invoice Number: 21454458  
Matter Name: Expenses  
Client/Matter Number: 0020234.00038  
Billing Attorney: Ernest Martin, Jr.

November 13, 2020  
Page 2 of 2

*For Professional Services Through October 31, 2020*

**Expenses**

| Date | Code | Description | Amount |
|---|---|---|---|
| 09/02/20 | FEE | File Time - Dallas County - 95th District Court | $4.44 |
| 10/28/20 | WST | Westlaw - MULTI-SEARCH TRANSACTIONAL SEARCHES | $0.00 |
| 10/28/20 | WST | Westlaw - MULTI-SEARCH DOCKETS DETAIL | $0.00 |
| 10/31/20 | DOCR | LexisNexis Risk Solutions GA Inc. - Document Retrievals | $45.80 |
| 10/31/20 | OTH | Lighthouse Document Technologies, Inc. - Other Expense | $141.00 |
| 10/31/20 | DOCR | LexisNexis Risk Solutions GA Inc. - Document Retrievals | $10.50 |
| 10/31/20 | DOCR | LexisNexis Risk Solutions GA Inc. - Document Retrievals | $77.54 |

**Total Expenses** $279.28

**Expenses Summary**

| Description | Amount |
|---|---|
| Document Retrievals | $133.84 |
| Filing Fee Expense | $4.44 |
| Other Expense | $141.00 |
| WestLaw | $0.00 |
| **Total Expenses** | **$279.28** |

**Total Fees, Expenses and Charges** $279.28

**Total Amount Due** USD $279.28