# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> (Jointly Administered) |
| BOY SCOUTS OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> A.A., *et al.*,[2] <br><br> Defendants. | Adv. Pro. No. 20-50527 (LSS) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 18, 2020, AT 10:00 A.M. (ET)

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] A full list of the Defendants in this adversary proceeding was included in redacted form on Exhibit A to the BSA's *Verified Complaint for Injunctive Relief* [A.D.I No. 1] to protect the privacy interests of abuse victims. A revised proposed redacted version of the Complaint and Exhibit A thereto was filed on or about February 26, 2020 [A.D.I No. 14-1]. An unredacted version of the Complaint and Exhibit A thereto have been served on each Defendant's counsel.

> This hearing will be held telephonically and by video. All parties wishing to appear must do so telephonically by contacting COURTCALL, LLC at 866-582-6878 no later than November 18 at 8:30 a.m. to sign up.  Additionally, anyone wishing to appear by Zoom is invited to use the link below.  All parties that will be arguing or testifying must appear by Zoom and CourtCall. Participants on CourtCall should dial into the call not later than 10 minutes prior to the start of the scheduled hearing to insure a proper connection.
>
> **<u>PLEASE NOTE THAT THE MICROPHONES ON THE ZOOM MEETING WILL BE MUTED AND THE ONLY AUDIO WILL BE THROUGH COURTCALL</u>**
>
> Topic: Boy Scouts of America 20-10343
> Time:  November 18, 2020 10:00 AM Eastern Time (US and Canada)
>
> Join ZoomGov Meeting
> https://debuscourts.zoomgov.com/j/1607393350
>
> Meeting ID: 160 739 3350
> Passcode: 795631
>
> Join by SIP
> 1607393350@sip.zoomgov.com

<u>RESOLVED MATTER</u>

1. Application of the Official Tort Claimants' Committee Pursuant to Sections 328(a) and 1103 of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and Retain Keen-Summit Capital Partners LLC as Real Estate Advisor, Effective as of October 9, 2020 (D.I. 1477, Filed 10/9/20).

   <u>Objection Deadline</u>:  October 23, 2020, at 4:00 p.m. (ET).

   <u>Responses Received</u>:  None.

Related Pleadings:

    a)     Certification of Counsel Regarding Application of the Official Tort Claimants' Committee Pursuant to Sections 328(a) and 1103 of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and Retain Keen-Summit Capital Partners LLC as Real Estate Advisor, Effective as of October 9, 2020 (D.I. 1578, Filed 10/26/20).

    b)     Order Pursuant to Sections 328(a) and 1103 of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and Retain Keen-Summit Capital Partners LLC as Real Estate Advisor, Effective as of October 9, 2020 (D.I. 1589, Entered 10/28/20)

Status: An Order has been entered. No hearing is necessary.

2. Motion of Eric Pai, as Administrator of the Estate of Jarred Pai for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code (D.I. 1484, Filed 10/12/20).

Objection Deadline: October 26, 2020, at 4:00 p.m. (ET).

Responses Received: None.

Related Pleadings:

    a)     Certificate of No Objection Regarding Motion of Eric Pai, as Administrator of the Estate of Jarred Pai for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code (D.I. 1587, Filed 10/28/20); and

    b)     Order Granting Motion of Eric Pai, as Administrator of the Estate of Jarred Pai for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code (D.I. 1601, Entered 10/29/20).

Status: An order has been entered. No hearing is necessary.

3. Debtors' Second Motion for Entry of an Order Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof (D.I. 1519, Filed 10/14/20).

Objection Deadline: October 28, 2020, at 4:00 p.m. (ET).

Responses Received:

    a)    Informal comments from the Tort Claimants' Committee; and

    b)    Informal comments from the Coalition of Abused Scouts for Justice.

Related Pleadings:

    a)    Certification of Counsel Regarding Debtors' Second Motion for Entry of an Order Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof (D.I. 1603, Filed 10/29/20); and

    b)    Order Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof (D.I. 1606, Entered 10/30/20).

Status: An order has been entered. No hearing is necessary.

## ADJOURNED MATTERS

4. Motion of Official Committee of Tort Claimants Enforcing Automatic Stay Under 11 U.S.C. §§ 362(a)(3) and 541(a) Against Middle Tennessee Council Arising from Transfers of Property of the Estate (D.I. 1084, Filed 8/7/20).

