# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## STIPULATION REGARDING CERTAIN LOCAL COUNCIL
## INDEMNITY, CONTRIBUTION, AND RELATED CLAIMS

This stipulation is made and entered into by and among the Boy Scouts of America (the

"BSA"), the non-profit corporation that is, along with its affiliate, Delaware BSA, LLC, a debtor

and debtor in possession in the above-captioned chapter 11 cases and the non-debtor Local

Councils of the Boy Scouts of America listed on the signature pages to this stipulation (the

"Specified Local Councils").

## RECITALS

WHEREAS, on May 26, 2020, the United States Bankruptcy Court for the District of

Delaware (the "Bankruptcy Court") entered the *Order, Pursuant to 11 U.S.C. § 502(b)(9),*

*Bankruptcy Rules 2002 and 3003(c)(3), and Local Rules 2002-1(e), 3001-1, and 3003-1,*

*(I) Establishing Deadlines for Filing Proofs of Claim, (II) Establishing the Form and Manner of*

*Notice Thereof, (III) Approving Procedures for Providing Notice of Bar Date and Other*

*Important Information to Abuse Survivors, and (IV) Approving Confidentiality Procedures for*

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

*Abuse Survivors* [Dkt. No. 695] (the "Bar Date Order"),[2] which established 5:00 p.m. (prevailing Eastern Time) on November 16, 2020 as the General Bar Date.

WHEREAS, the Specified Local Councils wish to assert claims against the BSA for indemnity, contribution, reimbursement, and/or subrogation under state law arising out of abuse-related lawsuits.

WHEREAS, the Specified Local Councils wish to avoid the expense of preparing and filing contribution, indemnity, reimbursement, and subrogation claims based on substantially similar factual circumstances.

WHEREAS, the BSA wishes to expressly reserve its rights to contest, defend against, or object to the aforementioned claims.

NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1.    Effectiveness.  This stipulation shall become effective upon execution by counsel for the BSA and the Specified Councils without need for any order of the Bankruptcy Court.

2.    Claims Deemed Asserted.  The BSA stipulates that each of the Specified Local Councils shall be deemed to have timely asserted "any and all claims against the BSA for indemnity, contribution, reimbursement, or subrogation, under any theory of law or equity, related in any way to such Specified Local Council's alleged or determined liability relating to sexual abuse."  Each such claim is deemed asserted as an unsecured claim not entitled to priority and in an amount that is undetermined as of the date hereof.

3.    No Admission.  Nothing herein shall be, or shall be deemed to be, an admission by the BSA or any party in interest as to the validity or priority of any of the claims deemed

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Bar Date Order.

asserted pursuant to Paragraph 2 above (the "Specified Claims"), and the BSA's entry into this stipulation shall not, and shall not be deemed to, waive any rights, arguments, claims, or defenses that the BSA or any other party in interest may have with respect to the Specified Claims. The BSA expressly reserves its rights to contest, defend against, or object to any claim asserted by any of the Specified Local Councils, including the Specified Claims, and this stipulation shall not prejudice or affect the rights of any other party in interest to contest, defend against, or object to any such claim.

4.    Local Council Rights.  Nothing herein shall be construed to limit or affect any Local Council's right to file a proof of claim pursuant to the Bar Date Order, including for the purpose of asserting claims similar to the Specified Claims.

5.    Effect of Stipulation.  This Stipulation shall have the same effect as the timely filing of a proof of claim with the Claims and Noticing Agent; provided, however, that the Specified Local Councils each assert that neither this stipulation nor the filing of this stipulation on the docket or on the official claims register shall constitute, or be deemed to constitute: (a) a waiver or release of the Specified Local Councils' respective rights against any person, entity, or property; (b) consent by any Specified Local Council to the jurisdiction of the Bankruptcy Court or any other court; (c) a waiver of the Specified Local Councils' respective rights to have final orders in non-core matters entered only after de novo review by the United States District Court for the District of Delaware with respect to the BSA's chapter 11 case; (d) a waiver of the Specified Local Councils' respective rights to withdraw the reference or otherwise challenge the jurisdiction of the Bankruptcy Court, or to assert that the reference has already been withdrawn, with respect to (i) the subject matter of this stipulation, (ii) any objection or other proceeding commenced with respect thereto, or (iii) any other proceeding commenced in the BSA's

chapter 11 case against or otherwise involving any of the Specified Local Councils; (e) a waiver of the Specified Local Councils' respective rights to a trial by jury in any proceeding so triable in the BSA's chapter 11 case or any case, controversy, or proceeding relating to such case; or (f) an election of remedies.  The BSA reserves the right to challenge the assertions set forth in the foregoing proviso, and this stipulation shall not prejudice or affect the right of any party in interest to challenge such assertions.

6.      <u>Retention of Jurisdiction</u>.  The Bankruptcy Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this stipulation.

7.      <u>Filing with Clerk</u>.  The BSA shall cause this stipulation to be promptly filed on the docket of the above-captioned chapter 11 cases.

8.      <u>Filing on Official Claims Register</u>.  Solely to facilitate the administration of the Specified Claims, the Claims and Noticing Agent shall file on the official claims register of the BSA's chapter 11 case one copy of this stipulation for each of the Specified Local Councils, which filings shall be assigned sequential claim numbers beginning with the prefix "LC."

9.      <u>Addresses of Specified Local Councils</u>.  The address written on the signature page for a Specified Local Council shall be the address to which all matters concerning its Specified Claim shall be directed, including notices and requests for information.

