## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## STIPULATION REGARDING CERTAIN LOCAL COUNCIL
## INDEMNITY, CONTRIBUTION, AND RELATED CLAIMS

This stipulation is made and entered into by and among the Boy Scouts of America (the "BSA"), the non-profit corporation that is, along with its affiliate, Delaware BSA, LLC, a debtor and debtor in possession in the above-captioned chapter 11 cases and the non-debtor Local Councils of the Boy Scouts of America listed on the signature pages to this stipulation (the "Specified Local Councils").

## RECITALS

WHEREAS, on May 26, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered the *Order, Pursuant to 11 U.S.C. § 502(b)(9), Bankruptcy Rules 2002 and 3003(c)(3), and Local Rules 2002-1(e), 3001-1, and 3003-1, (I) Establishing Deadlines for Filing Proofs of Claim, (II) Establishing the Form and Manner of Notice Thereof, (III) Approving Procedures for Providing Notice of Bar Date and Other Important Information to Abuse Survivors, and (IV) Approving Confidentiality Procedures for*

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

*Abuse Survivors* [Dkt. No. 695] (the "Bar Date Order"),[2] which established 5:00 p.m. (prevailing Eastern Time) on November 16, 2020 as the General Bar Date.

WHEREAS, the Specified Local Councils wish to assert claims against the BSA for indemnity, contribution, reimbursement, and/or subrogation under state law arising out of abuse-related lawsuits.

WHEREAS, the Specified Local Councils wish to avoid the expense of preparing and filing contribution, indemnity, reimbursement, and subrogation claims based on substantially similar factual circumstances.

WHEREAS, the BSA wishes to expressly reserve its rights to contest, defend against, or object to the aforementioned claims.

NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. <u>Effectiveness</u>.  This stipulation shall become effective upon execution by counsel for the BSA and the Specified Councils without need for any order of the Bankruptcy Court.

2. <u>Claims Deemed Asserted</u>.  The BSA stipulates that each of the Specified Local Councils shall be deemed to have timely asserted "any and all claims against the BSA for indemnity, contribution, reimbursement, or subrogation, under any theory of law or equity, related in any way to such Specified Local Council's alleged or determined liability relating to sexual abuse."  Each such claim is deemed asserted as an unsecured claim not entitled to priority and in an amount that is undetermined as of the date hereof.

3. <u>No Admission</u>.  Nothing herein shall be, or shall be deemed to be, an admission by the BSA or any party in interest as to the validity or priority of any of the claims deemed

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Bar Date Order.

asserted pursuant to Paragraph 2 above (the "Specified Claims"), and the BSA's entry into this stipulation shall not, and shall not be deemed to, waive any rights, arguments, claims, or defenses that the BSA or any other party in interest may have with respect to the Specified Claims. The BSA expressly reserves its rights to contest, defend against, or object to any claim asserted by any of the Specified Local Councils, including the Specified Claims, and this stipulation shall not prejudice or affect the rights of any other party in interest to contest, defend against, or object to any such claim.

4.    Local Council Rights.  Nothing herein shall be construed to limit or affect any Local Council's right to file a proof of claim pursuant to the Bar Date Order, including for the purpose of asserting claims similar to the Specified Claims.

5.    Effect of Stipulation.  This Stipulation shall have the same effect as the timely filing of a proof of claim with the Claims and Noticing Agent; provided, however, that the Specified Local Councils each assert that neither this stipulation nor the filing of this stipulation on the docket or on the official claims register shall constitute, or be deemed to constitute: (a) a waiver or release of the Specified Local Councils' respective rights against any person, entity, or property; (b) consent by any Specified Local Council to the jurisdiction of the Bankruptcy Court or any other court; (c) a waiver of the Specified Local Councils' respective rights to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the District of Delaware with respect to the BSA's chapter 11 case; (d) a waiver of the Specified Local Councils' respective rights to withdraw the reference or otherwise challenge the jurisdiction of the Bankruptcy Court, or to assert that the reference has already been withdrawn, with respect to (i) the subject matter of this stipulation, (ii) any objection or other proceeding commenced with respect thereto, or (iii) any other proceeding commenced in the BSA's

chapter 11 case against or otherwise involving any of the Specified Local Councils; (e) a waiver of the Specified Local Councils' respective rights to a trial by jury in any proceeding so triable in the BSA's chapter 11 case or any case, controversy, or proceeding relating to such case; or (f) an election of remedies.  The BSA reserves the right to challenge the assertions set forth in the foregoing proviso, and this stipulation shall not prejudice or affect the right of any party in interest to challenge such assertions.

6.    <u>Retention of Jurisdiction</u>.  The Bankruptcy Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this stipulation.

7.    <u>Filing with Clerk</u>.  The BSA shall cause this stipulation to be promptly filed on the docket of the above-captioned chapter 11 cases.

8.    <u>Filing on Official Claims Register</u>.  Solely to facilitate the administration of the Specified Claims, the Claims and Noticing Agent shall file on the official claims register of the BSA's chapter 11 case one copy of this stipulation for each of the Specified Local Councils, which filings shall be assigned sequential claim numbers beginning with the prefix "LC."

9.    <u>Addresses of Specified Local Councils</u>.  The address written on the signature page for a Specified Local Council shall be the address to which all matters concerning its Specified Claim shall be directed, including notices and requests for information.

10.    <u>Authority</u>.  Each person who executes this stipulation represents that he or she is duly authorized to do so as an agent of the respective party hereto.

11.    <u>Headings</u>.  Headings of the decretal paragraphs of this stipulation have been inserted for convenience of reference only and are not intended to be a part of or to affect the interpretation of stipulation.

