## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## STIPULATION REGARDING CERTAIN LOCAL COUNCIL INDEMNITY, CONTRIBUTION, AND RELATED CLAIMS

This stipulation is made and entered into by and among the Boy Scouts of America (the "BSA"), the non-profit corporation that is, along with its affiliate, Delaware BSA, LLC, a debtor and debtor in possession in the above-captioned chapter 11 cases and the non-debtor Local Councils of the Boy Scouts of America listed on the signature pages to this stipulation (the "Specified Local Councils").

## RECITALS

WHEREAS, on May 26, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered the *Order, Pursuant to 11 U.S.C. § 502(b)(9), Bankruptcy Rules 2002 and 3003(c)(3), and Local Rules 2002-1(e), 3001-1, and 3003-1, (I) Establishing Deadlines for Filing Proofs of Claim, (II) Establishing the Form and Manner of Notice Thereof, (III) Approving Procedures for Providing Notice of Bar Date and Other Important Information to Abuse Survivors, and (IV) Approving Confidentiality Procedures for*

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

*Abuse Survivors* [Dkt. No. 695] (the "Bar Date Order"),[2] which established 5:00 p.m. (prevailing Eastern Time) on November 16, 2020 as the General Bar Date.

WHEREAS, the Specified Local Councils wish to assert claims against the BSA for indemnity, contribution, reimbursement, and/or subrogation under state law arising out of abuse-related lawsuits.

WHEREAS, the Specified Local Councils wish to avoid the expense of preparing and filing contribution, indemnity, reimbursement, and subrogation claims based on substantially similar factual circumstances.

WHEREAS, the BSA wishes to expressly reserve its rights to contest, defend against, or object to the aforementioned claims.

NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1.    Effectiveness.  This stipulation shall become effective upon execution by counsel for the BSA and the Specified Councils without need for any order of the Bankruptcy Court.

2.    Claims Deemed Asserted.  The BSA stipulates that each of the Specified Local Councils shall be deemed to have timely asserted "any and all claims against the BSA for indemnity, contribution, reimbursement, or subrogation, under any theory of law or equity, related in any way to such Specified Local Council's alleged or determined liability relating to sexual abuse."  Each such claim is deemed asserted as an unsecured claim not entitled to priority and in an amount that is undetermined as of the date hereof.

3.    No Admission.  Nothing herein shall be, or shall be deemed to be, an admission by the BSA or any party in interest as to the validity or priority of any of the claims deemed

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Bar Date Order.

asserted pursuant to Paragraph 2 above (the "Specified Claims"), and the BSA's entry into this stipulation shall not, and shall not be deemed to, waive any rights, arguments, claims, or defenses that the BSA or any other party in interest may have with respect to the Specified Claims. The BSA expressly reserves its rights to contest, defend against, or object to any claim asserted by any of the Specified Local Councils, including the Specified Claims, and this stipulation shall not prejudice or affect the rights of any other party in interest to contest, defend against, or object to any such claim.

4.    Local Council Rights. Nothing herein shall be construed to limit or affect any Local Council's right to file a proof of claim pursuant to the Bar Date Order, including for the purpose of asserting claims similar to the Specified Claims.

5.    Effect of Stipulation. This Stipulation shall have the same effect as the timely filing of a proof of claim with the Claims and Noticing Agent; provided, however, that the Specified Local Councils each assert that neither this stipulation nor the filing of this stipulation on the docket or on the official claims register shall constitute, or be deemed to constitute: (a) a waiver or release of the Specified Local Councils' respective rights against any person, entity, or property; (b) consent by any Specified Local Council to the jurisdiction of the Bankruptcy Court or any other court; (c) a waiver of the Specified Local Councils' respective rights to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the District of Delaware with respect to the BSA's chapter 11 case; (d) a waiver of the Specified Local Councils' respective rights to withdraw the reference or otherwise challenge the jurisdiction of the Bankruptcy Court, or to assert that the reference has already been withdrawn, with respect to (i) the subject matter of this stipulation, (ii) any objection or other proceeding commenced with respect thereto, or (iii) any other proceeding commenced in the BSA's

chapter 11 case against or otherwise involving any of the Specified Local Councils; (e) a waiver of the Specified Local Councils' respective rights to a trial by jury in any proceeding so triable in the BSA's chapter 11 case or any case, controversy, or proceeding relating to such case; or (f) an election of remedies. The BSA reserves the right to challenge the assertions set forth in the foregoing proviso, and this stipulation shall not prejudice or affect the right of any party in interest to challenge such assertions.

6. <u>Retention of Jurisdiction</u>. The Bankruptcy Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this stipulation.

7. <u>Filing with Clerk</u>. The BSA shall cause this stipulation to be promptly filed on the docket of the above-captioned chapter 11 cases.

8. <u>Filing on Official Claims Register</u>. Solely to facilitate the administration of the Specified Claims, the Claims and Noticing Agent shall file on the official claims register of the BSA's chapter 11 case one copy of this stipulation for each of the Specified Local Councils, which filings shall be assigned sequential claim numbers beginning with the prefix "LC."

9. <u>Addresses of Specified Local Councils</u>. The address written on the signature page for a Specified Local Council shall be the address to which all matters concerning its Specified Claim shall be directed, including notices and requests for information.

10. <u>Authority</u>. Each person who executes this stipulation represents that he or she is duly authorized to do so as an agent of the respective party hereto.

11. <u>Headings</u>. Headings of the decretal paragraphs of this stipulation have been inserted for convenience of reference only and are not intended to be a part of or to affect the interpretation of stipulation.

