# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] <br><br>            Debtors. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> (Jointly Administered) <br><br> **Re:  Docket No. 1684** |

### NOTICE OF SUPPLEMENTAL STIPULATION REGARDING CERTAIN LOCAL COUNCIL INDEMNITY, CONTRIBUTION, AND RELATED CLAIMS

**PLEASE TAKE NOTICE** that, on November 16, 2020, the Boy Scouts of America (the "BSA"), the non-profit corporation that is, along with its affiliate, Delaware BSA, LLC, a debtor and debtor in possession in the above-captioned chapter 11 cases (together, the "Debtors"), filed the *Stipulation Regarding Certain Local Council Indemnity, Contribution, and Related Claims* [Docket No. 1684] (the "Stipulation").

**PLEAST TAKE FURTHER NOTICE** that the Stipulation contains the signature pages of certain non-debtor Local Councils of the Boy Scouts of America (the "Specified Local Councils").

**PLEASE TAKE FURTHER NOTICE**, that the Stipulation was filed prior to 5:00 p.m. (prevailing Eastern Time) (the "General Bar Date"), which was established pursuant to the *Order, Pursuant to 11 U.S.C. § 502(b)(9), Bankruptcy Rules 2002 and 3003(c)(3), and Local Rules 2002-1(e), 3001-1, and 3003-1, (I) Establishing Deadlines for Filing Proofs of Claim, (II) Establishing the Form and Manner of Notice Thereof, (III) Approving Procedures for Providing Notice of Bar*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

*Date and Other Important Information to Abuse Survivors, and (IV) Approving Confidentiality Procedures for Abuse Survivors* [Docket No. 695].

**PLEASE TAKE FURTHER NOTICE** that the signature pages of certain of the Specified Local Councils, who provided their signature pages to the Stipulation prior to the General Bar Date, were inadvertently omitted from the Stipulation.

**PLEASE TAKE FURTHER NOTICE** that a supplemental version of the Stipulation (the "Supplemental Stipulation"), which includes the signature pages of the certain Specified Local Counsels who provided their signature pages prior to the General Bar Date, is attached hereto as **Exhibit A**.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated:  November 16, 2020<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** |

*/s/ Eric W. Moats*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Eric W. Moats (No. 6441)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Email:  dabbott@mnat.com
aremming@mnat.com
emoats@mnat.com
ptopper@mnat.com

– and –

**WHITE & CASE LLP**
Jessica C. K. Boelter (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 819-8200
Email:  jessica.boelter@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone:  (212) 881-5400
Email: mandolina@whitecase.com
 mlinder@whitecase.com

*Counsel and Proposed Co-Counsel for the Debtors and Debtors in Possession*