## **Exhibit A**

Supplemental Stipulation

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## STIPULATION REGARDING CERTAIN LOCAL COUNCIL
## INDEMNITY, CONTRIBUTION, AND RELATED CLAIMS

This stipulation is made and entered into by and among the Boy Scouts of America (the

"BSA"), the non-profit corporation that is, along with its affiliate, Delaware BSA, LLC, a debtor

and debtor in possession in the above-captioned chapter 11 cases and the non-debtor Local

Councils of the Boy Scouts of America listed on the signature pages to this stipulation (the

"Specified Local Councils").

### RECITALS

WHEREAS, on May 26, 2020, the United States Bankruptcy Court for the District of

Delaware (the "Bankruptcy Court") entered the *Order, Pursuant to 11 U.S.C. § 502(b)(9),*

*Bankruptcy Rules 2002 and 3003(c)(3), and Local Rules 2002-1(e), 3001-1, and 3003-1,*

*(I) Establishing Deadlines for Filing Proofs of Claim, (II) Establishing the Form and Manner of*

*Notice Thereof, (III) Approving Procedures for Providing Notice of Bar Date and Other*

*Important Information to Abuse Survivors, and (IV) Approving Confidentiality Procedures for*

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

*Abuse Survivors* [Dkt. No. 695] (the "Bar Date Order"),[2] which established 5:00 p.m. (prevailing Eastern Time) on November 16, 2020 as the General Bar Date.

WHEREAS, the Specified Local Councils wish to assert claims against the BSA for indemnity, contribution, reimbursement, and/or subrogation under state law arising out of abuse-related lawsuits.

WHEREAS, the Specified Local Councils wish to avoid the expense of preparing and filing contribution, indemnity, reimbursement, and subrogation claims based on substantially similar factual circumstances.

WHEREAS, the BSA wishes to expressly reserve its rights to contest, defend against, or object to the aforementioned claims.

NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1.    Effectiveness.  This stipulation shall become effective upon execution by counsel for the BSA and the Specified Councils without need for any order of the Bankruptcy Court.

2.    Claims Deemed Asserted.  The BSA stipulates that each of the Specified Local Councils shall be deemed to have timely asserted "any and all claims against the BSA for indemnity, contribution, reimbursement, or subrogation, under any theory of law or equity, related in any way to such Specified Local Council's alleged or determined liability relating to sexual abuse."  Each such claim is deemed asserted as an unsecured claim not entitled to priority and in an amount that is undetermined as of the date hereof.

3.    No Admission.  Nothing herein shall be, or shall be deemed to be, an admission by the BSA or any party in interest as to the validity or priority of any of the claims deemed

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Bar Date Order.

asserted pursuant to Paragraph 2 above (the "Specified Claims"), and the BSA's entry into this stipulation shall not, and shall not be deemed to, waive any rights, arguments, claims, or defenses that the BSA or any other party in interest may have with respect to the Specified Claims. The BSA expressly reserves its rights to contest, defend against, or object to any claim asserted by any of the Specified Local Councils, including the Specified Claims, and this stipulation shall not prejudice or affect the rights of any other party in interest to contest, defend against, or object to any such claim.

4. Local Council Rights. Nothing herein shall be construed to limit or affect any Local Council's right to file a proof of claim pursuant to the Bar Date Order, including for the purpose of asserting claims similar to the Specified Claims.

5. Effect of Stipulation. This Stipulation shall have the same effect as the timely filing of a proof of claim with the Claims and Noticing Agent; provided, however, that the Specified Local Councils each assert that neither this stipulation nor the filing of this stipulation on the docket or on the official claims register shall constitute, or be deemed to constitute: (a) a waiver or release of the Specified Local Councils' respective rights against any person, entity, or property; (b) consent by any Specified Local Council to the jurisdiction of the Bankruptcy Court or any other court; (c) a waiver of the Specified Local Councils' respective rights to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the District of Delaware with respect to the BSA's chapter 11 case; (d) a waiver of the Specified Local Councils' respective rights to withdraw the reference or otherwise challenge the jurisdiction of the Bankruptcy Court, or to assert that the reference has already been withdrawn, with respect to (i) the subject matter of this stipulation, (ii) any objection or other proceeding commenced with respect thereto, or (iii) any other proceeding commenced in the BSA's

chapter 11 case against or otherwise involving any of the Specified Local Councils; (e) a waiver of the Specified Local Councils' respective rights to a trial by jury in any proceeding so triable in the BSA's chapter 11 case or any case, controversy, or proceeding relating to such case; or (f) an election of remedies.  The BSA reserves the right to challenge the assertions set forth in the foregoing proviso, and this stipulation shall not prejudice or affect the right of any party in interest to challenge such assertions.

6.     <u>Retention of Jurisdiction</u>.  The Bankruptcy Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this stipulation.

7.     <u>Filing with Clerk</u>.  The BSA shall cause this stipulation to be promptly filed on the docket of the above-captioned chapter 11 cases.

8.     <u>Filing on Official Claims Register</u>.  Solely to facilitate the administration of the Specified Claims, the Claims and Noticing Agent shall file on the official claims register of the BSA's chapter 11 case one copy of this stipulation for each of the Specified Local Councils, which filings shall be assigned sequential claim numbers beginning with the prefix "LC."

9.     <u>Addresses of Specified Local Councils</u>.  The address written on the signature page for a Specified Local Council shall be the address to which all matters concerning its Specified Claim shall be directed, including notices and requests for information.

10.     <u>Authority</u>.  Each person who executes this stipulation represents that he or she is duly authorized to do so as an agent of the respective party hereto.

11.     <u>Headings</u>.  Headings of the decretal paragraphs of this stipulation have been inserted for convenience of reference only and are not intended to be a part of or to affect the interpretation of stipulation.

