[redacted]

November 10, 2020

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
824 MARKET STREET
WILMINGTON, DELAWARE 19801-3577

FILED
2020 NOV 17 AM 9:02
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE: BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC;

SEXUAL ABUSE SURVIVOR PROOF OF CLAIM:

Dear Court,

On or about October 5th, 2020, I filed a motion to accept a complaint for Sexual Abuse Survivor Proof of Claim Application, that the court sent to me (12 pages) followed with an Affidavit of Multiple Sexual Assaults from the Boy Scouts of America's Agents.

Would you kindly provide me with a current status and Case No. 20-10343 (LSS), and my Claim Number and Docket Entry of Action filed, and or Claim Number... on The Official Form 410:

Thank you for your time and attention in this matter.

Sincerely,

[redacted]