# EXHIBIT A

# PASICH LLP

10880 Wilshire Boulevard, Suite 2000
Los Angeles, CA 90024
(424) 313-7860
www.pasichllp.com
Federal Tax ID:
82-2096928

BSA Tort Claimants
c/o John W. Lucas
Pachulski Stang Ziehl & Jones LLP

September 14, 2020
Invoice #  13563

In Reference To: Tort Claims--Insurance
Our File No.:    B029.001

### Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| | | **Compensation of Professionals** | | |
| 8/5/2020 | JLS | Attention to ▮▮▮▮▮▮ ▮▮▮▮▮ (2.3) and confer with Mr. Lucas regarding same (.4). | 2.70 | 1,674.00 |
| 8/11/2020 | JLS | Attention to fee application and preparing bill for same. | 1.30 | 806.00 |
| | MCW | Review and redact June and July Pasich LLP legal bills for privilege (1.1). | 1.10 | 550.00 |
| 8/14/2020 | JLS | Draft/Revise fee application. | 0.80 | 496.00 |
| 8/17/2020 | JLS | Draft/Revise fee application. | 1.40 | 868.00 |
| 8/18/2020 | JLS | Draft/Revise and finalize fee application. | 0.80 | 496.00 |
| | | **SUBTOTAL:** | [ 8.10 | 4,890.00] |
| | | **General Committee** | | |
| 8/3/2020 | JLS | Appear for/Attend insurance working group weekly meeting and prepare for hosting same. | 3.00 | 1,860.00 |
| | KAP | Insurance Working Group call (0.8); e-mails (0.1); review ▮▮▮▮▮ ▮▮▮▮▮ (1.8) | 2.70 | 2,632.50 |
| 8/4/2020 | JLS | Appear for/Attend telephonic meeting of Tort Claimants Committee. | 1.70 | 1,054.00 |
| | KAP | State court counsel call (1.5) | 1.50 | 1,462.50 |

BSA Tort Claimants                                                                                    Page      2

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 8/5/2020 | JLS | Review/Analyze draft ███████████████ ████████ in preparation for upcoming TCC meeting. | 1.40 | 868.00 |
| 8/6/2020 | JLS | Appear for/Attend TCC meeting to discuss ████████████ ██. | 1.70 | 1,054.00 |
| | KAP | Attend TCC call, discussing ██████████████████████ ██████ (1.7) | 1.70 | 1,657.50 |
| 8/10/2020 | KAP | Attend Insurance Working Group call regarding ███████████ (1.0) | 1.00 | 975.00 |
| | KAP | Review and respond to e-mails re ████████(0.2) | 0.20 | 195.00 |
| 8/11/2020 | JLS | Review ██████████████████████████████(.8); attend state court counsel meeting and prepare for same (1.6). | 2.40 | 1,488.00 |
| | KAP | Telephone conference with State Court Counsel re ██████████ ████████████ (0.5) | 0.50 | 487.50 |
| 8/13/2020 | JLS | Appear for/Attend committee meeting and prepare for same. | 1.80 | 1,116.00 |
| | KAP | Telephone conference with TCC, including discussion regarding ███████ ████████████ (1.4) | 1.40 | 1,365.00 |
| 8/17/2020 | JLS | Appear for/Attend TCC meeting and prepare for same. | 1.80 | 1,116.00 |
| | JLS | Review/Analyze ████████████████████. | 1.50 | 930.00 |
| | KAP | Attend Insurance Working Group meeting re ████████████ ████████████ (1.0) | 1.00 | 975.00 |
| 8/18/2020 | JLS | Appear for/Attend TCC committee meeting. | 0.90 | 558.00 |
| | KAP | Telephone conference with State Counsel regarding █████ps █████████████████████████ (0.8); review and revise ████████████████████ (0.1) | 0.90 | 877.50 |
| 8/19/2020 | JLS | Appear for/Attend video conference of ████████████████ ████████ and review ████████ in preparation for same. | 1.40 | 868.00 |
| | KAP | Attend ████████████████████ (0.8) | 0.80 | 780.00 |
| 8/20/2020 | JLS | Appear for/Attend ████████████████ and prepare for same. | 2.60 | 1,612.00 |
| | JLS | Appear for/Attend TCC meeting (1.7); review ████████████████ ████████████ (.4). | 2.10 | 1,302.00 |
| | KAP | Attend debtor examination (2.0); telephone conference with TCC re ████████████████████ (1.6) | 3.60 | 3,510.00 |
| 8/24/2020 | JLS | Appear for/Attend TCC meeting and prepare for same. | 1.80 | 1,116.00 |

BSA Tort Claimants                                                                                      Page    3

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/24/2020 | JLS | Appear for/Attend telephone conference with counsel and mediators and prepare for same. | 1.40 | 868.00 |
| | KAP | Telephone conference with Insurance Working Group (1.0); telephone conference with mediators (1.0); telephone conference with Mr. Gallagher and e-mails re same (0.2) | 2.20 | 2,145.00 |
| 8/25/2020 | JLS | Appear for/Attend TCC meeting and prepare for same. | 1.80 | 1,116.00 |
| | JLS | Review/Analyze ███████████████████████ | 1.70 | 1,054.00 |
| | KAP | Telephone conference with BSA re ██████████████████ (1.0); state court counsel conference call re ███████████ (0.8) | 1.80 | 1,755.00 |
| 8/27/2020 | JLS | Appear for/Attend committee meeting and prepare for same. | 3.00 | 1,860.00 |
| | KAP | Review and revise █████████████ (0.2); attend TCC meeting regarding █████████████ (1.7) | 1.90 | 1,852.50 |
| 8/28/2020 | KAP | Telephone conference with Mr. Gallagher (0.1); telephone conference with Mr. Stang (0.1); review and respond to e-mails re ████████ (0.3) | 0.50 | 487.50 |
| | JLS | Confer with TCC regarding ███████████ and strategy for responding to same. | 0.50 | 310.00 |
| 8/30/2020 | JLS | Review/Analyze ███████████████████ | 0.50 | 310.00 |
| 8/31/2020 | JLS | Appear for/Attend TCC meeting and prepare for same. | 1.70 | 1,054.00 |
| | JLS | Appear for/Attend hearing regarding advertising motion and review submissions in preparation for same. | 3.00 | 1,860.00 |
| | JLS | Review/Analyze ████████████ | 0.50 | 310.00 |
| | **SUBTOTAL:** | | **[  59.90** | **44,841.50]** |

