# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) (Jointly Administered) |
| Debtors. | **Re: Docket No. 1610** |

### CERTIFICATE OF NO OBJECTION TO SEVENTH MONTHLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM SEPTEMBER 1, 2020 THROUGH SEPTEMBER 30, 2020

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the *Seventh Monthly Fee Application of Kramer Levin Naftalis & Frankel LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from September 1, 2020 through September 30, 2020* ("Application"; D.I. 1610) filed on October 30, 2020. The undersigned further certifies that she has reviewed the Court's docket in these cases and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections or responses to the Application were to be filed and served no later than November 13, 2020, at 4:00 p.m.

Pursuant to the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* ("Interim Compensation Order";

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

D.I. 341), the Debtors are authorized to pay the applicant $202,637.60 which represents eighty percent (80%) of the total fees ($253,297.00), and $1,372.19, which represents one hundred percent (100%) of the expenses requested in the Application on an interim basis without further order of the Court.

Dated: November 17, 2020  
Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By: */s/ Katelin A. Morales*  
    Kurt F. Gwynne (No. 3951)  
    Katelin A Morales (No. 6683)  
    1201 Market Street, Suite 1500  
    Wilmington, DE 19801  
    Telephone: (302) 778-7500  
    Facsimile: (302) 778-7575  
    E-mail: kgwynne@reedsmith.com  
    E-mail: kmorales@reedsmith.com

-and-

KRAMER LEVIN NAFTALIS  
  & FRANKEL LLP  
Thomas Moers Mayer, Esquire  
Rachael Ringer, Esquire  
Jennifer R. Sharret, Esquire  
Megan M. Wasson, Esquire  
177 Avenue of the Americas  
New York, NY 10036  
Telephone: (212) 715-9100  
Facsimile: (212) 715-8000  
E-mail: tmayer@kramerlevin.com  
E-mail: rringer@kramerlevin.com  
E-mail: jsharret@kramerlevin.com  
E-mail: mwasson@kramerlevin.com

*Counsel to the Official Committee of Unsecured Creditors*