## Exhibit A

### Summary of Services

| Task Description | Date | Timekeeper | Description | Hours | Total |
|---|---|---|---|---|---|
| Local Council | 8/3/2020 | Sochurek, Nicholas | Communications with E. Hanke re local council insurance project plan (.8); revise local council insurance project plan (.4). | 1.2 | $594.00 |
| Fee Applications | 8/4/2020 | Butterworth, Luke | Prepare combined May-June fee application. | 0.4 | $92.00 |
| Fee Applications | 8/5/2020 | Butterworth, Luke | Review retention application for clarification on retainer amount and procedure. | 0.3 | $69.00 |
| Fee Applications | 8/6/2020 | Butterworth, Luke | Research retainer policy from retention application (.3); update combined monthly application (.2); meet with E. Hanke and S. Klauck to discuss retention and fee application process (.5); update and send fee application to Sidley for filing (.2). | 1.2 | $276.00 |
| Local Council | 8/17/2020 | Austin, Carrington | Prepare summary of local council coverage for specific council (.5); discuss coverage with A. Azer (.1). | 0.6 | $198.00 |
| Coverage Analysis | 8/19/2020 | Monroe, Kelly | Prepare query to create SQL tables in BSA database. | 0.9 | $162.00 |
| Fee Applications | 8/20/2020 | Butterworth, Luke | Prepare July Monthly Fee Application and send to B. Warner. | 0.5 | $115.00 |
| Fee Applications | 8/27/2020 | Butterworth, Luke | Prepare second interim fee application. | 0.5 | $115.00 |
| Coverage Analysis | 8/31/2020 | Klauck, Sheila | Create MS Access form for evidence tracking entry. | 1.2 | $432.00 |
| Fee Applications | 8/31/2020 | Butterworth, Luke | Discuss fee application process with S. Klauck (.6); prepare fee application quality control review materials (.5); update and review second interim fee application (.5); check court documents site for confirmation of interim fee application submission (.1). | 1.7 | $391.00 |
| Local Council | 8/12/2020 | Hanke, Elizabeth | Call with N. Sochurek and S. Klauck re policy file intake strategy. | 1.5 | $795.00 |
| Local Council | 8/12/2020 | Klauck, Sheila | Call with E. Hanke and N. Sochurek re policy file intake strategy. | 1.5 | $540.00 |
| Local Council | 8/12/2020 | Sochurek, Nicholas | Call with E. Hanke and S. Klauck re policy file intake strategy. | 1.5 | $742.50 |
| Local Council | 8/13/2020 | Sochurek, Nicholas | Communications with C. Green re access to national council electronic archives. | 0.3 | $148.50 |
| Local Council | 8/18/2020 | Hanke, Elizabeth | Review data structure and process for tracking and capturing local council policies with S. Klauck and K. Monroe. | 1.1 | $583.00 |
| Local Council | 8/18/2020 | Klauck, Sheila | Create MS Access form for Local Councils to upload evidence (1.1); discuss existing Local Council table structure with C. Austin (.5); test external communication from group email inbox (.3); create table structure and database diagram for evidence tracking (1.8); review data structure and process for tracking and capturing local council policies with E. Hanke and K. Monroe (1.0). | 4.7 | $1,692.00 |
| Local Council | 8/19/2020 | Klauck, Sheila | Meet with D. Snyder to discuss MS Forms and client inbox set-up (.4); discuss evidence correspondence table structure with C. Young (.5); submit ticket for client inbox creation (.1); update team on project status (.3). | 1.3 | $468.00 |
| Local Council | 8/20/2020 | Klauck, Sheila | Test MS Form (.2); discuss MS Form with D. Snyder (.2); update ticket for MS Form (.1); review BSA inbox updates (.4). | 0.9 | $324.00 |
| Local Council | 8/21/2020 | Hanke, Elizabeth | Review form and document collection process with S. Klauck and K. Monroe. | 0.6 | $318.00 |
| Local Council | 8/21/2020 | Klauck, Sheila | Troubleshoot client inbox issues for external communication (.5); review form and document collection process with E. Hanke and K. Monroe (.6). | 1.1 | $396.00 |
| Exhaustion Analysis | 8/24/2020 | Sochurek, Nicholas | Communications with A. Azer re Riskonnect access. | 0.2 | $99.00 |

| | | | | | |
|---|---|---|---|---|---|
| Local Council | 8/25/2020 | Sochurek, Nicholas | Meet with K. Monroe, E. Hanke, and S. Klauck to discuss collection process, status of document review, and next steps. | 0.9 | $445.50 |
| Local Council | 8/25/2020 | Hanke, Elizabeth | Meet with K. Monroe, N. Sochurek, and S. Klauck to discuss collection process, status of document review, and next steps (in part). | 0.5 | $265.00 |
| Local Council | 8/25/2020 | Klauck, Sheila | Create process for evidence review and tracking (2.6); meet with K. Monroe, E. Hanke, and N. Sochurek to discuss collection process, status of document review, and next steps (.9); update evidence upload form and evidence tracking structure (1.0); review Ore-Ida Local Council policy evidence (1.3); create Power BI report to visualize evidence tracking (2.8). | 8.6 | $3,096.00 |
| Local Council | 8/25/2020 | Monroe, Kelly | Meet with E. Hanke, N. Sochurek, and S. Klauck to discuss collection process, status of document review, and next steps. | 0.9 | $162.00 |
| Local Council | 8/26/2020 | Sochurek, Nicholas | Communications with A. Kutz and L. Richardson re local council archives. | 0.2 | $99.00 |
| Local Council | 8/26/2020 | Monroe, Kelly | Review evidence entry and tracking process with S. Klauck. | 1.4 | $252.00 |
| Local Council | 8/26/2020 | Klauck, Sheila | Troubleshoot issues with policy entry form (.8); review evidence entry and tracking process with K. Monroe (1.4). | 2.2 | $792.00 |
| Local Council | 8/27/2020 | Sochurek, Nicholas | Communications with L. Richardson and A. Azer re local council insurance. | 0.3 | $148.50 |
| Local Council | 8/28/2020 | Sochurek, Nicholas | Discuss local council archive searching with A. Azer, C. Green, and S. Klauck (.4); communications with E. Hanke re local council archive searching (.1); discuss local council evidence database with S. Klauck (.3). | 0.8 | $396.00 |
| Local Council | 8/28/2020 | Klauck, Sheila | Participate in call with N. Sochurek and Haynes and Boone re policy evidence (.4); debrief call and discuss evidence status with N. Sochurek (.3); troubleshoot dashboard with D. Snyder (.2). | 0.9 | $324.00 |
| Local Council | 8/31/2020 | Sochurek, Nicholas | Communications re local council document search strategy (.9); prepare authorization letter (.3). | 1.2 | $594.00 |
| Local Council | 8/31/2020 | Monroe, Kelly | Review policy evidence and make updates in client evidence database. | 3.8 | $684.00 |
| Fee Applications | 8/31/2020 | Klauck, Sheila | Review interim fee application. | 0.3 | $108.00 |
| | | | **Total:** | **45.2** | **$15,916.00** |