## EXHIBIT A

### COMPENSATION BY PROJECT CATEGORY

### BOY SCOUTS OF AMERICA
#### (Case No. 20-10343 (LSS))

#### August 1, 2020 through August 31, 2020

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Case Administration | 1.90 | 858.50 |
| Automatic Stay Matters | 6.60 | 3,634.00 |
| Creditor Communications and Meetings | 10.90 | 7,793.50 |
| Fee Applications (MNAT - Filing) | 9.80 | 4,054.00 |
| Fee Applications (Others - Filing) | 18.00 | 7,403.00 |
| Executory Contracts/Unexpired Leases | 2.80 | 1,511.50 |
| Other Contested Matters | 5.90 | 4,464.50 |
| Employee Matters | 0.10 | 80.00 |
| Tax Matters | 0.10 | 92.50 |
| Court Hearings | 16.70 | 7,030.50 |
| Claims Objections and Administration | 24.70 | 16,139.00 |
| Litigation/Adversary Proceedings | 13.90 | 8,158.50 |
| Professional Retention (MNAT - Filing) | 0.80 | 467.00 |
| Professional Retention (Others - Filing) | 12.20 | 6,403.00 |
| General Case Strategy | 4.10 | 2,025.00 |
| Schedules/SOFA/U.S. Trustee Reports | 0.50 | 223.50 |
| **TOTAL** | **129.00** | **$70,338.00** |

**Time Detail**

**Task Code:**      B110          Case Administration

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/06/20 | Reimann, Glenn | Perform conflicts check. | 0.2 | 67.00 |
| 08/17/20 | Vale, Desiree | Email correspondence with and attn to same Ogletree regarding Monthly Fee Applications | 0.3 | 100.50 |
| 08/20/20 | Reimann, Glenn | Email communications with E. Moats regarding service. | 0.1 | 33.50 |
| 08/24/20 | Abbott, Derek C. | correspondence w/Topper re: scheduling issues | 0.1 | 92.50 |
| 08/24/20 | Abbott, Derek C. | call w/Topper re: correspondence w/Chambers re: scheduling | 0.1 | 92.50 |
| 08/24/20 | Remming, Andrew | review Coalition 2019 statement | 0.1 | 80.00 |
| 08/26/20 | Reimann, Glenn | Email communications with Omni, E. Moats, and E. Malafronti regarding service of appeal brief. | 0.1 | 33.50 |
| 08/27/20 | Reimann, Glenn | Draft M. Walker pro hac vice motion. | 0.3 | 100.50 |
| 08/27/20 | Topper, Paige | Phone call w/ E. Moats re: M. Walker pro hac. | 0.1 | 51.00 |
| 08/27/20 | Moats, Eric | Phone call w/ P. Topper re: M. Walker pro hac. | 0.1 | 53.50 |
| 08/28/20 | Reimann, Glenn | Electroncially file M. Walker's pro9759 hac vice motion. | 0.3 | 100.50 |
| 08/28/20 | Moats, Eric | Email exchange w/ M. Walker re: pro hac. | 0.1 | 53.50 |
| | | **Total** | **1.9** | **858.50** |

**Task Code:**      B140          Automatic Stay Matters

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/10/20 | Remming, Andrew | review TCC stay motion to Tenn council | 0.5 | 400.00 |
| 08/11/20 | Remming, Andrew | review NY landlord motion for stay relief | 0.1 | 80.00 |
| 08/11/20 | Remming, Andrew | review email from J. Gibson re filing | 0.1 | 80.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/11/20 | Moats, Eric | Review relief from stay requirements re: email from W. Curtin (.2); confer w/ P. Topper re: same (.1); and email exchange w/ W. Curtin re: findings (.1). | 0.4 | 214.00 |
| 08/11/20 | Topper, Paige | Attn to lift stay questions (.1) and confer with E. Moats re: same (.1). | 0.2 | 102.00 |
| 08/18/20 | Moats, Eric | Review Qian settlement motion (.4) and email D. Abbott, A. Remming, and P. Topper re: revisions to same (.2). | 0.6 | 321.00 |
| 08/19/20 | Remming, Andrew | tele w/ E. Moats re Quan motion | 0.2 | 160.00 |
| 08/19/20 | Remming, Andrew | emails w/ D. Abbott and E. Moats re motion to approve settlement re: stay | 0.1 | 80.00 |
| 08/19/20 | Moats, Eric | Further review of Qian 9019 motion (.3) and email B. Curtin re: revisions to same (.1). | 0.4 | 214.00 |
| 08/19/20 | Moats, Eric | Phone call w/ A. Remming re: Qian 9019 motion and format of same. | 0.2 | 107.00 |
| 08/19/20 | Moats, Eric | Phone call (VM) to A. Remming re: 9019 Qian motion. | 0.1 | 53.50 |
| 08/19/20 | Moats, Eric | Phone call w/ W. Curtin re: Qian 9019 motion and revisions to same. | 0.1 | 53.50 |
| 08/19/20 | Moats, Eric | Finalize Qian 9019 motion re: edits from W. Curtin (.3) and email exchange w/ T. Naimoli re: filing and service of same (.2). | 0.5 | 267.50 |
| 08/19/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of motion (.1); prepare & efile Approve Settlement Motion re Lianfen Qian Claim (.3) | 0.4 | 126.00 |
| 08/25/20 | Topper, Paige | Review COC re: Avenue of the Americas stay motion (.1) and call with E. Moats re: same (.1) | 0.2 | 102.00 |
| 08/25/20 | Moats, Eric | Email exchange w/ D. Abbott and A. Remming re: Avenue of the Americas relief from stay COC. | 0.2 | 107.00 |
| 08/25/20 | Moats, Eric | Review stipulation and proposed order re: avenue of americas relief from stay motion (.4) and draft COC re: same (.6). | 1.0 | 535.00 |
| 08/25/20 | Topper, Paige | Emails with W. Curtin and E. Moats re: withdrawal of stay motion. | 0.1 | 51.00 |
| 08/25/20 | Moats, Eric | Phone call w/ P. Topper re: avenue of the americas relief from stay COC. | 0.1 | 53.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/25/20 | Remming, Andrew | review email from E. Moats re COC re Avenue of Americas lease; review email from D. Abbott re same | 0.1 | 80.00 |
| 08/26/20 | Moats, Eric | Further revisions to Avenue of Americas relief from stay COC and email M. Linder re: draft of same. | 0.2 | 107.00 |
| 08/26/20 | Moats, Eric | Finalize COC for avenues of the americas and coordinate w/ T. Naimoli re: filing of same. | 0.4 | 214.00 |
| 08/26/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing of certification (.1); prepare & efile Certification of Counsel Regarding Order Approving Stipulation Granting Limited Relief from the Automatic Stay to Set Off Prepetition Security Deposit (.3) | 0.4 | 126.00 |
| | | **Total** | **6.6** | **3,634.00** |

