### EXHIBIT B

**EXPENSE SUMMARY**

**BOY SCOUTS OF AMERICA**
**(Case No. 20-10343 (LSS))**

**August 1, 2020 through August 31, 2020**

| Expense Category | Total Expenses |
|---|---:|
| Pacer | 324.40 |
| In-House Printing - Black & White | 34.90 |
| Computer Research - Westlaw | 151.05 |
| Conference Calls | 168.29 |
| Court Costs | 25.00 |
| Transcripts | 82.80 |
| Photos/Art/Spec Duplicating-Out of Office | 103.22 |
| **Grand Total Expenses** | **$889.66** |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 07/14/20 | Pacer | 46.0 | 4.60 |
| 07/31/20 | Pacer | 42.0 | 4.20 |
| 08/03/20 | Pacer | 253.0 | 25.30 |
| 08/04/20 | Pacer | 66.0 | 6.60 |
| 08/04/20 | Conference Calls - Courtcall - Refund, Duplicate Charge - Paige Topper for Gabriela Roca-Fernandez - ID#10706566 - 08/04/2020 | 1.0 | (33.00) |
| 08/05/20 | Pacer | 340.0 | 34.00 |
| 08/06/20 | Pacer | 131.0 | 13.10 |
| 08/07/20 | Pacer | 110.0 | 11.00 |
| 08/10/20 | Computer Research - Westlaw | 1.0 | 151.05 |
| 08/10/20 | Pacer | 41.0 | 4.10 |
| 08/11/20 | Pacer | 52.0 | 5.20 |
| 08/12/20 | Pacer | 36.0 | 3.60 |
| 08/13/20 | Pacer | 44.0 | 4.40 |
| 08/14/20 | Pacer | 513.0 | 51.30 |
| 08/14/20 | Conference Calls | 1.0 | 6.73 |
| 08/17/20 | In-House Printing - black & white | 302.0 | 30.20 |
| 08/18/20 | Pacer | 40.0 | 4.00 |
| 08/19/20 | Pacer | 73.0 | 7.30 |
| 08/20/20 | Pacer | 85.0 | 8.50 |
| 08/21/20 | In-House Printing - black & white | 22.0 | 2.20 |
| 08/21/20 | Pacer | 356.0 | 35.60 |
| 08/24/20 | Pacer | 121.0 | 12.10 |
| 08/25/20 | Pacer | 85.0 | 8.50 |
| 08/25/20 | Photos/Art/Spec Duplicating-Out of Office - Print B/W, rush hand delivery - 08/25/2020 | 1.0 | 35.00 |
| 08/26/20 | Pacer | 182.0 | 18.20 |
| 08/26/20 | In-House Printing - black & white | 25.0 | 2.50 |
| 08/27/20 | Pacer | 96.0 | 9.60 |
| 08/27/20 | Photos/Art/Spec Duplicating-Out of Office - Print B/W, tabs, punch paper, printing spines and covers, 1" binder, court delivery - 08/27/2020 | 1.0 | 37.22 |
| 08/28/20 | Pacer | 105.0 | 10.50 |
| 08/28/20 | Conference Calls - Courtcall - Paige Topper for Shannon Wheaton - #ID 10824694 - 08/28/2020 | 4.0 | 45.00 |

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---:|---:|
| 08/28/20 | Court Costs - COURTS/USDC-DE - Paige Topper - Pro Hac Vice Fee For Melanie Walker - 08/28/2020 | 1.0 | 25.00 |
| 08/30/20 | Pacer | 60.0 | 6.00 |
| 08/31/20 | Pacer | 367.0 | 36.70 |
| 08/31/20 | Transcripts - Hourly transcript - 08/31/2020 | 1.0 | 82.80 |
| 08/31/20 | Photos/Art/Spec Duplicating-Out of Office - Print/copy, tabs, rush hand delivery - 08/31/2020 | 1.0 | 31.00 |
| 08/31/20 | Conference Calls | 1.0 | 149.56 |
| | **Total** | | **$889.66** |