**EXHIBIT A**

**COMPENSATION BY PROJECT CATEGORY**

**BOY SCOUTS OF AMERICA**
**(Case No. 20-10343 (LSS))**

**September 1, 2020 through September 30, 2020**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 1.00 | 581.50 |
| Automatic Stay Matters | 6.70 | 3,572.50 |
| Creditor Communications and Meetings | 0.20 | 185.00 |
| Fee Applications (MNAT - Filing) | 3.30 | 1,387.50 |
| Fee Applications (Others - Filing) | 19.90 | 8,365.00 |
| Executory Contracts/Unexpired Leases | 6.60 | 3,361.00 |
| Other Contested Matters | 19.30 | 12,300.50 |
| Tax Matters | 0.10 | 92.50 |
| Court Hearings | 34.40 | 18,451.00 |
| Claims Objections and Administration | 11.90 | 6,394.50 |
| Plan and Disclosure Statement | 0.70 | 427.50 |
| Litigation/Adversary Proceedings | 3.90 | 2,031.50 |
| Professional Retention (MNAT - Filing) | 0.50 | 227.50 |
| Professional Retention (Others - Filing) | 8.90 | 4,528.00 |
| Professional Retention (Others - Objections) | 2.00 | 1,187.00 |
| General Case Strategy | 4.40 | 2,257.50 |
| Schedules/SOFA/U.S. Trustee Reports | 0.50 | 223.50 |
| **TOTAL** | **124.30** | **$65,573.50** |

**Time Detail**

**Task Code:**      B110          Case Administration

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 09/03/20 | Reimann, Glenn | Perform conflict check. | 0.1 | 33.50 |
| 09/04/20 | Poland, Byron | Review and complete e-mail request from attorney- provide technical support, prep selected documents and files as per attorney instructions. | 0.1 | 32.50 |
| 09/04/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of notice (.1); prepare & efile Notice of Withdrawal of COC (.2) | 0.3 | 94.50 |
| 09/08/20 | Topper, Paige | Emails with Omni re: update to service list. | 0.1 | 51.00 |
| 09/17/20 | Abbott, Derek C. | call to Sheldon re: advertising issues (.3); call w/Baccash re: same (.1) | 0.4 | 370.00 |
| | | **Total** | **1.0** | **581.50** |

**Task Code:**      B140          Automatic Stay Matters

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 09/02/20 | Abbott, Derek C. | review FCR objection to Romero lift stay motion | 0.1 | 92.50 |
| 09/03/20 | Remming, Andrew | review FCR objection to stay relief motions | 0.1 | 80.00 |
| 09/03/20 | Remming, Andrew | review TCC's omnibus stay relief motion objection | 0.1 | 80.00 |
| 09/04/20 | Topper, Paige | Review response in support of lift stay motions and Qian settlement motion and emails with W. Curtin, T. Labuda, M. Linder, E. Moats and D. Abbott re: same. | 0.3 | 153.00 |
| 09/08/20 | Remming, Andrew | correspondence (3x) w/ M. Linder, P. Topper and E. Moats re Qian COC | 0.1 | 80.00 |
| 09/08/20 | Topper, Paige | Research re: lift stay precedent and email memo to M. Linder and E. Moats re: same. | 3.8 | 1,938.00 |
| 09/08/20 | Topper, Paige | Emails re: Qian settlement motion and FCR objection to same. | 0.1 | 51.00 |
| 09/08/20 | Remming, Andrew | correspondence (3x) w/ D. Abbott and P. Topper re stay motions | 0.1 | 80.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/08/20 | Remming, Andrew | further correspondence (7x) w/ E. Moats, P. Topper, W. Curtin and T. Labuda re Qian COC | 0.1 | 80.00 |
| 09/08/20 | Moats, Eric | Email exchange w/ M. Linder and W. Curtin re: Qian lift stay motion (.2); review CNO re: same (.2); and coordinate w/ T. Naimoli re: filing and service of same (.1). | 0.5 | 267.50 |
| 09/08/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing of certificate (.1); prepare & efile Certificate of No Objection Regarding Qian Motion Lifting the Automatic Stay (.2) | 0.3 | 94.50 |
| 09/17/20 | Topper, Paige | Review violation of stay letters and underlying creditor letters, emails with J. Schomberg re: same. | 0.3 | 153.00 |
| 09/17/20 | Topper, Paige | Call with D. Abbott re: stay violation letters. | 0.1 | 51.00 |
| 09/18/20 | Topper, Paige | Attention to stay violation letters and email J. Schomberg re: same. | 0.1 | 51.00 |
| 09/30/20 | Moats, Eric | Draft COC re: Henderson stay relief motion | 0.6 | 321.00 |
| | | **Total** | **6.7** | **3,572.50** |

**Task Code:**    B150    Creditor Communications and Meetings

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/01/20 | Abbott, Derek C. | call w/Diane Santod from RI tax department | 0.2 | 185.00 |
| | | **Total** | **0.2** | **185.00** |

**Task Code:**    B160    Fee Applications (MNAT - Filing)

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/03/20 | Topper, Paige | Phone call w/ E. Moats re: MNAT interim fee app. | 0.1 | 51.00 |
| 09/03/20 | Moats, Eric | Phone call w/ P. Topper re: MNAT interim fee app. | 0.1 | 53.50 |
| 09/03/20 | Vale, Desiree | Further update MNAT Second Interim Fee Application and Notice | 0.3 | 100.50 |
| 09/03/20 | Topper, Paige | Review and revise Morris Nichols interim fee application. | 0.6 | 306.00 |

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 09/04/20 | Remming, Andrew | emails w/ D. Vale re MNAT August fee app | 0.1 | 80.00 |
| 09/04/20 | Remming, Andrew | review email from D. Vale re MNAT fee app | 0.1 | 80.00 |
| 09/04/20 | Vale, Desiree | Review with P. Topper MNAT Second Interim Fee Application (.1) update same (.5) | 0.6 | 201.00 |
| 09/09/20 | Vale, Desiree | Review and respond e-mail from P. Topper re MNAT Second Interim Fee Application e-filing (.1) prepare document and e-file same (.7) coordinate service (.1) | 0.9 | 301.50 |
| 09/11/20 | Remming, Andrew | review and respond to email from P. Topper re MNAT fee app | 0.1 | 80.00 |
| 09/24/20 | Vale, Desiree | Draft CNO re MNAT Second Interim Fee Application | 0.4 | 134.00 |
| | | **Total** | **3.3** | **1,387.50** |

