## EXHIBIT B

**EXPENSE SUMMARY**

**BOY SCOUTS OF AMERICA**
**(Case No. 20-10343 (LSS))**

**September 1, 2020 through September 30, 2020**

| Expense Category | Total Expenses |
|---|---|
| Pacer | 322.30 |
| In-House Printing - black & white | 7.20 |
| Courier/Delivery Service | 40.11 |
| Conference Calls | 1,687.07 |
| Photos/Art/Spec Duplicating-Out of Office | 514.43 |
| Transcripts | 1,058.50 |
| Pacer | 322.30 |
| **Grand Total Expenses** | **$3,629.61** |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 09/01/20 | Pacer | 126.0 | 12.60 |
| 09/01/20 | Conference Calls - COURTCALL - DEREK ABBOTT - ID#10815984 - 09/01/2020 | 7.0 | 388.50 |
| 09/02/20 | Pacer | 136.0 | 13.60 |
| 09/03/20 | Pacer | 81.0 | 8.10 |
| 09/04/20 | Pacer | 413.0 | 41.30 |
| 09/04/20 | In-House Printing - black & white | 25.0 | 2.50 |
| 09/04/20 | Photos/Art/Spec Duplicating-Out of Office - Download fees, 1" binder, punch paper, tabs custom, tabs, print B/W, rush hand delivery - 09/04/2020 | 2.0 | 418.21 |
| 09/08/20 | Pacer | 575.0 | 57.50 |
| 09/08/20 | Photos/Art/Spec Duplicating-Out of Office - Print B/W, tabs, tabs custom, punch paper, 1" binder, printing spines and covers, court delivery - 09/08/2020 | 1.0 | 45.92 |
| 09/09/20 | Pacer | 297.0 | 29.70 |
| 09/09/20 | Conference Calls | 10.0 | 1,298.57 |
| 09/09/20 | Photos/Art/Spec Duplicating-Out of Office - Print B/W, tabs, tabs custom, punch paper, 1" binder, printing spines and covers, court delivery - 09/09/2020 | 1.0 | 50.30 |
| 09/09/20 | Transcripts - Hourly transcript - 09/09/2020 | 1.0 | 1,058.50 |
| 09/10/20 | Pacer | 64.0 | 6.40 |
| 09/11/20 | Pacer | 216.0 | 21.60 |
| 09/14/20 | Pacer | 507.0 | 50.70 |
| 09/15/20 | Pacer | 30.0 | 3.00 |
| 09/16/20 | Pacer | 120.0 | 12.00 |
| 09/18/20 | Pacer | 94.0 | 9.40 |
| 09/18/20 | Courier/Delivery Service - FEDEX | 1.0 | 40.11 |
| 09/21/20 | Pacer | 62.0 | 6.20 |
| 09/22/20 | In-House Printing - black & white | 47.0 | 4.70 |
| 09/22/20 | Pacer | 99.0 | 9.90 |
| 09/24/20 | Pacer | 32.0 | 3.20 |
| 09/28/20 | Pacer | 32.0 | 3.20 |
| 09/29/20 | Pacer | 120.0 | 12.00 |
| 09/30/20 | Pacer | 219.0 | 21.90 |
| | **Total** | | **$3,629.61** |