**STRAFFI & STRAFFI, LLC**
670 Commons Way
Toms River, NJ 08755
(732) 341-3800
(732) 341-3548 (fax)
bkclient@straffilaw.com
Attorney for Presbyterian Church of Lakehurst, Creditor

| In re: | ) | UNITED STATES BANKRUPTCY |
|---|---|---|
|  | ) | FOR THE DISTRICT OF DELAWARE |
|  | ) |  |
| Boy Scouts of America | ) | Chapter 11 Proceeding |
|  | ) | Case No. 20-10343/LSS |
| Debtor(s). | ) |  |
|  | ) |  |
|  | ) | **NOTICE OF APPEARANCE AND** |
|  | ) | **REQUEST FOR SERVICE OF NOTICES** |

TO:   Clerk
      United States Bankruptcy Court
      824 Market Street N.
      3rd Floor
      Wilmington, DE 19801

SIR:

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance in the above stated action on behalf of unsecured creditor, Presbyterian Church of Lakehurst.

**PLEASE TAKE FURTHER NOTICE** that I hereby request service of all notices mailed by the Clerk in this matter.

Dated: November 13, 2020

/s/ Daniel E. Straffi, Esq.
_____
Daniel E. Straffi, Jr., Esq.



| DANIEL E. STRAFFI, ESQ. | 670 COMMONS WAY | DANIEL E. STRAFFI, JR, ESQ.* |
| --- | --- | --- |
| bktrustee@straffilaw.com | TOMS RIVER, NJ 08755 | familyclient@straffilaw.com |
| | T: (732) 341-3800 | bkclient@straffilaw.com |
| | F: (732) 341-3548 | |
| | www.straffilaw.com | * R. 1:40 Qualified Mediator |
| | infodocuments@straffilaw.com | |

November 13, 2020

Clerk, US Bankruptcy Court
824 Market Street N.
3rd Floor
Wilmington, DE 19801

                      Re:    Boy Scouts of America
                              Case# 20-10343/LSS

Dear Sir or Madam:

Enclosed please find Notice of Appearances to be filed with the Court with respect to the above matters. Should you have any questions, please do not hesitate to contact me. Thank you.

                                            Very truly yours,

                                            Daniel E. Straffi, Jr.

DES:jm
Enclosures

cc: Presbyterian Church of Lakehurst, Attn: Donna Lepsky (via email only)