

## IN The United States Bankruptcy Court
## For The District of Delaware

V.

Case No.

Boy Scouts of America Inc
Defendant,

## Claim For Monetary Damages
## AgainsT The Boy Scouts of America
## For Physical Abuse, Motion For
## AppointmenT of Counsel and
## motion To Be Included IN The
## Suit AgainsT The Boy Scouts of America

Comes Now ▮▮▮▮▮▮▮▮▮▮ pro se
Plaintiff (hereinafter Plaintiff) and humble
request the Court accept this Claim AgainsT
the Boy Scouts of America for physical abuse
he was subjected to while a member of
the Boy Scouts. Furthermore, Plaintiff is untrained
in law and request the Court to Appoint Counsel
to assist him And Allow him to be included
in the pending Bankruptcy against the
Boy Scouts of America.

## Liberal Interpretation:
The Plaintiff brings this claim as a
pro se litigate. A pro se pleading is held
to a less stringent standard than more

documents prepared by lawyers. <u>Estelle</u>
<u>v Gamble</u>.


<u>Claim and Supporting Facts</u>.

Part A
Supporting Facts.

1. The Plaintiff was a member of
the Boy Scouts of America, ████████
████████████████████████

2. In the summer and fall of 1981
the Plaintiff was ~~sexually abused~~
by the Scout Master ███████████

3. In the winter of 1981, due to the
sexual abuse the Plaintiff attempted
suicide.

Part B.
Claim and Argument.

1. The Plaintiff was member of the Boy Scouts
of America ████████████████████
from the ████████████████████████
████████ (See Exhibit A)
2. The Plaintiff obtained the ███████████
and was a member of the █████████The
██████ "See Exhibit A)
3. In the summer of 1981 while on an
official scout camping trip held at the
Damn Site Camp grounds located in ████████
██████████████████████████████
█████ the Plaintiff he Should ████████

— 2 —

During the Shower which occurred in the late evening ███████████████████ used his influence to compel the Plaintiff to ███████████████████ (See Exhibit A)

4. On a seperate camping trip held at ██████████████ ON ████████ Lake, Scout Master ████████████ used his influence to compel the Plaintiff ██████████████ in his presence. (See Exhibt A.)

5. On a seperate occasion in the fall of 1981, Scout Master ████████████ caused the Plaintiff to visit his home where he caused the Plaintiff ██████████████ ████████████. (See Exhibit A.).

6. On a seperate occasion in the fall of 1981, ██████████████ caused the Plaintiff to visit his home ████████████ Plaintiff to preform ████████████ See Exhibit A)

The Plaintiff contends that he was abused on four seperate times by an adult member of the Boy Scouts of America, Scout ██████████████, which caused him to attempt suicide. The sexual abuse caused the Plaintiff to abuse drugs leading to a life time of crime and incarceration. The Plaintiff's mother ████████████ confronted ████████████ causing him to move from the city of ████████████ The Plaintiff received mental health treatment due to the sexual abuse. (See Exhibit A).

Part C
Motion For Appointment Of Counsel

-3-

1. The Plaintiff contends he is in need of Counsel. He is untrained in law and due to the Coronavirus he is unable to access any legal material. (See Exhibit A).

2. The Plaintiff attempted to obtain Counsel by contacting the Law Firm of Slater, Slater and Schulman, located in Melville New York on November 12 and 11th, 2020 but due to the time it would take the firm, was unable to file this claim (See Exhibit A)

3. The Plaintiff contends being untrained in law and unable to ~~suppport enots~~ find counsel has hampered his ability to file this claim.

Part D
Motion For Court To Accept This Claim.

   The Plaintiff moves the Court to to Accept this Claim. The Plaintiff attempted for weeks to have a claim filed but due to the Coronavirus and his being incarcerated he was unable to have his claim filed. The Plaintiff is placing this claim in the prison mailing system on Friday November 13, 2000 Before the 11-16-20 deadline.
   The Supreme Court held that a mailing placed in a prison mailing system is counted as filed. See Houston V Lack

Part E
Damages

   The Plaintiff contends that due to the sexual Abuse he was subjected to while in the Boy Scouts of America

he had a life time of problems. The Abuse caused the Plaintiff to abuse drugs and alcohol, leading to a life time of crime to support his Addictions. Up And until the time of this abuse the Plaintiff was Just a fun loving Kid. The Abuse he was subjected to destroyed his life.

The Plaintiff demands $2,000,000.00 to settle his claim or an amount the Courts finds Appropriate. The $2,000,000.00 can never cover the damage done, but will give the Plaintiff a start from what the damage caused.

## Relief Requested

The Plaintiff request the Court grant damages in the amount of $2,000,000.00, Allow this claim to be timely and appoint Counsel to further assist.

The Plaintiff prays the Court will grant this claim for the foregoing reasons.

## Declaration

I ███████████ swears that the foregoing is true and correct to the best of my knowledge under the penalty of perjury pursuant to Title ~~28 U.S.C. Sect. ...~~ this 12th day of November 2020.

Respectfully Submitted,

— 5 —

# Certificate of Service.

I ████████ certify that I sent via U.S. mail with First Class Postage affixed to the ██ Clerk of Court, U.S. Bankruptcy Court 824 Market St N 3rd Floor Wilimington, DE 19801 on this 13th Day of November.

Federal Prisoner
████████ Placed in Prison Mailing System 11-13-20
See Houston V Lack S.CT.



Exhibit A

# AFFADiviT

State OF Illinois  
County OF Tazwell  

## AFFADiviT oF ██████████

I ██████████ Am over the Age of 21 AND of sound mind And offer this Affidavit in support of the preceeding claim.

1. I was a member of the Boy Scouts of America from 1975 through 1981.

2. I obtained the ██████████ as member of the ██████████

3. I was sexually Abused on a camping trip at the Damn site camp grounds located on ██████████ by ██████████ who was a representive of the Boy Scouts.

4. I was sexually Abused at a Boy Scout camping trip at ██████████ on ██████████

5. I was sexually Abused by scout ██████████ at his home in Heber Sp ██████████

6. I was sexually Abused by scout master ██████████ at his home in ██████████
██████████

P. 1-2

# Affidavit Continued.

7. I informed my mother IN 1981 About the Abuse by Mr. Williams.

8. Due to the sexual Abuse by ████████ I Attempted ████████ winter of 1981.

9. I received mental health treatment for emotional problems due to the ████████████████████████████

10. I am untrained IN law AND because of the prison lock down I was unable to obtain counsel.

11. I spoke to the law firm of Slater, Slater And Schulman, IN Melville, New York Attempting to get my claim filed but they were unable to help me.

12 I placed the claim IN the prison mailing System on November 13, 2020.

I ████████ declare under the penalty of perjury that this Affidavit is true and correct pursuant to Title 28 U.S.C. Section 1746 on this 12th Day of November, 2020.



Legal Mail

RECEIVED
NOV 13 2020
FCI PEKIN
MAIL ROOM

Clerk of E Court
U.S. Bankruptcy Court
For The District of Delaware
824 Market St. N
3rd Floor
Wilmington DE 19801

FOREVER / USA
FOREVER / USA