Dear Clerk:

Good day. I'm a claimant creditor in the "Boy Scouts of America and Delaware BSA, LLC," Case No. 20-10343 (LSS), Case No. ███████ Filed: September 30, 2020. Could you be so kind as to mail me the docketed court documents concerning my case?

Thank you for your attention to this matter.

Very truly yours,

███████████████



INMATE IDENTIFICATION CONFIRMED

19801-493951



INDIANAPOLIS IN 460
12 NOV 2020 PM 7 L

Clerk
United States Bankruptcy Court
District of Delaware
824 N. Market Street, 3rd floor
Wilmington DE 19801