November 12th, 2K20

Boy Scouts of America and Delaware B.S.A., LLC
Chapter 11 Bankruptcy Case No. 20-10343 (LSS)
District of Delaware
Bankruptcy Court
824 N. Market Street
Wilmington, DE [19801] Non-Domestic Mail

RE: Inclusion in aforementioned proceedings

To whom it may concern:

After watching two attorney style commercials for:

████████████, ████████████████████████████

███████████████████████████████████ [92106]; and

████████████████████████████████████████

On ████████████████████████████████████████████

both the aforementioned attorney's failed to provide the requested information
which was requested by the ██████████████████████████████████
███████████████████████████████████████████████████
"Notice of Rejection/Disposition" of Mail.

██████████ subsequently was contacted on, October 6th and the
11th of November following the original request for inclusion and information
on September 1st 2K20. The October and November correspondences, along with
the original September 1st correspondences have been responded to, all were
first-class postage prepaid. (Referencing the BSA Bankruptcy, Case No. 20-10343 (LSS)).

██████████████: Partners were originally contacted via a letter of
request for information and inclusion in the BSA Bankruptcy, Case No. 20-10343 (LSS),
supra. Again after ████████████ returned the incoming correspondence for
failure to provide attorney name : NY BAR number - original correspondence
went out first-class postage pre-paid on August 31st, 2K20, with at minimum
a second such request on October 28th, 2K20.

Thus, the above said attorneys were contacted at minimum (5) five times.

Please, electronically file this request with all necessary persons that I may be included in the BSA Class Action No. 20-10343 (LSS) as a Plaintiff so that my voice may be heard, I so petition.

To date I have yet to be notified by the aforementioned counsels what exactly would be needed from me, or what the proceedings involved - explanation of the status of my earnest and fervent request to. ████████ ████████

I was denied advancement in the BSA by pederast Scoutmasters, subjected to alcohol and porn ████ purposely locked in outhouses at ████████████████ I am now ██████████, ██. D██████ ██████████ ████████ I ████████████ ████████████ █████. these are daily reoccurring ████████ ██████████ which haunt my life to this very day - ground hog day. I was indoctrinated to mimic these ████████ ██████████ in the late 1970's - early 1980's. █████████████████████████████████████ him █████ ██████ █████████████ ██████ ███████ ██████ ████████ - Never accredited for all my achievements. Disheveled caustic memories - ████████ ████ █" nor have I ever been. ████████████████████████████ ████ ████ School, saw psychologists - Army career, 2 Marriages and relationships destroyed. Please allow my voice to be heard, do not deny my claims contemporaneously through your inaction or denial; resolve, contemporaneous - Eagle Scout monetary damages. The mailbox rule should apply in the immediate petition and cause, to preserve individuals liberty interests.

## Certificate of Service

I ██████████ certify that I have served the within Request to be Included and Request for the Clerk of Court to E-file this Correspondence to the B.S.A. Attorneys and the Integrated Delaware Courts E-File System (if applicable) - to be added to the BSA Chapter 11 Bankruptcy Case No. 20-10343 (LSS) on the Delaware Bankruptcy Court using the U.S. postal service [non-domestic], legal mail procedures at C.T.C.F., on November 12th, 2K20, postage pre-paid to:

District of Delaware Bankruptcy Court
Case No. 20-10343 (LSS)
824 N. Market Street
Wilmington, Delaware [19801] non-domestic Mail

by: ████████████████

A true and accurate copy — ████████████████