U.S. Bankruptcy Court,                                    11/9/20

    I would like to join the class action lawsuit against the Boy Scouts of America. I've reached out to two lawfirms but both replied they were no longer accepting cases. I'm writing the court directly, in hopes of submitting a Sexual Abuse Survivor proof of claim before the deadline expires.

    I joined the boyscouts when I was 8yo and the abuse lasted for one year (1991-1992) I lived with a single mother who had no transportation at the time. I was picked up and dropped off by one of the boy scout leaders in my troop. I was always the last kid to leave the meetings due to relying on the leader for a ride home. Once we were alone I was ████████████████████████████████. Within a very short time the ███████████ to the ███████████ on me and █████. It eventually led to him ██████████████████ on me. It continued for months, maybe as long as a year. I stayed quiet throughout the abuse. I remember feeling guilty when my body would respond and confusion when I was in pain.

    The abuse affected me afterwords for my entire life. I became very quiet and disconnected especially with peers. I've suffered anxiety and panic attacks since the abuse and 30 years later, I still suffer from panic attacks. Girls have always

liked me but all of my relationships have ended quickly. The abuse I suffered led to a domino effect of failures and missed opportunities through out my life. At 37 years old I'm still a virgin directly due to my anxiety problems.

Now I'm currently serving time in Federal Prison for ███████████████████████ I know in my heart if it wasn't for the abuse I would have led a normal life with normal relationships. I wouldn't have ended up where I am now.

Being in prison has made it difficult for me to research the troop I was with or to find the name of my abuser. I'm hoping the court will have the records needed to find which troop I was in. My troop was ███████████████████████████████████

I swear under penalty of perjury that the foregoing is true and correct. ███████████████████

███████████████████
███████████████████

Mailing Address - ███████████████████