

ORIGINAL



2020 NOV 18  PM 11:53

112

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | *Ex Parte* Application For |
| BOY SCOUTS OF AMERICA AND ) | Possible Late Filing of Claim |
| DELAWARE BSA, LLC, 1   ) | |
| Debtors.   ) | |
| Chapter 11   ) | |
| Case No. 20-10343 (LSS)   ) | |
| (Jointly Administered   ) | |
| _____) | |

TO The Honorable court:

   Claimant brings this application to allow him to file his Claim against debtors late on the ground he incorrectly, but timely, filed in the wrong district through no fault of his own because he had no access to the internet since the first week of April 2020 and could not obtain sufficient information sooner to know if he qualified as a valid claimant, among other things.

## Brief History of This Filing

   1. During part of 2020, Claimant saw many TV ads concerning the BSA bankruptcy. Having been a victim of said debtor, he contacted several attorneys after seeing their ads without success.

   2. Claimant, in the meantime, sent a letter to Debtor's Texas headquarters, and a copy to the Salt Lake City center, effectively making a claim and enclosing therein evidence of molestation by a scout leader. BSA never responded.

   3. With the time running out, Plaintiff contacted a local Notary Public who searched the web to help him with such things, as proper pleadings, addresses, etc.

   4. Thinking that the Texas Court had jurisdiction, on November 3, 2020, claimant Priority Mailed a claim to the U.S. District Court at Dallas, Texas, asking the Clerk to forward same if necessary. Attached is a true and correct copy of the mail envelope and contents sent to the Dallas Court.

4. In the packet sent was a "hybrid" claim for damages, among other things, since Claimant was gambling that this claim would find its way to the proper court. He was wrong.

5. Because Claimant did not have access to the internet, he had no way of knowing the proper Court was in Delaware and not in Texas.

6. On Saturday, November 14, 2020, Plaintiff went to the ▮▮▮▮▮ miles away and, to his dismay, found a packet postmarked with the ▮▮▮▮▮. Two (2) days earlier Claimant checked his P.O. Box and the returned Claim package was not there. He knew it was his claim returned to him. Devastated, Claimant rushed home to compose this hybrid Application, since he has no way of knowing the proper procedure in this Court.

7. Claimant submits that he was as diligent as possible under the circumstances of his life, and that, for the foregoing reasons, begs this Court to accept this pleading and file the claim as though properly executed and filed in this Court, *nunc pro tunc*..

8. Claimant is enclosing a copy of the envelope from the Texas court and has enclosed all the documentation and things as sent to the inc▮▮▮▮▮

Dated: November 14, 2020

I swear under penalty of perjury that the facts contained in the foregoing *ex parte* application atre true and correct