Dear Judge Silverstein

I am an inmate at a ▆▆▆▆▆▆▆▆▆▆▆ in A▆▆▆▆▆ and my facility has been on lockdown ever since this Pandemic has begun. I have been in my cell all day long. And I have not had access to the law library or a typewriter.

My reason for writing you is Like many other people I have been subject to Boyscout abuse as a youth and it has affected me tremendously and it is partially the reason that I am incarcerated.

I would like to be appointed counsel to help me litigate my claim.

And if you can't help me could you please direct this letter to someone who can help.

I deserve to be heard despite the fact that I'm locked up.

Thank you for reading

Please forward to whom it may concern if you can't help.

BIRMINGHAM AL 350
13 NOV 2020 PM 1 L

Clerk of Court
e Judge Silverstein
824 N. Market St.
Wilmington, DE 19801

o Legal mail