## Exhibit A

**Fees Statement**

**SIDLEY AUSTIN LLP**

Invoice Number:  40070200
Boy Scouts of America

Chapter 11 Matters

TASK DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | **002 Adversary Proceedings and Bankruptcy Litigation** | |
| 10/01/20 | A Fonseca | Update and format pleadings of main and adversary cases and upload to shared drive for attorneys' review | .80 |
| 10/01/20 | WE Curtin | Correspond with M. Linder regarding extending preliminary injunction (.3); correspond with S. Manning and client regarding Arkansas matters (.2); analyze issues related to extension of preliminary injunction (.6). | 1.10 |
| 10/01/20 | ME Linder | Review TCC rule 2004 motion and communications with A. Barajas re: related research | .40 |
| 10/01/20 | A Barajas | Research case law re use of Rule 2004 examinations | 2.00 |
| 10/02/20 | SM Park | Update online pleadings from recent filings and organize into shared file folders for attorney reference | .50 |
| 10/02/20 | WE Curtin | Correspond with P. Anderson regarding Wilson settlement (.2); analyze issues related to TCC Further Abuse Action question (.3); analyze issues related to extension of preliminary injunction (.8). | 1.30 |
| 10/02/20 | BR Brunner | Review and analyze documents recently added to the data rooms in connection with assessing confidentiality designations | .50 |
| 10/02/20 | LE Baccash | Call with M. Linder, J. Boelter, M. Andolina and B. Warner re 2004 request, presentation for local councils and folllow-up tasks (.8); prepare materials for call (.2) | 1.00 |
| 10/02/20 | ME Linder | Telephone call with J. Boelter, M. Andolina, L. Baccash and B. Warner re: status and next steps on various near-term deliverables (.8); prepare summary overview of same for Sidley / White & Case teams (.4) | 1.20 |
| 10/02/20 | ME Linder | Telephone call with J. Boelter, M. Andolina, L. Baccash, B. Warner, J. Lucas, J. Morris, R. Ringer, N. Hamerman and J. Celentino re: TCC rule 2004 motion and related matters | .70 |
| 10/02/20 | A Barajas | Draft email analysis of case law re use of Rule 2004 examinations | 2.70 |
| 10/04/20 | ME Walker | Calls with J. Boelter, M. Andolina, L. Baccash, M. Linder and A. Barajas re: Rule 2004 response and advertising issues (.8); call with L. Baccash and A. Barajas re: 2004 response (.5); review background information for Rule 2004 (.5) | 1.80 |
| 10/04/20 | LE Baccash | Call with M. Linder, J. Boelter, M. Andolina, M. Walker, A. Barjas and B. Warner re advertising issues and 2004 request (.8); call with M. Walker and A. Barajas re 2004 response (.5) | 1.30 |

SIDLEY AUSTIN LLP

Invoice Number:  40070200
Boy Scouts of America

Chapter 11 Matters

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 10/04/20 | ME Linder | Review and analyze rule 2004 motion and email to J. Boelter and M. Andolina re: local council asset requests (.6); telephone call with J. Boelter, M. Andolina, M. Walker, L. Baccash, B. Warner and A. Barajas re: response to rule 2004 motion and related matters (.8); follow-up call with M. Andolina re: same (.3); emails with J. Celentino and C. Binggeli re: local council asset requests (.2); draft stipulation re: rule 2004 motion (3.2) | 5.10 |
| 10/04/20 | A Barajas | Call with Sidley team re Tort Claimants' Committee's 2004 Motion and Debtors' response (0.8); emails with S. Hasan re research needed re scope of 2004 examination (0.5); review Tort Claimants' Committee's 2004 Motion (0.3); review precedent objections to 2004 motion (0.2) | 1.80 |
| 10/05/20 | K Basaria | Email correspondence with A&M, Sidley team, and other constituencies regarding various discovery issues | .50 |
| 10/05/20 | ME Walker | Research background information on attorney advertising and Rule 2004 request for rosters | .80 |
| 10/05/20 | S Hasan | Research re: 2004 motion (1.5); call with B. Warner regarding research and tasks (.3) | 1.80 |
| 10/05/20 | ME Linder | Review and analyze case law re: rule 2004 motion and emails with M. Walker re: same | .30 |
| 10/05/20 | LE Baccash | Review TCC 2004 request for rosters and case law related thereto from A. Barajas (2.0); review correspondence from B. Warner re fast advertising and supplemental bar date issues (.5) | 2.50 |
| 10/05/20 | BR Brunner | Review and analyze documents recently loaded to data rooms in connection with assessing confidentiality designation | .40 |
| 10/05/20 | A Barajas | Draft Debtors' limited objection to the TCC's 2004 examinations motion | 3.00 |
| 10/05/20 | BM Warner | Review TCC and Coalition signature motions and research response re: same (2.3); telephone call with S. Hasan re: omnibus e-signature response research and tasks (.3) | 2.60 |
| 10/05/20 | S Hasan | Research re: signatures and best practices for proofs of claim | 5.40 |
| 10/06/20 | A Fonseca | Update and format pleadings of main and other cases and upload to shared drive for attorneys' review | .50 |
| 10/06/20 | ME Walker | Revise objection to troop rosters request and review research re: same | 3.10 |
| 10/06/20 | K Basaria | Review Summit documents for responsiveness, privilege, and other personal identifying information in connection with UCC document request (2.2); draft email to M. Linder, M. Andolina, A. Rovira, J. Boelter, and M. Andolina regarding same (.3); assess correspondence from TCC (J. Stang, J. Lucas and J. Morris) regarding document requests to local councils, review | 4.00 |

SIDLEY AUSTIN LLP

Invoice Number:  40070200
Boy Scouts of America

Chapter 11 Matters

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | scope of production to date, draft response, and send to M. Andolina, J. Boelter, M. Linder, and A&M for review (1.5) | |
| 10/06/20 | WE Curtin | Analyze issues related to extension of preliminary injunction (.7); revise Henderson certification of counsel (.4); correspond with E. Moats regarding same (.1). | 1.20 |
| 10/06/20 | BR Brunner | Review and analyze documents recently loaded to data rooms in connection with assessing confidentiality level | .40 |
| 10/06/20 | A Barajas | Draft Debtors' limited objection to the TCC's 2004 examination motion | 3.70 |
| 10/06/20 | BM Warner | Telephone call with M. Andolina and M. Linder re: TCC and Coalition signature motion response strategy/issues (.4); research facts and pleadings re: response to Coalition signature motion (1.8); research caselaw re: same (2.5); draft outline re same (1.2) | 5.90 |
| 10/07/20 | S Hasan | Research re: legislative history for TCPA (2.5); call with M. Walker, A. Barajas and L. Baccash regarding same (.3); research re: Federal Rules of Bankruptcy Procedure (3.2) | 6.00 |
| 10/07/20 | K Basaria | Telephone call and email correspondence with K. Annu-Essuman regarding review of Summit documents in connection with UCC request (0.4); series of emails and telephone call with G. Rios regarding local council production plus discuss same with C. Binggeli (1.3); review local council document production and assess confidentiality designations (1.4) | 3.10 |
| 10/07/20 | WE Curtin | Analyze filings related to Coalition issues (.7); analyze local council objections to TCC 2004 motion (1.2); call with A. Barajas regarding same (.2). | 2.10 |
| 10/07/20 | LE Baccash | Call with M. Walker, A. Barajas and S. Hasan re response to 2004 motion (.3); draft section of 2004 response and review and revise same (3.0) | 3.30 |
| 10/07/20 | BR Brunner | Review and analyze documents recently loaded to data rooms in connection with assessing confidentiality level | .30 |
| 10/07/20 | A Barajas | Emails with Ogletree re updated chart for amended schedule 1 | .20 |
| 10/07/20 | A Barajas | Call with M. Walker, L. Baccash, S. Hasan and B. Warner re edit debtors' limited objection to the TCC's 2004 examination (0.3); revise debtors' limited objection to the TCC's 2004 examination (0.9); gather underlying emails and text messages for Exhibits to Declaration in support of Debtors' limited objection to the TCC's 2004 examination (1.7); call with B. Curtin regarding same (.2) | 3.10 |
| 10/07/20 | BM Warner | Draft outline re: omnibus response to Coalition and TCC POC motions (1.5); communications with L. Baccash re: omnibus POC motions response (.3); research re: text | 4.90 |

