**<u>Exhibit B</u>**

**Expense Detail**

**SIDLEY AUSTIN LLP**

Invoice Number:  40070200
Boy Scouts of America

Chapter 11 Matters

EXPENSE DETAIL

| Date | Narrative | Amount |
|---|---|---|
| 05/28/20 | 04/25/20-Telephone Charges Conference Call Customer: HAS1680 ALLISON R STROMBERG | $1.52 |
| 07/14/20 | 06/16/20-Telephone Charges Conference Call | 2.30 |
| 07/14/20 | 06/15/20-Telephone Charges Conference Call | 2.90 |
| 07/14/20 | 06/03/20-Telephone Charges Conference Call | 0.68 |
| 07/14/20 | 06/02/20-Telephone Charges Conference Call | 0.03 |
| 07/29/20 | 06/02/20-Telephone Charges Conference Call | 0.00 |
| 07/29/20 | 06/01/20-Telephone Charges Conference Call | 12.26 |
| 09/11/20 | 07/29/20-Telephone Charges Conference Call | 1.32 |
| 09/11/20 | 07/31/20-Telephone Charges Conference Call | 1.01 |
| 09/11/20 | 07/30/20-Telephone Charges Conference Call | 1.24 |
| 09/11/20 | 07/10/20-Telephone Charges Conference Call | 2.03 |
| 09/11/20 | 07/31/20-Telephone Charges Conference Call | 0.68 |
| 09/29/20 | 08/09/20-Telephone Charges Conference Call | 0.55 |
| 09/29/20 | 08/09/20-Telephone Charges Conference Call | 2.77 |
| 09/29/20 | 08/05/20-Telephone Charges Conference Call | 0.91 |
| 09/29/20 | 08/05/20-Telephone Charges Conference Call | 1.20 |
| 09/29/20 | 08/05/20-Telephone Charges Conference Call | 0.68 |
| 09/29/20 | 08/18/20-Telephone Charges Conference Call | 0.35 |
| 09/29/20 | 08/14/20-Telephone Charges Conference Call | 1.40 |
| 10/08/20 | 09/29/20-Lexis research service | 65.40 |
| 10/08/20 | 09/05/20-Lexis research service | 689.40 |
| 10/08/20 | 09/01/20-Lexis research service | 356.40 |
| 10/08/20 | 09/22/20-Lexis research service | 196.19 |
| 10/08/20 | 09/23/20-Lexis research service | 590.61 |
| 10/08/20 | 09/28/20-Lexis research service | 141.60 |
| 10/09/20 | E-Discovery Monthly Service Fee | 500.00 |
| 10/09/20 | 09/20/20-Westlaw research service | 150.25 |
| 10/09/20 | 09/20/20-Westlaw research service | 46.71 |

**SIDLEY AUSTIN LLP**

Invoice Number: 40070200
Boy Scouts of America

Chapter 11 Matters

| **Date** | **Narrative** | **Amount** |
|---|---|---:|
| 10/09/20 | 09/21/20-Westlaw research service | 141.10 |
| 10/09/20 | 09/21/20-Westlaw research service | 46.71 |
| 10/09/20 | 09/28/20-Westlaw research service | 93.41 |
| 10/09/20 | 09/29/20-Westlaw research service | 186.83 |
| 10/09/20 | 09/30/20-Westlaw research service | 46.71 |
| 10/09/20 | 09/25/20-Westlaw research service | 280.57 |
| 10/09/20 | 09/23/20-Westlaw research service | 250.81 |
| 10/09/20 | 09/22/20-Westlaw research service | 42.90 |
| 10/09/20 | 09/22/20-Westlaw research service | 54.00 |
| 10/09/20 | 09/22/20-Westlaw research service | 54.00 |
| 10/10/20 | 09/28/20-09/28/20-Corporation Service Company- COPY OF ALL DOCUMENTS ON FILE | 150.51 |
| 10/10/20 | 09/23/20-09/23/20-Corporation Service Company- COPY OF ALL DOCUMENTS ON FILE | 176.26 |
| 10/12/20 | 10/01/2020 - TRANSUNION RISK AND ALTERNATIVE DATA SOLUTIONS INC - 24643112020091 - Search Charges | 20.00 |
| 10/13/20 | 10/08/20 - Williams Lea - 0001034095-000 Reprographics | 0.10 |
| 10/14/20 | Electronic Data Hosting | 438.00 |
| 10/16/20 | 09/30/2020 - ACCURINT - 110686020200930 - Search charges | 512.26 |
| 10/19/20 | 10/02/20 - THE BUREAU OF NATIONAL AFFAIRS - 6888274463 - SEARCH SERVICE | 3.80 |
| 10/20/20 | 07/02/20-PACER DEBK | 1.30 |
| 10/20/20 | 07/14/20-PACER DEBK | 0.30 |
| 10/20/20 | 07/14/20-PACER DEBK | 1.60 |
| 10/20/20 | 08/31/20-PACER DEBK | 0.10 |
| 10/20/20 | 08/25/20-PACER DEBK | 16.10 |
| 10/20/20 | 07/07/20-PACER DEBK | 1.80 |
| 10/20/20 | 09/22/20-PACER DEBK | 0.50 |
| 10/20/20 | 08/12/20-PACER 00PCL | 0.10 |
| 10/20/20 | 08/12/20-PACER CACBK | 2.60 |
| 10/20/20 | 09/02/20-PACER DEBK | 6.70 |
| 10/20/20 | 08/20/20-PACER DEBK | 0.40 |

