## **Exhibit A**

Further Supplemental Stipulation

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

### STIPULATION REGARDING CERTAIN LOCAL COUNCIL
### INDEMNITY, CONTRIBUTION, AND RELATED CLAIMS

This stipulation is made and entered into by and among the Boy Scouts of America (the "BSA"), the non-profit corporation that is, along with its affiliate, Delaware BSA, LLC, a debtor and debtor in possession in the above-captioned chapter 11 cases and the non-debtor Local Councils of the Boy Scouts of America listed on the signature pages to this stipulation (the "Specified Local Councils").

### RECITALS

WHEREAS, on May 26, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered the *Order, Pursuant to 11 U.S.C. § 502(b)(9), Bankruptcy Rules 2002 and 3003(c)(3), and Local Rules 2002-1(e), 3001-1, and 3003-1, (I) Establishing Deadlines for Filing Proofs of Claim, (II) Establishing the Form and Manner of Notice Thereof, (III) Approving Procedures for Providing Notice of Bar Date and Other Important Information to Abuse Survivors, and (IV) Approving Confidentiality Procedures for*

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

*Abuse Survivors* [Dkt. No. 695] (the "Bar Date Order"),[2] which established 5:00 p.m. (prevailing Eastern Time) on November 16, 2020 as the General Bar Date.

WHEREAS, the Specified Local Councils wish to assert claims against the BSA for indemnity, contribution, reimbursement, and/or subrogation under state law arising out of abuse-related lawsuits.

WHEREAS, the Specified Local Councils wish to avoid the expense of preparing and filing contribution, indemnity, reimbursement, and subrogation claims based on substantially similar factual circumstances.

WHEREAS, the BSA wishes to expressly reserve its rights to contest, defend against, or object to the aforementioned claims.

NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1.      Effectiveness.  This stipulation shall become effective upon execution by counsel for the BSA and the Specified Councils without need for any order of the Bankruptcy Court.

2.      Claims Deemed Asserted.  The BSA stipulates that each of the Specified Local Councils shall be deemed to have timely asserted "any and all claims against the BSA for indemnity, contribution, reimbursement, or subrogation, under any theory of law or equity, related in any way to such Specified Local Council's alleged or determined liability relating to sexual abuse."  Each such claim is deemed asserted as an unsecured claim not entitled to priority and in an amount that is undetermined as of the date hereof.

3.      No Admission.  Nothing herein shall be, or shall be deemed to be, an admission by the BSA or any party in interest as to the validity or priority of any of the claims deemed

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Bar Date Order.

asserted pursuant to Paragraph 2 above (the "Specified Claims"), and the BSA's entry into this stipulation shall not, and shall not be deemed to, waive any rights, arguments, claims, or defenses that the BSA or any other party in interest may have with respect to the Specified Claims. The BSA expressly reserves its rights to contest, defend against, or object to any claim asserted by any of the Specified Local Councils, including the Specified Claims, and this stipulation shall not prejudice or affect the rights of any other party in interest to contest, defend against, or object to any such claim.

4.      Local Council Rights. Nothing herein shall be construed to limit or affect any Local Council's right to file a proof of claim pursuant to the Bar Date Order, including for the purpose of asserting claims similar to the Specified Claims.

5.      Effect of Stipulation. This Stipulation shall have the same effect as the timely filing of a proof of claim with the Claims and Noticing Agent; provided, however, that the Specified Local Councils each assert that neither this stipulation nor the filing of this stipulation on the docket or on the official claims register shall constitute, or be deemed to constitute: (a) a waiver or release of the Specified Local Councils' respective rights against any person, entity, or property; (b) consent by any Specified Local Council to the jurisdiction of the Bankruptcy Court or any other court; (c) a waiver of the Specified Local Councils' respective rights to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the District of Delaware with respect to the BSA's chapter 11 case; (d) a waiver of the Specified Local Councils' respective rights to withdraw the reference or otherwise challenge the jurisdiction of the Bankruptcy Court, or to assert that the reference has already been withdrawn, with respect to (i) the subject matter of this stipulation, (ii) any objection or other proceeding commenced with respect thereto, or (iii) any other proceeding commenced in the BSA's

chapter 11 case against or otherwise involving any of the Specified Local Councils; (e) a waiver of the Specified Local Councils' respective rights to a trial by jury in any proceeding so triable in the BSA's chapter 11 case or any case, controversy, or proceeding relating to such case; or (f) an election of remedies.  The BSA reserves the right to challenge the assertions set forth in the foregoing proviso, and this stipulation shall not prejudice or affect the right of any party in interest to challenge such assertions.

6.      <u>Retention of Jurisdiction</u>.  The Bankruptcy Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this stipulation.

7.      <u>Filing with Clerk</u>.  The BSA shall cause this stipulation to be promptly filed on the docket of the above-captioned chapter 11 cases.

8.      <u>Filing on Official Claims Register</u>.  Solely to facilitate the administration of the Specified Claims, the Claims and Noticing Agent shall file on the official claims register of the BSA's chapter 11 case one copy of this stipulation for each of the Specified Local Councils, which filings shall be assigned sequential claim numbers beginning with the prefix "LC."

9.      <u>Addresses of Specified Local Councils</u>.  The address written on the signature page for a Specified Local Council shall be the address to which all matters concerning its Specified Claim shall be directed, including notices and requests for information.

10.     <u>Authority</u>.  Each person who executes this stipulation represents that he or she is duly authorized to do so as an agent of the respective party hereto.

11.     <u>Headings</u>.  Headings of the decretal paragraphs of this stipulation have been inserted for convenience of reference only and are not intended to be a part of or to affect the interpretation of stipulation.

