U.S. Bankruptcy Court
Clerk
U.S. Courthouse

Clerk,

    I have been seeing commercials on T.V. advertising for attorneys who are representing victims of Boyscout Abuse. I understand that the Boyscouts of America has filed for bankruptcy protection because of many cases of abuse filed against them. I was also victimised by a leader of that organization. I have attempted to contact 2 of the advertizers, but to date have recieved no responces.

    I understand that there is a deadline of November 16th of 2020, which is soon approaching. I am requesting information regarding any attorney in Wisconsin who may be representing claims for this trust.

    Also, I wish to request any available forms or instructions available for filing a claim, along with any relevant information that may help me in filing a succesful claim as a victim of sexual abuse by such a person while involved with the cubscouts or boyscouts. This to file by myself if necessary.

Thank-You

Please expedite due to time restrictions

FILED-MAIL
2020 OCT 26 PM 12:35
US BANKRUPTCY COURT
EASTERN DISTRICT OF WI



SAINT PAUL MN 550
22 OCT 2020 PM 1 L

Clerk of
U.S. Bankruptcy Court
U.S. Courthouse
517 E. Wisconsin Ave, Rm 126
Milwaukee, WI 53202

53202-458199

