# COVER LETTER

TO: Clerk,

    Enclosed is an original of the following documents for filing:

1 – NOTICE OF CLAIM/COMPLAINT – CLASS ACTION PARTICIPANT

1 – PRISONER'S PETITION AND AFFIDAVIT TO PROCEED WITHOUT PREPAYMENT OF FEES AND/OR COSTS

1 – AUTHORIZATION FOR RELEASE OF INSTITUTIONAL ACCOUNT INFORMATION AND PAYMENT OF THE FILING FEE

    Thanking you in advance for your time and consideration in this matter!

    Dated this 11ᵗʰ day of November, 2020.



FILED-MAIL
2020 NOV 16  PM 3:03
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF WI

ORIGINAL

# UNITED STATES BANKRUPTCY COURT

In re
BOY SCOUTS OF AMERICA,
        Debtor

File No. _____

        ████████████
        Plaintiff,
        v.
BOY SCOUTS OF AMERICA,
        Defendant.

## NOTICE OF CLAIM/COMPLAINT
### CLASS ACTION PARTICIPANT

NOTICE OF CLAIM/COMPLAINT:

   Around the summer of the year 1986, ████████████████████
██████████████████████████████████████████████████
on ████████████████████████████████████████████████
on ████████████████████████████████████████ to get
██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
Some way, because I wanted to be a Boy Scout so bad and my father use
to be in Vietnam War/military, my single-parent mother, poor, and on
██████████████████████████ We attended the first informational
███████████████████

(1)



you aggressive. I pushed him away and ran home. I never went back

Cub/Boy Scouts.

I am 43 years-old now, extremely embarrassed, and never told this event to anyone.

crim

Boy Scouts of America are liable for damages, and I should be a participant in the class action.

Dated and Submitted this 11th day of November, 2020.

(2)

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

P███████████████████

v.

Case No. _____
*(to be supplied by Clerk)*

BOY SCOUTS OF AMERICA
Defendant(s) or Respondent(s) (full name)

---

**PRISONER'S PETITION AND AFFIDAVIT TO PROCEED**
**WITHOUT PREPAYMENT OF FEES AND/OR COSTS**

---

### *THIS FORM IS FOR PRISONERS ONLY.*

*The cost of filing nearly every civil action is $400.00. This includes the $350.00 statutory filing fee and a $50.00 administrative fee. If you cannot afford this $400.00 fee you may ask permission to proceed without the prepayment of fees and/or costs by completing this form, the attached authorization, and providing the court with a certified copy of your institutional trust account statement for the past six months. The court will review your trust account statement and calculate the amount you must pay for your case to proceed. After you pay this initial partial filing fee, the court will review your complaint to determine whether it is sufficient to proceed. Every month, the prison will automatically deduct 20% of your monthly income from your institutional trust account. The money will be forwarded to the court to be paid towards the remainder of the $350.00 statutory filing fee. These automatic deductions will continue until the $350.00 statutory filing fee is paid in full. Prisoners granted permission to proceed without the prepayment of fees and/or costs do not have to pay the $50.00 administrative fee.*

*The filing fee for a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 or 2254 is $5.00. If you are unable to pay this $5.00 filing fee, complete this form, the attached authorization, and provide the court with a certified copy of your institutional trust account statement for the past six months. If the court finds that you are unable to pay the $5.00 filing fee, the court will grant your petition to proceed without prepayment of fees and/or costs and you will not have to prepay the $5.00 fee.*

*If you are filing a motion to vacate, set aside, or correct a sentence pursuant to 28 U.S.C. § 2255, there is no filing fee. However, you may want to complete and return this form and the attached authorization, and provide the court with a certified copy of your institutional trust account statement for the past six months if you believe you will be unable to pay other costs associated with your case such as the cost of obtaining transcripts.*

**1. What type of case are you filing?** *NOTICE OF CLAIM / COMPLAINT - CLASS ACTION PARTICIPANT*
(e.g. civil rights, petition for a writ of habeas corpus, etc.)

**2. Are you currently married?** ☐ Yes    ☑ No

**3. If you and/or your spouse have any of the following assets, provide details:**

| Type of Asset | Approximate Value |
|---|---|
| Bank account (checking, savings, money market etc.) | $ 0 |
| Retirement account (IRA, 401(k), 403(b), pension, etc.) | $ 0 |
| Investments (certificate of deposit, stocks, securities, bonds, mutual funds, exchange traded funds, etc.) | $ 0 |
| Real estate (house, apartment building, condo, lots, etc.) | $ 0 |
| Other valuable assets (motor vehicles, boats, jewelry, art work, collectibles, etc.) | $ 0 |

**Are there any other circumstances that you would like the court to consider when reviewing your request to proceed without prepayment of costs and/or fees?**

I, ████████████████████████████ declare that I am the plaintiff or petitioner in the above-named action in support of my request to proceed in forma pauperis, I declare that I am unable to pay the fees and/or costs of these proceedings and that I believe I am entitled to the relief sought in the present complaint, petition, or motion. I understand that a false statement may result in a dismissal of my claims. I answer the following questions fully, truthfully, and under penalty of perjury. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Institutional Identification Number: ████████████

Signature: ████████████████    Date: *11·11·2020*

*This form does not need to be notarized.*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

██████████████████████████ _____
Plaintiff or Petitioner (full name)

                                                    Case No. _____
v.                                                              *(to be supplied by Clerk)*

BOY SCOUTS OF AMERICA _____
Defendant(s) or Respondent(s) (full name)

**AUTHORIZATION FOR RELEASE OF INSTITUTIONAL ACCOUNT INFORMATION**
**AND PAYMENT OF THE FILING FEE**

I, ___████████████████████████___, ___████████████████___,
                                                                    (institution)

hereby authorize the court to obtain from the agency having custody of me, information about my institutional trust account, including balances, deposits, and withdrawals over the prior six months.

I further authorize the agency or facility having custody of me to continue to disclose information about my institutional trust account, including balances, deposits, and withdrawals to the court until the filing fee in this matter is paid in full.

I further authorize the agency or facility having custody of me to withdraw funds from my institutional trust account in accordance with 28 U.S.C. § 1915 and to forward these funds to the court for payment of any filing fee.

Signature: ████████████████████████        Date: __11·11·2020__

*This form does not need to be notarized.*

DECLARATION OF INMATE FILING

# UNITED STATES BANKRUPTCY COURT

In re
BOY SCOUTS OF AMERICA,
        Debtor

                                 Case No. _____

████████████████████████
        Plaintiff,
      v.
BOY SCOUTS OF AMERICA
        Defendant.

████████████████████████████████████
████████████████████████████████████
████████████████████████████████████

████████████████████████ forgoing is true and correct
████████████████████████

████████████████████████
████████████████████████
████████████████████████

Signed on November 11, 2020