# EXHIBIT A



700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
O 202.772.2200
F 202.772.3333

GilbertLegal.com

November 20, 2020
James Patton, Jr.                                           Invoice Number:    11321406
Future Claimaints' Representative for                       Client Number:         1613
Boy Scouts of America
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801

_____

**FOR PROFESSIONAL SERVICES RENDERED through October 31, 2020**

**Re:  James Patton, Jr.**

| Matter Description | Fees | Costs | Total |
|---|---|---|---|
| Insurance Analysis & Recovery | 77,096.00 | 359.07 | 77,455.07 |
| Retention / Fee Application | 384.50 | .00 | 384.50 |
| Motions for Relief from Automatic Stay | 232.50 | .00 | 232.50 |
| Adversary Proceeding – Hartford Accident & Indemnity | 902.50 | .00 | 902.50 |
| **Total** | **78,615.50** | **359.07** | **78,974.57** |

|  | TOTAL FEES | $ 78,615.50 |
|---|---|---|
|  | TOTAL EXPENSES | $ 359.07 |
|  | **TOTAL FEES AND EXPENSES** | **$ 78,974.57** |



**FOR PROFESSIONAL SERVICES RENDERED through October 31, 2020**

**Insurance Analysis & Recovery**

| Date | Name | Services | Hours | Amount |
|---|---|---|---|---|
| 10/05/20 | Quinn, K. | Participate in team meeting re status and strategy. | .50 | 387.50 |
| 10/05/20 | Quinn, K. | Review TCC statement re insurance positions. | 1.00 | 775.00 |
| 10/05/20 | Quinn, K. | Communicate with M. Neely re agenda. | .10 | 77.50 |
| 10/05/20 | Neely, M. | Confer with K. Quinn, E. Grim, J. Chalashtori, and S. Colcock re case status and next steps. | .50 | 237.50 |
| 10/05/20 | Neely, M. | Communicate with A. Azer re case updates. | .20 | 95.00 |
| 10/05/20 | Grim, E. | Confer with K. Quinn, M. Neely, J. Chalashtori, and S. Colcock re status of proceedings, insurance analysis, and next steps. | .50 | 295.00 |
| 10/05/20 | Chalashtori, J. | Confer with K. Quinn, E. Grim, M. Neely, and S. Colcock re case status, next steps, and strategy. | .50 | 177.50 |
| 10/05/20 | Chalashtori, J. | Analyze issues related to insurance documents in Datasite. | .80 | 284.00 |
| 10/05/20 | Chalashtori, J. | Analyze issues related to policy review. | .30 | 106.50 |
| 10/05/20 | Colcock, S. | Communicate with K. Quinn, M. Neely, E. Grim, and J. Chalashtori re case updates. | .50 | 142.50 |
| 10/05/20 | Colcock, S. | Review Datasite for recently added documents for insurance-related purposes (0.8); draft index of same (1.3). | 2.10 | 598.50 |
| 10/06/20 | Chalashtori, J. | Analyze insurance relevant documents in Datasite and related issues. | .40 | 142.00 |
| 10/06/20 | Chalashtori, J. | Analyze issues related to missing insurance policies. | .40 | 142.00 |
| 10/06/20 | Chalashtori, J. | Analyze available policies and relevant policy information to begin preparing policy analysis spreadsheet. | .90 | 319.50 |
| 10/06/20 | Colcock, S. | Communicate with J. Chalashtori re in-depth policy review project of all general liability policies. | .90 | 256.50 |
| 10/06/20 | Colcock, S. | Review missing policies and compare to coverage charts (0.4); draft summary of same (0.4). | .80 | 228.00 |
| 10/06/20 | Colcock, S. | Draft tracking spreadsheet re general liability policy provisions and relevant language for further analysis. | 2.20 | 627.00 |
| 10/07/20 | Quinn, K. | Review insurer motions. | .40 | 310.00 |
| 10/07/20 | Quinn, K. | Confer with client re status and strategy. | .70 | 542.50 |
| 10/07/20 | Quinn, K. | Confer with Debtors' counsel re insurance status and strategy. | 1.00 | 775.00 |

