# EXHIBIT B

**EXPENSES**
**October 1, 2020 - October 31, 2020**

| Date | Description | Amount |
|---|---|---|
| 10/14/2020 | Conference Call / CourtCall / Kami Quinn / Attend Status Conference Hearing / 10/14/2020 | $132.75 |
| 10/14/2020 | Conference Call / CourtCall / Meredith Neely / Attend Status Conference Hearing / 10/14/2020 | $59.25 |
| 10/31/2020 | Westlaw | $121.77 |
| 10/31/2020 | PACER | $45.30 |
| | | $359.07 |