# **EXHIBIT A**

26806555.3



# INVOICE

Ankura Consulting Group LLC
PO Box 74007043
Chicago, IL 60674-7043

| Date | Invoice Number |
|---|---|
| 10/27/2020 | CI-020492 |

| Payment Terms | Due Date |
|---|---|
| Net 30 | 11/26/2020 |

| FEIN NO.: | 47-2435218 |
|---|---|

| Bill To: | Project Information: | |
|---|---|---|
| Young Conaway Stargatt & Taylor, LLP<br>1100 North Market Street<br>Wilmington, DE 19801<br>United States of America | Project Name: | P-001551 FCR for Boy Scouts of America Bankruptcy Proceedings |
| | Project Number: | P-001551 |
| | PO Number: | |

Professional Services rendered for period ending September 30, 2020 .

| | | |
|---|---|---|
| **Net Amount:** | | 74,475.45 |
| **Tax:** | | |
| **Total Invoice Amount:** | USD | 74,475.45 |

For Billing questions, please contact ankurainvoice@ankura.com.
For wire and ACH payment questions, please contact accounting@ankura.com

**Remittance Information:**

**Remittance Instructions**

Please call Philip Irvine at (202) 797-1111 for questions or bank wire instructions.

Please make checks/wires payable to 'Ankura Consulting Group, LLC'.

Please include the invoice number and/or Ankura Prjoect Code to your remittance to ensure prompt application of funds.

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*



|  |  | Project #: | P-001551 |
|---|---|---|---|
|  |  | Invoice Date: | 10/27/2020 |
|  |  | Invoice Number: | CI-020492 |
|  |  | Professional Services Through: | September 2020 |

*Professional Services - Summary By Person*

| Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| John Ciancanelli | Senior Managing Director | 750.00 | 16.0 | $ 12,000.00 |
| Thomas Vasquez | Senior Managing Director | 750.00 | 19.0 | $ 14,250.00 |
| Nicholas Deluca | Senior Managing Director | 500.00 | 21.9 | $ 10,950.00 |
| Matthew Burkett | Senior Director | 350.00 | 21.6 | $ 7,560.00 |
| Tim Lubbe | Senior Director | 350.00 | 26.5 | $ 9,275.00 |
| Annabel Maschal | Senior Associate | 265.00 | 9.1 | $ 2,411.50 |
| Connor Cosenza | Senior Associate | 265.00 | 44.6 | $ 11,819.00 |
| Autumn McCusker | Associate | 175.00 | 35.4 | $ 6,195.00 |
| **Total** |  |  | **194.1** | **$ 74,460.50** |



| | | | | Project #: | P-001551 |
|---|---|---|---|---|---|
| | | | | Invoice Date: | 10/27/2020 |
| | | | | Invoice Number: | CI-020492 |
| | | | | Professional Services Through: | September 2020 |

*Time Detail by Phase*

**Phase B007**

| Phase | Task | Date | Name | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Actuarial and other Analyses | Reporting | 8/4/2020 | Nicholas Deluca | POC review | 0.8 | $ 400.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/10/2020 | John Ciancanelli | Internal discussions, call with counsel, document review. | 3.4 | $ 2,550.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/10/2020 | Tim Lubbe | Project Calls | 0.7 | $ 245.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/11/2020 | John Ciancanelli | Document review | 0.4 | $ 300.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/11/2020 | Thomas Vasquez | Claims analysis | 3.0 | $ 2,250.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/11/2020 | Tim Lubbe | Project Research - Review of Documents | 2.1 | $ 735.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/11/2020 | Tim Lubbe | Review of Financial Statements and Annex Schedule | 1.9 | $ 665.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/12/2020 | John Ciancanelli | Document review, analysis of financial statements, internal discussions. | 4.6 | $ 3,450.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/12/2020 | Thomas Vasquez | Claims analysis | 3.0 | $ 2,250.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/12/2020 | Nicholas Deluca | Status call. Forecast research | 1.3 | $ 650.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/12/2020 | Tim Lubbe | Project Emails | 1.2 | $ 420.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/12/2020 | Tim Lubbe | Financial Statement Analysis related to Questions from Counsel | 3.3 | $ 1,155.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/12/2020 | Tim Lubbe | Project Emails/Response to Counsel | 1.3 | $ 455.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/12/2020 | Tim Lubbe | Review of Key Documents | 2.2 | $ 770.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/12/2020 | Connor Cosenza | Litigation Research | 0.2 | $ 53.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/13/2020 | John Ciancanelli | Document review | 0.4 | $ 300.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/13/2020 | Nicholas Deluca | Forecast review | 1.6 | $ 800.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/13/2020 | Tim Lubbe | Project Discussion and Correspondence | 1.5 | $ 525.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/13/2020 | Tim Lubbe | Preparation of Financial Schedules | 3.8 | $ 1,330.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/13/2020 | Connor Cosenza | Litigation Research | 5.7 | $ 1,510.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/13/2020 | Autumn McCusker | Meeting with N. Deluca and C.Cosenza | 0.6 | $ 105.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/13/2020 | Autumn McCusker | Litigation Research | 6.4 | $ 1,120.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/14/2020 | John Ciancanelli | Model review, document review and analysis. | 4.4 | $ 3,300.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/14/2020 | Nicholas Deluca | Forecast review | 2.0 | $ 1,000.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/14/2020 | Tim Lubbe | Project Discussion and Review of Project Deliverables | 2.5 | $ 875.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/14/2020 | Connor Cosenza | SOL Research | 5.7 | $ 1,510.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/14/2020 | Autumn McCusker | Litigation Research | 6.4 | $ 1,120.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/17/2020 | Thomas Vasquez | Eligibility for Futures | 2.5 | $ 1,875.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/17/2020 | Nicholas Deluca | Forecast review | 2.2 | $ 1,100.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/17/2020 | Connor Cosenza | Litigation Research | 1.0 | $ 265.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/18/2020 | Nicholas Deluca | Claims forecast | 1.6 | $ 800.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/18/2020 | Matthew Burkett | SOL research and data analysis | 5.1 | $ 1,785.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/18/2020 | Connor Cosenza | SOL and Litigation Research | 1.4 | $ 371.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/18/2020 | Connor Cosenza | Model Development | 3.7 | $ 980.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/18/2020 | Autumn McCusker | Litigation Research | 5.0 | $ 875.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/19/2020 | Thomas Vasquez | Eligibility for Futures | 3.0 | $ 2,250.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/19/2020 | Nicholas Deluca | Forecast split | 1.5 | $ 750.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/19/2020 | Matthew Burkett | Internal team meeting; data analysis of SOL factors; write memo summarizing analysis findings | 3.7 | $ 1,295.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/19/2020 | Annabel Maschal | SOL Research | 2.7 | $ 715.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/19/2020 | Connor Cosenza | Model Development | 2.4 | $ 636.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/19/2020 | Autumn McCusker | Meeting and litigation research | 1.5 | $ 262.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/20/2020 | Thomas Vasquez | Eligibility for Futures | 3.5 | $ 2,625.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/20/2020 | Nicholas Deluca | Forecast split | 1.3 | $ 650.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/20/2020 | Matthew Burkett | SOL analysis; | 3.7 | $ 1,295.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/20/2020 | Annabel Maschal | SOL Research | 1.5 | $ 397.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/20/2020 | Connor Cosenza | Model Development | 2.3 | $ 609.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/20/2020 | Autumn McCusker | Meeting and litigation research. | 1.0 | $ 175.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/21/2020 | Nicholas Deluca | Forecast split | 1.6 | $ 800.00 |



