# **EXHIBIT B**



|  |  |
|---|---|
| Project #: | P-001551 |
| Invoice Date: | 10/27/2020 |
| Invoice Number: | CI-020492 |
| Professional Services Through: | September 2020 |

*Expense Detail by Date*

| Date | Name | Category | Expense Description | Amount |
|---|---|---|---|---|
| 8/26/2020 | Autumn McCusker | Subscriptions | Research | $ 14.95 |
| **Total** | | | | **$ 14.95** |