# **EXHIBIT A**

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600  
(800) 253-2234 (DE ONLY)  
TAX I.D. NO. 51-0082644  
(302) 571-1253 FAX  
www.ycst.com

Writer's Direct Dial  
(302) 571-6703  

Writer's E-Mail  
eharron@ycst.com

Young Conaway  
Rodney Square  
1000 North King Street  
Wilmington, DE 19801

Invoice Date:      November 19, 2020  
Invoice Number:           50019446  
Matter Number:          077494.1001

Re: Boy Scouts of America and Delaware BSA
    For the period ending October 31, 2020

**CURRENT INVOICE**

| | |
|---|---:|
| Professional Services | $ 48,820.50 |
| Disbursements | $ 782.00 |
| Total Due This Invoice | $ 49,602.50 |

| | | | | | |
|---|---|---|---|---|---|
| Patton, James L., Jr., Future Claimants' Representative | | | Invoice Date: | | November 19, 2020 |
| | | | Invoice Number: | | 50019446 |
| | | | Matter Number: | | 077494.1001 |

**Time Detail**

**Task Code:**     B001          Case Administration

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/01/20 | LEDEN | Review 9/3020 docket report from C. Cathcart re: recently-filed pleadings | 0.10 | 295.00 | 29.50 |
| 10/01/20 | CCATH | Update critical dates calendar | 0.10 | 295.00 | 29.50 |
| 10/05/20 | CCATH | Prepare and circulate critical dates calendar | 0.10 | 295.00 | 29.50 |
| 10/06/20 | LEDEN | Review updated critical dates memo as of 10/5/20 | 0.10 | 295.00 | 29.50 |
| 10/06/20 | CCATH | Update critical dates calendar | 0.10 | 295.00 | 29.50 |
| 10/07/20 | CCATH | Email to K. Yee (Pachulski) re: unredacted copy of D.J.S.'s notice of address change | 0.20 | 295.00 | 59.00 |
| 10/07/20 | CCATH | Update critical dates calendar | 0.10 | 295.00 | 29.50 |
| 10/08/20 | CCATH | Update critical dates calendar | 0.10 | 295.00 | 29.50 |
| 10/09/20 | CCATH | Update critical dates calendar | 0.20 | 295.00 | 59.00 |
| 10/12/20 | CCATH | Prepare and circulate critical dates calendar | 0.40 | 295.00 | 118.00 |
| 10/13/20 | LEDEN | Review 10/12 critical dates memo from C. Cathcart | 0.10 | 295.00 | 29.50 |
| 10/13/20 | LEDEN | Review 10/9 and 10/12/20 docket reports from C. Cathcart re: recently-filed pleadings | 0.10 | 295.00 | 29.50 |
| 10/14/20 | LEDEN | Review 10/14/20 docket report from C. Cathcart re: recently-filed pleadings | 0.10 | 295.00 | 29.50 |
| 10/15/20 | CCATH | Update critical dates calendar | 0.10 | 295.00 | 29.50 |
| 10/16/20 | CCATH | Update critical dates calendar | 0.10 | 295.00 | 29.50 |
| 10/19/20 | CCATH | Prepare and circulate critical dates calendar | 0.10 | 295.00 | 29.50 |
| 10/19/20 | EHARR | Review YCST task list | 0.30 | 970.00 | 291.00 |
| 10/19/20 | AMIEL | Emails with UST re: transcript request | 0.10 | 490.00 | 49.00 |
| 10/20/20 | LEDEN | Review incoming correspondence; update electronic files re: same | 0.10 | 295.00 | 29.50 |
| 10/20/20 | CCATH | Update critical dates calendar | 0.10 | 295.00 | 29.50 |
| 10/21/20 | LEDEN | Review 10/20/20 docket report re: recently-filed pleadings | 0.10 | 295.00 | 29.50 |
| 10/21/20 | CCATH | Update critical dates calendar | 0.10 | 295.00 | 29.50 |
| 10/22/20 | LEDEN | Review 10/21/20 docket report re: recently-filed pleadings | 0.10 | 295.00 | 29.50 |
| 10/23/20 | CCATH | Update critical dates calendar | 0.10 | 295.00 | 29.50 |

| | | | | | |
|---|---|---|---|---|---|
| Patton, James L., Jr., Future Claimants' Representative | | | Invoice Date: | | November 19, 2020 |
| | | | Invoice Number: | | 50019446 |
| | | | Matter Number: | | 077494.1001 |

