# **<u>EXHIBIT B</u>**

26437925.6

Patton, James L., Jr., Future Claimants' Representative        Invoice Date:        November 19, 2020
                                                                Invoice Number:              50019446
                                                                Matter Number:             077494.1001

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 07/31/20 | Docket Retrieval / Search | 3.00 | (0.30) |
| 09/01/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 09/01/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 09/01/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 09/01/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 09/01/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 09/01/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 09/01/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 09/01/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 09/01/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 09/01/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 09/01/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 09/01/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 09/01/20 | Docket Retrieval / Search | 6.00 | 0.60 |
| 09/01/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 09/02/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 09/02/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 09/02/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 09/03/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 09/03/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 09/03/20 | Docket Retrieval / Search | 6.00 | 0.60 |
| 09/04/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 09/04/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 09/04/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 09/04/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 09/05/20 | Docket Retrieval / Search | 6.00 | 0.60 |
| 09/05/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 09/05/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 09/08/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 09/08/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 09/08/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 09/08/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 09/08/20 | Docket Retrieval / Search | 21.00 | 2.10 |
| 09/09/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 09/09/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 09/10/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 09/10/20 | Docket Retrieval / Search | 7.00 | 0.70 |

Patton, James L., Jr., Future Claimants' Representative

Invoice Date: November 19, 2020
Invoice Number: 50019446
Matter Number: 077494.1001

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 09/10/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 09/10/20 | Docket Retrieval / Search | 16.00 | 1.60 |
| 09/10/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 09/10/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 09/10/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 09/11/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 09/11/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 09/11/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 09/11/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 09/11/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 09/11/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 09/11/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 09/14/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 09/14/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 09/14/20 | Docket Retrieval / Search | 8.00 | 0.80 |
| 09/14/20 | Parcels, Inc. - Documents to Office of the U.S. Trustee (Buchbinder) | 1.00 | 150.00 |
| 09/14/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 09/14/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 09/14/20 | Docket Retrieval / Search | 6.00 | 0.60 |
| 09/14/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 09/14/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 09/14/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 09/14/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 09/15/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 09/15/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 09/15/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 09/15/20 | Docket Retrieval / Search | 6.00 | 0.60 |
| 09/16/20 | Docket Retrieval / Search | 19.00 | 1.90 |
| 09/16/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 09/16/20 | Docket Retrieval / Search | 6.00 | 0.60 |
| 09/17/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 09/17/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 09/17/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 09/18/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 09/18/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 09/18/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 09/21/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 09/21/20 | Docket Retrieval / Search | 2.00 | 0.20 |

| | | | |
|---|---|---|---|
| Patton, James L., Jr., Future Claimants' Representative | Invoice Date: | | November 19, 2020 |
| | Invoice Number: | | 50019446 |
| | Matter Number: | | 077494.1001 |

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 09/21/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 09/21/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 09/21/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 09/21/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 09/21/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 09/21/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 09/21/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 09/22/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 09/22/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 09/22/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 09/22/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 09/22/20 | Docket Retrieval / Search | 6.00 | 0.60 |
| 09/22/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 09/23/20 | Docket Retrieval / Search | 6.00 | 0.60 |
| 09/23/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 09/23/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 09/24/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 09/25/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 09/25/20 | Docket Retrieval / Search | 15.00 | 1.50 |
| 09/25/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 09/25/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 09/25/20 | Docket Retrieval / Search | 14.00 | 1.40 |
| 09/25/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 09/28/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 09/28/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 09/28/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 09/28/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 09/28/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 09/29/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 09/30/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 09/30/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 09/30/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 10/01/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 10/01/20 | Reliable Wilmington - Transcript of 9/9/2020 hearing | 1.00 | 175.20 |
| 10/01/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 10/01/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 10/02/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 10/02/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 10/05/20 | Docket Retrieval / Search | 2.00 | 0.20 |

| | | | |
|---|---|---|---|
| Patton, James L., Jr., Future Claimants' Representative | Invoice Date: | | November 19, 2020 |
| | Invoice Number: | | 50019446 |
| | Matter Number: | | 077494.1001 |

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 10/05/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 10/05/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 10/05/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 10/05/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 10/05/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 10/05/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 10/05/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 10/06/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 10/06/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 10/06/20 | Docket Retrieval / Search | 7.00 | 0.70 |
| 10/06/20 | Docket Retrieval / Search | 11.00 | 1.10 |
| 10/06/20 | Docket Retrieval / Search | 9.00 | 0.90 |
| 10/06/20 | Docket Retrieval / Search | 6.00 | 0.60 |
| 10/06/20 | Postage | 1.00 | 1.00 |
| 10/06/20 | Photocopy Charges Duplication BW | 10.00 | 2.00 |
| 10/06/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 10/07/20 | Docket Retrieval / Search | 6.00 | 0.60 |
| 10/07/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 10/07/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 10/08/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 10/08/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 10/08/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 10/08/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 10/08/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 10/08/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 10/08/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 10/08/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 10/09/20 | Photocopy Charges Duplication BW | 14.00 | 2.80 |
| 10/09/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 10/09/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 10/09/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 10/09/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 10/12/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 10/12/20 | Docket Retrieval / Search | 6.00 | 0.60 |
| 10/12/20 | Docket Retrieval / Search | 6.00 | 0.60 |
| 10/12/20 | Facsimile 8665332946 001Pgs .00Phone | 0.25 | 0.25 |
| 10/12/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 10/12/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 10/12/20 | Docket Retrieval / Search | 1.00 | 0.10 |

