# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | Objection Deadline: December 7, 2020 at 4:00 p.m. (ET) |

**SUMMARY COVER SHEET OF FIRST MONTHLY APPLICATION OF WHITE & CASE LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM SEPTEMBER 23, 2020 TO AND INCLUDING OCTOBER 31, 2020**

| | |
|---|---|
| Name of Applicant: | White & Case LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | Effective September 23, 2020 |
| Period for Which Compensation and Reimbursement Are Requested: | September 23, 2020 – October 31, 2020 |
| Amount of Compensation Requested: | $568,536.80 (80% of $710,671.00) |
| Amount of Expense Reimbursement Requested: | $0.00 |

This is a/an   X   monthly ___ interim ___ final application.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

## PRIOR APPLICATIONS FILED

| Date Filed; D.I. | Period Covered | Requested | | Approved | | Outstanding | |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | Fees | Expenses |
| N/A | | | | | | | |

## SUMMARY OF TOTAL FEES AND HOURS
## BY ATTORNEYS AND PARAPROFESSIONALS

| Name | Position and Area of Expertise | Year of Admission | Hourly Billing Rate[2] | Total Hours Billed[3] | Total Compensation |
|---|---|---|---|---|---|
| Michael C. Andolina | Partner Commercial Litigation | 1999 | $1,100.00 | 176.60 | $194,260.00 |
| Jessica C. K. Boelter | Partner FRI[4] | 2002 | $1,275.00 | 90.5 | $115,387.50 |
| Laura E. Baccash | Counsel FRI | 2003 | $1,000.00 | 11.7 | $11,700.00 |
| Matthew E. Linder | Counsel FRI | 2012 | $955.00 | 187.6 | $179,158.00 |
| Blair M. Warner | Associate FRI | 2015 | $885.00 | 38.7 | $34,249.50 |
| Stephen E. Ludovici | Associate FRI | 2014 | $945.00 | 20.0 | $18,900.00 |
| Mark Franke | Associate FRI | 2014 | $985.00 | 5.8 | $5,713.00 |
| Erin Rosenberg | Associate FRI | 2012 | $985.00 | 57.0 | $56,145.00 |
| Robbie Boone | Associate FRI | 2013 | $965.00 | 13.1 | $12,641.50 |
| Elizabeth Stainton | Associate Commercial Litigation | 2015 | $895.00 | 5.3 | $4,743.50 |
| Ali Lattner | Associate FRI | 2017 | $895.00 | 12.6 | $11,277.00 |
| Mara Klebaner | Associate FRI | 2016 | $795.00 | 56.4 | $44,838.00 |
| Claire Tuffey | Associate FRI | 2020 | $595.00 | 36.4 | $21,658.00 |
| | | | **Total** | 711.7 | $710,671.00[5] |
| | | | | **Blended Rate** | $998.55 |

---

[2] As noted in the Debtors' application to retain White & Case [D.I. 1571], White & Case has agreed that former Sidley professionals who have transitioned to White & Case will charge the Debtors' estates for their services at the hourly rate that is the lower of their most recent hourly rate at Sidley and their then-current hourly rate at White & Case, subject to periodic adjustments in the normal course of White & Case's operations.

[3] White & Case charged the Debtors for only 50% of non-working travel time in compliance with Local Rule 2016-2(d)(viii). Such reductions are reflected in the figures in this column.

[4] Financial Restructuring & Insolvency.

[5] This amount reflects a voluntary reduction of $49,715.00 for the Fee Period, which includes time that White & Case professionals expended in getting up to speed in these chapter 11 cases.

