**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

**CERTIFICATION OF COUNSEL
REGARDING OMNIBUS HEARING DATES**

The undersigned hereby certifies as follows:

1. In response to the inquiries of the undersigned counsel to the above-captioned debtors and debtors in possession (the "Debtors"), omnibus hearings have been scheduled for January 19, 2021, at 10:00 a.m. (ET); February 17, 2021, at 10:00 a.m. (ET); and March 17, 2021, at 10:00 a.m. (ET) by the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge.

2. Attached hereto is a proposed form of Order (the "Omnibus Hearing Order") that states with specificity the dates and times of the omnibus hearings.

WHEREFORE, the Debtors hereby respectfully request that the Court enter the Omnibus Hearing Order attached hereto at the Court's earliest convenience.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

| | |
|---|---|
| Dated: November 24, 2020<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |

*/s/ Paige N. Topper*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Eric W. Moats (No. 6441)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 425-4664
Email: dabbott@mnat.com
         aremming@mnat.com
         emoats@mnat.com
         ptopper@mnat.com

– and –

WHITE & CASE LLP
Jessica C. K. Boelter (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: jessica.boelter@whitecase.com

– and –

WHITE & CASE LLP
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (212) 881-5400
Email: mandolina@whitecase.com
         mlinder@whitecase.com

*Counsel for the Debtors and Debtors in Possession*