SULLIVAN HILL LEWIN REZ & ENGEL
A Professional Law Corporation
  James P. Hill, SBN 90478
  Christopher Hawkins, SBN 222961
  Kathleen Cashman-Kramer, SBN 128861
600 B Street, Suite 1700
San Diego, California 92101
Telephone: (619) 233-4100
Fax Number: (619) 231-4372

Attorneys for Episcopal Diocese of San Diego

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE–WILMINGTON

| | |
|---|---|
| In re | CASE NO. 20-10343-LSS |
| BOY SCOUTS OF AMERICA | (Jointly Administered) |
| DELAWARE BSA LLC | Chapter 11 |
| Debtors. | **REQUEST FOR SPECIAL NOTICE** |

PLEASE TAKE NOTICE that creditor, The Episcopal Diocese of San Diego, requests that notice of all events relevant to the above-captioned bankruptcy case, and copies of all notices, pleadings and other documents filed in this case, including all pleadings or notices to be given under Rule 2002 of the Federal Rules of Bankruptcy Procedure, be served on it as follows:

The Episcopal Diocese of San Diego
c/o James P. Hill, Esq.
SULLIVAN HILL REZ & ENGEL, A Professional Law Corporation
600 B Street, Suite 1700
San Diego, CA 92101
E-mail: Hill@SullivanHill.com
Telephone No: (619) 595-3226

/ / /

414778-v2

- 1 -

In addition, Sullivan Hill, requests that it be added to the Master Mailing Matrix in this case and receive notice of all proceedings in this matter.

Neither this request for notice, nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion or any other writing or conduct, shall constitute a waiver by Sullivan Hill, of any:

    a.    Right to have any final orders in any non-core matters entered only after *de novo* review by a United States District Court Judge;

    b.    Right to trial by jury in any proceeding in which this right exists, whether the right be designated legal or private, whether the right is asserted in any related case, controversy or proceeding, notwithstanding the designation *vel non* of the proceeding as "core" under section 157(b)(2)(H) of the United States Bankruptcy Code, and whether the right is asserted under statute or the United States Constitution;

    c.    Right to have the United States District Court withdraw the reference of this matter in any proceeding subject to mandatory or discretionary withdrawal; or

    d.    Other rights, claims, actions, defenses, set-offs, recoupments or other matters to which this party in interest is entitled under any agreements, at law or in equity, or under the United States Constitution.

Sullivan Hill expressly reserves all the rights listed above. Filing this request for notice or participating in this bankruptcy proceeding shall not be deemed to authorize service of process upon Sullivan Hill as agent for the Episcopal Diocese of San Diego.

Dated: November 24, 2020

SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation

By:    */s/Christopher V. Hawkins*
    James P. Hill
    Christopher V. Hawkins
    Attorneys for The Episcopal Diocese of San Diego

414778-v2

- 2 -