## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

### OMNIBUS HEARINGS ORDER

**IT IS HEREBY ORDERED** that the following omnibus hearings have been scheduled in the above-captioned cases:

| DATE | TIME |
|---|---|
| January 19, 2021 | 10:00 a.m. (ET) |
| February 17, 2021 | 10:00 a.m. (ET) |
| March 17, 2021 | 10:00 a.m. (ET) |

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

**Dated: November 24th, 2020**
**Wilmington, Delaware**