# **EXHIBIT A**

26806555.4



**INVOICE**

Ankura Consulting Group LLC
PO Box 74007043
Chicago, IL 60674-7043

| Date | Invoice Number |
|---|---|
| 11/23/2020 | CI-022104 |

| Payment Terms | Due Date |
|---|---|
| Net 30 | 12/23/2020 |

| FEIN NO.: | 47-2435218 |
|---|---|

| Bill To: |
|---|
| Young Conaway Stargatt & Taylor, LLP<br>1100 North Market Street<br>Wilmington, DE 19801<br>United States of America |

| Project Information: | |
|---|---|
| Project Name: | P-001551 FCR for Boy Scouts of America Bankruptcy Proceedings |
| Project Number: | P-001551 |
| PO Number: | |

Professional Services rendered for period ending October 31, 2020.

| | | |
|---|---|---:|
| **Net Amount:** | | 23,544.50 |
| **Tax:** | | |
| **Total Invoice Amount:** | USD | 23,544.50 |

For Billing questions, please contact ankurainvoice@ankura.com.
For wire and ACH payment questions, please contact accounting@ankura.com

| Remittance Information: |
|---|
| **Remittance Instructions**<br><br>Please call Philip Irvine at (312) 212-6100 for questions or bank wire instructions.<br><br>Please make checks/wires payableto 'Ankura Consulting Group, LLC'.<br><br>*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.* |



|  | Project #: | P-001551 |
|---|---|---|
|  | Invoice Date: | 11/23/2020 |
|  | Invoice Number: | CI-022104 |
|  | Professional Services Through: | October 2020 |

*Professional Services - Summary By Person*

| Name | Title | Rate | Hours | Amount |
|---|---|---:|---:|---:|
| John Ciancanelli | Senior Managing Director | 750.00 | 4.2 | $ 3,150.00 |
| Amy Brockman | Senior Managing Director | 625.00 | 0.2 | $ 125.00 |
| Nicholas Deluca | Senior Managing Director | 500.00 | 1.5 | $ 750.00 |
| Tim Lubbe | Senior Director | 350.00 | 32.5 | $ 11,375.00 |
| Connor Cosenza | Senior Associate | 265.00 | 0.7 | $ 185.50 |
| Jeremy Huisenga | Senior Associate | 265.00 | 13.1 | $ 3,471.50 |
| Vatsal Gandhi | Senior Associate | 265.00 | 10.0 | $ 2,650.00 |
| Austin Paci | Associate | 175.00 | 5.0 | $ 875.00 |
| Autumn McCusker | Associate | 175.00 | 5.5 | $ 962.50 |
| **Total** |  |  | **72.7** | **$ 23,544.50** |



| | | | | Project #: | P-001551 |
| | | | | Invoice Date: | 11/23/2020 |
| | | | | Invoice Number: | CI-022104 |
| | | | | Professional Services Through: | October 2020 |

*Time Detail by Phase, Task, and Date*

**Phase BOO7**

| Phase | Task | Date | Name | Time Narrative | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/5/2020 | John Ciancanelli | Review council data | 750.00 | 0.7 | $ 525.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/5/2020 | Tim Lubbe | Project Discussions | 350.00 | 1.7 | $ 595.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/5/2020 | Jeremy Huisenga | LC Asset Schedule Model Prep | 265.00 | 3.2 | $ 848.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/5/2020 | Jeremy Huisenga | Worked on inventorying grid information. | 265.00 | 4.3 | $ 1,139.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/6/2020 | John Ciancanelli | Discussions with attorneys | 750.00 | 0.4 | $ 300.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/6/2020 | Tim Lubbe | Project Discussions | 350.00 | 0.8 | $ 280.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/6/2020 | Jeremy Huisenga | Inventoried asset grid information and added grids to source workbook. | 265.00 | 1.6 | $ 424.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/7/2020 | Amy Brockman | Weekly status call. | 625.00 | 0.2 | $ 125.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/7/2020 | Jeremy Huisenga | Worked on inventorying grid information. | 265.00 | 4.0 | $ 1,060.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/9/2020 | Tim Lubbe | Local Council Asset Review of Documents | 350.00 | 3.1 | $ 1,085.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/9/2020 | Tim Lubbe | Local Council Asset Review | 350.00 | 3.3 | $ 1,155.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/13/2020 | Tim Lubbe | Model Review | 350.00 | 2.1 | $ 735.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/16/2020 | Nicholas Deluca | Abuse claims register | 500.00 | 0.5 | $ 250.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/19/2020 | John Ciancanelli | Review model | 750.00 | 0.8 | $ 600.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/19/2020 | Austin Paci | Internal call, Pulling grid information into model, and Making inventory of information | 175.00 | 3.2 | $ 560.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/20/2020 | Tim Lubbe | Project discussion and model review | 350.00 | 2.1 | $ 735.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/20/2020 | Austin Paci | Pulling grid information into model and Making inventory of information, project discussion | 175.00 | 1.8 | $ 315.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/21/2020 | Nicholas Deluca | Claims register | 500.00 | 0.5 | $ 250.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/22/2020 | John Ciancanelli | Review model. | 750.00 | 0.6 | $ 450.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/27/2020 | John Ciancanelli | Data review. | 750.00 | 0.9 | $ 675.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/27/2020 | John Ciancanelli | Internal meeting with Tim Lubbe and Vatsal Gandhi). | 750.00 | 0.5 | $ 375.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/27/2020 | Tim Lubbe | LC Asset Schedule Modelling, internal discussion | 350.00 | 2.1 | $ 735.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/27/2020 | Vatsal Gandhi | Pulling local council information into model and making inventory of information, internal discussion | 265.00 | 4.5 | $ 1,192.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/28/2020 | John Ciancanelli | Model review. | 750.00 | 0.3 | $ 225.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/28/2020 | Tim Lubbe | Local Council Asset Schedule Preparation and Analysis | 350.00 | 4.1 | $ 1,435.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/28/2020 | Vatsal Gandhi | Pulling local council information into model and making inventory of information | 265.00 | 5.5 | $ 1,457.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/29/2020 | Nicholas Deluca | Data review | 500.00 | 0.5 | $ 250.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/29/2020 | Tim Lubbe | Local Council Asset Schedule and Analysis | 350.00 | 3.8 | $ 1,330.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/29/2020 | Tim Lubbe | Local Council Asset Analysis | 350.00 | 3.1 | $ 1,085.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/29/2020 | Connor Cosenza | Data Exploration | 265.00 | 0.7 | $ 185.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/29/2020 | Autumn McCusker | Reviewed new data. | 175.00 | 4.5 | $ 787.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/30/2020 | Tim Lubbe | Local Council Asset Analysis | 350.00 | 3.5 | $ 1,225.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/30/2020 | Tim Lubbe | Local Council Asset Analysis | 350.00 | 2.8 | $ 980.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/30/2020 | Autumn McCusker | Review of new data. | 175.00 | 1.0 | $ 175.00 |
| | **Historical Data Analysis-Model Building Total** | | | | | **72.7** | **$ 23,544.50** |
| **Actuarial and other Analyses Total** | | | | | | **72.7** | **$ 23,544.50** |
| **Grand Total** | | | | | | **72.7** | **$ 23,544.50** |