# EXHIBIT B

Expense Summary

2

**EXHIBIT B**

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**EXPENSE SUMMARY**
**OCTOBER 1, 2020 THROUGH OCTOBER 31, 2020**

| Expense Category | Service Provider (if applicable) | Total Expenses[5] |
|---|---|---|
| Bloomberg Law Online Research | Bloomberg | $17.83 |
| Court Call | Court Call | $469.50 |
| Lexis Online Research | Lexis | $2,348.15 |
| Telecommunications Charges | LoopUp | $447.52 |
| Westlaw Online Research | Westlaw | $70.48 |
| **TOTAL** | | **$3,353.48** |

---

[5] Kramer Levin reduced its expenses by $233.50 during the Application Period both voluntarily and in accordance with the local rules and U.S. Trustee Guidelines.