**ALIXPARTNERS, LLP**

**Exhibit A**

**Detailed Description of Fees, Hours and Descriptions by Matter Category**

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2129383-1 |
|---|---|
| Re: | Planning, Coordination, and Case Management |
| Client/Matter # | 013446.00101 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 10/01/20 | RC | Call with K. McGlynn (AlixPartners) to discuss investigation related updates | 0.40 |
| 10/01/20 | KM | Call with R. Collura (AlixPartners) re: case updates and next steps | 0.40 |
| 10/08/20 | KM | Participate in internal call with R. Winning (AlixPartners) to discuss status of workstreams | 0.40 |
| 10/08/20 | RBW | Participate in internal call with K. McGlynn (AlixPartners) to discuss status of workstreams | 0.40 |
| 10/16/20 | KM | Participate in internal working session with D. MacGreevey, R. Winning and J. Ibanga (all AlixPartners) re: case workstreams | 0.20 |
| 10/16/20 | DM | Participate in internal working session with K. McGlynn, R. Winning and J. Ibanga (all AlixPartners) re: case workstreams | 0.20 |
| 10/16/20 | RBW | Participate in internal working session with D. MacGreevey, K. McGlynn, and J. Ibanga (all AlixPartners) re: case workstreams | 0.20 |
| 10/16/20 | INI | Participate in internal working session with D. MacGreevey, R. Winning and K. McGlynn (all AlixPartners) re: case workstreams | 0.20 |
| 10/28/20 | KAS | Review court docket | 0.40 |
| | | **Total** | **2.80** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2129383-1 |
|---|---|
| Re: | Planning, Coordination, and Case Management |
| Client/Matter # | 013446.00101 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Kaitlyn A Sundt | 0.40 | 510.00 | 204.00 |
| Joy N Ibanga | 0.20 | 515.00 | 103.00 |
| Robert B Winning | 0.60 | 910.00 | 546.00 |
| Kathryn McGlynn | 1.00 | 1,025.00 | 1,025.00 |
| David MacGreevey | 0.20 | 1,090.00 | 218.00 |
| Richard Collura | 0.40 | 1,090.00 | 436.00 |
| **Total Hours & Fees** | **2.80** | | **2,532.00** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | | |
|---|---|---|
| Invoice # | 2129383-1 | |
| Re: | Mtgs and Communications with UCC & Professionals | |
| Client/Matter # | 013446.00102 | |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 10/01/20 | SW | Lay out template and structure for UCC update deck on long term plan | 2.40 |
| 10/02/20 | RBW | Participate in internal call with K. McGlynn, S. Weiner and J. Ibanga (all AlixPartners) to discuss status of workstreams and deliverables for October 5th Committee meeting | 0.50 |
| 10/02/20 | KM | Participate in internal call with R. Winning, S. Weiner and J. Ibanga (all AlixPartners) to discuss status of workstreams and deliverables for October 5th Committee meeting | 0.50 |
| 10/02/20 | INI | Participate in internal call with K. McGlynn, R. Winning, and S. Weiner (all AlixPartners) to discuss status of workstreams and deliverables for October 5th Committee meeting | 0.50 |
| 10/02/20 | RBW | Participate in internal call with K. McGlynn, R. Winning, and J. Ibanga (all AlixPartners) to discuss status of workstreams and deliverables for October 5th Committee meeting (left meeting early) | 0.50 |
| 10/05/20 | RC | Participate in conference call with D. MacGreevey, K. McGlynn, S. Weiner and J. Ibanga (all AlixPartners), T. Mayer, R. Ringer, N. Hamerman, J. Sharrett, and M. Wasson (all Kramer Levin) re: upcoming bar date and other case updates | 0.40 |
| 10/05/20 | RC | Participate in conference call with the BSA Official Creditors Committee, D. MacGreevey, K. McGlynn, R, Winning, S. Weiner and J. Ibanga, (all AlixPartners), T. Mayer, R. Ringer and M. Wasson (all Kramer Levin) re: weekly liquidity and general case updates | 0.70 |
| 10/05/20 | INI | Revise new 13-week budget slides for Committee update deck | 1.90 |
| 10/05/20 | INI | Update liquidity variance slides for Committee update | 1.20 |
| 10/05/20 | RBW | Finalize weekly update | 0.40 |
| 10/05/20 | RBW | Prepare for Committee presentation | 0.40 |
| 10/05/20 | RBW | Participate in conference call with the BSA Official Creditors Committee, D. MacGreevey, K. McGlynn, R. Collura, S. Weiner and J. Ibanga, (all AlixPartners), T. Mayer, R. Ringer, Z. Essner, P. Baranpuria, N. | 0.70 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2129383-1 |
| --- | --- |
| Re: | Mtgs and Communications with UCC & Professionals |
| Client/Matter # | 013446.00102 |

