## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 695** |

### CERTIFICATION OF COUNSEL REGARDING
### CLARIFICATION OF BAR DATE ORDER AND CLAIM FORM

The undersigned counsel hereby certifies as follows:

1.      The debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), the Official Committee of Tort Claimants (the "TCC"), the legal representative for future claimants (the "FCR"), and the unsecured creditors committee (the "UCC") agree that paragraph 7(e)(9) of the *Order, Pursuant to 11 U.S.C. § 502(b)(9), Bankruptcy Rules 2002 and 3003(c)(3), and Local Rules 2002-1(e), 3001-1, and 3003-1, (I) Establishing Deadlines for Filing Proofs of Claim, (II) Establishing the Form and Manner of Notice Thereof, (III) Approving Procedures for Providing Notice of Bar Date and Other Important Information to Abuse Survivors, and (IV) Approving Confidentiality Procedures for Abuse Survivors* [Docket No. 695] (the "Bar Date Order")[2] and the reference to insurers in the Claim Form was intended to include, and does include, the retained advisors of the Debtors' insurers.

2.      Accordingly, the Debtors, the TCC, the FCR, and the UCC have agreed upon a form of order (the "Proposed Order"), a copy of which is attached hereto as **Exhibit A**,

---

[1]      The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2]      All capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Bar Date Order.

clarifying that in paragraph 7(e)(9) of Bar Date Order and the reference to insurers in the Claim Form was intended to include, and does include, the retained advisors of the Debtors' insurers.

3.    The TCC, UCC, FCR, and the United States Trustee for the District of Delaware have reviewed the Proposed Order and do not object to its entry.

[*Remainder of Page Left Intentionally Blank*]

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed

Order attached hereto as **Exhibit A**.

Dated:  November 30, 2020
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Eric W. Moats*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Eric W. Moats (No. 6441)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Email:  dabbott@mnat.com
aremming@mnat.com
emoats@mnat.com
ptopper@mnat.com

– and –

**WHITE & CASE LLP**
Jessica C. K. Boelter (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: jessica.boelter@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (212) 881-5400
Email: mandolina@whitecase.com
mlinder@whitecase.com

*Counsel for the Debtors and Debtors in Possession*