## EXHIBIT A

Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 695, __** |

## ORDER CLARIFYING BAR DATE ORDER AND CLAIM FORM

Upon the certification of counsel, dated November 30, 2020 (the "Certification of Counsel"),[2] of the debtors and debtors in possession (collectively, the "Debtors") in the above captioned cases (the "Chapter 11 Cases") regarding the Confidentiality Protocol for reviewing proofs of claim, as further set forth in paragraph 7(e)(9) of the Bar Date Order; and this Court having jurisdiction to consider the Certification of Counsel and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the Amended Standing Order of Reference from the United States District Court for the District of Delaware dated February 29, 2012; and the consideration of the Certification of Counsel and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having reviewed the Certification of Counsel; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038

[2] All capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Certification of Counsel.

1. The phrase "certain insurers of the Debtors, including authorized claims administrators of such insurers and their reinsurers and their respective counsel" as used in paragraph 7(e)(9) of the Bar Date Order, and the reference to insurers in the Claim Form, was intended to include, and does include, the retained advisors of such insurer parties.

2. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: _____, 2020
      Wilmington, Delaware

                                                                                                                                         _____
                                                                                                                        THE HON. LAURIE SELBER SILVERSTEIN
                                                                                                                        UNITED STATES BANKRUPTCY JUDGE