

FILED
November 24, 2020
2020 NOV 30 AM 11:10
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

United States Bankruptcy Court
District of Delaware
824 Market street,
Wilmington, Delaware 1980-3577

In RE:   Boy Scouts of America And Delaware BSA, LLC.,
Sexual Abuse Survivor Proof of Claim:

Dear sir or madam;

The above action against the Boys scouts of America sexual Abuse Case, has Ended on November 16, 2020.

Could you Kindly provide me of my status of Claim that was filed on or about October 5th. 2020, and Damages Recovered, In the matter of Chapter 11, Case No. 20-10343(LSS) (Jointly Administered).

What do I need to do, for Collection of Damages, or will they be sent to my persons in the above titled address?

Thank you for your time and attention in this matter.

Sincerely,