# COVER LETTER

FILED
2020 NOV 30  AM 9:17
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

TO: Clerk,

Enclosed is an original of the following documents for filing:

1 - NOTICE OF CLAIM/COMPLAINT - CLASS ACTION PARTICIPANT

1 - PRISONER'S PETITION AND AFFIDAVIT TO PROCEED WITHOUT PREPAYMENT OF FEES AND/OR COSTS

1 - AUTHORIZATION FOR RELEASE OF INSTITUTIONAL ACCOUNT INFORMATION AND PAYMENT OF THE FILING FEE

Thanking you in advance for your time and consideration in this matter.

Dated this 11th day of November, 2020.

Sincerely,

[redacted]

FILED-MAIL
2020 NOV 16  PM 3:03
US BANKRUPTCY COURT
EASTERN DISTRICT OF WI



ORIGINAL

# UNITED STATES BANKRUPTCY COURT

In re
BOY SCOUTS OF AMERICA,
    Debtor

███████████████
    Plaintiff,

v.

BOY SCOUTS OF AMERICA,
    Defendant.

File No. _____

## NOTICE OF CLAIM/COMPLAINT
## CLASS ACTION PARTICIPANT

NOTICE OF CLAIM/COMPLAINT:

Around the summer of the year 1986, I was 9 years-old. I lived with my mother ███████████ and sibblings, in ███████████ ███████████████████████████████. I use to go ███ church ███████████████████████████████████████████ get food boxes for the family. One day we saw posters for the Boy Scouts of America. I begged my mother to sign me up. My mother filled out the form and I could not be a Boy Scout because I was too young, but I was eligible to be a Cub Scout, the younger version of a Boy Scout. Some way, because I wanted to be a Boy Scout so bad and my father use to be in Vietnam War/military, my single-parent mother, poor, and on welfare, scraped up the fee for me. We attended the first informational meeting at the church on ███████████████ here the Cub Scout events

(1)

would be held in some side/basement/conference room area. These events were once-a-week or so and we were taught the many patches to obtain, field trips we would attend, and events to come. There was one, tall, white man, a Boy Scout Representative who was the one I looked up to and was more hands-on with the Cub Scouts. ████████████████

was in-use, ████████████████████████

████████████████████████████████████████████████████████████████████████████████████████████████████████████████

Cub/Boy Scouts. These events were all so long ago, but the main portion, life-changing, has never been forgotten. I am 43 years-old now, extremely embarassed, and never told this event to anyone.

Therein, I believe the Boy Scouts of America should right this wrong, crime, and robbery of my innocence, and compensate me millions in this action, that to date, has had an effect on my relationships. Boy Scouts of America are liable for damages, and I should be a participant in the class action.

Dated and Submitted this 11th day of November, 2020.

BY: 

(2)

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
Plaintiff or Petitioner (full name)

Case No. _____
v.                                    *(to be supplied by Clerk)*

BOY SCOUTS OF AMERICA
Defendant(s) or Respondent(s) (full name)

**PRISONER'S PETITION AND AFFIDAVIT TO PROCEED**
**WITHOUT PREPAYMENT OF FEES AND/OR COSTS**

***THIS FORM IS FOR PRISONERS ONLY.***

*The cost of filing nearly every civil action is $400.00. This includes the $350.00 statutory filing fee and a $50.00 administrative fee. If you cannot afford this $400.00 fee you may ask permission to proceed without the prepayment of fees and/or costs by completing this form, the attached authorization, and providing the court with a certified copy of your institutional trust account statement for the past six months. The court will review your trust account statement and calculate the amount you must pay for your case to proceed. After you pay this initial partial filing fee, the court will review your complaint to determine whether it is sufficient to proceed. Every month, the prison will automatically deduct 20% of your monthly income from your institutional trust account. The money will be forwarded to the court to be paid towards the remainder of the $350.00 statutory filing fee. These automatic deductions will continue until the $350.00 statutory filing fee is paid in full. Prisoners granted permission to proceed without the prepayment of fees and/or costs do not have to pay the $50.00 administrative fee.*

*The filing fee for a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 or 2254 is $5.00. If you are unable to pay this $5.00 filing fee, complete this form, the attached authorization, and provide the court with a certified copy of your institutional trust account statement for the past six months. If the court finds that you are unable to pay the $5.00 filing fee, the court will grant your petition to proceed without prepayment of fees and/or costs and you will not have to prepay the $5.00 fee.*

*If you are filing a motion to vacate, set aside, or correct a sentence pursuant to 28 U.S.C. § 2255, there is no filing fee. However, you may want to complete and return this form and the attached authorization, and provide the court with a certified copy of your institutional trust account statement for the past six months if you believe you will be unable to pay other costs associated with your case such as the cost of obtaining transcripts.*

1. What type of case are you filing? NOTICE OF CLAIM / COMPLAINT - CLASS ACTION PARTICIPANT
   (e.g. civil rights, petition for a writ of habeas corpus, etc.)

