**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re: Boy Scouts of America, et al.
Debtor

Case No. 20-10343 (LSS)
Reporting Period: October 2020

**MONTHLY OPERATING REPORT**

| REQUIRED DOCUMENTS | Form No. | Document | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | ✓ | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | | ✓ |
| Schedule of Professional Fees Paid | MOR-1b | ✓ | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Statement of Operations | MOR-2 | ✓ | |
| Balance Sheet | MOR-3 | ✓ | |
| Status of Postpetition Taxes | MOR-4 | | ✓ |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | ✓ | ✓ |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | ✓ | |
| Debtor Questionnaire | MOR-5 | ✓ | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

*/s/ Michael A. Ashline* November 30, 2020
Signature of Debtor Date



FORM MOR-1a
(04/07)

In re: Boy Scouts of America, et al.
Debtor

Case No. 20-10343 (LSS)
Reporting Period: October 2020

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

*($ in thousands)*

| Unrestricted Cash Management System | |
|---|---|
| **Total Beginning Unrestricted Cash Balance** | **$ 67,630** |
| **RECEIPTS** | |
| Operating Receipts | |
| Registrations | 1,331 |
| Supply | 5,489 |
| High-Adventure Bases | 5,863 |
| A/R Receipts | 6,546 |
| Other Operating Receipts | 607 |
| National Jamboree Fees | - |
| Other | 1,562 |
| Total Operating Receipts | 21,398 |
| Transfers from Investments & Rest. Accounts, Net | 444 |
| Other Collections / Distributions | 4 |
| **Total Receipts** | **21,846** |
| **DISBURSEMENTS** | |
| Total Trade AP | (5,139) |
| Total Payroll and Benefits | (11,011) |
| Other Expenses | - |
| Total Operating Disbursements | (16,149) |
| **NON-OPERATING CASH FLOWS** | |
| GLIP | (33) |
| Capex (BSA) | (147) |
| Capex (Summit) | (236) |
| Total Non-Operating Expenses | (416) |
| **BANKRUPTCY-RELATED DISBURSEMENTS** | |
| Restructuring Professionals | (6,691) |
| Adequate Protection Payments | (676) |
| Other - Noticing Program / Utility Deposit | - |
| Pre-Petition Vendor Payments | (10) |
| Total Bankruptcy Related Expenses | (7,376) |
| **Total Disbursements** | **(23,942)** |
| **Net Cash Flow Before Endowment Contributions** | **(2,096)** |
| Funding Sources (Endowment Contributions) | - |
| **Total Ending Unrestricted Cash Balance - BSA** | **65,534** |
| Unrestricted Endowment Balance | 55,590 |
| Unrestricted RBT Balance | 67,020 |
| **Total Ending Unrestricted Liquidity - BSA** | **$ 188,145** |

| Restricted Cash Management System | |
|---|---|
| **Beginning Restricted Liquidity Balance** | **$ 125,313** |
| Receipts | 370 |
| Disbursements | (129) |
| Change in BSA's Investment in Commingled Endowment Fund L.P. | (1,276) |
| Transfers (to) / from Unrestricted Cash Management System | (350) |
| **Ending Restricted Liquidity Balance** | **$ 123,927** |

Footnotes:
(1) Receipts and disbursements reflect activity for the post-petition period of October 3,2020 through October 30, 2020. Actual cash flow results are recorded on a weekly basis for reporting consistent with the Cash Collateral Order and, therefore, capture actual results through 10/30/20 instead of 10/31/20.
(2) All information contained herein is unaudited and subject to future adjustment.
(3) Excludes approximately $63 million of cash, which is restricted for accounting purposes, in the L/C Cash Collateral Account that collateralizes a standby letter of credit. Includes both cash and money market funds.
(4) Does not include results for non-debtor entities controlled by the Debtors and therefore do not represent the consolidated financial results of the Boy Scouts of America.
(5) Disbursements from Delaware BSA, LLC are di minimis, resulting in the minimum quarterly fee paid to US Trustee in the amount of $325.00 for that entity.

## THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: | |
|---|---|
| **TOTAL DISBURSEMENTS** | $ 24,071 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | - |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | - |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | **$ 24,071** |



FORM MOR-1
(04/07)

| In re: Boy Scouts of America, et al. | Case No. | 20-10343 (LSS) |
|---|---|---|
| Debtor | Reporting Period: | October 2020 |

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

**Debtor's statements with respect to bank account reconciliations and bank statements**

***Bank Account Reconciliations***

The Debtor affirms that reconciliations for all open and active bank accounts are prepared monthly and maintained by the Debtor. Upon request, the Debtor will provide all bank reconciliations to the U.S. Trustee.

***Bank Statements***

The Debtor affirms that bank statements for all open and active bank accounts are maintained by the Debtor. Upon request, the Debtor will provide all bank statements to the U.S. Trustee.

In re: Boy Scouts of America, et al.
Debtor

Case No. 20-10343 (LSS)
Reporting Period: October 2020

**SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID**

This schedule is to include all retained professional payments from case inception to current month

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amounts Paid (Current Month) Fees | Amounts Paid (Current Month) Expenses | Case-To-Date Fees | Case-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| ALVAREZ & MARSAL HOLDINGS LLC | Interim 2/18 - 4/30/20 | $ 387,579 | Boy Scouts of America | 00079351 | 10/7/2020 | $ 387,579 | $ - | $ 2,190,412 | $ 31,825 |
| BATES WHITE LLC | Interim 2/18 - 4/30/20 | 50,004 | Boy Scouts of America | 00079364 | 10/7/2020 | 50,004 | - | 285,849 | - |
| HAYNES & BOONE LLP | Interim 2/18 - 4/30/20 | 62,108 | Boy Scouts of America | 00079344 | 10/7/2020 | 62,108 | - | 692,186 | 2,281 |
| KCIC LLC | Interim 2/18 - 4/30/20 | 2,223 | Boy Scouts of America | 00079346 | 10/7/2020 | 2,223 | - | 18,928 | - |
| MORRIS NICHOLS ARSHT & TUNNELL | Interim 2/18 - 4/30/20 | 102,844 | Boy Scouts of America | 00079360 | 10/7/2020 | 102,844 | - | 687,749 | 35,577 |
| OGLETREE DEAKINS NASH SMOAK&STEWART PC | 6/1 - 6/30/20 | 133,307 | Boy Scouts of America | 00079251 / 00079165 / 00079252 | 10/7/2020 | 106,580 | 81 | 750,301 | 2,843 |
| OGLETREE DEAKINS NASH SMOAK&STEWART PC | Interim 2/18 - 4/30/20 | 107,815 | Boy Scouts of America | 00079253 | 10/7/2020 | 107,815 | - | 858,115 | 2,843 |
| PACHULSKI STANG ZIEHL & JONES | Interim 3/4 - 4/30/20 | 284,186 | Boy Scouts of America | 00079358 | 10/7/2020 | 284,186 | - | 2,327,726 | 18,444 |
| WOMBLE BOND DICKINSON (US) LLP | 7/1 - 7/31/20 | 2,281 | Boy Scouts of America | 00079368 | 10/7/2020 | 1,550 | 731 | 89,068 | 5,853 |
| WOMBLE BOND DICKINSON (US) LLP | 8/1 - 8/31/20 | 3,152 | Boy Scouts of America | 00079368 | 10/7/2020 | 2,772 | 380 | 91,840 | 6,233 |
| YOUNG CONWAY STARGATT & TAYLOR | Interim 2/18 - 4/30/20 | 36,651 | Boy Scouts of America | 00079307 | 10/7/2020 | 36,651 | - | 374,260 | 9,747 |
| YOUNG CONWAY STARGATT & TAYLOR (James Patton) | Interim 2/18 - 4/30/20 | 3,976 | Boy Scouts of America | 00079307 | 10/7/2020 | 3,976 | - | 40,936 | - |
