IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| BOY SCOUTS OF AMERICA AND | : | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC, et al.[1] | : | (Jointly Administered) |
| Debtors. | : | |
| _____ | : | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission pro hac vice of Steven C. Babin Jr, Esquire of Babin Law, LLC, 140 E. Town Street, Suite 1100, Columbus, Ohio 43215 to represent various Claimants for the Boy Scouts of American Sexual Abuse Claims in the above-captioned case.

Dated: November 16, 2020
     Wilmington, Delaware

/s/ Raeann Warner, Esq.
Raeann Warner, Esq. (#4931)
Thomas C. Crumplar, Esq. (#942)
Jacobs & Crumplar, P.A.
750 Shipyard Dr., Suite 200
Wilmington, DE 19801
Telephone: 302-656-5445
E-mail: Raeann@jcdelaw.com
Email: Tom@jcdelaw.com

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

    Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Ohio and United States District Court, Southern District of Ohio and submit to the disciplinary jurisdiction of this Court for any alleged misconduct, which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 9/1/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Courts for District Court.

/s/ Steven C. Babin Jr., Esq.
Steven C. Babin Jr., Esq (0093584)
Babin Law, LLC
140 E. Town Street, Suite 1100
Columbus, Ohio 43215
Steven.babin@babinlaws.com and hello@babinlaws.com
(614)761-8800

## ORDER GRANTING MOTION

    IT IS HEREBY ORDERED, ADJUDGED and DECREED that Counsel Steven C. Babin Jr., Esq's motion for admission pro hac vice is granted.

Dated: November 30th, 2020
     Wilmington, Delaware

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtos of the Chapter 11 cases, together with the last four digits of the Debtor's federal tax identification number, as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane Irving, Texas 75038.