# EXHIBIT B



Invoice #22382
Date: 08/31/20
Terms: Net 30
Due: 09/30/20
Project: PS-PSZJLaw-BSA-BRG Data Analysis-TECH

| To | From |
|---|---|
| Pachulski Stang Ziehl & Jones LLP | MiPro Consulting |
| 10100 Santa Monica Blvd. | 1100 Corporate Office Dr |
| 13th Floor | Suite 100 |
| Los Angeles, CA 90067 | Milford, MI 48381 |
| | United States |
| | |
| | Voice: 248 684-1900 |
| | Fax: 800 774-5187 |

| User | Project | Date | Hours | Rate | Total | Description/Notes |
|---|---|---|---|---|---|---|
| Joshi, Rushikesh | | | | | | |
| | PS-PSZJLaw-BSA-BRG Data Analysis-TECH | | | | | |
| | | 8/3/2020 | 0.9 | $187/hr | $168.30 | Analyzed General Ledger line table transactions for BRG request. |
| | | 8/3/2020 | 2.1 | $187/hr | $392.70 | Examined consolidated financial statement query issues for Non-Debtors. |
| | | 8/4/2020 | 0.6 | $187/hr | $112.20 | Addressed BRG questions on report templates for consolidated financial statements. |
| | | 8/4/2020 | 0.4 | $187/hr | $74.80 | Developed queries per BRG requests. |
| | | 8/4/2020 | 3 | $187/hr | $561.00 | Analyzed balance sheet net asset categories regarding unrestricted, temporarily restricted, and permanently restricted assets. |
| | | 8/5/2020 | 0.5 | $187/hr | $93.50 | Developed query to provided class field details pursuant to BRG request. |
| | | 8/5/2020 | 0.5 | $187/hr | $93.50 | Addressed assignment status with team. |
| | | 8/5/2020 | 0.8 | $187/hr | $149.60 | Configured nVision report and provided output to BRG pursuant to request. |
| | | 8/5/2020 | 2.2 | $187/hr | $411.40 | Analyzed system generated reports for local councils pursuant to BRG requests. |
| | | 8/5/2020 | 3 | $187/hr | $561.00 | Generated balance sheet reports for all locals councils from 2007 too 2020, |
| | | 8/6/2020 | 2 | $187/hr | $374.00 | Analyzed local council balance sheet reports out of balance issues. |
| | | 8/6/2020 | 2 | $187/hr | $374.00 | Created Balance sheet reports for merged local councils for all years from 2007 till 2020. |

| | | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| | | 8/7/2020 | 0.5 | $187/hr | $93.50 | Analyzed PeopleSoft SQL script from BRG for general ledger detail. |
| | | 8/7/2020 | 3.5 | $187/hr | $654.50 | Analyzed voucher line detail pursuant to BRG request. |
| | | 8/10/2020 | 0.5 | $187/hr | $93.50 | Analyzed PeopleSoft table structure for accounts receivable tables. |
| | | 8/10/2020 | 0.8 | $187/hr | $149.60 | Analyzed list of Nvision reports provided by BRG. |
| | | 8/10/2020 | 2.2 | $187/hr | $411.40 | Analyzed voucher line detail transactions pursuant to BRG request. |
| | | 8/11/2020 | 2 | $187/hr | $374.00 | Analyzed income statement reports for local councils. |
| | | 8/12/2020 | 0.5 | $187/hr | $93.50 | Analyzed missing layout files for Nvision reports. |
| | | 8/13/2020 | 0.4 | $187/hr | $74.80 | Analyzed error issues with nvision report output. |
| | | 8/13/2020 | 0.6 | $187/hr | $112.20 | Evaluated assignment status with team. |
| | | 8/13/2020 | 0.9 | $187/hr | $168.30 | Analyzed balance sheet reports as of 05/31/2020 for local councils pursuant to BRG requests. |
| | | 8/13/2020 | 1.1 | $187/hr | $205.70 | Analyzed cause of local council balance sheet balance carry forward issues. |
| | | 8/13/2020 | 2.3 | $187/hr | $430.10 | Analyzed balance sheet reports as of 03/31/2020, 2018, and 2019 for local councils pursuant to BRG requests. |
| | | 8/13/2020 | 2.7 | $187/hr | $504.90 | Trouble shooted negative balance sheet account amounts in local council balance sheets by running various system reports. |
| | | 8/14/2020 | 2 | $187/hr | $374.00 | Examined queries and reports to resolve closing issues for certain local councils. |
| | | 8/14/2020 | 3.1 | $187/hr | $579.70 | Evaluated year-end closing issues for 2019 for certain local councils. |
| | | 8/14/2020 | 2.9 | $187/hr | $542.30 | Ran and verified closing process for these 4 LCs to populate period 0 data. |
| | | 8/17/2020 | 3.5 | $187/hr | $654.50 | Created revised report for all local council balance sheets from 2007 till 2020 |
| | | 8/20/2020 | 0.5 | $187/hr | $93.50 | Evaluated assignment status with team. |
| | | | | | | Prepared weekly status report |
| | Sub-total | | 48 | | $8,976.00 | |
| Prakash, Vinay | | | | | | |
| | PS-PSZJLaw-BSA-BRG Data Analysis-TECH | | | | | |
| | | 8/6/2020 | 1.8 | $187/hr | $336.60 | Developed queries for general ledger line detail table. |
| | | 8/6/2020 | 2.2 | $187/hr | $411.40 | Developed queries for voucher line detail table. |
| | | 8/7/2020 | 2.1 | $187/hr | $374.00 | Developed queries for general ledger line detail table. |

|  |  | 8/7/2020 | 1.9 | $187/hr | $374.00 | Developed queries for voucher line detail table. |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  | Sub-total | 8 |  | $1,496.00 |  |
| Total |  |  | 56 |  | $10,472.00 |  |