## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
|  | (Jointly Administered) |
| Debtors. |  |

### DECLARATION OF SHANNON R. WHEATMAN, PH.D
### REGARDING IMPLEMENTATION OF SUPPLEMENTAL NOTICE
### PLAN TO PROVIDE NOTICE OF BAR DATE TO ABUSE SURVIVORS

I, Shannon R. Wheatman, being duly sworn, hereby declare as follows:

1.      I am the President of Kinsella Media, LLC ("KM"), an advertising and notification consulting firm in Washington, D.C. specializing in the design and implementation of class action and bankruptcy notification programs.  My business address is 2101 L Street NW, Suite 800, Washington, D.C. 20037.

2.      On February 19, 2020, the Court entered the *Order Appointing Omni Agent Solutions as Claims and Noticing Agent,* Nunc Pro Tunc *to the Petition Date* [Docket No. 68]. KM was retained directly by and has acted exclusively for Omni Agent Solutions ("Omni"), the Court-appointed Claims and Noticing Agent, to design and implement the Supplemental Notice Plan and other related noticing tasks in these chapter 11 cases.

3.      I submit this declaration (this "Declaration") in support of the *Order, Pursuant to 11 U.S.C. § 502(b)(9), Bankruptcy Rules 2002 and 3003(c)(3), and Local Rules 2002-1(e), 3001-1, and 3003-1, (I) Establishing Deadlines for Filing Proofs of Claim, (II) Establishing the Form*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

*and Manner of Notice Thereof, (III) Approving Procedures for Providing Notice of Bar Date and Other Important Information to Abuse Survivors, and (IV) Approving Confidentiality Procedures for Abuse Survivors* [Docket No. 695] (as amended and supplemented, the "Bar Date Order").

4.    On May 4, 2020, I submitted a declaration [Docket No. 556] (the "Initial Declaration") in support of the *Debtors' Motion, Pursuant to 11 U.S.C. § 502(b)(9), Bankruptcy Rules 2002 and 3003(c)(3), and Local Rules 2002-1(e), 3001-1, and 3003-1, for Authority to (I) Establish Deadlines for Filing Proofs of Claim, (II) Establish the Form and Manner of Notice Thereof, (III) Approve Procedures for Providing Notice of Bar Date and Other Important Information to Abuse Victims, and (IV) Approve Confidentiality Procedures for Abuse Victims* [Docket No. 18] (the "Bar Date Motion")[2] and the Supplemental Notice Plan described therein and filed as **Exhibit 1** to the *Supplement to Debtors' Bar Date Motion* [Docket No. 557-1] (the "Supplement"), which is incorporated by reference herein.

5.    As described in my Initial Declaration, I am a legal noticing expert, including, with respect to legal noticing and notification programs that have been implemented, in bankruptcy, antitrust, consumer fraud, mass tort, and product liability litigation.  Paragraphs 8–16 of my Initial Declaration and my curriculum vitae, which is attached to my Initial Declaration as Exhibit 1, are incorporated by reference herein.

6.    I submit this Declaration to describe the implementation of the Supplemental Notice Plan approved by the Court in the Bar Date Order.  Specifically, I will describe the elements of the Supplemental Notice Plan; the Abuse Claims Bar Date Notice, the Abuse Claims Email Notice, the Abuse Claims Publication Notice (collectively, the "Notices"); and the Abuse Survivor Proof of Claim Form.  The Supplemental Notice Plan comprised a comprehensive advertising

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Bar Date Motion, the Bar Date Order, or the Initial Declaration, as applicable.

campaign utilizing television, radio, magazines, newspapers, and online media.  The scope and selection of media channels and geographical considerations were guided by careful analysis of multiple data sources providing information concerning potential claimants.

7.    I believe that the Debtors' notice procedures with respect to the Bar Dates, and in particular the Supplemental Notice Plan, effectively reached all known and unknown claimants and parties in interest, including Sexual Abuse Survivors with Sexual Abuse Claims against the Debtors.

8.    Except as otherwise noted herein, the facts set forth in this Declaration are based upon my personal knowledge, my review of relevant documents, and information provided by the Debtors and their other professionals, including professionals at White & Case LLP or Sidley Austin LLP and Omni, and my associates and staff.  The information set forth herein is of a type reasonably relied upon in the fields of advertising, media, and communications.  If called upon to testify, I would testify competently to the facts set forth in this Declaration.  I am authorized to submit this Declaration.

