## Exhibit A

**Implementation Report**

# Media Buy Report

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**



## Paid Media

|  | Ad Type/Size | Est. TRPs/Impressions |
|---|---|---|
| **Broadcast - Television** | | |
| National Network & Cable | 30s | 259 TRPs |
| Connected TV | 30s | 6,980,482 Impressions |

|  | Ad Type/Size | Est. TRPS/Spots/Impressions |
|---|---|---|
| **Broadcast - Radio** | | |
| National Network | 30s | 125 TRPs |
| National Satellite Radio | 30s | 283 Spots |
| Streaming Radio | 30s | 3,496,046 Impressions |

### Print Media

| | Unit Type/Size | Issue Date | Date Ad(s) Ran | Page # of Ad | Tearsheet Received |
|---|---|---|---|---|---|
| **Magazines** | | | | | |
| AARP Bulletin | 8.563" x 10.438" | September | 4-Sep | 47 | Yes |
| American Legion | 7" x 10" | September | 1-Sep | 53 | Yes |
| Parade | 8" x 9.125" | 13-Sep | 13-Sep | 16 | Yes |
| People | 7" x 10" | 14-Sep | 4-Sep | 86 | Yes |
| Reader's Digest | 9.375" x 6.75" | October | 22-Sep | 112-113 | Yes |
| Sports Illustrated | 7" x 10" | October | 22-Sep | 79 | Yes |

| | Unit Type/Size | Issue Date | Date Ad(s) Ran | Page # of Ad | Tearsheet Received |
|---|---|---|---|---|---|
| **Newspapers - US Territories** | | | | | |
| El Nuevo Día | 7.19" x 11.5" | 9-Sep | 9-Sep | 15 | Yes |
| El Vocero | 10.26" x 12.5" | 17-Sep | 17-Sep | 26 | Yes |
| Love City Trader | 10.25" x 11.125" | 10-Sep | 10-Sep | 15 | Yes |
| Pacific Daily News | 9.88" x 7" | 9-Sep | 9-Sep | 7 | Yes |
| Primera Hora | 7.19" x 11.5" | 9-Sep | 9-Sep | 21 | Yes |
| Saipan Tribune | 7.25" 10.125" | 9-Sep | 9-Sep | 7 | Yes |
| Samoa News | 8" x 10" | 9-Sep | 9-Sep | 7 | Yes |
| San Juan Daily Star | 10.5" x 11" | 9-Sep | 9-Sep | 11 | Yes |
| St . Croix Avis | 10" x 13" | 9-Sep | 9-Sep | 13 | Yes |
| Virgin Island Daily News | 10.25" 11.25" | 9-Sep | 9-Sep | 17 | Yes |

### Online Media

|  | Ad Type/Size | Est. Delivered Impressions |
|---|---|---|
| **Web** | | 92,577,475 |
| Conversant | 300x250, 728x90, 160x600 | |
| Facebook | Text and Image | |
| Verizon Media Group | 300x250, 728x90, 160x600 | |

|  | Ad Type/Size | Est. Delivered Impressions |
|---|---|---|
| **Web - Targeted Tactics** | | 68,677,518 |
| Social (Facebook/Instagram, Pinterest, Twitter & YouTube) | Banner, Video, Image and Text | |
| Premium Websites | 728x90, 300x250, 160x600, 300x600, 320x50, | |
| Behavioral Targeting | 728x90, 300x250, 160x600, 300x600, 320x50, | |
| Channel/Contextual | 728x90, 300x250, 160x600, 300x600, 320x50, | |
| Re-Targeting | 728x90, 300x250, 160x600, 300x600, 320x50, | |
| Third Party Data | 728x90, 300x250, 160x600, 300x600, 320x50, | |
| Keywords Sponsorship | Ad Text | Completed |

|  | Ad Type/Size | Est. Delivered Impressions |
|---|---|---|
| **Web - Targeted Tactics (Others)** | | |

| | | | | |
|---|---|---|---|---|
| Social (Facebook, Twitter, Linkedin) | Text and Image | | | 6,914,492 |
| Catholic Audience Network | 300x250, 728x90, 160x600 | | | 830,552 |

## Hispanic

| | Ad Type/Size | | | Est. TRPs |
|---|---|---|---|---|
| **Broadcast - Radio** | | | | |
| National Network | 30s | | | 82 |

| | Unit Type/Size | Issue Date | Date Ad(s) Ran | Page # of Ad | Tearsheet Received |
|---|---|---|---|---|---|
| **Newspapers - US Territories** | | | | | |
| *Lawndale Group News* | 10" x 10.5" | 10-Sep | 10-Sep | 5 | Yes |
| *La Estrella (En Casa)* | 9.94" x 20.85" | 12-Sep | 12-Sep | 2A | Yes |
| *El Periodico USA* | 9.75" x 10.25" | 9-Sep | 9-Sep | 5 | Yes |
| *La Voz De Houston* | 9.944" x 20.75" | 13-Sep | 13-Sep | V6 | Yes |
| *El Clasificado* | 7.625" x 9.4375" | 9-Sep | 9-Sep | 14 | Yes |
| *El Clarin* | 10.125" x 21" | 17-Sep | 17-Sep | 7 | Yes |
| *El Especialito* | 8.75" x 11.25" | 11-Sep | 11-Sep | 13 | Yes |
| *TV y Mas Entertainment* | 10" x 10" | 11-Sep | 11-Sep | 17 | Yes |
| *Conexion* | 9.94" x 9.75" | 9-Sep | 9-Sep | 5 | Yes |
| *La Opinion De La Bahia* | 9.562" x 11" | 13-Sep | 13-Sep | 11 | Yes |

**Online Media**

| | Ad Type/Size | Est. Delivered Impressions |
|---|---|---|
| **Web** | | 5,125,940 |
| Facebook | Text and Image | |
| Pulpo (Online Spanish Network) | 300x250, 728x90, 160x600 | |

## Military

**Print Media**

| | Unit Type/Size | Issue Date | Date Ad(s) Ran | Page # of Ad | Tearsheet Received |
|---|---|---|---|---|---|
| **Magazines** | | | | | |
| *Stars & Stripes* Europe Edition | 8.167" x 10.75" | 7-Sep | 7-Sep | 5 | Yes |
| *Stars & Stripes* Middle East Edition | 8.167" x 10.75" | 7-Sep | 7-Sep | 5 | Yes |
| *Stars & Stripes* Pacific Edition | 8.167" x 10.75" | 7-Sep | 7-Sep | 5 | Yes |
| *Stars & Stripes* Pacific Community Publications *(Korea, Okinawa)* | 10.25" x 7" | 17-Sep | 17-Sep | 6 | Yes |
| *Stars & Stripes* Pacific Community Publications *(Guam, Japan)* | 10.25" x 7" | 18-Sep | 18-Sep | 5 | Yes |
| *Stars & Stripes* Europe Community Publications | 7.625" x 10" | 1-Sep | 1-Sep | 7 | Yes |

**Online Media**

| | Ad Type/Size | Est. Delivered Impressions |
|---|---|---|
| **Web** | | 9,575,923 |
| Military Audience Network | 300x250, 728x90, 160x600 | |
| Familymedia.com | 300x250, 728x90, 160x600 | |
| Military.com | 300x250, 728x90, 160x600 | |
| Militaryspouse.com | 300x250, 728x90, 160x600 | |

**Earned Media**

| | Release Date |
|---|---|
| *National Press Release* | 1-Sep |