## Exhibit B

**Publication Notice**

Official Approved Notice from Bankruptcy Court

## Sexual Abuse Claims in Boy Scouts Bankruptcy

**Regardless of how old you are today or when the sexual abuse occurred, you need to file your claim by 5 p.m. (Eastern Time) on November 16, 2020.**

The Boy Scouts of America ("BSA") has filed bankruptcy in order to restructure its nonprofit organization and pay Sexual Abuse Survivors. Please read this notice carefully as it may impact your rights against BSA, BSA Local Councils and organizations that sponsored your troop or pack and provides information about the case, *In re Boy Scouts of America and Delaware BSA, LLC,* No. 20-10343 (Bankr. D. Del.). This notice is a short summary. For more detail, visit www.OfficialBSAClaims.com or call 1-866-907-2721.

### Who Should File a Sexual Abuse Claim?

**Anyone who was sexually abused during their time in Scouting, on or before February 18, 2020, must file a claim.** This includes sexual abuse in connection with Boy Scouts, Cub Scouts, or any entity or activity associated with Scouting. Sexual Abuse Claims include, but are not limited to: sexual misconduct, exploitation, or touching, sexual comments about a person or other behaviors that led to abuse, even if the behavior was not sexual or against the law, and regardless of whether you thought the behavior was sexual abuse or not. These acts could be between a: (1) child and an adult or (2) child and another child.

### When and How Should I File a Sexual Abuse Claim?

You should file a claim using the Sexual Abuse Survivor Proof of Claim by November 16, 2020 at 5:00 p.m. (Eastern Time). If you do not file a timely Sexual Abuse Claim, you may lose rights against BSA, BSA Local Councils or organizations that sponsored your troop or pack, including any right to compensation. Only BSA is in bankruptcy. If you have a claim against the BSA Local Councils or other organizations, you must take additional legal action to preserve and pursue your rights.

**Your information will be kept private.** You can download and file a claim at www.OfficialBSAclaims. com or call 1-866-907-2721 for help on how to file a claim by mail. Scouting participants who were at least 18 years of age at the time the sexual abuse began may also have claims related to sexual abuse and should consult the appropriate claim form at www.OfficialBSAclaims.com.

**ACT NOW Before Time Runs Out:**

File a Sexual Abuse Survivor Proof of Claim.

If your claim is approved, you may receive compensation from the bankruptcy.

Have questions? Call or visit the website for more information.

### Other Support

**If a plan to reorganize BSA is approved, it could release claims you hold against certain third parties, including against BSA Local Councils and organizations that sponsored your troop or pack. Please visit the website to learn more.**

BSA will fund in-person counseling for current or former Scouts or their family. To request in-person counseling, please call 1-866-907-2721 or email restructuring@scouting.org.

Your information will be kept private.

**www.OfficialBSAclaims.com        1-866-907-2721**

---

RAPID FIRE



**GALLERY**

*A Helicopter Sea Combat Squadron 3 chopper combats a massive blaze aboard the amphibious assault ship USS Bonhomme Richard (LHD 6) in San Diego on July 14. Forty sailors and 23 civilians were treated for minor injuries. The warship was undergoing maintenance and upgrades to accommodate Marine Corps F-35Bs. Military experts say the tragedy deals a serious blow to the Navy's war-fighting requirements.*

U.S. Navy photo by Mass Communication Specialist 3rd Class Jason Waite

**BY THE NUMBERS**

**59** Percent of Russians who say they support Vladimir Putin (lowest level since September 1999)

**47** Percent of Russians who say they support Vladimir Putin's plan to extend his rule until 2036

Source: Reuters

**VERBATIM**

"John Lewis was an American treasure. He gave a voice to the voiceless, and he reminded each of us that the most powerful nonviolent tool is the vote. Our hearts feel empty without our friend, but we find comfort knowing that he is free at last."

**Martin Luther King III,** on the legacy of civil-rights icon Rep. John Lewis, D-Ga., who died July 17 at 80. The son of sharecroppers, Lewis was the last living member of the "Big Six" who organized the March on Washington in 1963. He marched alongside Dr. Martin Luther King Jr. and was nearly beaten to death by police on the Edmund Pettus Bridge in Selma, Ala., on "Bloody Sunday." Lewis served nearly three decades in Congress, where he continued to speak against racial and social injustice.

**HEALTH**

## COVID's other costs

COVID-19 will likely force 28 million elective surgeries to be delayed by the end of 2020 globally, HealthDay reports, citing a new study published in the *British Journal of Surgery*.

"Cancellations place a heavy burden on patients and society," according to study author Aneel Bhangu, a surgeon and senior lecturer at the University of Birmingham in Britain.

Indeed, many of the procedures are hardly "elective," as the study's research team estimates that 2.3 million cancer surgeries and 6.3 million orthopedic operations will be postponed due to hospital policies and government orders related to COVID-19. In the United States alone, more than a million surgeries are performed every month.

**FOREIGN AFFAIRS**

## Russian troops help Maduro

Russian special operations personnel have deployed to Venezuela to hunt down individuals connected to the group that tried to mount a military coup against the regime of Nicolás Maduro, Reuters reports. The Russian commandos are operating drones to aid the search. At least 31 people have been arrested in the wake of the botched invasion, including two Americans not with the U.S. military or government. In addition, eight people were killed in the failed coup.