**Exhibit C**

**Television Summary**

#4119 in re Boy Scouts of America & Delaware BSA, LLC, No. 20-10343 (Bankr. D. Del.)
National TV Notice Schedule

| Network | Daypart | Time Period | Program | | w/o 8/31 | w/o 9/7 | w/o 9/14 | w/o 9/21 | w/o 9/28 | Tot Units |
|---|---|---|---|---|---|---|---|---|---|---|
| CABLE | | | | | | | | | | |
| News/Info Networks | | | | | | | | | | |
| FBN | EAM | M-F 5:00-9:00am | Fox Bus Early Morn | | 8 | 7 | 7 | 8 | | 30 |
| | EAM | M-F 5:00-9:00am | Fox Bus Early Morn | | | | | | 3 | 3 |
| | EAM | M-F 6:00-9:00am | Morn with Maria | | 1 | 1 | 1 | 2 | | 5 |
| | EAM | M-F 6:00-9:00am | Morn with Maria | | | | | | 1 | 1 |
| | DAY | M-F 9:00am-12 n | Varney & Company | | 1 | 1 | | | | 2 |
| | DAY | M-F 9:00am-12 n | Varney & Company | | | | | | 1 | 1 |
| | DAY | M-F 12n - 4:00pm | FB Market Coverage | | | 1 | 1 | | | 2 |
| | DAY | M-F 12n - 4:00pm | FB Market Coverage | | | | | | 1 | 1 |
| | Fringe | M-F 4:00-5:00pm | After the Bell | | | | 1 | 1 | | 2 |
| | Fringe | M-F 5:00-6:00pm | Bulls & Bears | | 1 | 1 | | 1 | | 3 |
| | Fringe | M-F 5:00-6:00pm | Bulls & Bears | | | | | | 1 | 1 |
| | Fringe | M-F 6:00-7:00pm | The Evening Edit | | 1 | | 1 | 1 | | 3 |
| | PRIME | M-F 7:00-8:00pm | Lou Dobbs Tonight | | 5 | 5 | 5 | 5 | | 20 |
| | PRIME | M-F 7:00-8:00pm | Lou Dobbs Tonight | | | | | | 2 | 2 |
| | PRIME | M-F 8:00pm - 12m | FBN Prime | | 6 | 7 | 7 | 6 | | 26 |
| | PRIME | M-F 8:00pm - 12m | FBN Prime | | | | | | 2 | 2 |
| | PRIME | SaSu 7:00pm-12m | FBN Prime Wknd | | 4 | 5 | 5 | 4 | | 18 |
| | PRIME | SaSu 7:00pm-12m | FBN Prime Wknd | | | | | | 2 | 2 |
| | Wknd | SaSu 5:00am-12n | Fox Bus Wknd | | 2 | 1 | 1 | 2 | | 6 |
| | Wknd | SaSu 5:00am-12n | Fox Bus Wknd | | | | | | 2 | 2 |
| | Wknd | SaSu 6:00-7:00pm | Fox Bus Wknd | | 2 | 1 | 2 | 1 | | 6 |
| | Wknd | SaSu 6:00-7:00pm | Fox Bus Wknd | | | | | | 1 | 1 |
| | Totals: | | | | 31 | 30 | 31 | 31 | 16 | 139 |
| | | | | | | | | | | |
