**Exhibit D**

**Radio Summary**

Kinsella Media
#4119 in re Boy Scouts of America & Delaware BSA, LLC, No. 20-10343 (Bankr. D. Del.)
National Radio Notice Schedule

8/14/2020

| Network | Vehicle | Time Period | w/o 8/31 | w/o 9/7 | w/o 9/14 | w/o 9/21 | w/o 9/28 | Tot Units |
|---|---|---|---|---|---|---|---|---|
| Premiere | Activation | M-F 6a-7p | 3 | 1 | 1 | 1 | 1 | 7 |
| | Beacon Weekday | M-F 5a-8p | | 1 | 1 | 1 | 1 | 4 |
| | Colin Herd-The Herd | M-F 9a-12n | 1 | 1 | 1 | 1 | 1 | 5 |
| | Fox Bus Eeport AM | M-F 5-10a | 1 | 1 | 2 | 1 | 1 | 6 |
| | Fox Bus Report-Midday | M-F 10a-3p | 1 | 1 | 1 | 2 | 1 | 6 |
| | Fox Bus Report -PM | M-F 3-7p | 1 | 1 | 1 | 1 | | 4 |
| | Fox Sports Updates | M-Su 5a-8p | 1 | 1 | 1 | | 1 | 4 |
| | Information Today | M-F 6a-7p | 1 | 2 | 2 | 1 | 2 | 8 |
| | Newstrack Weekend | Sa-Su 5a-8p | 1 | 1 | 1 | 1 | 1 | 5 |
| | Select News/Talk-Wkdy | M-F 5a-12m | 1 | 1 | 1 | 1 | 1 | 5 |
| | Triumph News Weekday | M-F 5a-12m | 1 | 1 | 1 | 1 | 1 | 5 |
| | Totals | | 12 | 12 | 13 | 11 | 11 | 59 |
| | | | | | | | | |
| WW1 | Keeping Current | M-F 6a-12m | 1 | 1 | 1 | 1 | 1 | 5 |
| | Rock Reach | M-F 6a-12m | 1 | | 1 | | 1 | 3 |
| | Rock Advantage | M-F 6a-12m | 1 | 1 | 1 | 1 | 1 | 5 |
| | Adult Reach | M-F 6a-12m | | 1 | | 1 | | 2 |
| | Nashville Reach | M-F 6a-12m | 1 | | 1 | | 1 | 3 |
| | NCAA Football | As Run | | 2 | 2 | 2 | 1 | 7 |
| | NFL Monday Night | As Run | | 1 | 1 | 1 | | 3 |
| | NFL Sunday Night | As Run | | 1 | 1 | 1 | | 3 |
| | NFL Thur Night | As Run | | | 2 | 1 | 1 | 4 |
| | 24 7 Music | M-S 6a-12m | 2 | 1 | 2 | 2 | 2 | 9 |
| | 24 7 Music | M-S 6a-12m | | 1 | | | | 1 |
| | WW News Brand | M-F 6-10a | 1 | | 1 | | 1 | 3 |
| | WW News Brand | M-F 10a-3p | 1 | | 1 | | 1 | 3 |
| | WW News Brand | M-F 3-7p | | 1 | | 1 | | 2 |
| | WW Engaged Network | M-F 6-10a | | 1 | | 1 | | 2 |
| | WW Engaged Network | M-F 10a-3p | 1 | | 1 | | 1 | 3 |
| | WW Engaged Network | M-F 3-7p | 1 | | 1 | | 1 | 3 |
| | WW Top Market Reach | M-F 6a-12m | | | 1 | 1 | | 2 |
| | Totals:: | | 10 | 11 | 17 | 13 | 12 | 63 |
| | | | | | | | | |
| | **Grand Total:** | | **22** | **23** | **30** | **24** | **23** | **122** |