## Exhibit E

**Banner Ads**



1    © 2020 Epsilon Data Management, LLC. All rights reserved. Proprietary and confidential.
All names and logos are trademarks or registered trademarks of their respective owners.



© 2020 Epsilon Data Management, LLC. All rights reserved. Proprietary and confidential.
All names and logos are trademarks or registered trademarks of their respective owners.



© 2020 Epsilon Data Management, LLC. All rights reserved. Proprietary and confidential.
All names and logos are trademarks or registered trademarks of their respective owners.



© 2020 Epsilon Data Management, LLC. All rights reserved. Proprietary and confidential.
All names and logos are trademarks of their respective owners.