## Exhibit F

**Spanish Language Banner Ads**



# Eltiempo.com| Display

- **Desktop 300x250**





# elVocero.com| Display

- **Mobile 320x50**



3