# **Exhibit G**

**Social Media Ads**

*Facebook*





*Twitter*



**Class Action/Bankruptcy Info**
@ClassNotice · Sep 07
Anyone sexually abused during their time in Scouting, regardless of current age or when the abuse occurred, could receive compensation from the Boy Scouts of America bankruptcy. Claims must be filed by November 16, 2020.



*Pinterest*



↗ Class Action/Bankruptcy Info

**Attention Sexual Abuse Survivors.** Anyone sexually abused...



**Promoted By**
Class Action/Bankruptcy Info