**<u>Exhibit H</u>**

**Press Release**

# Sexual Abuse Survivors Need to File Claims in Boy Scouts of America Bankruptcy by November 16, 2020

NEWS PROVIDED BY
**Omni Agent Solutions →**
Sep 01, 2020, 09:10 ET

WILMINGTON, Del., Sept. 1, 2020 /PRNewswire/ -- The following is being released by Omni Agent Solutions the Court Appointed Claims and Noticing Agent for the Boy Scouts of America. The Boy Scouts of America ("BSA") has filed bankruptcy in order to restructure its nonprofit organization and pay Sexual Abuse Survivors. Please read this notice carefully as it provides information about the rights of Sexual Abuse Survivors against BSA, BSA Local Councils and organizations that sponsored their packs, troops, crews, ships or posts and provides information about the case, *In re Boy Scouts of America and Delaware BSA, LLC*, No. 20-10343 (Bankr. D. Del.). This notice is a short summary. For more detail, visit www.OfficialBSAClaims.com or call 1-866-907-2721.

Anyone who was sexually abused during their time in Scouting, on or before February 18, 2020, must file a claim. This includes sexual abuse in connection with Boy Scouts, Cub Scouts, or any entity or activity associated with Scouting or the Boy Scouts of America. Regardless of how old Sexual Abuse Survivors are today or when the sexual abuse occurred, survivors need to file claims by November 16, 2020 at 5:00 p.m. (Eastern Time).  Survivors whose claims are approved may receive compensation from the bankruptcy.

**When and How to File a Sexual Abuse Claim?** Sexual Abuse Survivors should file a claim using the Sexual Abuse Survivor Proof of Claim by November 16, 2020 at 5:00 p.m. (Eastern Time). If Sexual Abuse Survivors do not file a timely claim, they may lose rights against BSA, BSA Local Councils or organizations that sponsored their pack, troop, crew, ship or post, including any

right to compensation. Only the national organization of BSA is in bankruptcy. If Sexual Abuse Survivors have a claim against the BSA Local Councils or other organizations, they must take additional legal action to preserve and pursue their rights.

Information provided by Sexual Abuse Survivors will be kept private. Sexual Abuse Survivors can download and file a claim at www.OfficialBSAclaims.com or call 1-866-907-2721 for help on how to file a claim by mail. Scouting participants who were at least 18 years of age at the time the sexual abuse began may also have claims related to sexual abuse and should consult the appropriate claim form at www.OfficialBSAclaims.com.

If the plan to reorganize BSA is approved, it could release claims Sexual Abuse Survivors hold against certain third parties, including against BSA Local Councils and organizations that sponsored their troop or pack. Please visit the website to learn more.

**Have questions?** Visit www.OfficialBSAclaims.com or call 1-866-907-2721 for more information.

**Other Support:** BSA will fund in-person counseling for current or former Scouts or their family. To request in-person counseling, please call 1-866-907-2721 or email restructuring@scouting.org.

Source: Omni Agent Solutions

SOURCE Omni Agent Solutions

Related Links

https://www.OfficialBSAClaims.com