**<u>Exhibit I</u>**

**Press Release Report**

# Pickup

## Highlights

| TOTAL PICKUP | 92 |
|---|---|

| Exact Match | **90** postings |
|---|---|
| Twitter | **2** Tweets |

| TOTAL POTENTIAL AUDIENCE | 106.6M |
|---|---|

| Exact Match | **106.6M** visitors |
|---|---|
| Twitter | **1.2K** followers |

## Total Pickup Over Time
Total pickup since your content was distributed



## Total Pickup by Source Type



- 🟧 Newspaper (35/38.0%)
- 🟦 Online News Sites & Other Influencers (22/23.9%)
- 🟨 Broadcast Media (16/17.4%)
- 🟩 Financial News Service (8/8.7%)
- 🟪 Trade Publications (3/3.3%)
- 🟢 Other (8/8.7%)

## Total Pickup by Industry



- 🟥 Media & Information (63/68.5%)
- 🔵 Financial (22/23.9%)
- 🟧 Multicultural & Demographic (2/2.2%)
- 🟢 Business Services (1/1.1%)
- 🟪 Policy & Public Interest (1/1.1%)
- 🟢 Other (3/3.3%)

## Exact Match Pickup

Exact matches are full text postings of your content which we have found in the online and social media that we monitor. Understand how it is calculated.

Total Exact Matches: **90**
Total Potential Audience: **106,598,210**.

| Logo | Outlet Name | Location | Source Type | Industry | Potential Audience |
|---|---|---|---|---|---|
| YAHOO! FINANCE | Yahoo! Finance<br>Online 🖥 View Release | Global | Online News Sites & Other Influencers | Media & Information | 42,215,793 [1]<br>visitors/month |
| | MarketWatch<br>Online 🖥 View Release | United States | Financial News Service | Financial | 31,693,494 [1]<br>visitors/month |
| Seeking Alpha | Seeking Alpha<br>Online 🖥 View Release | United States | Financial News Service | Financial | 7,713,685 [1]<br>visitors/month |
| CISION PR Newswire | PR Newswire<br>Online 🖥 View Release | Global | PR Newswire | Media & Information | 6,569,762 [1]<br>visitors/month |

| | Finanzen.net<br>Online 🖥 View Release | Germany | Online News Sites & Other Influencers | Financial | 5,864,933 [1]<br>visitors/month |
|---|---|---|---|---|---|
| | Benzinga<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Financial | 3,818,785 [1]<br>visitors/month |
| | Morningstar<br>Online 🖥 View Release | Global | Financial Data, Research & Analytics | Financial | 2,795,798 [1]<br>visitors/month |
| | WRCB-TV NBC-3 [Chattanooga, TN]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 655,465 [1]<br>visitors/month |
| | WFMJ-TV NBC-21 [Youngstown, OH]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 547,732 [1]<br>visitors/month |
| | Finanzen.ch<br>Online 🖥 View Release | Switzerland | Online News Sites & Other Influencers | Financial | 400,760 [1]<br>visitors/month |
| | WBOC-TV CBS-16 [Salisbury, MD]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 391,122 [1]<br>visitors/month |
| | StockHouse.com<br>Online 🖥 View Release | Canada | Trade Publications | Financial | 371,239 [1]<br>visitors/month |
| | KTVN-TV CBS-2 [Reno, NV]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 358,182 [1]<br>visitors/month |
| | WICU-TV NBC-12 / WSEE-TV CBS-35 [Erie, PA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 350,064 [1]<br>visitors/month |
| | Daily Journal [Tupelo, MS]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 277,301 [1]<br>visitors/month |
| | WENY-TV [Horseheads, NY]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 177,967 [1]<br>visitors/month |
| | RFD-TV [Nashville, TN]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 128,230 [1]<br>visitors/month |
| | FinancialContent - PR Newswire<br>Online 🖥 View Release | United States | Financial News Service | Media & Information | 125,260 [1]<br>visitors/month |
| | WRAL-TV CBS-5 [Raleigh, NC]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 125,260 [1]<br>visitors/month |

