<u>**Exhibit A**</u>

**Summary of Services**

| Task Description | Date | Timekeeper | Description | Hours | Total |
|---|---|---|---|---|---|
| Local Council | 9/1/2020 | Sochurek, Nicholas | Call with L. Richardson, A. Kutz, A. Azer, C. Green, and S. Klauck re charter application archives and insurance search (.7); prepare for same (.4). | 1.1 | $544.50 |
| Local Council | 9/1/2020 | Monroe, Kelly | Review evidence from Haynes and Boone and code into database (1.4); meet with S. Klauck re evidence coding process (.3). | 1.7 | $306.00 |
| Local Council | 9/1/2020 | Klauck, Sheila | Call with L. Richardson, A. Kutz, A. Azer, C. Green, and N. Sochurek re charter application archives and insurance search (.6); create MS Access evidence entry form (3.0). | 3.6 | $1,296.00 |
| Fee Applications | 9/2/2020 | Butterworth, Luke | Communicate with BSA re second and third monthly applications and payment. | 0.2 | $46.00 |
| Local Council | 9/2/2020 | Sochurek, Nicholas | Discuss Local Council evidence status and entry process with S. Klauck and K. Monroe. | 1.1 | $544.50 |
| Local Council | 9/2/2020 | Klauck, Sheila | Discuss Local Council evidence status and entry process with N. Sochurek and K. Monroe (1.1); continue creating MS Access evidence entry form (1.2). | 2.3 | $828.00 |
| Local Council | 9/2/2020 | Monroe, Kelly | Review evidence from Haynes and Boone and code into database (3.4); Discuss Local Council evidence status and entry process with N. Sochurek and S.Klauck (1.1); script updates for BSA database (.3). | 4.8 | $864.00 |
| Local Council | 9/3/2020 | Monroe, Kelly | Review evidence entry form updates with S.Klauck (.5); review evidence from Haynes and Boone and code into database (1.2). | 1.7 | $306.00 |
| Local Council | 9/3/2020 | Klauck, Sheila | Continue creating MS Access evidence entry form (2.2); review evidence entry form updates with K. Monroe (.5). | 2.7 | $972.00 |
| Allocations | 9/7/2020 | Sochurek, Nicholas | Discuss fields required for allocation modeling with E. Hanke. | 0.5 | $247.50 |
| Allocations | 9/7/2020 | Hanke, Elizabeth | Discuss fields required for allocation modeling with N. Sochurek. | 0.5 | $265.00 |
| Local Council | 9/7/2020 | Sochurek, Nicholas | Discuss local council coverage and data with E. Hanke. | 0.3 | $148.50 |
| Local Council | 9/7/2020 | Hanke, Elizabeth | Discuss local council coverage and data with N. Sochurek (.3); email communication re same with A. Azer (.1). | 0.4 | $212.00 |
| Allocations | 9/8/2020 | Hanke, Elizabeth | Discuss claim data necessary for allocations with A. Azer, C. Green and N. Sochurek. | 0.5 | $265.00 |
| Allocations | 9/8/2020 | Sochurek, Nicholas | Discuss claim data necessary for allocations with A. Azer, C. Green and E. Hanke (.5); prepare for same (.2). | 0.7 | $346.50 |
| Fee Applications | 9/8/2020 | Butterworth, Luke | Review and approve BSA CNO provided by D. Vale at MNAT. | 0.1 | $23.00 |
| Local Council | 9/8/2020 | Sochurek, Nicholas | Discuss local council reports for specific carrier with A. Azer, C. Green and E. Hanke (in part) (.2); discuss same with E. Hanke (.3); export local council Hartford policy data (.3). | 0.8 | $396.00 |
| Local Council | 9/8/2020 | Hanke, Elizabeth | Discuss local council reports for specific carrier with A. Azer, C. Green and N. Sochurek (in part) (.2); discuss same with N. Sochurek (.3) | 0.5 | $265.00 |
| Allocations | 9/9/2020 | Hanke, Elizabeth | Discuss claimant database fields with A. Azer, D. Evans, M. Murray and N. Sochurek (.5); discuss claimant database fields with N.Sochurek (.4). | 0.9 | $477.00 |
| Allocations | 9/9/2020 | Sochurek, Nicholas | Discuss claimant database fields with A. Azer, D. Evans, M. Murray and E. Hanke (.5); discuss claimant database fields with E.Hanke (.4). | 0.9 | $445.50 |
