## Exhibit A

## Summary of Services

| Task Description | Date | Timekeeper | Description | Hours | Total |
|---|---|---|---|---|---|
| Coverage Analysis | 10/1/2020 | Vegliante, Andrew | Discuss status of evidence review with N. Sochurek, S. Klauck, and V. Taylor | 0.5 | $135.00 |
| Coverage Analysis | 10/1/2020 | Taylor, Victor | Discuss status of evidence review with N. Sochurek, A. Vegliante, and S. Klauck. | 0.5 | $200.00 |
| Coverage Analysis | 10/1/2020 | Butterworth, Luke | Review and code policy evidence specific to BSA National Council. | 2.6 | $598.00 |
| Coverage Analysis | 10/1/2020 | Hanke, Elizabeth | Travel to Dallas from Phoenix, 50% billed. | 1.2 | $636.00 |
| Coverage Analysis | 10/1/2020 | Sochurek, Nicholas | Revise search term tracking (.3); communications with A. Kutz re status of same (.1); finalize policy listing request from Pasich (1.1); prepare policy listing for Armour (.3); discuss status of evidence review with S. Klauck, A. Vegliante, and V. Taylor (.5); review claim information for early National Council coverage policy information (.6). | 2.9 | $1,435.50 |
| Coverage Analysis | 10/1/2020 | Klauck, Sheila | Import new evidence records (.5); review evidence for duplicates (1.0); review and analyze evidence for policy information (1.3); discuss status of evidence review with N. Sochurek, A. Vegliante, and V. Taylor (.5). | 3.3 | $1,188.00 |
| Coverage Analysis | 10/1/2020 | Monroe, Kelly | Review insurance documents and code into database. | 4.5 | $810.00 |
| Local Council | 10/1/2020 | Grehan, Julia | Review documents for coverage evidence. | 0.9 | $207.00 |
| Local Council | 10/1/2020 | Butterworth, Luke | Review and code policy evidence specific to Local Councils. | 2.8 | $644.00 |
| Local Council | 10/1/2020 | Klauck, Sheila | Coordinate and update evidence review and coding assignments (.4); import new evidence records (.5); discuss local council policy evidence with V. Taylor (.1); review and analyze evidence for policy information (1.0). | 2 | $720.00 |
| Local Council | 10/1/2020 | Monroe, Kelly | Review emails and other files provided by BSA and code evidence into database (2.4); review local council policies issued by INA and code renewal references where necessary (2.2). | 4.6 | $828.00 |
| Local Council | 10/1/2020 | Hanke, Elizabeth | Review documents related to risk management and insurance at BSA offices (5.0); prepare for search by reviewing key search terms and indexes of boxes (.5). | 5.5 | $2,915.00 |
| Local Council | 10/1/2020 | Taylor, Victor | Discuss Local Council policy evidence with S. Klauck (.1); review and analyze policy evidence for local councils (5.1). | 5.2 | $2,080.00 |
| Local Council | 10/1/2020 | Sochurek, Nicholas | Review BSA archives documents for local council coverage information. | 6.9 | $3,415.50 |
| Local Council | 10/1/2020 | Vegliante, Andrew | Review and analyze local counsel evidence for policy information. | 6.3 | $1,701.00 |
| Local Council | 10/1/2020 | Minter, Matthew | Review and analyze local council evidence for policy information. | 7.1 | $1,278.00 |
| Coverage Analysis | 10/2/2020 | Monroe, Kelly | Review insurance documents and code into database. | 0.8 | $144.00 |
| Coverage Analysis | 10/2/2020 | Butterworth, Luke | Review and code policy evidence specific to BSA National Council. | 1.6 | $368.00 |
| Coverage Analysis | 10/2/2020 | Sochurek, Nicholas | Call with A. Azer and E. Hanke re insurance document review status (.5); discuss same with E. Hanke (.4); discuss BSA archives review with E. Hanke and T. Waters (.8). | 1.7 | $841.50 |
| Coverage Analysis | 10/2/2020 | Hanke, Elizabeth | Review documents for historic insurance policies issued directly to BSA (2.8); call with A. Azer and N. Sochurek re insurance document review status (.5); discuss same with N. Sochurek (.4); discuss BSA archives review with N. Sochurek and T. Waters (.8). | 4.5 | $2,385.00 |
| Local Council | 10/2/2020 | Minter, Matthew | Review and analyze local council evidence for policy information. | 2 | $360.00 |
| Local Council | 10/2/2020 | Taylor, Victor | Call with E. Hanke, N. Sochurek, S. Klauck, J. Grehan, L. Butterworth and K. Monroe re insurance document review strategy (.5); develop import process for large scale policy imports (1.4); call with S. Klauck to discuss policy import spreadsheet (.2). | 2.1 | $840.00 |

| | | | | | |
|---|---|---|---|---|---|
| Local Council | 10/2/2020 | Butterworth, Luke | Review and code policy evidence specific to Local Councils. | 2 | $460.00 |
| Local Council | 10/2/2020 | Hanke, Elizabeth | Review BSA archives documents for local council coverage information (4.0); call with N. Sochurek, V. Taylor, S. Klauck, J. Grehan, L. Butterworth and K. Monroe re insurance document review strategy (.5). | 4.5 | $2,385.00 |
| Local Council | 10/2/2020 | Monroe, Kelly | Review local council policies issued by INA and code renewal references where necessary (.5); review insurance document for local council policy evidence with N. Sochurek (.4); review emails and other files provided by BSA and code evidence into database (2.3); call with V. Taylor, N. Sochurek, J. Grehan, and L. Butterworth re policy listing data (.3); review a listing of local council's 1976 insurance policies and prepare a mass import of data (1.3); call with N. Sochurek, E. Hanke, V. Taylor, S. Klauck, J. Grehan, L. Butterworth re insurance document review strategy (.5). | 5.3 | $954.00 |
| Local Council | 10/2/2020 | Klauck, Sheila | Review and import batches of new evidence from BSA shared drive (3.5); add filter options to dashboard for reporting (.4); create MS Access reports for local council policies (.2); discuss evidence coding status and next steps with N. Sochurek (.3); prepare summary of evidence by source (.4); call with E. Hanke, V. Taylor, N. Sochurek, J. Grehan, L. Butterworth and K. Monroe re insurance document review strategy (.5); discuss insurance document review priority and reporting with N. Sochurek (.5); call with V. Taylor re policy entry spreadsheet (.2); add to policy entry spreadsheet (.3); prioritize evidence records in database (.5); distribute evidence assignments based on priority (1.0). | 7.8 | $2,808.00 |
| Local Council | 10/2/2020 | Grehan, Julia | Review documents for coverage evidence (6.6); call with V. Taylor, S. Klauck, J. Grehan, L. Butterworth and K. Monroe re insurance document review strategy (.5). | 7.1 | $1,633.00 |
| Local Council | 10/2/2020 | Sochurek, Nicholas | Call with V. Taylor, J. Grehan, L. Butterworth and K. Monroe re policy listing coding and priorities (.3); call with E. Hanke, V. Taylor, S. Klauck, J. Grehan, L. Butterworth and K. Monroe re insurance document review strategy (.5); discuss insurance document review priority and reporting with S. Klauck (.5); discuss status of review with S. Klauck (.3); review insurance document for local council policy evidence with K. Monroe (.4); review risk management and legal files for evidence of local council coverage (1.9); review and prioritize remaining insurance documents (.4); review insurance coverage documents and capture into database (3.8). | 8.1 | $4,009.50 |
| Local Council | 10/2/2020 | Key, Wallis | Review documents for local council policies at BSA Headquarters. | 9.8 | $2,254.00 |
| Coverage Analysis | 10/3/2020 | Butterworth, Luke | Review and code policy evidence specific to BSA National Council. | 3.1 | $713.00 |
| Coverage Analysis | 10/3/2020 | Hanke, Elizabeth | Review documents from off-site for evidence of historic insurance coverage at the offices of Haynes and Boone (4.0); travel from Dallas to Phoenix, 50% billed (1.3). | 5.3 | $2,809.00 |
| Local Council | 10/3/2020 | Minter, Matthew | Review and analyze local council evidence for policy information. | 2.1 | $378.00 |
| Local Council | 10/3/2020 | Butterworth, Luke | Review and code policy evidence specific to Local Councils. | 2.5 | $575.00 |
| Local Council | 10/3/2020 | Sochurek, Nicholas | Review insurance coverage documents and capture into database. | 5.9 | $2,920.50 |
| Local Council | 10/3/2020 | Klauck, Sheila | Troubleshoot issues with file uploads (.5); import and assign new evidence (.4); import and review 175 policies from listing (1.5); create entry form and link to Local Council report in MS Access (1.5); create query for updated reports in MS Access (1.3). | 5.2 | $1,872.00 |
| Local Council | 10/3/2020 | Key, Wallis | Review documents for local council policies at Haynes and Boone office. | 5 | $1,150.00 |
| Local Council | 10/3/2020 | Monroe, Kelly | Review a listing of local council's 1976 insurance policies and prepare a mass import of data (.7); review local council insurance research from national and code evidence into database (5.3). | 6 | $1,080.00 |
| Coverage Analysis | 10/4/2020 | Hanke, Elizabeth | Draft and send follow up emails to A. Azer, N. Sochurek and A. Kutz re next steps for review. | 0.2 | $106.00 |
| Coverage Analysis | 10/4/2020 | Butterworth, Luke | Review and code policy evidence specific to BSA National Council. | 2.8 | $644.00 |

