## **Exhibit B**

## **Expense Detail**

| Date | Name | Expense Category | Expense Description | Total |
|---|---|---|---|---|
| 10/1/2020 | Hanke, Elizabeth | Travel: Airfare/Amtrak | Round Trip to Dallas (10/1/2020 - 10/4/2020) re Boy Scouts of America to review documents. | $885.96 |
| 10/1/2020 | Hanke, Elizabeth | Travel: Rental Car/Local Transportation | Uber from home to PHX airport. Boy Scouts of America to review documents. | $27.60 |
| 10/3/2020 | Hanke, Elizabeth | Travel: Rental Car/Local Transportation | Chevron - Gas while in Dallas to review Boy Scout of America documents. | 12.83 |
| 10/3/2020 | Hanke, Elizabeth | Travel: Rental Car/Local Transportation | Budget Rent-A-Car while in Dallas to review documents (Oct 1 - Oct 3). | $265.75 |
| 10/3/2020 | Hanke, Elizabeth | Travel: Rental Car/Local Transportation | Uber from PHX airport to home. Boy Scouts of America to review documents. | $33.95 |
| 10/3/2020 | Hanke, Elizabeth | Travel: Lodging | Hotel Stay 10/01/2020 - 10/03/2020 in Dallas. | $160.30 |
| | | | **Total:** | **$1,386.39** |