# Exhibit A

**Customary and Comparable Compensation Disclosures**

## Customary and Comparable Compensation Disclosures for White & Case

The blended hourly rate for White & Case timekeepers (including both professionals and paraprofessionals) who have billed time to the Debtors during the Application Period was approximately $998.55 per hour (the "Debtor Blended Rate").[1]

The non-bankruptcy blended hourly rate for White & Case's timekeepers during the 12-month period from October 1, 2019 to and including September 30, 2020 (the "Comparable Period")[2] was, in the aggregate, approximately $824 per hour (the "Non-Bankruptcy Blended Rate").[3]

A detailed comparison of these rates is as follows:

| Category of Timekeeper | Debtor Blended Rate | Non-Bankruptcy Blended Rate |
|---|---|---|
| Partner | $1,159 | $1,081 |
| Counsel | $958 | $852 |
| Associate[4] | $857 | $694 |
| Paraprofessional | N/A | $319 |
| **Aggregate** | **$995.55** | **$824** |

---

[1] White & Case calculated the blended rate for timekeepers who billed to the Debtors by dividing the total dollar amount billed by such timekeepers during the Application Period by the total number of hours billed by such timekeepers during the Application Period.

[2] On an annual basis, White & Case reexamines and adjusts for increases in seniority and changes in experience, expertise, and status in January of each year the rates for lawyers and paraprofessionals. The calculation of the Non-Bankruptcy Blended Hourly Rate includes the lesser rates White & Case billed in 2019.

[3] White & Case calculated the Non-Bankruptcy Blended Hourly Rate by dividing the total dollar amount billed by all timekeepers in the applicable offices to non-bankruptcy matters during the Comparable Period by the total number of hours billed by all timekeepers in the applicable offices to non-bankruptcy matters during the Comparable Period. For purposes of the foregoing calculation, White & Case included New York and Chicago as the applicable offices.

[4] Includes law clerks and staff attorneys.