**Exhibit B**

**Interim Application Summary**

**Cover Sheet of Fee Application (UST Guidelines Exhibit E)**

| SUMMARY OF FIRST INTERIM APPLICATION ||
|---|---|
| Name of Applicant | White & Case LLP |
| Name of Client | Boy Scouts of America and Delaware BSA, LLC |
| Time period covered by Application | September 23, 2020 to October 31, 2020 |
| Total compensation sought during the Application Period | $710,671.00 |
| Total expenses sought during the Application Period | $0.00 |
| Petition Date | February 18, 2020 |
| Retention Date | September 23, 2020 |
| Date of order approving employment | November 18, 2020 |
| Total compensation approved by interim order to date | $0.00 |
| Total expenses approved by interim order to date | $0.00 |
| Total allowed compensation paid to date | $0.00 |
| Total allowed expenses paid to date | $0.00 |
| Blended rate in the Application for all attorneys | $998.55 |
| Blended rate in the Application for all timekeepers | $998.55 |
| Compensation sought in the Application already paid pursuant to a monthly compensation order but not yet allowed | $0.00 |
| Expenses sought in the Application already paid pursuant to a monthly compensation order but not yet allowed | $0.00 |
| Number of professionals included in the Application | 13 |
| If applicable, number of professionals in the Application not included in staffing plan approved by client | 0 |
| If applicable, difference between fees budgeted and compensation sought during the Application Period | Amount Budgeted: $1,275,000.00<br><br>Amount Sought: $710,671.00 |
| Number of professionals billing fewer than 15 hours to the case during the Application Period | 5 |
| Are any rates higher than those approved or disclosed at retention? | No |

**Exhibit C**

**Budget and Staffing Plan**

| Category No. | Project Category Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| 001 | Administrative Expense Claims | 0-10 | $0-14,025 |
| 002 | Adversary Proceedings and Bankruptcy Litigation | 45-75 | $35,843 - $105,188 |
| 003 | Asset Dispositions | 0-5 | $0 - $7,013 |
| 004 | Automatic Stay | 80-135 | $63,720 - $189,338 |
| 005 | Bar Date, Noticing and Claims Reconciliation Issues | 65-105 | $51,773 - $147,263 |
| 006 | Case Administration (e.g., WIP, case calendar, general tasks) | 0-5 | $0 - $7,013 |
| 007 | Chapter 11 Plan Matters | 25-40 | $19,913 - $56,100 |
| 008 | Communication with Client | 45-75 | $35,843 - $105,188 |
| 009 | Corporate Governance and Board Matters | 5-10 | $3,983 - $14,025 |
| 010 | Customer and Vendor Issues | 0-5 | $0 - $7,013 |
| 011 | Disclosure Statement | 10-15 | $7,965 - $21,038 |
| 012 | Donor Issues | 0-5 | $0 - $7,013 |
| 013 | Employee and Labor Issues | 0-5 | $0 - $7,013 |
| 014 | Exclusivity | 15-20 | $11,948 - $28,050 |
| 015 | Executory Contracts and Leases | 0-5 | $0 - $7,013 |
| 016 | FCR Issues and Communications | 0-5 | $0 - $7,013 |
| 017 | Fee Applications | 0-5 | $0 - $7,013 |
| 018 | Financing Matters and Cash Collateral | 0-5 | $0 - $7,013 |
| 019 | First and Second Day Motions | 0-5 | $0 - $7,013 |
| 020 | General Case Strategy | 30-55 | $23,895 - $77,138 |
| 021 | Hearing and Court Matters | 30-55 | $23,895 - $77,138 |
| 022 | Insurance Issues | 25-40 | $19,913 - $56,100 |
| 023 | Non-Bankruptcy Litigation | 10-15 | $7,965 - $21,038 |
| 024 | Non-Working Travel | 0-5 | $0 - $7,013 |
| 025 | Professional Retention | 30-50 | $23,895 - $70,125 |
| 026 | Public Relations Issues | 0-5 | $0 - $7,013 |
| 027 | Schedules and Statements | 0-5 | $0 - $7,013 |
| 028 | Tax Issues | 0-5 | $0 - $7,013 |
| 029 | Unsecured Creditors and Issues and Communications | 35-55 | $27,878 - $77,138 |
| 030 | U.S. Trustee Issues and Reporting | 0-5 | $0 - $7,013 |
| 031 | Utility Issues and Adequate and Assurance | 0-5 | $0 - $7,013 |
| 032 | Local Council Issues and Communications | 35-55 | $27,878 - $77,138 |
| 033 | Property of the Estate Issues | 0-10 | $0 - $14,025 |
| 034 | Bankruptcy Appeals | 0-5 | $0 - $7,013 |
| 035 | Mediation | 35-55 | $27,878 - $77,138 |

| 036 | Fee Examiner Issues and Communications | 0-5 | $0 - $7,013 |
|---|---|---|---|
| | **Total Amount Budgeted** | **1,275.0** | **$1,275,000.00** |
| | **Total Amount Sought** | **711.7** | **$710,671.00** |

**Staffing Across All Matter Categories for the Period from
September 23, 2020 to and Including October 31, 2020**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work Across All Matter Categories During the Application Period | Average Hourly Rate[1] |
|---|---|---|
| Partner | 2 | $1,159 |
| Counsel | 2 | $958 |
| Associate | 9 | $857 |
| Paraprofessionals | 0 | N/A |
| **Total Attorney** | **13** | **$998** |
| **Total Non-Attorney** | **0** | **N/A** |
| **Total** | **13** | **$998** |

---

[1] The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of chargeable hours worked by, each timekeeper over the course of the chapter 11 cases.