# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Ref. Docket No. 1763 |

**ORDER SHORTENING NOTICE FOR THE DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF JLL VALUATION & ADVISORY SERVICES, LLC, AS APPRAISER FOR THE DEBTORS AND DEBTORS IN POSSESSION WITH RESPECT TO CERTAIN LOCAL COUNCIL PROPERTIES, *NUNC PRO TUNC* TO NOVEMBER 30, 2020**

Upon the motion to shorten (the "Motion to Shorten")[2] of the Boy Scouts of America and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession in the above-captioned chapter 11 cases (together, the "Debtors"), for entry of an order (this "Order") shortening the notice and objection periods with respect to the Debtors' application to retain and employ JLL Valuation & Advisory Services, LLC to provide appraisal and valuation services for the Debtors with respect to certain Local Council properties, *nunc pro tunc* to November 30, 2020, as more fully described in the Motion to Shorten; and the Court having reviewed and considered the Motion to Shorten and found that the relief requested in the Motion to Shorten is in the best interests of the Debtors, their creditors, their estates, and all other parties in interest; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.  The Motion to Shorten is GRANTED as set forth herein.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms not defined herein are defined in the Motion to Shorten.

2. The Application will be considered at a hearing scheduled for December 16, 2020, at 10:00 a.m. (prevailing Eastern Time) (the "Hearing").

3. Objections, if any, to the relief requested in the Application must be filed and served no later than December 9, 2020 at 4:00 p.m. (prevailing Eastern Time).

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: December 1st, 2020**
**Wilmington, Delaware**

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

2