# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**RE: 1662** |

### CERTIFICATE OF NO OBJECTION REGARDING THE FIFTH APPLICATION OF HAYNES AND BOONE, LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE COMBINED PERIOD FROM SEPTEMBER 1, 2020 TO OCTOBER 31, 2020

The undersigned hereby certifies that, as of the date hereof, Haynes and Boone, LLP ("H&B") has received no answer, objection or other responsive pleading to the *Fifth Application of Haynes and Boone, LLP for Allowance of Compensation and Reimbursement of Expenses for the Combined Period From September 1, 2020 to October 31, 2020* (the "Application") (D.I. 1662), filed on November 13, 2020.

The undersigned further certifies that Morris Nichols has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice, objections to the Application were to be filed and served no later than November 30, 2020 at 4:00 p.m. (Eastern Time).

Accordingly, pursuant to the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* (D.I. 341) entered

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

on April 6, 2020, the Debtors are authorized to pay the amount indicated below without any further court order.

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Debtors are Authorized to Pay ( (2) + (3) ) |
|---|---|---|---|
| $417,805.00 | $561.28 | $334,244.00 | $334,805.28 |

WHEREFORE, H&B respectfully requests that the Application be approved.

Dated:  December 1, 2020
       Wilmington, Delaware

**HAYNES AND BOONE, LLP**

*/s/ Ernest Martin, Jr.*_____
Ernest Martin, Jr.
Partner
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: 214.651.5000
Email: Ernest.Martin@haynesboone.com

SPECIAL INSURANCE COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION