## Exhibit C

## Budget and Staffing Plan

| Category | Project Category Description | Hours Budgeted | Total Compensation Budgeted[1] |
|---|---|---|---|
| 1 | Global Insurance Strategy (20234.5) | 100 hours | $75,000 |
| 2 | Illinois-DJ (20234.15) | 25 hours | $18,750 |
| 3 | Hartford Litigation (20234.18) | 1,000 hours | $750,000 |
| 4 | Kentucky (20234.20) | 25 hours | $18,750 |
| 5 | National Surety Litigation (20234.21) | 25 hours | $18,750 |
| 6 | General Insurance Matters (20234.24) | 1,500 hours | $1,125,000 |
| 7 | REDACTED (Claimant Name) (20234.26) | 10 hours | $7,500 |
| 8 | D&O Insurance Consulting (20234.28) | 5 hours | $3,750 |
| 9 | GSUSA Insurance Matters (20234.29) | 50 hours | $37,500 |
| 10 | Professional Retention Issues (20234.34) | 0 hours | $0 |
| 11 | Fee Applications (20234.35) | 15 hours | $11,250 |
| 12 | Non-Working Travel (20234.36)[2] | 25 hours | $18,750 |
| 13 | Hearings and Court Matters (20234.37) | 250 hours | $187,500 |
| 14 | COVID-19 (20234.39) | 100 hours | $75,000 |
|  | **Total** | **3,130** | **$2,347,500** |

---

[1] Budgeted numbers do not necessarily amount to a 1:1 ratio because they reflect a blended hourly rate and a variable allocation of timekeepers and hours, depending on the needs for each category. In addition, this reflects the anticipated hours to be spent for the entirety of this proceeding.

[2] Haynes and Boone charges non-working travel time at 50% of regular hourly rates in accordance with Local Rule 2016-2(d)(viii).

**Staffing Across All Matter Categories for the Period from
August 1, 2020 to and Including October 31, 2020**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work Across All Matter Categories During the Application Period | Average Hourly Rate[3] |
|---|---|---|
| Partner | 2 | $761 |
| Associate (>3 years since first admission) | 3 | $550 |
| Jr. Associate (1–3 years since first admission) | 1 | $460 |
| Paraprofessionals | 3 | $292 |
| Support Staff | None | None |
| **Total Attorney** | 6 attorneys | **$654** |
| **Total Non-Attorney** | 3 non-attorneys | **$292** |
| **Total** | 9 | |

---

[3] The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of chargeable hours worked by, each timekeeper over the course of the chapter 11 cases.