## Exhibit A

Proposed Order

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. __** |

## AN ORDER DIRECTING CERTAIN INSURERS TO PRODUCE DOCUMENTS PURSUANT TO RULE 2004

Upon the motion (the "Motion")[2] of the Boy Scouts of America and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession in the above-captioned chapter 11 cases (together, the "Debtors"), for entry of an order (this "Order"), pursuant to Rule 2004, directing The Chubb Group of Insurance Companies, including but not limited to Insurance Company of North America ("Century"), the American International Group, Inc. entities, including National Union Fire Insurance Company of Pittsburgh, PA, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania ("AIG"), and The Continental Insurance Company entities, including Columbia Casualty Company, The Continental Insurance Company, as successor in interest to certain policies issued by Harbor Insurance Company, and The Continental Insurance Company, as successor by merger to Niagara Fire Insurance Company ("CNA") (collectively, the "Insurers") to produce documents and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the Amended Standing Order of Reference from the United States District Court for

---

[1]    The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

[2]    All capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Motion.

the District of Delaware, dated February 29, 2012; and entry of this Order being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and the Debtors having consented to the entry of a final order by this Court under Article III of the United States Constitution; and venue of this proceeding and the Motion in this District being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and all objections to the Motion, if any, having been withdrawn, resolved or overruled; and the relief requested in the Motion being in the best interests of the Debtors' estates, their creditors and other parties in interest; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is GRANTED a set forth herein.

2. The Insurers shall produce all non-privileged documents and/or information responsive to the Document Requests set forth in **Exhibit B** to the offices of Haynes and Boone, LLP, Attn: Carla Green, 2323 Victory Avenue, Suite 700, Dallas, Texas 75219, to be received on or before January 1, 2021 at 4:00 p.m. (CDT).

3. The Insurers shall also provide a written certification that their respective production searches included the names of the Local Councils and a written certification that their respective productions are complete, to be delivered to the above-referenced address on or before January 1, 2021 at 4:00 p.m. (CDT).

4.     The Debtors' rights are reserved to request additional discovery of the Insurers and the Insurers' Policies including, but not limited to, requests based on any information that may be revealed as a result of the discovery authorized pursuant to this Order.

5.     The Court retains jurisdiction over any matter related to the Motion and this Order.

Dated: _____, 2020
      Wilmington, Delaware

_____
THE HON. LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE