1 OF 2

DATE: 11-16-20

To: U.S. BANKRUPTCY JUDGE
LAURIE SELBER SILVERSTEIN
DELAWARE DISTRICT COURT
T. CALEB BOGGS FEDERAL Building
844 N. KING STREET, LOCKBOX 18
Wilmington, DE. 19801

FILED 2020 DEC -3 AM 10:22
CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

FROM: 

Legal Mail
Provided to
Bla------- -------tional
o: 11/16/20        ck

## NOTICE OF FILING

I HAVE FILED A MOTION FOR PROOF OF CLAIM WITH JUDGE LAURIE SELBER SILVERSTEIN ON 11-9-20 (mailbox Rule). I ALSO COPIED Philadelphia ATTORNEY KEN ROTHWEILER ON THE SAME DATE, AND I AM INFORMING ALL PARTY'S OF SUCH.

PLEASE TAKE NOTICE I HAVE BEEN TRYING TO FILE THIS CLAIM SINCE 3-15-19.

## CERTIFICATION / OATH 28 USC 1746

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA U.S. LEGAL MAIL ON THIS DATE: 11-16-20 (AND) UNDER THE PENALTY OF PERJURY I DECLARE ALL STATEMENTS AND FACTS ARE TRUE AND CORRECT AND SENT TO:

CC: U.S. BANKRUPTCY JUDGE, LAURIE SELBER SILVERSTEIN
DELAWARE DISTRICT COURT, T. CALEB BOGGS FEDERAL Building

844 N. King Street, LockBox 18, Wilmington, DE. 19801

CC: Philadelphia Attorney, Ken Rothweiler
1634 Spruce Street, Philadelphia, PA. 19103

CC: B.S.A. Abuse Claims Processing
C/o Omni Agent Solutions
5955 DeSoto Ave., Suite 100
Woodland Hills, CA. 91367

CC: ███████████████

Respectfully

11-16-20 S/x ███████