**<u>Exhibit B</u>**

**Phase 2 Fees and Expense Itemization**



**FILE COPY ONLY – BILL SUBMITTED ELECTRONICALLY DO NOT SUBMIT TO CLIENT UNLESS EXPRESSLY REQUESTED BY CLIENT**

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:  (864) 241-1908
www.ogletreedeakins.com

November 23, 2020

Robyn Jungers
The Boy Scouts of America
Legal Department
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2049

PERSONAL AND CONFIDENTIAL

Bill #  90321985
Client.Matter #  047657.000013

**Re:  BSA General Defense - Bankruptcy (Billiable)**

For professional services rendered through October 31, 2020, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Fees ................................................................................................................................$4,228.50
Expenses..............................................................................................................................$0.00

**Total Due This Bill**................................................................................................**$4,228.50**

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington



Page 2
11/23/20
Bill No. 90321985
047657.000013-BAG

Robyn Jungers
The Boy Scouts of America
Legal Department
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2049

**Re:  BSA General Defense - Bankruptcy (Billiable)**

For professional services rendered through October 31, 2020

| Date | Initials | Stage | Description | Hours | Amount |
|---|---|---|---|---|---|
| 10/01/20 | SEM | PHASE2 | Extended email exchange with BSA regarding payment of Arkansas defense counsel for post bankruptcy fees and costs. | 0.30 | 133.50 |
| 10/01/20 | SEM | PHASE2 | Detailed email to Arkansas defense counsel regarding instructions from BSA regarding billing and payment of fees and costs for abuse litigation matters. | 0.20 | 89.00 |
| 10/01/20 | SEM | PHASE2 | Additional email exchange with Arkansas defense counsel regarding handling billing and payment of BSA abuse cases. | 0.20 | 89.00 |
| 10/01/20 | SEM | PHASE2 | Additional email exchange with BSA regarding further discussion of billing matters with outside defense firms. | 0.20 | 89.00 |
| 10/01/20 | KAD | PHASE2 | Email exchange with Yesmy Romero regarding billing information and process for 112 New York lawsuits assigned to Wiggin and Dana. | 0.10 | 19.00 |
| 10/01/20 | KAD | PHASE2 | Email exchange with Eric Moats regarding invoices submitted with Ogletree's 6th Monthly Fee Application. | 0.10 | 19.00 |
| 10/02/20 | SEM | PHASE2 | Email from Arkansas defense counsel to BSA regarding billing and payment of legal fees post bankruptcy. | 0.10 | 44.50 |
| 10/05/20 | SEM | PHASE2 | Email from New Jersey defense counsel regarding billing for the new | 0.10 | 44.50 |



Page 3
11/23/20
Bill No. 90321985
047657.000013-BAG

| Date | Initials | Stage | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | PMC matter. | | |
| 10/05/20 | SEM | PHASE2 | Email confirming new PMC lawsuit in New Jersey falls within the CHUBB insurance policy for billing and forward information of same to defense counsel. | 0.20 | 89.00 |
| 10/05/20 | KAD | PHASE2 | Begin analyzing and revising September's billing entries and information for inclusion in the monthly fee application for October. | 2.30 | 437.00 |
| 10/06/20 | KAD | PHASE2 | Finish analyzing and revising September's billing entries and information for inclusion in the monthly fee application for October. | 1.60 | 304.00 |
| 10/07/20 | KAD | PHASE2 | Email exchange with Nicole Liberatore regarding billing process for newly assigned N.F. lawsuit. | 0.10 | 19.00 |
| 10/09/20 | KAD | PHASE2 | Receive and review Epic invoice and submit same for processing. | 0.20 | 38.00 |
| 10/09/20 | KAD | PHASE2 | Email exchange with Yesmy Romero regarding billing information needed for newly assigned New York lawsuits. | 0.10 | 19.00 |
| 10/09/20 | KAD | PHASE2 | Compile billing information requested by Yesmy Romero for newly assigned New York lawsuits. | 0.40 | 76.00 |
| 10/12/20 | SEM | PHASE2 | Email exchange with New Jersey defense counsel regarding billing process for new Garden State Council case. | 0.20 | 89.00 |
| 10/12/20 | SEM | PHASE2 | Email exchange with BSA regarding billing process response to New Jersey defense counsel related to new Garden State Council case. | 0.20 | 89.00 |
| 10/12/20 | KAD | PHASE2 | Email exchange with Hassan Popal regarding billing process for William Adams lawsuit,. | 0.10 | 19.00 |
| 10/13/20 | KAD | PHASE2 | Review/analyze billing entries and invoices for inclusion in Ogletree's Seventh Monthly Fee Application. | 0.50 | 95.00 |



