## Exhibit C

### Expense Summary

| Category | Amount |
|---|---|
| Legal Support Services | $81.19 |
| **TOTAL:** | **$81.19** |