## **Exhibit A**

## **Summary of Time Detail by Task**

| Task Description | Total Hours | Total Compensation |
|---|---:|---:|
| Allocations | 32.1 | $14,269.50 |
| Coverage Analysis | 312.7 | $106,865.00 |
| Exhaustion Analysis | 0.6 | $231.00 |
| Fee Applications | 6.8 | $1,603.00 |
| Local Council | 905.4 | $278,478.50 |
| Travel Time | 2.5 | $1,325.00 |
| **TOTAL** | **1,260.1** | **$402,772.00** |