## Exhibit B

## Summary of Time Detail by Professional

| Name | Position Area of Expertise | Year of Admission / Years of Experience | Hourly Rate | Total Hours[1] | Total Compensation |
|---|---|---|---|---|---|
| Minter, Matthew | Consultant | Less than 1 year | $ 180.00 | 58.3 | $10,494.00 |
| Monroe, Kelly | Consultant | Less than 1 year | $ 180.00 | 215.7 | $38,826.00 |
| Butterworth, Luke | Consultant | 1 year | $ 230.00 | 167 | $38,410.00 |
| Key, Wallis | Consultant | 1 year | $ 230.00 | 14.8 | $3,404.00 |
| Grehan, Julia | Consultant | 1 year | $ 230.00 | 88.8 | $20,424.00 |
| Gwin, J. Lott | Consultant | 2 years | $ 270.00 | 2.6 | $702.00 |
| Vegliante, Andrew | Consultant | 2 years | $ 270.00 | 109.1 | $29,457.00 |
| Austin, Carrington | Senior Consultant | 4 years | $ 330.00 | 3.8 | $1,254.00 |
| Klauck, Sheila | Senior Consultant | 5 years | $ 360.00 | 233.7 | $84,132.00 |
| Taylor, Victor | Manager | 7 years | $ 400.00 | 92.4 | $36,960.00 |
| Sochurek, Nicholas | Senior Manager | 16 years | $ 495.00 | 185.8 | $91,971.00 |
| Hanke, Elizabeth | Vice President | 20+ years | $ 530.00 | 87.5 | $46,375.00 |
| Terrell, Jonathan | President | 25+ years | $ 605.00 | 0.6 | $363.00 |
| | | | **Total** | **1,260.1** | **$402,772.00** |

---

[1] KCIC, LLC charged the Debtors for 50% of non-working travel time in compliance with Local Rule 2016-2(d)(viii). Such reductions are reflected in the figures in this column.