## **Exhibit C**

### **Summary of Expense Detail by Category**

| Category | Amount |
|---|---:|
| Travel: Airfare/Amtrak | $ 885.96 |
| Travel: Rental Car/Local Transportation | $ 340.13 |
| Travel: Lodging | $ 160.30 |
| **TOTAL:** | **$ 1,386.39** |