# **Exhibit A**

## **Summary of Time Detail by Task**

*Exhibit A*

**Boy Scouts of America and Delaware BSA, LLC**
**Summary of Time Detail by Task**
**October 1, 2020 through October 31, 2020**

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Bankruptcy Support | 64.5 | $44,142.50 |
| Cash | 95.0 | $61,307.50 |
| Claims | 71.9 | $39,597.50 |
| Contracts | 2.5 | $1,812.50 |
| Court | 1.3 | $942.50 |
| Employee | 8.1 | $5,587.50 |
| Fee Applications | 5.7 | $2,532.50 |
| Financial Analysis | 240.0 | $157,750.00 |
| Info Req | 114.7 | $66,327.50 |
| Litigation | 1.6 | $1,640.00 |
| MOR | 9.5 | $6,392.50 |
| Motions/Orders | 11.8 | $7,242.50 |
| Plan DS | 7.4 | $7,375.00 |
| Status Meeting | 54.1 | $40,992.50 |
| Travel | 4.0 | $2,900.00 |
| Vendor Management | 17.0 | $12,097.50 |
| *Total* | 709.1 | $458,640.00 |