**Exhibit B**

**Summary of Time Detail by Professional**

*Exhibit B*

### Boy Scouts of America and Delaware BSA, LLC
### Summary of Time Detail by Professional
### October 1, 2020 through October 31, 2020

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $1,025.00 | 65.8 | $67,445.00 |
| Erin McKeighan | Managing Director | $850.00 | 15.3 | $13,005.00 |
| Trevor Phillips | Managing Director | $725.00 | 0.5 | $362.50 |
| Carl Binggeli | Director | $725.00 | 205.8 | $149,205.00 |
| Robert Edgecombe | Director | $525.00 | 23.0 | $12,075.00 |
| Scott Blasingame | Manager | $475.00 | 16.0 | $7,600.00 |
| Ryan Walsh | Senior Associate | $650.00 | 186.1 | $120,965.00 |
| Julio Cifuentes | Associate | $575.00 | 8.3 | $4,772.50 |
| Trevor DiNatale | Consultant | $550.00 | 4.5 | $2,475.00 |
| Gerard Gigante | Analyst | $475.00 | 60.4 | $28,690.00 |
| Davis Jochim | Analyst | $425.00 | 112.6 | $47,855.00 |
| Lewis Kordupel | Analyst | $425.00 | 6.8 | $2,890.00 |
| Nicole Vander Veen | Paraprofessional | $325.00 | 4.0 | $1,300.00 |
| | | **Total** | **709.1** | **$458,640.00** |