# Exhibit F

**Expense Detail by Category Professional**

*Exhibit F*

**Boy Scouts of America and Delaware BSA, LLC**
*Expense Detail by Category*
*October 1, 2020 through October 31, 2020*

## *Airfare*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Brian Whittman | 8/28/2020 | $44.10 | Airfare one-way coach Chicago/Dallas (9/13/2020). |
| Brian Whittman | 8/28/2020 | $44.10 | Airfare one-way Dallas/Chicago (9/15/2020). |
| Carl Binggeli | 10/11/2020 | $600.22 | Airfare roundtrip coach Charlottesville/Dallas. |
| **Expense Category Total** | | **$688.42** | |

## *Lodging*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Brian Whittman | 9/14/2020 | $213.90 | Hotel in Dallas - 2 nights. |
| Carl Binggeli | 10/15/2020 | $300.15 | Hotel in Dallas - 3 nights. |
| **Expense Category Total** | | **$514.05** | |

## *Meals*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Carl Binggeli | 10/14/2020 | $36.31 | Out of town working lunch - S. Phillips, C. Binggeli - 2. |
| Carl Binggeli | 10/14/2020 | $29.01 | Out of town dinner - C. Binggeli. |
| Carl Binggeli | 10/15/2020 | $32.18 | Out of town dinner - C. Binggeli. |
| Carl Binggeli | 10/15/2020 | $22.41 | Out of town breakfast - C. Binggeli. |
| Carl Binggeli | 10/16/2020 | $24.03 | Out of town breakfast - C. Binggeli. |
| **Expense Category Total** | | **$143.94** | |

## *Miscellaneous*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Erin McKeighan | 9/30/2020 | $188.22 | CMS Monthly Data Storage Fee. |
| Ryan Walsh | 10/1/2020 | $6.97 | WebEx Charges. |
| Erin McKeighan | 10/31/2020 | $184.93 | CMS Monthly Data Storage Fee. |
| **Expense Category Total** | | **$380.12** | |

*Exhibit F*

## Boy Scouts of America and Delaware BSA, LLC
### Expense Detail by Category
### October 1, 2020 through October 31, 2020

### Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Brian Whittman | 9/13/2020 | $21.50 | Taxi from Dallas Airport to hotel. |
| Brian Whittman | 9/15/2020 | $108.00 | Parking at Chicago Airport. |
| Brian Whittman | 9/15/2020 | $46.70 | Taxi from client to Dallas Airport. |
| Carl Binggeli | 10/13/2020 | $25.41 | Taxi from Dallas Airport to hotel. |
| Carl Binggeli | 10/16/2020 | $19.87 | Taxi from client to Dallas Airport. |
| Carl Binggeli | 10/16/2020 | $9.23 | Taxi from hotel to client. |
| Carl Binggeli | 10/16/2020 | $52.00 | Parking at Charlottesville Airport. |
| **Expense Category Total** | | **$282.71** | |
| *Grand Total* | | **$2,009.24** | |