# EXHIBIT A

**Baroch Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

**DECLARATION OF THOMAS BAROCH IN SUPPORT OF APPLICATION OF THE OFFICIAL TORT CLAIMANTS' COMMITTEE PURSUANT TO SECTIONS 328(a), 330, AND 331, AND 1103 OF THE BANKRUPTCY CODE, RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND LOCAL RULE 2014-1 FOR AUTHORIZATION TO EMPLOY AND RETAIN CBRE, INC. AS REAL ESTATE APPRAISER, EFFECTIVE AS OF DECEMBER 1, 2020**

I, Thomas Baroch, declare under penalty of perjury as follows:

1.      I am a Managing Director of the Valuation and Advisory Services division at CBRE, Inc. ("CBRE" or the "Firm") with offices located at throughout the United States. CBRE and its affiliates offer a broad range of integrated services, including facilities, transaction and project management; property management; appraisal and valuation; property leasing; strategic consulting; and property sales.  My work focuses on the preparation of real estate appraisals, feasibility studies, rent analyses, and market studies of a wide variety of property types.

2.      This Declaration is submitted in support of the *Application of the Official Tort Claimants' Committee Pursuant to Sections 328, 330, 331, and 1103 of the Bankruptcy*

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

*Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for*

*Authorization to Employ and Retain CBRE, Inc. as Real Estate Appraiser Effective as of*

*December 1, 2020*  (the "Application"),[2] which is being submitted concurrently herewith.

### The Engagement

3.      To keep costs to a minimum and to optimize the most relevant

information, the TCC has asked CBRE to prepare restricted appraisals ("Appraisals") of the Real

Properties.  The Appraisals will be completed on a desk-top basis, meaning that CBRE will not

necessarily conduct site inspections.  The Appraisals will constitute an appraisal and will

conform to the Uniform Standards of Professional Appraisal Practice (USPAP).  Attached hereto

at **Exhibit 1** is a true and correct executed copy of the Retention Agreement between the TCC

and CBRE (the "Retention Agreement").

4.      Neither I nor CBRE, nor any employee of CBRE, insofar as I have been

able to ascertain to date, has any connection with the Debtors, their creditors, or any other parties

in interest in these Cases, their respective attorneys and accountants, the U.S. Trustee, or any

person employed in the office of the U.S. Trustee that would create a material conflict of interest,

except as set forth herein. I shall ensure that CBRE will continue to review for any connection

that requires disclosure under the Bankruptcy Code, Bankruptcy Rules, or Local Rules.

### Disclosure of Connections

5.      Section 1103(b) of the Bankruptcy Code does not incorporate the general

"disinterestedness" standard of section 327(a) of the Bankruptcy Code.  However, Bankruptcy

---

[2]  Capitalized terms, unless otherwise defined herein, shall have the meanings ascribed to them in the Application.

Rule 2014 requires that an application for employment under section 1103 disclose all connections with the Debtors, the estates, the professionals, and the U.S. Trustee.  CBRE, therefore, discloses its known connections herein.

6.      CBRE has begun the review of the names of the parties set forth on Schedule 1 attached hereto as part of CBRE's conflict check in these Cases.  As a result of CBRE's size and global reach, CBRE has numerous relationships with many of the parties set forth in Schedule 1 with respect to matters unrelated to the Debtors and these Cases.  However, based on the results of CBRE's preliminary conflict check, it appears that CBRE does not hold or represent any interest adverse to and has no connection, subject to the disclosures set forth herein, with the Debtors, their creditors, the U.S. Trustee, any Bankruptcy Judge currently serving on the United States Bankruptcy Court for the District of Delaware, or any party in interest herein related to the Debtors and these Cases that would create a material conflict of interest in the matters upon which CBRE is to be retained.

7.      CBRE will update this Declaration to describe any previous relationship with the Parties involved in this bankruptcy proceeding related to the Debtors and these Cases that require disclosure under the Bankruptcy Code, Bankruptcy Rules, or Local Rules.

8.      CBRE and certain of its employees may have represented, represent, or in the future may represent, creditors of the Debtors in connection with matters unrelated to the Debtors and these Cases.  At this time, CBRE is not aware of any such representations related to the Debtors and these Cases that would create a material conflict of interest.  If CBRE identifies

3

any such representations related to the Debtors and these Cases that would create a material conflict of interest, CBRE shall make disclosures as may be appropriate at that time.

9.     Based on its preliminary conflicts check, CBRE is a "disinterested person" as that term is defined in section 101(14) of title 11 of the United States Code (the "Bankruptcy Code") in that CBRE and its employees who will be involved with the Appraisals:

a.     are not creditors, equity security holders or insiders of the Debtors;

b.     are not and were not, within 2 years before the date of the filing of the petition, a director, officer or employee of the Debtors; and

c.     do not have an interest materially adverse to the interest of the estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

## Compensation

10.     As a professional seeking compensation on a fixed fee basis, CBRE seeks judicial review of its compensation pursuant to the standards of section 328(a) of the Bankruptcy Code and no other standard.

11.     No compensation has been paid or promised to be paid from a source other than the Debtors' estates in these cases on this engagement.  No promises have been received by the Firm or by any partners or employees as to compensation in connection with these cases other than in accordance with the provisions of the Bankruptcy Code.  Neither the TCC nor its members (or any of their representatives) are or will be liable for fees or costs incurred by the Firm in its representation of the TCC.

12.     Subject to Court approval in accordance with sections 328 and 330(a) of the Bankruptcy Code, as applicable, and the applicable orders of this Court, compensation will be payable to CBRE on a flat fee basis of $2,900 for each Appraisal that CBRE produces plus reimbursement of actual, necessary expenses and other charges CBRE incurs, including courier and overnight delivery charges.

13.     CBRE will charge for expenses in a manner and at rates consistent with charges made generally to CBRE's other clients and within the guidelines set forth in Local Rule 2016-1, and all amendments and supplemental standing orders of the Court.

14.     Should further valuation services be required or should CBRE provide witness testimony regarding the Appraisals, CBRE will provide such services at CBRE's standard hourly rates, which range from $450-$750 per hour.  In addition, if CBRE is subpoenaed or otherwise subject to discovery, CBRE will bill at its standard hourly rates for its time spent responding to discovery requests. Those standard hourly rates range from $450 -$750 per hour.

15.     Consistent with Section 504 of the Bankruptcy Code, CBRE will not share or agree to share compensation or reimbursement with any other person or entity.  CBRE seeks, however, to pay third party real estate professionals and real estate information companies (without further court review or approval) in order to purchase from them their local market insights and data.

16.     CBRE understands that, subject to Court approval, the TCC has retained and may seek to retain various professionals during the pendency of these Cases.  The services to

5

be provided by CBRE will supplement the services provided to the TCC by other retained professionals.  CBRE intends to work closely with all professionals retained by the TCC to ensure that there is no unnecessary duplication of services performed or charged to the Debtors' estates.

17.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  December 3, 2020                                                        as agent for CBRE

DOCS_LA:334192.5 85353/002

**EXHIBIT 1 TO THOMAS BAROCH DECLARATION**

**RETENTION AGREEMENT**

This Retention Agreement ("Agreement") is made as of December 1, 2020, by and between The Official Committee of Tort Claimants ("Client" or (as defined below) "TCC") in the chapter 11 cases of Boy Scouts of America and Delaware BSA, LLC, and CBRE, Inc., a Delaware corporation. In consideration of the mutual agreements herein contained and subject to the entry of the "Order" (as defined below), "TCC" (as defined below) hereby retains "CBRE" (as defined below) to act as TCC's real estate advisor upon the terms and conditions set forth herein.

I.    **Definitions**

The following terms as used herein have the following meanings.

A.    "Bankruptcy Court" means the United States Bankruptcy Court for the District of Delaware in the Debtors' Chapter 11 Cases, Case No. 20-10343 (LSS), Jointly Administered.

B.    "Code" means the United States Bankruptcy Code, 11 U.S.C. § 101, et seq.

C.    "Debtors" means the Boy Scouts of America and Delaware BSA, LLC.

D.    "Effective Date" means the date of mutual execution of this Agreement, subject to entry of an Order.

E.    "CBRE" means CBRE, Inc., a Delaware corporation.

F.    "Order" shall mean an Order issued by the Bankruptcy Court approving this Agreement.

G.    "Property" and "Properties" refers to the real properties that are owned by the Local Councils, which total more than 1,000.

H.    "Term" Subject to the approval of the Bankruptcy Court, the term of CBRE's retention shall be from the date of TCC's execution of this Agreement for a period of one year, which term can be extended pursuant to the same terms and conditions and by the mutual consent of the parties without the need for further application to the Bankruptcy Court. This Agreement shall be binding upon the TCC only upon approval of the Bankruptcy Court. The provisions of this section of the Agreement shall survive the termination of this Agreement.

I.    "TCC" means the Official Committee of Tort Claimants in the Chapter 11 Proceedings of Boy Scouts of America and Delaware BSA, LLC.

II.    **Appraisal Services**

A.    CBRE shall present to the TCC restricted appraisals containing the information set forth in Exhibit A attached hereto and setting forth its estimates as to the values of the Properties (each, an "Appraisal") and a summary of all the Appraisals also as described in Exhibit A. To the extent that CBRE has actual knowledge of deed

restrictions and land use restrictions, CBRE may take those restrictions into consideration.

B.      All statements of fact in the report that are used as the basis of the CBRE's analyses, opinions, and conclusions will be true and correct to CBRE's actual knowledge and belief.  CBRE does not make any representation or warranty, express or implied, as to the accuracy or completeness of the information or the condition of the Property furnished to CBRE by Client or others.    TO THE FULLEST EXTENT PERMITTED BY LAW, CBRE DISCLAIMS ANY GUARANTEE OR WARRANTY AS TO THE OPINIONS AND CONCLUSIONS PRESENTED ORALLY OR IN ANY APPRAISAL, INCLUDING WITHOUT LIMITATION ANY WARRANTY OF FITNESS FOR ANY PARTICULAR PURPOSE EVEN IF KNOWN TO CBRE.  Furthermore, the conclusions and any permitted reliance on and use of the Appraisals shall be subject to the assumptions, limitations, and qualifying statements in the report.

C.      IN NO EVENT SHALL CBRE OR ANY OF ITS AFFILIATES, OFFICERS, DIRECTORS, EMPLOYEES, AGENTS, OR CONTRACTORS BE LIABLE TO THE CLIENT OR ANY OTHER PARTY IN CONNECTION WITH THIS AGREEMENT, WHETHER BASED IN CONTRACT, WARRANTY, INDEMNITY, NEGLIGENCE, STRICT LIABILITY OR OTHER TORT OR OTHERWISE, FOR ANY SPECIAL, CONSEQUENTIAL, PUNITIVE, INCIDENTAL OR INDIRECT DAMAGES OR FOR AGGREGATE DAMAGES IN EXCESS OF THE GREATER OF THE TOTAL FEES PAYABLE TO CBRE UNDER THIS AGREEMENT OR TEN THOUSAND DOLLARS ($10,000). THIS LIABILITY LIMITATION SHALL NOT APPLY IN THE EVENT OF A FINAL FINDING BY AN ARBITRATOR OR A COURT OF COMPETENT JURISDICTION THAT SUCH LIABILITY IS THE RESULT OF A PARTY'S FRAUD OR WILLFUL MISCONDUCT.

## III.    Fees and Expenses

A.      <u>Appraisals</u>: Upon completion of each Appraisal of a Property, CBRE shall be compensated in the fixed amount of two thousand nine hundred dollars ($2,900) per Property, payable upon the terms of the monthly, interim or final fee application (as applicable) filed with and approved by the Bankruptcy Court approving same.

B.      <u>Additional Services and Testimony</u>:  For additional services beyond preparing the Appraisals and for time spent during any meetings with TCC or its advisors in preparation for or in connection with in-court and/or deposition testimony, preparation for testimony, responding to discovery requests, waiting and travel time, document review and preparation, and any and all meetings related thereto, CBRE shall be paid on an hourly basis (billed in tenths of an hour) for its time, which ranges from $450-$750 per hour.

C.      <u>Reimbursement of Expenses</u>:  CBRE shall bill the actual costs it incurs for all traveling, lodging, FedEx or UPS or other courier service, postage, photocopying charges, and other expenses incurred in connection with performing the services required by this Agreement.

D.  Fee Applications:  The fees contemplated under this Agreement are subject to the filing of monthly, interim and final fee applications and approval by the Bankruptcy Court under 11 U.S.C. § 328, 330, and 331.

## IV.  Bankruptcy Court Approval

TCC shall file an application with the Bankruptcy Court for, and will use its best efforts to obtain, an Order approving the retention of CBRE.  With respect to such application and Order:

1.  TCC acknowledges that this Agreement in its entirety will be attached to and made a part of TCC's application to the Bankruptcy Court and will be referenced to in the Order.

2.  The application shall seek an Order authorizing the employment of CBRE as of the date of this Agreement, as professional persons pursuant to Sections 328 and 1101 of the Code (with compensation subject to the standard of review of Section 328(a) of the Code and not any other standard, including that provided in Section 330 of the Code); provided, however, any fees incurred on an hourly basis shall be subject to section 330 of the Code. In the event that the Bankruptcy Court does not enter an order acceptable to CBRE, CBRE shall have no further obligations under the terms of this Agreement.

3.  TCC agrees that an Order approving CBRE's retention incorporates by reference this entire Agreement inclusive of the below provisions even if not specifically mentioned in the Order.  TCC agrees that:

a.  none of the fees payable to CBRE hereunder shall constitute a "bonus" under applicable law;

b.  CBRE is exempt from the requirement to keep time records (unless CBRE services are being billed by the hour);

c.  CBRE's fees and expenses shall be treated as administrative expense claims in the Debtors' bankruptcy case;

d.  Consistent with Section 504(a) of the Bankruptcy Code, CBRE may not share or agree to share any compensation or reimbursement with another person or any compensation or reimbursement received by another person under Section 502(b)(2) or 503(b)(4) of the Bankruptcy Code. Such prohibition, however, shall not restrict CBRE from paying third party real estate professionals or real estate information services companies in order to purchase from them their local market insights and data.  CBRE shall have no obligation to obtain prior approvals before engaging and paying such third parties and have no disclosure requirements regarding the same except to the extent CBRE seeks reimbursement for such costs, in which case the cost will be identified on its invoice and fee applications.

e. Bankruptcy Court has and shall retain core jurisdiction to hear and determine all matters arising from the implementation of this Agreement, and neither the TCC nor CBRE shall be required to seek authorization from any other jurisdiction with respect to the relief granted by the Order approving this Agreement.

