**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>                        Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**FIRST SUPPLEMENTAL DECLARATION OF BRIAN WHITTMAN IN SUPPORT
OF THE DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING
THE RETENTION AND EMPLOYMENT OF ALVAREZ & MARSAL NORTH
AMERICA, LLC AS FINANCIAL ADVISOR FOR THE DEBTORS AND
DEBTORS IN POSSESSION, *NUNC PRO TUNC* TO THE PETITION DATE**

I, BRIAN WHITTMAN, declare as follows:

       1.      I am a Managing Director with Alvarez & Marsal North America, LLC (together

with employees of its professional service provider affiliates (all of which are wholly-owned by

its parent company and employees), its wholly-owned subsidiaries and independent contractors,

"A&M"), a restructuring advisory services firm with numerous offices throughout the country.

       2.      I submit this declaration (this "First Supplemental Declaration") to supplement my

prior declaration, dated March 17, 2020 (the "Initial Declaration"), attached as Exhibit C to the

*Debtors' Application for Entry of an  Order Authorizing the Retention and Employment of*

*Alvarez and Marsal North America, LLC as Financial Advisor for the Debtors and Debtors in*

*Possession,* Nunc Pro Tunc *to the Petition Date* [D.I. 206] (the "Application") filed on March 17,

2020.[1] Unless otherwise stated herein, I have personal knowledge of the facts set forth herein

or have been informed of such matters by professionals of A&M.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Application.

3.    On April 4, 2020, the Court entered the *Order Authorizing the Retention and Employment of Alvarez & Marsal North America, LLC as Financial Advisor to the Debtors and Debtors in Possession,* Nunc Pro Tunc *to the Petition Date* [D.I. 355].

4.    In connection with its retention by the Debtors in these cases, A&M has undertaken an ongoing analysis to determine whether any material relevant facts or relationships have arisen or been discovered.  In connection therewith, it has come to A&M's attention that the entities identified on **Schedule A** hereto (the "Additional Potential Parties in Interest") are parties involved in the Debtors' chapter 11 cases who were not identified on Schedule 1 to the Initial Declaration.  The Additional Potential Parties in Interest together with the parties identified on Schedule 1 to the Initial Declaration are hereinafter referred to as the "Potential Parties in Interest." Based on the Firm Procedures described in the Initial Declaration, the relationships with the Additional Potential Parties in Interest are identified on Schedule B hereto.

5.    This inquiry has revealed that A&M is retained as a financial advisor to Potential Party in Interest Diocese of Rockville Center ("DRVC") in connection with its chapter 11 case. DRVC is a Chartered Organization and is a co-defendant on abuse claims made against the Debtors and may be a beneficiary of certain of the Debtors' insurance policies.  While A&M's role for the Debtors may include the negotiation of contributions and release of chartered organizations in general in connection with the Debtors' plan of reorganization, A&M has not provided, nor will it provide, services to the Debtors that are directly related to DRVC nor will A&M provide DRVC services that are directly related to the Debtors.

6.    Based on the results of its review, to be best of my knowledge, except as set forth herein and in the Initial Declaration, A&M does not have an active relationship with any of Potential Parties in Interest in matters relating to the Debtors' chapter 11 cases.

7.      To the extent any information disclosed herein requires amendment or modification upon A&M's completion of further review or as additional party-in-interest information becomes available to it, a further supplemental declaration reflecting such amended or modified information will be submitted to the Court.

*[Remainder of Page Intentionally Left Blank]*

     I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Dated:  December 3, 2020
       Chicago, Illinois

                                                   */s/ Brian Whittman*
                                                   Brian Whittman
                                                   Managing Director
                                                   ALVAREZ & MARSAL NORTH AMERICA, LLC