## <u>SCHEDULE A</u>

**Additional Potential Parties in Interest**

**<u>Bankruptcy Professionals</u>**
White & Case LLP

**<u>Chartered Organizations</u>**
Diocese of Rockville Centre
St. Brigid Roman Catholic Church

**<u>Debtor</u>**
Boy Scouts of America
Delaware BSA, LLC

**<u>Mediation Parties</u>**
Commonwealth Mediation & Conciliation, Inc.
Hogan Lovells US LLP
Hon. Kevin Carey (Ret.)
Paul Finn
The Gallagher Law Group
Timothy Gallagher

**<u>Professionals Retained by Debtors</u>**
Appraisers of the Keys, Inc.
BW Ferguson & Associates Ltd.
Dawn M. Powell Appraisals Inc.
F.I. Salter, Inc.
Hotel & Leisure Advisors
NextClaim

**<u>Professionals Representing Certain Parties in Interest</u>**
Andrews & Thornton
ASK LLP
Bayard, P.A.
Bradley Riley Jacobs PC
Brown Rudnick LLP
Choate, Hall & Stewart LLP
Clyde & Co.
Dr. Jon R. Conte, Ph.D.

Fineman Krekstein & Harris PC
Foran Glennon Palandech Ponzi & Rudloff P.C.
Loeb & Loeb
McDermott Will & Emery LLP
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
Monzack Mersky Browder and Hochman, P.A.
Nicolaides Fink Thorpe Michaelides Sullivan LLP
O'Melveny & Myers LLP
Pepper Hamilton LLP
Reed Smith LLP
Seitz, Van Ogtrop & Green, P.A.
Shipman & Goodwin LLP
Slater Slater Schulman LLP
Stampoulis & Weinblatt LLC
Troutman Sanders LLP
Walker Wilcox Matousek LLP
Wiley Rein LLP
Wilmer Cutler Pickering Hale and Dorr LLP