**SCHEDULE B**

**Known Connections to Potential Parties in Interest in Unrelated Matters**

**Professionals & Advisors**[1]
Bayard, P.A.
Brown Rudnick LLP
Choate, Hall & Stewart LLP
Clyde & Co.
Hogan Lovells US LLP
Loeb & Loeb
McDermott Will & Emery LLP
Mintz Levin Cohn Ferris Glovsky and
  Popeo, P.C.
O'Melveny & Myers LLP
Pepper Hamilton LLP
Reed Smith LLP
Shipman & Goodwin LLP
Troutman Sanders LLP
White & Case LLP
Wiley Rein LLP
Wilmer Cutler Pickering Hale & Dorr LLP


**A&M Vendors**[2]
Bayard, P.A.
Clyde & Co.
Hogan Lovells US LLP
Mintz Levin Cohn Ferris Glovsky and
  Popeo, P.C.
O'Melveny & Myers LLP
Pepper Hamilton LLP
Reed Smith LLP
Troutman Sanders LLP
White & Case LLP
Wiley Rein LLP
Wilmer Cutler Pickering Hale & Dorr LLP

---

[1] These professionals have represented clients in matters where A&M was also an advisor (or provided interim management services) to the same client. In certain cases, these professionals may have engaged A&M on behalf of such client.

[2] These parties or their affiliates provide or have provided products, goods and/or services (including but not limited to legal representation) to A&M and/or its affiliates.