**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>Re: Docket No. 1786 |

**ORDER GRANTING MOTION FOR ORDER FIXING
HEARING DATE AND SHORTENING TIME REGARDING
APPLICATION OF THE OFFICIAL TORT CLAIMANTS' COMMITTEE
PURSUANT TO SECTIONS 328(a) AND 1103 OF THE BANKRUPTCY CODE,
RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE
AND LOCAL RULE 2014-1 FOR AUTHORIZATION TO EMPLOY AND RETAIN
CBRE, INC. AS REAL ESTATE ADVISOR, EFFECTIVE AS OF DECEMBER 1, 2020**

Upon consideration of the motion (the "Motion to Shorten")[2] filed by the Official Committee of Tort Claimants (consisting of survivors of childhood sexual abuse) (the "Tort Claimants' Committee" or the "TCC"), for entry of an order (this "Order") scheduling an expedited hearing on, and shortening the notice period of, the *Application of the Official Tort Claimants' Committee Pursuant to Sections 328(a) and 1103 of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and Retain CBRE, Inc. as Real Estate Advisor, Effective as of December 1, 2020* (the "Application"); and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion to Shorten.

this proceeding and the Motion to Shorten in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that notice of the Motion to Shorten was appropriate and no other notice need be provided; and this Court having reviewed the Motion to Shorten and having determined that the legal and factual bases set forth in the Motion to Shorten establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion to Shorten is GRANTED.

2. The hearing on the Application will be held on **December 16, 2020 at 10:00 a.m. (Eastern Time)** (the "Hearing").

3. Objections or responses to the Application, if any, must be made on or before **December 11, 2020 at 4:00 p.m. (prevailing Eastern Time)**.

4. Within one (1) business day after the entry of this Order, the TCC shall serve a copy of this Order and a notice for the Hearing on the Application in the manner described in the Motion.

5. This Court shall retain jurisdiction to enforce and interpret the provisions of this Order.

**Dated: December 4th, 2020**
**Wilmington, Delaware**

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

DOCS_DE:231968.1 85353/002

2