# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10566 (MFW)<br><br>(Jointly Administered)<br><br>**Hearing Date: TBD**<br>**Objections Due: December 18, 2020 at 4:00 p.m. (ET)** |

**THIRD INTERIM FEE APPLICATION OF ALIXPARTNERS, LLP, FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM AUGUST 1, 2020 THROUGH OCTOBER 31, 2020**

| | | |
|---|---|---|
| **Name of Applicant:** | **ALIXPARTNERS, LLP** | |
| **Applicant's Role in Case:** | **The Official Committee of Unsecured Creditors** | |
| **Date Retention Order Signed:** | **May 23, 2020,** *Nunc Pro Tunc* **to March 4, 2020 [Docket No. 689]** | |
| **Time period covered by this Third Interim Application:** | **Beginning of Period** | **End of Period** |
| | **August 1, 2020** | **October 31, 2020** |
| **Summary of Total Fees and Expenses Requested:** | | |
| **Total Fees Requested in this Third Interim Application:** | $757,021.00 | |
| **Total Expenses Requested in this Third Interim Application:** | $0.00 | |
| **Total Fees and Expenses Requested in this Third Interim Application:** | $757,021.00 | |
| **Blended hourly rate for fees incurred during the <u>Interim</u> Compensation Period:** | $0 | |

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

| **Summary of Prior Payments & Outstanding Amount Due AlixPartners During the Third Interim Period:** | |
|---|---|
| **Total Allowed Compensation Paid to Date during the Third Interim Period:** | $0.00 |
| **Total Allowed Expenses Paid to Date:** | $0.00 |
| **Total Amount of Fees and Expenses Due & Owing to AlixPartners during the Third Interim Period:** | $757,021.00 |
| **This is a(n):** ___ Monthly Application  _X_  Interim Application ___ Final Application | |

# ALIXPARTNERS, LLP

## SUMMARY OF FEE STATEMENTS
## DURING THE THIRD INTERIM PERIOD
## AUGUST 1, 2020 THROUGH OCTOBER 31, 2020

| Date Filed; Docket No. | Period Covered | Requested | | Paid | | Certificate of No Objection | Amount Outstanding |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses | | |
| 10/15/2020 Docket #1527 | 8/1/2020 - 8/31/2020 | $352,776.00 | $0.00 | $0.00 | $0.00 | | $352,776.00 |
| 10/30/2020 Docket #1609 | 9/1/2020 - 9/30/2020 | $148,583.50 | $0.00 | $0.00 | $0.00 | | $148,583.50 |
| 11/25/2020 Docket #1738 | 10/1/2020 - 10/31/2020 | $255,661.50 | $0.00 | $0.00 | $0.00 | | $255,661.50 |
| Total | | **$757,021.00** | **$0.00** | **$0.00** | **$0.00** | | **$757,021.00** |

**ALIXPARTNERS, LLP**

**SUMMARY OF HOURS AND FEES BY PROFESSIONAL
DURING THE THIRD INTERIM PERIOD
<u>AUGUST 1, 2020 THROUGH OCTOBER 31, 2020</u>**

| Professional | Title | Rate | Total Hours During Period | Total Fees During Period |
|---|---|---|---|---|
| Richard Collura | Managing Director | $1,090 | 147.9 | $161,211.00 |
| David MacGreevey | Managing Director | $1,090 | 46.9 | $51,121.00 |
| Kathryn McGlynn | Managing Director | $1,025 | 65.7 | $67,342.50 |
| Robert B. Winning | Director | $910 | 53.6 | $48,776.00 |
| Elizabeth S Kardos | Director | $710 | 2.1 | $1,491.00 |
| Loring Hill | Senior Vice President | $645 | 33.0 | $21,285.00 |
| Kyoko Shibuya | Senior Vice President | $645 | 220.3 | $142,093.50 |
| Scott Weiner | Senior Vice President | $645 | 272.9 | $176,020.50 |
| Kaitlyn A Sundt | Senior Vice President | $510 | 1.8 | $918.00 |
| Joy N. Ibanga | Vice President | $515 | 139.9 | $72,048.50 |
| Brooke Filler | Vice President | $445 | 0.2 | $89.00 |
| Lisa Marie Bonito | Associate | $450 | 32.5 | $14,625.00 |
| **Total Fees and Hours for Professionals** | | | **1,016.8** | **$757,021.00** |

