**<u>EXHIBIT 1</u>**

DOCS_DE:232034.1 85353/002

these chapter 11 cases is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that notice of the Motion to Shorten as set forth therein is good and sufficient, and that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Motion to Shorten establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten is GRANTED as set forth herein.

2. A hearing on the relief requested in the Application shall be held on December 9, 2020 at 10:00 a.m. (prevailing Eastern Time).

3. Objections, if any, to the relief requested in the Application shall be made in writing, filed with the Court and served upon counsel for the Debtors and the TCC so as to be received no later than December 8, 2020 at 4:00 p.m. (prevailing Eastern Time).

this proceeding and the Motion to Shorten in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that notice of the Motion to Shorten was appropriate and no other notice need be provided; and this Court having reviewed the Motion to Shorten and having determined that the legal and factual bases set forth in the Motion to Shorten establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.    The Motion to Shorten is GRANTED.

2.    The hearing on the Application will be held on **December 16, 2020 at 10:00 a.m. (Eastern Time)** (the "<u>Hearing</u>").

3.    Objections or responses to the Application, if any, must be made on or before **December 11, 2020 at 4:00 p.m. (prevailing Eastern Time)**.

4.    Within one (1) business day after the entry of this Order, the TCC shall serve a copy of this Order and a notice for the Hearing on the Application in the manner described in the Motion.

5.    This Court shall retain jurisdiction to enforce and interpret the provisions of this Order.

**LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE**

**Dated: December 4th, 2020
Wilmington, Delaware**

DOCS_DE:231968.1 85353/002

2