## Exhibit A

**Summary of Time Detail by Task**

*Exhibit A*

**Boy Scouts of America and Delaware BSA, LLC**
**Summary of Time Detail by Task**
**August 1, 2020 through October 31, 2020**

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Bankruptcy Support | 152.2 | $108,085.00 |
| Cash | 282.5 | $186,407.50 |
| Claims | 86.2 | $47,910.00 |
| Contracts | 10.1 | $7,322.50 |
| Court | 8.4 | $6,855.00 |
| Employee | 27.5 | $19,082.50 |
| Fee Applications | 17.3 | $6,742.50 |
| Financial Analysis | 600.5 | $395,495.00 |
| Info Req | 287.0 | $191,740.00 |
| Litigation | 18.2 | $13,015.00 |
| MOR | 39.6 | $28,037.50 |
| Motions/Orders | 41.3 | $27,572.50 |
| Plan DS | 8.1 | $8,092.50 |
| Statement & Schedules | 11.9 | $7,490.00 |
| Status Meeting | 97.2 | $76,777.50 |
| Travel | 5.5 | $4,437.50 |
| Vendor Management | 63.3 | $43,512.50 |
| *Subtotal* | **1,756.8** | **$1,178,575.00** |
| *Voluntary Reduction - General* | **-3.6** | **-$2,475.00** |
| *Total* | **1,753.2** | **$1,176,100.00** |