## **Exhibit B**

**Summary of Time Detail by Professional**

*Exhibit B*

---

**Boy Scouts of America and Delaware BSA, LLC**
**Summary of Time Detail by Professional**
**August 1, 2020 through October 31, 2020**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $1,025.00 | 158.6 | $162,565.00 |
| Erin Covington | Managing Director | $925.00 | 0.5 | $462.50 |
| Erin McKeighan | Managing Director | $850.00 | 26.8 | $22,780.00 |
| Trevor Phillips | Managing Director | $725.00 | 2.4 | $1,740.00 |
| Carl Binggeli | Director | $725.00 | 585.1 | $424,197.50 |
| Robert Edgecombe | Director | $525.00 | 83.0 | $43,575.00 |
| Scott Blasingame | Manager | $475.00 | 23.0 | $10,925.00 |
| Ryan Walsh | Senior Associate | $650.00 | 574.4 | $373,360.00 |
| Ben Jackson | Senior Associate | $425.00 | 3.0 | $1,275.00 |
| Julio Cifuentes | Associate | $575.00 | 46.5 | $26,737.50 |
| Trevor DiNatale | Consultant | $550.00 | 6.8 | $3,740.00 |
| Gerard Gigante | Analyst | $475.00 | 76.4 | $36,290.00 |
| Davis Jochim | Analyst | $425.00 | 149.0 | $63,325.00 |
| Lewis Kordupel | Analyst | $425.00 | 6.8 | $2,890.00 |
| Nicole Vander Veen | Paraprofessional | $325.00 | 14.5 | $4,712.50 |
| | | *Subtotal* | 1,756.8 | $1,178,575.00 |
| | *Voluntary Reduction - General* | | -3.6 | -$2,475.00 |
| | | *Total* | 1,753.2 | $1,176,100.00 |