## Exhibit C

**Summary of Expense Detail by Category**

*Exhibit C*

## Boy Scouts of America and Delaware BSA, LLC
## Summary of Expense Detail by Category
## August 1, 2020 through October 31, 2020

| *Expense Category* | *Sum of Expenses* |
|---|---|
| Airfare | $688.42 |
| Lodging | $514.05 |
| Meals | $143.94 |
| Miscellaneous | $576.63 |
| Transportation | $282.71 |
| *Total* | **$2,205.75** |