## **Exhibit A**

## Summary of Time Detail by Task

| Task Description | Total Hours | Total Compensation |
|---|---:|---:|
| Analysis | 101.4 | $47,828.00 |
| Claim File Review | 33.8 | $8,766.00 |
| Communication with Counsel | 9.2 | $6,195.00 |
| Data Gathering & Processing | 717.7 | $287,284.50 |
| Fee Request Preparation | 19.2 | $9,295.00 |
| Hearing | 2.0 | $1,025.00 |
| Project Management | 17.9 | $10,077.50 |
| Settlement Mediation & Support | 15.8 | $8,480.00 |
| **Grand Total** | **917.0** | **$378,951.00** |