**Exhibit B**

**Summary of Time Detail by Professional**

| Name | Position Area of Expertise | Year of Admission / Years of Experience | Hourly Rate | Total Hours[1] | Total Compensation |
|---|---|---|---|---|---|
| Evans, Andrew | Partner | | $725 | 76.4 | $55,390.00 |
| Johnson, Samantha | Manager | | $475 | 84.8 | $40,280.00 |
| Murray, Makeda | Manager | | $475 | 243.5 | $115,662.50 |
| Ameri, Armin | Consultant I | | $345 | 123.0 | $42,435.00 |
| Ameri, Armin[2] | Consultant II | | $370 | 100.0 | $37,000.00 |
| Farrell, Emma | Consultant I | | $345 | 159.9 | $55,165.50 |
| Wang, Derrick | Consultant I | | $345 | 51.9 | $17,905.50 |
| Gelfand, Mike | Research Assistant | | $195 | 19.3 | $3,763.50 |
| Jones, Alyssa | Research Assistant | | $195 | 16.4 | $3,198.00 |
| Martinez, Kelly | Research Assistant | | $195 | 15.6 | $3,042.00 |
| Scarpignato, Curtis | Research Assistant | | $195 | 26.2 | $5,109.00 |
| | | | **Total** | **917.0** | **$378,951.00** |

---

[1] Bates White would have charged the Debtors for 50% of non-working travel time in compliance with Local Rule 2016-2(d)(viii), but no such charges were incurred in this time period. Such reductions are reflected in the figures in this column.

[2] Armin Ameri was promoted to a Consultant II effective October 1, 2020. Bates White's 2020 hourly rate for Consultant II is $370 and, accordingly, Mr. Ameri's hours for October were billed at this rate. Mr. Ameri worked 100 hours in October. The total compensation reflects those hours at his new rate.