IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: Boy Scouts of America

| | |
|---|---|
| Century Indemnity Company, as success to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Westchester Fire Insurance Company, and Westchester Surplus Lines Insurance Company, | Civil Action No. 20-cv-1643 <br><br> Bankruptcy Case No. 20-10343 (LSS) <br> Bankruptcy BAP No. 20-58 |
| Appellant, | |
| v. | |
| Boy Scouts of America and Delaware BSA, LLC, | |
| Appellee. | |

## NOTICE OF DOCKETING

A Notice of Appeal of the following Order of the Bankruptcy Court dated 11/18/2020 was docketed in the District Court on 11/20/2020:

**ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF
WHITE & CASE LLP AS ATTORNEYS TO THE DEBTORS AND
DEBTORS IN POSSESSION, EFFECTIVE AS OF SEPTEMBER 23, 2020**

In accordance with the Standing Order of the Court dated September 11, 2012, this case shall be referred to a United States Magistrate Judge to determine the appropriateness of mediation. Briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office. Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5. Upon the request of a Judge or a mediator, counsel shall supply paper copies of the designated record.

John A. Cerino
Clerk of Court

Date 12/1/2020
CC.    U.S. Bankruptcy Court
        Counsel via CM/ECF