# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                     Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 1720

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the *Sixth Monthly Application of Gilbert LLP as Insurance Counsel to the Legal Representative for Future Claimants for Allowance of Compensation and Reimbursement of Expenses for the Period From October 1, 2020 Through October 31, 2020* [Docket No. 1720] (the "Application"), filed on November 20, 2020, has been received. The undersigned further certifies that a review of the Court's docket in these cases reflects that no answer, objection, or other responsive pleading to the Application appears thereon. Objections to the Application were to be filed and served no later than December 4, 2020 at 4:00 p.m. (ET).

Pursuant to the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* [Docket No. 341], the Debtors are now authorized to pay 80% ($62,892.40) of requested fees ($78,615.50) and 100% of requested expenses ($359.07) on an interim basis without further order of the Court.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

26747568.6

| | |
|---|---|
| Dated: December 8, 2020 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | /s/ Edwin J. Harron |
| | Robert S. Brady (No. 2847) |
| | Edwin J. Harron (No. 3396) |
| | Sharon M. Zieg (No. 4196) |
| | Rodney Square |
| | 1000 North King Street |
| | Wilmington, Delaware 19801 |
| | Telephone: (302) 571-6600 |
| | Facsimile: (302) 571-1253 |
| | Email: rbrady@ycst.com |
| | eharron@ycst.com |
| | szieg@ycst.com |
| | |
| | *Counsel to the Future Claimants' Representative* |