**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: December 24, 2020, at 4:00 p.m. (prevailing Eastern Time)** |

**SUMMARY COVER SHEET OF THE THIRD MONTHLY FEE APPLICATION**
**OF QUINN EMANUEL URQUHART & SULLIVAN, LLP FOR ALLOWANCE**
**OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD**
**OCTOBER 1, 2020, TO AND INCLUDING OCTOBER 31, 2020**

| | |
|---|---|
| Name of Applicant: | Quinn Emanuel Urquhart & Sullivan, LLP |
| Authorized to Provide Professionals Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | August 1, 2020 (order entered September 18, 2020) |
| Period for Which Compensation and Reimbursement Are Requested: | October 1, 2020, through October 31, 2020 |
| Amount of Compensation Requested: | $605,752.52 (80% of $757,190.65) |
| Amount of Expense Reimbursement Requested: | $9,975.55 |

This is a monthly fee statement.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

## PRIOR MONTHLY FEE STATEMENTS FILED

| Date Filed; ECF No. | Period Covered | Fees Requested | Expenses Requested | Fees Approved | Expenses Approved | Outstanding Fees | Outstanding Expenses |
|---|---|---|---|---|---|---|---|
| 10/12/20; ECF No. 1486 | 08/01/2020-08/31/2020 | $253,452.20 | $6,261.04 | $253,452.20 | $6,261.04 | $253,452.20 | $6,261.04 |
| 11/10/20; ECF No. 1644 | 09/01/2020-09/30/2020 | $587,436.16 | $8,054.82 | $587,436.16 | $8,054.82 | $326,002.21 | $0.00 |

## COMPENSATION AND HOURS BY PROFESSIONAL

| Name | Position | Year of Admission/Years of Experience | Discounted Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Rachel Herrick Kassabian | Partner | 1997; 23 years | $1,062.50 | 140.5 | $149,281.25 |
| Margret Caruso | Partner | 1998; 22 years | $1,062.50 | 153.4 | $162,987.50 |
| Claudia Bogdanos | Counsel | 1996; 24 years | $945.00 | 84.2 | $79,569.00 |
| Todd Anten | Partner | 2007; 13 years | $892.50 | 106.2 | $94,783.50 |
| Sara Jenkins | Counsel | 2004; 16 years | $877.50 | 128.4 | $112,671.00 |
| Dylan Scher | Associate | 2019; 1 year | $643.50 | 169.5 | $109,073.25 |
| Allison (Bingxue) Que | Associate | 2018; 1 year | $643.50 | 35.9 | $23,101.65 |
| Scott Weingrad | Contract Attorney | 2004; 16 years | $295.00 | 48.0 | $14,160.00 |
| Andrew B. Sanford | Contract Attorney | 2000; 19 years | $295.00 | 10.2 | $3,009.00 |
| Barbara J. Howell | Paralegal | 35 years | $330.00 | 7.0 | $2,310.00 |
| Nolan Schoichet | Paralegal | 5 years | $330.00 | 2.4 | $792.00 |
| Dave Scholz | Graphics Coordinator | | $300.00 | 2.9 | $870.00 |
| Vince Mesa | Litigation Support | | $250.00 | 6.5 | $1,625.00 |
| Anthony Bentancourt | Litigation Support | | $175.00 | 8.8 | $1,540.00 |
| Joe Liao | Litigation Support | | $175.00 | 8.1 | $1,417.50 |
| Total | | | | 912.0 | $757,190.65 |

## COMPENSATION BY PROJECT CATEGORY

| Task Description | Total Hours | Total Compensation |
|---|---|---|
| Employment and Fee Applications | 19.6 | $13,786.10 |
| Litigation – Federal District Court Case | 892.4 | $743,404.55 |
| Total | 912.0 | $757,190.65 |

## EXPENSES BY CATEGORY

| Category | Amount |
|---|---|
| Attorney Service | $291.75 |
| Express Mail | $204.54 |
| Document Reproduction ($.10 per page) | $811.70 |
| Color Document Reproduction ($.40 per page) | $462.00 |
| Velobind | $20.00 |
| Messenger | $208.98 |
| Document Services | $1,764.08 |
| Hosting per GB – 3.50 | $6,212.50 |
| Total | $9,975.55 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>      Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Objection Deadline: December 24, at 4:00 p.m.
(prevailing Eastern Time)** |

**THIRD MONTHLY FEE APPLICATION
OF QUINN EMANUEL URQUHART & SULLIVAN, LLP FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT
OF EXPENSES FOR THE PERIOD FROM OCTOBER 1, 2020,
TO AND INCLUDING OCTOBER 30, 2020**

COMES NOW, Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), special litigation counsel for the Boy Scouts of America and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors-in-possession (together, the "Debtors") in the above-captioned chapter 11 cases, and hereby submits this third monthly fee application (this "Application") for (a) interim allowance and payment of compensation for professional services to the Debtors during the period from October 1, 2020, to and including October 31, 2020 (the "Fee Period"), in the amount of $605,752.52, representing 80% of the $757,190.65 of fees earned by Quinn Emanuel for professional services to the Debtors during the Fee Period and (b) reimbursement of 100% of the actual and necessary expenses incurred by Quinn Emanuel during the Fee Period in connection with such services in the amount of $9,975.55. In support of this Application, Quinn Emanuel respectfully represents as follows:

---

[1]    The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

## JURISDICTION AND VENUE

1.     The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

2.     The statutory and other bases for the relief requested herein are sections 330 and 331 of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* (ECF No. 341) (the "Compensation Procedures Order").

## BACKGROUND

3.     The Debtors commenced these cases on February 18, 2020 (the "Petition Date"), and they continue to operate their non-profit organization and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  These chapter 11 cases are being jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1.

4.     On March 5, 2020, the United States Trustee for the District of Delaware appointed an official committee of tort claimants and an official committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code.

5.      On April 24, 2020, the Court appointed James L. Patton, Jr. as the representative of future abuse claimants pursuant to sections 105(a) and 1109(b) of the Bankruptcy Code.

6.      The Court has authorized the Debtors to retain and employ Quinn Emanuel as their special litigation counsel, *nunc pro tunc* to August 1, 2020, pursuant to the *Order Authorizing the Retention and Employment of Quinn Emanuel Urquhart & Sullivan, LLP as Special Litigation Counsel for the Debtors and Debtors in Possession, Nunc Pro Tunc to August 1, 2020* (ECF No. 1343) (the "Retention Order").  The Retention Order authorizes the Debtors to compensate and reimburse Quinn Emanuel in accordance with the terms and conditions as set forth in the Debtors' application to retain Quinn Emanuel, subject to Quinn Emanuel's application to the Court.

7.      On April 6, 2020, the Court entered the Compensation Procedures Order.  The Compensation Procedures Order provides, among other things, that each professional shall be entitled, on or as soon as practicable after the fifteenth (15th) day of each month following the month for which compensation and/or expense reimbursement is sought, to file and serve an application for interim allowance of compensation earned and reimbursement of expenses incurred during the preceding month (each a "Monthly Fee Application").  Parties shall have 14 days after service of a Monthly Fee Application to object thereto (the "Objection Deadline").  Upon the expiration of the Objection Deadline, the applicant may file a certificate of no objection (a "CNO") with the Court with respect to the unopposed portion of the fees and/or expenses requested in the applicable Monthly Fee Application.  After the filing of a CNO, the Debtors are authorized and directed to pay the applicant an amount equal to 80% of the fees and 100% of the expenses requested in the applicable Monthly Fee Application not subject to an objection.

8.      On September 18, 2020, the Court entered an order appointing Justin H. Rucki of Rucki Fee Review, LLC as the fee examiner in these chapter 11 cases.

