**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Hearing Date: TBD**<br>**Objection Deadline: Dec. 22, 2020 at 4:00 p.m. (ET)** |

**THIRD INTERIM FEE APPLICATION REQUEST OF OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C., AS SPECIAL LITIGATION COUNSEL FOR THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM AUGUST 1, 2020 TO AND INCLUDING OCTOBER 31, 2020**

In accordance with the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* [Docket No. 341] (the "Compensation Procedures Order"), Ogletree, Deakins, Nash, Smoak & Stewart, P.C., hereby submits its *Third Interim Fee Application Request of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., as Special Litigation Counsel, for the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2020 to and Including October 31, 2020* (the "Application Period").[2]  **Exhibits A**, **B**, and **C** attached hereto, contain certain schedules pursuant to the *Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Exhibits A and B attached to the monthly applications (Docket Nos. 1392, 1625 and 1781) contain detailed listings of Ogletree Deakins, Nash, Smoak & Stewart, P.C. requested fees and requested expenses for the Application Period.

(the "UST Guidelines").  In addition, Ogletree, Deakins, Nash, Smoak & Stewart, P.C. respectively states as follows to address the questions set forth under paragraph C.5 of the UST Guidelines:

a. Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the Application Period?  If so, please explain. **Yes.  In some circumstances timekeepers are billing at rates less than their standard hourly rates.**

b. If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client?  **Not applicable.**

c. Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case? **No.**

d. Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices?  (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application).  **No.  The Application does include 65.1 hours and $17,004.00 in fees for preparing the monthly fee applications and information required for same.**

e. Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information?  If so, please quantify by hours and fees. **35.1 hours and $8,244.00 in fees for reviewing same**.

f.  If the fee application includes any rate increases since retention: (i) Did your client review and approve those rate increases in advance? (ii) Did your client agree when retaining the law firm to accept all future rate increases? If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11-458?

**Not Applicable**.

Ogletree, Deakins, Nash, Smoak & Stewart, P.C. seeks approval for the following fee applications that were filed in the Application Period:

| Fee Statement Period, Docket # & Filing Date | Total Fees Requested | Total Expenses Requested | CNO Date & Docket # | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|
| 8/1/2020 – 8/31/2020; Docket No. 1392; 10/1/20 | $129,960.70 | $100.31 | 11/16/20; Doc 1663 | $103,968.56 | $100.31 | $25,992.14 |
| 9/1/2020 – 9/30/2020; Docket No. 1625; 11/3/20 | $109,548.70 | $81.19 | 11/18/20; Doc 1712 | $87,638.96 | 81.19 | $21,909.74 |
| 10/1/2020 – 10/31/2020; Docket No. 17981; 12/3/20 | $135,773.15 | $81.19 | TBD | TBD | TBD | $27,154.63 |
| Total | $375,282.55 | $262.69 | | | | $75,056.51 |

In accordance with the Compensation Order, Ogletree, Deakins, Nash, Smoak & Stewart, P.C. seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee applications and payment by the Debtors of the amounts requested in such fee applications in full.

WHEREFORE, Ogletree, Deakins, Nash, Smoak & Stewart, P.C. respectfully requests that the Court approve the full amount of fees and expenses requested in the above-referenced fee applications, payment by the Debtor of the amounts requested in such fee applications in full, and such other and further relief as is just and proper.

Dated: December 8, 2020  
Austin, Texas

**Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**

*/s/ Bruce A. Griggs*  
Bruce A. Griggs  
Shareholder  
301 Congress Avenue, Suite 1150  
Austin, Texas 78701  
(512) 344-4700  
bruce.griggs@ogletreedeakins.com

SPECIAL LITIGATION COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION

**SUMMARY OF TOTAL FEES AND HOURS
BY ATTORNEYS AND PARAPROFESSIONALS**

| Name | Position Area of Expertise | Year of Admission / Years of Experience | Hourly Billing Rate[1] | Total Hours Billed[2] | Total Compensation |
|---|---|---|---|---|---|
| Bruce A. Griggs | Shareholder | 1989 / 31 | $640 | 115.2 | $73,728.00 |
| Michael M. Shetterly | Shareholder | 1996 / 24 | $480 | 0.2 | $89.10 |
| Gavin Martinson | Shareholder | 2005 / 15 | $440 | 56.6 | $23,432.40 |
| Charles E. McDonald, III | Shareholder | 1995 / 25 | $460 | 0.6 | $256.50 |
| Ronald W. Chapman | Shareholder | 1995 / 25 | $650 | 0.4 | $259.20 |
| Nonnie L. Shivers | Shareholder | 2004 / 16 | $515 | 0.2 | $92.70 |
| Stephen R. Woods | Shareholder | 1996 / 24 | $500 | 0.8 | $374.40 |
| Jennifer L. Colvin | Shareholder | 2001 / 19 | $530 | 0.6 | $297.00 |
| Sean E. Manning | Of Counsel | 2001 / 19 | $425 | 410.7 | $182,761.50 |
| Gustavo Suarez | Of Counsel | 2003 / 17 | $440 | 12.3 | $5,092.20 |
| Jamie Haar | Associate | 2015 / 5 | $370 | 0.2 | $76.50 |
| Robin Koshy | Associate | 2013 / 7 | $400 | 7.3 | $2,792.25 |
| Collin Brodrick | Associate | 2013 / 7 | $420 | 0.2 | $75.60 |
| Evelyn Norton | Associate | 2016 / 4 | $335 | 5.3 | $1,597.95 |
| Kelci A. Davis | Paralegal | N/A | $190 | 430.9 | $81,871.00 |
| Katie Murray | Other | N/A | $150 | 2.4 | $360.00 |
| Dennis A. Davis | Other | N/A | $525 | 4.5 | $2,126.25 |
| **Total** | | | | 1048.4 | $375,282.55 |
| **Blended Rate** | | | | | $358 |

---

[1] The Hourly Billing Rate is the standard rate for the Ogletree timekeeper submitted with the Retention Application. The actual hourly rate charged to BSA and/or an insurance carrier may be less depending on the specific rate agreement applicable to that matter.

[2] Ogletree, Deakins, Nash, Smoak & Stewart, P.C. charged the Debtors for only 50% of non-working travel time in compliance with Local Rule 2016-2(d)(viii). Such reductions are reflected in the figures in this column.

| SUMMARY OF COMPENSATION BY PROJECT CATEGORY | | |
|---|---|---|
| **Project Category** | **Hours Billed** | **Fees Sought ($)** |
| Litigation/Claims / Phase 1 | 962.6 | $352,824.55 |
| Retention Issues / Phase 2 | 85.8 | $22,458.00 |
| Plan Issues / Phase 3 | 0 | $0 |
| Non-Working Travel / Phase 4 | 0 | $0 |
| **Total** | **1048.4** | **$375,282.55** |

### EXPENSE SUMMARY

| Category | Amount |
|---|---|
| Delivery Services/Messenger | $19.12 |
| Legal Support Services | $243.57 |
| **TOTAL:** | **$262.69** |