# Exhibit A

## Customary and Comparable Compensation Disclosures

The blended hourly rate for all Ogletree timekeepers who worked on these cases is less than the firm's blended rate for all timekeepers over a Comparable Period (defined below). In particular, the blended hourly rate for all Ogletree timekeepers (including both professionals and paraprofessionals) who billed to matters excluding chapter 11 representations (collectively, the "Non-Chapter 11 Matters") during the 12-month period beginning October 31, 2019 and ending on October 31, 2020 (the "Comparable Period") was, in the aggregate, approximately $420.00.[1] By comparison, the blended hourly rate for all Ogletree timekeepers (including both professionals and paraprofessionals) who worked on these cases during the Application Period was, in the aggregate, $381.63.

The following table shows blended hourly rates:

| Blended Hourly Rate for Application Period | Blended Hourly Rate for Non-Chapter 11 Matters |
|---|---|
| $381.63 | $420.00 |

---

[1] Ogletree calculated the blended rate for Non-Chapter 11 Matters by dividing the *total dollar amount* billed by Ogletree timekeepers to Non-Chapter 11 Matters during the Comparable Period by the *total number of hours* billed by such Ogletree timekeepers to Non-Chapter 11 Matters during the same period.

**Customary and Comparable Compensation Disclosures for Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**

The blended hourly rate of the Ogletree, Deakins, Nash, Smoak & Stewart, P.C.'s timekeepers (including both professionals and paraprofessionals) who have billed time to the Debtors during the Interim Fee Period was approximately $358 per hour (the "Debtor Blended Rate").[1]

A detailed comparison of the Debtor Blended Rate is set forth in the chart below.

| Category of Timekeeper | Debtor Blended Rate |
|---|---|
| Partner | $564.31 |
| Senior Counsel/Counsel | $444.10 |
| Associate | $349.41 |
| Paraprofessional | $190.00 |
| Support Staff | $360.33 |
| **Aggregate** | **$381.63** |

---

[1] Ogletree, Deakins, Nash, Smoak & Stewart, P.C. calculated the Debtor Blended Rate by dividing the total amount billed by Ogletree, Deakins, Nash, Smoak & Stewart, P.C.'s timekeepers to the Debtors during the Interim Fee Period by the total hours billed by such timekeepers to the Debtors during the Interim Fee Period. The Debtor Blended Rate does not include fees and corresponding hours voluntarily reduced by Ogletree, Deakins, Nash, Smoak & Stewart, P.C. prior to submission of the relevant fee applications.