**Exhibit C**
Staffing

**Staffing Across All Matter Categories for the Period from August 1, 2020 to and Including October 31, 2020**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work Across All Matter Categories During the Application Period | Average Hourly Rate[1] |
|---|---|---|
| Partner | 8 | $526.88 |
| Senior Counsel/Counsel | 2 | $432.50 |
| Associate (>3 years since first admission) | 4 | $381.25 |
| Paraprofessionals | 1 | $190.00 |
| Support Staff | 2 | $337.50 |
| **Total Attorney** | **14** | **$471.79** |
| **Total Non-Attorney** | **3** | **$288.33** |
| **Total** | **17** | **$439.41** |

---

[1] The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of chargeable hours worked by, each timekeeper over the course of the chapter 11 cases