# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**RE:  D.I. 1713** |

### CERTIFICATE OF NO OBJECTION REGARDING THE EIGHTH MONTHLY APPLICATION OF SIDLEY AUSTIN LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM OCTOBER 1, 2020 TO OCTOBER 31, 2020

The undersigned hereby certifies that, as of the date hereof, Sidley Austin, LLP ("Sidley") has received no answer, objection or other responsive pleading to the **Eighth Monthly Application of Sidley Austin LLP for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2020 to October 31, 2020** (the "Application") (D.I. 1713), filed on November 18, 2020.

The undersigned further certifies that Morris Nichols has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon.  Pursuant to the Notice, objections to the Application were to be filed and served no later than December 2, 2020 at 4:00 p.m. (Eastern Time).

Accordingly, pursuant to the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* (D.I. 341)

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

entered on April 6, 2020, the Debtors are authorized to pay the amount indicated below without any further court order.

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Debtors are Authorized to Pay ( (2) + (3) ) |
|---|---|---|---|
| $394,637.00 | $10,369.65 | $315,709.60 | $326,079.25 |

WHEREFORE, Sidley respectfully requests that the Application be approved.

Dated: December 8, 2020
      Chicago, Illinois

SIDLEY AUSTIN LLP

/s/ *Thomas A. Labuda*
Thomas A. Labuda (admitted *pro hac vice*)
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Email:  tlabuda@sidley.com

ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION