IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Ref. Docket Nos. 1762 |

**SUPPLEMENT TO DEBTORS' APPLICATION FOR ENTRY
OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF
JLL VALUATION & ADVISORY SERVICES, LLC AS APPRAISER FOR THE
DEBTORS AND DEBTORS IN POSSESSION WITH RESPECT TO CERTAIN
LOCAL COUNCIL PROPERTIES, *NUNC PRO TUNC* TO NOVEMBER 30, 2020**

The Debtors submit this supplement (this "Supplement") to the *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of JLL Valuation & Advisory Services, LLC as Appraiser for the Debtors and Debtors in Possession with Respect to Certain Local Council Properties,* Nunc Pro Tunc *to November 30, 2020* [D.I. 1762] (the "Application").[2] This Supplement is intended to address certain additional disclosures requested by the U.S. Trustee.

1. As disclosed in the Application, the Debtors have proposed to retain and employ JLL to serve as the Debtors' appraiser with respect to a portfolio of Local Council Properties, with a fee structure for each piece of real estate as follows:

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Application.

|  | BASE | COMPLEX |
|---|---|---|
| **OFFICE** | $2,500 | $3,000 to $6,000 |
| **CAMPGROUND** | $2,500 | $3,000 to $8,000 |

2. An office Local Council Property will be designated as a "base" property unless it contains one or more of the following criteria, in which case it will be designated as a "complex" property:

   (a) 10 or more acres of land;

   (b) 15,000 square feet or more of building area;

   (c) accessory building improvements;

   (d) excess land or surplus land beyond the primary site that is needed for the building improvements;

   (e) conservation easements or other easements or restrictions associated with the real property that result in impacts to value or multiple values (i.e., a utility easement would not be considered material); or

   (f) third party leases in place.

3. A campground Local Council Property will be designated as a "base" property unless it contains one or more of the following criteria, in which case it will be designated as a "complex" property:

   (a) 50 or more acres of land;

   (b) conservation easements or other easements or restrictions associated with the real property that result in impacts to value or multiple values (i.e., a utility easement would not be considered material); or

   (c) third party leases in place.

4. JLL only charges for its services on an hourly basis in connection with testimony and similar litigation services.  JLL's current hourly rates for such services are as follows:

| Title | Hourly Rate |
|---|---|
| Managing Director | $650 |
| Executive Vice President | $550 |
| Senior Vice President | $450 |
| Vice President | $350 |
| Associate | $250 |
| Analyst | $200 |
| Administrative | $80 |

Dated: December 9, 2020
Wilmington, Delaware

Respectfully submitted,

*/s/ Steven P. McGowan*
Steven P. McGowan
Secretary and General Counsel

*Boy Scouts of America and Delaware BSA, LLC*