# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

## NOTICE OF WITHDRAWAL OF DOCKET NUMBER 1647

**PLEASE TAKE NOTICE** that the undersigned hereby withdraws without prejudice the *Future Claimants' Representative's Objections to Debtors' Motions for Entry of Orders With Respect to Wilson and Worley (I) Approving Settlement Agreements and (II) Lifting the Automatic Stay, to the Extent Necessary, to Permit Payment of Settlement Amounts by Applicable Insurance* [Docket No. 1647].

Dated: December 11, 2020

                                        YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                        */s/ Edwin J. Harron*
                                        Robert S. Brady (No. 2847)
                                        Edwin J. Harron (No. 3396)
                                        Sharon M. Zieg (No. 4196)
                                        Rodney Square
                                        1000 North King Street
                                        Wilmington, Delaware 19801
                                        Telephone: (302) 571-6600
                                        Facsimile: (302) 571-1253
                                        Email: rbrady@ycst.com
                                                              eharron@ycst.com
                                                              szieg@ycst.com

                                        *Counsel to the Future Claimants' Representative*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

27456440.1