IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 1652** |

## NOTICE OF WITHDRAWAL OF DOCKET NUMBER 1652

**PLEASE TAKE NOTICE** that the undersigned hereby withdraws without prejudice the Joinder of the Coalition of Abused Scouts for Justice to the Future Claimants' Representative's Objections to Debtors' Motions for Entry of Orders With Respect to Wilson and Worley (I) Approving Settlement Agreements and (II) Lifting the Automatic Stay, to the Extent Necessary, To Permit Payment of Settlement Amounts by Applicable Insurance [Docket No. 1652]

Dated: December 11, 2020
Wilmington, Delaware

**MONZACK MERSKY BROWDER AND HOCHMAN, P.A.**

*/s/ Rachel B. Mersky*
Rachel Mersky (DE No. 2049)
1201 N. Orange Street, Suite 400
Wilmington, Delaware 19801
Telephone:   (302) 656-8162
Facsimile:    (302) 656-2769
E-mail:         rmersky@monlaw.com

-and-

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

{00220838-1}

**BROWN RUDNICK LLP**
David J. Molton, Esquire
Eric R. Goodman
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
E-mail: dmolton@brownrudnick.com
E-mail: egoodman@brownrudick.com

-and-

Sunni P. Beville, Esquire
Tristan G. Axelrod, Esquire
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
E-mail: sbeville@brownrudnick.com
E-mail: taxelrod@brownrudnick.com

*Co-Counsel to the Coalition of Abused Scouts for Justice*