# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Ref. Docket Nos. 1762 & 1814 |

**CERTIFICATION OF COUNSEL REGARDING DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF JLL VALUATION & ADVISORY SERVICES, LLC AS APPRAISER FOR THE DEBTORS AND DEBTORS IN POSSESSION WITH RESPECT TO CERTAIN LOCAL COUNCIL PROPERTIES, *NUNC PRO TUNC* TO NOVEMBER 30, 2020**

The undersigned counsel to the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies as follows:

1. On November 30, 2020, the Debtors filed the *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of JLL Valuation & Advisory Services, LLC as Appraiser for the Debtors and Debtors in Possession with Respect to Certain Local Council Properties,* Nunc Pro Tunc *to November 30, 2020* [D.I. 1762] (the "Application").

2. Pursuant to the notice of the Application, objections or responses to the relief requested in the Motion were to be filed and served no later than December 9, 2020, at 4:00 p.m. (ET) (the "Objection Deadline").

3. Prior to the Objection Deadline, the Debtors received informal comments from the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") and the Tort Claimants Committee (the "TCC").

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

4. Other than the informal comments from the U.S. Trustee and the TCC, no other informal comments, objections, or other responsive pleadings were filed in connection with the Application.

5. In response to certain of the informal comments by the U.S. Trustee, on December 9, 2020, the Debtors filed the *Supplement to Debtors' Application for Entry of an Order Authorizing the Retention and Employment of JLL Valuation & Advisory Services, LLC as Appraiser for the Debtors and Debtors in Possession with Respect to Certain Local Council Properties,* Nunc Pro Tunc *to November 30, 2020* [D.I. 1814] (the "Supplement").

6. In addition to the Supplement, the Debtors resolved the informal comments of the U.S. Trustee and the TCC through revisions to the proposed form of order (the "Proposed Order"), a copy of which is attached hereto as **Exhibit A**.

7. For the ease of the Court and all other parties in interest, a blackline comparing the Proposed Order against the version filed with the Application is attached hereto as **Exhibit B**.

8. The U.S. Trustee and the TCC have reviewed the Proposed Order and do not object to its entry.

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: December 14, 2020<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Eric W. Moats*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Eric W. Moats (No. 6441)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Email: dabbott@mnat.com<br>          aremming@mnat.com<br>          emoats@mnat.com<br>          ptopper@mnat.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Jessica C. K. Boelter (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Email: jessica.boelter@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (212) 881-5400<br>Email: mandolina@whitecase.com<br>          mlinder@whitecase.com<br><br>*Counsel for the Debtors and Debtors in Possession* |