# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Ref. Docket Nos. 734 & 1208** |

## FEE EXAMINER'S FINAL REPORT REGARDING FIRST
## AND SECOND QUARTERLY FEE APPLICATIONS OF KCIC, LLC

Rucki Fee Review, LLC ("Rucki Fee Review"), the fee examiner appointed in the above-captioned chapter 11 cases and acting in its capacity as such (the "Fee Examiner"), hereby submits its final report (this "Final Report") regarding the *First Interim Fee Application of KCIC, LLC, as Insurance and Valuation Consultant for the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 18, 2020 to and including April 30, 2020* [Docket No. 734] (the "First Quarterly Fee Application") and the *Second Interim Fee Application of KCIC, LLC, as Insurance and Valuation Consultant for the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2020 to and including July 31, 2020* [Docket No. 1208] (the "Second Quarterly Fee Application" and together with the First Quarterly Fee Application, the "Quarterly Fee Applications") filed by KCIC, LLC (the "Firm").

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

## BACKGROUND

1. In performance of its fee and expense review procedures and in preparation of this Final Report designed to quantify and present factual data relevant to the requested fees, disbursements and expenses contained in the Quarterly Fee Applications consistent with its appointment order, Rucki Fee Review reviewed the monthly fee applications filed for the periods set forth in the Quarterly Fee Applications, including each of the billing and expense entries listed in the exhibits to such monthly fee applications, for compliance with section 330 of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Rule 2016-2, as well as the *U.S. Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330—Appendix A* and the Firm's retention order.

2. Rucki Fee Review did not prepare informal memos related to monthly fee applications of the Firm, and in the interest of efficiency given the size of the Firm's fees and belief that no reduction to such fees is necessary, did not prepare an initial report with respect to the Quarterly Fee Applications. Instead, Rucki Fee Review has prepared only this summary Final Report.

## DISCUSSION

3. For the compensation period of February 18, 2020 through April 30, 2020, as set forth in the First Quarterly Fee Application, the Firm seeks interim bankruptcy court approval in the amount of $11,116.00 as actual, reasonable and necessary fees and for expense reimbursement of $0.00. For the compensation period of May 1, 2020 through July 31, 2020, as set forth in the Second Quarterly Fee Application, the Firm seeks interim

bankruptcy court approval in the amount of $9,764.50 as actual, reasonable and necessary fees and for expense reimbursement of $0.00.

4. During the first and second quarterly fee periods, the Firm's work consisted of 26.7 hours and 20.4 hours, respectively, for work on the Firm's retention application, certain coverage analysis and limited fee application work. Given the small volume of work by the Firm and the fact Rucki Fee Review does not consider the fees charged by the Firm to be objectionable, Rucki Fee Review will not present a detailed analysis of these fees herein. Rucki Fee Review also notes that it has provided the Firm with certain requests as to future time entries.

5. The Firm did not request the reimbursement of any expenses during either the first quarterly fee period or second quarterly fee period. Accordingly, no discussion of expense reimbursement is necessary.

## CONCLUSION

6. Rucki Fee Review recommends the approval of the Second Quarterly Fee Application in the amount of $9,764.50 with respect to fees and the reimbursement of expenses in the amount of $0.00.

Dated: December 14, 2020  
Wilmington, Delaware

Respectfully submitted,

**RUCKI FEE REVIEW, LLC**  
**FEE EXAMINER**

By: */s/ Justin H. Rucki*  
    Justin H. Rucki  
    President of Rucki Fee Review, LLC