IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Ref. Docket No. 1201** |

## FEE EXAMINER'S FINAL REPORT REGARDING FIRST QUARTERLY FEE APPLICATION OF ANKURA CONSULTING GROUP, LLC

Rucki Fee Review, LLC ("Rucki Fee Review"), the fee examiner appointed in the above-captioned chapter 11 cases and acting in its capacity as such (the "Fee Examiner"), hereby submits its final report (this "Final Report") regarding the *First Interim Fee Application Request of Ankura Consulting Group, LLC, as Consultants to the Legal Representative for Future Claimants, for Allowance of Compensation and Reimbursement of Expenses for the Period from April 27, 2020 Through July 31, 2020* (the "First Quarterly Fee Application") [Docket No. 1201] filed by Ankura Consulting Group, LLC (the "Firm").

### BACKGROUND

1. In performance of its fee and expense review procedures and in preparation of this Final Report designed to quantify and present factual data relevant to the requested fees, disbursements and expenses contained in the First Quarterly Fee Application consistent with its appointment order, Rucki Fee Review reviewed the monthly fee applications filed for the period set forth in the First Quarterly Fee Application, including each of the billing

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

and expense entries listed in the exhibits to such monthly fee applications, for compliance with section 330 of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Rule 2016-2, as well as the *U.S. Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330—Appendix A* and the Firm's retention order.

2. Rucki Fee Review did not prepare informal memos related to monthly fee applications of the Firm, and in the interest of efficiency given the size of the Firm's fees and belief that no reduction to such fees is necessary, did not prepare an initial report with respect to the First Quarterly Fee Application. Instead, Rucki Fee Review has prepared only this summary Final Report.

## DISCUSSION

3. For the compensation period of April 27, 2020 through July 31, 2020, as set forth in the First Quarterly Fee Application, the Firm seeks interim bankruptcy court approval in the amount of $11,204.50 as actual, reasonable and necessary fees and for expense reimbursement of $0.00.

4. During the first quarterly fee period, the Firm's work consisted of 18.5 hours for work on the Firm's retention application and initial claims consulting work. Given the small volume of work by the Firm and the fact Rucki Fee Review does not consider the fees charged by the Firm to be objectionable, Rucki Fee Review will not present a detailed analysis of these fees herein. Rucki Fee Review also notes that it has provided the Firm (through counsel to the FCR) with certain requests as to both future time entries and fee applications.

5. The Firm did not request the reimbursement of any expenses during the first quarterly fee period. Accordingly, no discussion of expense reimbursement is necessary.

## CONCLUSION

6. Rucki Fee Review recommends the approval of the First Quarterly Fee Application in the amount of $11,204.50 with respect to fees and the reimbursement of expenses in the amount of $0.00.

Dated: December 14, 2020  
Wilmington, Delaware

Respectfully submitted,

**RUCKI FEE REVIEW, LLC**
**FEE EXAMINER**

By: */s/ Justin H. Rucki*
    Justin H. Rucki
    President of Rucki Fee Review, LLC