# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | Jointly Administered |
| Debtors. | **Re: Docket Nos. 1785, 1832** |

**CERTIFICATION OF COUNSEL REGARDING APPLICATION OF THE OFFICIAL TORT CLAIMANTS' COMMITTEE PURSUANT TO SECTIONS 328(A) AND 1103 OF THE BANKRUPTCY CODE, RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND LOCAL RULE 2014-1 FOR AUTHORIZATION TO EMPLOY AND RETAIN CBRE, INC. AS REAL ESTATE APPRAISER, EFFECTIVE AS OF DECEMBER 1, 2020**

The undersigned hereby certifies that:

1. On December 3, 2020, the official committee of tort claimants (consisting of survivors of childhood sexual abuse) (the "Tort Claimants' Committee" or the "TCC"), appointed in the above-captioned cases, filed the *Application of the Official Tort Claimants' Committee Pursuant to Sections 328(a) and 1103 of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and Retain CBRE, Inc. as Real Estate Appraiser, Effective as of December 1, 2020* (the "Application") [Docket No. 1785]. On December 12, 2020, the TCC filed the *Supplemental Declaration of Thomas Baroch in Support of Application of the Official Tort Claimants' Committee Pursuant to Sections 328(a) and 1103 of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

*Retain CBRE, Inc. as Real Estate Appraiser, Effective as of December 1, 2020* [Docket No. 1832].

2.    The deadline to object to the Application was December 11, 2020 at 4:00 p.m. Eastern Time.

3.    The TCC received informal comments from the Debtors and United States Trustee (the "UST").

4.    Attached hereto as **Exhibit A** is a revised proposed form of order (the "Revised Proposed Order").

5.    The informal comments have been resolved. The Debtors, the UST and the Official Committee of Unsecured Creditors have no objection to entry of the Revised Proposed Order.

6.    Attached hereto as **Exhibit B** is a blackline showing changes to the Revised Proposed Order from the version of the proposed order filed with the Application.

7.    Accordingly, the TCC requests entry of the Revised Proposed Order at the Court's earliest convenience.

Dated: December 14, 2020      PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
James I. Stang (CA Bar No. 94435)
John A. Morris (NY Bar No. 2405397)
James E. O'Neill (DE Bar No. 4042)
John W. Lucas (CA Bar No.271038)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email: jstang@pszjlaw.com
           jmorris@pszjlaw.com
           joneill@pszjlaw.com
           jlucas@pszjlaw.com

*Counsel for the Tort Claimants' Committee*