UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Boy Scouts of America and Delaware BSA, LLC,[1]<br><br>Debtors. | Case No.: 20-10343 (LSS)<br><br>Chapter 11<br><br>Jointly Administered |

**VERIFIED STATEMENT OF BRADLEY ARANT BOULT CUMMINGS LLP
PURSUANT TO BANKRUPTCY RULE 2019**

Pursuant to Federal Rule of Bankruptcy Procedure 2019 ("**Rule 2019**"), Bradley Arant Boult Cummings LLP ("**Bradley**"), submits its verified statement of multiple representations in these above captioned chapter 11 cases (the "**Chapter 11 Cases**").

1. On February 18, 2020 (the "**Petition Date**"), Boy Scouts of America and Delaware BSA, LLC (collectively, the "**Debtors**") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code. The Debtors continue to operate and manage their businesses as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

2. In October 2020, several Conferences of the United Methodist Church and many United Methodist Churches retained Bradley to represent their interests in these Chapter 11 Cases. The addresses and identities of the Conferences of the United Methodist Church that retained Bradley are set forth in **Exhibit A**. The addresses and identities of the United Methodist Churches that retained by Bradley are attached as **Exhibit B**.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

3. Each of the United Methodist Churches set forth in Exhibit B is a Chartered Organization and holds a Claim[2] against debtor Boy Scouts of America ("**BSA**") arising from BSA's obligation to indemnify and hold Chartered Organizations harmless for any injuries or damages arising out of official scouting activities or arising out of BSA membership standards, including, but not limited to, Indirect Abuse Claims and Claims held by scouts or other Persons for Abuse. Each of the United Methodist Churches set forth in Exhibit B also holds a Claim against BSA arising out of BSA's obligation to provide Chartered Organizations primary general liability insurance to cover Chartered Organizations and related entities with respect to Claims arising out of an official scouting activity, including, but not limited to, insurance coverage to cover Claims held by scouts or other Persons for Abuse. As of the date of this filing, the amount of each Claim held by the United Methodist Churches reflected in Exhibit B is unknown.

4. Each of the United Methodist Churches set forth in Exhibit B is a member of one of the Conferences of the United Methodist Church set forth in Exhibit A. Generally, the Conferences of the United Methodist Church provide services to United Methodist Churches within their jurisdictions, including risk management services.

5. Upon information and belief, and after due inquiry, Bradley does not own any claims against or any equity interest in the Debtors.

6. Bradley reserves the right to supplement this disclosure as applicable.

7. Pursuant to title 28 of the United States Code, section 1746, the undersigned declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

---

[2] Capitalized terms not otherwise defined herein shall have those meanings ascribed to them in the *Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [Doc. No. 20].

| | |
|---|---|
| Dated: December 15, 2020<br>Wilmington, Delaware | Respectfully submitted,<br><br>/s/ *Edwin G. Rice*<br>Edwin G. Rice, Esq.<br>Florida Bar No.: 855944<br>**BRADLEY ARANT BOULT CUMMINGS LLP**<br>100 N. Tampa Street<br>Suite 2200<br>Tampa, FL 33602<br>T: 813-559-5500 \| F: (813) 229-5946<br>Primary email: erice@bradley.com<br>Secondary emails: ddecker@bradley.com, ebrusa@bradley.com<br>*\*Admitted Pro Hac Vice*<br><br>-and-<br><br>/s/ David N. Rutt<br>David N. Rutt (#2694)<br>Scott G. Wilcox (#3882)<br>**MOORE & RUTT, P.A.**<br>122 N. Market Street, PO Box 554<br>Georgetown, DE 19947<br>T: (302) 856-9568 \| F: (302) 856-4518<br>dnutt@mooreandrutt.com<br>swilcox@mooreandrutt.com<br>ddimaio@mooreandrutt.com<br>*Attorneys for the Florida Conference of the United Methodist Church and Various Churches in the Conference that are Chartered Organizations* |