Exhibit A

| | |
|---|---|
| Alaska Annual Conference of the United Methodist Church | 1660 Patterson Street, Anchorage, AK 99504 |
| Pacific Northwest Annual Conference of the United Methodist Church | 816 S. 216th Street, Des Moines, WA 98198 |
| New Mexico Annual Conference of the United Methodist Church | 11816 Lomas Blvd. NE, Albuquerque, NM 87112 |
| Oregon-Idaho Annual Conference of the United Methodist Church | 1505 SW 18th Avenue, Portland, OR 97201-2524 |
| Western North Carolina Conference of the United Methodist Church | 13924 Professional Center Dr., Ste. 200, Huntersville, NC 28078 |
| Peninsula-Delaware Conference of the United Methodist Church | 139 N. State Street, Dover DE 19901 |
| Virginia Conference of the United Methodist Church | 10330 Staples Mill Road, Glen Allen, VA 23060 |
| Greater New Jersey Annual Conference of the United Methodist Church | 205 Jumping Brook Rd., Neptune, NJ 07753 |
| The North Georgia Conference of the United Methodist Church, Inc., and The Trustees of the North Georgia Conference of the United Methodist Church, Inc. | 1700 Century Circle NE, Atlanta, GA 30345 |
| The Great Plains Annual Conference of the United Methodist Church | 1207 SW Executive Dr., Topeka, KS 66615 |
| Eastern Pennsylvania Conference of the United Methodist Church | 980 Madison Ave., Norristown, PA 19403 |
| Central Texas Conference of the United Methodist Church | 3200 E. Rosedale St., Fort Worth, TX 76105 |
| Florida Conference of the United Methodist Church | 450 Martin L. King Jr. Ave., Lakeland, FL 33815 |