## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| BOY SCOUTS OF AMERICA, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 20-50527 (LSS) |
| A.A., *et al.*, | |
| Defendants. | |

### NOTICE OF **AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 16, 2020, AT 10:00 A.M. (ET)

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] **Amended items appear in bold.**

This hearing will be held telephonically and by video. All parties
wishing to appear must do so telephonically by contacting
COURTCALL, LLC at 866-582-6878 no later than December 16 at
8:30 a.m. (ET) to sign up.  Additionally, anyone wishing to appear by
Zoom is invited to use the link below.  All parties that will be arguing
or testifying must appear by Zoom and CourtCall.  Participants on
CourtCall should dial into the call not later than 10 minutes prior to the
start of the scheduled hearing to insure a proper connection.

**PLEASE NOTE THAT THE MICROPHONES ON THE ZOOM
MEETING WILL BE MUTED AND THE ONLY AUDIO WILL
BE THROUGH COURTCALL**

Topic: Boy Scouts of America
Time: December 16, 2020 10:00 AM Eastern Time (US and Canada)

Join ZoomGov Meeting
https://debuscourts.zoomgov.com/j/1607393350

Meeting ID: 160 739 3350
Passcode: 795631

Join by SIP
1607393350@sip.zoomgov.com

MATTER WITHDRAWN WITHOUT PREJUDICE

1.    Motion of the Official Tort Claimants' Committee Pursuant to Bankruptcy Rule 2004 and
      Local Rule 2004-1 for an Order Authorizing the Issuance of Subpoenas for Discovery from
      Debtors and Certain Local Councils (D.I. 1379, 9/29/20).

      Objection Deadline:  October 7, 2020, at 4:00 p.m. (ET).  Extended to October 11, 2020,
      at 11:59 p.m. (ET) for the Debtors and the Ad Hoc Committee of Local Councils of the
      Boy Scouts of America.  The reply deadline for the Tort Claimants' Committee has been
      extended to October 13, 2020, at 4:00 p.m. (ET).

      Responses Received:

            a)    Objection of Circle Ten Council to Motion of the Official Tort Claimants'
                  Committee Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 for
                  an Order Authorizing the Issuance of Subpoenas for Discovery from
                  Debtors and Certain Local Councils (D.I. 1421, Filed 10/7/20);

b)        Capitol Area Council's Joinder to Circle Ten Council's Objection to the Official Tort Claimants' Committee's Motion for an Order Authorizing the Issuance of Subpoenas for Discovery from Debtors and Certain Local Councils Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 (D.I. 1422, Filed 10/7/20);

c)        Baltimore Area Council's Objection to Tort Claimants' Committee's Rule 2004 Motion for an Order Authorizing the Issuance of a Subpoena (D.I. 1423, Filed 10/7/20);

d)        Limited Objection and Reservation of Rights of Bay-Lakes Council to Motion of the Official Tort Claimants' Committee Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 for an Order Authorizing the Issuance of Subpoenas for Discovery from Debtors and Certain Local Councils (D.I. 1425, Filed 10/7/20);

e)        Response and Reservation of Rights of the Coalition of Abused Scouts for Justice Regarding Discovery Motion (D.I. 1431, Filed 10/7/20);

f)        Objection of the Greater St. Louis Area Council, Boy Scouts of America, Inc., to the Motion of the Official Tort Claimants' Committee Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 for an Order Authorizing the Issuance of Subpoenas for Discovery from Debtors and Certain Local Councils (D.I. 1434, Filed 10/7/20);

g)        Objection of Daniel Webster Council to Motion of the Official Tort Claimants' Committee Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 for an Order Authorizing the Issuance of Subpoenas for Discovery from Debtors and Certain Local Councils (D.I. 1459, Filed 10/9/20);

h)        Objection of Orange County Council of the Boy Scouts of America to Motion of the Official Tort Claimants' Committee Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 for an Order Authorizing the Issuance of Subpoenas for Discovery from Debtors and Certain Local Councils (D.I. 1462, Filed 10/9/20);

i)        Objection of the Ad Hoc Committee of Local Councils to Tort Claimants' Committee's Rule 2004 Motion (D.I. 1480, Filed 10/1//20);

j)        Debtors' Motion for Leave to File Debtors' Limited Objection to the Motion of the Official Tort Claimants' Committee Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 for an Order Authorizing the Issuance of Subpoenas for Discovery from Debtors and Certain Local Councils (D.I. 1481, Filed 10/11/20);

