EXHIBIT A

BOY SCOUTS OF AMERICA, et al., Bankruptcy Case No. 20-10343 (LSS)

Summary of Fees and Expenses for the Second Interim Period
Interim Fee Application Hearing: December 16, 2020 at 10:00 a.m. (ET)

Debtors' Professionals

Alvarez & Marsal North America, LLC

A.  Second Interim Fee Application of Alvarez & Marsal North America, LLC, as Financial Advisor for the Debtors and Debtors In Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period From May 1, 2020 to and Including July 31, 2020 (D.I. 1209, Filed 8/31/20).

   1.  Third Monthly Application of Alvarez & Marsal North America, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2020 to and Including May 31, 2020 (D.I. 1059, Filed 7/31/20);

   2.  Certificate of No Objection Regarding Third Monthly Application of Alvarez & Marsal North America, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2020 to and Including May 31, 2020 (D.I. 1133, Filed 8/21/20);

   3.  Combined Fourth Monthly Application of Alvarez & Marsal North America, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from June 1, 2020 to and Including July 31, 2020 (D.I. 1191, Filed 8/28/20);

   4.  Certificate of No Objection Regarding Combined Fourth Monthly Application of Alvarez & Marsal North America, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from June 1, 2020 to and Including July 31, 2020 (D.I. 1348, Filed 9/18/20);

   5.  Certificate of No Objection Regarding the Second Interim Fee Application of Alvarez & Marsal North America, LLC, as Financial Advisor for the Debtors and Debtors In Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period From May 1, 2020 to and Including July 31, 2020 (D.I. 1347, Filed 9/18/20); and

   6.  Fee Examiner's Final Report Regarding First and Second Quarterly Fee Applications of Alvarez & Marsal North America, LLC (D.I. 1838, Filed 12/14/20).

Bates White, LLC

B.  Second Interim Fee Application Request of Bates White, LLC, as Abuse Claims Consultant and Advisor for the Debtors, for Allowance of Compensation and Reimbursement of

Expenses for the Period from May 1, 2020 to and Including July 31, 2020 (D.I. 1210, Filed 8/31/20).

1. Third Monthly Application of Bates White, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2020 to and Including May 31, 2020 (D.I. 873, Filed 6/19/20);

2. Certificate of No Objection Regarding Third Monthly Application of Bates White, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2020 to and Including May 31, 2020 (D.I. 1027, Filed 7/17/20);

3. Fourth Monthly Application of Bates White, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from June 1, 2020 to and Including June 30, 2020 (D.I. 1057, Filed 7/30/20);

4. Certificate of No Objection Regarding Fourth Monthly Application of Bates White, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from June 1, 2020 to and Including June 30, 2020 (D.I. 1132, Filed 8/21/20);

5. Fifth Monthly Application of Bates White, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2020 to and Including July 31, 2020 (D.I. 1141, Filed 8/24/20);

6. Certificate of No Objection Regarding Fifth Monthly Application of Bates White, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2020 to and Including July 31, 2020 (D.I. 1297, Filed 9/10/20);

7. Certificate of No Objection Regarding Second Interim Fee Application Request of Bates White, LLC, as Abuse Claims Consultant and Advisor for the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2020 to and Including July 31, 2020 (D.I. 1338, Filed 9/17/20); and

8. Fee Examiner's Final Report Regarding First and Second Quarterly Fee Applications of Bates White, LLC (D.I. 1831, Filed 12/11/20).

<u>Haynes and Boone, LLP</u>

C. Second Interim Fee Application of Haynes and Boone, LLP, as Special Insurance Counsel for the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2020 to and Including July 31, 2020 (D.I. 1265, Filed 9/4/20).

1. Second Application of Haynes and Boone, LLP for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2020 to June 30, 2020 (D.I. 1029, Filed 7/17/20);

2. Certificate of No Objection Regarding the Second Application of Haynes and Boone, LLP for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2020 to June 30, 2020 (D.I. 747, Filed 6/1/20);

3. Third Application of Haynes and Boone, LLP for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2020 to July 31, 2020 (D.I. 1142, Filed 8/24/20);

4. Certificate of No Objection Regarding the Third Application of Haynes and Boone, LLP for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2020 to July 31, 2020 (D.I. 1296, Filed 9/10/20);

5. Certificate of No Objection Regarding Second Interim Fee Application of Haynes and Boone, LLP, as Special Insurance Counsel for the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2020 to and Including July 31, 2020 (D.I. 1374, Filed 9/28/20); and

6. Fee Examiner's Final Report Regarding First and Second Quarterly Fee Applications of Haynes and Boone, LLP (D.I. 1821, Filed 12/11/20).

