**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) (Jointly Administered) |
| Debtors. | **Re: Docket No. 1738** |

**CERTIFICATE OF NO OBJECTION TO EIGHTH MONTHLY APPLICATION OF
ALIXPARTNERS, LLP, FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM
OCTOBER 1, 2020 THROUGH AND INCLUDING OCTOBER 31, 2020**

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the *Eighth Monthly Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2020 through and Including October 31, 2020* ("Application"; D.I. 1738) filed on November 25, 2020. The undersigned further certifies that she has reviewed the Court's docket in these cases and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections or responses to the Application were to be filed and served no later than December 9, 2020, at 4:00 p.m.

Pursuant to the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* ("Interim Compensation Order";

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

D.I. 341), the Debtors are authorized to pay the applicant $204,529.20, which represents eighty

percent (80%) of the total fees ($255,661.50) requested in the Application on an interim basis

without further order of the Court.  No expenses were requested in the Application.


Dated:  December 16, 2020                          Respectfully submitted,
Wilmington, Delaware
                                                   REED SMITH LLP

                                                   By: */s/ Katelin A. Morales*
                                                       Kurt F. Gwynne (No. 3951)
                                                       Katelin A Morales (No. 6683)
                                                       1201 Market Street, Suite 1500
                                                       Wilmington, DE 19801
                                                       Telephone: (302) 778-7500
                                                       Facsimile: (302) 778-7575
                                                       E-mail: kgwynne@reedsmith.com
                                                       E-mail: kmorales@reedsmith.com

                                                           -and-

                                                       KRAMER LEVIN NAFTALIS
                                                         & FRANKEL LLP
                                                       Thomas Moers Mayer, Esquire
                                                       Rachael Ringer, Esquire
                                                       Jennifer R. Sharret, Esquire
                                                       Megan M. Wasson, Esquire
                                                       177 Avenue of the Americas
                                                       New York, NY 10036
                                                       Telephone: (212) 715-9100
                                                       Facsimile: (212) 715-8000
                                                       E-mail: tmayer@kramerlevin.com
                                                       E-mail: rringer@kramerlevin.com
                                                       E-mail: jsharret@kramerlevin.com
                                                       E-mail: mwasson@kramerlevin.com

                                                       *Counsel to the Official Committee of
                                                       Unsecured Creditors*