# **EXHIBIT A**

26437925.7

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RODNEY SQUARE  
1000 NORTH KING STREET  
WILMINGTON, DELAWARE 19801

P.O. BOX 391  
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600  
(800) 253-2234 (DE ONLY)

TAX I.D. NO. 51-0082644

(302) 571-1253 FAX  
www.ycst.com

Writer's Direct Dial  
(302) 571-6703

Writer's E-Mail  
eharron@ycst.com

Young Conaway  
Rodney Square  
1000 North King Street  
Wilmington, DE 19801

Invoice Date: December 15, 2020  
Invoice Number: 50020077  
Matter Number: 077494.1001

Re: Boy Scouts of America and Delaware BSA  
For the period ending November 30, 2020

**CURRENT INVOICE**

| | | |
|---|---|---|
| Professional Services | $ | 80,335.50 |
| Disbursements | $ | 495.32 |
| Total Due This Invoice | $ | 80,830.82 |

| Patton, James L., Jr., Future Claimants' Representative | Invoice Date: | December 15, 2020 |
| --- | --- | --- |
| | Invoice Number: | 50020077 |
| | Matter Number: | 077494.1001 |

**Time Detail**

**Task Code:**    B001        Case Administration

| Date | Initials | Description | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| 11/02/20 | CCATH | Prepare and circulate critical dates calendar | 0.10 | 295.00 | 29.50 |
| 11/03/20 | LEDEN | Review 11/2/20 critical dates memo re: upcoming deadlines and hearing dates | 0.10 | 295.00 | 29.50 |
| 11/03/20 | LEDEN | Review 11/2/20 docket report memo re: recently-filed pleadings | 0.10 | 295.00 | 29.50 |
| 11/04/20 | LEDEN | Review 11/4/20 docket report memo re: recently-filed pleadings | 0.10 | 295.00 | 29.50 |
| 11/04/20 | CCATH | Update critical dates calendar | 0.10 | 295.00 | 29.50 |
| 11/05/20 | CCATH | Update critical dates calendar | 0.10 | 295.00 | 29.50 |
| 11/09/20 | SZIEG | Review memo re: upcoming deadlines | 0.10 | 835.00 | 83.50 |
| 11/09/20 | CCATH | Prepare and circulate critical dates calendar | 0.10 | 295.00 | 29.50 |
| 11/10/20 | LEDEN | Review 11/6/20 docket report memo re: recently-filed pleadings | 0.10 | 295.00 | 29.50 |
| 11/10/20 | LEDEN | Review 11/9/20 critical dates memo re: upcoming deadlines and hearing dates | 0.10 | 295.00 | 29.50 |
| 11/10/20 | LEDEN | Review 11/9/20 docket report memo re: recently-filed pleadings | 0.10 | 295.00 | 29.50 |
| 11/11/20 | LEDEN | Review 11/11/20 docket report re: recently-filed pleadings | 0.10 | 295.00 | 29.50 |
| 11/12/20 | EHARR | Call with R. Brady, M. Andolina, and J. Boelter re: case status | 0.40 | 970.00 | 388.00 |
| 11/12/20 | LEDEN | Review 11/12/20 docket report re: recently-filed pleadings | 0.10 | 295.00 | 29.50 |
| 11/16/20 | CCATH | Prepare and circulate critical dates calendar | 0.10 | 295.00 | 29.50 |
| 11/18/20 | LEDEN | Review 11/18/20 docket report re: recently-filed pleadings | 0.10 | 295.00 | 29.50 |
| 11/18/20 | LEDEN | Review 11/17/20 docket report re: recently-filed pleadings | 0.10 | 295.00 | 29.50 |
| 11/19/20 | CCATH | Update critical dates calendar | 0.10 | 295.00 | 29.50 |
| 11/23/20 | CCATH | Prepare and circulate critical dates calendar | 0.10 | 295.00 | 29.50 |
| 11/24/20 | CCATH | Update critical dates calendar | 0.10 | 295.00 | 29.50 |

Patton, James L., Jr., Future Claimants' Representative  
Invoice Date: December 15, 2020  
Invoice Number: 50020077  
Matter Number: 077494.1001

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/24/20 | LEDEN | Review 11/23/20 critical dates memo re: upcoming deadlines and hearing dates | 0.10 | 295.00 | 29.50 |
| 11/25/20 | LEDEN | Review 11/25/20 docket report re: recently-filed pleadings | 0.10 | 295.00 | 29.50 |
| | | **Total** | **2.50** | | **1,061.50** |

