# <u>EXHIBIT B</u>

Patton, James L., Jr., Future Claimants' Representative

| | Invoice Date: | December 15, 2020 |
| --- | --- | --- |
| | Invoice Number: | 50020077 |
| | Matter Number: | 077494.1001 |

**Cost Detail**

| Date | Description | Quantity | Amount |
| --- | --- | --- | --- |
| 10/19/20 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 1.82 |
| 11/05/20 | Reliable Wilmington - Transcript of 10/16/20 Hearing | 1.00 | 274.80 |
| 11/06/20 | Postage | 1.00 | 1.00 |
| 11/06/20 | Photocopy Charges Duplication BW | 10.00 | 2.00 |
| 11/09/20 | Photocopy Charges Duplication BW | 37.00 | 7.40 |
| 11/09/20 | Photocopy Charges Duplication BW | 8.00 | 1.60 |
| 11/12/20 | Postage | 7.00 | 8.40 |
| 11/12/20 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 3.45 |
| 11/12/20 | Photocopy Charges Duplication BW | 82.00 | 16.40 |
| 11/16/20 | Facsimile 8665332946 001Pgs .00Phone | 1.00 | 0.25 |
| 11/20/20 | Teleconference / Video Conference Case Num: Boy Scouts of America / CCID 10961211 Appr Atty: Robert S. Brady Court Call | 1.00 | 54.00 |
| 11/20/20 | Postage | 1.00 | 2.20 |
| 11/20/20 | Computerized Legal Research | 1.00 | 0.00 |
| 11/20/20 | Teleconference / Video Conference Case Num: Boy Scouts of America / CCID 10961211 Appr Atty: Robert S. Brady Court Call | 1.00 | 54.00 |
| 11/20/20 | Photocopy Charges Duplication BW | 121.00 | 24.20 |
| 11/20/20 | Postage | 7.00 | 7.00 |
| 11/20/20 | Computerized Legal Research | 1.00 | 0.00 |
| 11/21/20 | Computerized Legal Research | 1.00 | 0.00 |
| 11/22/20 | Computerized Legal Research | 1.00 | 0.00 |
| 11/23/20 | Computerized Legal Research | 1.00 | 0.00 |
| 11/30/20 | Postage | 1.00 | 1.00 |
| 11/30/20 | Postage | 1.00 | 1.40 |
| 11/30/20 | Photocopy Charges Duplication BW | 68.00 | 13.60 |
| 11/30/20 | Color Photocopy Charges Duplication Color | 26.00 | 20.80 |

| | | **Total** | **$495.32** |
| --- | --- | --- | --- |

Patton, James L., Jr., Future Claimants' Representative

| | |
|---|---|
| Invoice Date: | December 15, 2020 |
| Invoice Number: | 50020077 |
| Matter Number: | 077494.1001 |

**Cost Summary**

| Description | Amount |
|---|---|
| Computerized Legal Research | 0.00 |
| Deposition/Transcript | 274.80 |
| Facsimile | 0.25 |
| Postage | 21.00 |
| Reproduction Charges | 86.00 |
| Teleconference / Video Conference | 113.27 |
| **Total** | **$495.32** |