# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2020, the *Combined Eighth Monthly Application of James L. Patton as the Legal Representative for Future Claimants and Young Conaway Stargatt & Taylor, LLP as Counsel to the Legal Representative for Future Claimants for Allowance of Compensation and Reimbursement of Expenses for the Period From November 1, 2020 Through November 30, 2020* was caused to be served as indicated upon the parties identified in Exhibit A and the *Notice of Fee Application* was caused to be served as indicated upon the parties identified in Exhibit B.

Dated: December 16, 2020                YOUNG CONAWAY STARGATT & TAYLOR, LLP

   /s/ *Edwin J. Harron*
Edwin J. Harron (No. 3396)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: eharron@ycst.com

*Counsel to the Future Claimants' Representative*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

26817140.6

# **EXHIBIT A**

26817140.6

**Boy Scouts of America and Delaware BSA, LLC (Case No. 20-10343) (LSS)**
**Fee Application Service List (All Parties Served Via E-Mail Unless Otherwise Noted)**

| | |
|---|---|
| **FIRST CLASS MAIL**<br>(Debtors)<br>Boy Scouts of America<br>Attn: Steven P. McGowan<br>1325 West Walnut Hill Lane<br>Irving, TX 75035 | (Counsel to the Debtors)<br>Sidley Austin LLP<br>Attn: Matthew E. Linder, Esq.<br>One South Dearborn Street<br>Chicago, IL 60603<br>Email: mlinder@sidley.com |
| (Counsel to the Debtors)<br>Sidley Austin LLP<br>Attn: Jessica C. K. Boelter, Esq.<br>787 Seventh Avenue<br>New York, NY 10019<br>Email: jboelter@sidley.com | (United States Trustee)<br>Office of the United States Trustee<br>Attn: David L. Buchbinder and Hannah M. McCollum<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>Email: david.l.buchbinder@usdoj.gov<br>hannah.mccollum@usdoj.gov |
| (Co-Counsel to the Debtors)<br>Morris, Nichols, Arsht & Tunnell LLP<br>Attn: Derek C. Abbott, Esq.<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, DE 19899<br>Email: dabbott@mnat.com | (Counsel to the Official Committee of Unsecured Creditors)<br>Kramer Levin Naftalis & Frankel LLP<br>Attn: Rachael Ringer, Esq. and Megan M. Wasson, Esq.<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Email: rringer@kramerlevin.com<br>mwasson@kramerlevin.com |
| (Counsel to the Tort Claimants' Committee)<br>Pachulski Stang Ziehl & Jones LLP<br>Attn: James I. Stang, Esq. and James E. O'Neill, Esq.<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19801<br>Email: jstang@pszjlaw.com<br>joneill@pszjlaw.com | (Counsel to Ad Hoc Committee of Local Councils)<br>Wachtell, Lipton, Rosen & Katz<br>Attn: Richard G. Mason, Esq. and<br>Joseph C. Celentino, Esq.<br>51 West 52nd Street<br>New York, NY 10019<br>Email: rgmason@wlrk.com<br>jccelentino@wlrk.com |
| (Counsel to JPMorgan Chase Bank, N.A.)<br>Norton Rose Fulbright US LLP<br>Attn: Louis R. Strubeck, Jr. , Esq. and<br>Kristian W. Gluck, Esq.<br>2200 Ross Avenue, Suite 3600<br>Dallas, TX 75201-7932<br>Email: louis.strubeck@nortonrosefulbright.com<br>kristian.gluck@nortonrosefulbright.com | (Counsel to County Commission of Fayette County (W. Virginia))<br>Steptoe & Johnson PLLC<br>Attn: John Stump, Esq.<br>Chase Tower, 8th Floor<br>707 Virginia Street East<br>Charleston, WV 25301<br>Email: johnstump@steptoe-johnson.com |
| (Counsel to the Official<br>Committee of Unsecured Creditors)<br>Reed Smith LLP<br>Attn: Kurt F. Gwynne, Esq. and Katelin A Morales, Esq.<br>1201 N. Market Street, Suite 1500<br>Wilmington, DE  19801<br>Email: kgwynne@reedsmith.com<br>kmorales@reedsmith.com | (Counsel to JPMorgan Chase Bank, N.A.)<br>Womble Bond Dickinson (US) LLP<br>Attn: Matthew Ward, Esq. and Morgan Patterson, Esq.<br>1313 N. Market Street, Suite 1200<br>Wilmington, DE  19801<br>Email: matthew.ward@wbd-us.com<br>morgan.patterson@wbd-us.com |

