**EXHIBIT B**
**(Engagement Letter)**

November 20, 2020

The Official Tort Claimants' Committee in the Chapter 11 Cases of the Boy Scouts of America
Attn:



Re:   Engagement of Rock Creek Advisors, LLC
      *In re the Chapter 11 Cases of the Boy Scouts of America*

Dear Mr. Humphrey:

On behalf of Rock Creek Advisors, LLC ("Rock Creek"), I am writing to thank you for the opportunity to serve as pension financial advisors for the Official Tort Claimants' Committee in the Chapter 11 Cases of the Boy Scouts of America (the "Committee" or "you") in the above-captioned bankruptcy cases (the "Cases").

At the outset of any new matter, we believe it is important to have a mutual understanding of how we will work together, and we want to describe our intentions in this letter. We need to confirm with you the identity of our client and the scope and nature of the services you have asked Rock Creek to provide (including any limitations in that regard) and to agree with you regarding the terms under which we will provide our services.

Rock Creek uses this relatively standard form letter to ensure that all of our clients receive comparable information regarding new engagements. If you have any questions about this engagement letter, or if you would like to discuss possible modifications, please call me as soon as possible.

Description of Services

Decision-support and/or direct negotiations with respect to all aspects of the Boy Scouts of America's pension and OPEB issues, including but not limited to: analysis of ERISA controlled group liability issues, analysis of any defined benefit pension plan termination (distress or involuntary), direct or indirect interaction with counter-parties (other creditors, lenders, regulatory entities, etc.) about all pension and OPEB issues, and other pension financial advisory services as may be requested.

Protected Health Information

During our engagement, you anticipate that we will not receive Protected Health Information, as defined in 45 C.F.R. § 160.103 of the regulations promulgated under the Health Insurance Portability and Affordability Act of 1996, as amended ("PHI"). By signing below, you agree that you will provide Rock Creek with advance written notice of any future disclosure of PHI so that the parties may enter into a business associate agreement as required by law.

Conflict of Interest

We have conducted an internal check of our records to determine whether providing services to you in this engagement would raise a conflict of interest as to one or more of our existing clients. It appears that no such conflict now exists. However, Rock Creek provides services to many other entities and individuals; it is possible that while we are rendering services to you, some of our present or future clients will have disputes or transactions with members of the Committee. If, as a result of a future dispute or

Page 2

transaction, a conflict with the interests of other clients arises we will address the conflict with you and the affected clients, and this may include the seeking of a waiver by you and the other affected parties.

Fees and Charges

In connection with this engagement, we have agreed to charge for our services on the basis of the time we spend on the matter.  Our fees will be based on the amount of time spent on the matter by various Rock Creek professionals multiplied by their individual hourly billing rates and shall consist of the following:

| **Professional** | **Our Standard Hourly Rates** |
|---|---|
| John L. Spencer III | $950 |
| Timothy P. Peach | $650 |
| James Gansman | $650 |
| Heidi Lipton | $300 |

Rendering services to you in this matter may involve incurring certain charges and expenses from time to time on your behalf.  We will include these charges directly on your invoice for reimbursement without mark-up. We will charge ten cents per page for black-and-white document reproduction. (We will charge more for color document reproduction and less for large volume reproduction).  Air travel will be at coach fare unless we obtain your prior approval.  Automotive travel will be subject to reimbursement at the IRS guideline amount or our out of pocket cost.

Payment

All statements for services rendered shall be rendered monthly.  However, Rock Creek understands that such invoices will not be paid until the submission and approval of the respective quarterly fee applications in the Case.

Duration of Engagement

Either you or Rock Creek may terminate the engagement at any time for any reason by written notice to the other.  In the event that we terminate the engagement, we will take such steps as are reasonably practicable to protect your interests in this matter.

Page 3

Unless previously terminated, our engagement will terminate upon our sending you our final statement for services rendered.

File Retention

During Rock Creek's engagement, any otherwise nonpublic information you supply to us will be kept confidential in accordance with Rock Creek's retention policy, applicable law and the terms of this engagement letter. If requested, Rock Creek will return the files to you; we may do so in electronic form. Depending on the volume of material, we may charge you shipping costs for the return of paper files. If we cannot locate you in order to notify you at the end of the retention period, or if we notify you and you so instruct us, we will securely dispose of all materials in the file at the end of the retention period.

Client Responsibilities

By agreeing to and accepting the terms of our engagement, as described in this engagement letter, you agree to cooperate fully with us and to provide promptly all information known or available to you that is relevant to our engagement. You (including any of your representatives) agree to be available to attend meetings, conferences, and other proceedings on reasonable notice, and you agree to stay fully informed on all developments relating to all matters for which we have been engaged. You also agree to pay our statements for services rendered and charges in accordance with the terms of the engagement letter. We reserve the right to withdraw from this matter if you fail to meet your obligations under this engagement letter, including payment of fees when due.

In the course of our engagement, we will be asking you for information and/or instructions from time to time. It is important that we receive your response in a timely manner. We may need to withdraw from the engagement if untimely responses to our requests persist.

It is important that we maintain a current address for you at all times. Please notify us promptly of any address change or any changes in your representation. Even following the completion of the requested services, there may be a need to contact you to help maintain your rights. In any event, we will use the last address we have on record for you.

By agreeing to and accepting our retention as described in this engagement letter, you authorize Rock Creek to disclose otherwise nonpublic information you supply to us, including but not limited to disclosure to outside vendors, outside copying services and outside information technology organizations, but only as necessary and appropriate in order to carry out our engagement of you.

Identification Number

Rock Creek's tax identification number is 34-0575300. Please indicate the Committee's acceptance of the terms of this engagement by signing and returning a copy of this letter. Delivery of this engagement letter by facsimile or readable .pdf file shall be as effective as delivery of a manually executed counterpart of this engagement letter.

Page 4

Very truly yours,

 */s/ John L. Spencer III*

John L. Spencer III
Managing Director
Rock Creek Advisors, LLC

AGREED TO AND ACCEPTED:

_____

By: John Humphrey

Title: Chairperson of the Tort Claimants' Committee

Date: 12/15/2020