# EXHIBIT A



700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
O 202.772.2200
F 202.772.3333
GilbertLegal.com

December 18, 2020

James Patton, Jr.  
Future Claimaints' Representative for  
Boy Scouts of America  
Young Conaway Stargatt & Taylor LLP  
Rodney Square  
1000 North King Street  
Wilmington, DE  19801

Invoice Number:    11321643  
Client Number:              1613

**FOR PROFESSIONAL SERVICES RENDERED through November 30, 2020**

**Re: James Patton, Jr.**

| Matter Description | Fees | Costs | Total |
|---|---|---|---|
| Insurance Analysis & Recovery | 87,760.00 | 224.50 | 87,984.50 |
| Retention / Fee Application | 515.50 | 74.35 | 589.85 |
| Motions for Relief from Automatic Stay | 5,012.50 | .00 | 5,012.50 |
| **Total** | **93,288.00** | **298.85** | **93,586.85** |

|  |  |
|---|---|
| TOTAL FEES | $ 93,288.00 |
| TOTAL EXPENSES | $ 298.85 |
| **TOTAL FEES AND EXPENSES** | **$ 93,586.85** |



**FOR PROFESSIONAL SERVICES RENDERED through November 30, 2020**

**Insurance Analysis & Recovery**

| Date | Name | Services | Hours | Amount |
|---|---|---|---|---|
| 11/01/20 | Quinn, K. | Email Brown Rudnick counsel re request for call. | .10 | 77.50 |
| 11/02/20 | Quinn, K. | Participate in team meeting. | .30 | 232.50 |
| 11/02/20 | Quinn, K. | Review and revise draft memorandum re coverage positions. | 4.00 | 3,100.00 |
| 11/02/20 | Neely, M. | Confer with K. Quinn, E. Grim, J. Chalashtori, and S. Colcock re ongoing insurance analysis. | .30 | 142.50 |
| 11/02/20 | Neely, M. | Email K. Quinn, E. Grim, J. Chalashtori, and S. Colcock re insurance analysis task list. | .10 | 47.50 |
| 11/02/20 | Grim, E. | Confer with K. Quinn, M. Neely, J. Chalashtori, and S. Colcock re status of case and next steps. | .30 | 177.00 |
| 11/02/20 | Chalashtori, J. | Confer with K. Quinn, E. Grim, S. Colcock, and M. Neely re case status, next steps, strategy. | .30 | 127.50 |
| 11/02/20 | Chalashtori, J. | Begin analyzing complaint against BSA for insurance issues. | .60 | 255.00 |
| 11/02/20 | Foster, G. | Review 1970-1979 policies for charter organization language. | 1.00 | 185.00 |
| 11/02/20 | Colcock, S. | Confer with K. Quinn, M. Neely, E. Grim, and J. Chalashtori re case updates. | .30 | 85.50 |
| 11/02/20 | Colcock, S. | Review general liability policies (20 policies) for chartered organization language. | 2.80 | 798.00 |
| 11/02/20 | Colcock, S. | Continue revising aggregate limit for bodily injury language, defense costs language, ultimate net loss language, and follows form language for previously reviewed policies (2 policies) for analysis. | 1.70 | 484.50 |
| 11/03/20 | Quinn, K. | Confer with E. Goodman re insurance overview. | 1.00 | 775.00 |
| 11/03/20 | Quinn, K. | Email M. Neely re insurance overview call follow up. | .10 | 77.50 |
| 11/03/20 | Neely, M. | Email S. Beville re insurance analysis and joint interest issues. | .30 | 142.50 |
| 11/03/20 | Neely, M. | Revise memorandum to client re coverage issues. | 2.70 | 1,282.50 |
| 11/03/20 | Chalashtori, J. | Preliminary review of insurance issues related to potential adversary proceeding. | .20 | 85.00 |
| 11/03/20 | Colcock, S. | Finish revising aggregate limit for bodily injury language, defense costs language, ultimate net loss language, and follows form language for previously reviewed policies (6 policies) for analysis. | 6.10 | 1,738.50 |

