# EXHIBIT B

**EXPENSES**
**November 1, 2020 - November 30, 2020**

| Date | Description | Amount |
|---|---|---|
| 10/16/2020 | Conference Call / CourtCall / M. Neely / Attend Bench Ruling Hearing / 10/16/2020 | $22.50 |
| 10/19/2020 | Depositions/Transcripts / Reliable / 10/19/2020 | $19.20 |
| 11/20/2020 | Conference Call / CourtCall / M. Neely / Attend Hearing / 11/18/2020 | $48.75 |
| 11/23/2020 | Conference Call / CourtCall /  K. Quinn / Attend Hearing / 11/12/20 | $59.25 |
| 11/30/2020 | Westlaw | $107.75 |
| 11/30/2020 | PACER | $26.30 |
| 11/30/2020 | PACER | $15.10 |
| | | $298.85 |