# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**RE:  1781** |

### CERTIFICATE OF NO OBJECTION REGARDING THE EIGHTH MONTHLY APPLICATION OF OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM OCTOBER 1, 2020 TO OCTOBER 31, 2020

The undersigned hereby certifies that, as of the date hereof, Ogletree, Deakins, Nash, Smoak & Stewart, P.C. ("Ogletree") has received no answer, objection or other responsive pleading to the **Eighth Monthly Application of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2020 to October 31, 2020** (the "Application") (D.I. 1781), filed on December 3, 2020.

The undersigned further certifies that Morris, Nichols, Arsht & Tunnell LLP has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon.  Pursuant to the Notice, objections to the Application were to be filed and served no later than December 17, 2020 at 4:00 p.m. (Eastern Time).

---

[1]    The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

Accordingly, pursuant to the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* (D.I. 341) entered on April 6, 2020, the Debtors are authorized to pay the amount indicated below without any further court order.

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Debtors are Authorized to Pay ( (2) + (3) ) |
|---|---|---|---|
| $135,773.15 | $81.19 | $108,618.52 | $108,699.71 |

WHEREFORE, Ogletree respectfully requests that the Application be approved.

Dated:  December 18, 2020
Austin, Texas

**Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**

*/s/  Bruce A. Griggs*
Bruce A. Griggs
Shareholder
301 Congress Avenue, Suite 1150
Austin, Texas 78701
Phone: (512) 344-4700
Email: bruce.griggs@ogletreedeakins.com

SPECIAL LITIGATION COUNSEL TO
THE DEBTORS AND DEBTORS IN
POSSESSION