**<u>Exhibit A</u>**

**Fees Statement**

**SIDLEY AUSTIN LLP**

Invoice Number: 40079029
Boy Scouts of America

Chapter 11 Matters

T A S K   D E T A I L

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | **002 Adversary Proceedings and Bankruptcy Litigation** | |
| 11/02/20 | A Fonseca | Update and format pleadings of main and other cases (.2); prepare same to shared drive for attorneys' review (.2) | .40 |
| 11/02/20 | SM Park | Update online pleadings from recent filings (.3); organize into shared file folders for attorney reference (.2) | .50 |
| 11/03/20 | A Fonseca | Update and format pleadings of main and other cases (.4); prepare same to shared drive for attorneys' review (.3) | .70 |
| 11/03/20 | WE Curtin | Call with T. Labuda regarding incoming emails (.3); call with T. Labuda regarding same (.1); correspond with M. Linder regarding consent order schedules (.3); analyze preliminary injunction pleading in preparation for transfer call (.7). | 1.40 |
| 11/04/20 | A Fonseca | Update and format pleadings of main and other cases (.3); prepare same to shared drive for attorneys' review (.2) | .50 |
| 11/04/20 | S Hasan | Respond to request re: documentation supporting restricted asset arguments. | .20 |
| 11/04/20 | WE Curtin | Correspond with M. Linder regarding consent order schedules (.2); analyze motion to modify preliminary injunction (.7). | .90 |
| 11/05/20 | G Rios | Manage user access to BSA data rooms (.5); email correspondence with M. Linder regarding same (.1). | .60 |
| 11/05/20 | WE Curtin | Correspond with M. Linder, E. Rosenberg and S. Manning regarding consent order schedules (.3); analyze two objections to extension of preliminary injunction (.4); analyze Evanston monthly expense report (.2). | .90 |
| 11/06/20 | G Rios | Review and manage user access (.5); email correspondence with C. Binggeli regarding same (.1). | .60 |
| 11/06/20 | A Fonseca | Update and format pleadings of main and other cases (.2); prepare to shared drive for attorneys' review (.2) | .40 |
| 11/06/20 | WE Curtin | Call with M. Linder, B. Warner, E. Rosenberg and S Manning regarding consent order schedules (.6); prepare for same (.5); follow-up correspondence with E. Rosenberg (.3). | 1.40 |
| 11/09/20 | SM Park | Update pleadings folders to ensure attorneys have access to case dockets | .50 |
| 11/09/20 | ME Walker | Emails with M. Linder and B. Warner re: transfer of data rooms | .20 |
| 11/11/20 | SM Park | Update pleadings folders to ensure attorneys have access to | .50 |

**SIDLEY AUSTIN LLP**

Invoice Number: 40079029
Boy Scouts of America

Chapter 11 Matters

| Date | Name | Narrative | Hours |
|---|---|---|---|
| | | case dockets | |
| 11/13/20 | G Rios | Review and manage user access to BSA data rooms (.4); email correspondence with C. Binggeli regarding same (.1). | .50 |
| 11/13/20 | TA Labuda | Emails with W. Evanoff re Guam developments (.1); confer with Linder re same (.1) | .20 |
| 11/13/20 | WA Evanoff | Confer with Guam counsel re Archdiocese BK issues | .30 |
| 11/16/20 | SM Park | Update pleadings folders to ensure attorneys have access to case dockets | .80 |
| 11/17/20 | G Rios | Review and update user access to BSA data rooms (.4); email correspondence with K. Basaria regarding same (.1). | .50 |
| 11/17/20 | SM Park | Update pleadings folders to ensure attorneys have access to case dockets | .50 |
| 11/18/20 | SM Park | Update pleadings and sharefolders to ensure attorneys have access to case dockets | .30 |
| 11/20/20 | G Rios | Manage user access to BSA data rooms (.6); email correspondence with M. Linder and C. Binggeli regarding same (.1). | .70 |
| 11/20/20 | SM Park | Update pleadings and sharefolders to ensure attorneys have access to case dockets | .50 |
| 11/23/20 | WA Evanoff | Telephone call with M. Linder, E. Rosenberg regarding Guam bankruptcy issues (.6); analyze issues regarding Guam bankruptcy and potential impact on injunction (.3) | .90 |
| 11/24/20 | WE Curtin | Analyze correspondence from F. Schwindler regarding preliminary injunction (.2); correspondence with M. Andolina, M. Linder and E. Rosenberg regarding same (.2). | .40 |
| 11/24/20 | ME Walker | Emails with N. Jenkins, B. Warner and M. Jackson re: data rooms | .10 |
| 11/24/20 | NC Jenkins | Research regarding data room hosting (1.7); correspond with docket, M. Walker & M. Jackson regarding data rooms (.6); correspond with B. Warner regarding Emily Stone's access level (.2) | 2.50 |
| 11/25/20 | WE Curtin | Draft response to correspondence from F. Schwindler regarding preliminary injunction (.4); correspondence with M. Andolina, M. Linder and E. Rosenberg regarding same (.3); pull historical correspondence with F. Schwindler for White & Case (.4). | 1.10 |
| 11/26/20 | WE Curtin | Analyze correspondence and pleadings from F. Schwindler regarding preliminary injunction (.7); draft response to same (.2); correspondence with M. Andolina, M. Linder and E. Rosenberg regarding same (.3). | 1.20 |

