## **Exhibit B**

**Expense Detail**

**SIDLEY AUSTIN LLP**

Invoice Number: 40079029
Boy Scouts of America

Chapter 11 Matters

EXPENSE DETAIL

| **Date** | **Narrative** | **Amount** |
|---|---|---|
| 11/10/20 | 10/13/20-Lexis research service | $384.85 |
| 11/10/20 | 10/22/20-Lexis research service | 196.30 |
| 11/12/20 | 10/26/20-Westlaw research service | 39.89 |
| 11/12/20 | 10/26/20-Westlaw research service | 187.04 |
| 11/12/20 | 10/27/20-Westlaw research service | 79.79 |
| 11/12/20 | 10/27/20-Westlaw research service | 46.76 |
| 11/18/20 | 09/28/20-Telephone Charges Conference Call | 1.85 |
| 11/18/20 | 09/08/20-Telephone Charges Conference Call | 6.75 |
| 11/19/20 | E-Discovery Monthly Service Fee | 500.00 |
| 11/19/20 | Electronic Data Hosting | 441.00 |
| 11/24/20 | 10/09/20-Telephone Charges Conference Call | 1.00 |
| 11/24/20 | 10/23/20-Telephone Charges Conference Call | 0.64 |
| 11/24/20 | 10/07/20-Telephone Charges Conference Call | 1.03 |
| | **Total** | **$1,886.90** |