IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Boy Scouts of America and Delaware BSA, LLC,[1] | Case No. 20-10343 (LSS) (Jointly Administered) |
| Debtors. | Re: Docket No. 481 |

**FIRST SUPPLEMENTAL DECLARATION OF
RACHAEL L. RINGER IN SUPPORT OF APPLICATION
OF THE CREDITORS' COMMITTEE FOR AN ORDER
APPROVING THE RETENTION AND EMPLOYMENT OF
KRAMER LEVIN NAFTALIS & FRANKEL LLP AS COUNSEL
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

RACHAEL L. RINGER makes this declaration under 28 U.S.C. § 1746, and states the following:

1. I am an attorney at law and in good standing to practice in the State of New York before the United States District Court for the Southern District of New York and the Supreme Court of the United States of America and have been admitted *pro hac vice* in these Chapter 11 Cases.

2. I am a partner with the law firm of Kramer Levin Naftalis & Frankel LLP ("**Kramer Levin**"), which is located at 1177 Avenue of the Americas, New York, New York 10036.

3. I am duly authorized to make this supplemental declaration (the "**First Supplemental Declaration**") on behalf of Kramer Levin.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, TX 75038.

4. I submit this First Supplemental Declaration in support of the application (the "**Application**")[2] of the Official Committee of Unsecured Creditors (the "**Creditors' Committee**") in the chapter 11 cases (the "**Chapter 11 Cases**") of the above captioned debtors and debtors-in-possession (collectively, the "**Debtors**") seeking entry of an order authorizing the retention and employment of Kramer Levin as counsel to the Creditors' Committee, in compliance with sections 328 and 1103 of title 11 of the United States Code (the "**Bankruptcy Code**") and to provide the disclosure required under Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

5. This First Supplemental Declaration supplements the disclosures provided in my declaration in support of the Application dated April 23, 2020 (the "**Original Declaration**") [Docket No. 481] based upon the conflicts list provided by the Debtors at the time of Kramer Levin's retention (the "**Original List**").

6. Unless otherwise stated in this First Supplemental Declaration, this First Supplemental Declaration was prepared in the same manner as the Original Declaration. To the extent that any information disclosed herein requires subsequent amendment and/or modification, upon Kramer Levin's completion of further analysis or as additional information about parties-in-interest becomes available, a supplemental declaration will be submitted to the Court reflecting such amended or modified information.

7. Kramer Levin has conducted a review of a first supplemental list ("**First Supplemental List**") of parties-in-interest in these Chapter 11 Cases provided by the Debtors and certain other parties-in-interest not included in the First Supplemental List or the Original

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application and Original Declaration.

List that have appeared in these Chapter 11 Cases since Kramer Levin filed the Original Declaration.

8.  The chart attached as **Exhibit A** lists the parties-in-interest for whom, or for whose affiliates, Kramer Levin currently acts as counsel, or has acted as counsel within the last two years, or with whom Kramer Levin otherwise currently has a relationship, in addition to those connections previously disclosed in the Original Declaration. Kramer Levin believes these representations have not and will not affect its representation of the Committee in these Chapter 11 Cases.

9.  Kramer Levin regularly works with and appears in cases, proceedings and transactions involving many different attorneys, accountants, financial consultants and investment bankers, some of which may currently represent or may in the future represent claimants or parties-in-interest in these cases.

10. Except as set forth in Exhibit A, each of the entities described in this First Supplemental Declaration for whom Kramer Levin has performed services accounted for less than 1% of Kramer Levin's revenue for the period January 1, 2019 through December 31, 2019 and the period October 1, 2019 through September 30, 2020.

11. Based on the foregoing, insofar as I have been able to ascertain after diligent inquiry, I continue to believe that Kramer Levin does not hold or represent an interest adverse to the Creditors' Committee, the Debtors, or their estates in the matters upon which Kramer Levin is employed, and Kramer Levin remains "disinterested" as such term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code.

12. Kramer Levin will continue to apply its disclosure procedures, as

- 4 -

described in the Application, and to the extent that any information disclosed in the Application or herein requires subsequent amendment or modification upon Kramer Levin's completion of further analysis or as additional creditor information becomes available, one or more supplemental declarations will be submitted to the Court.

* * * *

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: December 22, 2020

                                            */s/ Rachael L. Ringer*
                                            Rachael L. Ringer
                                            Kramer Levin Naftalis & Frankel LLP