**Exhibit A**

| Interested Party | Relationship to Debtors | Description of Relationship |
| --- | --- | --- |
| AT&T Capital Services, Inc.<br>AT&T Corporation<br>AT&T (5019)<br>AT&T Capital Services, Inc.<br>AT&T Mobility<br>AT&T<br>AT&T - Opus<br>AT&T Mobility<br>AT&T Wireless | Secured Parties; Significant Contract Counterparties; Significant Utility Providers | In matters unrelated to the Debtors' Chapter 11 Cases, Kramer Levin represents (i) the official committee of unsecured creditors of Frontier Communications Corporation and its affiliates (the "**Frontier Committee**"), of which the interested parties or an affiliated entity of the interested parties is a member and (ii) the official committee of unsecured creditors of The Hertz Corporation and its affiliates (the "**Hertz Committee**"), of which the interested parties or an affiliated entity of the interested party is a member. Kramer Levin's representations of the Frontier Committee and the Hertz Committee commenced after the date of the Original Declaration. Kramer Levin believes these representations have not and will not affect its representation of the Creditors' Committee in these Chapter 11 Cases. |
| Brown Rudnick LLP | Professionals Representing Certain Parties in Interest | Kramer Levin is co-counsel with the interested party in connection with the Purdue Pharma bankruptcy cases and the Mallinckrodt plc bankruptcy cases, which are unrelated to the Debtors' Chapter 11 Cases. |
| Eversource | Significant Utility Providers | In matters unrelated to the Debtors' Chapter 11 Cases, Kramer Levin represents the Frontier Committee, of which the interested party or an affiliated entity of the interested party is a member. Kramer Levin believes this representation has not and will not affect its representation of the Creditors' Committee in these Chapter 11 Cases. |
| Girl Scouts of the United States of America ("**GSUSA**") | Unsecured Creditors Committee | As of the date of this First Supplemental Declaration, Kramer Levin represents GSUSA in an additional employment matter wholly unrelated to these Chapter 11 Cases. As disclosed in the Original Declaration, Kramer Levin has not represented and will not represent GSUSA in connection with its claims against the Debtors or in connection with the Chapter 11 Cases. Kramer Levin believes its representations of GSUSA have not and will not affect its representation of the Creditors' Committee in these Chapter 11 Cases. |

| Interested Party | Relationship to Debtors | Description of Relationship |
|---|---|---|
| Gilbert LLP | Significant Vendors, Professionals Representing Certain Parties in Interest | Kramer Levin is co-counsel with the interested party in connection with the Purdue Pharma bankruptcy cases and the Mallinckrodt plc bankruptcy cases, which are unrelated to the Debtors' Chapter 11 Cases. |
| McDermott Will & Emery LLP | Professionals Representing Certain Parties in Interest | Kramer Levin represents and/or has represented the interested party or an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases. |
| Motley Rice LLC | Professionals Representing Certain Parties in Interest | The interested party is a representative of the Plaintiffs' Executive Committee that has been appointed in the multi-district litigation captioned *In re: National Prescription Opiate Litigation*, Case No. 17-md-02804, MDL. No. 2804 (N.D. Ohio). The Plaintiffs Executive Committee is a member of the ad hoc committees represented by Kramer Levin in the bankruptcy cases of Purdue Pharma and Mallinckrodt plc (the "**Ad Hoc Committees**"). The interested party also represents certain state attorneys general and other governmental entities that are members of the Ad Hoc Committees, or that Kramer Levin otherwise represents in connection with the bankruptcy cases of Purdue Pharma and/or Mallinckrodt plc. Fees collected on account of Kramer Levin's representation of the ad hoc committee in the bankruptcy case of Purdue Pharma comprised approximately 1.11% of Kramer Levin's revenues received during the period from October 1, 2019 through September 30, 2020. Each of these representations is unrelated to the Debtors' Chapter 11 Cases. |
| Norton Rose Fulbright | Professionals Representing Certain Parties in Interest | In matters unrelated to the Debtors' Chapter 11 Cases, the interested party serves as proposed local co-counsel with Kramer Levin in connection with Kramer Levin's role as proposed counsel to the official committee of unsecured creditors of Gulfport Energy Corporation. |

| Interested Party | Relationship to Debtors | Description of Relationship |
|---|---|---|
| O'Melveny & Myers LLP | Professionals Representing Certain Parties in Interest | Kramer Levin does not represent the interested party in any matter. Adam Rogoff, a partner in the Bankruptcy and Restructuring department at Kramer Levin, worked on matters related to these Chapter 11 Cases from March 4, 2020 to May 31, 2020. Between June 1, 2020 and July 29, 2020, Mr. Rogoff was employed by O'Melveny & Myers LLP. Mr. Rogoff did not work on any matters related to these Chapter 11 Cases throughout his employment at O'Melveny & Myers LLP. On July 30, 2020, Mr. Rogoff returned to Kramer Levin as a partner in the Bankruptcy and Restructuring department at Kramer Levin and has not worked on any matters related to the Chapter 11 Cases since his return. In an abundance of caution Kramer Levin has erected an ethical screen, which precludes access to files, access to computer generated materials, communications among the attorneys and paraprofessionals working on matters related to these Chapter 11 Cases, and discussions of these matters in public places, including departmental meetings. |
| Pension Benefit Guaranty Corporation | Unsecured Creditors Committee | In matters unrelated to the Debtors' Chapter 11 Cases, Kramer Levin represents the Hertz Committee and the Frontier Committee, of which the interested party is a member. Kramer Levin believes these representations have not and will not affect its representation of the Creditors' Committee in these Chapter 11 Cases. |
| US Bank | Banks | In matters unrelated to the Debtors' Chapter 11 Cases, Kramer Levin represents the Hertz Committee and the Frontier Committee, of which the interested party or an affiliated entity of the interested party is a member. Kramer Levin also represents the interested party in its capacity as indenture trustee in other restructuring matters, which are unrelated to the Debtors' Chapter 11 Cases. Kramer Levin believes these representations have not and will not affect its representation of the Creditors' Committee in these Chapter 11 Cases. |

| Interested Party | Relationship to Debtors | Description of Relationship |
|---|---|---|
| Wells Fargo & Company | Banks | In matters unrelated to the Debtors' Chapter 11 Cases, Kramer Levin represents the Hertz Committee, of which the interested party or an affiliated entity of the interested party is a member. Kramer Levin believes this representation has not and will not affect its representation of the Creditors' Committee in these Chapter 11 Cases. |