**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
Thomas Moers Mayer
Rachel Ringer
Jennifer R. Sharret
Megan M. Wasson
1177 Avenue of the Americas
New York, NY Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Boy Scouts of America and Delaware BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

**SECOND SUPPLEMENTAL DECLARATION OF**
**DAVID MACGREEVEY OF ALIXPARTNERS, LLP**

Pursuant to 28 U.S.C. § 1746, I, David MacGreevey, state under penalty of perjury, that:

1. I am a Managing Director of AlixPartners, LLP ("AlixPartners"), which has a place of business at 909 Third Avenue, Floor 30, New York, New York 10022.

2. Except as otherwise noted, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.

3. I submit this supplemental declaration in the cases of the above-captioned debtors (collectively, the "Debtors") to supplement the disclosures set forth in my original declaration

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, TX 75038.

dated April 23, 2020 [ECF No. 483] and my first supplemental declaration dated June 11, 2020 [ECF No. 830].

    4.    Unless otherwise noted, references to AP below collectively refer to AlixPartners, AP Holdings and each of their respective subsidiaries.  AlixPartners would like to disclose the following:

- Alert Logic, Inc., a contract party to the Debtors, is a current and former AP client in matters unrelated to the Debtor.

- AP's general counsel, an employee and managing director of AP, was previously employed by American Airlines and is an equityholder as a result of such prior employment.

- Aramark Campus LLC, a litigation party to the Debtors, and affiliates are current AP clients in matters unrelated to the Debtor.

- Archdiocese of New York, a selected chartered organization of the Debtors, and affiliates are current and former AP clients in matters unrelated to the Debtor.

- Berkeley Research Group, a professional in this bankruptcy matter, is a current AP client in matters unrelated to the Debtor.

- CDW Direct LLC, a vendor to the Debtors, and affiliates, are current and former AP clients in matters unrelated to the Debtor.

- Facebook, Inc., a vendor to the Debtors, is a current AP client in matters unrelated to the Debtor.

- Getronics Pomeroy IT Solutions, a utility party to the Debtors, and affiliates are current AP clients in matters unrelated to the Debtor.

- Great American Assurance, Great American Assurance Company, Great American E & S Insurance Company and Great American Property and Casualty Insurance Group, insurance providers to the Debtors, and affiliates are current and former AP clients in matters unrelated to the Debtor.

- Hartford Accident and Indemnity Company, The Hartford Steam Boiler Inspection and Insurance Company, Hartford Fire, Hartford Financial Service Group and Hartford Insurance Group (The), insurance providers and litigation parties to the Debtors, and affiliates are current AP clients in matters unrelated to the Debtor.

- Lowe's Companies, Inc., a vendor to the Debtors, and affiliates are current AP clients in matters unrelated to the Debtor.

- Miller, Johnson, Snell & Cummiskey, P.L.C., a professional in this bankruptcy matter, is a current and former AP client in matters unrelated to the Debtor.

- Murray Energy Corporation is a donor to the Debtors. AP represents the UCC in Murray Energy Holdings Co., a bankruptcy matter unrelated to the Debtors.

- Northern Trust, a banking service provider to the Debtors, and affiliates are current and former AP clients in matters unrelated to the Debtor.

- PricewaterhouseCoopers LLP, a professional in this bankruptcy matter, and affiliates are current and former AP client in matters unrelated to the Debtor.

- Shipman & Goodwin LLP, a professional in this bankruptcy matter, is a current AP client in matters unrelated to the Debtor.

- State of Alaska, a taxing authority to the Debtors, is a bondholder and adverse litigation party to current AP clients in matters unrelated to the Debtor. The State of Alaska is a current AP client in matters unrelated to the Debtor.

- Troutman Sanders LLP, a professional in this bankruptcy matter, is a current AP client in matters unrelated to the Debtors.

5. AlixPartners does not believe that the supplemental disclosures above impact its disinterestedness. I continue to reserve the right to supplement AlixPartners' disclosures in the event that AlixPartners learns of any additional connections that require disclosure. If any new material relevant facts or relationships are discovered or arise, AlixPartners will promptly file a supplemental declaration pursuant to Bankruptcy Rule 2014(a).

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct.

Dated: December 22, 2020　　　　　　　　　　AlixPartners, LLP
New York, New York

　　　　　　　　　　　　　　　　　　　　　　*/s/ David MacGreevey*
　　　　　　　　　　　　　　　　　　　　　　David MacGreevey
　　　　　　　　　　　　　　　　　　　　　　Managing Director

3