**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| BOY SCOUTS OF AMERICA, *et al.*, | Case No. 20-10343 (LSS) |
| Debtors.[1] | Jointly Administered |
| | Re: D.I. 1201, 1202, 1203, 1207, 1208, 1209, 1210, 1226, 1265, 1294, 1322, 1335, 1336, 1337, 1581. |

**CERTIFICATION OF COUNSEL REGARDING PROPOSED THIRD OMNIBUS
ORDER GRANTING INTERIM ALLOWANCE OF FEES AND EXPENSES
FOR CERTAIN PROFESSIONALS**

The undersigned counsel to the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies as follows.

1. On April 6, 2020, the Court entered the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* (D.I. 341) (the "Interim Compensation Order").[2]

2. Pursuant to the procedures set forth in the Interim Compensation Order, the following interim fee applications (the "Interim Fee Applications") were filed:

   a. Second Interim Fee Application of Alvarez & Marsal North America, LLC, as Financial Advisor for the Debtors and Debtors In Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period From May 1, 2020 to and Including July 31, 2020 (D.I. 1209);

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal EIN, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Interim Compensation Order.

b. Second Interim Fee Application Request of Bates White, LLC, as Abuse Claims Consultant and Advisor for the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2020 to and Including July 31, 2020 (D.I. 1210);

c. Second Interim Fee Application of Haynes and Boone, LLP, as Special Insurance Counsel for the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2020 to and Including July 31, 2020 (D.I. 1265); and

d. Second Interim Fee Application of KCIC, LLC, as Insurance and Valuation Consultant for the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2020 to and Including July 31, 2020 (D.I. 1208);

e. Second Interim Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Bankruptcy Co-Counsel for the Debtors and Debtors in Possession, for Allowance of Monthly Compensation and for Monthly Reimbursement of All Actual and Necessary Expenses Incurred for the Period May 1, 2020 to and Including July 31, 2020 (D.I. 1294);

f. Second Interim Fee Application Request of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., as Special Litigation Counsel for the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2020 to and Including July 31, 2020 (D.I. 1226);

g. Second Interim Fee Application of Sidley Austin LLP, as Attorneys for the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2020 to and Including July 31, 2020 (D.I. 1207);

h. Second Quarterly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Tort Claimants' Committee for the Period from May 1, 2020 to and Including July 31, 2020 (D.I. 1322;

i. First Quarterly Application for Compensation and Reimbursement of Expenses of Berkeley Research Group LLC, as Financial Advisors to the Tort Claimants' Committee for the Period from March 6, 2020 through April 30, 2020 (D.I. 1581);

j. Second Interim Fee Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from May 1, 2020 to and Including July 31, 2020 (D.I. 1337);

k. Second Interim Fee Application of Kramer Levin Naftalis & Frankel LLP for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred as Counsel to the Official Committee of Unsecured Creditors of Boy Scouts

       of America and Delaware BSA, LLC, for the Period from May 1, 2020 through and Including July 31, 2020 (D.I. 1335);

  l. Second Interim Fee Application of Reed Smith LLP, Delaware Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses for the Period May 1, 2020 through and Including July 31, 2020 (D.I. 1336);

  m. First Interim Fee Application Request of Ankura Consulting Group, LLC as Consultants to the Legal Representative for Future Claimants for Allowance of Compensation and Reimbursement of Expenses for the Period from April 27, 2020 Through July 31, 2020 (D.I. 1201);

  n. First Interim Fee Application of Gilbert LLP, Insurance Counsel to Future Claimants' Representative, for Allowance of Compensation and Reimbursement of Expenses for the Period March 19, 2020 Through July 31, 2020 (D.I. 1202); and

  o. Combined Second Interim Fee Application Request of James L. Patton, Jr. as the Legal Representative for Future Claimants and Young Conaway Stargatt & Taylor, LLP as Counsel to the Legal Representative for Future Claimants for Allowance of Compensation and Reimbursement of Expenses for the Period From May 1, 2020 through and Including July 31, 2020 (D.I. 1203) (collectively, the "Professionals").

  3. Rucki Fee Review, LLC, the fee examiner appointed in the above-captioned chapter 11 cases and acting in his capacity as such (the "Fee Examiner") filed a final report for each of the Professionals recommending reductions from the Interim Fee Applications (the "Final Reports").

  4. Based on the comments from the Fee Examiner, and any other informal comments from the U.S. Trustee, certain of the Professionals agreed to certain reductions in fees and/or expenses.

  5. Such reductions are reflected in the *Third Omnibus Order Granting Interim Allowance of Fees and Expenses for Certain Professionals* (the "Proposed Order"), attached hereto as **Exhibit A**.

  6. Besides the Final Reports and the informal comments from the U.S. Trustee, the Professionals have received no other objection, response, or comments, and no

3

objection or other responsive pleading to the Interim Fee Applications appear on the Court's docket.

7. Each of the Professionals, the Fee Examiner, and the U.S. Trustee were provided with an opportunity to review the Proposed Order and do not object to its entry.

*[Remainder of Page Intentionally Left Blank]*

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order attached hereto as **Exhibit A** at its earliest convenience.

| | |
|---|---|
| Dated:  December 23, 2020<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Eric W. Moats*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Eric W. Moats (No. 6441)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone:  (302) 658-9200<br>Email:  dabbott@mnat.com<br>            aremming@mnat.com<br>            emoats@mnat.com<br>            ptopper@mnat.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Jessica C. K. Boelter (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone:  (212) 819-8200<br>Email:  jessica.boelter@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone:  (212) 881-5400<br>Email: mandolina@whitecase.com<br>            mlinder@whitecase.com<br><br>*Counsel for the Debtors and Debtors in Possession* |