**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>          Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |
| BOY SCOUTS OF AMERICA,<br><br>          Plaintiff,<br><br>      v.<br><br>A.A., *et al.*,<br><br>          Defendants. | Adv. Pro. No. 20-50527 (LSS)<br><br><br>**Related Adv. Docket Nos. 6, 54, 68, 72, 77,<br>81, 91, 96, 107, 116, 118** |

**NOTICE OF FILING OF AMENDED SCHEDULE 1 TO CONSENT ORDER**

The undersigned counsel to the Boy Scouts of America ("BSA"), the non-profit corporation

that is, along with its affiliate Delaware BSA, LLC, a debtor and debtor in possession in the above-

captioned chapter 11 cases (the "Debtors") hereby provides notice that:

1.      On February 18, 2020 (the "Petition Date"), voluntary petitions for relief under

Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") were filed in the

Bankruptcy Court by the BSA and Delaware BSA, LLC (Case No. 20-10343) (LSS) (Jointly

Administered).

2.      On the Petition Date, the Debtors initiated an adversary proceeding at Adv. Pro.

No. 20-50527 (LSS) (the "Adversary Proceeding") by filing the Verified Complaint for Injunctive

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, Texas 75038.

Relief [A.D.I. 3] (the "Complaint").  In connection with the Complaint, the Debtors filed *The BSA's Motion for a Preliminary Injunction Pursuant to Sections 105(a) and 362 of the Bankruptcy Code* [A.D.I. 6] (the "Preliminary Injunction Motion").

3.      On March 30, 2020, the Bankruptcy Court entered the *Consent Order Pursuant to 11 U.S.C. §§ 105(a) and 362 Granting the Debtors' Preliminary Injunction Motion* [A.D.I. 54] (the "Consent Order").  The Consent Order immediately stayed through and until May 18, 2020 (as may be and has been extended, the "Termination Date") all actions identified on Schedule 1 attached thereto (the "Pending Abuse Actions") and any future actions raising substantially similar claims (the "Further Abuse Actions") as against the "BSA Related Parties" identified on Schedule 2 attached thereto.  Consent Order ¶¶ 3, 7.

4.      On May 18, 2020, the Bankruptcy Court entered the *Stipulation and Agreed Order By and Among the Boy Scouts of America, the Official Committee of Survivors of Abuse, and the Official Committee of Unsecured Creditors Extending the Termination Date of the Standstill Period under the Consent Order Granting the BSA's Motion for a Preliminary Injunction Pursuant to 11 U.S.C. §§ 105(A) and 362* [A.D.I. 72] (the "First Stipulation and Agreed Order") extending the Termination Date through and including June 8, 2020.

5.      On June 9, 2020, the Bankruptcy Court entered the *Second Stipulation and Agreed Order By and Among the Boy Scouts of America, the Official Committee of Survivors of Abuse, and the Official Committee of Unsecured Creditors Modifying the Consent Order Granting the BSA's Motion for a Preliminary Injunction Pursuant to 11 U.S.C. §§ 105(A) and 362 and Further Extending the Termination Date of the Standstill Period* [A.D.I. 77] (the "Second Stipulation and Agreed Order"), which, among other things, further extended the Termination Date through and including November 16, 2020.

6.      On October 22, 2020, the BSA, the Official Committee of Unsecured Creditors (the "UCC"), and the Official Committee of Tort Claimants (the "TCC") filed with the Bankruptcy Court the *Third Stipulation By and Among the Boy Scouts of America, the Official Committee of Survivors of Abuse, and the Official Committee of Unsecured Creditors Modifying the Consent Order Granting the BSA's Motion for a Preliminary Injunction Pursuant to 11 U.S.C. §§ 105(a) and 362 and Further Extending the Termination Date of the Standstill Period* [A.D.I. 107-1] (the "Third Stipulation").  On November 18, 2020, the Court approved the Third Stipulation, entering the *Order Approving Third Stipulation by and Among the Boy Scouts of America, the Official Committee of Survivors of Abuse, and the Official Committee of Unsecured Creditors Modifying the Consent Order Granting the BSA's Motion for a Preliminary Injunction Pursuant to 11 U.S.C. §§ 105(a) and 362 and Further Extending the Termination Date of the Standstill Period* [A.D.I. 116] (the "Order Approving Third Stipulation"). As a result, the Termination Date has now been extended through and including March 19, 2021. *See* Third Stipulation ¶ 3.

7.      Paragraph 11 of the Consent Order, as modified and extended by the First Stipulation and Agreed Order, the Second Stipulation and Agreed Order, and the Order Approving Third Stipulation, provides:

> Approximately every thirty (30) days after the entry of this Consent Order, the BSA shall file an amended Schedule 1, which will include additional Further Abuse Actions subject to this Consent Order, on the docket of the BSA's chapter 11 case; provided, however, that such schedule shall identify any plaintiff only as set forth in their complaint (by pseudonym where applicable), and by counsel to the plaintiff and the Index Number or case number of the case.

Consent Order ¶ 11.

8.      Accordingly, pursuant to Paragraph 11 of the Consent Order, as modified and extended by the First Stipulation and Agreed Order, the Second Stipulation and Agreed Order, and the Order Approving Third Stipulation, the BSA hereby files and provides notice of an Amended

3

Schedule 1 of the Consent Order attached as **Exhibit 1** hereto.  Each of the Pending Abuse Actions

and Further Abuse Actions, as the case may be, identified on Amended Schedule 1 are subject to

the terms of the Consent Order, as modified and extended by the First Stipulation and Agreed

Order, the Second Stipulation and Agreed Order, and the Order Approving Third Stipulation,

including, without limitation, a stay of proceedings therein through and including March 19, 2021.

   9.  A blackline comparing the Amended Schedule 1 to the Schedule 1 last filed [A.D.I.

118-1] is attached hereto as **Exhibit 2**.

Dated:  December 23, 2020        **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
      Wilmington, Delaware

*/s/ Paige N. Topper*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Eric W. Moats (No. 6441)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Email:  dabbott@mnat.com
      aremming@mnat.com
      emoats@mnat.com
      ptopper@mnat.com


– and –

**WHITE & CASE LLP**
Jessica C. K. Boelter (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 819-8200
Email: jessica.boelter@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone:  (312) 881-5400
Email:  mandolina@whitecase.com
      mlinder@whitecase.com

*COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION*