# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | RE: ECF No. 1784 |

### CERTIFICATE OF NO OBJECTION REGARDING THE FIRST INTERIM FEE APPLICATION OF QUINN EMANUEL URQUHART & SULLIVAN, LLP AS SPECIAL COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM AUGUST 1, 2020, THROUGH SEPTEMBER 30, 2020

The undersigned hereby certifies that, as of the date herein, Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel") has received no answer, objection, or other responsive pleading to the First Interim Fee Application of Quinn Emanuel Urquhart & Sullivan, LLP, as Special Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2020, through September 30, 2020 (the "Application") (ECF No. 1784), filed on December 3, 2020.

The undersigned further certifies that Quinn Emanuel has caused the review of the Court's docket in these cases and that no answer, objection, or other responsive pleading to the Application appears thereon. Pursuant to the Notice, objections to the Application were to be filed and served no later than 4:00 p.m. (prevailing Eastern Time) on December 17, 2020.

Accordingly, pursuant to the Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Reimbursement for Official Committee Members and (II) Granting Related Relief (ECF No. 341) entered on April 6, 2020, the Debtors are authorized to pay the amount indicated below.

| (1) Total Fees Requested | (2) Total Expenses Requested |
|---|---|
| $1,051,110.45 | $14,315.86 |

WHEREFORE, Quinn Emanuel respectfully requests that the Application be approved.

Respectfully submitted this 28th day of December, 2020.

    QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/  Patricia B. Tomasco*
    Patricia B. Tomasco
    711 Louisiana, Suite 500
    Houston, Texas 77002
    Telephone: 713-221-7000
    Facsimile:  713-221-7100
    Email: pattytomasco@quinnemanuel.com

-and-

    Rachel Herrick Kassabian
    555 Twin Dolphin Drive, 5th Floor
    Redwood Shores, California 94065
    Telephone: 650-801-5005
    Email: rachelkassabian@quinnemanuel.com

-and-

    Todd Anten
    51 Madison Avenue, 22nd Floor
    New York, New York 10010
    Telephone: 212-849-7192
    Email: toddanten@quinnemanuel.com

SPECIAL LITIGATION COUNSEL FOR THE BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC