# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>RE: ECF No. 1784 |

**ORDER GRANTING THE FIRST INTERIM
FEE APPLICATION OF QUINN EMANUEL URQUHART & SULLIVAN, LLP
AS SPECIAL COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
FROM AUGUST 1, 2020, THROUGH SEPTEMBER 30, 2020**

This matter came to be heard, in accordance with the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals (the "Interim Compensation Procedures Order") (ECF No. 341), on the First Interim Fee Application of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2020, through September 30, 2020 (the Application") (ECF No. 1784); and this Court having determined that proper and adequate notice of this matter has been given and that no other or further notice is necessary; and the requested compensation for the services detailed in the Application being for reasonable and necessary services rendered by the Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"); the reimbursement for expenses detailed in the Application representing actual and necessary expenses incurred by Quinn Emanuel in this case; the legal and factual bases

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

05621-00003/12478281.1

set forth in the Application having established just cause for the relief granted herein; and after due deliberation thereon; and good and sufficient cause appearing therefor;

IT IS HEREBY

ORDERED that interim compensation and reimbursement of expenses for Quinn Emanuel is hereby allowed as set forth in this Order; it is further

ORDERED that the Debtors are authorized and directed to promptly disburse to Quinn Emanuel payment in the amount of the $1,051,110.45 incurred from August 1, 2020, through September 30, 2020; it is further

ORDERED that the Debtors are authorized and directed to promptly disburse to Quinn Emanuel reimbursement of expenses in the amount of $14,315.86 incurred from August 1, 2020, through September 30, 2020; it is further

ORDERED that the Debtors are authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order; it is further

ORDERED that this Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order; it is further

ORDERED that this Order shall be effective immediately upon entry.

Dated: _____
Wilmington, Delaware

_____
THE HON. LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE