**EXHIBIT A**

**COMPENSATION BY PROJECT CATEGORY**

**BOY SCOUTS OF AMERICA**
**(Case No. 20-10343 (LSS))**

**October 1, 2020 through October 31, 2020**

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Case Administration | 5.30 | 2,261.50 |
| Automatic Stay Matters | 3.40 | 1,739.00 |
| Creditor Communications and Meetings | 1.20 | 985.50 |
| Fee Applications (MNAT - Filing) | 4.70 | 1,574.50 |
| Fee Applications (Others - Filing) | 28.10 | 12,050.00 |
| Fee Applications (Other - Objections) | 0.60 | 555.00 |
| Avoidance Actions | 1.00 | 335.00 |
| Executory Contracts/Unexpired Leases | 0.40 | 154.00 |
| Other Contested Matters | 27.60 | 18,683.50 |
| Insurance Matters | 1.40 | 1,100.00 |
| Court Hearings | 38.80 | 15,938.00 |
| Claims Objections and Administration | 11.80 | 7,690.50 |
| Plan and Disclosure Statement | 4.40 | 2,438.00 |
| Litigation/Adversary Proceedings | 6.20 | 3,618.00 |
| Professional Retention (Others - Filing) | 13.70 | 7,636.00 |
| General Case Strategy | 3.00 | 1,557.50 |
| Schedules/SOFA/U.S. Trustee Reports | 0.80 | 384.00 |
| **TOTAL** | **152.40** | **$78,700.00** |

**Time Detail**

**Task Code:**    B110    Case Administration

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 10/05/20 | Remming, Andrew | Review email from D. Potts re re-notice of motion | 0.1 | 80.00 |
| 10/05/20 | Abbott, Derek C. | Call w/Boelter re: transition matters | 0.3 | 277.50 |
| 10/05/20 | Reimann, Glenn | Draft pro hac vice motions and notices of withdrawal and appearance. | 0.6 | 201.00 |
| 10/08/20 | Naimoli, Theresa M. | Prepare and efile Notice of Appearance | 0.1 | 31.50 |
| 10/08/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing of notices (.1); prepare & efile Notice of Withdrawal of Appearance as Counsel (.1) | 0.2 | 63.00 |
| 10/08/20 | Reimann, Glenn | Draft notice of withdrawal of DI 1446. | 0.1 | 33.50 |
| 10/08/20 | Reimann, Glenn | Draft and revise withdrawal of appearance, notice of appearance, and pro hac motion for White & Case attorneys. | 0.5 | 167.50 |
| 10/08/20 | Moats, Eric | Review notice of withdrawal for M. Linder, J. Boelter, and M. Andolina. | 0.1 | 53.50 |
| 10/08/20 | Moats, Eric | Review W&C NOA and email M. Linder re: same. | 0.1 | 53.50 |
| 10/08/20 | Moats, Eric | Email exchange w/ M. Linder re: NOAs and notices of withdrawal (.2) and email exchange w/ T. Naimoli re: case notifications for same (.1). | 0.3 | 160.50 |
| 10/12/20 | Topper, Paige | Call with E. Moats re: agenda, QE fee application and WIP list. | 0.3 | 153.00 |
| 10/12/20 | Moats, Eric | Phone call w/ P. Topper re: Rule 2004 TCC motion and responses, QE Retention application, and 10.14 hearing preparations. | 0.3 | 160.50 |
| 10/13/20 | Moats, Eric | Email exchange w/ M. Linder and E. Rosenberg re: cases and notifications and coordinate for alerts re: same. | 0.1 | 53.50 |
| 10/16/20 | Moats, Eric | Review J. Boelter, M. Andolina, and M. Linder W&C pro hacs and coordinate for filing of same. | 0.1 | 53.50 |
| 10/19/20 | Reimann, Glenn | Draft notice of withdrawal A. O'Neil and B. Warner and pro hac motion for B. Warner. | 0.3 | 100.50 |

2

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/21/20 | Reimann, Glenn | Perform conflicts check. | 0.2 | 67.00 |
| 10/22/20 | Leyh, Meghan | Prepare redacted version of PII list for U.S. Trustee | 1.0 | 335.00 |
| 10/22/20 | Moats, Eric | Coordinate re: case updates for B. Warner. | 0.1 | 53.50 |
| 10/28/20 | Reimann, Glenn | Email communications with P. Topper, E. Moats, and Omni regarding potential creditor voicemail. | 0.3 | 100.50 |
| 10/28/20 | Naimoli, Theresa M. | Review and respond to email from P. Topper re filing of notice (.1); prepare & efile Prepare and efile Notice of Withdrawal of Debtors' 9019 Motion re Worley Settlement Agreement (.1) | 0.2 | 63.00 |
| | | **Total** | **5.3** | **2,261.50** |

**Task Code:**  B140  Automatic Stay Matters

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/06/20 | Moats, Eric | Email exchange w/ W. Curtin re: revisions to Henderson stay COC (.2); review changes to same (.3); and coordinate w/ T. Naimoli re: filing and service of same (.1). | 0.6 | 321.00 |
| 10/06/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of certification (.1); prepare & efile Certification of Counsel Regarding the Motion for Relief from the Automatic Stay of Margaret Henderson (.3) | 0.4 | 126.00 |
| 10/09/20 | Moats, Eric | Email exchange w/ K. Doughty re: Rivera/Ramirez lift stay motion and CNO for same. | 0.2 | 107.00 |
| 10/26/20 | Abbott, Derek C. | Review Worley 9019 papers | 0.2 | 185.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/26/20 | Topper, Paige | Review 9019 Motion for Worley Settlement (.3); review 9019 Motion for Wilson Settlement (.3); email to E. Rosenberg, M. Linder, B. Warner, D. Abbott and E. Moats re: revisions to same (.1). | 0.7 | 357.00 |
| 10/28/20 | Naimoli, Theresa M. | Review and respond to email from P. Topper re filing and service of motion (.1); prepare & efile Debtors' 9019 Motion re Wilson Settlement Agreement (.3) | 0.4 | 126.00 |
| 10/28/20 | Topper, Paige | Revise Worley settlement motion and Wilson settlement motion and emails with M. Linder re: same. | 0.6 | 306.00 |
| 10/28/20 | Topper, Paige | Emails with W. Curtin, M. Linder, D. Abbott and E. Moats re: Worley settlement motion and Wilson settlement motion. | 0.1 | 51.00 |
| 10/29/20 | Remming, Andrew | Review 9019 motion re Worley | 0.2 | 160.00 |
| | | **Total** | **3.4** | **1,739.00** |

