### EXHIBIT B

### EXPENSE SUMMARY

### BOY SCOUTS OF AMERICA
**(Case No. 20-10343 (LSS))**

**October 1, 2020 through October 31, 2020**

| Expense Category | Total Expenses |
|---|---|
| Pacer | 390.70 |
| Messenger Service | 5.00 |
| Photos/Art/Spec Duplicating-Out of Office | 507.46 |
| In-House Printing - black & white | 11.20 |
| Conference Calls | 1,704.57 |
| Transcripts | 1,660.25 |
| **Grand Total Expenses** | **$4,279.18** |

**Cost Detail**

| <u>Date</u> | <u>Description</u> | <u>Quantity</u> | <u>Amount</u> |
|---|---|---:|---:|
| 03/24/20 | Conference Calls | 1.0 | 210.34 |
| 10/01/20 | Pacer | 200.0 | 20.00 |
| 10/01/20 | In-House Printing - black & white | 28.0 | 2.80 |
| 10/05/20 | Pacer | 64.0 | 6.40 |
| 10/06/20 | Pacer | 131.0 | 13.10 |
| 10/07/20 | Messenger Service - Bankruptcy - 10/7/2020 | 1.0 | 5.00 |
| 10/08/20 | Pacer | 398.0 | 39.80 |
| 10/08/20 | In-House Printing - black & white | 28.0 | 2.80 |
| 10/09/20 | Pacer | 304.0 | 30.40 |
| 10/09/20 | Photos/Art/Spec Duplicating-Out of Office - Print B/W, tabs, tabs custom, punch paper, printing spines and covers, 2" binder, 3" binder, technical time, rush hand delivery - 10/09/2020 | 1.0 | 367.28 |
| 10/10/20 | Pacer | 81.0 | 8.10 |
| 10/11/20 | Pacer | 198.0 | 19.80 |
| 10/12/20 | Pacer | 144.0 | 14.40 |
| 10/13/20 | Pacer | 347.0 | 34.70 |
| 10/13/20 | Photos/Art/Spec Duplicating-Out of Office - Print B/W, tabs, tabs custom, punch paper, printing spines and covers, court delivery, 1 1/2" binder - 10/13/2020 | 1.0 | 69.98 |
| 10/14/20 | Pacer | 235.0 | 23.50 |
| 10/14/20 | In-House Printing - black & white | 28.0 | 2.80 |
| 10/14/20 | Photos/Art/Spec Duplicating-Out of Office - Print B/W, tabs, tabs custom, punch paper, 1 1/2" binder, printing spines and covers, court delivery - 10/14/2020 | 1.0 | 70.20 |
| 10/14/20 | Conference Calls | 9.0 | 1,356.07 |
| 10/15/20 | Pacer | 243.0 | 24.30 |
| 10/16/20 | Pacer | 177.0 | 17.70 |
| 10/16/20 | Conference Calls | 6.0 | 138.16 |
| 10/16/20 | Transcripts - Hourly transcript - 10/14/2020, 10/16/2020 | 1.0 | 1,660.25 |

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---:|---:|
| 10/16/20 | In-House Printing - black & white | 28.0 | 2.80 |
| 10/20/20 | Pacer | 300.0 | 30.00 |
| 10/21/20 | Pacer | 222.0 | 22.20 |
| 10/22/20 | Pacer | 286.0 | 28.60 |
| 10/23/20 | Pacer | 56.0 | 5.60 |
| 10/27/20 | Pacer | 88.0 | 8.80 |
| 10/28/20 | Pacer | 290.0 | 29.00 |
| 10/30/20 | Pacer | 143.0 | 14.30 |
| | **Total** | | **$4,279.18** |