**Exhibit A**

**Summary of Services, November 1 – November 30, 2020**



Invoice Number: 21460773
Invoice Date:  December 23, 2020
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGown, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

### REMITTANCE PAGE
*For Professional Services Through  November 30, 2020*

| | |
|---|---:|
| Total Fees | $290,159.00 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$290,159.00** |
| **Total Invoice Balance Due** | **USD  $290,159.00** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

#### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

#### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

#### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N** ● **SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21460773** ● Client Number **0020234.00024** ● Attorney **Ernest Martin, Jr.**

#### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21460773
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

December 23, 2020
Page 2 of 28

*For Professional Services Through November 30, 2020*

**Professional Fees**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/02/20 | Adrian Azer | Prepare for conference with Mr. Gallagher (mediator) regarding ▮▮▮▮ (1.0); telephone conference with Mr. Linder (White and Case) and Mr. Celentino (Ad Hoc Committee) regarding ▮▮▮▮ (.3); telephone conference with Mr. Dutton and Ms. Green regarding ▮▮▮▮ (.3); telephone conference with Mr. Evans and Ms. Murray (Bates and White), Mr. Andolina and Mr. Linder (White and Case), and Ms. Green and insurers and Mr. Gallagher (mediator) (1.1); telephone conference with Mr. Cary (Scout Executive) regarding ▮▮▮▮ (.2); follow-up email communication with Mr. McGowan regarding ▮▮▮▮ (.2); draft, review and revise ▮▮▮▮ (1.7); telephone call with Mr. Martin regarding ▮▮▮▮ (.3); telephone call with Ms. Green regarding ▮▮▮▮ (.4); review ▮▮▮▮ communication to Mr. Linder regarding ▮▮▮▮ (.3); respond to inquiry from counsel to Allied (.2); review communication related to ▮▮▮▮ (.2); communication with Ms. Boelter regarding ▮▮▮▮ (.2); review communication from Hartford ▮▮▮▮ (.2); email communication with Ms. Green regarding ▮▮▮▮ (.2); discussion with Mr. Martin regarding ▮▮▮▮ (1.8). | 8.60 | $6,665.00 |
| 11/02/20 | Wesley Dutton | Telephone conference with Ms. Green regarding ▮▮▮▮ (.3); review ▮▮▮▮ in anticipation of call with Ms. Green and Mr. Azer (.3); attend call with Mr. Azer and Ms. Green to discuss ▮▮▮▮ (.3). | 0.90 | $490.50 |
| 11/02/20 | Carla Green | Email correspondence with Mr. Sochurek regarding ▮▮▮▮ (.2); review and revise ▮▮▮▮ (.8); email correspondence with Mr. Dutton regarding ▮▮▮▮ (.2); review, revise and provide comments ▮▮▮▮ (1.8); telephone conference with Mr. Azer to discuss ▮▮▮▮ (.4); conference call with Mr. Dutton to discuss ▮▮▮▮ (.3); multiple email correspondence with Mr. Stoner regarding ▮▮▮▮ (.2);review and analysis ▮▮▮▮ (.2); review and analyze ▮▮▮▮ (.5); email correspondence with Mr. Griggs and Ms. Kutz regarding ▮▮▮▮ (.2); conference with Mr. Dutton and Mr. Azer to discuss ▮▮▮▮ (.3); attend call Mr. Evans and Ms. Murray (Bates and White), Mr. Andolina and Mr. Linder (White and Case), the mediator (Mr. Gallagher) and insurers to discuss ▮▮▮▮ (1.1); review and analyze ▮▮▮▮ (.5); email correspondence with Mr. Azer regarding ▮▮▮▮ (.1); review and analyze ▮▮▮▮ (.3); email correspondence with Mr. Azer regarding ▮▮▮▮ (.2). | 7.30 | $4,745.00 |

Invoice Number: 21460773
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

December 23, 2020
Page 3 of 28

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 11/02/20 | Ernest Martin, Jr. | Discussion with Mr. Azer regarding ███████████ (.3); review ████████████████ (.2); discussion with Mr. Azer regarding ███████ (1.8). | 2.30 | $2,288.50 |
| 11/02/20 | Mike Stoner | Review and attend to emails with Ms. Green regarding ████████ (.2); prepare additional emails to Ms. Green regarding ███████ (.2); analysis regarding ███████ (.5); review emails from Anna Kutz regarding ███████ (.1); attend to emails with Ms. Green regarding ███████ (.1). | 1.10 | $742.50 |
| 11/03/20 | Adrian Azer | Prepare for conference regarding ████████ ███ (.4); telephone conference with Mr. Smethurst (Allianz) and Mr. Jacobs (National Surety) regarding ███████ (.7); prepare for conference with White and Case regarding ████ (1.3); telephone conference with Ms. Boelter, Mr. Andolina, Mr. Linder, Mr. Martin and Ms. Green regarding ███████ (1.5); telephone conference with Mr. Sochurek, Ms. Hanke, and Ms. Klauck (KCIC) and Ms. Green regarding ███████ (1.0); post-telephone conference with Ms. Green to discuss ████ (.3); telephone conference with Mr. Gallagher (mediator), Mr. Evans and Ms. Murray (Bates and White), and Mr. Andolina and Mr. Linder (White and Case), and Mr. Martin and Ms. Green regarding ████ (1.1); post-conference analysis (.4); email communications with Allianz regarding ███████ (.1); telephone conference with counsel to Hartford regarding ████ (.2); email communication with Chubb regarding ████ (.1); review draft email communication to insurers regarding ████ (.2); review ████ (.1); email communications with Ms. Green regarding ████ (.2); telephone conference with Ms. Green regarding ███████ (.2). | 7.80 | $6,045.00 |

Invoice Number: 21460773
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

December 23, 2020
Page 4 of 28

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/03/20 | Carla Green | Email correspondence with Mr. Azer regarding ███████████ ███ (.2); conference call with Mr. Andolina, Ms. Boelter, Mr. Linder, Mr. Azer and Mr. Martin regarding ███████████████████ ███████████ (1.5); multiple email correspondences with AIG, CNA, Liberty Mutual and National Surety regarding ██████████████ ████████████ (1.0); review and analyze ████████████████ ██████████ (.9); conference call with Mr. Linder regarding █████████ ████████ (.2); email correspondence with Mr. Sochurek regarding (.2); email correspondence with Chubb's counsel regarding █████ (.1); telephone conference with Mr. Azer regarding ████ (.2); telephone conference with Mr. Sochurek, Ms. Hanke, Ms. Klauck, and Mr. Azer to discuss ████████████ (1.0); post-telephone conference with Mr. Azer to discuss ████████ (.3); review ████████████████ (.3); including follow up correspondence with Liberty Mutual's counsel regarding █████ (.2); conference call with Mr. Gallagher, Mr. Azer, Mr. Andolina, Ms. Boelter, Mr. Linder, and Mr. Evans to discuss █████████████ (1.1). | 7.20 | $4,680.00 |
| 11/03/20 | Ernest Martin, Jr. | Review ███████████████ (.3); telephone conference with Mr. Andolina, Ms. Boelter, Mr. Linder, Mr. Azer and Ms. Green to discuss ████████████ (1.5); telephone call with Mr. Gallagher, Mr. Evans, Ms. Boelter, Mr. Andolina, Mr. Linder, Mr. Azer and Ms. Green to discuss ██████████ (1.1). | 2.90 | $2,885.50 |
| 11/04/20 | Adrian Azer | Review ████████████████████ (.6); telephone conference with Mr. Linder regarding ████ (.2); telephone conference with Ms. Quinn and Ms. Neely (FCR) and Mr. Linder regarding ████ (.4); follow-up email communications with client and FCR regarding ████ (.2); prepare for conference with insurers and Bates and White (.3); telephone conference with insurers, Mr. Evans and Ms. Murray (Bates and White), Mr. Andolina and Mr. Linder (White and Case), and Mr. Martin and Ms. Green (1.0); post-conference follow-up tasks (.6); telephone conference with Ms. Green regarding ████████ (.3); email communications with Mr. Kearns (Scout Executive) (.2); review (.1) and respond (.2) to communication from S. Manning regarding ████ telephone conference with Ms. Green regarding █████ (.2); email communications with White and Case regarding ████████ (.2); review ████████████ (.1); email communication with Ms. Green regarding ████ (.1); review ████████████████ and internal communications related to ████ (.2). | 4.90 | $3,797.50 |
| 11/04/20 | Wesley Dutton | Review ██████████████████████████ ███████████ (6.5); confer with Ms. Green regarding ████████ (.3). | 6.80 | $3,706.00 |

