IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC.[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Sandra Romero, depose and say that I am employed by Omni Agent Solutions ("**Omni**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On December 22, 2020, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Summary Cover Sheet of Ninth Monthly Application of Sidley Austin LLP for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2020 to and Including November 30, 2020 [Docket No. 1864].**

Dated: December 28, 2020

/s/ Sandra Romero
Sandra Romero
Omni Agent Solutions
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
(818) 906-8300

{State of California    }
{                       } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 28th day of December, 2020, by Sandra Romero, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

/s/ Carolyn K. Cashman
Notary Public

CAROLYN K. CASHMAN
COMM. #2232009
Notary Public - California
Los Angeles County
My Comm. Expires Feb. 23, 2022

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

# **EXHIBIT A**

**Exhibit A**
**Service List**
**Served as set forth below**

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| The Debtors | Boy Scouts of America | 1325 West Walnut Hill Lane<br>Irving, TX 75038 | | | First Class Mail |
| Notice of Appearance/Request for Notices<br>Counsel for the Official Committee of Unsecured Creditors | Kramer Levin Naftalis & Frankel LLP | Attn: Rachel Ringer<br>Attn: Megan M. Wasson<br>177 Ave of the Americas<br>New York, NY 10036 | 212-715-8000 | rringer@kramerlevin.com<br>mwasson@kramerlevin.com | First Class Mail |
| Co-counsel to the Debtors | Morris, Nichols, Arsht & Tunnell LLP | Attn: Derek C. Abbott<br>1201 N. Market Street, 16th Floor<br>Wilmington, DE 19801 | | | First Class Mail |
| Notice of Appearance/Request for Notices<br>Counsel for JPMorgan Chase Bank, National Association | Norton Rose Fulbright Us LLP | Attn: Louis R. Strubeck, Jr<br>Attn: Kristian W. Gluck<br>2200 Ross Avenue, Suite 3600<br>Dallas, TX 75201-7933 | 214-855-8200 | louis.strubeck@nortonrosefulbright.com<br>kristian.gluck@nortonrosefulbright.com | First Class Mail |
| Notice of Appearance/Request for Notices<br>Counsel to the Tort Claimants' Committee | Pachulski Stang Ziehl & Jones LLP | Attn: James I. Stang<br>10100 Santa Monica Blvd, 13th Fl<br>Los Angeles, CA 90067-4003 | 302-652-4400 | jstang@pszjlaw.com | First Class Mail |
| Core Parties<br>Counsel for Debtor | Sidley Austin LLP | Attn: Thomas A. Labuda, Jr.<br>One South Dearborn Street<br>Chicago, IL 60603 | 312-853-7036 | tlabuda@sidley.com | First Class Mail |
| Counsel to the County Commission of Fayette County (West Virginia) | Steptoe & Johnson LLP | Attn: John Stump<br>Chase Tower<br>8th Floor, 707 Virginia Street East<br>Charleston, WV 25301 | | | First Class Mail |
| U.S. Trustee | The Office of the United States Trustee | Attn: David Buchbinder and Hannah M. McCollum<br>J. Caleb Boggs Federal Building<br>Room 2207, 844 N. King Street<br>Wilmington, DE 19801 | | | First Class Mail |
| Core Parties<br>Counsel for Ad Hoc Committee of Local Councils of the Boy Scouts of America | Wachtell, Lipton, Rosen & Katz | Attn: Richard Mason<br>Attn: Joseph C. Celentino<br>51 W 52nd St<br>New York, NY 10019 | 212-403-2252 | rgmason@wlrk..com<br>jccelentino@wlrk.com | First Class Mail |
| Notice of Appearance/Request for Notices<br>Boy Scouts of America And Delaware BSA, LLC | White & Case LLP | Attn: Matthew E. Linder<br>111 S Wacker Dr<br>Ste 5100<br>Chicago, IL 60606-4302 | | mlinder@whitecase.com | First Class Mail |
| Core Parties<br>Counsel for Prepetition Future Claimants' Representative | Young Conaway Stargatt & Taylor | Attn: Robert Brady<br>Attn: Edwin Harron<br>Rodney Square<br>1000 N King St<br>Wilmington, DE 19801 | 302-576-3325 | rbrady@ycst.com<br>eharron@ycst.com | First Class Mail |