**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Boy Scouts of America and Delaware BSA, LLC, | ) ) | Case No. 20-10343 (LSS) |
| | ) | (Jointly Administered) |
| Debtors.[1] | ) ) | |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF ALL NOTICES AND DOCUMENTS**

**PLEASE TAKE NOTICE** that McDermott Will & Emery LLP hereby enters its appearance (this "Notice of Appearance") in the above-captioned cases as counsel to The Episcopal Diocese of Chicago pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code"), and rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). McDermott Will & Emery LLP hereby requests that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

| | |
|---|---|
| MCDERMOTT WILL & EMERY LLP | MCDERMOTT WILL & EMERY LLP |
| Timothy W. Walsh | David R. Hurst |
| 340 Madison Avenue | The Nemours Building |
| New York, NY 10173-1922 | 1007 North Orange Street, 10th Floor |
| Telephone: (212) 547-5400 | Wilmington, DE 19801 |
| Fax: (212) 547-5444 | Telephone: (302) 485-3900 |
| E-mail: twwalsh@mwe.com | Fax: (302) 351-8711 |
| | E-mail: dhurst@mwe.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 3017(a), this request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, any notice, motion, proposed order, application, petition, pleading, request, complaint, demand,

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

memorandum, affidavit, declaration, presentment, order to show cause, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile, electronically, or otherwise, that is filed or given in connection with the above-captioned cases.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, or claim waives (i) any right to have final orders in non-core matters arising in or related to the above-captioned chapter 11 cases entered only after *de novo* review by a district court judge, (ii) any right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (iii) any right to have a district court judge withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) an election of remedies, or (v) any other substantive or procedural right.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is without prejudice to any other rights, claims, actions, defenses, setoffs, or recoupments under agreement, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments against a debtor or any other entity either in these cases or in any other action are expressly reserved.

*[Remainder of Page Intentionally Left Blank]*

Dated: December 29, 2020
      Wilmington, Delaware

                                  McDERMOTT WILL & EMERY LLP

                                  */s/ David R. Hurst*
                                  David R. Hurst (Del. Bar No. 3743)
                                  The Nemours Building
                                  1007 North Orange Street, 10th Floor
                                  Wilmington, DE  19801
                                  Telephone:  (302) 485-3900
                                  Fax:  (302) 351-8711
                                  E-mail:  dhurst@mwe.com

                                  -and-

                                  Timothy W. Walsh (*pro hac vice* pending)
                                  340 Madison Avenue
                                  New York, NY 10173-1922
                                  Telephone:  (212) 547-5400
                                  Fax:  (212) 547-5444
                                  E-mail:  twwalsh@mwe.com

                                  *Counsel to The Episcopal Diocese*
                                  *of Chicago*