## Exhibit B

**Settlement Agreement**

## SETTLEMENT AGREEMENT

Nichole Erickson, Individually and as Mother, Next Friend of Grace Gordon, Deceased Minor and Mason Gordon, Minor, Claim No. 1G904959834539

This Settlement Agreement ("**Agreement**") is made and entered into on October ___, 2020 by and between pre-litigation claimant Nichole Erickson, Individually and as Mother and Next Friend of Grace Gordon, Deceased Minor, and as Mother of Mason Gordon, Minor (the "**Claimant**"), on the one hand, and (1) Glacier's Edge Council, Inc., Boy Scouts of America ("**Glacier's Edge**") and (2) the Boy Scouts of America (the "**BSA**" and, collectively with Glaicier's Edge, the "**Potential Defendants**"), on the other hand. This Agreement settles all claims against all the Potential Defendants and the Releasees (as defined below), relating to the death of Grace Gordon and related events (the "**Incident**"), and any and all claims that could have been filed against the Potential Defendants and the Releasees in any way related to the Incident. This Agreement is intended to memorialize the terms of the settlement.

Accordingly, in consideration of their mutual promises and other good and valuable consideration hereby acknowledged by the Claimant and the Potential Defendants (collectively, "the **Parties**"), the Parties agree as follows:

1. **Effective Date**

This Agreement shall only become effective (the "**Effective Date**") fourteen (14) days after the later of (A) an order of the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") (i) approving the Agreement pursuant to Federal Rule of Bankruptcy Procedure 9019 and (ii) approving the payment of the Settlement Amount (as defined below) by Evanston Insurance Company pursuant to section 362 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "**Bankruptcy Code**) becomes a final non-appealable order; (B) (i) the commencement of a probate proceeding for the Estate of Grace Gordon (the "**Grace Gordon Estate**"), (ii) the appointment of a personal representative of the Grace Gordon Estate (the

1

# SETTLEMENT AGREEMENT

Nichole Erickson, Individually and as Mother, Next Friend of Grace Gordon, Deceased Minor and Mason Gordon, Minor, Claim No. 1G904959834539

"**Personal Representative**") and (iii) the execution of a joinder to this Settlement Agreement in the form attached hereto as Exhibit A (the "**Joinder**") by the Personal Representative on behalf of the Estate of Grace Gordon; and (C) (i) the appointment of a guardian ad litem for minor Mason Gordon (the "**Guardian**") in a Wisconsin Circuit Court, (ii) the approval of this Settlement Agreement, upon motion of the Guardian, by such Wisconsin Circuit Court and (iii) the execution of a Joinder by the Guardian on behalf of minor Mason Gordon.

2. **Settlement Terms**

The Potential Defendants agree to pay, for the benefit of the Claimant Related Parties (as defined below), to the Trust Account for Parente & Norem, P.C., 221 N. LaSalle Street, 27th Floor, Chicago, IL 60601 a total of two million dollars ($2,000,000.00)(the "**Settlement Amount**") within fourteen (14) days of the Effective Date. In exchange for payment of the Settlement Amount, the Claimant and Claimant Related Parties agree to provide the releases set forth below. For purposes of this Agreeement, "**Claimant Related Parties**" means the Claimant, the Grace Gordon Estate, the Personal Representative, on behalf of the Grace Gordon Estate, and the Guardian, on behalf of Mason Gordon.

3. **Release**

In exchange for the consideration provided to the Claimant Related Parties in this Agreement, the Claimant Related Parties irrevocably and unconditionally release, acquit and forever discharge the Potential Defendants and all of their subsidiaries, parents, affiliates, managing agents, employees, volunteers, servants, consultants, agents, directors, officers, independent contractors, representatives, insurance carriers and attorneys of Potential Defendants, and all persons acting by, through, under or in concert with any of them, and each of

## SETTLEMENT AGREEMENT

**Nichole Erickson, Individually and as Mother, Next Friend of Grace Gordon, Deceased Minor and Mason Gordon, Minor, Claim No. 1G904959834539**

their respective heirs, successors, and assigns (hereinafter collectively referred to as "**Releasees**"), or any of them, from all claims that could be asserted related to the Incident, as well as any and all charges, complaints, claims, liabilities, obligations, promises, agreements, controversies, damages, actions, causes of action, suits, rights, demands, costs, losses, debts and expenses (including medical expenses, funeral expenses, attorneys' fees and costs actually incurred) of any nature whatsoever, known or unknown, suspected or unsuspected, including, but not limited to any claims the Claimant Related Parties have, or may have, known or unknown, in connection with any facts, matters, property, transactions, or things between all Parties and between the Claimant Related Parties and the Releasees, including but not limited to, anything arising from, relating to, or in connection with the Incident. Notwithstanding the foregoing, the claims released herein do not include any claim of breach of the terms of this Agreement or to any other claims that cannot lawfully be released.

