**<u>Exhibit B</u>**

**Settlement Agreement**

## SETTLEMENT AGREEMENT AND MUTUAL RELEASE

This Settlement Agreement ("**Agreement**") is made and entered into on December 18, 2020 by and between (1) Plaintiff Margaret Henderson (the "**Plaintiff**") as Personal Representative of the Estate of Nolan Henderson (the "**Estate**") and the Estate's agents, heirs, relatives, assigns, parents, beneficiaries, third-party beneficiaries, attorneys, any and all potential claimants identified in ORS 30.020, and anyone claiming by or through the Estate (collectively, the "**Plaintiff Parties**"), on the one hand, and (2) the Oregon Trail Council, Inc., ("**OTC**") and the Boy Scouts of America (the "**BSA**") (collectively, the "**Defendants**") on the other hand.  This Agreement settles all claims against all the Defendants and the Releasees (as defined below), relating to the lawsuit entitled *Henderson v. Boy Scouts of America, et. al.*, Lane County Circuit Court, Or., Case No. 19-CV-39-39445 (the "**Lawsuit**"), and any and all claims that could have been filed against the Defendants related to the matters set forth in the Lawsuit.  This Agreement is intended to memorialize the terms of the settlement.

Accordingly, in consideration of their mutual promises and other good and valuable consideration hereby acknowledged by the Plaintiff, on behalf of herself and the Plaintiff Parties, and the Defendants (collectively, "the **Parties**"), the Parties agree as follows:

### 1.  Effective Date

This Agreement shall only become effective after an order of the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") is entered: (i) approving the Agreement pursuant to Federal Rule of Bankruptcy Procedure 9019 and (ii) approving the payment of the Settlement Amount (as defined below) by Old Republic Insurance Company pursuant to section 362 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532, and such order has become final and non-appealable  (the "**Effective Date**").  If no such order is entered **that has**

**SETTLEMENT AGREEMENT AND MUTUAL RELEASE**

**become final and non-appealable on or before March 31, 2021**, this agreement shall be null and void.

### 2.   Settlement Terms

The Defendants agree to pay the Plaintiff a total of nine-hundred-thousand dollars ($900,000.00) (the "**Settlement Amount**") within seven (7) days of the Effective Date.  The Defendants further agree that, within a reasonable time after the Effective Date (not to exceed seven (7) days) the BSA shall post the Safety Moment attached as **Exhibit A,** on the BSA website. In exchange for payment of the Settlement Amount and the above-described non-monetary provisions, the Plaintiff agrees to dismiss the Lawsuit with prejudice and without costs and provide the releases set forth below.

### 3.   Release

In exchange for the consideration provided to Plaintiff in this Agreement, Plaintiff, on behalf of herself and the Plaintiff Parties, irrevocably and unconditionally releases, acquits and forever discharges all of the Defendants in the Lawsuit and all of their subsidiaries, parents, affiliates, managing agents, employees, volunteers, servants, consultants, agents, directors, officers, independent contractors, representatives, insurance carriers, attorneys, and all persons acting by, through, under or in concert with any of them, and each of their respective heirs, successors, and assigns (hereinafter collectively referred to as "**Releasees**"), or any of them, from all claims asserted in the Lawsuit, as well as any and all charges, complaints, claims, liabilities, obligations, promises, agreements, controversies, damages, actions, causes of action, suits, rights, demands, costs, losses, debts and expenses (including attorneys' fees and costs actually incurred) of any nature whatsoever, known or unknown, suspected or unsuspected, including, but not limited to any claims the Plaintiff Parties had, have, or may have, known or unknown, in connection with

## SETTLEMENT AGREEMENT AND MUTUAL RELEASE

any facts, matters, property, transactions, or things between all Parties and between the Plaintiff Parties and the Releasees, including but not limited to, anything arising from, relating to, or in connection with the matters set forth in Lawsuit.

### 4.    General Release

It is understood and agreed that this is a full, complete and final general release of any and all claims among the Plaintiff Parties and the Defendants, and that the Plaintiff, on behalf of herself and the Plaintiff Parties, agrees that the foregoing release applies to all unknown, unanticipated, unsuspected and undisclosed claims, demands, liabilities, actions or causes of action, in law, equity or otherwise, as well as those which are now known, anticipated, suspected or disclosed.

