## Exhibit B

## Expense Detail

| Work Date | Timekeeper Name | Description | Bill Amt |
|---|---|---|---|
| 11/14/2020 | Delaporte, Matthew | Printing | $0.28 |
| 11/14/2020 | Delaporte, Matthew | Printing | $12.60 |
| 11/14/2020 | Delaporte, Matthew | Printing | $0.42 |
| 11/14/2020 | Delaporte, Matthew | Printing | $0.84 |
| 11/14/2020 | Delaporte, Matthew | Printing | $14.84 |
| 11/14/2020 | Delaporte, Matthew | Printing | $30.80 |
| 11/14/2020 | Delaporte, Matthew | Printing | $0.56 |
| 11/14/2020 | Delaporte, Matthew | Printing | $0.56 |
| 11/14/2020 | Delaporte, Matthew | Printing | $0.98 |
| 11/14/2020 | Delaporte, Matthew | Printing | $0.84 |
| 11/14/2020 | Delaporte, Matthew | Printing | $2.24 |
| 11/14/2020 | Delaporte, Matthew | Printing | $0.56 |
| 11/14/2020 | Delaporte, Matthew | Printing | $2.24 |
| 11/14/2020 | Delaporte, Matthew | Printing | $0.14 |
| 11/14/2020 | Delaporte, Matthew | Printing | $0.28 |
| 11/14/2020 | Delaporte, Matthew | Printing | $0.28 |
| 11/14/2020 | Delaporte, Matthew | Printing | $0.42 |
| 11/14/2020 | Delaporte, Matthew | Printing | $0.14 |
| 11/14/2020 | Delaporte, Matthew | Printing | $0.42 |
| 11/14/2020 | Delaporte, Matthew | Printing | $17.08 |
| 11/14/2020 | Delaporte, Matthew | Printing | $0.14 |
| 11/14/2020 | Delaporte, Matthew | Printing | $0.14 |
| 11/14/2020 | Delaporte, Matthew | Printing | $0.84 |
| 11/14/2020 | Delaporte, Matthew | Printing | $0.14 |
| 11/14/2020 | Delaporte, Matthew | Printing | $0.28 |
| 11/14/2020 | Delaporte, Matthew | Printing | $0.14 |
| 11/14/2020 | Delaporte, Matthew | Printing | $0.28 |
| 11/14/2020 | Delaporte, Matthew | Printing | $10.22 |
| 11/14/2020 | Delaporte, Matthew | Printing | $0.56 |
| 11/14/2020 | Delaporte, Matthew | Printing | $0.42 |
| 11/14/2020 | Delaporte, Matthew | Printing | $0.42 |
| 11/14/2020 | Delaporte, Matthew | Printing | $0.28 |
| 11/14/2020 | Delaporte, Matthew | Printing | $0.42 |
| 11/14/2020 | Delaporte, Matthew | Printing | $2.10 |
| 11/14/2020 | Delaporte, Matthew | Printing | $0.28 |
| 11/25/2020 | Klebaner, Mara | Outsourced WP Center | $11.90 |
| 11/26/2020 | Delaporte, Matthew | Taxi - Business | $141.03 |
| | | | **$256.11** |