## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 1571** |

**SECOND SUPPLEMENTAL DECLARATION OF JESSICA C. K. BOELTER
IN SUPPORT OF DEBTORS' APPLICATION FOR ENTRY OF
AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF
WHITE & CASE LLP AS ATTORNEYS TO THE DEBTORS AND
<u>DEBTORS IN POSSESSION EFFECTIVE AS OF SEPTEMBER 23, 2020</u>**

I, Jessica C. K. Boelter, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct to the best of my knowledge, information, and belief:

1.      I am a partner of the firm of White & Case LLP ("<u>White & Case</u>" or the "<u>Firm</u>"), and am duly authorized to make this second supplemental declaration (the "<u>Second Supplemental Declaration</u>") on behalf of White & Case in support of the *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of White & Case LLP as Attorneys to the Debtors and Debtors in Possession Effective as of September 23, 2020* (the "<u>Application</u>") [D.I. 1571] and pursuant to Local Rule 2014-1.[2] My initial declaration was attached as Exhibit B to the Application (the "<u>Initial Declaration</u>") and I thereafter provided a supplemental declaration (the "<u>First Supplemental Declaration</u>") [D.I. 1657].   The Bankruptcy Court approved the Firm's retention on November 18, 2020 [D.I. 1698].

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

2.      Except as otherwise noted, I have personal knowledge of the matters set forth herein.[3]

3.      As previously noted, White & Case has reviewed and will continue to review its files periodically during the pendency of these Chapter 11 Cases with respect to known and newly-identified parties in interest.  If any new relevant facts or relationships are discovered or arise, White & Case will use reasonable efforts to identify such developments and will promptly file a supplemental declaration, as required by Bankruptcy Rule 2014(a) and Local Rule 2014-1(a).  As a result of such process, White & Case discloses the matters set forth below.

4.      In connection with the Initial Declaration, White & Case obtained from the Debtors and their agents the names of individuals and entities that may be parties in interest in these Chapter 11 Cases (the "Potential Parties in Interest"), and such parties were initially listed on Schedule 1 attached to the Initial Declaration.  Subsequently, White & Case received or otherwise identified the names of additional entities that may be parties in interest in these Chapter 11 Cases (the "First Supplemental Potential Parties in Interest List"), which list is attached hereto as **Schedule 1**.

5.      White & Case has searched its electronic database for its connections to the Potential Parties in Interest listed on the First Supplemental Potential Parties in Interest List to determine whether White & Case has been retained within the last five years to represent any such Potential Parties in Interest (or their affiliates, as the case may be).  The results of White & Case's searches of these Potential Parties in Interest are set forth in **Schedule 2**.  Specifically, **Schedule 2** identifies that White & Case currently represents, or has represented within the last five (5) years, certain individuals, entities or their affiliates who are Potential Parties in Interest in matters

---

[3] Certain of the disclosures herein relate to matters within the knowledge of attorneys or employees of White & Case and are based on information provided by them.

unrelated to the Debtors, the chapter 11 cases, or such entities' claims against and interests in the Debtors.[4]  None of the representations disclosed herein are materially adverse to the interests of the Debtors or the Debtors' estates.

6.      White & Case's revenues for services rendered on behalf of each of the Potential Parties in Interest (or known affiliates) listed on **<u>Schedule 2</u>**, with respect to each such party and its known affiliates, totaled less than one percent of White & Cases' revenue for the 12-month period from December 2019 through October 2020.

7.      Thus, to the best of my knowledge, (i) White & Case is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates, and (ii) White & Case has no connection with any of the Debtors, their affiliates, their creditors, or any other party-in-interest, or their respective attorneys and accountants, the U.S. Trustee for the District of Delaware or any person employed in the office of the same, or any judge in the Bankruptcy Court or District Court for the District of Delaware or any person in the offices of the same, except as may be disclosed in the Initial Declaration, the First Supplemental Declaration, and this Declaration.

*[Remainder of Page Intentionally Left Blank]*

---

[4] The term "client" means an entity listed as a client or affiliate of a client in an active or closed matter in White & Case's conflicts search system.  To the extent that a Potential Party in Interest falls under more than one category, such Potential Party in Interest is disclosed below in only one category.  Furthermore, the inclusion of a Potential Party in Interest within one or more categories in the Application, this Declaration, or otherwise is for convenience only and is not, and shall not be construed as, an acknowledgement or admission regarding any Potential Party in Interest, including with respect to any claims or relationships that such Potential Party in Interest may have with the Debtors.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: December 30, 2020
      New York, New York

Respectfully submitted,

*/s/ Jessica C. K. Boelter*
Jessica C. K. Boelter
Partner
WHITE & CASE LLP