## Schedule 1

## Additional Potential Parties in Interest

**Chartered Organizations**
Diocese of Rockville Centre

**Professionals Retained by Debtors**
JLL Valuation & Advisory Services, LLC

**Professionals Representing Certain Parties in Interest**
CBRE, Inc.
Clyde & Co.
Keen-Summit Capital Partners LLC
Loeb & Loeb
NextClaim
Stamoulis & Weinblatt LLC
The Brattle Group
Walker Wilcox Matousek LLP
Wiley Rein LLP
Wilmer Cutler Pickering Hale and Dorr LLP

**Mediation Parties**
Commonwealth Mediation & Conciliation, Inc.
Hogan Lovells US LLP
The Gallagher Law Group