## Schedule 2

### Results of the Connections Search

| Category | Open Unrelated Client Matters | Closed Unrelated Client Matters |
|---|---|---|
| **Chartered Organizations** | None. | None. |
| **Professionals Retained by Debtors** | JLL Valuation & Advisory Services, LLC | None. |
| **Professionals Representing Certain Parties in Interest** | CBRE, Inc. | None. |
| **Mediation Parties** | None. | None. |