# **EXHIBIT A**

Quarterly Statement of Compensation
of Ordinary Course Professionals

**Boy Scouts of America**
**Ordinary Course Professional Payments (9/1/2020 - 11/30/2020)**

| Professional Firm Name | Notes | Sep-20 | Oct-20 | Nov-20 | Total Compensation | Average Monthly Compensation | OCP Tier |
|---|---|---|---|---|---|---|---|
| FTI CONSULTING INC | (1) | $ 303,862 | $ 175,356 | $ 37,594 | $ 516,813 | $ 172,271 | Tier 1 |
| STEPTOE & JOHNSON PLLC | (2) | 24,780 | 32,533 | 36,470 | 93,783 | 31,261 | Tier 1 |
| WILLIS TOWERS WATSON INC | | 14,912 | 28,323 | 18,150 | 61,385 | 20,462 | Tier 1 |
| BAX ADVISORS LLC | (3) | - | 40,445 | 10,970 | 51,415 | 17,138 | Tier 2 |
| WIGGIN & DANA LLP | | 18,953 | 8,325 | 6,270 | 33,548 | 11,183 | Tier 2 |
| HECHT SPENCER & ASSOCIATES INC | | 20,000 | 10,000 | - | 30,000 | 10,000 | Tier 2 |
| LEWIS BRISBOIS BISGAARD & SMITH | | 15,274 | 5,247 | 2,185 | 22,706 | 7,569 | Tier 2 |
| Milliman USA Inc | | - | - | 21,510 | 21,510 | 7,170 | Tier 2 |
| FOX ROTHSCHILD LLP | | 15,270 | - | 1,221 | 16,491 | 5,497 | Tier 2 |
| LCG ASSOCIATES INC | | - | - | 12,500 | 12,500 | 4,167 | Tier 2 |
| DENTONS US LLP | | 4,726 | 209 | 4,240 | 9,174 | 3,058 | Tier 2 |
| WILSON ELSER MOSKOWITZ | | 4,170 | 3,727 | 560 | 8,456 | 2,819 | Tier 2 |
| SCHEPER KIM & HARRIS LLP | | 3,550 | 1,825 | 125 | 5,500 | 1,833 | Tier 2 |
| SAUL EWING LLP | | 2,860 | 1,033 | 1,509 | 5,402 | 1,801 | Tier 2 |
| BAKER & HOSTETLER LLP | | - | 3,612 | 973 | 4,585 | 1,528 | Tier 2 |
| FLOYD PFLUEGER & RINGER | | 4,466 | - | - | 4,466 | 1,489 | Tier 2 |
| MELICK PORTER LLP | | 4,019 | 293 | - | 4,312 | 1,437 | Tier 2 |
| STITES & HARBISON PLLC | | 2,442 | 1,002 | - | 3,443 | 1,148 | Tier 2 |
| HEPLERBROOM LLC | | 2,525 | 94 | 31 | 2,651 | 884 | Tier 2 |
| MCLANE MIDDLETON PROF ASSOC | | 2,022 | 564 | - | 2,586 | 862 | Tier 2 |
| VERNIS & BOWLING OF THE FL KEYS | | 1,999 | - | - | 1,999 | 666 | Tier 2 |
| BOONE KARLBERG PC | | 1,782 | 20 | - | 1,802 | 601 | Tier 2 |
| WICKER,SMITH,O'HARA,MCCOY,&FORD PA | | 1,328 | - | - | 1,328 | 443 | Tier 2 |
| MARKOWITZ HERBOLD GLADE AND MEHLHAF PC | | 1,322 | - | - | 1,322 | 441 | Tier 2 |
| CLARKE SLIVERGLATE PA | | 415 | 175 | - | 590 | 197 | Tier 2 |
| HINSHAW & CULBERTSON LLP | | - | 459 | - | 459 | 153 | Tier 2 |
| HUESTON HENNIGAN | | 355 | - | - | 355 | 118 | Tier 2 |
| NORTON ROSE FULBRIGHT LLP | | - | - | 350 | 350 | 117 | Tier 2 |
| MILLER JOHNSON SNELL & CUMMISKEY PLC | | 105 | 175 | - | 280 | 93 | Tier 2 |
| STICH ANGELL KREIDLER UNKE & SCATTERGOOD | | 195 | - | 60 | 255 | 85 | Tier 2 |
| KIPP AND CHRISTIAN PC | (4) | 212 | 6,167 | - | 6,379 | 2,126 | Tier 2 |
| **Total** | | $ 451,542 | $ 319,582 | $ 154,718 | $ 925,841 | $ 308,614 | |

Footnotes:
(1) Includes catch-up payments from prior periods. Payments to FTI Consulting totaled $51k from February through August 2020. Case-to-date, the monthly average is $57k
(2) Includes retainer application of $36,050
(3) Includes retainer application of $35,420
(4) Includes retainer application of $6,167