IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Randy Lowry, depose and say that I am employed by Omni Agent Solutions ("**Omni**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On December 29, 2020, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following document to be served via the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- **Debtors' Third Motion for Entry of an Order, Under 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9006(b) and 9027, Extending the Period within which the Debtors May Remove Civil Actions and Granting Related Relief [Docket No. 1876].**

Dated: December 31, 2020

Randy Lowry
Omni Agent Solutions
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
(818) 906-8300

{State of California    }
{                       } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 31st day of December, 20 20, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

CAROLYN K. CASHMAN
COMM. #2232009
Notary Public - California
Los Angeles County
My Comm. Expires Feb. 23, 2022

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

# **<u>EXHIBIT A</u>**

**Exhibit A**
**Core/2002 Service List**
**Served as set forth below**

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Notice of Appearance and Request for Notices Counsel to Collin County Tax Assessor/Collector | Abernathy, Roeder, Boyd & Hullett, P.C. | Attn: Chad Timmons<br>Attn: Larry R. Boyd<br>Attn: Emily M. Hahn<br>1700 Redbud Blvd, Ste 300<br>McKinney, TX 75069 | 214-544-4040 | ctimmons@abernathylaw.com<br>bankruptcy@abernathylaw.com<br>ehahn@abernathy-law.com | Email |
| Notice of Appearance/Request for Notices. Counsel to Chickasaw Council, Boy Scouts of America, Inc. | Adams and Reese LLP | Attn: Henry C. Shelton, III<br>6075 Poplar Ave, Ste 700<br>Memphis, TN 38119 | | Henry.Shelton@arlaw.com | Email |
| Notice of Appearance/Request for Notices Counsel for Del-Mar-Va Council, Inc., Boy Scouts of America | Ashby & Geddes, P.A. | Attn: Bill Bowden<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899-1150 | 302-654-2067 | wbowden@ashbygeddes.com | Email |
| Notice of Appearance and Request for Notices Counsel to several sexual abuse survivor claimants | Baird Mandalas Brockstedt, LLC | Attn: Stephen W. Spence<br>1413 Savannah Rd, Ste 1<br>Lewes, DE 19958 | 302-644-0306 | sws@bmbde.com | Email |
| Notice of Appearance/Request for Notices Counsel for Sequoia Council of Boy Scouts, Inc. | Baker Manock & Jensen, PC | Attn: Jan T. Perkins<br>5260 North Palm Avenue, Suite 421<br>Fresno, CA 93704 | | jperkins@bakermanock.com | Email |
| Notice of Appearance/Request for Notices Counsel for Clarendon America Insurance Company | Ballard Spahr LLP | Attn: Matthew G. Summers<br>Attn: Chantelle D. McClamb<br>919 N. Market St, 11th Fl<br>Wilmington, DE 19801-3034 | 302-252-4466 | summersm@ballardspahr.com<br>mcclambc@ballardspahr.com | Email |
| Notice of Appearance/Request for Notices Counsel for Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Fire Insurance Company | Bayard, P.A. | Attn: Erin R. Fay<br>Attn: Gregory J. Flasser<br>600 N King St, Ste 400<br>Wilmington, DE 19801 | | efay@bayardlaw.com<br>gflasser@bayardlaw.com | Email |
| Notice of Appearance/Request for Notices Counsel for Various Tort Claimants | Bielli & Klauder, LLC | Attn: David M. Klauder<br>1204 N. King Street<br>Wilmington, DE 19801 | 302-397-2557 | tbielli@bk-legal.com<br>dklauder@bk-legal.com | Email |
| Notice of Appearance and Request for Notices Counsel for Agricultural Insurance Company | Bodell Bove, LLC | Attn: Bruce W. McCullough<br>1225 N King St, Ste 1000<br>Wilmington, DE 19801 | 302-655-6827 | bmccullough@bodellbove.com | Email |
| Notice of Appearance/Request for Notices Counsel for the Florida Conference of the United Methodist Church and Various Churches in the Conference that are Chartered Organizations | Bradley Arant Boult Cummings | Attn: Edwin Rice<br>Attn: Elizabeth Brusa<br>100 N Tampa St, Ste 2200<br>Tampa, FL 33602 | | eRice@bradley.com<br>ebrusa@bradley.com | Email |
