**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| Boy Scouts of America and Delaware BSA, LLC, | ) ) ) ) | Case No. 20-10343 (LSS) (Jointly Administered) |
| Debtors. | ) ) | |

**MOTION AND ORDER FOR PRO HAC VICE ADMISSION OF TIMOTHY W. WALSH**

Pursuant to Del. Bankr. L.R. 9010-1 and the attached certification, counsel moves the admission pro hac vice of Timothy W. Walsh of the law firm McDermott Will & Emery LLP, 340 Madison Avenue, New York, New York 10173-1922, to represent The Episcopal Diocese of Chicago in the above-captioned cases.

Dated:  December 29, 2020         */s/ David R. Hurst*
David R. Hurst (I.D. No. 3743)
**McDERMOTT WILL & EMERY LLP**
1007 North Orange Street, 10th Floor
Wilmington, Delaware 19801
Telephone:    (302) 485-3900
Facsimile:    (302) 351-8711
Email:        dhurst@mwe.com

*Counsel for The Episcopal Diocese of Chicago*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

**Dated: January 4th, 2021**
**Wilmington, Delaware**