# EXHIBIT B



Invoice #22469
Date: 09/30/20
Terms: Net 30
Due: 10/30/20
Project: PS-PSZJLaw-BSA-BRG Data Analysis-TECH

| To | From |
|---|---|
| Pachulski Stang Ziehl & Jones LLP | MiPro Consulting |
| 10100 Santa Monica Blvd. | 1100 Corporate Office Dr |
| 13th Floor | Suite 100 |
| Los Angeles, CA 90067 | Milford, MI 48381 |
| | United States |
| | |
| | Voice: 248 684-1900 |
| | Fax: 800 774-5187 |

| User | Project | Date | Hours | Rate | Total | Description/Notes |
|---|---|---|---|---|---|---|
| Joshi, Rushikesh | | | | | | |
| | PS-PSZJLaw-BSA-BRG Data Analysis-TECH | | | | | |
| | | 9/3/2020 | 2 | $187/hr | $374.00 | Analyzed PeopleSoft tables for cash receipts and disbursement analysis. |
| | | 9/3/2020 | 2.9 | $187/hr | $542.30 | Analyzed transaction flow and system rules in PeopleSoft for cash receipts and disbursment analysis. |
| | | 9/11/2020 | 1.6 | $187/hr | $299.20 | Developed SQL scripts pursuant to BRG requests. |
| | | 9/16/2020 | 1.5 | $187/hr | $280.50 | Developed SQL scripts pursuant to BRG requests. |
| | | 9/17/2020 | 0.5 | $187/hr | $93.50 | Attended call with BRG regarding analysis of restricted/unrestricted asset and liabilities. |
| | | 9/21/2020 | 3 | $187/hr | $561.00 | Analyzed closing procedures/rules for restricted vs unrestricted derminations in balance sheets accounts. |

| Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|
| 9/22/2020 | 3 | $187/hr | $561.00 | Analyzed closing procedures/rules for restricted vs unrestricted derminations in balance sheets accounts. |
| 9/23/2020 | 0.8 | $187/hr | $149.60 | Developed queries and reports to evaluate restricted and unrestricted assets, liabilities, net assets, revenues, and expenses for local council L640. |
| 9/25/2020 | 3.2 | $187/hr | $598.40 | Developed queries and reports to evaluate restricted and unrestricted assets, liabilities, net assets, revenues, and expenses for local council L640. |
| Sub-total | 18.5 | | $3,459.50 | |
| Total | 18.5 | | $3,459.50 | |



Invoice #22538
Date: 10/31/20
Terms: Net 30
Due: 11/30/20
Project: PS-PSZJLaw-BSA-BRG Data Analysis-TECH

| To | From |
|---|---|
| Pachulski Stang Ziehl & Jones LLP | MiPro Consulting |
| 10100 Santa Monica Blvd. | 1100 Corporate Office Dr |
| 13th Floor | Suite 100 |
| Los Angeles, CA 90067 | Milford, MI 48381 |
| | United States |
| | |
| | Voice: 248 684-1900 |
| | Fax: 800 774-5187 |

| User | Project | Date | Hours | Rate | Total | Description/Notes |
|---|---|---|---|---|---|---|
| Joshi, Rushikesh | | | | | | |
| | PS-PSZJLaw-BSA-BRG Data Analysis-TECH | | | | | |
| | | 10/6/2020 | 2 | $187/hr | $374.00 | Analyzed local council balance sheets for M business units after PeopleSoft refresh. |
| | | 10/6/2020 | 3 | $187/hr | $561.00 | Analyzed local council balance sheets for L business units after PeopleSoft refresh. |
| | | 10/7/2020 | 1.7 | $187/hr | $317.90 | Analyzed PeopleSoft tracking of "camp" versus "non-camp" activity. |
| | | 10/7/2020 | 1.3 | $187/hr | 243.1 | Analyzed Asset ID and Location fields used by PeopleSoft. |
| | | 10/7/2020 | 1.6 | $187/hr | $299.20 | Analyzed PeopleSoft fileds used for asset identification, categorization, grouping, etc. |
| | | 10/7/2020 | 1.4 | $187/hr | $261.80 | Analyzed available asset depreciation schedules used by BSA and Local Councils in PeopleSoft. |

