# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br>　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: Docket No. 1858** |

**SUPPLEMENTAL DECLARATION OF JOHN L. SPENCER III IN SUPPORT OF APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF ROCK CREEK ADVISORS LLC, AS PENSION FINANCIAL ADVISORS TO THE OFFICIAL TORT CLAIMANTS' COMMITTEE EFFECTIVE AS OF NOVEMBER 20, 2020**

I, John L. Spencer III declare under penalty of perjury as follows:

1. I am Managing Director of Rock Creek Advisors LLC ("Rock Creek"). My business address is Rock Creek Advisors LLC, 555 Fifth Avenue, 14th Floor, New York, NY 10017. I am authorized to submit this supplemental declaration (the "Supplemental Declaration") in support of the *Application for Entry of an Order Authorizing the Retention and Employment of Rock Creek Advisors LLC, as Pension Financial Advisors to the Official Tort Claimants' Committee Effective as of November 20, 2020* (the "Application").[2] As set forth in the Application, I am supplementing my original declaration (the "Original Declaration") incorporated into and filed as a part of the Application [Docket No. 1858].

2. Attached hereto as **Schedule 1** are names of the parties used in Rock Creek's conflicts check in these Cases.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms not otherwise defined herein shall have the meanings and definitions ascribed to such terms in the Application.

3. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 4, 2021

*/s/ John L. Spencer III*
John L. Spencer III, Managing Director
Rock Creek Advisors LLC