**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

**NOTICE OF VIRTUAL TOWN HALL MEETINGS**
**HOSTED BY THE OFFICIAL TORT CLAIMANTS' COMMITTEE**

**PLEASE TAKE NOTICE** that pursuant to section 1103(b)(3) of the Bankruptcy Code, the official committee of tort claimants (consisting of survivors of childhood sexual abuse) (the "Tort Claimants' Committee"), appointed in the captioned cases intends to hold monthly virtual town hall meetings for survivors of childhood sexual abuse and their representatives (the "Survivors") who are not appointed to the Tort Claimants' Committee to provide updates and access to information about the bankruptcy cases and to solicit and receive comments from Survivors regarding the status of the Boy Scout's bankruptcy cases and the impact of the Boys Scout's bankruptcy cases on Survivors' claims. Participants shall be limited to Survivors (including guardians, if applicable) and their attorneys. *The identity of registered participants shall be kept strictly confidential.*

**PLEASE TAKE FURTHER NOTICE** that the Tort Claimants' Committee is composed of nine Survivors who were selected by the Office of the United States Trustee (a division of the U.S. Department of Justice) to represent the interests of similarly situated

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Survivors. As an official committee, the Tort Claimants' Committee has a fiduciary duty to all Survivors.

**PLEASE TAKE FURTHER NOTICE** that on **Thursday, January 14, 2021 at 8:00 p.m. (Eastern Time)**, the Tort Claimants' Committee will hold the first virtual town hall meeting. Subsequent meetings will recur every second Thursday of every month at 8:00 p.m. (Prevailing Eastern Time) (the "TCC Town Halls") and be scheduled and published at www.pszjlaw.com/TCCTownHall.html. Information about how to register for the TCC Town Halls is set for on the attached **Exhibit A**.

| | |
|---|---|
| Dated: January 4, 2021 | PACHULSKI STANG ZIEHL & JONES LLP |
| | /s/ James E. O'Neill |
| | James I. Stang (CA Bar No. 94435) |
| | James E. O'Neill (DE Bar No. 4042) |
| | John W. Lucas (CA Bar No. 271038) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email: jstang@pszjlaw.com |
| | joneill@pszjlaw.com |
| | jlucas@pszjlaw.com |
| | |
| | *Counsel for the Tort Claimants' Committee* |