## EXHIBIT A

## Instructions for Registering for the TCC Town Halls

Date: January 14, 2021 and every second Thursday of every month
Time: 8:00 pm (Eastern Time)
Format: Zoom Webinar
Future Meetings Check: www.pszjlaw.com/TCCTownHall.html

*Registration Information*: To attend the TCC Town Halls, you must pre-register at the following link:

**https://pszjlaw.zoom.us/webinar/register/WN_NpqcAUFiQ0qiLoTXNoRaIQ**

The capacity for the TCC Town Halls is 10,000 participants. The monthly meetings will be recorded and made available to registrants who are unable to attend.

Your registration information will be kept *strictly confidential* by the TCC and your participation in the TCC Town Halls will likewise be confidential. Participants' names will not be displayed and parties that submit questions will not be identified on the Town Hall.

*Questions and Answers:* Following each Town Hall, participants with questions about the material presented can email their questions to: BSASurvivors@pszjlaw.com. The Tort Claimants Committee will review the questions received prior to each scheduled TCC Town Hall and make every reasonable effort to answer the appropriate questions at the following TCC Town Hall. Questions should be general in nature and should not relate to an individual Survivors' claim.