**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Boy Scouts of America and Delaware BSA, LLC,[1]<br><br>  Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br>Jointly Administered |

**VERIFIED STATEMENT OF THE UNITED METHODIST AD HOC COMMITTEE
PURSUANT TO BANKRUPTCY RULE 2019**

Pursuant to Federal Rule of Bankruptcy Procedure 2019 ("**Rule 2019**"), the United Methodist Ad Hoc Committee (the "**Committee**") submits its verified statement in connection with these above-captioned chapter 11 cases (the "**Chapter 11 Cases**").

1.  On February 18, 2020 (the "**Petition Date**"), Boy Scouts of America ("**BSA**") and Delaware BSA, LLC (collectively, the "**Debtors**") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code. The Debtors continue to operate and manage their businesses as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

2.  In October 2020, certain United Methodist Annual Conferences and local churches retained the law firm Bradley Arant Boult Cummings LLP ("**Bradley**") to represent their interests in these Chapter 11 Cases. More information regarding Bradley's representation of these Conferences and Churches is set forth in the *Verified Statement of Bradley Arant Boult Cummings LLP Pursuant to Bankruptcy Rule 2019*. *See* Docket No. 1845.

3.  In December 2020, 49 United Methodist Annual Conferences, including most of those that had previously retained Bradley for representation in these Chapter 11 Cases, supported

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

the formation of the Committee to advance the interests generally of United Methodist local churches and other United Methodist organizations that serve or have served as Chartered Organizations to BSA.[2,3] The Committee has retained Bradley and Potter Anderson & Corroon LLP ("Potter Anderson") to represent the Committee in these Chapter 11 Cases.[4]

4. Unlike some other denominations, the United Methodist Church is "connectional" and is thus not centrally controlled or organized. For example, each United Methodist local church owns its assets (in trust on behalf of the denomination) and generally controls its own affairs, subject to the rules established in the denomination's *Book of Discipline*. Consequently, neither the Committee nor any Annual Conference can control or bind any United Methodist local church.

5. Each of the United Methodist churches and other United Methodist organizations that are or were a Chartered Organization[5] holds a Claim against debtor BSA arising from BSA's obligation to indemnify and hold Chartered Organizations harmless for any injuries or damages arising out of official scouting activities or arising out of BSA membership standards, including, but not limited to, Indirect Abuse Claims and Claims held by scouts or other Persons for Abuse.

---

[2] As of 2019, approximately 30,000 United Methodist local churches were located within the boundaries of these 49 Annual Conferences, which is almost 98% of the total United Methodist local churches in the United States.

[3] By way of background, each United Methodist local church in the United States is located within the boundaries of an "Annual Conference." There are 51 such Annual Conferences, as well as three small "missionary conferences." Per the *Book of Discipline*, the Annual Conference is "the basic body in the Church." Annual Conferences serve their constituent Churches and local Methodist entities. For example, some Conferences provide risk management services to their constituent Churches. Annual Conferences also provide lines of communication for Churches within their Conference and among the other Annual Conferences.

[4] Bradley and Potter Anderson do not represent any individual members of the Committee. Additionally, through their representation of the Committee, neither Bradley nor Potter Anderson, by implication or otherwise, have agreed to represent any United Methodist Annual Conference, any United Methodist local church, or any other United Methodist organization; provided, however, Bradley does represent certain specific Annual Conferences and United Methodist local churches as detailed in the *Verified Statement of Bradley Arant Boult Cummings, LLP Pursuant to Bankruptcy Rule 2019*. [Doc No. 1845].

[5] "Chartered Organization," "Claim," "Persons," "Abuse," and "Indirect Abuse Claims" shall have the meanings ascribed to them in the *Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [Doc. No. 20].

Each of these United Methodist local churches also holds a Claim against BSA arising out of BSA's obligation to provide Chartered Organizations primary general liability insurance to cover Chartered Organizations and related entities with respect to Claims arising out of an official scouting activity, including, but not limited to, insurance coverage to cover Claims held by scouts or other Persons for Abuse. As of the date of this filing, the amount of each Claim held by these United Methodist local churches is unknown.

6. Attached as **Exhibit A** is a list of United Methodist Chartered Organizations that was prepared from information provided by BSA. The United Methodists do not maintain a listing of all current and past United Methodist local churches and other United Methodist organizations that serve or served as a Chartered Organization to the BSA. The Committee cannot vouch for the accuracy or completeness of the list of United Methodist Chartered Organizations attached as Exhibit A.

7. The Committee has twelve members. The schedule attached as **Exhibit B** lists the names and addresses of each member of the Committee.

8. Other than as disclosed herein, the Committee does not represent or purport to represent any other entities with respect to these Chapter 11 Cases.

9. The undersigned reserves the right to amend or supplement this Verified Statement in accordance with the requirements of Rule 2019 with any additional information that may become available.

10. Pursuant to title 28 of the United States Code, section 1746, the undersigned declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 6, 2021

Respectfully submitted,

**POTTER ANDERSON & CORROON LLP**

*/s/ Jeremy W. Ryan*
Jeremy W. Ryan (Bar No. 4057)
D. Ryan Slaugh (Bar No. 6325)
1313 N. Market Street, 6th Floor
Wilmington, DE 19801-6108
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: jryan@potteranderson.com
   rslaugh@potteranderson.com

- and -

**BRADLEY ARANT BOULT CUMMINGS LLP**
Edwin G. Rice, Esq.
100 N. Tampa Street
Suite 2200
Tampa, FL 33602
Telephone: (813) 559-5500
Facsimile: (813) 229-5946
Primary email:     erice@bradley.com
Secondary emails:  ddecker@bradley.com,
            ebrusa@bradley.com