IN THE UNITED STATES BANKTUPRCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| _____ § | | |
| In re: § | | CHAPTER 11 |
| BOY SCOUTS OF AMERICA AND § | | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC. et. al.[1] § | | (Jointly Administered) |
| Debtors. § | | |
| _____ § | | |

## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that J. Chad Edwards, Esq dba Ichor Consulting, LLC, hereby enters an appearance in the above-entitled action as counsel on behalf of various child sexual abuse tort claimants.

Dated:  1.6.2021

*/s/J. Chad Edwards, Esq.*
J. Chad Edwards, Esq.
TX Bar No.24102843
FL Bar No. 934666
Ichor Consulting, LLC
3626 N Hall St (Two Oak Lawn) Ste 610
Dallas, TX 75219
Chad@IchorConsulting.com
(214) 506-7177
(866) 606-9002 Facsimile No.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date, the foregoing document was filed with the United States Bankruptcy Court, District of Delaware and served upon all parties entitled to receive notice of filing in the above-captioned case via the Bankruptcy Court Electronic Case Filing (ECF) system.

*/s/ J. Chad Edwards, Esq.*
John Chad Edwards

---

[1] The Debtors of the Chapter 11 cases, together with the last four digits of the Debtor's federal tax identification number, as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.