**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>          Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br>Jointly Administered |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Edwin G. Rice of Bradley Arant Boult Cummings LLP to represent the United Methodist Ad Hoc Committee in the above-captioned cases.

Dated: January 6, 2021
      Wilmington, Delaware

                                      */s/ D. Ryan Slaugh*
                                      D. Ryan Slaugh (No. 6325)
                                      POTTER ANDERSON & CORROON LLP
                                      1313 N. Market Street, 6th Floor
                                      Wilmington, Delaware 19801-3700
                                      Telephone:    (302) 984-6000
                                      Facsimile:     (302) 658-1192
                                      Email:           rslaugh@potteranderson.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Florida and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Revised Standing Order for District Court Fund revised 8/30/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

*/s/ Edwin G. Rice*
Edwin G. Rice, Esq.
BRADLEY ARANT BOULT CUMMINGS LLP
100 N. Tampa Street
Suite 2200
Tampa, FL  33602
Telephone:  (813) 559-5500
Facsimile:   (813) 229-5946
Primary email:       erice@bradley.com
Secondary emails:   ddecker@bradley.com,
                                ebrusa@bradley.com