# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Boy Scouts of America and Delaware BSA, LLC,[1] | Case No. 20-10343 (LSS)<br>Jointly Administered |
| Debtors. | Re:  Docket Nos. 1901, 1902 and 1904 |

## CERTIFICATE OF SERVICE

I, D. Ryan Slaugh, hereby certify that I am not less than 18 years of age and that on this 6th day of January 2020, I caused true and correct copies of the documents listed below to be served upon the parties on the attached service list by email or by regular mail where no email address was available.

- ***Verified Statement of the United Methodist Ad Hoc Committee Pursuant to Bankruptcy Rule 2019** [Filed 1/6/2021; D.I. 1901];*

- ***Exhibits Related to Verified Statement of the United Methodist Ad Hoc Committee Pursuant to Bankruptcy Rule 2019** [Filed 1/6/2021; D.I. 1902]; and*

- ***Notice of Appearance and Request for Service of Papers** [Filed 1/6/2021; D.I. 1904].*

Under penalty of perjury, I declare the foregoing is true and correct.

*/s/ D. Ryan Slaugh*
D. Ryan Slaugh (DE Bar No. 6325)
POTTER ANDERSON & CORROON LLP
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801-3700
Telephone: (302) 984-6000
Facsimile:  (302) 658-1192
Email:  rslaugh@potteranderson.com

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

| Creditor | Address1 | Address2 | Address3 | Address4 | Address5 | Email |
|---|---|---|---|---|---|---|
| Abernathy, Roeder, Boyd & Hullett, P.C. | Attn: Chad Timmons | Attn: Larry R. Boyd | Attn: Emily M. Hahn | 1700 Redbud Blvd, Ste 300 | McKinney, TX 75069 | ctimmons@abernathylaw.com |
| Adams and Reese LLP | Attn: Henry C. Shelton, III | 6075 Poplar Ave, Ste 700 | Memphis, TN 38119 | | | Henry.Shelton@arlaw.com |
| Ashby & Geddes, PA | Attn: Bill Bowden | 500 Delaware Ave, 8th Fl | P.O. Box 1150 | Wilmington, DE 19899-1150 | | wbowden@ashbygeddes.com |
| Baird Mandalas Brocksteidt, LLC | Attn: Stephen W. Spence | 1413 Savannah Rd, Ste 1 | Lewes, DE 19958 | | | sws@bmbde.com |
| Baker Manock & Jensen, PC | Attn: Jan T. Perkins | 5260 N Palm Ave, Ste 421 | Fresno, CA 93704 | | | jperkins@bakermanock.com |
| Ballard Spahr LLP | Attn: Matthew G. Summers | Attn: Chantelle D. McClamb | 919 N. Market St, 11th Fl | Wilmington, DE 19801-3034 | | summersm@ballardspahr.com |
| Bayard, PA | Attn: Erin Fay/ Gregory Flasser | 600 N King St, Ste 400 | Wilmington, DE 19801 | | | efay@bayardlaw.com |
| Bielli & Klauder, LLC | Attn: David M Klauder | 1204 N King St | Wilmington, DE 19801 | | | dklauder@bk-legal.com |
| Bodell Bove, LLC | Attn: Bruce W. McCullough | 1225 N King St, Ste 1000 | Wilmington, DE 19801 | | | bmccullough@bodellbove.com |
| Bradley Riley Jacobs PC | Attn: Edwin Rice | 100 N Tampa St, Ste 2200 | Tampa, FL 33602 | | | eRice@bradley.com |
| Bradley Arant Boult Cummings | Attn: Todd C. Jacobs | 320 W Ohio St, Ste 3W | Chicago, IL 60654 | | | tjacobs@bradley.com |
| Brown Rudnick LLP | Attn: David J. Molton | 7 Times Square | New York, NY 10036 | | | DMolton@brownrudnick.com |
| Brown Rudnick LLP | Attn: Sunni P. Beville | Attn: Tristan G. Axelrod | 1 Financial Ctr | Boston, MA 02111 | | sbeville@brownrudnick.com |
| Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | 55 Second St, 17th Fl | San Francisco, CA 94105-3493 | | | schristianson@buchalter.com |
| Butler Snow LP | Attn: Daniel W. Van Horn | P.O. Box 171443 | Memphis, TN 38187-1443 | | | Danny.VanHorn@butlersnow.com |
| Carruthers & Roth, PA | Attn: Britton C Lewis | 235 N Edgeworth St | P.O. Box 540 | Greensboro, NC 27401 | | bcl@crlaw.com |
| Chipman, Brown, Cicero & Cole, LLP | Attn: Mark Desgrosselliers | 1313 N Market St, Ste 5400 | Wilmington, DE 19801 | | | desgross@chipmanbrown.com |
| Choate, Hall & Stewart LLP | Attn: Douglas R. Gooding | Attn: Jonathan D. Marshall | Attn: Michael J. Foley, Jr | Two International Place | Boston, MA 02110 | dgooding@choate.com |
| Commonwealth of Pennsylvania | Dept of Labor & Industry | Attn: Deb Secrest/Collections Support Unit | 651 Boas St, Rm 925 | Harrisburg, PA 17121 | | ra-li-ucts-bankrupt@state.pa.us |
| Connolly Gallagher, LLP | Attn: Karen C. Bifferato | Attn: Kelly M. Conlan | 1201 N Market St, 20th Fl | Wilmington, DE 19801 | | kbifferato@connollygallagher.com |
| Coughlin Duffy, LLP | Attn: Kevin Coughlin/Lorraine Armenti | Attn: Michael Hrinewski | 350 Mt Kemble Ave | P.O. Box 1917 | Morristown, NJ 07960 | kcoughlin@coughlinduffy.com |
| Crew Janci LLP | Attn: Stephen Crew | Attn: Peter Janci | 1200 NW Naito Pkwy, Ste 500 | Portland, OR 97209 | | steve@crewjanci.com |
| Cross & Simon, LLC | Attn: Christopher Simon | Attn: Kevin Mann | 1105 N Market St, Ste 901 | Wilmington, DE 19801 | | csimon@crosslaw.com |
| Crowell & Moring LLP | Attn: Mark D. Plevin | Attn: Austin J. Sutta | 3 Embarcadero Center, 26th Fl | San Francisco, CA 94111 | | mplevin@crowell.com |
| Crowell & Moring LLP | Attn: Tacie H. Yoon | 1001 Pennsylvania Ave, NW | Washington, D.C. 20004 | | | tyoon@crowell.com |
| Davidoff Hutcher & Citron LLP | | | | | | jsp@dhclegal.com |
| Davidoff Hutcher & Citron LLP | Attn: Jonathan S. Pasternak | Attn: James B. Glucksman | Attn: Robert L. Rattet | 605 3rd Ave | New York, NY 10158 | rlr@dhclegal.com |
| Davies Hood PLLC | Attn: Jason P. Hood | 22 N Front St, Ste 620 | Memphis, TN 38103-2100 | | | Jason.Hood@davieshood.com |
| Dorsey & Whitney LLP | Attn: Bruce R. Ewing/E. Schnabel | 51 W 52nd St | New York, NY 10019 | | | ewing.bruce@dorsey.com |
| Dorsey & Whitney LLP | Attn: Eric Lopez Schnabel | Attn: Alessandra Glorioso | 300 Delaware Ave, Ste 1010 | Wilmington, DE 19801 | | schnabel.eric@dorsey.com |
| Doshi Legal Group, P.C. | Attn: Amish R. Doshi | 1979 Marcus Ave, Ste 210E | Lake Success, NY 11042 | | | amish@doshilegal.com |
| Faegre Drinker Biddle & Reath LLP | Attn: Jay Jaffe | 600 E. 96th St, Ste 600 | Indianapolis, IN 46240 | | | jay.jaffe@faegredrinker.com |
| Faegre Drinker Biddle & Reath LLP | Attn: Michael P. Pompeo | 1177 Ave of the Americas, 41st Fl | New York, NY 10036-2714 | | | michael.pompeo@faegredrinker.com |
| Faegre Drinker Biddle & Reath LLP | Attn: Patrick A. Jackson | Attn: Kaitlin W. MacKenzie | 222 Delaware Ave., Suite 1410 | Wilmington, DE 19801-1621 | | Patrick.Jackson@faegredrinker.com |
