IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND | ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline: January 21, 2021 at 4:00 p.m. (ET)**
**Hearing Date: February 17, 2021 at 10:00 a.m. (ET)**

# FIRST AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED BY KEEN-SUMMIT CAPITAL PARTNERS LLC AS REAL ESTATE ADVISOR FOR THE OFFICIAL TORT CLAIMANTS' COMMITTEE

| | |
|---|---|
| Name of Applicant: | Keen-Summit Capital Partners LLC |
| Authorized to Provide Professional Services to: | The Official Tort Claimants' Committee |
| Date of Application to Employ Keen: | October 9, 2020 [Docket No. 1477] |
| Date of Keen Retention: | Order entered October 28, 2020, [Docket No. 1589] |
| Period for which compensation is sought: | October 9, 2020 through December 7, 2020 |
| Amount of final compensation for which approval is sought as actual, reasonable, and necessary: | $16,900.00 |
| Amount of final expense reimbursement sought as actual, reasonable, and necessary: | $     0.00 |

This is a/an:      _____ interim      __X__ final application

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND | ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline: January 21, 2021 at 4:00 p.m. (ET)**
**Hearing Date: February 17, 2021 at 10:00 a.m. (ET)**

### FIRST AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED BY KEEN-SUMMIT CAPITAL PARTNERS LLC AS REAL ESTATE ADVISOR FOR THE OFFICIAL TORT CLAIMANTS' COMMITTEE

On October 28, 2020, this Court entered an Order [Docket No. 1589] approving the application (the "Application") [Docket No. 1147] of the above-captioned Official Tort Claimants' Committee (the "Tort Claimants' Committee") under sections 327(a) and 328(a) of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and Local Bankruptcy Rules 2014-1 and 2016-1: (a) authorizing the employment and retention of Keen-Summit Capital Partners LLC ("Keen") to serve as the Tort Claimants' Committee's real estate advisors in connection with these chapter 11 cases, effective as of October 9, 2020, on the terms and conditions set forth in the retention agreement between the Debtors and Keen, dated as of October 9, 2020 (the "Retention Agreement"); (b) approving the terms of Keen's employment and retention, and (c) waiving certain time-keeping requirements under Bankruptcy Rule 2016 and Local Rule 2016-2,

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

the Amended Guidelines, and the UST Guidelines, and (d) granting related relief, all as more fully set forth in the Application.

As set forth below, Keen's services to the Tort Claimants' Committee have concluded. Accordingly, Keen hereby files this first and final application (the "First and Final Fee Application") for the allowance of compensation in the total amount of $16,900 for the period of the Retention Date of October 9, 2020 through and including December 7, 2020 (the "Fee Period"). Keen did not incur any expenses for which it is seeking reimbursement from the Debtors. In further support of this First and Final Fee Application, Keen respectfully states as follows:

### The Employment Application

1. Pursuant to the Application, the Tort Claimants' Committee requested the employment and retention of Keen to provide real estate advisory services to the Tort Claimants' Committee under the terms of the Retention Agreement attached to the Application. In particular, the Tort Claimants' Committee engaged Keen to provide it with a broker's opinion of value on selected New York/New Jersey properties. .

2. Compensation for the services provided was to be paid as follows:

    A project fee of $1,300 per property for each of 13 properties.

3. No Expenses were incurred by Keen during the Fee Period.

### Keen's Request for First and Final Allowance of Compensation

4. Keen completed the project for which it was engaged and delivered its brokers opinion of value in a timely manner, satisfactory to the Tort Claimants' Committee.

**CONCLUSION**

5. In considering Keen's request for compensation, the Order provides that Section 328(a) of the Bankruptcy Code provides the applicable standard of review. In particular, paragraph 4 of the Order states, in relevant part:

> "With respect to the payment of Keen's fixed fees for each BOV, the standard of judicial review of such compensation shall be pursuant to the standards of section 328(a) of the Bankruptcy Code and no other standard."

6. Keen respectfully submits that the compensation was earned in strict compliance with the terms and conditions of the Retention Agreement.

7. Based upon the foregoing, Keen respectfully submits that its fees earned as set forth herein should be approved.

8. WHEREFORE, Keen respectfully requests the Court to:

a. enter an order granting this First and Final Fee Application;

b. approve on a final basis, compensation for services rendered in the amount of $16,900.00; and

c. grant such other, further, or additional relief as may be just and proper.

Dated: January 7, 2021  
New York, New York

**Keen-Summit Capital Partners LLC**

By:  /s/ Harold Bordwin  
Harold Bordwin, Managing Director  
555 Madison Avenue, 5th Fl.  
New York, NY 10025