IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND | ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**DECLARATION OF HAROLD BORDWIN IN SUPPORT OF THE FIRST AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED BY KEEN-SUMMIT CAPITAL PARTNERS LLC AS REAL ESTATE ADVISOR FOR THE OFFICIAL CLAIMANTS' COMMITTEE**

I, Harold Bordwin, being duly sworn, state the following under penalty of perjury:

1. I am a Managing Director of Keen-Summit Capital Partners LLC ("Keen").

2. I have read the final fee application of Keen as real estate advisor for the Tort Claimants' Committee, for the Fee Period (the "Final Fee Application"). To the best of my knowledge, information and belief, the statements contained in the Final Fee Application are true and correct. In addition, I believe that the Final Fee Application complies with Local Bankruptcy Rule 2016-2.

3. In connection therewith, I hereby certify that:

    a) to the best of my knowledge, information, and belief, formed after reasonable inquiry, the fees and disbursements sought in the Final Fee Application are permissible under the relevant rules, court orders, and Bankruptcy Code provisions, except as specifically set forth herein;

    b) except to the extent disclosed in the Final Fee Application, the fees and disbursements sought in the Final Fee Application are billed at rates customarily employed by Keen and generally accepted by Keen's clients;

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

c)   Keen is seeking compensation with respect to Brokers' Opinion of Value ("BOV") prepared for thirteen (13) properties at a fee of $1,300.00 per BOV;

d)   in accordance with Rule 2016(a) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 504, no agreement or understanding exists between Keen and any other person for the sharing of compensation to be received in connection with the above cases except as authorized pursuant to the Bankruptcy Code, Bankruptcy Rules, and Local Bankruptcy Rules; and

e)   All services for which compensation is sought were professional services on behalf of the Tort Claimants' Committee and not on behalf of any other person.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 7th day of January, 2021 at New York, New York.

*/s/ Harold Bordwin*
Harold Bordwin