   Objection Deadline: September 30, 2020, at 4:00 p.m. (ET). Extended to December 2, 2020, at 4:00 p.m. (ET).

   Responses Received: None.

   Related Pleadings:

       a)    Re-Notice of Motion of Official Committee of Tort Claimants Enforcing Automatic Stay Under 11 U.S.C. §§ 362(a)(3) and 541(a) Against Middle Tennessee Council Arising from Transfers of Property of the Estate (D.I. 1140, Filed 8/24/20);

       b)    Re-Notice of Motion of Official Committee of Tort Claimants Enforcing Automatic Stay Under 11 U.S.C. §§ 362(a)(3) and 541(a) Against Middle Tennessee Council Arising from Transfers of Property of the Estate (D.I. 1408, Filed 10/5/20); and

       c)    Re-Notice of Motion of Official Committee of Tort Claimants Enforcing Automatic Stay Under 11 U.S.C. §§ 362(a)(3) and 541(a) Against Middle Tennessee Council Arising from Transfers of Property of the Estate (D.I. 1626, Filed 11/4/20);

   Status: This matter has been adjourned to the hearing scheduled for December 16, 2020, at 10:00 a.m. (ET).

5.  Debtors' Motion for Entry of an Order (I) Approving Wilson Settlement Agreement and (II) Lifting the Automatic Stay, to the Extent Necessary, to Permit Payment of Settlement Amount by Applicable Insurance (D.I. 1596, Filed 10/28/20).

    Objection Deadline:  November 12, 2020, at 4:00 p.m. (ET).

    Responses Received:

    a)  The Future Claimants' Representative's Objections to Debtors' Motions for Entry of Orders with Respect to Wilson and Worley (I) Approving Settlement Agreements and (II) Lifting the Automatic Stay, to the Extent Necessary, to Permit Payment of Settlement Amounts by Applicable Insurance (D.I. 1647, Filed 11/12/20); and

    b)  Joinder Of The Coalition Of Abused Scouts For Justice To The Future Claimants' Representative's Objections To Debtors' Motions For Entry Of Orders With Respect To Wilson And Worley (I) Approving Settlement Agreements And (Ii) Lifting The Automatic Stay, To The Extent Necessary, To Permit Payment Of Settlement Amounts By Applicable Insurance (D.I. 1652, Filed 11/12/20).

    Related Pleadings:  None.

    Status:  This matter has been adjourned to the hearing scheduled for December 16, 2020, at 10:00 a.m. (ET).

6.  Debtors' Motion for Entry of an Order (I) Approving Worley Settlement Agreement and (II) Lifting the Automatic Stay, to the Extent Necessary, to Permit Payment of Settlement Amount by Applicable Insurance (D.I. 1598, Filed 10/28/20).

    Objection Deadline:  November 12, 2020, at 4:00 p.m. (ET).

    Responses Received:

    a)  The Future Claimants' Representative's Objections to Debtors' Motions for Entry of Orders with Respect to Wilson and Worley (I) Approving Settlement Agreements and (II) Lifting the Automatic Stay, to the Extent Necessary, to Permit Payment of Settlement Amounts by Applicable Insurance (D.I. 1647, Filed 11/12/20); and

    b)  Joinder Of The Coalition Of Abused Scouts For Justice To The Future Claimants' Representative's Objections To Debtors' Motions For Entry Of Orders With Respect To Wilson And Worley (I) Approving Settlement Agreements And (Ii) Lifting The Automatic Stay, To The Extent

>     Necessary, To Permit Payment Of Settlement Amounts By Applicable Insurance (D.I. 1652, Filed 11/12/20).
>
> Related Pleadings:  None.
>
> Status:  This matter has been adjourned to the hearing scheduled for December 16, 2020, at 10:00 a.m. (ET).

INTERIM FEE APPLICATIONS

7. Interim Fee Applications.

>   Status:  This matter has been adjourned to the hearing schedule for December 16, 2020, at 10:00 a.m. (ET) at the requested of the Fee Examiner.

MATTER GOING FORWARD

8. Debtors' Application for Entry of an Order Authorizing the Retention and Employment of White & Case LLP as Attorneys to the Debtors and Debtors in Possession Effective as of October 23, 2020 (D.I. 1571, Filed 10/22/20).