10.      <u>Authority</u>.  Each person who executes this stipulation represents that he or she is duly authorized to do so as an agent of the respective party hereto.

11.      <u>Headings</u>.  Headings of the decretal paragraphs of this stipulation have been inserted for convenience of reference only and are not intended to be a part of or to affect the interpretation of stipulation.

*CONSENTED TO BY:*

Dated:  November 16, 2020
        Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Derek C. Abott*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Eric W. Moats (No. 6441)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Email:  dabbott@mnat.com
        aremming@mnat.com
        emoats@mnat.com
        ptopper@mnat.com

– and –

**WHITE & CASE LLP**
Jessica C. K. Boelter (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 819-8200
Email:  jessica.boelter@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone:  (312) 881-5400
Email: mandolina@whitecase.com
        mlinder@whitecase.com

*Counsel and Proposed Co-Counsel for the Debtors
and Debtors in Possession*

Local Council:

Dated: November 10, 2020

Allegheny Highlands Council 382

Nate Thornton
(Signature)

Printed
Name: Nathaniel Thornton

Title: Scout Executive

Address: PO Box 261

50 Hough Hill Rd

Falconer, NY 14733

Telephone: 716-665-2697

Email: Nate.thornton@scouting.org

Local Council:

Dated: 11/13 , 2020

Bade-Powell Council #368

_____
(Signature)

Printed
Name: Matthew Bull

Title: Scout Executive

Address: 2150 NYS 12

Binghamton NY 13901

_____

Telephone: 607-648-7888

Email: Matthew.Bull@Scouting.org
Matthew.Bull@Scouting.org

Local Council:

Dated: _November 12_ , 2020

Baltimore Area Council Boy Scouts of America, Inc.

_____

_____
(Signature)

Printed
Name:        Todd M. Brooks
_____

Title:        Attorney for Baltimore Area Council
_____

Address:     Whiteford Taylor & Preston LLP
_____

             Seven Saint Paul Street, 15th Floor
_____

             Baltimore, Maryland 21202
_____

Telephone:   (410) 347-9421
_____

Email:       tbrooks@wtplaw.com
_____

Local Council:

Dated: NOVEMBER 11, 2020

BUFFALO TRACE COUNCIL #156

_____
(Signature)

Printed
Name: JOHN G. HARDING

Title: SCOUT EXECUTIVE

Address: 3501 E. LLOYD EXPRESSWAY

EVANSVILLE IN 47715

_____

Telephone: 812. 423. 5246

Email: john.harding@scouting.org

Local Council:

Dated: <u>November 13</u>, 2020

<u>Cape Cod & Islands Council, Inc.</u>

_____
(Signature)

| | |
|---|---|
| Printed Name: | Robert C. Chamberlain, Esq. |
| Title: | Attorney for the Council (also Council Vice President of Finance) |
| Address: | Rubin, Rudman, Chamberlain and Marsh |
| | 99 Willow Street, P. O. Box 40 |
| | Yarmouthport, MA  02675-0040 |
| Telephone: | 508-362-6262 |
| Email: | rchamberlain@rubinrudman.com |

Local Council:

Dated: <u>11 November</u>, 2020

<u>Cascade Pacific</u>

(Signature)

Printed
Name:     Matthew S. Devore

Title:     Scout Executive / CEO

Address:     2145 SW Naito Parkway

Portland, OR   97201

Telephone:  503-226-3423

Email:     matthew.devore@scouting.org

Local Council:    _____Conquistador Council 413_____

Dated: __11/10__, 2020    _____R Matthew Bristol_____

(Signature)

Printed
Name: _____R Matthew Bristol_____

Title: _____Board President_____

Address: _____Box 2929_____

_____Roswell NM 88202_____

_____

Telephone: _____575 625 5284_____

Email: _____mattrmblaw @_____

_____cableone.net_____

Local Council:

Dated: _November 12_ , 2020

Cornhusker Council #324

_____
(Signature)

Printed
Name: _John Sumner_

Title: _Scout Executive_

Address: _600 S. 120th st_

_Walton, NE 68461_

_____

Telephone: _402-488-6020_

Email: _John.Sumner@scouting.org_

Local Council:  _Erie Shores Council, Inc. BSA_

Dated: _November 11_, 2020

_____
(Signature)

Printed
Name:  _Edward A. Caldwell_

Title:  _Scout Executive/CEO_

Address:  _5600 W Sylvania Ave_

_Toledo, OH 43623_

Telephone:  _419-241-7293_

Email:  _ed.caldwell@scouting.org_

Local Council: _Evangeline Area Council - 212_

Dated: _11/10_____, 2020

_____
(Signature)

Printed
Name: _Art Hawkins_

Title: _Executive Director_

Address: _2266 S. College Road Ext._
_Suite E_
_Lafayette, LA 70508_

Telephone: _337-235-8551 ext. 105_

Email: _Art.Hawkins @ Scouting.org_

Local Council:

Dated: *Nov. 13*, 2020

*French Creek*

_____
(Signature)

Printed
Name: *Duane Havard*

Title: *Scout Executive*

Address: *1815 Robison Rd. W.*

*Erie, PA 16509*

_____

Telephone: *814-868-5571*

Email: *duane.havard@scouting.org*

Local Council: _____ Garden State Council _____

Dated: _Nov. 12_, 2020 _____
(Signature)