*CONSENTED TO BY:*

Dated:  November 16, 2020
        Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Derek C. Abott*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Eric W. Moats (No. 6441)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Email:  dabbott@mnat.com
        aremming@mnat.com
        emoats@mnat.com
        ptopper@mnat.com

– and –

**WHITE & CASE LLP**
Jessica C. K. Boelter (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 819-8200
Email:  jessica.boelter@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone:  (312) 881-5400
Email: mandolina@whitecase.com
        mlinder@whitecase.com

*Counsel and Proposed Co-Counsel for the Debtors
and Debtors in Possession*

Local Council:

Dated: _November 10_ , 2020

_Allegheny Highlands Council 382_

_Nate [signature]_

(Signature)

Printed
Name: _Nathaniel Thornton_

Title: _Scout Executive_

Address: _PO Box 261_

_50 Hough Hill Rd_

_Falconer, NY 14733_

Telephone: _716-665-2697_

Email: _Nate.thornton@scouting.org_

Local Council:

Dated: 11/13 , 2020

Bade-Powell Council #368

_____
(Signature)

Printed
Name: Matthew Bull

Title: Scout Executive

Address: 2150 NYS 12

Binghamton NY 13901

_____

Telephone: 607-648-7888

Email: Matthew.Bull@scouting.org
Matthew.Bull@scouting.org

Local Council:

Dated: <u>November 12</u>, 2020

Baltimore Area Council Boy Scouts of America, Inc.

_____
(Signature)

Printed
Name:          Todd M. Brooks

Title:          Attorney for Baltimore Area Council

Address:       Whiteford Taylor & Preston LLP

               Seven Saint Paul Street, 15th Floor

               Baltimore, Maryland 21202

Telephone:     (410) 347-9421

Email:         tbrooks@wtplaw.com

Local Council:

Dated: *NOVEMBER 11*, 2020

BUFFALO TRACE COUNCIL #156

_____
(Signature)

Printed
Name: JOHN G. HARDING

Title: SCOUT EXECUTIVE

Address: 3501 E. LLOYD EXPRESSWAY

EVANSVILLE IN 47715

_____

Telephone: 812. 423. 5246

Email: john.harding@scouting.org

Local Council:

Dated: November 13, 2020

Cape Cod & Islands Council, Inc.

(Signature)

Printed
Name: Robert C. Chamberlain, Esq.

Title: Attorney for the Council
(also Council Vice President of Finance)

Address: Rubin, Rudman, Chamberlain and Marsh

99 Willow Street, P. O. Box 40

Yarmouthport, MA  02675-0040

Telephone: 508-362-6262

Email: rchamberlain@rubinrudman.com

Local Council:

Dated: 11 November, 2020

Cascade Pacific

_(Signature)_

Printed
Name:     Matthew S. Devore

Title:     Scout Executive / CEO

Address:     2145 SW Naito Parkway

Portland, OR   97201

Telephone:  503-226-3423

Email:     matthew.devore@scouting.org

Local Council: _____ Conquistador Council 413

Dated: ___11/10___ , 2020   _____

_____ R Matthew Bristo

(Signature)

Printed
Name: _____ R Matthew Bristol

Title: _____ Board President

Address: _____ Box 2929

_____ Roswell NM 88202

_____

Telephone: _____ 575 625 8284

Email: _____ mattrmblaw @

_____ cableone.net

Local Council:

Dated: _November 12_, 2020

_Cornhusker Council  #324_

_____
(Signature)

Printed
Name: _John Sumner_

Title: _Scout Executive_

Address: _600 S. 120th st_

_Walton, NE  68461_

Telephone: _402-488-6020_

Email: _John.Sumner@scouting.org_

Local Council:

Dated: _November 11_, 2020

Erie Shores Council, Inc. BSA

_____
(Signature)

Printed
Name: _Edward A. Caldwell_

Title: _Scout Executive/CEO_

Address: _5600 W Sylvania Ave_

_Toledo, OH 43623_

Telephone: _419-241-7293_

Email: _ed.caldwell@scouting.org_

Local Council:

Dated: __11/10__, 2020

Evangeline Area Council - 212

_____
(Signature)

Printed
Name: _Art Hawkins_

Title: _Executive Director_

Address: _2266 S. College Road Ext._
_Suite E_
_Lafayette, LA 70508_

Telephone: _337-235-8551 ext. 105_

Email: _Art.Hawkins@scouting.org_

Local Council: _French Creek_

Dated: _Nov. 13_ , 2020

_(Signature)_

Printed
Name: _Duane Havard_

Title: _Scout Executive_

Address: _1815 Robison Rd. W._

_Erie, PA 16509_

Telephone: _814-868-5571_

Email: _duane.havard@scouting.org_

Local Council: _____ Garden State Council _____

Dated: __Nov. 12__, 2020    _____

_____
(Signature)

Printed
Name: _____ Patrick Linfors _____

Title: _____ Scout Executive _____

Address: _____ 693 Rancocas Rd. _____

_____ Westampton, NJ 08060 _____

_____

Telephone: _____ 609-261-5850 _____

Email: _____ patrick.linfors@scouting.org _____

Local Council:                    Gateway Area Council
                                  _____

Dated: _11/13_____, 2020          _____
                                  (Signature)

                Printed
                Name:      _Joseph Carlson_____

                Title:     _Scout Executive / CEO_____

                Address:   _2600 Quarry Rd_____

                           _LA Crosse WI 54601_____

                           _____

                Telephone: _608-615-0298_____

                Email:     _Joe.carlson@scouting.org_____

Local Council: _____ Golden Spread Council

Dated: November 11, 2020 _____ BWT

(Signature)