*CONSENTED TO BY:*

Dated:  November 16, 2020
         Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Derek C. Abott*

Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Eric W. Moats (No. 6441)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Email:  dabbott@mnat.com
       aremming@mnat.com
       emoats@mnat.com
       ptopper@mnat.com

– and –

**WHITE & CASE LLP**

Jessica C. K. Boelter (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 819-8200
Email:  jessica.boelter@whitecase.com

– and –

**WHITE & CASE LLP**

Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone:  (312) 881-5400
Email: mandolina@whitecase.com
      mlinder@whitecase.com

*Counsel and Proposed Co-Counsel for the Debtors
and Debtors in Possession*

Local Council:

Dated: November 10, 2020

Allegheny Highlands Council 382

Nate Thut

(Signature)

Printed
Name: Nathaniel Thornton

Title: Scout Executive

Address: PO Box 261

50 Hough Hill Rd

Falconer, NY 14733

Telephone: 716-665-2697

Email: nate.thornton@scouting.org

Local Council:

Dated: 11/13 , 2020

Bade-Powell Council #368

_____
(Signature)

Printed
Name: Matthew Bull

Title: Scout Executive

Address: 2150 NYS 12

Binghamton NY 13901

_____

Telephone: 607-648-7888

Email: Matthew.Bull@scouting.org
Matthew.Bull@scouting.org

Local Council:

Dated: _November 12_, 2020

Baltimore Area Council Boy Scouts of America, Inc.

_____
(Signature)

Printed
Name:        Todd M. Brooks
_____

Title:       Attorney for Baltimore Area Council
_____

Address:     Whiteford Taylor & Preston LLP
_____

             Seven Saint Paul Street, 15th Floor
_____

             Baltimore, Maryland 21202
_____

Telephone:   (410) 347-9421
_____

Email:       tbrooks@wtplaw.com
_____

Local Council:

Dated: _NOVEMBER 11_, 2020

Local Council: _BUFFALO TRACE COUNCIL #156_

_John G. Harding_
(Signature)

Printed
Name: _JOHN G. HARDING_

Title: _SCOUT EXECUTIVE_

Address: _3501 E. LLOYD EXPRESSWAY_

_EVANSVILLE IN 47715_

Telephone: _812. 423. 5246_

Email: _john.harding@scouting.org_

Local Council:

Dated: <u>November 13</u>, 2020

<u>Cape Cod & Islands Council, Inc.</u>

<u>(Signature)</u>

| | |
|---|---|
| Printed Name: | Robert C. Chamberlain, Esq. |
| Title: | Attorney for the Council (also Council Vice President of Finance) |
| Address: | Rubin, Rudman, Chamberlain and Marsh |
| | 99 Willow Street, P. O. Box 40 |
| | Yarmouthport, MA 02675-0040 |
| Telephone: | 508-362-6262 |
| Email: | rchamberlain@rubinrudman.com |

Local Council:

Dated: __11 November__, 2020

Cascade Pacific

(Signature)

| | |
|---|---|
| Printed Name: | Matthew S. Devore |
| Title: | Scout Executive / CEO |
| Address: | 2145 SW Naito Parkway |
| | |
| | Portland, OR   97201 |
| Telephone: | 503-226-3423 |
| Email: | matthew.devore@scouting.org |

Local Council:                    Conquistador Council 413

Dated: ___11/10___, 2020          R Matthew Bristo
                                  _____
                                  (Signature)

Printed
Name:        R Matthew Bristol

Title:       Board President

Address:     Box 2929

             Roswell NM 88202

             _____

Telephone:   575  625  8284

Email:       mattrmblaw @

             cableone.net

Local Council:

Dated: _November 12_, 2020

Cornhusker Council #324

_____
(Signature)

Printed
Name: _John Sumner_

Title: _Scout Executive_

Address: _600 S. 120th st_

_Walton, NE 68461_

_____

Telephone: _402-488-6020_

Email: _John.Sumner@scouting.org_

Local Council:                  _Erie Shores Council, Inc. BSA_

Dated: _November 11_, 2020    _____
                                   (Signature)

Printed
Name:        _Edward A. Caldwell_

Title:       _Scout Executive/CEO_

Address:     _5600 W Sylvania Ave_

             _Toledo, OH 43623_

             _____

Telephone:   _419-241-7293_

Email:       _ed.caldwell@scouting.org_

Local Council:

Evangeline Area Council -212

Dated: 11/10 , 2020

_____
(Signature)

Printed Name: Art Hawkins

Title: Executive Director

Address: 2266 S. College Road Ext.
Suite E
Lafayette, LA 70508

Telephone: 337- 235- 8551 ext. 105

Email: Art.Hawkins@scouting.org

Local Council: French Creek

_(Signature)_

Dated: Nov. 13 , 2020

Printed
Name: Duane Havard

Title: Scout Executive

Address: 1815 Robison Rd. W.