*CONSENTED TO BY:*

Dated:  November 16, 2020
        Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Derek C. Abott*

Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Eric W. Moats (No. 6441)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Email:  dabbott@mnat.com
       aremming@mnat.com
       emoats@mnat.com
       ptopper@mnat.com

– and –

**WHITE & CASE LLP**
Jessica C. K. Boelter (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 819-8200
Email:  jessica.boelter@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone:  (312) 881-5400
Email: mandolina@whitecase.com
       mlinder@whitecase.com

*Counsel and Proposed Co-Counsel for the Debtors
and Debtors in Possession*

Local Council:

Dated: November 10, 2020

Allegheny Highlands Council 382

_Nate Thornton_ (Signature)

Printed Name: Nathaniel Thornton

Title: Scout Executive

Address: PO Box 261

50 Hough Hill Rd

Falconer, NY 14733

Telephone: 716-665-2697

Email: Nate.thornton@scouting.org

Local Council:

Dated: 11/13 , 2020

Bade-Powell Council #368

_____
(Signature)

Printed
Name: Matthew Bull

Title: Scout Executive

Address: 2150 Nys 12

Binghton NY 13901

_____

Telephone: 607-648-7888

Email: Matthew.Bull@Scouting.org
Matthew.Bull@Scouting.org

Local Council:

Dated: _November 12_, 2020

Baltimore Area Council Boy Scouts of America, Inc.

_____
(Signature)

| | |
|---|---|
| Printed Name: | Todd M. Brooks |
| Title: | Attorney for Baltimore Area Council |
| Address: | Whiteford Taylor & Preston LLP |
| | Seven Saint Paul Street, 15th Floor |
| | Baltimore, Maryland 21202 |
| Telephone: | (410) 347-9421 |
| Email: | tbrooks@wtplaw.com |

Local Council: _BUFFALO TRACE COUNCIL #156_

Dated: _NOVEMBER 11_, 2020 _____
_(Signature)_

Printed
Name: _JOHN G. HARDING_

Title: _SCOUT EXECUTIVE_

Address: _3501 E. LLOYD EXPRESSWAY_

_EVANSVILLE IN 47715_

_____

Telephone: _812. 423. 5246_

Email: _john. harding@scouting.org_

Local Council:

Dated: November 13, 2020

Cape Cod & Islands Council, Inc.

(Signature)

Printed Name: Robert C. Chamberlain, Esq.

Title: Attorney for the Council
(also Council Vice President of Finance)

Address: Rubin, Rudman, Chamberlain and Marsh

99 Willow Street, P. O. Box 40

Yarmouthport, MA  02675-0040

Telephone: 508-362-6262

Email: rchamberlain@rubinrudman.com

Local Council:

Dated: 11 November 2020

Cascade Pacific

(Signature)

Printed
Name: Matthew S. Devore

Title: Scout Executive / CEO

Address: 2145 SW Naito Parkway

Portland, OR  97201

Telephone: 503-226-3423

Email: matthew.devore@scouting.org

Local Council:                    Conquistador Council 413

Dated: _11/10_ , 2020            R Matthew Bristol
                                  (Signature)

Printed
Name:         R Matthew Bristol

Title:        Board President

Address:      Box 2929

              Roswell NM 88202


Telephone:    575 625 8284

Email:        mattrmblaw @

              Cableone.net

Local Council:

Dated: _November 12_ , 2020

Cornhusker Council #324

_____
(Signature)

Printed
Name:      John Sumner

Title:      Scout Executive

Address:      600 S. 120th st

Walton, NE 68461

_____

Telephone:   402-488-6020

Email:      John.Sumner@scouting.org

Local Council:  _Erie Shores Council, Inc. BSA_

Dated: _November 11_, 2020  _____
(Signature)

Printed
Name: _Edward A. Caldwell_

Title: _Scout Executive/CEO_

Address: _5600 W Sylvania Ave_

_Toledo, OH 43623_

Telephone: _419-241-7293_

Email: _ed.caldwell@scouting.org_

Local Council:

Evangeline Area Council -212

Dated: 11/10, 2020

_____
(Signature)

Printed
Name: Art Hawkins

Title: Executive Director

Address: 2266 S. College Road Ext.
Suite E
Lafayette, LA 70508

Telephone: 337-235-8551 ext. 105

Email: Art.Hawkins @ Scouting.org

Local Council: French Creek

Dated: _Nov. 13_ , 2020

_(Signature)_

Printed
Name: Duane Havard

Title: Scout Executive

Address: 1815 Robison Rd. W.

Erie, PA 16509

Telephone: 814-868-5571

Email: duane.havard@scouting.org

Local Council: _Garden State Council_

Dated: _Nov. 12_, 2020

_Patr..._
(Signature)

Printed
Name: _Patrick Linfors_

Title: _Scout Executive_

Address: _693 Rancocas Rd._

_Westampton, NJ 08060_

Telephone: _609-261-5850_

Email: _patrick.linfors@scouting.org_

Local Council:          Gateway Area Council

Dated: 11/13 , 2020     _____
                        (Signature)

                        Printed
                        Name:      Joseph Carlson

                        Title:     Scout Executive / CEO

                        Address:   2600 Quarry Rd

                                   LA Crosse WI 54601


                        Telephone: 868-615-0298

                        Email:     Joe.Carlson @ scouting.org

Local Council: _____Golden Spread Council_____

Dated: __November 11__, 2020  _____BWT_____
(Signature)

Printed
Name: _____Brian W Tobler_____

Title: _____Scout Executive_____

Address: _____401 Tascosa Road_____

_____Amarillo, TX 79124_____

_____

Telephone: _____806 358 6500_____

Email: _____brian.tobler@scouting.org_____

Local Council:

Dated: _11-13 -_ , 2020

_Great Trail Council_

_Patrick M Scherer_
(Signature)