**Insurance Coverage**

| | | | | |
|---|---|---|---|---|
| 8/1/2020 | CO | Review the ███████████ (1.5); compile information regarding ████████████████████████ ████████████████████████ (0.4). | 1.90 | 494.00 |
| 8/2/2020 | CO | Review the ███████████ (1.6); compile information regarding ████████████████████████ ████████████████████ (0.6). | 2.20 | 572.00 |

BSA Tort Claimants

| Date | | | Hours | Amount |
|---|---|---|---|---|
| 8/3/2020 | CO | Read the ███████ (1.2); compile information regarding ███████ (0.4). | 1.60 | 416.00 |
| | MCW | Review and analyze ███████ regarding ███████ (2.6); participate in telephone conference with Mr. C. Pasich regarding ███████ (.3). | 2.90 | 1,450.00 |
| 8/4/2020 | JLS | Draft/Revise memo ███████ and review ███████ regarding same. | 1.00 | 620.00 |
| | JLS | Review/Analyze ███████ (.8); law on ███████ (2.0); approaches to determine whether ███████ (2.1). | 4.90 | 3,038.00 |
| | CO | Review ███████ (0.5); compile information regarding same ███████ (0.3). | 0.80 | 208.00 |
| | MCW | Review and analyze ███████ (3.1). | 3.10 | 1,550.00 |
| 8/5/2020 | CO | Review ███████ (0.8); compile information regarding same ███████ (0.3). | 1.10 | 286.00 |
| | KAP | Review ███████ and chart and research re ███ (1.9) | 1.90 | 1,852.50 |
| | MCW | Review and analyze ███████ (3.6). | 3.60 | 1,800.00 |
| 8/6/2020 | CO | Review ███████ (2.9); compile information regarding same ███████ | 4.90 | 1,274.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| | | ██████ (2). | | |
| 8/6/2020 | KAP | Research re ████████ (1.3) | 1.30 | 1,267.50 |
| | MCW | Review and analyze ████████ and draft ████ ████████████ (2.4); draft e-mail to Mr. Pasich regarding ████████ (.2). | 2.60 | 1,300.00 |
| 8/7/2020 | KAP | Telephone conference with Mr. Gallagher and draft summary of same (0.3) | 0.30 | 292.50 |
| | MCW | Participate in telephone conference with Ms. Oswald regarding ████ ████████ (.3); conduct legal research and draft legal memo regarding ████████ (4.8). | 5.10 | 2,550.00 |
| | CO | Participate in telephone conference with Ms. Whitman regarding ████ ████████ (0.3). | 0.30 | 78.00 |
| 8/8/2020 | KAP | Review response to ████████ and edit same (0.2) | 0.20 | 195.00 |
| | JLS | Confer with TCC regarding █████████ (.7); begin review of ████████ (1.6). | 2.30 | 1,426.00 |
| | MCW | Draft legal research memo regarding ████████ 19 (3.7); review and analyze ████████ (1.8). | 5.50 | 2,750.00 |
| 8/9/2020 | CO | Review ████████ (2.8); compile information regarding same ████████ (0.6). | 3.40 | 884.00 |
| | MCW | Review and analyze ████████ and draft ████ ████████ (2.7). | 2.70 | 1,350.00 |
| | JLS | Draft/Revise ████████ | 3.80 | 2,356.00 |
| 8/10/2020 | CO | Review ████████ (2.1); compile information regarding same ████████ | 2.40 | 624.00 |

BSA Tort Claimants                                                                                   Page     6

|            |     |                                                                                  | Hours | Amount   |
|------------|-----|----------------------------------------------------------------------------------|-------|----------|
|            |     | ██████████████████████████ (0.3).                                                |       |          |
| 8/10/2020  | JLS | Review/Analyze ██████████████ regarding same (.4); review/analyze ████████ ████████████ (3.2). | 3.70  | 2,294.00 |
|            | MCW | Review and analyze ████████████ and draft ████████rt ████████████████████ (3.6). | 3.60  | 1,800.00 |
| 8/11/2020  | CO  | Review ████████ ████████ (3.9); compile information regarding ████████████████ (0.5). | 4.40  | 1,144.00 |
|            | JLS | Review/Analyze ████████ and confer with Ms. Oswald regarding need for ████████.   | 1.40  | 868.00   |
|            | CO  | Conference with Mr. Schulman to determine ████████ ████████ (0.2).                | 0.20  | 52.00    |
|            | MCW | Locate ████████ ████████ (.2); review and analyze ████████ (.3); draft e-mail to Mr. Schulman regarding ████████ ████████ (.2). | 0.70  | 350.00   |
| 8/12/2020  | CO  | Review ████████ ████████ (4.8); compile information regarding ████████████ ████████ (2). | 6.80  | 1,768.00 |
|            | JLS | Draft/Revise ████████                                                             | 1.60  | 992.00   |
|            | KAP | E-mails with Mr. Nasatir re ████████ (0.4)                                        | 0.40  | 390.00   |
|            | MCW | Draft legal research memo regarding ████████ ████████ (2.7).                      | 2.70  | 1,350.00 |
| 8/13/2020  | JLS | Review/Analyze ████████                                                           | 1.60  | 992.00   |
|            | JLS | Review/Analyze ████████ and confer with Mr. Lucas, Ms. Whitman and Ms. Oswald regarding same. | 2.30  | 1,426.00 |

BSA Tort Claimants

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/13/2020 | CO | Review ███████████████████ (5.2); compile information regarding ████████████████████████████████ (0.7). | 5.90 | 1,534.00 |
| | CO | Call with Mr. Schulman and Ms. Whitman regarding issues on ███████████ (0.3). | 0.30 | 78.00 |
| | JLS | Draft/Revise ████████████████████ | 2.30 | 1,426.00 |
| | KAP | Research re ████████ (0.4) | 0.40 | 390.00 |
| | MCW | Draft legal research memo regarding ████████████ and ██████████████████████████████████ (.3). | 3.60 | 1,800.00 |
| 8/14/2020 | JLS | Draft/Revise ████████████████ | 2.70 | 1,674.00 |
| | CO | Collect ██████████████████████ (2.0); ████████ (0.3). | 2.30 | 598.00 |
| | MCW | Conduct legal research regarding ███████████ (3.1); draft memo regarding same (1.7). | 4.80 | 2,400.00 |
| 8/15/2020 | JLS | Review/Analyze ████████ and confer with TCC team regarding same (1.3); ████ (1). | 2.30 | 1,426.00 |
| | MCW | Review ███████████████████████ (.2); draft response e-mail to Mr. Schulman regarding same (.3); review and analyze ██████████ (.6); draft e-mail to Mr. Schulman regarding ██████████ (.4). | 1.50 | 750.00 |
| 8/16/2020 | MCW | Conduct research regarding █████████████ (2.4). | 2.40 | 1,200.00 |
| 8/17/2020 | JLS | Draft/Revise ████████████████ research and review ████████████ regarding same. | 4.30 | 2,666.00 |
| | KAP | Research re ████████ and e-mails with Ms. Whitman re same (0.8) | 0.80 | 780.00 |
| | MCW | Conduct legal research regarding ██████████████ (1.4); conduct research regarding ████████████ | 4.50 | 2,250.00 |