**Task Code:**     B150     Creditor Communications and Meetings

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/03/20 | Reimann, Glenn | Email communications with P. Topper, E. Moats and Omni regarding the voice mail message from Betty Morris. | 0.2 | 67.00 |
| 08/03/20 | Topper, Paige | Emails with G. Reimann re: creditor inquiries | 0.1 | 51.00 |
| 08/11/20 | Remming, Andrew | review email from P. Topper re 341 meeting | 0.1 | 80.00 |
| 08/11/20 | Topper, Paige | Review notice for 341 meeting and email to Sidley team re: same. | 0.1 | 51.00 |
| 08/12/20 | Moats, Eric | Phone call w/ P. Topper re: tort claimant letter. | 0.2 | 107.00 |
| 08/12/20 | Moats, Eric | Email chambers re: sexual abuse claimant proof of claim request form. | 0.3 | 160.50 |
| 08/12/20 | Moats, Eric | Email exchange w/ Omni re: abuse proof of claim request. | 0.1 | 53.50 |
| 08/12/20 | Topper, Paige | Call with E. Moats re: tort claimant letter. | 0.2 | 102.00 |
| 08/14/20 | Culver, Donna L. | review coalition for abused scouts revised 2019 | 0.1 | 87.50 |
| 08/14/20 | Abbott, Derek C. | review coalition for abused scouts revised 2019 | 0.1 | 92.50 |
| 08/14/20 | Abbott, Derek C. | call w/Linder re: 341 scheduling, procedural issues | 0.4 | 370.00 |

3

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/14/20 | Abbott, Derek C. | call w/Buchbinder re: 341, fee examiner issues | 0.1 | 92.50 |
| 08/14/20 | Abbott, Derek C. | call to and correspondence w/Linder re: 341 scheduling issues | 0.1 | 92.50 |
| 08/14/20 | Topper, Paige | Call with D. Abbott re: 341 meeting. | 0.1 | 51.00 |
| 08/17/20 | Moats, Eric | Phone call w/ P. Topper re: 341 meeting and prep for same. | 0.3 | 160.50 |
| 08/17/20 | Moats, Eric | Draft email to S. McGowan, M. Ashline, B. Whittman, C. Bingelli, J. Boelter, M. Andolina, M. Linder, and K. Basaria re: 341 meeting. | 0.3 | 160.50 |
| 08/17/20 | Moats, Eric | Phone call w/ M. Linder and P. Topper re: 341 meeting. | 0.3 | 160.50 |
| 08/17/20 | Moats, Eric | Email exchange w/ M. Linder re: 341 meeting and prefatory memo re: same. | 0.1 | 53.50 |
| 08/17/20 | Topper, Paige | Call with E. Moats re: 341 meeting (.3) and call with E. Moats and M. Linder (.3). | 0.6 | 306.00 |
| 08/17/20 | Topper, Paige | Revise 341 meeting memo and circulate same to M. Linder, B. Warner and E. Moats. | 0.1 | 51.00 |
| 08/19/20 | Abbott, Derek C. | 341 prep call w/Whittman, McGowan, Boelter, Andolina, Ashline, Linder | 1.0 | 925.00 |
| 08/19/20 | Abbott, Derek C. | call w/Buchbinder re 341 meeting | 0.3 | 277.50 |
| 08/19/20 | Abbott, Derek C. | call w/Boelter re 341 meeting | 0.1 | 92.50 |
| 08/19/20 | Topper, Paige | Review as-filed letters to Court from tort claimants and email to B. Warner re: same. | 0.2 | 102.00 |
| 08/20/20 | Abbott, Derek C. | Attend 341 meeting (1.8); call w/Andolina, Boelter, McGowan, Philips, Blacker, Londer, Whittman re: same (1.0) | 2.8 | 2,590.00 |
| 08/20/20 | Moats, Eric | Attend 341 meeting. | 2.2 | 1,177.00 |
| 08/21/20 | Abbott, Derek C. | correspondence w/Linder re: 341 action items | 0.1 | 92.50 |
| 08/25/20 | Moats, Eric | Email Omni re: section 341 meeting and reflection continuation on case homepage. | 0.2 | 107.00 |
| 08/25/20 | Remming, Andrew | review email from D. Abbott re 341 meeting; review email from E. Moats re same | 0.1 | 80.00 |

|  |  |  | **Total** | **10.9** | **7,793.50** |
|--|--|--|-----------|----------|--------------|

**Task Code:**    B160    Fee Applications (MNAT - Filing)

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|----------|----------|-----------------|-----------|------------|
| 08/04/20 | Vale, Desiree | Draft CNO re MNAT Fourth Fee Application (.2) e-mails with P. Topper (.1) e-filing re the same (.2) | 0.5 | 167.50 |
| 08/04/20 | Topper, Paige | Review CNO re: MNAT May fee application and email to D. Vale re: revisions to same. | 0.1 | 51.00 |
| 08/07/20 | Remming, Andrew | review email from D. Abbott re MNAT fee app; review email from P. Topper re same | 0.1 | 80.00 |
| 08/07/20 | Remming, Andrew | review draft of MNAT June fee app | 0.4 | 320.00 |
| 08/07/20 | Vale, Desiree | Communication with P. Topper re MNAT June Fee Application e-filing (.1) prepare documents and e-file the same (.4) coordinate service (.1) | 0.6 | 201.00 |
| 08/19/20 | Remming, Andrew | emails w/ P. Topper and D. Abbott re MNAT fee app | 0.1 | 80.00 |
| 08/20/20 | Abbott, Derek C. | call to Topper re: 4th MNAT fee application | 0.1 | 92.50 |
| 08/20/20 | Topper, Paige | call to Abbott re: 4th MNAT fee application | 0.1 | 51.00 |
| 08/24/20 | Vale, Desiree | Draft CNO re MNAT June Fee Application | 0.3 | 100.50 |
| 08/28/20 | Vale, Desiree | Draft MNAT July Fee Application | 1.2 | 402.00 |
| 08/28/20 | Vale, Desiree | Review and respond e-mail from P. Topper re CNO to MNAT June Fee Application (.1) Update the same and e-file (.3) | 0.4 | 134.00 |
| 08/28/20 | Topper, Paige | Review CNO for MNAT fifth monthly fee application and email to D. Vale re: changes to same. | 0.1 | 51.00 |
| 08/30/20 | Topper, Paige | Work on July fee application. | 1.6 | 816.00 |
| 08/31/20 | Moats, Eric | Finalize MNAT July fee app (.2) and email D. Vale re: same (.1). | 0.3 | 160.50 |
| 08/31/20 | Vale, Desiree | Work on MNAT July Fee Application and Notice (1.9) e-mail same to P. Topper (.1) | 2.0 | 670.00 |
| 08/31/20 | Vale, Desiree | Draft MNAT Second Interim Fee Application and Notice | 1.5 | 502.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/31/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of fee application (.1); prepare & efile Sixth Monthly Fee Application of Morris, Nichols, Arsht & Tunnell LLP for the Period July 1, 2020 through July 31, 2020 (.2) | 0.3 | 94.50 |
| 08/31/20 | Remming, Andrew | review email from E. Moats re MNAT fee app | 0.1 | 80.00 |
| | | **Total** | **9.8** | **4,054.00** |