**Task Code:**     B165     Fee Applications (Others - Filing)

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 09/01/20 | Moats, Eric | Email exchange w/ C. Green and A. Azer re: Haynes and Boone july and interim fee apps. | 0.2 | 107.00 |
| 09/02/20 | Moats, Eric | Review revised Ogletree interim fee app and coordinate for filing and service of same. | 0.5 | 267.50 |
| 09/02/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of fee application (.1); prepare & efile Second Interim Fee Application Request of Ogletree, Deakins, Nash, Smoak & Stewart, P.C for the Period from May 1, 2020 to and Including July 31, 2020 (.4) | 0.5 | 157.50 |
| 09/03/20 | Reimann, Glenn | Email communications with Omni regarding service of second omnibus order granting interim fee applications. | 0.1 | 33.50 |
| 09/03/20 | Moats, Eric | Phone call w/ P. Topper re: interim fee order. | 0.1 | 53.50 |
| 09/03/20 | Moats, Eric | Call w/ P. Topper and Carl (in part) re: interim fee order, COC re: QE retention and hearing agenda | 0.4 | 214.00 |
| 09/03/20 | Topper, Paige | Call with E. Moats re: interim fee order. | 0.1 | 51.00 |

3

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/03/20 | Topper, Paige | Call with E. Moats and C. Bingelli (in part) re: interim fee order, COC re: QE retention, hearing agenda. | 0.4 | 204.00 |
| 09/04/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of fee application (.1); prepare & efile Second Interim Fee Application of Haynes and Boone, LLP for The Period from May 1, 2020 to and Including July 31, 2020 (.3) | 0.4 | 126.00 |
| 09/04/20 | Leyh, Meghan | telephone call with P. Topper re: email to court (.2); email to Court re: Status of First Omnibus Fee Order (.2); prepare Exhibits and send to DLS for printing (.3); file Response (.2) | 0.9 | 301.50 |
| 09/04/20 | Moats, Eric | Review Haynes and Boone second interim fee app and coordinate w/ T. Naimoli re: filing and service of same. | 0.2 | 107.00 |
| 09/08/20 | Remming, Andrew | review MNAT interim fee app draft | 0.2 | 160.00 |
| 09/08/20 | Remming, Andrew | review and respond to email from D. Vale re MNAT second interim app | 0.1 | 80.00 |
| 09/08/20 | Moats, Eric | Review KCIC and Ogletree fee app CNOs and coordinate w/ D. Vale for filing of same. | 0.2 | 107.00 |
| 09/08/20 | Vale, Desiree | Draft CNOs to KCIC Third Fee Application and to Ogletree Fifth Fee Application (.5) e-mail same to corresponding contacts (.2) e-file same (.4) | 1.1 | 368.50 |
| 09/09/20 | Vale, Desiree | Draft CNOs to H&B Third Fee Application and to BW Fifth Fee Application (.6) contact professionals re same (.1) | 0.7 | 234.50 |
| 09/10/20 | Topper, Paige | Review CNO for Haynes and Boone and Bates White fee applications and email to D. Vale re: filing same. | 0.1 | 51.00 |
| 09/10/20 | Vale, Desiree | Draft Sidley CNO re Fifth Fee Application (.3) e-mail to M. Linder and P Topper (.1) | 0.4 | 134.00 |
| 09/10/20 | Vale, Desiree | Review and respond e-mail from P. Topper re CNOs to H&B and Bates White e-filing (.1) e-file the same (.4) | 0.5 | 167.50 |
| 09/11/20 | Leyh, Meghan | File CNO for Sidley Austin's Fifth Monthly Application | 0.3 | 100.50 |
| 09/11/20 | Abbott, Derek C. | review PSZJ fee application | 0.1 | 92.50 |

4

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/15/20 | Moats, Eric | Review interim CNOs and email exchange w/ G. Reimann re: same. | 0.1 | 53.50 |
| 09/15/20 | Moats, Eric | Review A&M, Sidley, KCIC, and Haynes and Boone interim fee app CNOs (.2) and email exchange w/ G. Reimann re: revisions and filing of same (.1) | 0.3 | 160.50 |
| 09/15/20 | Reimann, Glenn | Draft and electroncially file CNOs for MNAT, A&M, Sidley, KCIC, and MB fee applications. Email communications with P. Topper and E. Moats. | 1.7 | 569.50 |
| 09/16/20 | Reimann, Glenn | Electronically file CNOs for the debtors' professionals' fee applications. | 0.2 | 67.00 |
| 09/17/20 | Reimann, Glenn | Draft CNO for Ogletree fee application. Email communications with P. Topper. | 0.2 | 67.00 |
| 09/18/20 | Reimann, Glenn | Revise and electronically file CNOs for A&M and Bates White. | 0.5 | 167.50 |
| 09/18/20 | Reimann, Glenn | Email communications with P. Topper regarding fee application contact list. | 0.1 | 33.50 |
| 09/18/20 | Topper, Paige | Review Sidley's sixth fee application and draft notice and emails with G. Reimann re: filing same. | 0.2 | 102.00 |
| 09/18/20 | Topper, Paige | Review CNOs re: Ogletree interim fee application and A&M interim and fourth monthly fee application and email to G. Reimann re: revisions to same. | 0.2 | 102.00 |
| 09/18/20 | Naimoli, Theresa M. | Review and respond to email from P. Topper re filing and service of fee application (.1); prepare & efile Fourth Monthly Application of Haynes and Boone, LLP for the Period August 1, 2020 through August 31, 2020 (.5) | 0.6 | 189.00 |
| 09/18/20 | Reimann, Glenn | Draft notice of Haynes Boone fee application. | 0.2 | 67.00 |
| 09/18/20 | Reimann, Glenn | Draft notice and electronically file the Sidley fee application. | 0.7 | 234.50 |
| 09/18/20 | Topper, Paige | Review and finalize Bates White and Ogletree August fee applications. | 0.7 | 357.00 |
| 09/18/20 | Naimoli, Theresa M. | Review and respond to email from P. Topper re filing and service of fee application (.1); prepare & efile Sixth Monthly Application of Bates White, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2020 to and Including August 31, 2020 (.3) | 0.4 | 126.00 |

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 09/21/20 | Remming, Andrew | review first interim fee order | 0.1 | 80.00 |
| 09/21/20 | Moats, Eric | Review Ogletree 2nd interim CNO and email D. Vale re: filing of same. | 0.1 | 53.50 |
| 09/21/20 | Vale, Desiree | E-file CNO re Ogletree Second Interim Fee Application | 0.4 | 134.00 |
| 09/21/20 | Moats, Eric | Review second interim fee order and email exchange w/ C. Bingelli and P. Topper re: same. | 0.2 | 107.00 |
| 09/22/20 | Vale, Desiree | Review and respond e-mail from E. Moats re Alvarez & Marsal Fifth Fee Application (.1) Draft Notice re the same (.3) e-file the same (.8) | 1.2 | 402.00 |
| 09/22/20 | Vale, Desiree | Draft CNO to H&B Second Interim Fee Application (.3) e-mails with professional contacts and E. Moats and P. Topper re the same (.2) | 0.5 | 167.50 |
| 09/22/20 | Moats, Eric | Review A&M August fee app (.3) and email exchange w/ C. Bingelli and B. Warner re: same (.2). | 0.5 | 267.50 |
| 09/22/20 | Moats, Eric | Phone call w/ J. Rucki re: professional fee and expense detail from Debtor professionals for first and second interim fee period and timing for second interim fee hearing. | 0.3 | 160.50 |
| 09/22/20 | Remming, Andrew | review email from E. Moats re fee examiner | 0.1 | 80.00 |
| 09/23/20 | Moats, Eric | Email exchange w/ C. Bingelli re: A&M September fee app (.1) and email D. Buchbinder, H. McCollum, and J. Rucki re: same (.1). | 0.2 | 107.00 |
| 09/23/20 | Moats, Eric | Email exchange w/ R. Kassabian re: procedures for fee apps. | 0.1 | 53.50 |
| 09/23/20 | Abbott, Derek C. | review correspondence from Moats re: fee examiner (.1); review draft instructions to counsel and correspondence to Moats re: same (.1) | 0.2 | 185.00 |
| 09/23/20 | Moats, Eric | Draft and send email to Debtor professionals re: entry of fee examiner and process going forward for submitting detail and review process. | 0.4 | 214.00 |
| 09/23/20 | Remming, Andrew | review email from E. Moats re fee examiner; review email from D. Abbott re same | 0.1 | 80.00 |