SIDLEY AUSTIN LLP

Invoice Number:  40070200
Boy Scouts of America

Chapter 11 Matters

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | message/solicitation reports for 2004 pleading response (.3); review research from S. Hasan re: omnibus response to TCC and Coalition POC motions (.3); research case law and precedent re: same (1.5); draft omnibus response re: same (.7); draft email with questions for local counsel re: same (.3) | |
| 10/08/20 | G Rios | Manage user access to BSA data room (.3); email correspondence with B. Brunner regarding same (.1). | .40 |
| 10/08/20 | G Rios | Finalize Minsi Trail local council document production to TCC (4.5); email correspondence with K. Basaria regarding same (.1). | 4.60 |
| 10/08/20 | G Rios | Prepare collection of redesignated assessment content (.5); email correspondence with C. Binggeli, K. Basaria and B. Brunner regarding same (.1). | .60 |
| 10/08/20 | WE Curtin | Analyze local council objections to TCC 2004 motion (.4); edit revised schedule 1 to consent order (.4); correspond with A. Barajas and K. Davis regarding same (.2). | 1.00 |
| 10/08/20 | K Basaria | Review and publish local council documents including correspondence with Sidley team and TCC counsel (J. Stang, J. Morris and J. Lucas) regarding same (0.4); review redactions to Summit documents and follow-up correspondence with J. Boelter and M. Andolina regarding same (0.8); review data room materials in response to TCC request for title materials with email to J. Boelter and M. Linder regarding same (0.4); emails with FCR counsel and C. Green regarding insurance materials (0.2); review protective order and correspond with debtor team regarding re-designation of discovery material and email to TCC (J. Stang, J. Morris and J. Lucas) regarding same (0.2) | 2.00 |
| 10/08/20 | ME Walker | Read local council objections to Rule 2004 motion and revise limited objection (1.4); comment on declaration and supporting exhibits (.8) | 2.20 |
| 10/08/20 | A Fonseca | Update and format pleadings of main and other cases and upload to shared drive for attorneys' review | 1.30 |
| 10/08/20 | BR Brunner | Perform diligence on Warren Report | .30 |
| 10/08/20 | BR Brunner | Review and analyze documents recently loaded to data rooms in connection with assessing appropriate confidentiality designation | .70 |
| 10/08/20 | A Barajas | Prepare and make redactions to Exhibits to the Declaration in Support of the Debtors' limited objection to the TCC's 2004 examination motion (2.9); email E. McDonnell re cite checking Debtor's limited objection to the TCC's 2004 examination motion (0.2) | 3.10 |

SIDLEY AUSTIN LLP

Invoice Number:  40070200
Boy Scouts of America

Chapter 11 Matters

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 10/08/20 | BM Warner | Draft and revise omnibus response to Coalition and TCC POC motions | 6.70 |
| 10/08/20 | LE Baccash | Review and revise 2004 response (.5); calls with A. Barajas re exhibits to response (.2); review other objections to 2004 motion (1.1); review stipulation re 2004 (.2); correspondence with M. Walker and M. Linder re same (.1) | 2.10 |
| 10/09/20 | A Fonseca | Update and format pleadings of main and other cases and upload to shared drive for attorneys' review | .40 |
| 10/09/20 | ME Walker | Team call (B. Warner, L. Baccash, and A. Barajas) re: limited objection to Rule 2004 motion (.2); review revisions to same, and advise same on declaration and supporting exhibits (1.3) | 1.50 |
| 10/09/20 | G Rios | Manage user access to BSA data rooms (.5); email correspondence with B. Brunner regarding same (.1). | .60 |
| 10/09/20 | G Rios | Update Minsi Trail document production to TCC (.5); email correspondence with K. Basaria regarding same (.1). | .60 |
| 10/09/20 | BR Brunner | Review and analyze documents recently loaded to data room in connection with assessing appropriate confidentiality designation | .40 |
| 10/09/20 | A Barajas | Call with M. Walker, L. Baccash, and B. Warner re status of Debtors' Limited Objection to the TCC's 2004 examination motion (0.2); draft Warner Declaration in support of Debtors' Limited Objection to the TCC's 2004 examination motion (1.3) | 1.50 |
| 10/09/20 | WE Curtin | Analyze local council objections to TCC 2004 motion (.5); analyze Coalition-related pleadings (.4); draft shell of motion to extend preliminary injunction (1.6). | 2.50 |
| 10/09/20 | S Hasan | Research re: notice and opportunity case law | 1.70 |
| 10/09/20 | BM Warner | Draft and revise omnibus response to Coalition and TCC POC motions (5.9); review draft and research case law and precedent re: response (1.7); review and analyze additional filings on same (.5); telephone call with M. Andolina re: revisions to omnibus response to Coalition and TCC POC motions (.3); telephone call with M. Linder re: omnibus response revisions (.3); telephone call with M. Walker, L. Baccash and A. Barajas re: exhibits and 2004 motion responses/attorney advertising evidence (.2) | 8.90 |
| 10/09/20 | LE Baccash | Call with M. Walker, B. Warner and A. Barajas re 2004 response (.2); review declaration and exhibits to 2004 response (.6) | .80 |
| 10/09/20 | K Basaria | Telephone call and email correspondence with counsel to Minsi Trails Local Council regarding production in response to TCC requests including correspondence to G. Rios regarding | 1.20 |

SIDLEY AUSTIN LLP

Invoice Number:  40070200
Boy Scouts of America

Chapter 11 Matters

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | instructions and uploading same to data room (0.6); final review of documents responsive to UCC request, publish same and send email to UCC counsel (R. Ringer, N. Hammerman and M. Wasson) (0.3); correspondence with C. Binggeli regarding TCC inquiry regarding documents and review draft responses regarding same (0.3) | |
| 10/10/20 | ME Walker | Review correspondence from A. Barajas and L. Baccash re: stipulation on Rule 2004 motion (.2); prepare objection for client review (.9) | 1.10 |
| 10/10/20 | K Basaria | Revise email responses to TCC (J. Stang, J. Lucas and J. Morris) follow up requests (.3); send same to M. Andolina and M. Linder (.1) | .40 |
| 10/10/20 | A Barajas | Revise Declaration in support of Debtors' Limited Objection to the TCC's 2004 motion (1.3); finalize Exhibits to Declaration in support of Limited Objection (0.5); review draft Stipulation between the Debtors and the TCC re the TCC's 2004 examinations motion (0.3) | 2.10 |
| 10/10/20 | WE Curtin | Correspond with M. Linder regarding stipulation extending preliminary injunction. | .20 |
| 10/10/20 | S Hasan | Compile authorities from E-signature motions | .90 |
| 10/10/20 | BM Warner | Revise and finalize omnibus response to Coalition and TCC POC motions for filing (3.3); communicate with J. Boelter, M. Andolina, M. Linder, E. Moats and P. Topper re: same (.3) | 3.60 |
| 10/10/20 | LE Baccash | Review correspondence re signature motion (.2); review stipulation re 2004 motion (.2) | .40 |
| 10/11/20 | ME Walker | Respond to comments from M. Andolina on limited objection to Rule 2004 motion and emails from re: same | .70 |
| 10/11/20 | A Barajas | Revise Exhibit B to Warner Declaration in support of Debtors' Limited Objection to Tort Claimants' Committee 2004 motion | .20 |
| 10/11/20 | WE Curtin | Analyze local council committee objection to TCC 2004 motion (.5); analyze debtor objection to TCC 2004 motion (.3). | .80 |
| 10/11/20 | BM Warner | Emails with M. Linder, E. Moats and A. Barajas re: 2004 response filing, declaration and stipulation (.3); review emails re: same (.2) | .50 |
| 10/12/20 | A Fonseca | Update and format pleadings of main and other cases (.7); upload to shared drive for attorneys' review (.5) | 1.20 |
| 10/12/20 | ME Walker | Review ad hoc committee objection to Rule 2004 motion (.2); emails with M. Linder re: document preservation language (.2) | .40 |
| 10/12/20 | K Basaria | Correspondence with M. Linder and S. McGowan regarding Arrow documents | .20 |