**SIDLEY AUSTIN LLP**

Invoice Number: 40070200
Boy Scouts of America

Chapter 11 Matters

| **Date** | **Narrative** | **Amount** |
|---|---|---:|
| 10/20/20 | 08/07/20-PACER DEBK | 9.20 |
| 10/20/20 | 08/14/20-PACER DEBK | 0.30 |
| 10/20/20 | 09/11/20-PACER DEBK | 6.40 |
| 10/20/20 | 07/10/20-PACER DEBK | 2.80 |
| 10/20/20 | 07/02/20-PACER DEBK | 18.30 |
| 10/20/20 | 07/02/20-PACER ILCDC | 0.20 |
| 10/20/20 | 08/04/20-PACER DEBK | 0.60 |
| 10/20/20 | 07/27/20-PACER DEBK | 1.60 |
| 10/20/20 | 08/10/20-PACER NYSBK | 0.50 |
| 10/20/20 | 08/11/20-PACER DEDC | 1.20 |
| 10/20/20 | 08/08/20-PACER DEDC | 0.40 |
| 10/20/20 | 08/09/20-PACER DEDC | 0.40 |
| 10/20/20 | 08/10/20-PACER DEBK | 3.00 |
| 10/20/20 | 08/10/20-PACER DEDC | 0.40 |
| 10/20/20 | 08/10/20-PACER WIEBK | 6.00 |
| 10/20/20 | 08/15/20-PACER DEDC | 0.40 |
| 10/20/20 | 08/16/20-PACER DEDC | 0.40 |
| 10/20/20 | 08/17/20-PACER DEDC | 0.40 |
| 10/20/20 | 08/17/20-PACER NCWBK | 2.70 |
| 10/20/20 | 08/19/20-PACER DEDC | 0.40 |
| 10/20/20 | 08/20/20-PACER DEBK | 10.80 |
| 10/20/20 | 08/20/20-PACER DEDC | 0.40 |
| 10/20/20 | 08/21/20-PACER DEBK | 9.40 |
| 10/20/20 | 08/21/20-PACER DEDC | 0.40 |
| 10/20/20 | 08/22/20-PACER DEDC | 0.40 |
| 10/20/20 | 08/23/20-PACER DEBK | 18.00 |
| 10/20/20 | 08/23/20-PACER DEDC | 0.40 |
| 10/20/20 | 08/24/20-PACER DEDC | 0.40 |
| 10/20/20 | 08/12/20-PACER DEBK | 33.30 |
| 10/20/20 | 08/12/20-PACER DEDC | 0.40 |
| 10/20/20 | 08/13/20-PACER DEDC | 0.40 |