*CONSENTED TO BY:*

Dated:  November 16, 2020
         Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Derek C. Abott*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Eric W. Moats (No. 6441)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Email:  dabbott@mnat.com
       aremming@mnat.com
       emoats@mnat.com
       ptopper@mnat.com

– and –

**WHITE & CASE LLP**
Jessica C. K. Boelter (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 819-8200
Email:  jessica.boelter@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone:  (312) 881-5400
Email: mandolina@whitecase.com
       mlinder@whitecase.com

*Counsel and Proposed Co-Counsel for the Debtors
and Debtors in Possession*

Local Council:

Dated: November 10, 2020

Allegheny Highlands Council 382

Nate Thornton
(Signature)

Printed
Name: Nathaniel Thornton

Title: Scout Executive

Address: PO Box 261

50 Hough Hill Rd

Falconer, NY 14733

Telephone: 716-665-2697

Email: Nate.thornton@scouting.org

Local Council:

Dated: 11/13 , 2020

Bade-Powell Council #368

_____
(Signature)

Printed
Name: Matthew Bull

Title: Scout Executive

Address: 2150 NYS 12

Binghton NY 13901

_____

Telephone: 607-648-7888

Email: Matthew.Bull@Scouting.org
Matthew.Bull@Scouting.org

Local Council:

Dated: <u>November 12</u>, 2020

Baltimore Area Council Boy Scouts of America, Inc.

_(Signature)_

| | |
|---|---|
| Printed Name: | Todd M. Brooks |
| Title: | Attorney for Baltimore Area Council |
| Address: | Whiteford Taylor & Preston LLP |
| | Seven Saint Paul Street, 15th Floor |
| | Baltimore, Maryland 21202 |
| Telephone: | (410) 347-9421 |
| Email: | tbrooks@wtplaw.com |

Local Council:          BUFFALO TRACE COUNCIL #156

Dated: _NOVEMBER 11_, 2020    _____
                                        (Signature)

Printed
Name:      JOHN G. HARDING

Title:      SCOUT EXECUTIVE

Address:    3501 E. LLOYD EXPRESSWAY

            EVANSVILLE IN 47715

            _____

Telephone:  812. 423. 5246

Email:      john.harding@scouting.org

Local Council:

Dated: November 13, 2020

Cape Cod & Islands Council, Inc.

_____
(Signature)

Printed
Name: Robert C. Chamberlain, Esq.

Title: Attorney for the Council
(also Council Vice President of Finance)

Address: Rubin, Rudman, Chamberlain and Marsh

99 Willow Street, P. O. Box 40

Yarmouthport, MA  02675-0040

Telephone: 508-362-6262

Email: rchamberlain@rubinrudman.com

Local Council:

Dated: <u>11 November</u> 2020

<u>Cascade Pacific</u>

_(Signature)_

Printed
Name:                 <u>Matthew S. Devore</u>

Title:                   <u>Scout Executive / CEO</u>

Address:            <u>2145 SW Naito Parkway</u>

_____

<u>Portland, OR   97201</u>

Telephone:       <u>503-226-3423</u>

Email:               <u>matthew.devore@scouting.org</u>

Local Council: _____ Conquistador Council 413

Dated: ___11/10___, 2020    _____ R Matthew Bristol _____
                                                (Signature)

Printed
Name: _____ R Matthew Bristol _____

Title: _____ Board President _____

Address: _____ Box 2929 _____
         _____ Roswell NM 88202 _____

         _____

Telephone: _____ 575 625 8284 _____

Email: _____ mattrmblaw @ _____
       _____ cableone.net _____

Local Council:

Dated: _November 12_, 2020

Cornhusker Council #324

_____
(Signature)

Printed
Name:        John Sumner

Title:        Scout Executive

Address:        600 S. 120th st

        Walton, NE 68461

Telephone:    402-488-6020

Email:        John.Sumner@scouting.org

Local Council:                    Erie Shores Council, Inc. BSA

Dated: _November 11_, 2020        _____
                                            (Signature)

Printed
Name:        Edward A. Caldwell

Title:       Scout Executive/CEO

Address:     5600 W Sylvania Ave

             Toledo, OH 43623

             _____

Telephone:   419-241-7293

Email:       ed.caldwell@scouting.org

Local Council:

Dated: _11/10_____, 2020

Evangeline Area Council - 212

_____
(Signature)

Printed
Name: _Art Hawkins_

Title: _Executive Director_

Address: _2266 S. College Road Ext._
_Suite E_
_Lafayette, LA 70508_

Telephone: _337-235-8551 ext. 105_

Email: _Art.Hawkins @ scouting.org_

Local Council: French Creek

Dated: Nov. 13 , 2020

_____
(Signature)

Printed
Name: Duane Havard

Title: Scout Executive

Address: 1815 Robison Rd. W.

Erie, PA 16509

Telephone: 814-868-5571

Email: duane.havard@scouting.org

Local Council: _Garden State Council_

Dated: _Nov. 12_ , 2020

_Patri L_
(Signature)

Printed
Name: _Patrick Linfors_

Title: _Scout Executive_

Address: _693 Rancocas Rd._

_Westampton, NJ 08060_

Telephone: _609-261-5850_

Email: _patrick.linfors@scouting.org_

Local Council: _Gateway Area Council_

Dated: _11 / 13_ , 2020

_(Signature)_

Printed
Name: _Joseph Carlson_

Title: _Scout Executive / CEO_

Address: _2600 Quarry Rd_

_LA Crosse WI 54601_

Telephone: _608-615-0298_

Email: _joe.carlson@scouting.org_

Local Council:    Golden Spread Council

Dated: November 11 , 2020    BWTO

(Signature)

Printed
Name:    Brian W Tobler

Title:    Scout Executive

Address:    401 Tascosa Road

Amarillo, TX  79124

Telephone:    806 358 6500

Email:    brian.tobler @scouting.org

Local Council:

Dated: _11-13 —_ , 2020

_Great Trail Council_

_Patrick M Scherer_

(Signature)

Printed
Name: _Patrick M Scherer_

Title: _Scout Executive / CEO_

Address: _41500 Hudson Drive_

_Stow OH 44224_

Telephone: _234-900-5910_

Email: _patrick.scherer@scouting.org_

Local Council:

Dated: Nov 12 , 2020

Greenwich Council, BSA

_X P O'Shea_
(Signature)

Printed
Name: Kevin P. O'Shea

Title: Scout Executive

Address: 63 Mason Street

Greenwich, CT 06830

Telephone: 1-203-869-8424

Email: Kevin.OShea@Scouting

Local Council: _Heart of New England Council_

Dated: _11 / 11_ , 2020

_____
(Signature)

Printed
Name: _Nicholas Thornton_

Title: _Acting Scout Executive_

Address: _1980 Lunenburg Rd_

_Lancaster MA 01523_

_____

Telephone: _978-534-3532_

Email: _Nick.thornton@Scouting.org_

Local Council:

Dated: _November 12_, 2020

Illowa Council #133

_____
(Signature)

Printed
Name: _Jeffrey A. Doty_

Title: _Scout Executive/ CEO_

Address: _4412 N. Brady St._

_Davenport IA 52806_

Telephone: _563-388-7233_

Email: _Jeff.doty@Scouting.org_

_Cell: 314-640-2284_

Local Council:

Dated: _11/11_, 2020

Indian Nations Council, BSA Inc (#488)

_Uw_
(Signature)

Printed
Name: _William W. Haines_

Title: _Scout Executive / CEO_

Address: _4295 S. Garnett Road_
_Tulsa, Oklahoma 74146_

Telephone: _918 743 6125_

Email: _bhaines @ BSAmail.org._

Local Council:

Dated: <u>November 12,</u> , 2020

LaSalle Council, BSA 165

(Signature)

Printed Name: John M. Cary

Title: Scout Executive / CEO

Address: 1340 SOuth Bend Ave

South Bend, IN 46628

Telephone: 574-289-0337 ex 310

Email: john.cary@scouting.org

Local Council:

Dated: __November 13__, 2020

Last Frontier Council

_William H. Hoch_

(Signature)

Printed Name:     **William H. Hoch**

Title:     **Counsel for Last Frontier Council**

Address:     **Crowe & Dunlevy**

**Braniff Building, 324 N. Robinson Ave., Ste. 100**

**Oklahoma City, OK 73102**

Telephone:     **(405) 235-7700**

Email:     **will.hoch@crowedunlevy.com**

Local Council: _____ Long Beach Area Council

Dated: __11 / 10__, 2020    _____

(Signature)

Printed
Name:    John Fullerton

Title:    Scout Executive

Address:    401 E. 37th Street

Long Beach, CA 90807

_____

Telephone:    562-427-0911

Email:    john.fullerton@scouting.org

Local Council:                          Mayflower Council, BSA (Massachusetts)

Dated: November 10, 2020        _____

                                                  (Signature)

                        Printed
                        Name:              Michael Rotar

                        Title:                Council President

                        Address:           c/o Mayflower Council, BSA

                                                  83 Cedar Street

                                                  Milford, MA 01757

                        Telephone:        (508) 872-6551

                        Email:                rotar@verizon.net

Local Council:                          Michigan Crossroads Council, Inc., Boy Scouts of America
                                        ("MCC"), each of the councils identified on the attached
                                        Exhibit A that currently exist in the geographic area now
                                        covered by MCC (See the table labelled "Existing
                                        Councils."), and each of the councils identified on the
                                        attached Exhibit A that is believed to have formerly existed
                                        and operated in the geographic area now covered by MCC
                                        (See the table labelled "Historical Council Names and
                                        Council Numbers.")

Dated: November _12_, 2020              _____
                                                              (Signature)

                                        Printed
                                        Name:       Donald D. Shepard, Jr.

                                        Title:      Scout Executive of Michigan Crossroads
                                                    Council, Inc., Boy Scouts of America
                                                    ("MCC"),
                                                    Scout Executive of each of the councils
                                                    identified on the attached Exhibit A that
                                                    currently exist in the geographic area now
                                                    covered by MCC (See the table labelled
                                                    "Existing Councils."), and
                                                    Authorized Representative of each of the
                                                    councils identified on the attached Exhibit A
                                                    that is believed to have formerly existed and
                                                    operated in the geographic area now covered
                                                    by MCC (See the table labelled "Historical
                                                    Council Names and Council Numbers.")

                                        Address:    14258 Michigan Street, Eagle, Michigan
                                                    48822

                                        Telephone:  Office:      (517) 940-4210
                                                    Cell:        (517) 945-2290

                                        Email:      Donald.Shepard@scouting.org

Local Council: MONMOUTH #347

Dated: NOV 10, 2020

_Michael Mahon_
(Signature)

Printed
Name: MICHAEL P. MAHON

Title: SCOUT EXECUTIVE SECRETARY, & CEO.

Address: 705 GINESI DR

MORGANVILLE N.J 07751

Telephone: 732-851-8219

Email: MICHAEL.MAHON@Scouting.org

Local Council:

Dated: *11/13*____, 2020

Mount Baker Council
_____
(Signature)

Printed
Name: *Kevin O. Nichols*

Title: *Scout Executive*

Address: *1715 100TH Place SE, STe B*
*Everett, WA 98208*
_____

Telephone: *425-338-0380*

Email: *Kevin.Nichols@scouting.org*

Local Council:

Dated: <u>November 13</u>, 2020

Mountain West Council

(Signature)

Printed
Name:    Brent R. Wilson

Title:    Attorney for Mountain West Council

Address:    Hawely Troxell Ennis & Hawley LLP

877 Main Street, Suite 1000

Boise, Idaho 83702

Telephone: 208-388-4852

Email:    bwilson@hawleytroxell.com

Local Council:

Dated: 11/12 , 2020

Northeastern Pennsylvania

_MJL_
(Signature)

Printed
Name: MArk J. Barberitz

Title: Scott Executive

Address: 72 Montage MTN AA

Moosic, PA 18507

Telephone: 570 207-1227 ext 227

Email: MArk.barberitz@scouting.org

Dated: November 12, 2020
      Wilmington, Delaware

**McCARTER & ENGLISH, LLP**

By: *Kate R. Buck*

Kate R. Buck (DE No. 5140)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
Telephone (302) 984-6300
Facsimile:  (302) 984-6399
Email: kbuck@mccarter.com

-and-

**McCARTER & ENGLISH, LLP**
Clement J. Farley, Esq. (admitted pro-hac vice)
Jeffrey T. Testa, Esq. (admitted pro-hac vice)
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444
Facsimile:  (973) 624-7070
Email: cfarley@mccarter.com
        jtesta@mccarter.com

*Attorneys for the Boy Scouts of America,*
*Northern New Jersey Council*

Local Council:

Dated: 11/12, 2020

Northwest Georgia

Matt Hart
(Signature)