Invoice Number: 11321406
November 20, 2020

| Date | Name | Services | Hours | Amount |
|---|---|---|---:|---:|
| 10/07/20 | Neely, M. | Confer with E. Harron, R. Brady, and K. Quinn re mediation. | .50 | 237.50 |
| 10/07/20 | Neely, M. | Confer with A. Azer, E. Martin, and K. Quinn re mediation and search for policy evidence. | .80 | 380.00 |
| 10/07/20 | Neely, M. | Review Century motion to compel Coalition depositions. | .20 | 95.00 |
| 10/07/20 | Chalashtori, J. | Review Century motion to compel depositions of members of Coalition. | .20 | 71.00 |
| 10/07/20 | Colcock, S. | Begin in-depth general liability policy review (years 1962-1963) for policy provisions and relevant language for analysis. | .60 | 171.00 |
| 10/07/20 | McGlinchey, P. | Review policies from Datasite and prepare for attorney review. | 3.20 | 592.00 |
| 10/08/20 | Quinn, K. | Confer with client re Coalition request for information. | .30 | 232.50 |
| 10/08/20 | Chalashtori, J. | Analyze issues related to policies in Datasite. | .30 | 106.50 |
| 10/08/20 | Chalashtori, J. | Analyze issues related to insurer correspondence in Datasite. | .20 | 71.00 |
| 10/08/20 | Colcock, S. | Communicate with P. McGlinchey re preparing policies for in-depth review. | .30 | 85.50 |
| 10/08/20 | Colcock, S. | Communicate with K. Basaria at Sidley Austin re insurance policy review issues. | .20 | 57.00 |
| 10/08/20 | Colcock, S. | Continue in-depth general liability policy review (years 1962-1963) for policy provisions and relevant language for analysis. | 1.60 | 456.00 |
| 10/08/20 | McGlinchey, P. | Continue reviewing policies from Datasite. | 1.50 | 277.50 |
| 10/08/20 | McGlinchey, P. | Review insurer correspondence and relevant policies (1.7); prepare tracking chart tracking re same (1.0). [Indices 7.5.1.1.1 to 7.5.1.1.17] | 2.70 | 499.50 |
| 10/09/20 | Chalashtori, J. | Review filings re appearances on behalf of Debtors. | .20 | 71.00 |
| 10/09/20 | Chalashtori, J. | Revise spreadsheet for tracking insurer communications. | .20 | 71.00 |
| 10/09/20 | Chalashtori, J. | Review notice of proposed claim settlement. | .20 | 71.00 |
| 10/09/20 | Foster, G. | Review and organize policies for attorney review. [7.1.1] | 1.70 | 314.50 |
| 10/09/20 | Colcock, S. | Continue in-depth general liability policy review (years 1962-1963) for policy provisions and relevant language for analysis. | 2.00 | 570.00 |
| 10/09/20 | McGlinchey, P. | Review and prepare insurance policies for attorney review. [Indices 7.1.31 to 7.1.33] | 2.30 | 425.50 |
| 10/09/20 | McGlinchey, P. | Review insurer correspondence and relevant policies (1.7);revise correspondence chart re same (1.0). [Indices 7.5.1.1.17 to 7.5.1.1.35] | 2.70 | 499.50 |