|  |  |  |  | Project #: | P-001551 |
|---|---|---|---|---|---|
|  |  |  |  | Invoice Date: | 10/27/2020 |
|  |  |  |  | Invoice Number: | CI-020492 |
|  |  |  |  | Professional Services Through: | September 2020 |

*Time Detail by Phase*

| Phase B007 | Task | Date | Name | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/21/2020 | Matthew Burkett | Internal status meeting; data analysis re: SOL; research on repressed memory implications | 4.7 | $ 1,645.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/21/2020 | Annabel Maschal | SOL Research | 3.3 | $ 874.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/21/2020 | Connor Cosenza | Exploratory Claim Analysis | 3.8 | $ 1,007.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/21/2020 | Autumn McCusker | Litigation research. | 1.0 | $ 175.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/24/2020 | Nicholas Deluca | Forecast split | 2.1 | $ 1,050.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/24/2020 | Matthew Burkett | Internal status call; repressed memory research; claimant data analysis; | 2.1 | $ 735.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/24/2020 | Annabel Maschal | QC'd SOL Research | 1.6 | $ 424.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/24/2020 | Connor Cosenza | SOL Research (0.4) Data Cleaning (5.6) | 6.0 | $ 1,590.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/24/2020 | Autumn McCusker | Meeting and litigation research. | 5.5 | $ 962.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/25/2020 | Nicholas Deluca | Forecast split | 2.0 | $ 1,000.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/25/2020 | Matthew Burkett | Internal status call; repressed memory research; claimant data analysis; | 1.2 | $ 420.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/25/2020 | Connor Cosenza | Data Cleaning (2.3) New Claims Analysis (4.4) | 6.7 | $ 1,775.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/25/2020 | Autumn McCusker | Litigation Research | 2.5 | $ 437.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/26/2020 | Thomas Vasquez | Claim review | 2.5 | $ 1,875.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/26/2020 | Nicholas Deluca | Forecast split | 3.1 | $ 1,550.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/26/2020 | Nicholas Deluca | Status call | 0.4 | $ 200.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/26/2020 | Matthew Burkett | Internal status call; repressed memory research; claimant data analysis; | 1.1 | $ 385.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/26/2020 | Connor Cosenza | Literature Research | 5.7 | $ 1,510.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/26/2020 | Autumn McCusker | Litigation Research. | 5.5 | $ 962.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 9/1/2020 | Thomas Vasquez | Claims analysis | 1.5 | $ 1,125.00 |
| Actuarial and other Analyses | Reporting | 9/9/2020 | Nicholas Deluca | Status call | 0.4 | $ 200.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 9/28/2020 | John Ciancanelli | Review documents | 2.5 | $ 1,875.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 9/28/2020 | John Ciancanelli | Call with Tim Lubbe | 0.3 | $ 225.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 9/29/2020 | Tim Lubbe | Data Retrieval and Review | 3.5 | $ 1,225.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 9/30/2020 | Tim Lubbe | Data Review of Local Council Information | 2.5 | $ 875.00 |
| **Actuarial and other Analyses Total** |  |  |  |  | **194.1** | **$ 74,460.50** |
| **Grand Total** |  |  |  |  | **194.1** | **$ 74,460.50** |

4