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 10/27/20 | LEDEN | Review 10/27/20 critical dates memo from C. Cathcart re: upcoming deadlines and hearing dates | 0.10 | 295.00 | 29.50 |
| 10/27/20 | CCATH | Prepare and circulate critical dates calendar | 0.10 | 295.00 | 29.50 |
| 10/28/20 | CCATH | Update critical dates calendar | 0.10 | 295.00 | 29.50 |
| 10/29/20 | LEDEN | Review 10/28/20 docket report re: recently-filed pleadings | 0.10 | 295.00 | 29.50 |
| 10/29/20 | CCATH | Update critical dates calendar | 0.10 | 295.00 | 29.50 |
| 10/30/20 | CCATH | Update critical dates calendar | 0.10 | 295.00 | 29.50 |
| | | **Total** | **3.70** | | **1,313.50** |

**Task Code:**   B002   Court Hearings

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 10/12/20 | CCATH | Preparations for 10/14/20 hearing | 1.60 | 295.00 | 472.00 |
| 10/12/20 | RBRAD | Review amended agenda and certain related issues | 0.20 | 1,025.00 | 205.00 |
| 10/13/20 | CCATH | Preparations for 10/14/20 hearing | 1.00 | 295.00 | 295.00 |
| 10/14/20 | RBRAD | Attend omnibus hearing (6.0); follow-up correspondence with M. Linder re: same (.2) | 6.20 | 1,025.00 | 6,355.00 |
| 10/14/20 | EHARR | Attend omnibus hearing | 3.50 | 970.00 | 3,395.00 |
| 10/14/20 | RBRAD | Preparation for omnibus hearing including reading recently-filed pleadings | 0.90 | 1,025.00 | 922.50 |
| 10/14/20 | CCATH | Preparations for 10/14/20 hearing | 0.10 | 295.00 | 29.50 |
| 10/16/20 | EHARR | Attend telephonic hearing re: Coalition 2019 ruling | 0.50 | 970.00 | 485.00 |
| 10/16/20 | CCATH | Preparations for 10/16/20 hearing | 0.30 | 295.00 | 88.50 |
| 10/16/20 | RBRAD | Attend hearing re: bench rulings on pending motions | 0.50 | 1,025.00 | 512.50 |
| 10/22/20 | CCATH | Set up telephonic appearances at 10/23/20 status conference | 0.20 | 295.00 | 59.00 |
| | | **Total** | **15.00** | | **12,819.00** |

**Task Code:**   B003   Cash Collateral/DIP Financing

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 10/18/20 | RBRAD | Review revised stipulation re: extending challenge deadline in cash collateral order | 0.20 | 1,025.00 | 205.00 |

Patton, James L., Jr., Future Claimants' Representative  
Invoice Date: November 19, 2020  
Invoice Number: 50019446  
Matter Number: 077494.1001

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/19/20 | RBRAD | Review further revised stipulation extending challenge deadline in cash collateral order and correspondence with counsel to the Debtors, JPM, TCC, and UCC re: same | 0.70 | 1,025.00 | 717.50 |
| 10/20/20 | RBRAD | Review notice of filed stipulation extending challenge period | 0.10 | 1,025.00 | 102.50 |
| | | **Total** | **1.00** | | **1,025.00** |

**Task Code:** B006  Use, Sale or Lease of Property (363 issues)

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/06/20 | JKOCH | Call with R. Brady, J. Ciancanelli, and T. Lubbe re: asset analysis | 0.30 | 400.00 | 120.00 |
| | | **Total** | **0.30** | | **120.00** |

**Task Code:** B007  Claims Analysis, Objections and Resolutions

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/01/20 | RBRAD | Review TCC and Coalition motions to amend or supplement the bar date order and conference with E. Harron re: same | 0.60 | 1,025.00 | 615.00 |
| 10/06/20 | RBRAD | Summarize for J. Patton the TCC and Coalition's motions to supplement the bar date and issues/strategy re: same | 0.40 | 1,025.00 | 410.00 |
| 10/07/20 | EHARR | Call with J. Patton, R. Brady, and A. Brockman re: claims forecast | 0.30 | 970.00 | 291.00 |
| 10/07/20 | RBRAD | Review local council responses to TCC Rule 2004 motion | 0.80 | 1,025.00 | 820.00 |
| 10/07/20 | JPATT | Call with E. Harron, R. Brady, and A Brocman re: bar date issues and status of additional claims for analysis | 0.20 | 1,400.00 | 280.00 |
| 10/07/20 | RBRAD | Conference call with J. Patton, E. Harron, and A. Brockman re: bar date issues and status of additional claims information for analysis | 0.20 | 1,025.00 | 205.00 |
| 10/07/20 | CCATH | Request register of abuse survivor claims from Omni | 0.20 | 295.00 | 59.00 |
| 10/07/20 | RBRAD | Review UST's response to TCC and Coalition motions to supplement or amend the bar date | 0.30 | 1,025.00 | 307.50 |
| 10/10/20 | EHARR | Emails with M. Blacker re: updated claims data | 0.20 | 970.00 | 194.00 |