| | | | |
|---|---|---|---|
| Patton, James L., Jr., Future Claimants' Representative | Invoice Date: | November 19, 2020 | |
| | Invoice Number: | 50019446 | |
| | Matter Number: | 077494.1001 | |

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 10/12/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 10/12/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 10/13/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 10/13/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 10/13/20 | Docket Retrieval / Search | 6.00 | 0.60 |
| 10/13/20 | Docket Retrieval / Search | 6.00 | 0.60 |
| 10/13/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 10/13/20 | Photocopy Charges Duplication BW | 18.00 | 3.60 |
| 10/13/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 10/13/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 10/14/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 10/14/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 10/14/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 10/14/20 | Docket Retrieval / Search | 6.00 | 0.60 |
| 10/14/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 10/14/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 10/14/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 10/14/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 10/15/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 10/15/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 10/15/20 | Docket Retrieval / Search | 29.00 | 2.90 |
| 10/15/20 | Docket Retrieval / Search | 6.00 | 0.60 |
| 10/15/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 10/15/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 10/16/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 10/16/20 | Docket Retrieval / Search | 6.00 | 0.60 |
| 10/16/20 | Photocopy Charges Duplication BW | 45.00 | 9.00 |
| 10/16/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 10/16/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 10/18/20 | Teleconference / Video Conference Case Num: Boy Scouts of America / CCID 10901017 Appr Atty: Edwin Harron Court Call | 1.00 | 96.00 |
| 10/18/20 | Teleconference / Video Conference Case Num: Boy Scouts of America / CCID 10901024 Appr Atty: Robert S. Brady Court Call | 1.00 | 143.25 |
| 10/19/20 | Teleconference / Video Conference Case Num: Boy Scouts of America / CCID 10910940 Appr Atty: Robert S. Brady Court Call | 1.00 | 22.50 |
| 10/19/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 10/19/20 | Docket Retrieval / Search | 6.00 | 0.60 |
| 10/19/20 | Docket Retrieval / Search | 2.00 | 0.20 |

Patton, James L., Jr., Future Claimants' Representative

Invoice Date: November 19, 2020
Invoice Number: 50019446
Matter Number: 077494.1001

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 10/19/20 | Teleconference / Video Conference Case Num: Boy Scouts of America / CCID 10910916 Appr Atty: Edwin Harron Court Call | 1.00 | 22.50 |
| 10/19/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 10/19/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 10/19/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 10/20/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 10/20/20 | Docket Retrieval / Search | 6.00 | 0.60 |
| 10/20/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 10/21/20 | Docket Retrieval / Search | 6.00 | 0.60 |
| 10/21/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 10/21/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 10/22/20 | Photocopy Charges Duplication BW | 121.00 | 24.20 |
| 10/22/20 | Postage | 1.00 | 1.80 |
| 10/22/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 10/22/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 10/22/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 10/22/20 | Docket Retrieval / Search | 25.00 | 2.50 |
| 10/22/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 10/22/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 10/22/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 10/22/20 | Docket Retrieval / Search | 6.00 | 0.60 |
| 10/22/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 10/22/20 | Photocopy Charges Duplication BW | 14.00 | 2.80 |
| 10/23/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 10/23/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 10/23/20 | Docket Retrieval / Search | 6.00 | 0.60 |
| 10/23/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 10/23/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 10/27/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 10/27/20 | Docket Retrieval / Search | 6.00 | 0.60 |
| 10/27/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 10/27/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 10/27/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 10/27/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 10/27/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 10/28/20 | Docket Retrieval / Search | 4.00 | 0.40 |

Patton, James L., Jr., Future Claimants' Representative

Invoice Date: November 19, 2020
Invoice Number: 50019446
Matter Number: 077494.1001

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 10/29/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 10/30/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 10/30/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| | **Total** | | **$782.00** |

| | |
|---|---|
| Patton, James L., Jr., Future Claimants' Representative | Invoice Date: November 19, 2020 |
| | Invoice Number: 50019446 |
| | Matter Number: 077494.1001 |

**Cost Summary**

| Description | Amount |
|---|---:|
| Delivery / Courier | 150.00 |
| Deposition/Transcript | 175.20 |
| Docket Retrieval / Search | 125.10 |
| Facsimile | 0.25 |
| Postage | 2.80 |
| Reproduction Charges | 44.40 |
| Teleconference / Video Conference | 284.25 |
| **Total** | **$782.00** |