## STATEMENT OF FEES AND EXPENSES BY PROJECT CATEGORY

| Category No. | Project Category Description | Total Hours | Total Fees |
|---|---|---|---|
| 001 | Administrative Expense Claims | 6.1 | $7,777.50 |
| 002 | Adversary Proceedings and Bankruptcy Litigation | 58.2 | $53,329.50 |
| 003 | Asset Dispositions | 0.0 | $0.00 |
| 004 | Automatic Stay | 107.3 | $100,072.00 |
| 005 | Bar Date, Noticing and Claims Reconciliation Issues | 84.0 | $76,156.00 |
| 006 | Case Administration (e.g., WIP, case calendar, general tasks) | 4.4 | $4,137.00 |
| 007 | Chapter 11 Plan Matters | 30.9 | $27,557.50 |
| 008 | Communication with Client | 60.0 | $68,519.50 |
| 009 | Corporate Governance and Board Matters | 6.9 | $6,589.50 |
| 010 | Customer and Vendor Issues | 0.0 | $0.00 |
| 011 | Disclosure Statement | 13.1 | $12,641.50 |
| 012 | Donor Issues | 2.5 | $2,387.50 |
| 013 | Employee and Labor Issues | 0.5 | $477.50 |
| 014 | Exclusivity | 17.8 | $17,479.00 |
| 015 | Executory Contracts and Leases | 0.3 | $272.50 |
| 016 | FCR Issues and Communications | 1.0 | $1,187.50 |
| 017 | Fee Applications | 3.6 | $3,186.00 |
| 018 | Financing Matters and Cash Collateral | 1.1 | $1,050.50 |
| 019 | First and Second Day Motions | 0.0 | $0.00 |
| 020 | General Case Strategy | 43.2 | $46,491.50 |
| 021 | Hearing and Court Matters | 42.5 | $45,760.00 |
| 022 | Insurance Issues | 31.7 | $34,702.00 |
| 023 | Non-Bankruptcy Litigation | 12.3 | $11,435.50 |
| 024 | Non-Working Travel | 0.0 | $0.00 |
| 025 | Professional Retention | 40.8 | $37,621.00 |
| 026 | Public Relations Issues | 1.7 | $1,623.50 |
| 027 | Schedules and Statements | 0.0 | $0.00 |
| 028 | Tax Issues | 0.0 | $0.00 |
| 029 | Unsecured Creditors and Issues and Communications | 45.7 | $50,203.00 |
| 030 | U.S. Trustee Issues and Reporting | 0.0 | $0.00 |
| 031 | Utility Issues and Adequate and Assurance | 0.0 | $0.00 |
| 032 | Local Council Issues and Communications | 45.0 | $43,547.50 |
| 033 | Property of the Estate Issues | 6.4 | $7,425.00 |
| 034 | Bankruptcy Appeals | 0.0 | $0.00 |
| 035 | Mediation | 44.7 | $49,041.50 |
| 036 | Fee Examiner Issues and Communications | 0.0 | $0.00 |
|  | **GRAND TOTAL** | **711.7** | **$710,671.00** |

## EXPENSE SUMMARY

| Category | Amount |
|---|---|
| **TOTAL** | $0.00 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Objection Deadline: December 7, 2020 at 4:00 p.m. (ET)** |

### FIRST MONTHLY APPLICATION OF WHITE & CASE LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM SEPTEMBER 23, 2020 TO AND INCLUDING OCTOBER 31, 2020

White & Case LLP ("White & Case"), attorneys for the Boy Scouts of America and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession in the above-captioned chapter 11 cases (together, the "Debtors"), hereby files this first monthly application (this "Application") for (a) interim allowance and payment of compensation for professional services to the Debtors during the period from September 23, 2020 to and including October 31, 2020 (the "Fee Period") in the amount of $568,536.80, representing 80% of the $710,671.00 of fees earned by White & Case for professional services to the Debtors during the Fee Period, and (b) reimbursement of 100% of the actual and necessary expenses incurred by White & Case during the Fee Period in connection with such services in the amount of $0.00.  In support of this Application, White & Case respectfully represents as follows:

### JURISDICTION AND VENUE

1. The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

*Reference* from the United States District Court for the District of Delaware, dated February 29, 2012. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory and other bases for the relief requested herein are section 330 and 331 of chapter 11 of title 11 of the united States Code, 11 U.S.C. §§ 101—1532 (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* [D.I. 341] (the "Compensation Procedures Order"), and the *Order Appointing Fee Examiner and Establishing Related Procedures* [D.I. 1342] (the "Fee Examiner Order").

## BACKGROUND

3. The Debtors commenced these cases on February 18, 2020 (the "Petition Date"), and they continue to operate their non-profit organization and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. These chapter 11 cases are being jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1.

4. On March 5, 2020, the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed an official committee of tort claimants (the "Tort Claimants' Committee") and an official committee of unsecured creditors (the "Creditors' Committee") pursuant to section 1102 of the Bankruptcy Code.

5. On April 24, 2020, the Court appointed James L. Patton, Jr. as the legal representative of future abuse claimants pursuant to sections 105(a) and 1109(b) of the Bankruptcy Code.

6. The Court has authorized the Debtors to retain and employ White & Case as their lead bankruptcy counsel, *nunc pro tunc* to September 23, 2020, pursuant to the *Order Authorizing the Retention and Employment of White & Case LLP as Attorneys to the Debtors and Debtors in Possession, Effective as of September 23, 2020* [Docket. No. 1698] (the "Retention Order"). The Retention Order authorizes the Debtors to compensate and reimburse White & Case in accordance with the terms and conditions set forth in the Debtors' application to retain White & Case, subject to White & Case's application to the Court.