| Date | Consultant | Description of Services | Hours |
| --- | --- | --- | --- |
| | | Hamerman, and M. Wasson (all Kramer Levin) re: weekly liquidity and general case | |
| 10/05/20 | KM | Review and revise weekly Committee update presentation | 0.70 |
| 10/05/20 | KM | Participate in conference call with D. MacGreevey, R. Collura, S. Weiner and J. Ibanga (all AlixPartners), T. Mayer, R. Ringer, Z. Essner, P. Baranpuria, N. Hamerman, and M. Wasson (all Kramer Levin) re: upcoming bar date and other case updates | 0.40 |
| 10/05/20 | KM | Participate in conference call with the BSA Official Creditors Committee, D. MacGreevey, R. Winning, R. Collura, S. Weiner and J. Ibanga, (all AlixPartners), T. Mayer, R. Ringer, Z. Essner, P. Baranpuria, N. Hamerman, and M. Wasson (all Kramer Levin) re: weekly liquidity and general case updates | 0.70 |
| 10/05/20 | INI | Participate in conference call with D. MacGreevey, K. McGlynn, R. Collura and S. Weiner (all AlixPartners), T. Mayer, R. Ringer, Z. Essner, P. Baranpuria, N. Hamerman, and M. Wasson (all Kramer Levin) re: upcoming bar date and other case updates | 0.40 |
| 10/05/20 | INI | Participate in conference call with the BSA Official Creditors Committee, D. MacGreevey, K. McGlynn, R, Winning, R. Collura and S. Weiner (all AlixPartners), T. Mayer, R. Ringer, Z. Essner, P. Baranpuria, N. Hamerman, and M. Wasson (all Kramer Levin) re: weekly liquidity and general case updates | 0.70 |
| 10/05/20 | SW | Participate in conference call with D. MacGreevey, K. McGlynn, R. Collura and J. Ibanga (all AlixPartners), T. Mayer, R. Ringer, Z. Essner, P. Baranpuria, N. Hamerman, and M. Wasson (all Kramer Levin) re: upcoming bar date and other case updates | 0.40 |
| 10/05/20 | SW | Participate in conference call with the BSA Official Creditors Committee, D. MacGreevey, K. McGlynn, R. Winning, R. Collura and J. Ibanga, (all AlixPartners), T. Mayer, R. Ringer, Z. Essner, P. Baranpuria, N. Hamerman, and M. Wasson (all Kramer Levin) re: weekly liquidity and general case updates | 0.70 |
| 10/05/20 | DM | Review draft BSA UCC update deck | 0.50 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2129383-1 |
|---|---|
| Re: | Mtgs and Communications with UCC & Professionals |
| Client/Matter # | 013446.00102 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 10/05/20 | DM | Participate in conference call with K. McGlynn, R. Collura, I. Ibanga and S. Weiner (all AlixPartners), T. Mayer, R. Ringer, Z. Essner, P. Baranpuria, N. Hamerman, and M. Wasson (all Kramer Levin) re: upcoming bar date and other case updates | 0.40 |
| 10/05/20 | DM | Participate in conference call with the BSA Official Creditors Committee, I. Ibanga, K. McGlynn, R, Winning, R. Collura and S. Weiner (all AlixPartners), T. Mayer, R. Ringer, Z. Essner, P. Baranpuria, N. Hamerman, and M. Wasson (all Kramer Levin) re: weekly liquidity and general case updates | 0.70 |
| 10/06/20 | INI | Update weekly Committee materials based on new 13-week budget dated October 2nd | 0.80 |
| 10/07/20 | RC | Review and respond to questions from Kramer Levin regarding Arrow | 0.70 |
| 10/08/20 | KM | Review case updates from Committee Counsel | 1.20 |
| 10/08/20 | DM | Review email with attachments from M. Wasson (Kramer Levin) re: BSA updates | 0.20 |
| 10/09/20 | KM | Participate in internal working session with R. Winning, S. Weiner and J. Ibanga (all AlixPartners) re: liquidity and membership updated for October 12th Committee meeting | 0.70 |
| 10/09/20 | KM | Review case updates from Committee Counsel | 0.90 |
| 10/09/20 | RBW | Participate in internal working session with K. McGlynn, S. Weiner and J. Ibanga (all AlixPartners) re: liquidity and membership updated for October 12th Committee meeting | 0.70 |
| 10/09/20 | INI | Participate in internal working sessions with K. McGlynn, R. Winning and S. Weiner (all AlixPartners) re: liquidity and membership updated for October 12th Committee meeting | 0.70 |
| 10/09/20 | SW | Participate in internal working session with K. McGlynn, R. Winning and J. Ibanga (all AlixPartners) re: liquidity and membership updated for October 12th Committee meeting | 0.70 |
| 10/10/20 | SW | Draft commentary for slide detailing membership fee sensitivities | 1.50 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2129383-1 |
|---|---|
| Re: | Mtgs and Communications with UCC & Professionals |
| Client/Matter # | 013446.00102 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 10/12/20 | SW | Process internal updates to UCC deck received over the weekend | 2.10 |
| 10/12/20 | KM | Review case updates and next steps from Committee Counsel | 1.10 |
| 10/12/20 | SW | Respond to internal questions about weekly update deck | 0.90 |
| 10/12/20 | RBW | Revise weekly liquidity update | 0.40 |
| 10/12/20 | INI | Review latest draft of October 12 Committee update presentation | 0.90 |
| 10/12/20 | DM | Review email with attachments from M. Wasson (Kramer Levin) re: BSA updates | 0.50 |
| 10/13/20 | DM | Review email with attachments from Z. Essner (Kramer Levin) re: BSA updates | 0.60 |
| 10/13/20 | DM | Review draft BSA UCC update deck | 0.30 |
| 10/13/20 | RBW | Further revision to weekly deck | 0.50 |
| 10/13/20 | RBW | Finalize presentation re: membership | 0.80 |
| 10/13/20 | INI | Revise Committee update deck based on K. McGlynn's feedback. | 1.20 |
| 10/13/20 | KM | Review and revise weekly Committee update presentation | 1.90 |
| 10/14/20 | DM | Participate in conference call with D. MacGreevey, K. McGlynn, R. Collura, R. Winning and S. Weiner (all AlixPartners), T. Mayer, R. Ringer, M. Wasson and N. Hamerman (all Kramer Levin) re: challenge deadline and the Coalition's motion to participate in mediation | 0.80 |
| 10/14/20 | SW | Participate in conference call with D. MacGreevey, K. McGlynn, R. Collura, R. Winning and J. Ibanga (all AlixPartners), T. Mayer, R. Ringer, M. Wasson and N. Hamerman (all Kramer Levin) re: challenge deadline and the Coalition's motion to participate in mediation | 0.80 |
| 10/14/20 | RC | Participate in conference call with D. MacGreevey, K. McGlynn, S. Weiner, R. Winning and J. Ibanga (all AlixPartners), T. Mayer, R. Ringer, M. Wasson and N. Hamerman (all Kramer Levin) re: challenge deadline and the Coalition's motion to participate in mediation | 0.80 |
| 10/14/20 | KM | Participate in conference call with D. MacGreevey, R. Collura, S. Weiner, R. Winning and J. Ibanga (all | 0.80 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2129383-1 |
| Re: | Mtgs and Communications with UCC & Professionals |
| Client/Matter # | 013446.00102 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | AlixPartners), T. Mayer, R. Ringer, M. Wasson and N. Hamerman (all Kramer Levin) re: challenge deadline and the Coalition's motion to participate in mediation | |
| 10/14/20 | INI | Participate in conference call with D. MacGreevey, K. McGlynn, R. Collura, R. Winning and S. Weiner (all AlixPartners), T. Mayer, R. Ringer, M. Wasson and N. Hamerman (all Kramer Levin) re: challenge deadline and the Coalition's motion to participate in mediation | 0.80 |
| 10/14/20 | RBW | Participate in conference call with D. MacGreevey, K. McGlynn, S. Weiner, R. Collura and J. Ibanga (all AlixPartners), T. Mayer, R. Ringer, M. Wasson and N. Hamerman  (all Kramer Levin) re: challenge deadline and the Coalition's motion to participate in mediation | 0.80 |
| 10/14/20 | DM | Review email with attachments from Z. Essner (Kramer Levin) re: BSA updates | 0.60 |
| 10/14/20 | DM | Review email with attachment from Z. Essner (Kramer Levin) re: BSA updates | 0.30 |
| 10/14/20 | INI | Revise removed membership slides from Committee deck | 0.20 |
| 10/15/20 | INI | Participate in conference call with the BSA Official Creditors Committee, D. MacGreevey, K. McGlynn, R. Collura and S. Weiner (all AlixPartners), T. Mayer, R. Ringer and M. Wasson (all Kramer Levin) re: liquidity, fall recruiting and other case updates | 1.40 |