2. Are you currently married? ☐ Yes   ☑ No

3. If you and/or your spouse have any of the following assets, provide details:

| Type of Asset | Approximate Value |
|---|---|
| Bank account (checking, savings, money market etc.) | $ 0 |
| Retirement account (IRA, 401(k), 403(b), pension, etc.) | $ 0 |
| Investments (certificate of deposit, stocks, securities, bonds, mutual funds, exchange traded funds, etc.) | $ 0 |
| Real estate (house, apartment building, condo, lots, etc.) | $ 0 |
| Other valuable assets (motor vehicles, boats, jewelry, art work, collectibles, etc.) | $ 0 |

Are there any other circumstances that you would like the court to consider when reviewing your request to proceed without prepayment of costs and/or fees?

I am currently incarcerated, so far, 22 years in March, on a life sentence. In ▮▮▮▮▮ I receive $4.00 every two weeks, and gifts surprisingly. I have multiple legal fees in postage, copies, along with living expenses in here, which is ridiculous.

I, ▮▮▮▮▮, declare that I am the plaintiff or petitioner in the above-named action. In support of my request to proceed in forma pauperis, I declare that I am unable to pay the fees and/or costs of these proceedings and that I believe I am entitled to the relief sought in the present complaint, petition, or motion. I understand that a false statement may result in a dismissal of my claims. I answer the following questions fully, truthfully, and under penalty of perjury. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Institutional Identification Number: ▮▮▮▮▮

Signature: ▮▮▮▮▮   Date: 11·11·2020

*This form does not need to be notarized.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Plaintiff or Petitioner (full name)

v.

Case No. _____
(to be supplied by Clerk)

BOY SCOUTS OF AMERICA
Defendant(s) or Respondent(s) (full name)

**AUTHORIZATION FOR RELEASE OF INSTITUTIONAL ACCOUNT INFORMATION
AND PAYMENT OF THE FILING FEE**

I, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓,
(institutional identification number)
hereby authorize the court to obtain from the agency having custody of me, information about my institutional trust account, including balances, deposits, and withdrawals over the prior six months.

I further authorize the agency or facility having custody of me to continue to disclose information about my institutional trust account, including balances, deposits, and withdrawals to the court until the filing fee in this matter is paid in full.

I further authorize the agency or facility having custody of me to withdraw funds from my institutional trust account in accordance with 28 U.S.C. § 1915 and to forward these funds to the court for payment of any filing fee.

Signature: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓     Date: 11·11·2020

*This form does not need to be notarized.*

DECLARATION OF INMATE FILING

UNITED STATES BANKRUPTCY COURT

In re
BOY SCOUTS OF AMERICA,
    Debtor

Case No. _____

[REDACTED]

v.

BOY SCOUTS OF AMERICA
    Defendant.

I am an inmate confined in an institution. Today November 11, 2020, I am depositing the "NOTICE OF CLAIM/COMPLAINT – CLASS ACTION PARTICIPANT," in this case in the institution's internal mail system. First-class postage is being prepaid either by me or by the institution on my behalf.

I declare under penalty of perjury that the forgoing is true and correct (see 28 U.S.C. § 1746; 18 U.S.C. § 1621).

[REDACTED]

Signed on November 11, 2020

U.S. Bankruptcy Court
Clerk
U.S. Courthouse

Clerk,

I have been seeing commercials on T.V. advertising for attorneys who are representing victims of Boyscout Abuse. I understand that the Boyscouts of America has filed for bankruptcy protection because of many cases of abuse filed against them. I was also victimised by a leader of that organization. I have attempted to contact 2 of the advertizers, but to date have recieved no responces.

I understand that there is a deadline of November 16th of 2020, which is soon approaching. I am requesting information regarding any Attorney in Wisconsin who may be representing claims for this trust.

Also, I wish to request any available forms or instructions available for filing a claim, along with any relevant information that may help me in filing a succesful claim as a victim of sexual abuse by such a person while involved with the cubscouts or boyscouts. This to file by myself if necessary.

Thank-You

Please expedite due to time restrictions





Clerk of
U.S. Bankruptcy Court
U.S. Courthouse
517 E. Wisconsin Ave, Rm 126
Milwaukee, WI 53202

SAINT PAUL MN 550
22 OCT 2020 PM 1 L

53202-458199



*Janet L. Medlock Clerk, U.S. Bankruptcy Court*



*United States Bankruptcy Court
Eastern District of Wisconsin
Office of the Clerk*

To:  Una O'Boyle
     824 Market ST N
     3rd Floor
     Wilmington, DE 19801

IN RE:
Case No.
Chapter:



We are forwarding the enclosed original adversary documents from case number 20–2149 which was opened in our court.

Dated: November 20, 2020

**JANET L. MEDLOCK**
Clerk of Court

By:  Erin B.
     Deputy Clerk