| ALVAREZ & MARSAL HOLDINGS LLC | 6/1 - 7/31/20 | 664,516 | Boy Scouts of America | 00079752 | 10/14/2020 | 531,262 | 438 | 2,721,674 | 32,263 |
| ALVAREZ & MARSAL HOLDINGS LLC | 8/1 - 8/31/20 | 339,730 | Boy Scouts of America | 00079753 | 10/14/2020 | 271,782 | 3 | 2,993,456 | 32,266 |
| BATES WHITE LLC | 8/1 - 8/31/20 | 29,181 | Boy Scouts of America | 00079762 | 10/14/2020 | 23,344 | - | 309,194 | - |
| SIDLEY AUSTIN LLP | 8/1 - 8/31/20 | 1,586,935 | Boy Scouts of America | 00079751 | 10/14/2020 | 1,259,145 | 13,003 | 7,762,938 | 117,141 |
| GILBERT LLP (1) | 8/1 - 8/31/20 | 32,675 | Boy Scouts of America | N/A | 10/20/2020 | 25,922 | 273 | 137,223 | 3,351 |
| ALIX PARTNERS LLP | 7/1 - 7/31/20 | 236,881 | Boy Scouts of America | 00079996 | 10/21/2020 | 189,505 | - | 1,593,496 | - |
| HAYNES & BOONE LLP | 8/1 - 8/31/20 | 165,051 | Boy Scouts of America | 00079985 / 00000984 | 10/21/2020 | 132,040 | - | 824,226 | 2,281 |
| KRAMER LEVIN NAFTAILS & FRANKE | 7/1 - 7/31/20 | 376,094 | Boy Scouts of America | 00079997 | 10/21/2020 | 297,254 | 4,527 | 2,143,857 | 51,877 |
| MORRIS NICHOLS ARSHT & TUNNELL | 7/1 - 7/31/20 | 93,909 | Boy Scouts of America | 00079994 | 10/21/2020 | 73,035 | 2,615 | 760,784 | 38,191 |
| PACHULSKI STANG ZIEHL & JONES | 7/1 - 7/31/20 | 685,036 | Boy Scouts of America | 00079992 | 10/21/2020 | 542,639 | 6,612 | 2,870,365 | 25,056 |
| REED SMITH LLP | 7/1 - 7/31/20 | 22,515 | Boy Scouts of America | 00079998 | 10/21/2020 | 17,204 | 1,010 | 161,304 | 2,464 |
| SIDLEY AUSTIN LLP | 7/1 - 7/31/20 | 1,221,584 | Boy Scouts of America | 00079989 | 10/21/2020 | 968,755 | 10,640 | 8,731,693 | 127,781 |
| YOUNG CONWAY STARGATT & TAYLOR | 8/1 - 8/31/20 | 127,902 | Boy Scouts of America | 00079959 | 10/21/2020 | 101,966 | 445 | 476,226 | 10,193 |
| YOUNG CONWAY STARGATT & TAYLOR (James Patton) | 8/1 - 8/31/20 | 30,380 | Boy Scouts of America | 00079959 | 10/21/2020 | 24,304 | - | 65,240 | - |
| NORTON ROSE FULBRIGHT US LLP | 9/1 - 9/30/20 | 107,767 | Boy Scouts of America | 01350657 | 10/28/2020 | 106,914 | 853 | 1,122,876 | 19,213 |
| PJT PARTNERS LP | 10/1 - 10/31/20 | 178,199 | Boy Scouts of America | 00080161 | 10/28/2020 | 175,000 | 3,199 | 1,400,000 | 3,199 |
| ALVAREZ & MARSAL HOLDINGS LLC | 9/1 - 9/30/20 | 377,926 | Boy Scouts of America | N/A | 10/30/2020 | 302,180 | 194 | 3,295,636 | 32,460 |
| ANKURA CONSULTING GROUP LLC (2) | 4/27 - 7/31/20 | 11,205 | Boy Scouts of America | Various | Various | - | - | 8,964 | - |
| BERKELEY RESEARCH GROUP (2) | 3/6 - 4/30/20 | 672,010 | Boy Scouts of America | Various | Various | - | - | 537,608 | 514 |
| COMMONWEALTH MEDIATION &CONCILIATION INC (2) | 6/1 - 8/31/20 | 261,000 | Boy Scouts of America | Various | Various | - | - | 261,000 | - |
| HOGAN LOVELLS US LLP (2) | 6/1 - 8/31/20 | 134,270 | Boy Scouts of America | Various | Various | - | - | 134,270 | - |
| JON R CONTE PHD INC (2) | 5/1 - 5/31/20 | 13,944 | Boy Scouts of America | Various | Various | - | - | 11,155 | - |
| OMNI MANAGEMENT GROUP INC (2) | 2/18 - 7/31/20 | 1,893,094 | Boy Scouts of America | Various | Various | - | - | 928,265 | 964,830 |
| PASICH LLP (2) | 5/12 - 7/31/20 | 262,233 | Boy Scouts of America | Various | Various | - | - | 209,787 | - |
| **Total Amounts** | | | | | | **$ 6,190,538** | **$ 45,004** | **$ 26,952,050** | **$ 1,290,483** |