## PRESS COVERAGE AND ADVERTISING

9.    The Debtors' announcement and filing of these chapter 11 cases on February 18, 2020 resulted in a significant amount of press coverage.  This press coverage laid the groundwork for the Supplemental Notice Plan by educating potential abuse and unknown claimants about the bankruptcy case.  Since the Petition Date, there have been at least 10,152 news articles published regarding these chapter 11 cases, at least 38,922 broadcast mentions on television, and over 99,759 mentions on social media.[3]  Top-tier media outlets that ran stories included *The New York*

---

[3] These press coverage statistics were provided by FTI Consulting Inc., the Debtors' public relations firm.

*Times*, *The Wall Street Journal*, *USA TODAY*, *Axios*, *The Washington Post*, *NPR*, *USA Today*, *Bloomberg*, *Reuters*, *NBC News*, *CNN*, and the Associated Press.

10.     These chapter 11 cases have also spurred a significant amount of private attorney advertising regarding the Abuse Claims Bar Date.  From June to October 2020, at least 24,645 attorney advertising spots aired on broadcast television related to soliciting abuse claims against the Boy Scouts of America and Delaware BSA ("BSA").  As cable television advertising cannot be tracked at such a granular level, it is expected that the actual number of advertisements was significantly higher.

## DIRECT NOTICE

11.     The objective of the Debtors' Notice Procedures in these chapter 11 cases with respect to the Bar Dates was to successfully reach and inform known and unknown claimants of the deadline and process for filing proofs of claim.  The principal method of notifying known abuse claimants affected consisted of actual, written notice via direct mail and email (collectively, "Direct Notice").  Details regarding the implementation of Direct Notice in these chapter 11 cases are set forth in the *Affidavit of Service* [Docket No. 1112] filed by Omni on August 18, 2020 and the *Supplemental Affidavit of Service* [Docket No. 1641] filed by Omni on November 9, 2020.

12.     Among other things, a notice package, including the Abuse Claims Bar Date Notice and Sexual Abuse Survivor Proof of Claim Form, was mailed via first class mail to approximately 8,021 individuals or their counsel of record who provided sufficient contact information for the Debtors and for whom the Debtors had reasonably ascertainable records.

13.     A form of the Abuse Claims Publication Notice adapted for email format (the "Abuse Claims Email Notice") was also sent to anyone in the Debtors' database (current and former scouts, volunteers, and parents) who provided an email address to the Debtors since 1999.

Additionally, an address trace, using a third party vendor, was done to locate current email addresses for adult scouts, parents of minor children, alumni, and volunteers who provided only a mailing address to the Debtors since 2012. In total, approximately 6.8 million emails were sent.[4]

14.    I was informed that after all mailings were completed, approximately 99% of mailed Notices and 97% of emailed Notices were delivered.[5]

## SUPPLEMENTAL NOTICE PLAN OVERVIEW

15.    The objective of the Supplemental Notice Plan was to provide fair and adequate notice of the Abuse Claims Bar Date to potential Sexual Abuse Survivors who may hold Sexual Abuse Claims but whose names, addresses, and identities were not known to the Debtors.

16.    More details about each component of the Supplemental Notice Plan and how the program was implemented are described below.

### I.    U.S. Media Components

17.    The core of the Supplemental Notice Plan was paid media, which included television, radio, magazines, newspapers, and online media. An earned media program was also implemented through the Supplemental Notice Plan, which amplified the notice provided by paid media and provided additional coverage to allow potential claimants to learn more.

18.    A report describing and confirming the implementation of the paid and earned media implemented under the Supplemental Notice Plan is attached hereto as **Exhibit A** (the "Implementation Report"). The report details each advertisement and the date and page number upon which the advertisement appeared. The report confirms that KM has received a true and correct copy of the advertisement, or "tearsheet," from each publication (each, a "Publication

---

[4] The Supplemental Notice Plan approved by the Court included an anticipated 10 million emails. After de-duplication of the records, the total number resulted in approximately 6.8 million email accounts.

Notice"). A true and correct copy of an example Publication Notice as it appeared in one print publication is attached hereto as **Exhibit B**.[6]

## A.    Television

19.    From August 31, 2020 to October 11, 2020, notice in the form of 30-second advertisements aired on national broadcast and cable networks and devices connected to the Internet ("Connected TV").