| FNC | EAM | M-F 5:00-6:00am | Fox & Friends | | 1 | 1 | 1 | | | 3 |
| | EAM | M-F 6:00-9:00am | Fox & Friends | | 1 | | | 1 | | 2 |
| | DAY | M-F 9:00am-12n | Fox News Live | | 1 | 1 | 1 | 2 | | 5 |
| | DAY | M-F 9:00am-12n | Fox News Live | | | | | | 1 | 1 |
| | DAY | M-F 12n-3:00pm | Fox News Live | | 1 | 2 | 1 | 2 | | 6 |
| | DAY | M-F 3:00-4:00pm | Bill Hemmer Reports | | 1 | 1 | 2 | 1 | | 5 |
| | Fringe | M-F 4:00-6:00pm | Prime Access Rot | | 3 | 2 | 2 | 2 | | 9 |
| | Fringe | M-F 4:00-6:00pm | Prime Access Rot | | | | | | 1 | 1 |
| | PRIME | M-Su 6:00pm-12m | Prime Rotation | | 1 | 2 | 2 | 1 | | 6 |
| | Wknd | SaSu 5:00am-6:00pm | Fox Wknd Rotation | | 1 | 1 | 1 | 1 | | 4 |
| | Wknd | SaSu 5:00am-6:00pm | Fox Wknd Rotation | | | | | | 1 | 1 |
| | Totals: | | | | 10 | 10 | 10 | 10 | 3 | 43 |
| | | | | | | | | | | |
| CNN | EAM | M-Th/Su 5-5:59am | Early Start | | 2 | 2 | 2 | 1 | | 7 |
| | EAM | M-Th/Su 5-5:59am | Early Start | | | | | | 1 | 1 |
| | EAM | M-Sa 6-9am/Su 6-8am | New Day | | 1 | | | | | 1 |
| | DAY | M-F 10:00am-3:00pm | CNN News Daytime | | 2 | 2 | 2 | 1 | | 7 |
| | DAY | M-F 10:00am-3:00pm | CNN News Daytime | | | | | | 2 | 2 |
| | Fringe | M-F 4:00-5:00pm | The Lead w/ Jake Tapper | | 2 | 1 | 1 | 1 | | 5 |
| | Fringe | M-F 4:00-5:00pm | The Lead w/ Jake Tapper | | | | | | 2 | 2 |
| | Fringe | M-F 5:00-7:00pm | The Situation Room | | 1 | 1 | | | | 2 |
| | PRIME | M-F 7:00-8:00pm | Erin Burnett Outfront | | 1 | | | | | 1 |
| | PRIME | M-F 7:00-8:00pm | Erin Burnett Outfront | | | | | | 2 | 2 |
| | PRIME | M-F 8-9p/12m-1am | Anderson Cooper 360 | | 1 | | | | | 1 |
| | PRIME | M-F 9-10pm/1-2am | Cuomo Primetime | | 1 | 1 | | | | 2 |
| | Wknd | Su 10:00-11:00am | Fareed Zakaria | | 1 | 1 | 1 | | | 3 |
| | Wknd | Su 1:00-7:00pm | CNN Weekend Sunday | | 1 | 1 | | | | 2 |
| | Wknd | Su 1:00-7:00pm | CNN Weekend Sunday | | | | | | 2 | 2 |
| | Totals: | | | | 13 | 9 | 6 | 3 | 9 | 40 |