| | Townhall Finance<br>Online 🖥 View Release | United States | Financial News Service | Media & Information | 125,260 [1]<br>visitors/month |
|---|---|---|---|---|---|
| | Tamar Securities<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Financial | 125,260 [1]<br>visitors/month |
| | IBTimes<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 125,260 [1]<br>visitors/month |
| | Rockford Register Star [Rockford, IL]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 125,260 [1]<br>visitors/month |
| | Great American Financial Resources<br>Online 🖥 View Release | United States | News & Information Service | Financial | 125,260 [1]<br>visitors/month |
| | Franklin Credit Management<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Financial | 125,260 [1]<br>visitors/month |
| | Value Investing News<br>Online 🖥 View Release | United States | Financial News Service | Financial | 125,260 [1]<br>visitors/month |
| | Dow Theory Letters<br>Online 🖥 View Release | United States | Banking & Financial Institutions | Financial | 125,260 [1]<br>visitors/month |
| | Daily Penny Alerts<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Financial | 125,260 [1]<br>visitors/month |
| | Benefit Plans Administrative Services<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Financial | 125,260 [1]<br>visitors/month |
| | Ascensus<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Financial | 125,260 [1]<br>visitors/month |
| | 1st Discount Brokerage<br>Online 🖥 View Release | United States | Financial News Service | Financial | 125,260 [1]<br>visitors/month |
| | NewsBlaze US<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Media & Information | 115,967 [1]<br>visitors/month |
| | One News Page Global Edition<br>Online 🖥 View Release | Global | Online News Sites & Other Influencers | Media & Information | 87,267 [1]<br>visitors/month |
| | WICZ-TV FOX-40 [Binghamton, NY]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 84,241 [1]<br>visitors/month |

| | | | | |
|---|---|---|---|---|
| Spoke<br>Online 🖥 View Release | United States | News & Information Service | Business Services | 56,457 [1]<br>visitors/month |
| Suncoast News Network [Sarasota, FL]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 53,273 [1]<br>visitors/month |
| WRDE-TV CBS [Milton, DE]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 31,219 [1]<br>visitors/month |
| Daily Herald [Chicago, IL]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 20,382 [1]<br>visitors/month |
| The Daily Press [St. Marys, PA]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 6,526 [1]<br>visitors/month |
| Ask.com<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Media & Information | 4,390 [1]<br>visitors/month |
| One News Page Unites States Edition<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Media & Information | 3,565 [1]<br>visitors/month |
| Oklahoman [Oklahoma City, OK]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 2,791 [1]<br>visitors/month |
| ProfitQuotes<br>Online 🖥 View Release | United States | Financial News Service | Financial | 2,680 [1]<br>visitors/month |
| Buffalo News [Buffalo, NY]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 2,592 [1]<br>visitors/month |
| myMotherLode.com [Sonora, CA]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 2,560 [1]<br>visitors/month |
| Valley City Times-Record [Valley City, ND]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 2,464 [1]<br>visitors/month |
| Minyanville<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Financial | 2,436 [1]<br>visitors/month |
| WBOC-TV FOX-21 [Salisbury, MD]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 2,412 [1]<br>visitors/month |
| Latin Business Today<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 2,380 [1]<br>visitors/month |

| | | | | |
|---|---|---|---|---|
| Ticker Technologies<br>Online 🖥 View Release | United States | Financial News Service | Financial | 2,031 [1]<br>visitors/month |
| Pittsburgh Post-Gazette [Pittsburgh, PA]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 1,583 [1]<br>visitors/month |
| KJUN-TV / KFOL-TV HTV10 [Houma, LA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 1,485 [1]<br>visitors/month |
| Fat Pitch Financials<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Financial | 1,306 [1]<br>visitors/month |
| The Chronicle Journal [Thunder Bay, ON]<br>Online 🖥 View Release | Canada | Newspaper | Media & Information | 1,300 [1]<br>visitors/month |
| The Saline Courier [Benton, AR]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 1,253 [1]<br>visitors/month |
| The Morning News [Blackfoot, ID]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 1,124 [1]<br>visitors/month |
| ArlingtonWatches<br>Online 🖥 View Release | Global | Online News Sites & Other Influencers | Retail & Consumer | 1,067 [1]<br>visitors/month |
| 96.9-FM The Bull [Lubbock, TX]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 1,049 [1]<br>visitors/month |
| Minster Community Post [Minster, OH]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 997 [1]<br>visitors/month |
| Winslow, Evans & Crocker<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Financial | 971 [1]<br>visitors/month |
| Daily Times Leader [West Point, MS]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 926 [1]<br>visitors/month |
| Ridgway Record [Ridgway, PA]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 901 [1]<br>visitors/month |
| Borger News Herald [Borger, TX]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 864 [1]<br>visitors/month |