| Local Council | 9/9/2020 | Sochurek, Nicholas | Revise pre-1978 local council report. | 0.6 | $297.00 |
| Local Council | 9/10/2020 | Monroe, Kelly | Review evidence from Haynes and Boone and make any necessary updates in database. | 3.1 | $558.00 |

| | | | | | |
|---|---|---|---|---|---|
| Local Council | 9/10/2020 | Hanke, Elizabeth | Discuss coverage report for Local Councils with A. Azer of Haynes & Boone and N. Sochurek (.8); create report for all local councils (2); revise local council report with N. Sochurek (1.3). | 2.3 | $1,219.00 |
| Local Council | 9/10/2020 | Sochurek, Nicholas | Revise local council report with E. Hanke (1.3); investigate local council namings under pre-1978 policies (1.4); communications with A. Azer re local council namings under pre-1978 policies (1.1); discuss coverage report for Local Councils with A. Azer of Haynes & Boone and E. Hanke (.8) | 4.6 | $2,277.00 |
| Allocations | 9/11/2020 | Sochurek, Nicholas | Begin preparing list of claimant data fields necessary for allocations. | 0.3 | $148.50 |
| Local Council | 9/11/2020 | Klauck, Sheila | Check-in with K. Monroe re review status of Haynes and Boone evidence (.1); check-in with N. Sochurek and K. Monroe re evidence status and next steps (.5). | 0.6 | $216.00 |
| Local Council | 9/11/2020 | Monroe, Kelly | Meet with S. Klauck re Haynes and Boone evidence (.1); import evidence from BSA local council archives into evidence tracking database (.4); meet with S. Klauck and N. Sochurek re policy evidence updates (.5). | 1 | $180.00 |
| Local Council | 9/11/2020 | Hanke, Elizabeth | Review and revise local council histories database and policy report. | 2.8 | $1,484.00 |
| Local Council | 9/11/2020 | Sochurek, Nicholas | Review and revise local council histories database and policy report (2.3); check-in with S. Klauck and K. Monroe re evidence status and next steps (.5). | 2.8 | $1,386.00 |
| Local Council | 9/13/2020 | Hanke, Elizabeth | Communications with A. Azer and N. Sochurek re Local Council report of coverage (.3); revise report of local council with N. Sochurek (.2). | 0.5 | $265.00 |
| Local Council | 9/13/2020 | Sochurek, Nicholas | Review and revise pre-1978 local council report (1.5); communications with A. Azer and E. Hanke re same (.3); revise report of local council with E. Hanke (.2); discuss same with E. Martin and A. Azer (in part) (.4); confirm local council histories for report (2.2). | 4.6 | $2,277.00 |
| Allocations | 9/14/2020 | Klauck, Sheila | Discuss claims data requirements and allocation modeling with E. Hanke, N. Sochurek, and C. Austin. | 0.6 | $216.00 |
| Allocations | 9/14/2020 | Hanke, Elizabeth | Discuss claims data requirements and allocation modeling with S. Klauck, N. Sochurek, and C. Austin. | 0.6 | $318.00 |
| Allocations | 9/14/2020 | Austin, Carrington | Discuss claims data requirements and allocation modeling with E. Hanke, N. Sochurek, and S. Klauck. | 0.6 | $198.00 |
| Allocations | 9/14/2020 | Sochurek, Nicholas | Revise listing of claims data fields required for allocations (.3); communications re same (.1); discuss claims data requirements and allocation modeling with E. Hanke, C. Austin, and S. Klauck (.6). | 1 | $495.00 |
| Local Council | 9/14/2020 | Sochurek, Nicholas | Discuss local council policy tracking and report with E. Hanke, S. Klauck, C. Austin and K. Monroe (.7); review Chubb policy listing (.2). | 0.9 | $445.50 |
| Local Council | 9/14/2020 | Hanke, Elizabeth | Discuss local council policy tracking and report with N. Sochurek, S. Klauck, C. Austin and K. Monroe. | 0.7 | $371.00 |