| | | | | | |
|---|---|---|---|---|---|
| Coverage Analysis | 10/4/2020 | Monroe, Kelly | Review BSA's executive board minutes and code any insurance evidence into database. | 2.8 | $504.00 |
| Local Council | 10/4/2020 | Monroe, Kelly | Review local council insurance research from national and code evidence into database. | 0.8 | $144.00 |
| Local Council | 10/4/2020 | Butterworth, Luke | Review and code policy evidence specific to Local Councils. | 1.7 | $391.00 |
| Local Council | 10/4/2020 | Sochurek, Nicholas | Review insurance coverage documents and capture into database (.7); review and confirm document importation (.5); review evidence queues for status and priorities (.2). | 1.4 | $693.00 |
| Local Council | 10/4/2020 | Minter, Matthew | Review and analyze local council evidence for policy information. | 2.6 | $468.00 |
| Local Council | 10/4/2020 | Klauck, Sheila | Add evidence title to dashboard (.2); update local council history database (.8); continue creating query for MS Access reports (.8); prepare statistics on local council policies (.9). | 2.7 | $972.00 |
| Local Council | 10/4/2020 | Grehan, Julia | Review documents for coverage evidence. | 4.2 | $966.00 |
| Coverage Analysis | 10/5/2020 | Minter, Matthew | Discuss Chubb policy evidence preparation with N. Sochurek (.2); communications with N. Sochurek re chubb policy evidence preparation (.1); compile relevant chubb evidence documents relating to pre 1962 policies (.4). | 0.7 | $126.00 |
| Coverage Analysis | 10/5/2020 | Sochurek, Nicholas | Discuss Chubb policy evidence preparation with M. Minter (.2); communications with M. Minter re same (.1); review folders and indices for remaining files (.4); call with A. Azer, C. Green and E. Hanke to discuss progress for in-person review of documents, needed data summaries and next steps (1.0). | 1.7 | $841.50 |
| Coverage Analysis | 10/5/2020 | Hanke, Elizabeth | Call with A. Azer, C. Green and N. Sochurek to discuss progress for in-person review of documents, needed data summaries and next steps. | 1 | $530.00 |
| Coverage Analysis | 10/5/2020 | Butterworth, Luke | Review National Council policy evidence. | 2.6 | $598.00 |
| Local Council | 10/5/2020 | Hanke, Elizabeth | Discuss status and next steps with S. Klauck (.3); communications with N. Sochurek and S. Klauck re reporting (.4); review additional local council evidence received via email from A. Azer (.3); call with N. Sochurek, S. Klauck, V. Taylor, A. Vegliante, J. Grehan, L. Butterworth, M. Minter and K. Monroe re insurance document review status and next steps (.5); call with A. Azer, C. Green and N. Sochurek to discuss progress for in-person review of documents, needed data summaries and next steps (1.0). | 2.5 | $1,325.00 |
| Local Council | 10/5/2020 | Butterworth, Luke | Call with E. Hanke, S. Klauck, V. Taylor, A. Vegliante, J. Grehan, L. Butterworth, M. Minter and K. Monroe re insurance document review status and next steps (.5); review Local Council policy evidence (2.1). | 2.6 | $598.00 |
| Local Council | 10/5/2020 | Grehan, Julia | Meet with N. Sochurek, V. Taylor, E. Hanke, S. Klauck, K. Monroe, A. Vegliante, M. Minter, and L. Butterworth re insurance document review strategy (.5); review documents for coverage and policy information (4.6). | 5.1 | $1,173.00 |
| Local Council | 10/5/2020 | Vegliante, Andrew | Call with E. Hanke, S. Klauck, V. Taylor, N. Sochurek, J. Grehan, L. Butterworth, M. Minter and K. Monroe re insurance document review status and next steps (.5); review and analyze local counsel evidence for policy information (5.8). | 6.3 | $1,701.00 |
| Local Council | 10/5/2020 | Sochurek, Nicholas | Revise presentation slides for ad hoc committee meeting (1.0); call with E. Hanke, S. Klauck, V. Taylor, A. Vegliante, J. Grehan, L. Butterworth, M. Minter and K. Monroe re insurance document review status and next steps (.5); communications with E. Hanke and S. Klauck re reporting (.4); discuss review of insurance documents with V. Taylor (.2); discuss same with S. Klauck (.5); discuss same with E. Hanke (.2); review incoming insurance documents from local council (.6); review coding for insurance documents (2.7). | 6.1 | $3,019.50 |

| | | | | | |
|---|---|---|---|---|---|
| Local Council | 10/5/2020 | Minter, Matthew | Call with E. Hanke, S. Klauck, V. Taylor, A. Vegliante, J. Grehan, L. Butterworth, N. Sochurek, and K. Monroe re insurance document review status and next steps (.5); review local council documents for policy evidence (1.5); report current status of policy information for specific local councils (1); compile relevant Chubb evidence documents for local council policies (2.4); resolve local council policy entries that were not properly linked to evidence (.3); discuss Chubb policy evidence with S. Klauck and V. Taylor (.5). | 6.2 | $1,116.00 |
| Local Council | 10/5/2020 | Klauck, Sheila | Discuss review of insurance documents with N. Sochurek (.5); communications with E. Hanke and S. Klauck re reporting (.4); call with E. Hanke, N. Sochurek, V. Taylor, A. Vegliante, J. Grehan, L. Butterworth, M. Minter and K. Monroe re insurance document review status and next steps (.5); prepare evidence summary by policy to prioritize review efforts (.3); perform data validation on policy records for local council reporting (1.9); update local council document upload form link (.3); create summary table of local council evidence for meeting slides (1.3); discuss Chubb evidence with M. Minter and V. Taylor (.5); discuss status and next steps with E. Hanke (.3). | 6 | $2,160.00 |
| Local Council | 10/5/2020 | Monroe, Kelly | Call with N. Sochurek, E. Hanke, S. Klauck, V. Taylor, A. Vegliante, J. Grehan, L. Butterworth, and M. Minter re insurance document review status and next steps (.5); review local council insurance research from BSA and code evidence into database (5.2); draft query pulling all policies added from the most recent mass import and prepare spreadsheet (.4). | 6.1 | $1,098.00 |
| Local Council | 10/5/2020 | Taylor, Victor | Discuss Chubb policy evidence with S. Klauck and M. Minter (.5); call with E. Hanke, S. Klauck, N. Sochurek, A. Vegliante, J. Grehan, L. Butterworth, M. Minter and K. Monroe re insurance document review status and next steps (.5); discuss review of insurance documents with N. Sochurek (.2); review and analyze policy evidence or local councils (7.2). | 8.4 | $3,360.00 |
| Coverage Analysis | 10/6/2020 | Vegliante, Andrew | Call with N. Sochurek, S. Klauck and V. Taylor re Chubb reviews and priorities. | 0.5 | $135.00 |
| Coverage Analysis | 10/6/2020 | Butterworth, Luke | Review policy evidence for the BSA National Council. | 0.8 | $184.00 |
| Coverage Analysis | 10/6/2020 | Monroe, Kelly | Review insurance documents and code into database. | 1.6 | $288.00 |
| Coverage Analysis | 10/6/2020 | Hanke, Elizabeth | Call with A. Azer, C. Green, and N. Sochurek re specific carrier presentation (.8); continue to review documents re historic insurance coverage (1.1). | 1.9 | $1,007.00 |
| Coverage Analysis | 10/6/2020 | Taylor, Victor | Call with S. Klauck, N. Sochurek, and A. Vegliante re Chubb reviews and priorities. (.5); review and analyze policy evidence or local councils (.8); discuss relevant document production with S. Klauck and M. Minter (.2). | 1.5 | $600.00 |
| Coverage Analysis | 10/6/2020 | Minter, Matthew | Compile relevant Chubb evidence documents relating to pre 1962 policies (.4); extract relevant pages from Chubb evidence documents relating to pre 1962 policies (.4); discuss relevant Chubb documents with S. Klauck and V. Taylor (.2). | 1 | $180.00 |
| Coverage Analysis | 10/6/2020 | Klauck, Sheila | Call with N. Sochurek, V. Taylor, and A. Vegliante re Chubb reviews and priorities (.5); summarize priorities for team (.3); prepare insurer policy listing report (3.3); discuss document production with V. Taylor and M. Minter (.2); review and analyze evidence for policy information (1.3). | 5.6 | $2,016.00 |
| Coverage Analysis | 10/6/2020 | Sochurek, Nicholas | Call with S. Klauck, V. Taylor, and A. Vegliante re specific carrier reviews and priorities (.5); prepare evidence of pre-1962 coverage for specific carrier presentation (2.4); revise presentation re same (1.8); revise evidence coding for specific carrier policy listing (.7); call with A. Azer, C. Green, and E. Hanke re specific carrier presentation (.8). | 6.2 | $3,069.00 |
| Local Council | 10/6/2020 | Hanke, Elizabeth | Review and code insurance documents. | 0.9 | $477.00 |
| Local Council | 10/6/2020 | Sochurek, Nicholas | Prepare Chubb policy evidence (.6); review and code insurance documents (.9). | 1.5 | $742.50 |