Page 4
11/23/20
Bill No. 90321985
047657.000013-BAG

| Date | Initials | Stage | Description | Hours | Amount |
|---|---|---|---|---|---|
| 10/13/20 | KAD | PHASE2 | Communicate with Robyn Jungers via chatter regarding whether or not the Persichilli claim is a Chubb claim and where invoices should be submitted, and email exchange with Robyn Jungers, Anna Kutz and Adrian Azer regarding same. | 0.20 | 38.00 |
| 10/13/20 | KAD | PHASE2 | Analyze case file to determine whether Persichilli is a Chubb claim and where invoices should be submitted. | 0.30 | 57.00 |
| 10/19/20 | BAG | PHASE2 | Review and respond to email from Hawaii defense counsel regarding pending invoices. | 0.10 | 64.00 |
| 10/19/20 | SEM | PHASE2 | Email exchange with Hawaii defense counsel regarding failure to obtain payment for legal fees and expenses for pending defense matters and need to further discuss same. | 0.20 | 89.00 |
| 10/20/20 | KAD | PHASE2 | Compile billing information for all Hawaii claims to assist attorney with responding to questions from defense counsel. | 0.30 | 57.00 |
| 10/21/20 | BAG | PHASE2 | Review and redact privileged information from monthly invoices in preparation for submission of monthly fee application. | 1.00 | 640.00 |
| 10/22/20 | KAD | PHASE2 | Compile billing information requested by Winnette Mason for various New York lawsuits. | 0.20 | 38.00 |
| 10/22/20 | KAD | PHASE2 | Email exchange with Winnette Mason regarding billing process and information for various New York lawsuits. | 0.10 | 19.00 |
| 10/23/20 | KAD | PHASE2 | Email Desiree Vale regarding Ogletree's 6th Monthly Fee Application. | 0.10 | 19.00 |
| 10/23/20 | KAD | PHASE2 | Prepare draft of Ogletree's Seventh Monthly Fee Application. | 1.80 | 342.00 |
| 10/23/20 | KAD | PHASE2 | Review analyze billing entries and invoices for inclusion in Ogletree's | 3.60 | 684.00 |



Page 5
11/23/20
Bill No. 90321985
047657.000013-BAG

| Date | Initials | Stage | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | Seventh Monthly Fee Application. | | |
| 10/26/20 | KAD | PHASE2 | Finish reviewing and analyzing billing entries and invoices for inclusion in Ogletree's Seventh Monthly Fee Application. | 1.90 | 361.00 |
| 10/26/20 | KAD | PHASE2 | Email exchange with Yesmy Romero regarding billing information still needed for various New York lawsuits assigned to Wiggin and Dana. | 0.10 | 19.00 |
| | | | Total Services: | 17.10 | 4,228.50 |

### Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Bruce A. Griggs | Shareholder | 640.00 | 1.10 | 704.00 |
| Sean E. Manning | Of Counsel | 445.00 | 1.90 | 845.50 |
| Kelci A. Davis | Paralegal | 190.00 | 14.10 | 2,679.00 |

|  |  |
|---|---|
| TOTAL FEES | $4,228.50 |
| TOTAL EXPENSES | $0.00 |
| TOTAL THIS BILL | $4,228.50 |