## V.    Miscellaneous

A. <u>Authority</u>.  The parties hereto warrant and represent that this Agreement has been approved by all requisite corporate action and that the party executing this Agreement has full power and authority to do so.

B. <u>Construction</u>.  Headings used in this Agreement are for convenience only and shall not be used to interpret or construe its provisions.  This Agreement shall be construed fairly as to all parties and there shall be no presumption against the party who drafted this Agreement in the interpretation of this Agreement.  By executing or otherwise accepting this Agreement, TCC and CBRE acknowledge and represent that they are represented by and have consulted with legal counsel with respect to the terms and conditions contained herein.

C. <u>Counterparts</u>.  This Agreement may be executed in two or more counterparts, and by the different parties hereto in separate counterparts, each of which when executed shall be deemed to be an original, but all of which taken together shall constitute one and the same agreement.  Facsimile and electronic transmission (including the email delivery of documents in Adobe PDF format) of any signed original counterpart or retransmission of any signed facsimile transmission shall be deemed the same as the delivery of the original.

D. <u>Notice</u>. Any correspondence or required notice shall be addressed as follows and shall be sent by UPS, FedEx, or similar overnight delivery service with proof of delivery, be supplemented by email, and shall be effective as of the date of actual receipt of the overnight delivery service.  Such notice shall be addressed as follows:

If to CBRE, to:            CBRE, Inc.
                          Attn: David Bauman
                          222 Main Street, 4th Floor
                          Salt Lake City, UT 84101
                          Telephone: (801) 869-8059
                          Email: David.Bauman@cbre.com

With a copy to:            CBRE, Inc.
                          1225 17th Street, Suite 3200
                          Denver, CO 80202
                          Attn: Tom Baroch
                          Telephone: (303) 628-7474
                          Email: tom.baroch@cbre.com

If to TCC, to:          Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067
Attn: John Lucas and Jason Pomerantz
Telephone: (310) 277-6910
Email: jlucas@pszjlaw.com
Email:  jspomerantz@pszjlaw.com

With a copy to:     Berkley Research Group
201 South Main Street Suite 450
Salt Lake City, Utah 84111
Attn: R. Todd Neilson, Managing Director
Telephone: 801 541 7858
Email: TNeilson@thinkbrg.com

## VI.    No Tax, Accounting or Legal Advice

Client acknowledges and agrees that CBRE will not be responsible for Client's tax, accounting or legal treatment of any transactions or matters contemplated hereby. Client will seek any such advice from its own tax, accounting and legal advisors.

IN WITNESS WHEREOF, the parties have caused this Agreement to be executed on their behalf by their respective duly authorized representatives as of the date set-forth below.

OFFICIAL COMMITTEE OF TORT CLAIMANTS IN THE CHAPTER 11 PROCEEDINGS OF BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC

CBRE, INC.

By: _____

Name:  John Humphrey

Title:    Chair of TCC

By: _____ as agent for CBRE

Name: Tom Baroch

Title: Managing Director

| | |
|---|---|
| If to TCC, to: | Pachulski Stang Ziehl & Jones LLP |
| | 10100 Santa Monica Blvd., Suite 1100 |
| | Los Angeles, CA 90067 |
| | Attn: John Lucas and Jason Pomerantz |
| | Telephone: (310) 277-6910 |
| | Email: jlucas@pszjlaw.com |
| | Email:  jspomerantz@pszjlaw.com |
| | |
| With a copy to: | Berkley Research Group |
| | 201 South Main Street Suite 450 |
| | Salt Lake City, Utah 84111 |
| | Attn: R. Todd Neilson, Managing Director |
| | Telephone: 801 541 7858 |
| | Email: TNeilson@thinkbrg.com |

## VI.    No Tax, Accounting or Legal Advice

Client acknowledges and agrees that CBRE will not be responsible for Client's tax, accounting or legal treatment of any transactions or matters contemplated hereby. Client will seek any such advice from its own tax, accounting and legal advisors.

IN WITNESS WHEREOF, the parties have caused this Agreement to be executed on their behalf by their respective duly authorized representatives as of the date set-forth below.

| | |
|---|---|
| OFFICIAL COMMITTEE OF TORT CLAIMANTS IN THE CHAPTER 11 PROCEEDINGS OF BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC | CBRE, INC. |

By: _____          By: _____
Name:  John Humphrey                     Name: _____
Title:    Chair of TCC                   Title: _____

**EXHIBIT A**

**APPRAISAL REPORT CONTENTS**

The summary spreadsheet will include:
- Camp name, address, city, county and State
- Total acreage
- Zoning and known deed restrictions
- Comparable data search criteria
- Identify the number of comparables cited; the high, low and average price per acre indications; a brief discussion of the data in relation to the subject camp and our estimated range of value.

Additional items to be included in Appraisal Report will include:
- Identity of the client and any intended users by name
- Statement that the report is restricted to use by the client and named intended users
- Warning that the report may not contain supporting rationale for all of the opinions and conclusions set forth in the report
- Intended use
- Real property interest appraised
- Market value definition
- Effective date of the report
- Statement of the scope of work used to develop the value conclusions
- Statement regarding use of each property
- List of any extraordinary assumptions required
- Signed Certification for each property by the appraiser

## **SCHEDULE 1**

## **SCHEDULE 1**

**List of Potentially Interested Parties**

**List of Schedules**

| Schedule | Category |
| --- | --- |
| 1(a) | Debtors |
| 1(b) | Current and Former Directors and Officers of the Debtors |
| 1(c) | Non-Debtor Affiliates |
| 1(d) | Selected Chartered Organizations |
| 1(e) | Local Councils |
| 1(f) | Secured Parties |
| 1(g) | Banks |
| 1(h) | Credit Card Processors |
| 1(i) | Insurers |
| 1(j) | Landlords |
| 1(k) | Litigation Parties |
| 1(l) | Professionals to be Retained by the Debtors |
| 1(m) | Professionals Representing Certain Parties in Interest |
| 1(n) | Ordinary Course Professionals |
| 1(o) | Tort Claimants Committee |
| 1(p) | Unsecured Creditors Committee |
| 1(q) | Top 25 Plaintiffs' Law Firms Representing the Largest Number of Abuse Victims Asserting Claims Against the Debtors |
| 1(r) | Top 30 General Unsecured Creditors of the Debtors (Non-Abuse Claims) |
| 1(s) | Deferred Compensation and Restoration Plan Participants |
| 1(t) | Significant Contract Counterparties |
| 1(u) | Significant Customers |
| 1(v) | Significant Donors |
| 1(w) | Significant Vendors |
| 1(x) | Significant Taxing Authorities |
| 1(y) | Significant Utility Providers |
| 1(z) | U.S. Trustee, Judges, and Court Contacts for the District of Delaware |

## **Schedule 1(a)**

### **Debtors**

Boy Scouts of America
Delaware BSA, LLC

**Schedule 1(b)**

**Current and Former Directors and Officers of the Debtors**

| | |
|---|---|
| Al Lambert | Jack Otto |
| Alison K. Schuler | James D. Rogers |
| Arthur F. "Skip" Oppenheimer | James S. Turley |
| Aubrey Harwell | James S. Wilson |
| Brad Haddock | Janice Bryant Howroyd |
| Bradley D. Tilden | Jeanette Prenger |
| Bray B. Barnes | Jeanne Arnold |
| C. David Moody | Jeffrey R. Holland |
| Charles H. Smith | Jennifer Hancock |
| Charles W. Dahlquist | Jim Ryffel |
| Craig Fenneman | Joe Crafton |
| D. Kent Clayburn | John C. Cushman |
| Dan Ownby | John Gottschalk |
| Daniel  Cabela | John Mosby |
| David Biegler | John R. Donnell Jr. |
| David L. Steward | Jose  Nino |
| David M. Clark | Joseph P Landy |
| David Rumbarger | Joy Jones |
| David S. Alexander | Keith A. Clark |
| Dennis H. Chookaszian | L.B. Eckelkamp Jr. |
| Devang Desai | Lisa Argyros |
| Dominic Wolters | Lyle Knight |
| Doug   Mitchell | Mark Logemann |
| Douglas H. Dittrick | Matthew K. Rose |
| Doyle Parrish | Matthew Parsons |
| Drayton McLane Jr. | Michael Ashline |
| E. Gordon Gee | Michael E. Sears |
| Ellie Morrison | Michael G. Hoffman |
| Eric Schultz | Michael Surbaugh |
| Erin Eisner | Nathan O. Rosenberg |
| Forrest Gertin | Nevada "Al" Kent |
| Francis McAllister | Pamela Petterchak |
| Frank D. Tsuru | Patrick Sterrett |
| Frank Ramirez | Paul Raines |
| Fred Markham | Philip M. Condit |
| Gary Crum | Pratik Vaidya |
| Gary E. Wendlandt | Ralph de la Vega |
| Glenn Adams | Randall Stephenson |
| Hannah Carter | Ray Capp |
| Hector A. "Tico" Perez | Raymond Johns |
| Howard Bulloch | Rex W. Tillerson |
| J. Brett Harvey | Rick Cronk |
| Jack Furst | Robert H. Reynolds |

Robert M. Gates
Roger C. Mosby
Ron  Kirk
Ronald O. Coleman
Roy S. Roberts
Scott Christensen
Scott Sorrels
Scott W. Beckett
Stephen Owen
Steven E. Weekes
Steven Rendle
Tanya Acker
Thear Suzuki
Thomas C. Edwards
Thomas S. Monson
Thomas Yarboro
Wayne Perry
Wesley Coleman
Wesley J. Smith
William Rosner
William W. Stark Jr.

## Schedule 1(c)

### Non-Debtor Affiliates

Arrow WV, Inc.
Atikaki Youth Ventures Inc.
Atikokan Youth Ventures Inc.
BSA Asset Management, LLC
BSA Commingled Endowment Fund, LP
BSA Endowment Master Trust
Learning for Life
National Boy Scouts of America Foundation
NewWorld19, LLC
Texas BSA, LLC

**Schedule 1(d)**

**Selected Chartered Organizations[1]**

All Saints R.C. Church
Archdiocese of New York
Audubon Baptist Church
Beech Haven Baptist Church
Big Cross Elementary School
Bishop Turner High School
Calasanctius School of Buffalo
Canisius High School of Buffalo
Capuchin Franciscans
Capuchin Franciscans Custody of Star of The Sea
Capuchin Franciscans Province of St. Mary
Carmel of The Immaculate Concepcion
Cascade Charter Township
Church of The Holy Innocents
City of Bloomingdale
Corporation of the President of the Church of Jesus Christ of Latter-Day Saints
Country Farm Supply
Diocese of Brooklyn
Diocese of Buffalo
Discalced Carmelite Nuns (O.C.D.) A.K.A. Order of Discalced Carmelites
First Baptist Church of Athens
First Baptist Church of Danville D/B/A Boy Scout Troop 354
First Baptist Church of Gainesville
Glens Falls City School District
Greek Orthodox Archdiocese of America
Green Acres Baptist Church
Holy Family Church
Holy Family R.C. Church
House of Hope Presbyterian Church
Immaculate Conception R.C. Church
Louisville Metro Police Department, City of Louisville, Jefferson County / Louisville Consolidated Government
Mohawk District of The Northern New York Annual Conference of The Methodist Episcopal Church of New York

Monastery of Christ In The Desert
Our Lady of Lourdes Catholic School
Our Savior Lutheran Church
Queen of Peace R.C. Church
Reformation Lutheran Church
Regis High School
Roman Catholic Archbishop of Agana
Roman Catholic Archdiocese of New York, Archdiocese of New York
Roman Catholic Parish of St. Frances Xavier Cabrini, Rochester NY (Formerly "Church of The Annunciation Of Rochester, New York"), a Religious Corporation
Sacred Heart - Espanola
Saint John The Baptist Church
School Sisters of Notre Dame Central Pacific Province, Inc.
School Sisters of Notre Dame, Region of Guam
Silver Springs Shores Presbyterian Church, Inc.
Society of Jesus, USA-Northeast Province A/K/A The Jesuits
St. Ambrose Church
St. Benedict Joseph Labre Church
St. Benedict Joseph Labre School
St. Brigid's R.C. Church
St. Catherine's Roman Catholic Church
St. Catherine's Roman Catholic Church School
St. Demetrios Greek Orthodox Church St. Francis of Assisi Roman Catholic Church
St. Francis Xavier Church
St. Helena Parish
St. John Gualbert R.C. Church
St. John Vianney R.C. Church
St. Josephats R.C. Church
St. Nicholas of Tolentine

---

[1] There are approximately 41,000 chartered organizations. This list only includes those charted organizations known by the Debtors to be implicated in abuse claims with the BSA.

St. Paul's R.C. Church

St. Pius V

St. Pius X Catholic Church of Rochester, Minnesota

St. Teresa Parish A/K/A Church of St. Teresa of The Infant Jesus

St. Teresa R.C. Church

The Blessed Trinity R.C. Church

The Diocese of Rochester (A/K/A "Roman Catholic Diocese of Rochester"), A Religious Corporation

The Foundation of The Roman Catholic Diocese of Buffalo N.Y., Inc.

The Pingry School

The Roman Catholic Diocese of Syracuse

The Roman Catholic Diocese of Syracuse, NY

The School Sisters Of Notre Dame, Milwaukee Province, Inc.