**Average Billing Rate     $744.51**

## ALIXPARTNERS, LLP

### SUMMARY OF HOURS AND FEES BY MATTER CATEGORY
### DURING THE THIRD INTERIM PERIOD
### AUGUST 1, 2020 THROUGH OCTOBER 31, 2020

| | Matter Code | Total Hours During Period | Total Fees During Period |
|---|---|---|---|
| 101 | Planning, Coordination and Case Management | 7.3 | $ 6,322.50 |
| 102 | Meetings and Communications with UCC & Professionals | 153.2 | 133,190.00 |
| 103 | Meetings and Communications with Management & Debtors' Professionals | 50.5 | 40,523.50 |
| 104 | Meetings and Communications with Lenders & Professionals | - | - |
| 105 | Meetings and Communications with Tort Committee | 0.8 | 872.00 |
| 106 | Analysis of Cash Collateral | - | - |
| 107 | Analysis of Liquidity and Cash Management | 102.4 | 68,968.00 |
| 108 | Sale of Assets | - | - |
| 109 | Business and Strategic Plan Analysis | 101.6 | 67,148.50 |
| 110 | Valuation Analysis | - | - |
| 111 | Employee Compensation and Advisor Retention Matters | 34.5 | 17,910.50 |
| 112 | Financial and Other Diligence | 229.5 | 163,449.00 |
| 113 | Collateral Analysis | 3.1 | 3,112.00 |
| 114 | Forensic Analysis | 201.2 | 159,934.50 |
| 115 | Litigation Support | 13.2 | 13,587.00 |
| 116 | Claims Analysis | 48.1 | 34,427.00 |
| 117 | RSA, Disclosure Statement & Plan of Reorganization | 5.5 | 4,912.50 |
| 118 | Retention Applications & Relationship Disclosure Schedules | 3.3 | 2,432.00 |
| 119 | Attend Court Hearings | 18.2 | 14,566.00 |
| 120 | Fee Statements and Fee Applications | 44.4 | 25,666.00 |
| 150 | Non-Working Travel Time | - | - |
| | **TOTAL** | **1,016.8** | **$ 757,021.00** |

**Average Billing Rate**   **$744.51**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>                  Debtors. | Chapter 11<br><br>Case No. 20-10566 (MFW)<br><br>(Jointly Administered)<br><br>**Hearing Date: TBD**<br>**Objections Due:  December 18, 2020 at 4:00 p.m. (ET)** |

**THIRD INTERIM FEE APPLICATION OF ALIXPARTNERS, LLP,
FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD FROM AUGUST 1, 2020 THROUGH OCTOBER 31, 2020**

AlixPartners, LLP ("AlixPartners"), as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") of Boy Scouts of America and Delaware BSA, LLC ("the "Debtors"), submits its third interim fee application (the "Application") for allowance of compensation and reimbursement of expenses for the period of August 1, 2020 through October 31, 2020 (the "Third Interim Period").  By this Application, AlixPartners seeks payment of professional fees of $757,021.00 (including the holdback of $151,404.20).  AlixPartners respectfully states as follows:

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

1

**Jurisdiction and Venue**

1. The United States Bankruptcy Court for the Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The basis for relief requested herein are sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Bankruptcy Rules for the District of Delaware (the "Local Bankruptcy Rules"), and the *Order (i) Approving Procedures For (a) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (b) Expense Reimbursement For Official Committee Members and (ii) Granting Related Relief* dated April 6, 2020 (the "Interim Compensation Order") [Docket No. 227].

**Background**

4. On February 18, 2020, (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, thereby commencing the above-captioned Chapter 11 Cases (the "Chapter 11 Cases").

5. The Debtors are authorized to continue operating their businesses and managing their properties as debtors-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

6. No trustee or examiner has been appointed in these Chapter 11 Cases.

7. On March 5, 2020, the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed the Committee [Docket No. 141].

**AlixPartners' Retention**

8.  On April 23, 2020, the Committee filed its *Application of the Official Committee of Unsecured Creditors For Entry of an Order Authorizing the Employment and Retention of AlixPartners, LLP as its Financial Advisor Nunc Pro Tunc to March 4, 2020* [Docket No. 160].