## RELIEF REQUESTED

9.      By this Application, in accordance with the Compensation Procedures Order, Quinn Emanuel requests payment in the aggregate amount of $605,752.52, which is equal to (a) 80% of the $757,190.65 earned by Quinn Emanuel for professional services to the Debtors during the Fee Period and (b) 100% of the $9,975.55 of actual and necessary expenses incurred by Quinn Emanuel during the Fee Period in connection with its services to the Debtors.

## SUMMARY OF SERVICES RENDERED

10.      Attached hereto as **Exhibit A** is a detailed statement of the time expended and compensation earned by Quinn Emanuel during the Fee Period.  Quinn Emanuel's professionals expended a total of 912 hours in connection with these chapter 11 cases during the Fee Period.  All services for which Quinn Emanuel is requesting compensation were performed for or on behalf of the Debtors.  The services rendered by Quinn Emanuel during the Fee Period are categorized as set forth in **Exhibit A** and in the summary cover sheet prefixed to this Application.  The professionals who provided services to the Debtors during the Fee Period are also identified in **Exhibit A** and in the summary cover sheets.

## ACTUAL AND NECESSARY EXPENSES

11.      Quinn Emanuel also incurred certain necessary expenses during the Fee Period for which it is entitled to reimbursement under the terms of its retention.  Attached hereto as **Exhibit A** is a detailed statement of Quinn Emanuel's out-of-pocket expenses incurred during the Fee Period, totaling $9,975.55.  These expenses include, but are not limited to, reprographics and document services and hosting services.

## VALUATION OF SERVICES

12.      As noted above, the amount of time spent by each Quinn Emanuel professional providing services to the Debtors during the Fee Period is set forth in the summary attached hereto

as **Exhibit A**.  The rates reflected on **Exhibit A** are Quinn Emanuel's customary hourly rates for work of this character.  The reasonable value of the services rendered by Quinn Emanuel for the Fee Period as special litigation counsel to the Debtors in these chapter 11 cases is $757,190.65.

13.     In accordance with the factor enumerated in section 330 of the Bankruptcy Code, the fees requested are fair and reasonable given (a) the complexity of these chapter 11 cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

14.     Although Quinn Emanuel has made every effort to include all fees and expenses incurred during the Fee Period in this Application, some fees and expenses might not be included in this Application due to delays caused by accounting and processing during the Fee Period. Quinn Emanuel reserves the right to make further applications to this Court for allowance of such fees and expenses not included herein.  Subsequent fee applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the Compensation Procedures Order .

## CERTIFICATE OF COMPLIANCE

15.     The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies that, to the best of her knowledge, information, and belief, this Application complies with the requirements of that Local Rule.

*[Remainder of Page Intentionally Left Blank]*

WHEREFORE, Quinn Emanuel requests allowance and payment of compensation for professional services to the Debtors during the Fee Period in the amount of $605,752.52, representing 80% of the $757,190.65 of fees earned by Quinn Emanuel for professional services to the Debtors during the Fee Period, and reimbursement of 100% of the actual and necessary expenses incurred by Quinn Emanuel during the Fee Period in connection with such services in the amount of $9,975.55.

Respectfully submitted this 8th day of December, 2020.

QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ Patricia B. Tomasco*
Patricia B. Tomasco
711 Louisiana, Suite 500
Houston, Texas 77002
Telephone:  (713) 221-7000
Email:  pattytomasco@quinnemanuel.com

– and –

Rachel Herrick Kassabian
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5005
Email: rachelkassabian@quinnemanuel.com

– and –

Todd Anten
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7192
Email: toddanten@quinnemanuel.com

SPECIAL LITIGATION COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION

## Exhibit A

**Fees Statement and Expense Detail**

# quinn emanuel trial lawyers

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY |
CHICAGO | DC | LONDON | MANNHEIM | TOKYO | HAMBURG |
PARIS | MUNICH | SYDNEY | HONG KONG | HOUSTON | BOSTON |
BRUSSELS | SEATTLE | ZURICH | SHANGHAI |STUTTGART | PERTH |
SALT LAKE CITY |

November 30, 2020

Steve P. McGowan, General Counsel
Legal Department
Boy Scouts of America
1325 W. Walnut Hill Lane
P.O. Box 152079
Irving, Texas 75015

Matter #: 05621-00003
Invoice Number: 101-0000109945
Responsible Attorney: Rachel Herrick Kassabian

<u>Girl Scouts of the United States of America v. Boy Scouts of America</u>

For Professional Services through October 31, 2020 in connection with defending Boy Scouts of America against Girls Scouts of the United States of America.

|  |  |
|---|---|
| Fees | $757,190.65 |
| Expenses | $9,975.55 |
| Net Amount | $767,166.20 |
| Total Due This Invoice | $767,166.20 |

**Confidential – May include attorney-client privileged and work-product information**

**quinn emanuel** trial lawyers

November 30, 2020                                                    Matter #: 05621-00003
Page 2                                                  Invoice Number: 101-0000109945

**Statement Detail**

<u>**02   Employment and Fee Applications**</u>

| | | | | |
|---|---|---|---|---|
| 10/01/20 | TA | Teleconference with M.Linder & E.Moats re: preparation of fee submission filings. | 0.60 | 535.50 |
| 10/01/20 | RHK | Call with E. Moats and M. Linder re bankruptcy case issues (.6). | 0.60 | 637.50 |
| 10/06/20 | TA | Review, revise and prepare invoices for redaction and submission to bankruptcy court (1.7). | 1.70 | 1,517.25 |
| 10/06/20 | DS6 | Review and revise redactions for August invoice (1.6). | 1.60 | 1,029.60 |
| 10/06/20 | BH2 | Respond to T. Anten's email regarding the invoice to be attached to the Monthly Fee Statement (.3). | 0.30 | 99.00 |
| 10/07/20 | RHK | Review BSA fee application. | 0.80 | 850.00 |
| 10/08/20 | TA | Review and revise Monthly Fee Statement filings (0.3); review and revise submission of fee application materials, including communications re: redactions (0.7). | 1.00 | 892.50 |
| 10/09/20 | RHK | Prepare and finalize fee application. | 0.70 | 743.75 |
| 10/09/20 | TA | Review and revise submission of fee application materials, including communications re: redactions (1.5); telephone conference with M.Andolina & emails with M.Linder re: fee statement (0.3). | 1.80 | 1,606.50 |
| 10/09/20 | BH2 | Numerous emails with R. Kassabian, G. Dermarkariants, and T. Anten regarding revisions to the August Monthly Fee Statement (.9); revise fees on the August Monthly Fee Statement (.7). | 1.60 | 528.00 |
| 10/12/20 | RHK | Correspondence with B. Warner re QE fee application (.8); review and comment re edits to fee application (.4); revise draft correspondence to fee examiner re fee application (.4) | 1.60 | 1,700.00 |