k)      Declaration of Blair M. Warner in Support of Debtors' Limited Objection to the Motion of the Official Tort Claimants' Committee Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 for an Order Authorizing the Issuance of Subpoenas for Discovery from Debtors and Certain Local Councils (D.I. 1482, Filed 10/11/20);

l)      Century's Objection to Proposed Form of Order Approving the Stipulation Regarding Motion of the Official Tort Claimants' Committee Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 for an Order Authorizing the Issuance of Subpoenas for Discovery from Debtors and Certain Local Councils (D.I. 1495, Filed 10/13/20);

m)     Omnibus Reply of the Official Tort Claimants' Committee to Objections of Certain Examinees to Motion of Official Tort Claimants' Committee for an Order Authorizing the Issuance of Subpoenas for Discovery From Debtors and Certain Local Councils (D.I. 1504, Filed 10/13/20);

n)      Declaration of John W. Lucas in Support of Omnibus Reply of the Official Tort Claimants' Committee to Objections of Certain Examinees to Motion of Official Tort Claimants' Committee for an Order Authorizing the Issuance of Subpoenas for Discovery from Debtors and Certain Local Councils (D.I. 1505, Filed 10/13/20); and

o)      Motion for Leave to File Late Omnibus Reply to Objections to Motion of the Official Tort Claimants' Committee Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 for an Order Authorizing the Issuance of Subpoenas for Discovery from Debtors and Certain Local Councils (D.I. 1506, Filed 10/13/20).

<u>Related Pleadings</u>:

a)      Certification of Counsel Regarding Stipulation Regarding Motion of the Official Tort Claimants' Committee Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 for an Order Authorizing the Issuance of Subpoenas for Discovery from Debtors and Certain Local Councils (D.I. 1479, Filed 10/11/20);

b)      Omnibus Reply of the Official Tort Claimants' Committee to Objections of Certain Examinees to Motion of Official Tort Claimants' Committee for an Order Authorizing the Issuance of Subpoenas for Discovery from Debtors and Certain Local Councils (D.I. 1504, Filed 10/13/20);

c)      Declaration of John W. Lucas in Support of Omnibus Reply of the Official Tort Claimants' Committee to Objections of Certain Examinees to Motion of Official Tort Claimants' Committee for an Order Authorizing the

Issuance of Subpoenas for Discovery from Debtors and Certain Local Councils (D.I. 1505, Filed 10/13/20);

d)    Motion for Leave to File Late Omnibus Reply to Objections to Motion of the Official Tort Claimants' Committee Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 for an Order Authorizing the Issuance of Subpoenas for Discovery from Debtors and Certain Local Councils (D.I. 1506, Filed 10/13/20);

e)    Certification of Counsel Regarding Amended Stipulation Regarding Motion of the Official Tort Claimants' Committee Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 for an Order Authorizing the Issuance of Subpoenas for Discovery from Debtors and Certain Local Councils (D.I. 1512, Filed 10/14/20);

f)    Re-Notice of Motion of the Official Tort Claimants' Committee Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 for an Order Authorizing the Issuance of Subpoenas for Discovery from Debtors and Certain Local Councils (D.I. 1580, Filed 10/27/20); and

g)    Notice of Withdrawal Without Prejudice of Motion of the Official Tort Claimants' Committee Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 for an Order Authorizing the Issuance of Subpoenas for Discovery from Debtors and Certain Local Councils (D.I. 1735, Filed 11/25/20).

Status:  This matter has been withdrawn without prejudice.

ADJOURNED MATTER

2.    Motion of Official Committee of Tort Claimants Enforcing Automatic Stay Under 11 U.S.C. §§ 362(a)(3) and 541(a) Against Middle Tennessee Council Arising from Transfers of Property of the Estate (D.I. 1084, Filed 8/7/20).

Objection Deadline:  September 30, 2020, at 4:00 p.m. (ET).  Extended to January 5, 2021, at 4:00 p.m. (ET).

Responses Received: None.