<u>KCIC, LLC</u>

D. Second Interim Fee Application of KCIC, LLC, as Insurance and Valuation Consultant for the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2020 to and Including July 31, 2020 (D.I. 1208, Filed 8/31/20).

   1. Combined Second Monthly Fee Application of KCIC, LLC, for Allowance of Monthly Compensation and for Monthly Reimbursement of All Actual and Necessary Expenses Incurred for the Period May 1, 2020 to June 30, 2020 (D.I. 1079, Filed 8/6/20);

   2. Certificate of No Objection Regarding the Combined Second Monthly Fee Application of KCIC, LLC, for Allowance of Monthly Compensation and for Monthly Reimbursement of All Actual and Necessary Expenses Incurred for the Period May 1, 2020 to June 30, 2020 (D.I. 1131, Filed 8/212/20);

   3. For Allowance of Compensation and Reimbursement of Combined Second Monthly Fee Application of KCIC, LLC, Expenses for the Period from July 1, 2020 to and Including July 31, 2020 (D.I. 1138, Filed 8/21/20);

   4. Certificate of No Objection Regarding the Third Monthly Fee Application of KCIC, LLC, for Allowance of Monthly Compensation and for Monthly Reimbursement of All Actual and Necessary Expenses Incurred for the Period from July 1, 2020 to July 31, 2020 (D.I. 1277, Filed 9/8/20);

5. Certificate of No Objection Regarding Second Interim Fee Application of KCIC, LLC, as Insurance and Valuation Consultant for the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2020 to and Including July 31, 2020 (D.I. 1327, Filed 9/16/20); and

6. Fee Examiner's Final Report Regarding First and Second Quarterly Fee Applications of KCIC, LLC (D.I. 1835, Filed 12/14/20).

Morris, Nichols, Arsht & Tunnell LLC

E. Second Interim Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Bankruptcy Co-Counsel for the Debtors and Debtors in Possession, for Allowance of Monthly Compensation and for Monthly Reimbursement of All Actual and Necessary Expenses Incurred for the Period May 1, 2020 to and Including July 31, 2020 (D.I. 1294, Filed 9/9/20).

   1. Fourth Monthly Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Bankruptcy Co-Counsel for the Debtors and Debtors in Possession, for Allowance of Monthly Compensation and for Monthly Reimbursement of All Actual and Necessary Expenses Incurred for the Period May 1, 2020 Through May 31, 2020 (D.I. 1033, Filed 7/20/20);

   2. Certificate of No Objection Regarding Fourth Monthly Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Bankruptcy Co-Counsel for the Debtors and Debtors in Possession, for Allowance of Monthly Compensation and for Monthly Reimbursement of All Actual and Necessary Expenses Incurred for the Period May 1, 2020 Through May 31, 2020 (D.I. 1069, Filed 8/4/20);

   3. Fifth Monthly Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Bankruptcy Co-Counsel for the Debtors and Debtors in Possession, for Allowance of Monthly Compensation and for Monthly Reimbursement of All Actual and Necessary Expenses Incurred for the Period June 1, 2020 Through June 30, 2020 (D.I. 1083, Filed 8/7/20);

   4. Certificate of No Objection Regarding Fifth Monthly Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Bankruptcy Co-Counsel for the Debtors and Debtors in Possession, for Allowance of Monthly Compensation and for Monthly Reimbursement of All Actual and Necessary Expenses Incurred for the Period June 1, 2020 Through June 30, 2020 (D.I.1189, Filed 8/28/20);

   5. Sixth Monthly Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Bankruptcy Co-Counsel for the Debtors and Debtors in Possession, for Allowance of Monthly Compensation and for Monthly Reimbursement of All Actual and Necessary Expenses Incurred for the Period July 1, 2020 Through July 31, 2020 (D.I. 1205, Filed 8/30/20);