**Task Code:** B002  Court Hearings

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/04/20 | RBRAD | Review agenda for 11/6/20 hearing | 0.10 | 1,025.00 | 102.50 |
| 11/16/20 | CCATH | Preparations for 11/18/20 hearing | 0.90 | 295.00 | 265.50 |
| 11/16/20 | RBRAD | Review 11/18/20 hearing agenda and correspondence with J. Boelter re: same | 0.20 | 1,025.00 | 205.00 |
| 11/18/20 | RBRAD | Prepare for (.4) and attend omnibus hearing (1.8) and follow-up correspondence summarizing results for J. Patton (.2) | 2.40 | 1,025.00 | 2,460.00 |
| 11/18/20 | CCATH | Preparations for 11/18/20 hearing | 0.10 | 295.00 | 29.50 |
| | | **Total** | **3.70** | | **3,062.50** |

**Task Code:** B007  Claims Analysis, Objections and Resolutions

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/02/20 | EHARR | Review 9019 motions to liquidate and pay (non-sexual-abuse) claims (.5); call with D. Moulton and K. Quinn re: 9019 motions and impact on insurance (.3) | 0.80 | 970.00 | 776.00 |
| 11/04/20 | JPATT | Review negotiation issues and strategy | 1.80 | 1,400.00 | 2,520.00 |
| 11/06/20 | RBRAD | Review third amendment to stipulation extending preliminary injunction and limited objections filed by Century and certain claimants | 1.30 | 1,025.00 | 1,332.50 |
| 11/06/20 | JKOCH | Call with Ankura re: Local Council data | 0.50 | 400.00 | 200.00 |
| 11/10/20 | EHARR | Call with Ankura re: claims analysis | 0.20 | 970.00 | 194.00 |
| 11/10/20 | RBRAD | Conference call with E. Harron and Ankura re: claims analysis | 0.20 | 1,025.00 | 205.00 |
| 11/12/20 | JPATT | Review open matters and negotiation strategy | 0.50 | 1,400.00 | 700.00 |
| 11/16/20 | RBRAD | Review updates on filing of proofs of claim and correspondence with Ankura and J. Patton re: same | 0.60 | 1,025.00 | 615.00 |
| 11/16/20 | JPATT | General Bar Date ; Abuse Claims Bar Date - review issues and strategy | 0.50 | 1,400.00 | 700.00 |

| | | Patton, James L., Jr., Future Claimants' Representative | Invoice Date: | December 15, 2020 |
|---|---|---|---|---|
| | | | Invoice Number: | 50020077 |
| | | | Matter Number: | 077494.1001 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/17/20 | RBRAD | Conference call with Coalition and FCR representatives re: claims analysis and case mediation (1.1); follow-up call with J. Patton re: same (.3); follow-up correspondence with J. Patton and E. Harron re: same (.3) | 1.70 | 1,025.00 | 1,742.50 |
| 11/17/20 | RBRAD | Review stipulations with certain Local Council's re: indemnity and contribution claims (.2); correspondence with E. Harron re: same and potential automatic stay issues (.2) | 0.40 | 1,025.00 | 410.00 |
| 11/17/20 | RBRAD | Conference with E. Harron re: impact of future changes to statute of limitations on claims | 0.30 | 1,025.00 | 307.50 |
| 11/17/20 | EHARR | Call with J. Patton (.2), call with Coalition (1.0), call with K. Quinn (.2) re: "time barred" claims | 1.40 | 970.00 | 1,358.00 |
| 11/18/20 | EHARR | Attend mediation re: claims data normalization | 2.00 | 970.00 | 1,940.00 |
| 11/19/20 | JKOCH | Conference with R. Brady, J. Ciancanelli, and T. Lubbe re: Local Council data | 0.90 | 400.00 | 360.00 |
| 11/19/20 | RBRAD | Correspondence with counsel to the UCC and TCC re: investigation of potential claimant against JPM | 0.30 | 1,025.00 | 307.50 |
| 11/19/20 | MDOSS | Emails with R. Brady and T. Powell re: statute of limitations research | 0.40 | 375.00 | 150.00 |
| 11/19/20 | TPOWE | Correspondence with R. Brady, E. Harron, and M. Doss re: statute of limitations research | 0.30 | 400.00 | 120.00 |
| 11/20/20 | RBRAD | Conference call with E. Harron and Ankura team re: claim analysis | 0.30 | 1,025.00 | 307.50 |
| 11/20/20 | MDOSS | Call and emails with T. Powell re: statute of limitations research | 0.20 | 375.00 | 75.00 |
| 11/20/20 | MDOSS | Research re: statute of limitations | 2.50 | 375.00 | 937.50 |
| 11/20/20 | TPOWE | Teleconference with M. Doss re: statute of limitations research (.1); correspondence with M. Doss re: statute of limitations research (.1); and statute of limitations research (2.6) | 2.80 | 400.00 | 1,120.00 |
| 11/21/20 | TPOWE | Statute of limitations research | 4.20 | 400.00 | 1,680.00 |
| 11/22/20 | TPOWE | Statute of limitations research | 2.70 | 400.00 | 1,080.00 |
| 11/23/20 | MDOSS | Research re: statute of limitations | 5.60 | 375.00 | 2,100.00 |
| 11/23/20 | RBRAD | Review research memo re: claims analysis | 0.50 | 1,025.00 | 512.50 |