**Boy Scouts of America and Delaware BSA, LLC (Case No. 20-10343) (LSS)**
**Fee Application Service List (All Parties Served Via E-Mail Unless Otherwise Noted)**

| | |
|---|---|
| (Fee Examiner)<br>Justin H. Rucki<br>Rucki Fee Review, LLC<br>1111 Windon Drive<br>Wilmington, DE 19803<br>Email: justinrucki@ruckifeereview.com | |

# **EXHIBIT B**

26817140.6

**Boy Scouts of America and Delaware BSA, LLC Service List**
**(All Parties Served Via Email Unless Otherwise Noted)**

Derek C. Abbott, Andrew R. Remming,
Joseph C. Barsalona II, Eric W. Moats,
and Paige N. Topper
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 16th Floor
Wilmington, DE 19801
dabbott@mnat.com
barsalona@mnat.com
emoats@mnat.com
aremming@mnat.com
ptopper@mnat.com

Thomas A. Labuda
Karim Basaria
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
tlabuda@sidley.com
kbasaria@sidley.com

Jessica C.K. Boelter
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095
jessica.boelter@whitecase.com

Office of the United States Trustee
Attn: David L. Buchbinder and Hannah M. McCollum
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
david.l.buchbinder@usdoj.gov

Cassandra Burton
Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026
burton.cassandra@pbgc.gov

Paul W. Carey
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608
pcarey@mirickoconnell.com

Kate P. Foley
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581
kfoley@mirickoconnell.com

Jeffrey E. Bjork
Kimberly A. Posin
Nicholas J. Messana
Latham & Watkins LLP
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
jeff.bjork@lw.com
kim.posin@lw.com
nicholas.messana@lw.com

Adam J. Goldberg
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022-4834
adam.goldberg@lw.com

Michael J. Merchant and Brett M. Haywood
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
merchant@rlf.com
haywood@rlf.com

**Boy Scouts of America and Delaware BSA, LLC Service List**
**(All Parties Served Via Email Unless Otherwise Noted)**

| | |
|---|---|
| Eric Lopez Schnabel<br>Alessandra Glorioso<br>Dorsey & Whitney (Delaware) LLP<br>300 Delaware Avenue, Suite 1010<br>Wilmington, DE 19801<br>schnabel.eric@dorsey.com<br>glorioso.alessandra@dorsey.com | Bruce R. Ewing<br>Eric Lopez Schnabel<br>Dorsey & Whitney LLP<br>51 West 52nd Street<br>New York, NY 10019<br>ewing.bruce@dorsey.com |
| Stephen M. Miller<br>Carl N. Kunz, III<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>smiller@morrisjames.com<br>ckunz@morrisjames.com | Margaret M. Anderson<br>Fox Swibel Levin & Carroll LLP<br>200 W. Madison Street, Suite 3000<br>Chicago, IL 60606<br>panderson@foxswibel.com |
| Riley C. Walter<br>Wanger Jones Helsley, PC<br>265 E. River Park Circle, Suite 310<br>Fresno, CA 93720<br>rwalter@wjhattorneys.com | Jan T. Perkins<br>Baker Manock & Jensen, PC<br>5260 North Palm Avenue, Suite 421<br>Fresno, CA 93704<br>jperkins@bakermanock.com |
| Michael Marchese<br>Sequoia Council of BoyScouts, Inc.<br>6005 N. Tamera Avenue<br>Fresno, CA 93711<br>michael.marchese@scouting.org | Louis R. Strubeck, Jr.<br>Kristian W. Gluck<br>Ryan E. Manns<br>Norton Rose Fulbright US LLP<br>2200 Ross Avenue, Suite 3600<br>Dallas, TX 75201-7932<br>louis.strubeck@nortonrosefulbright.com<br>kristian.gluck@nortonrosefulbright.com<br>ryan.manns@nortonrosefulbright.com |
| Matthew P. Ward<br>Morgan L. Patterson<br>Womble Bond Dickinson (US) LLP<br>1313 North Market Street, Suite 1200<br>Wilmington, DE 19801<br>matthew.ward@wbd-us.com<br>morgan.patterson@wbd-us.com | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>Attn: Valerie Smith<br>P.O. Box 41021<br>Norfolk, VA 23541<br>claims@recoverycorp.com |