Invoice Number: 11321643
December 18, 2020

| Date | Name | Services | Hours | Amount |
|---|---|---|---|---|
| 11/04/20 | Colcock, S. | First-level review of insurance policies (2.5 policies) for policy provisions and relevant language for analysis. | 6.30 | 1,795.50 |
| 11/05/20 | Quinn, K. | Email M. Neely re status of D&O analysis. | .10 | 77.50 |
| 11/05/20 | Chalashtori, J. | Continue analysis of insurer correspondence from Datasite. | 1.10 | 467.50 |
| 11/05/20 | Chalashtori, J. | Analyze 2019-2020 and 2020-2021 D&O policies. | 1.80 | 765.00 |
| 11/05/20 | Chalashtori, J. | Draft memorandum summarizing potential coverage issues under D&O policies. | 2.10 | 892.50 |
| 11/05/20 | Chalashtori, J. | Email S. Colcock re review of policies and missing policies. | .30 | 127.50 |
| 11/05/20 | Foster, G. | Review Datasite for missing policy documents. | 6.20 | 1,147.00 |
| 11/05/20 | Colcock, S. | Research status of lawsuit against BSA board of directors for evidence of complaint filed. | .80 | 228.00 |
| 11/05/20 | Colcock, S. | First-level review of insurance policies (3 policies) for policy provisions and relevant language for analysis. | 6.50 | 1,852.50 |
| 11/05/20 | McGlinchey, P. | Review and confirm policies missing from Datasite (3.3); review and organize documents for attorney review (2.0). | 5.30 | 980.50 |
| 11/06/20 | Chalashtori, J. | Continue analyzing potential coverage under D&O policies and strategy for same. | 2.20 | 935.00 |
| 11/06/20 | Chalashtori, J. | Continue analyzing issues related to policy review and missing insurance policies. | .30 | 127.50 |
| 11/06/20 | Chalashtori, J. | Analyze insurance relevance of documents uploaded into Datasite. | .20 | 85.00 |
| 11/06/20 | Foster, G. | Review policies missing in Datasite. | .70 | 129.50 |
| 11/06/20 | Colcock, S. | Review of policies located in only one source re policy tracking spreadsheet. | .60 | 171.00 |
| 11/06/20 | Colcock, S. | First-level review of insurance policies (3 policies) for policy provisions and relevant language for analysis. | 6.40 | 1,824.00 |
| 11/06/20 | McGlinchey, P. | Review documents uploaded to Datasite (.4); draft weekly summary (10/30/2020-11/06/2020) (.4). | .80 | 148.00 |
| 11/06/20 | McGlinchey, P. | First-level review of insurance policies (1 policy) for policy provisions and relevant language for analysis. | 2.60 | 481.00 |
| 11/08/20 | Quinn, K. | Final revisions to draft memorandum re coverage issues and TCC positions. | 1.00 | 775.00 |
| 11/09/20 | Quinn, K. | Final review of revised draft memorandum to client. | .20 | 155.00 |
| 11/09/20 | Neely, M. | Revise memorandum to client re insurance mediation issues. | 1.20 | 570.00 |

Invoice Number: 11321643
December 18, 2020

| Date | Name | Services | Hours | Amount |
|---|---|---|---|---|
| 11/09/20 | Neely, M. | Finalize and send memorandum to client re insurance coverage mediation issues. | .60 | 285.00 |
| 11/09/20 | Colcock, S. | First-level review of insurance policies (3 policies) for policy provisions and relevant language for analysis. [indices 7.1.17.1 (21 of 47 pages reviewed), 7.1.12.1 (144 pages) and 7.1.17.2 (79 pages)] | 6.40 | 1,824.00 |
| 11/09/20 | McGlinchey, P. | First-level review of insurance policies (1 policy) for policy provisions and relevant language for analysis. [index 7.1.6.1 (37 pages)] | 2.90 | 536.50 |
| 11/10/20 | Chalashtori, J. | Revise policy review spreadsheet based on analysis of sampling of policies. | 2.30 | 977.50 |
| 11/10/20 | Chalashtori, J. | Email K. Quinn re research re non-abuse case. | .20 | 85.00 |
| 11/10/20 | Chalashtori, J. | Email P. McGlinchey and S. Colcock re analysis of policies. | .30 | 127.50 |
| 11/10/20 | Colcock, S. | Continue preparing spreadsheet for tracking certain examples in policies for first-level document review. | .90 | 256.50 |
| 11/10/20 | Colcock, S. | Second-level review of insurance policies (2 policies) for policy provisions and relevant language for analysis. [1965 policy - 74 pages and 1966 policy - 37 pages] | 3.00 | 855.00 |
| 11/11/20 | Neely, M. | Confer with Ankura re claims data status. | .10 | 47.50 |
| 11/11/20 | Colcock, S. | Revise spreadsheet for tracking certain language in policies. | .40 | 114.00 |
| 11/11/20 | Colcock, S. | Revise policy review tracking spreadsheet. | 1.30 | 370.50 |
| 11/11/20 | Colcock, S. | Revise policy review protocol. | .80 | 228.00 |
| 11/11/20 | Colcock, S. | Confer with P. McGlinchey re first-level policy review. | .60 | 171.00 |
| 11/11/20 | McGlinchey, P. | Confer with S. Colcock re first-level policy review protocol. | .60 | 111.00 |
| 11/12/20 | Neely, M. | Confer with N. Deluca of Ankura re claims data. | .20 | 95.00 |
| 11/12/20 | Neely, M. | Revise communication to client re D&O coverage. | .40 | 190.00 |
| 11/12/20 | Chalashtori, J. | Email S. Colcock and P. McGlinchey re policy review revisions. | .40 | 170.00 |
| 11/12/20 | Chalashtori, J. | Revise draft correspondence to client re potential coverage findings. | .20 | 85.00 |
| 11/12/20 | Colcock, S. | Finish revising spreadsheet for tracking certain examples in policies. | 1.20 | 342.00 |
| 11/12/20 | Colcock, S. | First-level review of insurance policies (5 policies) for additional policy provisions and additional relevant language for analysis. [indices 7.1.2.1, 7.1.3.1, 7.1.4.1, 7.1.12.1 and 7.1.17.2] | 3.90 | 1,111.50 |
| 11/13/20 | Quinn, K. | Review joinder. | .10 | 77.50 |