**SIDLEY AUSTIN LLP**

Invoice Number: 40079029
Boy Scouts of America

Chapter 11 Matters

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 11/27/20 | WE Curtin | Correspondence with F. Schwindler (.2); correspondence with M. Andolina, M. Linder and E. Rosenberg regarding same (.2); forward historical communications from F. Schwindler to E. Rosenberg directly (.3). | .70 |
| 11/28/20 | WE Curtin | Correspondence with F. Schwindler re preliminary injunction (.2); correspondence with M. Andolina, M. Linder and E. Rosenberg regarding same (.2); research historical preliminary injunction settlement proposals (.4); correspond with M. Linder regarding same (.2) | 1.00 |
| 11/30/20 | G Rios | Review and update user access to BSA data rooms (.6); update protective order acknowledgment material and revise tracker (.7); email correspondence with M. Linder regarding same (.1). | 1.40 |
| 11/30/20 | SM Park | Update pleadings and sharefolder to ensure attorneys have access to case dockets | .70 |
| 11/30/20 | TA Labuda | Emails with Evanston and defense counsel re Gordon settlement issues (.1); emails with B. Curtin re same (.1); emails with B. Warner re creditor inquiries (.1) | .30 |
| 11/30/20 | WE Curtin | Correspond with E. Rosenberg regarding F. Schwindler (.2); review Gordon settlement motion (.2); correspond with T. Labuda regarding same (.1). | .50 |
| | | **Task Subtotal** | **24.80** |
| | | **004 Automatic Stay** | |
| 11/01/20 | WE Curtin | Research occurrence dates for Wilson and Worley settlement motions (.5); correspond with M. Linder regarding same (.2). | .70 |
| 11/02/20 | TA Labuda | Prepare Gordon 9019 motion | .40 |
| 11/04/20 | WE Curtin | Correspond with M. Linder regarding Wilson and Worley settlement motions | .30 |
| 11/04/20 | TA Labuda | Review A. Kutz email re Neyrey claim and mediation issues (.1); review and respond to same (.2) | .30 |
| 11/09/20 | TA Labuda | Emails with A. Kutz and T. Easterly re Neyrey mediation and settlement (.1); conference with T. Easterly re same (.5); review settlement agreement forms for same (.2); emails with B. Curtin re 9019 motion and settlement agreement for same (.1) | .90 |
| 11/09/20 | WE Curtin | Correspond with T. Labuda and T. Easterly regarding Neyrey settlement. | .30 |
| 11/10/20 | TA Labuda | Confer with B. Curtin re Neyrey settlement (.1); emails with A. Kutz and defense counsel re Knight litigation and mediation issues (.1); call from B. Curtin re Neyrey settlement and related ORIC issues (.1) | .30 |