**Task Code:**    B150        Creditor Communications and Meetings

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/07/20 | Abbott, Derek C. | Call to Rice re: Florida Methodist data room issues | 0.1 | 92.50 |
| 10/07/20 | Abbott, Derek C. | Call w/Linder re: Florida Methodist inquiry | 0.2 | 185.00 |
| 10/08/20 | Abbott, Derek C. | Call w/Rice re: Florida Methodist info requests | 0.3 | 277.50 |
| 10/16/20 | Abbott, Derek C. | Call w/Duedall re: adjourned hearing | 0.3 | 277.50 |
| 10/26/20 | Topper, Paige | Review sexual abuse survivor letter to Court and email to Chambers, B. Warner and E. Moats re: same. | 0.1 | 51.00 |
| 10/28/20 | Topper, Paige | Review letter filed with the Court from sexual abuse claimant and email to chambers re: same. | 0.2 | 102.00 |

|  |  | **Total** | **1.2** | **985.50** |
|---|---|---|---|---|

**Task Code:**     B160     Fee Applications (MNAT - Filing)

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 10/01/20 | Vale, Desiree | Draft MNAT August Fee Application | 1.5 | 502.50 |
| 10/14/20 | Vale, Desiree | Draft MNAT September Fee Application | 0.5 | 167.50 |
| 10/15/20 | Vale, Desiree | emails w/ E. Moats re inquiry re PI | 1.3 | 435.50 |
| 10/16/20 | Vale, Desiree | Revise MNAT September Fee Application | 0.8 | 268.00 |
| 10/16/20 | Vale, Desiree | Draft MNAT CNO to Sixth Fee Application (.2) send to P. Topper (.1) e-file the same (.2) send to C. Bingelli in Alvarez Marsal (.1) | 0.6 | 201.00 |
|  |  | **Total** | **4.7** | **1,574.50** |

**Task Code:**     B165     Fee Applications (Others - Filing)

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 10/01/20 | Moats, Eric | Phone call w/ R. Kassabian, T. Anton, and M. Linder re: fee application process, fee examiner, and interim fee requirements. | 0.7 | 374.50 |
| 10/01/20 | Moats, Eric | Review Ogletree August fee app (.2) and coordinate w/ D. Vale re: filing and service of same (.1). | 0.3 | 160.50 |
| 10/01/20 | Vale, Desiree | Review and respond to e-mail from E. Moats re Ogletree Sixth Fee Application e-filing (.1) draft Notice re the same (.3) prepare documents and e-file (.4) | 0.8 | 268.00 |
| 10/04/20 | Moats, Eric | Email exchange w/ B. Warner re: appraisers fee applications. | 0.3 | 160.50 |
| 10/05/20 | Topper, Paige | Call with E. Moats re: appraiser retention application, Quinn Emanuel fee applications, October omnibus hearing. | 0.6 | 306.00 |
| 10/05/20 | Moats, Eric | Phone call w/ B. Warner re: appraiser fee applications and bar date order revisions. | 0.4 | 214.00 |
| 10/05/20 | Moats, Eric | Review appraiser retention orders and draft fee app from B. Warner re: same. | 0.5 | 267.50 |
| 10/05/20 | Moats, Eric | Phone call w/ P. Topper re: appraiser fee apps, bar date order revisions, and general case updated. | 0.6 | 321.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/05/20 | Moats, Eric | Phone call w/ J. Rucki re: appraiser fee and expense detail and fee apps. | 0.2 | 107.00 |
| 10/05/20 | Vale, Desiree | Correspondence with Bates White Professionals re CNO to Bates White August Fee Application (.1) e-file the same (.2) | 0.3 | 100.50 |
| 10/05/20 | Vale, Desiree | Correspondence with M. Linder re CNO to Sidley August Fee Application (.1) e-file the same (.2) | 0.3 | 100.50 |
| 10/05/20 | Vale, Desiree | Draft CNOs (x3) re Sidley, Haynes & Boone, and Baker Botts August Fee Applications (.7) correspondence (x3) with professionals (.3) | 1.0 | 335.00 |
| 10/06/20 | Vale, Desiree | Review and respond e-mail from E. Moats regarding Appraiser of the Keys First and Final Fee application Notice (.1) draft the same (.3) | 0.4 | 134.00 |
| 10/06/20 | Vale, Desiree | Correspondence with A. Azer and E. Moats re CNO to Haynes and Boone August Fee Application (.2) update and e-file the same (.2) e-mail to with Alvarez & Marsal (.1) | 0.5 | 167.50 |
| 10/06/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of fee application (.1); prepare & efile First and Final Fee Application of Appraisers of the Keys, Inc. for the Period June 18, 2020 through October 2, 2020 (.2) | 0.3 | 94.50 |
| 10/06/20 | Moats, Eric | Review AOTC fee application and email B. Warner re: comments to same. | 0.6 | 321.00 |
| 10/06/20 | Moats, Eric | Further email exchange w/ B. Warner re: appraiser fee apps. | 0.3 | 160.50 |
| 10/07/20 | Moats, Eric | Review H&L appraiser fee app (.3); review engagement letter and retention app re: same (.3); email exchange w/ B. Warner re: same (.2); and email exchange w/ P. Topper re: same (.1). | 0.9 | 481.50 |
| 10/07/20 | Vale, Desiree | Draft CNO to Alvarez & Marsal August Fee Application (.3) correspondence with professionals, E. Moats, and P. Topper re e-filing the same (.2) | 0.5 | 167.50 |
| 10/07/20 | Reimann, Glenn | Draft notices and prepare filings for the PwC and H&LA fee applications. Electronically file the H&LA fee application. | 1.0 | 335.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/08/20 | Moats, Eric | Review PwC fee app (.2); email exchange w/ B. Warner re: same (.2) | 0.4 | 214.00 |
| 10/08/20 | Moats, Eric | Email exchange w/ A. Clark-Smith re: revisions to PwC fee app. | 0.2 | 107.00 |
| 10/09/20 | Vale, Desiree | Review and respond e-mail from P. Topper re CNO to Alvarez Marsal August Fee Application (.1) update and e-file the same (.2) e-mail to C. Bingelli in Alvarez Marsal (.1) | 0.4 | 134.00 |
| 10/12/20 | Topper, Paige | Call with B. Warner re: Quinn Emanuel fee application. | 0.2 | 102.00 |
| 10/12/20 | Moats, Eric | Review QE first fee app and comment on same. | 0.6 | 321.00 |
| 10/13/20 | Moats, Eric | Review revised PwC fee app (.2) and coordinate w/ T. Naimoli re: filing and service of same (.1). | 0.3 | 160.50 |
| 10/13/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of fee application (.1); prepare & efile PwC's First Combined Monthly Fee App for the Period from February 18, 2020 through July 31, 2020 (.3) | 0.4 | 126.00 |
| 10/14/20 | Topper, Paige | Call with B. Warner re: QE fee application, exclusivity motion and upcoming filings. | 0.3 | 153.00 |
| 10/14/20 | Moats, Eric | Review A&M September fee app (.2); email exchange w/ C. Bingelli and B. Warner re: filing (.1); and coordinate w/ T. Naimoli re: filing and service of same (.2). | 0.5 | 267.50 |
| 10/14/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of fee application (.1); prepare & efile Sixth Monthly Fee Application of Alvarez & Marsal North America, LLC for the Period September 1, 2020 through September 30, 2020 (.6) | 0.7 | 220.50 |
| 10/14/20 | Topper, Paige | Call with T. Anten re: Quinn Emanuel fee application | 0.3 | 153.00 |
| 10/15/20 | Vale, Desiree | Review and respond e-mail from P. Topper re FI Salter Final Fee Application Notice (.1) draft the same (.3) | 0.4 | 134.00 |
| 10/15/20 | Vale, Desiree | correspondence (3x) E. Moats, S. Manning and M. Linder re PI inquiry | 1.0 | 335.00 |