Invoice Number: 21460773
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

December 23, 2020
Page 5 of 28

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/04/20 | Carla Green | Review and analyze ██████████████ ████████████ (1.2); email correspondence with Mr. Azer and Mr. Stoner regarding ███████ (.2); review and analyze ██████ ████████████████ (.3); follow up email correspondence with Liberty Mutual regarding ██████████████ (.2); telephone conference with Mr. Azer regarding ██████ (.3); continue draft of ██████████████ (.7); continue review of ████████████ (1.8); several email correspondence with insurers regarding ████████ (.3); attend conference call with Mr. Evans and Ms. Murray (Bates and White), Mr. Andolina and Mr. Linder (White and Case), and Mr. Martin and Mr. Azer regarding ████████ (1.0); email correspondence (.2) and telephone conference (.2) with Mr. Stoner regarding ███████████; telehone conference with Mr. Azer regarding ██████ (.2); email correspondence with Chubb regarding ████████ (.1); email correspondence with KCIC (.2); coordination of calls with Mr. Martin and Mr. Gallagher (.1); review and revise ████████ ██████████ (.5); telephone conference with Ms. Parks regarding ████████ (.6); email correspondence with Mr. Sochurek regarding ████████ (.2); review and analyze ████████████████ (.3); email correspondence with Mr. Sochurek regarding ████████ (.2); confer with Mr. Dutton regarding ████████ ████████ (.3). | 9.10 | $5,915.00 |
| 11/04/20 | Ernest Martin, Jr. | Participate in call with Mr. Evans and Ms. Murray (Bates and White), Mr. Andolina and Mr. Linder (White and Case), and Mr. Martin and Ms. Green regarding ████████. | 1.00 | $995.00 |
| 11/04/20 | Brittany Parks | Telephone conference with Ms. Green regarding ████████████ ████████. | 0.60 | $387.00 |
| 11/04/20 | Mike Stoner | Attend to multiple emails with Ms. Green regarding ████████ ████████████. | 0.20 | $135.00 |

Invoice Number: 21460773

Matter Name: General Insurance Matters

Client/Matter Number: 0020234.00024

Billing Attorney: Ernest Martin, Jr.

December 23, 2020

Page 6 of 28

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/05/20 | Adrian Azer | Prepare for conference with counsel to the TCC (.2); telephone conference with counsel to the TCC (.5); follow-up tasks with respect to ███ (.3); prepare for conference with counsel to Travelers regarding ███ (.2), including email correspondence with Ms. Green (.1); telephone conference with counsel to Travelers and Ms. Green regarding ███ (.8); telephone conferences with Ms. Green regarding ███ (.8); email communications with counsel to Chubb regarding ███ (.2), and email communications related ███ (.2); telephone conference with Ms. Green regarding ███ (.3); review communication from Local Council regarding ███ (.2) and consider ███ (.1); review ███ (.2); draft and revise email communication to counsel to Chubb regarding ███ (.4); telephone conference with Mr. Linder (White and Case) regarding ███ (.2); email communication to Mr. Andolina regarding ███ (.1); review ███ (.1) and internal email communications related to ███ (.2); internal email response to Chubb regarding ███ (.2); telephone conference with counsel to Old Republic (Mr. Anderson) (.3); review information ███ (.2); communication with Sidley regarding ███ (.1); conference with W. Dutton regarding ███ (.2); draft, review and revise ███ (1.0); telephone conference with Mr. Martin regarding ███ (.3). | 7.40 | $5,735.00 |
| 11/05/20 | Wesley Dutton | Review ███ (3.9); telephone call w/ Ms. Klauck & Mr. Sochurek (KCIC) and Ms. Green to discuss ███ (.5); review ███ (.9); conference with A. Azer regarding ███ (.2). | 5.50 | $2,997.50 |

Invoice Number: 21460773
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

December 23, 2020
Page 7 of 28

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/05/20 | Carla Green | Email correspondence with Mr. Dutton regarding ████████████ ████████ (.2); telephone conference with Mr. Azer regarding ███ (.3); email correspondence to Mr. Azer, Mr. Stoner, Ms. Parks and Mr. Martin regarding ████████████ (.2); email correspondence with Travelers regarding ████████ (.2); conference call with Travelers and Mr. Azer regarding ████████ (.8); review and analyze ███████████ (.7); conference call with Ms. Klauck, Mr. Sochurek and Mr. Dutton regarding same (.5); email correspondence to Mr. Azer and Mr. Linder regarding ████████ (.2); review and analyze ███████ (.8); telephone conferences with Mr. Azer regarding ████████ (.8); telephone conference with Ms. Parks regarding ███████ (.3); review and analyze ████████ (.7); email correspondence with Morris Nichols regarding ███ (.1); telephone conference with Ms. Topper regarding ████ (.4); telephone conference call with counsel for Liberty Mutual regarding ██████ (.4); follow up email correspondence with Liberty Mutual regarding ███ (.2); email correspondence with Chubb's counsel regarding ███ (.1); telephone conference with Mr. Stoner to discuss ████ (.4). | 7.30 | $4,745.00 |
| 11/05/20 | Ernest Martin, Jr. | Discussion with Mr. Azer regarding ████████ (.3). | 0.30 | $298.50 |
| 11/05/20 | Brittany Parks | Telephone conference with Ms. Green regarding ████████ (.3). | 0.30 | $193.50 |
| 11/05/20 | Mike Stoner | Call with Ms. Green regarding ████████ (.4); review ███ (.2). | 0.60 | $405.00 |

Invoice Number: 21460773
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

December 23, 2020
Page 8 of 28

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/06/20 | Adrian Azer | Continue to review and revise ███████████████████████ (.4); prepare for weekly call with the insurers, including ███████ (.3); review and revise ███████████████████ (.9); telephone conference with Ms. Green, Mr. Martin, Ms. Parks, Mr. Dutton and Mr. Stoner to discuss ██████████████████ (1.0); review ███████████████ (.5); email communications with Bates and White regarding ████████ (.2); review document reflecting ███████████ (.3); finalize email communication to AIG related to ██████ (.3); multiple email communications with Ms. Green regarding ███████████ (.2); email communications with Liberty Mutual regarding ██████ (.3); weekly telephone conference with the insurers, Mr. Andolina, Mr. Linder, Ms. Green, Mr. Martin and Mr. Gallagher (1.2); telephone conference with Mr. Evans (Bates and White) regarding ████████ (.2); telephone conference with Ms. Green regarding ██████████ (.2). | 6.00 | $4,650.00 |
| 11/06/20 | Wesley Dutton | Review ██████████████████ (.6); review ██████ (.5); review ████████████████████ (1.4); attend call with Mr. Azer, Ms. Parks, Ms. Green, Mr. Martin, and Mr. Stoner to discuss ███████████ (1.0). | 3.50 | $1,907.50 |

Invoice Number: 21460773
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

December 23, 2020
Page 9 of 28

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/06/20 | Carla Green | Email correspondence with Mr. Sochurek regarding █████████ (.4); telephone conference with Mr. Azer regarding █████ (.2); multiple email correspondence with insurers regarding █████████ (.6); multiple email correspondence to Mr. Linder, Mr. Binggeli, Mr. Sochurek regarding █████████ (.8); update and revise █████████ (.4); email correspondence with Mr. Azer regarding █████ (.2); attend weekly call with insurers, Mr. Andolina, Mr. Linder, Mr. Azer, Mr. Martin and Mr. Gallagher (1.2); multiple email correspondence with Ms. Klauck regarding █████████ (.5); review of █████████ (.6); email correspondence with Liberty Mutual's counsel regarding █████ (.1); email correspondence with Ms. Kutz regarding █████████ (.2); review and analyze █████████ (.6); email correspondence with Mr. Sochurek regarding █████████ (.3); email correspondence to AIG regarding █████████ (.2); email correspondence with Mr. Azer regarding █████████ (.3); email correspondence with Ms. Parks regarding █████████ (.1); telephone conference with Mr. Azer, Mr. Martin, Ms. Parks, Mr. Dutton and Mr. Stoner to discuss █████████ (1.0); email correspondence with Ms. Hanke regarding █████████ (.2); email correspondence with Ms. Klauck regarding █████████ (.2). | 8.10 | $5,265.00 |
| 11/06/20 | Ernest Martin, Jr. | Review memorandum from Bates White concerning █████████ (.1); participate in call with insurers, Mr. Andolina, Mr. Linder, Mr. Azer, Ms. Green and Mr. Gallagher (1.2); participate in █████ call with Mr. Azer, Ms. Green, Mr. Stoner, and Ms. Parks to discuss █████ (1.0). | 2.30 | $2,288.50 |
| 11/06/20 | Brittany Parks | Attend call with Mr. Azer, Ms. Green, Mr. Martin, Mr. Stoner, and Mr. Dutton to discuss █████████ (1.0); prepare and write █████████ (2.6); read and analyze █████████ (2.3). | 5.90 | $3,805.50 |
| 11/06/20 | Mike Stoner | Prepare email to Kelci Davis (Ogletree) regarding █████████ (.1); review emails and reports from Ms. Kutz regarding █████████ (.5); conference call with Mr. Martin, Mr. Azer, Ms. Green, Ms. Parks, and Mr. Dutton regarding █████████ (1.0). | 1.60 | $1,080.00 |
| 11/07/20 | Carla Green | Begin review and analysis of █████████. | 0.40 | $260.00 |