### 4. General Release

It is understood and agreed that this is a full, complete and final general release of any and all claims, and that the Claimant Related Parties agree that the foregoing release applies to all unknown, unanticipated, unsuspected and undisclosed claims, demands, liabilities, actions or causes of action, in law, equity or otherwise, as well as those which are now known, anticipated, suspected or disclosed.

### 5. Disclaimer of Liability

The Parties agree and acknowledge that this Agreement is not to be construed as an admission of liability or wrong-doing by any Party, but is entered into in compromise of disputed claims.

## SETTLEMENT AGREEMENT

Nichole Erickson, Individually and as Mother, Next Friend of Grace Gordon, Deceased Minor and Mason Gordon, Minor, Claim No. 1G904959834539

### 6. Non-Disparagement

The Claimant Related Parties agree that the Claimant Related Parties shall not make, publish, or cause any statement to be made in any form about the Releasees that is false, disparaging, casts the Releasees in a negative light, or would harm the Releasees, or that would reasonably be expected to lead to unwanted or unfavorable publicity to the Releasees or detract from the reputation of the Releasees.

### 7. Joint Drafting

Each of the Parties has joined in and contributed to drafting this Agreement and each of the Parties agrees that there shall be no presumption favoring or burdening any Party based upon draftsmanship.

### 8. Authorization

With the exception of the BSA as a chapter 11 debtor requiring Bankruptcy Court approval of its entry into this Agreement, the Parties expressly warrant and represent that the execution of this Agreement is fully authorized by each of them; that the person or persons executing this Agreement have the necessary and appropriate authority to do so; and that there are no pending agreements, transactions, or negotiations to which any of them are a party that would render this Agreement or any part thereof void, voidable, or unenforceable.

### 9. Applicable Law

This Agreement shall be interpreted in accordance with the laws of the State of Wisconsin. The Parties expressly consent to personal jurisdiction in Wisconsin.

### 10. Counterparts

## SETTLEMENT AGREEMENT

Nichole Erickson, Individually and as Mother, Next Friend of Grace Gordon, Deceased Minor and Mason Gordon, Minor, Claim No. 1G904959834539

This Agreement may be executed in two or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

### 11. Complete Agreement

This is the entire agreement between the Parties. This Agreement may not be modified in any manner except in writing signed by the Claimant and authorized executives of the Potential Defendants. The Parties acknowledge that they have not made any representations or promises to each other than those contained in this Agreement.

### 12. Voluntary, Knowing Agreement

This Agreement is executed voluntarily and without any duress or undue influence on the part or behalf of any Party, with the full intent of releasing all claims that the Parties have against each other. The Parties acknowledge that:

(a) They have read this Agreement;

(b) They have been represented by legal counsel of their own choice in the preparation, negotiation and execution of this Agreement;

(c) They understand the terms and consequences of this Agreement and of the release and waivers it contains;

(d) They have not relied upon any representations or statements made by the other Party that are not specifically set forth in this Agreement; and

(e) They are fully aware of the legal and binding effect of this Agreement.

*Signatures on following page.*

## SETTLEMENT AGREEMENT

Nichole Erickson, Individually and as Mother, Next Friend of Grace Gordon, Deceased Minor and Mason Gordon, Minor, Claim No. 1G904959834539

IN WITNESS WHEREOF, the Parties have executed this Agreement on the dates set forth below.

Dated: 12-22, 2020

By: *Nichole Erickson*
Nichole Erickson, Individually and as Mother and Next Friend of Grace Gordon, Deceased Minor, and as Mother of Mason Gordon, Minor

Dated: 12-23, 2020

Boy Scouts of America

By: *Michael P. Malone*
Its: attorney

Dated: 12-23, 2020

Glaicier's Edge Council, Inc., Boy Scouts of America

By: *Michael P. Malone*
Its: its attorney

6

# Exhibit A

# Joinder

## Joinder to Settlement Agreement

Pursuant to, and in accordance with, Paragraph 1 of that certain settlement agreement (the "**Agreement**") by and between Nichole Erickson, Individually and as Mother and Next Friend of Grace Gordon, Deceased Minor, and as Mother of Mason Gordon, Minor, on the one hand, and (1) Glacier's Edge Council, Inc., Boy Scouts of America and (2) the Boy Scouts of America, on the other hand, _____ hereby acknowledges that _____ has received and reviewed a complete copy of the Agreement and agrees that upon execution of this Joinder, _____ shall become a party to the Agreement and shall be fully bound by, and subject to, all of the covenants, terms, conditions and releases of the Agreement as though an original party thereto.

IN WITNESS WHEREOF, _____ has executed this Joinder on the date set forth below.

Dated: _____, 2020     By: _____