### 5.    Disclaimer of Liability

The Parties agree and acknowledge that this Agreement is not to be construed as an admission of liability or wrong-doing by any Party, but is entered into in compromise of disputed claims.

### 6.    Confidentiality

It is specifically understood, agreed and made part of this Agreement that the Plaintiff, the Plaintiff Parties, and their attorneys shall not comment on any aspect of the Agreement or its terms and conditions to any member of the news media. If any member of the news media inquires of the Plaintiff Parties regarding the resolution of the Lawsuit, the agreed upon response is that "the Lawsuit settled."  This paragraph is intended to become part of the consideration for the settlement of this claim.

### SETTLEMENT AGREEMENT AND MUTUAL RELEASE

### 7.  Joint Drafting

Each of the Parties has joined in and contributed to drafting this Agreement and each of the Parties agrees that there shall be no presumption favoring or burdening any Party based upon draftsmanship.

### 8.  Authorization

With the exception of the BSA as a chapter 11 debtor requiring Bankruptcy Court approval of its entry into this Agreement, the Parties expressly warrant and represent that the execution of this Agreement is fully authorized by each of them; that the person or persons executing this Agreement have the necessary and appropriate authority to do so; and that there are no pending agreements, transactions, or negotiations to which any of them are a party that would render this Agreement or any part thereof void, voidable, or unenforceable.

### 9.  Applicable Law

This Agreement shall be interpreted in accordance with the laws of the State of Oregon without reference to conflict of law principles.  The Parties expressly consent to personal jurisdiction in the State and Federal Courts located within the State of Oregon.

### 10.  Counterparts

This Agreement may be executed in two or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

### 11.  Complete Agreement

This is the entire agreement between the Parties.  This Agreement may not be modified in any manner except in writing signed by the Plaintiff and authorized executives of the Defendants. The Parties acknowledge that they have not made any representations or promises to each other than those contained in this Agreement.

## SETTLEMENT AGREEMENT AND MUTUAL RELEASE

(a)     They have read this Agreement;

(b)     They have been represented by legal counsel of their own choice in the

        preparation, negotiation and execution of this Agreement;

(c)     They understand the terms and consequences of this Agreement and of the

        release and waivers it contains;

(d)     They have not relied upon any representations or statements made by the

        other Party that are not specifically set forth in this Agreement; and

(e)     They are fully aware of the legal and binding effect of this Agreement.

        IN WITNESS WHEREOF, the Parties have executed this Agreement on the dates set
forth below.

Dated: Dec. 18, 2020                    By: _____
                                            Margaret Henderson as Personal
                                            Representative of the Estate of Nolan
                                            Henderson

Dated: _____, 2020            Boy Scouts of America

                                        By: _____

                                            Its: _____

Dated: _____, 2020            Oregon Trail Council, Inc., Boy Scouts of America

                                        By: _____

                                            Its: _____

5

**SETTLEMENT AGREEMENT AND MUTUAL RELEASE**

### 12.  Voluntary, Knowing Agreement

This Agreement is executed voluntarily and without any duress or undue influence on the part or behalf of any Party, with the full intent of releasing all claims that the Parties have against each other.  The Parties acknowledge that:

(a)    They have read this Agreement;

(b)    They have been represented by legal counsel of their own choice in the preparation, negotiation and execution of this Agreement;

(c)    They understand the terms and consequences of this Agreement and of the release and waivers it contains;

(d)    They have not relied upon any representations or statements made by the other Party that are not specifically set forth in this Agreement; and

(e)    They are fully aware of the legal and binding effect of this Agreement.

IN WITNESS WHEREOF, the Parties have executed this Agreement on the dates set forth below.