| Notice of Appearance/Request for Notices Counsel for the National Surety Corporation | Bradley Riley Jacobs PC | Attn: Todd C. Jacobs<br>320 W Ohio St, Ste 3W<br>Chicago, IL 60654 | | tjacobs@bradleyriley.com | Email |
| Notice of Appearance and Request for Notices Counsel to the Coalition of Abused Scouts for Justice | Brown Rudnick LLP | Attn: David J. Molton<br>7 Times Square<br>New York, NY 10036 | | EGoodman@brownrudnick.com<br>DMolton@brownrudnick.com | Email |
| Notice of Appearance and Request for Notices Counsel to the Coalition of Abused Scouts for Justice | Brown Rudnick LLP | Attn: Sunni P. Beville<br>Attn: Tristan G. Axelrod<br>1 Financial Ctr<br>Boston, MA 02111 | | sbeville@brownrudnick.com<br>taxelrod@brownrudnick.com | Email |
| Notice of Appearance/Request for Notices Counsel for Oracle America, Inc | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson<br>55 Second Street, 17th Floor<br>San Francisco, California 94105-3493 | 415-227-0770 | schristianson@buchalter.com | Email |
| Notice of Appearance/Request for Notices Counsel for Chickasaw Council, BSA, Inc. | Butler Snow LP | Attn: Daniel W. Van Horn<br>P.O. Box 171443<br>Memphis, TN 38187-1443 | | Danny.VanHorn@butlersnow.com | Email |
| Notice of Appearance/Request for Notices Counsel for Arrowood Indemnity Company | Carruthers & Roth, P.A. | Attn: Britton C. Lewis<br>235 N. Edgeworth St.<br>P.O. Box 540<br>Greensboro, NC 27401 | 336-478-1145 | bcl@crlaw.com | Email |
| Notice of Appearance/Request for Notices Counsel for Jane Doe, Party in Interest | Chipman, Brown, Cicero & Cole, LLP | Attn: Mark Desgrossseilliers<br>1313 N Market St, Ste 5400<br>Wilmington, DE 19801 | 302-295-0199 | degross@chipmanbrown.com | Email |
| Notice of Appearance/Request for Notices Counsel for Liberty Mutual Insurance Company | Choate, Hall & Stewart LLP | Attn: Douglas R. Gooding<br>Attn: Jonathan D. Marshall<br>Attn: Michael J. Foley, Jr. | 617-248-4000 | dgooding@choate.com<br>jmarshall@choate.com<br>mjfoley@choate.com | Email |
| Notice of Appearance/Request for Notices - Authorized Agent for the Commonwealth of Pennsylvania, Dept of Labor and Industry, Office of Unemployment Compensation Tax Services (UCTS) | Commonwealth of Pennsylvania | Dept of Labor & Industry<br>Attn: Deb Secrest/Collections Support Unit<br>651 Boas St, Rm 925<br>Harrisburg, PA 17121 | 717-787-7671 | ra-li-ucts-bankrupt@state.pa.us | Email |
| Notice of Appearance/Request for Notices Counsel for IRC Burnsville Crossing, LLC | Connolly Gallagher, LLP | Attn: Karen C. Bifferato<br>Attn: Kelly M. Conlan<br>1201 N Market St, 20th Fl<br>Wilmington, DE 19801 | | kbifferato@connollygallagher.com<br>kconlan@connollygallagher.com | Email |
| Notice of Appearance/Request for Notices Counsel for Arrowood Indemnity Company | Coughlin Duffy, LLP | Attn: Kevin Coughlin<br>Attn: Lorraine Armenti<br>Attn: Michael Hrinewski<br>350 Mount Kemble Ave.<br>PO Box 1917<br>Morristown, NJ 0796 | 973-267-6442 | kcoughlin@coughlinduffy.com<br>larmenti@coughlinduffy.com<br>mhrinewski@coughlinduffy.com | Email |
| Notice of Appearance and Request for Notices Counsel to Abuse Victims | Crew Janci LLP | Attn: Stephen Crew<br>Attn: Peter Janci<br>1200 NW Naito Pkwy, Ste 500<br>Portland, OR 97209 | | peter@crewjanci.com<br>steve@crewjanci.com | Email |
| *NOA - Counsel to Appellee Sidley Austin LLP | Cross & Simon, LLC | Attn: Christopher Simon<br>Attn: Kevin Mann<br>1105 N Market St, Ste 901<br>Wilmington, DE 19801 | 302-777-4224 | csimon@crosslaw.com<br>kmann@crosslaw.com | Email |
| Notice of Appearance and Request for Notices Counsel to American Zurich Insurance Company | Crowell & Moring LLP | Attn: Mark D. Plevin<br>Attn: Austin J. Sutta<br>3 Embarcadero Center, 26th Fl<br>San Francisco, CA 94111 | 415-986-2827 | mplevin@crowell.com<br>asutta@crowell.com | Email |