ACC PAC ADVISED

| | | | | | |
|---|---|---|---|---|---|
| | | 10/8/2020 | 1 | $187/hr | $187.00 | Attended weekly status meeting to review assignments with BRG and team. |
| | | 10/9/2020 | 3 | $187/hr | $561.00 | Analyzed closing rules report and tables in PeopleSoft pursuant to BRG request. |
| | | | | | | Created closing rules report |
| | | 10/12/2020 | 1 | $187/hr | $187.00 | Analyzed restricted vs unrestricted balance sheet categorizations for L640. |
| | | 10/12/2020 | 3 | $187/hr | $561.00 | Analyzed restricted vs unrestricted transactions for L640. |
| | | 10/12/2020 | 3 | $187/hr | $561.00 | Analyzed class field at journal line level to determine G/L accounts that are restricted vs. unrestricted. |
| | | 10/13/2020 | 0.5 | $187/hr | $93.50 | Prepared updated chart of accounts after PeopleSoft refresh. |
| | | 10/13/2020 | 0.5 | $187/hr | $93.50 | Developed script for journal data for local councils using specific date ranges. |
| | | 10/13/2020 | 2 | $187/hr | $374.00 | Developed report for asset transactions to identify related local council camps. |
| | | 10/14/2020 | 0.5 | $187/hr | $93.50 | Reconciled local council general ledger query with PeopleSoft tables to determine whether query is including all relevant data. |
| | | 10/14/2020 | 0.5 | $187/hr | $93.50 | Analyzed assignments to provide status report to team. |

| | | | | | |
|---|---|---|---|---|---|
| | | 10/15/2020 | 1 | $187/hr | $187.00 | Developed PeopleSoft tree extract report for financial statements to identify all tree nodes and leaves in hierarchial order. |
| | | 10/15/2020 | 1 | $187/hr | $187.00 | Prepared script to extract count of journal lines by year for all local councils. |
| | | 10/15/2020 | 2.9 | $187/hr | $542.30 | Developed PeopleSoft tree extract report to identify all tree nodes and leaves in hierarchial order. |
| | | 10/19/2020 | 0.5 | $187/hr | $93.50 | Prepared script pursuant to BRG request to run journal line counts and validation. |
| | | 10/21/2020 | 0.3 | $187/hr | $56.10 | Created business unit report after PeopleSoft refresh. |
| | | 10/21/2020 | 2 | $187/hr | $374.00 | Analyzed cash receipts and disbursement general ledger transaction activity in PeopleSoft for 2020. |
| | | 10/21/2020 | 3 | $187/hr | $561.00 | Analyzed cash disbursement activity in payables module in PeopleSoft . |
| | | 10/21/2020 | 3 | $187/hr | $561.00 | Analyzed cash receipt activity in receivables module in PeopleSoft . |
| | | 10/23/2020 | 0.3 | $187/hr | $56.10 | Validated script for accounts between 10000 and 10999 with journal date between '2020-01-01' and '2020-09-30'. |
| | | 10/23/2020 | 2 | $187/hr | $374.00 | Developed report for all G/L accounts and their tree level details. |
| | | 10/23/2020 | 3 | $187/hr | $561.00 | Analyzed PeopleSoft tables to develop report for all G/L accounts and their tree level details. |

| | | | | | |
|---|---|---|---|---|---|
| | | 10/27/2020 | 0.5 | $187/hr | $93.50 | Developed script for all G/L transactions for accounts 3600 to 3670 for all local councils including project code and description. |
| | | 10/27/2020 | 2.5 | $187/hr | $467.50 | Developed script to query bank accounts across all receipts and disbursement activities. |
| | | 10/28/2020 | 0.4 | $187/hr | $74.80 | Attended weekly meeting with BRG and team to review weekly assignments. |
| | | 10/29/2020 | 2.1 | $187/hr | $392.70 | Developed report to include journal ID definitions and journal sources to determine subsystems utilized. |
| | | 10/29/2020 | 3 | $187/hr | $561.00 | Analyzed PeopleSoft tables to identify journal ID definitions and subsystems. |
| | | 10/30/2020 | 0.5 | $187/hr | $93.50 | Evaluated BRG questions regarding jounal sources from transaction IDs. |
| | | Sub-total | 54 | | $10,098.00 | |
| Total | | | 54 | | $10,098.00 | |