| Faegre Drinker Biddle & Reath LLP | Attn: Patrick A. Johnson | 222 Delaware Ave, Ste 1410 | Wilmington, DE 19801-1621 | | | patrick.jackson@faegredrinker.com |
| Ferry Joseph, PA | Attn: John D. McLaughlin, Jr. | 824 N Market St, Ste 1000 | Wilmington, DE 19801 | | | jmclaughlin@ferryjoseph.com |
| Fineman Krekstein & Harris, PC | Attn: Dierdre M Richards | 1300 N King St | Wilmington, DE 19801 | | | drichards@finemanlawfirm.com |
| Floridia M. Henderson | P.O. Box 30604 | Memphis, TN 38130-0604 | | | | floridia@fhendersonlaw.net |
| Foley & Lardner LLP | Attn: Richard J Bernard | 90 Park Ave | New York, NY 10016 | | | rbernard@foley.com |
| Foley & Lardner LLP | Attn: Victor Vilaplana | 3579 Valley Centre Dr, Ste 300 | San Diego, CA 92130 | | | vaviaplana@foley.com |
| Foran Glennon Planadech Ponzi & Rudloff, P.C. | Attn: Susan N K Gummow | Attn: Igor Shleypak | 222 N LaSalle St, Ste 1400 | Chicago, IL 60614 | Coeur d'Alene, ID 83815 | sgummow@fgppr.com |
| Fox Swibel Levin & Carroll LLP | Attn: Margaret M. Anderson | 200 W Madison St, Ste 3000 | Chicago, IL 60606 | | | panderson@foxswibel.com |
| Gilbert LLP | Attn: Kami Quinn / Attn: Meredith Neely | Attn: Emily Grim / Attn: Jasmine Chalashtori | 700 Pennsylvania Ave, SE Ste 400 | Washington, DC 20003 | | quirink@gilbertlegal.com |
| Godfrey & Kahn, SC | Attn: Erin A. West | 1 E Main St, 500 | Madison, WI 53701-2719 | | | ewest@gklaw.com |
| Godfrey & Kahn, SC | Attn: Timothy F. Nixon | 200 S Washington St, Ste 100 | Green Bay, WI 54301-4298 | | | tnixon@gklaw.com |
| Hoover & Slovacek, LLP | Attn: Steven A. Leyh | Galleria Tower II | 5051 Westheimer Rd, Ste 1200 | Houston, TX 77056 | | leyh@hooverslovacek.com |
| Ice Miller | Attn: Daniel R. Swetnam | Arena District | 250 West St | Columbus, OH 43215 | | daniel.swetnam@icemiller.com |
| Internal Revenue Service | Centralized Insolvency Operation | P.O. Box 7346 | Philadelphia, PA 19101-7346 | | | |
| Jacobs & Crumplar, PA | Attn: Raeann Warner/Thomas Crumplar | 750 Shipyard Dr, Ste 200 | Wilmington, DE 19801 | | | Raeann@jcdelaw.com |
| James, Vernon & Weeks, P.A. | Attn: Leander L. James | Attn: Craig K. Vernon | Attn: R. Charlie Beckett | 1626 Lincoln Wy | | ljames@jvwlaw.net |
| Janet, Janet & Scuggs, LLC | Attn: Gerald D Jowers, Jr | 500 Taylor St, Ste 301 | Columbia, SC 29201 | | | GJowers@JJSJustice.com |
| JPMorgan Chase Bank, NA | Attn: Phil Martin | 10 S Dearborn St | Mail Code IL1-1415 | Chicago, IL 60603 | | |
| Jpmorgan Chase Bank, NA | c/o Norton Rose Fulbright US LLP | Attn: Louis R. Strubeck, Jr | 1301 Ave of the Americas | New York, NY 10019-6022 | | louis.strubeck@nortonrosefulbright.com |
| Karr Tuttle Campbell, PS | Attn: Bruce W. Leaverton | 701 5th Ave, Ste 3300 | Seattle, WA 98104 | | | bleaverton@karrtuttle.com |
| Kelly, Morgan, Dennis, Corzine & Hansen, P.C. | Attn: Michael G. Kelly | P.O. Box 1311 | Odessa, TX 79760-1311 | | | mkelly@kmdfirm.com |
| Kiehr Harrison Harvey Branzburg LLP | Attn: Domenic E. Pacitti | 919 Market St, Ste 1000 | Wilmington, DE 19801 | | | dpacitti@klehr.com |