>   Objection Deadline:  November 5, 2020, at 4:00 p.m. (ET).  Extended to November 6, 2020, at 4:00 p.m. (ET) for Century Indemnity Company.
>
>   Responses Received:
>
>   a)  Century's Objection to Debtors' Application for Entry of an Order Authorizing the Retention and Employment of White & Case LLP as Attorneys to the Debtors and Debtors in Possession Effective as of September 23, 2020 (D.I. 1637, Filed 11/6/20); and
>
>   b)  Declaration of Stamatios Stamoulis (D.I. 1639, Filed 11/6/20).
>
>   Related Pleadings:
>
>   a)  Stipulation and Proposed Order to Extend Time (D.I. 1651, Filed 11/12/20); and
>
>   b)  Debtors' Response to Century's Objection to Debtors' Application for Entry of an Order Authorizing the Retention and Employment of White & Case LLP as Attorneys to the Debtors and Debtors in Possession Effective as of September 23, 2020 (D.I. 1656, Filed 11/13/20); and
>
>   c)  Supplemental Declaration of Jessica C. K. Boelter in Support of Debtors' Application for Entry of an Order Authorizing the Retention and Employment of White & Case LLP as Attorneys to the Debtors and

Debtors in Possession Effective as of September 23, 2020 (D.I. 1657, Filed 11/13/20).

Status:  This matter is going forward.

ADVERSARY PROCEEDING

*Boy Scouts of America v. A.A.* et al*., Adv. Pro. No. 20-50527*

9. Notice of Third Stipulation By and Among the Boy Scouts of America, the Official Committee of Survivors of Abuse, and the Official Committee of Unsecured Creditors Modifying the Consent Order Granting the BSA's Motion for a Preliminary Injunction Pursuant to 11 U.S.C. §§ 105(a) and 362 and Further Extending the Termination Date of the Standstill Period (A.D.I. 107, Filed 10/22/20).

   Objection Deadline:  November 5, 2020, at 4:00 p.m. (ET).

   Responses Received:

   a) Limited Objection to Third Stipulation By and Among the Boy Scouts of America, the Official Committee of Survivors of Abuse, and the Official Committee of Unsecured Creditors Modifying the Consent Order Granting the BSAs Motion for a Preliminary Injunction Pursuant to 11U.S.C. §§ 105(A) and 362 and Further Extending the Termination Date of the Standstill Period (A.D.I. 112, Filed 11/5/20); and

   b) Century's Limited Objection to Order Modifying the Consent Order Granting the BSA's Motion for a Preliminary Injunction Pursuant to 11 U.S.C. §§ 105(a) and 362 and Further Extending the Termination Date of the Standstill Period (A.D.I. 113, Filed 11/5/20).

   Related Pleadings:

   a) Motion for Order Modifying Preliminary Injunction to Allow Movants to Proceed with State Court Actions as to Non-Debtor Defendants (A.D.I. 109, Filed 11/4/20);

   b) Declaration of Daniel K. Astin in Support of Motion for Order Modifying Preliminary Injunction to Allow Movants to Proceed with State Court Actions as to Non-Debtor Defendants (A.D.I. 110; Filed 11/4/20);

   c) Opening Brief in Support of Motion for Order Modifying Preliminary Injunction to Allow Movants to Proceed with State Court Actions as to Non-Debtor Defendants (A.D.I. 111; Filed 11/4/20); and

      d)      Stipulation and Proposed Order to Extend Time (D.I. 1651, Filed 11/12/20).

Status:  The Debtors have resolved response "a."  The Debtors, the party to response "a," and the Ad Hoc Committee of Local Councils intend to make a statement on the record at the hearing regarding this matter.  The Debtors and the movants have agreed to adjourn the hearing on related pleadings "a," "b," and "c" to the hearing scheduled for December 16, 2020, at 10:00 a.m. (ET).  This matter is going forward with respect to response "b."

Dated:  November 16, 2020  
       Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Eric W. Moats*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Eric W. Moats (No. 6441)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Email:  dabbott@mnat.com
       aremming@mnat.com
       emoats@mnat.com
       ptopper@mnat.com

– and –

**WHITE & CASE LLP**
Jessica C. K. Boelter (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 819-8200
Email:  jessica.boelter@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone:  (212) 881-5400
Email: mandolina@whitecase.com
 mlinder@whitecase.com

*Counsel and Proposed Co-Counsel for the Debtors and Debtors in Possession*