Printed
Name: _____ Patrick Linfors _____

Title: _____ Scout Executive _____

Address: _____ 693 Rancocas Rd. _____

_____ Westampton, NJ 08060 _____

_____

Telephone: _____ 609-261-5850 _____

Email: _____ patrick.linfors@scouting.org _____

Local Council:

Gateway Area Council

Dated: 11/13 , 2020

_(Signature)_

Printed
Name: Joseph Carlson

Title: Scout Executive / CEO

Address: 2600 Quarry Rd

LA Crosse WI 54601

Telephone: 608-615-0298

Email: joe.carlson@scouting.org

Local Council:

Dated: November 11, 2020

Golden Spread Council

BWMQ

(Signature)

Printed
Name: Brian W Tobler

Title: Scout Executive

Address: 401 Tascosa Road

Amarillo, TX 79124

Telephone: 806 358 6500

Email: brian.tobler@scouting.org

Local Council:

Dated: _11-13 -_ , 2020

_Great Trail Council_

_Patrick M Scherer_
(Signature)

Printed
Name: _Patrick M Scherer_

Title: _Scout Executive / CEO_

Address: _41500 Hudson Drive_

_Stow OH 44224_

Telephone: _234- 900- 5910_

Email: _patrick.scherer@scouting.org_

Local Council:

Dated: Nov 12 , 2020

Greenwich Council, BSA

_X P O'Shea_
(Signature)

Printed
Name: Kevin P. O'Shea

Title: Scout Executive

Address: 63 Mason Street

Greenwich, CT 06830

Telephone: 1-203-869-8424

Email: Kevin.OShea@scouting

Local Council: _Heart of New England Council_

Dated: _11 / 11_ , 2020     _____

_(Signature)_

Printed
Name:     _Nicholas Thornton_

Title:     _Acting Scout Executive_

Address:     _1980 Lunenburg Rd_

_Lancaster MA 01523_

_____

Telephone:     _978-534-3532_

Email:     _Nick.thornton@Scouting.org_

Local Council:

Dated: _November 12_, 2020

Illowa Council #133

_____
(Signature)

Printed
Name: _____ Jeffrey A. Doty _____

Title: _Scout Executive/ CEO_

Address: _4412 N. Brady St._

_Davenport IA 52806_

Telephone: _563- 388- 7233_

Email: _jeff.doty@Scouting.org_

_cell: 314- 640- 2284_

Local Council:

Dated: _11/11_ , 2020

Indian Nations Council, BSA Inc (#488)

_____
(Signature)

Printed
Name: _William W. Haines_

Title: _Scout Executive / CEO_

Address: _4295 S. Garnett Road_

_Tulsa, Oklahoma 74146_

_____

Telephone: _918 743 6125_

Email: _bhaines @ BSAmail.org._

Local Council:

Dated: <u>November 12,</u> , 2020

LaSalle Council, BSA 165

_____

(Signature)

Printed
Name:          John M. Cary

Title:          Scout Executive / CEO

Address:        1340 SOuth Bend Ave

                South Bend, IN 46628

Telephone:      574-289-0337 ex 310

Email:          john.cary@scouting.org

Local Council:

Dated: __November 13__, 2020

**Last Frontier Council**

*William H. Hoch*

(Signature)

Printed Name: **William H. Hoch**

Title: **Counsel for Last Frontier Council**

Address: **Crowe & Dunlevy**

**Braniff Building, 324 N. Robinson Ave., Ste. 100**

**Oklahoma City, OK 73102**

Telephone: **(405) 235-7700**

Email: **will.hoch@crowedunlevy.com**

Local Council:

Dated: 11 / 10 , 2020

Long Beach Area Council
_____
(Signature)

Printed
Name: John Fullerton

Title: Scout Executive

Address: 401 E. 37th Street

Long Beach, CA 90807

_____

Telephone: 562-427-0911

Email: john.fullerton@scouting.org

Local Council:                    Mayflower Council, BSA (Massachusetts)

Dated: November 10, 2020          _____

                                              (Signature)

                    Printed
                    Name:           Michael Rotar

                    Title:          Council President

                    Address:        c/o Mayflower Council, BSA

                                    83 Cedar Street

                                    Milford, MA 01757

                    Telephone:      (508) 872-6551

                    Email:          rotar@verizon.net

Local Council:

Michigan Crossroads Council, Inc., Boy Scouts of America ("MCC"), each of the councils identified on the attached Exhibit A that currently exist in the geographic area now covered by MCC (See the table labelled "Existing Councils."), and each of the councils identified on the attached Exhibit A that is believed to have formerly existed and operated in the geographic area now covered by MCC (See the table labelled "Historical Council Names and Council Numbers.")

Dated: November _12_, 2020

_____
(Signature)

Printed
Name:          Donald D. Shepard, Jr.

Title:          Scout Executive of Michigan Crossroads Council, Inc., Boy Scouts of America ("MCC"),
Scout Executive of each of the councils identified on the attached Exhibit A that currently exist in the geographic area now covered by MCC (See the table labelled "Existing Councils."), and
Authorized Representative of each of the councils identified on the attached Exhibit A that is believed to have formerly existed and operated in the geographic area now covered by MCC (See the table labelled "Historical Council Names and Council Numbers.")