Printed Name: Brian W Tobler

Title: Scout Executive

Address: 401 Tascosa Road

Amarillo, TX 79124

_____

Telephone: 806 358 6500

Email: brian.tobler@scouting.org

Local Council:

Dated: _11-13 -_ , 2020

Great Trail Council

_(Signature)_

Printed
Name: _Patrick M Scherer_

Title: _Scout Executive / CEO_

Address: _41500 Hudson Drive_

_Stow OH 44224_

Telephone: _234- 900- 5910_

Email: _patrick.scherer@scouting.org_

Local Council:

Dated: Nov 12 , 2020

Greenwich Council, BSA

KP O'Shea
_____
(Signature)

Printed
Name:      Kevin P. O'Shea

Title:      Scout Executive

Address:      63 Mason Street

Greenwich, CT  06030

Telephone:      1-203-869-8424

Email:      Kevin.OShea@Scouting

Local Council: _Heart of New England Council_

Dated: _11_ / _11_ , 2020   _Nick_

(Signature)

Printed
Name: _Nicholas Thornton_

Title: _Acting Scout Executive_

Address: _1980 Lunenburg Rd_

_Lancaster MA 01523_

Telephone: _978-534-3532_

Email: _Nick.thornton@Scouting.org_

Local Council:

Dated: _November 12_, 2020

Illowa Council #133

_____
(Signature)

Printed
Name: _____ Jeffrey A. Doty _____

Title: _____ Scout Executive/CEO _____

Address: _____ 4412 N. Brady St. _____

_____ Davenport IA 52806 _____

Telephone: _____ 563-388-7233 _____

Email: _____ jeff.doty@scouting.org _____

cell: 314-640-2284

Local Council:                    _Indian Nations Council, BSA Inc (#488)_

Dated: __11/11__, 2020          _____
                                         (Signature)

                                Printed
                                Name:        _William W. Haines_

                                Title:       _Scout Executive / CEO_

                                Address:     _4295 S. Garnett Road_

                                             _Tulsa, Oklahoma  74146_

                                             _____

                                Telephone:   _918 743 6125_

                                Email:       _bhaines @ BSAmail. org._

Local Council:

Dated: <u>November 12,</u> , 2020

LaSalle Council, BSA 165

(Signature)

Printed
Name: John M. Cary

Title: Scout Executive / CEO

Address: 1340 SOuth Bend Ave

South Bend, IN 46628

Telephone: 574-289-0337 ex 310

Email: john.cary@scouting.org

Local Council:

Dated: __November 13__, 2020

Last Frontier Council

*William H. Hoch*
_____
(Signature)

Printed
Name:     **William H. Hoch**

Title:     **Counsel for Last Frontier Council**

Address:     **Crowe & Dunlevy**

**Braniff Building, 324 N. Robinson Ave., Ste. 100**

**Oklahoma City, OK 73102**

Telephone:     **(405) 235-7700**

Email:     **will.hoch@crowedunlevy.com**

Local Council:

Long Beach Area Council

Dated: 11 / 10 , 2020

(Signature)

Printed
Name: John Fullerton

Title: Scout Executive

Address: 401 E. 37th Street

Long Beach, CA 90807

Telephone: 562-427-0911

Email: john.fullerton@scouting.org

Local Council:                    Mayflower Council, BSA (Massachusetts)

Dated: November 10, 2020          _____
                                              (Signature)

                    Printed
                    Name:         Michael Rotar

                    Title:        Council President

                    Address:      c/o Mayflower Council, BSA

                                  83 Cedar Street

                                  Milford, MA 01757

                    Telephone:    (508) 872-6551

                    Email:        rotar@verizon.net

Local Council:                     Michigan Crossroads Council, Inc., Boy Scouts of America
                                   ("MCC"), each of the councils identified on the attached
                                   Exhibit A that currently exist in the geographic area now
                                   covered by MCC (See the table labelled "Existing
                                   Councils."), and each of the councils identified on the
                                   attached Exhibit A that is believed to have formerly existed
                                   and operated in the geographic area now covered by MCC
                                   (See the table labelled "Historical Council Names and
                                   Council Numbers.")

Dated: November 12, 2020           _____
                                                        (Signature)

                                   Printed
                                   Name:        Donald D. Shepard, Jr.

                                   Title:       Scout Executive of Michigan Crossroads
                                                Council, Inc., Boy Scouts of America
                                                ("MCC"),
                                                Scout Executive of each of the councils
                                                identified on the attached Exhibit A that
                                                currently exist in the geographic area now
                                                covered by MCC (See the table labelled
                                                "Existing Councils."), and
                                                Authorized Representative of each of the
                                                councils identified on the attached Exhibit A
                                                that is believed to have formerly existed and
                                                operated in the geographic area now covered
                                                by MCC (See the table labelled "Historical
                                                Council Names and Council Numbers.")

                                   Address:     14258 Michigan Street, Eagle, Michigan
                                                48822

                                   Telephone:   Office:     (517) 940-4210
                                                Cell:       (517) 945-2290

                                   Email:       Donald.Shepard@scouting.org

Local Council: MONMOUTH #347

Dated: NOV 10, 2020

_Michael Mahon_
(Signature)

Printed Name: MICHAEL P. MAHON

Title: SCOUT EXECUTIVE SECRETARY, & CEO.