Erie, PA 16509

Telephone: 814-868-5571

Email: duane.havard@scouting.org

Local Council: _____ Garden State Council _____

Dated: __*Nov. 12*__ , 2020   _____ *Patl* _____

_____ (Signature) _____

Printed
Name: _____ Patrick Linfors _____

Title: _____ Scout Executive _____

Address: _____ 693 Rancocas Rd. _____

_____ Westampton, NJ 08060 _____

_____

Telephone: _____ 609-261-5850 _____

Email: _____ patrick.linfors@scouting.org _____

Local Council: _Gateway Area Council_

Dated: _11/13_ , 2020

_(Signature)_

Printed
Name: _Joseph Carlson_

Title: _Scout Executive / CEO_

Address: _2600 Quarry Rd_

_LA Crosse WI 54601_

Telephone: _608-615-0298_

Email: _Joe.Carlson@scouting.org_

Local Council:

Dated: _November  11_ , 2020

Golden Spread Council

_BWT_

(Signature)

Printed
Name: _Brian W Tobler_

Title: _Scout Executive_

Address: _401 Tascosa Road_

_Amarillo, TX 79124_

Telephone: _806 358 6500_

Email: _brian.tobler@scouting.org_

Local Council:

Dated: _11-13 -_ , 2020

_Great Trail Council_

_Patrick M Scherer_
(Signature)

Printed
Name: _Patrick M Scherer_

Title: _Scout Executive / CEO_

Address: _41500 Hudson Drive_

_Stow OH 44224_

Telephone: _234- 900- 5910_

Email: _patrick.scherer@scouting.org_

Local Council:

Dated: NOV 12 , 2020

Greenwich Council, BSA

_Kevin P O'Shea_
(Signature)

Printed
Name: _Kevin P. O'Shea_

Title: _Scout Executive_

Address: _63 Mason Street_

_Greenwich, CT 06830_

Telephone: _1-203-869-8424_

Email: _Kevin.OShea@Scouting_

Local Council: _Heart of New England Council_

Dated: _11_ / _11_____ , 2020    _Nick_

_____
(Signature)

Printed
Name: _Nicholas Thornton_

Title: _Acting Scout Executive_

Address: _1980 Lunenburg Rd_

_Lancaster MA 01523_

_____

Telephone: _978-534-3532_

Email: _Nick.thornton@Scouting.org_

Local Council:

Dated: _November 12_, 2020

Illowa Council #133
_____
(Signature)

Printed Name: Jeffrey A. Doty

Title: Scout Executive / CEO

Address: 4412 N. Brady St.

Davenport IA 52806

Telephone: 563-388-7233

Email: jeff.doty@scouting.org

Cell: 314-640-2284

Local Council:

Dated: _11/11_, 2020

Indian Nations Council, BSA Inc (#488)

_____
(Signature)

Printed
Name: _William W. Haines_

Title: _Scout Executive / CEO_

Address: _4295 S. Garnett Road_

_Tulsa, Oklahoma 74146_

Telephone: _918 743 6125_

Email: _bhaines @ BSAmail.org._

Local Council:

Dated: <u>November 12,</u> , 2020

LaSalle Council, BSA 165

_____

_____
(Signature)

Printed
Name:       John M. Cary

Title:       Scout Executive / CEO

Address:     1340 SOuth Bend Ave

            South Bend, IN 46628


Telephone:   574-289-0337 ex 310

Email:       john.cary@scouting.org

Local Council:

Dated: __November 13__, 2020

**Last Frontier Council**

*William H. Hoch*

(Signature)

Printed
Name:    **William H. Hoch**

Title:    **Counsel for Last Frontier Council**

Address:    **Crowe & Dunlevy**

**Braniff Building, 324 N. Robinson Ave., Ste. 100**

**Oklahoma City, OK 73102**

Telephone:    **(405) 235-7700**

Email:    **will.hoch@crowedunlevy.com**

Local Council:

Dated: 11/10, 2020

_Long Beach Area Council_

_(Signature)_

Printed
Name: _John Fullerton_

Title: _Scout Executive_

Address: _401 E. 37th Street_

_Long Beach, CA 90807_

Telephone: _562-427-0911_

Email: _john.fullerton@scouting.org_

Local Council:

Dated: <u>November 10</u>, 2020

<u>Mayflower Council, BSA (Massachusetts)</u>

(Signature)

| | |
|---|---|
| Printed Name: | Michael Rotar |
| Title: | Council President |
| Address: | c/o Mayflower Council, BSA |
| | 83 Cedar Street |
| | Milford, MA 01757 |
| Telephone: | (508) 872-6551 |
| Email: | rotar@verizon.net |

Local Council:

Michigan Crossroads Council, Inc., Boy Scouts of America ("MCC"), each of the councils identified on the attached Exhibit A that currently exist in the geographic area now covered by MCC (See the table labelled "Existing Councils."), and each of the councils identified on the attached Exhibit A that is believed to have formerly existed and operated in the geographic area now covered by MCC (See the table labelled "Historical Council Names and Council Numbers.")

Dated: November *12* , 2020

_____
(Signature)

Printed
Name:          Donald D. Shepard, Jr.

Title:          Scout Executive of Michigan Crossroads Council, Inc., Boy Scouts of America ("MCC"),
Scout Executive of each of the councils identified on the attached Exhibit A that currently exist in the geographic area now covered by MCC (See the table labelled "Existing Councils."), and
Authorized Representative of each of the councils identified on the attached Exhibit A that is believed to have formerly existed and operated in the geographic area now covered by MCC (See the table labelled "Historical Council Names and Council Numbers.")