Printed
Name: _Patrick M Scherer_

Title: _Scout Executive / CEO_

Address: _41500 Hudson Drive_

_Stow OH 44224_

Telephone: _234- 900- 5910_

Email: _patrick.scherer@scouting.org_

Local Council:

Dated: Nov 12 , 2020

Greenwich Council, BSA

XP O'Shea

(Signature)

Printed
Name: Kevin P. O'Shea

Title: Scout Executive

Address: 63 Mason Street

Greenwich, CT 06830

Telephone: 1-203-869-8424

Email: Kevin.OShea@scouting

Local Council: _Heart of New England Council_

Dated: _11_ / _11_____ , 2020

_____Rich_____

(Signature)

Printed
Name: _Nicholas Thornton_

Title: _Acting Scout Executive_

Address: _1980 Lunenburg Rd_

_Lancaster MA 01523_

_____

Telephone: _978-534-3532_

Email: _Nick.thornton@Scouting.org_

Local Council:

Dated: _November 12_, 2020

Illowa Council #133

_____
(Signature)

Printed Name: _Jeffrey A. Doty_

Title: _Scout Executive/CEO_

Address: _4412 N. Brady St._

_Davenport IA 52806_

Telephone: _563-388-7233_

Email: _jeff.doty@scouting.org_

_Cell: 314-640-2284_

Local Council:

Indian Nations Council, BSA Inc (#488)

Dated: _11/11_ , 2020

_(Signature)_

Printed
Name: _William W. Haines_

Title: _Scout Executive / CEO_

Address: _4295 S. Garnett Road_

_Tulsa, Oklahoma 74146_

Telephone: _918 743 6125_

Email: _bhaines @ BSAMAIL.org._

Local Council:                    LaSalle Council, BSA 165

Dated: November 12, , 2020

                                  (Signature)

                    Printed
                    Name:        John M. Cary

                    Title:       Scout Executive / CEO

                    Address:     1340 SOuth Bend Ave

                                 South Bend, IN 46628


                    Telephone:   574-289-0337 ex 310

                    Email:       john.cary@scouting.org

Local Council:

Dated: __November 13__, 2020

**Last Frontier Council**

*William H. Hoch*

(Signature)

Printed Name:  **William H. Hoch**

Title:  **Counsel for Last Frontier Council**

Address:  **Crowe & Dunlevy**

**Braniff Building, 324 N. Robinson Ave., Ste. 100**

**Oklahoma City, OK 73102**

Telephone:  **(405) 235-7700**

Email:  **will.hoch@crowedunlevy.com**

Local Council:

Dated: 11 / 10 , 2020

Long Beach Area Council

_(Signature)_

Printed
Name: John Fullerton

Title: Scout Executive

Address: 401 E. 37th Street

Long Beach, CA 90807

Telephone: 562-427-0911

Email: john.fullerton@scouting.org

Local Council:                    Mayflower Council, BSA (Massachusetts)

Dated: November 10, 2020

(Signature)

Printed
Name:            Michael Rotar

Title:            Council President

Address:         c/o Mayflower Council, BSA

                 83 Cedar Street

                 Milford, MA 01757

Telephone:       (508) 872-6551

Email:           rotar@verizon.net

Local Council:                   Michigan Crossroads Council, Inc., Boy Scouts of America
                                 ("MCC"), each of the councils identified on the attached
                                 Exhibit A that currently exist in the geographic area now
                                 covered by MCC (See the table labelled "Existing
                                 Councils."), and each of the councils identified on the
                                 attached Exhibit A that is believed to have formerly existed
                                 and operated in the geographic area now covered by MCC
                                 (See the table labelled "Historical Council Names and
                                 Council Numbers.")

Dated: November _12_, 2020       _____
                                                         (Signature)

                                 Printed
                                 Name:        Donald D. Shepard, Jr.

                                 Title:       Scout Executive of Michigan Crossroads
                                              Council, Inc., Boy Scouts of America
                                              ("MCC"),
                                              Scout Executive of each of the councils
                                              identified on the attached Exhibit A that
                                              currently exist in the geographic area now
                                              covered by MCC (See the table labelled
                                              "Existing Councils."), and
                                              Authorized Representative of each of the
                                              councils identified on the attached Exhibit A
                                              that is believed to have formerly existed and
                                              operated in the geographic area now covered
                                              by MCC (See the table labelled "Historical
                                              Council Names and Council Numbers.")

                                 Address:     14258 Michigan Street, Eagle, Michigan
                                              48822

                                 Telephone:   Office:     (517) 940-4210
                                              Cell:       (517) 945-2290

                                 Email:       Donald.Shepard@scouting.org

Local Council: MONMOUTH #347

Dated: NOV 10, 2020

_(Signature)_

Printed Name: MICHAEL P. MAHON

Title: SCOUT EXECUTIVE SECRETARY, & CEO.

Address: 705 GINESI DR

MANGANVILLE N.J 07751

Telephone: 732 - 851 - 8219

Email: MICHAEL.MAHON@Scouting.org

Local Council:

Dated: _11 / 13____, 2020

Mount Baker Council
_____
(Signature)

Printed
Name: Kevin O. Nichols

Title: Scout Executive

Address: 1715 100TH Place SE, Ste B
Everett, WA 98208

_____

Telephone: 425-338-0380

Email: Kevin.Nichols@scouting.org

Local Council:

Dated: <u>November 13</u>, 2020

Mountain West Council

_(Signature)_

Printed
Name:   Brent R. Wilson

Title:   Attorney for Mountain West Council

Address:   Hawely Troxell Ennis & Hawley LLP

877 Main Street, Suite 1000

Boise, Idaho 83702

Telephone: 208-388-4852

Email:   bwilson@hawleytroxell.com

Local Council:   Northeastern Pennsylvania

Dated: 11/12 , 2020   _M J L_

(Signature)