BSA Tort Claimants

| | | | Hours | Amount |
|---|---|---|---|---|
| | | ██████████████████████ (3.1). | | |
| 8/18/2020 | JLS | Review/Analyze ████████████ | 4.30 | 2,666.00 |
| | CO | Review █████████████████████ (1.8); compile information regarding same ████████████████████████ (0.4). | 2.20 | 572.00 |
| | MCW | Conduct research regarding █████████████████ (3.4); conduct research for Mr. Schulman regarding ████████████ ng (1.2). | 4.60 | 2,300.00 |
| 8/19/2020 | JLS | Research ██████████████ and confer with Mr. Stang regarding same. | 0.80 | 496.00 |
| | CO | Complete ████████████ (0.9); compile information regarding same ████████████ (0.2). | 1.20 | 312.00 |
| | JLS | Draft/Revise █████████████████ and ████ | 3.30 | 2,046.00 |
| | MCW | Conduct research on ████████████ conclusions (1.3), █████████ (2), and case law regarding ████████ (1.4) as well as case law ████████ (1.6) and draft analysis of same (1.6). | 7.90 | 3,950.00 |
| 8/20/2020 | CO | Review ████████████████ (2.0); compile information regarding same ███████████████ (0.7). | 2.70 | 702.00 |
| | KAP | Review information re ████████████ (1.1) | 1.10 | 1,072.50 |
| | MCW | Conduct research regarding ██████████ for Mr. Pasich (.3); draft e-mail to Mr. Pasich regarding same (.1). | 0.40 | 200.00 |
| 8/21/2020 | JLS | Review/Analyze ██████████ | 1.30 | 806.00 |
| | JLS | Review/Analyze ████████████ regarding ███████ | 1.20 | 744.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/21/2020 | JLS | Telephone conferences regarding ███████████ █████████ and update committee regarding same. | 2.30 | 1,426.00 |
| | KAP | Review ████████████ and research re ███████████ (0.9) | 0.90 | 877.50 |
| | CO | Review ████████████████████████ (2); compile information regarding same ███████████████████████ █████████████████████████████ (0.5). | 2.50 | 650.00 |
| | MCW | Conduct research regarding ████████████████████ (2.8); draft e-mail to Mr. Pasich regarding ████████ ████████████████████ (2.2); conduct legal research regarding ███████████████ ████████████████████ (1.9). | 6.90 | 3,450.00 |
| 8/23/2020 | CO | Review ████████████████ (2.6); compile information regarding same ███████████████████████ █████████████████████████████ (0.5). | 3.10 | 806.00 |
| | MCW | Conduct legal research regarding ████████████ (2.9); draft memo for Mr. Pasich regarding same ███████████ (1.8). | 4.70 | 2,350.00 |
| 8/24/2020 | CO | Review ████████████████ (0.9); compile information regarding same ████████████ ███████████████████████ (0.4). | 1.30 | 338.00 |
| | MCW | Conduct legal research and draft research memo regarding: ████████ (1.3); ████████████████ (2.4); ████████████████████████████ ████████████████ (3.1). | 6.80 | 3,400.00 |
| 8/25/2020 | JLS | Appear for/Attend telephone conference regarding ███████████ ████████████ | 2.70 | 1,674.00 |
| | CO | Review ███████████████████████ (5.4); compile information regarding same ████████████████████ ████████████████████ (1.3). | 6.70 | 1,742.00 |

| Date | | | Hours | Amount |
|---|---|---|---|---|
| 8/25/2020 | JLS | Confer with BSA's coverage counsel regarding ███████ ████████ and confer with Mr. Pasich regarding same. | 0.70 | 434.00 |
| | JLS | Review/Analyze ████████████████ and confer with TCC regarding same. | 0.60 | 372.00 |
| | MCW | Conduct legal research and draft research memo regarding ████████████████████████████████████ ████████████████████████ (7.2). | 7.20 | 3,600.00 |
| 8/26/2020 | CO | Review the ████████████ (0.9); compile information regarding same ████████████████████ (0.3). | 1.20 | 312.00 |
| | CO | Analyze and edit chart ████████████████████ (11.4). | 11.40 | 2,964.00 |
| | DKP | Telephone conference with Ms. Oswald regarding review and editing of ██████ (0.40); review and edit ██████████ per Ms. Oswald's instructions (3.10). | 3.50 | 910.00 |
| | MCW | Conduct legal research and draft research memo regarding ████████████████████████████████████ ████████████████████████████ (2.9); participate in telephone conference with Ms. Oswald regarding ██████████ (.3); draft e-mail to Mr. Piper regarding same (.1); Analyze and edit ████████ (6.5). | 9.80 | 4,900.00 |
| 8/27/2020 | JLS | Research regarding ████████████████ and advise committee regarding same. | 3.80 | 2,356.00 |
| | CO | Analyze and edit ████████████████ (12.3). | 12.30 | 3,198.00 |
| | DKP | Continue review and editing ████████████ | 7.50 | 1,950.00 |
| | MCW | Analyze and edit ████████████ (8.3). | 8.30 | 4,150.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/28/2020 | CO | Analyze and edit ███████████████ ███████████ (7). | 7.00 | 1,820.00 |
| | DKP | Continue review and editing ██████████. | 5.90 | 1,534.00 |
| | JLS | Draft/Revise pro hac vice motions. | 0.50 | 310.00 |
| | MCW | Analyze and edit ████████████████████ █████████ (10.4). | 10.40 | 5,200.00 |
| 8/29/2020 | KAP | Outline █████ approach (0.9) | 0.90 | 877.50 |
| | JLS | Review/Analyze ██████████████ | 4.40 | 2,728.00 |
| | MCW | Analyze ████████████████ ██████ (1.2). | 1.20 | 600.00 |
| | MCW | Draft memo for Mr. Pasich regarding ███████████████ ████████ (3.3). | 3.30 | 1,650.00 |
| | JLS | Review/Analyze ████████████ ██ | 2.80 | 1,736.00 |
| 8/30/2020 | JLS | Review/Analyze ███████████ and confer with TCC regarding same (.5); review/analyze ████ (.3). | 0.80 | 496.00 |
| 8/31/2020 | CO | Review █████████ (2); compile information regarding same ████████████████ (0.9). | 2.90 | 754.00 |
| | KAP | Telephone conference with  Insurance Working Group  regarding ████████ (0.9); e-mails with counsel and TCC re ████ (0.3); attend bankruptcy court hearing to assess ████████ (0.9) | 2.10 | 2,047.50 |
| | MCW | Conduct legal research and draft research memo regarding ████ ███████████████ (2.6); draft memo for Mr. Pasich regarding ██████ (.7). | 3.30 | 1,650.00 |