**Task Code:**    B165    Fee Applications (Others - Filing)

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/03/20 | Vale, Desiree | Draft CNO re Haynes & Boone Second Fee Application (.2) correspondence with H&B contacts (.1) e-file the same (.2) | 0.5 | 167.50 |
| 08/04/20 | Vale, Desiree | Review and respond e-mail from Haynes & Boone Second Fee Application (.1) prepare and e-file the same (.3) | 0.4 | 134.00 |
| 08/06/20 | Topper, Paige | Review KCIC Combined Second Monthly Fee Application and confer with D. Vale re: filing same. | 0.3 | 153.00 |
| 08/06/20 | Topper, Paige | Review and revise CNO re: Ogletree fee application; confer with D. Vale re: same. | 0.2 | 102.00 |
| 08/06/20 | Vale, Desiree | Review and respond e-mail from P. Topper re KCIC Fourth Fee Application e-filing (.1) Draft Notice (.2) Prepare and e-file the same (.4) | 0.7 | 234.50 |
| 08/06/20 | Vale, Desiree | Draft CNO to Ogletree (.2) communication with P. Topper re changes (.2) update the same (.3) correspondence with Ogletree contacts (.1) e-file the same (.2) | 1.0 | 335.00 |
| 08/06/20 | Vale, Desiree | E-file CNO to Sidley May Fee Application (.2) e-mail Alvarez Marsal re the same (.1) | 0.3 | 100.50 |
| 08/10/20 | Vale, Desiree | Draft CNO re Sidley Fourth Fee Application (.4) communication with E. Moats and P. Topper re voluntary reduction (.1) | 0.5 | 167.50 |

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 08/13/20 | Vale, Desiree | Review and respond e-mail from P. Topper re CNO to Sidley Fourth Fee App with agreed reduction (.1) correspondence with Sidley's contacts (.2) update and e-file the same (.4) coordinate distribution (.1) | 0.8 | 268.00 |
| 08/14/20 | Vale, Desiree | Draft CNO to Bates White Fourth Fee Application (.2) e-mail to P. Topper re e-filing (.1) | 0.3 | 100.50 |
| 08/17/20 | Vale, Desiree | Draft CNO re A&M May Fee Application (.2) email to P. Topper and A&M contacts (.2) prepare and e-file the same (.2) | 0.6 | 201.00 |
| 08/19/20 | Remming, Andrew | review email from P. Topper re fee applications | 0.1 | 80.00 |
| 08/19/20 | Moats, Eric | Email exchange w/ B. Warner re: interim fee app deadline. | 0.1 | 53.50 |
| 08/21/20 | Vale, Desiree | Draft and update CNOs for KCIC, Bates White, and Alvarez Marsal corresponding Fee Applications (.8) Confirm with professionals regarding e-filing (.4) | 1.2 | 402.00 |
| 08/21/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing of fee application (.1); prepare & efile Fifth Monthly Application of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. for the Period July 1, 2020 through July 31, 2020 (.5) | 0.6 | 189.00 |
| 08/21/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing of fee application (.1); prepare & efile Third Monthly Fee Application of KCIC, LLC for the Period July 1, 2020 through July 31, 2020 (.3) | 0.4 | 126.00 |
| 08/21/20 | Moats, Eric | Review KCIC fee application (.2) and coordinate w/ T. Naimoli re: filing and service of same (.2). | 0.4 | 214.00 |
| 08/21/20 | Moats, Eric | Review Ogletree fee application (.3) and emails w/ T. Naimoli re: filing and coordinate service of same (.2). | 0.5 | 267.50 |
| 08/21/20 | Vale, Desiree | Draft CNO re KCIC Combined Second Fee Application | 0.3 | 100.50 |
| 08/24/20 | Moats, Eric | Review and revise Bates White July fee app (.3) and coordinate for filing and service of same (.1). | 0.4 | 214.00 |

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 08/24/20 | Moats, Eric | Review and revise Haynes Boone monthly fee app (.3); email exchange w/ C. Green re: same (.1); and coordinate for filing and service of same (.1). | 0.5 | 267.50 |
| 08/24/20 | Moats, Eric | Email D. Buchbinder and H. McCollum re: unredacted fee and expense detail for Ogletree July fee app. | 0.1 | 53.50 |
| 08/24/20 | Vale, Desiree | Review and respond e-mail from E. Moats re Haynes and Boone Fee application (.1) draft Notice re the same (.2) | 0.3 | 100.50 |
| 08/24/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing of fee application (.1); prepare & efile Fifth Monthly Application of Bates White, LLC for the Period July 1, 2020 through July 31, 2020 (.3) | 0.4 | 126.00 |
| 08/25/20 | Moats, Eric | Email exchange w/ L. Butterworth re: KCIC July fee application. | 0.1 | 53.50 |
| 08/25/20 | Moats, Eric | Draft email to professionals re: second interim fee application and deadline for filing of same. | 0.5 | 267.50 |
| 08/25/20 | Topper, Paige | Emails with E. Moats re: second interim fee application deadline and hearing. | 0.1 | 51.00 |
| 08/26/20 | Topper, Paige | Finalize Sidley Austin July fee application; emails with T. Naimoli re: filing and service of same; and review notice of application. | 0.2 | 102.00 |
| 08/26/20 | Naimoli, Theresa M. | Review and respond to email from P. Topper re filing of fee application (.1); prepare & efile Fifth Monthly Application of Sidley Austin LLP for the Period July 1, 2020 through July 31, 2020 (.3) | 0.4 | 126.00 |
| 08/27/20 | Moats, Eric | Email exchange w/ C. Bingelli re: A&M interim fee apps. | 0.2 | 107.00 |
| 08/28/20 | Moats, Eric | Review A&M combined June/July fee app, and coordinate w/ T. Naimoli for filing and service of same. | 0.4 | 214.00 |
| 08/28/20 | Topper, Paige | Review interim fee application templates and emails with B. Warner and E. Moats re: same. | 0.4 | 204.00 |
| 08/28/20 | Moats, Eric | Email exchange w/ C. Bingelli re: A&M interim fee apps. | 0.2 | 107.00 |

8

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/28/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of fee application (.1); prepare & efile Combined Fourth Monthly Application of Alvarez & Marsal North America, LLC for the Period June 1, 2020 to and Including July 31, 2020 (.7) | 0.8 | 252.00 |
| 08/29/20 | Moats, Eric | Review A&M interim fee app. | 0.3 | 160.50 |
| 08/29/20 | Moats, Eric | Review Bates and White interim fee app. | 0.2 | 107.00 |
| 08/29/20 | Moats, Eric | Review Sidley interim fee app. | 0.3 | 160.50 |
| 08/29/20 | Moats, Eric | Review KCIC interim fee app. | 0.2 | 107.00 |
| 08/31/20 | Moats, Eric | Phone call w/ B. Warner re: revisions to Sidley interim fee app and other professional interim fee requirements. | 0.4 | 214.00 |
| 08/31/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of fee application (.1); prepare & efile Second Interim Fee Application of KCIC, LLC for the Period May 1, 2020 through July 31, 2020 (.2) | 0.3 | 94.50 |
| 08/31/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of fee application (.1); prepare & efile Second Interim Fee Application of Sidley Austin LLP for the Period from May 1, 2020 through July 31, 2020 (.2) | 0.3 | 94.50 |
| 08/31/20 | Moats, Eric | Phone call w/ P. Topper re: interim fee apps for Debtor professionals. | 0.3 | 160.50 |
| 08/31/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of fee application (.1); prepare & efile Second Interim Fee Application Request of Bates White, LLC for the Period from May 1, 2020 through July 31, 2020 (.2) | 0.3 | 94.50 |
| 08/31/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of fee application (.1); prepare & efile Second Interim Fee Application of Alvarez & Marsal North America, LLC for the Period from May 1, 2020 through July 31, 2020 (.2) | 0.3 | 94.50 |
| 08/31/20 | Moats, Eric | Finalize second interim fee apps (Sidley, A&M, Bates White, and KCIC) and coordinate for filing and service of same w/ T. Naimoli. | 0.6 | 321.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/31/20 | Topper, Paige | Call with E. Moats re: interim fee applications for Debtors' professionals. | 0.3 | 153.00 |
| | | **Total** | **18.0** | **7,403.00** |