6

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/25/20 | Leyh, Meghan | Draft Notice for Ogletree's Sixth Monthly Fee App | 0.3 | 100.50 |
| 09/25/20 | Topper, Paige | Review Ogletree fifth monthly fee application (.3); call with K. Davis re: same (.1). | 0.4 | 204.00 |
| 09/25/20 | Abbott, Derek C. | correspondence w/Boelter, Andolina, Linder re: fee examiner issues | 0.1 | 92.50 |
| 09/28/20 | Vale, Desiree | e-file CNO re Haynes and Boone Second Interim Fee Application | 0.3 | 100.50 |
| 09/28/20 | Moats, Eric | Review Haynes and Boone 2nd interim CNO and email exchange w/ D. Vale re: filing of same. | 0.1 | 53.50 |
| 09/30/20 | Moats, Eric | Review OCP quarterly payments notice and accompanying exhibit (.3) and coordinate w/ T. Naimoli re: filing and service of same (.1). | 0.4 | 214.00 |
| 09/30/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of statement (.1); prepare, efile Debtors' Statement of Amounts Paid to Ordinary Course Professionals for the Period from June 1, 2020, to and Including August 31, 2020 (.2) | 0.3 | 94.50 |
| | | **Total** | **19.9** | **8,365.00** |

| **Task Code:** | B185 | Executory Contracts/Unexpired Leases | | |
|------|------|-------------|-------|--------|
| **Date** | **Name** | **Description** | **Hours** | **Amount** |
| 09/03/20 | Remming, Andrew | correspondence (3x) w/ E. Moats and D. Abbott re 365d4 | 0.1 | 80.00 |
| 09/03/20 | Remming, Andrew | further correspondence (4x) w/ D. Abbott, P. Topper and E. Moats re 365d4 | 0.1 | 80.00 |
| 09/03/20 | Moats, Eric | Email exchange w/ M. Linder re: 365(d)(4) proposed email extension (.1); research re: same (.2); and email D. Abbott, A. Remming, and P. Topper re: same (.1). | 0.4 | 214.00 |
| 09/03/20 | Moats, Eric | Email Chambers re: 365(d)(4) and process re: filing of stipulations for same. | 0.2 | 107.00 |
| 09/03/20 | Remming, Andrew | review draft COC and proposed order re 365d4 | 0.1 | 80.00 |

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 09/04/20 | Moats, Eric | Draft email to M. Linder and J. Schomberg re: proposed course of action for 365(d)(4) stipulation extension for Last Frontier. | 0.2 | 107.00 |
| 09/08/20 | Remming, Andrew | review email from E. Moats re lease assumption | 0.1 | 80.00 |
| 09/08/20 | Moats, Eric | Draft and revise COC re: first omnibus assumption motion. | 0.6 | 321.00 |
| 09/08/20 | Moats, Eric | Finalize COC re: lease assumption motion and coordinate w/ T. Naimoli re: filing and service of same. | 0.3 | 160.50 |
| 09/08/20 | Moats, Eric | Review revised schedule to first lease assumption motion and revisions to COC re: same. | 0.3 | 160.50 |
| 09/08/20 | Moats, Eric | Email exchange w/ J. Schomberg and C. Bingelli re: assumption order revisions and 365d4 stipulations. | 0.3 | 160.50 |
| 09/08/20 | Moats, Eric | Review and comment on 365(d)(4) COC and proposed order. | 0.3 | 160.50 |
| 09/08/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing of certification (.1); prepare & efile Certification of Counsel Regarding the First Omnibus Motion (.3) | 0.4 | 126.00 |
| 09/09/20 | Moats, Eric | Review COC, proposed order, and 365(d)(4) stipulations (.3) and email exchange w/ J. Schomberg re: signatures for same (.1). | 0.4 | 214.00 |
| 09/10/20 | Malafronti, Emily | File Certification of Counsel Regarding Order Approving Stipulations Extending Deadline to Assume or Reject Certain Unexpired Leases of Nonresidential Real Property Under Section 365(d)(4) of the Bankruptcy Code | 0.3 | 100.50 |
| 09/10/20 | Moats, Eric | Review revised stipulations, order, and COC re: 365d4 extensions (.4) and coordinate for filing of same (.1). | 0.5 | 267.50 |
| 09/11/20 | Moats, Eric | Email exchange w/ J. Schomberg re: filing of COC/order/stipulations re: 365(d)(4) extensions. | 0.2 | 107.00 |
| 09/11/20 | Moats, Eric | Email chambers re: filing of 365(d)(4) extension stipulations and deadline for same. | 0.2 | 107.00 |
| 09/29/20 | Moats, Eric | Email exchange w/ J. Schomberg re: omnibus rejection motions and nunc pro tunc relief requirements. | 0.3 | 160.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/30/20 | Reimann, Glenn | Draft notice of second omnibus rejection motion. | 0.2 | 67.00 |
| 09/30/20 | Moats, Eric | Finalize second omnibus motion to reject (.1) and coordinate w/ T. Naimoli re: filing and service of same (.1). | 0.2 | 107.00 |
| 09/30/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of motion (.1); prepare, efile Debtors' Second Omnibus Motion Authorizing the Debtors to Reject Certain Executory Contracts (.3) | 0.4 | 126.00 |
| 09/30/20 | Moats, Eric | Review second omnibus motion to reject. | 0.5 | 267.50 |
| | | **Total** | **6.6** | **3,361.00** |