SIDLEY AUSTIN LLP

Invoice Number:  40070200
Boy Scouts of America

Chapter 11 Matters

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 10/12/20 | WE Curtin | Analyze Coalition-related pleadings (.4); draft shell of motion to extend preliminary injunction (1.5); draft third stipulation extending preliminary injunction (1.9); edit amended schedule 1 and notice (.4); correspond with A. Barajas regarding same (.2); correspond with M. Linder regarding same (.3). | 4.70 |
| 10/12/20 | BR Brunner | Review and analyze documents recently loaded to data rooms to assess proper confidentiality designation | .30 |
| 10/12/20 | BR Brunner | Review and analyze pleadings on matters going forward at upcoming hearing on October 14th | 2.00 |
| 10/12/20 | BM Warner | Review supplemental emails and pleadings re: Coalition and TCC POC motions (.3); review Coalition reply on signature motion and communicate with M. Linder re: same (.6) | .90 |
| 10/12/20 | A Barajas | Draft notice of revised schedule 1 to Preliminary Injunction Consent Order and Exhibits thereto (1.0); revise draft third stipulation and agreed order re Preliminary Injunction Consent Order (1.0) | 2.00 |
| 10/13/20 | WE Curtin | Analyze reply in support of TCC 2004 motion (.3); analyze Coalition-related pleadings (.3); analyze underlying complaints for "Doe Defendant" issues (.6); correspond with M. Linder regarding same (.2); correspond with S. Manning and K. Davis regarding same (.3); correspond with E. Moats regarding amended schedule 1 (.1); gather preliminary injunction briefing for M. Linder (.4). | 2.20 |
| 10/13/20 | BM Warner | Research case law responses to Coalition and TCC POC motions and hearing prep (6.1); communicate with A. Barajas and S. Hasan re: same (.2) | 6.30 |
| 10/14/20 | A Fonseca | Update and format pleadings of main and other cases (.4); upload to shared drive for attorneys' review (.4) | .80 |
| 10/14/20 | K Basaria | Telephone calls and email correspondence with M. Parsons and G. Binggeli regarding TCC request for health benefits information (.5); review documents provided in connection with same (.5) | 1.00 |
| 10/14/20 | BM Warner | Prepare for omnibus hearing | .20 |
| 10/15/20 | G Rios | Manage user access to BSA data rooms (.7); email correspondence with K. Basaria regarding same (.1). | .80 |
| 10/15/20 | WE Curtin | Analyze underlying complaints for "Doe Defendant" issues (.2); research record regarding GA church case issues (.8); call with K. Hudson regarding same (.4); correspond with K. Hudson regarding same (.2). | 1.60 |
| 10/15/20 | SM Park | Update online pleadings from recent filings (.3); organize into shared file folders for attorney reference (.2) | .50 |

**SIDLEY AUSTIN LLP**

Invoice Number:  40070200
Boy Scouts of America

Chapter 11 Matters

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 10/15/20 | K Basaria | Correspondence with insurers' counsels (Hartford and Chubb) and G. Rios regarding data room access requests (0.1); correspondence with M. Andolina and M. Linder regarding TCC request for documents (0.1) | .20 |
| 10/16/20 | G Rios | Prepare transfer of confidential local council camp assessments (.7); email correspondence with K. Basaria regarding same (.1). | .80 |
| 10/16/20 | SM Park | Update pleading folders with most recent dockets for attorney access | .60 |
| 10/16/20 | WE Curtin | Research regarding GA church case issues (.6); correspond with M. Martin regarding same (.2). | .80 |
| 10/19/20 | A Fonseca | Update and format pleadings of main and other cases (.4); upload to shared drive for attorneys' review (.4) | .80 |
| 10/19/20 | K Basaria | Finalize and send correspondence to TCC counsel (J. Stang, J. Morris and J. Lucas) regarding discovery issues (0.3); correspondence with M. Andolina and M. Linder regarding discovery issues (0.2) | .50 |
| 10/19/20 | WE Curtin | Analyze pleadings in GA church cases (.4); correspond with M. Martin regarding same (.3); correspond with M. Linder and S. Manning regarding Further Abuse Actions (.2). | .90 |
| 10/20/20 | K Basaria | Correspondence with M. Linder and M. Andolina regarding request for audit documents (0.1); correspondence with M. Linder regarding protective order including review data room materials for charter organization documents (0.2) | .30 |
| 10/20/20 | WE Curtin | Correspond with M. Linder regarding notice of extension of preliminary injunction. | .30 |
| 10/21/20 | SM Park | Update online pleadings from recent filings (.2); organize into shared file folders for attorney reference (.1) | .30 |
| 10/21/20 | S Hasan | Reply to B. Warner re: asset questions (1.1); draft Worley settlement motion to approve (1.6). | 2.70 |
| 10/22/20 | G Rios | Manage user access to BSA data rooms (.4); email correspondence to M. Linder regarding same (.1). | .50 |
| 10/22/20 | ME Walker | Research re: advertising issues (.3); call with R. Ransom re: same (.3) | .60 |
| 10/23/20 | G Rios | Review and update user access to BSA data rooms. | .50 |
| 10/23/20 | WE Curtin | Correspond with M. Walker regarding GA church cases (.2); correspond with C. Malone regarding NM cases (.2). | .40 |
| 10/26/20 | A Fonseca | Update and format pleadings of main and other cases (.9); upload to shared drive for attorneys' review (.4) | 1.30 |
| 10/26/20 | SM Park | Research online pleadings from main proceeding filings and | .30 |

**SIDLEY AUSTIN LLP**

Invoice Number:  40070200
Boy Scouts of America

Chapter 11 Matters

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | add to shared file folder for attorney reference | |
| 10/26/20 | J Hayner | Research and draft insert for cease and desist letter | 9.50 |
| 10/26/20 | WE Curtin | Correspond with C. Malone regarding NM cases (.1); correspond with M. Linder regarding notice of entry of preliminary injunction (.3). | .40 |
| 10/27/20 | ME Walker | Read research memo, draft insert, and cases re: advertising issue | 1.00 |
| 10/27/20 | SM Park | Research online pleadings from main proceeding filings and add to shared file folder for attorney reference | .30 |
| 10/27/20 | J Hayner | Research and draft insert for cease and desist letter | 2.50 |
| 10/27/20 | S Hasan | Research re: notice and opportunity case law | .80 |
| 10/28/20 | SM Park | Update online pleadings from recent filings (.3); organize into shared file folders for attorney reference (.2) | .50 |
| 10/28/20 | WE Curtin | Correspond with M. Walker regarding GA church cases (.2); correspond with M. Linder regarding same (.2); review emails for GA church issues (.4). | .80 |
| 10/29/20 | A Fonseca | Update and format pleadings of main and other cases (.6); upload to shared drive for attorneys' review (.4) | 1.00 |
| 10/29/20 | SM Park | Update online pleadings from recent filings (.3); organize into shared file folders for attorney reference (.2) | .50 |
| 10/30/20 | ME Walker | Coordinate transition of materials with M. Linder (.3); respond to inquiry from Coon Rapids MN (.3) | .60 |
| 10/30/20 | A Fonseca | Update and format pleadings of main and other cases and upload to shared drive for attorneys' review | .30 |
| | | **Task Subtotal** | **192.40** |
| | | **004 Automatic Stay** | |
| 10/01/20 | TA Labuda | Conference and emails with P. Anderson re Wilson settlement agreement and issues. | .30 |
| 10/01/20 | TA Labuda | Review COC language re lift stay motions and emails with MNAT and B. Curtin re same. | .20 |
| 10/02/20 | TA Labuda | Emails with P. Anderson re Wilson settlement agreement. | .10 |
| 10/05/20 | WE Curtin | Correspond with P. Anderson regarding Wilson settlement (.1); conference with T. Labuda regarding same (.1); outline motion to extend preliminary injunction (.8); call with M. Linder regarding same (.3); correspond with J. Boelter, M. Andolina and M. Linder regarding same (.4). | 1.70 |
| 10/05/20 | TA Labuda | Analyze motion issues re Wilson settlement (.3); conference | .40 |

SIDLEY AUSTIN LLP

Invoice Number:  40070200
Boy Scouts of America

Chapter 11 Matters

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | with B. Curtin re same (.1). | |
| 10/05/20 | TA Labuda | Conference with B. Curtin re Henderson and Ramirez lift stay motions. | .10 |
| 10/06/20 | A Barajas | Draft research outline re automatic stay and the police powers exception in relation to the BSA's charitable registration status | 5.80 |
| 10/07/20 | WE Curtin | Draft form settlement agreement for future settlements (1.8); call with T. Labuda regarding same (.2); correspond with T. Labuda and client regarding same (.3). | 2.30 |
| 10/07/20 | TA Labuda | Emails with A. Kutz re ORIC relief from stay order | .10 |
| 10/07/20 | A Barajas | Research case law re police powers exemption to the automatic stay and tax exempt organizations | 2.00 |
| 10/08/20 | WE Curtin | Edit Worley settlement agreement (.5); correspond with T. Labuda, P. Anderson and P. Strach regarding same (.3); analyze Ramirez proposed order (.2); correspond with M. Linder regarding same (.1); analyze revised Wilson settlement agreement (.4); correspond with client and T. Labuda regarding same (.3). | 1.80 |
| 10/08/20 | TA Labuda | Emails with A. Kutz and N. Marchand re comments on Wilson settlement agreement (.2); review revised agreement (.1); emails and conference with B. Curtin re same (.3); emails with N. Marchand re same (.1); emails with Strach re Worley settlement agreement (.1); review and comment on same (.4); emails with B. Curtin re same (.1). | 1.30 |
| 10/09/20 | TA Labuda | Emails with N. Marchand and P. Anderson re Wilson settlement (.1); review Evanston notice of Hayden settlement (.1). | .20 |
| 10/09/20 | TA Labuda | Review agenda re lift stay matters (.1); emails with B. Curtin re same (.1). | .20 |
| 10/09/20 | A Barajas | Draft email summary of automatic stay charitable status research | .50 |
| 10/09/20 | WE Curtin | Analyze proposed Evanston settlement (.2); correspond with T. Labuda regarding Ramirez motion (.2); correspond with K. Doughty regarding same (.2); correspond with P. Anderson and P. Strach regarding Worley settlement agreement (.1). | .70 |
| 10/11/20 | A Barajas | Draft rule 9019 settlement/lift stay motion for Settlement Agreement with Wilson Estate | 3.80 |
| 10/11/20 | WE Curtin | Draft Wilson settlement motion (.5); correspond with A. Barajas regarding same (.2). | .70 |
| 10/12/20 | TA Labuda | Emails and conference with C. Moorse re Gordon claim (.2); emails with B. Curtin re Wilson settlement motion (.1). | .30 |