**SIDLEY AUSTIN LLP**

Invoice Number:  40070200
Boy Scouts of America

Chapter 11 Matters

| Date | Narrative | Amount |
|---|---|---|
| 10/20/20 | 08/14/20-PACER DEDC | 0.40 |
| 10/20/20 | 09/02/20-PACER DEDC | 0.40 |
| 10/20/20 | 09/03/20-PACER DEDC | 0.40 |
| 10/20/20 | 09/04/20-PACER DEDC | 0.40 |
| 10/20/20 | 09/05/20-PACER DEDC | 0.40 |
| 10/20/20 | 09/06/20-PACER DEDC | 0.40 |
| 10/20/20 | 09/07/20-PACER DEDC | 0.40 |
| 10/20/20 | 09/08/20-PACER DEDC | 0.40 |
| 10/20/20 | 09/09/20-PACER DEDC | 0.40 |
| 10/20/20 | 09/10/20-PACER DEDC | 0.40 |
| 10/20/20 | 09/11/20-PACER DEDC | 0.40 |
| 10/20/20 | 07/03/20-PACER DEDC | 0.30 |
| 10/20/20 | 07/04/20-PACER DEDC | 0.30 |
| 10/20/20 | 07/05/20-PACER DEDC | 0.30 |
| 10/20/20 | 07/06/20-PACER DEDC | 0.30 |
| 10/20/20 | 08/25/20-PACER DEDC | 0.40 |
| 10/20/20 | 08/26/20-PACER DEDC | 0.40 |
| 10/20/20 | 08/27/20-PACER DEDC | 0.40 |
| 10/20/20 | 08/28/20-PACER DEDC | 0.40 |
| 10/20/20 | 08/29/20-PACER DEDC | 0.40 |
| 10/20/20 | 08/30/20-PACER DEDC | 0.40 |
| 10/20/20 | 07/11/20-PACER DEDC | 0.30 |
| 10/20/20 | 07/12/20-PACER DEDC | 0.30 |
| 10/20/20 | 07/13/20-PACER DEDC | 0.30 |
| 10/20/20 | 07/07/20-PACER DEDC | 0.30 |
| 10/20/20 | 07/08/20-PACER DEDC | 0.30 |
| 10/20/20 | 07/09/20-PACER DEDC | 1.50 |
| 10/20/20 | 07/10/20-PACER DEDC | 0.30 |
| 10/20/20 | 09/12/20-PACER DEDC | 0.40 |
| 10/20/20 | 09/13/20-PACER DEDC | 0.40 |
| 10/20/20 | 09/14/20-PACER DEDC | 0.40 |

**SIDLEY AUSTIN LLP**

Invoice Number:  40070200
Boy Scouts of America

Chapter 11 Matters

| **Date** | **Narrative** | **Amount** |
|---|---|---|
| 10/20/20 | 09/15/20-PACER DEDC | 0.40 |
| 10/20/20 | 09/16/20-PACER DEDC | 0.40 |
| 10/20/20 | 09/17/20-PACER DEDC | 0.40 |
| 10/20/20 | 09/18/20-PACER DEDC | 0.40 |
| 10/20/20 | 09/19/20-PACER DEDC | 0.40 |
| 10/20/20 | 09/20/20-PACER DEDC | 0.40 |
| 10/20/20 | 09/21/20-PACER DEDC | 0.40 |
| 10/20/20 | 09/22/20-PACER DEDC | 0.40 |
| 10/20/20 | 09/23/20-PACER DEDC | 0.40 |
| 10/20/20 | 09/24/20-PACER DEDC | 0.40 |
| 10/20/20 | 09/25/20-PACER DEDC | 0.40 |
| 10/20/20 | 09/26/20-PACER DEDC | 0.40 |
| 10/20/20 | 09/27/20-PACER DEDC | 0.40 |
| 10/20/20 | 09/28/20-PACER DEDC | 0.40 |
| 10/20/20 | 09/29/20-PACER DEDC | 0.40 |
| 10/20/20 | 09/30/20-PACER DEDC | 0.40 |
| 10/20/20 | 07/28/20-PACER DEDC | 0.40 |
| 10/20/20 | 07/29/20-PACER DEDC | 0.40 |
| 10/20/20 | 07/30/20-PACER DEDC | 0.40 |
| 10/20/20 | 07/31/20-PACER DEDC | 0.40 |
| 10/20/20 | 08/01/20-PACER DEDC | 0.40 |
| 10/20/20 | 08/02/20-PACER DEDC | 0.40 |
| 10/20/20 | 08/03/20-PACER DEDC | 0.40 |
| 10/20/20 | 08/04/20-PACER DEDC | 0.40 |
| 10/20/20 | 08/05/20-PACER DEBK | 5.00 |
| 10/20/20 | 08/05/20-PACER DEDC | 0.40 |
| 10/20/20 | 08/06/20-PACER DEDC | 0.40 |
| 10/20/20 | 08/07/20-PACER DEDC | 0.40 |
| 10/20/20 | 07/15/20-PACER DEDC | 0.40 |
| 10/20/20 | 07/16/20-PACER DEDC | 0.40 |
| 10/20/20 | 07/17/20-PACER DEDC | 0.40 |