Printed
Name: Matt Hart

Title: Scout Executive

Address: P.O. Box 1422

Rome, Ga 30162

Telephone: 706-235-5545

Email: matt.hart@scouting.org

Local Council: _____ Norwela Council _____

Dated: **Nov. 10** _____, 2020

_____ *(Signature)* _____

Printed
Name: _____ Kyle McInnis _____

Title: _____ Council Attorney _____

Address: _____ 333 Texas St., Ste. 2020 _____

_____ Shreveport, LA 71101 _____

_____

Telephone: _____ (318) 227 - 2000 _____

Email: _____ kyle.mcinnis @
andersonoilandgas.com _____

Local Council: _Occoneechee Council_

Dated: _November 18_, 2020    _Charles L Flowers_
(Signature)

Printed
Name:    _Charles L. Flowers_

Title:    _Scout Executive/ CEO_

Address:    _3231 Atlantic Avenue_

_Raleigh, NC 27604_

Telephone:    _984.777.3906_

Email:    _Charles.flowers@scouting.org_

Local Council:

Dated: _Nov, 13_, 2020

Oregon Trail

_(Signature)_

Printed
Name: _Scott Impecoven_

Title: _Scout Executive_

Address: _2525 Martin Luther King Jr. Blvd._

_Eugene, OR 97401_

Telephone: _(541) 284-4385_

Email: _simpecoven@otebsa.org_

Local Council:

Dated: _November 13_, 2020

Ozark Trails Council #306

_____
John Feick
(Signature)

Printed
Name: John S. Feick

Title: Scout Executive

Address: 1616 S. Eastgate Ave.
Springfield Mo 65809

_____

Telephone: 812-327-3600

Email: john s. feick@scouting.org

Local Council:

Dated: _Nov. 10_, 2020

Pacific Harbors Council #612

_Karen Meier_
(Signature)

Printed
Name: _Karen Meier_

Title: _Scout Executive/CEO_

Address: _4802 S. 19th Street_
_Tacoma, WA_
_98465_

Telephone: _509-919-0363 (cell)_

Email: _Karen.meier@scouting.org_

Local Council:

Dated: _11/11____, 2020

PACIFIC SKYLINE COUNCIL

_____
(Signature)

Printed
Name: _BRIAN CURTIS_

Title: _SCOUT EXECUTIVE_

Address: _1150 CHESS DRIVE_

_FOSTER CITY CA_

_94404_

Telephone: _650-341-5633_

Email: _BRIAN.CURTIS@SCOUTING.ORG_

Local Council:

Dated: November 13 2020

Palmetto Council

Justin K. Williams
(Signature)

Printed Name: Justin Williams

Title: Scout Executive/CEO

Address: 420 South Church St.
Spartanburg, SC 29306

Telephone: 864-585-4391

Email: Justin.Williams@Scouting.org

Local Council: _____ Patriots' Path _____

Dated: _Nov. 12_, 2020 _____ Marc Andreo _____
                                    (Signature)

Printed
Name: _____ MARC ANDREO _____

Title: _____ Scout Executive / CEO _____

Address: _____ 1 Saddle Road _____

_____ Cedar Knolls, NJ 07927 _____

_____

Telephone: _____ 973 - 765 - 9322 x 245 _____

Email: _____ MARC.ANDREO @ Scouting.org _____

Local Council:

Dated: Nov. 14, 2020

Piedmont Council (042)

_____
(Signature)

Printed
Name: Seth Hilton

Title: President

Address: 180 Mountain Ave.
Piedmont, CA 94611

Telephone: 415-416-9355

Email: Seth.Hilton@stoel.com

Local Council:

Dated: _Nov. 11_____, 2020

Pine Tree Council

_____
(Signature)

Printed
Name:      Lindsay Zahradka Milne

Title:      Attorney

Address:   100 Middle Street

           Portland, ME 04062


Telephone:  (207) 228-7379

Email:      lmilne@bernsteinshur.com

Local Council:

Dated: _Nov. 13_ , 2020

_Pony Express Council_

_Alan L. Franks_
(Signature)

Printed
Name: _Alan L. Franks_

Title: _Scout Executive_

Address: _1704 Buckingham_
_St. Joseph, Missouri 64506_

Telephone: _816-233-1351_

Email: _alan.franks@scouting.org_

Local Council:

Dated: _Nov. 13_ , 2020

_REDWOOD EMPIRE COUNCIL BSA 041_

_____
(Signature)

Printed
Name: _CHARLES A. HOWARD-GIBBON_

Title: _COUNCIL SCOUT EXECUTIVE_

Address: _1000 APOLLO WAY SUITE 106_

_SANTA ROSA, CA 95407_

_____

Telephone: _(707) 546-8137_

Email: _charles.howard-gibbon@scouting.org_

Local Council:

Dated: <u>November 13</u> , 2020

Sagamore Council, BSA

_(Signature)_

Printed
Name:    Ben Blumenberg

Title:    Scout Executive / CEO

Address:    518 N. Main St.

PO Box 865

Kokomo, IN  46901

Telephone:   765-452-8253

Email:    ben.blumenberg@scouting.org

Local Council:

Dated: _November 13_, 2020

_Santa Fe Trail Council_

_Aaron Kite_

(Signature)

Printed
Name: _Aaron Kite_

Title: _Board Counsel - Santa Fe Trail Council_

Address: _808 W. McArtor Road_

_Dodge City, KS 67801_

Telephone: _620.255.2673_

Email: _aaron@kitelawfirm.com_

Local Council:     SENECA WATERWAYS COUNCIL

Dated: Nov 11, 2020

_____
(Signature)

Printed
Name:        Stephen Hoitt

Title:        Scout Executive

Address:      2320 Brighton Henrietta TL RD

              Rochester, NY 14623

              _____

Telephone:    585 241-8554

Email:        STEPHEN.HOITT@SCOUTING.ORG

Local Council:

Dated: November 11, 2020

Shenandoah Area Council 598

_____
(Signature)

Printed Name: Robert L Garrett

Title: CEO

Address: 107 Youth Development Ct.
Winchester VA 22602

Telephone: 540 662 2551

Email: Robert.Garrett@Scouting.org

Local Council:                    Silicon Valley, Monterey Bay Council #55

Dated: 11.12 _____, 2020      _____
                                                    (Signature)