Invoice Number: 11321406
November 20, 2020

| Date | Name | Services | Hours | Amount |
|---|---|---|---:|---:|
| 10/11/20 | Quinn, K. | Review recent pleadings re signature issue. | .40 | 310.00 |
| 10/12/20 | Quinn, K. | Communicate with M. Neely re client update. | .10 | 77.50 |
| 10/12/20 | Quinn, K. | Further review of pleadings re claims forms. | .50 | 387.50 |
| 10/12/20 | Chalashtori, J. | Analyze correspondence from insurers from Datasite. | 1.40 | 497.00 |
| 10/13/20 | Quinn, K. | Review objections filed by insurer. | .20 | 155.00 |
| 10/13/20 | Quinn, K. | Review response to insurer objections. | .50 | 387.50 |
| 10/13/20 | Neely, M. | Review mediators statement re addition of Coalition to mediation. | .10 | 47.50 |
| 10/13/20 | Neely, M. | Draft memorandum to client analyzing insurance issues in TCC mediation statement. | 4.50 | 2,137.50 |
| 10/13/20 | Chalashtori, J. | Correspond with S. Colcock re policy review. | .20 | 71.00 |
| 10/13/20 | Chalashtori, J. | Analyze mediator statement re addition of Coalition. | .20 | 71.00 |
| 10/13/20 | Chalashtori, J. | Analyze insurance-related documents recently added to Datasite. | .30 | 106.50 |
| 10/13/20 | Foster, G. | Review and prepare insurance policies for attorney review.  [7.1.1. to 7.1.30]. | 2.90 | 536.50 |
| 10/13/20 | Colcock, S. | Continue in-depth general liability policy review (years 1972 and 1982) for policy provisions and relevant language for analysis. | 3.80 | 1,083.00 |
| 10/13/20 | Colcock, S. | Communicate with P. McGlinchey re weekly review of Datasite for insurance-related information updates. | .30 | 85.50 |
| 10/13/20 | McGlinchey, P. | Review documents recently added to Datasite (0.6); draft summary re same (0.6). [1,164 documents]. | 1.20 | 222.00 |
| 10/14/20 | Quinn, K. | Participate in status conference hearing re various open matters (Part I). | 3.00 | 2,325.00 |
| 10/14/20 | Quinn, K. | Participate in hearing (Part II). | 1.50 | 1,162.50 |
| 10/14/20 | Neely, M. | Attend status conference re local council subpoenas and Coalition Rule 2019 disclosure. | 2.30 | 1,092.50 |
| 10/14/20 | Neely, M. | Attend status conference re local council discovery. | 2.20 | 1,045.00 |
| 10/14/20 | Neely, M. | Finish drafting memorandum to client re insurance mediation issues. | 4.20 | 1,995.00 |
| 10/14/20 | Chalashtori, J. | Correspond with P. McGlinchey re insurance-related documents in Datasite. | .20 | 71.00 |
| 10/14/20 | Foster, G. | Continue reviewing and preparing insurance policies from Datasite for attorney review. | 4.40 | 814.00 |
| 10/14/20 | Colcock, S. | Continue in-depth general liability policy review (years 1982 and 1992) for policy provisions and relevant language for analysis. | 4.90 | 1,396.50 |
| 10/14/20 | McGlinchey, P. | Prepare insurance policies for attorney review. [Indices 7.1.1 and 7.1.34 to 7.1.37] | 7.30 | 1,350.50 |