| Patton, James L., Jr., Future Claimants' Representative | Invoice Date: | November 19, 2020 |
| --- | --- | --- |
| | Invoice Number: | 50019446 |
| | Matter Number: | 077494.1001 |

| Date | Initials | Description | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| 10/11/20 | RBRAD | Review TCC objection to Coalition motion to amend bar date order and Debtors' omnibus reply in connection with TCC and Coalition's motions to supplement or amend bar date order | 0.70 | 1,025.00 | 717.50 |
| 10/12/20 | RBRAD | Review Century objection to Coalition motion re: amending bar date | 0.20 | 1,025.00 | 205.00 |
| 10/16/20 | CCATH | Coordinate execution of confidentiality agreements re: abuse claims database and return to debtors | 0.80 | 295.00 | 236.00 |
| 10/19/20 | CCATH | Search file for confidentiality agreements per request of E. Harron | 0.10 | 295.00 | 29.50 |
| 10/20/20 | RBRAD | Review order approving Coalition motion to supplement bar date order re: execution of proof of claim form by authorized party under BR 3001(b) | 0.10 | 1,025.00 | 102.50 |
| 10/22/20 | RBRAD | Review revised order on Coalition compliance with Rule 2019 disclosures | 0.10 | 1,025.00 | 102.50 |
| | | **Total** | **5.20** | | **4,574.50** |

**Task Code:** B008    Meetings

| Date | Initials | Description | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| 10/20/20 | RBRAD | Meet with FCR, E. Harron, and S. Zieg re: case issues, updates and strategy | 0.20 | 1,025.00 | 205.00 |
| | | **Total** | **0.20** | | **205.00** |

**Task Code:** B009    Stay Relief Matters

| Date | Initials | Description | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| 10/31/20 | RBRAD | Review motions to approve settlements with Wilson and Worley and to lift automatic stay to allow payments from insurance and correspondence from Coalition counsel re: same | 0.80 | 1,025.00 | 820.00 |
| | | **Total** | **0.80** | | **820.00** |

**Task Code:** B011    Other Adversary Proceedings

| Date | Initials | Description | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| 10/11/20 | RBRAD | Review Greater St. Louis Council response to TCC Rule 2004 motion | 0.20 | 1,025.00 | 205.00 |

| | | Patton, James L., Jr., Future Claimants' Representative | Invoice Date: | | November 19, 2020 |
|---|---|---|---|---|---|
| | | | Invoice Number: | | 50019446 |
| | | | Matter Number: | | 077494.1001 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/11/20 | RBRAD | Review Century motion to compel depositions of Tim Kosnoff and Andrew Van Arsdale and review Coalition objection thereto (.7); review motion for protective order filed by T. Kosnoff and A. Van Arsdale (.2) | 0.90 | 1,025.00 | 922.50 |
| 10/13/20 | EHARR | Review TCC's reply re: Rule 2004 discovery of councils | 0.20 | 970.00 | 194.00 |
| 10/16/20 | RBRAD | Review and comment on draft complaint and correspondence with and teleconference with FCR re: prepetition bank liens | 3.20 | 1,025.00 | 3,280.00 |
| 10/16/20 | RBRAD | Conference call with counsel to the UCC and TCC re: draft complaint and terms of extension of investigation deadline with JP Morgan | 0.90 | 1,025.00 | 922.50 |
| 10/20/20 | SZIEG | Teleconference with E. Harron, R. Brady, and J. Patton re: pending tasks and strategies | 0.10 | 835.00 | 83.50 |
| 10/27/20 | RBRAD | Review TCC's re-notice of motion pursuant to Rule 2004 to issue subpoenas to Debtors and certain Local Councils | 0.10 | 1,025.00 | 102.50 |
| 10/30/20 | JPATT | Review materials re: mediation | 1.80 | 1,400.00 | 2,520.00 |
| | | **Total** | **7.40** | | **8,230.00** |