7. On April 6, 2020, the Court entered the Compensation Procedures Order [D.I. 341]. The Compensation Procedures Order provides, among other things, that each professional shall be entitled, on or as soon as practicable after the fifteenth (15th) day of each month following the month for which compensation and/or expense reimbursement is sought, to file and serve an application for interim allowance of compensation earned and reimbursement of expenses incurred during the preceding month (each a "Monthly Fee Application"). Parties shall have 14 days after service of a Monthly Fee Application to object thereto (as applicable, the "Objection Deadline"). Upon the expiration of the Objection Deadline, the applicant may file a certificate of no objection (a "CNO") with the Court with respect to the unopposed portion of the fees and/or expenses requested in the applicable Monthly Fee Application. After the filing of a CNO, the Debtors are authorized and directed to pay the applicant an amount equal to 80% of the fees and 100% of the expenses requested in the applicable Monthly Fee Application not subject to an objection.

8.      On September 18, 2020, the Court entered the *Order Appointing Fee Examiner and Establishing Related Procedures for the Review of Applications of Retained Professionals* [D.I. 1342] (the "Fee Examiner Order"). A copy of this Application will be served on the fee examiner.

## RELIEF REQUESTED

9.      By this Application, in accordance with the Compensation Procedures Order and the Fee Examiner Order, White & Case requests payment in the aggregate amount of $568,536.80, which is equal to (a) 80% of the $710,671.00[2] of fees earned by White & Case for professional services to the Debtors during the Fee Period; and (b) 100% of the $0.00 of actual and necessary expenses incurred by White & Case during the Fee Period in connection with its services to the Debtors.

## SUMMARY OF SERVICES RENDERED

10.     Attached hereto as **Exhibit A** is a detailed statement of White & Case's hours expended and fees earned during the Fee Period. White & Case attorneys and paraprofessionals expended a total of 711.7 hours in connection with these chapter 11 cases during the Fee Period. All services for which White & Case is requesting compensation were performed for or on behalf of the Debtors. The services rendered by White & Case during the Fee Period are grouped into the categories set forth in **Exhibit A** and in the summary cover sheets prefixed to this Application. The attorneys and paraprofessionals who provided services to the Debtors during the Fee Period are also identified in **Exhibit A** and in the summary cover sheets.

## ACTUAL AND NECESSARY EXPENSES

11.     White & Case incurred no out-of-pocket expenses during the Fee Period.

---

[2] This amount reflects a voluntary reduction of $49,715.00 for the Fee Period, which includes time that White & Case professionals expended in getting up to speed in these chapter 11 cases.

## VALUATION OF SERVICES

12. As noted above, the amount of time spent by each White & Case attorney and paraprofessional providing services to the Debtors during the Fee Period is set forth in the summary attached hereto as **Exhibit A**. The rates reflected on **Exhibit A** are White & Case's customary hourly rates for work of this character. The reasonable value of the services rendered by White & Case for the Fee Period as attorneys to the Debtors in these chapter 11 cases is $710,671.00.

13. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the fees requested are fair and reasonable given (a) the complexity of these chapter 11 cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

14. Although White & Case has made every effort to include all fees earned and expenses incurred during the Fee Period, some fees and expenses might not be included in this Application due to delays caused by accounting and processing during the Fee Period. White & Case reserves the right to make further applications to this Court for allowance of such fees and expenses not included herein. Subsequent fee applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the Compensation Procedures Order, and the Fee Examiner Order.

## CERTIFICATION OF COMPLIANCE

15. The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies that, to the best of her knowledge, information, and belief, this Application complies with the requirements of that Local Rule.

WHEREFORE, White & Case requests allowance and payment of compensation for professional services to the Debtors during the Fee Period in the amount of $568,536.80, representing 80% of the $710,671.00 of fees earned by White & Case for professional services to the Debtors during the Fee Period, and reimbursement of 100% of the actual and necessary expenses incurred by White & Case during the Fee Period in connection with such services in the amount of $0.00, for a total interim award of $568,536.80.

Dated:  November 23, 2020
        New York, New York

**WHITE & CASE LLP**

*/s/ Jessica C. K. Boelter*
Jessica C. K. Boelter (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 819-8200
Email:  jessica.boelter@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone:  (312) 881-5400
Email: mandolina@whitecase.com
       mlinder@whitecase.com

ATTORNEYS FOR THE DEBTORS AND
DEBTORS IN POSSESSION