| 10/15/20 | SW | Participate in conference call with the BSA Official Creditors Committee, D. MacGreevey, K. McGlynn, R. Collura and J. Ibanga, (all AlixPartners), T. Mayer, R. Ringer and M. Wasson (all Kramer Levin) re: liquidity, fall recruiting and other case | 1.40 |
| 10/15/20 | RC | Participate in conference call with the BSA Official Creditors Committee, D. MacGreevey, K. McGlynn, S. Weiner and J. Ibanga, (all AlixPartners), T. Mayer, R. Ringer and M. Wasson (all Kramer Levin) re: liquidity, fall recruiting and other case updates | 1.40 |
| 10/15/20 | KM | Prepare for weekly UCC presentation | 1.10 |
| 10/15/20 | KM | Participate in conference call with the BSA Official Creditors Committee, D. MacGreevey, R. Collura, S. Weiner and J. Ibanga, (all AlixPartners), T. Mayer, R. | 1.40 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2129383-1 |
|---|---|
| Re: | Mtgs and Communications with UCC & Professionals |
| Client/Matter # | 013446.00102 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | Ringer and M. Wasson (all Kramer Levin) re: liquidity, fall recruiting and other case | |
| 10/15/20 | DM | Participate in conference call with the BSA Official Creditors Committee, D. MacGreevey, K. McGlynn, R. Collura and S. Weiner (all AlixPartners), T. Mayer, R. Ringer and M. Wasson (all Kramer Levin) re: liquidity, fall recruiting and other case updates  (partial participation) | 1.00 |
| 10/16/20 | INI | Prepare weekly cash flow analysis slides for Committee meeting | 1.30 |
| 10/16/20 | DM | Review email with attachment from Z. Essner (Kramer Levin) re: BSA updates | 0.40 |
| 10/19/20 | RC | Review information from Counsel and research information related to the | 1.20 |
| 10/19/20 | RC | Review information from Counsel and research information related to the pension plan | 0.80 |
| 10/19/20 | KM | Review case updates from Committee Counsel | 0.90 |
| 10/21/20 | DM | Review emails with attachments with Kramer Levin re: BSA restoration plan participants | 0.50 |
| 10/22/20 | DM | Review email with attachments from Z. Essner (Kramer Levin) re: BSA updates | 0.40 |
| 10/22/20 | INI | Participate in internal call with K. McGlynn and S. Weiner (both AlixPartners) to discuss the upcoming 10/26 Committee meeting and status of outstanding analyses | 0.30 |
| 10/22/20 | KM | Participate in internal call with S. Weiner and J. Ibanga (both AlixPartners) to discuss the upcoming 10/26 Committee meeting and status of outstanding analyses | 0.30 |
| 10/22/20 | SW | Participate in internal call with K. McGlynn and J. Ibanga (both AlixPartners) to discuss the upcoming 10/26 Committee meeting and status of outstanding analyses | 0.30 |
| 10/22/20 | DM | Prepare Memorandum to BSA UCC member re: restoration plan | 1.20 |
| 10/23/20 | DM | Prepare Memorandum with attachment to BSA UCC member re: restoration plan | 0.50 |
| 10/23/20 | INI | Prepare cash flow variance report slide for 10/26 Committee update | 1.70 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2129383-1 |
|---|---|
| Re: | Mtgs and Communications with UCC & Professionals |
| Client/Matter # | 013446.00102 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 10/26/20 | DM | Participate in conference call with K. McGlynn, R. Collura, I. Ibanga and S. Weiner (all AlixPartners), T. Mayer, R. Ringer, N. Hamerman, and M. Wasson (all Kramer Levin), K. Morales (Reed Smith) re: unrestricted assets and other case updates | 0.50 |
| 10/26/20 | DM | Participate in conference call with the BSA Official Committee of Unsecured Creditors, K. McGlynn, R, Winning, R. Collura and S. Weiner (all AlixPartners), T. Mayer, R. Ringer and M. Wasson (all Kramer Levin) re: weekly liquidity and general case updates | 0.50 |
| 10/26/20 | RC | Participate in conference call with D. MacGreevey, K. McGlynn, S. Weiner and J. Ibanga (all AlixPartners), T. Mayer, R. Ringer, N. Hamerman, and M. Wasson (all Kramer Levin), K. Morales (Reed Smith) re: unrestricted assets and other case updates | 0.50 |
| 10/26/20 | RC | Participate in conference call with the BSA Official Committee of Unsecured Creditors, K. McGlynn, R, Winning, S. Weiner and J. Ibanga, (all AlixPartners), T. Mayer, R. Ringer and M. Wasson (all Kramer Levin) re: weekly liquidity and general case updates | 0.50 |
| 10/26/20 | KM | Participate in conference call with D. MacGreevey, R. Collura, S. Weiner and J. Ibanga (all AlixPartners), T. Mayer, R. Ringer, N. Hamerman, and M. Wasson (all Kramer Levin), K. Morales (Reed Smith) re: unrestricted assets and other case updates | 0.50 |
| 10/26/20 | KM | Participate in conference call with the BSA Official Committee of Unsecured Creditors, R. Winning, R. Collura, S. Weiner and J. Ibanga, (all AlixPartners), T. Mayer, R. Ringer and M. Wasson (all Kramer Levin) re: weekly liquidity and general case updates | 0.50 |
| 10/26/20 | SW | Participate in conference call with D. MacGreevey, K. McGlynn, R. Collura and J. Ibanga (all AlixPartners), T. Mayer, R. Ringer, N. Hamerman, and M. Wasson (all Kramer Levin), K. Morales (Reed Smith) re: unrestricted assets and other case updates | 0.50 |
| 10/26/20 | SW | Participate in conference call with the BSA Official Committee of Unsecured Creditors, K. McGlynn, R. Winning, R. Collura and J. Ibanga, (all AlixPartners), T. | 0.50 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2129383-1 |
|---|---|
| Re: | Mtgs and Communications with UCC & Professionals |
| Client/Matter # | 013446.00102 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | Mayer, R. Ringer and M. Wasson (all Kramer Levin) re: weekly liquidity and general case updates | |
| 10/26/20 | RBW | Participate in conference call with the BSA Official Committee of Unsecured Creditors, K. McGlynn, R. Collura, S. Weiner and J. Ibanga, (all AlixPartners), T. Mayer, R. Ringer and M. Wasson (all Kramer Levin) re: weekly liquidity and general case updates | 0.50 |
| 10/26/20 | RBW | Participate in conference call with D. MacGreevey, K. McGlynn, R. Collura, S. Weiner and J. Ibanga (all AlixPartners), T. Mayer, R. Ringer, N. Hamerman, and M. Wasson (all Kramer Levin), K. Morales (Reed Smith) re: unrestricted assets and other case updates | 0.50 |
| 10/26/20 | RBW | Finalize weekly liquidity presentation | 0.40 |
| 10/26/20 | INI | Participate in conference call with D. MacGreevey, K. McGlynn, R. Collura and S. Weiner (all AlixPartners), T. Mayer, R. Ringer, N. Hamerman, and M. Wasson (all Kramer Levin), K. Morales (Reed Smith) re: unrestricted assets and other case updates | 0.50 |
| 10/26/20 | INI | Participate in conference call with the BSA Official Committee of Unsecured Creditors, K. McGlynn, R, Winning, R. Collura and S. Weiner (all AlixPartners), T. Mayer, R. Ringer and M. Wasson (all Kramer Levin) re: weekly liquidity and general case updates | 0.50 |
| 10/29/20 | DM | Review email with attachments from M. Wasson (Kramer Levin) re: BSA updates | 0.60 |
| 10/29/20 | INI | Participate in internal call with K. McGlynn and S. Weiner (both AlixPartners) to discuss materials for the upcoming 11/2 Committee meeting and status of outstanding fraudulent transfer analyses | 0.20 |
| 10/29/20 | KM | Participate in internal call with S. Weiner and J. Ibanga (both AlixPartners) to discuss materials for the upcoming 11/2 Committee meeting and status of outstanding fraudulent transfer analyses | 0.20 |
| 10/29/20 | RC | Review case status update materials provided by Kramer Levin | 0.20 |
| 10/29/20 | SW | Participate in internal call with K. McGlynn and J. Ibanga (both AlixPartners) to discuss materials for the upcoming | 0.20 |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2129383-1 |
| Re: | Mtgs and Communications with UCC & Professionals |
| Client/Matter # | 013446.00102 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | 11/2 Committee meeting and status of outstanding fraudulent transfer analyses | |
| 10/30/20 | DM | Review email with attachments from M. Wasson (Kramer Levin) re: BSA updates | 0.40 |
| | | **Total** | **66.60** |