Footnotes:

(1) Gilbert's invoices were fully applied against their retainer

(2) Reflect cumulative payments made in prior periods to professionals not paid in the current month



FORM MOR-1b
(04/07)

| In re: Boy Scouts of America, et al. | Case No. | 20-10343 (LSS) |
|---|---|---|
| Debtor | Reporting Period: | October 2020 |

**BOY SCOUTS OF AMERICA**
**STATEMENT OF REVENUES AND EXPENSES**
**(INCOME STATEMENT)**

(In Thousands)

| REVENUES | **October 31, 2020** | **Cumulative Filing to Date** |
|---|---|---|
| Registration Fees | $ 1,516 | $ 31,279 |
| National Service Fees | 862 | 7,372 |
| Event Fees | 28 | (542) |
| Supply Net Operations | 154 | (4,672) |
| Investment-related Revenues | (711) | 3,603 |
| High-adventure Base Net Operations | (1,161) | (12,912) |
| Summit Net Operations | (757) | (4,125) |
| Other Revenues | 434 | 6,758 |
| GLIP Insurance Premiums | 708 | 15,561 |
| Contributions-Non Summit | 442 | 7,309 |
| Contributions-Summit Development | - | - |
| Total Revenues | 1,515 | 49,631 |
| | | |
| EXPENSES | | |
| Salary | 2,581 | 26,697 |
| Benefits | 855 | 9,635 |
| Other Benefits | 22 | 262 |
| Outsourcing/External Services | 972 | 7,548 |
| Travel | 46 | 381 |
| Operating | 487 | 2,248 |
| Information Technology | 626 | 6,247 |
| Office Expense | 15 | 307 |
| Insurance (Property and Casualty, Workers' Comp.,etc.) | 2,966 | 34,793 |
| Facilities and Equipment | 179 | 1,228 |
| Depreciation | 298 | 2,693 |
| General Liability Insurance | 496 | 12,344 |
| Legal Fees | 51 | 3,873 |
| Interest and Line of Credit Fees | 573 | 4,855 |
| Other Expenses (1) | (3,750) | (41,373) |
| Insider Compensation (2) | 127 | 1,013 |
| Allocated Expenses | (1,433) | (11,360) |
| Total Expenses | 5,111 | 61,391 |
| | | |
| s/(Deficiency) of Revenues over/under Expenses Before Reorganization Items | $ (3,596) | $ (11,760) |
| Professional Fees | 3,081 | 37,394 |
| U.S. Trustee Quarterly Fees | - | 750 |
| Other Reorganization Expenses | 2,357 | 9,000 |
| Gain/(Loss) from Sale of Equipment | - | - |
| Total Reorganization Expenses | 5,438 | 47,144 |
| Excess (Deficiency) of Revenues over/under Expenses | **$ (9,034)** | **$ (58,904)** |

Footnotes:

(1) The credit to other expense is due to the reduction in accrued liability for self-insured medical and dental claims as a result of updating the estimate of unpaid and incurred but not reported claims following the dissolution of the Employee Welfare Benefits Trust, a voluntary employees' beneficiary association (VEBA) trust, which was exhausted earlier in 2020.

(2) Includes adjustment of an additional officer.