20.    An estimated 885 television spots ran on a variety of broadcast and cable networks, including ABC, CBS, FOX, FBN, FNC, CNN, HLN, TWC, FS1, GOLF, NBCSN, A&E, AHC, AMC, BBCA, DISC, HIST, IFC, SUN, and VICE.[7] A summary of the television spot buy is attached hereto as **Exhibit C**.

21.    An estimated 6,980,482 household impressions[8] ran on Connected TV[9] during programs that are streamed online through video services, including Lifetime, History, AE, CBS News, BET, CMT, AMC, HGTV, Spike, Animal Planet, CBS Sports, DIY, ESPN, FX Movies, BTN, and SEC Network.

## B.    Radio

22.    Notice in the form of 30-second national radio spots ran on national network radio, satellite radio, and streaming radio from August 31, 2020 to October 11, 2020, as follows:[10]

---

[6] Because of the voluminous nature of the Publication Notices, such notices have not been attached to this Declaration. Copies of these notices are available upon request to the Debtors' counsel.

[7] These numbers are estimated. KM will not have final delivery analysis of the television buy until late March 2021 when networks finalize their audience reports. Based on my experience and the information available, I expect that the final reports will be very close to or will exceed these estimates.

[8] Household impressions are the number of TV households exposed to a specific program, station, or network in a specific area at a specific time.

[9] Connected TV is a digital platform that provides delivery by impressions.

[10] The numbers in this section are estimated. KM will not have final delivery analysis of the radio buy until late March 2021 when networks finalize their audience reports. Based on my experience and the information available, I expect that the final reports will be very close to or will exceed these estimates.

23.    An estimated 122 radio spots ran on a variety of networks, including Premiere and Westwood One.  A summary of the radio spot buy is attached hereto as **Exhibit D**.

24.    National Hispanic Network Radio was used to reach potential claimants who speak Spanish.  National Hispanic Network Radio was purchased against Men 18+.  An estimated 176 radio spots aired on a variety of programming networks, including Univision Audio Network.

25.    Satellite Radio is a subscriber-based radio service that uses satellites to broadcast its programming.  A total of 283 spots aired on top channels through Sirius XM, including Fox News, CNN, Mad Dog Sports Radio, CNBC, and Fox Business.

26.    Streaming Radio is a technology that transmits audio over the internet to any connected device.  A total of 3,496,046 gross impressions[11] aired on music streaming services, including iHeartRadio, Pandora, Spotify, and TuneIn.[12]

**C.    Print**

27.    The Abuse Claims Publication Notice appeared in six magazines, as follows: *AARP Bulletin*, *The American Legion*, *Parade*, *People*, *Reader's Digest*, and *Sports Illustrated*.[13]

28.    The Abuse Claims Publication Notice was translated into Spanish and published in ten Hispanic newspapers.  These newspapers were selected because of their ability to effectively provide coverage in the top ten media markets with the heaviest concentration of Hispanic adults. Newspapers included: Chicago – *Lawndale News*; Dallas/Ft. Worth – *La Estrella (En Casa)*; Harlingen/Weslaco/ Brownsville/McAllen – *El Periodico USA*; Houston – *La Voz De Houston*;

---

[11] Gross impressions are the total number of times a digital ad is shown.  This figure does not represent the total number of unique viewers of the ad, as some viewers may hear an ad more than once.

[12] Streaming Radio is a digital platform that provides delivery by impressions.

[13] The Supplemental Notice Plan approved by the Court included advertising in two additional magazines, *VFW* and *National Geographic*.  These publications declined to publish the Debtors' advertisement.  KM reallocated the advertising budget for *VFW* and *National Geographic* into online networks (to obtain an equivalent reach and frequency).

Los Angeles – *El Clasificado*; Miami/Ft. Lauderdale – *El Clarin*; New York – *El Especialito*;
Phoenix – *TV y Mas Entertainment*; San Antonio – *Conexion*; and San Francisco/Oakland/San
Jose – *La Opinion De La Bahia*.