| | | | | | | | | | | |
| HLN | EAM | M-Su 6:00-10:00am | HLN Morning | | 2 | 1 | 1 | 1 | | 5 |
| | EAM | M-Su 6:00-10:00am | HLN Morning | | | | | | 2 | 2 |
| | DAY | M-F 10:00am-4:00pm | Weekday Day | | 6 | 6 | 6 | 6 | | 24 |
| | DAY | M-F 10:00am-4:00pm | Weekday Day | | | | | | 5 | 5 |
| | Fringe | M-F 4:00-7:00pm | HLN Fringe | | 7 | 7 | 7 | 6 | | 27 |
| | Fringe | M-F 4:00-7:00pm | HLN Fringe | | | | | | 6 | 6 |
| | PRIME | Su 8-11p/11p-1a/1-2a | HLN Orig. Series (combo) | | 1 | 1 | 1 | | | 3 |
| | PRIME | Su 8-11p/11p-1a/1-2a | HLN Orig. Series (combo) | | | | | | 1 | 1 |
| | PRIME | SaSu 7:00p-3:00am | Weekend Prime | | 1 | | | | | 1 |
| | Wknd | SaSo 10:00am-12:00n | Weekend Morning | | 2 | 1 | 1 | 1 | | 5 |
| | Wknd | SaSo 10:00am-12:00n | Weekend Morning | | | | | | 2 | 2 |
| | Wknd | SaSu 12:00n-3:00pm | Weekend Afternoon | | | 1 | | 1 | | 2 |
| | Totals: | | | | 19 | 17 | 16 | 15 | 16 | 83 |
| | | | | | | | | | | |
| TWC | EAM | Mo-Su 4:00-5:00am | Sunrise Weather | | 1 | 1 | 1 | 3 | | 6 |
| | EAM | Mo-Su 4:00-5:00am | Sunrise Weather | | | | | | 3 | 3 |
| | EAM | Mo-F 5:00-7:00am | TWC Early Morning | | 3 | 3 | 3 | 2 | | 11 |
| | EAM | Mo-F 5:00-7:00am | TWC Early Morning | | | | | | 3 | 3 |
| | DAY | M-F 11:00am-5:00pm | TWC Daytime | | 2 | 2 | 2 | 1 | | 7 |
| | DAY | M-F 11:00am-5:00pm | TWC Daytime | | | | | | 3 | 3 |
| | Fringe | Mo-Fr 5:00-8:00pm | TWC Fringe | | 1 | 2 | 2 | 2 | | 7 |
| | Fringe | Mo-Fr 5:00-8:00pm | TWC Fringe | | | | | | 1 | 1 |
| | PRIME | M-Su 8:00p-12:00m | TWC Prime | | 2 | 2 | 2 | 3 | | 9 |
| | PRIME | M-Su 8:00p-12:00m | TWC Prime | | | | | | 3 | 3 |
| | Wknd | SaSu 5:00am-12:00n | TWC Weekend Morning | | 2 | 2 | 2 | | | 6 |
| | Wknd | SaSu 5:00am-12:00n | TWC Weekend Morning | | | | | | 2 | 2 |
| | Wknd | SaSu 12:00n-8:00pm | TWC Weekend PM | | 2 | 1 | 1 | 2 | | 6 |
| | Wknd | SaSu 12:00n-8:00pm | TWC Weekend PM | | | | | | 1 | 1 |
| | Totals: | | | | 13 | 13 | 13 | 13 | 16 | 68 |