| | | | | | |
|---|---|---|---|---|---|
| Starkville Daily News [Starkville, MS]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 797 [1]<br>visitors/month |
| Magazines Today<br>Online 🖥 View Release | Global | Trade Publications | Media & Information | 782 [1]<br>visitors/month |
| Poteau Daily News [Poteau, OK]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 778 [1]<br>visitors/month |
| The Pilot News [Plymouth, IN]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 765 [1]<br>visitors/month |
| Axcess News<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Media & Information | 760 [1]<br>visitors/month |
| Big Spring Herald [Big Spring, TX]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 750 [1]<br>visitors/month |
| Latin Trade<br>Online 🖥 View Release | United States | Trade Publications | Multicultural & Demographic | 740 [1]<br>visitors/month |
| Sweetwater Reporter [Sweetwater, TX]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 685 [1]<br>visitors/month |
| Inyo Register [Bishop, CA]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 637 [1]<br>visitors/month |
| The Evening Leader [St. Marys, OH]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 620 [1]<br>visitors/month |
| The Kane Republican [Kane, PA]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 591 [1]<br>visitors/month |
| The Newport Daily Express [Newport, VT]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 586 [1]<br>visitors/month |
| The Punxsutawney Spirit [Punxsutawney, PA]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 573 [1]<br>visitors/month |
| The Antlers American [Antlers, OK]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 554 [1]<br>visitors/month |
| The Deer Park Tribune [Deer Park, WA]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 538 [1]<br>visitors/month |

| | | | | | |
|---|---|---|---|---|---|
| MALVERN DAILY RECORD | Malvern Daily Record [Malvern, AR]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 521 [1]<br>visitors/month |
| DECATUR DAILY DEMOCRAT | Decatur Daily Democrat [Decatur, IN]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 503 [1]<br>visitors/month |
| Observer News Enterprise<br>www.observernewsonline.com | The Observer News Enterprise [Newton, NC]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 480 [1]<br>visitors/month |
| Mammoth Times | Mammoth Times [Mammoth Lakes, CA]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 477 [1]<br>visitors/month |
| WAPAKONETA DAILY NEWS | Wapakoneta Daily News [Wapakoneta, OH]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 422 [1]<br>visitors/month |
| T.U.B Investing | T.U.B Investing<br>Online 🖥 View Release | Singapore | Blog | Financial | 420 [1]<br>visitors/month |
| The Post & Mail | The Post and Mail [Columbia City, IN]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 352 [1]<br>visitors/month |
| manhattanweek.com | Manhattanweek<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Media & Information | 226 [1]<br>visitors/month |
| IU INVEST.USA | Invertir USA<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Media & Information | 75 [1]<br>visitors/month |
| 1stCounsel<br>Legal News. Content Marketing. | 1stCounsel<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Policy & Public Interest | 63 [1]<br>visitors/month |
| FOX 28 | WPGX-TV FOX-28 [Panama City, FL]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 52 [1]<br>visitors/month |
| FOX 34 | WDFX-TV FOX-34 [Dothan, AL]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 52 [1]<br>visitors/month |

*Data sources: [1] 🔵 **SimilarWeb** [2] Alexa, [3] siteworthtraffic.com [4] Cision Digital Reach

*The data cited here by SimilarWeb represents site traffic data of worldwide unique visitors on desktop and mobile devices. Data is updated monthly.*

# Traffic

## Overview

| RELEASE VIEWS & HITS | 3.3K | MULTIMEDIA | 0 |
|---|---|---|---|

| | |
|---|---|
| Release Views | **2.8K** |
| Media Views | **55** |
| Public Views | **2.8K** |
| Partner Sites | **240** |
| PR Newswire Properties | **2.5K** |
| Release Web Crawler Hits | **481** |