| Local Council | 9/14/2020 | Austin, Carrington | Discuss local council policy tracking and report with E. Hanke, S. Klauck, N. Sochurek and K. Monroe (.7); prepare list of local councils (.4). | 1.1 | $363.00 |
| Local Council | 9/14/2020 | Monroe, Kelly | Review local council charter applications for pre-1978 policy evidence (2.3); discuss local council policy tracking and report with E. Hanke, S. Klauck, C. Austin and N. Sochurek (.7). | 3 | $540.00 |
| Local Council | 9/14/2020 | Klauck, Sheila | Review evidence from Haynes and Boone for local council insurance information (5.9); discuss local council policy tracking report with E. Hanke, N. Sochurek, C. Austin and K. Monroe (.7). | 6.6 | $2,376.00 |
| Allocations | 9/15/2020 | Sochurek, Nicholas | Review local council listing for claims coding. | 0.5 | $247.50 |
| Fee Applications | 9/15/2020 | Butterworth, Luke | Search docket for objections to KCIC fee applications. | 0.1 | $23.00 |
| Local Council | 9/15/2020 | Sochurek, Nicholas | Review local council data updates (.3); review charter application documents (.2). | 0.5 | $247.50 |

| | | | | | |
|---|---|---|---|---|---|
| Local Council | 9/15/2020 | Klauck, Sheila | Discuss charter applications and Chubb policy listing with K. Monroe (.4); continue reviewing evidence from Haynes and Boone for local council insurance information (3.3). | 3.7 | $1,332.00 |
| Local Council | 9/15/2020 | Monroe, Kelly | Discuss charter applications and Chubb policy listing with S. Klauck (.4); review local council charter applications for pre-1978 policy evidence (3.1). | 3.5 | $630.00 |
| Coverage Analysis | 9/16/2020 | Klauck, Sheila | Discuss pre-1962-coverage archaeology with A. Azer & C. Green of Haynes & Boone, E. Hanke, and N. Sochurek. | 0.8 | $288.00 |
| Coverage Analysis | 9/16/2020 | Sochurek, Nicholas | Discuss pre-1962-coverage archaeology with A. Azer & C. Green of Haynes & Boone, E. Hanke, and S. Klauck. | 0.8 | $396.00 |
| Coverage Analysis | 9/16/2020 | Hanke, Elizabeth | Discuss pre-1962-coverage archaeology with A. Azer & C. Green of Haynes & Boone, N. Sochurek and S. Klauck. | 0.8 | $424.00 |
| Local Council | 9/16/2020 | Sochurek, Nicholas | Review INA documents from C. Green. | 0.5 | $247.50 |
| Local Council | 9/16/2020 | Austin, Carrington | Meet with S. Klauck re Local Council database setup. | 0.8 | $264.00 |
| Local Council | 9/16/2020 | Klauck, Sheila | Discuss local council policy structure with C. Austin (.8); review status of charter applications evidence coding (.3). | 1.1 | $396.00 |
| Local Council | 9/16/2020 | Monroe, Kelly | Review local council charter applications for pre-1978 policy evidence. | 5.7 | $1,026.00 |
| Coverage Analysis | 9/17/2020 | Sochurek, Nicholas | Review McCarter & English files for evidence of pre-1962 coverage (.7); review INA pre-1962 coverage documents (.9). | 1.6 | $792.00 |
| Local Council | 9/17/2020 | Sochurek, Nicholas | Review local council files from BSA. | 1.3 | $643.50 |
| Local Council | 9/17/2020 | Klauck, Sheila | Add status tracking statistics to dashboard for local council evidence review (1.6); review and add local council evidence search terms to list (.6); normalize and import additional insurance evidence into database and assign to team for review (1.7). | 3.9 | $1,404.00 |
| Coverage Analysis | 9/18/2020 | Klauck, Sheila | Import McKenna Long evidence into KCIC database. | 0.4 | $144.00 |
| Coverage Analysis | 9/18/2020 | Sochurek, Nicholas | Revise authorization letter (.4); review per person limit coding (.2). | 0.6 | $297.00 |
| Coverage Analysis | 9/18/2020 | Grehan, Julia | Review document, track evidence and import insurance policy information. | 1.3 | $299.00 |
| Local Council | 9/18/2020 | Butterworth, Luke | Meet with N. Sochurek, S. Klauck, K. Monroe and J. Grehan re daily review tasks. | 0.5 | $115.00 |