| | | | | | |
|---|---|---|---|---|---|
| Local Council | 10/6/2020 | Minter, Matthew | Meet with V. Taylor re compiling Chubb evidence records (.3); review local council documents for policy evidence (2.7); generate report on counts of policies based on evidence type (1.1). | 4.1 | $738.00 |
| Local Council | 10/6/2020 | Monroe, Kelly | Review local council insurance research from BSA. | 4.1 | $738.00 |
| Local Council | 10/6/2020 | Butterworth, Luke | Revise policy report (.2); review National Council insurance documents (4.4); review and code Local Council evidence (1.2). | 5.8 | $1,334.00 |
| Local Council | 10/6/2020 | Vegliante, Andrew | Review and analyze local counsel evidence for policy information. | 5.5 | $1,485.00 |
| Local Council | 10/6/2020 | Klauck, Sheila | Import and assign new evidence (2.4); reconcile missing files (.4); answer questions re Local Council policy evidence (.4); review and analyze evidence for policy information (2.8); review count of policies by evidence type (.4). | 6.4 | $2,304.00 |
| Local Council | 10/6/2020 | Taylor, Victor | Meet with M. Minter re compiling Chubb evidence records (.3); review and analyze policy evidence or local councils (6.4). | 6.7 | $2,680.00 |
| Local Council | 10/6/2020 | Grehan, Julia | Review documents for insurance coverage information. | 7.1 | $1,633.00 |
| Coverage Analysis | 10/7/2020 | Butterworth, Luke | Review and code policy evidence for National Council. | 0.4 | $92.00 |
| Coverage Analysis | 10/7/2020 | Hanke, Elizabeth | Discuss financial accounting records with J. Terrell (.2); communications with N. Sochurek and S. Klauck re status and priorities (.9). | 1.1 | $583.00 |
| Coverage Analysis | 10/7/2020 | Klauck, Sheila | Import new evidence (.2); review Chubb document issues (.6); communications with E. Hanke and N. Sochurek re status and priorities (.9). | 1.7 | $612.00 |
| Coverage Analysis | 10/7/2020 | Taylor, Victor | Review task list for the day and communicate ownership over tasks (.2); review and analyze policy evidence or local councils (1.3). | 1.5 | $600.00 |
| Coverage Analysis | 10/7/2020 | Minter, Matthew | Compile relevant pages from Chubb evidence documents (2.9); update file copying process to use powershell scripts (1.0). | 3.9 | $702.00 |
| Coverage Analysis | 10/7/2020 | Sochurek, Nicholas | Revise presentation of insurance documents for Chubb (1.3); review documents to produce for Chubb (.4); revise Chubb policy listing (.2); communications with E. Hanke and S. Klauck re status and priorities (.9); begin reviewing claims files for insurance information (.6). | 3.4 | $1,683.00 |
| Coverage Analysis | 10/7/2020 | Terrell, Jonathan | Review secondary accounting evidence (.4) discuss same with E. Hanke (.2). | 0.6 | $363.00 |
| Local Council | 10/7/2020 | Minter, Matthew | Reconcile local council policy listings with policy evidence records (2.0); look into corrupted local council files (.3); review local council documents for policy evidence (.3). | 2.6 | $468.00 |
| Local Council | 10/7/2020 | Hanke, Elizabeth | Draft and send email re finance records to A. Kutz (.2); review and code INA policy evidence from certain local councils (2.0); review and revise PowerPoint from Haynes & Boone (.7); discuss scanning of old claim files with T. Waters and C. Green (.5). | 3.4 | $1,802.00 |
| Local Council | 10/7/2020 | Vegliante, Andrew | Review and analyze local counsel evidence for policy information. | 3.7 | $999.00 |
| Local Council | 10/7/2020 | Butterworth, Luke | Research merger history for council to verify database records (.8); review and code policy evidence for Local Councils (3.5). | 4.3 | $989.00 |
| Local Council | 10/7/2020 | Taylor, Victor | Review and analyze policy evidence or local councils (2.0); produce and review carrier policy evidence documentation (2.3); discuss document production with S. Klauck (.2). | 4.5 | $1,800.00 |
| Local Council | 10/7/2020 | Grehan, Julia | Review documents for insurance coverage information (5.2); discuss coding of insurance documents with N. Sochurek (.1). | 5.3 | $1,219.00 |
| Local Council | 10/7/2020 | Monroe, Kelly | Meet with N. Sochurek re evidence tracking status (.2); meet with S. Klauck re finalized documentation (.2); extract relevant page numbers from evidence (.8); review claims files and local council insurance research from BSA (5.2). | 6.4 | $1,152.00 |
| Local Council | 10/7/2020 | Sochurek, Nicholas | Review and prepare local council policy evidence for Chubb (1.6); communications re specific local council evidence report (.4); revise Chubb local council policy listing (2.1); review coding of insurance documents (.4); review list of carriers with local council policies (.3); discuss status of insurance document review with S. Klauck (.7); discuss coding of insurance documents with K. Monroe (.2); discuss same with J. Grehan (.1); revise summary chart of Chubb policies across years (.3). | 6.1 | $3,019.50 |

5

| | | | | | |
|---|---|---|---|---|---|
| Local Council | 10/7/2020 | Klauck, Sheila | Prepare listing of Local Council carriers (.4); review and analyze evidence for policy information (1.5); reconcile list of local council policies with primary policy evidence (.7); prepare local council policy report (.7); call with N. Sochurek re status of insurance document review (.7); discuss document production with V. Taylor (.2); discuss document production with K. Monroe (.2); prepare coverage matrix for presentation (1.8); review and analyze evidence for policy information (2.2). | 8.4 | $3,024.00 |
| Coverage Analysis | 10/8/2020 | Sochurek, Nicholas | Review Chubb presentation (.3); communications with E. Hanke and S. Klauck re status of new claims files review (.3). | 0.6 | $297.00 |
| Coverage Analysis | 10/8/2020 | Butterworth, Luke | Review and code policy evidence for BSA National Council. | 1.6 | $368.00 |
| Coverage Analysis | 10/8/2020 | Hanke, Elizabeth | Communications with N. Sochurek and S. Klauck re status of new claims files review (.3); continue to review new evidence for coverage uploaded (1.1). | 1.4 | $742.00 |
| Local Council | 10/8/2020 | Minter, Matthew | Reconcile local council policy listings with policy evidence records. | 0.4 | $72.00 |
| Local Council | 10/8/2020 | Hanke, Elizabeth | Call with A. Azer, N. Sochurek, S. McMillin, and D. Singerman re specific local council insurance coverage (.9); communications with A. Kutz and N. Sochurek re regional councils (.2); review insurance documents from local councils (.7). | 1.8 | $954.00 |
| Local Council | 10/8/2020 | Butterworth, Luke | Prepare local council evidence and policy listings (1.3); review policy evidence for Local Councils (1.3). | 2.6 | $598.00 |
| Local Council | 10/8/2020 | Vegliante, Andrew | Update Chubb Pre-1962 BSA and Pre-1978 Local Council policy listing (1.3); communications with S. Klauck, N. Sochurek, and V. Taylor re Chubb policy listing revisions (.4); review and analyze local counsel evidence for policy information (1.2). | 2.9 | $783.00 |
| Local Council | 10/8/2020 | Taylor, Victor | Review and update policy evidence for Chubb insurer report (.9); communications with S. Klauck, A. Vegliante, and N. Sochurek re Chubb policy listing revisions (.4); review and analyze policy evidence or local councils (1.1). | 2.4 | $960.00 |
| Local Council | 10/8/2020 | Monroe, Kelly | Review evidence from BSA and McKenna Long. | 3.9 | $702.00 |
| Local Council | 10/8/2020 | Sochurek, Nicholas | Call with A. Azer, E. Hanke, S. McMillin, and D. Singerman re specific local council insurance coverage (.8); review policy listing re same (.4); communications with A. Azer re same (.4); review specific local council policy listings (.3); communications with A. Azer re same (.3); review policy listings for specific local councils (.2); communications with S. Klauck, A. Vegliante, and V. Taylor re Chubb policy listing revisions (.4); communications with A. Kutz and E. Hanke re regional councils (.2); review insurance documents from local councils (.4). | 3.4 | $1,683.00 |
| Local Council | 10/8/2020 | Grehan, Julia | Review documents for insurance coverage information. | 6.4 | $1,472.00 |
| Local Council | 10/8/2020 | Klauck, Sheila | Revise local council policy information (1.6); communications with N. Sochurek, A. Vegliante, and V. Taylor re Chubb policy listing revisions (.4); review policy listing report for updates (1.0); review local council policy report (.4); import and assign new evidence (.9); perform data validation on duplicate records (1.2); review and analyze evidence for policy information (1.2); add filtering capability to MS Access reports (.5). | 7.2 | $2,592.00 |
| Coverage Analysis | 10/9/2020 | Vegliante, Andrew | Review and analyze BSA National evidence for policy information. | 0.4 | $108.00 |
| Coverage Analysis | 10/9/2020 | Sochurek, Nicholas | Communications with C. Green re specific carrier policy evidence (.4); communications with E. Hanke and S. Klauck re same (1.4); revise same (.5). | 2.3 | $1,138.50 |
| Coverage Analysis | 10/9/2020 | Klauck, Sheila | Review document production with E. Hanke (.2); discuss document production with E. Hanke and C. Green (.6); update evidence for document production (1.6). | 2.4 | $864.00 |
| Coverage Analysis | 10/9/2020 | Hanke, Elizabeth | Review document production with S. Klauck (.2); discuss document production with S. Klauck and C. Green (.6); update evidence for document production (1.3). | 2.1 | $1,113.00 |
| Coverage Analysis | 10/9/2020 | Butterworth, Luke | Review and code BSA National Council policy and claim evidence. | 3 | $690.00 |