Town of Deerfield

Town of Trumbull

University Heights Presbyterian Church

USA Northeast Province of The Society of Jesus

Weedsport Central School District

Weedsport Central School District Board of Education

## Schedule 1(e)

### Local Councils

Boy Scouts of America Abraham Lincoln Council

Boy Scouts of America Alabama-Florida Council

Boy Scouts of America Alameda Council

Boy Scouts of America Alamo Area Council

Boy Scouts of America Allegheny Highlands Council

Boy Scouts of America Aloha Council

Boy Scouts of America Andrew Jackson Council

Boy Scouts of America Anthony Wayne Area Council

Boy Scouts of America Arbuckle Area Council

Boy Scouts of America Atlanta Area Council

Boy Scouts of America Baden-Powell Council

Boy Scouts of America Baltimore Area Council

Boy Scouts of America Bay Area Council

Boy Scouts of America Bay-Lakes Council

Boy Scouts of America Black Hills Area Council

Boy Scouts of America Black Swamp Area Council

Boy Scouts of America Black Warrior Council

Boy Scouts of America Blackhawk Area Council

Boy Scouts of America Blue Grass Council

Boy Scouts of America Blue Mountain Council

Boy Scouts of America Blue Ridge Council

Boy Scouts of America Blue Ridge Mountains Council

Boy Scouts of America Buckeye Council

Boy Scouts of America Buckskin Council

Boy Scouts of America Bucktail Council

Boy Scouts of America Buffalo Trace Council

Boy Scouts of America Buffalo Trail Council

Boy Scouts of America Caddo Area Council

Boy Scouts of America Calcasieu Area Council

Boy Scouts of America California Inland Empire Council

Boy Scouts of America Cape Cod And Islands Council

Boy Scouts of America Cape Fear Council

Boy Scouts of America Capitol Area Council

Boy Scouts of America Cascade Pacific Council

Boy Scouts of America Catalina Council

Boy Scouts of America Central Florida Council

Boy Scouts of America Central Georgia Council

Boy Scouts of America Central Minnesota Council

Boy Scouts of America Central North Carolina Council

Boy Scouts of America Chattahoochee Council

Boy Scouts of America Cherokee Area Council

Boy Scouts of America Chester County Council

Boy Scouts of America Chickasaw Council

Boy Scouts Of America Chief Cornplanter Council

Boy Scouts of America Chief Seattle Council

Boy Scouts of America Chippewa Valley Council

Boy Scouts of America Choctaw Area Council

Boy Scouts of America Cimarron Council

Boy Scouts of America Circle Ten Council

Boy Scouts of America Coastal Carolina Council

Boy Scouts of America Coastal Georgia Council

Boy Scouts of America Colonial Virginia Council

Boy Scouts of America Columbia-Montour Council

Boy Scouts of America Connecticut Rivers Council

Boy Scouts of America Connecticut Yankee Council

Boy Scouts of America Conquistador Council

Boy Scouts of America Cornhusker Council

Boy Scouts of America Coronado Area Council

Boy Scouts of America Cradle Of Liberty Council

Boy Scouts of America Crater Lake Council

Boy Scouts of America Crossroads Of America Council

Boy Scouts of America Dan Beard Council

Boy Scouts of America Daniel Boone Council

Boy Scouts of America Daniel Webster Council

Boy Scouts of America De Soto Area Council

Boy Scouts of America Del-Mar-Va Council

Boy Scouts of America Denver Area Council

Boy Scouts of America East Carolina Council

Boy Scouts of America East Texas Area Council

Boy Scouts of America Erie Shores Council

Boy Scouts of America Evangeline Area Council

Boy Scouts of America Far East Council

Boy Scouts of America Five Rivers Council

Boy Scouts of America Flint River Council

Boy Scouts of America French Creek Council

Boy Scouts of America Gamehaven Council

Boy Scouts of America Garden State Council

Boy Scouts of America Gateway Area Council

Boy Scouts of America Georgia-Carolina Council

Boy Scouts of America Glacier's Edge Council

Boy Scouts of America Golden Empire Council

Boy Scouts of America Golden Spread Council

Boy Scouts of America Grand Canyon Council

Boy Scouts of America Grand Columbia Council

Boy Scouts of America Grand Teton Council

Boy Scouts of America Great Alaska Council

Boy Scouts of America Great Rivers Council

Boy Scouts of America Great Salt Lake Council

Boy Scouts of America Great Smoky Mountain Council

Boy Scouts of America Great Southwest Council

Boy Scouts of America Great Trail Council

Boy Scouts of America Greater Alabama Council

Boy Scouts of America Greater Los Angeles Area Council

Boy Scouts of America Greater New York Council

Boy Scouts of America Greater Niagara Frontier Council

Boy Scouts of America Greater St. Louis Area Council

Boy Scouts of America Greater Tampa Bay Area Council

Boy Scouts of America Greater Wyoming Council

Boy Scouts of America Greater Yosemite Council

Boy Scouts of America Green Mountain Council

Boy Scouts of America Greenwich Council

Boy Scouts of America Gulf Coast Council

Boy Scouts of America Gulf Stream Council

Boy Scouts of America Hawk Mountain Council

Boy Scouts of America Hawkeye Area Council

Boy Scouts of America Heart Of America Council

Boy Scouts of America Heart Of New England Council

Boy Scouts of America Heart Of Virginia Council

Boy Scouts of America Hoosier Trails Council

Boy Scouts of America Housatonic Council

Boy Scouts of America Hudson Valley Council

Boy Scouts of America Illowa Council

Boy Scouts of America Indian Nations Council

Boy Scouts of America Indian Waters Council

Boy Scouts of America Inland Northwest Council

Boy Scouts of America Iroquois Trail Council

Boy Scouts of America Istrouma Area Council

Boy Scouts of America Jayhawk Area Council

Boy Scouts of America Jersey Shore Council

Boy Scouts of America Juniata Valley Council

Boy Scouts of America Katahdin Area Council

Boy Scouts of America La Salle Council

Boy Scouts of America Lake Erie Council

Boy Scouts of America Las Vegas Area Council

Boy Scouts of America Last Frontier Council

Boy Scouts of America Laurel Highlands Council

Boy Scouts of America Leatherstocking Council

Boy Scouts of America Lincoln Heritage Council

Boy Scouts of America Long Beach Area Council

Boy Scouts of America Longhorn Council

Boy Scouts of America Longhouse Council

Boy Scouts of America Longs Peak Council

Boy Scouts of America Los Padres Council

Boy Scouts of America Louisiana Purchase Council

Boy Scouts of America Marin Council

Boy Scouts of America Mason-Dixon Council

Boy Scouts of America Mayflower Council

Boy Scouts of America Mecklenburg County Council

Boy Scouts of America Miami Valley Council

Boy Scouts of America Michigan Crossroads Council

Boy Scouts of America Mid-America Council

Boy Scouts of America Middle Tennessee Council

Boy Scouts of America Mid-Iowa Council

Boy Scouts of America Midnight Sun Council

Boy Scouts of America Minsi Trails Council

Boy Scouts of America Mississippi Valley Council

Boy Scouts of America Mobile Area Council

Boy Scouts of America Monmouth Council

Boy Scouts of America Montana Council

Boy Scouts of America Moraine Trails Council

Boy Scouts of America Mount Baker Council

Boy Scouts of America Mount Diablo Silverado Council

Boy Scouts of America Mountaineer Area Council

Boy Scouts of America Muskingum Valley Council

Boy Scouts of America Narragansett Council

Boy Scouts of America National Capital Area Council

Boy Scouts of America Nevada Area Council

Boy Scouts of America New Birth Of Freedom Council

Boy Scouts of America North Florida Council

Boy Scouts of America Northeast Georgia Council

Boy Scouts of America Northeast Illinois Council

Boy Scouts of America Northeast Iowa Council

Boy Scouts of America Northeastern Pennsylvania Council

Boy Scouts of America Northern Lights Council

Boy Scouts of America Northern New Jersey Council

Boy Scouts of America Northern Star Council

Boy Scouts of America Northwest Georgia Council

Boy Scouts of America Northwest Texas Council

Boy Scouts of America Norwela Council

Boy Scouts of America Occoneechee Council

Boy Scouts of America Ohio River Valley Council

Boy Scouts of America Old Hickory Council

Boy Scouts of America Old North State Council

Boy Scouts of America Orange County Council

Boy Scouts of America Oregon Trail Council

Boy Scouts of America Ore-Ida Council

Boy Scouts of America Overland Trails Council

Boy Scouts of America Ozark Trails Council

Boy Scouts of America Pacific Harbors Council

Boy Scouts of America Pacific Skyline Council

Boy Scouts of America Palmetto Council

Boy Scouts of America Pathway To Adventure Council

Boy Scouts of America Patriots' Path Council

Boy Scouts of America Pee Dee Area Council

Boy Scouts of America Pennsylvania Dutch Council

Boy Scouts of America Piedmont Council

Boy Scouts of America Pikes Peak Council

Boy Scouts of America Pine Burr Area Council

Boy Scouts of America Pine Tree Council

Boy Scouts of America Pony Express Council

Boy Scouts of America Potawatomi Area Council

Boy Scouts of America Prairielands Council

Boy Scouts of America Puerto Rico Council

Boy Scouts of America Pushmataha Area Council

Boy Scouts of America Quapaw Area Council

Boy Scouts of America Quivira Council

Boy Scouts of America Rainbow Council

Boy Scouts of America Redwood Empire Council

Boy Scouts of America Rio Grande Council

Boy Scouts of America Rip Van Winkle Council

Boy Scouts of America Rocky Mountain Council

Boy Scouts of America Sagamore Council

Boy Scouts of America Sam Houston Area Council

Boy Scouts of America Samoset Council

Boy Scouts of America San Diego-Imperial Council

Boy Scouts of America San Francisco Bay Area Council

Boy Scouts of America Santa Fe Trail Council

Boy Scouts of America Seneca Waterways Council
Boy Scouts of America Sequoia Council
Boy Scouts of America Sequoyah Council
Boy Scouts of America Shenandoah Area Council
Boy Scouts of America Silicon Valley Monterey Bay Council
Boy Scouts of America Simon Kenton Council
Boy Scouts of America Sioux Council
Boy Scouts of America Snake River Council
Boy Scouts of America South Florida Council
Boy Scouts of America South Georgia Council
Boy Scouts of America South Plains Council
Boy Scouts of America South Texas Council
Boy Scouts of America Southeast Louisiana Council
Boy Scouts of America Southern Sierra Council
Boy Scouts of America Southwest Florida Council
Boy Scouts of America Spirit Of Adventure Council
Boy Scouts of America Stonewall Jackson Area Council
Boy Scouts of America Suffolk County Council
Boy Scouts of America Susquehanna Council
Boy Scouts of America Suwannee River Area Council
Boy Scouts of America Tecumseh Council
Boy Scouts of America Texas Southwest Council
Boy Scouts of America Texas Trails Council
Boy Scouts of America Theodore Roosevelt Council
Boy Scouts of America Three Fires Council
Boy Scouts of America Three Harbors Council
Boy Scouts of America Three Rivers Council

Boy Scouts of America Tidewater Council
Boy Scouts of America Transatlantic Council
Boy Scouts of America Trapper Trails Council
Boy Scouts of America Tukabatchee Area Council
Boy Scouts of America Tuscarora Council
Boy Scouts of America Twin Rivers Council
Boy Scouts of America Twin Valley Council
Boy Scouts of America Utah National Parks Council
Boy Scouts of America Ventura County Council
Boy Scouts of America Verdugo Hills Council
Boy Scouts of America Voyageurs Area Council
Boy Scouts of America W.D. Boyce Council
Boy Scouts of America Washington Crossing Council
Boy Scouts of America West Tennessee Area Council
Boy Scouts of America Westark Area Council
Boy Scouts of America Westchester-Putnam Council
Boy Scouts of America Western Los Angeles County Council
Boy Scouts of America Western Massachusetts Council
Boy Scouts of America Westmoreland-Fayette Council
Boy Scouts of America Winnebago Council
Boy Scouts of America Yocona Area Council
Boy Scouts of America Yucca Council

**Schedule 1(f)**

**Secured Parties**

AT&T Capital Services, Inc.
AT&T Corporation
Automation Tools, LLC
CIT Bank, N.A.
Datamax, Inc.
EverBank Commercial Finance, Inc.
Firebird Structures, LLC
Giant Bicycle, Inc.
HYG Financial Services, Inc.
ImageNet Consulting, LLC
Insight Investments, LLC
JPMorgan Chase Bank, N.A.
Kaufman Fire Protection Systems, Inc.
Key Equipment Finance
Konica Minolta Premier Finance
MB Financial Bank, N.A.
Raymond Leasing Corp
TCF Equipment Finance, Inc.
The Chase Manhattan Bank
The "Green Bar Bill" Hillcourt Foundation
The "Green Bar Bill" Hillcourt Foundation, C/O Winstead PC
TIAA Commercial Finance, Inc.
UniFi Equipment Finance, Inc.
Veristor Capital, LLC
Wells Fargo Financial Leasing, Inc.