9.  On May 23, 2020, the Bankruptcy Court entered the *Order Authorizing the Employment and Retention of AlixPartners LLP as its Financial Advisor Nunc Pro Tunc to March 4, 2020* (the "Retention Order") [Docket No. 689].

10. The Retention Order authorized AlixPartners to be compensated pursuant to the procedures set forth in the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and the Interim Compensation Order.

**Relief Requested**

**Monthly Fee Applications Covered During the Third Interim Period**

11. AlixPartners' monthly fee applications (the "Monthly Fee Applications") covered during the Third Interim Period have been filed and served pursuant to the Interim Compensation Order. The Monthly Fee Applications covered by this Application contain detailed daily time logs describing the actual and necessary services provided during the period covered by such Monthly Fee Applications. Detailed descriptions of the services rendered during the Third Interim Period were included in the Monthly Fee Applications and are filed on the Court docket.

12. AlixPartners has filed three (3) Monthly Fee Applications as noted below:

| Date Filed; Docket No. | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses | Certificate of No Objection | Amount Outstanding |
|---|---|---|---|---|---|---|---|
| 10/15/2020 Docket #1527 | 8/1/2020 - 8/31/2020 | $352,776.00 | $0.00 | $0.00 | $0.00 | | $352,776.00 |
| 10/30/2020 Docket #1609 | 9/1/2020 - 9/30/2020 | $148,583.50 | $0.00 | $0.00 | $0.00 | | $148,583.50 |
| 11/25/2020 Docket #1738 | 10/1/2020 - 10/31/2020 | $255,661.50 | $0.00 | $0.00 | $0.00 | | $255,661.50 |
| Total | | $757,021.00 | $0.00 | $0.00 | $0.00 | | $757,021.00 |

3

13. AlixPartners is seeking an interim allowance of compensation in the amount of $757,021.00[2] during the Third Interim Period.

14. During the Third Interim Period, AlixPartners has received the sum of $0.00 and the sum of $757,021.00 remains outstanding pursuant to the Third Interim Period. In addition, AlixPartners is owed the sum of $166,616.50 pursuant to the Second Interim Period.

**Summary of Professional Services by Category During the Third Interim Period**

15. AlixPartners classified all services performed for which compensation is sought into separate categories. Summarized below is a description of the services provided by AlixPartners to the Committee during the Third Interim Period in each significant service area.

16. The following summaries are intended only to highlight key services rendered by AlixPartners during the Third Interim Period in certain project billing categories where AlixPartners has expended a considerable number of hours on behalf of the Committee and are not meant to be a detailed description of all of the work performed by AlixPartners. The primary focus of AlixPartners was centered around the following areas:

**Matter Code 101: Planning, Coordination and Case Management**
**(7.3 Hours; $6,322.50 Fees)**
Time spent includes engagement scoping, resource planning, workstream coordination, and engagement execution strategy.

**Matter Code 102: Meetings and Communications with Committee Members and Professionals**
**(153.2 Hours; $133,190.00 Fees)**
Time spent includes updating the Committee with regard to status of the Chapter 11 Cases, including the preparation of related presentation materials. In addition, this also includes discussion with other professionals representing the Committee regarding case developments.

---

[2] This amount includes the 20% holdback of fees reflected by the Monthly Fee Statements including the amount of $70,555.20 during the Sixth Monthly Fee Application, and the holdback in the amount of $29,716.70 during the Seventh Monthly Fee Application, and the holdback in the amount of $51,132.30 during the Eighth Monthly Fee Application, for a total holdback of $151,404.20 (the "Holdback").

**Matter Code 103: Meetings and Communications with Management and Debtors' Professionals**
**(50.5 Hours; $40,523.50 Fees)**
Time spent includes meetings and discussions held with Management and Debtors' professionals.

**Matter Code 105: Meetings and Communications with Tort Committee**
**(0.8 Hours; $872.00 Fees)**
Time spent includes meetings and discussions held with the Tort Committee and its Professionals.

**Matter Code 107: Analysis of Liquidity and Cash Management**
**(102.4 Hours; $68,968.00 Fees)**
Time spent includes analyzing and reviewing weekly cash flow reports and their respective variances from budgeted amounts.  Time spent also includes analyzing cash flow budgets published during the case.