**quinn emanuel** trial lawyers

November 30, 2020                                                    Matter #: 05621-00003
Page 3                                              Invoice Number: 101-0000109945

| 10/12/20 | TA | Revise fee statement materials for submission (0.7). | 0.70 | 624.75 |
|---|---|---|---|---|
| 10/12/20 | BH2 | Review revisions to the Fee Summary and August Monthly Fee Statement from B. Warner (Sidley Austin) and incorporate as needed (.5); file August Monthly Fee Statement (.3) and serve via email pursuant to the Interim Compensation Order (.3); forward documents to J. Rucki (Fee Examiner) (.1). | 1.20 | 396.00 |
| 10/14/20 | TA | Email and phone call with P.Topper re: QE fee application, and communicate results to QE team (0.7) | 0.70 | 624.75 |
| 10/15/20 | TA | Email with B.Howell re: QE fee application (0.2). | 0.20 | 178.50 |
| 10/15/20 | BH2 | Forward Ledes Data and Unredacted Fee Statement to the United States Trustee (.2); draft a Certificate of Service reflecting service of Quinn Emanuel's First Monthly Fee Statement (.6) and file same (.3). | 1.10 | 363.00 |
| 10/26/20 | BH2 | Draft September Monthly Fee Statement (1.9). | 1.90 | 627.00 |
| 10/27/20 | TA | Review and communication with R.Kassabian & B.Holwell re: first fee application (0.6). | 0.60 | 535.50 |
| 10/27/20 | BH2 | Review emails from T. Anten regarding the Certificate of No Objection to the First Monthly Fee Statement (.2) and respond to same (.3). | 0.50 | 165.00 |
| 10/30/20 | BH2 | Email communications with T. Anten regarding the Certificate of No Objection filed for the Quinn Emanuel Fee Statement. | 0.40 | 132.00 |
| | | SUBTOTAL | 19.60 | 13,786.10 |

**03  Litigation - Federal District Court Case**

**quinn emanuel** trial lawyers

November 30, 2020                                                    Matter #: 05621-00003
Page 4                                                    Invoice Number: 101-0000109945

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/01/20 | TA | Email with S.Jenkins re: ██████ (0.4); prepare for ████████ (3.5); communicate with R.Kassabian and insurers re: ████ (0.5); review redacted BSA expert reports and communicate with client & insurers re: ████ (0.3); strategize re: ████ (0.5). | 5.20 | 4,641.00 |
| 10/01/20 | SJ1 | Prepare correspondence ████ (.4); analysis re: ████ (2.8); prepare analysis re: ████ re: ████ (4.1). | 7.30 | 6,405.75 |
| 10/01/20 | RHK | Prepare for ████ (1.5); confer with T. Anten and M. Caruso re ████ (.7); various correspondence with S. Jenkins and client re ████ (1.1). | 3.30 | 3,506.25 |
| 10/01/20 | DS6 | Strategize with M. Caruso in preparation for ████ (0.3); prepare ████ (0.8). | 1.10 | 707.85 |
| 10/01/20 | MMC | Strategize re: ████ (.5); strategize re: ████ (.2). | 0.70 | 743.75 |
| 10/01/20 | CTB | Draft ████. | 3.80 | 3,591.00 |
| 10/02/20 | TA | Review and revise ████ (2.8); email ████ (0.2); prepare for ████ (1.2). | 4.20 | 3,748.50 |

# quinn emanuel trial lawyers

November 30, 2020                                                                 Matter #: 05621-00003
Page 5                                                                 Invoice Number: 101-0000109945

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 10/02/20 | AB2 | Emails with DS6 re: ███████ (.4); locate, prepare and provide documents re: ███ (1.1). | 1.50 | 262.50 |
| 10/02/20 | RHK | Prepare for and attend call with client re ███████ (1.3); review and revise ███████ (.6); prepare for ███████ (.6); correspondence with T. Anten re ███████ (.5). | 3.00 | 3,187.50 |
| 10/02/20 | SJ1 | Analysis re: ███████ (4.7); prepare strategy re: ███████ (2.5). | 7.20 | 6,318.00 |
| 10/02/20 | DS6 | Prepare redactions re: ███████ (1.0). | 1.00 | 643.50 |
| 10/02/20 | MMC | Strategize re: ███████ (.4); strategize re: ███████ (.4); prepare for ███████ (1.9). | 2.70 | 2,868.75 |
| 10/02/20 | CTB | Draft ███████. | 2.70 | 2,551.50 |
| 10/03/20 | MMC | Strategize re: ███████ (2.8). | 2.80 | 2,975.00 |
| 10/03/20 | CTB | ███████ (2.0) telephone call with M. Caruso re ███████ (.8). | 2.80 | 2,646.00 |
| 10/04/20 | TA | Prepare for ███████ (0.4); email with R.Kassabian re: ███████ (0.3). | 0.70 | 624.75 |
| 10/05/20 | TA | Prepare for ███████ (0.5); review and revise ███████ (4.1); teleconference with R.Kassabian & S.Jenkins re: ███████ (0.5). | 5.10 | 4,551.75 |

**quinn emanuel** trial lawyers

November 30, 2020                                              Matter #: 05621-00003
Page 6                                            Invoice Number: 101-0000109945

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 10/05/20 | RHK | Correspondence with T. Anten and M. Caruso, and analysis re ███ ███ (2.8); attend call with ███ (.8); correspondence with S. Jenkins and T. Anten and analysis re ███ ███ (2.9); call client re same (1.0); correspondence with S. Jenkins re ███ (.7). | 8.20 | 8,712.50 |
| 10/05/20 | SJ1 | Prepare correspondence ███ (.2); analysis re: ███ (6.7). | 6.90 | 6,054.75 |
| 10/05/20 | DS6 | Attend meeting ███ (1.0); analysis re: ███ (0.8). | 1.80 | 1,158.30 |
| 10/05/20 | NS2 | Assist with ███ . (0.7) | 0.70 | 231.00 |
| 10/05/20 | CTB | Review ███ (3.4); meet ███ (1). | 4.40 | 4,158.00 |
| 10/05/20 | MMC | Prepare for ███ (4.8). | 4.80 | 5,100.00 |
| 10/05/20 | ABQ | Conduct legal research re: ███ (0.8); conduct legal research regarding ███ (1.8) | 2.60 | 1,673.10 |
| 10/06/20 | TA | Review and revise ███ (2.5); teleconference with R.Kassabian re: ███ (0.5); prepare for ███ (0.4); communicate with insurers and client re: ███ (0.2). | 3.60 | 3,213.00 |
| 10/06/20 | RHK | Call with T. Anten re ███ (.9); analysis re | 6.60 | 7,012.50 |

# quinn emanuel trial lawyers

November 30, 2020                                                                    Matter #: 05621-00003
Page 7                                                                    Invoice Number: 101-0000109945

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | ████████████████ (2.2); factual research and analysis re ██████████ (2.2); revise ██████████████ (.7); analysis re ████████ (.6). |  |  |
| 10/06/20 | SJ1 | T.C. with R. Kassabian, M. Caruso, T. Anten, and C. Bogdanos re: ██████ (1.6); analysis re: ████████ (4.1). | 5.70 | 5,001.75 |
| 10/06/20 | CTB | Telephone call with R. Kassabian re ██████ (.6); attend ██████████ (1.0); draft ████████ (.9). | 2.50 | 2,362.50 |
| 10/06/20 | NS2 | Assist with ██████████. (0.3) | 0.30 | 99.00 |
| 10/06/20 | MMC | Strategize re: ████ (2.1); prepare for ████████ (4.9). | 7.00 | 7,437.50 |
| 10/06/20 | DS6 | Attend ████████ (1.1); correspondence to M. Caruso re: ██████ (0.2). | 1.30 | 836.55 |
| 10/07/20 | AB2 | Emails with DS6 re: ██████ (.1); research and reporting re: ████ (.2); locate, prepare and provide documents re: ████ (.2). | 0.50 | 87.50 |
| 10/07/20 | RHK | Analysis re ████████ (1.3); analysis re ████████ (.9); correspondence with client and analysis re ████████ (.8). | 3.00 | 3,187.50 |
| 10/07/20 | DS4 | Create ██████████ ██ | 2.00 | 600.00 |