Related Pleadings:

a)    Re-Notice of Motion of Official Committee of Tort Claimants Enforcing Automatic Stay Under 11 U.S.C. §§ 362(a)(3) and 541(a) Against Middle Tennessee Council Arising from Transfers of Property of the Estate (D.I. 1140, Filed 8/24/20);

b)    Re-Notice of Motion of Official Committee of Tort Claimants Enforcing Automatic Stay Under 11 U.S.C. §§ 362(a)(3) and 541(a) Against Middle

Tennessee Council Arising from Transfers of Property of the Estate (D.I. 1408, Filed 10/5/20);

c)      Re-Notice of Motion of Official Committee of Tort Claimants Enforcing Automatic Stay Under 11 U.S.C. §§ 362(a)(3) and 541(a) Against Middle Tennessee Council Arising from Transfers of Property of the Estate (D.I. 1626, Filed 11/4/20); and

d)      Re-Notice of Motion of Official Committee of Tort Claimants Enforcing Automatic Stay Under 11 U.S.C. §§ 362(a)(3) and 541(a) Against Middle Tennessee Council Arising from Transfers of Property of the Estate (D.I. 1770, Filed 12/2/20).

Status:  This matter has been adjourned to the hearing scheduled for January 19, 2021, at 10:00 a.m. (ET).

MATTERS UNDER CERTIFICATION

3.      Debtors' Motion for Entry of an Order (I) Approving Wilson Settlement Agreement and (II) Lifting the Automatic Stay, to the Extent Necessary, to Permit Payment of Settlement Amount by Applicable Insurance (D.I. 1596, Filed 10/28/20).

Objection Deadline:  November 12, 2020, at 4:00 p.m. (ET).

Responses Received:

a)      The Future Claimants' Representative's Objections to Debtors' Motions for Entry of Orders with Respect to Wilson and Worley (I) Approving Settlement Agreements and (II) Lifting the Automatic Stay, to the Extent Necessary, to Permit Payment of Settlement Amounts by Applicable Insurance (D.I. 1647, Filed 11/12/20);

b)      Joinder of the Coalition of Abused Scouts for Justice to the Future Claimants' Representative's Objections to Debtors' Motions for Entry of Orders with Respect to Wilson and Worley (I) Approving Settlement Agreements and (II) Lifting the Automatic Stay, to the Extent Necessary, to Permit Payment of Settlement Amounts by Applicable Insurance (D.I. 1652, Filed 11/12/20);

c)      Notice of Withdrawal of Docket Number 1647 (D.I. 1818, Filed 12/11/20); and

d)      Notice of Withdrawal of Docket Number 1652 (D.I. 1826; Filed 12/11/20).

Related Pleadings:

    a)    Certificate of No Objection Regarding Debtors' Motion for Entry of an Order (I) Approving Wilson Settlement Agreement and (II) Lifting the Automatic Stay, to the Extent Necessary, to Permit Payment of Settlement Amount by Applicable Insurance (D.I. 1827, Filed 12/11/20)**; and**

    **b)**    **Order (I) Approving Settlement Agreement and (II) Lifting the Automatic Stay, to the Extent Necessary, to Permit Payment of Settlement Amount by Applicable Insurance (D.I. 1842, Entered 12/14/20).**

Status:  **An order has been entered.  No hearing is necessary.**

4.    Debtors' Motion for Entry of an Order (I) Approving Worley Settlement Agreement and (II) Lifting the Automatic Stay, to the Extent Necessary, to Permit Payment of Settlement Amount by Applicable Insurance (D.I. 1598, Filed 10/28/20).

Objection Deadline:  November 12, 2020, at 4:00 p.m. (ET).

Responses Received:

    a)    The Future Claimants' Representative's Objections to Debtors' Motions for Entry of Orders with Respect to Wilson and Worley (I) Approving Settlement Agreements and (II) Lifting the Automatic Stay, to the Extent Necessary, to Permit Payment of Settlement Amounts by Applicable Insurance (D.I. 1647, Filed 11/12/20)

    b)    Joinder of The Coalition of Abused Scouts for Justice to the Future Claimants' Representative's Objections to Debtors' Motions for Entry of Orders With Respect to Wilson and Worley (I) Approving Settlement Agreements and (II) Lifting The Automatic Stay, to the Extent Necessary, to Permit Payment of Settlement Amounts by Applicable Insurance (D.I. 1652, Filed 11/12/20); and

    c)    Notice of Withdrawal of Docket Number 1647 (D.I. 1818, Filed 12/11/20); and

    d)    Notice of Withdrawal of Docket Number 1652 (D.I. 1826; Filed 12/11/20).