6. Certificate of No Objection Regarding Sixth Monthly Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Bankruptcy Co-Counsel for the Debtors and Debtors in Possession, for Allowance of Monthly Compensation and for Monthly Reimbursement of All Actual and Necessary Expenses Incurred for the Period July 1, 2020 Through July 31, 2020 (D.I. 1532, Filed 10/16/20);

7. Certificate of No Objection Regarding Second Interim Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Bankruptcy Co-Counsel for the Debtors and Debtors in Possession, for Allowance of Monthly Compensation and for Monthly Reimbursement of All Actual and Necessary Expenses Incurred for the Period May 1, 2020 to and Including July 31, 2020 (D.I. 1368, Filed 9/24/20); and

8. Fee Examiner's Final Report Regarding First and Second Quarterly Fee Applications of Morris, Nichols, Arsht & Tunnell LLP (D.I. 1822, Filed 12/11/20).

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

F. Second Interim Fee Application Request of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., as Special Litigation Counsel for the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2020 to and Including July 31, 2020 (D.I. 1226, Filed 9/2/20).

1. Third Monthly Application of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2020 to May 31, 2020 (D.I. 867, Filed 6/18/20);

2. Certificate of No Objection Regarding Third Monthly Application of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2020 to May 31, 2020 (D.I. 1005, Filed 7/10/20);

3. Fourth Monthly Application of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. for Allowance of Compensation and Reimbursement of Expenses for the Period from June 1, 2020 to June 30, 2020 (D.I. 1037, Filed 7/22/20);

4. Certificate of No Objection Regarding Fourth Monthly Application of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. for Allowance of Compensation and Reimbursement of Expenses for the Period from June 1, 2020 to June 30, 2020 (D.I. 1078, Filed 8/6/20);

5. Fifth Monthly Application of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2020 to July 31, 2020 (D.I. 1137, Filed 8/21/20);

6. Certificate of No Objection Regarding Fifth Monthly Application of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. for Allowance of Compensation and

Reimbursement of Expenses for the Period from July 1, 2020 to July 31, 2020 (D.I. 1276, Filed 9/8/20);

7. Certification of Counsel Regarding the Second Interim Fee Application Request of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., as Special Litigation Counsel for the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2020 to and Including July 31, 2020 (D.I. 1351, Filed 9/21/20); and

8. Fee Examiner's Final Report Regarding First and Second Quarterly Fee Applications of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. (D.I. 1823, Filed 12/11/20).

Sidley Austin LLP

G. Second Interim Fee Application of Sidley Austin LLP, as Attorneys for the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2020 to and Including July 31, 2020 (D.I. 1207, Filed 8/31/20).

1. Third Monthly Application of Sidley Austin LLP For Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2020 to May 31, 2020 (D.I. 1020, Filed 7/15/20);

2. Certificate of No Objection Regarding Third Monthly Application of Sidley Austin LLP For Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2020 to May 31, 2020 (D.I. 1076, Filed 8/6/20);

3. Fourth Monthly Application of Sidley Austin LLP for Allowance of Compensation and Reimbursement of Expenses for the Period from June 1, 2020 to June 30, 2020 (D.I. 1044, Filed 7/24/20);

4. Certificate of No Objection Regarding Fourth Monthly Application of Sidley Austin LLP for Allowance of Compensation and Reimbursement of Expenses for the Period from June 1, 2020 to June 30, 2020 (D.I. 1103, Filed 8/13/20);

5. Fifth Monthly Application of Sidley Austin LLP for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2020 to July 31, 2020 (D.I. 1167, Filed 8/26/20);

6. Certificate of No Objection Regarding Fifth Monthly Application of Sidley Austin LLP for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2020 to July 31, 2020 (D.I. 1308, Filed 9/11/20);

7. Certificate of No Objection Regarding Second Interim Fee Application of Sidley Austin LLP, as Attorneys for the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2020 to and Including July 31, 2020 (D.I. 1326, Filed 9/16/20); and

6

8. Fee Examiner's Final Report Regarding First and Second Quarterly Fee Applications of Sidley Austin LLP (D.I. 1825, Filed 12/11/20).