| | | | | | |
|---|---|---|---|---|---|
| Patton, James L., Jr., Future Claimants' Representative | | | Invoice Date:<br>Invoice Number:<br>Matter Number: | | December 15, 2020<br>50020077<br>077494.1001 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/25/20 | RBRAD | Review further research on claim analysis | 0.30 | 1,025.00 | 307.50 |
| 11/29/20 | RBRAD | Correspondence with Debtors, TCC, and UCC re: insurers request for clarification of bar date order: correspondence with E. Harron re: same | 0.40 | 1,025.00 | 410.00 |
| | | Total | 33.60 | | 22,468.00 |

**Task Code:** B009   Stay Relief Matters

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/02/20 | SZIEG | Review motions re: Worley and Wilson stay relief motions (.8 ); call with E. Harron and R. Brady re: same (.3) | 1.10 | 835.00 | 918.50 |
| 11/02/20 | RBRAD | Correspondence with E. Harron and S. Zieg re: Wilson and Worley motions for relief from stay to settle wrongful death claims | 0.30 | 1,025.00 | 307.50 |
| 11/04/20 | RBRAD | Review re-notice of TCC's motion to enforce the automatic stay against Middle Tennessee Council | 0.10 | 1,025.00 | 102.50 |
| 11/09/20 | SZIEG | Correspondence with M. Neely re: stay relief motions | 0.20 | 835.00 | 167.00 |
| 11/11/20 | SZIEG | Review and comment re: draft objection to stay relief motions (.8); correspondence with M. Neely re: same (.2) | 1.00 | 835.00 | 835.00 |
| 11/11/20 | EHARR | Emails with Gilbert team re: Worley lift stay motion | 0.10 | 970.00 | 97.00 |
| 11/12/20 | SZIEG | Review and revise multiple revised versions of objection re: stay relief motions (2.2); correspondence with M. Neely re: same (.2); teleconference with M. Neely re: same (.2); correspondence with E. Harron, J. Patton, and R. Brady re: same (.3) | 2.90 | 835.00 | 2,421.50 |
| 11/12/20 | CCATH | File and coordinate service of FCR's objection to Wilson and Worley settlement motions | 0.60 | 295.00 | 177.00 |
| 11/12/20 | RBRAD | Review FCR's objection to stay relief motions filed by Wilson and Worley | 0.20 | 1,025.00 | 205.00 |
| 11/12/20 | EHARR | Review objection to lift stay motion and related emails re: same | 0.30 | 970.00 | 291.00 |

| Patton, James L., Jr., Future Claimants' Representative | Invoice Date: | December 15, 2020 |
|---|---|---|
| | Invoice Number: | 50020077 |
| | Matter Number: | 077494.1001 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/15/20 | EHARR | Review emails (.2), call with Debtors and insurance counsel (.4), follow-up call with Debtors' counsel (.2), and follow-up email with Debtors' counsel (.2) re: Worley lift stay | 1.00 | 970.00 | 970.00 |
| 11/15/20 | RBRAD | Review Coalition's joinder to FCR objection to Wilson and Worley lift stay motions | 0.10 | 1,025.00 | 102.50 |
| | | **Total** | **7.90** | | **6,594.50** |