**Boy Scouts of America and Delaware BSA, LLC Service List**
**(All Parties Served Via Email Unless Otherwise Noted)**

| | |
|---|---|
| John P. Dillman<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 3064<br>Houston, TX 77253-3064<br>houston_bankruptcy@publicans.com | Eric S. Goldstein<br>Shipman & Goodwin LLP<br>One Constitution Plaza<br>Hartford, CT 06103-1919<br>egoldstein@goodwin.com<br>bankruptcy@goodwin.com<br>bankruptcyparalegal@goodwin.com |
| David M. Fournier<br>Marcy J. McLaughlin Smith<br>Troutman Pepper Hamilton Sanders LLP<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>Wilmington, DE 19801<br>david.fournier@troutman.com<br>marcy.smith@troutman.com | Harris B. Winsberg<br>Troutman Pepper Hamilton Sanders LLP<br>600 Peachtree St. NE, Suite 3000<br>Atlanta, GA 30308<br>harris.winsberg@troutman.com |
| Matthew G. Roberts<br>Troutman Pepper Hamilton Sanders LLP<br>600 Peachtree St. NE, Suite 3000<br>Atlanta, GA 30308<br>matthew.roberts2@troutman.com | Todd C. Jacobs<br>Bradley Riley Jacobs PC<br>320 W. Ohio Street, Suite 3W<br>Chicago, IL 60654<br>tjacobs@bradleyriley.com |
| Jason P. Hood<br>Davies Hood PLLC<br>22 North Front Street, Suite 620<br>Memphis, TN 38103-2100<br>Jason.Hood@davieshood.com | Daniel W. Van Horn<br>Butler Snow LLP<br>P.O. Box 171443<br>Memphis, TN 38187-1443<br>Danny.VanHorn@butlersnow.com |
| Craig T. Fessenden<br>Pension Benefit Guaranty Corporation<br>Office of the General Counsel<br>1200 K Street, N.W.<br>Washington, D.C. 20005-4026<br>fessenden.craig@pbgc.gov | Raeann Warner<br>Thomas C. Crumplar<br>Jacobs & Crumplar, P.A.<br>750 Shipyard Drive, Suite 200<br>Wilmington, DE 19801<br>Raeann@jcdelaw.com<br>tom@jcdelaw.com |
| Thomas S. Neuberger<br>Stephen J. Neuberger<br>The Neuberger Firm<br>17 Harlech Drive<br>Wilmington, DE 19807<br>tsn@neubergerlaw.com<br>sjn@neubergerlaw.com | Elizabeth Weller<br>Linebarger Goggan Blair & Sampson, LLP<br>2777 N. Stemmons Freeway, Suite 1000<br>Dallas, TX 75207<br>dallas.bankruptcy@publicans.com |

**Boy Scouts of America and Delaware BSA, LLC Service List**
**(All Parties Served Via Email Unless Otherwise Noted)**

Bruce W. Leaverton
Karr Tuttle Campbell, P.S.
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
bleaverton@karrtuttle.com

Richard J. Bernard
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016
rbernard@foley.com

**FIRST CLASS MAIL**
John A. Vos
1430 Lincoln Avenue
San Rafael, CA 94901

Jay Jaffe
Faegre Drinker Biddle & Reath LLP
600 E. 96th Street, Suite 600
Indianapolis, IN 46240
jay.jaffe@faegredrinker.com

Brian J. McLaughlin
Rachel B. Mersky
Monzack Mersky McLaughlin and Browder, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
bmclaughlin@monlaw.com
rmersky@monlaw.com

Angela Z. Miller
Phillips Lytle LLP
One Canalside
125 Main Street
Buffalo, NY 14203
amiller@phillipslytle.com

Missouri Department of Revenue
Bankruptcy Unit
Attn: Steven A. Ginther
P.O. Box 475
Jefferson City, MO 65105-0475
deecf@dor.mo.gov

Victor Vilaplana
Foley & Lardner LLP
3579 Valley Centre Drive, Suite 300
San Diego, CA 92130
vavilaplana@foley.com

Patrick A. Jackson
Kaitlin W. MacKenzie
Faegre Drinker Biddle & Reath LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
kaitlin.mackenzie@faegredrinker.com
patrick.jackson@faegredrinker.com