Invoice Number: 11321643
December 18, 2020

| Date | Name | Services | Hours | Amount |
|---|---|---|---|---|
| 11/13/20 | Quinn, K. | Email team re local council policies. | .20 | 155.00 |
| 11/13/20 | Chalashtori, J. | Analyze insurance-related documents in Datasite, including insurance policies for review. | .60 | 255.00 |
| 11/13/20 | Chalashtori, J. | Analyze outstanding questions re policy review. | .40 | 170.00 |
| 11/13/20 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | 2.80 | 518.00 |
| 11/13/20 | McGlinchey, P. | Draft summary of insurance-related documents recently added to Datasite. | .30 | 55.50 |
| 11/13/20 | McGlinchey, P. | Continue first-level review of insurance policies (2 policies) for policy provisions and relevant language for analysis [Indices 7.1.5.1 (37 pages) and 7.1.6.1 (37 pages)] | 1.00 | 185.00 |
| 11/14/20 | Chalashtori, J. | Email M. Neely and S. Colcock re review of policies. | .30 | 127.50 |
| 11/15/20 | Quinn, K. | Email client re request from Coalition re insurance. | .10 | 77.50 |
| 11/16/20 | Quinn, K. | Participate in team meeting re status and strategy. | .30 | 232.50 |
| 11/16/20 | Quinn, K. | Review email to client re mediation status. | .10 | 77.50 |
| 11/16/20 | Quinn, K. | Email team re implications of total claims filed in advance of bar date. | .20 | 155.00 |
| 11/16/20 | Neely, M. | Confer with K. Quinn, E. Grim, J. Chalashtori, and S. Colcock re ongoing coverage analysis. | .30 | 142.50 |
| 11/16/20 | Neely, M. | Email task list to team for ongoing coverage analysis. | .10 | 47.50 |
| 11/16/20 | Neely, M. | Email S. Beville and client re insurance coverage for chartered organizations. | .10 | 47.50 |
| 11/16/20 | Neely, M. | Email client re insurance coverage mediation. | .10 | 47.50 |
| 11/16/20 | Grim, E. | Confer with team re case status and strategy. | .30 | 177.00 |
| 11/16/20 | Chalashtori, J. | Confer with K. Quinn, E. Grim, M. Neely, and S. Colcock re case status, next steps, strategy. | .30 | 127.50 |
| 11/16/20 | Chalashtori, J. | Confer with K. Dechant re policy review. | .30 | 127.50 |
| 11/16/20 | Chalashtori, J. | Analyze issues related to policy review. | .60 | 255.00 |
| 11/16/20 | Colcock, S. | First-level review of local council insurance policies (9 policies) for policy provisions and relevant language for analysis. [indices 6.14.1.1 through 6.14.2.1] | 4.60 | 1,311.00 |
| 11/16/20 | Colcock, S. | Revise policy tracking spreadsheet for local council policy review. | 1.10 | 313.50 |
| 11/16/20 | Colcock, S. | Email K. Quinn, M. Neely, E. Grim, and J. Chalashtori re case updates. | .30 | 85.50 |
| 11/16/20 | Dechant, K. | Confer with J. Chalashtori re policy review. | .30 | 106.50 |
| 11/17/20 | Quinn, K. | Review analysis re proposed claim issue. | .30 | 232.50 |
| 11/17/20 | Quinn, K. | Review stipulation of BSA and local councils. | .10 | 77.50 |