**SIDLEY AUSTIN LLP**

Invoice Number:  40079029
Boy Scouts of America

Chapter 11 Matters

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 11/10/20 | WE Curtin | Calls with T. Labuda regarding Neyrey settlement (.3); call with P. Anderson regarding same (.2). | .50 |
| 11/11/20 | TA Labuda | Review and revise Gordon 9019 motion | .40 |
| 11/12/20 | WE Curtin | Analyze FCR objection to Wilson and Worley settlement agreements (.4); analyze Coalition joinder to same (.1); correspond with T. Labuda regarding same (.2). | .70 |
| 11/12/20 | TA Labuda | Review Worley and Wilson objections by the FCR and Coalition (.5); emails with B. Curtin re same (.1); prepare responses to same (.6); emails with M. Linder re same (.1) | 1.30 |
| 11/13/20 | TA Labuda | Emails and conference with M. Linder re Worley and Wilson objections and hearing issues (.6); confer with B. Curtin re same (.2); emails with A. Kutz re same (.1) | .90 |
| 11/13/20 | WE Curtin | Analyze FCR objection to Wilson and Worley settlement agreements (.4); analyze Coalition joinder to same (.1); correspond with T. Labuda regarding same (.2). | .70 |
| 11/14/20 | TA Labuda | Conference with M. Linder re Worley and Wilson settlements | .20 |
| 11/14/20 | TA Labuda | Emails with A. Kutz and defense counsel re Moon action and automatic stay issues | .10 |
| 11/15/20 | TA Labuda | Conferences (two) with M. Linder re response to FCR objection to Arley and Wilson settlements. | .90 |
| 11/16/20 | TA Labuda | Emails with Coelho re stay of Moon action | .10 |
| 11/16/20 | TA Labuda | Emails with M. Linder re Worley and Wilson settlement motions (.1); emails with B. Warner re creditor inquiries (.1) | .20 |
| 11/18/20 | TA Labuda | Email with defense counsel re stay of Moon action | .10 |
| 11/20/20 | WE Curtin | Correspond with client, M. Linder and P. Strach regarding Worley settlement (.2); correspond with T. Labuda regarding same (.2); correspond with T. Labuda, M. Linder and B. Warner regarding filed claims (.3). | .70 |
| 11/20/20 | TA Labuda | Emails with Linder and Warner re abuse claims in non-abuse claim years (.2); emails with B. Curtin re Worley outreach re motion (.1) | .30 |
| 11/21/20 | WE Curtin | Preliminary comments to Neyrey settlement agreement (.5); correspond with client, T. Labuda and T. Easterly regarding same (.3); correspond with T. Labuda regarding same (.1). | .90 |
| 11/21/20 | TA Labuda | Emails with T. Easterly and A. Kutz re Neyrey settlement and court approval process (.2); review draft settlement agreement (.2) | .40 |
| 11/23/20 | TA Labuda | Review and comment on Neyrey settlement agreement (.5); conference with A. Kutz re same (.2); confer with Linder re | 2.00 |