7

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/15/20 | Moats, Eric | Phone call w/ P. Topper re: appraiser fee applications, QE retention, A&M fee app, and items from 10.14 hearing. | 0.3 | 160.50 |
| 10/15/20 | Topper, Paige | Review notice for appraiser first and final fee application and call with D. Vale re: revisions to same. | 0.2 | 102.00 |
| 10/15/20 | Topper, Paige | Call with E. Moats re: appraiser final fee application and A&M fee application | 0.3 | 153.00 |
| 10/15/20 | Leyh, Meghan | File Exhibit D to Sixth Monthly Fee Application of Alvarez & Marsal North America, LLC – Time Detail by Activity by Professional; send to Omni for service | 0.4 | 134.00 |
| 10/16/20 | Moats, Eric | Review MNAT July fee app CNO and email exchange w/ D. Vale re: filing of same. | 0.1 | 53.50 |
| 10/20/20 | Moats, Eric | Review PwC second monthly fee application (.4) and coordinate w/ D. Vale re: filing and service of same (.1). | 0.5 | 267.50 |
| 10/20/20 | Vale, Desiree | Review and respond e-mail from E. Moats re PWC Second Fee Application e-filing (.1) draft Notice re the same (.3) prepare and e-file (.3) coordinate service (.1) | 0.8 | 268.00 |
| 10/21/20 | Moats, Eric | Email J. Rucki re: Appraiser fee apps, CNOs, and proposed orders for same. | 0.3 | 160.50 |
| 10/21/20 | Moats, Eric | Phone call w/ P. Topper re: appraiser fee applications and PwC supplemental declaration. | 0.2 | 107.00 |
| 10/21/20 | Topper, Paige | Call with E. Moats re: appraiser fee applications and PWC fee application. | 0.2 | 102.00 |
| 10/22/20 | Moats, Eric | Review CNOs for AOTA and H&LA fee applications (.1); revise re: language from J. Rucki (.2); and email exchange w/ B. Warner re: authorization for same (.1). | 0.4 | 214.00 |
| 10/22/20 | Moats, Eric | Coordinate w/ T. Naimoli re: filing of appraiser CNOs. | 0.2 | 107.00 |
| 10/22/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing of fee certificate (.1); prepare & efile Certificate of No Objection Regarding Combined First Monthly and Interim Fee Application of Hotel & Leisure Advisors, LLC for the Period June 18, 2020 through September 15, 2020 (.3) | 0.4 | 126.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/22/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing of certificate (.1); prepare & efile Certificate of No Objection Regarding Appraisers of the Keys First and Final Fee App (.2) | 0.3 | 94.50 |
| 10/23/20 | Moats, Eric | Revise appraiser CNOs (.2) and coordinate w/ T. Naimoli re: filing and service of same (.2). | 0.4 | 214.00 |
| 10/23/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of fee application (.1); prepare & efile Seventh Monthly Application of Bates White, LLC for the Period September 1, 2020 through September 30, 2020 (.3) | 0.4 | 126.00 |
| 10/23/20 | Moats, Eric | Email exchange w/ B. Warner re: appraiser CNOs. | 0.1 | 53.50 |
| 10/23/20 | Vale, Desiree | Review and respond e-mail from Bates White re Seventh Fee Application e-filing (.1) prepare Notice re the same (.3) e-mail to E. Moats and P. Topper (.1) | 0.5 | 167.50 |
| 10/27/20 | Vale, Desiree | Communication with E. Moats Re Sidley Fee Application e-filing (.1) prepare documents and e-file the same (.3) coordinate service (.1) | 0.5 | 167.50 |
| 10/27/20 | Vale, Desiree | Review and respond e-mail from E. Moats re Sidley Seventh Fee Application e-filing (.1) draft Notice (.2) | 0.3 | 100.50 |
| 10/27/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing of certificate (.1); prepare & efile Certificate of No Objection Regarding First Monthly Fee Application of Quinn Emanuel Urquhart & Sullivan, LLP for the Period from August 1, 2020 to and Including August 31, 2020 (.2) | 0.3 | 94.50 |
| 10/27/20 | Vale, Desiree | Correspondence with E. Moats re CNO to Quinn Emanuel First Fee Application (.1) draft the same (.3) | 0.4 | 134.00 |
| 10/27/20 | Moats, Eric | Review Sidley September fee app. | 0.3 | 160.50 |
| 10/27/20 | Moats, Eric | Email exchange w/ T. Anten re: QE fee app CNO. | 0.2 | 107.00 |
| 10/28/20 | Reimann, Glenn | Coordinate service of Hotel & Leisure Advisors and Key, Inc. fee orders | 0.2 | 67.00 |
| 10/28/20 | Moats, Eric | Email exchange w/ Chambers re: appraiser orders. | 0.1 | 53.50 |

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 10/28/20 | Vale, Desiree | Draft CNO to PwC First Fee Application (.2) correspondence with PwC contacts re e-filing (.1) e-file the same (.2) | 0.5 | 167.50 |
| 10/28/20 | Moats, Eric | Email exchange w/ C. Bingelli re: Appraiser CNOs and entry of orders for same. | 0.2 | 107.00 |
| 10/28/20 | Vale, Desiree | Review and respond e-mail from P. Topper re Ferguson First and Final Fee Application (.1) draft notice (.2) prepare and e-file the same (.4) coordinate service (.1) | 0.8 | 268.00 |
| 10/28/20 | Moats, Eric | Email exchange w/ D. Vale re: PWC CNO and coordinate for filing of same. | 0.2 | 107.00 |
| 10/28/20 | Topper, Paige | Emails with B. Warner re: BW Ferguson first and final fee application. | 0.1 | 51.00 |
| 10/28/20 | Topper, Paige | Review and finalize BW Ferguson first and final fee application (.4); review notice for same and emails with D. Vale re: filing and service of same (.1). | 0.5 | 255.00 |
| 10/29/20 | Vale, Desiree | Draft CNO to Alvarez and Marsal Sixth Fee Application (.2) correspondence with A&M re the same (.1) | 0.3 | 100.50 |
| 10/29/20 | Moats, Eric | Phone call w/ J. Rucki re: initial fee reports, omnibus fee hearing, and timeline for same. | 0.5 | 267.50 |
| 10/30/20 | Vale, Desiree | E-file CNO to Alvarez Marsal Sixth Fee Application | 0.2 | 67.00 |
| 10/30/20 | Moats, Eric | Email D. Abbott and P. Topper re: fee examiner conversation and omnibus fee hearing and initial report requests. | 0.1 | 53.50 |
| 10/30/20 | Moats, Eric | Email exchange w/ C. Bingelli and D. Vale re: A&M fee app CNO and filing of same. | 0.2 | 107.00 |
| | | **Total** | **28.1** | **12,050.00** |