Invoice Number: 21460773
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

December 23, 2020
Page 10 of 28

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/08/20 | Wesley Dutton | Research and analyze ███████████ ████████ (3.0); revise ███████████████████ (1.5). | 4.50 | $2,452.50 |
| 11/08/20 | Carla Green | Continue review and analysis of ███████ (.4); email correspondence with Mr. Azer regarding ████ (.1). | 0.50 | $325.00 |
| 11/09/20 | Adrian Azer | Prepare for conference with KCIC regarding ██████ (.3); telephone conference with Mr. Sochurek, Ms. Hanke, and Ms. Green regarding ██ (.5); prepare for ██████ subgroup call (.3); attend ██████ subgroup call (1.2); review █████████ (.2); email communications with team regarding ████████████ (.2); review communication from ██████████ (.2); review communication from client related to ████████████ (.3); email communications with Mr. Linder and Mr. Andolina regarding ████ (.2), including review and provide recommendations ██████ (.2); email communications with counsel to the TCC related to ████ (.4); email communication with Ms. Rosenberg (White and Case) regarding ████ (.5); email communications with team regarding ████ (.4); review ████ (.1); conference call with Ms. Green regarding ████ (.2); conference call with Mr. Stoner and Ms. Green regarding ████ (.8); telephone conference with Mr. Martin regarding ██████████ (.1). | 5.30 | $4,107.50 |
| 11/09/20 | Wesley Dutton | Revise ████████████████ (5.3); review ████████ (.5); draft email to Ms. Green ████████████ (.2). | 6.00 | $3,270.00 |

Invoice Number: 21460773
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

December 23, 2020
Page 11 of 28

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/09/20 | Carla Green | Review and analyze ███████ (.5); email correspondence with multiple insurers regarding ███████ (.8); email correspondence with Alvarez regarding ███████ (.2); coordinate production of ███████ (.3); email correspondence with TCC regarding ███ (.2); multiple email correspondence with Liberty Mutual's counsel regarding ███████ (.4), including review of ███ (.5); conference call with Mr. Azer to discuss ███ (.2); conference call with Mr. Stoner and Mr. Azer regarding ███ (.8); review and analyze ███████ (1.2); coordinate multiple email correspondence from insurers ███ (.4); email correspondence with Mr. Dutton and Ms. Klauck regarding ███████ (.2); email correspondence with Ms. Parks regarding ███ (.1); telephone conference with Mr. Sochurek, Ms. Hanke, and Mr. Azer regarding ███ (.5). | 6.30 | $4,095.00 |
| 11/09/20 | Ernest Martin, Jr. | Telephone call with KCIC to discuss ███████ (.9); discussion with Mr. Azer regarding ███ (.1). | 1.00 | $995.00 |
| 11/09/20 | Mike Stoner | Review ███████ (.5); conduct analysis regarding ███ (.7); work on ███████ (2.3); conference call with Mr. Azer and Ms. Green regarding ███ (.8). | 4.30 | $2,902.50 |
| 11/10/20 | Adrian Azer | Prepare for conference with counsel to Liberty Mutual (.3); telephone conference with K. Marrkand (Liberty Mutual) and Ms. Green (.6); post-conference call with KCIC (.2); prepare for conference with KCIC (.2); telephone conference with Mr. Sochurek, Ms. Klauck, Ms. Hanke, and Ms. Green regarding ███ (.6); post-conference ███ (.3); email communications with B. Whittman (A&M) regarding ███ (.2); review communication from Chubb related to ███ (.1); email communications with Sidley regarding ███ (.1); review communication from KCIC related to ███ (.2); email communications with client and KCIC regarding ███ (.3). | 3.20 | $2,480.00 |
| 11/10/20 | Wesley Dutton | Revise ███████. | 4.10 | $2,234.50 |

Invoice Number: 21460773                                          December 23, 2020
Matter Name: General Insurance Matters                                    Page 12 of 28
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/10/20 | Carla Green | Conference call with Ms. Marrkland (Liberty Mutual) and Mr. Azer to discuss ██████████████████ (.6); follow up email correspondence regarding ████████ (.2); review of ████ (.3); post-conference call with Mr. Azer regarding ████ (.3); telephone conference with Mr. Azer, Mr. Sochurek, Ms. Klauck (KCIC) and Ms. Hanke to discuss ████████████ (.6); email correspondence with Mr. Stoner regarding ████████████ (.2); coordinate with BSA regarding ████████████ (.3); conference call with counsel for CNA to discuss ████████ (.3); conference call with Mr. Sochurek to discuss ████████████ (.4); email correspondence with Mr. Sochurek and Mr. Azer regarding ████████ (.2); review production of documents for ████ (.6); telephone conference with Ms. Parks regarding ████████ (.2). | 4.20 | $2,730.00 |
| 11/10/20 | Ernest Martin, Jr. | Review e-mail from Ms. Hanke concerning ████████ (.1); review e-mail from Mr. Chopko regarding ████████ (.1). | 0.20 | $199.00 |
| 11/10/20 | Brittany Parks | Telephone conference with Ms. Green regarding ████████ (.2); begin to review and analyze ████████ (.6). | 0.80 | $516.00 |
| 11/10/20 | Mike Stoner | Continue working on ████████████ . (1.9). | 1.90 | $1,282.50 |
| 11/11/20 | Adrian Azer | Prepare for conference with KCIC regarding ████████ (.4); telephone conference with Mr. Sochurek, Ms. Hanke and Ms. Klauck (KCIC) and Ms. Green regarding ████ (1.2); email communication with Mr. McGowan regarding ████████ (.2); email communications to Mr. Martin, Mr. Andolina and Mr. Linder (White and Case) regarding ████████ (.2); review ████ (.2); respond to questions from Mr. Sochurek and Ms. Hanke (KCIC) regarding ████ (.4); review communication from Chubb regarding ████████ (.3). | 2.90 | $2,247.50 |
| 11/11/20 | Wesley Dutton | Attend call with Mr. Stoner to discuss ████████ (.2); draft email to Mr. Azer ████████ (.1). | 0.30 | $163.50 |

Invoice Number: 21460773
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

December 23, 2020
Page 13 of 28

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 11/11/20 | Carla Green | Email correspondence with Mr. Sochurek regarding ▓▓▓▓ (.2); review document production from ▓▓▓ (.8); multiple email correspondences with KCIC regarding ▓▓▓ (.3); email correspondence with Ms. Parks regarding ▓▓▓ (.1); email correspondence to Ms. Kutz and Ms. Richardson regarding ▓▓▓ (.1); telephone conference with Ms. Richardson regarding ▓▓ (.2); conference call with Ms. Hanke, Mr. Sochurek, Ms. Klauck and Mr. Azer to discuss ▓▓▓ (1.2); review and analyze ▓▓▓ (.4); multiple email correspondences with Mr. Stoner regarding ▓▓ (.4); email correspondence with Mr. Sochurek regarding ▓▓▓ (.2). | 3.90 | $2,535.00 |
| 11/11/20 | Ernest Martin, Jr. | Email Mr. Azer regarding ▓▓▓ (.2). | 0.20 | $199.00 |
| 11/11/20 | Brittany Parks | Read and analyze ▓▓▓ (4); prepare and write ▓▓▓ (1.2). | 5.20 | $3,354.00 |
| 11/11/20 | Mike Stoner | Phone call with Mr. Dutton concerning ▓▓▓ (.2); analysis regarding ▓▓▓ (.7); continue working on ▓▓▓ (.8). | 1.70 | $1,147.50 |
| 11/12/20 | Adrian Azer | Email communications with Mr. Gallagher (mediator) and Mr. Wadley (Chubb) regarding ▓▓▓ (.2); review communication from Ms. Backus (Hartford) regarding ▓▓▓ (.2); review communication related to ▓▓▓ (.1); call with Ms. Green regarding ▓▓▓ (.3); review communications related to claim review and claims against local councils (.2); review ▓▓▓ (.6); review ▓▓▓ (.3); review ▓▓▓ (.2); email communication to Mr. Martin regarding ▓ (.1); email communication with Ms. Hanke (KCIC) regarding ▓▓▓ (.2); review ▓▓▓ (.7); email communications with Ms. Parks regarding ▓ (.1). | 3.20 | $2,480.00 |