Dated: _____, 2020      By: _____
                                      Margaret Henderson as Personal
                                      Representative of the Estate of Nolan
                                      Henderson

Dated: _____, 2020      Boy Scouts of America

                                By: _____

                                Its: _____

Dated: Dec, 16 , 2020           Oregon Trail Council, Inc. Boy Scouts of America

                                By: _____

                                Its:  Scout Executive

5

## SETTLEMENT AGREEMENT AND MUTUAL RELEASE

### 12.  Voluntary, Knowing Agreement

This Agreement is executed voluntarily and without any duress or undue influence on the part or behalf of any Party, with the full intent of releasing all claims that the Parties have against each other.  The Parties acknowledge that:

(a)    They have read this Agreement;

(b)    They have been represented by legal counsel of their own choice in the preparation, negotiation and execution of this Agreement;

(c)    They understand the terms and consequences of this Agreement and of the release and waivers it contains;

(d)    They have not relied upon any representations or statements made by the other Party that are not specifically set forth in this Agreement; and

(e)    They are fully aware of the legal and binding effect of this Agreement.

IN WITNESS WHEREOF, the Parties have executed this Agreement on the dates set forth below.

Dated: _____, 2020        By: _____
                                        Margaret Henderson as Personal
                                        Representative of the Estate of Nolan
                                        Henderson

Dated: _12/16___, 2020        Boy Scouts of America

                                    By: _____

                                    Its: _Secretary & General Counsel_

Dated: _____, 2020        Oregon Trail Council, Inc., Boy Scouts of America

                                    By: _____

                                    Its: _____

5

## Exhibit A



**BOY SCOUTS OF AMERICA®**
HEALTH AND SAFETY

# BSA SAFETY MOMENT
## FATAL FALL — NOLAN'S STORY

### SUMMARY

Tragedy struck our Scouting family on Oct. 13, 2018, when Nolan Henderson, a 16-year-old Star Scout, was fatally injured while hiking and bouldering with his troop on Maiden Peak in the Cascade Range of central Oregon. An adult leader had started the hike with the youth. When younger youth wished to turn around, the leader returned to the base camp as well. Nolan and the remaining youth were allowed to continue up to the peak without adult supervision. When one of those youth got stuck during the ascent, Nolan went to his aid. After he scaled a shear face of the peak to help the other Scout to safety, a handhold gave way and Nolan tragically fell to his death.

### LESSONS LEARNED

Scouting's two-deep adult supervision requirements, which exist both to prevent abuse and to safeguard against tragedies like these, were not followed.

- Adults supervise youth activities.
- Two-deep adult supervision by registered adult leaders 21 years of age or over are required for all Scouting activities. This includes patrol activities. These enhanced requirements have been in effect since October 2018.

Parents expect and demand that every activity is supervised by adults who help guide good decisions during an outing. This climb should have ceased when the adult supervisor went back to base camp.

Climb on Safely protocols — supervision, instruction, equipment, and an established safe area — were not in place for a climb or bouldering in this area.

### WHAT YOU CAN DO

- Share Nolan's story before your next outing.
- Ensure that proper two-deep adult supervision is provided for all Scouting activities, especially those that might expose participants to a risk of serious injury or death.
- Utilize and review the four points of SAFE when delivering the Scouting program.
- Understand how changing terrain and conditions can cause unrecognized hazards that result in tragic consequences.
- On a hike, stay together. On the trail, be prepared:
  - Designate a pacesetter who leads at a speed comfortable for everyone in the group, followed by a navigator who makes sure the group is on course.
  - The hike should match the maturity, skill level, and fitness of participants.
  - Stop or turn back (as a group), if adverse conditions develop

### RESOURCES

- Guide to Safe Scouting: https://www.scouting.org/health-and-safety/gss/toc/
- Climbing Safety Moment: https://www.scouting.org/health-and-safety/safety-moments/climbing/
- Campout Safety Checklist: https://filestore.scouting.org/filestore/HealthSafety/pdf/campout_checklist.pdf
- Backpacking merit badge pamphlet: https://www.scoutshop.org/backpacking-merit-badge-pamphlet-655139.html
- Hiking merit badge pamphlet: https://www.scoutshop.org/catalog/product/view/id/5199
- Fatal Falls Incident Review: https://filestore.scouting.org/filestore/pdf/680-056_FatalFalls.pdf

680-055
Rev. 12/2020