**Exhibit A**
**Core/2002 Service List**
**Served as set forth below**

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Notice of Appearance and Request for Notices Counsel to American Zurich Insurance Company | Crowell & Moring LLP | Attn: Tacie H. Yoon<br>1001 Pennsylvania Ave, NW<br>Washington, D.C. 20004 | 202-628-5116 | tyoon@crowell.com | Email |
| Notice of Appearance/Request for Notices Counsel for St. Stephen's Episcopal Church | Davidoff Hutcher & Citron LLP | Attn: Jonathan S. Pasternak<br>Attn: James B. Glucksman<br>Attn: Robert L. Rattet<br>605 3rd Ave<br>New York, NY 10158 | 914-381-7406 | jsp@dhclegal.com<br>jbg@dhclegal.com<br>rlr@dhclegal.com | Email |
| Notice of Appearance/Request for Notices Counsel for Chicksaw Council, BSA, Inc. | Davies Hood PLLC | Attn: Jason P. Hood<br>22 North Front Street, Suite 620<br>Memphis, TN 38103-2100 | | Jason.Hood@davieshood.com | Email |
| Notice of Appearance/Request for Notices Counsel for Girl Scouts of the United States of America | Dorsey & Whitney LLP | Attn: Bruce R. Ewing<br>Attn: Eric Lopez Schnabel<br>51 W 52nd St<br>New York, NY 10019 | | ewing.bruce@dorsey.com<br>schnabel.eric@dorsey.com | Email |
| Notice of Appearance/Request for Notices Counsel for Girl Scouts of the United States of America | Dorsey & Whitney LLP | Attn: Eric Lopez Schnabel<br>Attn: Alessandra Glorioso<br>300 Delaware Ave, Ste 1010<br>Wilmington, DE 19801 | | schnabel.eric@dorsey.com<br>glorioso.alessandra@dorsey.com | Email |
| Notice of Appearance and Request for Notices Counsel to Oracle America, Inc. | Doshi Legal Group, P.C. | Attn: Amish R. Doshi<br>1979 Marcus Ave, Ste 210E<br>Lake Success, NY 11042 | | amish@doshilegal.com | Email |
| Notice of Appearance/Request for Notices Counsel for The Roman Catholic Diocese of Brooklyn, New York | Faegre Drinker Biddle & Reath LLP | Attn: Michael P. Pompeo<br>1177 Avenue of the Americas, 41st Floor<br>New York, NY 10036-2714 | 317-569-4800 | michael.pompeo@faegredrinker.com | Email |
| Notice of Appearance/Request for Notices Counsel for The Roman Catholic Diocese of Brooklyn, New York | Faegre Drinker Biddle & Reath LLP | Attn: Patrick A. Johnson<br>Attn: Kaitlin W. MacKenzie<br>222 Delaware Ave, Ste 1410<br>Wilmington, DE 19801-1621 | 302-467-4201 | patrick.jackson@faegredrinker.com<br>kaitlin.mackenzie@faegredrinker.com | Email |
| Notice of Appearance/Request for Notices Counsel for Weaver Fundraising, LLC d/b/a Trail's End Popcorn Company | Faegre Drinker Biddle & Reath LLP | Attn: Jay Jaffe<br>600 E. 96th St, Ste 600<br>Indianapolis, IN 46240 | 317-569-4800 | jay.jaffe@faegredrinker.com | Email |
| Notice of Appearance/Request for Notices Counsel for Weaver Fundraising, LLC d/b/a Trail's End Popcorn Company | Faegre Drinker Biddle & Reath LLP | Attn: Patrick A. Johnson<br>222 Delaware Ave, Ste 1410<br>Wilmington, DE 19801-1621 | 302-467-4201 | patrick.jackson@faegredrinker.com | Email |
| Notice of Appearance/Request for Notices Counsel for Simon Kenton Council | Ferry Joseph, PA | Attn: John D. McLaughlin, Jr.<br>824 N Market St, Ste 1000<br>Wilmington, DE 19801 | 302-575-1714 | jmclaughlin@ferryjoseph.com | Email |
| Notice of Appearance/Request for Notices Counsel for National Union Fire Insurance Co of PA, AIG | Fineman Krekstein & Harris, PC | Attn: Dierdre M. Richards<br>1300 N King St<br>Wilmington, DE 19801 | 302-394-9228 | drichards@finemanlawfirm.com | Email |
| Notice of Appearance and Request for Notices Counsel for Trennie L. Williams and Kiwayna H. Williams, jointly as Parents, Legal Guardians and Next Friends of T.Q.W., a Minor | Flordia M. Henderson | P.O. Box 30604<br>Memphis, TN 38130-0604 | 901-348-4409 | flordia@fhendersonlaw.net | Email |
| Notice of Appearance/Request for Notices Counsel for Boys Scouts of America San Diego | Foley & Lardner LLP | Attn: Richard J. Bernard<br>90 Park Ave<br>New York, NY 10016 | 212-687-2329 | rbernard@foley.com | Email |
| Notice of Appearance/Request for Notices Counsel for Boys Scouts of America San Diego | Foley & Lardner LLP | Attn: Victor Vilaplana<br>3579 Valley Centre Dr, Ste 300<br>San Diego, CA 92130 | 858-792-6773 | vavilaplana@foley.com | Email |
| Notice of Appearance/Request for Notices Counsel for National Union Fire Insurance Co of PA, AIG | Foran Glennon Planadech Ponzi & Rudloff, P.C. | Attn: Susan N K Gummow<br>Attn: Igor Shleypak<br>222 N LaSalle St, Ste 1400<br>Chicago, IL 60614 | 312-863-5000 | sgummow@fgppr.com<br>ishleypak@fgppr.com | Email |
| Notice of Appearance/Request for Notices Counsel for Old Republic Insurance Company | Fox Swibel Levin & Carroll LLP | Attn: Margaret M. Anderson<br>200 W Madison St, Ste 3000<br>Chicago, IL 60606 | 312-224-1201 | panderson@foxswibel.com | Email |
| Notice of Appearance and Request for Notices Counsel to Future Claimants' Representative | Gilbert LLP | Attn: Kami Quinn<br>Attn: Meredith Neely<br>Attn: Emily Grim<br>Attn: Jasmine Chalashtori<br>700 Pennsylvania Ave, SE Ste 400<br>Washington, DC 20003 | | chalashtorij@gilbertlegal.com<br>quinnk@gilbertlegal.com<br>neelym@gilbertlegal.com<br>grime@gilbertlegal.com | Email |
| Notice of Appearance and Request for Notices Counsel for Bay-Lakes Council | Godfrey & Kahn, SC | Attn: Erin A. West<br>1 E Main St, Ste 500<br>P.O. Box 2719<br>Madison, WI 53701-2719 | 608-257-0609 | ewest@gklaw.com | Email |
| Notice of Appearance and Request for Notices Counsel for Bay-Lakes Council | Godfrey & Kahn, SC | Godfrey & Kahn, SC<br>Attn: Timothy F. Nixon<br>200 S Washington St, Ste 100<br>Green Bay, WI 54301-4298 | 920-436-7988 | tnixon@gklaw.com | Email |
| Notice of Appearance and Request for Notices Counsel for the Chapelwood United Methodist Church | Hoover & Slovacek, LLP | Attn: Steven A. Leyh<br>Galleria Tower II<br>5051 Westheimer Rd, Ste 1200<br>Houston, TX 77056 | 713-977-5395 | leyh@hooverslovacek.com | Email |
| Notice of Appearance and Request for Notices Counsel for Simon Kenton Council | Ice Miller | Attn: Daniel R. Swetnam<br>Arena District<br>250 West St<br>Columbus, OH 43215 | 614-224-3568 | daniel.swetnam@icemiller.com | Email |
| Core Parties<br>Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | 855-235-6787 | | First Class Mail |
| Notice of Appearance/Request for Notices Counsel for Certain Claimants | Jacobs & Crumplar, P.A. | Attn: Reann Warner<br>Attn: Thomas C. Crumplar<br>750 Shipyard Dr., Suite 200<br>Wilmington, DE 19801 | 302-656-5875 | raeann@jcdelaw.com<br>tom@jcdelaw.com | Email |