| Kiehr Harrison Harvey Branzburg LLP | Attn: Morton R. Branzburg | 1835 Market St, Ste 1400 | Philadelphia, PA 19103 | | | mbranzburg@klehr.com |
| Kramer Levin Naftalis & Frankel LLP | Attn: Thomas Moers Mayer/Rachel Ringer | Attn: David E. Blabey Jr./Jennifer R. Sharret | Attn: Megan M. Wasson | 177 Ave of the Americas | New York, NY 10036 | tmayer@kramerlevin.com |
| Latham & Watkins LLP | Attn: Adam J Goldberg | 885 3rd Ave | New York, NY 10022-4834 | | | adam.goldberg@lw.com |
| Latham & Watkins LLP | Attn: Jeffrey E Bjork | Attn: Kimberly A Posin | 355 S Grand Ave, Ste 100 | Los Angeles, CA 90071-1560 | | jeff.bjork@lw.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker | 112 E Pecan St, Ste 2200 | San Antonio, TX 78205 | | | sanantonio.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller | 2777 N. Stemmons Fwy, Ste 1000 | Dallas, TX 75207 | | | dallas.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman | P.O. Box 3064 | Houston, TX 77253-3064 | | | houston_bankruptcy@publicans.com |
| Maurice Wutscher LLP | Attn: Alan C. Hochheiser | 23611 Chagrin Blvd. Ste 207 | Beachwood, OH 44122 | | | ahochheiser@mauricewutscher.com |
| McCreary, Veselka, Bragg & Allen, PC | Attn: Tara LeDay | P.O. Box 1269 | Round Rock, TX 78680 | | | tleday@mvbalaw.com |
| McDermott Will & Emery LLP | Attn: David R. Hurst | The Nemours Bldg | 1007 N Orange St, 10th Fl | Wilmington, DE 19801 | | dhurst@mwe.com |
| McDermott Will & Emery LLP | Attn: Ryan Smethurst | Attn: Margaret Warner | 500 N Capitol St NW | Washington, DC 20001-1531 | | rsmethurst@mwe.com |
| McDermott Will & Emery LLP | Attn: Timothy W. Walsh | 340 Madison Ave | New York, NY 10173-1922 | | | twwalsh@mwe.com |
| Miller, Canfield, Paddock and Stone, P.L.C. | Attn: Danielle Mason Anderson | 277 S Rose St, Ste 5000 | Kalamazoo, MI 49007 | | | anderson@millercanfield.com |
| Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C. | Attn: Kim V. Marrkand | Attn: Nancy D. Adams | Attn: Laura Bange Stephens | One Financial Center | Boston, MA 02111 | kmarrkand@mintz.com |
| Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Kate P Foley | 1800 W Park Dr, Ste 400 | Westborough, MA 01581 | | | kfoley@mirickoconnell.com |
| Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Paul W Carey | 100 Front St | Worcester, MA 01608 | | | pcarey@mirickoconnell.com |
| Missouri Dept of Revenue | Bankruptcy Unit | P.O. Box 475 | Jefferson City, MO 65105-0475 | | | deecf@dor.mo.gov |
| Monzack Mersky Browder & Hochman, P.A. | Attn: Rachel B. Mersky | 1201 N Orange St, Ste 400 | Wilmington, DE 19801 | | | rmersky@monlaw.com |
| Monzack Mersky McLaughlin & Browder, PA | Attn: Brian McLaughlin | Attn: Rachel B. Mersky | 1201 N Orange St, Ste 400 | Wilmington, DE 19801 | | bmclaughlin@monlaw.com |
| Moore & Rutt, PA | Attn: David N. Rutt | Attn: Scott G. Wilcox | 122 N Market St | P.O. Box 554 | Georgetown, DE 19947 | dnrutt@mooreandrutt.com |

| Firm | Attention | Address | City/State/Zip | Email |
|---|---|---|---|---|
| Morris James LLP | Attn: Brett D. Fallon | 500 Delaware Ave, Ste 1500 | Wilmington, DE 19899-2306 | emonzo@morrisjames.com |