Address:          14258 Michigan Street, Eagle, Michigan 48822

Telephone:     Office:          (517) 940-4210
               Cell:           (517) 945-2290

Email:          Donald.Shepard@scouting.org

Local Council: MONMOUTH #347

Dated: NOV 10, 2020

_Michael Mahon_
(Signature)

Printed Name: MICHAEL P. MAHON

Title: SCOUT EXECUTIVE SECRETARY, & CEO.

Address: 705 GINESI DR

MORGANVILLE N.J 07751

Telephone: 732-851-8219

Email: MICHAEL.MAHON@Scouting.org

Local Council:

Dated: _11_/_13_____, 2020

Mount Baker Council

_____
(Signature)

Printed
Name:      Kevin O. Nichols

Title:      Scout Executive

Address:      1715 100TH Place SE, STe B
      Everett, WA 98208

_____

Telephone:   425 - 338 - 0380

Email:   Kevin.Nichols@scouting.org

Local Council:                    Mountain West Council

Dated: November 13, 2020

(Signature)

Printed
Name:        Brent R. Wilson

Title:        Attorney for Mountain West Council

Address:       Hawely Troxell Ennis & Hawley LLP

              877 Main Street, Suite 1000

              Boise, Idaho 83702

Telephone: 208-388-4852

Email:        bwilson@hawleytroxell.com

Local Council:

Dated: 11/12_____ , 2020

Northeastern Pennsylvania

_MJR_
(Signature)

Printed
Name: MARK J. Barbernitz

Title: Scott Executive

Address: 72 Montage MTN AA

Moosic, PA 18507

Telephone: 570 207-1227 ext 227

Email: MARK.barbernitz@scooting.org

Dated: November 12, 2020
     Wilmington, Delaware

**McCARTER & ENGLISH, LLP**

By: *Kate R. Buck*

Kate R. Buck (DE No. 5140)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
Telephone (302) 984-6300
Facsimile:  (302) 984-6399
Email: kbuck@mccarter.com

-and-

**McCARTER & ENGLISH, LLP**
Clement J. Farley, Esq. (admitted pro-hac vice)
Jeffrey T. Testa, Esq. (admitted pro-hac vice)
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444
Facsimile:  (973) 624-7070
Email: cfarley@mccarter.com
       jtesta@mccarter.com

*Attorneys for the Boy Scouts of America,*
*Northern New Jersey Council*

Local Council:

Dated: 11 / 12 , 2020

Northwest Georgia

Matt Hart

(Signature)

Printed Name: Matt Hart

Title: Scout Executive

Address: P. O. Box 1422

Rome, Ga 30162

Telephone: 706-235-5545

Email: matt.hart@scouting.org

Local Council: _____ Norwela Council _____

Dated: _Nov. 10_, 2020    _____
                              (Signature)

Printed
Name: _____ Kyle McInnis _____

Title: _____ Council Attorney _____

Address: _____ 333 Texas St., Ste. 2020 _____

_____ Shreveport, LA 71101 _____

_____

Telephone: _____ (318) 227-2000 _____

Email: _____ kyle.mcinnis @
                 andersonoilandgas.com _____

Local Council:

Dated: _November 18_, 2020

Occoneechee Council

_Charles L Flowers_
(Signature)

Printed
Name: _Charles L. Flowers_

Title: _Scout Executive/ CEO_

Address: _3231 Atlantic Avenue_

_Raleigh, NC 27604_

Telephone: _984.777.3906_

Email: _Charles.flowers@scouting.org_

Local Council:

Dated: _Nov, 13_, 2020

Oregon Trail

(Signature)

Printed Name: Scott Impecoven

Title: Scout Executive

Address: 2525 Martin Luther King Jr. Blvd,

Eugene, OR 97401

Telephone: (541) 284-4385

Email: simpecoven@otebsa.org

Local Council:

Dated: _November 13_, 2020

Ozark Trails Council # 306

John Feick

(Signature)

Printed Name: John S. Feick

Title: Scout Executive

Address: 1616 S. Eastgate Ave.
Springfield Mo 65809

Telephone: 812-327-3600

Email: john s. feick@ scouting.org

Local Council: _Pacific Harbors Council #612_

Dated: _Nov. 10_ , 2020    _Karen Meier_
(Signature)

Printed
Name: _Karen Meier_

Title: _Scout Executive/CEO_

Address: _4802 S. 19th Street_
_Tacoma, WA_
_98405_

Telephone: _509-919-0363 (cell)_

Email: _Karen.meier@scouting.org_

Local Council:

Dated: 11/11_____, 2020

PACIFIC SKYLINE COUNCIL

_____
(Signature)

Printed
Name:     BRIAN CURTIS

Title:      SCOUT EXECUTIVE

Address:   1150 CHESS DRIVE

           FOSTER CITY CA

           94404

Telephone:  650-341-5633

Email:     BRIAN.CURTIS@SCOUTING.ORG

Local Council:

Dated: November 13 2020

Palmetto Council

_Just K. William_
(Signature)

Printed
Name: Justin Williams

Title: Scout Executive/CEO

Address: 420 South Church St.