Address: 705 GINESI DR

MORGANVILLE N.J. 07751

Telephone: 732 - 851 - 8219

Email: MICHAEL.MAHON@SCOUTING.ORG

Local Council:

Dated: _11/13_____, 2020

Mount Baker Council
_____
(Signature)

Printed
Name:       Kevin O. Nichols

Title:        Scout Executive

Address:    1715 100TH Place SE, Ste B
            Everett, WA 98208

_____

Telephone:  425-338-0380

Email:      Kevin.Nichols@scouting.org

Local Council:

Dated: November 13, 2020

Mountain West Council

(Signature)

Printed
Name:      Brent R. Wilson

Title:       Attorney for Mountain West Council

Address:     Hawely Troxell Ennis & Hawley LLP

877 Main Street, Suite 1000

Boise, Idaho 83702

Telephone: 208-388-4852

Email:     bwilson@hawleytroxell.com

Local Council:      _Northeastern Pennsylvania_

Dated: _11/12_____, 2020      _MJB_____
                                          (Signature)

Printed
Name:      _Mark J. Barbenitz_

Title:      _Scott Executive_

Address:    _72 Montage MTN Rd_

            _Moosic, PA 18507_

            _____

Telephone:  _570 207-1227 ext 227_

Email:      _Mark.barbenitz@scouting.org_

Dated: November 12, 2020
       Wilmington, Delaware

**McCARTER & ENGLISH, LLP**

By: *Kate R. Buck*

Kate R. Buck (DE No. 5140)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
Telephone (302) 984-6300
Facsimile:  (302) 984-6399
Email: kbuck@mccarter.com

-and-

**McCARTER & ENGLISH, LLP**
Clement J. Farley, Esq. (admitted pro-hac vice)
Jeffrey T. Testa, Esq. (admitted pro-hac vice)
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444
Facsimile:  (973) 624-7070
Email: cfarley@mccarter.com
        jtesta@mccarter.com

*Attorneys for the Boy Scouts of America,*
*Northern New Jersey Council*

Local Council:

Dated: 11/12 , 2020

Northwest Georgia

Matt Hart
(Signature)

Printed
Name: Matt Hart

Title: Scout Executive

Address: P.O. Box 1422

Rome, Ga 30162

Telephone: 706-235-5545

Email: matt.hart@scouting.org

Local Council: _____ Norwela Council _____

Dated: __Nov. 10__, 2020    _____

(Signature)

Printed
Name: ___ Kyle McInnis _____

Title: ___ Council Attorney _____

Address: ___ 333 Texas St., Ste. 2020 _____

___ Shreveport, LA 71101 ____

_____

Telephone: ___ (318) 227-2000 _____

Email: ___ kyle.mcinnis @ _____
___ andersonoilandgas.com ___

Local Council: _Occoneechee Council_

Dated: _November 13_, 2020

_Charles L Flowers_
(Signature)

Printed
Name: _Charles L. Flowers_

Title: _Scout Executive/ CEO_

Address: _3231 Atlantic Avenue_

_Raleigh, NC 27604_

Telephone: _984.777.3906_

Email: _Charles.flowers@scouting.org_

Local Council: _____ Oregon Trail

Dated: _Nov, 13_, 2020 _____

_____
(Signature)

Printed
Name: _____ Scott Impecoven

Title: _____ Scout Executive

Address: _____ 2525 Martin Luther King

_____ Jr. Blvd,

_____ Eugene, OR 97401

Telephone: _____ (541) 284-4385

Email: _____ Simpecoven@otebsa.org

Local Council:

Dated: November 13, 2020

Ozark Trails Council # 306

_____
(Signature)

Printed
Name: John S. Feick

Title: Scout Executive

Address: 1616 S. Eastgate Ave.
Springfield Mo 65809

_____

Telephone: 812-327-3600

Email: john s. feick@scouting.org

Local Council:

Dated: _Nov. 10_ , 2020

_Pacific Harbors Council #612_

_Karen Meier_
(Signature)

Printed
Name: _Karen Meier_

Title: _Scout Executive/CEO_

Address: _4802 S. 19th Street_
_Tacoma, WA_
_98405_

Telephone: _509-919-0363 (cell)_

Email: _Karen.meier@scouting.org_

Local Council:

Dated: 11/11_____, 2020

PACIFIC SKYLINE COUNCIL

_____
(Signature)

Printed
Name: BRIAN CURTIS

Title: SCOUT EXECUTIVE

Address: 1150 CHESS DRIVE

FOSTER CITY CA

94404

Telephone: 650-341-5633

Email: BRIAN.CURTIS@SCOUTING.ORG

Local Council:

Palmetto Council

Dated: November 13 2020

Just K. William

(Signature)

Printed
Name:      Justin Williams

Title:       Scout Executive/CEO

Address:    420 South Church St.

           Spartanburg, SC 29306

Telephone:   864-585-4391

Email:      Justin.Williams@Scouting.org

Local Council: _____PATriots' PATh_____

Dated: _Nov. 12_, 2020    _____Marc Andreo_____
(Signature)

Printed
Name: _____MARC ANDREO_____

Title: _____Scout Executive/CEO_____

Address: _____1 Saddle Road_____
_____Cedar Knolls, NJ 07927_____
_____

Telephone: _____973 - 765 - 9322 x 245_____

Email: _____MARC. ANDREO @_____
_____Scouting.org_____

Local Council:    Piedmont Council (042)

Dated: Nov. 14 , 2020

_____
(Signature)

Printed
Name:    Seth Hilton

Title:    President

Address:    180 Mountain Ave.
Piedmont, CA 94611

Telephone:    415-416-9355

Email:    Seth.Hilton@stoel.com

Local Council:

Dated: _____Nov. 11_____, 2020

Pine Tree Council

_____

(Signature)

Printed
Name:    Lindsay Zahradka Milne

Title:    Attorney

Address:    100 Middle Street

Portland, ME 04062

Telephone:    (207) 228-7379

Email:    lmilne@bernsteinshur.com

Local Council:

Dated: _Nov. 13_ , 2020

_Pony Express Council_

_Alan L. Franks_
(Signature)

Printed
Name: _Alan L. Franks_

Title: _Scout Executive_

Address: _1704 Buckingham_
_St. Joseph, Missouri 64506_

Telephone: _816-233-1351_

Email: _alan.franks@scouting.org_

Local Council:

Dated: NOV. 13 , 2020

REDWOOD EMPIRE COUNCIL BSA 041

_____
(Signature)

Printed
Name: CHARLES A. HOWARD-GIBBON

Title: COUNCIL SCOUT EXECUTIVE

Address: 1000 APOLLO WAY SUITE 106

SANTA ROSA, CA 95407

_____

Telephone: (707) 546-8137

Email: charles.howard-gibbon@scouting.org

Local Council:

Dated: November 13, 2020

Sagamore Council, BSA

_(Signature)_

Printed
Name:  Ben Blumenberg

Title:  Scout Executive / CEO

Address:  518 N. Main St.

PO Box 865

Kokomo, IN  46901

Telephone:  765-452-8253

Email:  ben.blumenberg@scouting.org

Local Council:

Dated: November 13, 2020

Santa Fe Trail Council

_Aaron Kite_
(Signature)

Printed
Name: Aaron Kite

Title: Board Counsel - Santa Fe Trail Council

Address: 808 W. McArtor Road
Dodge City, KS 67801

Telephone: 620.255.2673

Email: aaron@kitelawfirm.com

Local Council:       SENECA WATERWAYS COUNCIL

Dated: Nov 11, 2020

_(Signature)_

Printed
Name:      Stephen Hoitt

Title:      Scout Executive

Address:      2320 Brighton Henrietta TL RD

     Rochester, NY 14623

Telephone:      585 241-8554

Email:      STEPHEN.HOITT@SCOUTING.ORG

Local Council:

_Shenandoah Area Council 598_

Dated: _November 11_, 2020

_____
(Signature)

Printed
Name: _Robert L Garrett_

Title: _CEO_

Address: _107 Youth Development Ct._
_Winchester VA 22602_

_____

Telephone: _540 662 2551_

Email: _Robert.Garrett@Scouting.org_

Local Council:                    Silicon Valley, Monterey Bay Council #55

Dated: **11.12**_____, 2020    _____

                                          (Signature)

                    Printed
                    Name:      Jason Stein_____

                    Title:      Scout Executive_____

                    Address:    970 W. Julian Street_____

                                San Jose, CA  95126_____

                                _____

                    Telephone:  408-638-8300_____

                    Email:      Jason.Stein@scouting.org_____

Local Council:    South Florida Council, Inc., BSA

Dated: November 12, 2020

(Signature)

Printed
Name:    Jeffrey S. Berger

Title:    Scout Executive

Address:    15255 NW 82nd Avenue

Miami Lakes, FL 33016

Telephone:    305-364-0020

Email:    jeff.berger@scouting.org

Local Council: South Georgia Council #098

Dated: 13 November 2020

Mark P. Manchester
(Signature)

Printed
Name: MARK MANCHESTER

Title: Scout Executive

Address: 1841 Norman Dr.
VAldosta Georgie
31601

Telephone: 229 - 242-2331

Email: Mark.Manchester @
Scouting.org

Local Council: 227

Dated: Nov 13 , 2020

_____
(Signature)

Printed
Name: CHARLES EATON

Title: SCOUT EXECUTIVE

Address: 44 Cliff St

Plymouth MA

02360

Telephone: 610.764.9835

Email: Chuck.Eaton@Scouting.org

Local Council:

Dated: _Nov. 11_ , 2020

Texas Southwest Council

_Devin Koehler_
(Signature)

Printed
Name: Devin Koehler

Title: Scout Executive

Address: P.O. Box 1584

San Angelo, TX 76902

Telephone: 325-655-7107

Email: devin.koehler@scouting.org

Local Council:

Dated:  November, 12, 2020

Theodore Roosevelt Council, Inc

_____

(Signature)

| | |
|---|---|
| Printed Name: | Christopher M. Coscia |
| Title: | Scout Executive |
| Address: | 544 Broadway |
| | Massapequa, NY 11758 |
| | |
| Telephone: | 1-516-797-7600 |
| Email: | Chris.Coscia@Scouting.org |

Local Council:   _Twin Valley Council Inc. Boy Scouts of America_

Dated: _November 10_, 2020

_Raymond Brauer_
(Signature)

Printed
Name:   _Raymond W. Brauer_

Title:   _Scout Executive_

Address:   _810 Madison Avenue_

_Mankato MN 56001_

Telephone:   _507 387 3123_

Email:   _ray.brauer@scouting.org_

Local Council:

Dated: Nov. 13 , 2020

VOYAGEURS AREA COUNCIL

_(Signature)_

Printed Name: Michael Jenkins

Title: Scout Executive

Address: 3877 Stebner Rd.