Address:          14258 Michigan Street, Eagle, Michigan 48822

Telephone:     Office:          (517) 940-4210
                    Cell:            (517) 945-2290

Email:          Donald.Shepard@scouting.org

Local Council: _MONMOUTH  # 347_

Dated: _NOV 10_, 2020    _Michael Mhon_
(Signature)

Printed
Name: _MICHAEL P. MAHON_

Title: _SCOUT EXECUTIVE SECMAN, & CEO_

Address: _705 GINESI DR_

_Manganville N.J. 07751_

Telephone: _732 - 851 - 8219_

Email: _MICHAEL.MAHON@SCOUTING.ORG_

Local Council:

Dated: _11/13_____, 2020

Mount Baker Council

_____
(Signature)

Printed
Name:      Kevin O. Nichols

Title:     Scout Executive

Address:   1715 100TH Place SE, Ste B
           Everett, WA 98208

_____

Telephone: 425-338-0380

Email:     Kevin.Nichols@scouting.org

Local Council:

Dated: <u>November 13</u>, 2020

Mountain West Council

(Signature)

Printed
Name:    Brent R. Wilson

Title:    Attorney for Mountain West Council

Address:    Hawely Troxell Ennis & Hawley LLP

877 Main Street, Suite 1000

Boise, Idaho 83702

Telephone: 208-388-4852

Email:    bwilson@hawleytroxell.com

Local Council:

Dated: _11/12_____, 2020

Northeastern Pennsylvania

_Mark_____

(Signature)

Printed
Name: _MArk J. Barbenitz_

Title: _Scott Executive_

Address: _72 Montage MTN rd_

_Moosic, PA 18507_

Telephone: _570 207-1227 ext 227_

Email: _MArk.barbeanitz Scoting.org_

Dated: November 12, 2020
      Wilmington, Delaware

**McCARTER & ENGLISH, LLP**

By: *Kate R. Buck*
    Kate R. Buck (DE No. 5140)
    Renaissance Centre
    405 N. King Street, 8th Floor
    Wilmington, DE 19801
    Telephone (302) 984-6300
    Facsimile:   (302) 984-6399
    Email: kbuck@mccarter.com

-and-

**McCARTER & ENGLISH, LLP**
Clement J. Farley, Esq. (admitted pro-hac vice)
Jeffrey T. Testa, Esq. (admitted pro-hac vice)
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444
Facsimile:  (973) 624-7070
Email: cfarley@mccarter.com
        jtesta@mccarter.com

*Attorneys for the Boy Scouts of America,*
*Northern New Jersey Council*

Local Council:

Dated: 11/12, 2020

_Northwest Georgia_

_Matt Hart_
(Signature)

Printed
Name: Matt Hart

Title: Scout Executive

Address: P.O. Box 1422

Rome, Ga 30162

Telephone: 706-235-5545

Email: matt.hart@scouting.org

Local Council: _Norwela Council_____

Dated: _Nov. 10___, 2020    _____
                                           (Signature)

Printed
Name:     _Kyle McInnis_____

Title:     _Council Attorney_____

Address:  _333 Texas St., Ste. 2020_____

          _Shreveport, LA 71101_____

          _____

Telephone: _(318) 227-2000_____

Email:     _kyle.mcinnis @_____
                      andersonoilandgas.com

Local Council:

Dated: November 13, 2020

Occoneechee Council

_Charles L Flowers_
(Signature)

Printed
Name: Charles L. Flowers

Title: Scout Executive / CEO

Address: 3231 Atlantic Avenue

Raleigh, NC 27604

Telephone: 984.777.3906

Email: Charles.flowers@scouting.org

Local Council: _____ Oregon Trail

Dated: _Nov, 13_, 2020 _____

_____
(Signature)

Printed
Name: _____ Scott Impecoven

Title: _____ Scout Executive

Address: _____ 2525 Martin Luther King
Jr. Blvd,

_____ Eugene, OR 97401

Telephone: _____ (541) 284-4385

Email: _____ Simpecoven@otebsa.org

Local Council:

Dated: _Novmber 13_, 2020

Ozark Trails Council #306

_____John Feick_____
(Signature)

Printed
Name: John S. Feick

Title: Scout Executive

Address: 1616 S. Eastgate Ave.
Springfield Mo 65809

_____

Telephone: 812-327-3600

Email: john.s.feick@scouting.org

Local Council:

Dated: _Nov. 10_ , 2020

Pacific Harbors Council #612

Karen Meier

(Signature)

Printed
Name: Karen Meier

Title: Scout Executive/CEO

Address: 4802 S. 19th Street

Tacoma, WA

98405

Telephone: 509-919-0363 (cell)

Email: Karen.meier@scouting.org

Local Council:

Dated: _11/11_____, 2020

PACIFIC SKYLINE COUNCIL

_____
(Signature)

Printed
Name: BRIAN CURTIS

Title: SCOUT EXECUTIVE

Address: 1150 CHESS DRIVE

FOSTER CITY CA

94404

Telephone: 650-341-5633

Email: BRIAN.CURTIS@SCOUTING.ORG

Local Council:

Dated: November 13 2020

Palmetto Council

Just K. Williams
(Signature)

Printed
Name: Justin Williams

Title: Scout Executive/CEO

Address: 420 South Church St.

Spartanburg, SC 29306

Telephone: 864-585-4391

Email: Justin.Williams@Scouting.org

Local Council: _____ PAtriots' PAth _____

Dated: _NoV. 12_ , 2020    _____ Marc Andreo _____
                                    (Signature)

Printed
Name: _____ MARC ANDREO _____

Title: _____ Scout Executive / CEO _____

Address: _____ 1 SAddle Road _____
         _____ CedAR Knolls, NJ 07927 _____
         _____

Telephone: _____ 973 - 765 - 9322 x 245 _____

Email: _____ MARC. ANDREO @ _____
                            Scouting.org

Local Council:

Dated: Nov. 14, 2020

Piedmont Council (042)

_____
(Signature)

Printed Name: Seth Hilton

Title: President

Address: 180 Mountain Ave.
Piedmont, CA 94611

_____

Telephone: 415-416-9355

Email: Seth.Hilton@stoel.com

Local Council:

Dated: _____Nov. 11_____, 2020

Pine Tree Council

_____

_____
(Signature)

Printed
Name:     Lindsay Zahradka Milne
_____

Title:     Attorney
_____

Address:   100 Middle Street
_____

          Portland, ME 04062
_____

_____

Telephone:   (207) 228-7379
_____

Email:     lmilne@bernsteinshur.com
_____

Local Council:    _Pony Express Council_

Dated: _Nov. 13_ , 2020    _Alan L. Franks_
                          (Signature)

Printed
Name:    _Alan L. Franks_

Title:    _Scout Executive_

Address:    _1704 Buckingham_
_St. Joseph, Missouri 64506_

Telephone:    _816-233-1351_

Email:    _alan.franks@scouting.org_

Local Council:

Dated: _NOV. 13_ , 2020

REDWOOD EMPIRE COUNCIL BSA 041

_(Signature)_

Printed
Name: CHARLES A. HOWARD-GIBBON

Title: COUNCIL SCOUT EXECUTIVE

Address: 1000 APOLLO WAY SUITE 106

SANTA ROSA, CA 95407

Telephone: (707) 546-8137

Email: charles.howard-gibbon@scouting.org

Local Council:

Dated: November 13 , 2020

Sagamore Council, BSA

_(Signature)_

Printed
Name:     Ben Blumenberg

Title:     Scout Executive / CEO

Address:  518 N. Main St.

          PO Box 865

          Kokomo, IN  46901

Telephone: 765-452-8253

Email:     ben.blumenberg@scouting.org

Local Council:

Dated: November 13, 2020

Santa Fe Trail Council

_Aaron Kite_
(Signature)

Printed
Name: Aaron Kite

Title: Board Counsel - Santa Fe Trail Council

Address: 808 W. McArtor Road

Dodge City, KS 67801

Telephone: 620.255.2673

Email: aaron@kitelawfirm.com

Local Council:   SENECA WATERWAYS COUNCIL

Dated: Nov 11 , 2020

(Signature)

Printed
Name:   Stephen Hoitt

Title:   Scout Executive

Address:   2320 Brighton Henrietta TL RD

ROCHESTER, NY 14623

Telephone:   585 241-8554

Email:   STEPHEN.HOITT@SCOUTING.ORG

Local Council:

Dated: _November 11_, 2020

Local Council: _Shenandoah Area Council 598_

_____
(Signature)

Printed
Name: _Robert L Garrett_

Title: _CEO_

Address: _107 Youth Development Ct._
_Winchester VA 22602_

Telephone: _540 662 2551_

Email: _Robert.Garrett@Scouting.org_

Local Council:

Dated: 11.12_____, 2020

Silicon Valley, Monterey Bay Council #55
_____

_____
(Signature)

Printed
Name:    Jason Stein
_____

Title:    Scout Executive
_____

Address:    970 W. Julian Street
_____

San Jose, CA  95126
_____

_____

Telephone:    408-638-8300
_____

Email:    Jason.Stein@scouting.org
_____

Local Council:                 South Florida Council, Inc., BSA

Dated: November 12, 2020

(Signature)

Printed
Name:          Jeffrey S. Berger

Title:          Scout Executive

Address:       15255 NW 82nd Avenue

               Miami Lakes, FL 33016


Telephone:     305-364-0020

Email:          jeff.berger@scouting.org

Local Council: _South Georgia Council #098_

Dated: _13 November_ 2020    _Mark P. Manchester_
(Signature)

Printed
Name: _MARK MANCHESTER_

Title: _Scout Executive_

Address: _1841 Norman Dr._

_Valdosta Georgie_

_31601_

Telephone: _229-242-2331_

Email: _mark.manchester @ Scouting.org_

Local Council: 227

Dated: NOV 13 , 2020

_____
(Signature)

Printed
Name: CHARLES EATON

Title: SCOUT EXECUTIVE

Address: 44 Cliff St

Plymouth MA

02360

Telephone: 610.764.9835

Email: Chuck.Eaton@Scouting.org

Local Council:

Dated: _Nov. 11_ , 2020

Texas Southwest Council

_Devin Koehler_
(Signature)

Printed Name: Devin Koehler

Title: Scout Executive

Address: P. O. Box 1584

San Angelo, TX 76902

Telephone: 325-655-7107

Email: devin.koehler@scouting.org

Local Council:

Theodore Roosevelt Council, Inc

Dated:  November, 12, 2020

(Signature)

| | |
|---|---|
| Printed Name: | Christopher M. Coscia |
| Title: | Scout Executive |
| Address: | 544 Broadway |
| | Massapequa, NY 11758 |
| | |
| Telephone: | 1-516-797-7600 |
| Email: | Chris.Coscia@Scouting.org |

Local Council: _Twin Valley Council Inc. Boy Scouts of America_

Dated: _November 10_, 2020 _Ray W. Bra_____

(Signature)

Printed
Name: _Raymond W. Brauer_

Title: _Scout Executive_

Address: _810 Madison Avenue_

_Mankato MN 56001_

_____

Telephone: _507  387  3123_

Email: _ray.brauer@scouting.org_

Local Council:

Dated: Nov. 13 , 2020

VOYAGEURS AREA COUNCIL

_____
(Signature)

Printed
Name:     Michael Jenkins

Title:      Scout Executive

Address:    3877 Stebner Rd.
            Hermantown, MN 55811

Telephone:   218-740-4520

Email:     Michael.jenkins@scouting.org

Local Council:

Dated: _Nov, 13_ , 2020

_Magne G. Gundersen_

(Signature)

Printed
Name: _Magne G. Gundersen_

Title: _Scout executive / CEO_

Address: _1 Scout Way_

_Doylestown, PA 18901_

Telephone: _215-348-7205, x 317_

Email: _magne.gundersen @_

_scouting.org_

Local Council:

Dated: _Nov 13_____, 2020

Westmoreland - Fayette
_____
(Signature)

Printed
Name: _David Colecchia_____

Title: _David A. Colecchia and Associates_

Address: _324 South Maple Ave_
_Greensburg, Pa 15601_
_____

Telephone: _724-837-2320_____

Email: _Colecchia542@Comcast.Net_

Local Council:

Dated: 11/13 _____, 2020

_____
Ty Page
_____
Ty Page
(Signature)

Printed
Name: Ty Page
Title: Scout Executive
Address: 7601 Lockheed Dr.
El Paso TX 79925

Telephone: 915 772 2292
Email: ty.page@scouting.org

Local Council:

Dated: *Nov. 15*, 2020

Hudson Valley Council, B.S.A.