Printed
Name:   MArk J. Barbenitz

Title:   Scott Executive

Address:   72 Montage MTN rd

Moosic, Pa 18507

Telephone:   570 207-1227 ext 227

Email:   MArk.barbanztz Scouting.org

Dated: November 12, 2020
       Wilmington, Delaware

**McCARTER & ENGLISH, LLP**

By: *Kate R. Buck*

Kate R. Buck (DE No. 5140)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
Telephone (302) 984-6300
Facsimile:   (302) 984-6399
Email: kbuck@mccarter.com

-and-

**McCARTER & ENGLISH, LLP**
Clement J. Farley, Esq. (admitted pro-hac vice)
Jeffrey T. Testa, Esq. (admitted pro-hac vice)
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444
Facsimile:  (973) 624-7070
Email: cfarley@mccarter.com
          jtesta@mccarter.com

*Attorneys for the Boy Scouts of America,*
*Northern New Jersey Council*

Local Council: _Northwest Georgia_

Dated: _11/12_ , 2020   _Matt Hart_

_____

(Signature)

Printed
Name: _Matt Hart_

Title: _Scout Executive_

Address: _P. O. Box 1422_

_Rome, Ga 30162_

_____

Telephone: _706-235-5545_

Email: _matt.hart@scouting.org_

Local Council:    Norwela Council

Dated: Nov. 10 , 2020

_____
(Signature)

Printed
Name:    Kyle McInnis

Title:    Council Attorney

Address:    333 Texas St., Ste. 2020
            Shreveport, LA 71101

Telephone:    (318) 227-2000

Email:    kyle.mcinnis @
          andersonoilandgas.com

Local Council:                     Occoneechee Council

Dated: *November 18*, 2020        *Charles L Flowers*
                                   (Signature)

Printed
Name:          *Charles L. Flowers*

Title:         *Scout Executive/ CEO*

Address:       *3231 Atlantic Avenue*

               *Raleigh, NC  27604*


Telephone:     *984. 777. 3906*

Email:         *Charles. flowers @ scouting. org*

Local Council:                    Oregon Trail

Dated: _Nov, 13_, 2020          _____
                                 (Signature)

Printed
Name:         Scott Impecoven

Title:        Scout Executive

Address:      2525 Martin Luther King
              Jr. Blvd,

              Eugene, OR 97401

Telephone:    (541) 284-4385

Email:        simpecoven@otebsa.org

Local Council:

Dated: _November 13_, 2020

Ozark Trails Council #306

_____
John Feile
(Signature)

Printed
Name: John S. Feick

Title: Scout Executive

Address: 1616 S. Eastgate Ave.
Springfield Mo 65809

_____

Telephone: 812-327-3600

Email: john s. feick@scouting.org

Local Council:    _Pacific Harbors Council #612_

Dated: _Nov. 10_, 2020    _Karen Meier_
_____
(Signature)

Printed
Name:    _Karen Meier_

Title:    _Scout Executive/CEO_

Address:    _4802 S. 19th Street_
_Tacoma, WA_
_98465_

Telephone:    _509-919-0363 (cell)_

Email:    _Karen.meier@scouting.org_

Local Council:

Dated: 11/11 _____, 2020

PACIFIC SKYLINE COUNCIL

_____
(Signature)

Printed
Name: BRIAN CURTIS

Title: SCOUT EXECUTIVE

Address: 1150 CHESS DRIVE

FOSTER CITY CA

94404

Telephone: 650-341-5633

Email: BRIAN. CURTIS @ SCOUTING. ORG

Local Council:

Dated: November 13 2020

Palmetto Council

Justin K. William
(Signature)

Printed Name: Justin Williams

Title: Scout Executive/CEO

Address: 420 South Church St.

Spartanburg, SC 29306

Telephone: 864-585-4391

Email: Justin.Williams@Scouting.org

Local Council: _____Patriots' Path_____

Dated: _Nov. 12_, 2020    _____Marc Andreo_____
                                    (Signature)

Printed
Name: _____MARC ANDREO_____

Title: _____Scout Executive / CEO_____

Address: _____1 Saddle Road_____

_____Cedar Knolls, NJ 07927_____

_____

Telephone: _____973 - 765 - 9322 x 245_____

Email: _____MARC.ANDREO @_____
                      Scouting.org

Local Council: _____ Piedmont Council (042)

Dated: Nov. 14, 2020 _____

(Signature)

Printed
Name: Seth Hilton

Title: President

Address: 180 Mountain Ave.
Piedmont, CA 94611

_____

Telephone: 415-416-9355

Email: Seth.Hilton@stoel.com

Local Council:

Pine Tree Council

Dated: _____Nov. 11_____, 2020

_____
(Signature)

Printed Name: Lindsay Zahradka Milne

Title: Attorney

Address: 100 Middle Street

Portland, ME 04062

_____

Telephone: (207) 228-7379

Email: lmilne@bernsteinshur.com

Local Council:

Dated: _Nov. 13_ , 2020

_Pony Express Council_

_Alan L. Franks_

(Signature)

Printed
Name: _Alan L. Franks_

Title: _Scout Executive_

Address: _1704 Buckingham_

_St. Joseph, Missouri 64506_

Telephone: _816-233-1351_

Email: _alan.franks@scouting.org_

Local Council:

Dated: _Nov. 13_ , 2020

REDWOOD EMPIRE COUNCIL BSA  041

_(Signature)_

Printed
Name: CHARLES A. HOWARD-GIBBON

Title: COUNCIL SCOUT EXECUTIVE

Address: 1000 APOLLO WAY SUITE 106

SANTA ROSA, CA 95407

Telephone: (707) 546-8137

Email: charles.howard-gibbon@scouting.org

Local Council:

Dated: November 13 , 2020

Sagamore Council, BSA

_(Signature)_

Printed
Name:    Ben Blumenberg

Title:    Scout Executive / CEO

Address:    518 N. Main St.