|  | Hours | Amount |
|---|---|---|
| **SUBTOTAL:** | [ _____ 308.00 | 140,160.50] |
| **Subtotal of charges** | | **$189,892.00** |
| Courtesy Discount | | ($19,720.00) |
| **For professional services rendered** | 376.00 | **$170,172.00** |
| **Previous balance** | | **$262,233.30** |
| **Balance due** | | **$432,405.30** |

| | |
|---|---|
| Total Courtesy Deductions of Time: | $19,720.00 |
| Total Discount on Rates: | $51,881.50 |
| Total Deductions/Discounts: | $71,601.50 |

### Timekeeper Summary

| Name | Hours | Regular Rate | 20% Discounted Rate | Total Full | Total Discounted | Difference |
|---|---|---|---|---|---|---|
| Caitlin Oswald | 93.00 | 325.00 | 260.00 | 30,225.00 | 24,180.00 | 6,045.00 |
| Donald K. Piper | 16.90 | 290.00 | 260.00 | 4,901.00 | 4,394.00 | 507.00 |
| Jeffrey L. Schulman | 101.90 | 775.00 | 620.00 | 84,397.50 | 67,518.00 | 16,879.50 |
| Kirk A. Pasich | 32.00 | 1,375.00 | 975.00 | 44,000.00 | 31,200.00 | 12,800.00 |
| Mikaela C. Whitman | 124.10 | 625.00 | 500.00 | 78,250.00 | 62,600.00 | 15,650.00 |
| TOTAL | | | | $241,773.50 | $189,892.00 | $51,881.50 |

# PASICH LLP

10880 Wilshire Boulevard, Suite 2000
Los Angeles, CA 90024
(424) 313-7860
www.pasichllp.com
Federal Tax ID:
82-2096928

BSA Tort Claimants                                                        October 5, 2020
c/o John W. Lucas                                                        Invoice #  13710
Pachulski Stang Ziehl & Jones LLP

In Reference To: Tort Claims--Insurance
Our File No.:    B029.001

### Professional Services

|          |     |                                                                                          | Hours | Amount |
|----------|-----|------------------------------------------------------------------------------------------|-------|--------|
| **Compensation of Professionals** | | | | |
| 9/8/2020 | JLS | Review/Analyze bill in preparation for fee application (.8) and confer with Mr. Lucas regarding same (.2). | 1.00 | 620.00 |
| 9/13/2020 | JLS | Redact bill for attachment to fee application. | 0.70 | 434.00 |
| | **SUBTOTAL:** | | **[  1.70** | **1,054.00]** |
| **General Committee** | | | | |
| 9/1/2020 | JLS | Appear for/Attend TCC committee meeting (1.5) and prepare for same (1.2). | 2.70 | 1,674.00 |
| | KAP | State court counsel conference call, including discussion of ██████ ██████████████████ (1.5) | 1.50 | 1,462.50 |
| 9/2/2020 | JLS | Review/Analyze ████████████ and emails regarding same. | 1.10 | 682.00 |
| 9/3/2020 | JLS | Appear for/Attend TCC meeting (1.5) and prepare for same (.3). | 1.80 | 1,116.00 |
| | KAP | Attend TCC meeting, including discussion of ████████████ ████████████████ (1.5) | 1.50 | 1,462.50 |
| 9/8/2020 | JLS | Appear for/Attend TCC meeting and prepare for same. | 1.80 | 1,116.00 |
| 9/10/2020 | JLS | Appear for/Attend TCC meeting and prepare for same. | 2.60 | 1,612.00 |
| 9/14/2020 | JLS | Appear for/Attend call with mediators (1.2) and prepare for same (.2). | 1.40 | 868.00 |

BSA Tort Claimants                                                                Page      2

|              |      |                                                                                      | Hours | Amount |
|--------------|------|--------------------------------------------------------------------------------------|-------|--------|
| 9/14/2020    | KAP  | Insurance Working Group conference (1.2)                                              | 1.20  | 1,170.00 |
| 9/15/2020    | KAP  | Attend State Court Counsel conference (1.0)                                           | 1.00  | 975.00 |
| 9/17/2020    | JLS  | Appear for/Attend TCC meeting (1.7) and prepare for same (.3).                        | 2.00  | 1,240.00 |
|              | KAP  | Attend TCC conference, including discussion of ███████ ████████ (1.7)                 | 1.70  | 1,657.50 |
| 9/21/2020    | JLS  | Appear for/Attend TCC meeting.                                                        | 0.40  | 248.00 |
|              | KAP  | Attend Insurance Working Group to discuss ██████ (0.4); review e-mails re ███████████████ (0.4) | 0.80  | 780.00 |
| 9/22/2020    | JLS  | Appear for/Attend TCC meeting.                                                        | 1.70  | 1,054.00 |
|              | KAP  | Attend state court counsel conference re ██████████████ (1.7)                         | 1.70  | 1,657.50 |
| 9/23/2020    | JLS  | Review/Analyze ███████████ (.5); review proposals for the ███████████ (.5).           | 1.00  | 620.00 |
| 9/24/2020    | JLS  | Appear for/Attend mediator call (1.0) and prepare for same (.3)                       | 1.30  | 806.00 |
|              | JLS  | Appear for/Attend TCC meeting (1.0) and prepare for same (.4).                        | 1.40  | 868.00 |
|              | KAP  | Conference with mediators (1.0); conference with TCC re mediation and re ████████████ (1.0) | 2.00  | 1,950.00 |
| 9/29/2020    | JLS  | Appear for/Attend TCC meeting and prepare for same.                                   | 1.60  | 992.00 |
|              | KAP  | Attend State Court Counsel call re █████████████ (1.6)                                | 1.60  | 1,560.00 |