**Task Code:**     B185     Executory Contracts/Unexpired Leases

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/10/20 | Moats, Eric | Email exchange w/ J. Schomberg re: 365d4 extensions. | 0.3 | 160.50 |
| 08/13/20 | Remming, Andrew | review email from E. Moats re 365d4 extension | 0.1 | 80.00 |
| 08/13/20 | Moats, Eric | Email w/ J. Schomberg re: 365(d)(4) extension and deadline for consensual extensions of same. | 0.2 | 107.00 |
| 08/13/20 | Moats, Eric | Email D. Abbott, A. Remming, and P. Topper re: consensual 365(d)(4) deadline extension re: consensual landlords. | 0.1 | 53.50 |
| 08/26/20 | Moats, Eric | Review omnibus assumption motion. | 0.5 | 267.50 |
| 08/26/20 | Moats, Eric | Finalize omnibus assumption motion and coordinate w/ T. Naimoli re: filing and service of same. | 0.4 | 214.00 |
| 08/26/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing of motion (.1); prepare & efile Debtors' First Omnibus Lease Assumption Motion (.2) | 0.3 | 94.50 |
| 08/26/20 | Moats, Eric | Research re: notice requirements under rule 2002 for assumption of leases (.2) and email exchange w/ M. Linder re: same (.1). | 0.3 | 160.50 |
| 08/26/20 | Moats, Eric | Phone call w/ M. Linder, B. Warner, J. Schomberg, and C. Bingelli re: omnibus motion to assume. | 0.4 | 214.00 |
| 08/26/20 | Remming, Andrew | review email from E. Moats re omnibus assumption motion | 0.1 | 80.00 |
| 08/29/20 | Remming, Andrew | review stip and COC re lease resolution | 0.1 | 80.00 |
| | | **Total** | **2.8** | **1,511.50** |

**Task Code:**     B190     Other Contested Matters

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|

10

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/04/20 | Remming, Andrew | review email from P.Stoneking re complaints | 0.1 | 80.00 |
| 08/05/20 | Reimann, Glenn | Upload order regarding dissolving subsidiaries. | 0.2 | 67.00 |
| 08/14/20 | Culver, Donna L. | Call with M. Andolina, J. Boelter, M. Walker, M. Linder, L. Baccash & D. Abbott re litigation issues | 0.5 | 437.50 |
| 08/14/20 | Remming, Andrew | tele w/ P. Topper and B. Warner re 2004 discovery | 0.3 | 240.00 |
| 08/14/20 | Remming, Andrew | review email from B. Warner re meet and confer discovery letter | 0.1 | 80.00 |
| 08/14/20 | Abbott, Derek C. | call w/Culver re: litigation issues | 0.1 | 92.50 |
| 08/14/20 | Abbott, Derek C. | call w/Andolina, Linder, Boelter, Walker, Baccash, Culver re: litigation issues | 0.5 | 462.50 |
| 08/14/20 | Topper, Paige | Review local rules and federal rules re: 2004 discovery | 0.2 | 102.00 |
| 08/14/20 | Topper, Paige | Call with A. Remming and B. Warner re: 2004 discovery. | 0.3 | 153.00 |
| 08/17/20 | Culver, Donna L. | Conf with Abbott re potential litigation; f/u email to EC re same | 0.1 | 87.50 |
| 08/24/20 | Moats, Eric | Email exchange w/ C. Green and P. Topper re: rule 2004 requirements. | 0.2 | 107.00 |
| 08/24/20 | Remming, Andrew | review email from S. Tarr re filings | 0.2 | 160.00 |
| 08/25/20 | Topper, Paige | Call with E. Moats re: COC for stipulation with Avenue of America, Omni affidavits of service for motion to supplement bar date order, bar date appeal brief, and notice for appraiser's engagement letters. | 0.4 | 204.00 |
| 08/25/20 | Moats, Eric | Phone call w/ P. Topper re: bar date order appeal, COC re: appraisers, service of bar date supplement motion, and other case strategy. | 0.4 | 214.00 |
| 08/25/20 | Remming, Andrew | review email from S. Tarr re amended filing | 0.1 | 80.00 |
| 08/26/20 | Abbott, Derek C. | call to Buchbinder re: 2019 motion | 0.3 | 277.50 |
| 08/26/20 | Abbott, Derek C. | call w/Buchbinder re: Coalition motion | 0.2 | 185.00 |
| 08/26/20 | Abbott, Derek C. | call w/Boelter re UST issues re 2019 statements | 0.3 | 277.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/28/20 | Abbott, Derek C. | review coalition motion to be deemed mediation party | 0.3 | 277.50 |
| 08/29/20 | Remming, Andrew | review Coalition motion to participate in mediation | 0.2 | 160.00 |
| 08/29/20 | Remming, Andrew | review re-notice of motion re TCC motion to enforce | 0.1 | 80.00 |
| 08/29/20 | Remming, Andrew | review joinder re Coalition 2019 motion | 0.1 | 80.00 |
| 08/29/20 | Remming, Andrew | review declaration and exhibits in support motion to compel compliance with 2019 | 0.2 | 160.00 |
| 08/29/20 | Remming, Andrew | review Century's motion to compel re Coalition 2019 statement | 0.4 | 320.00 |
| 08/29/20 | Remming, Andrew | review Coalition motion to seal 2019 statement | 0.1 | 80.00 |
| | | **Total** | **5.9** | **4,464.50** |

**Task Code:**    B220    Employee Matters

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/28/20 | Remming, Andrew | review and respond to email from E. Brady re general case question | 0.1 | 80.00 |
| | | **Total** | **0.1** | **80.00** |

**Task Code:**    B240    Tax Matters

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/20/20 | Abbott, Derek C. | Correspondence w/Richardson re tax deficiency correspondence notice from RI | 0.1 | 92.50 |
| | | **Total** | **0.1** | **92.50** |