**Task Code:**    B190    Other Contested Matters

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/02/20 | Moats, Eric | Call with P. Topper re: agenda and extended deadlines for replies to Coalition motions | 0.1 | 53.50 |
| 09/02/20 | Remming, Andrew | correspondence (2x) w/ D. Abbott and J. O'Neill re unredacted pleadings | 0.1 | 80.00 |
| 09/02/20 | Abbott, Derek C. | review Allianz objection to Coalition motions | 0.1 | 92.50 |
| 09/02/20 | Abbott, Derek C. | review objection to Coalition mediation motion by UST | 0.2 | 185.00 |
| 09/02/20 | Abbott, Derek C. | correspondence w/O'Neill re: redacted TCC objection to 2019 papers | 0.1 | 92.50 |
| 09/02/20 | Abbott, Derek C. | review Coalition reply to 2019 motion by insurers | 0.4 | 370.00 |
| 09/02/20 | Abbott, Derek C. | review Hartford objection to Coalition motions | 0.2 | 185.00 |
| 09/02/20 | Topper, Paige | Review Coalition motion to become mediation party, Hartford objection to same, Allianz objection to same, Century objection to same and related documents. | 1.1 | 561.00 |
| 09/02/20 | Topper, Paige | Review Objection to Coalition motion to seal 2019 statement. | 0.1 | 51.00 |
| 09/02/20 | Topper, Paige | Call with E. Moats re: agenda and extended deadlines for replies to Coalition motions. | 0.1 | 51.00 |

9

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/03/20 | Remming, Andrew | review Coalition objection re 2019 motion to compel | 0.3 | 240.00 |
| 09/03/20 | Remming, Andrew | review objection from abuse survivor re 2019 motion | 0.1 | 80.00 |
| 09/03/20 | Remming, Andrew | review Agricultural joinder re 2019 motion | 0.1 | 80.00 |
| 09/03/20 | Remming, Andrew | review TCC objection to Coalition mediation motion | 0.4 | 320.00 |
| 09/03/20 | Remming, Andrew | review UST objection to 2019 motion | 0.2 | 160.00 |
| 09/03/20 | Remming, Andrew | review insurers objection to Coalition motion to participate in mediation | 0.1 | 80.00 |
| 09/03/20 | Remming, Andrew | review insurer objection to Coalition sealing motion | 0.1 | 80.00 |
| 09/03/20 | Remming, Andrew | review TCC objection to Coalition motion to seal | 0.1 | 80.00 |
| 09/03/20 | Topper, Paige | Review TCC objection to Coalition motion to become mediation party. | 0.5 | 255.00 |
| 09/04/20 | Remming, Andrew | review and respond to email from P. Jackson re lawsuits | 0.1 | 80.00 |
| 09/04/20 | Remming, Andrew | review and respond to further email from P. Jackson re lawsuits | 0.1 | 80.00 |
| 09/08/20 | Remming, Andrew | review draft motion for leave to file a reply | 0.1 | 80.00 |
| 09/08/20 | Remming, Andrew | correspondence (3x) w/ P. Topper, E. Moats and D. Abbott re motion for leave | 0.1 | 80.00 |
| 09/08/20 | Topper, Paige | Review omnibus reply to Coalition's 2019 motion and mediation motion (.2); email to M. Linder, J. Boelter, M. Andolina (cc D. Abbott and E. Moats) re: comments to same (.1); review related motion for leave to file late reply (.1) and call with E. Moats re: same (.2). | 0.6 | 306.00 |
| 09/08/20 | Topper, Paige | Review Century supplemental objection to Coalition motions. | 0.6 | 306.00 |
| 09/08/20 | Topper, Paige | Review Coalition letter to Chambers re: Century deposition notices w/r/t Coalition 2019 motion and mediation party motion. | 0.2 | 102.00 |
| 09/08/20 | Leyh, Meghan | file Motion for Leave to File Omnibus Response and forward to Omni for service | 0.3 | 100.50 |
| 09/08/20 | Remming, Andrew | review Century objection to TCC motion to seal | 0.1 | 80.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/08/20 | Topper, Paige | Call with M. Harvey re: reply re: Coalition motions | 0.3 | 153.00 |
| 09/08/20 | Remming, Andrew | review declaration in support of Century supp. objection | 0.1 | 80.00 |
| 09/08/20 | Remming, Andrew | review Century supp. objection to Coalition motion | 0.3 | 240.00 |
| 09/08/20 | Remming, Andrew | review debtors' omnibus reply re coalition pleadings | 0.3 | 240.00 |
| 09/08/20 | Abbott, Derek C. | review Century supplement to Coalition/2019 papers (.5); review TCC response to same (.4) | 0.9 | 832.50 |
| 09/08/20 | Abbott, Derek C. | correspondence w/Topper re: leave to file reply | 0.1 | 92.50 |
| 09/08/20 | Abbott, Derek C. | review draft omnibus reply re: Coalition motions | 0.2 | 185.00 |
| 09/08/20 | Harvey, Matthew B. | Call with P. Topper re: reply re: Coalition motions | 0.3 | 225.00 |
| 09/08/20 | Moats, Eric | Phone call w/ P. Topper re: motion for leave for omnibus response and revisions to same. | 0.2 | 107.00 |
| 09/08/20 | Moats, Eric | Draft motion for leave to file omnibus response to Coalition motions. | 1.2 | 642.00 |
| 09/08/20 | Moats, Eric | Review and finalize omnibus response to coalition motions (.4) and coordinate w/ M. Leyh re: filing and service of same (.2) | 0.6 | 321.00 |
| 09/11/20 | Abbott, Derek C. | review correspondence from Buchbinder re: hearing date for Coalition matters | 0.1 | 92.50 |
| 09/14/20 | Abbott, Derek C. | review correspondence from Lucas to Mersky re: Coalition seal order/request for engagement letter | 0.1 | 92.50 |
| 09/14/20 | Abbott, Derek C. | review draft motion to extend removal period | 0.2 | 185.00 |
| 09/14/20 | Abbott, Derek C. | correspondence re: Coalition 2019 order | 0.1 | 92.50 |
| 09/14/20 | Topper, Paige | Review letters to Court from TCC, Coalition and Century re: Coalition motion to seal and revised proposed orders. | 0.6 | 306.00 |
| 09/14/20 | Reimann, Glenn | Draft notice of second period extension motion.  Electronically file and cause motion to be served. | 1.1 | 368.50 |
| 09/14/20 | Remming, Andrew | review email from M. Linder re proposed sealing order; review further email from M. Linder re sealing order | 0.1 | 80.00 |