SIDLEY AUSTIN LLP

Invoice Number:  40070200
Boy Scouts of America

Chapter 11 Matters

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 10/12/20 | TA Labuda | Review Pai lift stay motion and order (.1); emails with client re same (.1); review defense counsel report on litigation status of same (.1). | .30 |
| 10/12/20 | WE Curtin | Analyze Pai motion for stay relief (.5); correspond with T. Labuda and client regarding same (.2). | .70 |
| 10/13/20 | WE Curtin | Correspond with T. Labuda. N. Marchand and client regarding Wilson settlement motion. | .30 |
| 10/13/20 | TA Labuda | Conference with A. Kutz re Wilson, Worley and other wrongful death claims (.2); emails with A. Kutz re defense costs re same (.1); correspond with B. Curtin re same, Wilson and Worley 9019 motions (.1). | .40 |
| 10/14/20 | WE Curtin | Correspond with T. Labuda, N. Marchand and client regarding Wilson settlement motion (.2); edit Wilson settlement motion (.5); correspond with T. Labuda regarding same (.1). | .80 |
| 10/14/20 | TA Labuda | Emails with N. Marchand re Wilson settlement agreement and related issues. | .10 |
| 10/16/20 | TA Labuda | Emails with A. Kutz re suggestion of bankruptcy filing issues. | .10 |
| 10/19/20 | TA Labuda | Emails with C. Moorse and Gordon counsel re Gordon claim settlement (.1); emails with B. Curtin re Gordon settlement agreement (.1); review same (.1); emails with A. Kutz re same (.1). | .40 |
| 10/19/20 | WE Curtin | Analyze proposed Gordon settlement (.4); correspond with T. Labuda regarding same (.2); correspond with defense counsel regarding same (.3). | .90 |
| 10/20/20 | TA Labuda | Review and comment on Gordon settlement (.1); confer with B. Curtin re Wilson settlement and Gage 9019 motion (.6); conference with C. Moorse and B. Curtin re same (.3); review and comment on Gage 9019 motion (.5). | 1.50 |
| 10/20/20 | WE Curtin | Draft Wilson settlement motion (.9); correspond with T. Labuda regarding same (.2); call with T. Labuda regarding same (.6); further edits to Wilson settlement motion (1.1); correspond with defense counsel regarding same (.2); edit Gordon settlement agreement (.3); call with T.Labuda and C. Morse regarding same (.3). | 3.60 |
| 10/21/20 | WE Curtin | Revise Wilson settlement motion (.7); correspond with T. Labuda regarding same (.2); correspond with P. Anderson regarding same (.2); correspond with T. Labuda regarding same (.4); correspond with N. Marchand and client regarding same (.3); correspond with M. Linder regarding same (.2); edit Worley settlement motion (1.0); call with S, Hasan regarding same (.1); correspond with S. Hasan regarding same (.2); edit Gordon settlement agreement (1.1); analyze proposed Evanston | 4.70 |

SIDLEY AUSTIN LLP

Invoice Number:  40070200
Boy Scouts of America

Chapter 11 Matters

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | settlement (.3). | |
| 10/21/20 | TA Labuda | Confer with A. Kutz re Wilson, Worley and Gordon settlements (.1); prepare Gage Wilson settlement motion (.7); emails with M. Linder re same (.1); correspond with B. Curtin re same (.2); work on Gordon settlement agreement (.6); conference with B. Curtin re same (.1); review revised Gordon settlement (.2); emails with C. Moorse re same (.1); emails with B. Curtin and defense counsel re Worley settlement (.1); emails with N. Marchand re Wilson settlement agreement revisions and review same (.1); review notice of Boehle settlement (.1). | 2.40 |
| 10/22/20 | S Hasan | Draft Gordon settlement motion to approve | 2.70 |
| 10/22/20 | TA Labuda | Emails and conference with C. Moorse re Gordon settlement (.2); emails with A. Kutz re same (.1); revise Worley 9019 motion (.5); emails with B. Curtin re same (.1); emails with B. Curtin re Gordon 9019 motion (.1); emails with Strach re Worley settlement agreement (.1); emails with P. Anderson re Worley 9019 motion (.1). | 1.20 |
| 10/22/20 | WE Curtin | Edit Worley settlement motion (1.5); correspond with T. Labuda regarding same (.3); correspond with S. Hasan regarding same (.2); correspond with P. Anderson regarding same (.2); correspond with P. Strach and client regarding same (.2); correspond with M. Linder regarding same (.2); edit Gordon settlement motion (2.1); correspond with S. Hasan regarding same (.3); correspond with T. Labuda regarding same (.3); analyze filed stipulation extending preliminary injunction for impact on non-abuse litigation (.6); correspond with T. Labuda regarding same (.2). | 6.10 |
| 10/23/20 | TA Labuda | Emails with A. Kutz and Johnson re small claims action and deposit issues (.2); analyze same (.1). | .30 |
| 10/26/20 | WE Curtin | Correspond with client and P. Strach regarding Worley settlement motion (.2); correspond with T. Labuda regarding same (.2); correspond with client and N. Marchand regarding Wilson settlement motion (.2); correspond with T. Labuda regarding same (.1). | .70 |
| 10/27/20 | TA Labuda | Conference and emails with B. Curtin re Wilson and Worley 9019 motions (.1); review N. Marchand comments on Wilson motion (.1); emails with P. Anderson and A. Kutz re same (.1). | .30 |
| 10/27/20 | WE Curtin | Correspond with client and N. Marchand regarding Wilson settlement motion (.2); edit Wilson settlement motion based upon comments from N. Marchand (.9); correspond with P. Anderson regarding same (.1); call with T. Labuda regarding same (.2); correspond with M. Linder regarding Wilson and Worley motions (.2); correspond with MNAT team regarding | 1.70 |

**SIDLEY AUSTIN LLP**

Invoice Number:  40070200
Boy Scouts of America

Chapter 11 Matters

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | same (.1). | |
| 10/28/20 | WE Curtin | Analyze required expense reporting from Old Republic (.4); correspond with P. Strach regarding Worley settlement motion (.2); correspond with T. Labuda regarding same (.2); compile signature pages for Wilson and Worley settlement agreements (.5); call with M. Linder regarding same (.2). | 1.50 |
| 10/28/20 | TA Labuda | Review Pai lift stay order | .10 |
| 10/29/20 | WE Curtin | Analyze filed Wilson and Worley settlement motions (.2); emails and conference with T. Labuda regarding same (.2) | .40 |
| 10/29/20 | TA Labuda | Emails and conference with B. Curtin re Wilson and Worley filings. | .20 |
| 10/30/20 | TA Labuda | Emails with N. Marchand and B. Curtin re Wilson 9019 motion | .10 |
| 10/30/20 | WE Curtin | Correspond with N. Marchand and T. Labuda regarding Wilson settlement motion (.2); correspond with W. Evanoff regarding GA church cases (.2). | .40 |
| | | **Task Subtotal** | **54.40** |
| | | **005 Bar Date, Noticing and Claims Reconciliation Issues** | |
| 10/01/20 | BM Warner | Draft analysis re: claims process issues and revisions (.3); telephone calls with M. Linder re: local council and various claims and case issues (.4); review advertising violation report and communicate with research team re: same (.2); telephone call with A. Miller re: abuse claims process issues (.3) | 1.20 |
| 10/01/20 | ME Linder | Telephone call with B. Warner re: claims issues and related considerations | .40 |
| 10/02/20 | BM Warner | Review claim inquiry and send to Omni for resolution (.2); review email and correspond with A. Miller and K. Nownes re: claims procedures (.3); revise advertising letters for client submission (.5) | 1.00 |
| 10/03/20 | BM Warner | Communicate with Sidley team and review advertising reports | .20 |
| 10/04/20 | BM Warner | Telephone call with M. Walker and L. Baccash re: advertising reports and strategy (.5); review emails/ads re: same (.3); email J. Zirkman re: call on same (.1) | .90 |
| 10/04/20 | ME Walker | Call with B. Warner and L. Baccash re: advertising reports and issues | .50 |
| 10/04/20 | LE Baccash | Call with B. Warner and M. Walker re statement related to advertising | .50 |
| 10/05/20 | ME Linder | Videoconference with D. Evans, M. Murray, J. Boelter and M. Andolina re: Coalition claims data | .50 |
| 10/05/20 | BM Warner | Communicate with M. Walker and L. Baccash re: advertising | 2.70 |