**SIDLEY AUSTIN LLP**

Invoice Number:  40070200
Boy Scouts of America

Chapter 11 Matters

| Date | Narrative | Amount |
|---|---|---:|
| 10/20/20 | 07/18/20-PACER DEDC | 0.40 |
| 10/20/20 | 07/19/20-PACER DEDC | 0.40 |
| 10/20/20 | 07/20/20-PACER DEDC | 0.40 |
| 10/20/20 | 07/21/20-PACER DEBK | 12.00 |
| 10/20/20 | 07/21/20-PACER DEDC | 0.40 |
| 10/20/20 | 07/21/20-PACER NJBK | 3.60 |
| 10/20/20 | 07/22/20-PACER DEBK | 9.00 |
| 10/20/20 | 07/22/20-PACER DEDC | 0.40 |
| 10/20/20 | 07/23/20-PACER DEDC | 0.40 |
| 10/20/20 | 07/24/20-PACER DEDC | 0.40 |
| 10/20/20 | 07/25/20-PACER DEDC | 0.40 |
| 10/20/20 | 07/26/20-PACER DEDC | 0.40 |
| 10/20/20 | 07/27/20-PACER DEDC | 0.40 |
| 10/20/20 | 08/31/20-PACER DEDC | 0.40 |
| 10/20/20 | 09/01/20-PACER DEDC | 0.40 |
| 10/20/20 | 07/14/20-PACER DEDC | 0.80 |
| 10/20/20 | 10/06/20-Westlaw research service | 46.71 |
| 10/20/20 | 10/04/20-Westlaw research service | 180.95 |
| 10/20/20 | 10/04/20-Westlaw research service | 326.95 |
| 10/20/20 | 10/04/20-Westlaw research service | 28.09 |
| 10/20/20 | 10/05/20-Westlaw research service | 269.80 |
| 10/20/20 | 10/05/20-Westlaw research service | 420.37 |
| 10/20/20 | 10/05/20-Westlaw research service | 14.05 |
| 10/20/20 | 10/06/20-Westlaw research service | 199.24 |
| 10/20/20 | 10/06/20-Westlaw research service | 46.71 |
| 10/20/20 | 10/07/20-Westlaw research service | 420.05 |
| 10/20/20 | 10/07/20-Westlaw research service | 342.96 |
| 10/20/20 | 10/07/20-Westlaw research service | 653.90 |
| 10/20/20 | 10/09/20-Westlaw research service | 39.85 |
| 10/20/20 | 10/09/20-Westlaw research service | 607.20 |
| 10/20/20 | 10/10/20-Westlaw research service | 140.12 |

**SIDLEY AUSTIN LLP**

Invoice Number:  40070200
Boy Scouts of America

Chapter 11 Matters

| Date | Narrative | Amount |
|---|---|---:|
| 10/20/20 | 10/11/20-Westlaw research service | 39.85 |
| 10/20/20 | 10/11/20-Westlaw research service | 373.66 |
| 10/20/20 | 10/13/20-Westlaw research service | 211.65 |
| 10/20/20 | 10/13/20-Westlaw research service | 140.12 |
| 10/20/20 | 10/04/20-Westlaw research service | 46.71 |
| 10/20/20 | 10/05/20-Westlaw research service | 46.71 |
| 10/20/20 | 10/06/20-Westlaw research service | 234.78 |
| 10/20/20 | 10/13/20-Westlaw research service | 46.76 |
| 10/22/20 | 09/18/20-PACER DEBK | 1.90 |
| 10/29/20 | 07/09/20-PACER DEBK | 0.50 |
| 10/29/20 | 07/23/20-PACER CTBK | 0.40 |
| 10/29/20 | 07/23/20-PACER CTDC | 0.20 |
| | **Total** | **$10,369.65** |