                                 Printed
                                 Name:       Jason Stein

                                 Title:        Scout Executive

                                 Address:     970 W. Julian Street

                                             San Jose, CA  95126

                                             _____

                                 Telephone:   408-638-8300

                                 Email:       Jason.Stein@scouting.org

Local Council:

Dated: <u>November 12</u>, 2020

South Florida Council, Inc., BSA

_(Signature)_

Printed
Name: Jeffrey S. Berger

Title: Scout Executive

Address: 15255 NW 82nd Avenue

Miami Lakes, FL 33016

Telephone: 305-364-0020

Email: jeff.berger@scouting.org

Local Council: _South Georgia Council #098_

Dated: _13 November_ 2020    _Mark P. Manchester_
_____
(Signature)

Printed
Name: _MARK MANCHESTER_

Title: _Scout Executive_

Address: _1841 Norman Dr._

_Valdosta Georgia_

_31601_

Telephone: _229 - 242 - 2331_

Email: _Mark.Manchester @_
_Scouting.org_

Local Council: 227

Dated: Nov 13 , 2020

_____
(Signature)

Printed
Name: CHARLES EATON

Title: Scout Executive

Address: 44 Cliff St

Plymouth Ma

02360

Telephone: 610.764.9835

Email: Chuck.Eaton@Scouting.org

Local Council:

Dated: _Nov. 11_ , 2020

Texas Southwest Council

Devin Koehler

(Signature)

Printed
Name: Devin Koehler

Title: Scout Executive

Address: P. O. Box 1584

San Angelo, TX 76902

Telephone: 325-655-7107

Email: devin.koehler@scouting.org

Local Council:

Dated:  November, 12, 2020

Theodore Roosevelt Council, Inc

(Signature)

Printed Name:    Christopher M. Coscia

Title:    Scout Executive

Address:    544 Broadway

Massapequa, NY 11758

Telephone:    1-516-797-7600

Email:    Chris.Coscia@Scouting.org

Local Council:

Dated: _November 10_, 2020

Twin Valley Council Inc. Boy Scouts of America

(Signature)

Printed
Name: Raymond W. Brauer

Title: Scout Executive

Address: 810 Madison Avenue

Mankato MN 56001

Telephone: 507 387 3123

Email: ray.brauer@scouting.org

Local Council:

Dated: Nov. 13 , 2020

Voyageurs Area Council

_____
(Signature)

Printed
Name: Michael Jenkins

Title: Scout Executive

Address: 3877 Stebner Rd.

Hermantown, MN 55811

_____

Telephone: 218-740-4520

Email: Michael.jenkins@scouting.org

Local Council:

Dated: _Nov, 13_ , 2020

_Magne G. Gundersen_
(Signature)

Printed
Name: _Magne G. Gundersen_

Title: _Scout executive / CEO_

Address: _1 Scout Way_

_Doylestown, PA 18901_

Telephone: _215-348-7205, x 317_

Email: _magne.gundersen @_
_scouting.org_

Local Council:

Dated: _Nov 13_____, 2020

Westmoreland - Fayette
_____
(Signature)

Printed
Name: _David Colecchia_____

Title: _David A. Colecchia and Associates_

Address: _324 South Maple Ave_

_Greensburg, Pa 15601_

_____

Telephone: _724-837-2320_____

Email: _Colecchia542@comcast.Net_

Local Council:

Dated: 11/13 _____ , 2020

_____
Ty Page

_____
Ty Page
(Signature)

Printed
Name: Ty Page
_____

Title: Scout Executive
_____

Address: 7601 Lockheed Dr.
_____
El Paso TX 79925
_____

_____

Telephone: 915 772 2292
_____

Email: ty.page@scouting.org
_____

Local Council:

Dated: _Nov. 15_, 2020

Hudson Valley Council, B.S.A.

_David G. Horton_

(Signature)

Printed
Name: _David G. Horton_

Title: _Scout Executive/CEO_

Address: _6 Jeanne Drive_

_Newburgh, NY 12550_

Telephone: _(M) 610-334-0168_

Email: _david.horton@scouting-org_

Local Council:

Dated: _Nov. 13_, 2020

Three Harbors Council, BSA

_____
(Signature)

Printed
Name: Andrew Hardin

Title: Scout Executive/CEO

Address: 330 South 84th St.

Milwaukee, WI 53214

Telephone: 414-443-2875

Email: Andrew.Hardin@Scouting.org

Local Council:                    Tidewater Council, Virginia Beach, VA

Dated: ___November 11___, 2020    _____

                                            (Signature)

                    Printed
                    Name:     Charles R. Kubic

                    Title:      President

                    Address:   1032 Heatherwood  Drive

                                Virginia Beach, VA  23455


                    Telephone:   757-497-2688

                    Email:      kubiccr@msn.com

Local Council:                    Iroquois Trail Council Inc.

Dated: Nov. 13 , 2020             James C McMullen
                                  (Signature)

                    Printed
                    Name:        James C McMullen

                    Title:       Scout Executive

                    Address:     102 S Main St.

                                 Oakfield, NY 14125


                    Telephone:   585 - 343 - 0307

                    Email:       jim.mcmullen@scouting.org

Local Council:

Dated: _Nov. 12_ , 2020

Central Minnesota Council

Melissa Stricherz
(Signature)

Printed
Name: Melissa Stricherz

Title: Scout Executive

Address: 1191 Scout Drive
Sartell, MN 56377

Telephone: 320.251.3930

Email: melissa.stricherz@scouting.org

Local Council: _____ Glacier's Edge Council, Madison, WI _____

Dated: _November 16_, 2020 _____ *Marvin Smith* _____
(Signature)

Printed
Name: _____ Marvin Smith _____

Title: _____ Interim Scout Executive/Area Director _____

Address: _____ 5846 Manufacturers Drive _____

_____ Madison, WI 53704 _____

_____

Telephone: _____ (608) 310-7300 _____

Email: _____ marvin.smith@scouting.org _____

Local Council: _____**Greater Alabama Council**_____

Dated: _November 16,_____, 2020    

_[signature]_

(Signature)