3

Invoice Number: 11321406
November 20, 2020

| Date | Name | Services | Hours | Amount |
|---|---|---|---|---|
| 10/15/20 | Chalashtori, J. | Correspond with P. McGlinchey re insurance uploads in Datasite. | .20 | 71.00 |
| 10/15/20 | Foster, G. | Review and organize insurance policies from Datasite for attorney review. | 4.80 | 888.00 |
| 10/15/20 | Colcock, S. | Begin drafting policy review protocol. | 1.20 | 342.00 |
| 10/15/20 | Colcock, S. | Continue in-depth general liability policy review (years 1992, 2002,and 2012) for policy provisions and relevant language for analysis. | 4.60 | 1,311.00 |
| 10/15/20 | McGlinchey, P. | Prepare insurance policies for attorney review. [Indices 7.1.38 to 7.1.43] | 3.70 | 684.50 |
| 10/15/20 | McGlinchey, P. | Review local council charter renewal forms on Datasite for insurance-related information (0.6); update charter renewal spreadsheet re same (0.7). | 1.30 | 240.50 |
| 10/15/20 | McGlinchey, P. | Revise summary of documents recently added to Database re insurance-related information. | .70 | 129.50 |
| 10/16/20 | Quinn, K. | Communicate with J. Rice re common interest insurance information. | .10 | 77.50 |
| 10/16/20 | Neely, M. | Review D&O coverage per request from client. | 1.80 | 855.00 |
| 10/16/20 | Neely, M. | Attend hearing re Coalition 2019 and mediation participation. | .50 | 237.50 |
| 10/16/20 | Chalashtori, J. | Analyze insurance-related documents recently added to Datasite. | .20 | 71.00 |
| 10/16/20 | Foster, G. | Review and prepare insurance policies from Datasite for attorney review. | 5.00 | 925.00 |
| 10/16/20 | McGlinchey, P. | Review and prepare insurance policies for attorney review. [Indices 7.1.44 to 7.1.51] | 6.80 | 1,258.00 |
| 10/16/20 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information (0.4); draft summary re same (0.3). [8 documents] | .70 | 129.50 |
| 10/17/20 | Quinn, K. | Communicate with client re requests from Coalition. | .10 | 77.50 |
| 10/19/20 | Quinn, K. | Meet with team re status and strategy. | .70 | 542.50 |
| 10/19/20 | Quinn, K. | Further confer with client re Coalition request; communicate with team re same. | .40 | 310.00 |
| 10/19/20 | Quinn, K. | Review proposed policy analysis structure; communicate with team re revisions to same. | .40 | 310.00 |
| 10/19/20 | Neely, M. | Confer with K. Quinn, E. Grim, J. Chalashtori, and S. Colcock re insurance issues and analysis. | .70 | 332.50 |
| 10/19/20 | Neely, M. | Communication with A. Azer and E. Martin re missing policy information. | .40 | 190.00 |
| 10/19/20 | Neely, M. | Confer with E. Harron, R. Brady, and K. Quinn re analysis of insurance asset. | .20 | 95.00 |

Invoice Number: 11321406
November 20, 2020

| Date | Name | Services | Hours | Amount |
|---|---|---|---|---|
| 10/19/20 | Grim, E. | Confer with K. Quinn, M. Neely, J. Chalashtori, and S. Colcock re status and next steps. | .70 | 413.00 |
| 10/19/20 | Chalashtori, J. | Confer with K. Quinn, E. Grim, S. Colcock, and M. Neely re case status, next steps, and strategy. | .70 | 248.50 |
| 10/19/20 | Chalashtori, J. | Analyze D&O primary policies for potential coverage and exclusions. | .60 | 213.00 |
| 10/19/20 | Chalashtori, J. | Analyze issues related to policy review and missing policies. | .40 | 142.00 |
| 10/19/20 | Chalashtori, J. | Review confidentiality order entered by the Court. | .30 | 106.50 |
| 10/19/20 | Foster, G. | Continue preparing insurance policies for further review by attorneys. | 4.00 | 740.00 |
| 10/19/20 | Colcock, S. | Review 1972-1974 policies on Datasite for missing Argonaut policy. | .30 | 85.50 |
| 10/19/20 | Colcock, S. | Review tracking spreadsheet for additional information re missing policies. | .20 | 57.00 |
| 10/19/20 | Colcock, S. | Communicate with M. Neely and J. Chalashtori re missing policy information. | .20 | 57.00 |
| 10/19/20 | McGlinchey, P. | Prepare insurance policies for attorney review. [Indices 7.1.53 to 7.1.57] | 7.30 | 1,350.50 |
| 10/20/20 | Quinn, K. | Confer with D. Molton re insurance presentation. | .10 | 77.50 |
| 10/20/20 | Foster, G. | Prepare insurance policies for further review by attorneys. | 5.00 | 925.00 |
| 10/20/20 | Colcock, S. | First-level review of insurance policies (3 policies) for policy provisions and relevant language for analysis. [Indices 7.1.22.3 (18 pages); 7.1.32.10 (21 pages); 7.1.131 (35 pages)]. | 6.50 | 1,852.50 |
| 10/20/20 | McGlinchey, P. | Prepare insurance policies for attorney review. [Indices 7.1.58 to 7.1.59 and extra policies]. | 7.10 | 1,313.50 |
| 10/21/20 | Foster, G. | Finalize preparing insurance policies for attorney review. | 3.00 | 555.00 |
| 10/21/20 | Colcock, S. | First-level review of insurance policies (2.5 policies) for policy provisions and relevant language for analysis. [Indices 7.1.1.2.1.1 (24 pages); 7.1.1.2.8 (36 pages); 7.1.1.2.1.10 (pages 1 to 20)] | 5.30 | 1,510.50 |
| 10/21/20 | McGlinchey, P. | Continue reviewing insurance policies on Datasite for further review. [Indices 7.1.28 to 7.1.29] | 1.00 | 185.00 |
| 10/22/20 | Chalashtori, J. | Correspond with S. Colcock and M. Neely re policy review status and recently added policies. | 1.10 | 390.50 |
| 10/22/20 | Foster, G. | Initial review of five (5) excess D&O insurance policies (1.0); update tracking spreadsheet re same (1.0). [Indices 7.1.1.2.6.5, 7.1.1.2.6.1, 7.1.1.2.6.2, 7.1.1.2.6.3 and 7.1.1.2.6.4] | 2.00 | 370.00 |