**Task Code:**   B012   Plan and Disclosure Statement

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/01/20 | EHARR | Review TCC's mediation insurance brief | 1.20 | 970.00 | 1,164.00 |
| 10/06/20 | RBRAD | Review TCC mediation brief on BSA assets (1.2) and conference call with Ankura re: analysis of Local Council assets (.6) | 1.80 | 1,025.00 | 1,845.00 |
| 10/07/20 | EHARR | Call with K. Quinn, M. Neely, and R. Brady re: insurance due diligence | 0.50 | 970.00 | 485.00 |
| 10/07/20 | JPATT | Review settlement negotiation status and recent filings | 0.80 | 1,400.00 | 1,120.00 |
| 10/11/20 | RBRAD | Review Coalition's supplemental brief in support of Amended Rule 2019 statement and request to participate as a mediation prty (.6); review amended Rule 2019 statement filed by the Coalition (.2) | 0.80 | 1,025.00 | 820.00 |

| | | Patton, James L., Jr., Future Claimants' Representative | Invoice Date: | | November 19, 2020 |
| | | | Invoice Number: | | 50019446 |
| | | | Matter Number: | | 077494.1001 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/13/20 | RBRAD | Review mediators' statement re: Coalition motion to participate as a mediation prty | 0.10 | 1,025.00 | 102.50 |
| 10/13/20 | EHARR | Review Hartford's objection to Coalition's 2019 motion | 0.50 | 970.00 | 485.00 |
| 10/14/20 | JPATT | Review open issues re: mediation and participation of parties and strategy | 1.10 | 1,400.00 | 1,540.00 |
| 10/15/20 | RBRAD | Review correspondence from M. Linder re: request to participate in mediation and correspondence with J. Patton re: same | 0.20 | 1,025.00 | 205.00 |
| 10/15/20 | RBRAD | Conference call with M. Andolina, J. Boelter and E. Harron re: case mediation | 0.60 | 1,025.00 | 615.00 |
| 10/17/20 | RBRAD | Correspondence with M. Andolina and D. Abbott re: mediation issues | 0.40 | 1,025.00 | 410.00 |
| 10/18/20 | RBRAD | Review transcript from hearing to review confidentiality concern raised by Court in connection with ruling on Coalition motion to be designated a mediation prty (.4) and correspondence with E. Harron re: same (.1) | 0.50 | 1,025.00 | 512.50 |
| 10/19/20 | RBRAD | Conference call with K. Quinn and E. Harron re: request for information from Coalition (.3); conference with E. Harron re: same (.2) follow-up email with M. Andolina and J. Boelter re: same (.1) | 0.60 | 1,025.00 | 615.00 |
| 10/19/20 | RBRAD | Review revised draft complaint and correspondence with counsel to the UCC and TCC re: same (.9) review correspondence with TCC counsel re: same (.2) and correspondence with mMediators re: same (.1) | 1.20 | 1,025.00 | 1,230.00 |
| 10/20/20 | RBRAD | Correspondence with M. Andolina and K. Quinn re: Coalition request for information upon becoming mediation prty | 0.20 | 1,025.00 | 205.00 |
| 10/20/20 | RBRAD | Review Coalition letter to Court re: typographical error in hearing transcript on Coalition motion to be a mediation prty | 0.10 | 1,025.00 | 102.50 |
| 10/20/20 | EHARR | Call with J. Patton S. Zieg and R. Brady re: case strategy and work plan | 0.10 | 970.00 | 97.00 |
| 10/21/20 | RBRAD | Conference with and correspondence with E. Harron re: Coalition request for information | 0.20 | 1,025.00 | 205.00 |

Patton, James L., Jr., Future Claimants' Representative  
Invoice Date: November 19, 2020  
Invoice Number: 50019446  
Matter Number: 077494.1001