909 Third Avenue    **T** 212.490.2500
New York, NY 10022    **F** 212.490.1344
**alixpartners.com**

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | | |
|---|---|---|
| Invoice # | 2129383-1 | |
| Re: | Mtgs and Communications with UCC & Professionals | |
| Client/Matter # | 013446.00102 | |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Joy N Ibanga | 15.20 | 515.00 | 7,828.00 |
| Scott Weiner | 12.40 | 645.00 | 7,998.00 |
| Robert B Winning | 7.10 | 910.00 | 6,461.00 |
| Kathryn McGlynn | 13.80 | 1,025.00 | 14,145.00 |
| David MacGreevey | 10.90 | 1,090.00 | 11,881.00 |
| Richard Collura | 7.20 | 1,090.00 | 7,848.00 |
| **Total Hours & Fees** | **66.60** | | **56,161.00** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | | |
|---|---|---|
| Invoice # | 2129383-1 | |
| Re: | Mtgs and Communications with Mgmt & Debtors' Professionals | |
| Client/Matter # | 013446.00103 | |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 10/02/20 | SW | Participate in conference call with C. Binggeli and R. Walsh (both A&M), K. McGlynn, R. Winning and J. Ibanga (all AlixPartners) re: cash flow actuals as of week ending 9/25 and June general operational updates | 0.60 |
| 10/02/20 | RBW | Participate in conference call with C. Binggeli  and R. Walsh (both A&M), K. McGlynn, S. Weiner and J. Ibanga (all AlixPartners) re: cash flow actuals as of week ending 9/25 and general operational updates | 0.50 |
| 10/02/20 | INI | Participate in conference call with C. Binggeli and R. Walsh (both A&M), K. McGlynn, R. Winning and S. Weiner (all AlixPartners) re: cash flow actuals as of week ending 9/25 and June general operational updates | 0.50 |
| 10/02/20 | KM | Participate in conference call with C. Binggeli and R. Walsh (both A&M), R. Winning, S. Weiner and J. Ibanga (all AlixPartners) re: cash flow actuals as of week ending 9/25 and general operational updates | 0.50 |
| 10/08/20 | KM | Participate in call with C. Binggeli, R. Walsh and B. Whittman (all A&M), D. MacGreevey, R. Winning, S. Weiner and J. Ibanga (both AlixPartners) re: BSA recruiting and general operational updates | 1.00 |
| 10/08/20 | RBW | Participate in call with C. Binggeli, R. Walsh and B. Whittman (all A&M), S. Weiner, J. Ibanga, K. McGlynn and D. MacGreevey (all AlixPartners) re: BSA recruiting and general operational updates | 1.00 |
| 10/08/20 | INI | Participate in call with Debtors advisors, C. Binggeli, R. Walsh and B. Whittman (all A&M) and R. Winning and S. Weiner (both AlixPartners) re: BSA recruiting and general operational updates | 1.00 |
| 10/08/20 | SW | Participate in call with C. Binggeli, R. Walsh and B. Whittman (all A&M), D. MacGreevey, K. McGlynn, R. Winning and J. Ibanga (both AlixPartners) re: BSA recruiting and general operational updates | 1.00 |
| 10/08/20 | DM | Participate in call with Debtors advisors, C. Binggeli, R. Walsh and B. Whittman (all A&M), K. McGlynn, I. Ibanga, R. Winning and S. Weiner re: BSA recruiting and general operational updates. | 1.00 |
| 10/09/20 | SW | Participate in conference call with C. Binggeli and R. | 0.50 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2129383-1 |
|---|---|
| Re: | Mtgs and Communications with Mgmt & Debtors' Professionals |
| Client/Matter # | 013446.00103 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | Walsh (both A&M), K. McGlynn, R. Winning and J. Ibanga (all AlixPartners) re: revised 13-week budget dated Oct 2nd | |
| 10/09/20 | INI | Participate in conference call with C. Binggeli and R. Walsh (both A&M), K. McGlynn, R. Winning and S. Weiner (all AlixPartners) re: revised 13-week budget dated Oct 2nd | 0.50 |
| 10/09/20 | RBW | Participate in conference call with C. Binggeli  and R. Walsh (both A&M), K. McGlynn, S. Weiner and J. Ibanga (all AlixPartners) re: revised 13-week budget dated Oct 2nd | 0.50 |
| 10/09/20 | KM | Participate in conference call with C. Binggeli and R. Walsh (both A&M), R. Winning, S. Weiner and J. Ibanga (all AlixPartners) re: revised 13-week budget dated Oct 2nd | 0.50 |
| 10/09/20 | INI | Prepare schedule with historical receipts and disbursements by week | 2.20 |
| 10/20/20 | KM | Call with C. Binggeli re: case issues and next steps | 0.40 |
| 10/23/20 | SW | Participate in conference call with C. Binggeli and R. Walsh (both A&M), K. McGlynn, R. Winning and J. Ibanga (all AlixPartners) re: BSA membership and weekly variance report the week ended Oct 16 | 0.50 |
| 10/23/20 | KM | Participate in conference call with C. Binggeli and R. Walsh (both A&M), R. Winning, S. Weiner and J. Ibanga (all AlixPartners) re: BSA membership and weekly variance report the week ended Oct 16th | 0.30 |
| 10/23/20 | RBW | Participate in conference call with C. Binggeli  and R. Walsh (both A&M), K. McGlynn, S. Weiner and J. Ibanga (all AlixPartners) re: BSA membership and weekly variance report the week ended Oct 16 | 0.30 |
| 10/23/20 | INI | Participate in conference call with C. Binggeli and R. Walsh (both A&M), K. McGlynn, R. Winning and S. Weiner (all AlixPartners) re: BSA membership and weekly variance report the week ended Oct 16 | 0.30 |
| 10/30/20 | KM | Participate in conference call with B. Whittman, C. Binggeli and R. Walsh (all A&M), S. Weiner and J. Ibanga (both AlixPartners) re: supply sales and weekly variance | 0.50 |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2129383-1 |
|---|---|
| Re: | Mtgs and Communications with Mgmt & Debtors' Professionals |
| Client/Matter # | 013446.00103 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | report the week ended Oct 23rd | |
| 10/30/20 | SW | Participate in conference call with B. Whittman, C. Binggeli and R. Walsh (all A&M), K. McGlynn and J. Ibanga (both AlixPartners) re: supply sales and weekly variance report the week ended Oct 23rd | 0.50 |
| 10/30/20 | INI | Participate in conference call with B. Whittman, C. Binggeli and R. Walsh (all A&M), K. McGlynn and S. Weiner (both AlixPartners) re: supply sales and weekly variance report the week ended Oct 23rd | 0.50 |
| | | **Total** | **14.60** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2129383-1 |
| Re: | Mtgs and Communications with Mgmt & Debtors' Professionals |
| Client/Matter # | 013446.00103 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Joy N Ibanga | 5.00 | 515.00 | 2,575.00 |
| Scott Weiner | 3.10 | 645.00 | 1,999.50 |
| Robert B Winning | 2.30 | 910.00 | 2,093.00 |
| Kathryn McGlynn | 3.20 | 1,025.00 | 3,280.00 |
| David MacGreevey | 1.00 | 1,090.00 | 1,090.00 |
| **Total Hours & Fees** | **14.60** | | **11,037.50** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2129383-1 |
|---|---|
| Re: | Analysis of Liquidity and Cash Management |
| Client/Matter # | 013446.00107 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 10/02/20 | KM | Review and analyze Debtors' weekly liquidity updates | 0.80 |
| 10/02/20 | INI | Prepare weekly cash variance slides | 1.90 |
| 10/02/20 | DM | Review BSA budget variance week ending September 25th | 0.40 |
| 10/05/20 | INI | Prepare bridge between September 4th and October 2nd cash flow budgets | 1.30 |
| 10/05/20 | INI | Review Debtors' new 13-week cash flow budget covering the period of 10/2 to 12/25 | 2.60 |
| 10/05/20 | SW | Review updated 13 week cash flow model and assess changes to prior budget for overlapping period | 2.50 |
| 10/05/20 | DM | Review revised BSA cash budget | 0.50 |
| 10/06/20 | INI | Prepare summary analyzing differences between September 4th and October 2nd 13-week cash flow budgets | 2.10 |
| 10/09/20 | KM | Review and analyze Debtors' weekly liquidity updates and updated 13 week cash flow forecast | 1.20 |
| 10/09/20 | INI | Prepare weekly cash flow variance report for the week ended October 2nd | 1.50 |
| 10/09/20 | INI | Revise bridge between September 4th and October 2nd 13-week budgets | 1.30 |
| 10/09/20 | DM | Review BSA budget variance week ending October 2nd | 0.30 |
| 10/12/20 | INI | Prepare schedule of historical receipt and expense data by week for comparative analysis | 2.10 |
| 10/16/20 | INI | Review weekly cash flow variance report for the week ended October 9th | 0.80 |
| 10/16/20 | DM | Review BSA budget variance week ending October 9th | 0.40 |
| 10/23/20 | INI | Review variance report for the week ended Oct 16th | 0.20 |
| 10/23/20 | DM | Review BSA budget variance week ending  October 16th | 0.30 |
| 10/23/20 | SW | Review weekly variance report and derive question list for Debtors' advisor | 0.50 |
| 10/23/20 | KM | Analyze weekly liquidity updates | 0.60 |
| 10/30/20 | KM | Review and analyze Debtors' weekly cash flow liquidity updates | 0.70 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | | |
|---|---|---|
| Invoice # | 2129383-1 | |
| Re: | Analysis of Liquidity and Cash Management | |
| Client/Matter # | 013446.00107 | |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/30/20 | INI | Review cash flow variance report for week ended October 23rd | 1.60 |
| 10/30/20 | DM | Review BSA budget variance week ending October 23rd | 0.30 |
| | | **Total** | **23.90** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2129383-1 |
| Re: | Analysis of Liquidity and Cash Management |
| Client/Matter # | 013446.00107 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Joy N Ibanga | 15.40 | 515.00 | 7,931.00 |
| Scott Weiner | 3.00 | 645.00 | 1,935.00 |
| Kathryn McGlynn | 3.30 | 1,025.00 | 3,382.50 |
| David MacGreevey | 2.20 | 1,090.00 | 2,398.00 |
| **Total Hours & Fees** | **23.90** | | **15,646.50** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