In re: Boy Scouts of America, et al. — Debtor

Case No. 20-10343 (LSS)

Reporting Period: October 2020

**DELAWARE BSA, LLC**
**STATEMENT OF REVENUES AND EXPENSES**
**(INCOME STATEMENT)**

(In Thousands)

| | October 31, 2020 | Cumulative Filing to Date |
|---|---|---|
| REVENUES | | |
| Registration Fees | $ - | $ - |
| National Service Fees | - | - |
| Event Fees | - | - |
| Supply Net Operations | - | - |
| Investment-related Revenues | - | - |
| High-adventure Base Net Operations | - | - |
| Summit Net Operations | - | - |
| Other Revenues | - | - |
| GLIP Insurance Premiums | - | - |
| Contributions-Non Summit | - | - |
| Contributions-Summit Development | - | - |
| Total Revenues | - | - |
| | | |
| EXPENSES | | |
| Salary | - | - |
| Benefits | - | - |
| Other Benefits | - | - |
| Outsourcing/External Services | - | - |
| Travel | - | - |
| Operating (1) | - | 1 |
| Information Technology | - | - |
| Office Expense | - | - |
| Insurance (Property and Casualty, Workers' Comp.,etc.) | - | - |
| Facilities and Equipment | - | - |
| Depreciation | - | - |
| General Liability Insurance | - | - |
| Legal Fees | - | - |
| Interest and Line of Credit Fees | - | - |
| Other Expenses | - | - |
| Insider Compensation | - | - |
| Allocated Expenses | - | - |
| Total Expenses | - | 1 |
| | | |
| Excess/(Deficiency) of Revenues over/under Expenses Before Reorganization Items | $ - | $ (1) |
| Professional Fees | - | - |
| U.S. Trustee Quarterly Fees | - | - |
| Other Reorganization Expenses | - | - |
| Gain/(Loss) from Sale of Equipment | - | - |
| Total Reorganization Expenses | - | - |
| **Excess (Deficiency) of Revenues over/under Expenses** | **$ -** | **$ (1)** |

Footnotes:

(1) Bank fees of $104 have been incurred as of the current reporting period and not shown due to rounding.

In re: Boy Scouts of America, et al.
Debtor

Case No. 20-10343 (LSS)
Reporting Period: October 2020

# BOY SCOUTS OF AMERICA
# BALANCE SHEET

(In Thousands)

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Cash and Cash equivalents | $ 163,153 | $ 174,612 |
| Investments, at fair value | 211,590 | 203,514 |
| Accounts Receivable (Net) | 3,141 | 15,396 |
| Pledge Receivable (Net) | 32,832 | 33,011 |
| Other Receivables | 12,324 | 19,275 |
| Intercompany Receivable | 358,508 | 350,318 |
| Gift Annuities | 5,887 | 7,099 |
| Inventories | 70,749 | 67,343 |
| Prepaid & Deferred Expenses | 21,132 | 60,597 |
| Professional Retainers | 507 | 2,934 |
| Land, Building, and equipment, net | 95,300 | 101,878 |
| Other | 5,702 | 6,233 |
| **TOTAL ASSETS** | **$ 980,825** | **$ 1,042,210** |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| ***LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)*** | | |
| Accounts Payable and Accrued Liabilities | $ 76,381 | $ 73,131 |
| Gift Annuities | 5,887 | 7,099 |
| Unearned Fees and Subscriptions | 53,351 | 51,066 |
| Insurance Reserves | 2,391 | 2,464 |
| Intercompany Payable | - | - |
| *TOTAL POSTPETITION LIABILITIES* | **$ 138,010** | **$ 133,760** |
| ***LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)*** | | |
| Secured Debt | $ 222,262 | $ 222,262 |
| Priority Debt | 389 | 3,349 |
| Unsecured Debt | 251,616 | 255,387 |
| *TOTAL PRE-PETITION LIABILITIES* | **$ 474,267** | **$ 480,998** |
| | | |
| *TOTAL LIABILITIES* | **$ 612,277** | **$ 614,758** |
| ***NET ASSETS*** | | |
| Net Assets without Donor Restrictions | $ 236,728 | $ 300,535 |
| Net Assets with Donor Restrictions | 131,820 | 126,917 |
| *TOTAL NET ASSETS* | **$ 368,548** | **$ 427,452** |
| **TOTAL LIABILITIES AND NET ASSETS** | **$ 980,825** | **$ 1,042,210** |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re: Boy Scouts of America, et al.
Debtor

Case No. 20-10343 (LSS)
Reporting Period: October 2020

## DELAWARE BSA, LLC.
## BALANCE SHEET

(In Thousands)