29.     KM selected newspaper advertising to provide notice in U.S. territories and
possessions.  The Abuse Claims Publication Notice was translated, when necessary, and ran in the
following newspapers in U.S. territories and possessions: American Samoa – *Samoa News*; Guam
– *Pacific Daily News*; and *Saipan Tribune*; Puerto Rico – *El Nuevo Dia*, *El Vocero*, *Primera Hora*,
and *San Juan Daily Star*; and U.S. Virgin Islands – *Love City Trader*, *St. Croix Avis*, and *Virgin
Island Daily News*.[14]

   **D.     Online**

30.     Internet advertising delivered an immediate message and allowed the viewer to
click on a banner advertisement and instantly be directed to the Debtors' case website for further
information.  Banner ads were located either at the top or side of a website page.  KM used highly
engaging animated banner ads that captured viewers' attention because they included moving
images and text.

31.     From September 7, 2020 to October 17, 2020, 92,577,475 gross impressions of the
banner ads were delivered across Conversant, Facebook and Verizon Media networks.  These
impressions were targeted to reach Men 50+ and Men 18+ across various websites.  Targeted
impressions (described below) were also delivered to Women 18+.

32.     Internet advertising drove 248,857 clicks to the case website's abuse claims
subpage, www.OfficialBSAClaims.com.

---

[14] The Supplemental Notice Plan approved by the Court included two additional newspapers: Mariana Islands – *Marianas Variety* and American Samoa – *Samoa Observer*.  After entry of the Bar Date Order, KM learned that these publications were not available for use by KM.  KM reallocated the budget for these publications to add digital activity to equivalently cover these territories.

33.     Banner ads were delivered across devices (desktop, mobile, and tablet).  Examples of the banner ads as they appeared to the public are attached hereto as **Exhibit E**.

34.     From September 7, 2020 to October 17, 2020, a total of 3,571,388 gross impressions of the banner ads were delivered in Spanish language online ads on the Pulpo Media Network.  Examples of the Spanish banner ads as they appeared on the Pulpo Media Network are attached hereto as **Exhibit F**.

35.     Banner ads were also delivered via the Catholic Audience Network, a premium ad network consisting of over 500 family-friendly Catholic-oriented websites.  A total of 830,552 gross impressions were served to members of Catholic and Christian communities.

36.     A total of 53,309,500 gross impressions were also delivered using the following targeting strategies:

(i)     Behavioral Targeting: Ads were targeted to men and women based on their previous online activities (*e.g.*, if they viewed or searched content related to the BSA, sexual abuse, and other related terms).

(ii)    Channel/Contextual: Ads were targeted to websites with editorial content related to Boy Scouts or Scouting.  Ads targeted websites with content related to sports, business, finance, news, and women's interests.

(iii)   Premium Websites: Ads were targeted to top sites visited by men (*e.g.*, NBC News, NBA, TBS, NCAA, Bleacher Report) and women (*e.g.*, CafeMedia, NBC News, Today, Lifestyle sites on Meredith and Hearst).

(iv)    Re-targeting: Ads were targeted to users who previously clicked on an ad about the bankruptcy or visited the chapter 11 case website.

(v)     Third Party Data: Ads were targeted to people based on third-party data that have identified Internet users as parents, households that have children, and individuals who are parents.

37.     KM used a third-party ad management platform, Integral Ad Science, to audit the digital ad placements.  This platform helped reduce the investment wasted on fraudulent or otherwise invalid traffic (*e.g.*, ads being seen by 'bots' or non-humans, ads not viewable, etc.) and

ensured brand safety through the use of whitelisting.[15]

38.    On August 15, 2020, the Abuse Claims Publication Notice was published in the digital edition of *Scouting*, the BSA's general interest, news, and informational publication for all registered BSA adult volunteers and professionals.

### E.    Social Media to Potential Claimants

39.    From September 7, 2020 to October 17, 2020, 15,368,018 gross impressions were delivered on Facebook/Instagram, Pinterest, Twitter, and YouTube.[16] Text, image, and video ads were purchased on these networks.  Examples of the social media ads as they appeared on the social media platforms are attached hereto as **Exhibit G**.

40.    Additionally, BSA posted information on its social media pages, including: Facebook (Boy Scouts, Cub Scouts, Venturing, Scouting Magazine, Summit, Philmont, Northern Tier, Sea Base, NESA, ScoutShop, Exploring, and Sea Scouts), Instagram (Boy Scouts), and Twitter (Boy Scouts).

41.    Information about the Abuse Claims Bar Date was also posted on the following BSA-owned websites/blogs: Bryan on Scouting blog, Scouting magazine, Scouting Wire blog, Scouting Newsroom, and Scout Shop blog.