Case 20-10343-LSS    Doc 1758-3    Filed 11/30/20    Page 3 of 5

Kinsella Media

#4119 in re Boy Scouts of America & Delaware BSA, LLC, No. 20-10343 (Bankr. D. Del.)

National TV Notice Schedule

8/20/2020

| Network | Daypart | Time Period | Program | | w/o 8/31 | w/o 9/7 | w/o 9/14 | w/o 9/21 | w/o 9/28 | Tot Units |
|---|---|---|---|---|---|---|---|---|---|---|
| **Sports Networks** | | | | | | | | | | |
| FS1 | Sports | M-F 6am-9:30am | First Things First | | 1 | 1 | 1 | 1 | | 4 |
| | Sports | M-F 9:00am-12n | Skip & Shannon | | 1 | 1 | 1 | | | 3 |
| | Sports | M-Su 3:00-8:00pm | Speak for Yourself | | 1 | 1 | 1 | | | 3 |
| | Sports | M-Su 3:00-8:00pm | Speak for Yourself | | | | | | 1 | 1 |
| | Sports | M-Su 6:00a-2:00am | The Herd | | 1 | 1 | 1 | | | 3 |
| | Sports | M-Su 6:00a-2:00am | The Herd | | | | | | 1 | 1 |
| | Sports | M-Su 4:30-6:00pm | Lock It In | | 1 | | | | | 1 |
| | Sports | M-Su 4:30-6:00pm | Lock It In | | | | | | 1 | 1 |
| | Sports | Sa 4:00-7:00pm | MLB LDS Series1, Game 2 | | | | | | 1 | 1 |
| | Totals: | | | | 5 | 4 | 4 | 1 | 4 | 18 |
| | | | | | | | | | | |
| GOLF | Sports | Th-F 6:00am-6:59pm | Live from US Open | | | | 2 | | | 2 |
| | Sports | Th-Su 7:00pm-1:00am | Live from US Open | | | | 2 | | | 2 |
| | Sports | SaSu 6:00a-6:59pm | Live from US Open | | | | 2 | | | 2 |
| | Sports | M-W 6:00am-2:00am | Golf Central Live | | 1 | 1 | | 1 | | 3 |
| | Sports | M-W 6:00am-2:00am | Golf Central Live | | | | | | 1 | 1 |
| | Sports | SaSu 6:00a-2:00am | Golf Central Live | | 1 | 1 | | | | 2 |
| | Sports | SaSu 6:00a-2:00am | Golf Central Live | | | | | | 1 | 1 |
| | Sports | Th-F 6:00am-12:00am | Golf Central Live | | 1 | 1 | | | | 2 |
| | Sports | Th-F 6:00am-12:00am | Golf Central Live | | | | | | 1 | 1 |
| | Sports | M-F 6:00am-6:59pm | Golf Central Pre-Game | | 1 | 1 | | | | 2 |
| | Sports | M-F 6:00am-6:59pm | Golf Central Pre-Game | | | | | | 1 | 1 |
| | Sports | SaSu 6:00am-6:59pm | Golf Central Pre-Game | | 1 | | | | | 1 |
| | Sports | SaSu 6:00am-6:59pm | Golf Central Pre-Game | | | | | | 1 | 1 |
| | Sports | M-F 6:00am-6:59pm | Golf Central Replay | | 1 | | 1 | 1 | | 3 |
| | Sports | M-F 6:00am-6:59pm | Golf Central Replay | | | | | | 1 | 1 |
| | Sports | SaSu 6:00am-6:59pm | Golf Central Replay | | 1 | 1 | | | | 2 |
| | Sports | M-F 6:00am-6:59pm | Morning Drive | | 1 | | | | | 1 |
| | Sports | SaSu 6:00am-6:59pm | Morning Drive-Wknd | | | | | | 2 | 2 |
| | Sports | Th-Su 6:00am-6:59pm | PGA Tour - Safeway Open | | | 3 | | | | 3 |
| | Sports | Th-Su 6:00am-6:59pm | PGA Tour - Safeway Open | | | 3 | | | | 3 |
| | Sports | Th-Su 6:00am-6:59pm | PGA Tour-Championship | | 3 | | | | | 3 |
| | Sports | Th-Su 6:00am-6:59pm | PGA Tour Champ Replay | | 3 | | | | | 3 |
| | Sports | Th-Su 6:00am-6:59pm | PGA Tour-Sanderson Farm Championship | | | | | | 4 | 4 |
| | Sports | Th-Su 6:00am-6:59pm | PGA Tour-Sanderson Farm Championship | | | | | | 4 | 4 |