## Release Views
Release Views Over Time

10000

1 305



## Media Views on PR Newswire for Journalists
### Top 10 Outlets



## Views on Partner Sites

## Top 10 Sites



## Traffic to PR Newswire Properties

### Type of Views

### Views

| Type | Views |
|------|-------|
| Desktop Views | 2,127 |
| Mobile/Tablet Views | 398 |
| **Total Views on PR Newswire Properties** | **2,525** |

- Desktop Views
- Mobile/Tablet Views

## External Traffic Sources
Understand how viewers found your release.

| Source Type | Source | Instances |
|-------------|--------|-----------|
| Direct | | 1,702 |
| Direct | Direct | 1,702 |
| ⌄ Search Engine (7) | | 597 |
| **Total** | | **2,525** |

| Source Type | Source | Instances |
|---|---|---|
| Search Engine | Google | 575 |
| Search Engine | Bing | 9 |
| Search Engine | DuckDuckGo | 5 |
| Search Engine | Start Page | 3 |
| Search Engine | Yahoo! | 3 |
| Search Engine | Baidu | 1 |
| Search Engine | Info.com | 1 |
| ⌄ Social Media (2) | | 12 |
| Social Media | Twitter | 9 |
| Social Media | Facebook | 3 |
| ⌄ PR Newswire Properties (1) | | 205 |
| PR Newswire Properties | prnewswire.com | 205 |
| ⌄ Other Sites (5) | | 9 |
| Other Sites | pm.to | 4 |
| Other Sites | mugshots.com | 2 |
| Other Sites | owler.com | 1 |
| Other Sites | admin.intellizence.com | 1 |
| Other Sites | contify.com | 1 |
| **Total** | | **2,525** |



- Direct
- Search Engine
- Social Media
- PR Newswire Properties
- Other Sites

# Audience

## Overview

| VIEWS FROM IDENTIFIED AUDIENCES | **92** |
| --- | --- |

| AP & INFLUENCER LIST RECIPIENTS | **876** |
| --- | --- |

| Media Views | 55 |
| --- | --- |
| Organization Views | 37 |

| Wire Distribution / AP Outlets | 876 |
| --- | --- |

## Audience Summary

### Media Demographics

A break down of the industries covered, the media types and the locations of the journalists & bloggers accessing your release on PR Newswire for Journalists.

### Top Industries



### Top Media Types



### Top Locations



- United States
- India
- Pakistan
- The rest
- Canada
- Italy

## Geo-segmentation

See where views of your release originated. Hover over map to see totals by location.

Select a region:

World View









## Audience Details

### Media Views
See the details of each media outlet from PR Newswire for Journalists that viewed your release.

| Outlet | Industry | Source Type | Location | Views ⌄ |
|--------|----------|-------------|----------|---------|
| BlissFireMedia | Consumer Products, Entertainment, Environment, Features, Healthcare, Media, Other, Public Issues, Technology | Blogger, Consumer Periodicals, Freelance/Writer, Other, Web/On-Line Service | United States UNITED STATES | 1 |
| **Total** | | | | **55** |

| | | | | |
|---|---|---|---|---|
| KrazzyMag | Auto, Entertainment, Environment, Financial Services, General Business, Healthcare, Media, Public Issues, Sports, Technology, Travel | Blogger, Other, Web/On-Line Service | India INDIA | 1 |
| Content Canada | Other | Freelance/Writer | Canada CANADA | 1 |
| Auburn Wire | Sports | Freelance/Writer, Web/On-Line Service | United States UNITED STATES | 1 |
| National Observer | Other | Newspaper | United States UNITED STATES | 1 |
| National News Syndicate | Technology | Freelance/Writer, Trade Periodicals | United States UNITED STATES | 1 |
| Freelance: FE News, The Orchard at Tesco | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Public Issues, Sports, Technology, Transportation, Travel | Consumer Periodicals, Freelance/Writer, Newspaper, Radio, Television, Trade Periodicals, Web/On-Line Service, Wire Service | United Kingdom UNITED KINGDOM | 1 |
| Mole News | Entertainment, Financial Services, General Business, Heavy Industry, Media, Technology | Freelance/Writer | United States UNITED STATES | 1 |
| Philadelphia Business Journal | Consumer Products, Energy, Financial Services, General Business, Healthcare, Media, Other, Sports, Technology, Transportation, Travel | Newspaper | United States UNITED STATES | 1 |
| Sipa USA | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Wire Service | United States UNITED STATES | 1 |
| Greater Wilmington Business Journal | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Newspaper | United States UNITED STATES | 1 |
| Fortunly | Financial Services, General Business, Technology | Web/On-Line Service | Serbia SERBIA | 1 |
| S&P Global | Financial Services | Trade Periodicals | United States UNITED STATES | 1 |
| AM Best | Financial Services | Trade Periodicals | United States UNITED STATES | 1 |
| **Total** | | | | **55** |