| Local Council | 9/18/2020 | Sochurek, Nicholas | Meet with J. Grehan, S. Klauck, K. Monroe and J. Grehan re daily review tasks (.5); communications with S. Klauck re local council policy listing (.2). | 0.7 | $346.50 |
| Local Council | 9/18/2020 | Grehan, Julia | Meet with N. Sochurek, S. Klauck, K. Monroe and L. Butterworth to discuss tasks for the day (.5); meet with S. Klauck and K. Monroe to discuss split of work and how to code evidence information (.5). | 1 | $230.00 |
| Local Council | 9/18/2020 | Monroe, Kelly | Meet with N. Sochurek, E. Hanke, S. Klauck, J. Grehan, and L. Butterworth re daily review tasks (.5); review local council insurance research from BSA (2.7); meet with S. Klauck and J. Grehan to discuss split of work and how to code evidence information (.5). | 3.7 | $666.00 |
| Local Council | 9/18/2020 | Klauck, Sheila | Meet with N. Sochurek, K. Monroe, J. Grehan, and L. Butterworth re daily review tasks (.5); review and import local council policy records from INA listing (3.4); communications with N. Sochurek re same (.2); pull search terms from local council evidence (1.1); review evidence for local council insurance records (.8); meet with K. Monroe and J. Grehan to discuss split of work and how to code evidence information (.5). | 6.5 | $2,340.00 |
| Local Council | 9/20/2020 | Monroe, Kelly | Review local council insurance research from BSA. | 2 | $360.00 |
| Coverage Analysis | 9/21/2020 | Sochurek, Nicholas | Research ELAC and Aviva history (.6); communications with Armour re policy search request (.4). | 1 | $495.00 |
| Coverage Analysis | 9/21/2020 | Butterworth, Luke | Review insurance evidence documents for policies, references and important policy information re National Council coverage. | 1.7 | $391.00 |

| | | | | | |
|---|---|---|---|---|---|
| Coverage Analysis | 9/21/2020 | Grehan, Julia | Review documents for insurer policies, references and important information re coverage. | 2.3 | $529.00 |
| Local Council | 9/21/2020 | Klauck, Sheila | Update MS Access evidence entry form. | 0.2 | $72.00 |
| Local Council | 9/21/2020 | Sochurek, Nicholas | Begin reviewing local council charters for insurance information. | 0.3 | $148.50 |
| Local Council | 9/21/2020 | Monroe, Kelly | Review local council insurance research from BSA and code evidence into client database. | 3.6 | $648.00 |
| Coverage Analysis | 9/22/2020 | Sochurek, Nicholas | Review insurance presentation for Sidley. | 0.4 | $198.00 |
| Coverage Analysis | 9/22/2020 | Klauck, Sheila | Review and analyze BSA National evidence for policy information. | 1.4 | $504.00 |
| Coverage Analysis | 9/22/2020 | Butterworth, Luke | Review insurance evidence documents for policies, references and important policy information re National Council coverage. | 3.2 | $736.00 |
| Local Council | 9/22/2020 | Butterworth, Luke | Review and code BSA local council evidence. | 0.4 | $92.00 |
| Local Council | 9/22/2020 | Sochurek, Nicholas | Review charter renewal applications for pre-1978 insurance information. | 0.9 | $445.50 |
| Local Council | 9/22/2020 | Monroe, Kelly | Review local council insurance research from BSA and code evidence into client database. | 3.1 | $558.00 |
| Coverage Analysis | 9/23/2020 | Hanke, Elizabeth | Call with A. Azer, C. Green, and N. Sochurek re insurance archaeology project and next steps (.8); communications with N. Sochurek re same (.2). | 1 | $530.00 |
| Coverage Analysis | 9/23/2020 | Grehan, Julia | Review documents for insurer policies, references and important information re coverage. | 1.4 | $322.00 |
| Coverage Analysis | 9/23/2020 | Sochurek, Nicholas | Call with A. Azer, C. Green, and E. Hanke re insurance archaeology project and next steps (.8); communications with E. Hanke re same (.2); prepare strategy re insurance archaeology archive searching (1.2). | 2.2 | $1,089.00 |