6

| | | | | | |
|---|---|---|---|---|---|
| Local Council | 10/9/2020 | Klauck, Sheila | Import new evidence. | 0.3 | $108.00 |
| Local Council | 10/9/2020 | Butterworth, Luke | Review policy evidence for Local Councils. | 0.5 | $115.00 |
| Local Council | 10/9/2020 | Sochurek, Nicholas | Communications with C. Green re policy evidence for specific carrier. | 0.2 | $99.00 |
| Local Council | 10/9/2020 | Hanke, Elizabeth | Review specific local council references of policies in old claim files (.7); emails with T. Waters and A. Kutz re local council evidence found (.1); review additional evidence found (.4). | 1.2 | $636.00 |
| Local Council | 10/9/2020 | Grehan, Julia | Review documents for insurance coverage information. | 2.3 | $529.00 |
| Local Council | 10/9/2020 | Taylor, Victor | Review and analyze policy evidence or local councils. | 3.2 | $1,280.00 |
| Local Council | 10/9/2020 | Vegliante, Andrew | Review and analyze local counsel evidence for policy information. | 4.2 | $1,134.00 |
| Local Council | 10/9/2020 | Monroe, Kelly | Review claims files and record evidence. | 5.6 | $1,008.00 |
| Coverage Analysis | 10/12/2020 | Hanke, Elizabeth | Call with S. Carroll, A. Kutz, and L. Richardson of BSA to discuss historic financial records (.2); draft email re same to request specific searches on old records (.1); review new finance committee minutes found (.2). | 0.5 | $265.00 |
| Coverage Analysis | 10/12/2020 | Sochurek, Nicholas | Revise insurance documents for specific carrier (.3); communications with C. Green re same (.1). | 0.4 | $198.00 |
| Coverage Analysis | 10/13/2020 | Sochurek, Nicholas | Review additional documents from BSA. | 0.2 | $99.00 |
| Coverage Analysis | 10/13/2020 | Butterworth, Luke | Review BSA evidence for National Council policies. | 1.2 | $276.00 |
| Coverage Analysis | 10/13/2020 | Vegliante, Andrew | Review and analyze evidence for policy information. | 1.2 | $324.00 |
| Coverage Analysis | 10/13/2020 | Hanke, Elizabeth | Email communications with A. Azer and C. Green re access to policy evidence (.1); review evidence added by BSA to SharePoint (.8); share file folder with carriers and communication with C. Green re same (.2); emails with T. Waters re searching financial records (.1). | 1.2 | $636.00 |
| Local Council | 10/13/2020 | Butterworth, Luke | Review insurance evidence for Local Council policy data. | 0.9 | $207.00 |
| Local Council | 10/13/2020 | Minter, Matthew | Compile relevant AIG documents containing evidence of local council policies (.8); review local council documents for policy evidence (.2). | 1 | $180.00 |
| Local Council | 10/13/2020 | Klauck, Sheila | Import new evidence (.4); analyze coverage availability against claim listing by Local Council (1.0); review local council history (.3). | 1.7 | $612.00 |
| Local Council | 10/13/2020 | Taylor, Victor | Review AIG evidence documentation. | 1.2 | $480.00 |
| Local Council | 10/13/2020 | Vegliante, Andrew | Review and analyze local council evidence for policy information. | 2.2 | $594.00 |
| Local Council | 10/13/2020 | Sochurek, Nicholas | Review insurance information from local councils (.2); review listing of insurers issuing policies to councils (1.2); communications with C. Green re same (.2); review local council insurer coding (.6); research responsible parties for local council insurers (.4); communications with A. Azer re local council information requests (.3); review same (.2). | 3.1 | $1,534.50 |
| Local Council | 10/13/2020 | Monroe, Kelly | Review local council files and code policy evidence into client database. | 3.2 | $576.00 |
| Allocations | 10/13/2020 | Klauck, Sheila | Review preliminary claims data with N. Sochurek and E. Hanke. | 0.6 | $216.00 |
| Allocations | 10/13/2020 | Hanke, Elizabeth | Review preliminary claims data with N. Sochurek and S. Klauck. | 0.6 | $318.00 |
| Allocations | 10/13/2020 | Sochurek, Nicholas | Review preliminary claims data with E. Hanke and S. Klauck. | 0.6 | $297.00 |
| Coverage Analysis | 10/14/2020 | Klauck, Sheila | Call with A. Azer, C. Green, E. Hanke and N. Sochurek re insurance archaeology status and next steps. | 1.3 | $468.00 |
| Coverage Analysis | 10/14/2020 | Hanke, Elizabeth | Call with A. Azer, C. Green, N. Sochurek and S. Klauck re insurance archaeology status and next steps. | 1.3 | $689.00 |
| Coverage Analysis | 10/14/2020 | Sochurek, Nicholas | Call with A. Azer, C. Green, E. Hanke and S. Klauck re insurance archaeology status and next steps (1.3); prepare for same (.2). | 1.5 | $742.50 |
| Coverage Analysis | 10/14/2020 | Butterworth, Luke | Update notes for National Council board meeting minutes (.5); review BSA evidence for National Council policies (2.5). | 3 | $690.00 |
| Coverage Analysis | 10/14/2020 | Vegliante, Andrew | Review and analyze evidence for policy information. | 3.6 | $972.00 |

| | | | | | |
|---|---|---|---|---|---|
| Local Council | 10/14/2020 | Hanke, Elizabeth | Review additional evidence from local councils received through email (.2); communications with N. Sochurek and S. Klauck re local council policy data from listings (.2). | 0.4 | $212.00 |
| Local Council | 10/14/2020 | Vegliante, Andrew | Review and analyze local council evidence for policy information. | 1.8 | $486.00 |
| Local Council | 10/14/2020 | Grehan, Julia | Review documents for policy and carrier information. | 2.7 | $621.00 |
| Local Council | 10/14/2020 | Sochurek, Nicholas | Review accuracy of local council policy data from listings (1.3); communications with E. Hanke and S. Klauck re same (.2); communications with S. Klauck re all local council policy report (.4); revise same (.7); communications with A. Azer re same (.3); review New Hampshire policy evidence (.3). | 2.9 | $1,435.50 |
| Local Council | 10/14/2020 | Monroe, Kelly | Review local council files and code policy evidence into client database. | 3.8 | $684.00 |
| Local Council | 10/14/2020 | Butterworth, Luke | Review insurance evidence for Local Council policy data (1.1); review and revise comprehensive local council policy listing (2.3); generate and prepare comprehensive local council policy listing from data (.4). | 3.8 | $874.00 |
| Local Council | 10/14/2020 | Klauck, Sheila | Review and import correspondence and evidence from Local Councils (2.1); review and revise Local Council policy report (2.2); communications with N. Sochurek re all local council policy report (.4); update local council policy listing MS Access report (.8). | 5.5 | $1,980.00 |
| Allocations | 10/14/2020 | Hanke, Elizabeth | Communications with P. Madl re Chubb reconciliation. | 0.1 | $53.00 |
| Coverage Analysis | 10/15/2020 | Hanke, Elizabeth | Review hard-copy minutes from Exec Board and Finance and Investment Committee (.3); communications re floppy disk evidence found (.2). | 0.5 | $265.00 |
| Coverage Analysis | 10/15/2020 | Vegliante, Andrew | Review and analyze evidence for policy information. | 1.9 | $513.00 |
| Coverage Analysis | 10/15/2020 | Butterworth, Luke | Review BSA insurance evidence for National Council policies. | 2.8 | $644.00 |
| Local Council | 10/15/2020 | Grehan, Julia | Review documents for policy and carrier information. | 0.9 | $207.00 |
| Local Council | 10/15/2020 | Butterworth, Luke | Review BSA insurance evidence for Local Council policies. | 1.1 | $253.00 |
| Local Council | 10/15/2020 | Sochurek, Nicholas | Discuss local council insurance review with S. Klauck (.3); review R.F. Lyons policy data (.6); communications with A. Azer re scout executive check out reports (.2). | 1.1 | $544.50 |
| Local Council | 10/15/2020 | Minter, Matthew | Create script to organize and produce local council documents with S. Klauck (1.9); troubleshoot script to organize local council documents (1.2); execute script to upload and organize local council documents (.7). | 3.8 | $684.00 |
| Local Council | 10/15/2020 | Vegliante, Andrew | Review and analyze local council evidence for policy information. | 3.3 | $891.00 |
| Local Council | 10/15/2020 | Klauck, Sheila | Review and analyze evidence for policy information (2.1); discuss local council insurance review with N. Sochurek (.3); pull local council policy listing with evidence source for quality control (.3); create script to organize and produce local council documents with M. Minter (1.9). | 4.6 | $1,656.00 |
| Local Council | 10/15/2020 | Monroe, Kelly | Review local council documents and litigation files and code policy evidence into client database. | 7.4 | $1,332.00 |
| Coverage Analysis | 10/16/2020 | Hanke, Elizabeth | Review additional documents from BSA (.6); communications with N. Sochurek re same (.3). | 0.9 | $477.00 |
| Coverage Analysis | 10/16/2020 | Sochurek, Nicholas | Review additional documents from BSA (.8); communications with E. Hanke re same (.3). | 1.1 | $544.50 |
| Coverage Analysis | 10/16/2020 | Butterworth, Luke | Review BSA insurance evidence for National Council policies. | 3.4 | $782.00 |
| Local Council | 10/16/2020 | Minter, Matthew | Review local council documents for policy evidence. | 0.9 | $162.00 |
| Local Council | 10/16/2020 | Hanke, Elizabeth | Call with S. Klauck, N. Sochurek, V. Taylor, A. Vegliante, J. Grehan, K. Monroe, and L. Butterworth re reviews and priorities (.6); emails with S. Bentley re insurance surveys (.1); review emails from various local council re evidence (.5). | 1.2 | $636.00 |
| Local Council | 10/16/2020 | Grehan, Julia | Call with E. Hanke, N. Sochurek, V. Taylor, A. Vegliante, S. Klauck, K. Monroe, and L. Butterworth re reviews and priorities (.6); review documents for policy and carrier information (1.6). | 2.2 | $506.00 |