## **Schedule 1(g)**

### **Banks**

Banco Popular
Bank of America
BB&T
Blackrock
Charles Schwab
CIBC - First Caribbean Bank
Federated Bank
Fidelity Investments
Fifth Third Bank
First Bank - Virgin Islands
First State Bank
Goldman Sachs
InBank
JPMorgan Chase Bank, N.A.
Merrill Lynch, Pierce, Fenner & Smith, Inc.
Northern Trust Corporation
PNC Bank
RBC Bank
Regions Bank
Scotiabank
State Street Bank
TD Bank
US Bank
Wells Fargo & Company

**Schedule 1(h)**

**Credit Card Processors**

American Express
Authorize.net
Bank of America Merchant Services
Card Connect
Discover
Dynamic Payments
Global Payments Inc.
JPMorgan Chase Bank, N.A.
Mastercard
Moneris
Opticard
Paymentech, LLC
PayPal, Inc.
Shift4
Stripe (Shopify)
TSYS/Cayan
Valutec
Visa
Wells Fargo & Company
Wild Apricot

## Schedule 1(i)

### Insurers

Ace Insurance Group
Aetna Casualty and Surety Company
Agricultural Excess & Surplus Insurance
    Company
Agricultural Insurance Company
AIG
Allianz Global Corporate & Specialty SE
Allianz Global Risks US Insurance
    Company
Allianz Insurance Company
Allianz Societas Europaea
Allied World Assurance Co.
Allied World Assurance Company (U.S.),
    Inc.
Allied World Assurance Company, Ltd
Alterra Excess & Surplus Insurance
    Company
American Guarantee and Liability Insurance
    Company
American International Group, Inc.
American Re-Insurance Company
American Zurich Insurance Company
Arch Capital Group (U.S.)
Arch Insurance Company
Arch Reinsurance Ltd.
Argo Group International Holdings, Ltd
Argonaut Insurance Company
Argonaut Insurance Group
Arrowood Indemnity Company
Arrowpoint Capital Corp.
Aspen Insurance Holdings Limited
Ategrity Specialty
Ategrity Specialty Insurance Company
AXA Insurance Company
AXA XL
Axis Capital Holdings Limited
Axis Insurance Company
Axis Specialty Insurance Company
Axis Surplus Insurance Company
Beazley Insurance Company, Inc.
Berkley Insurance Company
Berkshire Hathaway Insurance Group
California Union Insurance Company

Catlin Underwriting Agencies Limited
Century Indemnity Company
Chubb Atlantic Indemnity Ltd.
Chubb Custom Insurance Company
Chubb Executive Risk
Chubb Group of Insurance Companies
Cincinnati Specialty Underwriters Insurance
    Company
Clarendon America Insurance Company
Clarendon National Insurance Company
CNA Insurance Companies
Colony Insurance Company
Columbia Casualty Company
Continental Insurance Company
Endurance American Insurance Company
Endurance American Specialty Insurance
    Company
Enstar Group Limited
Euclid Insurance Services, Inc.
Evanston Insurance Company
Everest National Insurance Company
Everest Re Group
Fairfax (US) Inc.
Fairfax Financial (USA) Group
Federal Insurance Company
Fireman's Fund Insurance Companies
First Specialty Insurance Corporation
First State Insurance Company
Gemini Insurance Company
General Star Indemnity Company
Great American
Great American Assurance Company
Great American E & S Insurance Company
Great American Property and Casualty
    Insurance Group
Gulf Insurance Company
Hallmark Specialty Insurance Company
Harbor Insurance Company
Hartford Accident and Indemnity Company
Houston Casualty Company
Indemnity Insurance Company of North
    America
Indian Harbor Insurance Company

Industrial Indemnity
Industrial Insurance Company of Hawaii
Insurance Company of North America
Insurance Company of the State of
    Pennsylvania (The)
International Insurance Company
Interstate Fire & Casualty Company
Landmark Insurance Company
Lexington Insurance Company
Liberty Insurance Underwriters, Inc.
Liberty Mutual Insurance Company
Liberty Surplus Insurance Corporation
Lloyd's of London
London Market
Markel American Insurance Company
Markel Corporation Group
Marsh & McLennan Companies
MHBT, a Marsh & McLennan Agency
Munich Re Group
Munich Reinsurance America, Inc.
National Casualty Company
National Surety Corporation
National Union Fire Insurance Company Of
    Pittsburgh, PA
Navigators Group, Inc.
Navigators Insurance Company
Navigators Specialty Insurance Company
Niagara Fire Insurance Company
Normandy Reinsurance Company Limited
Ohio Casualty Insurance Company (The)
Old Republic General Group
Old Republic Insurance Company
Old Republic Insurance Group
Pacific Employers Ins. Company
Pacific Indemnity Company
Property/Casualty Insurance Co. Of
    Hartford
RLI Professional Risk
Royal Indemnity Company
RSUI Group
R-T Specialty
Sompo - Endurance American Insurance
    Company
Sompo Holdings, Inc.

St. Paul Surplus Lines Insurance Company
Starr Indemnity & Liability Company
Starr Specialty
Steadfast Insurance Company
Swiss Re Group
Texas Pacific Indemnity Company
The Hartford Financial Services Group, Inc.
The Hartford Fire
The Hartford Insurance Group
The Hartford Steam Boiler Inspection And
    Insurance Company
The Travelers Companies, Inc.
Traders and Pacific Insurance Company
Travelers (Bermuda) Limited
Travelers Casualty and Surety Company
Travelers Indemnity Company
Twin City Fire Insurance Company
U.S. Fire Insurance Company
Universal Re-Insurance Company Limited
Utica Mutual Insurance Company
W. R. Berkley Corporation
W.R. Berkley Group
Westchester Fire Insurance Company
Westchester Surplus Lines Insurance
    Company
XL Catlin
XL Europe Limited
XL Insurance (Dublin) Ltd.
XL Insurance Company SE
Zurich Financial (USA) Group
Zurich Financial Services Group

## **Schedule 1(j)**

### **Landlords**

1040 Avenue of the Americas LLC
IRC Retail Centers

### Schedule 1(k)

### Litigation Parties[2]



90 Merrick LLC
[redacted] C/O Law Office of Anthony C. Perez
Aaron Moore
Aaron Yates
ABC Insurance Corporation
Adam Herrington
[redacted] C/O Ryder Law Firm
Aderion Adkisson
Adrian Senentz
[redacted] C/O Paul Mones [redacted]
[redacted] C/O Berman O'Connor & Mann
[redacted] C/O Lujan & Wolff, LLP
[redacted] C/O Nixon, Vogelman, Slawsky & Simoneau PA
[redacted] C/O Lujan & Wolff, LLP
Alicia Lifrak
[redacted] /O Tremont, Sheldon, Robinson, Mahoney, P.C.
All Saints R.C. Church
Allegheny Highlands Council
Allen Hughes
Aloha Council Chamorro District
Alpine Scout Camp
[redacted] C/O Rubenstein & Rynecki
Andrea Watson

Andrew Aston
Andrew Bloom
Andrew Mannetta
Andrew McMorris
[redacted] C/O Berman O'Connor & Mann
[redacted] C/O Pfau Cochran Vertetis Amala PLLC
[redacted] C/O Marsh Law Firm
[redacted] C/O Andreozzi & Associates, P.C.
[redacted] C/O David Luna
[redacted] C/O Crew Janci LLP
Anita Gettleson
Anna Lee Ingram
[redacted] C/O Patrick Noaker
[redacted] C/O Roberts Fowler & Visosky
[redacted] C/O Berman O'Connor & Mann
[redacted] C/O Lujan & Wolff, LLP
[redacted] C/O Berman O'Connor & Mann
[redacted] C/O Lujan & Wolff, LLP
Antonia Michelson
Aramark Campus, LLC
Archbishop Christopher Pierre, Apostolic Nuncio of The Holy See For The United States
Archbishop Timothy Dolan, Archbishop of New York
Archdiocese of New York And Our Lady of Lourdes Catholic School

[2] The professionals seeking to be retained also ran the names of certain individual plaintiffs. In accordance with the *Interim Order (I) Authorizing the Debtors' to file (A) a Consolidated List of Counsel Representing the Largest Numbers of Abuse Victims and (B) a Consolidated List of Other Unsecured Creditors of the Debtors, (III) Authorizing and Approving Procedures for Providing Notice of Commencement, and (IV) Granting Related Relief* [Docket No. 66], in order to protect the identities of individual plaintiffs asserting abuse claims and individual plaintiffs who are minors, certain information has been redacted from this list.

██████████████ C/O Robins
Kaplan LLP
██████████████ C/O Law
Offices Of Anthony M. Demarco
Astral Energy, LLC
Atlanta Area Council, Inc.
Attorney(s) ABC and Accountant(S) XYZ
██████████████ C/O Lujan &
Wolff, LLP
Austin Boley
██████████ C/O James Dilbeck
██████████ C/O Thomas Law
Office, PLLC
Baden-Powell Council, Inc.
Baiting Hollow Scout Camp
Barbara Cowles
Beech Haven Baptist Church
██████████ C/O Casey Devoti &
Brockland
██████████ C/O Berman
O'Connor & Mann
Benjamin Cudeck
██████████████ C/O
Berman O'Connor & Mann
██████████████ C/O Lujan & Wolff, LLP
██████████████ C/O Rebenack, Aronow,
Mascolo, LLP
██████████████ C/O Lujan &
Wolff, LLP
Betty Boland, as the Administrator of The
Estate of Ernest Boland
Big Cross Elementary School
Billie Jo Mojoinner
Bishop Turner High School
Blackhawk Area Council of Boy Scouts
██████████████ C/O Leisawitz
Heller
Blue Ridge Mountains Council
Board of Trustees of The First Baptist
Church of Gainesville, Inc.
██████████ C/O Crew Janci LLP
Bobby C. Jones

Bowmansville Fire Co., Inc.
Boy Scout Troop #50 of Hattiesburg,
Mississippi
Boy Scout Troop 163
Boy Scout Troop 204 Memphis - Chickasaw
Council - Thunderbird District
Boy Scout Troop 95
Boy Scout Trust Fund
Boy Scouts 11 of America
Boy Scouts of America - Hiawatha Council
Boy Scouts of America Atlantic Area
Council Inc.
Boy Scouts of America Atlantic Area
Council No. 331
Boy Scouts of America Big Apple District
Boy Scouts of America Greater Los Angeles
Area Council
Boy Scouts of America Pack 494
Boy Scouts of America Phoenix District
Troop 49
Boy Scouts of America San Diego-Imperial
Council
Boy Scouts of America Troop 1000 Inc.
Boy Scouts Troop #64
Boy Scouts Troop 460
Brad Ewell
██████████████ C/O Thomas Law
Office, PLLC
██████████████ C/O Rebenack, Aronow,
Mascolo, LLP
Bradley Schumann
Brandon Wood
Brazen Matson
██████████████████ C/O Paul Mones
Brennan Johnston
Brentley Wells
██████████████ C/O Gallik,
Bremer & Molloy, P.C.
Bretty Bybee
██████████████ C/O Pfau Cochran
Vertetis Amala PLLC
██████████████ C/O Bonina &
Bonina, P.C.
Brian P. Wagner

███████████████ C/O David Yates,
Thomas Juanso and Tad Thomas,
Lindsay Cordes - Thomas Law Offices
Bronx Council
Brooklyn Chinese-American Association
Brooklyn Council
Bruce Desandre
███████████ C/O Lujan & Wolff, LLP
███████████████ C/O Goff Law
Group
███████████████ C/O Robins
Kaplan LLP
Buffalo Trail Council
Buffalo Trail Scout Ranch
Calasanctius School of Buffalo
Caleb Steinhoff
California Inland Empire Council
███████████████████
Camille Travis
Camp Aquehonga
Camp Big Timber
Canisius High School of Buffalo
Capuchin Franciscans
Capuchin Franciscans Custody of Star of
The Sea
Capuchin Franciscans, Province of St. Mary
Carol Chacon
Carolyn Hemphill
Carrie Stafford
Carroll Township Police Department
Cascade Charter Township
Cascade Pacific Council
Casey Scott
Catholic Cemeteries of Roman Catholic
Diocese of Buffalo, Inc.
Catholic Health of WNY and its subsidiaries
Cathy Ostrenga
Celeste Rone-Moss
████████████ C/O Law Offices Of Tyler H.
Fox
Charles Copeland
Charles Oglesby, Sr.
Charles Stauder
Charlie Bate
███████████████████ C/O Lujan & Wolff, LLP

Chase Dansereau
Cherokee Area Council, Inc.
Chicago Area Council
Chickasaw Council
Chief of Police Jon Belmar
Chief Seattle Council
Chris Alvelo
███████████ C/O Crew Janci LLP
Chris Larrabee
Chris McCullough
Christ The King Seminary Fund, Inc.
███████████████ C/O David Yates,
Thomas Juanso and Tad Thomas,
Lindsay Cordes - Thomas Law Offices
Christina Vovchuk
███████████████ C/O Michael G. Dowd
Christopher Finks
Christopher Larrabee
██████████████ C/O Silver Golub &
Teitell LLP
Christopher Payne
Christopher Pelletier
██████████████ C/O Rebenack,
Aronow, Mascolo, LLP
Christopher Vogel
██████████████ C/O Crew Janci LLP
Church of The Holy Innocents
Cincinnati Insurance Company
Circle Ten Council
Citizens' Hose Company No. 1 of Dillsburg
Penna
City of Columbus
City of Louisville
City of Louisville-Jefferson County-
Louisville Consolidated Government
██████████████ C/O Javerbaum, Wurgaft,
Hicks, Kahn, Wikstrom & Sinins
Clark Martin
Claudius Douglas Mair-Worley
Clayton Historical Society
██████████████ C/O Law Offices of
Mitchell Garabedian
Clifton Neyrey
CLK/HP 90 Merrick LLC
Clyde Noland

CMR A/S/O Cox Communication
███████
Columbus School District
Complaint and Michigan Crossroads
    Council, Inc.
Connecticut Rivers Council
Connecticut Rivers Council Troops 258 &
    302
Connecticut Yankee Council, Inc.
Connor Cudeck
████████████████ C/O
    Padberg, Corrigan & Appelbaum
Continental Tire The Americas, LLC
Cornelia Berrocal
Corporation of the President of the Church
    of Jesus Christ of Latter-Day Saints
Country Farm Supply
Cradle of Liberty Boy Scouts of America
████ C/O Crew Janci LLP
Craig Bingham
████████ C/O Marsh Law Firm
██████████████████ C/O
    Berman O'Connor & Mann
Ct Yankee Council
Cub Scout Pack 601
Curtis Flaherty
██████████████ C/O Pfau Cochran
    Vertetis Amala PLLC
███████████████████████
███
Dan McGill
Daniel Boone Council Inc.
Daniel Camerano
████████████████ C/O
    Hirshfield & Costanzo, P.C.
██████████ C/O Berman
    O'Connor & Mann
████████████████ C/O Michael G. Dowd
████████████ C/O Michael G. Dowd
████████████ C/O Berman
    O'Connor & Mann
Daniel P. Sturtzel
Daniel Richardson
████████████████ C/O Lujan & Wolff,
    LLP
████████████ C/O Marsh Law Firm

Daniel Wagner
Daniel Webster Council Inc.
Darla Duarte
David A. Declue
████████████ C/O Michael G. Dowd
████████████████████ C/O Robins
    Kaplan LLP
David Dale
David G. Derrick
David Gomes
David H. Scharf
David K. Buterbaugh
██████████████████ C/O Goff Law
    Group
David Lannes
David McDaniel
████████████ C/O Michael G. Dowd
David Michelson
██████████████ C/O Berman O'Connor
    & Mann
██████████ C/O Crew Janci LLP
████████████████ C/O Berman O'Connor
    & Mann
██████████
David Silva
████████████ C/O Michael G. Dowd
████████████ C/O Michael G. Dowd
████████████ C/O Rebenack, Aronow,
    Mascolo, LLP
████████████ C/O Riddle & Brantley
████████████ C/O Michael G. Dowd
██████████████████ C/O Lujan &
    Wolff, LLP
Debra Schwamberger
Dechaison White
Denis Lane
██████████████ C/O Paul Mones
Dillsburg Community Fair Association
Dillsburg Lions Club And Dillsburg Boy
    Scout Troop #38
Diocese of Brooklyn
Dolores Snyder
Donald C. Shriver
Donald Grande
Donald J. Hebert