**Matter Code 109:  Business and Strategic Plan Analysis**
**(101.6 Hours; $67,148.50 Fees)**
Time spent includes analyzing and diligencing the Debtors' business plans, and their reasonableness as with respect to a successful emergence from Chapter 11.

**Matter Code 111:  Employee Compensation and Advisor Retention Matters**
**(34.5 Hours; $17,910.50 Fees)**
Time spent includes communications and analysis related to Debtors' reductions in force.

**Matter Code 112: Financial and Other Diligence**
**(229.5 Hours; $163,449.00 Fees)**
Time spent includes researching and documenting relevant information regarding the Debtors' state of affairs from public and non-public sources, including, but not limited to, filings on the electronic court docket, press releases, monthly operating reports provided by the Debtors, as well as documents and schedules provided in the virtual data room.

**Matter Code 113:  Collateral Analysis**
**(3.1 Hours; $3,112.00 Fees)**
Time spent includes coordinating requests related to the assessement of non-debtor assets.

**Matter Code 114:  Forensic Analysis**
**(201.2 Hours; $159,934.50 Fees)**
Time spent includes conducting detailed investigations into certain estate causes of action, transactions and financial diligence related to the Local Councils, review of documents contained in the data room, and summarizing findings for the Committee.

**Matter Code 115:  Litigation Support**
**(13.2 Hours; $13,587.00 Fees)**
Time spent includes communications with counsel regarding JPM lien investigation.

### Matter Code 116:  Claims Analysis
**(48.1 Hours; $34,427.00 Fees)**
Time spent includes reviewing and analyzing claims filed against the Debtors and evaluating its expected recovery to the unsecured creditors.

### Matter Code 117:  RSA, Disclosure Statement & Plan of Reorganization
**(5.5 Hours; $4,912.50 Fees)**
Time spent includes negotiating, analyzing, reviewing and providing commentary on the Debtors' proposed plan of reorganization, disclosure statement, and related restructuring support agreement.

### Matter Code 118:  Retention Applications and Relationship Disclosure Schedules
**(3.3 Hours; $2,432.00 Fees)**
Time billed under this category was for the necessary time that AlixPartners' professionals spent managing the retention and relationship disclosure processes. Appropriate staffing levels were utilized to minimize the cost associated with these activities.

### Matter Code 119:  Attend Court Hearings
**(18.2 Hours; $14,566.00 Fees)**
Time billed under this category was for the necessary time that AlixPartners' professionals spent attending Court hearings and mediation sessions.

### Matter Code 120:  Fee Statements and Fee Applications
**(44.4 Hours; $25,666.00 Fees)**
Time billed under this category was for the necessary time that AlixPartners' professionals spent managing the fee statement and fee application processes. Appropriate staffing levels were utilized to minimize the cost associated with these activities.

17.     AlixPartners believes that the fees and expenses requested are reasonable, and all amounts requested are for actual and necessary services rendered on behalf of the Committee.

18.     AlixPartners has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in these cases. No promises have been received by AlixPartners or any member thereof as to compensation in connection with these Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code.

**Certification**

19.     A Certification of David MacGreevey is attached hereto as **Exhibit A** and made part of this Application.

**No Prior Request**

20.     No prior request for the relief sought in this Application has been made to this or any other court.  This Application is made without prejudice to further or final applications based upon all relevant criteria, including the results achieved in the case as a whole.

*[Remainder of page intentionally left blank.]*

**Conclusion**

WHEREFORE, AlixPartners, as financial advisor to the Committee, respectfully requests that the Court enter an order providing that: (i) an interim allowance be awarded to AlixPartners for the Third Interim Period in the amount of $757,021.00 (including the Holdback of $151,404.20) as compensation for necessary professional services rendered; (ii) the Debtors be authorized and directed to pay AlixPartners the outstanding amount of $757,021.00 pursuant to the Third Interim Period; and (iii) for such other and further relief as this Court deems proper.

Dated: December 4, 2020

ALIXPARTNERS, LLP
909 Third Avenue, 28th Floor
New York, New York 10022

*/s/  David MacGreevey*
By: David MacGreevey
    Managing Director