**quinn emanuel** trial lawyers

November 30, 2020
Page 8

Matter #: 05621-00003
Invoice Number: 101-0000109945

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 10/07/20 | TA | Prepare for ██████████ ████ (1.8); email ████████ (0.2); email with R.Kassabian re: █████████ (0.4). | 2.40 | 2,142.00 |
| 10/07/20 | SJ1 | Prepare analysis re: ████ ████ (3.8); analysis re: █████ (3.3). | 7.10 | 6,230.25 |
| 10/07/20 | SW2 | Review and analyze ██████ ████████████ (7.5); conference with S. Jenkins re: ███ (0.5). | 5.00 | 1,475.00 |
| 10/07/20 | CTB | Telephone call with M. Caruso re ████ (.9); emails █████████ (.6); review and evaluate ██████████ (2.6). | 4.10 | 3,874.50 |
| 10/07/20 | MMC | Prepare for ███████ (7.0). | 7.00 | 7,437.50 |
| 10/07/20 | DS6 | Analysis with R. Kassabian ████ (0.3); preparation re: ██████████ (2.7). | 3.00 | 1,930.50 |
| 10/07/20 | ABQ | Conduct legal research regarding ██████████ | 0.80 | 514.80 |
| 10/08/20 | AB2 | Emails with SJ1 re: ████████ (.2); locate, prepare and provide documents re: ███ (.4). | 0.60 | 105.00 |
| 10/08/20 | RHK | Correspondence with M. Caruso re ██████████ (.9); Research and correspondence with S. Jenkins re ████████ (.8); correspondence with opposing counsel and ██████ (.3). | 2.00 | 2,125.00 |

# quinn emanuel trial lawyers

November 30, 2020                                                    Matter #: 05621-00003
Page 9                                                       Invoice Number: 101-0000109945

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 10/08/20 | TA | Prepare for ███████████████ (3.6); draft and revise ███████████████ (1.3). | 4.90 | 4,373.25 |
| 10/08/20 | SJ1 | Prepare memorandum re: ███████ (5.7); analysis re: ███████ (1.2); analysis re: ████ (.9). | 7.80 | 6,844.50 |
| 10/08/20 | SW2 | Review and ███████████████ (5.0) | 5.00 | 1,475.00 |
| 10/08/20 | DS6 | Preparation ███████ and analysis with M. Caruso re: ████ (7.1); preparation of ███████ and analysis of ████ re: ████ (2.5). | 9.60 | 6,177.60 |
| 10/08/20 | CTB | Revise ███████████████ (3,1). | 3.10 | 2,929.50 |
| 10/08/20 | MMC | Prepare for ███████ (7.9). | 7.90 | 8,393.75 |
| 10/08/20 | JL9 | Confer with D. Scher regarding ███████ (0.1). | 0.10 | 17.50 |
| 10/08/20 | ABQ | Conduct legal research on ███████ | 2.90 | 1,866.15 |
| 10/09/20 | RHK | Prepare for ███████ (2.8); correspondence with M. Caruso and advising re ███████ (1.4); review ███████ (.8). | 5.00 | 5,312.50 |
| 10/09/20 | DS4 | Create ███████ | 0.40 | 120.00 |
| 10/09/20 | TA | Draft and revise memorandum re: ███████ | 3.40 | 3,034.50 |

los angeles | new york | san francisco | silicon valley | chicago | dc | london | mannheim | tokyo | hamburg | paris | munich
sydney | hong kong | houston | brussels | seattle | zurich | shanghai | stuttgart | perth | boston | salt lake city

**quinn emanuel** trial lawyers

November 30, 2020                                                    Matter #: 05621-00003
Page 10                                                    Invoice Number: 101-0000109945

(1.5); prepare for
█████████████ (1.2);
communications with S.Jenkins re:
██████████████ (0.5); email with
M.Caruso re: ██████████
████████ (0.2).

| 10/09/20 | SJ1 | Review and revise memorandum re: ████████████ (3.7); review and revise timeline re: ████████████ (1.8); analysis re: ████████████████ (1.6). | 7.10 | 6,230.25 |
|---|---|---|---|---|
| 10/09/20 | CTB | Emails with B. Hardin re ████████████ (.8); draft ████████████ (2.8); review ████████████ (1.5); draft ████████████ (3.6). | 8.60 | 8,127.00 |
| 10/09/20 | MMC | Prepare for, ████████ (6.1); strategize re: ████████████ (.3); prepare for ████ (.6). | 7.00 | 7,437.50 |
| 10/09/20 | DS6 | Prepare for ████████ and analysis with M. Caruso re: ████ (9.4). | 9.40 | 6,048.90 |
| 10/10/20 | RHK | Correspondence with M. Caruso and C. Bogdanos re ████████████ | 0.50 | 531.25 |
| 10/10/20 | TA | Review ████████████ (0.5); communicate with GSUSA counsel re: ████████████ (0.3); strategize re: ████████████ (0.4). | 1.20 | 1,071.00 |
| 10/10/20 | MMC | Strategize re: ████████████ to ████ (.2). | 0.20 | 212.50 |
| 10/11/20 | MMC | Communications with client and | 6.90 | 7,331.25 |

# quinn emanuel trial lawyers

November 30, 2020
Page 11

Matter #: 05621-00003
Invoice Number: 101-0000109945

| | | | | |
|---|---|---|---|---|
| | | insurers re: ██████████ (.3); analyze ██████████████ (6.6). | | |
| 10/11/20 | RHK | Correspondence with M. Caruso re ██████████ (.4); analysis and correspondence with T. Anten re ████████████ (.6). | 1.00 | 1,062.50 |
| 10/12/20 | RHK | Call with S. Jenkins and T. Anten re ████████████ (1.7); correspondence with D. Scher and analysis re ████████████ (1.8); call with M. Caruso and C. Bogdanos re ████████████ (.8); revise ████████████████ (.7); correspondence with C. Bogdanos and D. Scher re ██████ (.5); revise ████████████████ (.8). | 6.30 | 6,693.75 |
| 10/12/20 | JL9 | Conduct searches in Viewpoint and generate ████████████ (0.3). | 0.30 | 52.50 |
| 10/12/20 | TA | Teleconference with R.Kassabian & S.Jenkins re: ████████████ . | 0.50 | 446.25 |
| 10/12/20 | SJ1 | Analysis re: ████████████ (3.7); prepare ████████████ (.3); review and revise memorandum re: ████████████ (1.2); analysis re: ████████████ (1.7). | 6.90 | 6,054.75 |
| 10/12/20 | MMC | Strategize re: ████████████ (.3); strategize re: ████████████ (1.8); strategize re: ████████████ of Butler (.3); strategize re: ████████████ (.3.); strategize | 3.30 | 3,506.25 |