Related Pleadings:

a)      Certificate of No Objection Regarding Debtors' Motion for Entry of an Order (I) Approving Worley Settlement Agreement and (II) Lifting the Automatic Stay, to the Extent Necessary, to Permit Payment of Settlement Amount by Applicable Insurance (D.I. 1828, Filed 12/11/20)**; and**

b)      **Order (I) Approving Worley Settlement Agreement and (II) Lifting the Automatic Stay, to the Extent Necessary, to Permit Payment of Settlement Amount by Applicable Insurance (D.I. 1843, Entered 12/14/20).**

Status:  **An order has been entered.  No hearing is necessary**.

5.      Debtors' Application for Entry of an Order Authorizing the Retention and Employment of JLL Valuation & Advisory Services, LLC as Appraiser for the Debtors and Debtors in Possession with Respect to Certain Local Council Properties, *Nunc Pro Tunc* to November 30, 2020 (D.I. 1762, Filed 11/30/20).

Objection Deadline:  December 9, 2020, at 4:00 p.m. (ET).

Reponses Received:  Informal comments from the U.S. Trustee and TCC.

Related Pleadings:

a)      Motion to Shorten Notice of Debtors' Application for Entry of an Order Authorizing the Retention and Employment of JLL Valuation & Advisory Services, LLC as Appraiser for the Debtors and Debtors in Possession with Respect to Certain Local Council Properties, *Nunc Pro Tunc* to November 30, 2020 (D.I. 1763, Filed 11/30/20);

b)      Order Shortening Notice of Debtors' Application for Entry of an Order Authorizing the Retention and Employment of JLL Valuation & Advisory Services, LLC as Appraiser for the Debtors and Debtors in Possession with Respect to Certain Local Council Properties, *Nunc Pro Tunc* to November 30, 2020 (D.I. 1765, Entered 12/1/20);

c)      Supplement to Debtors' Application for Entry of an Order Authorizing the Retention and Employment of JLL Valuation & Advisory Services, LLC as Appraiser for the Debtors and Debtors in Possession with Respect to Certain Local Council Properties, *Nunc Pro Tunc* to November 30, 2020 (D.I. 1814, Filed 12/9/20);

d)      [WITHDRAWN] Certification of Counsel Regarding Debtors' Application for Entry of an Order Authorizing the Retention and Employment of JLL Valuation & Advisory Services, LLC as Appraiser for the Debtors and Debtors in Possession

with Respect to Certain Local Council Properties, *Nunc Pro Tunc* to November 30, 2020 (D.I. 1817, Filed 12/10/20);

e)  Notice of Withdrawal (D.I. 1833, Filed 12/14/20);

f)  Certification of Counsel Regarding Debtors' Application for Entry of an Order Authorizing the Retention and Employment of JLL Valuation & Advisory Services, LLC as Appraiser for the Debtors and Debtors in Possession with Respect to Certain Local Council Properties, *Nunc Pro Tunc* to November 30, 2020 (D.I. 1834, Filed 12/14/20)**; and**

g)  **Order Authorizing the Retention and Employment of JLL Valuation & Advisory Services, LLC as Appraiser for the Debtors and Debtors in Possession with Respect to Certain Local Council Properties, *Nunc Pro Tunc* to November 30, 2020 (D.I. 1841, Entered 12/14/20).**

Status:  **An order has been entered.  No hearing is necessary**.

## MATTERS GOING FORWARD

6.  Application of the Official Tort Claimants' Committee Pursuant to Sections 328(a) and 1103 of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and Retain CBRE, Inc. as Real Estate Appraiser, Effective as of December 1, 2020 (D.I. 1785, Filed 12/3/20).

Objection Deadline:  December 11, 2020, at 4:00 p.m. (ET).

Responses Received:  Informal comments from the Debtors and the U.S. Trustee.

Related Pleadings:

a)  Motion for Order Fixing Hearing Date and Shortening Time Regarding Application of the Official Tort Claimants' Committee Pursuant to Sections 328(a) and 1103 of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and Retain CBRE, Inc. as Real Estate Advisor, Effective as of December 1, 2020 (D.I. 1786, Filed 12/3/20);

b)  Order Granting Motion for Order Fixing Hearing Date and Shortening Time Regarding Application of the Official Tort Claimants' Committee Pursuant to Sections 328(a) and 1103 of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and Retain CBRE, Inc. as Real Estate Advisor, Effective as of December 1, 2020 (D.I. 1793, Entered 12/4/20);

c)    Notice of Hearing Regarding Application of the Official Tort Claimants' Committee Pursuant to Sections 328(a) and 1103 of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and Retain CBRE, Inc. as Real Estate Appraiser, Effective as of December 1, 2020 (D.I. 1796, Filed 12/4/20);

d)    Supplemental Declaration of Thomas Baroch in Support of Application of the Official Tort Claimants' Committee Pursuant to Sections 328(a) and 1103 of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and Retain CBRE, Inc. as Real Estate Appraiser, Effective as of December1, 2020 (D.I. 1832, Filed 12/12/20)**;**