EXHIBIT A

BOY SCOUTS OF AMERICA, et al., Bankruptcy Case No. 20-10343 (LSS)

Summary of Fees and Expenses for the Second Interim Period
Interim Fee Application Hearing: December 16, 2020 at 10:00 a.m. (ET)

Tort Committee's Counsel

Pachulski Stang Ziehl & Jones LLP

H. Second Quarterly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Tort Claimants' Committee for the Period from May 1, 2020 to and Including July 31, 2020 (D.I. 1322, Filed 9/15/20).

 1. Third Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Tort Claimants' Committee for the Period from May 1, 2020 through May 31, 2020 (D.I. 1065, Filed 8/3/20);

 2. Certification of No Objection Regarding Third Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Tort Claimants' Committee for the Period from May 1, 2020 through May 31, 2020 (D.I. 1113, Filed 8/19/20);

 3. Fourth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Tort Claimants' Committee for the Period from June 1, 2020 through June 30, 2020 (D.I. 1174, Filed 8/27/20);

 4. Certification of No Objection Regarding Fourth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Tort Claimants' Committee for the Period from June 1, 2020 through June 30, 2020 (D.I. 1312, Filed 9/11/20);

 5. Fifth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Tort Claimants' Committee for the Period from July 1, 2020 through July 31, 2020 (D.I. 1309, Filed 9/11/20);

 6. Certification of No Objection Regarding Fifth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Tort Claimants' Committee for the Period from July 1, 2020 through July 31, 2020 (D.I. 1375, Filed 9/28/20); and

 7. Fee Examiner's Final Report Regarding First and Second Quarterly Fee Applications of Pachulski Stang Ziehl & Jones LLP (D.I. 1837, Filed 12/14/20).

Berkeley Research Group, LLC

I.  First Quarterly Application for Compensation and Reimbursement of Expenses of Berkeley Research Group LLC, as Financial Advisors to the Tort Claimants' Committee for the Period from March 6, 2020 through April 30, 2020 (D.I. 1581, Filed 10/27/20).

   1. First Monthly Application of Berkeley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisors to the Official Tort Claimants' Committee for the Period from March 6, 2020 through March 31, 2020 (D.I. 768, Filed 6/3/20);

   2. Certification of No Objection Regarding First Monthly Application of Berkeley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisors to the Official Tort Claimants' Committee for the Period from March 6, 2020 through March 31, 2020 (D.I. 956, Filed 7/6/20);

   3. Second Monthly Application of Berkeley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisors to the Official Tort Claimants' Committee for the Period from April 1, 2020 through April 30, 2020 (D.I. 1085, Filed 8/7/20);

   4. Certification of No Objection Regarding Second Monthly Application of Berkeley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisors to the Official Tort Claimants' Committee for the Period from April 1, 2020 through April 30, 2020 (D.I. 1139, Filed 8/24/20); and

   5. Fee Examiner's Final Report Regarding First and Second Quarterly Fee Applications of Berkeley Research Group, LLC (D.I. 1830, Filed 12/11/20).

EXHIBIT A

BOY SCOUTS OF AMERICA, et al., Bankruptcy Case No. 20-10343 (LSS)

Summary of Fees and Expenses for the Second Interim Period
Interim Fee Application Hearing: December 16, 2020 at 10:00 a.m. (ET)

Official Committee of Unsecured Creditors

AlixPartners, LLP

J.  Second Interim Fee Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from May 1, 2020 to and Including July 31, 2020 (D.I. 1337, Filed 9/16/20).

   1. Third Monthly Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period May 1, 2020 through and Including May 31, 2020 (D.I. 1047, Filed 7/27/20);

   2. Certificate of No Objection to Third Monthly Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period May 1, 2020 through and Including May 31, 2020 (D.I. 1099, Filed 8/11/20);

   3. Fourth Monthly Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period June 1, 2020 through and Including June 30, 2020 (D.I. 1136, Filed 8/21/20).

   4. Certificate of No Objection to Fourth Monthly Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period June 1, 2020 through and Including June 30, 2020 (D.I. 1319, Filed 9/14/20);

   5. Fifth Monthly Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period July 1, 2020 through and Including July 31, 2020 (D.I. 1214, Filed 9/1/20);

   6. Certificate of No Objection to Fiftth Monthly Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period July 1, 2020 through and Including July 31, 2020 (D.I. 1334, Filed 9/16/20); and

 7. Fee Examiner's Final Report Regarding First and Second Quarterly Fee Applications of AlixPartners, LLP (D.I. 1819, Filed 12/11/20).