**Task Code:**   B012   Plan and Disclosure Statement

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/03/20 | RBRAD | Correspondence with Debtors' counsel re: addition of mediation party | 0.10 | 1,025.00 | 102.50 |
| 11/04/20 | JKOCH | Review TCC's mediation submission | 1.20 | 400.00 | 480.00 |
| 11/05/20 | JKOCH | Review TCC's mediation submission | 0.60 | 400.00 | 240.00 |
| 11/06/20 | JKOCH | Review TCC's mediation submission | 1.10 | 400.00 | 440.00 |
| 11/10/20 | MFRAT | Download data from data site and correspondence with S. Zieg re: SOW to be signed | 3.00 | 175.00 | 525.00 |
| 11/12/20 | RBRAD | Conference call with M. Andolina, J. Boelter (.7) and E. Harron re: mediation and follow-up conference with E. Harron re: same (.2) | 0.90 | 1,025.00 | 922.50 |
| 11/14/20 | RBRAD | Review notice from Debtors' counsel re: additional mediation party and correspondence with J. Patton re: same | 0.20 | 1,025.00 | 205.00 |
| 11/17/20 | RBRAD | Review and consider mediation schedule circulated by mediators (.3); correspondence with J. Patton and E. Harron re: same (.4); correspondence with K. Quinn re: same (.2); correspondence with Ankura re: same (.3); correspondence with M. Linder re: request to add additional mediation party (.1) | 1.30 | 1,025.00 | 1,332.50 |
| 11/17/20 | JPATT | Call with ad hoc committee re: statute of limitations | 0.90 | 1,400.00 | 1,260.00 |
| 11/17/20 | JPATT | Preparation call with E. Harron and R. Brady re: statute of limitations | 0.40 | 1,400.00 | 560.00 |
| 11/18/20 | RBRAD | Teleconference with J. Patton and E. Harron re: mediation issues and strategy | 0.50 | 1,025.00 | 512.50 |
| 11/18/20 | RBRAD | Prepare for and attend mediation session | 1.50 | 1,025.00 | 1,537.50 |
| 11/18/20 | RBRAD | Prepare for and attend mediation session | 2.40 | 1,025.00 | 2,460.00 |

Patton, James L., Jr., Future Claimants' Representative      Invoice Date:      December 15, 2020
                                                             Invoice Number:           50020077
                                                             Matter Number:          077494.1001

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/18/20 | EHARR | Call with J. Patton re: case strategy | 0.20 | 970.00 | 194.00 |
| 11/18/20 | JPATT | Touch base with R. Brady and E. Harron re: negotiations | 0.40 | 1,400.00 | 560.00 |
| 11/18/20 | JPATT | Review negotiating strategies and options for mediation | 2.10 | 1,400.00 | 2,940.00 |
| 11/19/20 | JPATT | Work on negotiating strategy re: mediation | 2.10 | 1,400.00 | 2,940.00 |
| 11/20/20 | EHARR | Call with R. Brady, K. Quinn, and M. Neely (.5), review Gilbert memo (.5), and emails with client (.2) re: insurance mediation strategy | 1.20 | 970.00 | 1,164.00 |
| 11/20/20 | RBRAD | Conference call with E. Harron and Gilbert team re: insurance analysis and mediation strategy | 0.30 | 1,025.00 | 307.50 |
| 11/20/20 | RBRAD | Review revised mediation schedule and consider mediation strategy issues | 0.40 | 1,025.00 | 410.00 |
| 11/23/20 | JPATT | Work on negotiating strategy | 1.80 | 1,400.00 | 2,520.00 |
| 11/24/20 | RBRAD | Attend mediation session and follow-up correspondence | 1.80 | 1,025.00 | 1,845.00 |
| 11/24/20 | JPATT | Attend mediation session re: Local Council assets and follow-up re: same | 1.80 | 1,400.00 | 2,520.00 |
| 11/24/20 | EHARR | Attend mediation session re: Local Council assets | 1.50 | 970.00 | 1,455.00 |
| 11/25/20 | RBRAD | Review request to share claims data with LDS and correspondence with J. Patton, M. Linder, and J. Lucas re: same | 0.30 | 1,025.00 | 307.50 |
| 11/25/20 | RBRAD | Correspondence with K. Quinn re: mediation of insurance issues | 0.20 | 1,025.00 | 205.00 |
| 11/27/20 | EHARR | Call with mediators re: plan | 0.80 | 970.00 | 776.00 |
| 11/27/20 | RBRAD | Conference call with mediators re: plan negotiations and follow-up conference with E. Harron re: same | 1.20 | 1,025.00 | 1,230.00 |
| 11/29/20 | RBRAD | Prepare for mediation session (review materials from Debtors' advisors and related notes) | 0.70 | 1,025.00 | 717.50 |
| 11/29/20 | RBRAD | Correspondence with M. Linder, J. Lucas and T. Vasquez re: mediation session presentation by Bates White | 0.40 | 1,025.00 | 410.00 |
| 11/30/20 | RBRAD | Attend mediation presentation by Bates White | 1.10 | 1,025.00 | 1,127.50 |
| 11/30/20 | JPATT | Attend mediation presentation by Bates White | 1.90 | 1,400.00 | 2,660.00 |
| 11/30/20 | EHARR | Attend mediation presentation by Bates White | 1.50 | 970.00 | 1,455.00 |