Deb Secrest
Commonwealth of Pennsylvania
Department of Labor and Industry
Collections Support Unit
651 Boas Street, Room 925
Harrisburg, PA 17121
ra-li-ucts-bankrupt@state.pa.us

Jeffrey R. Waxman
Eric J. Monzo
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
jwaxman@morrisjames.com
emonzo@morrisjames.com

James P. Ruggeri, Joshua D. Weinberg,
Abigail W. Williams, and Michele B. Konigsberg
Shipman & Goodwin LLP
1875 K Street NW, Suite 600
Washington, DC 20006-1251
awilliams@goodwin.com
jweinberg@goodwin.com
mkonigsberg@goodwin.com
jruggeri@goodwin.com

**Boy Scouts of America and Delaware BSA, LLC Service List**
**(All Parties Served Via Email Unless Otherwise Noted)**

| | |
|---|---|
| Erin R. Fay<br>Gregory J. Flasser<br>Bayard, P.A.<br>600 N. King Street, Suite 400<br>Wilmington, DE 19801<br>efay@bayardlaw.com<br>gflasser@bayardlaw.com | Tara LeDay<br>McCreary, Veselka, Bragg & Allen, P.C.<br>P. O. Box 1269<br>Round Rock, TX 78680<br>tleday@mvbalaw.com |
| Deirdre M. Richards<br>Fineman Krekstein & Harris PC<br>1300 N. King Street<br>Wilmington, DE 19801<br>drichards@finemanlawfirm.com | Susan N.K. Gummow<br>Igor Shleypak<br>Foran Glennon Palandech Ponzi & Rudloff, P.C.<br>222 N. LaSalle Sreet, Suite 1400<br>Chicago, IL 60614<br>sgummow@fgppr.com<br>ishleypak@fgppr.com |
| Craig Goldblatt<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>1875 Pennsylvania Avenue, N.W.<br>Washington, DC 20006<br>craig.goldblatt@wilmerhale.com | Richard G. Mason<br>Douglas K. Mayer<br>Joseph C. Celentino<br>Wachtell, Lipton, Rosen & Katz<br>51 West 52nd Street<br>New York, NY 10019<br>rgmason@wlrk.com<br>dkmayer@wlrk.com<br>jccelentino@wlrk.com |
| Tad Thomas<br>Louis C. Schneider<br>Thomas Law Offices, PLLC<br>9418 Norton Commons Blvd., Suite 200<br>Louisville, KY 40059<br>tad@thomaslawoffices.com<br>lou.schneider@thomaslawoffices.com | Paul A. Fanning<br>Ward and Smith, P.A.<br>P.O. Box 8088<br>Greenville, NC 27835-80<br>paf@wardandsmith.com |
| Bradley L. Rice<br>Nagel Rice LLP<br>103 Eisenhower Parkway<br>Roseland, NJ 07068<br>brice@nagelrice.com | Mark L. Desgrosseilliers<br>Chipman, Brown, Cicero & Cole, LLP<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, DE 19801<br>desgross@chipmanbrown.com |