4

Invoice Number: 11321643
December 18, 2020

| Date | Name | Services | Hours | Amount |
|---|---|---|---|---|
| 11/17/20 | Quinn, K. | Confer with E. Harron re potential coverage defense. | .10 | 77.50 |
| 11/17/20 | Quinn, K. | Participate in call with Coalition and client re plan issues. | 1.00 | 775.00 |
| 11/17/20 | Neely, M. | Email E. Harron and R. Brady re BSA mediation and D&O coverage. | .20 | 95.00 |
| 11/17/20 | Neely, M. | Begin drafting year-by-year coverage analysis for 1962-1977. | 1.60 | 760.00 |
| 11/17/20 | Neely, M. | Email E. Harron and K. Quinn re scheduling follow up call to discuss mediation and D&O coverage issues. | .10 | 47.50 |
| 11/17/20 | Chalashtori, J. | Analyze issues related to policy review, including status, next steps, and strategy. | .90 | 382.50 |
| 11/17/20 | Chalashtori, J. | Analyze insurance implications of non-abuse claim. | .20 | 85.00 |
| 11/17/20 | Colcock, S. | Confer with K. Dechant re first-level policy review. | .50 | 142.50 |
| 11/17/20 | Colcock, S. | Email P. McGlinchey re first-level policy review. | .20 | 57.00 |
| 11/17/20 | Colcock, S. | First-level review of local council insurance policies (12 policies) for policy provisions and relevant language for analysis. [indices 6.14.3.1 through 6.14.4.1, indices 6.14.14 through 6.14.17. 3 and 6.14.21.1 through 6.14.23.2] | 5.70 | 1,624.50 |
| 11/17/20 | McGlinchey, P. | First-level review of insurance policies (9 policies) for policy provisions and relevant language for analysis. [indices 6.14.10.1 (41 pages), 6.14.10.2 (6 pages), 6.14.5.1 (13 pages), 6.14.6.1 (20 pages), 6.14.11.1 (22 pages), 6.14.12.1 (1 page), 6.14.12.2 (35 pages), 6.14.12.3 (1 page), 6.14.12.4 (8 pages)] | 6.00 | 1,110.00 |
| 11/17/20 | Dechant, K. | Confer with J. Chalashtori re policy review project. | .40 | 142.00 |
| 11/17/20 | Dechant, K. | First-level review of local insurance policies (3 policies) for policy provisions and relevant language for analysis. [Index 6.14.18.1, 6.14.19.1, 6.14.20.1] | 2.20 | 781.00 |
| 11/17/20 | Dechant, K. | Confer with S. Colcock re first-level review of policies. | .50 | 177.50 |
| 11/18/20 | Quinn, K. | Review mediators' proposed schedule and follow up with client re same. | .30 | 232.50 |
| 11/18/20 | Quinn, K. | Review information provided for data standardization call in advance of mediation session. | .30 | 232.50 |
| 11/18/20 | Quinn, K. | Participate in call re data normalization for mediation. | 2.00 | 1,550.00 |
| 11/18/20 | Neely, M. | Attend status conference for discussion of insurance issues. | 2.10 | 997.50 |

Invoice Number: 11321643
December 18, 2020

| Date | Name | Services | Hours | Amount |
|---|---|---|---|---|
| 11/18/20 | Neely, M. | Confer with J. Chalashtori, K. Dechant, S. Colcock, and P. McGlinchey re review of local council insurance policies. | 1.00 | 475.00 |
| 11/18/20 | Neely, M. | Attend data normalization mediation session. | 2.00 | 950.00 |
| 11/18/20 | Chalashtori, J. | Confer with M. Neely, P. McGlinchy, K. Dechant, and S. Colcock re review of insurance policies. | 1.00 | 425.00 |
| 11/18/20 | Colcock, S. | Confer with M. Neely, J. Chalashtori, K. Dechant and P. McGlinchey re policy review. | 1.00 | 285.00 |
| 11/18/20 | Colcock, S. | Begin drafting questions and answers spreadsheet to track review decisions. | 2.50 | 712.50 |
| 11/18/20 | Colcock, S. | First-level review of local council insurance policies (2 policies) for policy provisions and relevant language for analysis. [indices 6.14.23.3 and 6.14.24.1] | 1.50 | 427.50 |
| 11/18/20 | McGlinchey, P. | First-level review of insurance policies (6 policies) for policy provisions and relevant language for analysis. [indices 6.14.12.5-6.14.12.8 (4 pages total), 6.14.13.1 (14 pages), 6.14.13.2 (12 pages)] | 1.60 | 296.00 |
| 11/18/20 | McGlinchey, P. | Confer with M. Neely, J. Chalashtori, K. Dechant, and S. Colcock re BSA policy review protocol. | 1.00 | 185.00 |
| 11/18/20 | Dechant, K. | Confer with J. Chalashtori, M. Neely, S. Colcock, and P. McGlinchey re policy review project. | 1.00 | 355.00 |
| 11/18/20 | Dechant, K. | Continue first-level review of local insurance policies (3 policies) for policy provisions and relevant language for analysis. [Indices 6.14.18.1, 6.14.19.1, 6.14.20.1] | 2.20 | 781.00 |
| 11/19/20 | Neely, M. | Continue drafting year-by-year insurance coverage summary for years 1978-1985. | 2.10 | 997.50 |
| 11/19/20 | Chalashtori, J. | Continue analyzing insurer coverage position letters. | 1.10 | 467.50 |
| 11/19/20 | Chalashtori, J. | Continue preparing summary re coverage positions taken by insurers in correpsondence. | 1.30 | 552.50 |
| 11/19/20 | Colcock, S. | Email K. Dechant and P. McGlinchey re revisions to policy tracking spreadsheet for first-level document review. | .30 | 85.50 |
| 11/19/20 | Colcock, S. | First-level review of local council insurance policies (6 policies) for additional policy provisions and additional relevant language for analysis. [indices 6.14.1.2, 6.14.1.3, 6.14.1.4, 6.14.1.5, 6.14.1.6, 6.14.1.7] | 4.00 | 1,140.00 |