**SIDLEY AUSTIN LLP**

Invoice Number: 40079029
Boy Scouts of America

Chapter 11 Matters

| Date | Name | Narrative | Hours |
|---|---|---|---|
|  |  | same (.2); conference with defense counsel re same and 9019 motion (.7); review revised Neyrey agreement (.1); conference with B. Curtin re same (.2); conference with P. Anderson re same (0.1) |  |
| 11/23/20 | WE Curtin | Call (partial) with T. Labuda and T. Easterly regarding Neyrey settlement (.5); prepare for same (.2); follow-up call with T. Labuda regarding same (.2); edits to Neyrey settlement agreement (.5); correspond with T. Labuda regarding same (.2); correspond with T. Easterly regarding outreach to plaintiffs (.2). | 1.80 |
| 11/25/20 | TA Labuda | Emails with P. Anderson and T. Easterly re Neyrey settlement | .10 |
|  |  | **Task Subtotal** | **15.50** |
|  |  | **006 Case Administration** |  |
| 11/02/20 | DJ Lutes | Research docket for notices, orders and key pleadings regarding deadlines and timing (.2); prepare electronic files for same (.1) | .30 |
| 11/09/20 | WE Curtin | Analyze incoming emails to closed Sidley email accounts (.4); correspond with M. Linder and B. Warner regarding same (.1). | .50 |
| 11/11/20 | WE Curtin | Analyze incoming emails to closed Sidley email accounts (.3); correspond with M. Linder and B. Warner regarding same (.1). | .40 |
| 11/13/20 | WE Curtin | Analyze incoming emails to closed Sidley email accounts. | .20 |
| 11/18/20 | DJ Lutes | Email to T. Labuda regarding status (.1); prepare electronic files for key pleadings and case materials (.3) | .40 |
| 11/19/20 | G Rios | Email correspondence with M. Linder regarding CNA user access to BSA data rooms. | .10 |
|  |  | **Task Subtotal** | **1.90** |
|  |  | **017 Fee Applications** |  |
| 11/02/20 | DJ Lutes | Assess deadlines for interim and monthly fee application (.1); prepare 3rd interim fee application spreadsheet materials (.2) | .30 |
| 11/03/20 | DJ Lutes | Prepare 3rd interim fee application spreadsheets (1.2); prepare monthly fee application materials and exhibits (2.8) | 4.00 |
| 11/04/20 | DJ Lutes | Prepare monthly fee application materials and exhibits (1.1); prepare emails to T. Labuda regarding same (.1) | 1.20 |
| 11/05/20 | DJ Lutes | Emails with T. Labuda regarding monthly fee statement materials (.1); review monthly and interim fee application issues, timing and next steps (.2) | .30 |
| 11/06/20 | DJ Lutes | Prepare monthly fee application exhibits and materials | .30 |
| 11/07/20 | DJ Lutes | Prepare monthly fee application materials and exhibits | 1.10 |

**SIDLEY AUSTIN LLP**

Invoice Number: 40079029
Boy Scouts of America

Chapter 11 Matters

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 11/09/20 | DJ Lutes | Emails with T. Labuda regarding monthly fee application (.1); review monthly fee application issues (.4) | .60 |
| 11/09/20 | TA Labuda | Evaluate October fee statement materials (.4); emails with D. Lutes re same (.1) | .50 |
| 11/10/20 | DJ Lutes | Prepare 3rd interim fee application materials (2.2); emails with T. Labuda and B. Curtin regarding same (.3); research docket for key pleading and status (.2) | 2.70 |
| 11/10/20 | TA Labuda | Emails with D. Lutes re third interim fee application | .10 |
| 11/11/20 | DJ Lutes | Prepare 3rd interim fee application materials (1.9); prepare monthly fee application materials and exhibits including review for compliance and diligence (3.7) | 5.60 |
| 11/12/20 | DJ Lutes | Prepare monthly fee application materials and exhibits including review for compliance and diligence (3.7); prepare summary and materials for privilege review (.2) | 3.90 |
| 11/12/20 | TA Labuda | Emails with MNAT re CNO issues | .10 |
| 11/13/20 | DJ Lutes | Email with T. Labuda regarding privilege review | .10 |
| 11/15/20 | DJ Lutes | Draft 8th monthly fee application, prepare calculations and populate exhibits for same | 1.40 |
| 11/16/20 | TA Labuda | Privilege review for October fee statement | .80 |
| 11/16/20 | DJ Lutes | Emails with T. Labuda regarding fee statement (.1); review privilege edits (.3); prepare monthly fee statement exhibit for filing (1.3); review timing, next steps and interim fee application (.2) | 1.90 |
| 11/18/20 | DJ Lutes | Finalize monthly fee application materials for filing (.9); emails with MNAT (E. Moats and P. Topper) for filing in Delaware (.1); prepare electronic materials for client (.2) | 1.20 |
| 11/18/20 | TA Labuda | Review eighth monthly fee statement (.1); emails with D. Lutes and MNAT re same (.1) | .20 |
| 11/19/20 | DJ Lutes | Prepare 3rd interim fee application, declaration and exhibits (2.3); prepare spreadsheet calculations for same (1.3); review prior monthly applications (.6); research docket for CNO's and status (.2); prepare blended rate analysis (.9); prepare staffing materials exhibit (.6); review payment reconciliation for exhibits (.4) | 6.30 |
| 11/20/20 | DJ Lutes | Prepare interim fee application exhibits and declaration (1.8); prepare budget calculations for same (.8); research materials for same (.6) | 3.20 |
| 11/21/20 | DJ Lutes | Prepare interim fee application materials | .20 |
| 11/22/20 | DJ Lutes | Assess interim declaration and summary exhibit issues | .30 |