**Task Code:**    B175    Fee Applications (Other - Objections)

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 10/05/20 | Abbott, Derek C. | Review draft retention appeal brief re: Sidley | 0.5 | 462.50 |
| 10/28/20 | Abbott, Derek C. | Review correspondence from Linder re: UST inquiries re: W&C retention application | 0.1 | 92.50 |

|  |  |  | **Total** | **0.6** | **555.00** |
|--|--|--|--|--|--|

**Task Code:**     B180          Avoidance Actions

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|--|--|--|--|--|
| 10/10/20 | Vale, Desiree | Correspondence and call with E. Moats and P. Topper re Motion for Leave to File Omnibus Response e-filing (.2) prepare and e-file the same (.7) coordinate service (.1) | 1.0 | 335.00 |

|  |  | **Total** | **1.0** | **335.00** |
|--|--|--|--|--|

**Task Code:**     B185          Executory Contracts/Unexpired Leases

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|--|--|--|--|--|
| 10/08/20 | Reimann, Glenn | Draft CNO regarding rejection motion | 0.2 | 67.00 |
| 10/08/20 | Moats, Eric | Email exchange w/ B. Warner and J. Schomberg re: CNO for second omnibus rejection motion. | 0.1 | 53.50 |
| 10/13/20 | Reimann, Glenn | Email communications with Omni regarding service of motion to reject order. | 0.1 | 33.50 |

|  |  | **Total** | **0.4** | **154.00** |
|--|--|--|--|--|

**Task Code:**     B190          Other Contested Matters

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|--|--|--|--|--|
| 10/07/20 | Topper, Paige | Call with J. Ward re: supplemental appendix and seal process for Sidley appeal brief (.2); call with A. Remming re: same (.2); call with N. Tygesson re: same (.1). | 0.5 | 255.00 |
| 10/07/20 | Remming, Andrew | Review Circle Ten objection to 2004 motion | 0.3 | 240.00 |
| 10/07/20 | Remming, Andrew | Review Baltimore council objection to 2004 motion | 0.2 | 160.00 |
| 10/07/20 | Remming, Andrew | Review St. Louis objection to TCC 2004 motion | 0.1 | 80.00 |
| 10/07/20 | Remming, Andrew | Review email from J. Stang re filing | 0.1 | 80.00 |
| 10/07/20 | Remming, Andrew | Review motion to quash Kosnoff depo | 0.3 | 240.00 |
| 10/07/20 | Remming, Andrew | Review declaration in support of Century motion to compel depos | 0.2 | 160.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/07/20 | Remming, Andrew | Review Century motion to compel depos | 0.4 | 320.00 |
| 10/07/20 | Abbott, Derek C. | Review Century documents re depositions of Kosnoff and Van Arsdale | 0.3 | 277.50 |
| 10/08/20 | Remming, Andrew | Review email from P. Topper re local rule issue and Century; review email from E. Moats re same | 0.1 | 80.00 |
| 10/08/20 | Remming, Andrew | Review Century renewed motion to seal documents | 0.2 | 160.00 |
| 10/08/20 | Remming, Andrew | Review Coalition objection to motion to compel | 0.3 | 240.00 |
| 10/08/20 | Remming, Andrew | Review order re Coalition sealing motion | 0.1 | 80.00 |
| 10/09/20 | Topper, Paige | Emails with E. Moats and B. Warner re: motions for leave to file objection to Coalition motions and local rules re: same. | 0.2 | 102.00 |
| 10/09/20 | Topper, Paige | Review draft omnibus reply to Coalition motion re: proofs of claim and email to D. Abbott re: same. | 0.5 | 255.00 |
| 10/09/20 | Topper, Paige | Phone call w/E. Moats re: motion for leave, TCC Rule 2004 motion, and responses to same | 0.2 | 102.00 |
| 10/09/20 | Remming, Andrew | Review omnibus response to Coalition motions | 0.3 | 240.00 |
| 10/09/20 | Remming, Andrew | Review email from E. Moats re motions to leave; review email from M Linder re same | 0.1 | 80.00 |
| 10/09/20 | Moats, Eric | Phone call w/ P. Topper re: motion for leave, TCC Rule 2004 motion, and responses to same. | 0.2 | 107.00 |
| 10/09/20 | Moats, Eric | Review objections and responses to TCC Rule 2004 motion. | 1.4 | 749.00 |
| 10/09/20 | Abbott, Derek C. | Review response re: signature motion by Coalition | 0.9 | 832.50 |
| 10/09/20 | Moats, Eric | Draft motion for leave to file late response to TCC Rule 2004 motion. | 0.4 | 214.00 |
| 10/09/20 | Moats, Eric | Review limited objection to TCC rule 2004. | 0.4 | 214.00 |
| 10/11/20 | Abbott, Derek C. | Phone call w/E. Moats re: TCC 2004 COC/stipulation and brief | 0.1 | 92.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/11/20 | Topper, Paige | Review Debtors' response to Tort Committee's 2004 motion and declaration in support of same; review ad hoc objection to Tort Committee 2004 motion. | 1.3 | 663.00 |
| 10/11/20 | Hare, Cherie L. | Emails with E. Moats re e-filing Declaration Of Blair M. Warner In Support Of Debtors' Limited Objection To The Motion Of The Official Tort Claimants' Committee Pursuant To Bankruptcy Rule 2004 And Local Rule 2004-1 For An Order Authorizing The Issuance Of Subpoenas For Discovery From Debtors And Certain Local Councils (.2); prepare declaration for e-filing (.2); e-file declaration (.1). | 0.5 | 157.50 |
| 10/11/20 | Moats, Eric | Finalize COC re: TCC 2004 stipulation (.3) and coordinate w/ C. Hare re: filing of same (.2). | 0.5 | 267.50 |
| 10/11/20 | Moats, Eric | Review responses and filings to TCC Rule 2004 motion. | 0.7 | 374.50 |
| 10/11/20 | Moats, Eric | Review Warner declaration in support of objection to TCC Rule 2004 motion (.6) and coordinate w/ C. Hare re: filing and service of same (.2). | 0.8 | 428.00 |
| 10/11/20 | Moats, Eric | Phone call w/ D. Abbott re: TCC 2004 COC/stipulation and brief. | 0.1 | 53.50 |
| 10/11/20 | Moats, Eric | Review objection to TCC Rule 2004 motion (1.3) and coordinate w/ C. Hare re: filing and service of same (.1). | 1.4 | 749.00 |
| 10/11/20 | Hare, Cherie L. | Emails with E. Moats re e-filing CoC re Regarding Stipulation Regarding Motion Of The Official Tort Claimants' Committee Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 For An Order Authorizing The Issuance Of Subpoenas For Discovery From Debtors And Certain Local Councils (.2); prepare CoC for e-filing (.1); e-file CoC (.1). | 0.4 | 126.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/11/20 | Hare, Cherie L. | Email from E. Moats re e-filing Debtors' Motion For Leave To File Debtors' Limited Objection To The Motion Of The Official Tort Claimants' Committee Pursuant To Bankruptcy Rule 2004 And Local Rule 2004-1 For An Order Authorizing The Issuance Of Subpoenas For Discovery From Debtors And Certain Local Councils (.1); prepare motion for e-filing (.2); e-file motion (.1). | 0.4 | 126.00 |
| 10/11/20 | Moats, Eric | Email exchange w/ M. Linder, M. Andolina, B. Warner, P. Topper, and L. Baccash re: TCC 2004 stipulation, COC and order for same, and brief for same. | 0.4 | 214.00 |
| 10/12/20 | Remming, Andrew | Review Ad Hoc Committee objection to TCC 2004 motion | 0.2 | 160.00 |
| 10/12/20 | Remming, Andrew | Review response to TCC 2004 motion (.2); motion for leave re same (.1); and Warner declaration re same (.1) | 0.4 | 320.00 |
| 10/12/20 | Remming, Andrew | Review Daniel Webster objection to 2004 motion | 0.1 | 80.00 |
| 10/12/20 | Remming, Andrew | Review Century objection re Kosnoff quash motion | 0.1 | 80.00 |
| 10/12/20 | Remming, Andrew | Review Orange County objection to TCC 2004 motion | 0.1 | 80.00 |
| 10/13/20 | Abbott, Derek C. | Review mediator's statement re: Coalition motions | 0.1 | 92.50 |
| 10/13/20 | Moats, Eric | Email exchange w/ J. O'Neill re: TCC omnibus reply to objections for compelling discovery. | 0.2 | 107.00 |
| 10/13/20 | Reimann, Glenn | Electronically file and cause to be served the mediator statement. | 0.3 | 100.50 |
| 10/13/20 | Topper, Paige | Review TCC 2004 motion, objections to same and related documents. | 1.2 | 612.00 |
| 10/13/20 | Remming, Andrew | Review Hartford/Century reply re 2019 motion and motion for leave re same | 0.2 | 160.00 |
| 10/13/20 | Remming, Andrew | Review Century objection re proposed 2004 order | 0.1 | 80.00 |
| 10/13/20 | Moats, Eric | Review Century response to stipulation and COC for Rule 2004 motion. | 0.2 | 107.00 |
| 10/13/20 | Moats, Eric | Review mediator statement in support of Coalition and coordinate for filing and service of same. | 0.2 | 107.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/13/20 | Moats, Eric | Email exchange w/ M. Linder re: mediator statement in support of Coalition joining mediation. | 0.1 | 53.50 |
| 10/13/20 | Moats, Eric | Email exchange w/ G. Flasser re: Hartford reply to be filed re: Coalition 2019 motion | 0.2 | 107.00 |
| 10/14/20 | Abbott, Derek C. | Attend omnibus hearing re: Coalition issues, 2004, et al. | 6.4 | 5,920.00 |
| 10/14/20 | Abbott, Derek C. | Call w/Linder, Boelter, Andolina re: responses to arguments in Coalition motion hearing | 0.2 | 185.00 |
| 10/14/20 | Reimann, Glenn | Electronically file the CoC regarding the TCC's 2014 motion. | 0.6 | 201.00 |
| 10/14/20 | Topper, Paige | Draft COC re: amended stipulation re: TCC 2004 motion. | 0.8 | 408.00 |
| 10/16/20 | Abbott, Derek C. | Attend hearing re: ruling on Coalition issues | 0.6 | 555.00 |
| 10/16/20 | Remming, Andrew | Review email from P. Topper re Coalition rulings; review email from M. Andolina re same; review email from M. Linder re same | 0.1 | 80.00 |
| 10/19/20 | Remming, Andrew | Review San Diego joinder | 0.1 | 80.00 |
| 10/20/20 | Topper, Paige | Review stipulation re: TCC 2004 motion and confer with E. Moats re: same. | 0.2 | 102.00 |
| 10/21/20 | Moats, Eric | Email exchange w/ M. Linder re: protective order (.1) and review previous drafts re: same (.3). | 0.4 | 214.00 |
| 10/27/20 | Remming, Andrew | Review email from K. Yee re re-notice of 2004 motion | 0.1 | 80.00 |
| 10/30/20 | Abbott, Derek C. | Call to Ducayet re: discovery | 0.1 | 92.50 |
| | | **Total** | **27.6** | **18,683.50** |