Invoice Number: 21460773
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

December 23, 2020
Page 14 of 28

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/12/20 | Carla Green | Email correspondence with KCIC regarding ▮▮▮ (.2); email correspondence with BSA regarding ▮▮ (.2); email correspondence to Mr. Azer regarding ▮▮ (.2); review communications for ▮▮ (.4); review and analyze ▮▮ (.4); email correspondence with Mr. Azer regarding ▮▮ (.2); telephone conference with Mr. Azer regarding ▮▮ (.3); email correspondence to KCIC and Mr. Azer regarding ▮▮ (.3); email correspondence with Mr. Linder regarding ▮▮ (.3); email correspondence with Alvarez regarding ▮▮ (.2); follow up email correspondence with KCIC regarding ▮▮ (.3). | 3.00 | $1,950.00 |
| 11/12/20 | Brittany Parks | Review and analyze ▮▮ (4); prepare and write ▮▮ (1.6); read and analyze ▮▮ (.7); prepare and write ▮▮ (.4). | 6.70 | $4,321.50 |
| 11/12/20 | Mike Stoner | Continue working on ▮▮ (2.8); work on ▮▮ (1.7). | 4.50 | $3,037.50 |
| 11/13/20 | Adrian Azer | Prepare for weekly insurer call, including ▮▮ (.7); email communications to Mr. Andolina and Mr. Linder (White and Case) regarding ▮▮ (.5); draft, review and revise ▮▮ (.4); call with Mr. Martin regarding ▮▮ (.2); call with Mr. Linder (White and Case) regarding ▮▮ (.2); respond to email communication ▮▮ (.3); attend weekly insurer call (1.3); conference call with Mr. Evans, Ms. Murray, Mr. Sochurek, Ms. Hanke, Ms. Klauck and Ms. Green regarding ▮▮ (.6); conference call with Ms. Green regarding ▮▮ (.3). | 3.90 | $3,022.50 |

Invoice Number: 21460773
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

December 23, 2020
Page 15 of 28

| **Date** | **Timekeeper** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 11/13/20 | Carla Green | Conference call with Mr. Evans, Ms. Murray, Mr. Sochurek, Ms. Hanke, Ms. Klauck and Mr. Azer regarding ███████████ (.6); email correspondence with KCIC regarding ████████████ (.2); email correspondence with Mr. Binggelie regarding ███████ (.2); email correspondence with CNA regarding ███████████ (.2); conference call with the insurers (1.3); email correspondence with Mr. Linder regarding ████████████████ (.2); conference call with Mr. Binggelie regarding ███████████ (.3); review and analyze ██████████████ (.8); email correspondence with Alvarez and KCIC ████████ (.2); review and analyze █████████ (.8); email correspondence with Ms. Klauck regarding ████████ (.2); conference call with Mr. Azer regarding ███████████ (.3). | 5.30 | $3,445.00 |
| 11/13/20 | Ernest Martin, Jr. | Discussion with Mr. Azer regarding ████████ (.2); review ██████ (.1). | 0.30 | $298.50 |
| 11/13/20 | Mike Stoner | Work on ████████ (1.1); analysis regarding ████████████ (.9); work on ██████████████ (1.5); update file memorandum ██████ (.4). | 3.90 | $2,632.50 |
| 11/14/20 | Carla Green | Email correspondence with Mr. Linder regarding ████████ (.2); email correspondence with Travelers regarding ████████ (.3). | 0.50 | $325.00 |
| 11/15/20 | Adrian Azer | Email communication with Mr. McGowan (BSA) regarding ████████ (.2); continue to review ████████ (.2); email communications with Ms. Parks regarding ████████ (.1); email communications with Mr. Sochurek (KCIC) regarding ████████████ (.2). | 0.70 | $542.50 |
| 11/15/20 | Carla Green | Email correspondence to Mr. Azer and Ms. Parks regarding ████████ | 0.20 | $130.00 |

Invoice Number: 21460773
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

December 23, 2020
Page 16 of 28

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/16/20 | Adrian Azer | Prepare for conference call with Mr. Gallagher (mediator), Mr. Andolina and Mr. Linder (White and Case), and Chubb regarding ████████ ████████ (.3); conference call with same and Mr. Martin and Ms. Green (.8); continue to review ████████ ████████ (.5); conference call with Ms. Parks and Ms. Green regarding ████ (.7); conference call with Mr. Dutton regarding ████ (.3); review ████ ████ (.4); email communications with Ms. Green regarding ████ (.1); confer with Ms. Green regarding ████ (.6); review ████ and communications with KCIC (.7); email communications with Mr. Andolina and Mr. Linder regarding ████ (.2); draft, review and revise ████ (1.6); communication with Haynes and Boone team regarding ████ (.2); email communication to team regarding ████ (.4); discussion with Mr. Martin regarding ████ (.2); conference call with Mr. Stoner concerning ████ (.2). | 7.20 | $5,580.00 |
| 11/16/20 | Wesley Dutton | Conference call with Mr. Azer regarding ████████. | 0.30 | $163.50 |
| 11/16/20 | Carla Green | Draft list of ████████ (.4); review ████ (.3); email correspondence to Mr. Azer regarding ████ (.1); conference call with Mr. Gallagher (mediator), Mr. Andolina and Mr. Linder (White and Case), Mr. Azer, Mr. Martin, and counsel for Chubb to discuss ████ (.8); email correspondence with Mr. Sochurek regarding ████ (.2); review and analyze ████ (.2); multiple email correspondences with Mr. Azer and Mr. Sochurek regarding ████ (.6); conference call with Mr. Azer and Ms. Parks to discuss ████ (.7); email correspondence with CNA regarding ████ (.2), review ████ (.8); email correspondence with Ms. Klauck regarding ████ (.2); review and analyze ████ (.8); email correspondence with AIG regarding ████ (.3); email correspondence with Bates Whites regarding ████ (.2); conference call with Mr. Linder to discuss ████ (.5); conference call with Mr. Azer regarding ████ (.6); begin revisions ████ (1.0). | 7.90 | $5,135.00 |
| 11/16/20 | Ernest Martin, Jr. | Participate in call with Mr. Gallagher (mediator), Mr. Andolina and Mr. Linder (White and Case), Mr. Azer, Ms. Green, and counsel for Chubb to discuss ████ (.8); review e-mail from Mr. Sochurek regarding ████ (.1); discussion with Mr. Azer regarding ████ (.2). | 1.10 | $1,094.50 |

Invoice Number: 21460773
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

December 23, 2020
Page 17 of 28

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/16/20 | Brittany Parks | Conference with Ms. Green and Mr. Azer regarding ██████ (.7); begin to read and analyze ████████ (2.2). | 2.90 | $1,870.50 |
| 11/16/20 | Mike Stoner | Conference call with Mr. Azer concerning █████ (.2); conduct analysis ████ (.7); prepare email to Ms. Kutz regarding ████ (.2); work on ███ (.5); work on ███ (.5). | 2.10 | $1,417.50 |
| 11/17/20 | Adrian Azer | Conference call with Ms. Green regarding ████ (.2); review and revise ████ (1.2); review ████ (.5); conference call with Mr. Martin regarding ████ (.6); email communications with team regarding ███ (.4); attend ████ (1.3); email communications with client related to ████ (.2); conference call with Mr. Sochurek (KCIC) regarding ████ (.2); email communications with A&M regarding ████ (.2); review continue to review and analyze ████ (.8); coordinate conference between insurers and Bates and White (.2); email communications with Ms. Green regarding ████ (.2). | 6.10 | $4,727.50 |
| 11/17/20 | Carla Green | Review, analyze and prepare ████ (1.7); continue and finalize ████ (2.2); conference with Mr. Azer regarding ████ (.2); multiple email correspondences with Travelers regarding ████ (.4); revisions ████ (.3); email correspondence with Mr. Martin and Mr. Andolina regarding ████ (.2); conference call with Mr. Sochurek to discuss ████ (1.0); review and revise ████ (.3); review ████ (1.3). | 7.60 | $4,940.00 |
| 11/17/20 | Ernest Martin, Jr. | Telephone call with Mr. McGowan regarding ████ (.2); review ████ (.1); discussion with Mr. Azer regarding ████ (.6); review and revise ████ (.2); prepare e-mail to Mr. McGowan regarding ████ (.1). | 1.20 | $1,194.00 |
| 11/17/20 | Mike Stoner | Work on ████████ (2.4). | 2.40 | $1,620.00 |