**Exhibit A**
**Core/2002 Service List**
**Served as set forth below**

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Notice of Appearance and Request for Notices Counsel to Certain Tort Claimants | James, Vernon & Weeks, P.A. | Attn: Leander L. James<br>Attn: Craig K. Vernon<br>Attn: R. Charlie Beckett<br>1626 Lincoln Wy<br>Coeur d'Alene, ID 83815 | 208-664-1684 | ljames@jvwlaw.net<br>cvernon@jvwlaw.net<br>rbeckett@jvwlaw.net | Email |
| Notice of Appearance/Request for Notices Counsel for Claimant J.M. as party in interest | Janet, Janet & Scuggs, LLC | Attn: Gerald D. Jowers, Jr<br>500 Taylor St, Ste 301<br>Columbia, SC 29201 | 803-727-1059 | gjowers@JJSJustice.com | Email |
| Bank Debt | JPMorgan Chase Bank, NA | Attn: Phil Martin<br>Attn: Louis Strubeck<br>10 S Dearborn St<br>Mail Code Il1-1415<br>Chicago, Il 60603 | | louis.strubeck@nortonrosefulbright.com | First Class Mail<br>Email |
| Notice of Appearance/Request for Notices Counsel for Chief Seattle Council, Boy Scouts of America | Karr Tuttle Campbell, PS | Attn: Bruce W. Leaverton<br>701 5th Ave, Ste 3300<br>Seattle, WA 98104 | 206-682-7100 | bleaverton@karrtuttle.com | Email |
| Notice of Appearance and Request for Notices Counsel to Buffalo Trail Council, Inc. | Kelly, Morgan, Dennis, Corzine & Hansen, P.C. | Attn: Michael G. Kelly<br>P.O. Box 1311<br>Odessa, TX 79760-1311 | 432-363-9121 | mkelly@kmdfirm.com | Email |
| Notice of Appearance and Request for Notices Counsel to Abuse Victims | Klehr Harrison Harvey Branzburg LLP | Attn: Domenic E. Pacitti<br>919 Market St, Ste 1000<br>Wilmington, DE 19801 | | dpacitti@klehr.com | Email |
| Notice of Appearance and Request for Notices Counsel to Abuse Victims | Klehr Harrison Harvey Branzburg LLP | Attn: Morton R. Branzburg<br>1835 Market St, Ste 1400<br>Philadelphia, PA 19103 | | mbranzburg@klehr.com | Email |
| Notice of Appearance/Request for Notices Counsel for the Official Committee of Unsecured Creditors | Kramer Levin Naftalis & Frankel LLP | Attn: Thomas Moers Mayer<br>Attn: Rachel Ringer<br>Attn: David E. Blabey Jr.<br>Attn: Jennifer R. Sharret<br>Attn: Megan M. Wasson<br>177 Ave of the Americas<br>New York, NY 10036 | 212-715-8000 | tmayer@kramerlevin.com<br>rringer@kramerlevin.com<br>dblabey@kramerlevin.com<br>jsharret@kramerlevin.com<br>mwasson@kramerlevin.com | Email |
| Notice of Appearance/Request for Notices Counsel for The Church of Jesus Christ of Latter-day Saints | Latham & Watkins LLP | Attn: Adam J. Goldberg<br>885 3rd Ave<br>New York, NY 10022-4834 | 212-751-4864 | adam.goldberg@lw.com | Email |
| Notice of Appearance/Request for Notices Counsel for The Church of Jesus Christ of Latter-day Saints | Latham & Watkins LLP | Attn: Jeffrey E Bjork<br>Attn: Kimberly A Posin<br>355 S Grand Ave, Ste 100<br>Los Angeles, CA 90071-1560 | 213-891-8763 | jeff.bjork@lw.com<br>kim.posin@lw.com | Email |
| Notice of Appearance and Request for Notices Counsel to Ector CAD | Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker<br>112 E Pecan St, Ste 2200<br>San Antonio, TX 78205 | 210-225-6410 | sanantonio.bankruptcy@publicans.com | Email |
| Notice of Appearance/Request for Notices Counsel for Dallas County | Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller<br>2777 N. Stemmons Fwy, Ste 1000<br>Dallas, TX 75207 | 469-221-5003 | dallas.bankruptcy@publicans.com | Email |
| Notice of Appearance/Request for Notices Counsel for Houston Liens, Harris County, Cleveland ISD, Montgomery County, Orange County, and Montgomery County | Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman<br>P.O. Box 3064<br>Houston, TX 77253-3064 | 713-844-3503 | houston_bankruptcy@publicans.com | Email |
| Notice of Appearance/Request for Notices Counsel for AmTrust North America, Inc. on behalf of Wesco Insurance Company | Maurice Wutscher LLP | Attn: Alan C. Hochheiser<br>23611 Chagrin Blvd. Suite 207<br>Beachwood, OH 44123 | 216-472-8510 | ahochheiser@mauricewutscher.com | Email |
| Notice of Appearance/Request for Notices Counsel for The County of Anderson, Texas, The County of Denton, Texas, Harrison Central Appraisal District, The County of Harrison, Texas, The County of Henderson, Texas, Midland Central Appraisal District, The County of Milam, Texas, Terry County Appraisal District and The County of Williamson, Texas | McCreary, Veselka, Bragg & Allen, PC | Attn: Tara LeDay<br>P.O. Box 1269<br>Round Rock, TX 78680 | 512-323-3205 | tleday@mvbalaw.com | Email |
| Notice of Appearance/Request for Notices Counsel for Allianz Global Risks US Insurance Company | McDermott Will & Emery LLP | Attn: Ryan S. Smethurst<br>Attn: Margaret H. Warner<br>The McDermott Building<br>500 North Capitol Street, NW<br>Washington, DC 20001-1531 | 202-756-8087 | rsmethurst@mwe.com<br>mwarner@mwe.com | Email |
| Notice of Appearance Counsel to The Episcopal Diocese of Chicago | McDermott Will & Emery LLP | Attn: David R. Hurst<br>The Nemours Building<br>1007 N Orange St, 10th FL<br>Wilmington, DE 19801 | 302-351-8711 | dhurst@mwe.com | Email |
| Notice of Appearance Counsel to The Episcopal Diocese of Chicago | McDermott Will & Emery LLP | Attn: Timothy W. Walsh<br>340 Madison Ave<br>New York, NY 10173-1922 | 212-547-5444 | twwalsh@mwe.com | Email |
| Notice of Appearance and Request for Notices Counsel to Stryker Medical | Miller, Canfield, Paddock and Stone, P.L.C. | Attn: Danielle Mason Anderson<br>277 S Rose St, Ste 5000<br>Kalamazoo, MI 49007 | 269-382-0244 | andersond@millercanfield.com | Email |
| Notice of Appearance/Request for Notices Counsel for Liberty Mutual Insurance Company | Mintz, Levin, Cohn, Ferris, Glovsky And Popeo, P.C. | Attn: Kim V. Marrkand<br>Attn: Nancy D. Adams<br>Attn: Laura Bange Stephens<br>One Financial Ctr<br>Boston, MA 02111 | 617-542- 2241 | kmarrkand@mintz.com<br>ndadams@mintz.com<br>lbstephens@mintz.com | Email |
| Notice of Appearance/Request for Notices Counsel for Sun Life Assurance Company of Canada | Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Kate P Foley<br>1800 W Park Dr, Ste 400<br>Westborough, MA 01581 | 508-898-1502 | kfoley@mirickoconnell.com | Email |
| Notice of Appearance/Request for Notices Counsel for Sun Life Assurance Company of Canada | Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Paul W Carey<br>100 Front St<br>Worcester, MA 01608 | 508-791-8502 | pcarey@mirickoconnell.com | Email |
| Notice of Appearance/Request for Notices Counsel for Missouri Department of Revenue | Missouri Department of Revenue | Bankruptcy Unit<br>Attn: Steven A. Ginther<br>PO Box 475<br>Jefferson City, MO  65105-0475 | 573-751-7232 | deecf@dor.mo.gov | Email |