| Morris James LLP | Attn: Brya M. Keilson | 500 Delaware Ave, Ste 1500 | | bfallon@morrisjames.com |
| Morris James LLP | Attn: Stephen M. Miller | 500 Delaware Ave, Ste 1500 | Wilmington, DE 19801 | smiller@morrisjames.com |
| Motley Rice LLC | Attn: Daniel R. Lapinksi | 210 Lake Dr E, Ste 101 | Cherry Hill, NJ 08002 | dlapinski@motleyrice.com |
| Motley Rice LLC | Attn: Joseph F. Rice | 28 Bridgeside Blvd | Mt Pleasant, SC 29464 | jrice@motleyrice.com |
| Nagel Rice LLP | Attn: Bradley L Rice | 103 Eisenhower Pkwy | Roseland, NJ 07068 | brice@nagelrice.com |
| Napoli Shkolnik PLLC | Attn: R. Joseph Hrubiec | 919 N Market St, Ste 1801 | Wilmington, DE 19801 | RHrubiec@NapoliLaw.com |
| Nelson Comis Kettle & Kinney, LLP | Attn: William E. Winfield | 300 E Esplande Dr, Ste 1170 | Oxnard, CA 93036 | wwinfield@calattys.com |
| Nelson Mullins Riley & Scarborough LLP | Attn: David Barnes, Jr | 101 Constitution Ave NW, Ste 900 | Washington, DC 20001 | david.barnes@nelsonmullins.com |
| Nicolaides Fink Thorpe Michaelides Sullivan LLP | Attn: Matthew S. Sorem | 10 S Wacker Dr, 21st Fl | Chicago, IL 60606 | msorem@nicolaidesllp.com |
| Norton Rose Fulbright Us LLP | Attn: Louis Strubeck/ Kristian Gluck | 2200 Ross Ave, Suite 3600 | Dallas, TX 75201-7932 | louis.strubeck@nortonrosefulbright.com |
| Nye, Stirling, Hale & Miller LLP | Attn: Ryan Manns | 1145 Bower Hill Rd, Ste 104 | Pittsburgh, PA 15243 | jmwalker@nshmlaw.com |
| O'Connor Playdon Guben & Inouye LLP | Joel M. Walker | Makai Tower, Ste 2400 | Honolulu, HI 96813 | |
| O'Melveny & Myers LLP | Attn: Jerrold K. Guben | 733 Bishop St | | JKG@opglaw.com |
| Office of the Attorney General | Attn: Tancred Schiavoni | Times Square Tower | New York, NY 10036-6537 | |
| Office of the United States Trustee | Attn: Christopher S Murphy | 7 Times Square | Bankruptcy & Collections Division | christopher.murphy@oag.texas.gov |
| Pachulski Stang Ziehl & Jones | Attn: David L. Buchbinder | | Austin, TX 78711-2548 | david.l.buchbinder@usdoj.gov |
| Pachulski Stang Ziehl & Jones LLP | Attn: Hannah M. McCollum | 844 King St, Suite 2207 | Wilmington, DE 19801 | stang@pszjlaw.com |
| Pachulski Stang Ziehl & Jones LLP | Attn: James I. Stang | 10100 Santa Monica Blvd, 13th Fl | Los Angeles, CA 90067-4003 | jlucas@pszjlaw.com |
| Paul Mones PC | Attn: James O'Neill/John Lucas/Ilan Scharf | 919 N Market St, 17th Fl | Wilmington, DE 19899-8705 | paul@paulmones.com |
| Pension Benefit Guaranty Corporation | Attn: James Stang/Robert Orgel | 13101 Washington Blvd | Los Angeles, CA 90066 | kelly.patricia@pbgc.Gov |
| Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Paul Mones | 6005 N Tamera Ave | Fresno, CA 93711 | jbanks@pbfcm.com |
| Pfau Cochran Vertetis Amala PLLC | Attn: Patricia Kelly, CFO | Attn: Craig Fessenden | P.O. Box 8705 | michael@pcvalaw.com |
| Phillips Lytle LLP | Attn: John T. Banks | Attn: Cassandra Burton, Attorney | 1200 K St NW | amiller@phillipslytle.com |
| Reed Smith LLP | Attn: Michael Pfau/Jason Amala | 3301 Northland Dr, Ste 505 | Washington, DC 20005 | kgwynne@reedsmith.com |