Spartanburg, SC 29306

Telephone: 864-585-4391

Email: Justin.Williams@Scouting.org

Local Council: _____ PAtriots' PAth _____

Dated: _Nov. 12_ , 2020 _____ Marc Andreo _____
                                  (Signature)

Printed Name: _____ MARC ANDREO _____

Title: _____ Scout Executive / CEO _____

Address: _____ 1 Saddle Road _____
_____ Cedar Knolls, NJ 07927 _____
_____

Telephone: _____ 973 - 765 - 9322 x 245 _____

Email: _____ MARC. ANDREO @ _____
                          Scouting.org

Local Council: _Piedmont Council (042)_

Dated: _Nov. 14_, 2020

_____
(Signature)

Printed
Name: _Seth Hilton_

Title: _President_

Address: _180 Mountain Ave._

_Piedmont, CA 94611_

_____

Telephone: _415-416-9355_

Email: _Seth.Hilton@stoel.com_

Local Council:

Dated: _____Nov. 11_____, 2020

Pine Tree Council

_____
(Signature)

Printed
Name:     Lindsay Zahradka Milne

Title:     Attorney

Address:   100 Middle Street

           Portland, ME 04062


Telephone:  (207) 228-7379

Email:     lmilne@bernsteinshur.com

Local Council:

Dated: _Nov. 13_ , 2020

_Pony Express Council_

_Alan L. Franks_
(Signature)

Printed
Name: _Alan L. Franks_

Title: _Scout Executive_

Address: _1704 Buckingham_
_St. Joseph, Missouri 64506_

Telephone: _816-233-1351_

Email: _alan.franks@scouting.org_

Local Council:

Dated: NOV. 13 , 2020

REDWOOD EMPIRE COUNCIL BSA 041

_____
(Signature)

Printed
Name: CHARLES A. HOWARD-GIBBON

Title: COUNCIL SCOUT EXECUTIVE

Address: 1000 APOLLO WAY SUITE 106

SANTA ROSA, CA 95407

_____

Telephone: (707) 546-8137

Email: charles.howard-gibbon@scouting.org

Local Council:

Dated: November 13, 2020

Sagamore Council, BSA

_(Signature)_

Printed
Name: Ben Blumenberg

Title: Scout Executive / CEO

Address: 518 N. Main St.

PO Box 865

Kokomo, IN  46901

Telephone: 765-452-8253

Email: ben.blumenberg@scouting.org

Local Council:                    Santa Fe Trail Council

Dated: November 13, 2020          Aaron Kite

                                  _____
                                           (Signature)

Printed
Name:        Aaron Kite

Title:       Board Counsel - Santa Fe Trail Council

Address:     808 W. McArtor Road

             Dodge City, KS 67801

             _____

Telephone:   620.255.2673

Email:       aaron@kitelawfirm.com

Local Council:

SENECA WATERWAYS COUNCIL

Dated: Nov 11 , 2020

_____
(Signature)

Printed
Name:        Stephen Hoitt

Title:        Scout Executive

Address:      2320 Brighton Henrietta TL RD

              Rochester, NY 14623

              _____

Telephone:    585 241-8554

Email:        STEPHEN.HOITT@SCOUTING.ORG

Local Council:

Dated: November 11, 2020

Shenandoah Area Council 598

_____
(Signature)

Printed Name: Robert L Garrett

Title: CEO

Address: 107 Youth Development Ct.
Winchester VA 22602

Telephone: 540 662 2551

Email: Robut.Garrett@Scouting.org

Local Council:                    Silicon Valley, Monterey Bay Council #55

Dated: 11.12          , 2020

                                  (Signature)

                    Printed
                    Name:      Jason Stein

                    Title:      Scout Executive

                    Address:    970 W. Julian Street

                                San Jose, CA  95126

                    Telephone:  408-638-8300

                    Email:      Jason.Stein@scouting.org

Local Council:                    South Florida Council, Inc., BSA

Dated: November 12, 2020

(Signature)

Printed
Name:          Jeffrey S. Berger

Title:          Scout Executive

Address:        15255 NW 82nd Avenue

                Miami Lakes, FL 33016


Telephone:      305-364-0020

Email:          jeff.berger@scouting.org

Local Council: _South Georgia Council #098_

Dated: _13 November_2020   _Mark P. Manchester_
(Signature)

Printed
Name: _MARK MANCHESTER_

Title: _Scout Executive_

Address: _1841 Norman Dr._

_Valdosta Georgia_

_31601_

Telephone: _229-242-2331_

Email: _Mark.Manchester @ Scouting.org_

Local Council: 227

Dated: Nov 13 , 2020

_____
_____
(Signature)

Printed
Name: CHARLES EATON

Title: Scout Executive

Address: 44 Cliff St

Plymouth MA

02360

Telephone: 610.764.9835

Email: Chuck.Eaton@Scouting.org

Local Council:                Texas Southwest Council

Dated: _Nov. 11___, 2020      Devin Koehler
                              (Signature)

Printed
Name:         Devin Koehler

Title:        Scout Executive

Address:      P.O. Box 1584

              San Angelo, TX 76902


Telephone:    325-655-7107

Email:        devin.koehler@scouting.org

Local Council:                Theodore Roosevelt Council, Inc

Dated:  November, 12, 2020

(Signature)

Printed
Name:            Christopher M. Coscia

Title:            Scout Executive

Address:          544 Broadway

                 Massapequa, NY 11758


Telephone:   1-516-797-7600

Email:            Chris.Coscia@Scouting.org

Local Council: _Twin Valley Council Inc. Boy Scouts of America_

Dated: _November 10_, 2020 _Raylur Braner_
_____
(Signature)

Printed
Name: _Raymond W. Braner_

Title: _Scout Executive_

Address: _810 Madison Avenue_

_Mankato MN 56001_

_____

Telephone: _507  387  3123_

Email: _ray.braner@scouting.org_

Local Council:

Dated: Nov. 13 , 2020

Voyageurs Area Council

_(Signature)_

Printed Name: Michael Jenkins

Title: Scout Executive

Address: 3877 Stebner Rd.