Hermantown, MN 55811

Telephone: 218-740-4520

Email: Michael.jenkins@scouting.org

Local Council:

Dated: Nov, 13 , 2020

_Magne G. Gundersen_
(Signature)

Printed
Name: Magne G. Gundersen

Title: Scout executive / CEO

Address: 1 Scout Way

Doylestown, PA 18901

Telephone: 215-348- 7205, x 317

Email: magne.gundersen @
scouting. org

Local Council:

Dated: Nov 13 , 2020

Westmoreland - Fayette
_____
(Signature)

Printed
Name: David Colecchia

Title: David A. Colecchia and Associates

Address: 324 South Maple Ave
Greensburg, Pa 15601

Telephone: 724-837-2320

Email: Colecchia5v2@Comcast.Net

Local Council:

Dated: 11/13 , 2020

_Ty Page_

_Ty Page_
(Signature)

Printed
Name: _Ty Page_

Title: _Scout Executive_

Address: _7601 Lockheed Dr._

_El Paso TX 79925_

Telephone: _915 772 2292_

Email: _ty.page@scouting.org_

Local Council: Hudson Valley Council, B.S.A.

Dated: _Nov. 15_, 2020 _David G. Horton_

(Signature)

Printed
Name: David G. Horton

Title: Scout Executive / CEO

Address: 6 Jeanne Drive

Newburgh, NY 12550

Telephone: (M) 610-334-0168

Email: david.horton@scouting.org

Local Council:

Three Harbors Council, BSA

Dated: _Nov. 13_ , 2020

_(Signature)_

Printed
Name: Andrew Hardin

Title: Scout Executive/CEO

Address: 330 South 84th St.

Milwaukee, WI 53214

Telephone: 414-443-2875

Email: Andrew.Hardin@Scouting.org

Local Council:                    Tidewater Council, Virginia Beach, VA
_____

Dated: _November 11_, 2020        _____
                                              (Signature)

                    Printed
                    Name:        Charles R. Kubic
                                _____

                    Title:        President
                                _____

                    Address:     1032 Heatherwood  Drive
                                _____

                                Virginia Beach, VA  23455
                                _____

                                _____

                    Telephone:   757-497-2688
                                _____

                    Email:       kubiccr@msn.com
                                _____

Local Council:                Iroquois Trail Council Inc.

Dated: Nov. 13  , 2020        James C McMullen
                              _____
                              (Signature)

                    Printed
                    Name:     James C McMullen

                    Title:    Scout Executive

                    Address:  102 S Main St.

                              Oakfield, NY 14125


                    Telephone: 585 - 343 - 0307

                    Email:    jim.mcmullen@scouting.org

Local Council:

Central Minnesota Council

Melissa Stricherz

(Signature)

Dated: _Nov. 12_ , 2020

Printed Name: Melissa Stricherz

Title: Scout Executive

Address: 1191 Scout Drive
Sartell, MN 56377

Telephone: 320.251.3930

Email: melissa.stricherz@scouting.org

Local Council:                          Glacier's Edge Council, Madison, WI

Dated: November 16, 2020              *Marvin Smith*
                                         (Signature)

                     Printed
                     Name:        Marvin Smith

                     Title:       Interim Scout Executive/Area Director

                     Address:     5846 Manufacturers Drive

                                  Madison, WI 53704


                     Telephone:   (608) 310-7300

                     Email:       marvin.smith@scouting.org

Local Council: **Greater Alabama Council**

Dated: November 16, , 2020

(Signature)

Printed
Name: **John T. Dabbs, III**

Title: **Scout Executive/CEO**

Address: **516 Liberty Parkway**

**Birmingham, Alabama  35242**

Telephone: **205-969-4240**

Email: **jt.dabbs@scouting.org**

Local Council:

Dated: _11_/_11_____, 2020

_Heart of Virginia Council 602_

_(Signature)_

Printed
Name: _George M. McGovern_

Title: _Scout Executive / Secretary_

Address: _4015 Fitzhugh Ave_

_Richmond VA 23230_

Telephone: _804. 204. 2611_

Email: _GeorgeM.McGovern@Scouting.org_

Local Council:  New Birth of Freedom

Dated: November 16 , 2020  Ronald M. Gardner, Jr.

_(Signature)_

Printed
Name:  Ronald M. Gardner, Jr.

Title:  Scout Executive & CEO

Address:  1 Baden Powell Lane

Mechanicsburg, PA 17050

Telephone:  (717) 843-2042

Email:  ron.gardner @ scouting.org

Local Council:          Coastal Georgia Council, Inc.
                        _____

Dated: November 16, 2020    *Wade W. Herring, II*
                                    (Signature)

Printed
Name:       Wade W. Herring, II
Title:      Attorney for Coastal Georgia Council, Inc.
            Admitted in Georgia: State Bar # 349343

Address:    Hunter, Maclean, Exley & Dunn, P.C.
            200 East St. Julian Street
            P.O. Box 9848
            Savannah, GA 31412
            (912) 236-0261
            wherring@huntermaclean.com

Local Council:            Greater Tampa Bay Area Council, BSA

Dated: NOVEMBER 16 , 2020    _Mark Rose_
                              (Signature)

                          Printed
                          Name:      MARK D. ROSÉ

                          Title:     COUNCIL PRESIDENT

                          Address:   13223 N. CENTRAL AVE

                                     TAMPA, FLORIDA  33612

                          _____

                          Telephone:  813-872-2691

                          Email:      jim.rees@scouting.org

Local Council: _Mountaineer Area Council_

Dated: _11-15-_, 2020

_(Signature)_

Printed
Name: _Robert L. Greer_

Title: _attorney_

Address: _Greer Law Offices PLC_

_439 W. Philadelphia Av_

_Bridgeport WV 26330_

Telephone: _304-842-8090_

Email: _rgreer@greerlawoffices.com_

Local Council:

Dated: _Nov 16_, 2020

Northeast Iowa Council, BSA

Anna B. Hudak    as Scout Executive
_____ (Signature)

Printed
Name:    ANNA  B.  HUDAK

Title:    SCOUT EXECUTIVE, CEO

Address:    10601 Military Rd

Dubuque, IA 52003

_____

Telephone:    563  556 4393

Email:    anna.hudak @ scouting.org

Local Council:

Dated: _11/16_ , 2020

SOUTH PLAINS COUNCIL

_Matthew L. Wade_
(Signature)

Printed
Name: _MATTHEW L. WADE_

Title: _GENERAL COUNSEL_

Address: _P.O. BOX 16197_

_LUBBOCK, TX 79490_

Telephone: _806-793-1711_

Email: _Matt.wade@uwlaw.com_

_TX BAR NO. 00794803_

Local Council:

Dated: 11/16 _____, 2020

De Soto Area Council

_____

_____
(Signature)

Printed
Name:      Jeff Schwab

Title:     Scout Executive

Address:   118 W Peach St.  El Dorado, AR  71730

_____

_____

Telephone:  870-863-5166

Email:      Jeff.Schwab@scouting.org

Local Council: MIDDLE TENNESSEE COUNCIL, INC.

Dated: Nov. 16, 2020

_Robb S. Harvey_ ITS CO-COUNSEL
(Signature)

Printed Name: ROBB S. HARVEY

Title: CO-COUNSEL FOR COUNCIL

Address: 511 UNION AVE STE 2700
NASHVILLE, TENNESSEE
37219

Telephone: 615/850-8859

Email: ROBB.HARVEY@WALLERLAW.COM

Local Council:

Dated: __November 13__, 2020

Arbuckle Area Council

_William H. Hoch_

(Signature)

Printed
Name:     **William H. Hoch**

Title:     **Counsel for Arbuckle Area Council**

Address:     **Crowe & Dunlevy**

**Braniff Building, 324 N. Robinson Ave., Ste. 100**

**Oklahoma City, OK 73102**

Telephone:     **(405) 235-7700**

Email:     **will.hoch@crowedunlevy.com**

Local Council:

Dated: 11/16 , 2020

Cape Fear Council

_____
(Signature)

Printed Name: Jonathan Widmark

Title: Scout Executive

Address: 110 Longstreet Dr.
Wilmington, NC 28412

Telephone: 910-395-1100

Email: Jonathan.Widmark@scouting.org

Local Council:   _FIVE RIVERS COUNCIL, INC. BSA_

Dated: _NOVEMBER 16_, 2020   _____
_(Signature)_

Printed
Name:   _JOHN M. SHARKEY_

Title:   _Council President_

Address:   _244 WEST WATER ST._

_ELMIRA, NY 14901_

_____

OFFICE      MOBILE
Telephone:   _(607) 732-9047 , (607) 765-8795_

Email:   _JMShark138 @ GMAIL.COM_

Local Council:

Dated: _Nov 11_____, 2020

Golden Empire

_____
(Signature)

Printed
Name: _James Rhodes-Dreyer_

Title: _Director of Field Service_

Address: _251 Commerce Cir_

_Sacramento    CA_

_95815_

Telephone: _916, 929, 1417_

Email: _james.rhodes-dreyer@ scouting.org_

Local Council: GREATER YOSEMITE COUNCIL, INC

Dated: 11-14. , 2020

_____
(Signature)

Printed
Name: ROBERT L FRENCH

Title: PRESIDENT

Address: 1305 W ROBINHOOD DRIVE
SUITE 14
STOCKTON, CA 95207

Telephone: 209-477-4417

Email: RFRENCHWTS@AOL.COM

FKA
49ER COUNCIL BSA
YOSEMITE AREA COUNCIL, BSA

Local Council:

Dated: _____, 2020

Gulf Stream Council

_____
(Signature)

Printed
Name:     Terrence A. Hamilton

Title:     Scout executive/CEO

Address:   8335 N. Military Trail

Palm Beach Gardens, Florida
33410

_____

Telephone:  561-694-8585

Email:     TerrEnce.Hamilton@scouting.org

Local Council:

Dated: _11/12/_ , 2020

HOUSATONIC COUNCIL, BSA

_Gary M. V_

(Signature)

Printed
Name: GARY M. PARKER

Title: PRESIDENT

Address: 111 NEW HAVEN AVENUE

DERBY, CT 06418

Telephone: 203 - 410 - 5162

Email: GPARKER4100@ATT.NET

Local Council: _Mid-America_    _326_

Dated: _16 November_ , 2020

_(Signature)_

Printed
Name: _Chris S. Mehaffey_

Title: _CEO + Scout Executive_

Address: _2401 West Maple Road_
_Omaha NE 68164_

Telephone: _402-431-9272_

Email: _Chris.Mehaffey@scouting.org_

Local Council:                    Mountaineer Area Council

Dated: 11-16-2020                 */s/ Robert L. Greer*
                                  _____
                                  Robert L. Greer (WV Bar No. 5852)
                                  Jonathon W. Fischer (WV Bar No. 12538)
                                  Greer Law Offices, PLLC
                                  439 W. Philadelphia Ave
                                  Bridgeport, WV 26330
                                  T: (304) 842-8090
                                  F: (304) 842-8091
                                  rgreer@greerlawoffices.com
                                  jfischer@greerlawoffices.com
                                  *Counsel for Mountaineer Area Council*

Local Council:                     North Florida Council #087

Dated: November, 16, 2020          _____
                                                      (Signature)

                                   Printed
                                   Name:      Jack L. Sears, Jr.