*David G. Horton*
(Signature)

Printed
Name: David G. Horton

Title: Scout Executive/CEO

Address: 6 Jeanne Drive

Newburgh, NY 12550

Telephone: (M) 610-334-0168

Email: david.horton@scouting.org

Local Council:

Dated: *Nov. 13*, 2020

Three Harbors Council, BSA

_____
(Signature)

Printed Name: Andrew Hardin

Title: Scout Executive/CEO

Address: 330 South 84th St.

Milwaukee, WI 53214

Telephone: 414-443-2875

Email: Andrew.Hardin@Scouting.org

Local Council:                    Tidewater Council, Virginia Beach, VA

Dated:  November 11, 2020

_____
(Signature)

Printed
Name:        Charles R. Kubic

Title:          President

Address:     1032 Heatherwood  Drive

                   Virginia Beach, VA  23455


Telephone:     757-497-2688

Email:         kubiccr@msn.com

Local Council:

Dated: Nov. 13 , 2020

Iroquois Trail Council Inc.

James C McMullen

(Signature)

Printed
Name: James C McMullen

Title: Scout Executive

Address: 102 S Main St.

Oakfield, NY 14125

Telephone: 585 - 343 - 0307

Email: jim.mcmullen@scouting.org

Local Council: Central Minnesota Council

Dated: _Nov. 12_, 2020

Melissa Stricherz
(Signature)

Printed Name: Melissa Stricherz

Title: Scout Executive

Address: 1191 Scout Drive

Sartell, MN 56377

Telephone: 320.251.3930

Email: melissa.stricherz@scouting.org

Local Council:                    Glacier's Edge Council, Madison, WI

Dated: November 16, 2020          *Marvin Smith*
                                           (Signature)

            Printed
            Name:      Marvin Smith

            Title:     Interim Scout Executive/Area Director

            Address:   5846 Manufacturers Drive

                       Madison, WI 53704


            Telephone: (608) 310-7300

            Email:     marvin.smith@scouting.org

Local Council: _____ **Greater Alabama Council** _____

Dated: **November 16,** _____, 2020 _____

(Signature)

Printed
Name: _____ **John T. Dabbs, III** _____

Title: _____ **Scout Executive/CEO** _____

Address: _____ **516 Liberty Parkway** _____

**Birmingham, Alabama  35242**

Telephone: _____ **205-969-4240** _____

Email: _____ **jt.dabbs@scouting.org** _____

Local Council: _____ Heart of Virginia Council 602

Dated: _11_/_11_____, 2020    _____

(Signature)

Printed
Name: _____ George M. McGovern_____

Title: _____ Scout Executive / Secretary_____

Address: _____ 4015 Fitzhugh Ave_____

_____ Richmond VA 23230_____

_____

Telephone: _____ 804.204.2611_____

Email: _____ George.M.McGovern@Scouting.org_____

Local Council: _New Birth of Freedom_

Dated: _November 16_, 2020 _Ronald M. Gardner, Jr._

_(Signature)_

Printed
Name: _Ronald M. Gardner, Jr._

Title: _Scout Executive & CEO_

Address: _1 Baden Powell Lane_

_Mechanicsburg, PA 17050_

Telephone: _(717) 843-2042_

Email: _ron.gardner @ scouting.org_

Local Council:

Dated: November 16, 2020

Coastal Georgia Council, Inc.

_Wade W. Herring, II_
(Signature)

Printed
Name:        Wade W. Herring, II
Title:          Attorney for Coastal Georgia Council, Inc.
                 Admitted in Georgia: State Bar # 349343

Address:     Hunter, Maclean, Exley & Dunn, P.C.
                 200 East St. Julian Street
                 P.O. Box 9848
                 Savannah, GA 31412
                 (912) 236-0261
                 wherring@huntermaclean.com.

Local Council:

Dated: NOVEMBER 16 , 2020

Greater Tampa Bay Area Council, BSA

Mark Rose
(Signature)

Printed Name:    MARK D. ROSE

Title:    COUNCIL PRESIDENT

Address:    13223 N. CENTRAL AVE

TAMPA, FLORIDA 33612

Telephone:    813-872-2691

Email:    jim.rees@scouting.org

Local Council:

Dated: _11- 15 -_, 2020

Mantamneer Area Council

_____
(Signature)

Printed
Name:        Robert L. Greer

Title:        attorney

Address:     Greer Law Offices PLC

             439 W. Philadelphia Av

             Bridgeport WV 26330

Telephone:    304-842-8090

Email:        rgreer@greerlawoffices.com

Local Council:                    Northeast Iowa Council, BSA

Dated: Nov 16, 2020          Anna B. Hudak    as Scout Executive
                                                    (Signature)

Printed
Name:         ANNA  B.  HUDAK

Title:          SCOUT EXECUTIVE, CEO

Address:      10601 Military Rd

                   Dubuque, IA  52003


Telephone:    563  556 4393

Email:         anna.hudak@scouting.org

Local Council:

Dated: 11/16 , 2020

SOUTH PLAINS COUNCIL

_Matthew L. Wade_
(Signature)

Printed
Name: MATTHEW L. WADE

Title: GENERAL COUNSEL

Address: P.O. BOX 16197

LUBBOCK, TX 79490

Telephone: 806-793-1711

Email: Matt.wade@uwlaw.com

TX BAR NO. 00794803

Local Council:

Dated: 11/16_____, 2020

De Soto Area Council

_____
(Signature)

Printed
Name:    Jeff Schwab

Title:    Scout Executive

Address:    118 W Peach St.  El Dorado, AR  71730

_____

_____

Telephone:    870-863-5166

Email:    Jeff.Schwab@scouting.org

Local Council:

MIDDLE TENNESSEE COUNCIL, INC.

Dated: _Nov. 16_, 2020

_[Signature]_ ITS CO-COUNSEL
(Signature)

Printed
Name: ROBB S. HARVEY

Title: CO-COUNSEL FOR COUNCIL

Address: 511 UNION AVE STE 2700

NASHVILLE, TENNESSEE
37219

Telephone: 615/850-8859

Email: ROBB.HARVEY@WALLERLAW.COM

Local Council:

Dated: __November 13__, 2020

**Arbuckle Area Council**

_William H. Hoch_

(Signature)

Printed
Name: **William H. Hoch**

Title: **Counsel for Arbuckle Area Council**

Address: **Crowe & Dunlevy**

**Braniff Building, 324 N. Robinson Ave., Ste. 100**

**Oklahoma City, OK 73102**

Telephone: **(405) 235-7700**

Email: **will.hoch@crowedunlevy.com**

Local Council:

Dated: 11/16 , 2020

Cape Fear Council

_____
(Signature)

Printed
Name:     Jonathan Widmark

Title:     Scout Executive

Address:   110 Longstreet Dr.
          Wilmington, NC 28412

Telephone:   910-395-1100

Email:    jonathan.widmark@scouting.org

Local Council: _____ FIVE RIVERS COUNCIL, INC. BSA _____

Dated: _NOVEMBER 16_, 2020 _____
(Signature)

Printed
Name: _____ JOHN M. SHARKEY _____

Title: _____ Council PRESIDENT _____

Address: _____ 244 WEST WATER ST. _____

_____ ELMIRA, NY 14901 _____

OFFICE                    MOBILE
Telephone: _(607)732-9047 , (607)765-8795_

Email: _____ JMShark138 @ GMAIL.com _____

Local Council:

Dated: _Nov 11_, 2020

Golden Empire

_(Signature)_

Printed Name: James Rhodes-Dreyer

Title: Director of Field Service

Address: 251 Commerce Cir

Sacramento  CA

95815

Telephone: 916.929.1417

Email: james.rhodes-dreyer@scouting.org

Local Council: _GREATER YOSEMITE COUNCIL, INC_

Dated: _11-14._____, 2020    _____

(Signature)

Printed
Name:    _ROBERT L FRENCH_

Title:    _PRESIDENT_

Address:    _1308 W ROBINHOOD DRIVE_
_SUITE 19_
_STOCKTON, CA 95207_

Telephone:    _209-477-4417_

Email:    _RFRENCHWTS@AOL.COM_


FKA
49ER COUNCIL BSA
YOSEMITE AREA COUNCIL, BSA

Local Council:

Dated: ___/__/__ , 2020

**Gulf Stream Council**

_____
(Signature)

Printed
Name:      Terrence A. Hamilton

Title:      Scout executive/CEO

Address:   8335 N. Military Trail

Palm Beach Gardens, Florida
33410

_____

Telephone:  561-694-8585

Email:      TerrEnce.Hamilton@scouting.org

Local Council:

Dated: _11/12/_, 2020

HOUSATONIC COUNCIL, BSA

_Gary M V_

(Signature)

Printed
Name: GARY M. PARKER

Title: PRESIDENT

Address: 111 NEW HAVEN AVENUE

DERBY, CT 06418

Telephone: 203 - 410 - 5162

Email: GPARKER4100@ATT.NET

Local Council: _Mid-America    326_

Dated: _16 November_ , 2020

_C.S. Mahaffy_
(Signature)

Printed
Name: _Chris S. Mahaffy_

Title: _CEO + Scout Executive_

Address: _12401 West Maple Road_
_Omaha NE 68164_

Telephone: _402-431-9272_

Email: _Chris.Mahaffy@Scouting.org_

Local Council:                          Mountaineer Area Council

Dated: 11-16-2020                       */s/ Robert L. Greer*
                                        Robert L. Greer (WV Bar No. 5852)
                                        Jonathon W. Fischer (WV Bar No. 12538)
                                        Greer Law Offices, PLLC
                                        439 W. Philadelphia Ave
                                        Bridgeport, WV 26330
                                        T: (304) 842-8090
                                        F: (304) 842-8091
                                        rgreer@greerlawoffices.com
                                        jfischer@greerlawoffices.com
                                        *Counsel for Mountaineer Area Council*

Local Council:               North Florida Council #087

Dated: November, 16, 2020 _____
                                                    (Signature)

                           Printed
                           Name:        Jack L. Sears, Jr.

                           Title:       Scout Executive/CEO

                           Address:     521 S. Edgewood Ave.