PO Box 865

Kokomo, IN  46901

Telephone:    765-452-8253

Email:    ben.blumenberg@scouting.org

Local Council:

Dated: _November 13_, 2020

Santa Fe Trail Council

_____
(Signature)

Printed
Name: _Aaron Kite_

Title: _Board Counsel - Santa Fe Trail Council_

Address: _808 W. McArtor Road_

_Dodge City, KS 67801_

Telephone: _620.255.2673_

Email: _aaron@kitelawfirm.com_

Local Council:                    SENECA WATERWAYS COUNCIL

Dated: Nov 11 , 2020             _____
                                            (Signature)

Printed
Name:        Stephen Hoitt

Title:       Scout Executive

Address:     2320 Brighton Henrietta TL Rd

             Rochester, NY 14623

             _____

Telephone:   585 241-8554

Email:       STEPHEN.HOITT@SCOUTING.ORG

Local Council:

Dated: November 11, 2020

Shenandoah Area Council 598

_____
(Signature)

Printed Name: Robert L Garrett

Title: CEO

Address: 107 Youth Development Ct.
Winchester VA 22602

_____

Telephone: 540 662 2551

Email: Robert.Garrett@Scouting.org

Local Council:

Dated: 11.12_____, 2020

Silicon Valley, Monterey Bay Council #55

_____
(Signature)

Printed
Name:    Jason Stein

Title:    Scout Executive

Address:    970 W. Julian Street

    San Jose, CA  95126

Telephone:    408-638-8300

Email:    Jason.Stein@scouting.org

Local Council:                    South Florida Council, Inc., BSA

Dated: November 12, 2020

(Signature)

Printed
Name:        Jeffrey S. Berger

Title:        Scout Executive

Address:      15255 NW 82nd Avenue

              Miami Lakes, FL 33016


Telephone:    305-364-0020

Email:        jeff.berger@scouting.org

Local Council: _South Georgia Council #098_

Dated: _13 November_ 2020     _Mark P. Manchester_
                              _____
                              (Signature)

Printed
Name:       _MARK MANCHESTER_

Title:       _Scout Executive_

Address:     _1841 Norman Dr._

             _Valdosta Georgia_

             _31601_

Telephone:   _229 - 242 - 2331_

Email:       _Mark.Manchester @
             Scouting.Org_

Local Council: 227

Dated: Nov 13 , 2020

_____
(Signature)

Printed
Name: CHARLES EATON

Title: SCOUT EXECUTIVE

Address: 44 Cliff St

Plymouth MA

02360

Telephone: 610.764.9835

Email: Chuck.Eaton@Scouting.org

Local Council:

Dated: _Nov. 11_ , 2020

Texas Southwest Council

_Devin Koehler_
(Signature)

Printed
Name: _Devin Koehler_

Title: _Scout Executive_

Address: _P. O. Box 1584_

_San Angelo, TX 76902_

Telephone: _325-655-7107_

Email: _devin.koehler@scouting.org_

Local Council:

Dated:  November, 12, 2020

Theodore Roosevelt Council, Inc

(Signature)

| | |
|---|---|
| Printed Name: | Christopher M. Coscia |
| Title: | Scout Executive |
| Address: | 544 Broadway |
| | Massapequa, NY 11758 |
| | |
| Telephone: | 1-516-797-7600 |
| Email: | Chris.Coscia@Scouting.org |

Local Council:    _Twin Valley Council Inc. Boy Scouts of America_

Dated: _November 10_, 2020

_____
(Signature)

Printed
Name:    Raymond W. Brauer

Title:    Scout Executive

Address:    810 Madison Avenue

Mankato MN 56001

_____

Telephone:    507  387  3123

Email:    ray.brauer@scouting.org

Local Council:

Dated: Nov. 13 , 2020

VOYAGEURS AREA COUNCIL

_(Signature)_

Printed Name: Michael Jenkins

Title: Scout Executive

Address: 3877 Stebner Rd.

Hermantown, MN 55811

Telephone: 218-740-4520

Email: Michael.jenkins@scouting.org

Local Council:

Dated: Nov, 13 , 2020

_Magne G. Gundersen_
(Signature)

Printed
Name: Magne G. Gundersen

Title: Scout executive / CEO

Address: 1 Scout Way
Doylestown, PA 18901

Telephone: 215-348-7205, x 317

Email: magne.gundersen @
scouting.org

Local Council:

Dated: _Nov 13_ , 2020

_Westmoreland - Fayette_

_____
                    (Signature)

Printed
Name:     _David Colecchia_

Title:    _David A. Colecchia and Associates_

Address:  _324 South Maple Ave_

          _Greensburg, Pa 15601_

Telephone: _724-837-2320_

Email:     _Colecchia542@comcast.Net_

Local Council:

Dated: _11/13_____, 2020

_Ty Page_

_Ty Page_
(Signature)

Printed
Name: _Ty Page_

Title: _Scout Executive_

Address: _7601 Lockheed Dr._
_El Paso TX 79925_

Telephone: _915 772 2292_

Email: _ty.page@scouting.org_

Local Council:                    Hudson Valley Council, B.S.A.

Dated: _Nov. 15_, 2020    _David G. Yttri_
                                          (Signature)

Printed
Name:        David G. Horton

Title:        Scout Executive/CEO

Address:      6 Jeanne Drive
              Newburgh, NY 12550

Telephone:  (M) 610-334-0168

Email:      david.horton@scouting.org

Local Council:

Dated: *Nov. 13*, 2020

Three Harbors Council, BSA

_____
(Signature)

Printed
Name: Andrew Hardin

Title: Scout Executive/CEO

Address: 330 South 84th St.