**SUBTOTAL:**                                                                     [    33.80    25,571.00]

**Insurance Coverage**

|              |      |                                                                                      | Hours | Amount |
|--------------|------|--------------------------------------------------------------------------------------|-------|--------|
| 9/1/2020     | CO   | Review ████████████████ (1.6).                                                        | 1.60  | 416.00 |
|              | CO   | Compose ████████████████████████                                                      | 1.20  | 312.00 |
|              | MCW  | Conduct research and draft response e-mail to Mr. Schulman regarding ███████████████ (.2). | 0.20  | 100.00 |
| 9/2/2020     | CO   | Combine ██████████████████████████████████████ (2.6).                                | 2.60  | 676.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/2/2020 | JLS | Review/Analyze ██████████████████ ████ | 1.70 | 1,054.00 |
| | MCW | Draft e-mails to Ms. Oswald regarding █████████ ███████ (.2). | 0.20 | 100.00 |
| 9/3/2020 | MCW | Conduct legal research and draft research memo regarding ████ ██████████████████ ████ (1.8); participate in telephone conference with Ms. Oswald regarding ███████ (.5). | 2.30 | 1,150.00 |
| | CO | Participate in telephone conference with Ms. Whitman regarding ████ (.5). | 0.50 | 130.00 |
| | CO | Research and analyze ████████████ ████████████████ (1). | 1.00 | 260.00 |
| 9/4/2020 | JLS | Appear for/Attend conference with mediators and prepare for same (1.5); follow-up discussion with TCC (.6); and strategy meeting with insurance coverage team regarding ██████████ (1.3). | 3.10 | 1,922.00 |
| | KAP | E-mail with Mr. Smola and review e-mails from TCC members (0.3); review █████████ (0.2);  conference with Mr. Schulman, Ms. Whitman, and Ms. Oswald re ████████ (1.3) | 1.80 | 1,755.00 |
| | MCW | Participate in telephone conference with Mr. Pasich,  Mr. Schulman and Ms. Oswald regarding █████ (1.5); participate in telephone conference with Ms. Oswald regarding █████████ (.6). | 2.10 | 1,050.00 |
| | CO | Participate in telephone conference with Mr. Pasich,  Mr. Schulman and Ms. Whitman regarding █████ (1.5); participate in telephone conference with Ms. Whitman regarding █████████ (.6). | 2.10 | 546.00 |
| | CO | Research and analyze ██████████████████ ████████████████ (2); draft a summary for Ms. Whitman regarding same (0.3). | 2.30 | 598.00 |
| 9/5/2020 | JLS | Research ██████████████ in connection with ██████ ██████████████ | 2.70 | 1,674.00 |

BSA Tort Claimants                                                                                      Page      4

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/5/2020 | KAP | Research re ███ and e-mails with Ms. Whitman re same (0.9) | 0.90 | 877.50 |
| | JLS | Draft ████████████ and conduct legal research and review ████████ in connection with same. | 3.20 | 1,984.00 |
| | MCW | Review and analyze research from Mr. Pasich regarding ████████ (.3); conduct research regarding case law contained in information from Mr. Pasich on ████ (1.1); conduct legal research on ████████ (.5); draft memo regarding ████ (.8). | 2.70 | 1,350.00 |
| 9/6/2020 | JLS | Draft ████████ and conduct legal research and ████ in connection with same. | 2.80 | 1,736.00 |
| | MCW | Conduct research and analyze ████████ (2.3); draft chart for Mr. Schulman regarding same (1.6). | 3.90 | 1,950.00 |
| 9/7/2020 | KAP | Telephone conference with Ms. Oswald re ████ issue (0.2); review research re same and memoranda on ████ (2.7) | 2.70 | 2,632.50 |
| | CO | Telephone conference with Mr. K. Pasich re ████ (0.2) | 0.20 | 52.00 |
| | MCW | Review and analyze ████ (.8); conduct research regarding ████ (1.1). | 1.90 | 950.00 |
| 9/8/2020 | JLS | Draft/Revise ████████ and legal research regarding same. | 2.60 | 1,612.00 |
| | JLS | Review/Analyze ████████ and confer with working group regarding same. | 1.20 | 744.00 |
| | JLS | Review/Analyze memo analyzing ████ (3.3); review ████ (.8); review ████ (.7); review ████ (.4).. | 6.20 | 3,844.00 |
| | KAP | E-mails with Ms. Oswald re ████ (0.1); e-mail with Mr. Schulman re ████ (0.1); e-mails with Mr. Nasatir ████ (0.1); review and select ████ (0.6) | 0.90 | 877.50 |
| | CO | Research regarding ████████ (4.5); Draft ████ (2). | 6.50 | 1,690.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/8/2020 | MCW | Conduct legal research regarding ███████████ ████████ (3.4); conduct legal research regarding ███████████ (4.8); outline █████████ (.7); participate in telephone conference with Ms. Oswald regarding ████████████ (.8). | 9.70 | 4,850.00 |
| 9/9/2020 | JLS | Appear for/Attend bankruptcy court hearing and prepare for same. | 4.20 | 2,604.00 |
|  | JLS | Confer with Mr. Pasich ████████████ regarding ███████ and prepare for same. | 0.90 | 558.00 |
|  | JLS | Review/Analyze ████████████ | 3.70 | 2,294.00 |
|  | KAP | Attend bankruptcy court hearing (2.4); telephone conference with Mr. Martin, Mr. Azer, and Mr. Schulman re ███████ (0.7); telephone conference with Ms. Oswald re ████ (0.3) | 3.40 | 3,315.00 |
|  | CO | Telephone conference with Mr. K. Pasich ████████████ (0.3). | 0.30 | 78.00 |
|  | CO | Draft ████████████ (4); research regarding ████████ (1.2); research regarding ████████ (2). | 7.20 | 1,872.00 |
|  | MCW | Draft ████████████ (1.4); conduct legal research on ████ (2.6); draft ████ (1.8); gather factual support for █████████████████ (3.3). | 8.10 | 4,050.00 |
| 9/10/2020 | JLS | Draft/Revise ████████ (3) and legal research regarding same (1.2). | 4.20 | 2,604.00 |
|  | KAP | Research re ████████████ and outline approach (1.6) | 1.60 | 1,560.00 |
|  | CO | Draft ████████████ (4.3); research regarding ████████ (2.7). | 7.00 | 1,820.00 |