**Task Code:**    B300    Court Hearings

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/01/20 | Remming, Andrew | review email from D. Abbott re agenda | 0.1 | 80.00 |
| 08/03/20 | Reimann, Glenn | Draft August 6 agenda. | 2.0 | 670.00 |
| 08/03/20 | Moats, Eric | Email chambers re: 8.6 hearing and status of same. | 0.3 | 160.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/03/20 | Remming, Andrew | review email from E. Moats re: 8/6 hearing | 0.1 | 80.00 |
| 08/03/20 | Remming, Andrew | review email from M. Linder re hearing cancellation; review email from M. Andolina re same | 0.1 | 80.00 |
| 08/03/20 | Remming, Andrew | emails w/ D. Abbott re 8/6 hearing; review email from E. Moats re same | 0.1 | 80.00 |
| 08/04/20 | Abbott, Derek C. | review correspondence re: 8/6 cancellation agenda | 0.1 | 92.50 |
| 08/04/20 | Reimann, Glenn | Revise, electronically file, and cause to be served the agenda for August 6 hearing. | 1.6 | 536.00 |
| 08/04/20 | Topper, Paige | Emails with E. Moats re: hearing agenda and status of second omnibus fee order. | 0.1 | 51.00 |
| 08/04/20 | Moats, Eric | Review and comment on 8.6 agenda; email exchange w/ P. Topper re: same; and email exchange w/ G. Reimann re: same. | 0.4 | 214.00 |
| 08/19/20 | Reimann, Glenn | Email communications with chambers, P. Topper, and E. Moats regarding October, November, and December omnibus hearings. | 0.1 | 33.50 |
| 08/20/20 | Topper, Paige | Review COC re: omnibus hearing dates and email to G. Reimann re: revisions to same. | 0.1 | 51.00 |
| 08/20/20 | Reimann, Glenn | Electronically file CoC regarding omnibus hearings (.2). Email communications with P. Topper, E. Moats, and chambers (.3). | 0.5 | 167.50 |
| 08/26/20 | Reimann, Glenn | Draft September 9 agenda. | 1.8 | 603.00 |
| 08/26/20 | Reimann, Glenn | Draft August 31 agenda. | 0.8 | 268.00 |
| 08/27/20 | Moats, Eric | Review 8.31 agenda. | 0.4 | 214.00 |
| 08/27/20 | Abbott, Derek C. | correspondence w/Boelter re: agenda for next hearing | 0.1 | 92.50 |
| 08/27/20 | Reimann, Glenn | Draft September 9 agenda. | 1.5 | 502.50 |
| 08/27/20 | Reimann, Glenn | Revise (.3), electronically file (.2), and cause to be served the August 31 agenda (.1). | 0.6 | 201.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/27/20 | Remming, Andrew | review email from E. Moats re 8/31 agenda; review email from J. Boelter re same; review email from D. Abbott re same; review email from M. Andolina re same; further email from E. Moats re same | 0.1 | 80.00 |
| 08/28/20 | Topper, Paige | Attention to hearing logistics. | 0.4 | 204.00 |
| 08/28/20 | Topper, Paige | Call with E. Moats re: hearing logistics and objection to motion to supplement bar date order. | 0.3 | 153.00 |
| 08/28/20 | Moats, Eric | Call with P. Topper re: hearing logistics and objestion to motion to supplement bar date order. | 0.3 | 160.50 |
| 08/28/20 | Reimann, Glenn | Email communications with D. Abbott and P. Topper regarding the September 1 agenda. | 0.1 | 33.50 |
| 08/28/20 | Remming, Andrew | review email from P. Topper re 8/31 hearing | 0.1 | 80.00 |
| 08/30/20 | Reimann, Glenn | Draft amended agenda August 31 hearing. | 0.3 | 100.50 |
| 08/31/20 | Moats, Eric | Phone call w/ P. Topper re: follow up to 8.31 hearing and interim fee apps. | 0.2 | 107.00 |
| 08/31/20 | Reimann, Glenn | Draft September 9 hearing. | 0.5 | 167.50 |
| 08/31/20 | Reimann, Glenn | Revise, electronically file, and cause to be served the amended August 31 agenda. | 0.8 | 268.00 |
| 08/31/20 | Moats, Eric | Attend 8.31 hearing. | 2.0 | 1,070.00 |
| 08/31/20 | Reimann, Glenn | Email communications with P. Topper and chambers regarding DI 1200 filed during the August 31 hearing. | 0.1 | 33.50 |
| 08/31/20 | Moats, Eric | Review and revise 8.31 agenda (.3) and coordinate w/ G. Reimann re: filing and service of same (.1). | 0.4 | 214.00 |
| 08/31/20 | Remming, Andrew | review amended agenda for 8/31 hearing | 0.1 | 80.00 |
| 08/31/20 | Topper, Paige | Call with E. Moats re: follow up to hearing on motion to supplement bar date order and interim fee applications. | 0.2 | 102.00 |
| | | **Total** | **16.7** | 7,030.50 |

**Task Code:**     B310     Claims Objections and Administration

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 08/14/20 | Remming, Andrew | review email from E. Moats re revisions to motion to dismiss | 0.1 | 80.00 |
| 08/20/20 | Moats, Eric | Call w/ P. Topper re: motion to enforce bar date order, 341 meeting, and QE retention. | 0.5 | 267.50 |
| 08/20/20 | Moats, Eric | Research re: motion to enforce bar date order. | 0.4 | 214.00 |
| 08/20/20 | Topper, Paige | Call with E. Moats re: motion to enforce bar date order, Quinn Emanuel retention application and 341 meeting. | 0.5 | 255.00 |
| 08/20/20 | Remming, Andrew | review emails (2x) from B Warner re motion re bar date; review email from D. Abbott re same | 0.1 | 80.00 |
| 08/20/20 | Remming, Andrew | further email w/ B. Warner re bar date motion | 0.1 | 80.00 |
| 08/21/20 | Moats, Eric | Phone call w/ P. Topper re: bar date supplement/TRO/options going forward. | 0.2 | 107.00 |
| 08/21/20 | Abbott, Derek C. | call w/Boelter re: bar date enforcement motion | 0.2 | 185.00 |
| 08/21/20 | Topper, Paige | Phone call w/ E. Moats re: bar date supplement/TRO/options going forward. | 0.2 | 102.00 |
| 08/21/20 | Culver, Donna L. | Emails (multiple) with Sidley/Abbott/Topper re supplement to bar date motion | 0.1 | 87.50 |
| 08/21/20 | Culver, Donna L. | Review pleading re possible litigation/bar date amendment | 0.4 | 350.00 |
| 08/21/20 | Remming, Andrew | review email from B. Warner re FTI declaration; review email from D. Abbott re same; review email from D. Culver re same; review further email from B. Warner re same | 0.1 | 80.00 |
| 08/21/20 | Remming, Andrew | review email from E. Moats re research re bar date motion | 0.1 | 80.00 |
| 08/23/20 | Topper, Paige | Phone call w/ E. Moats re: bar date revised order motion. | 0.1 | 51.00 |
| 08/23/20 | Topper, Paige | Research precedent for motions to shorten for the motion to supplement the bar date order and email to B. Warner, Sidley team, D. Abbott, A. Remming, D. Culver and E. Moats re: same. | 0.4 | 204.00 |
| 08/23/20 | Topper, Paige | Review motion to supplement bar date order and email to D. Culver, D. Abbott, A. Remming and E. Moats re: same. | 1.5 | 765.00 |
| 08/23/20 | Moats, Eric | Phone call w/ P. Topper re: bar date revised order motion. | 0.1 | 53.50 |