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 09/14/20 | Remming, Andrew | review email from E. Moats re removal motion | 0.1 | 80.00 |
| 09/14/20 | Remming, Andrew | review email from UST re proposed sealing order; review further email from M Linder re same; review email from D. Abbott re hearing date | 0.1 | 80.00 |
| 09/14/20 | Remming, Andrew | review email from J. Lucas re sealing order; review email from R. Mersky re same | 0.1 | 80.00 |
| 09/14/20 | Remming, Andrew | emails w/ E. Moats and M. Linder revised removal motion | 0.1 | 80.00 |
| 09/14/20 | Remming, Andrew | review email from M. Linder re status of removal motion | 0.1 | 80.00 |
| 09/14/20 | Remming, Andrew | review revised version of BR sealing order | 0.1 | 80.00 |
| 09/14/20 | Remming, Andrew | review draft of removal motion; review email from M. Linder re same | 0.3 | 240.00 |
| 09/14/20 | Remming, Andrew | review coalition letter re seal order, review seal order proposed by coalition | 0.1 | 80.00 |
| 09/15/20 | Abbott, Derek C. | call w/Topper re: open items w/court | 0.1 | 92.50 |
| 09/15/20 | Topper, Paige | Call with D. Abbott re: adjourned hearing, QE retention order and first omnibus fee order. | 0.1 | 51.00 |
| 09/15/20 | Topper, Paige | Call with E. Moats re: outstanding matters under COC and adjourned hearing date re: Coalition motions. | 0.2 | 102.00 |
| 09/15/20 | Abbott, Derek C. | review letter from TCC re: renewal motion; review letter from Mersky re: same | 0.1 | 92.50 |
| 09/15/20 | Moats, Eric | Phone call w/ P. Topper re: general case status, outstanding orders to be entered, and items requiring attention. | 0.2 | 107.00 |
| 09/15/20 | Abbott, Derek C. | Call w/ P. Topper re: adjourned hearing, QE retention order and first omnibus fee order. | 0.1 | 92.50 |
| 09/15/20 | Remming, Andrew | review letter from Century re sealing order and exhibits thereto | 0.2 | 160.00 |
| 09/15/20 | Remming, Andrew | review TCC letter re order re seal motion, including attachments | 0.1 | 80.00 |
| 09/16/20 | Topper, Paige | Call with D. Abbott re: open matters under COC and adjourned hearing for Coalition motions. | 0.1 | 51.00 |
| 09/16/20 | Remming, Andrew | tele w/ P. Topper re plan issues, stay issues and pending motions/orders | 0.3 | 240.00 |

12

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/16/20 | Reimann, Glenn | Upload orders for the fee examiner, omnibus fee order, Romero motion to lift stay, and Quinn Emmanuel motions. | 0.7 | 234.50 |
| 09/16/20 | Topper, Paige | Call with A. Remming re: plan questions and preliminary injunction adversary. | 0.3 | 153.00 |
| 09/18/20 | Topper, Paige | Emails with the Court re: adjournment of Coalition motions, fee examiner order, Quinn Emanuel retention order and Romero lift stay motion | 0.2 | 102.00 |
| 09/18/20 | Topper, Paige | Review stipulation to extend briefing deadlines in appeal re: Sidley retention and emails with D. Abbott re: same. | 0.2 | 102.00 |
| 09/18/20 | Abbott, Derek C. | review stipulation re: extension of time re: Century appeal | 0.1 | 92.50 |
| 09/22/20 | Moats, Eric | Review stipulations to extend time in district court cases. | 0.3 | 160.50 |
| 09/23/20 | Remming, Andrew | review Agricultural joinder letter | 0.1 | 80.00 |
| 09/29/20 | Reimann, Glenn | Draft and electronically file the CNO regarding the removal extension motion. | 0.5 | 167.50 |
| 09/29/20 | Moats, Eric | Review TCC rule 2004 motion on Debtors and local councils. | 0.4 | 214.00 |
| 09/29/20 | Remming, Andrew | review email from D. Potts re filing | 0.1 | 80.00 |
| 09/29/20 | Remming, Andrew | review email from E. Moats re motin to extend removal deadline | 0.1 | 80.00 |
| 09/30/20 | Remming, Andrew | review TCC 2004 motion | 0.4 | 320.00 |

|  |  | **Total** | **19.3** | **12,300.50** |

**Task Code:**    B240    Tax Matters

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/18/20 | Abbott, Derek C. | review correspondence re: Nevada/Rhode Island tax situation | 0.1 | 92.50 |

|  |  | **Total** | **0.1** | **92.50** |

**Task Code:**    B300    Court Hearings

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/01/20 | Reimann, Glenn | Draft September 9 agenda. | 0.3 | 100.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/02/20 | Reimann, Glenn | Draft September 9 agenda. | 2.5 | 837.50 |
| 09/03/20 | Reimann, Glenn | Draft September 9 agenda. | 1.1 | 368.50 |
| 09/03/20 | Malafronti, Emily | Hearing preparation | 0.5 | 167.50 |
| 09/03/20 | Leyh, Meghan | Review emails re: agenda and sealed documents (.2); review Agenda for 9.9 hearing (.2); email to local counsel requesting under seal documents (.3); prepare hearing binders (.3) | 1.0 | 335.00 |
| 09/04/20 | Topper, Paige | Finalize reply in support of stay motions and email to M. Leyh re: filing (.2) and call with E. Moats re: same and revisions to agenda (.2) | 0.4 | 204.00 |
| 09/04/20 | Topper, Paige | Work on amended agenda and prepare for filing. | 1.2 | 612.00 |
| 09/04/20 | Remming, Andrew | correspondence (5x) re 9.9 agenda w/ E. Moats, W. Curtin, P. Topper and M. Linder | 0.1 | 80.00 |
| 09/04/20 | Remming, Andrew | further tele w/ P. Topper re revised proposed bar date order, reply re same, and prep for earing re same | 0.3 | 240.00 |
| 09/04/20 | Topper, Paige | Work on agenda (.4) and call with E. Moats re: same and related filings (.6). | 1.0 | 510.00 |
| 09/04/20 | Topper, Paige | Call with M. Leyh re: agenda. | 0.1 | 51.00 |
| 09/04/20 | Moats, Eric | Phone call w/ P. Topper re: 9.4 hearing agenda and related filings. | 0.6 | 321.00 |
| 09/04/20 | Malafronti, Emily | Prepare amended agenda | 0.4 | 134.00 |
| 09/04/20 | Malafronti, Emily | Revise agenda | 0.6 | 201.00 |
| 09/04/20 | Malafronti, Emily | Hearing preparation; Coordinate hearing binders for Chambers | 0.3 | 100.50 |
| 09/04/20 | Moats, Eric | Phone call w/ P. Topper re: revisions to agenda and further filings for same. | 0.2 | 107.00 |
| 09/04/20 | Naimoli, Theresa M. | Review and respond to email from P. Toppers re filing and service of agenda (.1); prepare & efile Amended Agenda (.2) | 0.3 | 94.50 |
| 09/04/20 | Leyh, Meghan | revise Agenda with Limited Objection (.3); circulate Agenda to P. Topper and E. Moats for review (.1) | 0.4 | 134.00 |