SIDLEY AUSTIN LLP

Invoice Number:  40070200
Boy Scouts of America

Chapter 11 Matters

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | issues (.1); communicate with claims agent re: abuse claim inquiries (.2); review advertising reports re: response (.5); telephone call with L. Baccash re: statement and advertising issues (.2); review attorney advertisement reports and update tracker re: same (1.7) | |
| 10/06/20 | ME Walker | Call with J. Zirkman, B. Hardin (client), B. Warner and L. Baccash re: attorney social media and reports (.7); follow up call with B. Warner and L. Baccash re: same (.3) | 1.00 |
| 10/06/20 | TA Labuda | Conference with A. Kutz and defense council re non-abuse claim mediation and settlement issues (.2); conference with A. Kutz re settlement agreement form (.1); review precedent for same (.4); confer with B. Curtin re same (.1). | .80 |
| 10/06/20 | S Hasan | Research re: proof of claims practices (5.1); research issues re: Federal Rules of Bankruptcy Procedure (.9). | 6.00 |
| 10/06/20 | LE Baccash | Call with B. Warner, M. Walker, J. Zirkman and B. Hardin re false advertising issues (.7); follow-up call with B. Warner and M. Walker regarding strategy (.3); review and revise 2004 objection (.7) | 1.70 |
| 10/06/20 | BM Warner | Telephone call with J. Zirkman, B. Hardin (client), M. Walker and L. Baccash re: advertising reports (.7); telephone call with M. Walker and L. Baccash re: advertising strategy and responses to pleadings (.3); telephone call with M. Blacker re: claimant inquiry and claims portal (.2) | 1.20 |
| 10/07/20 | TA Labuda | Draft form of settlement agreement for non-abuse claims (.7); conference with B. Curtin re same (.2); emails with A. Kutz re same (.1). | 1.00 |
| 10/07/20 | BM Warner | Review emails and communicate re: bar date attorney advertising questions and issues (.6); communicate with J. Lucas and B. Osborne re: claims portal (.2) | .80 |
| 10/08/20 | BM Warner | Review emails from claimants re: claims and case updates | .20 |
| 10/09/20 | BM Warner | Communicate with Bates White and Omni re: claims portal (.3); telephone call with Eisenberg Rothweiler re: claim submission questions (.3) | .60 |
| 10/12/20 | BM Warner | Analyze claims submission process issues and questions with claimant counsel and K. Nownes (Omni) (.9); emails re: claims issues and procedure (.3); draft bar date noticing summary (.4) | 1.60 |
| 10/13/20 | BM Warner | Review advertising issues report (.3); communicate with M. Walker, L. Baccash, Omni team and client re: phishing issues and reports (.3); draft bar date noticing summary (.5); review bar date order and communicate with D. Evans, J. Boelter, team re: claims data (.3) | 1.40 |

SIDLEY AUSTIN LLP

Invoice Number:  40070200
Boy Scouts of America

Chapter 11 Matters

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 10/14/20 | ME Walker | Call with Omni (J. Dougherty and A. Miller), L. Baccash, B. Warner and M. Blacker re: advertising issues | .50 |
| 10/14/20 | LE Baccash | Call with Omni (A. Miller and J. Dougherty), B. Warner and M. Walker re false ads issues | .50 |
| 10/14/20 | BM Warner | Communicate with Omni, M. Walker and L. Baccash re: phishing/advertising (.1); communicate with M. Blacker and Omni re: claims processing (.2); review advertising reports (.3); telephone call with M. Blacker, M. Walker, L. Baccash, J. Dougherty (Omni) and A. Miller (Omni) re: phishing/call center reports and plan (.5); research re: bar date noticing scope (.6) | 1.70 |
| 10/15/20 | BM Warner | Research and emails with Omni re: bar date noticing questions (.6); various communications with Omni and White & Case team (J. Boelter, M. Andolina and M. Linder) re: abuse claims processing issues and tasks and advertising reports (1.0) | 1.60 |
| 10/16/20 | BM Warner | Telephone call with AIS paralegal re: claims process and questions (.2); extensive communications and manage issues with Omni (J. Dougherty and A. Miller), M. Blacker, J. Boelter, M. Andolina, and M. Linder re: claims issues and process (1.0); review advertising issues reports and update tracker re: same (1.5); communicate with Omni, J. Boelter, M. Andolina and M. Linder re: bar date noticing updates (.3) | 3.00 |
| 10/20/20 | ME Walker | Preparation for and call with B. Warner and L. Baccash re: advertising issues | .70 |
| 10/20/20 | LE Baccash | Call with M. Walker and B. Warner re false advertising | .70 |
| 10/21/20 | ME Walker | Research re: advertising issues | 1.40 |
| 10/23/20 | A Barajas | Email B. Warner regarding draft letters to attorneys running improper advertisements | .10 |
| 10/26/20 | TA Labuda | Emails with B. Curtin re Worley and Wilson 9019 motions. | .10 |
| 10/30/20 | TA Labuda | Emails with A. Kutz and C. Moorse re Bishoff claim negotiations and bar date issues with non-abuse claims | .30 |
| | | **Task Subtotal** | **34.80** |
| | | **006 Case Administration** | |
| 10/01/20 | SM Park | Update pleading folders with most recent dockets for attorney access | .70 |
| 10/01/20 | J Schomberg | Determine and create calendar invites for critical case dates and distribute to entire debtor team | .40 |
| 10/02/20 | G Rios | Manage user access to BSA data rooms. | .50 |
| 10/05/20 | SM Park | Update online pleadings from recent filings and organize into | .30 |

**SIDLEY AUSTIN LLP**

Invoice Number:  40070200
Boy Scouts of America

Chapter 11 Matters

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | shared file folders for attorney reference | |
| 10/06/20 | J Schomberg | Research information from debtor professional working group list and distribute to B. Warner | .30 |
| 10/07/20 | G Rios | Manage A&M user access permissions to BSA data rooms. | .30 |
| 10/09/20 | SM Park | Update pleading folders with most recent dockets for attorney access | .50 |
| 10/12/20 | SM Park | Update pleading folders with most recent dockets for attorney access | .70 |
| 10/12/20 | BM Warner | Telephone call with T. Labuda re: fee applications and case status | .30 |
| 10/13/20 | SM Park | Update pleading folders with most recent dockets for attorney access | .50 |
| 10/14/20 | SM Park | Update pleading folders with most recent dockets for attorney access | .50 |
| 10/15/20 | BM Warner | Emails with M. Linder re: case administration and meeting updates (.3); review headlines re: case updates and phishing (.2) | .50 |
| 10/16/20 | DJ Lutes | Emails with S. Caputo regarding case administration tasks (.2); research docket for key notices and deadlines (.2); review timing of certain notices and pro hac vice for same (.2); prepare electronic files for same (.1) | .70 |
| 10/19/20 | DJ Lutes | Emails with T. Labuda, P. Topper and E. Moats regarding notices (.2); research status and materials for same (.5) | .70 |
| 10/19/20 | SM Park | Update pleading folders with most recent dockets for attorney access | .50 |
| 10/20/20 | SM Park | Update pleading folders with most recent dockets for attorney access | .30 |
| 10/22/20 | DJ Lutes | Research case docket for updated filings, notices and deadlines (.2); prepare electronic files for Sidley team regarding same (.2) | .40 |
| 10/23/20 | SM Park | Research online pleadings from main proceeding filings (.3); add to shared file folder for attorney reference (.3) | .60 |
| 10/26/20 | DJ Lutes | Research case docket for notices, deadlines and updates (.2); prepare electronic files for same (.2) | .40 |
| 10/28/20 | DJ Lutes | Research case docket for key pleadings, orders and notices (.2); prepare electronic files regarding same (.4) | .60 |
| | | **Task Subtotal** | **9.70** |