Printed
Name: _____**John T. Dabbs, III**_____

Title: _____**Scout Executive/CEO**_____

Address: _____**516 Liberty Parkway**_____

_____**Birmingham, Alabama  35242**_____

_____

Telephone: _____**205-969-4240**_____

Email: _____**jt.dabbs@scouting.org**_____

Local Council:

Dated: _11_/_11_____, 2020

Local Council: _Heart of Virginia Council 602_

_____
(Signature)

Printed Name: _George McGovern_

Title: _Scout Executive / Secretary_

Address: _4015 Fitzhugh Ave_

_Richmond VA 23230_

_____

Telephone: _804, 204, 2611_

Email: _George.M.McGovern@Scouting.org_

Local Council: _New Birth of Freedom_____

Dated: _November 16_, 2020    Ronald M. Gardner
                                    _(Signature)_

Printed
Name:    _Ronald M. Gardner, Jr._

Title:   _Scout Executive & CEO_

Address: _1 Baden Powell Lane_

         _Mechanicsburg, PA 17050_

         _____

Telephone: _(717) 843-2042_

Email:   _ron.gardner @ scouting.org_

Local Council:                     Coastal Georgia Council, Inc.

Dated: November 16, 2020

_Wade W. Herring, II_ _____
                                        (Signature)

Printed
Name:            Wade W. Herring, II
Title:               Attorney for Coastal Georgia Council, Inc.
                       Admitted in Georgia: State Bar # 349343

Address:          Hunter, Maclean, Exley & Dunn, P.C.
                        200 East St. Julian Street
                        P.O. Box 9848
                        Savannah, GA 31412
                        (912) 236-0261
                        wherring@huntermaclean.com.

Local Council:     Greater Tampa Bay Area Council, BSA

Dated: NOVEMBER 16 , 2020     _Mark Rose_____
(Signature)

Printed
Name:     MARK D. ROSE

Title:     COUNCIL PRESIDENT

Address:     13223 N. CENTRAL AVE

TAMPA, FLORIDA  33612

_____

Telephone:     813 - 872 - 2691

Email:     jim.rees@scouting.org

Local Council: _Mamtameer Area Council_

Dated: _11-15-_, 2020

_(Signature)_

Printed
Name: _Robert L. Greer_

Title: _attorney_

Address: _Greer Law Offices PLC_

_439 W. Philadelphia Av_

_Bridgeport WV 26330_

Telephone: _304-842-8090_

Email: _rgreer@greerlawoffices.com_

Local Council:

Dated: _Nov 16_ , 2020

Northeast Iowa Council, BSA

Anna B. Hudak    as Scout Executive
(Signature)

Printed
Name: _ANNA B. HUDAK_

Title: _SCOUT EXECUTIVE, CEO_

Address: _10601 Military Rd_

_Dubuque, IA 52003_

Telephone: _563 556 4393_

Email: _anna.hudak@scouting.org_

Local Council:

Dated: _11/16_ , 2020

_SOUTH PLAINS COUNCIL_

_Matthew L. Wade_
(Signature)

Printed
Name: _MATTHEW L. WADE_

Title: _GENERAL COUNSEL_

Address: _P.O. BOX 16197_

_LUBBOCK, TX 79490_

Telephone: _806-793-1711_

Email: _Matt.wade@uwlaw.com_

_TX BAR NO. 00794803_

Local Council:

Dated: 11/16_____, 2020

De Soto Area Council
_____

_____
(Signature)

Printed
Name: Jeff Schwab

Title: Scout Executive

Address: 118 W Peach St. El Dorado, AR  71730

Telephone: 870-863-5166

Email: Jeff.Schwab@scouting.org

Local Council:

MIDDLE TENNESSEE COUNCIL, INC.

Dated: __Nov. 16__, 2020

_____ ITS CO-COUNSEL
(Signature)

Printed
Name: ROBB S. HARVEY

Title: CO-COUNSEL FOR COUNCIL

Address: 511 UNION AVE STE 2700

NASHVILLE, TENNESSEE

37219

Telephone: 615/850-8859

Email: ROBB.HARVEY@WALLERLAW.COM

Local Council:

Dated: __November 13__, 2020

**Arbuckle Area Council**

_William H. Hoch_
_____
(Signature)

Printed
Name:    **William H. Hoch**

Title:    **Counsel for Arbuckle Area Council**

Address:    **Crowe & Dunlevy**

**Braniff Building, 324 N. Robinson Ave., Ste. 100**

**Oklahoma City, OK 73102**

Telephone:    **(405) 235-7700**

Email:    **will.hoch@crowedunlevy.com**

Local Council:

Cape Fear Council

Dated: 11/16 , 2020

_(Signature)_

Printed
Name: Jonathan Widmark

Title: Scout Executive

Address: 110 Longstreet Dr.

Wilmington, NC 28412

Telephone: 910-395-1100

Email: jonathan.widmark@scouting.org

11/16/20, 11:42 AM

Local Council:                    FIVE RIVERS COUNCIL, INC. BSA

Dated: _November 16_, 2020    _____
                              (Signature)

Printed
Name:        JOHN M. SHARKEY

Title:        Council President

Address:      244 WEST WATER St.

              ELMIRA, NY 14901

              _____

                  OFFICE              MOBILE
Telephone:    (607)732-9047, (607)765-8795

Email:        JMShark138 @ GMAIL.com

Local Council:

Dated: _Nov 11_ , 2020

_Golden Empire_

_____
(Signature)

Printed
Name: _James Rhodes-Dreyer_

Title: _Director of Field Service_

Address: _251 Commerce Cir_

_Sacramento  CA_

_95815_

Telephone: _916, 929, 1417_

Email: _james.rhodes-dreyer@ scouting.org_

Local Council: _GREATER YOSEMITE COUNCIL, INC_

Dated: _11-14._, 2020

_____
(Signature)

Printed
Name: _ROBERT L FRENCH_

Title: _PRESIDENT_

Address: _1305 W ROBINHOOD DRIVE_
_SUITE 19_
_STOCKTON, CA 95207_

Telephone: _209-477-4417_

Email: _RFRENCHWTS@AOL.COM_


FKA
49ER COUNCIL   BSA
YOSEMITE AREA COUNCIL, BSA

Local Council:

Dated: ____/____/____, 2020

Gulf Stream Council

_____
(Signature)

Printed
Name:     Terrence A. Hamilton

Title:     Scout executive/CEO

Address:   8335 N. Military Trail
           Palm Beach Gardens, Florida
           33410

           _____

Telephone:  561-694-8585

Email:     TerrEnce.Hamilton@scouting.org

Local Council:    _HOUSATONIC COUNCIL, BSA_

Dated: _11/12/_, 2020    _Gary M N_
                           / (Signature)

Printed
Name:    _GARY M. PARKER_

Title:    _PRESIDENT_

Address:    _111 NEW HAVEN AVENUE_
            _DERBY, CT 06418_

Telephone:    _203 - 410 - 5162_

Email:    _GPARKER4100@ATT.NET_

Local Council: _Mid-America_ _926_

Dated: _16 November_ , 2020

_____
(Signature)

Printed
Name: _Chris S. Mehaffy_

Title: _CEO + Scout Executive_

Address: _12401 West Maple Road_

_Omaha NE 68164_

_____

Telephone: _402-431-9272_

Email: _Chris.Mehaffy e scouting.org/_

Local Council:                          Mountaineer Area Council

Dated: 11-16-2020                       */s/ Robert L. Greer*
                                        Robert L. Greer (WV Bar No. 5852)
                                        Jonathon W. Fischer (WV Bar No. 12538)
                                        Greer Law Offices, PLLC
                                        439 W. Philadelphia Ave
                                        Bridgeport, WV 26330
                                        T: (304) 842-8090
                                        F: (304) 842-8091
                                        rgreer@greerlawoffices.com
                                        jfischer@greerlawoffices.com
                                        *Counsel for Mountaineer Area Council*

Local Council:                 North Florida Council #087

Dated: November, 16, 2020     _____
                                        (Signature)

                   Printed
                   Name:       Jack L. Sears, Jr.

                   Title:      Scout Executive/CEO

                   Address:    521 S. Edgewood Ave.

                               Jacksonville, Fl  32205

                               _____

                   Telephone:  (d) 904-265-3800  (c) 904-945-0050

                   Email:      jack.sears@scouting.org

Local Council:

Old North State Council

Dated: November 16, 2020

*Ed Martin*

(Signature)

Printed
Name: Ed Martin

Title: Scout Executive

Address: 1405 Westover Terrace

Greensboro, NC

27408

Telephone: 336-378-9166

Email: ed.martin@scouting.org

Local Council:          Simon Kenton Council

Dated: Nov. 16 , 2020          Daniel R Swet

                                         (Signature)

Printed
Name:          Daniel R. Swetnam

Title:          Counsel

Address:          Ice Miller LLP

                       250 West Street

                       Columbus, Ohio 43215

Telephone:          (614) 462-2225

Email:          Daniel.Swetnam@icemiller.com

Local Council:  Southeast Louisiana Council

Dated: November 16 , 2020

_Torrey Hayden_
(Signature)

Printed
Name:      Torrey Hayden

Title:       Development Director/Interim Executive

Address:   4200 S. I-10 Service Rd. W.

             Suite 101

             Metairie, LA  70001

Telephone:  504-889-0388

Email:      sela@bsamail.org

Local Council:

Dated: Nov. 15 , 2020

Three Fives Council #127

_(Signature)_

Printed Name: Clint Schroff

Title: Scout Executive/ CEO

Address: 415 N. 2nd St.

St. Charles IL 60174

Telephone: 630-584-9250

Email: Clint.schroff@scouting.org

Local Council: **Tuscarora Council**

Dated: <u>13 November</u>, 2020

(Signature)

Printed
Name: Jason L. Smith

Title: Scout Executive/CEO

Address: 172 NC Hwy 581 S

Goldsboro, NC 27530

Telephone: 919-734-1714

Email: jason.smith@scouting.org

Local Council:                     Westark Area Council, Inc. Boy Scouts of America

Dated: November 15, 2020

(Signature)

Printed
Name:        Chris L. Daughtrey

Title:        Scout Executive/CEO

Address:      1401 Old Greenwood Blvd

              Fort Smth, AR 72901


Telephone:   479-782-7244

Email:        chris.daughtrey@scouting.org

Local Council:

Dated: 11/15/ , 2020

Western Massachusetts Council

_(Signature)_

Printed
Name: Gary Savignano

Title: Scout Executive

Address: 1 Arch Road, Suites
Westfield MA 01085

Telephone: 413-594-9196

Email: gary.Savignano@Scouting.org

Local Council:

Dated: **11 | 14 |**         , 2020

_Jeffrey H. Goldsmith_

_Jeffy H. Goldsmith_
(Signature)

Printed
Name:     _Jeffrey H. Goldsmith_

Title:      _Council President & Board Chair_

Address:   _Jersey Shore Council BSA_

_1518 Ridgeway Road_

_Toms River, NJ 08755_

Telephone:   _732-349-1037_

Email:     _JGoldsmithBSA @ Gmail.Com_

Local Council:                    Blackhawk Area Council #660

Dated:  November 16, 2020

*(Signature)*

Printed
Name:          William A. Reilly II

Title:          Council Attorney / VP of Governance

Address:          6801 Spring Creek Road, 2D

                Rockford, Illinois 61114


Telephone:          815-316-8540

Email:          WReilly@Reilly-LawOffices.com

Local Council: _Westchester - Putnam_

Dated: 11/12 , 2020

_Richard Stockton_
(Signature)

Printed
Name: Richard Stockton

Title: Scout Executive / CEO

Address: 41 Saw Mill River Road
Hawthorne, NY 10532

Telephone: 914-773-1135

Email: richard.stockton@
scouting.org

Local Council: _Verdugo Hills_____

Dated: _Nov 16_, 2020    _____
(Signature)

Printed
Name: _Michael Hale_____

Title: _Interim Scout Executive_____

Address: _1325 Grandview Ave_____

_Glendale  CA  91201_____

_____

Telephone: _818-243-6282_ C 213-359-979

Email: _michael.hale@ ~~scout~~ scouting.org_

Local Council:

Dated: November 16, 2020

Yocona Area Council, BSA, # 748

_Owen McCulloch_
(Signature)