5

Invoice Number: 11321406
November 20, 2020

| Date | Name | Services | Hours | Amount |
|---|---|---|---|---|
| 10/22/20 | Colcock, S. | Review D&O policies (10 policies) added to master tracking spreadsheet. | 2.80 | 798.00 |
| 10/22/20 | Colcock, S. | Revise policy tracking spreadsheet in preparation for first-level document review. | 1.20 | 342.00 |
| 10/22/20 | Colcock, S. | First-level review of insurance policies (.5 policy) for policy provisions and relevant language for analysis. [Indices 7.1.1.2.1.10 (pages 21 to 42)] | 1.00 | 285.00 |
| 10/22/20 | McGlinchey, P. | Continue initial review of policies on Datasite. [Indices 7.1.1.2.6.6-7.1.1.2.6.10] | 2.60 | 481.00 |
| 10/23/20 | Quinn, K. | Confer with A. Azer and M. Neely re policy analysis. | .30 | 232.50 |
| 10/23/20 | Neely, M. | Confer with A. Azer and K. Quinn re D&O policy analysis. | .30 | 142.50 |
| 10/23/20 | Chalashtori, J. | Analyze insurance relevant documents in latest productions in Datasite. | .20 | 71.00 |
| 10/23/20 | McGlinchey, P. | Review documents recently added to Database for insurance-related information (0.4); draft summary re same (0.4). [40 documents] | .80 | 148.00 |
| 10/26/20 | Quinn, K. | Draft outline of client memorandum. | 2.00 | 1,550.00 |
| 10/26/20 | Neely, M. | Draft summary presentation of insurance coverage issues in bankruptcy. | 4.50 | 2,137.50 |
| 10/26/20 | Chalashtori, J. | Analyze issues related to policy review protocol and spreadsheet. | .70 | 248.50 |
| 10/26/20 | Colcock, S. | Communicate with J. Chalashtori re first-level review of policies. | .50 | 142.50 |
| 10/26/20 | Colcock, S. | Begin drafting spreadsheet for tracking certain examples in policies for first-level document review. | .50 | 142.50 |
| 10/26/20 | Colcock, S. | First-level review of insurance policies (1 policy) for policy provisions and relevant language for analysis. [Indices 7.1.42.10 (66 pages)] | 2.40 | 684.00 |
| 10/26/20 | Colcock, S. | Revise spreadsheet tracking certain provisions and language in policies for first-level document review. | 3.40 | 969.00 |
| 10/26/20 | Colcock, S. | Revise policy review protocol in preparation for first-level document review. | .30 | 85.50 |
| 10/27/20 | Quinn, K. | Review and revise presentation re identified coverage issues. | 2.50 | 1,937.50 |
| 10/27/20 | Colcock, S. | Continue drafting spreadsheet for tracking certain language in policies for first-level document review. | 5.70 | 1,624.50 |
| 10/27/20 | Colcock, S. | Review state court dockets for status update on insurance-related issues. | .60 | 171.00 |
| 10/28/20 | Quinn, K. | Revise draft insurance presentation. | 2.00 | 1,550.00 |
| 10/28/20 | Quinn, K. | Present insurance information to Coalition and client (1.0); follow up with Coalition counsel re same (0.3). | 1.30 | 1,007.50 |