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/21/20 | JPATT | Review mediation strategy and open issues | 1.80 | 1,400.00 | 2,520.00 |
| 10/21/20 | EHARR | Call with S. Belville re: due diligence | 0.30 | 970.00 | 291.00 |
| 10/22/20 | RBRAD | Review and consider revisions to Coalition motion to participate as a mediation party and correspondence with Insurers and TCC re: same (.3); review comments from Century and further correspondence re: same (.2); review correspondence from Coalition re: status conference with Court (.2) | 0.70 | 1,025.00 | 717.50 |
| 10/24/20 | RBRAD | Review Coalition request for mediation materials and correspondence with E. Harron re: same | 0.20 | 1,025.00 | 205.00 |
| 10/26/20 | CCATH | Assist with response to Coalition's request for mediation materials | 0.10 | 295.00 | 29.50 |
| 10/28/20 | EHARR | Call with Coalition re: trust funding analysis | 1.10 | 970.00 | 1,067.00 |
| 10/28/20 | RBRAD | Conference call with Coalition members and FCR advisors re: Debtors' insurance program and related follow-up issues (1.2); correspondence with Coalition counsel re: FCR mediation submissions (.2); follow-up correspondence with Coalition counsel re: survivor claim information (.1) | 1.50 | 1,025.00 | 1,537.50 |
| 10/30/20 | RBRAD | Correspondence to counsel to Church of Jesus Christ of Latter-day Saints re: FCR mediation statement | 0.20 | 1,025.00 | 205.00 |
| | | Total | 16.80 | | 18,331.00 |

**Task Code:** B017    Retention of Professionals/Fee Issues

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/06/20 | LEDEN | File and serve certificate of no objection re: FCR/YCST's monthly fee statement for August 2020 | 0.30 | 295.00 | 88.50 |
| 10/06/20 | LEDEN | Draft certificate of no objection re: Gilbert's August fee statement | 0.20 | 295.00 | 59.00 |
| 10/06/20 | LEDEN | File and serve certificate of no objection re: Gilbert's monthly fee statement for August 2020 | 0.20 | 295.00 | 59.00 |
| 10/07/20 | LEDEN | Email to C. Binggeli re: YCST and Gilbert retention balances | 0.10 | 295.00 | 29.50 |
| 10/19/20 | CCATH | Draft third supplemental declaration in support of YCST retention | 0.40 | 295.00 | 118.00 |

Patton, James L., Jr., Future Claimants' Representative

Invoice Date: November 19, 2020
Invoice Number: 50019446
Matter Number: 077494.1001

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/22/20 | LEDEN | Finalize, file and serve Gilbert's monthly fee statement for September 2020 | 0.50 | 295.00 | 147.50 |
| 10/22/20 | LEDEN | Draft certificate of service re: YCST's September monthly fee statement | 0.10 | 295.00 | 29.50 |
| 10/22/20 | LEDEN | Draft certificate of service re: Gilbert's September monthly fee statement | 0.10 | 295.00 | 29.50 |
| 10/28/20 | LEDEN | Review Ankura's fee invoice for August-September; email E. Harron and S. Zieg re: same | 0.20 | 295.00 | 59.00 |
| 10/29/20 | LEDEN | Review status of Ankura's monthly fee statements; prepare chart re: same (divided among multiple clients) | 0.20 | 295.00 | 59.00 |
| | | **Total** | **2.30** | | **678.50** |

**Task Code:**   B018   Fee Application Preparation

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/12/20 | EHARR | Review and edit draft YCST September fee statement re: fee application preparation | 0.30 | 970.00 | 291.00 |
| 10/14/20 | LEDEN | Draft combined monthly fee statement for September 2020 | 0.80 | 295.00 | 236.00 |
| 10/20/20 | LEDEN | Send follow-up email to working group re: monthly fee statement for September 2020 | 0.10 | 295.00 | 29.50 |
| 10/22/20 | LEDEN | Finalize, file and serve FCR/YCST's monthly fee statement for September 2020 | 0.50 | 295.00 | 147.50 |
| | | **Total** | **1.70** | | **704.00** |

Patton, James L., Jr., Future Claimants' Representative

| | | Invoice Date: | November 19, 2020 |
| | | Invoice Number: | 50019446 |
| | | Matter Number: | 077494.1001 |

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| AMIEL | Allison S. Mielke | Associate | 0.10 | 490.00 | 49.00 |
| CCATH | Casey Cathcart | Paralegal | 7.10 | 295.00 | 2,094.50 |
| EHARR | Edwin J. Harron | Partner | 9.00 | 970.00 | 8,730.00 |
| JPATT | James L. Patton Jr | Partner | 5.70 | 1,400.00 | 7,980.00 |
| JKOCH | Jared W. Kochenash | Associate | 0.30 | 400.00 | 120.00 |
| LEDEN | Lisa M. Eden | Paralegal | 4.30 | 295.00 | 1,268.50 |
| RBRAD | Robert S. Brady | Partner | 27.80 | 1,025.00 | 28,495.00 |
| SZIEG | Sharon M. Zieg | Partner | 0.10 | 835.00 | 83.50 |
| **Total** | | | **54.40** | | **$48,820.50** |