Invoice #               2129383-1

Re:                     Business and Strategic Plan Analysis
Client/Matter #         013446.00109

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/01/20 | KS | Summarize financial information of 254 Local Councils as of 6/30/2020 by location | 1.90 |
| | | **Total** | **1.90** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2129383-1 |
| Re: | Business and Strategic Plan Analysis |
| Client/Matter # | 013446.00109 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Kyoko Shibuya | 1.90 | 645.00 | 1,225.50 |
| **Total Hours & Fees** | **1.90** | | **1,225.50** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2129383-1 |
| --- | --- |
| Re: | Financial and Other Diligence |
| Client/Matter # | 013446.00112 |

| Date | Consultant | Description of Services | Hours |
| --- | --- | --- | --- |
| 10/01/20 | SW | Detail review of historical annual membership by LC and state as of June 30th | 1.60 |
| 10/01/20 | SW | Begin data summary of annual June 30th membership | 1.50 |
| 10/01/20 | RC | Review and analysis of Local Council net asset information | 1.10 |
| 10/01/20 | KM | Review information related to Middle TN Local Council | 0.90 |
| 10/01/20 | KM | Review case updates from Committee Counsel | 0.40 |
| 10/01/20 | INI | Review virtual data room for newly posted documents | 0.30 |
| 10/02/20 | RC | Review summary of the Local Councils asset information | 0.60 |
| 10/02/20 | INI | Analyze July and August 2019 and 2020 adult membership | 0.90 |
| 10/02/20 | KS | Analyze changes in asset composition of Local Councils from 11/30/2019 to 6/30/2019 | 2.10 |
| 10/02/20 | KS | Update a summary regarding financial position of Local Councils as of 6/30/2020 | 0.80 |
| 10/02/20 | INI | Analyze July and August 2019 and 2020 youth membership | 2.60 |
| 10/02/20 | SW | Compete data summary of annual June 30th membership | 2.70 |
| 10/02/20 | SW | Create exhibits to assess membership concentration by state | 2.40 |
| 10/02/20 | SW | Create exhibits to assess membership trends by state | 2.10 |
| 10/02/20 | SW | Draft list of questions regarding recruiting and spillover effects on business for Debtors' advisor | 1.50 |
| 10/02/20 | KM | Review case updates from Committee Counsel | 0.40 |
| 10/02/20 | RBW | Analyze impact of membership decline | 1.20 |
| 10/05/20 | KS | Review National Executive Board Roster | 1.20 |
| 10/05/20 | KS | Update schedule on Arrow's directors and officers | 1.70 |
| 10/05/20 | INI | Respond to internal inquiry re: BSA restricted accounts | 0.20 |
| 10/05/20 | SW | Begin to capture actual line item performance and updated 13 week cash flow projections to compare vs August 2020 plan | 2.90 |
| 10/06/20 | SW | Complete capturing actual line item performance and updated 13 week cash flow projections to compare vs | 2.80 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2129383-1 |
|---|---|
| Re: | Financial and Other Diligence |
| Client/Matter # | 013446.00112 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | August 2020 plan | |
| 10/06/20 | SW | Back into implied membership fees and membership composition based on updated 13 week cash flow and revised membership guidance | 2.60 |
| 10/07/20 | SW | Create exhibit detailing July and August year over year membership changes by program and region | 1.60 |
| 10/07/20 | SW | Create graphs detailing July and August year over year membership changes by program and region | 0.80 |
| 10/07/20 | SW | Create exhibits and graphs detailing July and August membership changes by program versus August plan projections | 1.30 |
| 10/07/20 | SW | Create sensitivity analysis of August 2020 receipts line items | 2.80 |
| 10/07/20 | SW | Begin to update sensitivity analysis of August 2020 receipts line items with new detail from 13 week cash flow | 1.30 |
| 10/07/20 | RC | Research questions from Kramer Levin regarding Arrow and JP Morgan | 0.70 |
| 10/07/20 | INI | Review new documents posted to virtual data room | 0.20 |
| 10/07/20 | KS | Review the BSA's unaudited income statement for the Summit operation | 0.70 |
| 10/08/20 | KS | Review the use of revolved under 2010 RCF agreement | 0.40 |
| 10/08/20 | INI | Prepare meeting notes from call with Debtors' advisors | 1.00 |
| 10/08/20 | SW | Complete update of sensitivity analysis of August 2020 receipts line items with new detail from 13 week cash flow | 2.70 |
| 10/08/20 | SW | Create slide with exhibit detailing long term membership trends and providing commentary | 1.80 |
| 10/08/20 | SW | Create slide providing Fall recruiting updates based on conversation with A&M | 2.10 |
| 10/08/20 | SW | Begin to create slide with exhibits and commentary on August 2020 member additions | 1.20 |
| 10/09/20 | SW | Complete drafting slide with exhibits and commentary on August 2020 member additions | 0.90 |
| 10/09/20 | SW | Create exhibit bridging July 31st membership to | 1.30 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2129383-1 |
|---|---|
| Re: | Financial and Other Diligence |
| Client/Matter # | 013446.00112 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | December 31st membership based on August 2020 plan | |
| 10/09/20 | SW | Create exhibit bridging July 31st membership to December 31st membership based on actual August membership report and revised guidance from Debtors' advisor | 1.90 |
| 10/09/20 | SW | Create exhibit comparing August 2020 plan fee revenues through January 2021 to revised guidance | 1.70 |
| 10/09/20 | SW | Create exhibit detailing fee revenue sensitivity given varying levels of new and existing recruit retention | 2.20 |
| 10/09/20 | RC | Review Local Councils' financial information and update net assets analysis | 1.20 |