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Cash and Cash equivalents | $ 9 | $ 10 |
| Investments, at fair value | - | - |
| Accounts Receivable (Net) | - | - |
| Pledge Receivable (Net) | - | - |
| Other Receivables | - | - |
| Intercompany Receivable | - | - |
| Gift Annuities | - | - |
| Inventories | - | - |
| Prepaid & Deferred Expenses | - | - |
| Professional Retainers | - | - |
| Land, Building, and equipment, net | - | - |
| Other | - | - |
| **TOTAL ASSETS** | **$ 9** | **$ 10** |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| ***LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)*** | | |
| Accounts Payable and Accrued Liabilities | $ - | $ - |
| Gift Annuities | - | - |
| Unearned Fees and subscriptions | - | - |
| Insurance Reserves | - | - |
| Intercompany Payable | - | - |
| *TOTAL POSTPETITION LIABILITIES* | **$ -** | **$ -** |
| ***LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)*** | | |
| Secured Debt | $ - | $ - |
| Priority Debt | - | - |
| Unsecured Debt | - | - |
| *TOTAL PRE-PETITION LIABILITIES* | **$ -** | **$ -** |
| | | |
| *TOTAL LIABILITIES* | **$ -** | **$ -** |
| ***NET ASSETS*** | | |
| Net Assets without Donor Restrictions | $ 9 | $ 10 |
| Net Assets with Donor Restrictions | - | - |
| *TOTAL NET ASSETS* | **$ 9** | **$ 10** |
| **TOTAL LIABILITIES AND NET ASSETS** | **$ 9** | **$ 10** |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re: Boy Scouts of America, et al.
Debtor

Case No. 20-10343 (LSS)
Reporting Period: October 2020

## STATUS OF POSTPETITION TAXES

**Debtor's statements with respect to status of postpetition taxes**

Taxes not subject to compromise for the Debtor that are not subject to dispute or reconciliation and that are authorized to be paid under the relief granted by the Bankruptcy Court are current. There are no material tax disputes or reconciliations. Tax information is not attached to this monthly operating report, however upon request, the Debtor will provide a status update to the U.S. Trustee.

The Debtor utilizes a third party payroll provider who is responsible for submitting all payroll tax returns and payroll tax amounts due. The Debtor is not delinquent in submitting any payroll tax returns or payroll taxes due.

## SUMMARY OF UNPAID POSTPETITION DEBTS

(In Thousands)

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | 1,232 | 1,290 | 216 | 86 | 139 | 2,963 |
| Wages Payable | 3,451 | - | - | - | - | 3,451 |
| Taxes Payable | 1,245 | - | - | - | - | 1,245 |
| Secured Debt/Adequate Protection Payments | 657 | - | - | - | - | 657 |
| Professional Fees | 11,117 | - | - | - | - | 11,117 |
| Amounts Due to Insiders* | 149 | - | - | - | - | 149 |
| **Total Postpetition Debts** | **17,851** | **1,290** | **216** | **86** | **139** | **19,582** |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

The majority of AP past due 60 days or more relates to parties with outstanding past due receivables and thus payment is being withheld. Any other past-due amounts will be cured in near-term payment runs

Detail of post-petition Accounts Payable is not attached to this monthly operating report, however upon request, the Debtor will provide a status update to the U.S. Trustee

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re: Boy Scouts of America, et al.
Debtor

Case No. 20-10343 (LSS)
Reporting Period: October 2020

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| **Accounts Receivable Reconciliation** | **September 30, 2020** | **October 31, 2020** |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | $4,037 | $3,835 |
| + Amounts billed during the period | 7,355 | 7,038 |
| - Amounts collected during the period | (7,557) | (7,629) |
| Total Accounts Receivable at the end of the reporting period | $3,835 | $3,244 |
| | | |
| **Accounts Receivable Aging** | **September 30, 2020** | **October 31, 2020** |
| 0 - 30 days old | $3,023 | $2,272 |
| 31 - 60 days old | 136 | 303 |
| 61 - 90 days old | 134 | 116 |
| 91+ days old | 542 | 553 |
| Total Accounts Receivable | $3,835 | 3,244 |
| Amount considered uncollectible (Bad Debt) | (103) | (103) |
| Accounts Receivable (Net) | $3,732 | $3,141 |

## DEBTOR QUESTIONNAIRE

| **Must be completed each month** | **Yes** | **No** |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | ✓ |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | ✓ |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | ✓ | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | ✓ | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | ✓ |