42.    To help search engine users locate the Debtors' chapter 11 case website, KM purchased sponsored links to appear on Google, Bing, and other search partners when searchers enter certain terms (*e.g.*, Boy Scouts bankruptcy, Boy Scouts sexual abuse, scout abuse claim). When a user searches online for one of the specified search terms or phrases, an advertisement

---

[15] Whitelisting places the ad on selected website domains that are vetted for audience delivery and performance.

[16] The Supplemental Notice Plan approved by the Court included Reddit, which declined to run the Debtors' advertising.  KM reallocated the budget for Reddit into Facebook.  The Supplemental Notice Plan also included two BSA social media pages that are no longer active, Cub Scout Twitter and Instagram.

appeared on the results page that pointed users to the chapter 11 case website.

F.     **Social Media to Third Parties**

43.     A total of 3,838,896 gross impressions were delivered on Facebook/Instagram and LinkedIn to reach professionals who may have contact with potential claimants, including therapists/clinicians, social service agencies/social workers, law enforcement/prison officials, and veterans' health administrators.

II.     **U.S. Paid Media Delivery**

44.     For the purpose of evaluating the strength and efficiency of the media, KM measured the television, radio, magazines, and online advertising against the target audiences to establish the estimated reach[17] of the media program and the estimated frequency[18] of exposure to the media vehicles.

> (a)     An estimated 95.8% of Men 50+ were reached with an average estimated frequency of 6.5 times.
>
> (b)     An estimated 89.8% of Men 18+ were reached with an average estimated frequency of 4.6 times.
>
> (c)     An estimated 80.0% of Women 18+ were reached with an average estimated frequency of 3.9 times.

III.     **Foreign Military Media Components**

45.     The Abuse Claims Publication Notice appeared in six international editions of *Stars and Stripes*, which reach active-duty military and their families.  This advertising included daily editions covering Europe (Belgium, Germany, Greece, Italy, Netherlands, Poland, Romania, Spain, and Turkey), the Pacific (Guam, Japan, and Korea), and the Middle East (Afghanistan,

---

[17] Reach is the estimated percentage of a target audience reached through a specific media vehicle or combination of media vehicles.

[18] Frequency is the estimated average number of opportunities an audience member has to see a notice.

Bahrain, Iraq, Jordan, Kuwait, and Qatar); one weekly community edition covering four countries in the Pacific[19] (Japan, South Korea, Okinawa, and Guam); and one monthly community edition covering four areas in Germany (Bavaria, Rhein Main, Kaiserslautern, Pfalz, and Stuttgart).

46.    A total of 9,575,923 gross impressions were delivered to potential claimants living outside the United States on the following network/websites: FamilyMedia.com, Military Audience Network, Military.com, and MilitarySpouse.com.

## IV.    Community Outreach

47.    The following groups were contacted via first class mail or email.  They were provided with the Abuse Claims Publication Notice and asked to share information with their members:

| GROUP | NUMBER OF CONTACTS | TYPE OF CONTACT |
|---|---|---|
| International and U.S. Chartered Organizations[20] | 56,926[21] | Mail |
| U.S. Correctional Facility Contacts (wardens, pastors, etc.) | 2,243 | Email |
| International and U.S. USO[22] Centers | 230 | Mail |
| International Churches (holding services in English) | 177 | Email |
| Sexual Abuse Support Groups | 121 | Mail/Email |
| International Military Bases | 62 | Email |
| Superintendents of International Department of Defense Schools | 28 | Email |
| International Military Public Affairs Officers | 8 | Email |

[19] One edition is published as two geographic versions: South Korea/Okinawa and Guam/Japan.

[20] The BSA grants charters to thousands of local organizations across the country and the world, including faith-based institutions, clubs, civic associations, educational institutions, businesses, and groups of citizens.

[21] Includes active and pending charters as well as former charters associated with The Church of Jesus Christ of Latter-day Saints.

[22] The nation's leading organization (non-government) that serves the men and women in the U.S. military and their families.

### V.      Earned Media

48.    On September 1, 2020, a nationwide press release was distributed on PR Newswire's US1 news circuit, reaching 5,400 traditional media outlets (television, radio, newspapers, magazines) and 4,000 national websites.   The release highlighted the toll-free telephone number and case website address for potential claimants to obtain further information on filing a Sexual Abuse Claim.