| | Sports | M-F 6:00am-6:59pm | Golf Channel Daytime | | | | 2 | | | 2 |
| | Sports | M-F 6:00am-6:59pm | Golf Channel Daytime | | | | | | 5 | 5 |
| | Sports | M-Su 7:00-11:59pm | Golf Channel Prime | | | 1 | 3 | | | 4 |
| | Sports | M-Su 7:00-11:59pm | Golf Channel Prime | | | | | | 4 | 4 |
| | Sports | SaSu 6:00am-6:59pm | Golf Channel Weekend | | | | 1 | 3 | | 4 |
| | Sports | SaSu 6:00am-6:59pm | Golf Channel Weekend | | | | | | 1 | 1 |
| | Totals: | | | | 14 | 12 | 13 | 5 | 26 | 70 |
| | | | | | | | | | | |
| NBCSN | Sports | SaSu 6:00-10:30pm | NASCAR-Darlington | | 1 | | | | | 1 |
| | Sports | Sa 7-11:45am | Premier League-Live | | | 1 | | | | 1 |
| | Sports | Sa 7-11:45am | Premier League | | | | | | 1 | 1 |
| | Sports | Sa 7-11:45am | Premier League-Live | | | | | 1 | | 1 |
| | Sports | Sa 7-11:45am | Premier League-Live | | | | | | 1 | 1 |
| | Sports | Su 6:55am-12:30pm | Premier League-Live | | | 1 | | | | 1 |
| | Sports | Su 6:55am-12:30pm | Premier League-Live | | | 1 | | | | 1 |
| | Sports | M-F 6:00am-7:00pm | Day ROS | | 1 | 1 | 1 | 1 | | 4 |
| | Sports | M-F 6:00am-7:00pm | Day ROS | | | | | | 3 | 3 |
| | Sports | M-Su 7:00-11:00pm | Prime ROS | | | | 2 | 2 | | 4 |
| | Sports | M-Su 7:00-11:00pm | Prime ROS | | | | | | 1 | 1 |
| | Sports | SaSu 6:00am-7:00pm | Weekend ROS | | 1 | | | | | 1 |
| | Sports | SaSu 6:00am-7:00pm | Weekend ROS | | | | | | 1 | 1 |
| | Totals: | | | | 3 | 4 | 3 | 4 | 7 | 21 |
| | | | | | | | | | | |
| **ENTERTAINMENT** | | | | | | | | | | |
| A&E | Fringe | Mo-Fr 4:00-8:00pm | Fringe ROS | | 1 | 1 | 1 | 1 | | 4 |
| | Fringe | Mo-Fr 4:00-8:00pm | Fringe ROS | | | | | | 1 | 1 |
| | PRIME | Mo-Su 8:00pm-12m | Prime ROS | | 2 | 2 | 1 | 1 | | 6 |
| | PRIME | Mo-Su 8:00pm-12m | Prime ROS | | | | | | 1 | 1 |
| | Wknd | SaSu 7:00am-8:00pm | Weekend ROS | | 1 | 1 | 2 | 1 | | 5 |
| | Wknd | SaSu 7:00am-8:00pm | Weekend ROS | | | | | | 1 | 1 |
| | Totals: | | | | 4 | 4 | 4 | 3 | 3 | 18 |
| | | | | | | | | | | |
| AHC | Fringe | Mo-Fr 4:00-7:00pm | AHC Fringe | | 14 | 14 | 13 | 13 | | 54 |
| | Fringe | Mo-Fr 4:00-7:00pm | AHC Fringe | | | | | | 14 | 14 |
| | PRIME | M-Su 8:p-12m/12m-4a | AHC Prime | | 3 | 3 | 2 | 2 | | 10 |
| | PRIME | M-Su 8:p-12m/12m-4a | AHC Prime | | 1 | 1 | 1 | 1 | | 4 |
| | PRIME | M-Su 8:p-12m/12m-4a | AHC Prime | | | | | | 4 | 4 |
| | Wknd | SaSu 9:00am-7:00pm | AHC Weekend | | 9 | 9 | 9 | 9 | | 36 |
| | Wknd | SaSu 9:00am-7:00pm | AHC Weekend | | | | | | 6 | 6 |
| | Totals: | | | | 27 | 27 | 25 | 25 | 24 | 128 |
| | | | | | | | | | | |
| AMC | Fringe | Mo-Fr 3:00-6:00pm | Afternoons with AMC | | 2 | 2 | | | | 4 |
| | Fringe | Mo-Fr 3:00-6:00pm | Afternoons with AMC | | | | | | 2 | 2 |
| | PRIME | Mo-Su 6:00pm-1:00am | Primetime on AMC | | 2 | | 2 | 2 | | 6 |
| | PRIME | Mo-Su 6:00pm-1:00am | Primetime on AMC | | | 1 | | | | 1 |
| | PRIME | Mo-Su 6:00pm-1:00am | Primetime on AMC | | | | | | 1 | 1 |
| | Wknd | SaSu 6:00am-6:00pm | Wknds Away on AMC | | 2 | 1 | 2 | 2 | | 7 |