| | | | | |
|---|---|---|---|---|
| Romlin Group ab | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Newspaper, Web/On-Line Service | Sweden SWEDEN | 1 |
| Forbes Advisor | Financial Services | Web/On-Line Service | United States UNITED STATES | 1 |
| HousingWire | Financial Services, Technology | Freelance/Writer | United States UNITED STATES | 1 |
| Ultralocal.In | Auto, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Public Issues, Sports, Technology, Transportation, Travel | Newspaper | India INDIA | 1 |
| Salonpas | Healthcare | Blogger | United States UNITED STATES | 1 |
| Independent | Auto, Consumer Products, Energy, Financial Services, General Business, Healthcare, Heavy Industry, Technology, Transportation, Travel | Blogger | United States UNITED STATES | 1 |
| NTD News | Broadcast | Television | United States UNITED STATES | 1 |
| Indian Branding Company | Entertainment, General Business, Public Issues, Technology | Freelance/Writer | India INDIA | 1 |
| ULTIMATE REPORT | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Blogger, Freelance/Writer, Web/On-Line Service | United States UNITED STATES | 1 |
| gabby cabby | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other | Blogger, Consumer Periodicals, Freelance/Writer, Newspaper, Radio, Television, Trade Periodicals, Web/On-Line Service, Wire Service | United States UNITED STATES | 1 |
| FOX 46 Charlotte | Broadcast, Entertainment, Features, General Business, Media, Other, Public Issues, Sports, Technology, Travel | Television | United States UNITED STATES | 1 |
| Sustaina Stocks | Financial Services, General Business | Web/On-Line Service | Denmark DENMARK | 1 |
| Bloomberg Law | Financial Services, Public Issues | Trade Periodicals, Wire Service | United States UNITED STATES | 1 |
| **Total** | | | | **55** |

| | | | | |
|---|---|---|---|---|
| Cision (PR Newswire) | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Blogger, Consumer Periodicals, Freelance/Writer, Newspaper, Other, Radio, Television, Trade Periodicals, Web/On-Line Service, Wire Service | United States UNITED STATES | 1 |
| Kingsport Times-New | Other | Newspaper | United States UNITED STATES | 1 |
| Economic Review | Auto, Energy, Features, Financial Services, Media, Public Issues, Sports | Freelance/Writer, Newspaper, Trade Periodicals | Pakistan PAKISTAN | 1 |
| Randall-Reilly Publishing Co. | Transportation | Trade Periodicals | United States UNITED STATES | 1 |
| Freelancer | Entertainment, Features, Healthcare | Freelance/Writer, Newspaper | United States UNITED STATES | 1 |
| Houston Chronicle | Features | Newspaper | United States UNITED STATES | 1 |
| SNL Energy | Energy | Trade Periodicals | United States UNITED STATES | 1 |
| heart & soul | Entertainment, Healthcare, Travel | Consumer Periodicals, Radio, Web/On-Line Service | United States UNITED STATES | 1 |
| Feather River Bulletin | Other | Newspaper | United States UNITED STATES | 1 |
| New York 1 News | Other | Television | United States UNITED STATES | 1 |
| http://gay_blog.blogspot.com/ | Other, Travel | Web/On-Line Service | United States UNITED STATES | 1 |
| Freelancer | Other | Trade Periodicals | United States UNITED STATES | 1 |
| PR | Technology | Other | Malaysia MALAYSIA | 1 |
| News Aktuell | Other | Wire Service | Switzerland SWITZERLAND | 1 |
| Coelum | Other | Consumer Periodicals, Web/On-Line Service | Italy ITALY | 1 |
| PR Newswire | Sports | Web/On-Line Service, Wire Service | United States UNITED STATES | 1 |
| **Total** | | | | **55** |