| Coverage Analysis | 9/23/2020 | Klauck, Sheila | Review Haynes and Boone presentation on secondary evidence of policies (.3); review and analyze BSA National evidence for policy information (3.6). | 3.9 | $1,404.00 |
| Coverage Analysis | 9/23/2020 | Butterworth, Luke | Review insurance evidence documents for policies, references and important policy information re National Council coverage. | 3.5 | $805.00 |
| Fee Applications | 9/23/2020 | Butterworth, Luke | Prepare June-August combined fee application. | 0.6 | $138.00 |
| Local Council | 9/23/2020 | Klauck, Sheila | Import policies and secondary evidence from Haynes and Boone into KCIC database (.5); match policy evidence to existing policy records in database (.9). | 1.4 | $504.00 |
| Local Council | 9/23/2020 | Monroe, Kelly | Review local council insurance research from BSA and code evidence into client database. | 2.6 | $468.00 |
| Allocations | 9/24/2020 | Sochurek, Nicholas | Review Bates White presentation re dates of first abuse (.2); communications with A. Azer re same (.1). | 0.3 | $148.50 |
| Coverage Analysis | 9/24/2020 | Sochurek, Nicholas | Prepare list of search terms for pre-1962 Chubb coverage. | 0.3 | $148.50 |
| Coverage Analysis | 9/24/2020 | Grehan, Julia | Review documents for insurer policies, references and important information re coverage. | 2.7 | $621.00 |
| Coverage Analysis | 9/24/2020 | Klauck, Sheila | Review and analyze BSA National evidence for policy information (1.8); review database for search terms (.4). | 2.2 | $792.00 |
| Fee Applications | 9/24/2020 | Butterworth, Luke | Combine February - July time entries and send to J. Rucki for review. | 0.4 | $92.00 |
| Local Council | 9/24/2020 | Hanke, Elizabeth | Call with A. Kutz, L. Richardson, A. Azer, C. Green, and N. Sochurek re BSA records and searching capabilities (.8); discuss same with N. Sochurek (.3). | 1.1 | $583.00 |
| Local Council | 9/24/2020 | Grehan, Julia | Review evidence coding status with L. Butterworth, K. Monroe and S. Klauck (.3); review document evidence for information regarding local council insurance coverage (3.1). | 3.4 | $782.00 |
| Local Council | 9/24/2020 | Butterworth, Luke | Review and code BSA Local Council evidence (3.0); review evidence coding status with K. Monroe, S. Klauck, and J. Grehan (.3). | 3.3 | $759.00 |

| | | | | | |
|---|---|---|---|---|---|
| Local Council | 9/24/2020 | Sochurek, Nicholas | Call with A. Kutz, L. Richardson, A. Azer, C. Green, and E. Hanke re BSA records and searching capabilities (.8); discuss same with N. Sochurek (.3); call with C. Green re local council policy evidence for Chubb (.1); discuss project status and next steps with S. Klauck (.5); call with A. Kutz, L. Richardson, C. Green, and C. Adams re BSA archives (.5); prepare Chubb search terms for A. Kutz (.6); continue to review charter renewal applications for pre-1978 insurance information (.7). | 3.5 | $1,732.50 |
| Local Council | 9/24/2020 | Monroe, Kelly | Review status updates with S. Klauck, J. Grehan, and L. Butterworth (.3); review local council insurance research from BSA and code evidence into client database (4.1). | 4.4 | $792.00 |
| Local Council | 9/24/2020 | Klauck, Sheila | Add new features to MS Access evidence tracking form (.8); review evidence coding status with L. Butterworth, J. Grehan, and K. Monroe (.3); review local council evidence for policy information (3.2); discuss project status and next steps with N. Sochurek (.5). | 4.8 | $1,728.00 |
| Coverage Analysis | 9/25/2020 | Hanke, Elizabeth | Email communication with A. Azer and C. Green re insurance coverage archeology. | 0.4 | $212.00 |