| | | | | | |
|---|---|---|---|---|---|
| Local Council | 10/16/2020 | Klauck, Sheila | Review and analyze evidence for policy information (1.3); call with E. Hanke, N. Sochurek, V. Taylor, A. Vegliante, J. Grehan, K. Monroe, and L. Butterworth re reviews and priorities (.6); create new review priorities (.5). | 2.4 | $864.00 |
| Local Council | 10/16/2020 | Butterworth, Luke | Review BSA insurance evidence for Local Council policies (3.5); call with E. Hanke, N. Sochurek, V. Taylor, A. Vegliante, J. Grehan, K. Monroe, and S. Klauck re reviews and priorities (.6). | 4.1 | $943.00 |
| Local Council | 10/16/2020 | Taylor, Victor | Call with E. Hanke, N. Sochurek, S. Klauck, A. Vegliante, J. Grehan, K. Monroe, and L. Butterworth re reviews and priorities (.6); review local council evidence (3.9). | 4.5 | $1,800.00 |
| Local Council | 10/16/2020 | Vegliante, Andrew | Review and analyze local council evidence for policy information (5.2); Call with E. Hanke, N. Sochurek, V. Taylor, S. Klauck, J. Grehan, K. Monroe, and L. Butterworth re reviews and priorities (.6). | 5.8 | $1,566.00 |
| Local Council | 10/16/2020 | Sochurek, Nicholas | Call with E. Hanke, S. Klauck, V. Taylor, A. Vegliante, J. Grehan, K. Monroe, and L. Butterworth re reviews and priorities (.6); prepare team goals for document review (.4); review R.F. Lyons policy data (2.3); review local council insurance survey data (1.6); review additional documents from local councils (.4). | 5.3 | $2,623.50 |
| Local Council | 10/16/2020 | Monroe, Kelly | Review local council documents and litigation files and code policy evidence into client database (6.7); call with E. Hanke, N. Sochurek, V. Taylor, A. Vegliante, J. Grehan, S. Klauck, and L. Butterworth re reviews and priorities (.6). | 7.3 | $1,314.00 |
| Local Council | 10/18/2020 | Sochurek, Nicholas | Revise local council insurance slides for presentation. | 1.1 | $544.50 |
| Local Council | 10/18/2020 | Vegliante, Andrew | Review and analyze local council evidence for policy information. | 1.9 | $513.00 |
| Local Council | 10/18/2020 | Klauck, Sheila | Import and assign new evidence (1.1); reconcile duplicate evidence (.9); update policy MS Access form filters to increase speed (1.0); review and analyze evidence for policy information (1.7). | 4.7 | $1,692.00 |
| Local Council | 10/18/2020 | Monroe, Kelly | Review local council documents and litigation files and code policy evidence into client database. | 5.6 | $1,008.00 |
| Coverage Analysis | 10/19/2020 | Hanke, Elizabeth | Review new data uploaded to sharepoint site. | 0.1 | $53.00 |
| Coverage Analysis | 10/19/2020 | Klauck, Sheila | Review pre-1962 policy records on Ligado with V. Taylor. | 0.3 | $108.00 |
| Coverage Analysis | 10/19/2020 | Sochurek, Nicholas | Call with V. Taylor re Ligado policy updates. | 0.2 | $99.00 |
| Coverage Analysis | 10/19/2020 | Vegliante, Andrew | Review and analyze evidence for policy information. | 3.2 | $864.00 |
| Coverage Analysis | 10/19/2020 | Taylor, Victor | Call with N. Sochurek re Ligado policy updates (.2); update policies to display on policy site (2.2); review and analyze evidence (1.4); review pre-1962 policy records on Ligado with S. Klauck (.3). | 4.1 | $1,640.00 |
| Local Council | 10/19/2020 | Grehan, Julia | Review documents for insurance policy information. | 3.2 | $736.00 |
| Local Council | 10/19/2020 | Taylor, Victor | Review and analyze evidence. | 3.1 | $1,240.00 |
| Local Council | 10/19/2020 | Vegliante, Andrew | Review and analyze local council evidence for policy information. | 3.1 | $837.00 |
| Local Council | 10/19/2020 | Klauck, Sheila | Review and analyze evidence for policy information (3.0); add EvidenceID filter to MS Access form (.2). | 3.2 | $1,152.00 |
| Local Council | 10/19/2020 | Sochurek, Nicholas | Revise database coding of R.F. Lyons council listing policy information (1.8); revise database coding of 1977 local council insurance survey policy information (3.2); review status of document coding (.3). | 5.3 | $2,623.50 |
| Local Council | 10/19/2020 | Butterworth, Luke | Review evidence for local council policy data. | 6.8 | $1,564.00 |
| Local Council | 10/19/2020 | Monroe, Kelly | Review local council documents and code evidence into client database. | 8.3 | $1,494.00 |
| Coverage Analysis | 10/20/2020 | Klauck, Sheila | Discuss document production with N. Sochurek (.3); call with A. Azer, C. Green, and N. Sochurek re insurance archaeology status and next steps (1.2); discuss next steps with N. Sochurek (.1). | 1.6 | $576.00 |
| Coverage Analysis | 10/20/2020 | Butterworth, Luke | Review evidence for National Council policy data. | 1.2 | $276.00 |

| | | | | | |
|---|---|---|---|---|---|
| Coverage Analysis | 10/20/2020 | Sochurek, Nicholas | Discuss document production with S. Klauck (.3); call with A. Azer, C. Green, and S. Klauck re insurance archaeology status and next steps (1.2); discuss next steps with S. Klauck (.1); review insurance documents from BSA (.3); research Blades & Macaulay successor (.3); upload additional information for Chubb (.2). | 2.4 | $1,188.00 |
| Coverage Analysis | 10/20/2020 | Vegliante, Andrew | Review and analyze evidence for policy information. | 2.3 | $621.00 |
| Local Council | 10/20/2020 | Minter, Matthew | Review local council documents for policy evidence. | 0.8 | $144.00 |
| Local Council | 10/20/2020 | Sochurek, Nicholas | Research Orange County, NY council history (.6); research new insurer current status (.2); review documents from local councils (.3); review outstanding tasks and assign to team members (.4); review listing of local councils served with discovery (.2); review summary of responses re same (.2). | 1.9 | $940.50 |
| Local Council | 10/20/2020 | Klauck, Sheila | Import and assign new evidence (1.0); reconcile existing evidence with BSA Sharepoint (.9); reconcile local council responses against served discovery local council list (1.0). | 2.9 | $1,044.00 |
| Local Council | 10/20/2020 | Grehan, Julia | Review documents for insurance policy information. | 2.3 | $529.00 |
| Local Council | 10/20/2020 | Taylor, Victor | Review and analyze evidence. | 3.2 | $1,280.00 |
| Local Council | 10/20/2020 | Vegliante, Andrew | Review and analyze local council evidence for policy information. | 3.5 | $945.00 |
| Local Council | 10/20/2020 | Butterworth, Luke | Review and code evidence for local council policy data. | 4.3 | $989.00 |
| Local Council | 10/20/2020 | Monroe, Kelly | Review local council documents and code evidence into client database (4.9); prepare documentation for AIG (.8). | 5.7 | $1,026.00 |
| Allocations | 10/20/2020 | Sochurek, Nicholas | Discuss coverage for claims with S. Klauck (.3); review analysis re same (.2). | 0.5 | $247.50 |
| Allocations | 10/20/2020 | Klauck, Sheila | Discuss coverage for claims with N. Sochurek (.3); outline handling of claim allocation to predecessor council (.4); prepare list of allocation and claims data considerations (.7). | 1.4 | $504.00 |
| Coverage Analysis | 10/21/2020 | Klauck, Sheila | Communications with N. Sochurek and E. Hanke re presentation for BSA re insurance archaeology status. | 0.2 | $72.00 |
| Coverage Analysis | 10/21/2020 | Hanke, Elizabeth | Review draft presentation for BSA re insurance archaeology status (.3); communications with N. Sochurek re status of BSA searching (.2); communications with N. Sochurek and S. Klauck re presentation for BSA re insurance archaeology status (.2). | 0.7 | $371.00 |
| Coverage Analysis | 10/21/2020 | Taylor, Victor | Discuss evidence review and document production with S. Klauck (1.0); review and assign new evidence to team (1.8). | 2.8 | $1,120.00 |
| Coverage Analysis | 10/21/2020 | Sochurek, Nicholas | Communications with A. Proulx re Blades & Macaulay insurance documents (.4); communications with A. Azer re same (.1); communications with S. Bentley re same (.2); review additional documents from BSA (.6); communications with E. Hanke re status of BSA searching (.2); prepare presentation for BSA re insurance archaeology status and next steps (3.1); communications with E. Hanke and S. Klauck re same (.2). | 4.8 | $2,376.00 |
| Local Council | 10/21/2020 | Sochurek, Nicholas | Communications with K. Monroe re 1978 National Union policy (.1); call with S. Klauck and E. Hanke re evidence review and next steps (.8); call with V. Taylor, S. Klauck, A. Vegliante, L. Butterworth, J. Grehan, M. Minter, and K. Monroe re insurance document review (.4); review status of same (.3). | 1.6 | $792.00 |
| Local Council | 10/21/2020 | Hanke, Elizabeth | Call with N. Sochurek and S. Klauck re evidence review and next steps (.8); begin draft email re archeology steps performed and status by reviewing notes, past emails and files located (.7). | 1.5 | $795.00 |
| Local Council | 10/21/2020 | Minter, Matthew | Review local council documents for policy evidence (1.2); call with S. Klauck, V. Taylor, K. Monroe, J. Grehan, N. Sochurek, A. Vegliante, and L. Butterworth re insurance document review and next steps (.4). | 1.6 | $288.00 |