███████████████████ C/O Crew
Janci LLP
███████████████ C/O Lujan & Wolff,
LLP
Doug Stevenson
████████████ C/O Rebenack, Aronow,
Mascolo, LLP
███████████████ C/O Michael G. Dowd
Douglas Nail
████████████ C/O Rebenack, Aronow,
Mascolo, LLP
███████████████ C/O Crew
Janci LLP
Dwight Cable
███████████████ C/O Van Zanten
& Onik, LLC
████████████ C/O Edmiston &
Colton Law Firm
Eamonn Ferrante
East Meadow Youth Baseball & Softball
Association
Ed Miller
Eddie Blue
Edgar Riecke
███████████████ C/O Michael G. Dowd
████████████ C/O Simmons Hanly
Conroy
███████████ C/O John Tidwald Tidwald
Law
Edward M. Bednarczyk
Edward Perriera
███████████████ C/O Lujan &
Wolff, LLP
████████████ C/O Rebenack, Aronow,
Mascolo, LLP
███████████████ C/O Lujan &
Wolff, LLP
Elijah Knight
Elliott Litz
Elwood Union Free School District
Emely Santos
███████████████ C/O Thomas C.
Patton
Emma O'Connor
██████████ C/O Rebenack, Aronow,
Mascolo, LLP

Eric L. Young, Administrator of The Estate
of Christopher Alvelo
Eric R. Park
Essex County Council of The Boy Scouts of
America
Estate of Robert Whitelaw, Deceased
Ethan Fuller
Ethan Rapier
███████████████ C/O Lujan &
Wolff, LLP
Evan Park Howell, Iii
███████████████████ C/O
Berman O'Connor & Mann
███████████████ C/O Berman
O'Connor & Mann
Evergreen Area Council, Boy Scouts of
America
Fabian Lopez
Fairfield County Council of Boy Scouts of
America, Inc.
Fayetteville United Methodist Church
███████████████ C/O Berman
O'Connor & Mann
███████████ C/O Lujan & Wolff, LLP
First Baptist Church of Athens
First Baptist Church of Danville D/B/A Boy
Scout Troop 354
First Baptist Church of Gainesville
Five Rivers Council Inc.
Floodwood Mountain Scout Reservation
Association, Inc.
Ford Motor Company
Francis (Skip) Toomey Ii
███████████████████ C/O Lujan &
Wolff, LLP
███████████████ C/O Roberts
Fowler & Visosky
███████████████ C/O Lujan & Wolff, LLP
███████████████ C/O Rebenack, Aronow,
Mascolo, LLP
███████████████ C/O Berman
O'Connor & Mann
Frank Pedone
███████████████ C/O Lujan & Wolff, LLP

████████████ C/O Michael G. Dowd
████████████ C/O Berman
O'Connor & Mann
████████████ C/O Crew Janci
LLP
████████████ C/O Berman
O'Connor & Mann
G.A.C.
████ C/O Dreyer Boyajian
Gabriel Racine
Gage Wilson
Garden State Council
Gary Ackerman
Gary Carroll
████████████ C/O Crew Janci LLP
████████████ C/O Berman
O'Connor & Mann
Gary L Strain
Gary Langsdale
████████████ C/O
Hall Law, P.A.
████████████ C/O Lujan & Wolff,
LLP
████████████ C/O Berman O'Connor
& Mann
George D. McClay
████████████ C/O Berman
O'Connor & Mann
████████████ C/O Berman
O'Connor & Mann
George J. Eberl
Geovanni McClain
████████████ C/O Rubenstein & Rynecki
████████████ C/O Lujan & Wolff,
LLP
Glens Falls City School District
Gloria Garcia
Governor Clinton Council, Inc., Boy Scouts
of America
Grace Gordon
Grand Canyon Council
Great Alaska Council
Great Salt Lake Council
Great Southwest Council
Greater Alabama Council
Greater New York City Councils

Greater Niagara Frontier Council
Greater Niagara Frontier Council #380 of
The Boy Scouts of America
Greater St. Louis Area Council, Boy Scouts
of America, Inc.
Greater Tampa Bay Area Council, Inc.
Greater Yosemite Council, Inc.
Greek Orthodox Archdiocese of America
Green Acres Baptist Church
Greenport Fire Department
Greg Day
████████████ C/O Crew Janci
LLP
Greg Ploski
████████████ C/O Berman
O'Connor & Mann
████████████ C/O Lujan &
Wolff, LLP
████████████ C/O Michael G. Dowd
Guy Rollf
Guy Thomas Buker
Hacker Coverage Dispute
Harley Avenue Primary School
████████████ C/O Robins Kaplan LLP
████████████ C/O Javerbaum, Wurgaft,
Hicks, Kahn, Wikstrom & Sinins
████████████ C/O Riddle & Brantley
████████████ C/O Gruel Mills
Nims & Pylman PLLC
Hawk Mountain Council, Inc., Boy Scouts
of America
Hawkeye Area Council, Boy Scouts of
America, An Iowa Corporation
Heart of America Council
Heart of New England
Heart of Virginia Council, Inc., Boy Scouts
of America
Heath Faucheux
Henry Reinsburrow
Holy Family Church
Holy See Instrumentalities

Holy See, State of Vatican City - The
    Vatican
House of Hope Presbyterian Church
████████████████████████C/O Roberts
    Fowler & Visosky
████████████████C/O Crew Janci LLP
████████████████████████C/O Lujan &
    Wolff, LLP
Hudson Valley Council
Hunter Iverson
████████████████████
Ian Simpson
████████████████████C/O Berman
    O'Connor & Mann
Immaculate Conception R.C. Church
Indian Waters Council Boy Scouts of
    America Inc.
Iroquois Trail Council Inc.
Irwindale Police Department
Istrouma Area Council
████C/O Marsh Law Firm
J.E. Mathis
████████████████████C/O Brautigam &
    Brautigam, LLP
████████C/O Bradley L. Rice
Jack Rose
████████████████
Jacob Nelson
████████████████████C/O Lujan &
    Wolff, LLP
████████████C/O Green & Gillispie
████████C/O Lujan & Wolff, LLP
James Gambrell King
████████████████████C/O Marsh Rickard &
    Bryan
████████████C/O Crew Janci LLP
James Kennedy
████████████C/O The Panitch Law Group,
    P.C.
████████████████C/O Michael G. Dowd
████████████████C/O Law Offices Of Mitchell
    Garabedian
James Potjunas
████████████████
James Stillwell, Jr.

James T. Grace Jr.
████████████C/O Law Offices Of
    Mitchell Garabedian
████████████C/O Lujan & Wolff, LLP
████████████C/O Jeff Anderson &
    Associates, PA
Jane Sutterlin
Janessa Miller
Jarred Pai
Jasiah Marshall
████████████████
Jason Hofmann
████████████C/O Berman O'Connor &
    Mann
Jason R. Brockman
████████████████████████████C/O
    Merson Law
████████████C/O Merson Law
Jayshawn Brown
Jefferson County
Jefferson County / Louisville Consolidated
    Government
Jeffery Leonard And Individual
████████████████C/O Green & Gillispie
████████████████████C/O Robins
    Kaplan LLP
████████████C/O Rebenack, Aronow,
    Mascolo, LLP
████████████████████C/O Robins
    Kaplan LLP
Jersey Shore Council
Jesse Bessette
████████████C/O Berman O'Connor &
    Mann
████████████████C/O Lujan & Wolff,
    LLP
████████████████C/O Berman O'Connor
    & Mann
████████████C/O Berman O'Connor &
    Mann
Jessie Tomeo
████████████C/O Berman O'Connor &
    Mann
████████████████C/O Eisenberg
    Rothweiler, Winkler, Eisenberg & Jeck,
    P.C.

████████████ C/O Marsh Law Firm
Joanne Nauheimer (Class Action)
Joanne Nauheimer (Individual)
███████████████ C/O Lujan &
   Wolff, LLP
██████████████ C/O Lujan &
   Wolff, LLP
████████
Joel Shumway
John B. Lowell
John Cimral
█████████ C/O Roberts Fowler & Visosky
███████████ C/O Dumas Law
   Group, LLC (A/K/A Dumas & Vaughn
   Attorneys at Law)
John Gruber
█████████ C/O Michael G. Dowd
John J. Beardsworth, Jr.
█████████ C/O Davis Miles McGuire
   Gardner
John Jones
████████████████████
██████████████ C/O Lujan & Wolff,
   LLP
John Lund
███████████ C/O Berman
   O'Connor & Mann
███████████ C/O Berman
   O'Connor & Mann
██████████ C/O Okun, Oddo & Babat,
   P.C.
██████████ C/O Lujan & Wolff, LLP
█████████ C/O Lujan &
   Wolff, LLP
████████████ C/O Goff Law
   Group
John Richers
█████████ C/O Rebenack, Aronow,
   Mascolo, LLP
██████████ C/O Paul Mones
███████ C/O Michael G. Dowd
█████████ C/O Lujan & Wolff, LLP

██████████ C/O Law Office of
   Patrick Sorsby
Jonathan Dunn
████████ C/O Andrew S. Janet
████████ C/O Andreozzi &
   Associates, P.C.
████████
Joseph Alvarado
██████████ C/O Berman
   O'Connor & Mann
██████████ C/O Law Offices of Mitchell
   Garabedian
██████████ C/O Berman
   O'Connor & Mann
██████████ C/O Lowey
   Dannenberg, P.C.
█████████████ C/O Berman
   O'Connor & Mann
Joseph F. Snyder
████████████ C/O Berman O'Connor
   & Mann
█████████████ C/O Lujan &
   Wolff, LLP
Joseph L. Snyder
██████████ C/O Law Offices of
   Mitchell Garabedian
████████ C/O Soloff & Zervanos, P.C.
Joseph Porter and Gail Porter
███████████ C/O Lujan & Wolff,
   LLP
█████████ C/O Lujan &
   Wolff, LLP
Joseph Tetlow
███████████ C/O Berman O'Connor
   & Mann
████████████ C/O Berman
   O'Connor & Mann
████████ C/O Michael S. Steinger
Joshua Goodwin
Joshua P. Christ
Joshua Simpson
Joshua White
Judy Crawford
Julie Hedrick
Julie Schmidt

█████████ C/O Patrick Malone & Associates, P.C.

█████████ C/O Hirshfield & Costanzo, P.C.

█████████ C/O Clark, Hunt, Ahern & Embry

Kaden Lynch

Kalin Bart Talbott River Road Trust

Kalvin Marshall

Karin Larrabee

Karina Miller

█████████ C/O David Yates, Thomas Juanso and Tad Thomas, Lindsay Cordes - Thomas Law Offices

Kathleen Hufford

Kathryn (Katie) Schulze

█████████████████

Keegan Day

█████████ C/O Andreozzi & Associates, P.C.

█████████ C/O Panish Shea & Boyle LLP

█████████ C/O James, Vernon & Weeks, P.A.

Kellie Bogardus

█████████ C/O Rebenack, Aronow, Mascolo, LLP

Kenneth Betts

█████████ C/O Berman O'Connor & Mann

█████████ C/O Crew Janci LLP

Kent L. Wallace

Kerrie Galvin (Obo Trevor Galvin)

█████████ C/O Rubenstein & Rynecki

█████████

Keystone College

Kimberly Payne

Kincaid Tyas

Kireon D. Pleis

█████████ C/O Berman O'Connor & Mann

█████████

█████████ C/O Law Office of David Jaskowiak

█████████ C/O Crew Janci LLP

Kristopher Bartee

Kyle Boell

█████████ C/O John P. Connor

█████████ C/O Law Office of Mark Gallagher

Landon Bassett

█████████ C/O Rebenack, Aronow, Mascolo, LLP

█████████ C/O Berman O'Connor & Mann

Las Vegas Area Council, Inc.

Laurie Buckelew

█████████ C/O Green & Gillispie

Lawrence Svrcek

Leanna Stanley

Learning For Life Inc.

Leatherstocking Council

Lebanon Lions Club

Lee Shedroff

Leo Kelly

█████████ C/O Lujan & Wolff, LLP

Lincoln Heritage Council

Linda Davis

Linda Fant

Linda Jensen

Lindsay Bishop

Lisa C. Crocus

Lloyd Bryant

█████████ C/O Law Offices of Gregory J. Stacker, LLC

Logan Bogardus

Logan Larrabee

Logan Mackay

Longhouse Council

█████████ C/O Robins Kaplan LLP

Louisville Metro Police Department

█████████ C/O Berman O'Connor & Mann

Luke Bennett
█████ C/O Bonina & Bonina, P.C.
Madison Osborne
████████████████ C/O Lujan &
    Wolff, LLP
Malcolm Boykin
Malmaison District
Manhattan Council, Boy Scouts of America
████████████████ C/O Lujan &
    Wolff, LLP
████████████ C/O Lujan & Wolff,
    LLP
Marc Anderson
Marco Romero
Marcus Kang
Marcus Mack
██████████ /O Rebenack, Aronow,
    Mascolo, LLP
Marjorie Bewley
Marjorie Morris
███████████ C/O Lujan & Wolff,
    LLP
████████████ C/O Lujan & Wolff,
    LLP
Mark Helser and Jane Doe Helser
Mark Kern
███████████ C/O Berman
    O'Connor & Mann
███████████ C/O Berman
    O'Connor & Mann
███████████ C/O Lujan & Wolff,
    LLP
Mark Tibbetts
Mark Tumeo
Mark Vincett
███████████ C/O Lujan &
    Wolff, LLP
███████
Mathew Zaiss
Matt Day
███████████ C/O Berman O'Connor &
    Mann
████████████████ C/O Pashman
    Stein Walder Hayden, P.C.