# quinn emanuel trial lawyers

November 30, 2020                                                                            Matter #: 05621-00003
Page 12                                                                         Invoice Number: 101-0000109945

|          |     |                                                                                  |      |          |
|----------|-----|----------------------------------------------------------------------------------|------|----------|
|          |     | re: ███████████ (.6).                                                            |      |          |
| 10/12/20 | CTB | Telephone call with M. Caruso re ███████████████ (1.3); prepare for ███████████ (2.7); revise ███████ ███████ (1.4). | 5.40 | 5,103.00 |
| 10/12/20 | DS6 | Analysis re: ███████████████ ███████████████ (2.2)                               | 2.20 | 1,415.70 |
| 10/13/20 | RHK | Various correspondence with T. Anten and A. Que re ███████ ███████████ (1.3) correspondence with D. Scher re ███████ (.3). | 1.60 | 1,700.00 |
| 10/13/20 | TA  | Teleconference with A.Que re: ███████████ (0.5); strategize re: ███████ (0.4); analyze and draft ███████ (0.7); review and revise ███████ (6.1); draft ███████ (0.2). | 7.90 | 7,050.75 |
| 10/13/20 | SJ1 | Prepare strategy re: ███████ (1.4); analysis re: ███████████ (2.9); correspondence ███████████████ (.4); review and revise memorandum re: ███████ (1.7). | 6.40 | 5,616.00 |
| 10/13/20 | MMC | Strategize re: ███████ (2.5); prep for ███████ (4.2); strategize re: ███████ (.3). | 7.00 | 7,437.50 |
| 10/13/20 | SW2 | Review and analyze ███████ and draft summary of same ███████. (6.0) | 6.00 | 1,770.00 |

quinn emanuel trial lawyers

November 30, 2020                                                    Matter #: 05621-00003
Page 13                                                    Invoice Number: 101-0000109945

| 10/13/20 | CTB | Telephone call with D. Scher re ███████████████████ (.6); emails with M. Caruso re ██████ (.4); add to ████████████ (.9). | 1.90 | 1,795.50 |
| 10/13/20 | DS6 | Preparation and analysis for ████████ (0.5); TC with C. Bogdanos ████████ (0.8); TC with T. Anten, S. Jenkins, and A. Que re: ██████████ (0.5). | 1.80 | 1,158.30 |
| 10/13/20 | ABQ | Teleconference with T. Anten, S. Jenkins, D. Scher regarding ████ ██████ (0.6); email with team regarding ███████████ (0.3); prepare brief ████████████████ (2.5) | 3.40 | 2,187.90 |
| 10/14/20 | DS4 | Create █████████████ . | 0.20 | 60.00 |
| 10/14/20 | TA | Revised recommendation re: █████ and communicated with insurers re: ████ (0.4); review & strategize re: ████████████ (0.2). | 0.60 | 535.50 |
| 10/14/20 | SJ1 | Analysis re: ███████ (.7); review and revise memorandum re: ███████ (1.8). | 2.50 | 2,193.75 |
| 10/14/20 | MMC | ███████████ (3.3); prepare for ████████████ (.5); attention to ███████ (3.1). | 6.90 | 7,331.25 |
| 10/14/20 | CTB | Add to █████████ (2.4); telephone call with M. Caruso ████████ (2.1); revise ███ █████ per | 5.90 | 5,575.50 |

# quinn emanuel trial lawyers

November 30, 2020                                                    Matter #: 05621-00003
Page 14                                              Invoice Number: 101-0000109945

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | ██████████████ (1.0); email to D. Scher re ██████████ (.4). |  |  |
| 10/14/20 | DS6 | Analysis of ████████████████ (2.5); correspondence with M. Caruso in ██████████ (0.5); factual and legal research re: ████████████████ ██████ (2.1). | 5.10 | 3,281.85 |
| 10/14/20 | ABQ | Prepare brief ████████████ ██████████ | 4.60 | 2,960.10 |
| 10/15/20 | DS4 | Create ████████████ ██ | 0.30 | 90.00 |
| 10/15/20 | TA | Review and revise ██████ ██████████████ (2.0); prepare for and participate in teleconference with client & R.Kassabian re: ██████ (1.1); communicate with GSUSA counsel re: ██████████ (0.2); review and strategize ████████████ (0.5). | 3.80 | 3,391.50 |
| 10/15/20 | SJ1 | Review and revise motion re: ██████████ (1.8); review and revise analysis re: ██████████ (1.5). | 3.30 | 2,895.75 |
| 10/15/20 | MMC | ████████████ (.2); ████████████████ (2.9); prepare for E. ████████████ (3.4); strategize re: ██████ (.9). | 7.40 | 7,862.50 |
| 10/15/20 | CTB | ████████████████ (2.1); revise and review ██████████ (5.7). | 7.80 | 7,371.00 |
| 10/15/20 | DS6 | Factual research re: ██████████ | 9.90 | 6,370.65 |

# quinn emanuel trial lawyers

(2.6);
preparation and analysis for
(4.6);
preparation and analysis for
(1.2);
preparation and analysis for
(1.5).

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 10/15/20 | ABQ | Prepare ██████ (3.1); teleconference with M. Caruso re. ██ (0.5); email with team re. ██ (0.1) | 3.70 | 2,380.95 |
| 10/16/20 | AB2 | Emails with DS6 re: ████ (.3); prepare for (.9); prepare and provide documents ████ (.4). | 1.60 | 280.00 |
| 10/16/20 | JL9 | Conduct searches and generate ████ (0.3). | 0.30 | 52.50 |
| 10/16/20 | RHK | Correspondence with M. Caruso re ████ (.5); correspondence with D. Scher re ████ (.3). | 0.80 | 850.00 |
| 10/16/20 | SJ1 | T.C. with ████ (.8); prepare analysis re: ████ (1.9); analysis re: ████ (3.1). | 5.80 | 5,089.50 |
| 10/16/20 | TA | Strategize re: ████ (0.4); teleconference with S.Jenkins re: ████ (0.5); review and strategize re: ████ (0.6); review ████ (0.3); revise ████ (0.4). | 2.20 | 1,963.50 |

# quinn emanuel trial lawyers

November 30, 2020
Page 16

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 10/16/20 | MMC | Strategize re: ███████████ (.3); ███████████████████ (3.1); strategize re: ██████████ (.2). | 3.50 | 3,718.75 |
| 10/16/20 | CTB | Prepare/take ██████████. | 10.80 | 10,206.00 |
| 10/16/20 | DS6 | Prepare for and attend ███████ ████████, and analysis with C. Bogdanos re: █████ (9.8); analysis and correspondence with M. Caruso ██████████████████ (1.2); analysis and correspondence with M. Caruso in ███████████ (0.7). | 11.70 | 7,528.95 |
| 10/17/20 | SJ1 | Analysis re: ███████████████████ (1.6). | 1.60 | 1,404.00 |
| 10/17/20 | TA | Strategize re: and teleconference with R.Kassabian re: ██████████ and communicate ████████████ (1.4). | 1.40 | 1,249.50 |
| 10/17/20 | MMC | Strategize re: ██████████████ (.7); prepare for ████ (6.6). | 7.30 | 7,756.25 |
| 10/17/20 | DS6 | Analysis and strategy re: ██████████████████████ (8.0); analysis and strategy with R. Kassabian re: ███████████████████ (1.2). | 9.20 | 5,920.20 |
| 10/17/20 | RHK | Various correspondence and calls re ██████████████. | 1.60 | 1,700.00 |
| 10/17/20 | ABQ | Prepare ███████████████ | 1.90 | 1,222.65 |

los angeles | new york | san francisco | silicon valley | chicago | dc | london | mannheim | tokyo | hamburg | paris | munich
sydney | hong kong | houston | brussels | seattle | zurich | shanghai | stuttgart | perth | boston | salt lake city

# quinn emanuel trial lawyers

November 30, 2020                                              Matter #: 05621-00003
Page 17                                              Invoice Number: 101-0000109945

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 10/18/20 | TA | Draft communication to insurers re: █████ (0.4); draft and revise proposed agenda for █████ █████ (0.5) | 0.90 | 803.25 |
| 10/18/20 | MMC | Prepare for █████ (8.2). | 8.20 | 8,712.50 |
| 10/18/20 | DS6 | Analysis and strategy re: █████ (7.8). | 7.80 | 5,019.30 |
| 10/18/20 | ABQ | Prepare █████ | 8.50 | 5,469.75 |
| 10/19/20 | RHK | Call █████ re █████ (1.4); prepare analysis re █████ (2.4); analysis re █████ (1.8); correspondence with insurers re █████ (.8); prepare for █████ (.5); prepare for █████ (1.8); review and revise correspondence to client re █████ (.4). | 9.10 | 9,668.75 |
| 10/19/20 | DS6 | Analysis and correspondence with M. Caruso █████ (8.4); analysis and strategy with R. Kassabian re: █████ (1.3) | 9.70 | 6,241.95 |
| 10/19/20 | TA | Email & teleconference █████ (0.4); communicate █████ (0.6); draft █████ (0.3); strategize re: █████ (0.5); review and revise █████ (1.0); review and revise █████ | 6.20 | 5,533.50 |