**e)    Certification of Counsel Regarding Application of the Official Tort Claimants' Committee Pursuant to Sections 328(a) and 1103 of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and Retain CBRE, Inc. as Real Estate Appraiser, Effective as of December 1, 2020 (D.I. 1844, Filed 12/14/20); and**

**f)    Order Pursuant to Sections 328(a), 330, 331 and 1103 of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 Authorizing the Employment and Retention of CBRE, Inc. as Real Estate Appraiser, Effective as of December 1, 2020 (D.I. 1846, Entered 12/15/20).**

Status: **An order has been entered.  No hearing is necessary**.

FEE APPLICATIONS

7.    Second Interim Fee Application Hearing.

Responses Received:  See attached Exhibit A.

Related Pleadings:  See attached Exhibit A.

Status:  This matter is going forward.

ADVERSARY PROCEEDING

*Boy Scouts of America v. A.A.,* et al. *(20-ap-50527)*

8.    Motion for Order Modifying Preliminary Injunction to Allow Movants to Proceed with State Court Actions as to Non-Debtor Defendants (A.D.I. 109, Filed 11/4/20).

<u>Response Deadline</u>:  November 18, 2020.  Extended for the Debtors to December 2, 2020. The Movants' reply deadline was extended to December 11, 2020, at 12:00 p.m. (ET).

<u>Responses Received</u>:

a)    Boy Scouts of America's Brief in Opposition to Motion for Order Modifying Preliminary Injunction to Allow Movants to Proceed with State Court Actions as to Non-Debtor Defendants (<u>A.D.I. 122</u>, Filed 12/2/20);

b)    Declaration of Brian Whittman in Support of the BSA's Brief in Opposition to Motion for Order Modifying Preliminary Injunction to Allow Movants to Proceed with State Court Actions as to Non-Debtor Defendants (<u>A.D.I. 123</u>, Filed 12/2/20);

c)    Declaration of Catherine Nownes-Whitaker in Support of the BSA's Brief in Opposition to Motion for Order Modifying Preliminary Injunction to Allow Movants to Proceed with State Court Actions as to Non-Debtor Defendants (<u>A.D.I. 124</u>, Filed 12/2/20); and

d)    Reply Brief in Support of Motion for Order Modifying Preliminary Injunction to Allow Movants to Proceed with State Court Actions as to Non-Debtor Defendants (<u>A.D.I. 128</u>; Filed 12/11/20).

<u>Related Pleadings</u>:

a)    Declaration of Daniel K. Astin in Support of Motion for Order Modifying Preliminary Injunction to Allow Movants to Proceed with State Court Actions as to Non-Debtor Defendants (<u>A.D.I. 110</u>, Filed 11/4/20); and

b)    Opening Brief in Support of Motion for Order Modifying Preliminary Injunction to Allow Movants to Proceed with State Court Actions as to Non-Debtor Defendants (<u>A.D.I. 111</u>, Filed 11/4/20).

<u>Status</u>:  **The parties are continuing to discuss the matter in an effort to reach a resolution.  Accordingly, this matter has been adjourned to the hearing set for January 19, 2021, at 10:00 a.m. (ET).**

Dated:  December 15, 2020           **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
        Wilmington, Delaware

_/s/ Eric W. Moats_
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Eric W. Moats (No. 6441)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Email:  dabbott@mnat.com
        aremming@mnat.com
        emoats@mnat.com
        ptopper@mnat.com

– and –

**WHITE & CASE LLP**
Jessica C. K. Boelter (admitted _pro hac vice_)
1221 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 819-8200
Email:  jessica.boelter@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted _pro hac vice_)
Matthew E. Linder (admitted _pro hac vice_)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone:  (212) 881-5400
Email: mandolina@whitecase.com
        mlinder@whitecase.com

_Counsel for the Debtors and Debtors in Possession_