Kramer Levin Naftalis & Frankel LLP

K. Second Interim Fee Application of Kramer Levin Naftalis & Frankel LLP for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred as Counsel to the Official Committee of Unsecured Creditors of Boy Scouts of America and Delaware BSA, LLC, for the Period from May 1, 2020 through and Including July 31, 2020 (D.I. 1335, Filed 9/16/20).

 1. Third Monthly Fee Application of Kramer Levin Naftalis & Frankel LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2020 through May 31, 2020 (D.I. 1048, Filed 7/27/20);

 2. Certificate of No Objection to Third Monthly Fee Application of Kramer Levin Naftalis & Frankel LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2020 through May 31, 2020 (D.I. 1097, Filed 8/11/20);

 3. Fourth Monthly Fee Application of Kramer Levin Naftalis & Frankel LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from June 1, 2020 through June 30, 2020 (D.I. 1134, Filed 8/21/20);

 4. Certificate of No Objection to Fourth Monthly Fee Application of Kramer Levin Naftalis & Frankel LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from June 1, 2020 through June 30, 2020 (D.I. 1317, Filed 9/14/20);

 5. Fifth Monthly Fee Application of Kramer Levin Naftalis & Frankel LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2020 through July 31, 2020 (D.I. 1212, Filed 9/1/20);

 6. Certificate of No Objection to Fifth Monthly Fee Application of Kramer Levin Naftalis & Frankel LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2020 through July 31, 2020 (D.I. 1332, Filed 9/16/20); and

 7. Fee Examiner's Final Report Regarding First and Second Quarterly Fee Applications of Kramer Levin Naftalis & Frankel LLP (D.I. 1839, Filed 12/14/20).

Reed Smith LLP

L.  Second Interim Fee Application of Reed Smith LLP, Delaware Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses for the Period May 1, 2020 through and Including July 31, 2020 (D.I. 1336, Filed 9/16/20).

   1. Third Monthly Fee Application of Reed Smith LLP, Delaware Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses for the Period May 1, 2020 through May 31, 2020 (D.I. 1046, Filed 7/27/20);

   2. Certificate of No Objection to Third Monthly Fee Application of Reed Smith LLP, Delaware Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses for the Period May 1, 2020 through May 31, 2020 (D.I. 1098, Filed 8/11/20);

   3. Fourth Monthly Fee Application of Reed Smith LLP, Delaware Counsel to the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses for the Period June 1, 2020 through June 30, 2020 (D.I. 1135, Filed 8/21/20);

   4. Certificate of No Objection to Fourth Monthly Fee Application of Reed Smith LLP, Delaware Counsel to the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses for the Period June 1, 2020 through June 30, 2020 (D.I. 1318, Filed 9/14/20);

   5. Fifth Monthly Fee Application of Reed Smith LLP, Delaware Counsel to the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses for the Period July 1, 2020 through July 31, 2020 (D.I. 1213, Filed 9/1/20);

   6. Certificate of No Objection to Fifth Monthly Fee Application of Reed Smith LLP, Delaware Counsel to the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses for the Period July 1, 2020 through July 31, 2020 (D.I. 1333, Filed 9/16/20); and

   7. Fee Examiner's Final Report Regarding First and Second Quarterly Fee Applications of Reed Smith LLP (D.I. 1824, Filed 12/11/20).

EXHIBIT A

BOY SCOUTS OF AMERICA, et al., Bankruptcy Case No. 20-10343 (LSS)

Summary of Fees and Expenses for the Second Interim Period
Interim Fee Application Hearing: December 16, 2020 at 10:00 a.m. (ET)

Future Claimants' Representative

Ankura Consulting Group, LLC

M.  First Interim Fee Application Request of Ankura Consulting Group, LLC as Consultants to the Legal Representative for Future Claimants for Allowance of Compensation and Reimbursement of Expenses for the Period from April 27, 2020 Through July 31, 2020 (D.I. 1201, Filed 8/31/20).