| Patton, James L., Jr., Future Claimants' Representative | Invoice Date: | December 15, 2020 |
|---|---|---|
| | Invoice Number: | 50020077 |
| | Matter Number: | 077494.1001 |

| | | Total | 35.80 | | 36,321.50 |
|---|---|---|---|---|---|

**Task Code:**  B016   Asset Analysis

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/03/20 | RBRAD | Correspondence with J. Ciancanelli re: Local Council asset analysis | 0.20 | 1,025.00 | 205.00 |
| 11/06/20 | RBRAD | Review documents on analysis of Local Council assets (.6) and conference call with Ankura and E. Harron and J. Kochenash re: same (.5) | 1.10 | 1,025.00 | 1,127.50 |
| 11/19/20 | RBRAD | Review Ankura work on asset analysis (.7) and conference call with Ankura team and J. Kochenash re: same (.9) | 1.60 | 1,025.00 | 1,640.00 |
| | | **Total** | **2.90** | | **2,972.50** |

**Task Code:**  B017   Retention of Professionals/Fee Issues

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/03/20 | LEDEN | Review Ankura's invoice for August-September 2020 | 0.30 | 295.00 | 88.50 |
| 11/04/20 | LEDEN | Review status of outstanding Ankura fee invoices | 0.20 | 295.00 | 59.00 |
| 11/05/20 | LEDEN | Review Ankura's September 2020 fee invoice; emails to and from P. Irvine re: same | 0.50 | 295.00 | 147.50 |
| 11/05/20 | LEDEN | Draft certificate of no objection re: FCR/YCST sixth monthly fee statement for September 2020 | 0.20 | 295.00 | 59.00 |
| 11/05/20 | LEDEN | Draft certificate of no objection re: Gilbert's monthly fee statement for September 2020 | 0.20 | 295.00 | 59.00 |
| 11/06/20 | LEDEN | File and serve certificate of no objection re: FCR/YCST sixth monthly fee statement for September 2020 | 0.30 | 295.00 | 88.50 |
| 11/06/20 | LEDEN | File and serve certificate of no objection re: FCR/YCST sixth monthly fee statement for September 2020 | 0.30 | 295.00 | 88.50 |
| 11/09/20 | RBRAD | Review Century objection to White and Case retention application, Stamoulis declaration and related issues | 0.90 | 1,025.00 | 922.50 |
| 11/15/20 | RBRAD | Review Debtors' response to Century objection to application to retain White & Case and Boelter declaration in support thereof | 0.70 | 1,025.00 | 717.50 |
| 11/17/20 | RBRAD | Review Century reply in further support of objection to White & Case retention | 0.30 | 1,025.00 | 307.50 |

Patton, James L., Jr., Future Claimants' Representative

Invoice Date: December 15, 2020
Invoice Number: 50020077
Matter Number: 077494.1001