**Boy Scouts of America and Delaware BSA, LLC Service List**
**(All Parties Served Via Email Unless Otherwise Noted)**

| | |
|---|---|
| Cindy L. Robinson<br>Doug Mahoney<br>Tremont Sheldon Robinson Mahoney P.C.<br>64 Lyon Terrace<br>Bridgeport, CT 06604<br>crobinson@tremontsheldon.com<br>dmahoney@tremontsheldon.com | Thomas Moers Mayer, Rachael Ringer,<br>David E. Blabey, Jr., Jennifer R. Sharret,<br>and Megan M. Wasson<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>tmayer@kramerlevin.com<br>rringer@kramerlevin.com<br>dblabey@kramerlevin.com<br>jsharret@kramerlevin.com<br>mwasson@kramerlevin.com |
| Kurt F. Gwynne<br>Katelin A Morales<br>Reed Smith LLP<br>1201 N. Market Street, Suite 1500<br>Wilmington, DE 19801<br>kgwynne@reedsmith.com<br>kmorales@reedsmith.com | Joseph H. Lemkin<br>Stark & Stark, P.C.<br>P.O. Box 5315<br>Princeton, NJ 08543<br>jlemkin@stark-stark.com |
| James I. Stang, Robert B. Orgel, James E. O'Neill, John W. Lucas, Linda Cantor, and Ilan D. Scharf<br>Pachulski Stang Ziehl & Jones LLP<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19801<br>jstang@pszjlaw.com<br>rorgel@pszjlaw.com<br>joneill@pszjlaw.com<br>lcantor@pszjlaw.com<br>jlucas@pszjlaw.com<br>ischarf@pszjlaw.com | Gerald D. Jowers, Jr.<br>Janet, Janet & Scuggs, LLC<br>500 Taylor Street, Suite 301<br>Columbia, SC 29201<br>GJowers@JJSJustice.com |
| Karen C. Bifferato<br>Kelly M. Conlan<br>Connolly Gallagher LLP<br>1201 N. Market Street, 20th Floor<br>Wilmington, DE 19801<br>kbifferato@connollygallagher.com<br>kconlan@connollygallagher.com | Michael P. Pompeo<br>Faegre Drinker Biddle & Reath LLP<br>1177 Avenue of the Americas, 41st Floor<br>New York, NY 10036-2714<br>michael.pompeo@faegredrinker.com |
| William P. Bowden<br>Ashby & Geddes, P.A.<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19801<br>wbowden@ashbygeddes.com | David M. Klauder<br>Bielli & Klauder, LLC<br>1204 N. King Street<br>Wilmington, DE 19801<br>dklauder@bk-legal.com |

**Boy Scouts of America and Delaware BSA, LLC Service List**
**(All Parties Served Via Email Unless Otherwise Noted)**

Michael T. Pfau
Jason P. Amala
Vincent T. Nappo
Pfau Cochran Vertetis Amala PLLC
403 Columbia Street, Suite 500
Seattle, WA 98104
michael@pcvalaw.com
jason@pcvalaw.com
vnappo@pcvalaw.com

Alan C. Hochheiser
Maurice Wutscher LLP
23611 Chagrin Blvd., Suite 207
Beachwood, OH 44122
ahochheiser@mauricewutscher.com

Paul Mones
Paul Mones PC
13101 Washington Blvd.
Los Angeles, CA 90066
paul@paulmones.com

R. Joseph Hrubiec
Napoli Shkolnik PLLC
919 N. Market Street, Suite 1801
Wilmington, DE 19801
rhrubiec@napolilaw.com

Matthew S. Sorem
Nicolaides Fink Thorpe Michaelides Sullivan LLP
10 S. Wacker Drive, 21st Floor
Chicago, IL 60606
msorem@nicolaidesllp.com

Ryan S. Smethurst
Margaret H. Warner
McDermott Will & Emery LLP
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531
rsmethurst@mwe.com
mwarner@mwe.com

David A. Lebowitz
Kaufman Lieb Lebowitz & Frick LLP
10 East 40th Street, Suite 3307
New York, NY 10016
dlebowitz@kllf-law.com

Shawn M. Christianson
Buchalter, A Professional Corporation
55 Second Street, 17th Floor
San Francisco, CA 94105-3493
schristianson@buchalter.com

Stamatios Stamoulis
Richard C. Weinblatt
Stamoulis & Weinblatt LLC
800 N. West Street, Suite 800
Wilmington, DE 19801
stamoulis@swdelaw.com
weinblatt@swdelaw.com

Tancred Schiavoni
Janine Panchok-Berry
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036-6537
tschiavoni@omm.com
jpanchok-berry@omm.com

Michael J. Joyce
The Law Offices of Joyce, LLC
1225 King Street, Suite 800
Wilmington, DE 19801
mjoyce@mjlawoffices.com

Britton C. Lewis
Carruthers & Roth, P.A.
235 N. Edgeworth Street
P.O. Box 540
Greensboro, NC 27401
bcl@crlaw.com

**Boy Scouts of America and Delaware BSA, LLC Service List**
**(All Parties Served Via Email Unless Otherwise Noted)**

Kevin Coughlin, Lorraine Armenti, Michael Hrinewski
Coughlin Duffy, LLP
350 Mount Kemble Avenue
P.O. Box 1917
Morristown, NJ 0796
kcoughlin@coughlinduffy.com
larmenti@coughlinduffy.com
mhrinewski@coughlinduffy.com

Todd M. Brooks
Whiteford Taylor & Preston LLP
Seven Saint Paul Street, 15th Floor
Baltimore, MD 21202-1626
tbrooks@wtplaw.com

Richard W. Riley
Whiteford Taylor & Preston LLC
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, DE 19801
rriley@wtplaw.com