Invoice Number: 11321643
December 18, 2020

| Date | Name | Services | Hours | Amount |
|---|---|---|---|---|
| 11/19/20 | McGlinchey, P. | Continue first-level review of insurance policies (15 policies) for policy provisions and relevant language for analysis per revisions to review protocol. [indices 6.14.10.1 (41 pages), 6.14.10.2 (6 pages), 6.14.5.1 (13 pages), 6.14.6.1 (20 pages), 6.14.11.1 (22 pages), 6.14.12.1 (1 page), 6.14.12.2 (35 pages), 6.14.12.3 (1 page), 6.14.12.4 (8 pages), 6.14.12.5-6.14.12.8 (4 pages), 6.14.13.1 (14 pages), 6.14.13.2 (12 pages)] | 3.80 | 703.00 |
| 11/19/20 | Dechant, K. | First-level review of insurance policies (1 policy) for policy provisions and relevant language for analysis. [Index 7.1.57.10 (580 pages)] | 1.70 | 603.50 |
| 11/20/20 | Quinn, K. | Confer with client and M. Neely re insurance strategy. | .50 | 387.50 |
| 11/20/20 | Neely, M. | Confer with E. Harron, R. Brady, and K. Quinn re insurance mediation issues. | .50 | 237.50 |
| 11/20/20 | Chalashtori, J. | Analyze newly filed adversary complaint to determine any impact on insurance issues. | .30 | 127.50 |
| 11/20/20 | Chalashtori, J. | Analyze documents in Datasite for insurance issues. | .20 | 85.00 |
| 11/20/20 | Colcock, S. | First-level review of local council insurance policies (10 policies) for additional policy provisions and additional relevant language for analysis. [indices 6.14.2.1, 6.14.3.1, 6.14.4.1, 6.14.16.1, 6.14.16.2, 6.14.17.1, 6.14.17.2, 6.14.17.3, 6.14.21.1, 6.14.23.1] | 4.80 | 1,368.00 |
| 11/20/20 | Colcock, S. | Confer with K. Dechant re first-level policy review. | .20 | 57.00 |
| 11/20/20 | Colcock, S. | Second-level review of insurance policies (2 policies) for relevant language for analysis. [indices 6.14.5.1, 6.14.6.1, 6.14.10.1] | .40 | 114.00 |
| 11/20/20 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .40 | 74.00 |
| 11/20/20 | McGlinchey, P. | Draft summary of insurance-related documents recently added to Datasite. | .50 | 92.50 |
| 11/20/20 | McGlinchey, P. | First-level review of insurance policies (8 policies) for policy provisions and relevant language for analysis. [indices 6.14.25.1 (12 pages), 6.14.26.1 (21 pages), 6.14.27.1 (26 pages), 6.14.27.2 (26 pages), 6.14.29.1 (23 pages), 6.14.33.1 (5 pages), 6.14.33.2 (17 pages), 6.14.34.1 (9 pages)] | 3.90 | 721.50 |
| 11/20/20 | Dechant, K. | Continue first-level review of insurance policies (1 policy) for policy provisions and relevant language for analysis. [Index 7.1.57.10 (580 pages)] | 1.50 | 532.50 |
| 11/20/20 | Dechant, K. | Confer with S. Colcock re first-level review of policies. | .20 | 71.00 |