**SIDLEY AUSTIN LLP**

Invoice Number: 40079029
Boy Scouts of America

Chapter 11 Matters

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 11/23/20 | DJ Lutes | Prepare interim fee application calculations and exhibits (1.4); prepare declaration (.2); emails with T. Labuda for same (.1); prepare summary report and redlines (.3) | 2.00 |
| 11/23/20 | TA Labuda | Emails with D. Lutes re interim fee draft (.1); review same (.2) | .30 |
| 11/24/20 | DJ Lutes | Email with T. Labuda regarding interim (.1); review interim fee application issues, deadlines and tasks (.4) | .50 |
| 11/25/20 | TA Labuda | Emails with MNAT re interim fee filings (.1); emails with Lutes re same (.1) | .20 |
| 11/25/20 | DJ Lutes | Emails with T. Labuda regarding interim fee application | .10 |
| 11/29/20 | TA Labuda | Review and comment on draft interim fee application (.3); emails with Lutes re same (.1) | .40 |
| 11/29/20 | DJ Lutes | Research interim fee application issues (1.2); email summary report to T. Labuda regarding same (.3) | 1.50 |
| 11/30/20 | DJ Lutes | Research payment and write off status for same (.5); emails with T. Labuda regarding interim fee application (.2); call with T. Labuda regarding same (.2); revisions to interim fee application (.4) | 1.30 |
| 11/30/20 | TA Labuda | Evaluate and work on interim fee application (.4); conference with D. Lutes re revisions to same (.2) | .60 |
| | | **Task Subtotal** | **43.20** |
| | | **021 Hearings and Court Matters** | |
| 11/14/20 | TA Labuda | Emails with MNAT re hearing on interim fee applications | .10 |
| 11/18/20 | TA Labuda | Attend omnibus hearing (part) | 1.50 |
| | | **Task Subtotal** | **1.60** |
| | | **022 Insurance Issues** | |
| 11/05/20 | TA Labuda | Review Evanston expense report | .20 |
| 11/29/20 | K Basaria | Correspondence with M. Linder regarding production of materials to insurers | .20 |
| 11/30/20 | K Basaria | Assemble and transfer documents to General Star Insurance, per discussions with M. Linder regarding same | .30 |
| | | **Task Subtotal** | **.70** |

**SIDLEY AUSTIN LLP**

Invoice Number: 40079029
Boy Scouts of America

Chapter 11 Matters

| Date | Name | Narrative | Hours |
|---|---|---|---|
| | | **029 Unsecured Creditor Issues and Communications** | |
| 11/06/20 | G Rios | Review and manage TCC counsel user access to BSA data rooms (.5); email correspondence with M. Linder regarding same (.1). | .60 |
| 11/11/20 | G Rios | Review and manage TCC user access to BSA data rooms (.5); email correspondence with C. Binggeli regarding same (.1). | .60 |
| | | **Task Subtotal** | **1.20** |
| | | **032 Local Council Issues and Communications** | |
| 11/03/20 | G Rios | Review and update local council folder in BSA data rooms. | .50 |
| 11/05/20 | G Rios | Review local council folder updates in BSA data rooms. | .50 |
| 11/07/20 | G Rios | Review and manage local council data room access (.4); email correspondence with K. Basaria regarding same (.1). | .50 |
| | | **Task Subtotal** | **1.50** |
| | | **035 Mediation** | |
| 11/04/20 | TA Labuda | Emails with Rovira re response to request re mediation materials | .10 |
| | | **Task Subtotal** | **.10** |
| | | **036 Fee Examiner Issues and Communications** | |
| 11/19/20 | DJ Lutes | Email to J. Rucki regarding monthly fee application and Ledes materials (.1); prepare materials for same (.2) | .30 |
| 11/20/20 | DJ Lutes | Emails with MNAT, T. Labuda and B. Curtin regarding fee examiner communications (.1); prepare materials and review timing for same (.2) | .30 |
| | | **Task Subtotal** | **.60** |
| | | **Total Hours for all Tasks** | **91.10** |