**Task Code:**    B260    Insurance Matters

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/01/20 | Abbott, Derek C. | Review TCC mediation statement re: insurance issues | 0.9 | 832.50 |
| 10/20/20 | Moats, Eric | Review PwC Supplemental Declaration (.4) and email B. Warner and P. Topper re: same (.1). | 0.5 | 267.50 |
| | | **Total** | **1.4** | **1,100.00** |

**Task Code:**  B300  Court Hearings

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/01/20 | Reimann, Glenn | Draft October 14 agenda. | 2.5 | 837.50 |
| 10/05/20 | Reimann, Glenn | Draft October 14 agenda. | 0.2 | 67.00 |
| 10/06/20 | Reimann, Glenn | Draft October 14 agenda. | 0.5 | 167.50 |
| 10/07/20 | Reimann, Glenn | Draft October 14 agenda. | 0.6 | 201.00 |
| 10/08/20 | Reimann, Glenn | Email communications with E. Moats re: agenda | 0.2 | 67.00 |
| 10/08/20 | Remming, Andrew | Review email from E. Moats re 10/14 agenda; review email from M. Linder re edits to same; review email from D. Abbott re local rule issue | 0.1 | 80.00 |
| 10/08/20 | Moats, Eric | Email exchange w/ G. Reimann re: Coalition sealed documents and agenda for 10.14 hearing. | 0.2 | 107.00 |
| 10/08/20 | Reimann, Glenn | Email communications with chambers and E. Moats regarding hearing Zoom information. | 0.2 | 67.00 |
| 10/08/20 | Reimann, Glenn | Draft October 14 agenda. | 2.6 | 871.00 |
| 10/08/20 | Moats, Eric | Email exchange w/ Chambers re: agenda binders for 10.14 hearing and inclusion of sealed documents for same. | 0.1 | 53.50 |
| 10/09/20 | Remming, Andrew | Emails w/ B. Warner and E. Moats re edits to 10/14 agenda | 0.1 | 80.00 |
| 10/09/20 | Remming, Andrew | Review email from M. Linder re revised version of 10/14 agenda; review email from M. Andolina re same | 0.1 | 80.00 |
| 10/09/20 | Moats, Eric | Finalize 10.14 agenda (.1) and coordinate w/ G. Reimann re: filing and service of same (.1). | 0.2 | 107.00 |
| 10/09/20 | Moats, Eric | Review revised agenda re: comments from M. Linder and comment on same. | 0.6 | 321.00 |
| 10/09/20 | Reimann, Glenn | Draft October 14 agenda. | 4.0 | 1,340.00 |
| 10/09/20 | Reimann, Glenn | Draft the amended agenda for the October 14 hearing. | 1.6 | 536.00 |
| 10/12/20 | Remming, Andrew | Further email w/ E. Moats re 10/14 agenda | 0.1 | 80.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/12/20 | Remming, Andrew | Review email from E. Moats re agenda for 10/14 hearing | 0.1 | 80.00 |
| 10/12/20 | Remming, Andrew | Review agenda for 10/14 hearing | 0.2 | 160.00 |
| 10/12/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of agenda (.1); prepare & efile in both the main and adversary cases, Notice of Amended Agenda of Matters Scheduled for Hearing on October 14, 2020, at 10:00 A.M. (.3) | 0.4 | 126.00 |
| 10/12/20 | Moats, Eric | Review and revise amended 10.14 agenda (.4) and email exchange w/ J. Boelter, M. Andolina, M. Linder, L. Baccash, and B. Warner re: same (.2). | 0.6 | 321.00 |
| 10/12/20 | Moats, Eric | Email exchange w/ M. Linder re: revisions to 10.14 amended agenda (.2); email exchange w/ G. Reimann re: same (.1); further comments to agenda (.3); and coordinate w/ T. Naimoli re: filing and service of same (.1). | 0.7 | 374.50 |
| 10/12/20 | Reimann, Glenn | Draft amended agenda for the October 14 hearing. | 3.5 | 1,172.50 |
| 10/13/20 | Topper, Paige | Call with E. Moats re: preparations for 10.13 hearing, second amended agenda, and mediators statement | 0.3 | 153.00 |
| 10/13/20 | Moats, Eric | Phone call w/ P. Topper re: preparations for 10.13 hearing, second amended agenda, and mediators statement. | 0.3 | 160.50 |
| 10/13/20 | Reimann, Glenn | Draft second amended agenda for October 14 hearing. | 2.7 | 904.50 |
| 10/13/20 | Topper, Paige | Coordinate hearing logistics for 10.14.20 omnibus hearing. | 0.3 | 153.00 |
| 10/13/20 | Moats, Eric | Review second amended agenda for 10.14 hearing and comment on same. | 0.5 | 267.50 |
| 10/14/20 | Abbott, Derek C. | Call w/Boelter, Linder, Andolina re: hearing prep | 0.4 | 370.00 |
| 10/14/20 | Topper, Paige | Attend omnibus hearing. | 5.4 | 2,754.00 |
| 10/14/20 | Topper, Paige | Hearing preparation. | 0.5 | 255.00 |
| 10/15/20 | Abbott, Derek C. | Call w/Bowden re: hearing | 0.4 | 370.00 |
| 10/15/20 | Reimann, Glenn | review email from P. Topper re transcript | 0.5 | 167.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/15/20 | Reimann, Glenn | Draft notices for the bench rulings and October 23 hearing (.4); email communications with P. Topper and E. Moats (.1) | 0.5 | 167.50 |
| 10/16/20 | Reimann, Glenn | Electronically file the notice of bench ruling. | 0.2 | 67.00 |
| 10/16/20 | Topper, Paige | Coordinate logistics for oral ruling. | 0.2 | 102.00 |
| 10/16/20 | Topper, Paige | Attend oral ruling on Coalition 2019 motion, motion to participate in auction and Century motion to compel depositions. | 0.6 | 306.00 |
| 10/17/20 | Remming, Andrew | Review email from D. Abbott re transcript | 0.1 | 80.00 |
| 10/18/20 | Remming, Andrew | Review email from P. Topper re transcript | 0.1 | 80.00 |
| 10/20/20 | Reimann, Glenn | Draft October 23 agenda. | 1.0 | 335.00 |
| 10/20/20 | Moats, Eric | Review 10.23 Agenda (.2) and email exchange w/ G. Reimann re: same (.1). | 0.3 | 160.50 |
| 10/20/20 | Moats, Eric | Email exchange w/ M. Linder and M. Andolina re: 10.23 agenda. | 0.2 | 107.00 |
| 10/20/20 | Reimann, Glenn | Draft November 18 agenda. | 1.5 | 502.50 |
| 10/21/20 | Reimann, Glenn | Draft October 13 agenda.  Email communications with chambers regarding adjournment. | 0.5 | 167.50 |
| 10/22/20 | Moats, Eric | Review agenda re: 10.23 hearing and status conference for Coalition Rule 2019 order. | 0.2 | 107.00 |
| 10/23/20 | Reimann, Glenn | Draft November 6 agenda. | 0.2 | 67.00 |
| 10/23/20 | Reimann, Glenn | Draft November 18 agenda. | 0.5 | 167.50 |
| 10/28/20 | Reimann, Glenn | Draft November 18 agenda. | 0.5 | 167.50 |
| 10/29/20 | Reimann, Glenn | Draft November 18 agenda. | 0.5 | 167.50 |
| 10/30/20 | Reimann, Glenn | Draft November 18 agenda. | 1.0 | 335.00 |
| | | **Total** | **38.8** | **15,938.00** |