Invoice Number: 21460773
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

December 23, 2020
Page 18 of 28

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/18/20 | Adrian Azer | Prepare for conference with KCIC regarding ███████████ ███████ (.3); conference call with Ms. Green and Mr. Sochurek, Ms. Hanke, and Ms. Klauck regarding ████ (1.0); prepare for mediation ███████████ (.3); attend mediation conference call related to ██████ ████████ with Mr. Olsen, mediators, TCC, Coalition, and insurers, and Mr. Martin (2.2); post-conference call with Mr. Martin regarding ██████ (.4); review ██████████████ (.4); email communications related to ██ (.3); email communications related to ██████████ (.3); email communication with Mr. Celentino (Ad Hoc Committee) regarding ██████████████ (.4); email communications with KCIC regarding ██████████ (.2); email communications with various insurers regarding ████████ (.2). | 6.00 | $4,650.00 |
| 11/18/20 | Carla Green | Conference call with Mr. Azer, Mr. Sochurek, Ms. Hanke and Ms. Klauck to discus ████████████████████████ (1.0); multiple email correspondences with Mr. Azer to discuss ███████████ (.4); follow up email correspondence with AIG regarding ███████ (.2). | 1.60 | $1,040.00 |
| 11/18/20 | Ernest Martin, Jr. | Discussion with Mr. Azer regarding ███████████ (.4); review e-mail from Mr. McGowan regarding ████████ (.1); participate in mediation call with Mr. Olsen, mediators, TCC, Coalition, and insurers and Mr. Azer to discuss █████████ (2.2). | 2.70 | $2,686.50 |
| 11/18/20 | Mike Stoner | Update ██████████ (1.5); update ██████████████ (.4). | 1.90 | $1,282.50 |
| 11/19/20 | Adrian Azer | Prepare for conference with insurers regarding ██████████, ██████████████ (.4); conference call with insurers Ms. Green, Mr. Andolina, Mr. Linder, Ms. Boelter regarding ████████ (1.3); prepare for conference with KCIC and team regarding █████████ (.9); conference call with Mr. Sochurek, Ms. Hanke, Ms. Green, Mr. Stoner, and Mr. Martin to discuss ████████████████████ (2.0); conference call with Mr. Schulman (counsel to the TCC) regarding ██████████ (.3); email communications with client ████████ (.4); email communications with client and KCIC regarding ██████ (.2); email communications related to ████████ (.2); review ███████████████ (1.3). | 7.00 | $5,425.00 |

Invoice Number: 21460773
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

December 23, 2020
Page 19 of 28

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/19/20 | Carla Green | Conference call with insurers, Mr. Azer, Mr. Andolina, Mr. Linder, Ms. Boelter relating to ███████████ (1.3); conference call with Mr. Stoner to discuss ██████ (.2); prepare for and comment on ████████ (.8); follow up correspondence with KCIC regarding ████ (.2); conference call with Mr. Sochurek, Ms. Hanke, Mr. Stoner, Mr. Martin and Mr. Azer to discuss ████████████ (2.0); email correspondence with KCIC regarding ████ (.2); email correspondence to Mr. Azer to discuss ██████ (.3); email correspondence with BSA regarding ██████ (.5). | 5.50 | $3,575.00 |
| 11/19/20 | Ernest Martin, Jr. | Review ████████████ (.6); participate in call with Ms. Hanke, Mr. Sochurek, Mr. Azer, Ms. Green, and Mr. Stoner to discuss ████████ (2.0); review ████ (1.0). | 3.60 | $3,582.00 |
| 11/19/20 | Mike Stoner | Review ████████████ (.3); analysis regarding ████████ (.9); conference call with Ms. Green regarding ████ (.2); prepare email to Anna Kutz regarding ████████ (.1); conference call with Mr. Sochurek, Ms. Hanke, Ms. Green, Mr. Martin and Mr. Azer to discuss ████████ (2.0); analysis regarding ████ (.3). | 3.80 | $2,565.00 |

Invoice Number: 21460773
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

December 23, 2020
Page 20 of 28

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/20/20 | Adrian Azer | Prepare for weekly call with Mr. Evans and Ms. Murray (Bates and White), Mr. Sochurek and Ms. Hanke (KCIC) and Ms. Green, including ████ (.4);call with Mr. Evans regarding ████ (.1); weekly conference call with Mr. Evans and Ms. Murray (Bates and White), Mr. Sochurek and Ms. Hanke (KCIC) and Ms. Green (1.2); weekly conference call with insurers (1.2); prepare for conference with counsel for AIG regarding ████ (.3); conference call with AIG regarding ████ (.5); review ████ (.2); email communications regarding ████ (.2) and counsel to Chubb (.4); conference call with Ms. Green regarding ████ (.2); conference call with Mr. Linder (White and Case) in preparation for ████ (.2); conference call with Mr. Linder (White and Case) and Mr. Celentino (Ad Hoc Committee) (.3); respond ████ (.3); conference call with Mr. Stoner regarding ████ (.2); review ████ (.1) and call with Ms. Green regarding ████ (.3); email communications with Mr. Gallagher (.3); draft, review and revise ████ (.6); call with Mr. Martin regarding ████ (.4); conference call with Ms. Green to discuss ████ (.3). | 7.70 | $5,967.50 |
| 11/20/20 | Carla Green | Several email correspondences with Ms. Tuffey and Mr. Linder regarding ████ (.4); conference with Mr. Azer regarding ████ (.3); continue revisions to ████ (.5); conference call with Mr. Azer to discuss ████ (.2); conference call with Mr. Evans, Ms. Murray, Mr. Andolina, Mr. Linder, Mr. Azer, Mr. Sochurek, Ms. Hanke and Ms. Klauck to discuss ████ (1.2); attend weekly call with insurers (1.2); prepare for (.3) and attend follow up call with AIG regarding ████ (.5); post-conference email correspondence to Mr. Azer regarding ████ (.2); email correspondence with Chubb regarding ████ (.3), including email correspondence to Mr. Azer regarding ████ (.2); review and analyze ████ (.8); email correspondence with Mr. Sochurek regarding ████ (.2); draft ████ (.4); conference call with Mr. Azer to discuss ████ (.3); review and draft ████ (.7). | 7.60 | $4,940.00 |
| 11/20/20 | Ernest Martin, Jr. | Telephone conference with Mr. Evans, Ms. Hanke, Mr. Sochurek, Mr. Azer, and Ms. Green to discuss ████ (1.2); participate in weekly call with insurers to discuss ████ (1.2); discussion with Mr. Azer regarding ████ (.4). | 2.80 | $2,786.00 |

Invoice Number: 21460773
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

December 23, 2020
Page 21 of 28

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/20/20 | Mike Stoner | Prepare email to Mr. Dutton concerning ███ (.1); review ███ (.3); work on ███ (1.4); analysis regarding ███ (.6); conference with Mr. Azer to discuss ███ (.2). | 2.60 | $1,755.00 |
| 11/23/20 | Adrian Azer | Prepare for conference with KCIC regarding ███ (.4); conference call with Ms. Green, Mr. Sochurek, Ms. Klauck and Mr. Taylor to discuss ███ (1.5); review ███ (.6); conference call with Ms. Green regarding ███ (.2); conference call with Mr. Martin regarding ███ (.3); prepare for conference with counsel to Arrowood regarding ███ (.1), including confer with Mr. Andolina regarding ███ (.1); conference call with counsel to Arrowood and Mr. Andolina regarding ███ (.6); review ███ (.2); email communications with Mr. Evans (Bates and White) regarding ███ (.1); review ███ (.3); review ███ (.2); conference call with Ms. Rosenberg (White and Case) regarding ███ (.2) including review of ███ (.2); email communications with counsel to the TCC regarding ███ (.3); finalize communication to White and Case regarding ███ (.6); review ███ (.4) and email communication related to ███ (.1); review communications to various insurers related to ███ (.3); email communications with client related to ███ (.4); call with Mr. Martin regarding ███ (.4). | 7.50 | $5,812.50 |
| 11/23/20 | Wesley Dutton | Revise ███ (6.6); draft email to Mr. Stoner attaching ███ (.1). | 6.70 | $3,651.50 |
| 11/23/20 | Carla Green | Review and revise ███ (1.0); conference call with Mr. Azer regarding ███ (.2); draft email correspondence with Hartford regarding ███ (.4); several email correspondence with insurers regarding ███ (.7); conference call with Mr. Azer, Mr. Sochurek, Ms. Klauck and Mr. Taylor to discuss ███ (1.5); draft ███ (.5); email correspondence with Mr. Azer and KCIC regarding ███ (.1); email correspondence to Ms. Parks regarding ███ (.2). | 4.70 | $3,055.00 |

Invoice Number: 21460773
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

December 23, 2020
Page 22 of 28

| **Date** | **Timekeeper** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 11/23/20 | Ernest Martin, Jr. | Conference with Mr. Azer to discuss ██████████ (.3); conference with Mr. Azer regarding ████████████████████ ██████ (.4). | 0.70 | $696.50 |
| 11/23/20 | Brittany Parks | Draft correspondence to Ms. Backus (Hartford) regarding ██████ ████████████ | 0.30 | $193.50 |
| 11/24/20 | Adrian Azer | Conference call with Ms. Parks and Ms. Green regarding ██████ (.3); review ██████████ (.2); conference call with Mr. Andolina, Mr. Linder, Ms. Green and various insurers to discuss ██████ (.6); conference call with Mr. Evans, Ms. Murray and Ms. Green regarding ████████████████████ (.5); email communications with Mr. Gallagher (mediator) regarding ██████ (.2); email communications with Mr. Sochurek (KCIC) regarding ████████ (.3); coordinate meeting with TCC and FCR regarding ████████ (.3); email communications with White and Case (Mr. Andolina, Mr. Linder and Ms. Boelter) regarding ██████ (.2); email communication with Ms. Boelter regarding ████████ (.2); multiple email communications with counsel to Chubb regarding ████████ (.4); review and analyze ████████████ (.8), including multiple communications with client regarding ██████ (.2); email communication with Mr. Andolina and Mr. Linder regarding ██████████ (.2); continue to review and revise ████████ (.3); draft, review and revise communication to Mr. McGowan providing ████████████████ (.5); coordinate meeting with TCC and FCR (.4); email communication with counsel to the TCC regarding ██████████ (.2); review ████████████ (.9); conference call with Ms. Green to discuss ████████████ (.3). | 7.00 | $5,425.00 |