**Exhibit A**
**Core/2002 Service List**
**Served as set forth below**

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Notice of Appearance and Request for Notices Counsel to the Coalition of Abused Scouts for Justice | Monzack Mersky Browder and Hochman, P.A. | Attn: Rachel B. Mersky<br>1201 N Orange St, Ste 400<br>Wilmington, DE 19801 | | rmersky@monlaw.com | Email |
| Notice of Appearance/Request for Notices Counsel for Waste Management | Monzack Mersky McLaughlin & Browder, PA | Attn: Brian McLaughlin<br>Attn: Rachel Mersky<br>1201 N Orange St, Ste 400<br>Wilmington, DE 19801 | 302-656-2769 | bmclaughlin@monlaw.com<br>rmersky@monlaw.com | Email |
| Notice of Appearance/Request for Notices Counsel for the Florida Conference of the United Methodist Church and Various Churches in the Conference that are Chartered Organizations | Moore & Rutt, PA | Attn: David N. Rutt<br>Attn: Scott G. Wilcox<br>122 N Market St<br>P.O. Box 554<br>Georgetown, DE 19947 | | dnrutt@mooreandrutt.com<br>swilcox@mooreandrutt.com | Email |
| Notice of Appearance/Request for Notices Counsel for Pearson Education, Inc. and NCS Pearson, Inc. | Morris James LLP | Attn: Jeffrey R. Waxman<br>Attn: Eric J. Monso<br>500 Delaware Ave, Ste 1500<br>P.O. Box 2306<br>Wilmington, DE 19899-2306 | 302-571-1750 | jwaxman@morrisjames.com<br>emonzo@morrisjames.com | Email |
| Notice of Appearance/Request for Notices Counsel for Old Republic Insurance Company | Morris James LLP | Attn: Brett D. Fallon<br>Attn: Brya M. Keilson<br>500 Delaware Ave, Ste 1500<br>P.O. Box 2306<br>Wilmington, DE 19899-2306 | 302-571-1750 | bfallon@morrisjames.com<br>bkeilson@morrisjames.com | Email |
| Notice of Appearance/Request for Notices Counsel for Old Republic Insurance Company | Morris James LLP | Attn: Stephen M. Miller<br>Attn: Carl N. Kunz, III<br>500 Delaware Ave, Ste 1500<br>Wilmington, DE 19801 | 302-571-1750 | smiller@morrisjames.com<br>ckunz@morrisjames.com | Email |
| Core Parties<br>Counsel for Debtor | Morris, Nichols, Arsht & Tunnell | Attn: Derek C. Abbott<br>Attn: Joseph Charles Barsalona II<br>Attn: Eric Moats<br>Attn: Andrew R. Remming<br>Attn: Paige N. Topper<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE, 19899 | 302-658-7036 | dabbott@mnat.com<br>jbarsalona@mnat.com<br>emoats@mnat.com<br>aremming@mnat.com<br>ptopper@mnat.com | Email |
| Notice of Appearance/Request for Notices Counsel for various child sexual abuse tort claimants | Motley Rice LLC | Attn: Daniel R. Lapinksi<br>210 Lake Dr E, Ste 101<br>Cherry Hill, NJ 08002 | 856-667-5133 | dlapinski@motleyrice.com | Email |
| Notice of Appearance/Request for Notices Counsel for various child sexual abuse tort claimants | Motley Rice LLC | Attn: Joseph F. Rice<br>28 Bridgeside Blvd<br>Mt Pleasant, SC 29464 | 843-216-9290 | jrice@motleyrice.com | Email |
| Notice of Appearance/Request for Notices Counsel for Jack Doe, Creditor and Defendant in Adversary Case | Nagel Rice LLP | Attn: Bradley L Rice<br>103 Eisenhower Pkwy<br>Roseland, NJ 07068 | 973-618-9194 | brice@nagelrice.com | Email |
| Notice of Appearance and Request for Notices Counsel to Claimant J.M. | Napoli Shkolnnik PLLC | Attn: R. Joseph Hrubiec<br>919 N Market St, Ste 1801<br>Wilmington, DE 19801 | | RHrubiec@NapoliLaw.com | Email |
| Notice of Appearance/Request for Notices Counsel for Ventura County Council of BSA | Nelson Comis Kettle & Kinney, LLP | Attn: William E. Winfield<br>300 E Esplande Dr, Ste 1170<br>Oxnard, CA 93036 | 805-604-4150 | wwinfield@calattys.com | Email |
| Notice of Appearance/Request for Notices Counsel for Indian Waters Council | Nelson Mullins Riley & Scarborough LLP | Attn: David Barnes, Jr<br>101 Constitution Ave NW, Ste 900<br>Washington, DC 20001 | 202-689-2860 | david.barnes@nelsonmullins.com | Email |
| Notice of Appearance/Request for Notices Counsel for Allianz Global Risks US Insurance Company | Nicolaides Fink Thorpe Michaelides Sullivan LLP | Attn: Matthew S. Sorem<br>10 S. Wacker Dr., 21st Floor<br>Chicago, IL 60606 | 312-585-1401 | msorem@nicolaidesllp.com | Email |
| Notice of Appearance/Request for Notices Counsel for JPMorgan Chase Bank, National Association | Norton Rose Fulbright Us LLP | Attn: Louis R. Strubeck, Jr.<br>1301 Ave of the Americas<br>New York, NY 10019-6022 | | louis.strubeck@nortonrosefulbright.com | Email |
| Notice of Appearance/Request for Notices Counsel for JPMorgan Chase Bank, National Association | Norton Rose Fulbright Us LLP | Attn: Louis R. Strubeck, Jr<br>Attn: Kristian W. Gluck<br>Attn: Ryan E. Manns<br>2200 Ross Avenue, Suite 3600<br>Dallas, TX 75201-7933 | 214-855-8200 | louis.strubeck@nortonrosefulbright.com<br>kristian.gluck@nortonrosefulbright.com<br>ryan.manns@nortonrosefulbright.com | Email |
| Notice of Appearance and Request for Notices Counsel for various child sexual abuse tort claimants | Nye, Stirling, Hale & Miller LLP | Attn: Joel M. Walker<br>1145 Bower Hill Rd, Ste 104<br>Pittsburgh, PA  15243 | 412-857-5350 | jmwalker@nshmlaw.com | Email |
| Notice of Appearance and Request for Notices Counsel to Boy Scouts of America for Hawaii and Guam Chapter | O'Connor Playdon Guben & Inouye LLP | Attn: Jerrold K. Guben<br>Makai Tower, Ste 2400<br>733 Bishop St<br>Honolulu, HI 96813 | 808-531-8628 | JKG@opgilaw.com | Email |
| Notice of Appearance/Request for Notices Counsel to for Century Indemnity Company, as successor to Cigna Specialty Insurance Company f/k/a California Union Insurance Company, and CCI Insurance Company as successor to Insurance Company of North America, et al. | O'Melveny & Myers LLP | Attn: Tancred Schiavoni<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036-6537 | | | First Class Mail |