| Reger Rizzo & Darnall LLP | Attn: Angela Z Miller | Attn: Vincent Nappo | Austin, TX 78731 | lrizzo@regerlaw.com |
| Richards, Layton & Finger, PA | Attn: Kurt F. Gwynne | One Canalside | 403 Columbia St, Ste 500 | merchant@rlf.com |
| Schnader Harrison Segal & Lewis LLP | Attn: Louis J. Rizzo, Jr | Attn: Katelin A. Morales | Seattle, WA 98104 | rbarkasy@schnader.com |
| Seitz, Van Ogtrop & Green, P.A. | Attn: Michael Merchant/Brett Haywood | 1521 Concord Pike, Ste 305 | 125 Main St | khill@svglaw.com |
| Sequoia Counsel of Boy Scouts, Inc. | Attn: Richard A. Barkasy | 920 N King St | Buffalo, NY 14203 | michael.marchese@scouting.org |
| Shipman & Goodwin LLP | Attn: R. Karl Hill | 824 N Market St, Ste 800 | Wilmington, DE 19801 | awilliams@goodwin.com |
| Shipman & Goodwin LLP | Attn: Michael Marchese | 222 Delaware Ave, Ste 1500 | Wilmington, DE 19803 | egoldstein@goodwin.com |
| Squire Patton Boggs (US) LLP | Attn: Abigail Williams/ James Ruggeri | Attn: Joshua Weinberg/ Michele B Konigsberg | Wilmington, DE 19801 | mark.salzberg@squirepb.com |
| Squire Patton Boggs (US) LLP | Attn: Eric S. Goldstein | 1875 K St NW, Ste 600 | Wilmington, DE 19801-4939 | travis.mcroberts@squirepb.com |
| Stamoulis & Weinblatt LLC | Attn: Mark A. Salzberg | 1 Constitution Plz | Washington, DC 20006-1251 | stamoulis@swdelaw.com |
| Stark & Stark, PC | Attn: Travis A. McRoberts | 2550 M St, NW | Hartford, CT 06103-1919 | jlemkin@stark-stark.com |
| Steptoe & Johnson LLP | Attn: Stamatios Stamoulis | 2000 McKinney Ave, Ste 1700 | Washington, DC 20037 | hlee@steptoe.com |
| Straffi & Straffi, LLC | Attn: Joseph H Lemkin | Attn: Richard Weinblatt | Dallas, TX 75201 | bkclient@straffilaw.com |
| Sullivan Hazeltine Allinson LLC | Attn: Harry Lee | P.O. Box 5315 | 800 N West St, Ste 800 | bsullivan@sha-llc.com |
| Sullivan Hill Lewin Rez & Engel, PLC | Attn: Daniel Straffi, Jr | Attn: John O'Connor | Wilmington, DE 19801 | Hill@SullivanHill.com |
| Swenson & Shelley, PLLC | Attn: William D. Sullivan | 670 Commons Way | Princeton, NJ 08543 | Kevin@swensonshelley.com |
| Synchrony Bank | Attn: James Hill/ Christopher Hawkins | 919 N Market St, Ste 420 | Toms River, NJ 08755 | claims@recoverycorp.com |
| The County Commission Of Fayette County | Attn: Kevin D. Swenson | Attn: Kathleen Cashman-Kramer | Wilmington, DE 19801 | |
| The County Commission Of Fayette County | c/o PRA Receivables Management, LLC | 107 S 1470 E, Ste 201 | 600 B St, Ste 1700 | jtobia@tobialaw.com |
| The Law Offices Of James Tobia, LLC | Attn: President | Attn: Valerie Smith | San Diego, CA 92101 | mjoyce@mjlawoffices.com |
| The Law Offices of Joyce, LLC | c/o Steptoe & Johnson Pllc | P.O. Box 307 | St George, UT 84790 | tsn@neubergerlaw.com |
| The Neuberger Firm | c/o The Law Offices of James Tobia, LLC | Attn: John Stump, Esq | P.O. Box 41021 | jpowell@delawarefirm.com |
| The Powell Firm, LLC | Attn: James Tobia | 1716 Wawaset St | Fayetteville, WV 25840 | tad@thomaslawoffices.com |
| Thomas Law Office, PLLC | Attn: Michael J. Joyce | 1225 King St, Ste 800 | Chase Tower - 8th Fl | AGBankDelaware@ag.tn.gov |