Hermantown, MN 55811

Telephone: 218-740-4520

Email: Michael.jenkins@scouting.org

Local Council:

Dated: Nov, 13 , 2020

_Magne G. Gundersen_
(Signature)

Printed
Name: Magne G. Gundersen

Title: Scout executive / CEO

Address: 1 Scout Way

Doylestown, PA 18901

Telephone: 215-348- 7205, x 317

Email: magne.gundersen @
scouting.org

Local Council:

Dated: _Nov 13___, 2020

_Westmoreland - Fayette_

_____
(Signature)

Printed
Name: _David Colecchie_

Title: _David A. Colecchie and Associates_

Address: _324 South Maple Ave_

_Greensburg, Pa 15601_

_____

Telephone: _724-837-2320_

Email: _Colecchie542@Comcast.Net_

Local Council:

Dated: 11/13 , 2020

_Ty Page_

_Ty Page_
(Signature)

Printed
Name: _Ty Page_

Title: _Scout Executive_

Address: _7601 Lockheed Dr._

_El Paso TX 79925_

Telephone: _915 772 2292_

Email: _ty.page@scouting.org_

Local Council:                Hudson Valley Council, B.S.A.

Dated: _Nov. 15_, 2020       _David G. Horton_
                             (Signature)

Printed
Name:     David G. Horton

Title:    Scout Executive/CEO

Address:  6 Jeanne Drive

          Newburgh, NY 12550


Telephone: (M) 610-334-0168

Email:     david.horton@scouting.org

Local Council:

Dated: *Nov. 13* , 2020

Three Harbors Council, BSA

*Al R Hle*

(Signature)

Printed Name: Andrew Hardin

Title: Scout Executive/CEO

Address: 330 South 84th St.

Milwaukee, WI 53214

Telephone: 414-443-2875

Email: Andrew.Hardin@Scouting.org

Local Council:                    Tidewater Council, Virginia Beach, VA

Dated:  November 11 , 2020

                                  (Signature)

                    Printed
                    Name:      Charles R. Kubic

                    Title:       President

                    Address:    1032 Heatherwood  Drive

                                Virginia Beach, VA  23455


                    Telephone:    757-497-2688

                    Email:      kubiccr@msn.com

Local Council: Iroquois Trail Council Inc.

Dated: Nov. 13 , 2020

James C McMullen
(Signature)

Printed
Name: James C McMullen

Title: Scout Executive

Address: 102 S Main St.

Oakfield, NY 14125

Telephone: 585 - 343 - 0307

Email: Jim.mcmullen@scouting.org

Local Council: Central Minnesota Council

Melissa Strichez

Dated: _Nov. 12_, 2020

(Signature)

Printed Name: Melissa Stricherz

Title: Scout Executive

Address: 1191 Scout Drive

Sartell, MN 56377

Telephone: 320.251.3930

Email: melissa.stricherz@scouting.org

Local Council:                    Glacier's Edge Council, Madison, WI

Dated: November 16, 2020          *Marvin Smith*
                                        (Signature)

Printed
Name:          Marvin Smith

Title:         Interim Scout Executive/Area Director

Address:       5846 Manufacturers Drive

               Madison, WI 53704


Telephone:     (608) 310-7300

Email:         marvin.smith@scouting.org

Local Council:  _____**Greater Alabama Council**_____

Dated: __November 16,_____, 2020  _____

(Signature)

Printed
Name:  _____**John T. Dabbs, III**_____

Title:  _____**Scout Executive/CEO**_____

Address:  _____**516 Liberty Parkway**_____

_____**Birmingham, Alabama  35242**_____

_____

Telephone:  _____**205-969-4240**_____

Email:  _____**jt.dabbs@scouting.org**_____

Local Council:

Dated: _11_/_11_____, 2020

_Heart of Virginia Council 602_

_(Signature)_

Printed
Name: _George McGovern_

Title: _Scout Executive / Secretary_

Address: _4015 Fitzhugh Ave_

_Richmond VA 23230_

Telephone: _804. 204. 2611_

Email: _GEORGE.M.MCGOVERN@Scouting.org_

Local Council: _New Birth of Freedom_

Dated: _November 16_ , 2020    _Ronald M. Gardner_

_(Signature)_

Printed
Name: _Ronald M. Gardner, Jr._

Title: _Scout Executive & CEO_

Address: _1 Baden Powell Lane_

_Mechanicsburg, PA 17050_

Telephone: _(717) 843-2042_

Email: _ron.gardner @ scouting.org_

Local Council:          Coastal Georgia Council, Inc.

Dated: November 16, 2020

_Wade W. Herring, II_
(Signature)

Printed
Name:        Wade W. Herring, II
Title:          Attorney for Coastal Georgia Council, Inc.
                 Admitted in Georgia: State Bar # 349343

Address:     Hunter, Maclean, Exley & Dunn, P.C.
                 200 East St. Julian Street
                 P.O. Box 9848
                 Savannah, GA 31412
                 (912) 236-0261
                 wherring@huntermaclean.com.