                                   Title:     Scout Executive/CEO

                                   Address:   521 S. Edgewood Ave.

                                              Jacksonville, Fl  32205

                                              _____

                                   Telephone: (d) 904-265-3800  (c) 904-945-0050

                                   Email:     jack.sears@scouting.org

Local Council:

Dated: November 16, 2020

Old North State Council

Ed Martin

(Signature)

Printed
Name:        Ed Martin

Title:        Scout Executive

Address:      1405 Westover Terrace

             Greensboro, NC

             27408

Telephone:    336-378-9166

Email:        ed.martin@scouting.org

Local Council:    Simon Kenton Council

Dated: Nov. 16, 2020    Daniel R Swet

(Signature)

Printed
Name:    Daniel R. Swetnam

Title:    Counsel

Address:    Ice Miller LLP

250 West Street

Columbus, Ohio 43215

Telephone:    (614) 462-2225

Email:    Daniel.Swetnam@icemiller.com

Local Council:

Dated: <u>November 16</u>, 2020

<u>Southeast Louisiana Council</u>

_Torrey Hayden_ (signature)

(Signature)

Printed
Name:    <u>Torrey Hayden</u>

Title:    <u>Development Director/Interim Executive</u>

Address:    <u>4200 S. I-10 Service Rd. W.</u>

          <u>Suite 101</u>

          <u>Metairie, LA  70001</u>

Telephone:    <u>504-889-0388</u>

Email:    <u>sela@bsamail.org</u>

Local Council:

Three Fives Council #127

Dated: Nov. 15 , 2020

(Signature)

Printed
Name: Clint Schroff

Title: Scout Executive/ CEO

Address: 415 N. 2nd St.

St. Charles IL 60174

Telephone: 630-584-9250

Email: Clint.schroff @ scouting.org

Local Council: Tuscarora Council

Dated: <u>13 November</u>, 2020

(Signature)

Printed
Name: Jason L. Smith

Title: Scout Executive/CEO

Address: 172 NC Hwy 581 S

Goldsboro, NC 27530

Telephone: 919-734-1714

Email: jason.smith@scouting.org

Local Council:            Westark Area Council, Inc. Boy Scouts of America

Dated: <u>November 15</u>, 2020   _____

                                          (Signature)

                          Printed
                          Name:      Chris L. Daughtrey

                          Title:       Scout Executive/CEO

                          Address:    1401 Old Greenwood Blvd

                                       Fort Smth, AR 72901

                          Telephone:  479-782-7244

                          Email:      chris.daughtrey@scouting.org

Local Council:

Dated: 11/15/ , 2020

Western Massachusetts Council

_____
(Signature)

Printed
Name: Gary Savignano

Title: Scout Executive

Address: 1 Arch Road, Suite 5
Westfield MA 01085

_____

Telephone: 413-594-9196

Email: gary.savignano@Scouting.org

Local Council:

Dated: **11/14/**, 2020

Jeffrey H. Goldsmith

_Jffy H Goldsmith_
(Signature)

Printed
Name: Jeffrey H. Goldsmith

Title: Council President & Board Chair

Address: Jersey Shore Council BSA

1518 Ridgeway Road

Toms River, NJ 08755

Telephone: 732-349-1037

Email: JGoldsmithBSA@Gmail.Com

Local Council:

Dated:  November 16, 2020

Blackhawk Area Council #660

_(Signature)_

Printed
Name:    William A. Reilly II

Title:    Council Attorney / VP of Governance

Address:    6801 Spring Creek Road, 2D

Rockford, Illinois 61114

Telephone:    815-316-8540

Email:    WReilly@Reilly-LawOffices.com

Local Council:

Dated: 11/12 , 2020

Westchester - Putnam

_(Signature)_

Printed
Name: Richard Stockton

Title: Scout Executive / CEO

Address: 41 Saw Mill River Road
Hawthorne, NY 10532

Telephone: 914-773-1135

Email: richard.Stockton@
Scouting.org

Local Council: _Verdugo Hills_____

Dated: _Nov 16_, 2020    _____
(Signature)

Printed
Name:    _Michael Hale_____

Title:    _Interim Scout Executive_____

Address:    _1325 Grandview Ave_____

_Glendale CA 91201_____

_____

Telephone:    _818-243-6282_ C 213-359-979

Email:    _michael.hale@scouting.org_

Local Council:

Dated: November 16, 2020

Yocona Area Council, BSA, # 748

_Owen McCulloch_
(Signature)

Printed
Name: Owen McCulloch

Title: Scout Executive / CEO

Address: 505 Air Park Road

Tupelo, MS 38801

Telephone: (662) 842-2871

Email: owen.mcculloch@scouting.org

Local Council: _____ Hawkeye Area Council, BSA

Dated: **Nov. 16** , 2020 _____ Sarah Dawson _____
(Signature)

Printed
Name: _____ Sarah Dawson _____

Title: _____ CEO / Scout Executive _____

Address: _____ 660 32nd Ave SW _____

_____ Cedar Rapids, IA 52404 _____

_____

Telephone: _____ 319-862-0541 _____

Email: _____ sarah.dawson@scouting.org _____

Local Council:

Dated:   November 16, 2020

Lincoln Heritage Council

_____

_____
(Signature)

Printed
Name:        James R. Irving
_____

Title:        Partner, Counsel to Lincoln Heritage Council
_____

Address:     Dentons Bingham Greenebaum LLP
_____

             3500 PNC Tower, 101 S. Fifth Street
_____

             Louisville, KY 40202
_____

Telephone:   (502) 587-3606
_____

Email:        james.irving@denton.com
_____