                                        Jacksonville, Fl  32205

                                        _____

                           Telephone:   (d) 904-265-3800  (c) 904-945-0050

                           Email:       jack.sears@scouting.org

Local Council:          Old North State Council

Dated: November 16, 2020          Ed Martin

(Signature)

Printed
Name:          Ed Martin

Title:          Scout Executive

Address:          1405 Westover Terrace

Greensboro, NC

27408

Telephone:          336 - 378 - 9166

Email:          ed.martin@scouting.org

Local Council:     Simon Kenton Council

Dated: Nov. 16, 2020     Daniel R Swetnam
_____
(Signature)

Printed
Name:     Daniel R. Swetnam

Title:     Counsel

Address:     Ice Miller LLP

250 West Street

Columbus, Ohio 43215

Telephone:     (614) 462-2225

Email:     Daniel.Swetnam@icemiller.com

Local Council:

Dated: <u>November 16</u>, 2020

<u>Southeast Louisiana Council</u>

_(Signature)_

Printed
Name:    <u>Torrey Hayden</u>

Title:    <u>Development Director/Interim Executive</u>

Address:    <u>4200 S. I-10 Service Rd. W.</u>

        <u>Suite 101</u>

        <u>Metairie, LA  70001</u>

Telephone:    <u>504-889-0388</u>

Email:    <u>sela@bsamail.org</u>

Local Council:

Dated: Nov. 15 , 2020

Three Fives Council #127

_____
(Signature)

Printed
Name: Clint Schroff

Title: Scout Executive/ CEO

Address: 415 N. 2nd St.

St. Charles IL 60174

_____

Telephone: 630-584-9250

Email: Clint.schroff@scouting.org

Local Council:

Dated: <u>13 November</u>, 2020

Tuscarora Council

_____
(Signature)

Printed
Name:          Jason L. Smith

Title:          Scout Executive/CEO

Address:        172 NC Hwy 581 S

                Goldsboro, NC 27530


Telephone:      919-734-1714

Email:          jason.smith@scouting.org

Local Council:

Dated: <u>November 15</u>, 2020

<u>Westark Area Council, Inc. Boy Scouts of America</u>

_____
(Signature)

Printed
Name:   Chris L. Daughtrey

Title:   Scout Executive/CEO

Address:   1401 Old Greenwood Blvd

Fort Smth, AR 72901

Telephone:  479-782-7244

Email:   chris.daughtrey@scouting.org

Local Council:

Dated: 11/15/ , 2020

Western Massachusetts Council

_____
(Signature)

Printed
Name: Gary Savignano

Title: Scout Executive

Address: 1 Arch Road, Suites 5
Westfield MA 01085

Telephone: 413-594-9196

Email: gary.savignano@scouting.org

Local Council:

Dated: **11/14/**, 2020

Jeffrey H. Goldsmith

_Jeffrey H. Goldsmith_
(Signature)

Printed
Name: _Jeffrey H. Goldsmith_

Title: _Council President & Board Chair_

Address: _Jersey Shore Council BSA_

_1518 Ridgeway Road_

_Toms River, NJ 08755_

Telephone: _732-349-1037_

Email: _JGoldsmithBSA@Gmail.Com_

Local Council:                    Blackhawk Area Council #660

Dated:  November 16, 2020         *William A Reilly*
                                         (Signature)

Printed
Name:        William A. Reilly II

Title:       Council Attorney / VP of Governance

Address:     6801 Spring Creek Road, 2D

             Rockford, Illinois 61114


Telephone:   815-316-8540

Email:       WReilly@Reilly-LawOffices.com

Local Council:

Dated: 11/12, 2020

Westchester - Putnam

_(Signature)_

Printed
Name: Richard Stockton

Title: Scout Executive / CEO

Address: 41 Saw Mill River Road
Hawthorne, NY 10532

Telephone: 914-773-1135

Email: richard.stockton@scouting.org

Local Council: Verdugo Hills

Dated: Nov 16, 2020

_(Signature)_

Printed
Name: Michael Hale

Title: Interim Scout Executive

Address: 1325 Grandview Ave
Glendale CA 91201

Telephone: 818-243-6282 C 213-359-979

Email: michael.hale@ ~~scut~~ scouting.org

Local Council:

Dated: _November 16_, 2020

_Yocona Area Council, BSA, # 748_

_Owen McCulloch_
(Signature)

Printed
Name: _Owen McCulloch_

Title: _Scout Executive / CEO_

Address: _505 Air Park Road_

_Tupelo, MS 38801_

Telephone: _(662) 842-2871_

Email: _owen.mcculloch@scouting.org_

Local Council:        Hawkeye Area Council, BSA

Dated: Nov. 16 , 2020        _Sarah Dawson_
                                        (Signature)

Printed
Name:        Sarah Dawson

Title:        CEO / Scout Executive

Address:        660 32nd Ave SW

                Cedar Rapids, IA 52404



Telephone:        319-862-0541

Email:        sarah.dawson@scouting.org

Local Council:

Dated: <u>November 12</u>, 2020

Mason-Dixon Council, Inc., Boy Scouts of America

_____
(Signature)

Printed
Name:        Todd M. Brooks

Title:        Attorney for Mason-Dixon Council

Address:        Whiteford Taylor & Preston LLP

                Seven Saint Paul Street, 15th Floor

                Baltimore, Maryland 21202

Telephone:        (410) 347-9421

Email:        tbrooks@wtplaw.com

Local Council:

Dated:   November 16, 2020

Lincoln Heritage Council

_____
_____
(Signature)

Printed
Name:        James R. Irving

Title:        Partner, Counsel to Lincoln Heritage Council

Address:        Dentons Bingham Greenebaum LLP

3500 PNC Tower, 101 S. Fifth Street

Louisville, KY 40202

Telephone:    (502) 587-3606

Email:        james.irving@denton.com