Milwaukee, WI 53214

Telephone: 414-443-2875

Email: Andrew.Hardin@Scouting.org

Local Council:                Tidewater Council, Virginia Beach, VA

Dated:  November 11 , 2020

                                                        (Signature)

                        Printed
                        Name:        Charles R. Kubic

                        Title:          President

                        Address:     1032 Heatherwood  Drive

                                          Virginia Beach, VA  23455


                        Telephone:   757-497-2688

                        Email:         kubiccr@msn.com

Local Council:                    Iroquois Trail Council Inc.

Dated: Nov. 13 , 2020            James C McMullen
                                        (Signature)

                        Printed
                        Name:        James C McMullen

                        Title:       Scout Executive

                        Address:     102 S Main St.

                                     Oakfield, NY 14125


                        Telephone:   585 - 343 - 0307

                        Email:       Jim.mcmullen@scouting.org

Local Council:

Central Minnesota Council

Dated: _Nov. 12_, 2020

_Melissa Stricherz_
(Signature)

Printed
Name: Melissa Stricherz

Title: Scout Executive

Address: 1191 Scout Drive

Sartell, MN 56377

Telephone: 320.251.3930

Email: melissa.stricherz@scouting.org

Local Council:  ___Glacier's Edge Council, Madison, WI___

Dated: __November 16__, 2020    _Marvin Smith_
    (Signature)

Printed
Name:    Marvin Smith

Title:    Interim Scout Executive/Area Director

Address:    5846 Manufacturers Drive

    Madison, WI 53704

    _____

Telephone:    (608) 310-7300

Email:    marvin.smith@scouting.org

Local Council:                    _____ **Greater Alabama Council** _____

Dated: __November 16,___, 2020    _____
                                        (Signature)

                                  Printed
                                  Name:        __**John T. Dabbs, III**_____

                                  Title:       __**Scout Executive/CEO**_____

                                  Address:     __**516 Liberty Parkway**_____

                                               __**Birmingham, Alabama  35242**__

                                               _____

                                  Telephone:   __**205-969-4240**_____

                                  Email:       __**jt.dabbs@scouting.org**_____

Local Council:    _Heart of Virginia Council 602_

Dated: _11/11_____, 2020    _____
                                    (Signature)

Printed
Name:    _George McGovern_

Title:    _Scout Executive / Secretary_

Address:    _4015 Fitzhugh Ave_

_Richmond VA 23230_

_____

Telephone:    _804.204.2611_

Email:    _George.M.McGovern@Scouting.org_

Local Council: _New Birth of Freedom_

Dated: _November 16_ , 2020    _Ronald M. Gardner_ , X
                                            (Signature)

Printed
Name:    _Ronald M. Gardner, Jr._

Title:    _Scout Executive & CEO_

Address:    _1 Baden Powell Lane_

_Mechanicsburg, PA 17050_

Telephone: _(717) 843-2042_

Email:    _ron.gardner @ scouting.org_

Local Council:                    Coastal Georgia Council, Inc.

Dated: November 16, 2020     _Wade W. Herring, II_
                                          (Signature)

                    Printed
                    Name:        Wade W. Herring, II
                    Title:         Attorney for Coastal Georgia Council, Inc.
                                    Admitted in Georgia: State Bar # 349343

                    Address:      Hunter, Maclean, Exley & Dunn, P.C.
                                    200 East St. Julian Street
                                    P.O. Box 9848
                                    Savannah, GA 31412
                                    (912) 236-0261
                                    wherring@huntermaclean.com.

Local Council: _Greater Tampa Bay Area Council, BSA_

Dated: NOVEMBER 16 , 2020    _Mark Rose_
_____
(Signature)

Printed
Name: MARK D. ROSE

Title: COUNCIL PRESIDENT

Address: 13223 N. CENTRAL AVE

TAMPA, FLORIDA 33612

_____

Telephone: 813-872-2691

Email: jim.rees@scouting.org

Local Council: _Mantaineer Area Council_

Dated: _11-15_ , 2020

_____
(Signature)

Printed
Name: _Robert L. Greer_

Title: _attorney_

Address: _Greer Law Offices PLC_

_439 W. Philadelphia Av_

_Bridgeport WV 26330_

Telephone: _304-842-8090_

Email: _rgreer@greerlawoffices.com_

Local Council: _Northeast Iowa Council, BSA_

Dated: _Nov 16_ , 2020    _Anna B. Hudak as Scout Executive_
(Signature)

Printed
Name: _ANNA B. HUDAK_

Title: _SCOUT EXECUTIVE, CEO_

Address: _10601 Military Rd_

_Dubuque, IA 52003_

Telephone: _563 556 4393_

Email: _anna.hudak@scouting.org_

Local Council:

Dated: _11/16_ , 2020

_SOUTH PLAINS COUNCIL_

_Matthew L. Wade_
(Signature)

Printed
Name:  _MATTHEW L. WADE_

Title:  _GENERAL COUNSEL_

Address:  _P.O. BOX 16197_

_LUBBOCK, TX 79490_

Telephone:  _806-793-1711_

Email:  _Matt.wade@uwlaw.com_

_TX BAR NO. 00794803_

Local Council:

Dated: 11/16 _____ , 2020

De Soto Area Council
_____

_____
(Signature)

Printed
Name:    Jeff Schwab

Title:    Scout Executive

Address:    118 W Peach St.  El Dorado, AR  71730

_____

_____

Telephone:    870-863-5166

Email:    Jeff.Schwab@scouting.org

Local Council:   MIDDLE TENNESSEE COUNCIL, INC.