BSA Tort Claimants

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 9/10/2020 | MCW | Draft ███████ (6.7); participate in telephone conference with Ms. Oswald regarding ████████ (.5). | 7.20 | 3,600.00 |
| 9/11/2020 | JLS | Confer with ████████ regarding ████████ | 0.60 | 372.00 |
| | CO | Revise ████████ (2). | 2.00 | 520.00 |
| | CO | Review and analyze ████████ (0.5); review and analyze same (0.4). | 0.90 | 234.00 |
| 9/13/2020 | JLS | Review/Analyze ████████ in preparation for | 3.20 | 1,984.00 |
| | MCW | Draft ████████ (3.4); conduct research regarding same (.7); draft ████████ (1.9); conduct research regarding same (.8); draft ████████ (4.8). | 10.80 | 5,400.00 |
| 9/14/2020 | JLS | Appear for/Attend TCC meeting and prepare for same. | 1.60 | 992.00 |
| | JLS | Draft/Revise ████████ (3.4); review ████████ regarding same (1.7). | 5.10 | 3,162.00 |
| | KAP | Research and outline issues re ████████ (1.1) | 1.10 | 1,072.50 |
| 9/15/2020 | JLS | Draft/Revise ████████ | 2.70 | 1,674.00 |
| | CO | Compose a chart for Mr. K. Pasich regarding the ████████ (0.2). | 0.20 | 52.00 |
| | JLS | Appear for/Attend TCC meeting and prepare for same. | 1.80 | 1,116.00 |
| | KAP | Research re ████████ (1.2); e-mails with Mr. Schulman and Ms. Oswald re ████████ (0.2) | 1.40 | 1,365.00 |
| 9/16/2020 | JLS | Research ████████ | 1.60 | 992.00 |
| | JLS | Draft/Revise ████████ (3.2) and legal research regarding same (1) | 4.20 | 2,604.00 |
| | MCW | Draft memo ████████ (2.6); analyze ████████ (3.9). | 6.50 | 3,250.00 |

BSA Tort Claimants

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/17/2020 | JLS | Draft/Revise ████████████ (4.2) and legal research regarding same (2.4). | 6.60 | 4,092.00 |
| | KAP | Review and revise ████████████ (4.4) | 4.40 | 4,290.00 |
| 9/18/2020 | CO | Calculate ████████████████████████ ████████ (0.6). | 0.60 | 156.00 |
| | JLS | Confer ████████████████ regarding ██████ ████████ | 0.20 | 124.00 |
| | KAP | Review ██████████████████████ ████████ (2.9) | 2.90 | 2,827.50 |
| | DKP | Proofread and cite check mediation statement. | 6.40 | 1,664.00 |
| 9/19/2020 | DKP | Complete cite checking of mediation statement and add redline edits to current draft. | 4.50 | 1,170.00 |
| | MCW | Analyze ██████████████████████ ████████ (1.7). | 1.70 | 850.00 |
| | JLS | Draft/Revise ████████ | 2.50 | 1,550.00 |
| 9/20/2020 | JLS | Draft/Revise ████████ | 1.20 | 744.00 |
| | KAP | Further research, review, and revise ██████████ (3.4) | 3.40 | 3,315.00 |
| 9/21/2020 | JLS | Draft/Revise ████████ and confer with Mr. Pasich regarding same. | 0.80 | 496.00 |
| | KAP | Further research ████████████████ and e-mails re same (2.7) | 2.70 | 2,632.50 |
| 9/23/2020 | JLS | Draft/revise ████████ and legal research regarding same (4.2); confer with Messrs. Pasich, Stang and Nasatir regarding same (1.4). | 5.60 | 3,472.00 |
| | KAP | Review comments and suggested edits ████████ (0.6); telephone conference with Mr. Stang, Mr. Nasatir, and Mr. Schulman re ████████████████ ion (1.1) | 1.70 | 1,657.50 |
| | MCW | Draft memo with expert information on continuous trigger theory (.7); draft e-mail to Mr. Schulman regarding legal research on choice of law and the Restatement (.2). | 0.90 | 450.00 |
| 9/24/2020 | JLS | Confer with Messrs. Pomerantz and Morris regarding ██████ ████████████ (.4); review ████████ (.5) and draft ██████████ following same (.7). | 1.60 | 992.00 |
| | JLS | Draft/Revise ████████ | 2.70 | 1,674.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/24/2020 | KAP | Review and revise ██████████ (1.9) | 1.90 | 1,852.50 |
| 9/27/2020 | JLS | Confer with Messrs. Pomerantz and Morris regarding ██████████ | 0.80 | 496.00 |
| 9/29/2020 | JLS | Draft/Revise ██████████ and review ██████ ██████ and confer with Mr. Pasich regarding same. | 0.70 | 434.00 |
| | JLS | Review/Analyze ██████████ | 0.70 | 434.00 |
| 9/30/2020 | JLS | Draft/Revise ██████████ | 3.30 | 2,046.00 |
| | KAP | Final review and revision ██████████ (2.2) | 2.20 | 2,145.00 |

|  | | | Hours | Amount |
|---|---|---|---|---|
| **SUBTOTAL:** | | [ | 222.30 | 125,601.00] |

| | Hours | |
|---|---|---|
| **Subtotal of charges** | | **$152,226.00** |
| Courtesy Reductions of Time | | ($6,060.00) |
| **For professional services rendered** | 257.80 | **$146,166.00** |
| **Previous balance** | | **$432,405.30** |
| **Accounts receivable transactions** | | |
| 9/25/2020  Payment – Thank you.  EFT | | ($209,786.64) |
| **Total payments and adjustments** | | **($209,786.64)** |
| **Balance due** | | **$368,784.66** |

| | |
|---|---|
| Total Courtesy Reductions of Time: | $6,060.00 |
| Total Discount on Rates: | $44,862.50 |
| Total Deductions/Discounts: | $50,922.50 |