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 08/23/20 | Culver, Donna L. | Emails (multiple) with Abbott, Remming & Topper re supplemental bar date motion | 0.1 | 87.50 |
| 08/23/20 | Culver, Donna L. | Review motion to supplement bar date | 0.4 | 350.00 |
| 08/23/20 | Remming, Andrew | review email from P. Topper re research re motion to enforce bar date | 0.1 | 80.00 |
| 08/23/20 | Remming, Andrew | review email from B. Warner re motion to supp. bar date | 0.1 | 80.00 |
| 08/23/20 | Remming, Andrew | review draft motion to amend bar date order (.4); research re same (.4); emails to D. Abbott and P. Topper re same (.2) | 1.0 | 800.00 |
| 08/24/20 | Topper, Paige | Call with A. Barajas re: motion to shorten notice provisions for motion to supplement bar date order. | 0.1 | 51.00 |
| 08/24/20 | Moats, Eric | Phone call w/ D. Abbott, P. Topper, B. Warner, M. Andolina, J. Boelter, B. Warner, and M. Walker re: bar date supplement/enforcement motion. | 0.4 | 214.00 |
| 08/24/20 | Topper, Paige | Emails with A. Barajas, M. Walker, L. Baccash, B. Warner and D. Abbott re: questions re: motion to shorten motion to supplement bar date order. | 0.2 | 102.00 |
| 08/24/20 | Topper, Paige | call w/ D. Abbott re: bar date supplement motion | 0.2 | 102.00 |
| 08/24/20 | Culver, Donna L. | Call with Sidley/Abbott/Topper/Moats re motion to supplement bar date | 0.4 | 350.00 |
| 08/24/20 | Moats, Eric | Review accompanying declarations and exhibits in support of motion to supplement bar date order (.4); review, revise, and finalize motion to supplement and motion to shorten (.6); review notice of motion to supplement (.2); and coordinate w/ T. Naimoli re: filing and service of same (.2). | 1.4 | 749.00 |
| 08/24/20 | Abbott, Derek C. | call w/Boelter, Andolina, Warner, Moats, Topper, Walker re: bar date supplement motions | 0.4 | 370.00 |
| 08/24/20 | Abbott, Derek C. | call to Buchbinder re: bar date motion | 0.1 | 92.50 |
| 08/24/20 | Abbott, Derek C. | call w/Buchbinder re: bar date motion | 0.4 | 370.00 |
| 08/24/20 | Moats, Eric | Review motion to supplement bar date order (.6) and email T. Naimoli re: preparation for filing of same (.2). | 0.8 | 428.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/24/20 | Abbott, Derek C. | call w/Topper re: bar date supplement motion (.2); review draft of same (.3) | 0.5 | 462.50 |
| 08/24/20 | Abbott, Derek C. | review motion to shorten bar date supplement motion and correspondence re: same | 0.1 | 92.50 |
| 08/24/20 | Topper, Paige | Emails with D. Abbott, E. Moats and L. Johnson re: hearing date for motion to supplement bar date order and call with D. Abbott re: same (.1); call with E. Moats, D. Culver, J. Boelter, D. Abbott, M. Walker, B. Warner, L. Baccash and A. Barajas re: motion to supplement bar date order (.4) | 0.5 | 255.00 |
| 08/24/20 | Abbott, Derek C. | correspondence w/B. Warner re: call re: bar date motion filing | 0.1 | 92.50 |
| 08/24/20 | Remming, Andrew | review email from M. Walker re FTI declaration | 0.1 | 80.00 |
| 08/24/20 | Remming, Andrew | review email from P. Topper re supp bar date motion scheduling | 0.1 | 80.00 |
| 08/24/20 | Remming, Andrew | review email from J. Boelter re next steps for motion to supp bar date; review email from M. Walker re same | 0.1 | 80.00 |
| 08/24/20 | Remming, Andrew | review email from J. Boelter re motion to enforce bar date | 0.1 | 80.00 |
| 08/24/20 | Remming, Andrew | review email form A. Barajas re motion to shorten notice; review email from M. Linder re same | 0.1 | 80.00 |
| 08/24/20 | Remming, Andrew | review precedent motions to motions to enforce bar date | 0.4 | 320.00 |
| 08/24/20 | Remming, Andrew | participate in call w/ J. Boelter and D. Abbott re bar date enforcement motion | 0.4 | 320.00 |
| 08/24/20 | Remming, Andrew | review draft declaration re motion to enforce bar date | 0.1 | 80.00 |
| 08/24/20 | Remming, Andrew | review draft motion to shorten notice re motion to enforce bar date | 0.1 | 80.00 |
| 08/25/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of motion (.1); prepare & efile Motion to Shorten Motion Supplementing the Bar Date Order (.3) | 0.4 | 126.00 |
| 08/25/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of motion (.1); prepare & efile Debtors' Motion Supplementing the Bar Date Order (.6) | 0.7 | 220.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/25/20 | Topper, Paige | Call with E. Moats re: motion to supplement bar date order and related motion to shorten. | 0.2 | 102.00 |
| 08/25/20 | Reimann, Glenn | Draft, electronically file and cause to be served the notice of motion to supplement bar date order. | 0.7 | 234.50 |
| 08/25/20 | Moats, Eric | Call with P. Topper re: motion to supplement bar date order and related motion to shorten. | 0.2 | 107.00 |
| 08/25/20 | Topper, Paige | Review and provide comments to revised notice re: motion to supplement bar date order. | 0.2 | 102.00 |
| 08/25/20 | Topper, Paige | Attention to order shortening notice of motion to supplement bar date order; emails with L. Johnson (Court), D. Abbott, E. Moats re: same; email to Sidley team re: same. | 0.2 | 102.00 |
| 08/25/20 | Remming, Andrew | review email from P. Topper re order scheduling motion to supp bar date | 0.1 | 80.00 |
| 08/26/20 | Topper, Paige | Calls (x2) with A. Barajas re: bar date appeal brief (.3); attention to Bankruptcy Rules re: same and confer with D. Culver re: same (.2); call with E. Moats re: same and motion to assume leases (.3). | 0.8 | 408.00 |
| 08/26/20 | Abbott, Derek C. | correspondence w/Topper re: bar date appeal brief | 0.1 | 92.50 |
| 08/26/20 | Moats, Eric | Phone call w/ B. Warner re: affidavit of service for bar date supplement order re: request from Chambers for same. | 0.2 | 107.00 |
| 08/26/20 | Topper, Paige | Finalize brief for bar date appeal for filing and email to G. Reimann re: same. | 0.3 | 153.00 |
| 08/26/20 | Moats, Eric | Phone call w/ P. Topper re: bar date appeal brief, motion to assume leases | 0.3 | 160.50 |
| 08/26/20 | Culver, Donna L. | Conf with Topper re brief requirements | 0.1 | 87.50 |
| 08/26/20 | Culver, Donna L. | Review/comment on bar date brief | 0.5 | 437.50 |
| 08/26/20 | Malafronti, Emily | File Appellee Brief in bar date appeal | 0.2 | 67.00 |
| 08/26/20 | Abbott, Derek C. | review draft bar date appeal brief | 0.3 | 277.50 |
| 08/26/20 | Malafronti, Emily | Filing Supplemental Appendix | 0.1 | 33.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/26/20 | Remming, Andrew | review email from P. Topper re bar date appeal; review email from D. Abbott re same | 0.1 | 80.00 |
| 08/27/20 | Moats, Eric | Email exchange w/ B. Warner and P. Topper re: motion for admin claim and noticing of same. | 0.3 | 160.50 |
| 08/29/20 | Remming, Andrew | review Coalition objection to motion to modify bar date order | 0.2 | 160.00 |
| 08/29/20 | Abbott, Derek C. | review Coalition objection to bar date supplement motion | 0.2 | 185.00 |
| 08/29/20 | Remming, Andrew | review bar date appeal brief | 0.3 | 240.00 |
| 08/30/20 | Topper, Paige | Reviewed Coalition objection to motion to supplement bar date order. | 0.4 | 204.00 |
| 08/30/20 | Topper, Paige | Review supplement Roberts declaration in support of motion to supplement bar date order (.3); emails with G. Reimann re: filing and service of same (.1). | 0.4 | 204.00 |
| 08/31/20 | Moats, Eric | Phone call w/ P. Topper re: bar date supplement filings and hearing, interim fee apps, and QE retention responses. | 0.5 | 267.50 |
| 08/31/20 | Abbott, Derek C. | attend hearing re: supplemental bar date motion | 2.2 | 2,035.00 |
| 08/31/20 | Remming, Andrew | review email from J. Hrubiec re objection | 0.1 | 80.00 |
| 08/31/20 | Topper, Paige | Call with E. Moats re: preparation for hearing, interim fee applications and QE retention application. | 0.5 | 255.00 |
| | | **Total** | **24.7** | **16,139.00** |