14

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/04/20 | Leyh, Meghan | revise 9/9 agenda with Romero Reply and Debtor Response (.4); file Agenda and send to Chambers (.3); email to DLS re: as-filed Agenda (.2) | 0.9 | 301.50 |
| 09/08/20 | Topper, Paige | Call with D. Abbott re: hearing agenda, Qian settlement motion, Coalition motions, and hearing logistics. | 0.3 | 153.00 |
| 09/08/20 | Topper, Paige | Call with E. Moats re: hearing logistics, Qian settlement motion, third amended agenda, notice of revised proposed order re: motion to supplement bar date order. | 0.4 | 204.00 |
| 09/08/20 | Topper, Paige | Confer with E. Moats re: second amended agenda and witness availability. | 0.2 | 102.00 |
| 09/08/20 | Topper, Paige | Emails with J. Boelter, M. Andolina, M. Linder, D. Abbott and E. Moats re: agenda for September 9 omnibus hearing. | 0.2 | 102.00 |
| 09/08/20 | Topper, Paige | Call with A. Remming re: hearing logistics and local rules re: agenda (.4); call with B. Warner re: agenda and hearing logistics (.1); review local rules and chambers procedures re: agenda (.1) | 0.6 | 306.00 |
| 09/08/20 | Malafronti, Emily | Update Second Amended Agenda | 0.6 | 201.00 |
| 09/08/20 | Leyh, Meghan | review filings (.1); draft Second Amended Agenda (.2); email to E. Moats and P. Topper re: Second Amended Agenda for review (.1) | 0.4 | 134.00 |
| 09/08/20 | Leyh, Meghan | file Second Amended Agenda(.3); email to Chambers re: hyperlinked Agenda (.1); forward Second Amended Agenda to Omni for service(.1) | 0.5 | 167.50 |
| 09/08/20 | Remming, Andrew | review email from E. Moats re prep for 9/9 hearing | 0.1 | 80.00 |
| 09/08/20 | Remming, Andrew | correspondence (4x) w/ E. Moats, B. Warner, M. Andolina re amended agenda | 0.1 | 80.00 |
| 09/08/20 | Remming, Andrew | tele w/ P. Topper re agenda for 9/9 hearing and witnesses for 9/8 hearing | 0.4 | 320.00 |
| 09/08/20 | Abbott, Derek C. | Call with P. Topper re: hearing agenda, Qian settlement motion, and hearing logistics. | 0.3 | 277.50 |
| 09/08/20 | Abbott, Derek C. | call w/Boelter, Linder, Warner re: hearing prep (.5); call w/Moats re: agenda and witnesses re: same (.2) | 0.7 | 647.50 |

15

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/08/20 | Abbott, Derek C. | correspondence w/Linder re: agenda | 0.1 | 92.50 |
| 09/08/20 | Moats, Eric | Phone call w/ P. Topper re: 9.9 hearing logistics, proposed revised supplemental bar date order, Qian resolution of FCR objection, and lease assumption motion. | 0.4 | 214.00 |
| 09/08/20 | Moats, Eric | Phone call w/ D. Abbott re: Wheatman availability for bar date supplement motion and agenda for 9.9 hearing. | 0.2 | 107.00 |
| 09/08/20 | Moats, Eric | Review and revise third amended 9.9 agenda (.4); and email exchange w/ J. O'Neill re: including TCC documents in same (.1). | 0.5 | 267.50 |
| 09/08/20 | Moats, Eric | Email exchange w/ B. Warner re: 9.9 hearing (.2) and email exchange w/ J. Bower re: same (.1). | 0.3 | 160.50 |
| 09/08/20 | Moats, Eric | Confer w/ P. Topper re: second amended agenda and witness availability. | 0.2 | 107.00 |
| 09/08/20 | Moats, Eric | Review and revise second amended agenda for 9.9 hearing (.4) and coordinate w/ M. Leyh re: filing and service of same (.2). | 0.6 | 321.00 |
| 09/09/20 | Leyh, Meghan | file Third Amended Agenda (.2); email to DLS re: Hard copies for Chambers; email hyperlinked Agenda to Chambers (.6) | 0.8 | 268.00 |
| 09/09/20 | Remming, Andrew | review email from E. Moats re 9/9 hearing | 0.1 | 80.00 |
| 09/09/20 | Moats, Eric | Attend 9.9 hearing | 5.2 | 2,782.00 |
| 09/09/20 | Moats, Eric | Review and revise 3rd amended agenda for 9.9 hearing (.4) and coordinate w/ M. Leyh re: filing and service of same (.1). | 0.5 | 267.50 |
| 09/09/20 | Abbott, Derek C. | attend omnibus hearing | 5.4 | 4,995.00 |
| 09/15/20 | Reimann, Glenn | Electronically file the CoC for the November 17 omnibus hearing. | 0.1 | 33.50 |
| 09/15/20 | Reimann, Glenn | Electronically file and cause to be served the second amended agenda for the September 15 hearing. | 0.3 | 100.50 |
| 09/18/20 | Abbott, Derek C. | Call w/Topper re coordination of hearing date with Chambers | 0.1 | 92.50 |
| 09/18/20 | Topper, Paige | Call w/ D. Abbott re: coordination of hearing date with Chambers | 0.1 | 51.00 |

16

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/29/20 | Reimann, Glenn | Draft October 14 agenda. | 2.0 | 670.00 |
| 09/30/20 | Reimann, Glenn | Draft October 14 agenda. | 0.5 | 167.50 |
| | | **Total** | **34.4** | **18,451.00** |