SIDLEY AUSTIN LLP

Invoice Number:  40070200
Boy Scouts of America

Chapter 11 Matters

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | **012 Donor Issues** | |
| 10/28/20 | S Hasan | Respond to L. Baccash re: list of nonprofits. | .40 |
| | | **Task Subtotal** | **.40** |
| | | **014 Exclusivity** | |
| 10/12/20 | LE Baccash | Review and provide comments to M. Linder re exclusivity motion | .50 |
| | | **Task Subtotal** | **.50** |
| | | **015 Executory Contracts and Leases** | |
| 10/02/20 | J Schomberg | Communicate with B. Hardin re: TCC request regarding potentially rejected agreements | .30 |
| 10/05/20 | J Schomberg | Communicate with J. Lucas re: TCC request regarding potentially rejected agreements | .20 |
| 10/08/20 | J Schomberg | Communicate with J. Lucas and B. Hardin re: TCC request regarding potentially rejected agreements | 1.20 |
| 10/09/20 | J Schomberg | Draft response to Blue Yonder re: rejection of agreement and year 2 payment | 1.10 |
| | | **Task Subtotal** | **2.80** |
| | | **016 FCR Issues and Communications** | |
| 10/05/20 | G Rios | Review FCR user access issues (.6); call with Datasite to resolve access issues (.3); email correspondence with K. Basaria regarding same (.1). | 1.00 |
| 10/13/20 | TA Labuda | Call from attorney re abuse issues and emails with M. Andolina re same. | .10 |
| | | **Task Subtotal** | **1.10** |
| | | **017 Fee Applications** | |
| 10/01/20 | DJ Lutes | Prepare monthly fee application exhibits (2.2); emails with B. Warner and M. Linder regarding fee application (.2) | 2.40 |
| 10/01/20 | BM Warner | Communicate with D. Lutes re: fee applications | .20 |
| 10/02/20 | DJ Lutes | Prepare monthly fee application exhibits and materials (1.5); prepare list of various issues for B. Warner (.4) | 1.90 |
| 10/03/20 | BM Warner | Communicate with C. Binggeli, M. Walker and M. Linder re: appraiser reports and applications | .10 |
| 10/04/20 | ME Linder | Communications with B. Warner re: appraiser fee applications | .20 |
| 10/04/20 | BM Warner | Research re: appraiser applications (.3); draft and revise appraiser application (3.5); communicate with M. Linder, E. Moats, R. Edgecombe and C. Binggeli re: issues and tasks re: | 4.30 |

SIDLEY AUSTIN LLP

Invoice Number:  40070200
Boy Scouts of America

Chapter 11 Matters

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | same (.3); email J. Schomberg re: appraiser fee applications (.2) | |
| 10/05/20 | J Schomberg | Review precedent fee applications for appraiser applications (.7); draft H&LA monthly/interim fee application (3.9); confer with B. Warner re: same (.2); revise H&LA monthly/interim fee application re: B. Warner comments (.8) | 5.60 |
| 10/05/20 | BM Warner | Series of emails re: appraiser fee applications (.5); review and revise appraiser application (.9); review email and draft from J. Schomberg re: H&LA application (.2); telephone call with J. Schomberg re: revisions to H&LA appraiser application (.2) | 1.80 |
| 10/06/20 | DJ Lutes | Emails with M. Morrison and M. Linder regarding excel invoices per BSA request (.1); emails with K. Porlier regarding monthly materials (.2); prepare September monthly fee application materials and exhibits (4.8); review cost and fee issues (.7); emails to S. Caputo regarding same (.2); emails with B. Warner regarding fee applications (.2); research materials for fee application (.5) | 6.70 |
| 10/06/20 | BM Warner | Multiple emails with R. Edgecombe (A&M) and E. Moats re: appraiser applications (.4); review and revise H&LA application (2.3); communicate with E. Moats re: same (.2); communicate with R. Edgecombe (A&M) re: appraiser application questions (.4); review email from D. Lutes re: fee application review and respond to same (.5) | 3.80 |
| 10/07/20 | DJ Lutes | Prepare monthly fee application exhibits and materials (.6); emails to S. Caputo regarding same (.2); email to B. Warner regarding same (.1); review fee application issues for certain timekeepers (.6) | 1.50 |
| 10/07/20 | TA Labuda | Conference with M. Linder re fee application status and open issues. | .20 |
| 10/07/20 | BM Warner | Review and revise H&LA application re: filing | .40 |
| 10/08/20 | DJ Lutes | Prepare monthly fee application exhibits and materials | .40 |
| 10/09/20 | TA Labuda | Review outstanding fee issues (.2); emails and conference with B. Warner re same (.2). | .40 |
| 10/12/20 | TA Labuda | Confer with B. Warner re September fee statement and prior fee filings (.3); review fee examiner order (.1). | .40 |
| 10/12/20 | DJ Lutes | Review monthly fee application exhibits and materials (.5); emails with B. Warner regarding same (.1); emails with T. Labuda regarding same (.1) | .70 |
| 10/12/20 | BM Warner | Review and comment on Quinn Emanuel fee application and privilege questions on same (2.0); communicate with C. Binggeli and D. Lutes re: fee applications and payments (.3); telephone call with P. Topper re: fee application questions (.2); | 2.80 |

SIDLEY AUSTIN LLP

Invoice Number:  40070200
Boy Scouts of America

Chapter 11 Matters

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | communicate with J. Schomberg and R. Edgecombe re: FI Salter appraiser final fee application (.3) | |
| 10/12/20 | J Schomberg | Draft FI Salter final fee application | 3.50 |
| 10/13/20 | DJ Lutes | Call with T. Labuda regarding fee applications (.2); review monthly fee application issues, deadlines and materials (.4) | .60 |
| 10/13/20 | TA Labuda | Confer with D. Lutes re September fee statement and related issues. | .20 |
| 10/13/20 | BM Warner | Review and comment on FI Salter final appraiser fee application (.4); communicate with R. Edgecombe re: same (.2) | .60 |
| 10/14/20 | BM Warner | Telephone call with P. Topper (MNAT) re: case updates and fee applications (.3); finalize FI Salter appraiser final fee application for filing and send to MNAT (.2) | .50 |
| 10/15/20 | DJ Lutes | Prepare monthly fee application exhibits and materials | 1.60 |
| 10/16/20 | DJ Lutes | Prepare monthly fee application exhibits and materials for compliance (6.1); emails with S. Caputo regarding same (.2); analyze fee application issues and costs (.9) | 7.20 |
| 10/17/20 | DJ Lutes | Prepare September monthly fee application exhibits and materials (2.2); review fee application issues for same (.5) | 2.70 |
| 10/19/20 | DJ Lutes | Prepare monthly fee application exhibit and materials including review for compliance and fee application issues (5.8); emails with S. Caputo and T. Labuda regarding 5th monthly fee application and 2nd interim fee application reconciliations (.2); research materials for same (.3); analyze spreadsheet updates from S. Caputo (.3) | 6.60 |
| 10/20/20 | DJ Lutes | Emails regarding 5th monthly fee statement status with T. Labuda and C. Binggeli (.1); emails with S. Caputo regarding monthly fee statement materials (.3); prepare September monthly fee statement materials and exhibits (6.8); review fee application materials for diligence and compliance issues (1.9) | 9.10 |
| 10/21/20 | DJ Lutes | Emails to S. Caputo regarding September monthly fee statement (.1); prepare materials and summary report for T. Labuda (.4); revise monthly fee statement (1.0); prepare electronic files for same (.4) | 1.90 |
| 10/22/20 | DJ Lutes | Review monthly and interim fee application issues, deadlines and timing (.2); prepare spreadsheets for same (.2) | .40 |
| 10/23/20 | DJ Lutes | Call with T. Labuda regarding monthly fee statement (.2); prepare materials regarding same (.7); review and revise monthly fee statement exhibits and calculations (1.3); emails with M. Morrison regarding same (.1); emails from C. Binggeli regarding 5th monthly fee statement (.1); research materials for same including emails to M. Morrison for same (.3) | 2.70 |

**SIDLEY AUSTIN LLP**

Invoice Number:  40070200
Boy Scouts of America

Chapter 11 Matters

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 10/23/20 | TA Labuda | Conference with D. Lutes re fee statement materials (.2); revise materials regarding same (.4). | .60 |
| 10/26/20 | DJ Lutes | Emails with T. Labuda regarding monthly fee statement (.1); prepare exhibit materials for same (.8); emails with S. Caputo regarding same (.2) | 1.10 |
| 10/26/20 | TA Labuda | Review invoice for privilege purposes. | .90 |
| 10/27/20 | TA Labuda | Review and comment on fee statement (.1); emails with D. Lutes re same and filing issues (.1). | .20 |
| 10/27/20 | DJ Lutes | Prepare monthly fee statement and exhibits including revisions for filing and finalization (1.5); emails with T. Labuda and S. Caputo regarding same (.1); emails with co-counsel E. Moats and P. Topper for filing (.1); prepare electronic files for same (.3); multiple emails with S. Caputo regarding 5th monthly fee statement, ledes and excel materials (.3) | 2.30 |
| 10/28/20 | DJ Lutes | Emails with T. Labuda regarding monthly fee application tasks (.1); prepare materials for same (.3); prepare electronic files for updated materials (.2) | .60 |
| 10/28/20 | TA Labuda | Emails with M. Linder re fee procedures | .10 |
| 10/29/20 | TA Labuda | Emails with D. Lutes re October fee statement preparation. | .10 |
| | | **Task Subtotal** | **77.30** |
| | | **018 Financing Matters and Cash Collateral** | |
| 10/02/20 | ME Linder | Telephone call with K. Gluck re: various issues, including mediation and challenge deadline | .50 |
| | | **Task Subtotal** | **.50** |
| | | **020 General Case Strategy** | |
| 10/01/20 | ME Linder | Videoconference with S. McGowan and M. Andolina re: various strategic matters | .40 |
| 10/02/20 | ME Walker | Call with A&M re: status of appraisals | .60 |
| 10/02/20 | BM Warner | Strategy/planning call with J. Boelter, M. Andolina, L. Baccash and M. Linder | .80 |
| 10/04/20 | BM Warner | Telephone call with J. Boelter, M. Andolina, M. Walker, L. Baccash, M. Linder and A. Barajas re: case filings and strategy | .80 |
| 10/05/20 | BM Warner | Telephone call with E. Moats re: appraiser fee application procedures and issues and signature TCC and Coalition motions | .40 |
| 10/11/20 | S Hasan | Compile authorities from E-signature motions. | .50 |
| 10/13/20 | ME Walker | Review TCC response to limited objection (.3); draft email to | .80 |