Printed
Name: Owen McCulloch

Title: Scout Executive / CEO

Address: 505 Air Park Road

Tupelo, MS 38801

Telephone: (662) 842-2871

Email: owen.mcculloch@scouting.org

Local Council:                    Hawkeye Area Council, BSA

Dated: Nov. 16 , 2020            Sarah Dawson
                                       (Signature)

Printed
Name:          Sarah Dawson

Title:         CEO / Scout Executive

Address:       660 32nd Ave SW

               Cedar Rapids, IA 52404

               _____

Telephone:     319-862-0541

Email:         sarah.dawson@scouting.org

Local Council:

Dated: November 12 , 2020

Mason-Dixon Council, Inc., Boy Scouts of America

_(Signature)_

Printed
Name: Todd M. Brooks

Title: Attorney for Mason-Dixon Council

Address: Whiteford Taylor & Preston LLP

Seven Saint Paul Street, 15th Floor

Baltimore, Maryland 21202

Telephone: (410) 347-9421

Email: tbrooks@wtplaw.com

Local Council:

Dated: __November 16, 2020__

Lincoln Heritage Council

_____

_____
(Signature)

Printed
Name:    James R. Irving

Title:    Partner, Counsel to Lincoln Heritage Council

Address:    Dentons Bingham Greenebaum LLP

3500 PNC Tower, 101 S. Fifth Street

Louisville, KY 40202

Telephone:    (502) 587-3606

Email:    james.irving@denton.com

Local Council:    Connecticut Rivers Council #66

Dated: 11/16 , 2020    _____
                              (Signature)

Printed
Name:    Patrick W. Boatman

Title:    Bankruptcy Counsel

Address:    155 Sycamore St

              Glastonbury, CT 06033

              _____

Telephone:    860-291-9061

Email:    pboatman@boatmanlaw.com

Local Council:

Dated: 11/16 , 2020

Winnebago Council, BSA #173

_____
(Signature)

Printed Name: James R. Madison Jr.

Title: Scout Executive\CEO

Address: 2929 Airport Blvd.
Waterloo, IA 50703

Telephone: 319-234-2867

Email: Jim.madison@scouting.org

Boy Scouts of America,

Local Council: _____ Alamo Area Council, Inc.

Dated: **11/13** , 2020 _____ Michael delos ___

_____

(Signature)

Printed
Name: _____ Michael delos Santos

Title: _____ Scout Executive

Address: _____ 2226 NW Military Hwy

_____ San Antonio, TX 78213

_____

Telephone: _____ 210-341-8611

Email: _____ Mdelossa@scouting.org

Local Council:

Dated: 11/13 _____, 2020

Bade-Powell Council #368

_____
(Signature)

Printed Name: Matthew Bull

Title: Scout Executive

Address: 2150 NYS 12

Binghamton NY 13901

_____

Telephone: 607-648-7888

Email: Matthew.Bull@scouting.org

Matthew.Bull@scouting.org

Local Council:

Dated: _NOV 11_, 2020

Indian Waters Council

_(Signature)_

Printed
Name: Douglas W. Stone

Title: Scout Executive

Address: 715 Betsy Drive
Columbia, SC
29210

Telephone: 803-750-9840

Email: douglas.stone@scouting.org

Local Council:                    Abraham Lincoln Council, Inc. Boy Scouts of America

Dated: __11 / 12__ , 2020         _____
                                                    (Signature)

                                  Printed
                                  Name:        Gary S. Schwab
                                                _____

                                  Title:        President
                                                _____

                                  Address:      5231 South Sixth Street Road
                                                _____

                                                Springfield, IL  62703
                                                _____

                                                _____

                                  Telephone:    217-529-2717
                                                _____

                                  Email:        gschwab@heylroyster.com
                                                _____

Local Council:

Dated: _Nov. 11_____, 2020

Daniel Webster Council

_____

(Signature)

Printed Name: Lindsay Zahradka Milne

Title: Attorney

Address: 100 Middle Street

Portland, ME 04062

Telephone: (207) 228-7379

Email: lmilne@bernsteinshur.com

Stipulation Concerning Local Council Claims

Local Council:        East Carolina Council BSA, Inc.

Dated:                November 11, 2020

Signature:            Paul A. Fanning
                      57948E75B957437...

Printed Name:        Paul A. Fanning

Attorney for East Carolina Council BSA, Inc.

Ward and Smith, P.A.

PO Box 8088

Greenville, NC 27835-8088

(252)215-4027

paf@wardandsmith.com

ND: 4834-9189-7809, v. 1

Local Council:

Dated: 11/12 , 2020

Pennsylvania Dutch Council

_(Signature)_

Printed
Name: Matthew Adams

Title: Scout Executive

Address: 630 Janet Ave

Lancaster, PA 17601

Telephone: 717-394-4063

Email: Matthew.Adams@Scouting.org

Local Council:

Dated: *Nov. 11*, 2020

Marin Council, #035

_____
(Signature)

Printed
Name:        Michael Dybeck

Title:        Scout Executive, CEO

Address:     225 West End Avenue

             San Rafael, CA 94901


Telephone:   415-454-1081

Email:       mdybeck@boyscouts-marin.org

Local Council:

Dated: Nov. 11 , 2020

National Capital Area Council

_(Signature)_

Printed
Name: Craig Poland

Title: Scout Executive ; CEO

Address: 9190 Rockville Pike

Bethesda, MD 20814

Telephone: 301-214-9101

Email: Craig.poland@scouting.org

Local Council:

Dated: 11/16, 2020

PUSHMATAHA AREA

_____
(Signature)

Printed Name: JEREMY D WHITMORE

Title: SCOUT EXECUTIVE

Address: PO BOX 9570

COLUMBUS, MS

39705

Telephone: 662-328-7228

Email: JEREMY.WHITMORE@SCOUTING.ORG

**Local Council:**

Dated: __11/13__ , 2020

DEL-MAR-VA COUNCIL

_(Signature)_

Printed
Name: ROBERT NAKAGAWA

Title: SCOUT EXECUTIVE

Address: 1910 BADEN POWELL WAY

DOVER, DE 19904

Telephone: 808-463-7755

Email: robert.nakagawa@scouting.org