Invoice Number: 11321406
November 20, 2020

| Date | Name | Services | Hours | Amount |
|---|---|---|---|---|
| 10/28/20 | Quinn, K. | Continue preparing for presentation. | 2.00 | 1,550.00 |
| 10/28/20 | Neely, M. | Revise coverage presentation per questions and comments from K. Quinn. | 1.90 | 902.50 |
| 10/28/20 | Neely, M. | Review mediation order. | .30 | 142.50 |
| 10/28/20 | Neely, M. | Review protective order. | .70 | 332.50 |
| 10/28/20 | Neely, M. | Confer with Coalition re insurance issues. | 1.30 | 617.50 |
| 10/28/20 | Chalashtori, J. | Analyze issues re conference with Coalition, claims data for allocation, and next steps. | .20 | 71.00 |
| 10/28/20 | Chalashtori, J. | Analyze policy protocol and spreadsheets in preparation for policy review. | .50 | 177.50 |
| 10/28/20 | Colcock, S. | Continue drafting spreadsheet for tracking certain language in policies for first-level document review. | 4.40 | 1,254.00 |
| 10/28/20 | Colcock, S. | Review Rule 2019 verified statement of Coalition of Abused Scouts for Justice for counsel and member information for insurance-related purposes. | 1.10 | 313.50 |
| 10/29/20 | Quinn, K. | Correspond with M. Neely re requested claim information. | .10 | 77.50 |
| 10/29/20 | Chalashtori, J. | Analyze correspondence from insurers re coverage position. | 1.50 | 532.50 |
| 10/29/20 | Chalashtori, J. | Analyze issues related to protective order and acknowledgment. | .20 | 71.00 |
| 10/29/20 | Chalashtori, J. | Analyze issues related to claims information gathering and strategy. | .20 | 71.00 |
| 10/29/20 | Colcock, S. | Continue drafting spreadsheet for tracking certain examples in policies for first-level document review. | 6.40 | 1,824.00 |
| 10/29/20 | Colcock, S. | Revise policy tracking spreadsheet in preparation for first-level document review. | 1.10 | 313.50 |
| 10/30/20 | Quinn, K. | Revise draft client memorandum re strategy. | 4.00 | 3,100.00 |
| 10/30/20 | Chalashtori, J. | Analyze insurance relevant documents recently added to Datasite. | .20 | 71.00 |
| 10/30/20 | Chalashtori, J. | Analyze insurer correspondence re coverage positions. | .50 | 177.50 |
| 10/30/20 | Colcock, S. | Continue preparing spreadsheet for tracking certain provisions and language in policies for first-level document review. | 4.10 | 1,168.50 |
| 10/30/20 | Colcock, S. | Review 2019 D&O policy added to master tracking spreadsheet. | .90 | 256.50 |
| 10/30/20 | McGlinchey, P. | Review documents recently added to Datasite (0.4); draft summary re same (0.4). [783 documents] | .80 | 148.00 |

Invoice Number: 11321406
November 20, 2020

| Date | Name | Services | Hours | Amount |
|---|---|---|---:|---:|
| 10/30/20 | McGlinchey, P. | Initial review of policies on Datasite. [Indices 7.1.59.9.1 to 7.1.59.9.6] | 1.10 | 203.50 |
| | | **TOTAL CHARGEABLE HOURS** | **232.60** | |
| | | **TOTAL FEES** | | **$ 77,096.00** |