Patton, James L., Jr., Future Claimants' Representative

| | Invoice Date: | November 19, 2020 |
|---|---|---|
| | Invoice Number: | 50019446 |
| | Matter Number: | 077494.1001 |

**Task Summary**

**Task Code:B001**  **Case Administration**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Edwin J. Harron | Partner | 0.30 | 970.00 | 291.00 |
| Allison S. Mielke | Associate | 0.10 | 490.00 | 49.00 |
| Casey Cathcart | Paralegal | 2.30 | 295.00 | 678.50 |
| Lisa M. Eden | Paralegal | 1.00 | 295.00 | 295.00 |
| **Total** | | **3.70** | | **1,313.50** |

**Task Code:B002**  **Court Hearings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Edwin J. Harron | Partner | 4.00 | 970.00 | 3,880.00 |
| Robert S. Brady | Partner | 7.80 | 1,025.00 | 7,995.00 |
| Casey Cathcart | Paralegal | 3.20 | 295.00 | 944.00 |
| **Total** | | **15.00** | | **12,819.00** |

**Task Code:B003**  **Cash Collateral/DIP Financing**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Robert S. Brady | Partner | 1.00 | 1,025.00 | 1,025.00 |
| **Total** | | **1.00** | | **1,025.00** |

**Task Code:B006**  **Use, Sale or Lease of Property (363 issues)**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Jared W. Kochenash | Associate | 0.30 | 400.00 | 120.00 |
| **Total** | | **0.30** | | **120.00** |

**Task Code:B007**  **Claims Analysis, Objections and Resolutions**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Edwin J. Harron | Partner | 0.50 | 970.00 | 485.00 |
| James L. Patton Jr | Partner | 0.20 | 1,400.00 | 280.00 |
| Robert S. Brady | Partner | 3.40 | 1,025.00 | 3,485.00 |
| Casey Cathcart | Paralegal | 1.10 | 295.00 | 324.50 |
| **Total** | | **5.20** | | **4,574.50** |

**Task Code:B008**  **Meetings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Robert S. Brady | Partner | 0.20 | 1,025.00 | 205.00 |
| **Total** | | **0.20** | | **205.00** |

Patton, James L., Jr., Future Claimants' Representative

| | |
|---|---|
| Invoice Date: | November 19, 2020 |
| Invoice Number: | 50019446 |
| Matter Number: | 077494.1001 |

**Task Code:B009**     **Stay Relief Matters**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Robert S. Brady | Partner | 0.80 | 1,025.00 | 820.00 |
| **Total** | | **0.80** | | **820.00** |

**Task Code:B011**     **Other Adversary Proceedings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Edwin J. Harron | Partner | 0.20 | 970.00 | 194.00 |
| James L. Patton Jr | Partner | 1.80 | 1,400.00 | 2,520.00 |
| Robert S. Brady | Partner | 5.30 | 1,025.00 | 5,432.50 |
| Sharon M. Zieg | Partner | 0.10 | 835.00 | 83.50 |
| **Total** | | **7.40** | | **8,230.00** |

**Task Code:B012**     **Plan and Disclosure Statement**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Edwin J. Harron | Partner | 3.70 | 970.00 | 3,589.00 |
| James L. Patton Jr | Partner | 3.70 | 1,400.00 | 5,180.00 |
| Robert S. Brady | Partner | 9.30 | 1,025.00 | 9,532.50 |
| Casey Cathcart | Paralegal | 0.10 | 295.00 | 29.50 |
| **Total** | | **16.80** | | **18,331.00** |

**Task Code:B017**     **Retention of Professionals/Fee Issues**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Casey Cathcart | Paralegal | 0.40 | 295.00 | 118.00 |
| Lisa M. Eden | Paralegal | 1.90 | 295.00 | 560.50 |
| **Total** | | **2.30** | | **678.50** |

**Task Code:B018**     **Fee Application Preparation**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Edwin J. Harron | Partner | 0.30 | 970.00 | 291.00 |
| Lisa M. Eden | Paralegal | 1.40 | 295.00 | 413.00 |
| **Total** | | **1.70** | | **704.00** |