| 10/09/20 | RBW | Analyze membership sensitivity | 0.60 |
| 10/09/20 | KM | Review and revise analysis of membership and recruiting trends | 1.10 |
| 10/09/20 | KS | Review treasurers reports for capital expenditure on the Summit development | 1.20 |
| 10/09/20 | KS | Review the BSA's greybooks for Arrow's fixed assets | 0.60 |
| 10/09/20 | KS | Summarize costs of the Summit development | 0.70 |
| 10/12/20 | KS | Review documents related to Arrow project | 1.30 |
| 10/12/20 | SW | Create exhibit detailing common size historical membership | 1.60 |
| 10/12/20 | SW | Begin analysis to strip out LDS members from historical membership data | 2.80 |
| 10/12/20 | RC | Review additional documents related to Arrow | 1.40 |
| 10/12/20 | INI | Review Mid America Council disclosure re: transfer of real estate dated October 6th | 0.50 |
| 10/12/20 | RBW | Review report on membership | 0.80 |
| 10/13/20 | SW | Process internal edits and comments to weekly update presentation | 2.60 |
| 10/13/20 | INI | Prepare schedule of historical cash flows to assess tends by disbursement type. | 1.50 |
| 10/13/20 | KS | Review a draft of a complaint against Arrow WV | 1.60 |
| 10/13/20 | SW | Continue analysis to strip out LDS members from historical membership data | 2.70 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2129383-1 |
|---|---|
| Re: | Financial and Other Diligence |
| Client/Matter # | 013446.00112 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 10/14/20 | SW | Complete analysis to estimate historical membership without LDS members | 1.90 |
| 10/16/20 | SW | Review wholesale sales data from 2019 grey books | 2.80 |
| 10/19/20 | KS | Review the BSA's executive board meeting minutes for dividend distribution from the potential estate claims | 1.40 |
| 10/19/20 | KS | Review court documents for the BSA and Local Councils' contribution to the pension plan | 0.70 |
| 10/19/20 | INI | Review summary of bench rulings | 0.40 |
| 10/19/20 | INI | Review Middle Tennessee Council Stipulation | 0.40 |
| 10/20/20 | KS | Review the BSA's financial information regarding its contribution to the pension plan | 1.20 |
| 10/26/20 | RC | Review minutes to the National Officers' meetings | 0.60 |
| 10/26/20 | KS | Review audited financial statements for the BSA's pension program and the employer contribution | 0.70 |
| 10/26/20 | DM | Research potential claims universe at BSA | 0.40 |
| 10/28/20 | SW | Review details provided in consolidated financials dataroom folder to assess historical performance of supply segment | 2.70 |
| 10/29/20 | SW | Review shared services documents for details related to cost allocation across BSA National and Local Council supply operations | 1.70 |
| 10/29/20 | SW | Review details provided in unaudited annual reports to assess historical performance of supply segment | 2.80 |
| 10/29/20 | SW | Review details provided in unaudited Treasurers Report to assess historical performance of supply segment | 2.60 |
| 10/29/20 | SW | Begin to draft question list for Debtors' Advisor related to bifurcation of supply shops into BSA National and Wholesale | 0.80 |
| 10/29/20 | INI | Review newly posted documents to virtual data room | 0.20 |
| 10/30/20 | SW | Complete drafting question list for Debtors' Advisor related to bifurcation of supply shops into BSA National and Wholesale | 2.40 |
| 10/30/20 | SW | Review weekly variance report and create question list in advance of discussion with Debtors' advisor | 0.50 |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2129383-1 |
|---|---|
| Re: | Financial and Other Diligence |
| Client/Matter # | 013446.00112 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 10/30/20 | SW | Continue building monthly historical summary of supply margins and segment level contributions | 2.70 |
| 10/30/20 | SW | Search dataroom for documents providing additional clarity on allocation of shared supply segment expenses across BSA National and Local Councils | 1.90 |
| | | **Total** | **112.10** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2129383-1 |
| Re: | Financial and Other Diligence |
| Client/Matter # | 013446.00112 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Joy N Ibanga | 8.20 | 515.00 | 4,223.00 |
| Scott Weiner | 76.20 | 645.00 | 49,149.00 |
| Kyoko Shibuya | 16.30 | 645.00 | 10,513.50 |
| Robert B Winning | 2.60 | 910.00 | 2,366.00 |
| Kathryn McGlynn | 2.80 | 1,025.00 | 2,870.00 |
| David MacGreevey | 0.40 | 1,090.00 | 436.00 |
| Richard Collura | 5.60 | 1,090.00 | 6,104.00 |
| **Total Hours & Fees** | **112.10** | | **75,661.50** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2129383-1 |
|---|---|
| Re: | Collateral Analysis |
| Client/Matter # | 013446.00113 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 10/07/20 | KS | Call with R. Collura (AlixPartners) to discuss preparing a schedule of collateral provided to JP Morgan in response to requests from Kramer Levin | 0.60 |
| 10/07/20 | RC | Prepare update to collateral summary in response to requests from Counsel | 0.70 |
| 10/07/20 | RC | Call with K. Shibuya to discuss preparing a schedule of collateral provided to JP Morgan in response to requests from Kramer Levin | 0.60 |
| 10/07/20 | RC | Review loan agreements and provide comments related to the JP Morgan collateral analysis | 1.20 |
| | | **Total** | **3.10** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2129383-1 |
| Re: | Collateral Analysis |
| Client/Matter # | 013446.00113 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Kyoko Shibuya | 0.60 | 645.00 | 387.00 |
| Richard Collura | 2.50 | 1,090.00 | 2,725.00 |
| **Total Hours & Fees** | **3.10** | | **3,112.00** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2129383-1 |
|-----------|-----------|