49.    Attached hereto as **Exhibit H** is a copy of the press release.   The press release generated 92 pickups of the full text of the release, which resulted in a total potential audience of 106,559,385.    Information about the Abuse Claims Bar Date appeared in media outlets including *Yahoo! Finance*, *MarketWatch*, and *Seeking Alpha*.    A report on the outlets that published the press release is attached hereto as **Exhibit I**.

### VI.     Case Website

50.    An informational website for the Debtors' chapter 11 cases is currently available at www.OfficialBSAclaims.com.    This case website has specific information and a dedicated information page, in plain language, for potential abuse claimants.   After entry of the Bar Date Order, the case website was updated to include the Abuse Claims Publication Notice, the Abuse Claims Bar Date Notice, and the Sexual Abuse Survivor Proof of Claim Form.   These documents were also made available in Spanish.   All media directed potential claimants to this case website for more information.

### VII.    Toll-Free Telephone Support

51.    The Debtors established a toll-free phone number (1-866-907-2721) at the outset of these chapter 11 cases.   Potential claimants will continue to be able to call the toll-free phone number for information about the Abuse Claims Bar Date.   Potential claimants were able to call to

request a notice package, including the Abuse Claims Bar Date Notice, the General Bar Date Notice, the Sexual Abuse Survivor Proof of Claim Form, and/or the General Proof of Claim Form, as applicable, be mailed to them. Television, radio, and print ads included the Debtors' toll-free telephone number and the case website.

52.     As of November 20, 2020, approximately 6,003 calls had been received at the toll-free number.

## THE FORM AND CONTENT OF THE NOTICES

53.     The Abuse Claims Bar Date Notice, Abuse Claims Publication Notice, Abuse Claims Email Notice, and Sexual Abuse Survivor Proof of Claim Form effectively communicated information about the Abuse Claims Bar Date, as discussed in greater detail below.

54.     The Abuse Claims Email Notice and Abuse Claims Publication Notice were designed to capture the attention of potential abuse claimants with a clear headline and plain language text. These Notices provided important information regarding the Debtors' bankruptcy cases and the legal rights available to claimants with respect to the Abuse Claims Bar Date and directed readers to the bankruptcy case website and toll-free phone number for more information.

55.     The Abuse Claims Bar Date Notice provided key information about these chapter 11 cases and the Abuse Claims Bar Date in an easy-to-use question and answer format. The information provided in the Abuse Claims Bar Date Notice was drafted to allow potential abuse claimants to easily understand their legal rights and how to properly file a Sexual Abuse Claim prior to the Abuse Claims Bar Date. It also informed parties of what to expect in these chapter 11 cases as they progress.

56.     The Sexual Abuse Survivor Proof of Claim Form was written in plain, easily understood language. It clearly informed potential abuse claimants about all of the information they need to properly file a Sexual Abuse Claim against the Debtors. The case website and toll-

free phone number were included in the Sexual Abuse Survivor Proof of Claim Form.

57.     The Abuse Claims Bar Date Notice, Abuse Claims Publication Notice, and the Sexual Abuse Survivor Proof of Claim Form were translated into Spanish.

### CONCLUSION

58.     As I stated in my Initial Declaration, in my experience and opinion, the breadth, comprehensiveness, and efficacy of this Supplemental Notice Plan as executed is well beyond what is typical in chapter 11 noticing programs.  The reach of potential claimants through television, radio, magazines, newspapers, and online advertisements, as well as the press release, provided known and unknown claimants – particularly potential abuse claimants – with multiple exposures to information about the Abuse Claims Bar Date and the Debtors' chapter 11 cases. Moreover, the media focused on potential claimants living abroad who are part of the U.S. military.

59.     It is my opinion that through extensive notice and paid media implemented through the Supplemental Notice Plan, the notice information about the Bar Dates in these chapter 11 cases achieved sufficient reach of the target audiences and provided a sufficient number of exposure opportunities.  Therefore, the notice information about the Bar Dates effectively and efficiently reached the target audiences and satisfied due process.  The notice procedures and the Supplemental Notice Plan are consistent with the standards employed by KM in similar noticing programs designed to reach both known and unknown claimants.

I declare under penalty of perjury that, after reasonable inquiry, the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated:  November 30, 2020
         Souderton, Pennsylvania

Shannon R. Wheatman, Ph.D.
President
KINSELLA MEDIA, LLC