Kinsella Media

#4119 in re Boy Scouts of America & Delaware BSA, LLC, No. 20-10343 (Bankr. D. Del.)
National TV Notice Schedule

8/20/2020

| Network | Daypart | Time Period | Program | | w/o 8/31 | w/o 9/7 | w/o 9/14 | w/o 9/21 | w/o 9/28 | Tot Units |
|---|---|---|---|---|---|---|---|---|---|---|
| | Wknd | SaSu 6:00am-6:00pm | Wknds Away on AMC | | | | | | 1 | 1 |
| | Totals: | | | | 6 | 4 | 4 | 4 | 4 | 22 |
| | | | | | | | | | | |
| BBCA | Fringe | Mo-Fr 2:00-6:00pm | Fringe ROS | | 1 | 2 | 1 | 1 | | 5 |
| | Fringe | Mo-Fr 2:00-6:00pm | Fringe ROS | | | | | | 2 | 2 |
| | PRIME | Mo-Su 6:00pm-12m | Prime ROS | | 1 | | | | | 1 |
| | PRIME | Mo-Su 6:00pm-12m | Prime ROS | | 1 | 1 | 2 | 1 | | 5 |
| | PRIME | Mo-Su 6:00pm-12m | Prime ROS | | | | | | 1 | 1 |
| | Wknd | SaSu 6:00am-6:00pm | Weekend ROS | | 3 | 2 | 3 | 2 | | 10 |
| | Wknd | SaSu 6:00am-6:00pm | Weekend ROS | | | | | | 2 | 2 |
| | Totals: | | | | 6 | 5 | 6 | 4 | 5 | 26 |
| | | | | | | | | | | |
| DISC | Fringe | Mo-Fr 4:00-7:00pm | DISC Fringe | | 1 | 4 | 3 | 3 | | 11 |
| | Fringe | Mo-Fr 4:00-7:00pm | DISC Fringe | | | | | | 2 | 2 |
| | PRIME | F 11p-12am/2-3am | DSC Friday | | | 1 | | | | 1 |
| | PRIME | F 9-10p/12m-1a | DSC Friday | | | | 1 | | | 1 |
| | PRIME | F 10-11p/1-2a | DSC Friday | | 1 | | | | | 1 |
| | PRIME | Tu 8-9p/3-4a | DSC TUES | | | | | | 1 | 1 |
| | Wknd | SaSu 9:00a-7:00p | DSC Weekend | | 2 | 1 | 1 | 3 | | 7 |
| | Wknd | SaSu 9:00a-7:00p | DSC Weekend | | | | | | 1 | 1 |
| | Totals: | | | | 4 | 6 | 5 | 6 | 4 | 25 |
| | | | | | | | | | | |
| HIST | Fringe | Mo-Fr 4:00-8:00pm | Fringe ROS | | 1 | 1 | 1 | 1 | | 4 |
| | Fringe | Mo-Fr 4:00-8:00pm | Fringe ROS | | | | | | 1 | 1 |
| | PRIME | Mo-Su 8:00pm-12m | Prime ROS | | 2 | 2 | 2 | 2 | | 8 |
| | PRIME | Mo-Su 8:00pm-12m | Prime ROS | | | | | | 2 | 2 |
| | Wknd | SaSu 7:00am-8:00pm | Weekend ROS | | 1 | 1 | 1 | 1 | | 4 |
| | Wknd | SaSu 7:00am-8:00pm | Weekend ROS | | | | | | 1 | 1 |
| | Totals: | | | | 4 | 4 | 4 | 4 | 4 | 20 |
| | | | | | | | | | | |
| IFC | Fringe | Mo-Fr 3:00-6:00pm | Fringe ROS | | 1 | 2 | 2 | 1 | | 6 |
| | Fringe | Mo-Fr 3:00-6:00pm | Fringe ROS | | | | | | 1 | 1 |
| | PRIME | Mo-Su 6:00pm-1:00am | Prime ROS | | 1 | 2 | 1 | 1 | | 5 |
| | PRIME | Mo-Su 6:00pm-1:00am | Prime ROS | | 1 | | | | | 1 |
| | PRIME | Mo-Su 6:00pm-1:00am | Prime ROS | | | | | | 1 | 1 |
| | Wknd | SaSu 6:00am-6:00pm | Weekend ROS | | 2 | 2 | 3 | 2 | | 9 |
| | Wknd | SaSu 6:00am-6:00pm | Weekend ROS | | | | | | 2 | 2 |
| | Totals: | | | | 5 | 6 | 6 | 4 | 4 | 25 |
| | | | | | | | | | | |
| SUN | Fringe | Mo-Fr 3:00-6:00pm | Fringe ROS | | 2 | 1 | 1 | 1 | | 5 |
| | Fringe | Mo-Fr 3:00-6:00pm | Fringe ROS | | | | | | 1 | 1 |
| | PRIME | Mo-Su 6:00pm-1:00am | Prime ROS | | 1 | 2 | 2 | 2 | | 7 |
| | PRIME | Mo-Su 6:00pm-1:00am | Prime ROS | | | | | | 1 | 1 |