| | | | | |
|---|---|---|---|---|
| Word Geek Media | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Freelance/Writer | United States UNITED STATES | 1 |
| cision | Auto | Blogger | United States UNITED STATES | 1 |
| Delion | Environment, Financial Services, General Business, Other, Technology | Blogger, Newspaper | Canada CANADA | 1 |
| BAI.org | Financial Services | Trade Periodicals | United States UNITED STATES | 1 |
| Cognizant | Auto, General Business | Blogger, Freelance/Writer | India INDIA | 1 |
| NewsRx | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Web/On-Line Service | United States UNITED STATES | 1 |
| Fitness And The Foodie | Consumer Products, Entertainment, Other, Travel | Blogger | United States UNITED STATES | 1 |
| Okinawa Marine | Broadcast, Environment, Features, Financial Services, Media, Public Issues, Technology, Transportation, Travel | Freelance/Writer, Newspaper, Web/On-Line Service, Wire Service | Japan JAPAN | 1 |
| Gaceta UNAM | Environment, Features, Healthcare, Media, Public Issues, Sports, Travel | Newspaper, Web/On-Line Service | Mexico MEXICO | 1 |
| The Kyle & Jackie O Show | Broadcast, Consumer Products, Entertainment, Features, Media, Other, Public Issues, Technology | Radio | Australia AUSTRALIA | 1 |
| Daily News | Other | Other | South Africa SOUTH AFRICA | 1 |
| WSAZ | Financial Services | Television | United States UNITED STATES | 1 |
| **Total** | | | | **55** |

# Organization Views
See which organizations have viewed your release

| Organization | Headquarters | Visitor Location | Parent Organization | Industry | Views |
|---|---|---|---|---|---|
| MOTLEY RICE LLC | 28 BRIDGESIDE BLVD , United States | UNITED STATES | Motley Rice LLC | Law Firms & Legal Services | 3 |
| Facebook, Inc. | 1601 Willow Rd. , United States | NETHERLANDS | Facebook | Software & Internet | 3 |
| **Total** | | | | | **37** |

| | | | | | |
|---|---|---|---|---|---|
| Schlouch Inc | 132 Excelsior Drive , United States | UNITED STATES | | | 3 |
| COPPER BEECH TOWNHOMES | 2055 NAPOLEON , United States | UNITED STATES | | | 2 |
| Gulf Research & Development Company | ARESCO CENTER 13TH FLOOR JUSTINIAN STR LEBANON , Lebanon | IRAQ | | | 1 |
| BOY SCOUTS OF AMERICA | 8605 HARRY HINES BLVD , United States | UNITED STATES | Boy Scouts of America | Non-Profit | 1 |
| Belmont BP Investors, LLC | 4310 Bee Caves Rd , United States | UNITED STATES | | | 1 |
| ECO-ATMAN-PL | Polish | POLAND | | | 1 |
| NIKKEI CREDIT UNION | 18425 S WESTERN AVE FL 2 , United States | UNITED STATES | Nikkei Credit Union | Financial Services | 1 |
| Chippewa Valley Technical College | 620 West Clairemont Ave. , United States | UNITED STATES | Chippewa Valley Technical College | Education | 1 |
| Windscribe | 9251 Yonge St #8901 , Canada | UNITED STATES | Windscribe Limited | | 1 |
| Westat, Inc. | Attn: Network Technical Systems , United States | UNITED STATES | Westat Inc | Software & Internet | 1 |
| Editrice La Stampa S.p.A. | Italy | ITALY | | | 1 |
| State of Colorado General Government Computer | 690 Kipling St. , United States | UNITED STATES | Colorado Hay and Forage Association | Non-Profit | 1 |
| HammesCompanyHealthcareLLC | Hosting Center Address , | UNITED STATES | | | 1 |
| Caisse Federale de Credit Mutuel SA | 4 rue Frédéric-Guillaume Raiffeisen 67000 Strasbourg FR , France | FRANCE | | | 1 |
| Washington County, Oregon | 155 N FIRST AVE , United States | UNITED STATES | Washington County Library | Cultural | 1 |
| Opoint AS | Akersgata 28 A Sentrum , Norway | SWEDEN | Opoint AS | Software & Internet | 1 |
| Facebook Ireland Ltd | 4 GRAND CANAL SQUARE , GRAND CANAL HARBOUR , D2 , Ireland | NETHERLANDS | | | 1 |
| Adobe Systems Inc. | 345 Park Avenue , United States | UNITED STATES | Adobe Systems Incorporated | Software & Internet | 1 |
| 4 STAR HOLDINGS | 3737 EMBASSY PKWY #360 , United States | UNITED STATES | | | 1 |
| MOMIT SRL | Viale Enrico Forlanini 23 20134 , Italy | ITALY | | | 1 |
| Providence Health & Services | 1801 Lind Ave. , United States | UNITED STATES | Providence Health & Services | Healthcare, Pharmaceuticals, & Biotech | 1 |
| Shrisai Shavenk Technotronics Private Limited | India | | | | 1 |
| INDUSTRIAL ELECTRONIC SUPPLY | 2321 TEXAS AV , United States | UNITED STATES | | | 1 |
| VOLstate, Inc. | 278 First Avenue , United States | UNITED STATES | VOLstate Inc | Telecommunications | 1 |
| LAW OFFICES OF DEE WAMPLER | 2974 E BATTLEFIELD RD , United States | UNITED STATES | | | 1 |
| Synovus Technologies Inc - ATL | 355 N Stone Mountain Road , United States | UNITED STATES | Synovus Financial Corp | Financial Services | 1 |
| **Total** | | | | | 37 |