| Coverage Analysis | 9/25/2020 | Monroe, Kelly | Review insurance documents code evidence into client database. | 0.5 | $90.00 |
| Coverage Analysis | 9/25/2020 | Klauck, Sheila | Review and analyze BSA National policy evidence. | 1.9 | $684.00 |
| Local Council | 9/25/2020 | Austin, Carrington | Discuss specific local council coding updates with S. Klauck. | 0.3 | $99.00 |
| Local Council | 9/25/2020 | Grehan, Julia | Review document evidence for information regarding local council insurance coverage (1.1); review evidence coding status with L. Butterworth, S. Klauck, and K. Monroe (.2). | 1.3 | $299.00 |
| Local Council | 9/25/2020 | Hanke, Elizabeth | Review evidence for local council policies and related database coding with N. Sochurek (1.5); discuss tracking carrier information with S. Klauck (.4); communications with N. Sochurek re archaeology tip sheet (.2). | 2.1 | $1,113.00 |
| Local Council | 9/25/2020 | Klauck, Sheila | Review specific council coverage report (.2); review local council evidence for policy information (1.3); update specific council history (.5); discuss specific council coding updates with C. Austin (.3); review evidence coding status with L. Butterworth, J. Grehan, and K. Monroe (.2); discuss tracking carrier information with E. Hanke (.4); add carrier tracking to evidence MS Access form (.8). | 3.7 | $1,332.00 |
| Local Council | 9/25/2020 | Monroe, Kelly | Review evidence coding status with L. Butterworth, J. Grehan, and S. Klauck (.2); review local council insurance research from BSA and code evidence into client database (3.2). | 3.4 | $612.00 |
| Local Council | 9/25/2020 | Sochurek, Nicholas | Prepare specific Council policy report (.4); research council history re same (.4); discuss charter application evidence issue with L. Richardson (.1); discuss presentation and documentation needs for Chubb with A. Azer (.2); review evidence for local council policies and related database coding with E. Hanke (1.5); review local council policy evidence from C. Green (.4); communications with A. Azer re local council archaeology tip sheet (.2); communications with E. Hanke re same (.2). | 3.4 | $1,683.00 |
| Local Council | 9/25/2020 | Butterworth, Luke | Review and code BSA Local Council evidence for relevant insurance policy information (5.1); review evidence coding status with K. Monroe, S. Klauck, and J. Grehan (.2). | 5.3 | $1,219.00 |
| Coverage Analysis | 9/26/2020 | Hanke, Elizabeth | Review new evidence from BSA re INA coverage (.5); review database queue of documents already analyzed (.2); email communications with A. Azer and C. Green (.4). | 1.1 | $583.00 |
| Coverage Analysis | 9/26/2020 | Sochurek, Nicholas | Review and code documents relating to pre-1962 INA coverage. | 1.4 | $693.00 |
| Local Council | 9/26/2020 | Monroe, Kelly | Review local council insurance research from BSA and code evidence into client database. | 2.3 | $414.00 |

| | | | | | |
|---|---|---|---|---|---|
| Local Council | 9/26/2020 | Sochurek, Nicholas | Perform final review of local council charters for insurance information (1.1); respond to question from A. Kutz re coverage for specific councils (.3); review and code documents relating to pre-1978 local council coverage (1.8). | 3.2 | $1,584.00 |
| Coverage Analysis | 9/27/2020 | Sochurek, Nicholas | Review and code documents relating to pre-1962 INA coverage. | 1.9 | $940.50 |
| Local Council | 9/27/2020 | Sochurek, Nicholas | Review and code documents relating to local council coverage. | 0.8 | $396.00 |
| Local Council | 9/27/2020 | Monroe, Kelly | Review local council insurance research from BSA and code evidence into client database | 0.7 | $126.00 |