10

| | | | | | |
|---|---|---|---|---|---|
| Local Council | 10/21/2020 | Taylor, Victor | Review document production process (.4); discuss document production with S. Klauck (1.0); call with S. Klauck, N. Sochurek, K. Monroe, J. Grehan, M. Minter, and L. Butterworth re insurance document review and next steps (.4). | 1.8 | $720.00 |
| Local Council | 10/21/2020 | Grehan, Julia | Review documents for insurance policy information (3.3); call with N. Sochurek, V. Taylor, A. Vegliante, S. Klauck, K. Monroe, and L. Butterworth re reviews and priorities (.4). | 3.7 | $851.00 |
| Local Council | 10/21/2020 | Butterworth, Luke | Generate policy reports for local councils (1.3); review high priority evidence for local council policy data (2.8); call with S. Klauck, V. Taylor, K. Monroe, J. Grehan, M. Minter, and N. Sochurek re insurance document review and next steps (.4). | 4.5 | $1,035.00 |
| Local Council | 10/21/2020 | Vegliante, Andrew | Review and analyze local council evidence for policy information (3.6); call re: evidence review plan with N. Sochurek, S. Klauck, V. Taylor, K. Monroe, L. Butterworth, M. Minter and J. Grehan (.4). | 4 | $1,080.00 |
| Local Council | 10/21/2020 | Klauck, Sheila | Call with N. Sochurek and E. Hanke re evidence review and next steps (.8); meet with N. Sochurek, V. Taylor, J. Grehan, L. Butterworth, K. Monroe, M. Minter, and A. Vegliante re review status (.4); prepare local council document production files and folders (3.0); create document production tracking tables (.5); review KCIC presentation for BSA (.5); review policies not linked with evidence record (.3); discuss document production with V. Taylor (.8). | 6.3 | $2,268.00 |
| Local Council | 10/21/2020 | Monroe, Kelly | Prepare documentation for AIG (2.1); review local council files and code evidence into database (4.6); meet with N. Sochurek re status of local council responses (.1); call with S. Klauck, V. Taylor, N. Sochurek, J. Grehan, M. Minter, A. Vegliante, and L. Butterworth re insurance document review and next steps (.4). | 7.2 | $1,296.00 |
| Allocations | 10/21/2020 | Hanke, Elizabeth | Discuss claims data allocation with N. Sochurek and S.Klauck (.7); draft and send email to C. Green re trigger date questions (.2). | 0.9 | $477.00 |
| Allocations | 10/21/2020 | Klauck, Sheila | Discuss claims data allocation with N. Sochurek and E. Hanke. | 0.7 | $252.00 |
| Allocations | 10/21/2020 | Sochurek, Nicholas | Communications with M. Murray and D. Evans re claims data (.2); discuss claims data allocation with S. Klauck and E. Hanke (.3 - in part). | 0.5 | $247.50 |
| Coverage Analysis | 10/22/2020 | Hanke, Elizabeth | Call with N. Sochurek and S. Klauck insurance review and document production. | 0.6 | $318.00 |
| Coverage Analysis | 10/22/2020 | Klauck, Sheila | Call with E. Hanke and N. Sochurek re insurance review and document production (.6); draft proposal for document redaction process (.8). | 1.4 | $504.00 |
| Coverage Analysis | 10/22/2020 | Taylor, Victor | Update policies displayed on Ligado (.1); review and assign new evidence to team (.3); review and analyze evidence (1.1). | 1.5 | $600.00 |
| Coverage Analysis | 10/22/2020 | Vegliante, Andrew | Review and analyze evidence for policy information. | 2.3 | $621.00 |
| Coverage Analysis | 10/22/2020 | Sochurek, Nicholas | Communications with A. Azer chartered organization coverage (.2); review policy coding re same (.4); revise presentation for BSA re insurance archaeology status and next steps (1.2); call with E. Hanke and S. Klauck insurance review and document production (.6); review insurance broker reports (.3). | 2.7 | $1,336.50 |
| Local Council | 10/22/2020 | Hanke, Elizabeth | Call with C. Green and S. Klauck re document redaction and timeline (.5); continue drafting summary of archeology to date and send to BSA and Haynes and Boone in preparation for status call (.4). | 0.9 | $477.00 |
| Local Council | 10/22/2020 | Sochurek, Nicholas | Call with S. Klauck, V. Taylor, K. Monroe, J. Grehan, M. Minter, A. Vegliante, and L. Butterworth re insurance document review and next steps (.4 in part); review insurance documents from BSA (.9); revise coding of insurance documents (.8); review insurance documents received from local councils (.4). | 2.5 | $1,237.50 |
| Local Council | 10/22/2020 | Minter, Matthew | Review local council documents for policy evidence (3.0); call with N. Sochurek, S. Klauck, V. Taylor, K. Monroe, J. Grehan, A. Vegliante, and L. Butterworth re insurance document review and next steps (.5). | 3.5 | $630.00 |

| | | | | | |
|---|---|---|---|---|---|
| Local Council | 10/22/2020 | Taylor, Victor | Call with S. Klauck, N. Sochurek, K. Monroe, J. Grehan, M. Minter, A. Vegliante, and L. Butterworth re insurance document review and next steps (.5); discuss document review and timing with S. Klauck (.4); review and analyze evidence (3.4). | 4.3 | $1,720.00 |
| Local Council | 10/22/2020 | Vegliante, Andrew | Review and analyze local council evidence for policy information (3.8); call with N. Sochurek, S. Klauck, V. Taylor, K. Monroe, J. Grehan, M. Minter, and L. Butterworth re insurance document review and next steps (.5). | 4.3 | $1,161.00 |
| Local Council | 10/22/2020 | Butterworth, Luke | Search for evidence documents to tie to newly created insurance policy records (1.6); review and code local council evidence for policy data (3.1); call with S. Klauck, V. Taylor, K. Monroe, J. Grehan, M. Minter, A. Vegliante, and N. Sochurek re insurance document review and next steps (.5). | 5.2 | $1,196.00 |
| Local Council | 10/22/2020 | Klauck, Sheila | Pull limit data for KCIC local council PPT slides (.3); call with C. Green and E. Hanke re document redaction and timeline (.5); review and analyze evidence for policy information (4.5); call with N. Sochurek, A. Vegliante, V. Taylor, K. Monroe, J. Grehan, M. Minter, and L. Butterworth re insurance document review and next steps (.5); discuss document review and timing with V. Taylor (.4). | 6.2 | $2,232.00 |
| Local Council | 10/22/2020 | Grehan, Julia | Review documents for insurance policy information (6.1); call with N. Sochurek, S. Klauck, V. Taylor, K. Monroe, A. Vegliante, M. Minter, and L. Butterworth re insurance document review and next steps (.5). | 6.6 | $1,518.00 |
| Local Council | 10/22/2020 | Monroe, Kelly | Review client inbox and create summary of local council responses (4.2); call with S. Klauck, V. Taylor, N. Sochurek, J. Grehan, M. Minter, A. Vegliante, and L. Butterworth re insurance document review and next steps (.5); review local council files and code evidence into database (2.7). | 7.4 | $1,332.00 |
| Allocations | 10/22/2020 | Sochurek, Nicholas | Communications with M. Murray and A. Azer re claims data call. | 0.1 | $49.50 |
| Allocations | 10/22/2020 | Klauck, Sheila | Review policy limits for allocation with L. Gwin. | 1.2 | $432.00 |
| Allocations | 10/22/2020 | Gwin, J. Lott | Review policy limits for allocation with S.Klauck (1.2); analyze policy layers by local counsel and create new allocation limit type (1.1) | 2.3 | $621.00 |
| Fee Applications | 10/22/2020 | Butterworth, Luke | Prepare August fee application. | 0.5 | $115.00 |
| Coverage Analysis | 10/23/2020 | Klauck, Sheila | Outline process for document redaction (.5); update MS Access form to refresh provisions (.4). | 0.9 | $324.00 |
| Coverage Analysis | 10/23/2020 | Hanke, Elizabeth | Discuss status and next steps for BSA archaeology efforts with A. Kutz, T. Waters, S. Bentley, C. Green and N. Sochurek. | 0.9 | $477.00 |
| Coverage Analysis | 10/23/2020 | Vegliante, Andrew | Review and analyze evidence for policy information. | 0.7 | $189.00 |
| Coverage Analysis | 10/23/2020 | Taylor, Victor | Review and assign new evidence to team (.7); analyze evidence groups for effective review procedures (.9). | 1.6 | $640.00 |
| Coverage Analysis | 10/23/2020 | Sochurek, Nicholas | Review and code insurance reports (.8); discuss status and next steps for BSA archaeology efforts with A. Kutz, T. Waters, S. Bentley, C. Green and E. Hanke (.9); discuss missing policies with A. Azer (.2); investigate missing policies in SharePoint and other records (1.2); communications with A. Kutz re same (.2). | 3.3 | $1,633.50 |
| Local Council | 10/23/2020 | Hanke, Elizabeth | Review and revise proposal to redact documents from S. Klauck. | 0.3 | $159.00 |
| Local Council | 10/23/2020 | Taylor, Victor | Discuss document review goals with A. Vegliante. | 0.2 | $80.00 |
| Local Council | 10/23/2020 | Vegliante, Andrew | Discuss document review goals with V. Taylor (.2); review and analyze local council evidence for policy information (2.5). | 2.7 | $729.00 |
| Local Council | 10/23/2020 | Sochurek, Nicholas | Review insurance documents from BSA (2.3); communications re policy listing for all councils (.3). | 2.6 | $1,287.00 |
| Local Council | 10/23/2020 | Klauck, Sheila | Review and analyze evidence for policy information (4.5); respond to local council information request (.3); run local council coverage report (.3). | 5.1 | $1,836.00 |
| Local Council | 10/23/2020 | Monroe, Kelly | Review local council documents and code evidence into client database. | 5.2 | $936.00 |
| Local Council | 10/23/2020 | Butterworth, Luke | Review and code high priority evidence for local council insurance policies (5.3); prepare and make updates to all local council policy listing (.9). | 6.2 | $1,426.00 |