█████████ C/O Herman Law
Matthew Gelhausen
Matthew Inbody
Matthew McClay
Matthew S. Devore
Matthew Teixeira
Matthew Yakaboski
████████████████ C/O Pfau Cochran
    Vertetis Amala PLLC
Max Moon
Maya Cann
Mayflower Council
████████████ C/O Berman
    O'Connor & Mann
Megan Knoernschild
████████████ C/O Lujan & Wolff, LLP
████████████ C/O Berman
    O'Connor & Mann
Micah Hattaway
████████████████ C/O Clark,
    Hunt, Ahern & Embry
████████████ C/O Law Office of
    Anthony C. Perez
████████████ C/O Michael G. Dowd
████████████ C/O Pfau Cochran
    Vertetis Amala PLLC
Michael Frys
████████████ C/O Crew Janci
    LLP
████████████ C/O Michael G. Dowd
Michael Kelsey
████████████ C/O Hall &
    Monagle, LLC
Michael Maffetone
████████████████ C/O Roberts Fowler & Visosky
████████████ C/O Berman O'Connor &
    Mann
████████████ C/O Gallik,
    Bremer & Molloy, P.C.
████████████ C/O Michael G. Dowd

███████████████████████ C/O Lujan &
   Wolff, LLP
Michael Rega
███████████████ C/O Crew Janci LLP
███████████████████████ C/O Lujan &
   Wolff, LLP
███████████████ C/O Janet, Janet & Suggs,
   LLC
Michael Sandifer
███████████████ C/O Marsh Law Firm
██████████████
Michelle Delutri
Michigan Crossroads Council, Inc.
Mid-America Council
Middle Tennessee Council
██████████████████████ C/O Dumas Law
   Group, LLC (A/K/A Dumas & Vaughn
   Attorneys at Law)
Miles Woolsey
Monastery of Christ In The Desert
Monmouth Council
Monsignor Michael Harrington
Monsignor William Stanton
Montana Council
███████████████████ C/O Michael G.
   Dowd
Mossy Ford, Inc.
Most Reverend Edward U. Kmiec
Most Reverend Henry J. Mansell
Most Reverend Richard J. Malone
███████ C/O Belluck & Fox, LLP
███████████████████ C/O Crew Janci
   LLP
New York Greater Councils
Newport Sea Base - Orange County Council
Niagara Frontier Council, Boy Scouts of
   America
██████████████████ C/O David Yates,
   Thomas Juanso
Nina Baldinucci
Nipmuck District of the Connecticut Rivers
   Council of The Boy Scouts of America
██████████████████ /O Giancarlo R. Cellini
Nolan Henderson

███████████████████ C/O Lujan & Wolff, LLP
██████████████████████████████ C/O
   Clark, Hunt, Ahern & Embry
█████████████████ C/O Michael G. Dowd
North Florida Council
Northeast Georgia Council, Inc.
Northeastern Pennsylvania Council
Northern New Jersey Council
Northern Star Council
████████████████████████ C/O Rubenstein & Rynecki
Old Republic Insurance Company, Inc.
Omega Pacific, Inc.
Orange County Council
Orange County Rowing Club
Oregon Trail Council, Inc.
███████████████████████████ C/O Robins
   Kaplan LLP Our Savior Lutheran Church
      C/O Roberts Fowler & Visosky Parker
████
Pat Currie
Pathway To Adventure Council Patricia
   Donehue
Patricia Gerber
Patrick A. Mancuso

██████████████ C/O The Law Office of
   Carmen L. Durso
██████████████████████ C/O Berman
   O'Connor & Mann
██████████████████ C/O Rebenack, Aronow,
   Mascolo, LLP
██████████████ C/O Gregory J. Cannata &
   Associates, LLP
Patriots' Path Council
████████████████████ C/O Berman O'Connor
   & Mann
Paul Antosh
Paul Brandon Paris
██████████████████ C/O Lujan & Wolff, LLP
Paul R. Thomson, Jr.
███████████████████ C/O Berman
   O'Connor & Mann
Paul Scarola



C/O Lujan & Wolff, LLP

C/O Lujan & Wolff, LLP

C/O Crew Janci LLP

Pauline Jenkins

C/O Lujan & Wolff, LLP

Penn Mountains Council

Penny Nomura

C/O Berman O'Connor & Mann

C/O Law Office of Anthony C. Perez

C/O Lujan & Wolff, LLP

Peter Rymut

C/O Lujan & Wolff, LLP

C/O Crew Janci LLP

C/O Michael G. Dowd

C/O Paul Mones

Pierce Hull

Pine Burr Area Council, Inc.

Police Officer Annette Hoyt

Polly Root

Pope Francis

Progressive Casualty Insurance Company

Quapaw Area Council

Queen of Peace R.C. Church

Queens Council

R. Fleming Weaver, Jr.

C/O Berman O'Connor & Mann

C/O Pfau Cochran Vertetis Amala PLLC

Randolph "Randy" Nowak

C/O John P. Connor

Raul Cadena

C/O Marsh Law Firm

C/O Crew Janci LLP

C/O Michael G. Dowd

C/O Lujan & Wolff, LLP

C/O Berman O'Connor & Mann

C/O Lujan & Wolff, LLP

Reckson Operating Partnership, L.P

Red Mountain Asset Fund, LLC

Regina McCullough

C/O Dumas Law Group, LLC (A/K/A Dumas & Vaughn Attorneys at Law)

Regis High School

Reid Comita

Reilly Nahill

Rev. Basil Ormsby, S.J.

Rev. David Bialakowski

Rev. Donald W. Becker

Rev. Florian Jasinski

Rev. Frederick Fingerle

Rev. Gerald Jasinski

Rev. John P. Hajduk

Rev. Joseph Persich, S.J.

Rev. Nelson Kinmartin

Rev. Norbert Orsolits

Rev. Ronald Sajak

Rev. Ronald Silverio

Rev. Theodore Podson

Rev. William White

C/O Dumas Law Group, LLC (A/K/A Dumas & Vaughn Attorneys at Law)

C/O Berman O'Connor & Mann

C/O Lujan & Wolff, LLP

C/O Crew Janci LLP

C/O Michael G. Dowd

C/O Berman O'Connor & Mann

Richard L. Lucero

Richard Lehr

████████████ C/O Panish Shea & Boyle, LLP
Richard Mathews
████████████████ C/O Crew Janci LLP
C/O Berman O'Connor & Mann
████████████████ C/O Marsh Law Firm
Richard Robbins
Richard Rognsvoog
████████████████ C/O Paul Mones
████████ C/O Dumas Law Group, LLC (A/K/A Dumas & Vaughn Attorneys at Law)
River Rivers Council, Boy Scouts of America
████████████ C/O Crew Janci LLP
████████ C/O Michael G. Dowd
Robert Bulens
████████ C/O The Law Office of Carmen L. Durso
████████ C/O Berman O'Connor & Mann
Robert Hallum
Robert Jorgensen
████████ C/O Peabody, Stirling, Hale & Miller LLP
████████ C/O Rebenack, Aronow, Mascolo, LLP
Robert Logan Talbott River Road Trust
████████ C/O Parker Waichman LLP
████████ C/O Marsh Law Firm C/O Dumas Law Group, LLC (A/K/A Dumas & Vaughn Attorneys at Law)
████████ C/O Marsh Law Firm
████████ C/O Crew Janci LLP
Robert Sutterlin
Robert Talbott, Inc

████████████ C/O Lujan & Wolff, LLP
Roberts. Talbott Revocable Trust
████████████ C/O Crew Janci LLP C/O Berman O'Connor & Mann
████████████ C/O Lujan & Wolff, LLP
████████ C/O Crew Janci LLP C/O Berman O'Connor & Mann
Roman Catholic Archbishop
Roman Catholic Archbishop of Agana
Roman Catholic Archdiocese of New York, Archdiocese of New York
████████ C/O The Panitch Law Group, P.C.
Ronald Hegwood
████████ C/O Emery Celli Brinckerhoff & Abady LLP
████████ C/O Lujan & Wolff, LLP
████████ C/O Michael G. Dowd
Ronnie Mason
████████ C/O Berman O'Connor & Mann
████████ C/O Roberts Fowler & Visosky
████████ C/O Lujan & Wolff, LLP C/O Berman O'Connor & Mann
████████ C/O Berman O'Connor & Mann
Ruth Kvistad
████ C/O Bonina & Bonina, P.C.
Sacred Heart - Espanola
Saint John The Baptist Church
████████ C/O Goff Law Group
Salvador Rivera
Sam Houston Area Council
Sam Houston Area Council Phoenix District

Samuel Christian Carelton
Samuel Roche
San Gabriel Valley Council
Sandy Potjunas
Sarah Case Talbott River Road Trust
SC Boy Scouts Council Inc.
School Sisters of Notre Dame Central
    Pacific Province, Inc.
School Sisters of Notre Dame, Region of
    Guam
███████████ C/O Lafave, Wein & Frament,
    PLLC
███████████████ C/O Clark,
    Hunt, Ahern & Embry
███████████ C/O Michael G. Dowd
███████████
Scott Michelson
███████████ C/O Crew Janci LLP
Scout Troop 4200
Second Baptist Church
Seneca Waterways Council, Boy Scouts of
    America
Sequoia Council
Sergeant Konrad Wojciehowski
███████████ C/O Berman O'Connor
    & Mann
███████████ C/O Dumas Law Group, LLC
    (A/K/A Dumas & Vaughn Attorneys at
    Law)
Sharon Giovingo
Sharon Richardson
███████████████ C/O
    Dumas Law Group, LLC (A/K/A Dumas
    & Vaughn Attorneys at Law)
Shawn Pelletier
███████████ C/O Simmons Hanly Conroy
Sheree Dodge
Sherrilynn Wood
Sherrye Howell
Shirley Williams
Silicon Valley Monterey Bay Council
Skylar Prestano
Sleepy Hollow Vineyards, L.P.
Society of Jesus, USA-Northeast Province

Southeast Louisiana Council
Southern California Scullers Club
Southern Shores Field Service Council
Southwest Bartholomew Volunteer Fire
    Department, Inc.
St. Benedict Joseph Labre Church
St. Benedict Joseph Labre School
St. Brigid R.C. Church
St. Catherine's Roman Catholic Church
St. Catherine's Roman Catholic Church
    School
St. Demetrios Greek Orthodox Church
St. Francis of Assisi Roman Catholic
    Church
St. Francis Xavier Church
St. Helena Parish
St. John Gualbert R.C. Church
St. John Vianney R.C. Church
St. Joseph Investment Fund, Inc.
St. Josephats R.C. Church
St. Paul's R.C. Church
St. Teresa R.C. Church
Stanley Bassett
███████████████ C/O Eisenberg
    Rothweiler, Winkler, Eisenberg & Jeck,
    P.C.
State of Wisconsin
Stephanie K. Jones
Stephanie Regalia
███████████████ C/O Crew Janci LLP
███████████████ C/O Law Offices of Mitchell
    Garabedian
███████████ C/O Hart McLaughlin &
    Eldridge
Stephen White
Stephen Zanetti
███████████████ C/O Dumas
    Law Group, LLC (A/K/A Dumas &
    Vaughn Attorneys at Law)
███████████████ C/O The Panitch
    Law Group, P.C.
███████████ C/O Crew Janci LLP
Steve Stenger

Steven Harris
Steven N. Brown
Strawbridge United Methodist Church
        ███████ C/O Michael G. Dowd
        ███████ C/O Michael G. Dowd
Suffolk County Council
Suffolk County Policy Department
        ███████ C/O Berman O'Connor
    & Mann
Susan Burk
Susan Reisinger
Susanna Otto
Susquenango Council
Sussex District Boy Scouts of America
T.B.C.P.C
T.B.S.O.A.I.
    ███ C/O Herman Law
    ███ C/O Lujan & Wolff, LLP
Tanner Bailey
Ten Mile River Scout Camps A/K/A Ten
    Mile River Scout Camps, Boy Scouts of
    America
        ███████ C/O Pfau Cochran
    Vertetis Amala PLLC
Terry A. Wright
    ███████████ C/O Clark, Hunt,
    Ahern & Embry
Terry Zellers
Thad Alton
The Blessed Trinity R.C. Church
The Church of Jesus Christ of Latter Day
    Saints
The City of Irwindale
The County of Nassau
The Diocese of Rochester
The Estate of F.E. (Gene) Bobo
The Fidelis Care as a Trademark for the
    Centene Corporation
The Foundation of The Roman Catholic
    Diocese of Buffalo, N.Y., Inc.
The Hamlet of East Meadow
The Hartford Insurance Group
The National Boy Scouts of America
    Foundation

The Roman Catholic Diocese of Syracuse,
    NY
The School Sisters of Notre Dame
    Milwaukee Providence, Inc.
The Temple Congregation Adath Israel-
    B'rith Sholom Inc.
The Town of Hempstead
Theodore Roosevelt Council
Theresa Kennedy
Thomas Bogardu
        ███████ C/O Lujan & Wolff,
    LLP
Thomas Doering
Thomas Kiely
    ███████
Thomas Lane
Thomas Larry
Thomas M. Thackeray
        ███████ C/O Michael G. Dowd
        ███████ C/O Gibson, McAskill &
    Crosby, LLP
Thomas Scott
        ███████ C/O Dumas Law
    Group, LLC (A/K/A Dumas & Vaughn
    Attorneys at Law)
    ███████
Three Fires Council
Tidwald Law
Tiffany Riggs
    ███████ C/O Rebenack, Aronow,
    Mascolo, LLP
        ███████ C/O Crew Janci LLP
        ███████ C/O Paul Mones
Timothy Black C/O Law & Moran,
    Attorneys at Law
Timothy Fedor
        ███████ C/O Berman
    O'Connor & Mann
Timothy Savage
    ███████ C/O Crew Janci LLP
Todd Puccio
Tom Hartmann
Tomas A. Camacho
Town of Deerfield
Town of Trumbull