# quinn emanuel trial lawyers

November 30, 2020                                                  Matter #: 05621-00003
Page 18                                                   Invoice Number: 101-0000109945

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | (1.0); review and revise ███████ (0.4); draft and revise ███████ (1.0); draft and revise ██████ (1.0). |  |  |
| 10/19/20 | SJ1 | Prepare analysis re: ███████ (.3); analysis re: ███████ (2.8);analysis re: ███████ (.5); analysis re: ███████ (1.5). | 5.10 | 4,475.25 |
| 10/19/20 | CTB | Telephone call with M. Caruso ███████ (1.5); draft email for client re ███████ (1.6). | 3.10 | 2,929.50 |
| 10/19/20 | MMC | Prepare for ███████ (10.7). | 10.70 | 11,368.75 |
| 10/19/20 | ABQ | Prepare ███████ | 4.10 | 2,638.35 |
| 10/20/20 | TA | Strategize re: ███████ and draft communications ███████ (1.4); email correspondence with D.Scher re: ███████ (0.5); email with R.Kassabian re: ███████ (0.7); strategize re: ███████ (0.3); review and revise talking points for ███████ (0.4); analyze legal standard re: ███████ (0.5); draft letter to Court re: ███████ (0.4); review and strategize re: ███████ (0.4). | 4.60 | 4,105.50 |
| 10/20/20 | SJ1 | Prepare analysis re: ███████ (2.8); prepare correspondence ███████ | 4.80 | 4,212.00 |

**quinn emanuel** trial lawyers

November 30, 2020                                           Matter #: 05621-00003
Page 19                                          Invoice Number: 101-0000109945

|            |      |                                                                                      |       |           |
|------------|------|--------------------------------------------------------------------------------------|-------|-----------|
|            |      | (.7); analysis re: ██████ (.2); review and revise ██████ (1.1).                      |       |           |
| 10/20/20   | CTB  | Emails █████ re ████████                                                             | 0.70  | 661.50    |
| 10/20/20   | MMC  | Prepare for and depose █ (10.7); strategize re: ████ (.2).                           | 10.90 | 11,581.25 |
| 10/20/20   | DS6  | Prepare for and attend ██████ and analysis and correspondence with M. Caruso re: ██ (11.5); analysis and correspondence with R. Kassabian re: ████ (0.6) | 12.10 | 7,786.35  |
| 10/20/20   | RHK  | Call with ████████ (.9); review and analysis re ██ (1.3); various correspondence with M. Caruso re ████ (.7); correspondence with T. Anten re ██████ (.6); correspondence with S. Jenkins re ██ (.5). | 4.00  | 4,250.00  |
| 10/21/20   | SJ1  | Analysis re: ██████ (.8); prepare strategy re: ██████ (.9); analysis re: ██████ (3.1). | 4.80  | 4,212.00  |
| 10/21/20   | JL9  | Conduct searches in Viewpoint ██ (1.2).                                              | 1.20  | 210.00    |
| 10/21/20   | TA   | Strategize re: and review and revise ████████ (1.5); draft and revise ██            | 5.60  | 4,998.00  |

**quinn emanuel** trial lawyers

November 30, 2020                                                                                    Matter #: 05621-00003
Page 20                                                                                    Invoice Number: 101-0000109945

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | ████ (1.4); review ████ ████ (0.5); strategize re: ████ ████ (0.4); draft communication to insurers re: ████ (1.0); review and revise ████ (0.4); revise talking points for ████ (0.4). | | |
| 10/21/20 | MMC | Prepare ████ (2.1); strategize re: ████ (.5); strategize re: ████ (.6); strategize re: CMC (.4); follow-up ████ (.2). | 3.30 | 3,506.25 |
| 10/21/20 | CTB | Review and highlight ████ ████ . (1.8); ████ (2.1). | 3.90 | 3,685.50 |
| 10/21/20 | DS6 | Prepare ████ (1.0); analysis of ████ (1.2); prepare correspondence ████ (0.5); analysis of ████ (1.4); TC with R. Kassabian and T. Anten re: ████ (0.6). | 4.70 | 3,024.45 |
| 10/21/20 | RHK | Review ████ (.6); attend call ████ re ████ (.9); attend call with J. Zirkman re ████ (.7); correspondence with T. Anten and opposing counsel, and analysis re ████ (1.7); analysis and correspondence with D. Scher and T. Anten re ████ | 6.10 | 6,481.25 |

# quinn emanuel trial lawyers

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | (1.6); call with M. Caruso re ████████████ ████████████ (.6). | | |
| 10/22/20 | SW2 | Review and analyze ████████████ ████████████ . (8.0) | 8.00 | 2,360.00 |
| 10/22/20 | TA | Revise ████████████ communicate with ████████████ , and communicate to client and insurers re: ████ (1.1); strategize re: ████████████ (0.7); strategize with S.Jenkins re: ████████ (0.4); revise ████████ (1.1). | 3.30 | 2,945.25 |
| 10/22/20 | SJ1 | Prepare ████████████ (2.4); prepare correspondence ████████ (.5); analysis re: ████████████ (1.4). | 4.30 | 3,773.25 |
| 10/22/20 | CTB | ████████████ . | 2.00 | 1,890.00 |
| 10/22/20 | MMC | Prepare for ████████ (2.4); strategize re: SJ (1.2); meeting with ████████ (1.0). | 4.60 | 4,887.50 |
| 10/22/20 | DS6 | Analysis for ████████ (1.3); attend ████████████ (1.0); analysis of ████████████ (2.3); correspondence to R. Kassabian re: ████████████ (1.2). | 5.80 | 3,732.30 |

# quinn emanuel trial lawyers

| 10/22/20 | RHK | Prepare for ███████████ (.8); prepare for ███████████ (1.9); prepare ███████████████ (3.0); call with ███████████ (.8). | 6.50 | 6,906.25 |
|---|---|---|---|---|
| 10/23/20 | TA | Review and revise ███████ (1.2); strategize re: ████████████████████ (2.8). | 4.00 | 3,570.00 |
| 10/23/20 | ABQ | Conduct legal research re. ████████ (0.6), prepare email to team ██████ (0.4) | 1.00 | 643.50 |
| 10/23/20 | MMC | Strategize re: ██████ (.3); ████████████████ (3.4); strategize re: ██████ (.2). | 3.90 | 4,143.75 |
| 10/23/20 | DS6 | Analysis of █████████████ (2.9); TC with R. Kassabian and client re: ████████ (0.5); analysis and preparation of ████████████ (1.1); analysis of █████████ (1.3). | 5.80 | 3,732.30 |
| 10/23/20 | RHK | Prepare for ███████████ (3.3); correspondence with S. Jenkins re ████████████████ (.4); correspondence with T. Anten and S. Jenkins re ████████ (.4); correspondence ██████████ (.2); call with M. Caruso re ████████ (.3); correspondence ████████████ (.4). | 5.00 | 5,312.50 |