   1. First Monthly Application of Ankura Consulting Group, LLC as Consultants to James L. Patton, Jr., Legal Representative for Future Claimants for Allowance of Compensation and Reimbursement of Expenses for the Period from April 27, 2020 Through June 30, 2020 (D.I. 1039, Filed 7/23/20);

   2. Certificate of No Objection Regrading Docket No. 1039 (D.I. 1081, Filed 8/7/20);

   3. Second Monthly Application of Ankura Consulting Group, LLC as Consultants to James L. Patton, Jr., Legal Representative for Future Claimants for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2020 Through July 31, 2020 (D.I. 1199, Filed 8/31/20);

   4. Certificate of No Objection Regarding Docket No. 1199 (D.I. 1325, Filed 9/16/20); and

   5. Fee Examiner's Final Report Regarding First and Second Quarterly Fee Applications of Ankura Consulting Group, LLC (D.I. 1836, Filed 12/14/20).

Gilbert, LLP

N.  First Interim Fee Application of Gilbert LLP, Insurance Counsel to Future Claimants' Representative, for Allowance of Compensation and Reimbursement of Expenses for the Period March 19, 2020 Through July 31, 2020 (D.I. 1202, Filed 8/31/20).

   1. First Monthly Fee Application of Gilbert LLP as Insurance Counsel to the Legal Representative for Future Claimants for Allowance of Compensation and Reimbursement of Expenses for the Period March 19, 2020 Through May 31, 2020 (D.I. 885, Filed 6/23/20);

   2. Certificate of No Objection Regrading Docket No. 885 (D.I. 998, Filed 7/9/20);

3. Second Monthly Fee Application of Gilbert LLP as Insurance Counsel to the Legal Representative for Future Claimants for Allowance of Compensation and Reimbursement of Expenses for the Period June 1, 2020 Through June 30, 2020 (D.I. 1032, Filed 7/20/20);

4. Certificate of No Objection Regarding Docket No. 1032 (D.I. 1068, Filed 8/4/20);

5. Third Monthly Fee Application of Gilbert LLP as Insurance Counsel to the Legal Representative for Future Claimants for Allowance of Compensation and Reimbursement of Expenses for the Period July 1, 2020 Through July 31, 2020 (D.I. 1129, Filed 8/20/20);

6. Certificate of No Objection Regarding Docket No. 1129 (D.I. 1273, Filed 9/8/20); and

7. Fee Examiner's Final Report Regarding First and Second Quarterly Fee Applications of Gilbert LLP (D.I. 1820, Filed 12/11/20).

James L. Patton, Jr. and Young Conaway Stargatt & Taylor, LLP

O. Combined Second Interim Fee Application Request of James L. Patton, Jr. as the Legal Representative for Future Claimants and Young Conaway Stargatt & Taylor, LLP as Counsel to the Legal Representative for Future Claimants for Allowance of Compensation and Reimbursement of Expenses for the Period From May 1, 2020 through and Including July 31, 2020 (D.I. 1203, Filed 8/31/20).

1. Combined Second Monthly Application of James L. Patton, Jr. as the Legal Representative for Future Claimants and Young Conaway Stargatt & Taylor, LLP as Counsel to the Legal Representative for Future Claimants for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2020 Through May 31, 2020 (D.I. 886, Filed 6/23/20);

2. Certificate of No Objection Regarding Docket No. 886 (D.I. 999, Filed 7/9/20);

3. Combined Third Monthly Application of James L. Patton, Jr. as the Legal Representative for Future Claimants and Young Conaway Stargatt & Taylor, LLP as Counsel to the Legal Representative for Future Claimants for Allowance of Compensation and Reimbursement of Expenses for the Period from June 1, 2020 Through June 30, 2020 (D.I. 1038, Filed 7/23/20);

4. Certificate of No Objection Regarding Docket No. 1038 (D.I. 1080, Filed 8/7/20);

5. Combined Fourth Monthly Application of James L. Patton, Jr. as the Legal Representative for Future Claimants and Young Conaway Stargatt & Taylor, LLP as

3

    Counsel to the Legal Representative for Future Claimants for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2020 Through July 31, 2020 (D.I. 1128, Filed 8/20/20);

6.    Certificate of No Objection Regrading Docket No. 1128 (D.I. 1272, Filed 9/8/20); and

7.    Fee Examiner's Final Report Regarding Combined First and Second Quarterly Fee Applications of the Legal Representative for Future Claimants and Young Conaway Stargatt & Taylor, LLP (D.I. 1829, Filed 12/11/20).