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/17/20 | LEDEN | Follow up with Ankura re: approval of September fee invoice | 0.10 | 295.00 | 29.50 |
| 11/19/20 | LEDEN | Review updated invoice from Ankura; prepare August-September monthly fee statement re: same | 0.70 | 295.00 | 206.50 |
| 11/20/20 | LEDEN | Finalize, file, and serve Gilbert's monthly fee statement for October 2020 | 0.40 | 295.00 | 118.00 |
| 11/20/20 | LEDEN | Finalize, file, and serve Ankura's monthly fee statement for August-September 2020 | 0.50 | 295.00 | 147.50 |
| 11/20/20 | LEDEN | Follow up with P. Irvine of Ankura re: status of August-September monthly fee statement | 0.10 | 295.00 | 29.50 |
| 11/20/20 | LEDEN | Follow up with E. Harron re: August-September monthly fee statement of Ankura and October monthly fee statements of Gilbert and the FCR/YCST | 0.10 | 295.00 | 29.50 |
| 11/23/20 | CCATH | Review fee examiner's initial report re: FCR/YCST first and second quarterly fee applications | 0.10 | 295.00 | 29.50 |
| 11/24/20 | LEDEN | Update budget data in preparation of filing FCR/YCST quarterly fee statement for August-October 2020 | 0.50 | 295.00 | 147.50 |
| 11/24/20 | LEDEN | Review October invoice from Ankura; email same to E. Harron and S. Zieg for review | 0.10 | 295.00 | 29.50 |
| 11/24/20 | LEDEN | Draft Ankura's quarterly fee statement for August - October 2020 | 0.50 | 295.00 | 147.50 |
| 11/24/20 | LEDEN | Draft Ankura's monthly fee statement for October 2020 | 0.50 | 295.00 | 147.50 |
| 11/24/20 | JKOCH | Research re: FCR appointments in diocesan cases | 1.30 | 400.00 | 520.00 |
| 11/24/20 | JKOCH | Call with fee examiner re: report on FCR fees | 0.40 | 400.00 | 160.00 |
| 11/25/20 | LEDEN | Finalize, file, and serve Ankura's monthly fee statement for October 2020 | 0.50 | 295.00 | 147.50 |
| 11/25/20 | JKOCH | Research re: FCR appointments in diocesan cases | 5.10 | 400.00 | 2,040.00 |
| 11/30/20 | RBRAD | Respond to Debtors' request re: consent to shortening notice re: application to retain JLL Associates; review TCC response re: same | 0.10 | 1,025.00 | 102.50 |
| 11/30/20 | LEDEN | Finalize, file, and serve Gilbert's quarterly fee statement for August-October 2020 | 0.40 | 295.00 | 118.00 |

Patton, James L., Jr., Future Claimants' Representative

Invoice Date: December 15, 2020
Invoice Number: 50020077
Matter Number: 077494.1001

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/30/20 | LEDEN | Finalize, file, and serve Ankura's quarterly fee statement for August-October 2020 | 0.40 | 295.00 | 118.00 |
| | | Total | 15.70 | | 6,805.50 |

**Task Code:** B018    Fee Application Preparation

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/18/20 | EHARR | Review, edit and finalize YCST October 2020 fee statement re: fee estimation preparation | 0.20 | 970.00 | 194.00 |
| 11/19/20 | LEDEN | Draft combined monthly fee statement of FCR/YCST for October 2020 | 0.80 | 295.00 | 236.00 |
| 11/20/20 | LEDEN | Finalize, file, and serve FCR/YCST's combined monthly fee statement for October 2020 | 0.50 | 295.00 | 147.50 |
| 11/24/20 | LEDEN | Begin preparation of FCR/YCST combined quarterly fee statement for August-October 2020 | 1.20 | 295.00 | 354.00 |
| 11/30/20 | LEDEN | Finalize, file, and serve FCR/YCST's combined quarterly fee statement for August-October 2020 | 0.40 | 295.00 | 118.00 |
| | | Total | 3.10 | | 1,049.50 |

| | | | | | |
|---|---|---|---|---|---|
| Patton, James L., Jr., Future Claimants' Representative | | | Invoice Date: | | December 15, 2020 |
| | | | Invoice Number: | | 50020077 |
| | | | Matter Number: | | 077494.1001 |

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| CCATH | Casey Cathcart | Paralegal | 2.50 | 295.00 | 737.50 |
| EHARR | Edwin J. Harron | Partner | 11.60 | 970.00 | 11,252.00 |
| JPATT | James L. Patton Jr | Partner | 14.20 | 1,400.00 | 19,880.00 |
| JKOCH | Jared W. Kochenash | Associate | 11.10 | 400.00 | 4,440.00 |
| LEDEN | Lisa M. Eden | Paralegal | 10.90 | 295.00 | 3,215.50 |
| MDOSS | Malak S. Doss | Associate | 8.70 | 375.00 | 3,262.50 |
| MFRAT | Monica Fratticci | Paralegal | 3.00 | 175.00 | 525.00 |
| RBRAD | Robert S. Brady | Partner | 27.90 | 1,025.00 | 28,597.50 |
| SZIEG | Sharon M. Zieg | Partner | 5.30 | 835.00 | 4,425.50 |
| TPOWE | Timothy R. Powell | Associate | 10.00 | 400.00 | 4,000.00 |
| **Total** | | | **105.20** | | **$80,335.50** |

| Patton, James L., Jr., Future Claimants' Representative | Invoice Date: | December 15, 2020 |
|---|---|---|
| | Invoice Number: | 50020077 |
| | Matter Number: | 077494.1001 |