Christopher S. Murphy, Assistant Attorney General
c/o Sherri K. Simpson, Paralegal
Attorney General's Office
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548
christopher.murphy@oag.texas.gov
sherri.simpson@oag.texas.gov
hannah.mccollum@usdoj.gov

R. Karl Hill
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
khill@svglaw.com

Douglas R. Gooding
Jonathan D. Marshall
Michael J. Foley, Jr.
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
dgooding@choate.com
jmarshall@choate.com
mjfoley@choate.com

Kim V. Marrkand
Nancy D. Adams
Laura Bange Stephens
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111
kmarrkand@mintz.com
ndadams@mintz.com
lbstephens@mintz.com

William E. Winfield
Nelson Comis Kettle & Kinney LLP
300 E. Esplanade Drive, Suite 1170
Oxnard, CA 93036
wwinfield@calattys.com

Richard A. Barkasy
Kristi J. Doughty
Schnader Harrison Segal & Lewis LLP
824 N. Market Street, Suite 800
Wilmington, DE 19801
rbarkasy@schnader.com
kdoughty@schnader.com

Henry C. Shelton, III
Adams and Reese LLP
6075 Poplar Avenue, Suite 700
Memphis, TN 38119
Henry.Shelton@arlaw.com

**Boy Scouts of America and Delaware BSA, LLC Service List**
(All Parties Served Via Email Unless Otherwise Noted)

James Tobia
The Law Office of James Tobia, LLC
1716 Wawaset Street
Wilmington, DE 19806
jtobia@tobialaw.com

Michael J. Pankow
Joshua M. Hantman
Andrew J. Roth-Moore
Brownstein Hyatt Farber Schreck, LLP
410 17th Street, Suite 2200
Denver, CO 80202
mpankow@bhfs.com
jhantman@bhfs.com
Aroth-moore@bhfs.com

**FIRST CLASS MAIL**
N.E.K.
#402985 D-G-5
Clallam Bay Corrections Center
1830 Eagle Crest Way
Clallam Bay, WA 98326

Morton R. Branzburg
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103
mbranzburg@klehr.com

William D. Sullivan
Sullivan Hazeltine Allinson LLC
919 North Market Street, Suite 420
Wilmington, DE 19801
bsullivan@sha-llc.com

Michael G. Kelly
Kelly, Morgan, Dennis, Corzine & Hansen, P.C.
P.O. Box 1311
Odessa, TX 79760-1311
mkelly@kmdfirm.com

Bruce W. McCullough
Bodell Bové, LLC
1225 N. King Street, Suite 1000
Wilmington, DE 19801
bmccullough@bodellbove.com

**FIRST CLASS MAIL**
D.J.S.
#795743 D-G-6
Clallam Bay Corrections Center
1830 Eagle Crest Way
Clallam Bay, WA 98326

Domenic E. Pacitti
Klehr Harrison Harvey Branzburg LLP
919 Market Street, Suite 1000
Wilmington, DE 19801
dpacitti@klehr.com

Stephen Crew
Peter Janci
Crew Janci LLP
1200 NW Naito Parkway, Suite 500
Portland, OR 97209
steve@crewjanci.com
peter@crewjanci.com

Larry R. Boyd
Chad Timmons
Emily M. Hahn
Abernathy, Roeder, Boyd & Hullett, P.C.
1700 Redbud Blvd., Suite 300
McKinney, TX 75069
ctimmons@abernathylaw.com
bankruptcy@abernathylaw.com
ehahn@abernathy-law.com

Amish R. Doshi
Doshi Legal Group, P.C.
1979 Marcus Avenue, Suite 210E
Lake Success, NY 11042
amish@doshilegal.com

**Boy Scouts of America and Delaware BSA, LLC Service List**
**(All Parties Served Via Email Unless Otherwise Noted)**

Kami Quinn, Meredith Neely, Emily Grim, and Jasmine Chalashtori
Gilbert LLP
700 Pennsylvania Avenue, SE, Suite 400
Washington, DC 20003
quinnk@gilbertlegal.com
neelym@gilbertlegal.com
grime@gilbertlegal.com
chalashtorij@gilbertlegal.com

Don Stecker
Linebarger Goggan Blair & Sampson, LLP
112 E. Pecan Street, Suite 2200
San Antonio, TX 78205
sanantonio.bankruptcy@publicans.com