Invoice Number: 11321643
December 18, 2020

| Date | Name | Services | Hours | Amount |
|---|---|---|---|---|
| 11/20/20 | Dechant, K. | First-level review of local insurance policies (8 policies) for policy provisions and relevant language for analysis. [Indices 6.14.37.1, 6.14.37.2, 6.14.37.3, 6.14.37.4, 6.14.37.5, 6.14.37.6, 6.14.39.1, 6.14.39.2] | 3.10 | 1,100.50 |
| 11/23/20 | Neely, M. | Continue drafting year-by-year coverage summary for years 1986 through 2007. | 4.10 | 1,947.50 |
| 11/23/20 | Chalashtori, J. | Continue analyzing correspondence from insurers re coverage positions. | 2.50 | 1,062.50 |
| 11/23/20 | Chalashtori, J. | Continue summarizing coverage positions taken by insurers in correpsondence. | 2.30 | 977.50 |
| 11/23/20 | Colcock, S. | Second-level review of insurance policies (14 policies) for relevant language for analysis. [indices 6.14.10.2, 6.14.11.1, 6.14.12.1 through 6.14.12.8 and 6.14.25.1 through 6.14.27.1] | 2.00 | 570.00 |
| 11/23/20 | Colcock, S. | First-level review of local council insurance policies (3 policies) for additional policy provisions and additional relevant language for analysis. [indices 6.14.23.2, 6.14.23.3, 6.14.24.1] | .70 | 199.50 |
| 11/23/20 | McGlinchey, P. | First-level review of insurance policies (3 policies) for policy provisions and relevant language for analysis. [indices 6.14.34.2 (9 pages), 6.14.48.1 (19 pages), 6.14.49.1 (55 pages)] | 3.90 | 721.50 |
| 11/23/20 | Dechant, K. | First-level review of insurance policies (3 policies) for policy provisions and relevant language for analysis. [indices 6.14.40.1, 6.14.40.2, 6.14.40.3] | 3.80 | 1,349.00 |
| 11/24/20 | Quinn, K. | Participate in mediation session re local council assets. | 1.80 | 1,395.00 |
| 11/24/20 | Neely, M. | Attend mediation session re local council assets. | 1.80 | 855.00 |
| 11/24/20 | Chalashtori, J. | Analyze issues related to incorporation of information from insurer correspondence into master policy review spreadhseet. | .20 | 85.00 |
| 11/24/20 | Colcock, S. | Revise policy tracking spreadsheet for insurer communication analysis. [29 pages] | 7.10 | 2,023.50 |
| 11/24/20 | McGlinchey, P. | First-level review of insurance policies (6.5 policies) for policy provisions and relevant language for analysis. [indices 6.14.49.2 (23 pages), 6.14.49.3 (19 pages), 6.14.52.1 (3 pages), 6.14.52.2 (1 page), 6.14.53.1 (11 pages), 6.14.55.1 (36 pages), 6.14.56.1 (pages 1 to 45)] | 5.00 | 925.00 |
| 11/25/20 | Quinn, K. | Review data fields provided by Bates White. | .30 | 232.50 |
| 11/25/20 | Quinn, K. | Confer with T. Gallagher re insurance call. | .30 | 232.50 |
| 11/25/20 | Neely, M. | Finish drafting year-by-year coverage analysis for 2008 through 2020. | 3.30 | 1,567.50 |

Invoice Number: 11321643
December 18, 2020

| Date | Name | Services | Hours | Amount |
|---|---|---|---|---|
| 11/25/20 | Colcock, S. | First-level review of local council insurance policies (11 policies) for additional policy provisions and additional relevant language for analysis. [indices 7.1.2.1, 7.1.3.1, 7.1.4.1, 7.1.12.1. 7.1.17.2, 7.1.18.1, 7.1.18.2, 7.1.18.3, 7.1.22.3, 7.1.32.10, 7.1.42.10] | 3.10 | 883.50 |
| 11/25/20 | McGlinchey, P. | First-level review of insurance policies (.5 policies) for policy provisions and relevant language for analysis. [index 6.14.56.1 (pages 46 to 89)] | 2.50 | 462.50 |
| 11/27/20 | Quinn, K. | Confer with mediators re insurance aspects of mediation and proposed schedule. | .80 | 620.00 |
| 11/27/20 | Quinn, K. | Email M. Neely re next steps in data analysis. | .10 | 77.50 |
| 11/27/20 | Neely, M. | Confer with T. Gallagher, P. Finn, K. Carey, E. Harron, R. Brady, and K. Quinn re insurance mediation. | .80 | 380.00 |
| 11/28/20 | Chalashtori, J. | Email M. Neely and K. Quinn re status of claims data and allocations. | .20 | 85.00 |
| 11/29/20 | Neely, M. | Revise year-by-year coverage summary to include executive summary and conclusion. | 1.40 | 665.00 |
| 11/29/20 | Chalashtori, J. | Email M. Neely and K. Quinn re local council policy review. | .20 | 85.00 |
| 11/30/20 | Quinn, K. | Initial review of slide deck provided by Bates White. | .20 | 155.00 |
| 11/30/20 | Quinn, K. | Email team re local council coverage update. | .10 | 77.50 |
| 11/30/20 | Quinn, K. | Review of slide deck in advance of mediation call. | .40 | 310.00 |
| 11/30/20 | Quinn, K. | Participate in mediation session re claims data. | 1.40 | 1,085.00 |
| 11/30/20 | Quinn, K. | Email team re local council policy analysis. | .10 | 77.50 |
| 11/30/20 | Neely, M. | Attend Bates White mediation session re claims data. | 1.40 | 665.00 |
| 11/30/20 | Neely, M. | Email K. Quinn re year-by-year coverage summary. | .10 | 47.50 |
| 11/30/20 | Neely, M. | Email S. Colcock re year-by-year coverage summary. | .10 | 47.50 |
| 11/30/20 | Neely, M. | Confer with J. Chalashtori re local council policy review. | .20 | 95.00 |
| 11/30/20 | Neely, M. | Review local council policy evidence. | .80 | 380.00 |
| 11/30/20 | Chalashtori, J. | Analyze issues related to review of local council policies, next steps. | 1.40 | 595.00 |
| 11/30/20 | Chalashtori, J. | Analyze documents uploaded into Datasite for insurance issues. | .20 | 85.00 |
| 11/30/20 | Chalashtori, J. | Analyze local council policies (1.7); confer with M. Neely re same (.2). | 1.90 | 807.50 |