**Task Code:**      B310      Claims Objections and Administration

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/06/20 | Moats, Eric | Review service details re: bar date (.3); email exchange w/ B. warner re: same (.2); email exchange w/ Omni re: same (.1). | 0.6 | 321.00 |
| 10/06/20 | Abbott, Derek C. | Call w/E. Rice from Bradley Arant re: Florida Conference of Methodist Churches re: master claim and data room access (.2); calls to Andolina and Linder re: same (.1) | 0.3 | 277.50 |
| 10/07/20 | Topper, Paige | Call with E. Moats re: service of bar date materials and appraiser retention application. | 0.2 | 102.00 |
| 10/07/20 | Topper, Paige | Call with A. Remming re: bar date issues and Sidley retention appeal. | 0.4 | 204.00 |
| 10/07/20 | Remming, Andrew | Review Coalition supp brief | 0.3 | 240.00 |
| 10/07/20 | Remming, Andrew | Tele w/ P. Topper re bar date issues, D. Del. sealing issues | 0.4 | 320.00 |
| 10/07/20 | Moats, Eric | Research re: bar date service and service of supplemental bar date notice. | 0.4 | 214.00 |
| 10/07/20 | Moats, Eric | Phone call w/ P. Topper re: bar date service and appraiser fee apps. | 0.2 | 107.00 |
| 10/07/20 | Abbott, Derek C. | Call w/Rice re: Methodist proof of claim | 0.2 | 185.00 |
| 10/08/20 | Topper, Paige | Review Coalition POC Motion and confer with D. Abbott re: same. | 0.7 | 357.00 |
| 10/08/20 | Topper, Paige | Calls (x2) with E. Moats re: WIP list, agenda, objection to Coalition POC motion and related matters | 0.8 | 408.00 |
| 10/08/20 | Remming, Andrew | Review UST response to TCC and Coalition bar date motions | 0.1 | 80.00 |
| 10/08/20 | Moats, Eric | Email exchange w/ R. Merskey re: Coalition motion re: bar date order and providing documents to the Court for same. | 0.2 | 107.00 |
| 10/08/20 | Moats, Eric | Phone calls (x2) w/ P. Topper re: coalition bar date motion, 10.14 agenda and hearing preparations, NOA's and pro hacs, and PwC retention app. | 0.8 | 428.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/09/20 | Abbott, Derek C. | Review TCC response to Coalition motion to sign claims | 0.1 | 92.50 |
| 10/09/20 | Moats, Eric | Draft motion for leave to file late response to TCC and Coalition bar date supplement motions. | 0.9 | 481.50 |
| 10/09/20 | Moats, Eric | Review TCC and Coalition bar date supplement motion response. | 0.6 | 321.00 |
| 10/10/20 | Topper, Paige | Finalize and prepare for filing Debtors' response to Coalition's proof of claim motion. | 1.3 | 663.00 |
| 10/12/20 | Remming, Andrew | Review Hartford objection to Coalition signature motion | 0.2 | 160.00 |
| 10/12/20 | Remming, Andrew | Review TCC objection to Coalition bar date motion | 0.3 | 240.00 |
| 10/12/20 | Remming, Andrew | Review Century objection to Coalition signature motion, and declaration re same | 0.4 | 320.00 |
| 10/12/20 | Abbott, Derek C. | Review Coalition reply re proof of claim | 0.3 | 277.50 |
| 10/12/20 | Abbott, Derek C. | Review Coalition reply re proofs of claim execution | 0.3 | 277.50 |
| 10/12/20 | Abbott, Derek C. | Review AG Insurance joinder to Century objection to counsel executing POC forms (.1); review Century objection to counsel signing POCs (.4) | 0.5 | 462.50 |
| 10/13/20 | Topper, Paige | Emails with D. Abbott, E. Moats, E. Brusa and E. Rice re: COC for amendment to bar date order and attention to same. | 0.2 | 102.00 |
| 10/13/20 | Remming, Andrew | Review Coalition reply re bar date order motion | 0.3 | 240.00 |
| 10/13/20 | Remming, Andrew | Review Century objection to Coalition motion for leave | 0.1 | 80.00 |
| 10/14/20 | Abbott, Derek C. | Call w/Rice re: master claim by Florida Methodist conference; other chartering org claims | 0.3 | 277.50 |
| 10/14/20 | Abbott, Derek C. | Call to Linder re Florida Methodist claims issues | 0.1 | 92.50 |
| 10/20/20 | Remming, Andrew | Review email from R. Graves re filing | 0.1 | 80.00 |
| 10/20/20 | Remming, Andrew | Correspondence (5x) w/ L. Spagnolo, T. Mayer and D. Abbott re proof of claim | 0.1 | 80.00 |
| 10/21/20 | Abbott, Derek C. | Review correspondence from Milne re: claims involving Daniel Webster Council | 0.1 | 92.50 |