Invoice Number: 21460773
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

December 23, 2020
Page 23 of 28

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/24/20 | Carla Green | Multiple email correspondence with insurers regarding ██████ (.6); draft ██████ with Mr. Gallagher regarding ██████ (.2); email correspondence with Ms. Topper from Morris Nichols regarding ██████ (.2); draft correspondence to AIG regarding ██████ (.2); conference call with Ms. Parks to discuss ██████ (.4); review and analyze ██████ (.4), including email correspondence with Ms. Parks regarding ██████ (.2); email correspondence with KCIC regarding ██████ (.2); complete revisions to ██████ (.9), including review and analysis of ██████ (.8); draft summary of ██████ (.4), review and analysis of ██████ (.3); attend call with Mr. Azer, Mr. Andolina, Mr. Linder and various insurers to discuss ██████ (.6); multiple email correspondence with Traveler's counsel and Mr. Linder regarding ██████ (.3); conference call with Mr. Evans, Ms. Murray and Mr. Azer regarding ██████ (.5); conference call with Mr. Azer regarding TCC ██████ (.3); conference call with Mr. Azer and Ms. Parks regarding ██████ (.3); begin review of ██████ (.6). | 7.80 | $5,070.00 |
| 11/24/20 | Ernest Martin, Jr. | Review ██████. | 0.10 | $99.50 |
| 11/24/20 | Brittany Parks | Conference call with Ms. Green regarding ██████ (.4); continue to read and analyze ██████ (2.6); conference call with Mr. Azer and Ms. Green regarding ██████ (.3); prepare and write ██████ (4.9). | 8.20 | $5,289.00 |
| 11/24/20 | Mike Stoner | Review Mr. Dutton's ██████ (.4); prepare email to Mr. Dutton regarding ██████ (.2); work on ██████ (1.6). | 2.20 | $1,485.00 |

Invoice Number: 21460773
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

December 23, 2020
Page 24 of 28

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/25/20 | Adrian Azer | Conference call with Ms. Green to discuss ███████ ████████████████████████████████████ (.4); conference call with Ms. Green to discuss ████████████████████████████████████ (.3); conference call with Mr. Gallagher, Mr. Andolina and Ms. Green to discuss ████ (1.0); conference call with Ms. Green, Mr. Schulman and counsel for Liberty Mutual to discuss ████████ (.4); conference call with Ms. Green and counsel for Hartford to discuss ████████████████████ (.5); conference call with Ms. Green, Mr. Sochurek, Ms. Klauck, Mr. Taylor and Ms. Hanke to discuss ████ (1.2); conference call with Mr. Celentino and Mr. Linder regarding ████████████████ (.3); conference call with L. McNally (CNA) regarding ████ (.3); conference call with Mr. Schulman (counsel to the TCC) regarding ████████████████ (.3); conference call with Mr. Martin regarding ████████ (.3); review communication from Mr. McGowan related to ████████████ (.1); email communications with Mr. McGowan regarding ████████ (.2); review and comment on ████ (1.4); conference call with Mr. Andolina (White and Case) regarding ████ (.2); email communications to counsel to Chubb (.3); draft email communication to Mr. Celentino regarding ████████ (.3); review ████████████ (.3). | 7.80 | $6,045.00 |

Invoice Number: 21460773
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

December 23, 2020
Page 25 of 28

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 11/25/20 | Carla Green | Conference call with Mr. Azer, Mr. Sochurek, Ms. Klauck, Mr. Taylor and Ms. Hanke to discuss ██████████████ (1.2); review and analyze ██████████████ (.3); email correspondence with Ms. Parks regarding ████ (.2); review and analyze ██████████████ (.3), including email correspondence with Ms. Parks regarding ████ (.1); review ██████████████ (.3); prepare for (.2) and conference call with Mr. Azer, Mr. Schulman and counsel for Liberty Mutual to discuss ██████ (.4); prepare for (.3) and conference call with Mr. Azer and counsel for Hartford to discuss ██████████ (.5); prepare for (.3) and conference call with CNA regarding ████ (.4); continue review and analysis of ██████████ (2.8); follow up email correspondence with insurers regarding ██████ (.2); review and analyze ██████ (.3), including email correspondence with Ms. Parks regarding ████ (.1); conference call with Mr. Azer to discuss ██████████ (.4); conference call with Mr. Azer to discuss ██████ (.3); conference call with Mr. Gallagher, Mr. Andolina and Mr. Azer to discuss ████ (1.0). | 9.80 | $6,370.00 |
| 11/25/20 | Ernest Martin, Jr. | Review ██████████ (.1); review ██████████ (.1); review ████ (.2); review ██████ (.1); discussion with Mr. Azer regarding ████ (.3). | 0.80 | $796.00 |
| 11/25/20 | Brittany Parks | Prepare and write ██████████ (5.1); read and analyze ██████████ (2.8). | 7.90 | $5,095.50 |
| 11/25/20 | Mike Stoner | Work on ██████████. | 0.90 | $607.50 |
| 11/26/20 | Carla Green | Review and revise ██████ (1.7); review and analyze ████ (.4); continue review and analysis of ██████ (2.6). | 4.70 | $3,055.00 |

Invoice Number: 21460773
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

December 23, 2020
Page 26 of 28

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 11/27/20 | Adrian Azer | Conference call with Ms. Parks regarding ████████ (.2); conference call with Mr. Andolina, Mr. Linder, Mr. Evans, Ms. Murray and Ms. Green ████████ (.4); conference call with Mr. Andolina, Mr. Linder, counsel to Chubb, and Ms. Green regarding ████████ (1.1); review and comment on ████████ (.7); conference all with Ms. Green and Ms. Parks regarding ████████ (.5); response to multiple communications from counsel to Chubb (.5); finalize ████████ (.2); conference call with J. Green (counsel to Allied) regarding ████████ (.4); review ████████ (.2); email communications with Mr. Sochurek (KCIC) regarding ████████ (.2); review ████████ (.3); conference call with Ms. Green to discuss ████████ (.3). | 5.00 | $3,875.00 |
| 11/27/20 | Carla Green | Revise ████████ (.3); pre-conference with Mr. Azer, Mr. Evans, Mr. Andolina, Mr. Linder and Ms. Murray to discuss ████████ (.4); conference call with Chubb and Mr. Azer, Mr. Evans, Mr. Andolina, Mr. Linder and Ms. Murray to discuss ████████ (1.1); conference call with Ms. Parks and Mr. Azer to discuss ████████ (.5); conference call with Mr. Azer to discuss ████████ (.3); begin review of ████████ (.5); continue presentation for TCC regarding ████████ (1.3). | 4.40 | $2,860.00 |
| 11/27/20 | Ernest Martin, Jr. | Review ████████ (.2); review ████████ (.1); review ████████ (.2). | 0.50 | $497.50 |
| 11/27/20 | Brittany Parks | Read and analyze ████████ (.5); conference call with Ms. Green and Mr. Azer regarding ████████ (.5); prepare and write ████████ (5.1); conference call with Mr. Azer regarding ████████ (.2). | 6.30 | $4,063.50 |
| 11/28/20 | Adrian Azer | Review communication from Ms. Rosenberg (White and Case) regarding ████████. | 0.40 | $310.00 |
| 11/28/20 | Carla Green | Continue draft of ████████ (1.6); continue revisions to ████████ (1.0); and correspondence with Mr. Azer regarding ████████ (.1); continue review and analysis of ████████ (2.4). | 5.10 | $3,315.00 |