**Exhibit A**
**Core/2002 Service List**
**Served as set forth below**

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Notice of Appearance/Request for Notices Counsel for the Texas Workforce Commission | Office of the Attorney General | Attn: Christopher S. Murphy<br>Attn: Sherri K. Simpson<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 | 512-936- 1409 | christopher.murphy@oag.texas.gov<br>sherri.simpson@oag.texas.gov | Email |
| Core Parties<br>Office of the United States Trustee | Office of the United States Trustee | Attn: David L. Buchbinder<br>Attn: Hannah Mufson McCollum<br>844 King St, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801 | 302-573-6497 | david.l.buchbinder@usdoj.gov<br>hannah.mccollum@usdoj.gov | Email |
| Notice of Appearance/Request for Notices Counsel to the Tort Claimants' Committee | Pachulski Stang Ziehl & Jones LLP | Attn: James I. Stang<br>Attn: Linda F. Cantor<br>10100 Santa Monica Blvd, 13th Fl<br>Los Angeles, CA 90067-4003 | 302-652-4400 | jstang@pszjlaw.com<br>lcantor@pszjlaw.com | Email |
| Notice of Appearance/Request for Notices Counsel for the Tort Claimants' Committee | Pachulski Stang Ziehl & Jones LLP | Attn: Robert Orgel<br>Attn: James O'Neill<br>Attn: John Lucas<br>Attn: Ilan Scharf<br>919 N Market St.,17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 | 302-652-4400 | rorgel@pszjlaw.com<br>joneill@pszjlaw.com<br>jlucas@pszjlaw.com<br>ischarf@pszjlaw.com | Email |
| Notice of Appearance and Request for Notices Counsel to Abuse Victims | Paul Mones PC | Attn: Paul Mones<br>13101 Washington Blvd<br>Los Angeles, CA 90066 | | paul@paulmones.com | Email |
| Notice of Appearance/Request for Notices Counsel for the Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn: Patricia Kelly, CFO<br>Attn: Cassandra Burton, Attorney<br>Attn: Craig Fessenden<br>1200 K St NW<br>Washington, DC 20005 | 202-326-4112 | kelly.patricia@pbgc.Gov<br>burton.cassandra@pbgc.gov<br>fessenden.craig@pbgc.gov | Email |
| Notice of Appearance and Request for Notices Counsel for Burleson County Tax Office, Luling ISD Tax Office, Colorado County Tax Office, Fayette County Tax Office, Milano ISD Tax Office, and Gause ISD Tax Office | Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: John T. Banks<br>3301 Northland Dr, Ste 505<br>Austin, TX 78731 | 512-302-1802 | jbanks@pbfcm.com | Email |
| Notice of Appearance/Request for Notices Counsel for Various Tort Claimants | Pfau Cochran Vertetis Amala PLLC | Attn: Michael T. Pfau<br>Attn: Jason P. Amala<br>Attn: Vincent T. Nappo<br>403 Columbia Street, Suite 500<br>Seattle, WA 98104 | 206-623-3624 | michael@pcvalaw.com<br>jason@pcvalaw.com<br>vnappo@pcvalaw.com | Email |
| Notice of Appearance/Request for Notices Counsel for Pearsons Education, Inc. and NSC Pearsons, Inc. | Phillips Lytle LLP | Attn: Angela Z Miller<br>One Canalside, 125 Main St<br>Buffalo, NY 14203, | 716-852-6100 | amiller@phillipslytle.com | Email |
| ENR | Raul Diaz | | | rauldiaz2503@gmail.com | Email |
| Notice of Appearance/Request for Notices Counsel to the Official Committee of Unsecured Creditors | Reed Smith LLP | Attn: Kurt F. Gwynne<br>Attn: Katelin A. Morales<br>120 N Market St, Ste 1500<br>Wilmington, DE 19801 | 302-778-7575 | kgwynne@reedsmith.com<br>kmorales@reedsmith.com | Email |
| Notice of Appearance/Request for Notices Counsel for Travelers Casualty and Surety Company, Inc. (fka Aetna Casualty & Surety Company), St. Paul Surplus Lines Insurance Company, and Gulf Insurance Company | Reger Rizzo & Darnall LLP | Attn: Louis J. Rizzo, Jr<br>1521 Concord Pike, Ste 305<br>Brandywine Plaza West<br>Wilmington, DE 19803 | | lrizzo@regerlaw.com | Email |
| Notice of Appearance/Request for Notices Counsel for The Church of Jesus Christ of Latter-day Saints | Richards, Layton & Finger, PA | Attn: Michael Merchant<br>Attn: Brett Haywood<br>One Rodney Square<br>920 N King St<br>Wilmington, DE 19801 | 302-651-7701 | merchant@rlf.com<br>haywood@rlf.com | Email |
| *NOA - Counsel for Courtney and Stephen Knight, Jointly as the Surviving Parents of E.J.K., a Minor Child | Schnader Harrison Segal & Lewis LLP | Attn: Richard A. Barkasy, Esq.<br>Attn: Kristi J. Doughty, Esq. | 302-888-1696 | rbarkasy@schnader.com<br>kdoughty@schnader.co | Email |
| Notice of Appearance/Request for Notices Counsel for Liberty Mutual Insurance Company | Seitz, Van Ogtrop & Green, P.A. | Attn: R. Karl Hill<br>222 Delaware Ave, Ste 1500<br>Wilmington, DE 19801 | 302-888- 0606 | khill@svglaw.com | Email |
| Notice of Appearance/Request for Notices Sequoia Council of Boy Scouts, Inc. | Sequoia Council of Boy Scouts, Inc. | Attn: Michael Marchese<br>6005 N. Tamera Avenue<br>Fresno, CA 93711 | | michael.marchese@scouting.org | Email |
| Notice of Appearance/Request for Notices Counsel for Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Fire Insurance Company | Shipman & Goodwin LLP | Attn: James P. Ruggeri<br>Attn: Joshua D. Weinberg<br>Attn: Michele Backus Konigsberg<br>Attn: Abigail W. Williams<br>1875 K St NW, Ste 600<br>Washington, DC 20006-1251 | 202-469-7751 | jruggeri@goodwin.com<br>jweinberg@goodwin.com<br>mkonigsberg@goodwin.com<br>awilliams@goodwin.com | Email |
| Notice of Appearance/Request for Notices Counsel for Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Fire Insurance Company | Shipman & Goodwin LLP | Attn: Eric S. Goldstein<br>One Constitution Plaza<br>Hartford, CT 06103-1919 | 860-251-5218 | egoldstein@goodwin.com<br>bankruptcy@goodwin.com<br>bankruptcyparalegal@goodwin.com | Email |
| Core Parties<br>Counsel for Debtor | Sidley Austin LLP | Attn: Blair Warner<br>Attn: Matthew Evan Linder<br>Attn: Thomas A. Labuda, Jr.<br>Attn: Karim Basaria<br>One South Dearborn Street<br>Chicago, IL 60603 | 312-853-7036 | blair.warner@sidley.com<br>mlinder@sidley.com<br>tlabuda@sidley.com<br>kbasaria@sidley.com | Email |
| Core Parties<br>Counsel for Debtor | Sidley Austin LLP | Attn: Jessica C. Boelter<br>787 Seventh Avenue<br>New York, NY 10019 | 212-839-5599 | jboelter@sidley.com | Email |