| TN Dept of Labor – Bureau of Unemployment Insurance | Attn: Thomas S. Neuberger | Attn: Stephen I. Neuberger | Charleston, WV 25301 | crobinson@tremontsheldon.com |
| Tremont Sheldon Robinson Mahoney PC | Attn: Jason C. Powell | Attn: Thomas Reichert | 707 Virginia St E. | david.fournier@troutman.com |
| Troutman Pepper Hamilton Sanders LLP | Attn: Tad Thomas/Louis Schneider | 9418 Norton Commons Blvd, Ste 200 | Wilmington, DE 19806 | harris.winsberg@troutman.com |
| Troutman Pepper Hamilton Sanders LLP | c/o TN Attorney General's Office, Bankruptcy Division | Attn: Laura L. McCloud | Wilmington, DE 19801 | lrusnak@tewlawfirm.com |
| Tune, Entrekin & White, PC | Attn: Cindy Robinson | Attn: Doug Mahoney | 17 Harlech Dr | sreidenberg@trplaw.com |
| Tybout, Redfearn & Pell | Attn: David M. Fournier | Attn: Marcy J. McLaughlin Smith | 1201 N Orange St, Ste 500 | |
| United States Dept Of Justice | Attn: Harris B. Winsberg | Attn: Matthew G. Roberts | Nashville, TN 37202-0207 | usadc.ecfbankruptcy@usdoj.gov |
| US Attorney For Delaware | Attn: Joseph P. Rusnak | 315 Deaderick St NE, Ste 3000 | Bridgeport, CT 06604 | rgmason@wlrk.com |
| Wachtell, Lipton, Rosen & Katz | Attn: Seth I. Reidenberg | 750 Shipyard Dr, Ste 400 | 64 Lyon Ter | cwadley@walkerwilcox.com |
| Walker Wilcox Maousek LLP | 950 Pennsylvania Ave, Nw | 1313 Market St, Ste 5100 | Wilmington, DE 19899-1709 | rwalter@wpfattorneys.com |
| Wanger Jones Helsey, PC. | Attn: David C Weiss | Room 2242 | 600 Peachtree St NE, Ste 3000 | paf@wardandsmith.com |
| Ward and Smith, P.A. | Attn: Richard Mason/Douglas Mayer | 1007 Orange St, Ste 700 | Nashville, TN 37238 | jessica.boelter@whitecase.com |
| White & Case LLP | Attn: Christopher A. Wadley | Attn:Joseph C. Celentino | P.O. Box 2092 | mardolina@whitecase.com |
| White & Case LLP | Attn: Riley C. Walter | 1 N Franklin, Ste 3200 | Washington, DC 20530-0001 | rriley@wtplaw.com |
| Whiteford, Taylor & Preston LLP | Attn: Paul A Fanning | 265 E River Park Circle, Ste 310 | P.O. Box 2046 | tbrooks@wtplaw.com |
| Whiteford, Taylor & Preston LLP | Attn: Jessica C.K. Boelter | P.O. Box 8088 | 51 W 52nd St | dwilks@wilks.law |
| Wilks Law, LLC | Attn: Michael C. Andolina | 1221 Ave of the Americas | Chicago, IL 60606 | craig.goldblatt@wilmerhale.com |
| Wilmer Cutler Pickering Hale and Dorr LLP | Attn: Richard W Riley | 111 S Wacker Dr | Greenville, NC 27835-8088 | matthew.ward@wbd-us.com |
| Womble Bond Dickinson (US) LLP | Attn: Todd M Brooks | The Renaissance Centre | New York, NY 10020-1095 | jpatton@ycst.com |
| Young Conaway Stargatt & Taylor | Attn: David E. Wilks | 7 St Paul St, 15th Fl | Ste 5100 | |
| | Attn: Craig Goldblatt | 4250 Lancaster Pike, Ste NW | Chicago, IL 60606-4302 | |
| | Attn: Matthew Ward/Morgan Patterson | 1875 Pennsylvania Ave NW | Wilmington, DE 19801 | |
| | Attn: James L. Patton, Jr | 1313 N Market St, Ste 1200 | Washington, DC 20006 | |
| | Attn: Robert Brady/Edwin Harron | Rodney Square | Wilmington, DE 19801 | |
| | | 1000 N King St | Wilmington, DE 19801 | |