Local Council: _Greater Tampa Bay Area Council, BSA_

Dated: NOVEMBER 16 , 2020    _Mark Rose_
_____
(Signature)

Printed
Name:    MARK D. ROSE

Title:    COUNCIL PRESIDENT

Address:    13223 N. CENTRAL AVE

TAMPA, FLORIDA  33612

_____

Telephone:    813-872-2691

Email:    jim.rees@scouting.org

Local Council: _Mauntaineer Area Council_

Dated: _11-15-_, 2020

_____
(Signature)

Printed
Name: _Robert L. Greer_

Title: _attorney_

Address: _Greer Law Offices PLLC_

_439 W. Philadelphia Av_

_Bridgeport WV 26330_

Telephone: _304-842-8050_

Email: _rgreer@greerlawoffices.com_

Local Council:                    Northeast Iowa Council, BSA

Dated: Nov 16, 2020             Anna B. Hudak   as Scout Executive
                                                    (Signature)

                    Printed
                    Name:        ANNA  B.  HUDAK

                    Title:       SCOUT EXECUTIVE, CEO

                    Address:     10601 Military Rd

                                 Dubuque, IA  52003


                    Telephone:   563  556 4393

                    Email:       anna.hudak@scouting.org

Local Council:

Dated: 11/16 , 2020

_SOUTH PLAINS COUNCIL_

_Matthew L. Wade_
(Signature)

Printed
Name: _MATTHEW L. WADE_

Title: _GENERAL COUNSEL_

Address: _P.O. BOX 16197_

_LUBBOCK, TX 79490_

Telephone: _806-793-1711_

Email: _Matt.wade@uwlaw.com_

_TX BAR NO. 00794803_

Local Council:

Dated: 11/16 _____, 2020

De Soto Area Council

_____
(Signature)

Printed
Name:        Jeff Schwab

Title:        Scout Executive

Address:      118 W Peach St.  El Dorado, AR  71730

_____

_____

Telephone:   870-863-5166

Email:        Jeff.Schwab@scouting.org

Local Council: MIDDLE TENNESSEE COUNCIL, INC.

Dated: _Nov. 16_, 2020   _Robb S. Harvey_ ITS SO-COUNSEL

(Signature)

Printed Name: ROBB S. HARVEY

Title: CO-COUNSEL FOR COUNCIL

Address: 511 UNION AVE STE 2700

NASHVILLE, TENNESSEE

37219

Telephone: 615/850-8859

Email: ROBB.HARVEY@WALLERLAW.COM

Local Council:

Dated: __November 13__, 2020

Arbuckle Area Council

_William H. Hoch_

(Signature)

Printed Name: **William H. Hoch**

Title: **Counsel for Arbuckle Area Council**

Address: **Crowe & Dunlevy**

**Braniff Building, 324 N. Robinson Ave., Ste. 100**

**Oklahoma City, OK 73102**

Telephone: **(405) 235-7700**

Email: **will.hoch@crowedunlevy.com**

Local Council: _____ Cape Fear Council _____

Dated: __11/16__, 2020 _____

_____
(Signature)

Printed
Name: _Jonathan Widmark_

Title: _Scout Executive_

Address: _110 Longstreet Dr._

_Wilmington, NC  28412_

_____

Telephone: _910-395-1100_

Email: _Jonathan.Widmark@scouting.org_

Local Council:                          FIVE RIVERS COUNCIL, INC. BSA

Dated: _NOVEMBER 16_, 2020          _____
                                          (Signature)

Printed
Name:              JOHN M. SHARKEY

Title:             Council PRESIDENT

Address:           244 WEST WATER ST.

                   ELMIRA, NY  14901

                        OFFICE              MOBILE
Telephone:      (607)732-9047 , (607)765-8795

Email:             JMShark138 @ GMAIL.COM

Local Council:

Dated: Nov 11 , 2020

Golden Empire

_(Signature)_

Printed
Name: James Rhodes-Dreyer

Title: Director of Field Service

Address: 251 Commerce Cir

Sacramento  CA

95815

Telephone: 916, 929, 1417

Email: james.rhodes-dreyer@ scouting.org

Local Council: _GREATER YOSEMITE COUNCIL, INC_

Dated: _11-14_ , 2020 _[signature]_

(Signature)

Printed Name: _ROBERT L FRENCH_

Title: _PRESIDENT_

Address: _1305 W ROBINHOOD DRIVE_

_SUITE 14_

_STOCKTON, CA 95207_

Telephone: _209-477-4417_

Email: _RFRENCHWTS@ AOL.COM_

FKA

49ER COUNCIL  BSA

YOSEMITE AREA COUNCIL, BSA

Local Council:

Dated: _____, 2020

Gulf Stream Council

_____
(Signature)

Printed
Name:     Terrence A. Hamilton

Title:     Scout executive/CEO

Address:     8335 N. Military Trail

Palm Beach Gardens, Florida 33410

Telephone:     561-694-8585

Email:     TerrEnce.Hamilton@scouting.org

Local Council:

Dated: _11/12/_ , 2020

HOUSATONIC COUNCIL, BSA

_Gary M N_
(Signature)