Dated: _Nov. 16_, 2020   _Robb S. Harvey_ ITS CO-COUNSEL
                                    (Signature)

Printed
Name:   ROBB S. HARVEY

Title:   CO-COUNSEL FOR COUNCIL

Address:   511 UNION AVE STE 2700

NASHVILLE, TENNESSEE

37219

Telephone:   615/850-8859

Email:   ROBB.HARVEY@WALLERLAW.COM

Local Council:

Dated: __November 13__, 2020

**Arbuckle Area Council**

*William H. Hoch*

(Signature)

Printed Name: **William H. Hoch**

Title: **Counsel for Arbuckle Area Council**

Address: **Crowe & Dunlevy**

**Braniff Building, 324 N. Robinson Ave., Ste. 100**

**Oklahoma City, OK 73102**

Telephone: **(405) 235-7700**

Email: **will.hoch@crowedunlevy.com**

Local Council:

_Cape Fear Council_

Dated: _11/16_ , 20_20_

_____(Signature)_____

Printed
Name: _Jonathan Widmark_

Title: _Scout Executive_

Address: _110 Longstreet Dr._

_Wilmington, NC  28412_

Telephone: _910-395-1100_

Email: _jonathan.widmark@scouting.org_

Local Council: _FIVE RIVERS COUNCIL, INC. BSA_

Dated: _NOVEMBER 16_, 2020

_John M. Sharkey_
(Signature)

Printed
Name: _JOHN M. SHARKEY_

Title: _Council President_

Address: _244 WEST WATER ST._

_ELMIRA, NY  14901_

OFFICE                    MOBILE

Telephone: _(607)732-9047 , (607)765-8795_

Email: _JMShark138 @ GMAIL.com_

Local Council:

Dated: Nov 11 , 2020

Golden Empire

_(Signature)_

Printed
Name: James Rhodes-Dreyer

Title: Director of Field Service

Address: 251 Commerce Cir

Sacramento CA

95815

Telephone: 916, 929, 1417

Email: james.rhodes-dreyer@scouting.org

Local Council: GREATER YOSEMITE COUNCIL, INC

Dated: 11-14. , 2020

_____
(Signature)

Printed
Name: ROBERT L FRENCH

Title: PRESIDENT

Address: 1305 W ROBINHOOD DRIVE
SUITE 19
STOCKTON, CA 95207

Telephone: 209-477-4417

Email: RFLENCHWTS@AOL.COM

FKA
49ER COUNCIL  BSA
YOSEMITE AREA COUNCIL, BSA

Local Council:

Dated: _____, 2020

Gulf Stream Council

_____

(Signature)

Printed
Name:        Terrence A. Hamilton

Title:           Scout executive/CEO

Address:      8335 N. Military Trail

                  Palm Beach Gardens, Florida
                  33410

Telephone:   561-694-8585

Email:          TerrEnce.Hamilton@scouting.org

Local Council:

Dated: _11/12/_ , 2020

HOUSATONIC COUNCIL, BSA

_Gary M V_
(Signature)

Printed
Name: GARY M. PARKER

Title: PRESIDENT

Address: 111 NEW HAVEN AVENUE

DERBY, CT 06418

Telephone: 203 - 410 - 5162

Email: GPARKER4100@ATT.NET

Local Council: _Mid-America_    _326_

Dated: _16 November_ , 2020    _____
(Signature)

Printed
Name:    _Chris S. Mehaffly_

Title:    _CEO + Scout Executive_

Address:    _12401 West Maple Road_
_Omaha NE 68164_

_____

Telephone:    _402-431-9272_

Email:    _Chris.Mehaffy@Scout.org_

Local Council:                              Mountaineer Area Council

Dated: 11-16-2020                      */s/ Robert L. Greer*
                                                    Robert L. Greer (WV Bar No. 5852)
                                                    Jonathon W. Fischer (WV Bar No. 12538)
                                                    Greer Law Offices, PLLC
                                                    439 W. Philadelphia Ave
                                                    Bridgeport, WV 26330
                                                    T: (304) 842-8090
                                                    F: (304) 842-8091
                                                    rgreer@greerlawoffices.com
                                                    jfischer@greerlawoffices.com
                                                    *Counsel for Mountaineer Area Council*

Local Council:

Dated: <u>November, 16</u>, 2020

North Florida Council #087

_____
(Signature)

Printed
Name:         Jack L. Sears, Jr.

Title:         Scout Executive/CEO

Address:       521 S. Edgewood Ave.

               Jacksonville, Fl  32205

               _____

Telephone:     (d) 904-265-3800  (c) 904-945-0050

Email:         jack.sears@scouting.org

Local Council:

Dated: November 16, 2020

Old North State Council

Ed Martin

(Signature)

Printed Name: Ed Martin

Title: Scout Executive

Address: 1405 Westover Terrace

Greensboro, NC

27408

Telephone: 336-378-9166

Email: ed.martin@scouting.org

Local Council: _Simon Kenton Council_

Dated: **Nov. 16**, 2020    _Daniel R Swet_
_____
(Signature)

Printed
Name:    Daniel R. Swetnam

Title:    Counsel

Address:    Ice Miller LLP

250 West Street

Columbus, Ohio 43215

Telephone:    (614) 462-2225

Email:    Daniel.Swetnam@icemiller.com

Local Council:    Southeast Louisiana Council

Dated: __November 16__, 2020

_Torrey Hayden_
(Signature)

Printed
Name:    Torrey Hayden

Title:    Development Director/Interim Executive

Address:    4200 S. I-10 Service Rd. W.