### Timekeeper Summary

| Name | Hours | Regular Rate | 20% Discounted Rate | Total Full | Total Discounted | Difference |
|---|---|---|---|---|---|---|
| Caitlin Oswald | 36.2 | 325.00 | 260.00 | 11,765.00 | 9,412.00 | 2,353.00 |
| Donald K. Piper | 10.9 | 290.00 | 260.00 | 3,161.00 | 2,834.00 | 327.00 |
| Jeffrey L. Schulman | 106.5 | 775.00 | 620.00 | 82,537.50 | 66,030.00 | 16,507.50 |
| Kirk A. Pasich | 46.0 | 1,375.00 | 975.00 | 63,250.00 | 44,850.00 | 18,400.00 |
| Mikaela C. Whitman | 58.2 | 625.00 | 500.00 | 36,375.00 | 29,100.00 | 7,275.00 |
| TOTAL | | | | $197,088.50 | $152,226.00 | $44,862.50 |

# PASICH LLP

10880 Wilshire Boulevard, Suite 2000
Los Angeles, CA 90024
(424) 313-7860
www.pasichllp.com
Federal Tax ID:
82-2096928

BSA Tort Claimants
c/o John W. Lucas
Pachulski Stang Ziehl & Jones LLP

November 4, 2020
Invoice #  13897

In Reference To: Tort Claims--Insurance
Our File No.:    B029.001

### Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| **General Committee** |  |  |  |  |
| 10/1/2020 | JLS | Appear for/Attend TCC meeting (1.1) and review ▮▮▮▮ in preparation for same (1.6). | 2.70 | 1,674.00 |
|  | KAP | Conference with TCC, including re ▮▮▮▮▮▮ (1.1) | 1.10 | 1,072.50 |
| 10/4/2020 | JLS | Appear for/Attend TCC meeting (1.6). | 1.60 | 992.00 |
|  | KAP | Attend TCC meeting re ▮▮▮▮▮▮ (1.6) | 1.60 | 1,560.00 |
| 10/5/2020 | JLS | Appear for/Attend TCC meeting (1.0) and prepare for same (.3). | 1.30 | 806.00 |
|  | KAP | Conference with Insurance Working Group re ▮▮▮▮ (1.0) | 1.00 | 975.00 |
| 10/6/2020 | JLS | Appear for/Attend TCC meeting and prepare for same. | 1.20 | 744.00 |
| 10/8/2020 | JLS | Appear for/Attend mediator call and prepare for same. | 1.20 | 744.00 |
|  | JLS | Appear for/Attend TCC meeting (1.2) and review ▮▮▮▮ in preparation for same (2.0). | 3.20 | 1,984.00 |
|  | KAP | Conference with mediators (1.2); conference with TCC to discuss ▮▮▮▮ (1.2) | 2.40 | 2,340.00 |
| 10/12/2020 | JLS | Appear for/Attend TCC meeting. | 1.20 | 744.00 |
|  | KAP | Conference with Insurance Working Group (1.2) | 1.20 | 1,170.00 |
| 10/13/2020 | JLS | Appear for/Attend TCC meeting (0.9) and prepare for same (0.8). | 1.70 | 1,054.00 |

BSA Tort Claimants

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/13/2020 | KAP | Attend State Court Counsel call re ██████████ (0.9) | 0.90 | 877.50 |
| 10/14/2020 | JLS | Appear for/Attend court hearing and prepare for same (2.6); appear for/attend TCC meeting following same (.3). | 2.90 | 1,798.00 |
| 10/15/2020 | JLS | Confer with Mr. Lucas regarding ██████████ | 0.50 | 310.00 |
| | JLS | Appear for/Attend conference call with mediators. | 1.00 | 620.00 |
| | JLS | Appear for/Attend TCC meeting (1.5) and prepare for same (.4). | 1.90 | 1,178.00 |
| | KAP | Conference with mediators (1.0); conference with TCC re ██████████ (1.5) | 2.50 | 2,437.50 |
| 10/16/2020 | JLS | Appear for/Attend hearing for decisions on motions (partial). | 0.20 | 124.00 |
| 10/20/2020 | JLS | Appear for/Attend TCC meeting (1.1) and prepare for same (.4). | 1.50 | 930.00 |
| | KAP | Attend conference with State Court Counsel, including discussion of ██████ ██████████ (1.1) | 1.10 | 1,072.50 |
| 10/21/2020 | JLS | Appear for/Attend TCC meeting (1.4) and prepare for same (.3). | 1.70 | 1,054.00 |
| | KAP | Conference with Insurance Working Group  re ██████████ (1.4) | 1.40 | 1,365.00 |
| 10/22/2020 | JLS | Appear for/Attend mediator's meeting (1.0); conference with TCC following same (1.3). | 2.30 | 1,426.00 |
| | KAP | Conference with mediators (1.0); conference with TCC re ██████████ (1.3) | 2.30 | 2,242.50 |
| 10/26/2020 | JLS | Appear for/Attend TCC working group meeting (1.0) and prepare for same (.7). | 1.70 | 1,054.00 |
| 10/27/2020 | JLS | Appear for/Attend TCC/state court counsel meeting. | 2.50 | 1,550.00 |
| 10/29/2020 | JLS | Appear for/Attend mediator call (1.2); appear for/attend TCC meeting (1.2) and prepare for same (.8). | 3.20 | 1,984.00 |
| | KAP | Conference with mediators and conference with TCC (2.4) | 2.40 | 2,340.00 |
| | | **SUBTOTAL:** | **[   51.40** | **38,222.50]** |

**Insurance Coverage**

| | | | | |
|---|---|---|---|---|
| 10/3/2020 | JLS | Review/Analyze ██████████████████████ and confer with Mr. Stang regarding same. | 3.40 | 2,108.00 |