**Task Code:**    B330    Litigation/Adversary Proceedings

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/04/20 | Abbott, Derek C. | Review correspondence and proposed statement re: PI (.1); correspondence w/Linder re: same (.1) | 0.2 | 185.00 |
| 08/04/20 | Abbott, Derek C. | review second certificate re: Grand Teton council /PI | 0.1 | 92.50 |
| 08/04/20 | Topper, Paige | Review joint motion re: TCC PI termination COCs; emails with E. Moats and D. Abbott re: same. | 0.3 | 153.00 |
| 08/04/20 | Moats, Eric | Review motion/statement re: PI terminations (.4) and email exchange w/ P. Topper and D. Abbott re: same (.1). | 0.5 | 267.50 |

19

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/05/20 | Abbott, Derek C. | Correspondence w/O'Neill re email to Chambers re PI | 0.1 | 92.50 |
| 08/05/20 | Abbott, Derek C. | Correspondence w/O'Neill re TCC certificates (.1); call w/Andolina re same (.1) | 0.2 | 185.00 |
| 08/05/20 | Abbott, Derek C. | Review correspondence from Chambers re PI TCC certificates | 0.1 | 92.50 |
| 08/07/20 | Abbott, Derek C. | E-mails with A. Remming and P. Topper re: reply in support of motion to extend in Hartford adversary | 0.2 | 185.00 |
| 08/07/20 | Remming, Andrew | review email from P. Topper re Hartford response to motion to extend | 0.1 | 80.00 |
| 08/07/20 | Remming, Andrew | further emails w/ P. Topper re Hartford response; email w/ D. Abbott re same | 0.1 | 80.00 |
| 08/07/20 | Remming, Andrew | review draft of reply re motion to extend answer deadline | 0.2 | 160.00 |
| 08/07/20 | Abbott, Derek C. | review Hartford reply | 0.1 | 92.50 |
| 08/07/20 | Topper, Paige | Review and finalize notice of amended Schedule 1 to consent order in PI adversary proceeding; email to G. Reimann re: filing same. | 0.4 | 204.00 |
| 08/07/20 | Topper, Paige | Review and provide comments to reply in support of motion to extend deadline to answer in Hartford adversary proceeding (.3); email to D. Abbott and A. Remming re: same (.2); and review complaint (.3). | 0.8 | 408.00 |
| 08/07/20 | Reimann, Glenn | Electronically file (.4) and cause to be served the notice of filing amended schedules 1 and 2 to the consent order (.1). | 0.5 | 167.50 |
| 08/07/20 | Topper, Paige | Review and finalize notice of amended Schedule 2 to consent order and email to G. Reimann re: filing same. | 0.3 | 153.00 |
| 08/07/20 | Topper, Paige | Finalize reply in support of motion to extend deadline to respond to complaint in Hartford adversary proceeding and prepare for filing. | 0.3 | 153.00 |
| 08/12/20 | Remming, Andrew | review email from E. Moats re comments to motion to dismiss Hartford proceeding | 0.1 | 80.00 |
| 08/12/20 | Remming, Andrew | review draft of motion to dismiss re Hartford | 0.6 | 480.00 |

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 08/12/20 | Moats, Eric | Review motion to dismiss Hartford adversary proceeding and comment on same (1.6) and email D. Abbott, A. Remming, and P. Topper re: revisions to same (.2). | 1.8 | 963.00 |
| 08/12/20 | Abbott, Derek C. | Review draft motion to dismiss re Hartford adversary | 0.4 | 370.00 |
| 08/13/20 | Moats, Eric | Email C. Green re: MNAT comments to motion to dismiss Hartford adversary. | 0.3 | 160.50 |
| 08/14/20 | Moats, Eric | Further phone call w/ P. Topper re: motion to dismiss and fee examiner order | 0.3 | 160.50 |
| 08/14/20 | Moats, Eric | Draft proposed order re: dismissal of HARTFORD adversary proceeding (.5); email exchange w/ C. Green re: final version of same (.4); review final version of motion to dismiss and accompanying exhibits (1.3); and coordinate w/ T. Naimoli re: filing and service of same (.6). | 2.8 | 1,498.00 |
| 08/14/20 | Moats, Eric | Phone call w/ P. Topper re: motion to dismiss Hartford adversary proceeding and proposed order re: same | 0.3 | 160.50 |
| 08/14/20 | Topper, Paige | Call with E. Moats re: fee examiner order and motion to dismiss in Hartford adversary proceeding. | 0.3 | 153.00 |
| 08/14/20 | Topper, Paige | Call with E. Moats re: motion to dismiss Hartford adversary proceeding. | 0.3 | 153.00 |
| 08/14/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of motion (.1); prepare & efile Boy Scouts of America's and the Local Councils' Motion to Dismiss Plaintiffs' Complaint (.5) | 0.6 | 189.00 |
| 08/21/20 | Moats, Eric | Email exchange w/ B. Warner, D. Abbott, J. Boelter, D. Culver, P. Topper, M. Andolina, M. Linder, and M. Walker re: adversary complaint and proof of claim issues (.3) and research re: same (.2). | 0.5 | 267.50 |
| 08/23/20 | Remming, Andrew | review email from M. Linder re COC re Hartford action | 0.1 | 80.00 |
| 08/24/20 | Abbott, Derek C. | correspondence w/Topper re: stay of Hartford adversary | 0.1 | 92.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/24/20 | Topper, Paige | Attention to COC re: stay of Hartford adversary proceeding, address issues re: same, emails with D. Abbott and A. Remming re: same (.3); call with E. Fay (Hartford counsel) re: same (.1). | 0.4 | 204.00 |
| 08/24/20 | Remming, Andrew | review email from P. Topper re Hartford COC; review email from D. Abbott re same; review further email from P. Topper re same | 0.1 | 80.00 |
| 08/24/20 | Remming, Andrew | review draft COC re Hartford adversary | 0.1 | 80.00 |
| 08/25/20 | Topper, Paige | Call with M. Linder re: stay motion re: Hartford adversary proceeding. | 0.1 | 51.00 |
| 08/27/20 | Abbott, Derek C. | review Hartford stipulation to extend time and correspondence to Fay re: same | 0.1 | 92.50 |
| 08/31/20 | Abbott, Derek C. | coordinate execution of motion re: timing on Hartford matter | 0.1 | 92.50 |
| | | **Total** | **13.9** | **8,158.50** |