**Task Code:**    B310    Claims Objections and Administration

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/04/20 | Topper, Paige | Review supplemental brief and attention to same. | 0.8 | 408.00 |
| 09/04/20 | Topper, Paige | Call with L. Baccash and D. Abbott re: revised proposed supplemental order for bar date (.2); call with E. Moats re: same and service for reply brief and declarations (.2). | 0.4 | 204.00 |
| 09/04/20 | Topper, Paige | Calls (x2) with E. Moats re: supplemental bar date order. | 0.4 | 204.00 |
| 09/04/20 | Topper, Paige | Call with D. Abbott re: supplemental bar date order (.1); call with A. Remming re: same (.3); review supplemental bar date order and emails with M. Walker and B. Warner re: same (.7). | 1.1 | 561.00 |
| 09/04/20 | Topper, Paige | Email to chambers re: reply in support of supplement to bar date motion and coordinate service of filings to Court. | 0.2 | 102.00 |
| 09/04/20 | Topper, Paige | Finalize reply brief in support of motion to supplement bar date order and proposed supplemental order and prepare for filing. | 1.0 | 510.00 |
| 09/04/20 | Moats, Eric | call with P. Topper re: same and service for reply brief and declarations (.2); Call w/ P. Topper re: revised supp. order for bar date and service re: same (.2) | 0.4 | 214.00 |
| 09/04/20 | Remming, Andrew | correspondence (4x) w/ J. Bolter, M. Walker and L. Baccash re supp bar date order | 0.1 | 80.00 |
| 09/04/20 | Remming, Andrew | review email from P. Topper re bar date order | 0.1 | 80.00 |
| 09/04/20 | Remming, Andrew | review email from B. Warner re revised bar date order | 0.1 | 80.00 |
| 09/04/20 | Remming, Andrew | review supp brief in support of bar date order | 0.6 | 480.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 09/04/20 | Remming, Andrew | tele w/ P. Topper re revised proposed bar date order | 0.1 | 80.00 |
| 09/04/20 | Moats, Eric | Phone call w/ P. Topper re: bar date supplement response and order. | 0.4 | 214.00 |
| 09/04/20 | Naimoli, Theresa M. | Review and respond to email from P. Topper re filing and service of brief (.1); prepare & efile Supplemental Brief in Support of Motion re Bar Date Order (.4) | 0.5 | 157.50 |
| 09/04/20 | Naimoli, Theresa M. | Review and respond to email from P. Toppers re filing and service of brief (.1); prepare & efile Notice of Filing of Revised Proposed Order Supplementing the Bar Date Order (.3) | 0.4 | 126.00 |
| 09/04/20 | Moats, Eric | Review and revise supplemental bar date order and notice re: same. | 0.6 | 321.00 |
| 09/04/20 | Leyh, Meghan | Email to Court re: Supplemental Reply to be filed and sent to Court; email to DLS re: print Supplemental Reply and deliver to Court to include in hearing binder | 0.2 | 67.00 |
| 09/08/20 | Moats, Eric | Email exchange w/ B. Warner re: further revised bar date supplemental order. | 0.2 | 107.00 |
| 09/08/20 | Moats, Eric | Draft notice of filing of further revised proposed supplemental bar date order (.5); and coordinate w/ T. Naimoli re: filing and service of same (.2). | 0.7 | 374.50 |
| 09/08/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of notice (.1); prepare & efile Notice of Filing of Further Revised Bar Date (.3) | 0.4 | 126.00 |
| 09/09/20 | Topper, Paige | Review Coalition redline of supplemental bar date order. | 0.1 | 51.00 |
| 09/09/20 | Topper, Paige | Review local rules and bankruptcy rules re: administrative expense claim question and emails with M. Linder, B. Warner and E. Moats re: same (.2); call with E. Moats re: same, hearing, Coalition motion to seal and upcoming filings (.4) | 0.6 | 306.00 |
| 09/11/20 | Remming, Andrew | review Century bar date appeal reply | 0.3 | 240.00 |
| 09/16/20 | Reimann, Glenn | Email communications with chambers and P. Topper regarding exhibits to supplemental bar date motion. | 0.3 | 100.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/16/20 | Topper, Paige | Attention to Quinn Emanuel retention application, fee examiner COC, Romero lift stay order and status of same (.3); emails with B. Warner, L. Baccash, M. Walker and S. Hasan re: revised supplemental bar date order and review same (.5). | 0.8 | 408.00 |
| 09/16/20 | Topper, Paige | Emails re: motion to supplement bar date order and outstanding motions with pending COCs. | 0.3 | 153.00 |
| 09/17/20 | Remming, Andrew | review email from D. Abbott re survior claim question; review email from B. Warner re same | 0.1 | 80.00 |
| 09/17/20 | Remming, Andrew | email from M. Linder re inquiry from survivor | 0.1 | 80.00 |
| 09/24/20 | Remming, Andrew | review supp bar date order | 0.2 | 160.00 |
| 09/30/20 | Remming, Andrew | review TCC motion to supplement the bar date | 0.2 | 160.00 |
| 09/30/20 | Remming, Andrew | review Coalition motion re POC signatures | 0.2 | 160.00 |
| | | **Total** | **11.9** | **6,394.50** |

**Task Code:**    B320    Plan and Disclosure Statement

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/09/20 | Remming, Andrew | review and respond to email from E. Brady re plan | 0.1 | 80.00 |
| 09/14/20 | Moats, Eric | Review second motion to extend removal deadline and coordinate for filing and service of same. | 0.5 | 267.50 |
| 09/16/20 | Remming, Andrew | review and respond to email from E. Brady re plan question | 0.1 | 80.00 |
| | | **Total** | **0.7** | **427.50** |

**Task Code:**    B330    Litigation/Adversary Proceedings

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/09/20 | Remming, Andrew | review email from E. Moats re Hartford stay order | 0.1 | 80.00 |
| 09/09/20 | Abbott, Derek C. | Correspondence re agenda and Hartford adversary | 0.1 | 92.50 |

19

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/09/20 | Moats, Eric | Review HARTFORD docket re: motion to stay adversary proceeding (.3); email exchange w/ G. Flasser re: same (.2); and email exchange w/ A. Azer and D. Abbott re: same (.1). | 0.6 | 321.00 |
| 09/11/20 | Leyh, Meghan | file Notice of Amended Schedule in Adversary proceeding; send to Omni for service | 0.3 | 100.50 |
| 09/11/20 | Moats, Eric | Review revised schedule 1 (.4); email exchange w/ W. Curtin re: same (.1); and coordinate w/ M. Leyh re: filing and service of same (.2). | 0.7 | 374.50 |
| 09/11/20 | Remming, Andrew | review Hartford motion to stay adversary proceeding | 0.1 | 80.00 |
| 09/15/20 | Remming, Andrew | review email from P. Jackson re lawsuits/PI | 0.1 | 80.00 |
| 09/23/20 | Moats, Eric | Revise schedule 2 re: adversary proceeding (.7); research re: previously revised versions (.3); and inquiry re: status of same (.1). | 1.1 | 588.50 |
| 09/24/20 | Remming, Andrew | review email from D. Abbott re consent order | 0.1 | 80.00 |
| 09/25/20 | Reimann, Glenn | Electronically file the notice of filing of the amended schedule 2 to the consent order.  Email communications with E. Moats. | 0.7 | 234.50 |
| | | **Total** | **3.9** | **2,031.50** |

**Task Code:**    B340    Professional Retention (MNAT - Filing)

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/21/20 | Reimann, Glenn | Electronically file D. Abbott's second declaration in support of MNAT retention. | 0.2 | 67.00 |
| 09/21/20 | Moats, Eric | Revise supplemental declaration in support of MNAT retention and email D. Abbott re: same. | 0.3 | 160.50 |
| | | **Total** | **0.5** | **227.50** |