SIDLEY AUSTIN LLP

Invoice Number:  40070200
Boy Scouts of America

Chapter 11 Matters

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | J. Boelter, M. Andolina and M. Linder with reactions to same (.2); review attorney advertising issues and strategy (.3) | |
| 10/13/20 | S Hasan | Research re: attorney and authorized signatures on proofs of claim (1.5); research re: proofs of claim in asbestos cases (4.0). | 5.50 |
| 10/13/20 | BR Brunner | Review and analyze pleadings on matters going forward at upcoming hearing on October 14th | 1.60 |
| 10/13/20 | LE Baccash | Draft statement for mediators (.3); review and revise stipulation with MTC (.3) | .60 |
| 10/16/20 | ME Walker | Review documents on Philmont from E. Edgecombe and advise re: strategy for same | .40 |
| 10/23/20 | ME Walker | Call with J. Haynor re: research on possible claims against advertisers (.3); analyze recent filings regarding same (.6) | .90 |
| 10/23/20 | J Hayner | Confer with M. Walker regarding cease and desist letter | .20 |
| | | **Task Subtotal** | **13.50** |
| | | **021 Hearings and Court Matters** | |
| 10/12/20 | TA Labuda | Review agenda (.1); emails with B. Curtin re hearing on Ramirez lift stay motion (.1); review order on same (.1). | .30 |
| 10/13/20 | TA Labuda | Emails with B. Warner re hearing participation and potential cross issues. | .10 |
| 10/13/20 | BM Warner | Telephone call with M. Linder re: hearing preparation (.7); manage communications and materials re: same (.4) | 1.10 |
| 10/14/20 | ME Walker | Attend telephonic court hearing | 6.20 |
| 10/14/20 | S Hasan | Attend BSA omnibus hearing for 2019 motion, mediation issues, and litigation issues | 5.60 |
| 10/14/20 | WE Curtin | Appear (partial) for omnibus hearing on TCC 2004 motion and Coalition issues. | 1.70 |
| 10/14/20 | TA Labuda | Attend hearing telephonically (in part) re potential Sidley testimony. | .70 |
| 10/14/20 | A Barajas | Attend omnibus hearing for TCC's 2004 examination motion and resolution thereof | .20 |
| 10/14/20 | BM Warner | Telephonically attend omnibus hearing | 6.00 |
| 10/14/20 | J Schomberg | Telephonically attend and take notes on hearing concerning 2019 motion, mediation motion, and motion to compel deposition | 5.80 |
| 10/14/20 | LE Baccash | Attend hearing on 2019 and 2004 motions | 6.00 |
| 10/16/20 | ME Walker | Attend teleconference for court ruling on outstanding motions | .50 |

SIDLEY AUSTIN LLP

Invoice Number:  40070200
Boy Scouts of America

Chapter 11 Matters

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 10/16/20 | LE Baccash | Attend hearing re rulings on Coalition motions | .50 |
| | | **Task Subtotal** | **34.70** |
| | | **022 Insurance Issues** | |
| 10/01/20 | ME Linder | Telephone calls with M. Andolina and A. Azer re: insurance issues | .40 |
| 10/02/20 | BM Warner | Telephone call with large insurer group, E. Martin, A. Azer, J. Boelter, M. Andolina and M. Linder re: updates (1.0); draft and circulate insurance call notes to M. Linder (.4); draft email to A. Azer re: insurance note (.1) | 1.50 |
| 10/05/20 | ME Linder | Telephone call with numerous insurers, J. Boelter, M. Andolina and A. Azer re: various agenda items and case strategy | .90 |
| 10/05/20 | BR Brunner | Participate in weekly conference call with insurers re status of bankruptcy proceedings | .90 |
| 10/05/20 | BM Warner | Webex call with large insurer group, A. Azer, J. Boelter, M. Andolina and M. Linder re: case issues and updates | 1.10 |
| 10/09/20 | TA Labuda | Call from P. Anderson re case update and related ORIC issues. | .10 |
| 10/15/20 | TA Labuda | Emails with M. Linder re H&B analysis (.1); review same (.4). | .50 |
| 10/16/20 | BM Warner | Telephone call with large insurer group, E. Martin, A. Azer, J. Boelter, M. Andolina and M. Linder re: updates | .80 |
| 10/16/20 | TA Labuda | Call from M. Linder re Haynes and Boone analysis. | .50 |
| 10/29/20 | TA Labuda | Review ORIC payment report. | .20 |
| | | **Task Subtotal** | **6.90** |
| | | **025 Professional Retention** | |
| 10/05/20 | TA Labuda | Emails with Tygesson re appeal brief (.1); review same (.3). | .40 |
| 10/06/20 | TA Labuda | Review and comment on Sidley appeal brief (.7); review case law in support of same (.4); confer with Tygesson re same (.2). | 1.30 |
| 10/09/20 | J Schomberg | Review docket and internal tracker for OCP objection deadlines | .40 |
| 10/11/20 | J Schomberg | Review OCP statements re: any Quinn Emanuel information therein | .40 |
| 10/19/20 | A Barajas | Communications with B. Warner re potential parties in interest list | .40 |
| 10/21/20 | J Schomberg | Review and distribute appraiser fee applications to B. Warner | .20 |

SIDLEY AUSTIN LLP

Invoice Number:  40070200
Boy Scouts of America

Chapter 11 Matters

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 10/23/20 | DJ Lutes | Research White & Case retention application for timing of transition issues (.3); prepare electronic files for same (.1) | .40 |
| | | **Task Subtotal** | **3.50** |
| | | **029 Unsecured Creditor Issues and Communications** | |
| 10/02/20 | ME Linder | Telephone call with J. Boelter, M. Andolina, B. Warner, R. Ringer and N. Hamerman regarding UCC issues | .50 |
| 10/02/20 | ME Linder | Coalition videoconference with M. Andolina | .70 |
| 10/02/20 | BM Warner | Weekly update call with N. Hamerman, R. Ringer, J. Boelter, M. Andolina and M. Linder re: UCC update (.5); telephone call with R. Ringer, N. Hamerman, J. Morris, J. Lucas, J. Boelter, M. Andolina, M. Linder re: discovery requests/Rule 2004 motion (.8) | 1.30 |
| 10/04/20 | S Hasan | Research re: 2004 motion issues | 2.50 |
| 10/05/20 | K Basaria | Telephone call with UCC counsel regarding status and open requests | .30 |
| 10/05/20 | ME Linder | Telephone call with J. Boelter, M. Andolina, K. Basaria, R. Ringer and N. Hamerman re: various issues (.3); telephone call with J. Stang, J. Morris, J. Lucas, J. Boelter and M. Andolina re: same (1.0) | 1.30 |
| 10/05/20 | BM Warner | Weekly update call with N. Hamerman, R. Ringer, M. Wasson, J. Boelter, M. Andolina, M. Linder and K. Basaria re: UCC update (.3); telephone call with TCC - J. Stang (partial), J. Morris, J. Lucas, J. Boelter, M. Andolina, and M. Linder re: case issues and updates (1.0) | 1.30 |
| 10/07/20 | BR Brunner | Review and revise draft email to the Tort Claimants Committee re status of productions in response to informal discovery requests | .20 |
| 10/07/20 | BR Brunner | Participate in conference call with K. Basaria re draft email to the Tort Claimants Committee re status of productions in response to informal discovery requests | .10 |
| 10/12/20 | BM Warner | Telephone call with M. Andolina, J. Boelter (partial), M. Linder, R. Ringer, N. Hamerman, M. Wasson re: UCC weekly update | .70 |
| 10/12/20 | A Barajas | Research BSA bankruptcy docket for filings related to the TCC and the Coalition's motion re attorney signatures for proof of claims | .50 |
| 10/13/20 | A Barajas | Review TCC Reply to Debtors' limited objection to TCC 2004 examination Motion | .10 |
| 10/19/20 | BM Warner | Weekly update call with N. Hamerman, R. Ringer, J. Boelter, | .50 |