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Total |
|---|---:|---:|---:|
| Quinn, K. | 26.20 | 775.00 | 20,305.00 |
| Neely, M. | 28.10 | 475.00 | 13,347.50 |
| Grim, E. | 1.20 | 590.00 | 708.00 |
| Chalashtori, J. | 14.60 | 355.00 | 5,183.00 |
| Foster, G. | 32.80 | 185.00 | 6,068.00 |
| Colcock, S. | 74.90 | 285.00 | 21,346.50 |
| McGlinchey, P. | 54.80 | 185.00 | 10,138.00 |
| **TOTALS** | **232.60** | | **$ 77,096.00** |

**EXPENSE DETAILS**

| Date | Description | Task | Amount |
|---|---|---|---:|
| 10/14/20 | Conference Call / CourtCall / Kami Quinn / Attend Status Conference Hearing / 10/14/2020 | E105 | 132.75 |
| 10/14/20 | Conference Call / CourtCall / Meredith Neely / Attend Status Conference Hearing / 10/14/2020 | E105 | 59.25 |
| 10/31/20 | Westlaw | E106 | 121.77 |
| 10/31/20 | PACER | E106 | 45.30 |
| | **TOTAL EXPENSES** | | **$ 359.07** |
| | **TOTAL FEES AND EXPENSES FOR MATTER** | | **$ 77,455.07** |

Invoice Number: 11321406  
November 20, 2020

**FOR PROFESSIONAL SERVICES RENDERED through October 31, 2020**

**Retention / Fee Application**

| Date | Name | Services | Hours | Amount |
|---|---|---|---|---|
| 10/16/20 | Hudgins, M.C. | Draft fifth monthly fee application, notice, and exhibit. | .50 | 95.00 |
| 10/19/20 | Quinn, K. | Review draft fee application. | .30 | 232.50 |
| 10/19/20 | Hudgins, M.C. | Revise fifth monthly fee application and notice. | .30 | 57.00 |
| | | **TOTAL CHARGEABLE HOURS** | **1.10** | |
| | | **TOTAL FEES** | | **$ 384.50** |

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Quinn, K. | .30 | 775.00 | 232.50 |
| Hudgins, M.C. | .80 | 190.00 | 152.00 |
| **TOTALS** | **1.10** | | **$ 384.50** |
| | **TOTAL FEES AND EXPENSES FOR MATTER** | | **$ 384.50** |

Invoice Number: 11321406
November 20, 2020

**FOR PROFESSIONAL SERVICES RENDERED through October 31, 2020**

**Motions for Relief from Automatic Stay**

| Date | Name | Services | Hours | Amount |
|---|---|---|---:|---:|
| 10/13/20 | Quinn, K. | Review analysis re lift stay motion. | .10 | 77.50 |
| 10/30/20 | Quinn, K. | Review new lift stay filings. | .20 | 155.00 |
| | | **TOTAL CHARGEABLE HOURS** | **.30** | |
| | | **TOTAL FEES** | | **$ 232.50** |

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Total |
|---|---:|---:|---:|
| Quinn, K. | .30 | 775.00 | 232.50 |
| **TOTALS** | **.30** | | **$ 232.50** |
| | **TOTAL FEES AND EXPENSES FOR MATTER** | | **$ 232.50** |

Invoice Number: 11321406
November 20, 2020

**FOR PROFESSIONAL SERVICES RENDERED through October 31, 2020**

**Adversary Proceeding - Hartford Accident & Indemnity**

| Date | Name | Services | Hours | Amount |
|---|---|---|---|---|
| 10/05/20 | Neely, M. | Review insurer answers and extension orders. | 1.20 | 570.00 |
| 10/06/20 | Neely, M. | Review complaint, answers, motion for stay and motions for extension of time to answer. | .70 | 332.50 |
| | | **TOTAL CHARGEABLE HOURS** | **1.90** | |
| | | **TOTAL FEES** | | **$ 902.50** |

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Neely, M. | 1.90 | 475.00 | 902.50 |
| **TOTALS** | **1.90** | | **$ 902.50** |
| | **TOTAL FEES AND EXPENSES FOR MATTER** | | **$ 902.50** |
| | **TOTAL FEES AND EXPENSES** | | **$ 78,974.57** |