| Re: | Forensic Analysis |
|-----|-------------------|
| Client/Matter # | 013446.00114 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/01/20 | KS | Perform QC for the complication of 254 Local Councils' Statement of Financial Position as of 6/30/2020 | 1.50 |
| 10/01/20 | KS | Draft slides regarding 254 Local Councils' financial information and claims against 263 Local Councils | 2.30 |
| 10/01/20 | RC | Call with K. Shibuya (AlixPartners) to discuss analysis of Local Council asset information | 0.80 |
| 10/01/20 | KS | Call with R. Collura (AlixPartners) to discuss analysis of Local Council asset information | 0.80 |
| 10/02/20 | KS | Draft a investigation update material regarding changes in asset composition | 1.40 |
| 10/02/20 | RC | Review materials prepared for Counsel and provide additional comments regarding Local Council and claims data | 1.10 |
| 10/05/20 | RC | Review and update information related to Arrow's directors and officers | 1.40 |
| 10/05/20 | RC | Call with K. Shibuya (AlixPartners) to discuss updates to schedule regarding Arrow's directors and officers | 0.20 |
| 10/05/20 | KS | Call with R. Collura (AlixPartners) to discuss updates to schedule regarding Arrow's directors and officers | 0.20 |
| 10/05/20 | KS | Update a summary regarding Local Councils' financial position as of 6/30/2020 | 1.60 |
| 10/05/20 | KS | Summarize changes in asset composition of 254 Local Councils from 2019 to 2020 | 1.80 |
| 10/06/20 | KS | Update an investigation update material regarding changes in asset composition of Local Councils | 1.80 |
| 10/06/20 | RC | Review and update analysis of Local Councils' financial information | 1.00 |
| 10/07/20 | LH | Research and analysis re: refinancing transactions | 2.10 |
| 10/07/20 | KS | Draft a schedule regarding the collaterals provided to JPM under 2010 RCF agreement | 1.30 |
| 10/07/20 | KS | Draft a schedule regarding the Summit's operation | 0.80 |
| 10/08/20 | RC | Review documentation related Arrow financing in response to requests from Kramer Levin | 0.80 |
| 10/09/20 | RC | Review information related to Arrow and respond to | 1.30 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2129383-1 |
| Re: | Forensic Analysis |
| Client/Matter # | 013446.00114 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | questions from Kramer Levin | |
| 10/12/20 | RBW | Review recent reporting re: additional local council transfer | 0.40 |
| 10/12/20 | DM | Review mid American counsel disclosure | 0.80 |
| 10/14/20 | KS | Build a model for simulation analysis | 2.20 |
| 10/14/20 | RC | Review financial information and work on outline of draft settlement analysis | 1.20 |
| 10/14/20 | RC | Review BSA financial statements and update outline of draft settlement analysis | 1.30 |
| 10/19/20 | KS | Summarize a schedule regarding the BSA's and Local Councils' contribution to the potential estate claims | 0.70 |
| 10/22/20 | RC | Review and analysis of information related to potential estate claims contributions and dividends | 0.70 |
| 10/23/20 | RC | Review and analysis of potential estate distributions made | 1.00 |
| 10/26/20 | KS | Draft an investigation update slide regarding the potential estate claims contribution from the BSA and Local Councils | 2.30 |
| 10/26/20 | KS | Perform QC on schedule of the potential estate claims contribution by the BSA and Local Councils | 1.10 |
| 10/26/20 | RC | Review and analysis the potential estate claims dividend history | 0.80 |
| 10/26/20 | RC | Update settlement model scenarios based on requests from Kramer Levin | 1.00 |
| 10/29/20 | KS | Prepare a model to compile Statements of Financial Position of Local Councils as of 9/30/2020 | 1.30 |
| 10/30/20 | KS | Compile Statements of Financial Position of Local Councils as of 9/30/2020 | 2.50 |
| | | **Total** | **39.50** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2129383-1 |
| Re: | Forensic Analysis |
| Client/Matter # | 013446.00114 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Loring Hill | 2.10 | 645.00 | 1,354.50 |
| Kyoko Shibuya | 23.60 | 645.00 | 15,222.00 |
| Robert B Winning | 0.40 | 910.00 | 364.00 |
| David MacGreevey | 0.80 | 1,090.00 | 872.00 |
| Richard Collura | 12.60 | 1,090.00 | 13,734.00 |
| **Total Hours & Fees** | **39.50** | | **31,546.50** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2129383-1 |
| Re: | Litigation Support |
| Client/Matter # | 013446.00115 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/08/20 | RC | Review mediation statement and related support documentation | 1.10 |
| 10/13/20 | RC | Review draft complaint and provide comments | 2.10 |
| 10/13/20 | RC | Identify relevant documents referenced in draft complaint and respond to requests from Kramer Levin | 0.80 |
| 10/13/20 | RC | Review and provide comments to draft complaint | 0.70 |
| 10/14/20 | KS | Update settlement model | 1.80 |
| 10/15/20 | RC | Update draft settlement analysis | 1.10 |
| 10/16/20 | RC | Review and comment on draft settlement analysis | 1.80 |
| 10/19/20 | RC | Update settlement scenario model | 1.60 |
| 10/19/20 | DM | Review BSA challenge complaint | 1.10 |
| 10/20/20 | RC | Review information related to settlement scenarios in response to requests from Kramer Levin | 1.10 |
| | | **Total** | **13.20** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2129383-1 |
| Re: | Litigation Support |
| Client/Matter # | 013446.00115 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Kyoko Shibuya | 1.80 | 645.00 | 1,161.00 |
| David MacGreevey | 1.10 | 1,090.00 | 1,199.00 |
| Richard Collura | 10.30 | 1,090.00 | 11,227.00 |
| **Total Hours & Fees** | **13.20** | | **13,587.00** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2129383-1 |
|---|---|
| Re: | Claims Analysis |
| Client/Matter # | 013446.00116 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 10/01/20 | KS | Call with R. Collura (AlixPartners) to discuss updates to the claims data analyses | 0.40 |
| 10/01/20 | RC | Review and provide comments related to the abuse claims data analysis | 1.00 |
| 10/01/20 | RC | Update analysis of abuse claims information | 1.00 |
| 10/01/20 | RC | Call with K. Shibuya (AlixPartners) to discuss updates to the claims data analyses | 0.40 |
| 10/01/20 | KS | Update slides regarding claim analysis by location | 1.20 |
| 10/02/20 | RC | Review materials regarding abuse claims information | 0.70 |
| 10/02/20 | RC | Review and analysis of Brown Greer's abuse claims data | 0.80 |
| 10/02/20 | KS | Update materials regarding claim analysis | 1.20 |
| 10/02/20 | KM | Review and revise questions for Debtors' related to recruiting efforts and membership levels | 1.10 |
| 10/05/20 | KS | Update schedule on claims by location | 1.70 |
| 10/06/20 | RC | Review and provide comments on abuse claims analysis by state | 1.10 |
| 10/09/20 | RC | Review additional information and update abuse claims analysis | 1.40 |
| 10/19/20 | INI | Review the current draft of the proposed complaint with potential claims against JPMorgan and related potential claims against Arrow and the BSA directors and officers | 0.50 |
| 10/21/20 | RBW | Correspondence with R. Ringer (Kramer Levin) re: claims filing process | 0.30 |
| 10/21/20 | SW | Review restoration plan and deferred comp claims data provided in the data room | 2.90 |
| 10/21/20 | SW | Begin to compare data room restoration plan information to detail provided in Schedule F | 1.60 |
| 10/22/20 | SW | Complete comparison of data room restoration plan information to detail provided in Schedule F | 2.10 |
| 10/22/20 | SW | Create exhibit summarizing data room restoration plan information to detail provided in Schedule F | 1.80 |
| 10/22/20 | SW | Review data room for claim information related to certain individuals noted by Committee member | 2.70 |
| 10/22/20 | SW | Review data room for details on the nature of deferred | 1.30 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2129383-1 |
| Re: | Claims Analysis |
| Client/Matter # | 013446.00116 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | comp claims | |
| 10/23/20 | INI | Identify Restoration Plan and Deferred Comp claim amounts on Schedule F | 1.80 |
| | | **Total** | **27.00** |