| | Wknd | SaSu 6:00am-6:00pm | Weekend ROS | | 1 | 1 | 2 | 2 | | 6 |
| | Wknd | SaSu 6:00am-6:00pm | Weekend ROS | | | | | | 1 | 1 |
| | Totals: | | | | 4 | 4 | 5 | 5 | 3 | 21 |
| | | | | | | | | | | |
| VICE | Fringe | Mo-Fr 4:00-7:00pm | Fringe ROS | | 6 | 5 | 5 | 5 | | 21 |
| | Fringe | Mo-Fr 4:00-7:00pm | Fringe ROS | | | | | | 4 | 4 |
| | PRIME | Mo-Su 7:00pm-12m | Prime ROS | | 8 | 8 | 7 | 7 | | 30 |
| | PRIME | Mo-Su 7:00pm-12m | Prime ROS | | | | | | 8 | 8 |
| | Wknd | SaSu 8:00am-7:00pm | Weekend ROS | | 3 | 3 | 3 | 3 | | 12 |
| | Wknd | SaSu 8:00am-7:00pm | Weekend ROS | | 1 | | | | | 1 |
| | Wknd | SaSu 8:00am-7:00pm | Weekend ROS | | | | | | 4 | 4 |
| | Totals: | | | | 18 | 16 | 15 | 15 | 16 | 80 |
| | | | | | | | | | | |
| Total Cable: | | | | | 186 | 175 | 170 | 152 | 164 | 847 |
| | | | | | | | | | | |
| Broadcast | | | | | | | | | | |
| | | | | | | | | | | |
| ABC | EAM | M-F 6:00-7:00am | America This Morning | | | | 1 | 5 | | 6 |
| | EAM | M-F 6:00-7:00am | America This Morning | | | | | | 5 | 5 |
| | EAM | Sa 8:00-90:00am | GMA Sat | | 1 | 1 | 1 | | | 3 |
| | ENEWS | M-F 6:30-7pm | World News | | | 1 | | | | 1 |
| | ENEWS | M-F 6:30-7pm | World News | | | | | | 1 | 1 |
| | Totals: | | | | 1 | 2 | 2 | 5 | 6 | 16 |
| | | | | | | | | | | |
| CBS | EAM | M-F 7:30-8:00am | CBS Morning 2 | | 1 | 1 | 1 | | | 3 |
| | EAM | Sat 7:00-8:00am | CBS This Morning Sat | | | 1 | | | | 1 |
| | EAM | M-F 7:30-8:00am | CBS Morning 2 | | | | | 1 | | 1 |
| | EAM | M-F 7:30-8:00am | CBS Morning 2 | | | | | | 1 | 1 |
| | EAM | Sat 7:00-8:00am | CBS This Morning Sat | | | | | 1 | | 1 |
| | ENEWS | M-F 6:30-7pm | CBS Evening News | | 1 | | | | | 1 |
| | ENEWS | M-F 6:30-7pm | CBS Evening News | | | 1 | | | | 1 |
| | ENEWS | M-F 6:30-7pm | CBS Evening News | | | | 1 | | | 1 |
| | ENEWS | Su 6:00-6:30pm | CBS Eve News Sun | | | | | | 1 | 1 |
| | PRIME | Fr 8:00-9:00pm | MacGyver | | | 1 | | | | 1 |
| | PRIME | Fr 10:00-11:00pm | Blue Bloods | | 1 | | | | | 1 |
| | PRIME | Fr 9:00-10:00pm | Magnum PI | | | | | | 1 | 1 |
| | PRIME | Sa 10:00-11:00pm | 48 Hours | | | | | 1 | 1 | 2 |
| | Totals: | | | | 3 | 4 | 1 | 4 | 4 | 16 |
| | | | | | | | | | | |
| FOX | Sports | F 8:00-9:59pm | WWE Smackdown Live | | 1 | 1 | 2 | 1 | | 5 |
| | Sports | F 8:00-9:59pm | WWE Smackdown Live | | | | | 1 | | 1 |
| | Totals: | | | | 1 | 1 | 2 | 2 | 0 | 6 |

Kinsella Media

#4119 in re Boy Scouts of America & Delaware BSA, LLC, No. 20-10343 (Bankr. D. Del.)
**National TV Notice Schedule**

8/20/2020

| Network | Daypart | Time Period | Program | | w/o 8/31 | w/o 9/7 | w/o 9/14 | w/o 9/21 | w/o 9/28 | Tot Units |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |
| **Total Broadcast:** | | | | | 5 | 7 | 5 | 11 | 10 | 38 |
| | | | | | | | | | | |
| **Grand Total:** | | | | | **191** | **182** | **175** | **163** | **174** | **885** |