| | | | | | |
|---|---|---|---|---|---|
| AmTrust North America, Inc. | 800 Superior E , United States | UNITED STATES | Amtrust Financial Services, Inc. | Financial Services | 1 |
| Harding University | 915 East Market , United States | UNITED STATES | Harding University | Education | 1 |
| **Total** | | | | | **37** |

## Associated Press Outlets

Every PR Newswire U.S. wire newsline includes targeted distribution to the Associated Press, an essential global news network that delivers content to an extensive set of media platforms and formats. The list below represents the outlets you reach via this partnership.

| Outlet Name | City | State | Newsline | Type | Audience |
|---|---|---|---|---|---|
| C-SPAN | Washington | DC | US1 | Television | 86,200,000 Subscribers |
| Scribd, Inc. | San Francisco | CA | US1 | Aggregator | 43,531,670 Visitors per Month |
| FoxNews.com | New York | NY | US1 | Online | 32,516,438 Visitors per Month |
| CBS News Radio | New York | NY | US1 | Radio | 30,000,000 Broadcast Audience |
| New York Times Digital | New York | NY | US1 | Newspaper | 29,886,442 Visitors per Month |
| Apple Inc. | Cupertino | CA | US1 | Organization/Company | 29,709,459 Visitors per month |
| CNBC.com | Englewood Cliffs | NJ | US1 | Online | 26,089,260 Visitors per Month |
| CBSnews.com | New York | NY | US1 | Online | 26,080,671 Visitors per Month |
| abcnews.com | New York | NY | US1 | Online | 24,167,779 Visitors per Month |
| U.S. News & World Report | Washington | DC | US1 | Magazine | 23,945,529 Visitors per Month |

# Engagement

## Overview

TOTAL ENGAGEMENT ACTIONS                                  440

| | |
|---|---|
| **Click-throughs** | **431** |
| **Shares** | **9** |

## Engagement Timeline
See when your audience engaged with your release.



## Engagement Details
A break down of click-throughs, shares and other engagement actions.

### Click-throughs
The number of times your release sent visitors to the pages you linked to

| URL | Click-throughs |
|---|---|
| http://www.officialbsaclaims.com/ | 410 |
| **Total** | **431** |

| URL | Click-throughs |
|---|---:|
| https://www.OfficialBSAClaims.com | 21 |
| **Total** | **431** |

## Shares
A breakdown of the types of sharing your release generated.

| Type of share | Shares |
|---|---:|
| tweet | 8 |
| LinkedIn | 1 |
| **Total Shares** | **9** |

About Cision PR Newswire    Contact    Terms of Use    Privacy    Blog

Copyright © 2020 Cision US Inc., 130 E Randolph St., 7th Floor, Chicago, IL 60601. View our Privacy Policy.