| Local Council | 9/27/2020 | Klauck, Sheila | Create new linking tables and map relationship between local councils and policies (2.5); update MS Access forms to account for new database structure (2.1). | 4.6 | $1,656.00 |
| Coverage Analysis | 9/28/2020 | Klauck, Sheila | Review and discuss next steps regarding new evidence received with E. Hanke, K. Monroe, N. Sochurek, L. Butterworth, and J. Grehan (1.0); import new evidence (.6); assign new evidence for coding (.3). | 1.9 | $684.00 |
| Coverage Analysis | 9/28/2020 | Grehan, Julia | Review and discuss next steps regarding evidence received with E. Hanke, N. Sochurek, S. Klauck, L. Butterworth, and K. Monroe (1.0); review evidence re coverage (.7). | 1.7 | $391.00 |
| Coverage Analysis | 9/28/2020 | Hanke, Elizabeth | Review and discuss next steps regarding new evidence received with K. Monroe, S. Klauck, N. Sochurek, L. Butterworth, and J. Grehan (1.0); discuss insurance coverage review, upcoming carrier meeting and next steps with A. Azer, C. Green and N. Sochurek (.8); discuss same with N.Sochurek (.2). | 2 | $1,060.00 |
| Coverage Analysis | 9/28/2020 | Sochurek, Nicholas | Discuss insurance coverage review, upcoming carrier meeting and next steps with A. Azer, C. Green and E. Hanke (.8); discuss same with E. Hanke (.2); review and discuss next steps regarding new evidence received with E. Hanke, S. Klauck, K. Monroe, L. Butterworth, and J. Grehan (1.0); discuss policy evidence with L. Butterworth (.2). | 2.2 | $1,089.00 |
| Coverage Analysis | 9/28/2020 | Monroe, Kelly | Review insurance documents from Haynes and Boone and code evidence into client database. | 3.1 | $558.00 |
| Coverage Analysis | 9/28/2020 | Butterworth, Luke | Review and code BSA National policy evidence (.3); review current plan and discuss next steps regarding new evidence received with E. Hanke, K. Monroe, N. Sochurek, S. Klauck, and J. Grehan (1.0); discuss policy evidence with N. Sochurek (.2); analyze and reconcile comprehensive list of missing BSA policies (2.6). | 4.1 | $943.00 |
| Local Council | 9/28/2020 | Sochurek, Nicholas | Prepare all councils Hartford policy report (.3); communications with C. Green re insurer contact information (.2). | 0.5 | $247.50 |
| Local Council | 9/28/2020 | Klauck, Sheila | Match Local Council policy listing to database records (.6); import new local council evidence (.4). | 1 | $360.00 |
| Local Council | 9/28/2020 | Butterworth, Luke | Review insurance evidence documents for policies, references and important policy information re Local Council coverage. | 2.1 | $483.00 |
| Local Council | 9/28/2020 | Monroe, Kelly | Review policy evidence and code into client database. | 3.4 | $612.00 |
| Coverage Analysis | 9/29/2020 | Sochurek, Nicholas | Review policy listing from Pasich (.4); revise same (.3). | 0.7 | $346.50 |
| Coverage Analysis | 9/29/2020 | Grehan, Julia | Review documents for coverage evidence. | 2.1 | $483.00 |
| Coverage Analysis | 9/29/2020 | Monroe, Kelly | Review documents from Haynes and Boone and code evidence into client database. | 6.3 | $1,134.00 |
| Local Council | 9/29/2020 | Minter, Matthew | Review and analyze local council evidence for policy information. | 0.7 | $126.00 |
| Local Council | 9/29/2020 | Monroe, Kelly | Review evidence from Chubb and code evidence into client database. | 0.5 | $90.00 |
| Local Council | 9/29/2020 | Hanke, Elizabeth | Discuss local council policy listing with N. Sochurek and S. Klauck (.4); review evidence files (.7); communications with C. Green, A. Azer and N. Sochurek re incoming evidence (.9). | 2 | $1,060.00 |

| | | | | | |
|---|---|---|---|---|---|
| Local Council | 9/29/2020 | Vegliante, Andrew | Review and analyze local counsel evidence for policy information. | 1.6 | $432.00 |