| | | | | | |
|---|---|---|---|---|---|
| Allocations | 10/23/2020 | Hanke, Elizabeth | Call with A. Azer, D. Evans, M. Murray, N. Sochurek, and S. Klauck re Coalition and Omni claims data. | 0.9 | $477.00 |
| Allocations | 10/23/2020 | Klauck, Sheila | Call with D. Evans, M. Murray, A. Azer, N. Sochurek, and E. Hanke re claims data for allocation. | 1 | $360.00 |
| Allocations | 10/23/2020 | Sochurek, Nicholas | Call with A. Azer, D. Evans, M. Murray, E. Hanke, and S. Klauck re Coalition and Omni claims data (0.9); prepare for same (.1). | 1 | $495.00 |
| Coverage Analysis | 10/24/2020 | Vegliante, Andrew | Review and analyze evidence for policy information. | 0.9 | $243.00 |
| Local Council | 10/24/2020 | Klauck, Sheila | Import and assign local council evidence (.5); review and analyze evidence for policy information (1.9). | 2.4 | $864.00 |
| Local Council | 10/24/2020 | Vegliante, Andrew | Review and analyze local council evidence for policy information. | 2.3 | $621.00 |
| Local Council | 10/25/2020 | Monroe, Kelly | Review local council documents and code evidence into client database (2.3); review documents received in January to confirm they have been imported into client database (.7). | 3 | $540.00 |
| Local Council | 10/25/2020 | Sochurek, Nicholas | Review insurance documents from BSA and local councils. | 3.6 | $1,782.00 |
| Coverage Analysis | 10/26/2020 | Sochurek, Nicholas | Communications with A. Azer re London policies. | 0.2 | $99.00 |
| Coverage Analysis | 10/26/2020 | Vegliante, Andrew | Review and analyze evidence for policy information. | 1.8 | $486.00 |
| Coverage Analysis | 10/26/2020 | Taylor, Victor | Review and assign new evidence to team. | 1 | $400.00 |
| Coverage Analysis | 10/26/2020 | Butterworth, Luke | Review National Council board meeting minutes for insurance policy evidence. | 3.9 | $897.00 |
| Local Council | 10/26/2020 | Hanke, Elizabeth | Draft project timeline and outline next steps for A. Azer and C. Green. | 0.6 | $318.00 |
| Local Council | 10/26/2020 | Sochurek, Nicholas | Review coding of insurance documents (1.6); review status of coding (.3). | 1.9 | $940.50 |
| Local Council | 10/26/2020 | Klauck, Sheila | Review and follow-up on local council emails (.3); answer evidence review questions (.3); update draft of document redaction proposal (.3); review and analyze evidence for policy information (1.2). | 2.1 | $756.00 |
| Local Council | 10/26/2020 | Minter, Matthew | Review local council documents for policy evidence. | 2.8 | $504.00 |
| Local Council | 10/26/2020 | Vegliante, Andrew | Review and analyze local council evidence for policy information. | 3.8 | $1,026.00 |
| Local Council | 10/26/2020 | Taylor, Victor | Review and analyze evidence documents (2.4); review new evidence and assign to team (.8). | 3.2 | $1,280.00 |
| Local Council | 10/26/2020 | Butterworth, Luke | Review local council documents for policy evidence. | 3 | $690.00 |
| Local Council | 10/26/2020 | Monroe, Kelly | Review local council documents and code evidence into client database. | 5.9 | $1,062.00 |
| Local Council | 10/26/2020 | Grehan, Julia | Review documents for insurance and policy information. | 6.3 | $1,449.00 |
| Allocations | 10/26/2020 | Gwin, J. Lott | Update policies with identical layers in database for allocation limit group. | 0.3 | $81.00 |
| Coverage Analysis | 10/27/2020 | Sochurek, Nicholas | Discuss missing policies and outstanding tasks with L. Butterworth (.2); discuss status of evidence review with V. Taylor and S. Klauck (.3); discuss insurer evidence with C. Green (.3). | 0.8 | $396.00 |
| Coverage Analysis | 10/27/2020 | Hanke, Elizabeth | Locate option to read floppy disk (.1); communications with A. Kutz re same (.1). | 0.2 | $106.00 |
| Coverage Analysis | 10/27/2020 | Butterworth, Luke | Discuss missing policies and outstanding tasks with N. Sochurek (.2); review National Council documents for insurance policy evidence (2.0). | 2.2 | $506.00 |
| Coverage Analysis | 10/27/2020 | Taylor, Victor | Discuss status of evidence review with S. Klauck and N. Sochurek (.3); prioritize evidence review with S. Klauck (.6); review and analyze evidence documents (2.3). | 3.2 | $1,280.00 |
| Coverage Analysis | 10/27/2020 | Vegliante, Andrew | Review and analyze evidence for policy information. | 4.6 | $1,242.00 |
| Coverage Analysis | 10/27/2020 | Klauck, Sheila | Prioritize evidence review with V. Taylor (.6); discuss status of evidence review with V. Taylor and N. Sochurek (.3); review and analyze evidence for insurance information (3.8). | 4.7 | $1,692.00 |
| Local Council | 10/27/2020 | Vegliante, Andrew | Review and analyze local council evidence for policy information. | 0.6 | $162.00 |
| Local Council | 10/27/2020 | Klauck, Sheila | Review local council evidence (.2); review and analyze evidence for insurance information (1.0). | 1.2 | $432.00 |

| | | | | | |
|---|---|---|---|---|---|
| Local Council | 10/27/2020 | Taylor, Victor | Review new evidence for import (.3); review and analyze evidence documents (1.9). | 2.2 | $880.00 |
| Local Council | 10/27/2020 | Butterworth, Luke | Investigate request made by local council and Haynes and Boone to confirm a specific local council's insurance history and presence on report (.6); review and code high priority local council evidence for insurance policy information (4.2). | 4.8 | $1,104.00 |
| Local Council | 10/27/2020 | Sochurek, Nicholas | Revise coding queue priorities (.4); communications re local council insurance report (.6); review coding for insurance documents from BSA (3.6). | 4.6 | $2,277.00 |
| Local Council | 10/27/2020 | Minter, Matthew | Review local council documents for policy evidence. | 6.7 | $1,206.00 |
| Local Council | 10/27/2020 | Monroe, Kelly | Review local council documents and code evidence into client database. | 6.2 | $1,116.00 |
| Coverage Analysis | 10/28/2020 | Hanke, Elizabeth | Call with S. Klauck and C. Green re document review and production status (.9); discuss task list and status with S. Klauck (.3); locate and send loss run information received to date to C. Green (.6); emails with C. Green re POC data access and confidentiality agreement (.3). | 2.1 | $1,113.00 |
| Coverage Analysis | 10/28/2020 | Taylor, Victor | Call with S. Klauck and L. Butterworth re post- 2008 evidence (.3); review and analyze evidence documents (1.5); review primary evidence from 1997 - 2019 (1.1). | 2.9 | $1,160.00 |
| Coverage Analysis | 10/28/2020 | Vegliante, Andrew | Review and analyze evidence for policy information. | 4.8 | $1,296.00 |
| Coverage Analysis | 10/28/2020 | Butterworth, Luke | Collect and review previously missing post-2008 National Council policies and upload documents to Ligado (6.6); call with V. Taylor and S. Klauck re post-2008 evidence (.3). | 6.9 | $1,587.00 |
| Coverage Analysis | 10/28/2020 | Klauck, Sheila | Review and analyze evidence for insurance information (3.8); call with E. Hanke and C. Green re document review and production status (.9); discuss task list and status with E. Hanke (.3); call with V. Taylor and L. Butterworth re post- 2008 evidence (.3); review and produce evidence for Haynes and Boone review (2.3). | 7.6 | $2,736.00 |
| Local Council | 10/28/2020 | Klauck, Sheila | Review coding of local council documents for policy evidence. | 0.3 | $108.00 |
| Local Council | 10/28/2020 | Minter, Matthew | Review local council documents for policy evidence. | 0.6 | $108.00 |
| Local Council | 10/28/2020 | Sochurek, Nicholas | Review coding for insurance documents from BSA (.9); review local council policy report (.4). | 1.3 | $643.50 |
| Local Council | 10/28/2020 | Butterworth, Luke | Review and code high priority local council evidence for insurance policy information. | 2.3 | $529.00 |
| Local Council | 10/28/2020 | Vegliante, Andrew | Review and analyze local council evidence for policy information. | 2.3 | $621.00 |
| Local Council | 10/28/2020 | Monroe, Kelly | Review client inbox and update spreadsheet summarizing responses from local councils (1.7); review local council documents and code evidence into client database (4.6). | 6.3 | $1,134.00 |
| Exhaustion Analysis | 10/28/2020 | Austin, Carrington | Review and pull loss run files for Liberty and INA. | 0.4 | $132.00 |
| Coverage Analysis | 10/29/2020 | Sochurek, Nicholas | Review located insurance policies from BSA (.8); revise notes re same (.3); communications with L. Butterworth re same (.4). | 1.5 | $742.50 |
| Coverage Analysis | 10/29/2020 | Taylor, Victor | Review primary evidence with S. Klauck (1.0); review and analyze evidence documents (.4); review and organize primary evidence from 2000s (.4). | 1.8 | $720.00 |
| Coverage Analysis | 10/29/2020 | Klauck, Sheila | Review primary evidence with V. Taylor (1.0); summarize task list and provide status updates (.4); perform cleanup policy database (2.1). | 3.5 | $1,260.00 |
| Coverage Analysis | 10/29/2020 | Vegliante, Andrew | Review and analyze evidence for policy information (3.2); update coverage chart to reflect 3 year Allied World policy with L. Butterworth (.6). | 3.8 | $1,026.00 |