Trapper Trails Council
████████████ C/O Green & Gillispie
Travis Leppi
Trent Herlihy
Trevor B. Paulson
████████████ C/O Crew Janci
LLP
Troop #7354
Troop 141 BSA
Twin Rivers Council
Union United Methodist Church
United Services Automobile Association
Unitedhealthcare Insurance Company
USA Northeast Province of The Society of
Jesus
████████████ C/O Law
Offices of Anthony M. Demarco
Valerie Mcgriff (Gawle)
Varteni Yerjanian
Vern Iverson
Vernon Wunnenberg
████████████ C/O Lujan & Wolff,
LLP
████████████ C/O Lujan & Wolff, LLP
████████████ C/O Lujan &
Wolff, LLP
████████████ C/O Lujan & Wolff,
LLP
Victor Caps
████████████ C/O David Luna
Vincent Liberto
████████████ C/O Andrea E. Bonina
Virgil Sanders
Virginia Adkins
Walgreen Company
████████████ C/O Rebenack, Aronow,
Mascolo, LLP
Washington Crossing Council
Wayne Farrar
████████████ C/O Berman O'Connor
& Mann
Weedsport Central School District
Westchester Putnam Council
Westlake Hills Presbyterian Church
████████████ C/O Crew Janci LLP

████████████ C/O
Dumas Law Group, LLC (A/K/A Dumas
& Vaughn Attorneys at Law)
William Bewley
William Brannon
William Edward Bewley
████████████ C/O Crew Janci LLP
████████████ C/O Green & Gillispie
William Greenwald
William Hoke
████████████ C/O Paul Mones
████████████ C/O Crew Janci LLP
████████████ C/O Robins Kaplan LLP
William Pugh
William Pugh Jr
William Rick Bailey
William Rish Jr
William Ruscoe
████████████ C/O Crew Janci LLP
████████████ C/O Rebenack, Aronow,
Mascolo, LLP
William Short
████████████ C/O Green & Gillispie
████████████ C/O Parker Waichman LLP
████████████
████████████ C/O Rubenstein & Rynecki
XYZ Corporation
XYZ Corporation 1-100
XYZ Entities 1-100
XYZ Insurance Corporation
Yucca Council
Zachary Babel
████████████ C/O
Clark, Hunt, Ahern & Embry
Zachary Schmidt
Zachary Spahr
Zorro Ragsdale

## <u>Schedule 1(l)</u>

**Professionals to be Retained by the Debtors**

Alvarez & Marsal North America, LLC
Bates White LLC
Haynes & Boone, LLP
KCIC, LLC
Morris, Nichols, Arsht & Tunnell LLP
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Omni Agent Solutions
Sidley Austin LLP

<u>**Schedule 1(m)**</u>

**Professionals Representing Certain Parties in Interest**

AlixPartners LLP
Ankura Consulting Group, LLC
Berkeley Research Group, LLC
Kramer Levin Naftalis & Frankel LLP
Norton Rose Fulbright US, LLP
Pachulski Stang Ziehl & Jones
PJT Partners, Inc.
Wachtell, Lipton, Rosen & Katz
Young Conway Stargatt & Taylor, LLP

## Schedule 1(n)

### Ordinary Course Professionals

An, Tian, Zhang & Partners
Bassford Remele PA
BAX Advisors LLC
Bays Lung Rose Holma Attorneys at Law
Bond, Schoeneck & King PLLC
Boone Karlberg P.C.
Carolina Fridman Law Corporation
CCPIT Patent & Trademark Law Office
Christopher T Hurley & Associates P.C.
Civille & Tang PLLC
Clarke Silverglate P.A.
Connell Foley LLP
Cranfill Sumner & Hartzog LLP
Crotty & Schiltz LLC
Dentons US LLP
Foland, Wickens, Roper Hofer & Crawford, P.C.
Fox Rothschild LLP
Gerolamo Mcnulty Divis & Lewbart, P.C.
Grefe & Sidney, P.L.C.
Gruber Thomas & Co.
Harper & Pearson
Hawley Troxell Ennis & Hawley LLP
Hecht, Latham Spencer & Associates, Inc.
Heplerbroom LLC
Herman Law Firm P.A. Trust Account
Hinshaw & Culbertson LLP
Howard & Co., LLP
Hueston Hennigan
Keleher & McLeod PA, Attorneys at Law
Keller & Almassian, PLC
Kipp and Christian, P.C.
Kosnoff Fasy PLLC Trust Account
LCG Associates, Inc.
Lightfoot Franklin & White LLC
Locke Lord LLP
Mandell Menkes, LLC
Mark Gallagher Attorney
Markowitz Herbold PC
McAngus Goudelock & Courie
McGuire Woods LLP
McGuire, Craddock & Strother, P.C.
McLane Middleton, Prof. Assoc.

Mead & Hunt, Inc.
Melick Porter, LLP
Miller & Martin PLLC
Miller, Johnson, Snell & Cummiskey, P.L.C.
Milliman Inc.
Milliman USA Inc.
Mitchell Garabedian Attorney
Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C
MNP LLP
Nicholas W Mulick PA
Nigro Karlin Segal & Feldstein
Park Dietz & Associates, Inc.
Perkins Coie
PricewaterhouseCoopers LLP
Quinn Emanuel Urquhart & Sullivan LLP
Ruhter & Reynolds, Inc.
Saul Ewing LLP
Scheper Kim & Harris, LLP
Sheehy Ware & Pappas PC
Sitlinger & Theiler
Steptoe & Johnson PLLC
Stich, Angell, Kreidler, Dodge & Unke, P.A.
Stillwell Midgley PLLC
Stites & Harbison PLLC
Taylor, Porter, Brooks & Phillips, L.L.P.
Texas Medical Legal Consultants
Thompson Coe & O'Meara LLP
Towers Watson Delaware, Inc.
Upshaw Williams Biggers
Vinson & Elkins LLP
White and Williams LLP
Whitney Smith Company Inc.
Wicker, Smith, O'Hara, McCoy, & Ford, PA
Wiggin & Dana LLP
Wilson Elser Moskowitz Edelman & Dicker LLP
Winston & Strawn LLP

## **Schedule 1(o)**

### **Tort Claimants Committee**

Christopher Desmond Haywood
Douglas A. Kennedy
John Humphrey
Jorge Tabon
Jorge Vega
Morgan Wade Paul
Richard Halvorson
Robb Lawson
Robert Grier

## Schedule 1(p)

### Unsecured Creditors Committee

Girl Scouts of the United States of America
Lion Brothers Company Inc.
Pearson Education, Inc.
Pension Benefit Guaranty Corporation
Roger A. Ohmstede

**Schedule 1(q)**

**Top 25 Plaintiffs' Law Firms Representing the Largest Number of Abuse Victims Asserting Claims Against the Debtors**

Andreozzi & Associates, P.C.
Ava Law Group, Inc.
Bondurant, Mixson & Elmore, LLP
Crew Janci LLP
Dumas Law Group, LLC (A/K/A Dumas & Vaughn Attorneys at Law)
Eisenberg Rothweiler, Winkler, Eisenberg & Jeck, P.C.
Green & Gillispie
Gregg, Hunt, Ahern & Embry Attorneys at Law
Hurley McKenna & Mertz, P.C.
Jeff Anderson & Associates, PA
Kosnoff Law
Law Offices of Mitchell Garabedian
Lindsay Hart, LLP
Lujan & Wolff, LLP
Marsh Law Firm
Merson Law
Michael G. Dowd
Paul Mones
Penn Law Group
Pfau Cochran Vertetis Amala PLLC
Rebenack, Aronow, Mascolo, LLP
Robins Kaplan LLP
Rubenstein & Rynecki
Sweeny Reich & Bolz, LLP
Thomas Law Office, PLLC

**Schedule 1(r)**

**Top 30 General Unsecured Creditors of the Debtors (Non-Abuse Claims)[3]**

American Engineers & Contractors
Anne Terry
Bradley Farmer
C. Michael Hoover Jr.
C. Wayne Brock
███████████████████
David J. Ross II
Donald McChesney
Gary Butler
Hugh Travis
Jeffrey Hunt
John Green
Judith Ratcliffe
Kathy Sue Stone
Kenneth L. Connelly
Michael Surbaugh
NCS Pearson, Inc.
███████████████████████
Quad/Graphics, Inc.
Raymond L. Blackwell
Richard Lehr
Robert J. Mazzuca
Robert Tuggle
Roy L. Williams
Thomas H. Fitzgibbon
Thomas Harrington
Thomas Varnell

---

[3] The professionals seeking to be retained also ran the names of certain individual plaintiffs. In accordance with the *Interim Order (I) Authorizing the Debtors' to file (A) a Consolidated List of Counsel Representing the Largest Numbers of Abuse Victims and (B) a Consolidated List of Other Unsecured Creditors of the Debtors, (III) Authorizing and Approving Procedures for Providing Notice of Commencement, and (IV) Granting Related Relief* [Docket No. 66], in order to protect the identities of individual plaintiffs asserting abuse claims and individual plaintiffs who are minors, certain information has been redacted from this list.

**Schedule 1(s)**

**Deferred Compensation and Restoration Plan Participants**

| | |
|---|---|
| Alan Lambert | Alfred D Morin |
| Alfred D Morin | Patrick Sterrett |
| John Andrews | Ponciano Duran |
| Anne Terry | John Primrose |
| Bonnie H Bishop | Raymond L Blackwell |
| Bradford C Allen | Richard J Mathews |
| Bradley Farmer | Robert J Mazzuca |
| C. Wayne Brock | Robert Tuggle |
| C Michael Hoover Jr | Roger A Ohmstede |
| C Wayne Brock | Ron Oats |
| Pamela E. Carroll | Ronald K Hegwood |
| Danny R. Clifton | Roy L Williams |
| John A. Coyle | Steven P. McGowan |
| David J Ross Ii | Michael Surbaugh |
| Donald McChesney | Thomas H Fitzgibbon |
| Douglas S Smith Jr | Thomas Harrington |
| Erik L Nystrom | Hugh Travis |
| Erin Eisner | Thomas Varnell |
| Frances Lynne Park | Harold Watson |
| Frederick Wallace | Willie Iles Jr. |
| Gary Butler | |
| Jeffrie A. Herrmann | |
| Mark Holtz | |
| J Carey Keane | |
| Jeffrey Hunt | |
| John Green | |
| John Mosby | |
| Joseph S Coco | |
| Judith Ratcliffe | |
| Justin McCarthy | |
| Kathy Sue Stone | |
| Kendrick Miller | |
| Kenneth L Connelly | |
| Randall Kopsa | |
| Albert Kugler | |
| Lawrence F Potts | |
| Lawrence L Otto | |
| Mark Logemann | |
| Robert J. Mazzuca | |
| Michael Ashline | |
| Michael Kaufman | |
| Michael Surbaugh | |

## Schedule 1(t)

### Significant Contract Counterparties

3096-3227 Quebec Inc/Groupe Access
501c Services
Accelogix LLC
Ace Adventure Resort Inc.
Adobe Systems Inc.
AdvantageCS
Adven Capital Group LLC
Adventures WV
Alert Logic Inc.
Amazon Web Services Inc.
American Audio Visual Inc.
American Electric Equipment Inc.
American Food & Vending Corp
AMS America Inc.
Arnica Software Corp
Arrow Capital Solutions Inc.
AT&T (5019)
AT&T Capital Services, Inc.
AT&T Mobility
Automatic Data Processing Inc.
Avalara Inc.
Ayers Construction
Ayoka LLC
Blackbaud Inc.
Brown & Bigelow, Inc.
Butch Whitten Construction
Buxton Company
CEC Facilities Group LLC
Certain Inc.
CircuiTree, LLC
Constellation NewEnergy, Inc.
Corra Technology Inc.
Datamax
Dci / Shires Inc.
Dci Shires
Dupont Hotel Project Owner LLC
Durham School Services, L.P.
First Advantage Lns
First Maintenance Company
Freeman Decorating Co
Gaylord National Resort And Convention
    Center

Gaylord Texan Resort And Convention
    Center
Glas
Golin Harris International Inc.
Grant Thornton
Groupe Access
High Towers Wood, Welding & Fabrication,
    Inc.
Hyatt Regency Atlanta, Inc.
Hyatt Regency Dallas
Hyatt Regency New Orleans
IBM
Iidon Inc.
ImageNet Consulting LLC
Infosys
Infosys Limited
Insight Investments LLC
JDA Software Inc.
Ksquare Solutions Inc.
Lumos Networks
Maitreyi Consultants Inc.
Manchester Grand Hyatt
Mark Monitor Inc.
Meetings By Design Inc.
MetLife
Mi9 Retail Na Corp
Microsoft Services
Mimeo.com Inc.
Montclair State University
Morneau Shepell Limited (formerly known
    as Mercer Inc.)
MuleSoft Inc.
MXD Group Inc.
Naturally Slim
Nelson Westerberg/Atlas Van Lines
NTT Com Security (US) Inc.
Oracle America Inc.
Perimeter International
Philadelphia Marriott Downtown
Raymond Leasing Corporation
RCG Global Services Inc.
Riskonnect Inc.
River Expeditions

Robot And Pencils
Rpe Outsourcing, LLC
S & Me Inc.
Shawn H Jackson
Sheraton Birmingham
Skillsoft Corporation
Southern Air, Inc.
Sovos Compliance LLC
Sun Life Assurance Company of Canada
Tech Plan Inc.
The Vitality Group LLC (TVG)
Thomas Hjellming
Town Sports International Holdings, Inc.
United Healthcare
Unum
Upp Technology
Upper Keys Marine Construction, LLC
Verifone
VSP
Wage Works
Weston Solutions Inc.
Yeti Coolers, LLC

## **Schedule 1(u)**

### **Significant Customers**

A-B Emblem
Classb
Flemington Dept. Store
Ramsey Outdoor Store
The Moritz Embroidery Works, Inc.