**quinn emanuel** trial lawyers

November 30, 2020
Page 23

Matter #: 05621-00003
Invoice Number: 101-0000109945

| 10/24/20 | DS6 | Correspondence with C. Bogdanos re: ██████████ (0.3). | 0.30 | 193.05 |
| 10/24/20 | SJ1 | Analysis re: ██████████ ████████ (1.1). | 1.10 | 965.25 |
| 10/24/20 | MMC | Review documents for R██ ████ (1.4); call ████ (1.9); strategize re: (.3). | 3.60 | 3,825.00 |
| 10/24/20 | RHK | Prepare for and attend ████████ (1.0); prepare for ████████ (1.2); review and revise ████████ (1.1); correspondence with C. Bogdanos re ████ (.4); review and comment re ████ (.6). | 4.30 | 4,568.75 |
| 10/25/20 | TA | Strategize re: and teleconference with R.Kassabian re: ████████ (0.5); strategize re: ████████ (0.6); draft ████████ (0.5); analyze ████████ (0.4); revise ████ (1.5). | 3.50 | 3,123.75 |
| 10/25/20 | SJ1 | Analysis re: ████████ (1.9). | 1.90 | 1,667.25 |
| 10/25/20 | MMC | Strategize re: ████ (2.6); communications ████ (.1); attention to ████ (.2). | 2.70 | 2,868.75 |
| 10/25/20 | DS6 | Correspondence with R. Kassabian re: ████████ (1.0); analysis re: ████████ (2.5); TC with R. | 5.80 | 3,732.30 |

**quinn emanuel** trial lawyers

November 30, 2020                                                          Matter #: 05621-00003
Page 24                                                          Invoice Number: 101-0000109945

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | Kassabian, T. Anten, and M. Caruso re: ██ (1.5); analysis re: ██ ██ (0.8). |  |  |
| 10/25/20 | RHK | Correspondence with M. Caruso and C. Bogdanos re ██ (.6); prepare ██ (5.6); prepare for and attend team call with M. Caruso, T. Anten and D. Scher re ██ ██ (1.4); review and comment re ██ ██ (1.0). | 8.60 | 9,137.50 |
| 10/26/20 | AB2 | Emails with S.Jenkins re: ██ ██ (.6); research and reporting re: same (.5); retrieve and prepare ██ ██ (.8). | 1.70 | 297.50 |
| 10/26/20 | ABS | Search regarding ██ ██ (0.4). | 0.40 | 118.00 |
| 10/26/20 | JL9 | Investigate ██ (0.6); conduct searches in Viewpoint and generate ██ (0.9); prepare ██ (0.6). | 2.10 | 367.50 |
| 10/26/20 | SW2 | Review and analyze ██ ██ (5.0); review and analyze ██ ██ (3.0). | 8.00 | 2,360.00 |
| 10/26/20 | TA | Review and revise ██ (2.2); review and revise ██ (0.3); strategize re: ██ (1.4); strategize re: ██ (0.3). | 4.20 | 3,748.50 |

los angeles | new york | san francisco | silicon valley | chicago | dc | london | mannheim | tokyo | hamburg | paris | munich
sydney | hong kong | houston | brussels | seattle | zurich | shanghai | stuttgart | perth | boston | salt lake city

**quinn emanuel** trial lawyers

November 30, 2020                                                    Matter #: 05621-00003
Page 25                                                    Invoice Number: 101-0000109945

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/26/20 | SJ1 | Prepare correspondence ▮▮▮▮ (2.2); analysis re: ▮▮▮▮ (1.3); analysis re: ▮▮▮▮ (3.4); review and revise ▮▮▮▮ (.4). | 7.30 | 6,405.75 |
| 10/26/20 | MMC | Prepare for ▮▮▮▮ (9.9); communications with QE team re: ▮▮▮▮ (.4); strategize re: ▮▮▮▮ (.3). | 10.20 | 10,837.50 |
| 10/26/20 | DS6 | Prepare for ▮▮▮▮ and analysis with M. Caruso re: ▮▮▮▮ (9.0); analysis re: ▮▮▮▮ (0.6); analysis re: ▮▮▮▮ (3.2). | 12.80 | 8,236.80 |
| 10/26/20 | RHK | Revise ▮▮▮▮ (3.8); confer with M. Caruso by phone and emails re ▮▮▮▮ (1.1); call with S. Jenkins and T. Anten re ▮▮▮▮ (.9); call with C. Bogdanos re ▮▮▮▮ (.6); review ▮▮▮▮ (.9). | 7.30 | 7,756.25 |
| 10/26/20 | CTB | Telephone call with R. Kassabian re ▮▮▮▮ (.3); emails to M. Caruso re ▮▮▮▮ (.3); review ▮▮▮▮ (1). | 1.60 | 1,512.00 |
| 10/27/20 | RHK | Prepare for ▮▮▮▮ (4.3); correspond and call with M. Caruso re ▮▮▮▮ (.6); correspondence | 9.30 | 9,881.25 |

# quinn emanuel trial lawyers

November 30, 2020                                                                        Matter #: 05621-00003
Page 26                                                                                   Invoice Number: 101-0000109945

███████████████████████████ (.4); revise █████████████████ (.8); call █████████████████████ (1.8); correspondence and call with T. Anten re █████████ (1.0); correspondence with T. Anten re ████████████████████ (.4).

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 10/27/20 | TA | Teleconference with R.Kassabian re: ████████████ (0.8); review and revise ██████████ (2.0); strategize with R.Kassabian re: █████████████████ (0.5). | 3.30 | 2,945.25 |
| 10/27/20 | SJ1 | Analysis re: ████████████ (1.8); analysis re: ████████████████████ (1.7); review and revise motion re: █████████ (.8); analysis re: ██████ (1.2). | 5.50 | 4,826.25 |
| 10/27/20 | DS6 | Analysis of █████████████████ and prepare outline re: ███████████ (3.8); analysis re: ██████████████████ (4.4); correspondence with R. Kassabian re: ████████████ (0.5); correspondence to T. Anten re: ████████ (0.3). | 9.00 | 5,791.50 |
| 10/27/20 | MMC | Strategize re: █████████ (.6); strategize re: ████████ (.2); strategize re: ████ (1.4). | 2.20 | 2,337.50 |
| 10/27/20 | CTB | Draft █████████████ (1.8). | 1.80 | 1,701.00 |
| 10/27/20 | ABQ | Conduct legal research re. ██████████████████████████ | 2.20 | 1,415.70 |

**quinn emanuel** trial lawyers

November 30, 2020
Page 27

Matter #: 05621-00003
Invoice Number: 101-0000109945

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | ███ (1.2); conduct legal research re. ███ (1.0). |  |  |
| 10/28/20 | JL9 | Prepare ████ (.80); prepare ████ (1.3); conduct searches in Viewpoint and prepare ████ (1.4). | 3.50 | 612.50 |
| 10/28/20 | ABS | Search and review documents regarding ████ (2.3). | 2.30 | 678.50 |
| 10/28/20 | RHK | Prepare for ████ including ████ (7.0); review court order ████ (1.1); correspond with client re ████ (1.9); correspond with opposing counsel re ████ (.3); correspond with opposing counsel re ████ (.3). | 10.60 | 11,262.50 |
| 10/28/20 | TA | Review and revise ████ (3.0); strategize re: ████ (0.3); review and assess ████ (0.5). | 3.80 | 3,391.50 |
| 10/28/20 | AB2 | Emails with J.Liao re: ████ (.2); research and reporting re: ████ (.6); emails with D.Scher re: ████ (.3); research and reporting re: ████ (.4); provide new user account re: ████ (.2). | 1.70 | 297.50 |
| 10/28/20 | SJ1 | Correspondence ████ (.4); analysis re: ████ | 6.60 | 5,791.50 |