**Task Summary**

**Task Code: B001**  **Case Administration**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Edwin J. Harron | Partner | 0.40 | 970.00 | 388.00 |
| Sharon M. Zieg | Partner | 0.10 | 835.00 | 83.50 |
| Casey Cathcart | Paralegal | 0.80 | 295.00 | 236.00 |
| Lisa M. Eden | Paralegal | 1.20 | 295.00 | 354.00 |
| **Total** | | **2.50** | | **1,061.50** |

**Task Code: B002**  **Court Hearings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Robert S. Brady | Partner | 2.70 | 1,025.00 | 2,767.50 |
| Casey Cathcart | Paralegal | 1.00 | 295.00 | 295.00 |
| **Total** | | **3.70** | | **3,062.50** |

**Task Code: B007**  **Claims Analysis, Objections and Resolutions**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Edwin J. Harron | Partner | 4.40 | 970.00 | 4,268.00 |
| James L. Patton Jr | Partner | 2.80 | 1,400.00 | 3,920.00 |
| Robert S. Brady | Partner | 6.30 | 1,025.00 | 6,457.50 |
| Jared W. Kochenash | Associate | 1.40 | 400.00 | 560.00 |
| Malak S. Doss | Associate | 8.70 | 375.00 | 3,262.50 |
| Timothy R. Powell | Associate | 10.00 | 400.00 | 4,000.00 |
| **Total** | | **33.60** | | **22,468.00** |

**Task Code: B009**  **Stay Relief Matters**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Edwin J. Harron | Partner | 1.40 | 970.00 | 1,358.00 |
| Robert S. Brady | Partner | 0.70 | 1,025.00 | 717.50 |
| Sharon M. Zieg | Partner | 5.20 | 835.00 | 4,342.00 |
| Casey Cathcart | Paralegal | 0.60 | 295.00 | 177.00 |
| **Total** | | **7.90** | | **6,594.50** |

**Task Code: B012**  **Plan and Disclosure Statement**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Edwin J. Harron | Partner | 5.20 | 970.00 | 5,044.00 |
| James L. Patton Jr | Partner | 11.40 | 1,400.00 | 15,960.00 |
| Robert S. Brady | Partner | 13.30 | 1,025.00 | 13,632.50 |
| Jared W. Kochenash | Associate | 2.90 | 400.00 | 1,160.00 |
| Monica Fratticci | Paralegal | 3.00 | 175.00 | 525.00 |
| **Total** | | **35.80** | | **36,321.50** |

Patton, James L., Jr., Future Claimants' Representative

| | Invoice Date: | December 15, 2020 |
| --- | --- | --- |
| | Invoice Number: | 50020077 |
| | Matter Number: | 077494.1001 |

**Task Code:B016**          **Asset Analysis**

| **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
| --- | --- | --- | --- | --- |
| Robert S. Brady | Partner | 2.90 | 1,025.00 | 2,972.50 |
| **Total** | | **2.90** | | **2,972.50** |

**Task Code:B017**          **Retention of Professionals/Fee Issues**

| **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
| --- | --- | --- | --- | --- |
| Robert S. Brady | Partner | 2.00 | 1,025.00 | 2,050.00 |
| Jared W. Kochenash | Associate | 6.80 | 400.00 | 2,720.00 |
| Casey Cathcart | Paralegal | 0.10 | 295.00 | 29.50 |
| Lisa M. Eden | Paralegal | 6.80 | 295.00 | 2,006.00 |
| **Total** | | **15.70** | | **6,805.50** |

**Task Code:B018**          **Fee Application Preparation**

| **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
| --- | --- | --- | --- | --- |
| Edwin J. Harron | Partner | 0.20 | 970.00 | 194.00 |
| Lisa M. Eden | Paralegal | 2.90 | 295.00 | 855.50 |
| **Total** | | **3.10** | | **1,049.50** |