Tennessee Department of Labor
Bureau of Unemployment Insurance
c/o Tennessee Attorney General's Office,
Bankruptcy Division
Attn: Laura L. McCloud
P.O. Box 20207
Nashville, TN 37202-0207
AGBankDelaware@ag.tn.gov

Rachel B. Mersky
Monzack Mersky Browder and Hochman, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
rmersky@monlaw.com

Danielle Mason Anderson
Miller, Canfield, Paddock and Stone, P.L.C.
277 S. Rose Street, Suite 5000
Kalamazoo, MI 49007
andersond@millercanfield.com

Stephen W. Spence
Baird Mandalas Brockstedt, LLC
1413 Savannah Road, Suite 1
Lewes, DE 19958
sws@bmbde.com

Peter Muthig
Maricopa County Attorney's Office
Civil Services Division
225 W. Madison Street
Phoenix, AZ 85003
muthigk@mcao.maricopa.gov

Flordia M. Henderson
P.O. Box 30604
Memphis, TN 38130-0604
flordia@fhendersonlaw.net

David J. Molton
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
DMolton@brownrudnick.com

Sunni P. Beville
Tristan G. Axelrod
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
sbeville@brownrudnick.com
taxelrod@brownrudnick.com

Jason C. Powell
Thomas Reichert
The Powell Firm, LLC
1201 N. Orange Street, Suite 500
Wilmington, DE19801
jpowell@delawarefirm.com
treichert@delawarefirm.com

Christopher Simon
Kevin S. Mann
Cross & Simon, LLC
1105 N. Market Street, Suite 901
Wilmington, DE 19801
csimon@crosslaw.com
kmann@crosslaw.com

**Boy Scouts of America and Delaware BSA, LLC Service List**
**(All Parties Served Via Email Unless Otherwise Noted)**

**FIRST CLASS MAIL**
Internal Revenue Service
c/o Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101

JPMorgan Chase Bank, NA
c/o Norton Rose Fulbright US LLP
Attn: Louis R. Strubeck, Jr.
1301 Avenue of the Americas
New York, NY 10019-6022
louis.strubeck@nortonrosefulbright.com

 Raul Diaz
rauldiaz2503@gmail.com

The County Commission of Fayette County
c/o Steptoe & Johnson PLLC
Attn: John Stump, Esq.
Chase Tower, 8th Floor
707 Virginia Street East
Charleston, WV 25301
john.stump@steptoe-johnson.com

United States Attorney for Delaware
Attn: David C. Weiss
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046
usade.ecfbankruptcy@usdoj.gov

Mark D. Plevin
Crowell & Moring LLP
Three Embarcadero Center, 26th Floor
San Francisco, CA 94111
mplevin@crowell.com

**FIRST CLASS MAIL**
JPMorgan Chase Bank, NA
Attn: Phil Martin
10 S. Dearborn Street
Mail Code Ill-1415
Chicago, IL 60603

Pension Benefit Guaranty Corporation
Attn: Patricia Kelly, CFO
1200 K. Street, N.W.
Washington, D.C. 20005
Kelly.Patricia@Pbgc.Gov

**FIRST CLASS MAIL**
The County Commission of Fayette County
Attn: President
P.O. Box 307
Fayetteville, WV 25840

**FIRST CLASS MAIL**
United States Department of Justice
950 Pennsylvania Avenue, NW
Room 2242
Washington, DC 20530

Seth J. Reidenberg
Tybout, Redfearn & Pell
750 Shipyard Drive, Suite 400
P.O. Box 2092
Wilmington, DE 19899-2092
sreidenberg@trplaw.com

Tacie H. Yoon
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C  20004
tyoon@crowell.com

**Boy Scouts of America and Delaware BSA, LLC Service List**
**(All Parties Served Via Email Unless Otherwise Noted)**

David M. Klauder
Bielli & Klauder, LLC
1204 N. King Street
Wilmington, DE 19801
dklauder@bk-legal.com

Leander L. James
Craig K. Vernon
R. Charlie Beckett
James, Vernon & Weeks, P.A.
1626 Lincoln Way
Coeur d'Alene, ID 83815
ljames@jvwlaw.net
cvernon@jvwlaw.net
rbecckett@jvwlaw.net

John T. Banks
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
3301 Northland Drive, Suite 505
Austin, TX 78731
jbanks@pbfcm.com