Invoice Number: 11321643
December 18, 2020

| Date | Name | Services | Hours | Amount |
|---|---|---|---|---|
| 11/30/20 | Foster, G. | Initial review of policies from Datasite from 1966 to1976. [indices 6.14.241.1,6.14.244.1.,6.14.245.1,6.14.245 .2, 6.14.245.3, 6.14.245.4, 6.14.245.5, 6.14.248.1, 6.14.248.3, 6.14.250.1, 6.14.250.2, 6.14.250.3, 6.14.250.4, 6.14.250.5, 6.14.251.1, 6.14.252.1, 6.14.256.1, 6.14.256.3] | 2.10 | 388.50 |
| 11/30/20 | Colcock, S. | Review status of local council policy review. | .20 | 57.00 |
| 11/30/20 | Colcock, S. | Email M. Neely and J. Chalashtori re status of local council policy review. | .10 | 28.50 |
| 11/30/20 | Colcock, S. | First-level review of local council insurance policies (11 policies) for policy provisions for analysis. [indices 6.14.59.1 through 6.14.64.1] | 2.80 | 798.00 |
| 11/30/20 | Colcock, S. | Revise policy tracking spreadsheet for remaining local council policies to determine which policies need review and if any policies are missing. | 4.70 | 1,339.50 |
| 11/30/20 | Colcock, S. | Email K. Dechant re first-level policy review. | .30 | 85.50 |
| 11/30/20 | McGlinchey, P. | First-level review of insurance policies (1 policy) for policy provisions and relevant language for analysis. [index 6.14.57.1 (33 pages)] | .90 | 166.50 |
| 11/30/20 | McGlinchey, P. | First-level review of local council insurance policies (20 policies) for policy provisions for analysis. [indices 6.14.94.2 through 6.14.102.2] | 2.70 | 499.50 |
| 11/30/20 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .30 | 55.50 |
| 11/30/20 | McGlinchey, P. | Draft summary of insurance-related documents recently added to Datasite. | .20 | 37.00 |
| 11/30/20 | McGlinchey, P. | Email S. Colcock and K. Dechant re first-level review progress. | .50 | 92.50 |
| 11/30/20 | Dechant, K. | Confer with M. Neely re policy review issues. | .40 | 142.00 |
| 11/30/20 | Dechant, K. | Email team re policy review and analysis project. | 1.30 | 461.50 |
| 11/30/20 | Dechant, K. | First-level review of insurance policies (11 policies) for baseline coverage information. [Indices 6.14.40.1, 6.14.40.2, 6.14.40.3, 6.14.40.4, 6.14.40.5, 6.14.41.1, 6.14.41.2, 6.14.41.3, 6.14.41.4, 6.14.41.5, 6.14.41.6] | 2.70 | 958.50 |
| 11/30/20 | Dechant, K. | Revise first-level review of local insurance policies (13 policies) for updated review protocols. [Indices 6.14.18.1,6.14.19.1,6.14. 20.1,6.14.37.1,6.14.37.2, 6.14.37.3,6.14.37.4,6.14. 37.5,6.14.37.6,6.14.39.1, 6.14.39.2,6.14.40.1,6.14. 40.2] 6.14.39.2,6.14.40.1,6.14. 40.2] | 1.20 | 426.00 |
| | | **TOTAL CHARGEABLE HOURS** | 257.60 | |
| | | **TOTAL FEES** | | **$ 87,760.00** |

Invoice Number: 11321643
December 18, 2020

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Total |
|---|---:|---:|---:|
| Quinn, K. | 17.90 | 775.00 | 13,872.50 |
| Neely, M. | 30.10 | 475.00 | 14,297.50 |
| Grim, E. | .60 | 590.00 | 354.00 |
| Chalashtori, J. | 28.90 | 425.00 | 12,282.50 |
| Foster, G. | 10.00 | 185.00 | 1,850.00 |
| Colcock, S. | 98.10 | 285.00 | 27,958.50 |
| McGlinchey, P. | 49.50 | 185.00 | 9,157.50 |
| Dechant, K. | 22.50 | 355.00 | 7,987.50 |
| **TOTALS** | **257.60** | | **$ 87,760.00** |