|  |  |  | **Total** | 11.8 | 7,690.50 |

**Task Code:**    B320    Plan and Disclosure Statement

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 10/12/20 | Moats, Eric | Email exchange w/ M. Linder, B. Warner, J. Schomberg, and P. Topper re: exclusivity extension motion. | 0.2 | 107.00 |
| 10/14/20 | Moats, Eric | Phone call w/ D. Abbott re: exclusivity motion and comments to same (.1); finalize motion and email exchange w/ M. Linder re: same (.2); and coordinate w/ T. Naimoli re: filing and service of same (.2). | 0.5 | 267.50 |
| 10/14/20 | Moats, Eric | Review revised second motion to extend exclusivity motion (.5) and email D. Abbott and P. Topper re: same (.1). | 0.6 | 321.00 |
| 10/14/20 | Abbott, Derek C. | Review and comment on exclusivity motion draft | 0.4 | 370.00 |
| 10/14/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of motion (.1); prepare & efile Debtors' Second Motion Extending Exclusive Periods to File a Chapter 11 Plan (.3) | 0.4 | 126.00 |
| 10/14/20 | Abbott, Derek C. | Phone call w/E. Moats re: exclusivity motion and comments to same | 0.1 | 92.50 |
| 10/15/20 | Remming, Andrew | Review motion to extend exclusivity | 0.3 | 240.00 |
| 10/27/20 | Topper, Paige | Phone call w/E. Moats re: COC re: exclusivity, QE fee app CNO, motions for relief from stay, and general case strategy | 0.3 | 153.00 |
| 10/27/20 | Moats, Eric | Phone call w/ P. Topper re: COC re: exclusivity, QE fee app CNO, motions for relief from stay, and general case strategy. | 0.3 | 160.50 |
| 10/29/20 | Reimann, Glenn | Email communications with E. Moats regarding CNO for exclusive periods motion. | 0.1 | 33.50 |
| 10/29/20 | Reimann, Glenn | Electronically file CoC regarding the exclusive periods motion. | 0.3 | 100.50 |
| 10/29/20 | Topper, Paige | Draft COC re: Debtors' second motion for exclusivity extensions and emails with M. Linder, D. Abbott and E. Moats re: same. | 0.4 | 204.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/29/20 | Topper, Paige | Finalize COC re: exclusivity extension and emails with G. Reimann re: filing of same. | 0.2 | 102.00 |
| 10/29/20 | Moats, Eric | Review COC re: exclusivity motion. | 0.3 | 160.50 |
| | | **Total** | **4.4** | 2,438.00 |

**Task Code:**    B330    Litigation/Adversary Proceedings

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/13/20 | Moats, Eric | Review notice of revised schedule 1 for PI adversary proceeding (.2); email exchange w/ W. Curtin (.1); and coordinate w/ T. Naimoli re: filing and service of same (.1). | 0.4 | 214.00 |
| 10/13/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of notice (.1); prepare & efile Notice of Filing of Amended Schedule 1 to Consent Order (.2) | 0.3 | 94.50 |
| 10/16/20 | Moats, Eric | Email exchange w/ A. Remming re: catholic of diocese inquiry into PI injunction. | 0.2 | 107.00 |
| 10/16/20 | Moats, Eric | Phone call w/ P. Topper re: PI and upcoming Oct. 22 deadline, court ruling, and critical dates. | 0.3 | 160.50 |
| 10/16/20 | Remming, Andrew | Emails w/ E. Moats re PI claims | 0.1 | 80.00 |
| 10/16/20 | Remming, Andrew | Review and respond to email from P. Jackson PI claims | 0.1 | 80.00 |
| 10/19/20 | Remming, Andrew | Correspondence (3x) E. Moats, S. Manning and M. Linder re PI inquiry | 0.1 | 80.00 |
| 10/19/20 | Remming, Andrew | Emails w/ E. Moats re inquiry re PI | 0.1 | 80.00 |
| 10/19/20 | Moats, Eric | Email exchange w/ M. Linder and S. Manning re: PI injunction, catholic diocese re: same (.2) and forward email to A. Remming re: same (.1). | 0.3 | 160.50 |
| 10/19/20 | Moats, Eric | Email to M. Linder and M. Andolina re: Catholic of Diocese inquiry into PI injunction. | 0.2 | 107.00 |
| 10/20/20 | Remming, Andrew | Review and respond to email from E. Moats re PI issue | 0.1 | 80.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/20/20 | Remming, Andrew | Review further email from E. Moats re PI issue; review email from P. Jackson re same | 0.1 | 80.00 |
| 10/21/20 | Abbott, Derek C. | Call w/Linder, Andolina re: PI issues | 0.3 | 277.50 |
| 10/21/20 | Abbott, Derek C. | Correspondence to Topper, Moats re: PI extension | 0.1 | 92.50 |
| 10/21/20 | Abbott, Derek C. | Review draft certification re: PI extension | 0.1 | 92.50 |
| 10/21/20 | Moats, Eric | Phone call w/ D. Abbott and P. Topper re: PI extensions status. | 0.2 | 107.00 |
| 10/21/20 | Abbott, Derek C. | Meeting w/Moats, Topper re: PI extension process | 0.2 | 185.00 |
| 10/21/20 | Moats, Eric | Draft notice of third Stipulation extending PI consent order. | 0.5 | 267.50 |
| 10/21/20 | Topper, Paige | Confer with D. Abbott and E. Moats re: preliminary injunction stipulation with TCC. | 0.2 | 102.00 |
| 10/22/20 | Moats, Eric | Finalize notice, order, stipulation, and accompanying exhibits to PI consent order and coordinate for filing and service of same. | 0.7 | 374.50 |
| 10/22/20 | Moats, Eric | Review and revise stipulation, notice and consent order for PI re: comments from M. Linder and TCC/UCC. | 1.0 | 535.00 |
| 10/22/20 | Malafronti, Emily | File Notice of Stipulation (.1), email E. Moats regarding document type (.1), coordinate service of Notice (.1) | 0.3 | 100.50 |
| 10/23/20 | Moats, Eric | Email exchange w/ Omni re: service of stipulation for PI adversary proceeding (.2) and email exchange w/ K. Davis re: parties on same (.1). | 0.3 | 160.50 |
| | | **Total** | **6.2** | **3,618.00** |