Invoice Number: 21460773
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

December 23, 2020
Page 27 of 28

| <u>Date</u> | <u>Timekeeper</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 11/29/20 | Adrian Azer | Review and further revise ▮▮▮▮ (.8); email communications with team regarding ▮▮▮ (.3) and review ▮▮▮ (.1); review ▮▮▮ (.3) and email communication with Ms. Hanke (KCIC) regarding ▮▮▮ (.1); draft ▮▮▮ (.2). | 1.80 | $1,395.00 |
| 11/29/20 | Carla Green | Revise and finalize draft ▮▮▮ (1.6); review and analyze ▮▮▮ (.5); email correspondence with Mr. Azer regarding ▮▮▮ (.3); email correspondence with TCC, White & Case, and Mr. Martin regarding ▮▮▮ (.4); continue review and analysis of ▮▮▮ (2.8). | 5.60 | $3,640.00 |
| 11/29/20 | Ernest Martin, Jr. | Review e-mail from Mr. Linder regarding ▮▮▮ (.1); review and revise ▮▮▮ (.3); review ▮▮▮ (.2). | 0.70 | $696.50 |
| 11/30/20 | Adrian Azer | Attend mediation session with Bates and White presenting ▮▮▮ (2.1); conference call with Ms. Green regarding ▮▮▮ (.3); conference call with Ms. Green, Mr. Sochurek and Ms. Hanke to discuss ▮▮▮ (.5); conference call with Ms. Parks regarding ▮▮▮ (.2); review ▮▮▮ (.6); email communication with counsel to the TCC regarding ▮▮▮ (.2); finalize ▮▮▮ (.3) and follow-up email communication with Chubb regarding ▮▮▮ (.1); conference call with Mr. Martin regarding ▮▮▮ (.4); review and comment on ▮▮▮ (.2); conference call with Mr. Evans (Bates and White) (.2); conference call with Ms. Green to discuss ▮▮▮ (.3). | 5.20 | $4,030.00 |
| 11/30/20 | Carla Green | Multiple email correspondence to Mr. Azer and Mr. Martin regarding ▮▮▮ (.3); final revisions to ▮▮▮ (.3); conference call with Mr. Azer to discuss ▮▮▮ (.3); multiple email correspondence with Mr. Linder and Mr. Azer regarding ▮▮▮ (.4); conference call with Mr. Azer, Mr. Sochurek, and Ms. Hanke to discuss ▮▮▮ (.5); email correspondence with Mr. Sochurek regarding ▮▮▮ (.2); continue draft ▮▮▮ (1.0); conference call with Mr. Martin to discuss ▮▮▮ (.2); conference call with Mr. Azer to discuss ▮▮▮ (.3); email correspondence with Mr. Sochurek regarding ▮▮▮ (.4); review and revise ▮▮▮ (.6); gather ▮▮▮ (.6); review and analyze ▮▮▮ (.3). | 5.40 | $3,510.00 |

Invoice Number: 21460773
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

December 23, 2020
Page 28 of 28

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/30/20 | Ernest Martin, Jr. | Participate in Bates White presentation of ███████████ (1.3, attended in part); conference with Ms. Green regarding ███████ (.2); review e-mail from Mr. Schiavoni regarding ████████ (.2); discussion with Mr. Azer regarding ███████ (.4); review ████ (.1). | 1.80 | $1,791.00 |
| 11/30/20 | Brittany Parks | Conference call with Mr. Azer regarding ███████████ (.2); prepare and write ████████ (4.3). | 4.50 | $2,902.50 |

**Total Fees**                                                                                     **$290,159.00**

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|-----------|-------|-------|------|--------|
| Adrian Azer | Partner | 122.60 | $775.00 | $95,015.00 |
| Ernest Martin, Jr. | Partner | 26.50 | $995.00 | $26,367.50 |
| Brittany Parks | Associate | 49.60 | $645.00 | $31,992.00 |
| Carla Green | Associate | 141.00 | $650.00 | $91,650.00 |
| Mike Stoner | Associate | 35.70 | $675.00 | $24,097.50 |
| Wesley Dutton | Associate | 38.60 | $545.00 | $21,037.00 |

**Total Professional Summary**                                          **$290,159.00**

**Total Fees, Expenses and Charges**                                              **$290,159.00**

**Total Amount Due**                                                    **USD  $290,159.00**

# haynesboone

Invoice Number: 21460256
Invoice Date:  December 17, 2020
Matter Name: GSUSA Insurance Issues
Client/Matter Number: 0020234.00029
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

## REMITTANCE PAGE

*For Professional Services Through  November 30, 2020*

| | |
|---|---:|
| Total Fees | $10,491.00 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$10,491.00** |
| **Total Invoice Balance Due** | **USD  $10,491.00** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N ● SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21460256** ● Client Number **0020234.00029** ● Attorney **Ernest Martin, Jr.**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21460256
Matter Name: GSUSA Insurance Issues
Client/Matter Number: 0020234.00029
Billing Attorney: Ernest Martin, Jr.

December 17, 2020
Page 2 of 4

*For Professional Services Through  November 30, 2020*

**Professional Fees**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/02/20 | Adrian Azer | Telephone conference with Ms. Parks regarding ████████ (.3); telephone conference with Ms. Parks, Mr. Hardin, and Mr. Zirkman regarding ████████ (.5); email communications with counsel for RSUI and Beazley (.4). | 1.20 | $930.00 |
| 11/02/20 | Brittany Parks | Telephone conference with Mr. Linder regarding ████████ (.3); telephone conference with Mr. Azer regarding ████ (.3); telephone conference with Mr. Azer, Mr. Hardin, and Mr. Zirkman regarding ████████ (.5). | 1.10 | $709.50 |
| 11/03/20 | Adrian Azer | Coordinate conference call with Mr. Whitman and Mr. Linder, and RSUI and Beazley. | 0.30 | $232.50 |
| 11/05/20 | Adrian Azer | Telephone conference with Ms. Parks regarding ████████ (.2); follow-up email communications related to ████ (.2). | 0.40 | $310.00 |
| 11/05/20 | Brittany Parks | Telephone conference with Mr. Azer regarding ████████ (.2). | 0.20 | $129.00 |
| 11/06/20 | Adrian Azer | Telephone conference with Ms. Parks, Mr. Linder, and Mr. Whittman regarding ████████ (.4). | 0.40 | $310.00 |
| 11/06/20 | Brittany Parks | Telephone conference with Mr. Azer, Mr. Linder, and Mr. Whittman regarding ████ (.4); preparation for conference regarding ████ (.2); multiple emails with counsel for Beazley and RSUI to ████████ (.5). | 0.90 | $580.50 |
| 11/09/20 | Adrian Azer | Prepare for conferences with RSUI and Beazley regarding ████████ (.6); telephone conference with Mr. Delhagen (counsel for RSUI), Mr. Zirkman, Mr. Hardin, Mr. Linder, Mr. Whittman and Ms. Parks regarding ██ (.7); telephone conference with Mr. Beato and Ms. Platt (Counsel for Beazley), Mr. Zirkman, Mr. Hardin, Mr. Linder, Mr. Whittman and Ms. Parks regarding ██ (.5); post-conference with Ms. Parks regarding ██ (.1). | 1.90 | $1,472.50 |
| 11/09/20 | Ernest Martin, Jr. | Discussion with Mr. Azer regarding ████████ | 0.10 | $99.50 |

Invoice Number: 21460256
Matter Name: GSUSA Insurance Issues
Client/Matter Number: 0020234.00029
Billing Attorney: Ernest Martin, Jr.

December 17, 2020
Page 3 of 4

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/09/20 | Brittany Parks | Preparation for conferences with coverage counsel for RSUI and Beazley (.7); telephone conference with Mr. Azer, Mr. Delhagen (counsel for RSUI), Mr. Zirkman, Mr. Hardin, Mr. Linder, Mr. Whittman regarding ███████████ (.7); telephone conference with Mr. Azer, Mr. Beato and Ms. Platt (counsel for Beazley), Mr. Zirkman, Mr. Hardin, Mr. Linder, Mr. Whittman regarding ██████ (.5); post-conference discussion with Mr. Azer regarding ██████ (.1). | 2.00 | $1,290.00 |
| 11/11/20 | Adrian Azer | Review ███████████ (.3); telephone conference with Mr. Zirkman (BSA) regarding ██████ (.2). | 0.50 | $387.50 |
| 11/12/20 | Brittany Parks | Prepare and write chart regarding ███████████████████████████ | 1.10 | $709.50 |
| 11/16/20 | Adrian Azer | Review communication from Ms. Parks ███████████ ████████████████ (.4); telephone conference with Ms. Parks regarding ███████████ (.1). | 0.50 | $387.50 |
| 11/16/20 | Brittany Parks | Telephone conference with Mr. Azer regarding ████████ (.1); email communications with Mr. Hardin regarding ████████ (.5). | 0.60 | $387.00 |
| 11/20/20 | Adrian Azer | Review communications related to ████████ (.2); telephone communication with Mr. Zirkman regarding ████ (.1). | 0.30 | $232.50 |
| 11/24/20 | Adrian Azer | Review communication from Mr. Zirkman regarding ████████ ████ (.3); telephone conference with Mr. Zirkman regarding ████ (.3). | 0.60 | $465.00 |
| 11/30/20 | Adrian Azer | Review communication from client related to ████████ (.1); review communication from Ms. Parks ██████████████████████ (.3); telephone communication with Mr. Zirkman regarding ████ (.2); telephone conference with Mr. Zirkman and Ms. Parks regarding ████ (.3). | 0.90 | $697.50 |
| 11/30/20 | Brittany Parks | Read and analyze ████████ (.2); read and analyze ██████████████ (.2); prepare and write ██████████████ (1.1); telephone conference with Mr. Zirkman and Mr. Azer regarding ████ (.3). | 1.80 | $1,161.00 |

**Total Fees**                                                                                    **$10,491.00**

Invoice Number: 21460256                                          December 17, 2020
Matter Name: GSUSA Insurance Issues                                    Page 4 of 4
Client/Matter Number: 0020234.00029
Billing Attorney: Ernest Martin, Jr.