**Exhibit A**
**Core/2002 Service List**
**Served as set forth below**

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Notice of Appearance/Request for Notices Counsel for The Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America | Squire Patton Boggs (US) LLP | Attn: Mark A. Salzberg<br>2550 M St, NW<br>Washington, DC 20037 | 202-457-6315 | mark.salzberg@squirepb.com | Email |
| Notice of Appearance/Request for Notices Counsel for The Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America | Squire Patton Boggs (US) LLP | Attn: Travis A. McRoberts<br>2000 McKinney Ave, Ste 1700<br>Dallas, TX 75201 | 214-758-1550 | travis.mcroberts@squirepb.com | Email |
| Notice of Appearance and Request for Notices Counsel to for Century Indemnity Company, as successor to Cigna Specialty Insurance Company f/k/a California Union Insurance Company, and CCI Insurance Company as successor to Insurance Company of North America; Chubb Custom Insurance Company; Federal Insurance Company; Insurance Company of North America; Pacific Employers Insurance Company; Pacific Indemnity Company, as successor to Texas Pacific Indemnity Company; United States Fire Insurance Company; Westchester Fire Insurance Company, by novation for policies issued by Industrial Indemnity Company and International Insurance Company; and Westchester Surplus Lines Insurance Company | Stamoulis & Weinblatt LLC | Stamoulis & Weinblatt LLC<br>Attn: Stamatios Stamoulis<br>Attn: Richard Weinblatt<br>800 N West St, Ste 800<br>Wilmington, DE 19801 | | stamoulis@swdelaw.com<br>weinblatt@swdelaw.com | Email |
| Notice of Appearance/Request for Notices Counsel for R.L. and C.L., Plaintiffs in State Court action pending in the Superior Court of New Jersey, Essex County | Stark & Stark, PC | Attn: Joseph H Lemkin<br>P.O. Box 5315<br>Princeton, NJ 08543 | 609-896-0629 | jlemkin@stark-stark.com | Email |
| Notice of Appearance and Request for Notices Counsel for Clarendon America Insurance Company | Steptoe & Johnson LLP | Attn: Harry Lee<br>Attn: John O'Connor<br>Attn: Brett Grindrod<br>1330 Connecticut Ave, N.W<br>Washington, DC 20036 | 202-429-3902 | hlee@steptoe.com<br>joconnor@steptoe.com<br>bgrindrod@steptoe.com | Email |
| Notice of Appearance and Request for Notices Counsel for the Presbyterian Church of Lakehurst | Straffi & Straffi, LLC | Attn: Daniel Straffi, Jr<br>670 Commons Way<br>Toms River, NJ 08755 | 732-341-3548 | bkclient@straffilaw.com | Email |
| Notice of Appearance and Request for Notices Counsel to Eric Pai, as administrator of the Estate of J. Pai | Sullivan Hazeltine Allinson LLC | Attn: William D. Sullivan<br>919 N Market St, Ste 420<br>Wilmington, DE 19801 | 302-428-8195 | bsullivan@sha-llc.com | Email |
| Notice of Appearance and Request for Notices Counsel for The Episcopal Diocese of San Diego | Sullivan Hill Lewin Rez & Engel, PLC | Attn: James Hill/ Christopher Hawkins<br>Attn: Kathleen Cashman-Kramer<br>600 B St, Ste 1700<br>San Diego, CA 92101 | 619-231-4372 | Hill@SullivanHill.com | Email |
| Notice of Appearance/Request for Notices Counsel for various child sexual abuse tort claimants | Swenson & Shelley, PLLC | Attn: Kevin D. Swenson<br>107 S 1470 E, Ste 201<br>St George, UT 84790 | 855-450-8435 | Kevin@swensonshelley.com | Email |
| Notice of Appearance/Request for Notices Authorized Agent for Synchrony Bank | Synchrony Bank | c/o PRA Receivables Management, LLC<br>Attn: Valerie Smith<br>P.O. Box 41021<br>Norfolk, VA 23541 | 757-351-3257 | claims@recoverycorp.com | Email |
| Bonds | The County Commission Of Fayette County | Attn: President<br>P.O. Box 307<br>Fayetteville, WV 25840 | | | First Class Mail |
| Bonds | The County Commission Of Fayette County | c/o Steptoe & Johnson Pllc<br>Attn: John Stump, Esq.<br>Chase Tower - Eighth Fl<br>707 Virginia St E.<br>Charleston, WV 25301 | | | First Class Mail |
| Notice of Appearance and Request for Notices Counsel for Nichole Erickson and Mason Gordon, a minor by his mother Nichole Erickson | The Law Office of James Tobia, LLC | Attn: James Tobia<br>1716 Wawaset St<br>Wilmington, DE 19806 | 302-656-8053 | jtobia@tobialaw.com | Email |
| Notice of Appearance/Request for Notices Counsel for Arrowood Indemnity Company | The Law Offices of Joyce, LLC | Attn: Michael J. Joyce<br>1225 King St.<br>Suite 800<br>Wilmington, DE 19801 | | mjoyce@mjlawoffices.com | Email |
| Notice of Appearance/Request for Notices Counsel for Certain Claimants | The Neuberger Firm | Attn: Thomas S. Neuberger<br>Attn: Stephen J. Neuberger<br>17 Harlech Dr.<br>Wilmington, DE 19807 | 302-655-0582 | tsn@neubergerlaw.com<br>sjn@neubergerlaw.com | Email |
| Notice of Appearance and Request for Notices Counsel for The Waite and Genevieve Phillips Foundation | The Powell Firm, LLC | Attn: Jason C. Powell<br>Attn: Thomas Reichert<br>1201 N Orange St, Ste 500<br>P.O. Box 289<br>Wilmington, DE 19899 | | jpowell@delawarefirm.com<br>treichert@delawarefirm.com | Email |
| Notice of Appearance/Request for Notices Counsel for Certain Claimants | Thomas Law Office, PLLC | Attn: Tad Thomas<br>Attn: Louis C. Schneider<br>9418 Norton Commons Blvd, Ste 200<br>Louisville, KY 40059 | 877-955-7002 | tad@thomaslawoffices.com<br>lou.schneider@thomaslawoffices.com | Email |
| Notice of Appearance and Request for Notices Tennessee Attorney General's Office | TN Dept of Labor - Bureau of Unemployment Insurance | c/o TN Attorney General's Office, Bankruptcy Division<br>Attn: Laura L. McCloud<br>PO Box 20207<br>Nashville, Tennessee 37202-0207 | 615-741-3334 | AGBankDelaware@ag.tn.gov | Email |