Printed
Name: GARY M. PARKER

Title: PRESIDENT

Address: 111 NEW HAVEN AVENUE

DERBY, CT 06418

Telephone: 203-410-5162

Email: GPARKER4100@ATT.NET

Local Council: _Mid-America    326_

Dated: _16 November_ , 2020

_(Signature)_

Printed
Name: _Chris S. Mehaffy_

Title: _CEO + Scout Executive_

Address: _2401 West Maple Road_
_Omaha NE 68164_

Telephone: _402-431-9272_

Email: _Chris.Mehaffy@Scouting.org/_

Local Council:                                     Mountaineer Area Council

Dated: 11-16-2020                   */s/ Robert L. Greer*
Robert L. Greer (WV Bar No. 5852)
Jonathon W. Fischer (WV Bar No. 12538)
Greer Law Offices, PLLC
439 W. Philadelphia Ave
Bridgeport, WV 26330
T: (304) 842-8090
F: (304) 842-8091
rgreer@greerlawoffices.com
jfischer@greerlawoffices.com
*Counsel for Mountaineer Area Council*

Local Council:            North Florida Council #087

Dated: November, 16, 2020

(Signature)

Printed
Name:       Jack L. Sears, Jr.

Title:       Scout Executive/CEO

Address:     521 S. Edgewood Ave.

            Jacksonville, Fl  32205

Telephone:   (d) 904-265-3800  (c) 904-945-0050

Email:       jack.sears@scouting.org

Local Council:

Dated: November 16, 2020

Old North State Council

Ed Martin

(Signature)

Printed Name: Ed Martin

Title: Scout Executive

Address: 1405 Westover Terrace

Greensboro, NC

27408

Telephone: 336-378-9166

Email: ed.martin@scouting.org

Local Council: _____ Simon Kenton Council _____

Dated: Nov. 16, 2020 _____ Daniel R Swet _____

(Signature)

Printed
Name: Daniel R. Swetnam

Title: Counsel

Address: Ice Miller LLP

250 West Street

Columbus, Ohio 43215

Telephone: (614) 462-2225

Email: Daniel.Swetnam@icemiller.com

Local Council:

Southeast Louisiana Council

Dated: November 16 , 2020

*Torrey Hayden*

(Signature)

Printed
Name:       Torrey Hayden

Title:       Development Director/Interim Executive

Address:     4200 S. I-10 Service Rd. W.

             Suite 101

             Metairie, LA  70001

Telephone:   504-889-0388

Email:       sela@bsamail.org

Local Council: Three Fives Council #127

Dated: Nov. 15 , 2020

(Signature)

Printed
Name: Clint Schroff

Title: Scout Executive / CEO

Address: 415 N. 2nd St.

St. Charles IL 60174

Telephone: 630-584-9250

Email: Clint.schroff@scouting.org

Local Council:

Dated: <u>13 November</u>, 2020

Tuscarora Council

_____

(Signature)

Printed
Name: Jason L. Smith

Title: Scout Executive/CEO

Address: 172 NC Hwy 581 S

Goldsboro, NC 27530


Telephone: 919-734-1714

Email: jason.smith@scouting.org

Local Council:

Dated: <u>November 15</u>, 2020

<u>Westark Area Council, Inc. Boy Scouts of America</u>

(Signature)

Printed
Name: <u>Chris L. Daughtrey</u>

Title: <u>Scout Executive/CEO</u>

Address: <u>1401 Old Greenwood Blvd</u>

<u>Fort Smth, AR 72901</u>

Telephone: <u>479-782-7244</u>

Email: <u>chris.daughtrey@scouting.org</u>

Local Council:

Dated: 11/15/ , 2020

Western Massachusetts Council

_(Signature)_

Printed Name: Gary Savignano

Title: Scout Executive

Address: 1 Arch Road, Suite 5
Westfield MA 01085

Telephone: 413-594-9196

Email: gary.savignano@scouting.org

Local Council:

Dated: 11/14/ , 2020

Jeffrey H. Goldsmith

_Jeffrey H. Goldsmith_
(Signature)

Printed
Name: Jeffrey H. Goldsmith

Title: Council President & Board Chair

Address: Jersey Shore Council BSA

1518 Ridgeway Road

Toms River, NJ 08755

Telephone: 732-349-1037

Email: JGoldsmithBSA@Gmail.Com

Local Council:                    Blackhawk Area Council #660

Dated:  November 16, 2020         _William A Reilly_
                                          (Signature)

                    Printed
                    Name:        William A. Reilly II

                    Title:       Council Attorney / VP of Governance

                    Address:     6801 Spring Creek Road, 2D

                                 Rockford, Illinois 61114


                    Telephone:   815-316-8540

                    Email:       WReilly@Reilly-LawOffices.com

Local Council:

Dated: 11/12, 2020

Westchester – Putnam

_(Signature)_

Printed
Name: Richard Stockton

Title: Scout Executive / CEO

Address: 41 Saw Mill River Road
Hawthorne, NY 10532

Telephone: 914-773-1135

Email: richard.Stockton @
Scouting.org

Local Council: _Verdugo Hills_

Dated: _Nov 16_, 2020 _[Signature]_

(Signature)

Printed
Name: _Michael Hale_

Title: _Interim Scout Executive_

Address: _1325 Grandview Ave_

_Glendale CA 91201_

Telephone: _818-243-6282_ C _213-359-979_

Email: _michael.hale@scouting.org_

Local Council:

Dated: November 16, 2020

Yocona Area Council, BSA, # 748

_____
(Signature)

Printed
Name: Owen McCulloch

Title: Scout Executive / CEO

Address: 505 Air Park Road

Tupelo, MS 38801

Telephone: (662) 842-2871

Email: owen.mcculloch@scouting.org