Suite 101

Metairie, LA  70001

Telephone:    504-889-0388

Email:    sela@bsamail.org

Local Council: _Three Fives Council #127_

Dated: _Nov. 15_ , 2020

_Clint Schroff (Signature)_

Printed Name: _Clint Schroff_

Title: _Scout Executive / CEO_

Address: _415 N. 2nd St._

_St. Charles IL 60174_

Telephone: _630-584-9250_

Email: _Clint.schroff @ scouting.org_

Local Council:

Dated: <u>13 November</u>, 2020

Tuscarora Council

_____

_____
(Signature)

Printed
Name:          Jason L. Smith

Title:          Scout Executive/CEO

Address:          172 NC Hwy 581 S

          Goldsboro, NC 27530

Telephone:          919-734-1714

Email:          jason.smith@scouting.org

Local Council:

Dated: <u>November 15</u>, 2020

<u>Westark Area Council, Inc. Boy Scouts of America</u>

(Signature)

Printed
Name:   Chris L. Daughtrey

Title:   Scout Executive/CEO

Address:   1401 Old Greenwood Blvd

Fort Smth, AR 72901

Telephone:   479-782-7244

Email:   chris.daughtrey@scouting.org

Local Council:

Dated: 11/15/ , 2020

Western Massachusetts Council

_(Signature)_

Printed
Name: Gary Savignano

Title: Scout Executive

Address: 1 Arch Road, Suites
Westfield MA 01085

Telephone: 413-594-9196

Email: gary.Savignano@Scouting.org

Local Council:

Dated: 11/14/ , 2020

Jeffrey H. Goldsmith

_Jeffy H. Goldsmith_
(Signature)

Printed
Name: Jeffrey H. Goldsmith

Title: Council President & Board Chair

Address: Jersey Shore Council BSA
1518 Ridgeway Road
Toms River, NJ 08755

Telephone: 732-349-1037

Email: JGoldsmithBSA@Gmail.Com

Local Council:                   Blackhawk Area Council #660

Dated:  November 16, 2020

(Signature)

Printed
Name:        William A. Reilly II

Title:        Council Attorney / VP of Governance

Address:      6801 Spring Creek Road, 2D

              Rockford, Illinois 61114


Telephone:    815-316-8540

Email:        WReilly@Reilly-LawOffices.com

Local Council:

Dated: 11/12, 2020

Westchester - Putnam

_(Signature)_

Printed Name: Richard Stockton

Title: Scout Executive / CEO

Address: 41 Saw Mill River Road
Hawthorne, NY 10532

Telephone: 914-773-1135

Email: richard.stockton@scouting.org

Local Council: _____Verdugo Hills_____

Dated: __Nov  16__, 2020    _____
                                          (Signature)

Printed
Name:      Michael Hale

Title:      Interim Scout Executive

Address:    1325 Grandview Ave

            Glendale  CA  91201

            _____  C 213-359-979

Telephone:   818-243-6282

Email:     michael.hale@ ~~scout~~ scouting.org

Local Council:

Dated: _November 16_, 2020

_Yocona Area Council, BSA, # 748_

_Owen McCulloch_
(Signature)

Printed
Name: _Owen McCulloch_

Title: _Scout Executive / CEO_

Address: _505 Air Park Road_

_Tupelo, MS 38801_

Telephone: _(662) 842-2871_

Email: _owen.mcculloch@scouting.org_

Local Council:     Hawkeye Area Council, BSA

Dated: Nov. 16 , 2020    Sarah Dawson
                        (Signature)

Printed
Name:     Sarah Dawson

Title:     CEO / Scout Executive

Address:     660 32nd Ave SW

            Cedar Rapids, IA 52404

Telephone:     319-862-0541

Email:     sarah.dawson@scouting.org

Local Council:

Dated: November 12, 2020

Mason-Dixon Council, Inc., Boy Scouts of America

_____
(Signature)

| | |
|---|---|
| Printed Name: | Todd M. Brooks |
| Title: | Attorney for Mason-Dixon Council |
| Address: | Whiteford Taylor & Preston LLP |
| | Seven Saint Paul Street, 15th Floor |
| | Baltimore, Maryland 21202 |
| Telephone: | (410) 347-9421 |
| Email: | tbrooks@wtplaw.com |

Local Council:                     Lincoln Heritage Council

Dated:    November 16, 2020

(Signature)

Printed
Name:          James R. Irving

Title:          Partner, Counsel to Lincoln Heritage Council

Address:        Dentons Bingham Greenebaum LLP

                3500 PNC Tower, 101 S. Fifth Street

                Louisville, KY 40202

Telephone:      (502) 587-3606

Email:          james.irving@denton.com

Local Council:

Dated: _11/16_, 2020

_Connecticut Rivers Council #66_

_PW Boatman_
(Signature)

Printed
Name: _Patrick W. Boatman_

Title: _Bankruptcy Counsel_

Address: _155 Sycamore St_

_Glastonbury, CT 06033_

Telephone: _860-8291-9061_

Email: _pboatman@boatmanlaw.com_

Local Council:

Dated: 11/16 , 2020

Winnebago Council, BSA #173

_____
(Signature)

Printed
Name: James R. Madison Jr.

Title: Scout Executive\CEO

Address: 2929 Airport Blvd.
Waterloo, IA 50703

Telephone: 319-234-2867

Email: Jim.madison@scouting.org

Boy Scouts of America,

Local Council:    Alamo Area Council, Inc.

Dated: 11 13 , 2020    Mi Del du

(Signature)

Printed
Name:    Michael delos Santos

Title:    Scout Executive

Address:    2226 NW Military Hwy
San Antonio, TX 78213

Telephone:    210-341-8611

Email:    Mdelossa@scouting.org

Local Council: _____ Baden-Powell Council #368

Dated: 11/13 _____, 2020 _____ Matthew J Bull
(Signature)

Printed
Name: Matthew Bull

Title: Scout Executive

Address: 2150 Nys 12

Binghamton NY 13901

_____

Telephone: 607-648-7888

Email: Matthew.Bull@Scouting.org
Matthew.Bull@Scouting.org