BSA Tort Claimants

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| 10/5/2020 | JLS | Review/Analyze ██████████ (1.2); legal research regarding (.5). | 1.70 | 1,054.00 |
| | KAP | Research re ████████ (pre-1962) | 1.10 | 1,072.50 |
| 10/7/2020 | JLS | Review/Analyze analysis ████████ | 0.40 | 248.00 |
| | MCW | Review and analyze ████████ (3.1); draft chart for Mr. Pasich regarding same (1.6). | 4.70 | 2,350.00 |
| 10/8/2020 | CO | Review and analyze a ████████ (0.5). | 0.50 | 130.00 |
| | JLS | Review/Analyze ████████ | 0.80 | 496.00 |
| | MCW | Review and analyze ████████ (1.6); draft chart for Mr. Pasich regarding same (1.3). | 2.90 | 1,450.00 |
| 10/9/2020 | CO | Review and analyze a ████████ (1.3). | 1.30 | 338.00 |
| | JLS | Review/Analyze ████████ and confer with Mr. Lucas regarding same. | 0.70 | 434.00 |
| | MCW | Review and analyze ████████ (4.2); draft chart for Mr. Pasich regarding same (2.7). | 6.90 | 3,450.00 |
| 10/11/2020 | JLS | Review/Analyze ████████ | 0.70 | 434.00 |
| | MCW | Review and analyze ████████ (2.9); draft chart for Mr. Pasich regarding same (2.2). | 5.10 | 2,550.00 |
| 10/12/2020 | MCW | Review and analyze ████████ (2.3); draft chart for Mr. Pasich regarding same, including ████████ (2.4). | 4.70 | 2,350.00 |
| 10/13/2020 | MCW | Draft chart for Mr. Pasich regarding ████████ (1.7); locate ████████ (1.4); draft chart with ████████ (.6). | 3.70 | 1,850.00 |
| 10/14/2020 | CO | Review and analyze ████████ (3.1); ████████ | 3.80 | 988.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| | | ██████████████████████████ (0.7) | | |
| 10/14/2020 | KAP | Attend bankruptcy court hearing (1.6); review and revise ████ (0.3); telephone conference with state court counsel (0.1) | 2.00 | 1,950.00 |
| | MCW | Draft and edit ████████████████████ ██████ (3.2); draft e-mail response to Mr. Pasich regarding ██████████████████ (.4). | 3.60 | 1,800.00 |
| 10/15/2020 | CO | Analyze ██████████████████ (1); ██████████████████ (0.3); Analyze ████ and conduct a ██████████████ (1.2). | 2.50 | 650.00 |
| | MCW | Draft and edit ██████████████████ ██████████████ (6.7). | 6.70 | 3,350.00 |
| 10/16/2020 | JLS | Review/Analyze ██████████████ and propose edits to same. | 0.90 | 558.00 |
| | KAP | Review and respond to e-mails re ██████████████ (0.5); attend hearing (0.1). | 0.60 | 585.00 |
| 10/19/2020 | JLS | Appear for/Attend ██████████████ (1.4) and prepare for same (.7). | 2.10 | 1,302.00 |
| | CO | Review and analyze ██████████ (1.3); compile information regarding same ██████████████ (0.5). | 1.80 | 468.00 |
| | KAP | Attend ██████████████ (1.4); e-mails re same (0.2) | 1.60 | 1,560.00 |
| 10/20/2020 | CO | Review and analyze ██████████ (5.5); compile information regarding same ██████████████ (0.7). | 6.20 | 1,612.00 |

BSA Tort Claimants

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/23/2020 | JLS | Research ███████████████ | 2.30 | 1,426.00 |
| | JLS | Review/Analyze ████████████ in connection with ██████ | 1.40 | 868.00 |
| 10/25/2020 | JLS | Review/Analyze ██████████████ to address ████████ in connection with ████████ | 3.20 | 1,984.00 |
| 10/26/2020 | JLS | Review/Analyze ████████████████ | 2.80 | 1,736.00 |
| | KAP | Insurance Working Group conference re ████████████ and ████████ (1.0) | 1.00 | 975.00 |
| | MCW | Conduct legal research regarding ██████████████████████ (6.2). | 6.20 | 3,100.00 |
| 10/27/2020 | JLS | Review/Analyze ███████████████ ███ (1.7); review ██████████████████████ ████████ and update the working group regarding same (2.2); review ██████ (1.6). | 4.50 | 2,790.00 |
| 10/28/2020 | JLS | Confer with ████████████████ (.8) and prepare for same (.3). | 1.10 | 682.00 |
| | MCW | Conduct legal research regarding ████████████████ ████████ (2.7); conduct legal research regarding █████████████████████████ (3.2); draft ████████████ (2.6). | 8.50 | 4,250.00 |
| 10/29/2020 | JLS | Review/Analyze ████████████████ (2.2); review/analyze ████████████████ (1.4). | 3.60 | 2,232.00 |
| | MCW | Conduct legal research regarding ████████████ ████████ (2.5); conduct legal research regarding █████████████████████ (4.8). | 7.30 | 3,650.00 |
| 10/30/2020 | JLS | Review/Analyze ████████████████ ████ | 3.30 | 2,046.00 |
| | JLS | Appear for/Attend ██████████ | 1.30 | 806.00 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 10/30/2020 | MCW | Conduct legal research regarding ▮▮▮▮▮▮▮▮ (6.9); draft e-mails to Mr. Pasich regarding same (.7). | 7.60 | 3,800.00 |
| 10/31/2020 | JLS | Review/Analyze ▮▮▮▮▮▮▮▮ (1.4); confer with TCC members regarding same (.3). | 1.70 | 1,054.00 |
| | JLS | Investigate ▮▮▮▮▮▮▮▮ | 3.30 | 2,046.00 |
| | MCW | Conduct legal research regarding ▮▮▮▮▮▮▮▮ (7.3); draft e-mails to Mr. Pasich regarding same (1.3). | 8.60 | 4,300.00 |

|  |  |  |
|---|---|---|
| **SUBTOTAL:** | [    138.10 | 72,882.50] |
| **Subtotal of charges** | | **$111,105.00** |
| Courtesy Reductions of Time | | ($13,520.00) |
| **For professional services rendered** | 189.50 | **$97,585.00** |
| **Previous balance** | | **$368,784.66** |
| **Balance due** | | **$466,369.66** |

| | |
|---|---|
| Total Courtesy Reductions of Time: | $13,520.00 |
| Total Discount on Rates: | $31,557.50 |
| Total Deductions/Discounts: | $45,077.50 |

Timekeeper Summary

| Name | Hours | Regular Rate | 20% Discounted Rate | Total Full | Total Discounted | Difference |
|---|---|---|---|---|---|---|
| Caitlin Oswald | 16.1 | 325.00 | 260.00 | 5,232.50 | 4,186.00 | 1,046.50 |
| Jeffrey L. Schulman | 72.7 | 775.00 | 620.00 | 56,342.50 | 45,074.00 | 11,268.50 |
| Kirk A. Pasich | 24.2 | 1,375.00 | 975.00 | 33,275.00 | 23,595.00 | 9,680.00 |
| Mikaela C. Whitman | 76.5 | 625.00 | 500.00 | 47,812.50 | 38,250.00 | 9,562.50 |
| TOTAL | | | | $142,662.50 | $111,105.00 | $31,557.50 |