**Task Code:**   B340   Professional Retention (MNAT - Filing)

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/03/20 | Moats, Eric | Draft and review second supplemental MNAT disclosure. | 0.4 | 214.00 |
| 08/24/20 | Abbott, Derek C. | review supplemental declaration re: MNAT retention | 0.1 | 92.50 |
| 08/24/20 | Moats, Eric | Draft supplemental declaration in support of MNAT retention. | 0.3 | 160.50 |
| | | **Total** | **0.8** | **467.00** |

**Task Code:**   B360   Professional Retention (Others - Filing)

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/06/20 | Topper, Paige | Review Wilson Elser OCP Declaration and emails re: filing same. | 0.2 | 102.00 |
| 08/13/20 | Moats, Eric | Phone call w/ P. Topper re: Quinn Emmanuel 327(e) retention. | 0.2 | 107.00 |
| 08/13/20 | Topper, Paige | Call with E. Moats re: Quinn Emmanuel retention application as special litigation counsel. | 0.2 | 102.00 |
| 08/17/20 | Moats, Eric | Email exchange w/ M. Linder and B. Warner re: QE retention application. | 0.3 | 160.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/17/20 | Moats, Eric | Draft order to appoint fee examiner. | 0.5 | 267.50 |
| 08/17/20 | Moats, Eric | Email exchange w/ J. Rucki re: potential parties in interest list and draft fee examiner order. | 0.2 | 107.00 |
| 08/17/20 | Moats, Eric | Review Quinn Emmanuel 327 retention application. | 1.4 | 749.00 |
| 08/18/20 | Moats, Eric | Call w/ P. Topper re: B. Warner appraisal retention questions. | 0.2 | 107.00 |
| 08/18/20 | Topper, Paige | Call with E. Moats re: B. Warner questions re: appraiser retention. | 0.2 | 102.00 |
| 08/19/20 | Remming, Andrew | review and respond to email from P. Topper re appraiser motion | 0.1 | 80.00 |
| 08/19/20 | Remming, Andrew | tele w/ P. Topper re appraisal firm retention questions | 0.3 | 240.00 |
| 08/19/20 | Moats, Eric | Draft COC and order re: fee examiner appointment. | 0.3 | 160.50 |
| 08/19/20 | Moats, Eric | Review, revise, and finalize QE retention application (.5); email exchange w/ B. Warner re: revisions to same (.3); and coordinate w/ T. Naimoli re: filing and service of same (.2). | 1.0 | 535.00 |
| 08/19/20 | Moats, Eric | Review Haynes and Boone supplemental declaration in support of retention (.3) and email exchange w/ T. Naimoli re: filing and service of same (.1). | 0.4 | 214.00 |
| 08/19/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing of declaration (.1); prepare & efile Supplemental Declaration of Ernest Martin, Jr. ISO Debtors' Application Authorizing the Retention and Employment of Haynes and Boone, LLP as Special Insurance Counsel (.2) | 0.3 | 94.50 |
| 08/19/20 | Topper, Paige | Call with A. Remming re: B. Warner questions re: appraiser retention and modified engagement letters (.3); emails with B. Warner and E. Moats re: same (.1). | 0.4 | 204.00 |
| 08/20/20 | Topper, Paige | Call with A. Remming re: Quinn Emanuel retention issues and review local rules re: same. | 0.2 | 102.00 |
| 08/20/20 | Remming, Andrew | tele w/ P. Topper re Quinn retention questions | 0.2 | 160.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/20/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of application (.1); prepare & efile Debtors' Application Authorizing the Retention and Employment of Quinn Emanuel Urquhart & Sullivan, LLP (.6) | 0.7 | 220.50 |
| 08/21/20 | Moats, Eric | Further drafting of fee examiner order. | 0.1 | 53.50 |
| 08/24/20 | Remming, Andrew | review motion to employ Quinn | 0.2 | 160.00 |
| 08/25/20 | Moats, Eric | Review appointment of fee examiner order and email D. Abbott, A. Remming, and P. Topper re: same. | 0.5 | 267.50 |
| 08/25/20 | Remming, Andrew | review email from E. Moats re fee examiner order | 0.1 | 80.00 |
| 08/26/20 | Moats, Eric | Draft email to J. Boelter, M. Linder, and B. Warner re: fee examiner order and provisions of same. | 0.3 | 160.50 |
| 08/26/20 | Remming, Andrew | review email from E. Moats re draft fee examiner order; review email from M. Linder re same | 0.1 | 80.00 |
| 08/27/20 | Moats, Eric | Email exchange w/ J. Rucki re: comments to fee examiner order. | 0.2 | 107.00 |
| 08/27/20 | Moats, Eric | Email committee professionals (.2) and UST (.2) re: fee examiner order and comments to same. | 0.4 | 214.00 |
| 08/28/20 | Reimann, Glenn | Electronically file Milliman, Inc. OCP declaration. | 0.3 | 100.50 |
| 08/28/20 | Moats, Eric | Draft notice of retention and engagement for H&LA appraiser. | 1.0 | 535.00 |
| 08/29/20 | Remming, Andrew | review draft of fee examiner order | 0.2 | 160.00 |
| 08/31/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of notice (.1); prepare & efile Notice of Appraiser H&LA's (I) Revised Engagement Letter for Summit Bechtel Reserve and (II) New Engagement Letter for Philmont Scout Ranch (.5) | 0.6 | 189.00 |
| 08/31/20 | Moats, Eric | Review revised appraiser notice and accompanying engagement letters (.4); email exchange w/ B. Warner re: same (.2); and coordinate for filing and service of same (.3). | 0.9 | 481.50 |
| | | **Total** | **12.2** | **6,403.00** |

**Task Code:**      B410        General Case Strategy

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/03/20 | Haga, Taylor | updated WIP List | 1.0 | 475.00 |
| 08/04/20 | Topper, Paige | Call with E. Moats re: WIP list and general case status. | 0.1 | 51.00 |
| 08/10/20 | Moats, Eric | Review critical dates memo and recent filings. | 0.6 | 321.00 |
| 08/10/20 | Topper, Paige | Call with E. Moats re: Hartford adversary proceeding, general case update and 365(d)(4) extensions | 0.4 | 204.00 |
| 08/10/20 | Moats, Eric | Phone call w/ P. Topper re: case status, 365d4 extensions, and adversary proceeding status. | 0.4 | 214.00 |
| 08/21/20 | Haga, Taylor | update BSA WIP List | 1.6 | 760.00 |
| | | **Total** | **4.1** | **2,025.00** |

**Task Code:**      B420        Schedules/SOFA/U.S. Trustee Reports

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/31/20 | Moats, Eric | Review July MOR and coordinate for filing and service of same. | 0.3 | 160.50 |
| 08/31/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing of report (.1); prepare & efile Monthly Operating Report for Reporting Period July 2020 (.1) | 0.2 | 63.00 |
| | | **Total** | **0.5** | **223.50** |