**Task Code:**    B360    Professional Retention (Others - Filing)

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|

20

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/01/20 | Moats, Eric | Further revisions to fee examiner order (.3); and email exchange w/ J. Rucki re: same (.2). | 0.5 | 267.50 |
| 09/02/20 | Moats, Eric | Call with P. Topper re: UCC comments to fee examiner order. | 0.1 | 53.50 |
| 09/02/20 | Remming, Andrew | review email from E. Moats re fee examiner order | 0.1 | 80.00 |
| 09/02/20 | Moats, Eric | Review revised changes to fee examiner order from UCC. | 0.1 | 53.50 |
| 09/02/20 | Topper, Paige | Call with E. Moats re: UCC comments to fee examiner order. | 0.1 | 51.00 |
| 09/03/20 | Moats, Eric | Email UCC, TCC, FCR, and UST re: revised fee examiner order and proposed filing under COC. | 0.2 | 107.00 |
| 09/03/20 | Moats, Eric | Revise COC re: QE Retention app and email M. Linder re: same. | 0.2 | 107.00 |
| 09/03/20 | Moats, Eric | Draft COC re: fee examiner order (.4); review revised fee examiner order (.2); and email exchange w/ J. Rucki re: same (.1). | 0.7 | 374.50 |
| 09/04/20 | Remming, Andrew | emails w/ E. Moats re Quinn retention | 0.1 | 80.00 |
| 09/04/20 | Remming, Andrew | review email from D. Abbott re QE retention | 0.1 | 80.00 |
| 09/04/20 | Remming, Andrew | review email from E. Moats re Quinn retention | 0.1 | 80.00 |
| 09/04/20 | Remming, Andrew | review COC re QE retention order; email to E. Moats re same | 0.2 | 160.00 |
| 09/04/20 | Moats, Eric | Phone call w/ J. Rucki re: COC and order for fee examiner (.2); finalize same (.1); and coordinate w/ T. Naimoli re: filing of same (.1). | 0.4 | 214.00 |
| 09/04/20 | Naimoli, Theresa M. | E-file Certification of Counsel Regarding fee examiner order | 0.6 | 189.00 |
| 09/04/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of certification (.1); prepare & efile Certification of Counsel Regarding Appointment of Fee Examiner (.3) | 0.4 | 126.00 |
| 09/08/20 | Remming, Andrew | correspondence (3x) w/ D. Abbott and M Linder re Quinn retention | 0.1 | 80.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/08/20 | Malafronti, Emily | Draft Notice of Revised Order Authorizing the Retention and Employment of Quinn Emanuel Urquhart & Sullivan, LLP as Special Litigation Counsel for the Debtors and the Debtors-In-Possession, Nunc Pro Tunc to August 1, 2020 | 0.2 | 67.00 |
| 09/08/20 | Abbott, Derek C. | correspondence to Linder re: QE retention order | 0.1 | 92.50 |
| 09/08/20 | Moats, Eric | Review revised notice of revised order for QE retention app and comment on same (.4); email exchange w/ M. Linder and D. Abbott re: same (.2); and coordinate w/ E. Malafronti re: filing and service of same (.2). | 0.8 | 428.00 |
| 09/09/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing of notice (.1); prepare & efile Notice of Filing of Corrected Declaration of Disinterestedness by Justin H. Rucki of Rucki Fee Review, LLC (.2) | 0.3 | 94.50 |
| 09/09/20 | Moats, Eric | Draft notice of revised fee examiner declaration (.5); email exchange w/ J. Rucki re: same (.2); and coordinate w/ T. Naimoli re: filing and service of same (.2). | 0.9 | 481.50 |
| 09/15/20 | Moats, Eric | Email exchange w/ D. Buchbinder re: entry of fee examiner order and status of same. | 0.2 | 107.00 |
| 09/18/20 | Naimoli, Theresa M. | Review and respond to email from P. Topper re filing and service of notice (.1); prepare & efile Notice of Revised List of Ordinary Course Professionals (.2) | 0.3 | 94.50 |
| 09/18/20 | Reimann, Glenn | Email communications with Omni regarding service of fee examiner order. | 0.1 | 33.50 |
| 09/18/20 | Topper, Paige | Review Notice of OCP Supplement and declarations and emails with T. Naimoli re: filing and service of same. | 0.4 | 204.00 |
| 09/18/20 | Reimann, Glenn | Email communications with Omni regarding service of Quinn Emmanuel order. | 0.1 | 33.50 |
| 09/21/20 | Remming, Andrew | review email from E. Moats re fee examiner order | 0.1 | 80.00 |

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 09/21/20 | Moats, Eric | Revise and send email to Debtor professionals re: fee examiner order and steps to comply with same. | 0.3 | 160.50 |
| 09/21/20 | Moats, Eric | Draft email to professionals re: fee examiner order and compliance with same (.4) and email exchange w/ B. Warner and C. Bingelli re: same (.2). | 0.6 | 321.00 |
| 09/24/20 | Moats, Eric | Review Attaki OCP declaration and coordinate for filing and service of same. | 0.3 | 160.50 |
| 09/25/20 | Reimann, Glenn | Electroncially file and cause to be served the MNP LLP OCP declaration. | 0.2 | 67.00 |
| | | **Total** | **8.9** | **4,528.00** |

**Task Code:**     B370     Professional Retention (Others - Objections)

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 09/03/20 | Abbott, Derek C. | call w/Moats re: Quinn Emmanuel retention | 0.2 | 185.00 |
| 09/03/20 | Abbott, Derek C. | review Century objection to Quinn Emmanuel retention | 0.1 | 92.50 |
| 09/03/20 | Moats, Eric | Phone call w/ D. Abbott re: Hartford objection to QE retention. | 0.2 | 107.00 |
| 09/03/20 | Moats, Eric | Phone calls (x4) w/ M. Linder re: Hartford objection to QE retention. | 0.2 | 107.00 |
| 09/04/20 | Moats, Eric | Further phone call w/ M. Linder re: QE retention COC re: Hartford objection. | 0.1 | 53.50 |
| 09/04/20 | Moats, Eric | Revise QE COC re: comments from M. Linder (.3) and email D. Abbott re: addition of Century and objection to same (.2). | 0.5 | 267.50 |
| 09/04/20 | Moats, Eric | Email exchange w/ A. Remming, D. Abbott, P. Topper re: notice of revised order for QE retention app. | 0.2 | 107.00 |
| 09/04/20 | Moats, Eric | Draft notice of revised order for QE retention app (.3) and email exchange w/ M. Linder re: same (.2). | 0.5 | 267.50 |
| | | **Total** | **2.0** | **1,187.00** |

**Task Code:**     B410     General Case Strategy

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|

23

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/14/20 | Moats, Eric | Review critical dates memo and comment on same. | 0.6 | 321.00 |
| 09/14/20 | Haga, Taylor | update WIP List | 2.7 | 1,282.50 |
| 09/16/20 | Abbott, Derek C. | review draft email to chambers re: open issues | 0.1 | 92.50 |
| 09/16/20 | Remming, Andrew | emails w/ P. Topper re open issues | 0.1 | 80.00 |
| 09/21/20 | Moats, Eric | Revise critical dates memo (.4) and email B. Warner and P. Topper re: revised version of same (.1). | 0.5 | 267.50 |
| 09/23/20 | Moats, Eric | Review and update critical dates memo. | 0.4 | 214.00 |
| | | **Total** | **4.4** | **2,257.50** |

**Task Code:**     B420          Schedules/SOFA/U.S. Trustee Reports

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/30/20 | Moats, Eric | Review August MOR (.2) and coordinate w/ T. Naimoli re: filing and service of same (.1). | 0.3 | 160.50 |
| 09/30/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of report (.1); prepare & efile Monthly Operating Report for Period August 2020 (.1) | 0.2 | 63.00 |
| | | **Total** | **0.5** | **223.50** |