**SIDLEY AUSTIN LLP**

Invoice Number:  40070200
Boy Scouts of America

Chapter 11 Matters

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | M. Andolina and M. Linder re: UCC update | |
| 10/20/20 | J Schomberg | Confer with D. Sinha re: Atlas Van Lines payment | .20 |
| | | **Task Subtotal** | **10.20** |
| | | **032 Local Council Issues and Communications** | |
| 10/01/20 | ME Walker | Attend WLRK weekly call with M. Andolina, L. Baccash, M. Linder, J. Schomberg, R. Mason, D. Mayer, B. Whittman and C. Binggeli | 1.00 |
| 10/01/20 | LE Baccash | Weekly call with Ad Hoc Committee of Local Councils (M. Andolina, M. Linder, J. Boelter, B. Warner, M. Walker, J. Schomberg, R. Mason, D. Mayer, J. Celentino, B. Whittman and C. Binggeli) | 1.00 |
| 10/01/20 | BM Warner | Weekly Ad Hoc Committee of Local Councils update call with M. Andolina, M. Walker, L. Baccash, M. Linder, J. Schomberg, R. Mason, D. Mayer, B. Whittman and C. Binggeli (1.0); communicate with A. Azer re: local council diligence (.2); review local council asset notifications/documentation and draft correspondence re: same (1.2); revise and circulate correspondence to TCC and UCC counsel re: same (.3) | 2.70 |
| 10/01/20 | ME Linder | Telephone call with R. Mason, D. Mayer, J. Celentino, M. Andolina, B. Whittman and C. Binggeli re: various strategic matters (1.0); telephone call with R. Ringer re: Middle Tennessee issues (.2); emails with B. Whittman re: same (.2) | 1.40 |
| 10/01/20 | ME Linder | Draft stipulation resolving Middle Tennessee motion | .50 |
| 10/01/20 | J Schomberg | Conference call with M. Andolina, M. Linder, J. Boelter, B. Warner and R. Mason, D. Mayer and J. Celentino re: weekly update on local council progress/issues (1.0); advise BSA on response to local council request for data room documents (.6) | 1.60 |
| 10/02/20 | J Schomberg | Review new Local Council PI and Asset documents | .70 |
| 10/04/20 | ME Linder | Review and comment on local council slide presentation for October 6 and emails with M. Andolina re: same | .40 |
| 10/05/20 | G Rios | Manage user access to local council data room (.2); email correspondence to J. Celentino and K. Basaria regarding same (.1). | .30 |
| 10/05/20 | ME Linder | Review and revise slide presentation and emails with S. McGowan, M. Andolina and B. Whittman re: same (.2); telephone call with M. Andolina and J. Celentino re: local council asset requests and TCC rule 2004 motion (.5) | .70 |
| 10/05/20 | BR Brunner | Review and analyze documents recently provided by MTC LC in order to assess where to load them in the data rooms | .20 |
| 10/05/20 | BR Brunner | Perform diligence on asset and preliminary injunction | .30 |

SIDLEY AUSTIN LLP

Invoice Number:  40070200
Boy Scouts of America

Chapter 11 Matters

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | supporting documents provided by Lake Erie Council in connection with responding to inquiry by same | |
| 10/05/20 | BR Brunner | Coordinate transfer of Local Council asset documents from Committee Advisor Only data room to Highly Confidential data room in accordance with sunsetting provision of the Protective Order | .90 |
| 10/06/20 | G Rios | Prepare transfer of redesignated highly confidential local council data (.5); email correspondence with B. Brunner regarding same (.1). | .60 |
| 10/06/20 | J Schomberg | Review new Local Council PI and Asset documents and local council requests | 1.40 |
| 10/06/20 | BR Brunner | Perform diligence on asset and preliminary injunction supporting documents provided by Lake Erie Council in connection with responding to inquiry by same | .40 |
| 10/06/20 | BR Brunner | Participate in conference call with counsel for Lake Erie Council re asset and preliminary injunction supporting documents | .20 |
| 10/07/20 | G Rios | Review and prepare Minsi Trail local council document production to TCC. | 3.80 |
| 10/07/20 | G Rios | Call with K. Basaria regarding Minsi Trail local council document production. | .40 |
| 10/07/20 | ME Walker | Revise objection to troop rosters request and begin to review LC objections to same | 2.80 |
| 10/07/20 | J Schomberg | Review new Local Council PI and Asset documents and respond to local council data room question | 2.10 |
| 10/08/20 | J Schomberg | Review new Local Council PI and Asset documents (.9); respond to local council data room questions (.4) | 1.30 |
| 10/08/20 | BR Brunner | Perform diligence on local council camp assessments | .20 |
| 10/08/20 | BM Warner | Review update and draft correspondence to TCC and UCC re: local council asset disclosure | .20 |
| 10/09/20 | J Schomberg | Review new Local Council PI and Asset documents | .80 |
| 10/11/20 | J Schomberg | Review new Local Council PI documents and update internal tracker internally | .60 |
| 10/12/20 | J Schomberg | Review new Local Council PI documents and update internal tracker internally | .70 |
| 10/12/20 | LE Baccash | Draft stipulation re MTC | 3.00 |
| 10/13/20 | J Schomberg | Review new Local Council PI documents and update internal tracker internally | .60 |

SIDLEY AUSTIN LLP

Invoice Number: 40070200
Boy Scouts of America

Chapter 11 Matters

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 10/15/20 | LE Baccash | Call with ad hoc committee of local counsels (R. Mason and D. Mayer) and J. Boelter, M. Andolina, M. Linder, B. Warner, and J. Schomberg re case strategy | 1.00 |
| 10/15/20 | BM Warner | Weekly Ad Hoc Committee of Local Councils update call with J. Boelter, M. Andolina, L. Baccash, M. Linder, J. Schomberg, R. Mason and D. Mayer | 1.10 |
| 10/15/20 | J Schomberg | Review new Local Council PI documents and update internal tracker internally | .70 |
| 10/16/20 | LE Baccash | Review MTC stipulation | .50 |
| 10/20/20 | J Schomberg | Review new Local Council PI and Asset documents | .40 |
| 10/22/20 | G Rios | Prepare folders for new LC asset data in BSA data rooms. | .30 |
| 10/23/20 | G Rios | Review and coordinate with Datasite LC folder structures (.7); email correspondence with C. Binggeli and M. Linder re same (.1). | .80 |
| 10/27/20 | J Schomberg | Confer with M. Linder and C. Binggeli re: Local Council asset documents in data room | .20 |
| 10/28/20 | G Rios | Update local council financial statement folders in BSA data rooms (.2); email correspondence with C. Binggeli regarding same (.1). | .30 |
| | | **Task Subtotal** | **36.10** |

**033 Property of the Estate Issues**

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 10/05/20 | ME Linder | Videoconference with S. McGowan, M. Ashline, J. Zirkman, J. Boelter, M. Andolina, B. Whittman and C. Binggeli re: real property appraisals and related issues in connection with potential global settlement | 1.20 |
| 10/07/20 | ME Walker | Review updated information on appraisals and coordinate with A&M re: same | .40 |
| 10/08/20 | ME Walker | Review information on Sea Base appraisal (2.3); call with R. Edgecombe regarding same (.7). | 3.00 |
| 10/09/20 | ME Walker | Call with A&M re: Sea Base appraisals and strategy for finalizing appraisals | 1.00 |
| 10/19/20 | ME Walker | Review appraisal-related materials (2.2); email R. Edgecombe re: same (.4) | 2.60 |
| 10/21/20 | ME Walker | Review information related to appraisals (1.2); draft email to R. Edgecombe re: same (.3) | 1.50 |
| | | **Task Subtotal** | **9.70** |

**SIDLEY AUSTIN LLP**

Invoice Number:  40070200
Boy Scouts of America

Chapter 11 Matters

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | **034 Bankruptcy Appeals** | |
| 10/02/20 | ME Walker | Emails re: court ruling denying motion to stay briefing as moot | .10 |
| | | **Task Subtotal** | **.10** |
| | | **035 Mediation** | |
| 10/01/20 | TA Labuda | Review and analyze TCC mediation statement on insurance issues. | 1.40 |
| 10/01/20 | ME Linder | Videoconference with T. Gallagher, M. Andolina, T. Mayer, R. Ringer, N. Hamerman and J. Celentino re: Middle Tennessee Council and preliminary injunction matters | .70 |
| 10/02/20 | ME Linder | Mediation videoconference with mediators, J. Boelter and M. Andolina | 1.00 |
| 10/11/20 | BM Warner | Draft summary for mediators re: confidential subject matter | 1.20 |
| 10/16/20 | S Hasan | Respond to M. Walker, M. Linder and B. Warner email re: Philmont appraisal | 1.00 |
| | | **Task Subtotal** | **5.30** |
| | | **036 Fee Examiner Issues and Communications** | |
| 10/01/20 | ME Linder | Videoconference with R. Kassabian, T. Anten and E. Moats re: fee application and fee examiner considerations | .60 |
| 10/28/20 | DJ Lutes | Email to J. Rucki regarding monthly fee application (.1); prepare materials for same (.2) | .30 |
| | | **Task Subtotal** | **.90** |
| | | **Total Hours for all Tasks** | **494.80** |