909 Third Avenue    **T** 212.490.2500
New York, NY 10022    **F** 212.490.1344
**alixpartners.com**

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2129383-1 |
| Re: | Claims Analysis |
| Client/Matter # | 013446.00116 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Joy N Ibanga | 2.30 | 515.00 | 1,184.50 |
| Scott Weiner | 12.40 | 645.00 | 7,998.00 |
| Kyoko Shibuya | 4.50 | 645.00 | 2,902.50 |
| Robert B Winning | 0.30 | 910.00 | 273.00 |
| Kathryn McGlynn | 1.10 | 1,025.00 | 1,127.50 |
| Richard Collura | 6.40 | 1,090.00 | 6,976.00 |
| **Total Hours & Fees** | **27.00** | | **20,461.50** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2129383-1 |
|---|---|
| Re: | Retention Applications & Relationship Disclosure Schedules |
| Client/Matter # | 013446.00118 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 10/22/20 | DM | Internal discussion with E. Kardos (AlixPartners) re: BSA disclosures | 0.60 |
| 10/22/20 | ESK | Internal discussion with D. MacGreevey (AlixPartners) re: BSA disclosures | 0.60 |
| | | **Total** | **1.20** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2129383-1 |
| Re: | Retention Applications & Relationship Disclosure Schedules |
| Client/Matter # | 013446.00118 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Elizabeth S Kardos | 0.60 | 710.00 | 426.00 |
| David MacGreevey | 0.60 | 1,090.00 | 654.00 |
| **Total Hours & Fees** | **1.20** | | **1,080.00** |

909 Third Avenue        **T** 212.490.2500
New York, NY 10022      **F** 212.490.1344
                        **alixpartners.com**

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2129383-1 |
| Re: | Attend Court Hearings |
| Client/Matter # | 013446.00119 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 10/14/20 | INI | Listen to BSA omnibus hearing (partial) | 3.40 |
| 10/14/20 | KM | Attend Omnibus hearing | 6.00 |
| 10/14/20 | SW | Dial into omnibus hearing (partial) | 5.20 |
| 10/14/20 | DM | Attend BSA omnibus hearing (partial) | 1.00 |
| 10/16/20 | KM | Attend hearing on Coalition ruling | 0.50 |
| 10/16/20 | SW | Attend hearing on Coalition ruling  (partial) | 0.40 |
| 10/16/20 | DM | Attend hearing on Coalition ruling | 0.50 |
| 10/16/20 | INI | Prepare and listen to hearing on Coalition ruling | 0.70 |
| | | **Total** | **17.70** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2129383-1 |
| Re: | Attend Court Hearings |
| Client/Matter # | 013446.00119 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Joy N Ibanga | 4.10 | 515.00 | 2,111.50 |
| Scott Weiner | 5.60 | 645.00 | 3,612.00 |
| Kathryn McGlynn | 6.50 | 1,025.00 | 6,662.50 |
| David MacGreevey | 1.50 | 1,090.00 | 1,635.00 |
| **Total Hours & Fees** | **17.70** | | **14,021.00** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2129383-1 |
|---|---|
| Re: | Fee Statements and Fee Applications |
| Client/Matter # | 013446.00120 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 10/01/20 | DM | Review BSA August fee Application | 0.50 |
| 10/01/20 | KM | Review and revise August fee application | 1.90 |
| 10/01/20 | LMB | Prepare monthly fee statement, supporting schedules and exhibits (August 2020) | 1.80 |
| 10/01/20 | LMB | Revise monthly fee statement, supporting schedules and exhibits (August 2020) | 0.60 |
| 10/01/20 | ESK | Review August 2020 monthly fee application | 0.30 |
| 10/02/20 | LMB | Prepare monthly fee statement, supporting schedules and exhibits (August 2020) | 0.20 |
| 10/02/20 | LMB | Email to P. Baranpuria (Kramer Levin) attaching August 2020 monthly fee statement for filing on the Court docket | 0.20 |
| 10/12/20 | LMB | Telephone call with S. Beck (Kramer Levin) re: monthly fee applications | 0.20 |
| 10/13/20 | LMB | Revise and finalize sixth monthly fee application for August 2020 | 0.50 |
| 10/19/20 | LMB | Email to S. Beck (Kramer Levin) attaching excel for August 2020 professional fees | 0.20 |
| 10/23/20 | LMB | Prepare professional fees for September 2020 monthly fee statement | 1.40 |
| 10/26/20 | DM | Review BSA September fee statement | 0.50 |
| 10/26/20 | KM | Review and revise September fee application | 1.20 |
| 10/26/20 | LMB | Prepare fee statement, supporting schedules and exhibits (September 2020) | 1.70 |
| 10/26/20 | LMB | Revise September 2020 monthly fee statement, supporting schedules and exhibits | 0.60 |
| 10/26/20 | LMB | Emails to/from K. Morales (Reed Smith) re: monthly fee applications | 0.20 |
| 10/26/20 | KAS | Review draft 7th monthly fee application (September 2020) | 0.40 |
| 10/27/20 | LMB | Revise monthly fee statement, supporting schedules and exhibits (September 2020) | 1.70 |
| 10/27/20 | LMB | Emails to S. Beck (Kramer Levin) re: revisions to September 2020 monthly fee statement | 0.30 |
| 10/29/20 | LMB | Revise monthly fee statement, supporting schedules and | 1.00 |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2129383-1 |
| Re: | Fee Statements and Fee Applications |
| Client/Matter # | 013446.00120 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | exhibits (September 2020) | |
| 10/29/20 | LMB | Several emails with S. Beck (Kramer Levin) re: review September 2020 monthly fee statement | 0.30 |
| | | **Total** | **15.70** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2129383-1 |
| Re: | Fee Statements and Fee Applications |
| Client/Matter # | 013446.00120 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Lisa Marie Bonito | 10.90 | 450.00 | 4,905.00 |
| Kaitlyn A Sundt | 0.40 | 510.00 | 204.00 |
| Elizabeth S Kardos | 0.30 | 710.00 | 213.00 |
| Kathryn McGlynn | 3.10 | 1,025.00 | 3,177.50 |
| David MacGreevey | 1.00 | 1,090.00 | 1,090.00 |
| **Total Hours & Fees** | **15.70** | | **9,589.50** |