| Local Council | 9/29/2020 | Taylor, Victor | Review and analyze policy evidence for local councils. | 1 | $400.00 |
| Local Council | 9/29/2020 | Sochurek, Nicholas | Communications with L. Butterworth re specific Council request (.3); communications with L. Butterworth re all councils policy report (.3); discuss BSA records searching with A. Azer, C. Green, and E. Hanke (.5); discuss same with E. Hanke (.4); communications with Armour re national council and local council policy evidence (.3). | 1.8 | $891.00 |
| Local Council | 9/29/2020 | Klauck, Sheila | Continue matching Local Council policy listing to database (1.8); update evidence assignments (.3); discuss local council policy listing with N. Sochurek and E. Hanke (.4); import Local Council policy listings into database (1.9); review and analyze local council evidence for policy information (.5). | 4.9 | $1,764.00 |
| Local Council | 9/29/2020 | Butterworth, Luke | Review Local Council policy listing report for accuracy (2.5); communications with N. Sochurek re all councils policy report (.3); code and review Local Council policy evidence (1.6); address request to provide schedule of policies for specific council (.5). | 4.9 | $1,127.00 |
| Coverage Analysis | 9/30/2020 | Sochurek, Nicholas | Continue to revise policy listing from Pasich. | 0.2 | $99.00 |
| Coverage Analysis | 9/30/2020 | Butterworth, Luke | Review insurance evidence documents for policies, references and important policy information re National Council coverage. | 1.3 | $299.00 |
| Coverage Analysis | 9/30/2020 | Grehan, Julia | Review documents for coverage evidence. | 2.7 | $621.00 |
| Coverage Analysis | 9/30/2020 | Monroe, Kelly | Review documents from Haynes and Boone and code evidence into client database. | 3.8 | $684.00 |
| Coverage Analysis | 9/30/2020 | Klauck, Sheila | Review and analyze evidence for policy information (3.5); add policy search tab to coverage dashboard (.6). | 4.1 | $1,476.00 |
| Local Council | 9/30/2020 | Vegliante, Andrew | Review and analyze local counsel evidence for policy information. | 0.3 | $81.00 |
| Local Council | 9/30/2020 | Minter, Matthew | Review and analyze local council evidence for policies. | 1.1 | $198.00 |
| Local Council | 9/30/2020 | Klauck, Sheila | Perform quality control on local council policy records created (1.2); review and analyze Local Council evidence for policy information (1.1). | 2.3 | $828.00 |
| Local Council | 9/30/2020 | Taylor, Victor | Review and analyze policy evidence for local councils. | 2.7 | $1,080.00 |
| Local Council | 9/30/2020 | Sochurek, Nicholas | Review and revise all local councils policy report (.6); review and revise local council data (.8); call with A. Azer, C. Green, and E. Hanke re archives search and strategy (.6); discuss same with E. Hanke (.8); communications with A. Kutz re search terms status and tracking (.6); research information re R.F. Lyons local council insurance program (.4). | 3.8 | $1,881.00 |
| Local Council | 9/30/2020 | Hanke, Elizabeth | Call with A. Azer, C. Green, and N. Sochurek re archives search and strategy (.6); discuss same with N. Sochurek (.8); communications with A. Kutz and T. Waters re search terms status and tracking (.4); review index of boxes to prepare for on-site review (.2); review files uploaded to share point site by A. Kutz based off key word searches (1.5). | 3.5 | $1,855.00 |
| Local Council | 9/30/2020 | Butterworth, Luke | Finalize response to provide schedule of policies for specific council (.8); review and code insurance evidence documents for references and important policy information re Local Council coverage (2.7). | 3.5 | $805.00 |
| | | | **Total:** | **283.5** | **$93,765.50** |