| | | | | | |
|---|---|---|---|---|---|
| Coverage Analysis | 10/29/2020 | Butterworth, Luke | Communications re list of missing National Council policies and PDF package for White Case with N. Sochurek (.4); update language on missing policy report addressed to Haynes and Boone (.7); discuss updates to National Council coverage chart on policy site with V. Taylor (.4); make updates in MS Access to National Council coverage chart on Ligado (1.0); review new National Council policies from BSA and prepare coverage chart updates (2.9); rename new policy files to include PolicyID's before sending to White Case (.6); review complete list of missing policies and confirm with downloaded policy PDFs from BSA SharePoint (.9); update coverage chart to reflect 3 year Allied World policy with A. Vegliante (.6). | 7.5 | $1,725.00 |
| Local Council | 10/29/2020 | Klauck, Sheila | Correspond with Local Councils re insurance evidence. | 0.4 | $144.00 |
| Local Council | 10/29/2020 | Vegliante, Andrew | Review and analyze local council evidence for policy information. | 0.8 | $216.00 |
| Local Council | 10/29/2020 | Grehan, Julia | Review documents for insurance evidence. | 2.1 | $483.00 |
| Local Council | 10/29/2020 | Minter, Matthew | Review local council documents for policy evidence. | 2.1 | $378.00 |
| Local Council | 10/29/2020 | Monroe, Kelly | Review client inbox and update spreadsheet summarizing responses from local councils (.4); review local council documents and code evidence into client database (2.8). | 3.2 | $576.00 |
| Local Council | 10/29/2020 | Taylor, Victor | Produce primary evidence documents (3.5); review and analyze evidence documents (.9). | 4.4 | $1,760.00 |
| Allocations | 10/29/2020 | Klauck, Sheila | Export and review Omni claims data (.6); email communications with E. Hanke re same (.1). | 0.7 | $252.00 |
| Allocations | 10/29/2020 | Hanke, Elizabeth | Review Omni claim data and preliminary summary from Bates White re same (2.2); email communications with A. Azer, C. Green and S. Klauck re same (.1). | 2.3 | $1,219.00 |
| Coverage Analysis | 10/30/2020 | Grehan, Julia | Call with N. Sochurek, L. Butterworth, V. Taylor, S. Klauck, K. Monroe, A. Vegliante and E. Hanke re next steps. | 0.5 | $115.00 |
| Coverage Analysis | 10/30/2020 | Hanke, Elizabeth | Call with N. Sochurek, L. Butterworth, V. Taylor, J. Grehan, K. Monroe, A. Vegliante and S. Klauck re next steps (in part). | 0.1 | $53.00 |
| Coverage Analysis | 10/30/2020 | Sochurek, Nicholas | Review located insurance policies from BSA (.7); communications with L. Butterworth re same (.2); communications with M. Linder re same (.2); call with S. Klauck, L. Butterworth, V. Taylor, J. Grehan, K. Monroe, A. Vegliante and E. Hanke re next steps (.5). | 1.6 | $792.00 |
| Coverage Analysis | 10/30/2020 | Klauck, Sheila | Discuss document production and next steps with V. Taylor (.5); discuss evidence database export with A. Vegliante (.3); call with N. Sochurek, L. Butterworth, V. Taylor, J. Grehan, K. Monroe, A. Vegliante and E. Hanke re next steps (.5); review and send evidence database export (.5). | 1.8 | $648.00 |
| Coverage Analysis | 10/30/2020 | Butterworth, Luke | Upload new National Council policies from BSA SharePoint to Ligado (.9); discuss uploading policies to Ligado with A. Vegliante (.1); compile new list of five missing policies, pre and post 2008 (.2); send new missing policies list to Haynes and Boone (.1); call with N. Sochurek, V. Taylor, J. Grehan, K. Monroe, A. Vegliante and E. Hanke re next steps (.5); review 2019 policy found by N. Sochurek on BSA Sharepoint and confirm that it belongs on list to Haynes and Boone and is included in package to White Case (.3); review master list of missing policies to Haynes and Boone to be sent (.4); review and finalize final policy pdf package being sent to White Case (.3). | 2.8 | $644.00 |
| Coverage Analysis | 10/30/2020 | Vegliante, Andrew | Discuss evidence database export with S. Klauck (.3); export evidence database data (2.6); call with N. Sochurek, L. Butterworth, V. Taylor, J. Grehan, K. Monroe, S. Klauck and E. Hanke re next steps (.5). | 3.4 | $918.00 |
| Coverage Analysis | 10/30/2020 | Taylor, Victor | Discuss document production and next steps with S. Klauck (.5); call with N. Sochurek, L. Butterworth, S. Klauck, J. Grehan, K. Monroe, A. Vegliante and E. Hanke re next steps (.5); organize document production review for sensitive material (3.5). | 4.5 | $1,800.00 |
| Local Council | 10/30/2020 | Sochurek, Nicholas | Review local council history updates (.2); communications with C. Green re insurer contacts (.4); review outstanding document coding tasks (.3). | 0.9 | $445.50 |

| | | | | | |
|---|---|---|---|---|---|
| Local Council | 10/30/2020 | Taylor, Victor | Assign out new evidence information to review. | 0.7 | $280.00 |
| Local Council | 10/30/2020 | Butterworth, Luke | Review local council merger history and prepare updates in local council history database (.8); run updated policy listing reports for local councils (.7). | 1.5 | $345.00 |
| Local Council | 10/30/2020 | Monroe, Kelly | Review primary evidence deliverables (.7); call with N. Sochurek, L. Butterworth, V. Taylor, J. Grehan, S. Klauck, A. Vegliante and E. Hanke re next steps (.5). | 1.2 | $216.00 |
| Allocations | 10/30/2020 | Taylor, Victor | Call with E. Hanke, S. Klauck and N. Sochurek re allocation next steps (in part). | 0.5 | $200.00 |
| Allocations | 10/30/2020 | Sochurek, Nicholas | Call with A. Azer, C. Green, E. Hanke, and S. Klauck re coverage allocation (.9); prepare for call re same (.3); call with E. Hanke, S. Klauck, and V. Taylor re allocation next steps (.7). | 1.9 | $940.50 |
| Allocations | 10/30/2020 | Hanke, Elizabeth | Call with A. Azer, C. Green, S. Klauck, and N. Sochurek re coverage allocation (.9); call with S. Klauck, V. Taylor and N. Sochurek re allocation next steps (.7); prepare questions for Bates White re POC data (.9); call with S. Klauck, A. Evans, M. Murray, A. Azer, C. Green, M. Andolina, and M. Linder re claims allocation (1.1); communications with C. Green and S. Klauck re document review (.1). | 2.8 | $1,484.00 |
| Allocations | 10/30/2020 | Klauck, Sheila | Call with A. Azer, C. Green, E. Hanke, and N. Sochurek re coverage allocation (.9); call with E. Hanke, V. Taylor and N. Sochurek re allocation next steps (.7); create notes from call re claims data allocation (.3); call with E. Hanke, A. Evans, M. Murray, A. Azer, C. Green, M. Andolina, and M. Linder re claims allocation (1.1). | 3 | $1,080.00 |
| Local Council | 10/31/2020 | Monroe, Kelly | Review client inbox and update spreadsheet summarizing responses from local councils. | 1.4 | $252.00 |
| Allocations | 10/31/2020 | Sochurek, Nicholas | Revise allocation assumption questions. | 0.3 | $148.50 |
| | | | **Total:** | **931.4** | **$293,090.50** |