**<u>Schedule 1(v)</u>**

**Significant Donors**

Abigail Maddi
America's Charities
Anadarko Petroleum Corporation
Blake Family Trust
Dean Wm. Carr, Jr. Trust
Estate of Allen C. Weiss
Estate of Ingeborg M. Borre
Estate of Steven C. Schoger
Estate of Thomas Parissidi
Fowler Family Fund
Gorini & Gorini LLP
Greater Kansas City Community Foundation
H P Farrington Trust C/O Bank of America
H. P. Farrington - HPF Foundation RSDY
Insurance Auto Auction
James S. Turley
John C. Jadel
John D. Harkey
John D. Tickle
John E. Link
Krevsky, Silber & Bergen
Lonnie C. Poole
Murray Energy Corporation
Mutual of Omaha Insurance Company
Publishing Concepts, L.P.
R. Doyle Parrish
Robert Cruickshank
Stephen D. Bechtel, Jr. Foundation
Steven A. Antoline
Steven E. Zachow
The James Annenberg La Vea Charitable Foundation
The Walter R. Wormell Trust
Tilden Family Philanthropy Fund
Todd L. Johnson
Tridave, LLC

**Schedule 1(w)**

**Significant Vendors**

1-800-Pack-Rat
Ace / Esis
Ace Adventure Resort Inc.
Ace American Insurance Company
Adventure Medical/Tender Corp
Allied Rentals Inc.
American Airlines
American Outdoor Products
AR & JO & MH LLP
Aspen Corporation
Automotive Rentals Inc.
AVIO Consulting LLC
Barebones Systems
Barkley House Ii Inc.
BC Sales And Sourcing
Berman O'Connor & Mann
BHG Structured Settlements Inc.
Bison Designs LLC
Boxley Aggregates of West Virginia LLC
Boy Scouts GA Recon Acct
Boy Scouts of America Recon Clearance
BSA Florida Sea Base BPC
BSA Parents Inc.
Buzzshift Inc.
Cai Design Inc.
Calypso Water Sports & Charters, Inc.
Capital Printing Co
Capitol Business Equipment
CDW Direct, LLC
Chasan & Walton LLC
Coleman Co Inc.
Compass Group USA Inc.
Computer Digital Imaging Corporation
Council Unemployment
Covington & Burling LLP
Cramer Security & Investigations Inc.
Crest Craft Company
Crown Awards
Crystal Bay Corporation
David W McKeehan
Davis Polk & Wardwell LLP
Deprez Travel Bureau Inc.
Derby Worx Inc.

Diamond Brand Canvas Products
Eagles Nest Outfitters, Inc.
EAN Services LLC
Eco Structures Australia Pty LTD
Egroup Recognition
Eski Inc.
Facebook Inc.
FedEx
Fenwick & West LLP
Fidelity Retirement Services
Fiji Elevator Company
Forest Fitness LLC
FTI Consulting Inc.
G&G Outfitters Inc.
Gateway Press Inc.
General Datatech LP
Gerald Magar Jr
Gilbert LLP
Gillmann Services Inc.
Gregory M Skinner
GSI Outdoors Inc.
GSR LLC
Guinn Consulting LLC
Health Special Risk Inc.
Hike America
Hintz Targeted Marketing, LLC
Insigniam Performance LP
Jesse Scofield Productions LLC
Jurisprudent Deferral Solutions LLC
Kahoot Products Inc.
Klymit (Argon Technologies)
KT Brown Consulting LLC
Kuehne and Nagel
Labatt Food Service
Leatham Family LLC
Leatherman Tool Group Inc.
Lewis A Whitten
Liberty Mountain Sports LLC
Low Impact Excavators Inc.
Lowe's Companies, Inc.
Macro Integration Services Inc.
Magic Novelty Co Inc.
Marriott Business Services

Marriott International
Marsh & McLennan Agency LLC
McGovern & Company
Mercer
Mittera Group
Morris & Player PLLC
MTM Recognition Corp
Mutual of Omaha Structured
Myers Lawn Care Services
NCS Pearson Inc.
Nichols Kaster PLLP
Optum Health Bank
Oregon Freeze Dry Inc.
Orkin
Osprey Packs, Inc.
Out Island Sailing Adventures LLC
Pacific Life & Annuity Services Inc.
Paradies Gifts Inc.
Paramount Builders LLC
Paramount Headwear Inc.
Partnership Employment Dallas LLC
Peak Industries Inc.
Peiyork Intl Co Inc.
People 2.0 Global Inc.
Pray Publishing
Pro-Honor Design & Casting
Quad Graphics Inc.
Renegade Productions Inc.
Royle Printing Co
Ryder Last Mile Inc.
Saunders Staffing Inc.
Schwebel Goetz & Sieben PA
Shamrock Foods Company
Shutterstock Inc.
Silver Creek Leather Co
Silver Golub & Teitell LLP
Stamps.Com
Stange Company Inc.
State Board of Equalization
Strategic Orient Sourcing
Sunbelt Rentals
Supplyone Rockwell, Inc.
Symphonix Solutions Inc.
Syncb/Amazon
Sysco South Florida Inc.

Target Creative Group Inc.
Texas State Comptroller
The Duck Company
The McClellan Law Firm A/C Trust Fund
The Special Event Company
The Thrasher Group, Inc.
Thiel Law Office PLLC
Thorlo, Inc.
Tower Legal Staffing Inc.
Trainham Cattle Company
Transportation Management Services
True Digital Security Inc.
Ugly Mugz
Unblind Productions Inc.
US Foods, Inc.
USPS / Eps
Vandalia Bronze
Vigna Information System LLC
Vision Service Plan
Vista Outdoor Sales LLC
Wagner Equipment Company
Wealth-X LLC
White Wilderness Inc.
Wolverine World Wide Inc.
World Scout Bureau
World Scout Foundation
World Scout Shop LTD
Yadgarov & Associates PLLC
You Are Here LLC

**Schedule 1(x)**

**Significant Taxing Authorities**

Acadia Parish School Board
Alabama Attorney General's Office
Alabama Securities Commission
Arizona Corporation Commission
Arizona Dept. of Revenue
Arkansas Dept. of Finance
Ascension Parish Sales Tax Authority
Assumption Parish
Avoyelles Parish School Board
Beauregard Parish Sales Tax
Bossier City - Parish
Caddo Shreveport Sales
Calcasieu Parish School Board
California Department of Justice
Canada Revenue Agency
Capitol Corporate Services Inc.
Charleston County
City of Canon City
City of Chicago - Dept. Of Revenue
City of Colorado Springs
City of Craig Alaska
City of Davenport
City of Detroit
City of Grand Junction Finance
City of Greenwood Village
City of Gustavus
City of Johnson City
City of Knoxville
City of Kodiak
City of Lakewood
City of Loveland
City of Melbourne
City of Palmer
City of Pueblo
City of Seattle
City of Steamboat Springs
City of Tacoma
City of Thorne Bay
Collin County Tax Assessor Collector
Colorado Dept. of Revenue
Colorado Secretary of State
Commonwealth of Massachusetts
Commonwealth of Pennsylvania

Commonwealth of Puerto Rico
Commonwealth of Virginia
Concordia Parish School Board
Connecticut Public Charity Unit
DC Treasurer
Delaware Secretary of State
Denton County Tax Assessor Collector
Departamento De Finanaz, Municipio
    Autonomo De Guaynabo
City of New Orleans, Department of
    Finance Bureau
Department of The Treasury, IRS
Desoto Parish Sales
East Feliciana Parish
False Alarm Reduction Unit, County of
    Fairfax (VA)
Florida Department of Revenue
Florida Department of State
Florida Dept. of Agri & Consumer Svcs
Forsyth County Tax Collector
Fred Sisk Knox County Trustee, County of
    Knox
Georgia Secretary of State
Grant Parish School Board
Harris County Sheriff's Office Alarm Detail
Iberia Parish School Board
Illinois Charity Bureau Fund
Illinois Department of Revenue
Iowa Dept. of Revenue And Finance
Jackson Parish Sales Tax Collection
Jefferson Davis Parish School
Jefferson Parish Sheriff's Office
Jefferson Parish Tax Collector
Kansas Department of Revenue
Kansas Secretary of State
Kentucky State Treasurer
Lafayette Parish School Board
Lafourche Parish School Board
Lincoln Parish
Livingston Parish School Board
Louisiana Dept. of Justice
Louisiana Dept. of Revenue And Taxation
Maine Revenue Services

Maricopa County Treasurer
Mass DOR (Dept. of Revenue)
Massachusetts Dept. of Revenue
Maryland Secretary of State
Michigan Dept. of Treasury
Minister of Finance - Manitoba
Minnesota Dept. of Revenue
Montana Secretary of State
Monterey County Tax Collector
Montgomery County
Morehouse Sales & Use Tax Commission
Minnesota Pollution Control Agency
(MPCA)
MS Secretary of State
NC Department of Revenue
Nebraska Dept. of Revenue
Nevada Secretary of State
New Mexico Secretary of State
New Mexico Taxation & Revenue Dept.
New York Sales Tax Bureau
New York State Corporation Tax
New York State Dept. of Law
NJ Division of Consumer Affairs
NM Taxation & Revenue Dept.
North Carolina Secretary Of State
NV Stmt of Business Publication
Office of State Tax Commissioner, North
Dakota
Office of The Attorney General, California,
Registry of Charitable Trusts
Ohio Attorney General
Ohio Treasurer of State
Oklahoma Secretary of State
Oklahoma Tax Commission
Orange County Tax Collector
Oregon Dept. of Justice
Pa Dept. of Labor & Industry
Parish of East Baton Rouge
Parish of Iberville
Parish of St Bernard
Parish of Terrebonne
Plaquemines Parish
Puerto Rico Department of The Treasury
Rapides Parish
Sabine Parish
Sacramento County

Sales And Use Tax Office, St. John The
Baptist Parish
SBC Tax Collector, County of San
Bernardino
SD Secretary of State
Secretary of State - ND
Secretary of State of Rhode Island
Shelby County Trustee- David Lenor
South Carolina Department of Revenue
South Carolina Secretary of State
South Dakota Dept. of Revenue
St Charles Parish School Board
St James Parish School Board
St Landry Parish School Board
St Martin Parish School Board
St Mary Parish
St Tammany Parish Sheriff's DPT
State Board of Equalization, California
State of Alaska
State of Connecticut
State of Delaware
State of Georgia
State of Maine
State of Maryland
State of Minnesota
State of New Hampshire
State of NJ-Sales & Use Tax
State of Rhode Island Division/ Taxation
State of Rhode Island General Treasurer
State of Tennessee
State of Washington Dept. Of Revenue
State of Wyoming
State Tax Commission, Mississippi
State of Idaho Tax Commission
Tangipahoa Parish School System
Tarrant County Tax Assessor-Collector
Tax Collector Monroe County FL
Taxation & Revenue Department, Monroe,
Louisiana
Taxation & Revenue Dept., Santa Fe, New
Mexico
Tennessee Dept. of Revenue
Texas State Comptroller
The City of Cortez
Treasurer of Virginia
Treasurer State of Connecticut

Treasurer State of Ohio
Treasurer, City of Memphis
U.S. Department of Homeland Security,
    Customs and Border Protection
Utah Department of Agriculture And Food
    (UDAF)
Union Parish
United States Department of The Treasury
Utah Dept. of Commerce
VDH - Bedding, Commonwealth of Virginia
Vermillion Parish School Board
Vermont Department of Taxes
Vernon Parish School Board
Virgin Islands Bureau of Internal Revenue
Washington County Trustee
Washington Office of Insurance
Washington Parish
Washington Secretary of State
Webster Parish School Board
West Baton Rouge Parish
West Feliciana Parish School BD
West Virginia Division of Labor
West Virginia Secretary of State
West Virginia State Tax Dept.
WI Dept. of Financial Institutions
Winn Parish
Wisconsin Department of Revenue
WV Secretary of State

**Schedule 1(y)**

**Significant Utility Providers**

AAF Hauling Inc.
Advanced Disposal
Allstream Business Us Inc.
Amerigas
Appalachian Power
Aspen Waste Systems, Inc.
AT&T
AT&T - Opus
AT&T Mobility
AT&T Wireless
Cablevision Systems Corporation
CenterPoint Energy
CenturyLink
City of Charlotte
City of Irving - Utility Billing
City of Irving - Municipal Services Bill
City of Mount Hope - Sewer
City of Mount Hope - Water
Claro Puerto Rico
Consolidated Communications
County of Colfax
Crosier's Sanitary Service Inc.
Dakota Electric Association
Direct Communications Rockland
Direct Energy Business, Inc.
Duke Energy
EarthLink (Windstream)
EarthLink Business
Eversource
Ferrellgas
Florida Keys Aqueduct Authority
Florida Keys Electric Cooperative
Frontier Communications
Getronics Pomeroy IT Solutions
Granite Telecommunications
Keys Energy Services
Kit Carson Electric Cooperative
Lake Country Power
Level 3 Communications LLC
Lumos Networks
Lumos Networks DBA Segra
Mountaineer Gas Company

National Grid
Northern New Mexico Gas
Oak Hill Garbage Disposal Inc.
Pacific Centrex (Datavo LLC)
Piedmont Natural Gas Company
Plyler Paper Stock Co Inc.
Raleigh County Solid Waste
Republic Services, Inc.
Shentel
Sierra Communications, Inc.
Springer Electric Cooperative, Inc.
Time Warner Cable
Tri-County Electric Cooperative Inc.
Trophy Club Muds
Verizon Wireless
Village of Cimarron
Waste Connections, Inc.
Waste Management
Waste Management - Blaine MN
Waste Management Florida
Waste Management- Ft Worth Hauling
Waste Management Lewisville Hauling
Waste Management of Denver
Waste Management of Michigan Inc.
West Virginia American Water
West Virginia American Water Co
White Oak Public Service District
Windstream Communications Inc.
Wow! Business
Xcel Energy
Zia Natural Gas Company

**Schedule 1(z)**

**U.S. Trustee, Judges, and Court Contacts for the District of Delaware**

Agarwal, Robert
Hon. Ashley M. Chan
Benjamin Hackman
Hon. Brendan L. Shannon
Brian Cavello
Cacia Batts
Catherine Farrell
Cheryl Szymanski
Christine Green
Hon. Christopher S. Sontchi
Claire Brady
Danielle Gadson
David Buchbinder
David Villagrana
Diane Giordano
Dion Wynn
Donna Grottini
Edith A. Serrano
Hannah M. McCollum
Holly Dice
James R. O'Malley
Jane Leamy
Janet Moore
Jeffrey Heck
Jill Walker
Hon. John T Dorsey
Juliet Sarkessian
Hon. Karen B. Owens
Karen Starr
Karen Strupczewski
Hon. Kevin Gross
Laura Haney
Lauren Attix
Laurie Capp
Hon. Laurie Selber Silverstein
Linda Casey
Linda Richenderfer
Lora Johnson
Marquietta Lopez
Hon. Mary F. Walrath
Michael Panacio

Nancy Hunt
Rachel Bello
Rachel Werkheiser
Ramona Vinson
Richard Schepacarter
Shakima L. Dortch
Sherry Scaruzzí
T. Patrick Tinker
Timothy J. Fox Jr.
Una O'Boyle