**quinn emanuel** trial lawyers

November 30, 2020                                        Matter #: 05621-00003
Page 28                                      Invoice Number: 101-0000109945

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | ███ (4.8); correspondence ███ (1.3). |  |  |
| 10/28/20 | DS6 | Review and revise ███ (1.9); prepare for and strategize with R. Kassabian ███ (4.7); analysis re: ███ (0.9). | 7.50 | 4,826.25 |
| 10/28/20 | MMC | Communications with client and insurer re: ███ (.1); strategize re: ███ (.5); strategize re: ███ (.2); prepare report to BSA and insurers re: ███ (.6); strategize re: ███ (.1); strategize re: ███ (.4); strategize re: ███ (.8). | 2.60 | 2,762.50 |
| 10/28/20 | CTB | Review ███ (.6); emails with R. Kassabian re same (.1). | 0.70 | 661.50 |
| 10/28/20 | ABQ | Conduct legal research re. ███. | 0.20 | 128.70 |
| 10/29/20 | JL9 | Conduct searches in Viewpoint and generate ███ (0.6). | 0.60 | 105.00 |
| 10/29/20 | RHK | Prepare for ███ (7.7); various correspondence and call with M. Caruso and T. Anten re ███ (1.2); various correspondence with S. Jenkins and T. Anten re ███ (.8); revise correspondence to ███ (.3). | 10.00 | 10,625.00 |

# quinn emanuel trial lawyers

November 30, 2020

Matter #: 05621-00003

Page 29

Invoice Number: 101-0000109945

| | | | | |
|---|---|---|---|---|
| 10/29/20 | SW2 | Review and analyze ███████ (4.0); correspond with D. Scher re same (0.2); review and analyze ███████████ (3.8). | 8.00 | 2,360.00 |
| 10/29/20 | TA | Draft and revise correspondence to insurer re: ███████ (0.5); strategize re: ███████ (0.6); revise ███████ 3.5); draft and revise ███████ (0.6). | 5.10 | 4,551.75 |
| 10/29/20 | VM1 | Prepare and process documents ███████████ | 3.10 | 775.00 |
| 10/29/20 | AB2 | Emails with SJ1 re: ███████ (.3); research and reporting re: ███████ (.5); located and prepare ███████ (.4). | 1.20 | 210.00 |
| 10/29/20 | SJ1 | Prepare correspondence ███████ (.4); analysis re: ███████ (.9); T.C. with ███████ (.8); prepare ███████ (3.2); analysis re: ███████ (1.4). | 6.70 | 5,879.25 |
| 10/29/20 | DS6 | Preparation for ███████ and strategize with R. Kassabian re: ███████ (8.5); prepare correspondence ███████ (0.8). | 9.30 | 5,984.55 |
| 10/29/20 | MMC | Strategize re: ███████ (.3); strategize re: ███████ (.2); prepare for | 3.60 | 3,825.00 |

**quinn emanuel** trial lawyers

November 30, 2020                                                                Matter #: 05621-00003
Page 30                                                              Invoice Number: 101-0000109945

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | re: ▮▮▮ (1.1); strategize re: ▮▮ (2.0). | | |
| 10/29/20 | CTB | Review ▮▮▮ | 2.30 | 2,173.50 |
| 10/30/20 | ABS | Search and review productions regarding ▮▮▮ (7.5). | 7.50 | 2,212.50 |
| 10/30/20 | RHK | Prepare for ▮▮▮ (10.8); revise and finalize ▮▮▮ (2.3). | 13.10 | 13,918.75 |
| 10/30/20 | NS2 | Prepare ▮▮▮. (1.4) | 1.40 | 462.00 |
| 10/30/20 | SW2 | Review ▮▮▮ (6.0); review and analyze ▮▮▮ (2.0). | 8.00 | 2,360.00 |
| 10/30/20 | TA | Revise and finalize ▮▮▮ (6.1); ▮▮▮ preparation for ▮▮▮ (1.2). | 7.30 | 6,515.25 |
| 10/30/20 | VM1 | Prepare and process documents into proper format for ▮▮▮ | 3.40 | 850.00 |
| 10/30/20 | SJ1 | Review and revise ▮▮▮ (2.3); analysis re: ▮▮▮ (2.4). | 4.70 | 4,124.25 |
| 10/30/20 | DS6 | Prepare for and assist ▮▮▮ and analysis with R. Kassabian re: ▮▮▮ and prepare summary of ▮▮▮ (10.2). | 10.20 | 6,563.70 |
| 10/30/20 | MMC | Strategize re: ▮▮▮ (▮▮▮ | 4.50 | 4,781.25 |

# quinn emanuel trial lawyers

November 30, 2020                                              Matter #: 05621-00003
Page 31                                              Invoice Number: 101-0000109945

(.7); prepare ███████████
████████████████ (1.9).

| 10/31/20 | CTB | Review ███████████ | | 4.30 | 4,063.50 |

(.5); review
(.4); draft
(3.4).

|  |  | SUBTOTAL | 892.40 | 743,404.55 |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Rachel Herrick Kassabian | RHK | Partner | 140.50 | 1,062.50 | 149,281.25 |
| Margret Caruso | MMC | Partner | 153.40 | 1,062.50 | 162,987.50 |
| Claudia Bogdanos | CTB | Counsel | 84.20 | 945.00 | 79,569.00 |
| Todd Anten | TA | Partner | 106.20 | 892.50 | 94,783.50 |
| Sara Jenkins | SJ1 | Counsel | 128.40 | 877.50 | 112,671.00 |
| Dylan Scher | DS6 | Associate | 169.50 | 643.50 | 109,073.25 |
| Allison (Bingxue) Que | ABQ | Associate | 35.90 | 643.50 | 23,101.65 |
| Andrew B. Sanford | ABS | Attorney | 10.20 | 295.00 | 3,009.00 |
| Scott Weingrad | SW2 | Attorney | 48.00 | 295.00 | 14,160.00 |

| Case Assistants | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Barbara J Howell | BH2 | Paralegal | 7.00 | 330.00 | 2,310.00 |
| Nolan Schoichet | NS2 | Paralegal | 2.40 | 330.00 | 792.00 |
| Dave Scholz | DS4 | Graphics Coordinator | 2.90 | 300.00 | 870.00 |

Litigation Support/Document

| Management Services | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Vince Mesa | VM1 | Litigation Support | 6.50 | 250.00 | 1,625.00 |
| Anthony Bentancourt | AB2 | Litigation Support | 8.80 | 175.00 | 1,540.00 |
| Joe Liao | JL9 | Litigation Support | 8.10 | 175.00 | 1,417.50 |

## Expense Summary

| Description | Amount |
|---|---|
| Attorney service | 291.75 |
| Express mail | 204.54 |

los angeles | new york | san francisco | silicon valley | chicago | dc | london | mannheim | tokyo | hamburg | paris | munich
sydney | hong kong | houston | brussels | seattle | zurich | shanghai | stuttgart | perth | boston | salt lake city

# quinn emanuel trial lawyers

November 30, 2020
Page 32

Matter #: 05621-00003
Invoice Number: 101-0000109945

| Description | | Amount |
|---|---|---|
| Online Research | | 0.00 |
| Document Reproduction | 0.10 | 811.70 |
| Color Document Reproduction | 0.40 | 462.00 |
| Word processing | | 0.00 |
| Velobind | | 20.00 |
| Document Services | | 1,764.08 |
| Messenger | | 208.98 |
| PACER Services | | 0.00 |

**Litigation Support Costs**

| | |
|---|---|
| Hosting | 6,212.50 |
| Total Expenses | $9,975.55 |