David E. Wilks
Wilks Law, LLC
4250 Lancaster Pike, Suite 200
Wilmington, DE 19805
dwilks@wilks.law

Jerrold K. Guben
O'Connor Playdon Guben & Inouye LLP
Makai Tower, Suite 2400
733 Bishop Street
Honolulu, HI 96813
JKG@opgilaw.com

Justin H. Rucki
Rucki Fee Review, LLC
1111 Windon Drive
Wilmington, DE 19803
justinrucki@ruckifeereview.com

Erin A. West
Godfrey & Kahn, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, WI 53701-2719
ewest@gklaw.com

Timothy F. Nixon
Godfrey & Kahn, S.C.
200 South Washington Street, Suite 100
Green Bay, WI 54301-4298
tnixon@gklaw.com

Michael C. Andolina
Matthew E. Linder
White & Case LLP
111 South Wacker Drive, Suite 5100
Chicago, IL 60606-4302
mandolina@whitecase.com
mlinder@whitecase.com

Daniel R. Lapinski
Motley Rice LLC
Woodland Falls Corporate Park
210 Lake Drive East, Suite 101
Cherry Hill, NJ 08002
dlapinski@motleyrice.com

Joseph F. Rice
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
jrice@motleyrice.com

Kevin D. Swenson
Swenson & Shelley, PLLC
107 South 1470 East, Suite 201
St. George, UT 84790
Kevin@swensonshelley.com

**Boy Scouts of America and Delaware BSA, LLC Service List**
(All Parties Served Via Email Unless Otherwise Noted)

Edwin Rice
Elizabeth Brusa
Bradley Arant Boult Cummings
100 N. Tampa Street, Suite 2200
Tampa, FL 33602
erice@bradley.com
ebrusa@bradley.com

John D. McLaughlin, Jr.
Ferry Joseph, P.A,
824 North Market Street, Suite 1000
Wilmington, DE 19801
jmclaughlin@ferryjoseph.com

David Barnes, Jr.
Nelson Mullins Riley & Scarborough LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
david.barnes@nelsonmullins.com

Mark A. Salzberg
Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, DC 20037
mark.salzberg@squirepb.com

Steven A. Leyh
Hoover & Slovacek, LLP
Galleria Tower II
5051 Westheimer, Suite 1200
Houston, TX 77056
leyh@hooverslovacek.com

Joel M. Walker
Nye, Stirling, Hale & Miller LLP
1145 Bower Hill Road, Suite 104
Pittsburgh, PA 15243
jmwalker@nshmlaw.com

David N. Rutt
Scott G. Wilcox
Moore & Rutt, P.A.
122 N. Market Street
P.O. Box 554
Georgetown, DE 19947
dnrutt@mooreandrutt.com
swilcox@mooreandrutt.com

Daniel R. Swetnam
Ice Miller
Arena District
250 West Street
Columbus, OH 43215
daniel.swetnam@icemiller.com

Travis A. McRoberts
Squire Patton Boggs (US) LLP
2000 McKinney Avenue, Suite 1700
Dallas, TX 75201
travis.mcroberts@squirepb.com

Joseph P. Rusnak
Tune, Entrekin & White, P.C.
UBS Tower, Suite 1700
315 Deaderick Street
Nashville, TN 37238
jrusnak@tewlawfirm.com

Jonathan S. Pasternak
James B. Glucksman
Davidoff Hutcher & Citron LLP
605 Third Avenue
New York, NY 10158
rlr@dhclegal.com
jbg@dhclegal.com

Matthew G. Summers
Chantelle D. McClamb
Ballard Spahr LLP
919 N. Market Street, 11th Floor
Wilmington, Delaware 19801-3034
summersm@ballardspahr.com
mcclambc@ballardspahr.com

**Boy Scouts of America and Delaware BSA, LLC Service List**
**(All Parties Served Via Email Unless Otherwise Noted)**

Brett Grindrod, Harry Lee, and John O'Connor
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036
hlee@steptoe.com
joconnor@steptoe.com
bgrindrod@steptoe.com

Daniel E. Straffi, Jr.
Straffi & Straffi, LLC
670 Commons Way
Toms River, NJ 08755
bkclient@straffilaw.com

The Episcopal Diocese of San Diego
c/o James P. Hill, Esq.
Sullivan Hill Rez & Engel
600 B Street, Suite 1700
San Diego, CA 92101
hill@sullivanhill.com