**EXPENSE DETAILS**

| Date | Description | Task | Amount |
|---|---|---|---:|
| 10/16/20 | Conference Call / CourtCall / M. Neely / Attend Bench Ruling Hearing / 10/16/2020 | E105 | 22.50 |
| 10/19/20 | Depositions/Transcripts / Reliable / 10/19/2020 | E115 | 19.20 |
| 11/20/20 | Conference Call / CourtCall / M. Neely / Attend Hearing / 11/18/2020 | E105 | 48.75 |
| 11/30/20 | Westlaw | E106 | 107.75 |
| 11/30/20 | PACER | E106 | 26.30 |
| | **TOTAL EXPENSES** | | **$ 224.50** |
| | **TOTAL FEES AND EXPENSES FOR MATTER** | | **$ 87,984.50** |

Invoice Number: 11321643<br>
December 18, 2020

**FOR PROFESSIONAL SERVICES RENDERED through November 30, 2020**

**Retention / Fee Application**

| Date | Name | Services | Hours | Amount |
|---|---|---|---|---|
| 11/20/20 | Holland, P. | Initial review of Fee Examiner issues re first interim fee application. | .50 | 137.50 |
| 11/20/20 | Holland, P. | Email Fee Examiner and US Trustee re LEDES file in support of October fee statement. | .10 | 27.50 |
| 11/20/20 | Hudgins, M.C. | Draft sixth monthly fee application, notice, and exhibit. | .70 | 133.00 |
| 11/20/20 | Hudgins, M.C. | Draft second interim fee application. | 1.00 | 190.00 |
| 11/24/20 | Holland, P. | Email Fee Examiner and K. Quinn re first interim application. | .10 | 27.50 |
| | | **TOTAL CHARGEABLE HOURS** | **2.40** | |
| | | **TOTAL FEES** | | **$ 515.50** |

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Holland, P. | .70 | 275.00 | 192.50 |
| Hudgins, M.C. | 1.70 | 190.00 | 323.00 |
| **TOTALS** | **2.40** | | **$ 515.50** |

**EXPENSE DETAILS**

| Date | Description | Task | Amount |
|---|---|---|---|
| 11/23/20 | Conference Call / CourtCall / K. Quinn / Attend Hearing / 11/12/20 | E112 | 59.25 |
| 11/30/20 | PACER | E106 | 15.10 |
| | **TOTAL EXPENSES** | | **$ 74.35** |
| | **TOTAL FEES AND EXPENSES FOR MATTER** | | **$ 589.85** |

Invoice Number: 11321643
December 18, 2020

**FOR PROFESSIONAL SERVICES RENDERED through November 30, 2020**

**Motions for Relief from Automatic Stay**

| Date | Name | Services | Hours | Amount |
|---|---|---|---|---|
| 11/02/20 | Quinn, K. | Review M. Neely analysis of new lift stay motions. | .20 | 155.00 |
| 11/02/20 | Quinn, K. | Confer with FCR and others re lift stay motion. | .40 | 310.00 |
| 11/02/20 | Neely, M. | Analyze insurance impact of Williams and Worley motions to lift stay. | .80 | 380.00 |
| 11/02/20 | Neely, M. | Confer with D. Molton, S. Beville, E. Harron, and K. Quinn re insurance impact of Williams and Worley motions to lift stay. | .40 | 190.00 |
| 11/03/20 | Quinn, K. | Email M. Neely re Worley Wilson lift stay. | .10 | 77.50 |
| 11/04/20 | Quinn, K. | Confer with client and Debtors counsel re proposed lift stay settlements. | .40 | 310.00 |
| 11/10/20 | Quinn, K. | Email team re analysis of proposed claim and lift stay motions. | .30 | 232.50 |
| 11/10/20 | Neely, M. | Draft objection to Wilson and Worley stay relief motions. | 3.50 | 1,662.50 |
| 11/11/20 | Quinn, K. | Review and revise draft objection to lift stay. | .40 | 310.00 |
| 11/11/20 | Neely, M. | Review K. Quinn changes to Wilson and Worley objection and email to S. Zieg for review. | .20 | 95.00 |
| 11/12/20 | Neely, M. | Revise Wilson and Worley objection per comments from S. Zieg. | 1.60 | 760.00 |
| 11/15/20 | Quinn, K. | Confer with Debtor re objection to lift stay. | .30 | 232.50 |
| 11/15/20 | Quinn, K. | Email client re lift stay position. | .20 | 155.00 |
| 11/15/20 | Neely, M. | Confer with E. Harron, K. Quinn, and M. Linder re insurance impact of Wilson and Worley claims. | .30 | 142.50 |
| | | **TOTAL CHARGEABLE HOURS** | **9.10** | |
| | | **TOTAL FEES** | | **$ 5,012.50** |

Invoice Number: 11321643
December 18, 2020

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Quinn, K. | 2.30 | 775.00 | 1,782.50 |
| Neely, M. | 6.80 | 475.00 | 3,230.00 |
| **TOTALS** | **9.10** | | **$ 5,012.50** |

**TOTAL FEES AND EXPENSES FOR MATTER**     **$ 5,012.50**

**TOTAL FEES AND EXPENSES**     **$ 93,586.85**