**Task Code:**   B360   Professional Retention (Others - Filing)

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/04/20 | Remming, Andrew | Review email from N. Tygesson re Century appeal brief | 0.1 | 80.00 |
| 10/05/20 | Topper, Paige | Call w/Abbott re: brief re: Sidley retention | 0.2 | 102.00 |
| 10/05/20 | Topper, Paige | Call with D. Abbott re: White and Case retention application, NOA and amended pro hac vice motions. | 0.1 | 51.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/05/20 | Remming, Andrew | Review email from D. Abbott re edits to appeal brief | 0.1 | 80.00 |
| 10/05/20 | Remming, Andrew | Review draft of appeal brief for Sidley appeal | 0.6 | 480.00 |
| 10/05/20 | Abbott, Derek C. | Call w/Ducayet re: appeal brief | 0.1 | 92.50 |
| 10/05/20 | Abbott, Derek C. | Call w/Topper re: brief re: Sidley retention | 0.2 | 185.00 |
| 10/05/20 | Abbott, Derek C. | Call w/P. Topper re: WC transition/retention app/ Sidley notice | 0.1 | 92.50 |
| 10/06/20 | Topper, Paige | Research re: co-counsel questions re: brief in Sidley retention appeal and email response to N. Tygesson, M. Linder, B. Warner, E. Moats, and A. Rodheim. | 0.5 | 255.00 |
| 10/06/20 | Remming, Andrew | Review email from N. Tygesson re appeal brief | 0.1 | 80.00 |
| 10/07/20 | Topper, Paige | Research re: Sidley retention appeal and time for filing retention applications (.3); emails with N. Tygesson, M. Linder, B. Warner, A. Rodheim and E. Moats re: same (.1). | 0.4 | 204.00 |
| 10/07/20 | Topper, Paige | Tele w/A. Remming re: Sidley appeal brief | 0.1 | 51.00 |
| 10/07/20 | Topper, Paige | Finalize and prepare for filing the Sidley appeal brief and supplemental appendix. | 0.5 | 255.00 |
| 10/07/20 | Topper, Paige | Call with N. Tygesson re: filing Sidley appeal brief. | 0.1 | 51.00 |
| 10/07/20 | Remming, Andrew | Tele w/ P. Topper re Sidley appeal brief | 0.1 | 80.00 |
| 10/07/20 | Remming, Andrew | Review revised version of Sidley appeal brief | 0.2 | 160.00 |
| 10/07/20 | Remming, Andrew | Review emails from N. Tygesson re appeal filings; review email from C. Simon re same; review emails from P. Topper and M. Leyh re same | 0.1 | 80.00 |
| 10/07/20 | Leyh, Meghan | File Appellee's Answering Brief and Supplemental Appendix; send service email | 0.6 | 201.00 |
| 10/07/20 | Workman, Andrew | Research re: Sidley appeal brief | 0.7 | 304.50 |
| 10/07/20 | Moats, Eric | Review bar date appeal reply brief. | 0.6 | 321.00 |
| 10/12/20 | Remming, Andrew | Review TCC motion to retain real estate advisor | 0.2 | 160.00 |

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 10/20/20 | Moats, Eric | Email exchange w/ J. Bienstock (PwC) re: PwC's supplemental declaration for retention. | 0.2 | 107.00 |
| 10/20/20 | Moats, Eric | Email exchange w/ B. Warner re: PwC supplemental declaration | 0.2 | 107.00 |
| 10/21/20 | Moats, Eric | Finalize PwC supplement re: comments from B. Warner and J. Bienstock. | 0.3 | 160.50 |
| 10/21/20 | Moats, Eric | Correspondence (email exchange and phone call) w/ J. Bienstock re: revisions to PwC supplement. | 0.2 | 107.00 |
| 10/21/20 | Moats, Eric | Further phone call w/ J. Bienstock re: PwC supplement. | 0.2 | 107.00 |
| 10/21/20 | Moats, Eric | Phone call w/ B. Warner and J. Bienstock (in part) re: PwC supplemental declaration. | 0.3 | 160.50 |
| 10/21/20 | Moats, Eric | Review comments to PwC Supplement from B. Warner (.2); email B. Warner back re: comments to same (.1); and email J. Bienstock re: proposed revisions to supplement and exhibits (.2). | 0.5 | 267.50 |
| 10/22/20 | Moats, Eric | Review W&C retention app (.8); email exchange w/ B. Warner re: same (.2); and coordinate w/ E. Malafronti re: filing and service of same (.2) | 1.2 | 642.00 |
| 10/22/20 | Malafronti, Emily | Draft Notice of W&C application | 0.2 | 67.00 |
| 10/22/20 | Malafronti, Emily | Email draft notice of W&C application to M. Linder | 0.1 | 33.50 |
| 10/22/20 | Remming, Andrew | Review Century reply brief in Sidley retention appeal | 0.4 | 320.00 |
| 10/22/20 | Leyh, Meghan | File and serve Supplemental Declaration of Romaldo Francis DeSouza, Jr. | 0.3 | 100.50 |
| 10/22/20 | Moats, Eric | Further review of supplemental declaration and changes to same from B. Warner and J. Bienstock (.5); email exchange w/ M. Leyh re: redactions to schedules (.1); and coordinate for filing and service of same (.2). | 0.8 | 428.00 |
| 10/22/20 | Moats, Eric | Email D. Buchbinder and H. McCollum re: PwC supplemental declaration and unredacted copies of potential parties in interest list re: same. | 0.2 | 107.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/22/20 | Moats, Eric | Email exchange w/ B. Warner, D. Abbott, and M. Linder re: revised W&C retention application (.2); review revised version and revised nunc pro tunc relief (.5); review notice of withdrawal of initial retention app and coordinate for filing and service of same (.1); and coordinate w/ W. Freeman for filing and service of same (.2). | 1.0 | 535.00 |
| 10/22/20 | Moats, Eric | Review Century brief in support of appeal. | 0.8 | 428.00 |
| 10/22/20 | Naimoli, Theresa M. | Review and respond to email from M. Leyh re filing and service of application (.1); prepare & efile Debtors' Application Authorizing the Retention and Employment of White & Case LLP as Attorneys to the Debtors and Debtors in Possession (.3) | 0.4 | 126.00 |
| 10/22/20 | Malafronti, Emily | Finalize W&C application for filing | 0.2 | 67.00 |
| 10/23/20 | Remming, Andrew | Review W&C retention app | 0.5 | 400.00 |
| | | **Total** | **13.7** | **7,636.00** |

**Task Code:**    B410    General Case Strategy

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/06/20 | Topper, Paige | Call with E. Moats re: general case strategy, appeals issues and logistics re: filing brief and supplemental appendix. | 0.3 | 153.00 |
| 10/06/20 | Moats, Eric | Further phone call w/ P. Topper re: general case strategy, Sidley appeal, and appraiser fee app questions. | 0.3 | 160.50 |
| 10/07/20 | Topper, Paige | Further tele w/A. Remming re: sealing D. Del. pleadings | 0.2 | 102.00 |
| 10/07/20 | Remming, Andrew | Further tele w/ P. Topper re sealing D. Del. pleadings | 0.2 | 160.00 |
| 10/08/20 | Moats, Eric | Update critical dates memo. | 0.8 | 428.00 |
| 10/26/20 | Moats, Eric | Update critical dates memo. | 0.8 | 428.00 |
| 10/28/20 | Naimoli, Theresa M. | Review and respond to email from P. Topper re filing and service of motion (.1); prepare & efile Debtors' 9019 Motion re Worley Settlement Agreement (.3) | 0.4 | 126.00 |

| | | | Total | 3.0 | 1,557.50 |
|---|---|---|---|---|---|

**Task Code:**    B420        Schedules/SOFA/U.S. Trustee Reports

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/08/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of report (.1); prepare & efile Periodic Report Regarding Value, Operations, and Profitability of Entities (.1) | 0.2 | 63.00 |
| 10/08/20 | Moats, Eric | Email exchange w/ C. Bingelli re: 2015.3 (.1) and coordinate for filing and service of same (.1). | 0.2 | 107.00 |
| 10/08/20 | Moats, Eric | Review 2015.3 report. | 0.1 | 53.50 |
| 10/30/20 | Moats, Eric | Review September MOR and coordinate w/ J. Bower re: filing and service of same. | 0.3 | 160.50 |

| | | Total | 0.8 | 384.00 |
|---|---|---|---|---|