**Timekeeper Summary**

| **Timekeeper** | **Title** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| Adrian Azer | Partner | 7.00 | $775.00 | $5,425.00 |
| Ernest Martin, Jr. | Partner | 0.10 | $995.00 | $99.50 |
| Brittany Parks | Associate | 7.70 | $645.00 | $4,966.50 |
| **Total Professional Summary** | | | | **$10,491.00** |

**Total Fees, Expenses and Charges**                                 **$10,491.00**

**Total Amount Due**                                           **USD $10,491.00**

# haynesboone

Invoice Number: 21460257
Invoice Date:  December 17, 2020
Matter Name: Fee Applications
Client/Matter Number: 0020234.00035
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

## REMITTANCE PAGE

*For Professional Services Through  November 30, 2020*

| | |
|---|---:|
| Total Fees | $19,560.00 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$19,560.00** |
| **Total Invoice Balance Due** | **USD  $19,560.00** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N ● SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21460257** ● Client Number **0020234.00035** ● Attorney **Ernest Martin, Jr.**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21460257                                                      December 17, 2020
Matter Name: Fee Applications                                                          Page 2 of 4
Client/Matter Number: 0020234.00035
Billing Attorney: Ernest Martin, Jr.

*For Professional Services Through November 30, 2020*

**Professional Fees**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/02/20 | Carla Green | Multiple emails with Ms. Stilz regarding ███████████. | 0.10 | $65.00 |
| 11/04/20 | Carla Green | Conference call with Ms. Parks regarding ████████ (.4). | 0.40 | $260.00 |
| 11/04/20 | Brittany Parks | Conference call with Ms. Green regarding ███████. | 0.40 | $258.00 |
| 11/06/20 | Carla Green | Conference call with accounting regarding ███████████ (.2); multiple emails with Mr. Azer (.1) and Ms. Stilz (.1) regarding ████, conference call with Ms. Stilz to discuss ████████████████ (.3); multiple emails with Ms. Parks regarding █████████ (.2). | 0.90 | $585.00 |
| 11/06/20 | Brittany Parks | Multiple emails with Ms. Green regarding ███████. | 0.20 | $129.00 |
| 11/06/20 | Denise A. Stilz | Prepare fee application for September fees and expenses (1.3); review invoices for privilege (2.4); conference calls with Ms. Green to discuss ██████████ (.3). | 4.00 | $1,580.00 |
| 11/09/20 | Carla Green | Email correspondence with Ms. Stilz (.1) and Ms. Parks (.1) regarding ███████; review final September Fee Application including redacted invoices (.8); email correspondence with Ms. Stilz regarding ███ (.2). | 1.20 | $780.00 |
| 11/09/20 | Denise A. Stilz | Continue to review September invoices for privilege and redact same (1.1); finalize 5th Monthly Fee Application covering September fees and expenses (.6); forward information to Ms. Green regarding ███████████ (.2). | 1.90 | $750.50 |
| 11/10/20 | Adrian Azer | Review and revise fee application (8); email communications with Ms. Green (.1) and Ms. Stilz (.1) regarding ███. | 1.00 | $775.00 |
| 11/10/20 | Carla Green | Multiple email correspondences with Ms. Stilz (.3) and Mr. Azer (.4) regarding ███████; final review and analyze invoices for privilege and confidentiality (1.2). | 1.90 | $1,235.00 |
| 11/10/20 | Denise A. Stilz | Email communications with Mr. Azer (.1), Ms. Green (.1), and Ms. Parks (.3) regarding ████████; prepare Fifth Combined Monthly Fee Application, combining September and October fees and expenses (1.4). | 1.70 | $671.50 |
| 11/11/20 | Denise A. Stilz | Review October proformas for privilege redactions. | 2.80 | $1,106.00 |
| 11/12/20 | Brittany Parks | Review, analyze, and redact Fee Application for privilege (1.6); email correspondence with Ms. Green regarding ████████ (.2). | 1.80 | $1,161.00 |

Invoice Number: 21460257
Matter Name: Fee Applications
Client/Matter Number: 0020234.00035
Billing Attorney: Ernest Martin, Jr.

December 17, 2020
Page 3 of 4

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/13/20 | Carla Green | Email correspondence with Ms. Stilz regarding ███████ ███████ (.2); correspondence with Ms. Topper regarding ███████ (.2); multiple email correspondences with Ms. Stilz (.2) and Mr. Azer (.4) regarding ███████ ███████ (.6). | 1.60 | $1,040.00 |
| 11/13/20 | Denise A. Stilz | Prepare Fifth Monthly Fee Application, covering September and October fees and expenses, including calculations and redacting for privilege (5.2); forward redacted and unredacted versions of fee application to Mr. Azer, Mr. Martin, Ms. Green, and Ms. Parks (.3). | 5.50 | $2,172.50 |
| 11/16/20 | Carla Green | Email correspondence with Ms. Parks regarding ███████ ███████ (.2). | 0.20 | $130.00 |
| 11/16/20 | Brittany Parks | Email communications to Ms. Green regarding ███████ (.2). | 0.20 | $129.00 |
| 11/16/20 | Denise A. Stilz | Prepare Third Interim Fee Application, covering fees and expenses for August 1 through October 31. | 4.80 | $1,896.00 |
| 11/18/20 | Carla Green | Begin review of interim fee application and address comments from Ms. Stilz. | 0.80 | $520.00 |
| 11/18/20 | Denise A. Stilz | Email communications with accounting department regarding ███████ ███████ | 0.30 | $118.50 |
| 11/19/20 | Carla Green | Review and revise Third Quarterly Fee Application (.9); email correspondence with Mr. Azer regarding ███ (.1); email correspondence with Ms. Stilz regarding ███ (.2). | 1.20 | $780.00 |
| 11/20/20 | Denise A. Stilz | Continue to prepare Interim Fee Application. | 1.10 | $434.50 |
| 11/23/20 | Carla Green | Review and revise draft of Interim Fee Application (.8). | 0.80 | $520.00 |
| 11/24/20 | Carla Green | Email correspondence with Ms. Duncan (.1) and Ms. Stilz (.2) regarding ███████. | 0.20 | $130.00 |
| 11/25/20 | Carla Green | Multiple email correspondence with Ms. Stilz and accounting to determine ███████ (.2); review and revise ███ (.1). | 0.30 | $195.00 |
| 11/25/20 | Kimberly Morzak | Telephone conference with Ms. Stilz regarding third ███████ ███ | 0.50 | $210.00 |
| 11/25/20 | Denise A. Stilz | Telephone conference with Ms. Morzak to review and discuss ███ ███████ (.5); continue to work on interim fee application (.6); email communications with accounting department ███████ (.2). | 1.30 | $513.50 |
| 11/30/20 | Adrian Azer | Review and finalize quarterly fee application (.8); email communications with Ms. Green regarding ███ (.1). | 0.90 | $697.50 |

Invoice Number: 21460257
Matter Name: Fee Applications
Client/Matter Number: 0020234.00035
Billing Attorney: Ernest Martin, Jr.

December 17, 2020
Page 4 of 4

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/30/20 | Carla Green | Final review of Third Interim Fee Application (.5); multiple email correspondence with Mr. Martin (.2) and Mr. Azer (.2) regarding ▓▓▓ email correspondence with Ms. Topper regarding ▓▓▓▓▓▓ (.2). | 0.80 | $520.00 |
| 11/30/20 | Denise A. Stilz | Telephone conference with Ms. Duncan in accounting (.1); finalize Third Interim Fee Application (.3); forward fee application to Mr. Azer and Ms. Green (.1). | 0.50 | $197.50 |

**Total Fees** $19,560.00

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|-----------|-------|-------|------|--------|
| Adrian Azer | Partner | 1.90 | $775.00 | $1,472.50 |
| Brittany Parks | Associate | 2.60 | $645.00 | $1,677.00 |
| Carla Green | Associate | 10.40 | $650.00 | $6,760.00 |
| Denise A. Stilz | Paralegal | 23.90 | $395.00 | $9,440.50 |
| Kimberly Morzak | Paralegal | 0.50 | $420.00 | $210.00 |

**Total Professional Summary** $19,560.00

**Total Fees, Expenses and Charges** $19,560.00

**Total Amount Due** USD $19,560.00