**Exhibit A**
**Core/2002 Service List**
**Served as set forth below**

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Notice of Appearance/Request for Notices Counsel for Jane Doe, Party in Interest | Tremont Sheldon Robinson Mahoney PC | Attn: Cindy Robinson<br>Attn: Doug Mahoney<br>64 Lyon Ter<br>Bridgeport, CT 06604 | 203-366-8503 | crobinson@tremontsheldon.com<br>dmahoney@tremontsheldon.com | Email |
| Notice of Appearance/Request for Notices Counsel for the National Surety Corporation & Allianz Global Risks US Insurance Company | Troutman Pepper Hamilton Sanders LLP | Attn: David M. Fournier<br>Attn: Marcy J. McLaughlin Smith<br>1313 Market St, Ste 5100<br>P.O. Box 1709<br>Wilmington, DE 19899-1709 | 302-421-8390 | david.fournier@troutman.com<br>marcy.smith@troutman.com | Email |
| Notice of Appearance/Request for Notices Counsel for the National Surety Corporation & Allianz Global Risks US Insurance Company | Troutman Pepper Hamilton Sanders LLP | Attn: Harris B. Winsberg<br>Attn: Matthew G. Roberts<br>600 Peachtree St NE, Ste 3000<br>Atlanta, GA 30308 | 404-885-3900 | harris.winsberg@troutman.com<br>matthew.roberts2@troutman.com | Email |
| Notice of Appearance/Request for Notices Counsel to an unidentified sexual abuse survivor | Tune, Entrekin & White, PC | Attn: Joseph P. Rusnak<br>315 Deaderick St, Ste 1700<br>Nashville, TN 37238 | 615-244-2278 | Jrusnak@tewlawfirm.com | Email |
| Notice of Appearance and Request for Notices Counsel to American Zurich Insurance Company | Tybout, Redfearn & Pell | Attn: Seth J. Reidenberg<br>750 Shipyard Dr, Ste 400<br>P.O. Box 2092<br>Wilmington, DE 19899-2092 | 302-658-4018 | sreidenberg@trplaw.com | Email |
| Core Parties | United States Dept Of Justice | 950 Pennsylvania Ave, Nw<br>Room 2242<br>Washington, DC 20530-0001 | | | First Class Mail |
| Core Parties | US Attorney For Delaware | Attn: David C Weiss<br>1007 Orange St, Ste 700<br>P.O. Box 2046<br>Wilmington, DE 19899-2046 | 302-573-6220 | usade.ecfbankruptcy@usdoj.gov | Email |
| Core Parties<br>Counsel for Ad Hoc Committee of Local Councils of the Boy Scouts of America | Wachtell, Lipton, Rosen & Katz | Attn: Richard Mason<br>Attn: Douglas Mayer<br>Attn: Joseph C. Celentino<br>51 W 52nd St<br>New York, NY 10019 | 212-403-2252 | rgmason@wlrk..com<br>dkmayer@wlrk.com<br>jccelentino@wlrk.com | Email |
| Notice of Appearance and Request for Notices Counsel to for Century Indemnity Company, as successor to Cigna Specialty Insurance Company f/k/a California Union Insurance Company, and CCI Insurance Company as successor to Insurance Company of North America; Chubb Custom Insurance Company; Federal Insurance Company; Insurance Company of North America; Pacific Employers Insurance Company; Pacific Indemnity Company, as successor to Texas Pacific Indemnity Company; United States Fire Insurance Company; Westchester Fire Insurance Company, by novation for policies issued by Industrial Indemnity Company and International Insurance Company; and Westchester Surplus Lines Insurance Company | Walker Wilcox Maousek LLP | Attn: Christopher A. Wadley<br>1 N Franklin, Ste 3200<br>Chicago, IL 60606 | | cwadley@walkerwilcox.com | Email |
| Notice of Appearance/Request for Notices Counsel for Sequoia Council of Boy Scouts, Inc. | Wanger Jones Helsley, PC | Attn: Riley C. Walter<br>265 E. River Park Circle, Suite 310<br>Fresno, CA 93720 | | rwalter@wjhattorneys.com | Email |
| Notice of Appearance/Request for Notices Counsel for East Carolina Council BSA, Inc. | Ward and Smith, P.A. | Attn: Paul A Fanning<br>P.O. Box 8088<br>Greenville, NC 27835-8088 | 252-215-4077 | paf@wardandsmith.com | Email |
| Notice of Appearance/Request for Notices Boy Scouts of America And Delaware BSA, LLC | White & Case LLP | Attn: Jessica C.K. Boelter<br>1221 Ave of the Americas<br>New York, NY 10020-1095 | | jessica.boelter@whitecase.com | Email |
| Notice of Appearance/Request for Notices Boy Scouts of America And Delaware BSA, LLC | White & Case LLP | Attn: Michael C. Andolina<br>Attn: Matthew E. Linder<br>111 S Wacker Dr<br>Ste 5100<br>Chicago, IL 60606-4302 | | mandolina@whitecase.com<br>mlinder@whitecase.com | Email |
| Notice of Appearance/Request for Notices Counsel for Baltimore Area Council Boy Scouts of America, Inc. | Whiteford Taylor & Preston LLC | Attn: Richard W. Riley<br>The Renaissance Centre<br>405 North King Street, Suite 500<br>Wilmington, Delaware 19801 | | rriley@wtplaw.com | Email |
| Notice of Appearance/Request for Notices Counsel for Baltimore Area Council Boy Scouts of America, Inc. | Whiteford Taylor & Preston LLP | Attn: Todd M. Brooks<br>Seven Saint Paul Street, 15th Floor<br>Baltimore, Maryland 21202-1626 | | tbrooks@wtplaw.com | Email |
| Notice of Appearance and Request for Notices Counsel for Interested Parties Andrew Van Arsdale and Timothy Kosnoff | Wilks Law, LLC | Attn: David E. Wilks<br>4250 Lancaster Pike, Ste 200<br>Wilmington, DE 19805 | | dwilks@wilks.law | Email |
| Notice of Appearance/Request for Notices Counsel for the Columbia Casualty Company and The Continental Insurance Company | Wilmer Cutler Pickering Hale and Dorr LLP | Attn: Craig Goldblatt<br>1875 Pennsylvania Ave NW<br>Washington, DC 20006 | 202-663-6363 | craig.goldblatt@wilmerhale.com | Email |
| Notice of Appearance/Request for Notices Counsel for JPMorgan Chase Bank, National Association | Womble Bond Dickinson (US) LLP | Attn: Matthew Ward<br>Attn: Morgan Patterson<br>1313 N Market St, Ste 1200<br>Wilmington, DE 19801 | 302-252-4330 | matthew.ward@wbd-us.com<br>morgan.patterson@wbd-us.com | Email |
| Core Parties<br>Counsel for Prepetition Future Claimants' Representative | Young Conaway Stargatt & Taylor | Attn: James L. Patton, Jr<br>Attn: Robert Brady<br>Attn: Edwin Harron<br>Rodney Square<br>1000 N King St<br>Wilmington, DE 19801 | 302-576-3325 | jpatton@ycst.com<br>rbrady@ycst.com<br>eharron@ycst.com | Email |