**ALIXPARTNERS, LLP**

**Exhibit A**

**Detailed Description of Fees, Hours and Descriptions by Matter Category**

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2130551-1 |
| Re: | Planning, Coordination, and Case Management |
| Client/Matter # | 013446.00101 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 11/13/20 | DM | BSA engagement planning and strategy | 0.50 |
| | | **Total** | **0.50** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2130551-1 |
| Re: | Planning, Coordination, and Case Management |
| Client/Matter # | 013446.00101 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| David MacGreevey | 0.50 | 1,090.00 | 545.00 |
| **Total Hours & Fees** | **0.50** | | **545.00** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2130551-1 |
| Re: | Mtgs and Communications with UCC & Professionals |
| Client/Matter # | 013446.00102 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 11/02/20 | KM | Prepare for weekly UCC presentation | 0.60 |
| 11/02/20 | KM | Participate in conference call with D. MacGreevey, K. McGlynn, I. Ibanga, R. Collura, R. Winning and S. Weiner (all AlixPartners), T. Mayer, R. Ringer, N. Hamerman, and M. Wasson (all Kramer Levin), K. Morales (Reed Smith) re: claims pool and other case updates | 0.60 |
| 11/02/20 | KM | Participate in conference call with the BSA UCC Members, D. MacGreevey, K. McGlynn, R, Winning, I. Ibanga, R. Collura and S. Weiner (all AlixPartners), T. Mayer, R. Ringer and M. Wasson (all Kramer Levin) re: weekly liquidity and general case updates | 1.00 |
| 11/02/20 | RC | Participate in conference call with D. MacGreevey, K. McGlynn, I. Ibanga, R. Collura, R. Winning and S. Weiner (all AlixPartners), T. Mayer, R. Ringer, N. Hamerman, and M. Wasson (all Kramer Levin), K. Morales (Reed Smith) re: claims pool and other case updates | 0.60 |
| 11/02/20 | RC | Participate in conference call with the BSA UCC Members, D. MacGreevey, K. McGlynn, R, Winning, I. Ibanga, R. Collura and S. Weiner (all AlixPartners), T. Mayer, R. Ringer and M. Wasson (all Kramer Levin) re: weekly liquidity and general case updates | 1.00 |
| 11/02/20 | INI | Participate in conference call with D. MacGreevey, K. McGlynn, I. Ibanga, R. Collura, R. Winning and S. Weiner (all AlixPartners), T. Mayer, R. Ringer, N. Hamerman, and M. Wasson (all Kramer Levin), K. Morales (Reed Smith) re: claims pool and other case updates | 0.60 |
| 11/02/20 | SW | Participate in conference call with D. MacGreevey, K. McGlynn, I. Ibanga, R. Collura, R. Winning and S. Weiner (all AlixPartners), T. Mayer, R. Ringer, N. Hamerman, and M. Wasson (all Kramer Levin), K. Morales (Reed Smith) re: claims pool and other case updates | 0.60 |
| 11/02/20 | SW | Participate in conference call with the BSA UCC Members, D. MacGreevey, K. McGlynn, R, Winning, I. Ibanga, R. Collura and S. Weiner (all AlixPartners), T. Mayer, R. Ringer and M. Wasson (all Kramer Levin) re: weekly liquidity and general case updates | 1.00 |
| 11/02/20 | DM | Participate in conference call with D. MacGreevey, K. McGlynn, I. Ibanga, R. Collura, R. Winning and S. Weiner | 0.60 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2130551-1 |
| Re: | Mtgs and Communications with UCC & Professionals |
| Client/Matter # | 013446.00102 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | (all AlixPartners), T. Mayer, R. Ringer, N. Hamerman, and M. Wasson (all Kramer Levin), K. Morales (Reed Smith) re: claims pool and other case updates | |
| 11/02/20 | DM | Participate in conference call with the BSA UCC Members, D. MacGreevey, K. McGlynn, R, Winning, I. Ibanga, R. Collura and S. Weiner (all AlixPartners), T. Mayer, R. Ringer and M. Wasson (all Kramer Levin) re: weekly liquidity and general case updates | 1.10 |
| 11/02/20 | RBW | Participate in conference call with the BSA UCC Members, D. MacGreevey, K. McGlynn, R, Winning, I. Ibanga, R. Collura and S. Weiner (all AlixPartners), T. Mayer, R. Ringer and M. Wasson (all Kramer Levin) re: weekly liquidity and general case updates | 0.80 |
| 11/02/20 | RBW | Participate in conference call with D. MacGreevey, K. McGlynn, I. Ibanga, R. Collura, R. Winning and S. Weiner (all AlixPartners), T. Mayer, R. Ringer, N. Hamerman, and M. Wasson (all Kramer Levin), K. Morales (Reed Smith) re: claims pool and other case updates | 0.60 |
| 11/02/20 | INI | Participate in conference call with the BSA UCC Members, D. MacGreevey, K. McGlynn, R, Winning, I. Ibanga, R. Collura and S. Weiner (all AlixPartners), T. Mayer, R. Ringer and M. Wasson (all Kramer Levin) re: weekly liquidity and general case updates | 1.00 |
| 11/04/20 | KM | Review case updates from Committee Counsel | 0.60 |
| 11/05/20 | KM | Participate in internal call with S. Weiner and J. Ibanga (both AlixPartners) to discuss the revised budget dated October 30th, MOR, and supply sales analysis | 0.30 |
| 11/05/20 | INI | Participate in internal call with K. McGlynn and S. Weiner (both AlixPartners) to discuss materials for the revised budget dated October 30th, MOR, and supply sales analysis | 0.30 |
| 11/05/20 | SW | Participate in internal call with K. McGlynn and J. Ibanga (both AlixPartners) to discuss materials for the revised budget dated October 30th, MOR, and supply sales analysis | 0.30 |
| 11/05/20 | CDS | Prepare September MOR analysis for UCC presentation | 2.10 |
| 11/06/20 | INI | Prepare bridge between Debtors' October 2 and October | 1.80 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2130551-1 |
| Re: | Mtgs and Communications with UCC & Professionals |
| Client/Matter # | 013446.00102 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | 30 13-week cash flow budgets | |
| 11/06/20 | SW | Create slide exhibit and draft commentary for slide summarizing details of the MOR to be included in a presentation to the UCC | 2.80 |
| 11/06/20 | SW | Draft commentary for UCC presentation slide providing overview of details in September 2020 Debtor questionnaire | 1.30 |
| 11/06/20 | SW | Draft commentary for UCC presentation slide providing overview of details in September 2020 Income Statement | 2.00 |
| 11/06/20 | DM | Review email with attachments from Z. Essner (Kramer Levin) re: BSA updates | 0.30 |
| 11/06/20 | DM | Emails with UCC member re: bar date | 0.30 |
| 11/09/20 | KM | Participate in conference call with D. MacGreevey, S. Weiner and J. Ibanga (all AlixPartners), T. Mayer, R. Ringer, N. Hamerman, and M. Wasson (all Kramer Levin) re: claims and canceling November 9th Committee meeting | 0.20 |
| 11/09/20 | KM | Revise weekly UCC update and prepare for presentation to Committee | 0.90 |
| 11/09/20 | SW | Participate in conference call with D. MacGreevey, K. McGlynn and J. Ibanga (all AlixPartners), T. Mayer, R. Ringer, N. Hamerman, and M. Wasson (all Kramer Levin) re: claims and canceling November 9th Committee meeting | 0.20 |
| 11/09/20 | INI | Participate in conference call with D. MacGreevey, K. McGlynn and S. Weiner (all AlixPartners), T. Mayer, R. Ringer, N. Hamerman, and M. Wasson (all Kramer Levin) re: claims and canceling November 9th Committee meeting | 0.20 |
| 11/09/20 | DM | Participate in conference call with D. MacGreevey, I. Ibanga, K. McGlynn and S. Weiner (all AlixPartners), T. Mayer, R. Ringer, N. Hamerman, and M. Wasson (all Kramer Levin) re: claims and canceling November 9th Committee meeting | 0.20 |
| 11/12/20 | INI | Call with K. McGlynn (AlixPartners) to discuss the status of supply sales analysis and materials for November 16th Committee meeting | 0.10 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2130551-1 |
| Re: | Mtgs and Communications with UCC & Professionals |
| Client/Matter # | 013446.00102 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 11/12/20 | SW | Draft commentary related to unpaid post petition debt summary for UCC presentation | 1.40 |
| 11/12/20 | KM | Call with J. Ibanga and S. Weiner (AlixPartners) to discuss 11/16 UCC presentation | 0.10 |
| 11/13/20 | SW | Draft commentary for UCC presentation slide summarizing post petition accounts receivable aging | 1.60 |
| 11/16/20 | DM | Participate in conference call with D. MacGreevey, K. McGlynn, I. Ibanga, R. Collura and S. Weiner (all AlixPartners), T. Mayer, R. Ringer, N. Hamerman, and M. Wasson (all Kramer Levin) re: general case updates | 0.40 |
| 11/16/20 | DM | Participate in conference call with the BSA UCC Members, K. McGlynn, D. MacGreevey, I. Ibanga, R. Collura and S. Weiner (all AlixPartners), T. Mayer, R. Ringer and M. Wasson (all Kramer Levin) re: revised 13-week budget and general case updates | 0.90 |
| 11/16/20 | RC | Participate in conference call with D. MacGreevey, K. McGlynn, S. Weiner and J. Ibanga (all AlixPartners), T. Mayer, R. Ringer, N. Hamerman, and M. Wasson (all Kramer Levin) re: general case updates | 0.40 |
| 11/16/20 | RC | Participate in conference call with the Committee, D. MacGreevey, K. McGlynn, S. Weiner and J. Ibanga (all AlixPartners), T. Mayer, R. Ringer, N. Hamerman, and M. Wasson (all Kramer Levin) to discuss case updates | 0.90 |
| 11/16/20 | SW | Participate in conference call with D. MacGreevey, K. McGlynn, R. Collura and J. Ibanga (all AlixPartners), T. Mayer, R. Ringer, N. Hamerman, and M. Wasson (all Kramer Levin) re: general case updates | 0.40 |
| 11/16/20 | SW | Participate in conference call with the BSA UCC Members, K. McGlynn, D. MacGreevey, R. Collura and J. Ibanga, (all AlixPartners), T. Mayer, R. Ringer and M. Wasson (all Kramer Levin) re: revised 13-week budget and general case updates | 0.90 |
| 11/16/20 | KM | Participate in conference call with D. MacGreevey, R. Collura, S. Weiner and J. Ibanga (all AlixPartners), T. Mayer, R. Ringer, N. Hamerman, and M. Wasson (all Kramer Levin) re: general case updates | 0.40 |
| 11/16/20 | KM | Participate in conference call with the BSA UCC Members, | 0.90 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2130551-1 |
| Re: | Mtgs and Communications with UCC & Professionals |
| Client/Matter # | 013446.00102 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | D. MacGreevey, R. Collura, S. Weiner and J. Ibanga, (all AlixPartners), T. Mayer, R. Ringer and M. Wasson (all Kramer Levin) re: revised 13-week budget and general case updates | |
| 11/16/20 | KM | Prepare for weekly presentation to the Committee | 1.10 |
| 11/16/20 | KM | Review and revise weekly Committee update presentation | 0.60 |
| 11/16/20 | INI | Participate in conference call with D. MacGreevey, K. McGlynn, R. Collura and S. Weiner (all AlixPartners), T. Mayer, R. Ringer, N. Hamerman, and M. Wasson (all Kramer Levin) re: general case updates | 0.40 |
| 11/16/20 | INI | Participate in conference call with the BSA UCC Members, K. McGlynn, D. MacGreevey, R. Collura and S. Weiner (all AlixPartners), T. Mayer, R. Ringer and M. Wasson (all Kramer Levin) re: revised 13-week budget and general case updates | 0.90 |
| 11/18/20 | KM | Review case updates from Committee Counsel | 0.70 |
| 11/20/20 | SW | Create bridge exhibit illustration YTD September 2020 and September 2019 consolidated revenue for UCC presentation | 1.90 |
| 11/20/20 | DM | Emails with BSA UCC member and R. Ringer (Kramer Levin) re: BSA strategy and analysis | 0.30 |
| 11/22/20 | RBW | Revise materials for Committee re: revenue performance and cash flow | 0.80 |
| 11/23/20 | DM | Participate in conference call with D. MacGreevey, R. Collura and S. Weiner (all AlixPartners), T. Mayer, R. Ringer, N. Hamerman, and M. Wasson (all Kramer Levin) re: general case updates | 0.30 |
| 11/23/20 | DM | Review draft slides for BSA claims overview | 0.30 |
| 11/23/20 | RC | Participate in conference call with D. MacGreevey, S. Weiner and J. Ibanga (all AlixPartners), T. Mayer, R. Ringer, N. Hamerman, and M. Wasson (all Kramer Levin) re: general case updates and upcoming mediation sessions | 0.30 |
| 11/23/20 | SW | Perform diligence to respond to internal questions about UCC presentation slide detailing YTD September 2020 and September 2019 consolidated revenue | 1.60 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2130551-1 |
| Re: | Mtgs and Communications with UCC & Professionals |
| Client/Matter # | 013446.00102 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 11/23/20 | SW | Participate in conference call with D. MacGreevey, R. Collura and J. Ibanga (all AlixPartners), T. Mayer, R. Ringer, N. Hamerman, and M. Wasson (all Kramer Levin) re: general case updates | 0.30 |
| 11/23/20 | INI | Participate in conference call with D. MacGreevey, R. Collura and S. Weiner (all AlixPartners), T. Mayer, R. Ringer, N. Hamerman, and M. Wasson (all Kramer Levin) re: general case updates | 0.30 |
| 11/25/20 | DM | Review email with attachments from Z. Essner (Kramer Levin) re: BSA updates | 0.60 |
| 11/30/20 | RC | Participate in call with Committee advisors including D. MacGreevey, K. McGlynn, S. Weiner and J. Ibanga (all AlixPartners), R. Ringer, T. Mayer, N. Hamerman and J. Sharret (all Kramer Levin) and K. Morales (Reed Smith) re: the agenda for the November 30th Committee meeting, claims and other general case updates | 0.50 |
| 11/30/20 | RC | Participate in conference call with the BSA UCC Members, K. McGlynn, I Ibanga, D. MacGreevey, R. Winning,M. Monger, R. Collura and S. Weiner (all AlixPartners), R. Ringer and M. Wasson (all Kramer Levin) re: weekly liquidity and claims updates | 1.30 |
| 11/30/20 | DM | Participate in call with Committee advisors including D. MacGreevey, I. Ibanga, K. McGlynn, R. Collura, R. and S. Weiner (all AlixPartners), R. Ringer, T. Mayer, N. Hamerman and J. Sharret (all Kramer Levin) and K. Morales (Reed Smith) re: the agenda for the November 30th Committee meeting, claims and other general case updates | 0.50 |
| 11/30/20 | DM | Participate in conference call with the BSA UCC Members, K. McGlynn, I Ibanga, D. MacGreevey, R. Winning,M. Monger, R. Collura and S. Weiner (all AlixPartners), R. Ringer and M. Wasson (all Kramer Levin) re: weekly liquidity and claims updates | 1.30 |
| 11/30/20 | KM | Revise weekly Committee update presentation | 0.90 |
| 11/30/20 | KM | Prepare for weekly Committee update presentation | 0.80 |
| 11/30/20 | KM | Participate in call with Committee advisors including D. MacGreevey, I. Ibanga, K. McGlynn, R. Collura, R. and S. | 0.50 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2130551-1 |
| Re: | Mtgs and Communications with UCC & Professionals |
| Client/Matter # | 013446.00102 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | Weiner (all AlixPartners), R. Ringer, T. Mayer, N. Hamerman and J. Sharret (all Kramer Levin) and K. Morales (Reed Smith) re: the agenda for the November 30th Committee meeting, claims and other general case updates | |
| 11/30/20 | KM | Participate in conference call with the BSA UCC Members, K. McGlynn, I Ibanga, D. MacGreevey, R. Winning,M. Monger, R. Collura and S. Weiner (all AlixPartners), R. Ringer and M. Wasson (all Kramer Levin) re: weekly liquidity and claims updates | 1.30 |
| 11/30/20 | MM | Participate in conference call with the BSA UCC Members, K. McGlynn, I Ibanga, D. MacGreevey, R. Winning,M. Monger, R. Collura and S. Weiner (all AlixPartners), R. Ringer and M. Wasson (all Kramer Levin) re: weekly liquidity and claims updates | 1.20 |
| 11/30/20 | SW | Participate in call with Committee advisors including D. MacGreevey, I. Ibanga, K. McGlynn, R. Collura, R. and S. Weiner (all AlixPartners), R. Ringer, T. Mayer, N. Hamerman and J. Sharret (all Kramer Levin) and K. Morales (Reed Smith) re: the agenda for the November 30th Committee meeting, claims and other general case updates | 0.50 |
| 11/30/20 | SW | Participate in conference call with the BSA UCC Members, K. McGlynn, I Ibanga, D. MacGreevey, R. Winning,M. Monger, R. Collura and S. Weiner (all AlixPartners), R. Ringer and M. Wasson (all Kramer Levin) re: weekly liquidity and claims updates | 1.30 |
| 11/30/20 | INI | Participate in call with Committee advisors including D. MacGreevey, I. Ibanga, K. McGlynn, R. Collura, R. and S. Weiner (all AlixPartners), R. Ringer, T. Mayer, N. Hamerman and J. Sharret (all Kramer Levin) and K. Morales (Reed Smith) re: the agenda for the November 30th Committee meeting, claims and other general case updates | 0.50 |
| 11/30/20 | RBW | Participate in conference call with the BSA UCC Members, K. McGlynn, I Ibanga, D. MacGreevey, R. Winning,M. Monger, R. Collura and S. Weiner (all AlixPartners), R. Ringer and M. Wasson (all Kramer Levin) re: weekly | 1.30 |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2130551-1 |
| Re: | Mtgs and Communications with UCC & Professionals |
| Client/Matter # | 013446.00102 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|------:|
| | | liquidity and claims updates | |
| 11/30/20 | RBW | Participate in call with Committee advisors including D. MacGreevey, I. Ibanga, K. McGlynn, R. Collura, R. and S. Weiner (all AlixPartners), R. Ringer, T. Mayer, N. Hamerman and J. Sharret (all Kramer Levin) and K. Morales (Reed Smith) re: the agenda for the November 30th Committee meeting, claims and other general case updates | 0.50 |
| 11/30/20 | INI | Participate in conference call with the BSA UCC Members, K. McGlynn, I Ibanga, D. MacGreevey, R. Winning,M. Monger, R. Collura and S. Weiner (all AlixPartners), R. Ringer and M. Wasson (all Kramer Levin) re: weekly liquidity and claims updates | 1.30 |
| | | **Total** | **56.40** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2130551-1 |
|---|---|
| Re: | Mtgs and Communications with UCC & Professionals |
| Client/Matter # | 013446.00102 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Cara D Schmidt | 2.10 | 295.00 | 619.50 |
| Joy N Ibanga | 7.40 | 515.00 | 3,811.00 |
| Scott Weiner | 18.10 | 645.00 | 11,674.50 |
| Robert B Winning | 4.00 | 910.00 | 3,640.00 |
| Kathryn McGlynn | 11.50 | 1,025.00 | 11,787.50 |
| David MacGreevey | 7.10 | 1,090.00 | 7,739.00 |
| Richard Collura | 5.00 | 1,090.00 | 5,450.00 |
| Meade Monger | 1.20 | 1,175.00 | 1,410.00 |
| **Total Hours & Fees** | **56.40** | | **46,131.50** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2130551-1 |
|---|---|
| Re: | Mtgs and Communications with Mgmt & Debtors' Professionals |
| Client/Matter # | 013446.00103 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 11/03/20 | DM | Prepare for telephone call with B. Whittman re: BSA issues | 0.50 |
| 11/03/20 | DM | Telephone call with B. Whittman (A&M) re: BSA issues | 0.30 |
| 11/06/20 | KM | Participate in conference call with C. Binggeli and R. Walsh (both A&M), R. Winning, S. Weiner and J. Ibanga (all AlixPartners) re: revised 13-week budget and weekly variance report the week ended Oct 30 | 0.50 |
| 11/06/20 | RBW | Participate in conference call with B. Whittman, C. Binggeli and R. Walsh (all A&M), K. McGlynn, S. Weiner and J. Ibanga (both AlixPartners) re: revised 13-week budget and weekly variance report the week ended Oct 30 | 0.50 |
| 11/06/20 | INI | Participate in conference call with C. Binggeli and R. Walsh (both A&M), K. McGlynn, R. Winning and S. Weiner (all AlixPartners) re: revised 13-week budget and weekly variance report the week ended Oct 30 | 0.50 |
| 11/06/20 | SW | Participate in conference call with C. Binggeli and R. Walsh (both A&M), K. McGlynn, R. Winning and J. Ibanga (all AlixPartners) re: revised 13-week budget and weekly variance report the week ended Oct 30 | 0.50 |
| 11/09/20 | INI | Participate in meeting with Debtors advisors C. Binggeli and R. Walsh (both A&M) and K. McGlynn and S. Weiner (both AlixPartners) re: September Monthly Operating Report | 1.00 |
| 11/09/20 | SW | Participate in meeting with Debtors advisors C. Binggeli and R. Walsh (both A&M) and K. McGlynn and J. Ibanga (both AlixPartners) re: September Monthly Operating Report | 1.00 |
| 11/09/20 | KM | Participate in meeting with Debtors advisors C. Binggeli and R. Walsh (both A&M) and S. Weiner and J. Ibanga (both AlixPartners) re: September Monthly Operating Report | 1.00 |
| 11/20/20 | INI | Participate in conference call with C. Binggeli and R. Walsh (both A&M), K. McGlynn, R. Winning and S. Weiner (all AlixPartners) re: general case updates and weekly variance report the week ended Nov 13 | 0.60 |
| 11/20/20 | RBW | Participate in conference call with C. Binggeli and R. | 0.40 |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2130551-1 |
|---|---|
| Re: | Mtgs and Communications with Mgmt & Debtors' Professionals |
| Client/Matter # | 013446.00103 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | Walsh (both A&M), K. McGlynn, S. Weiner and J. Ibanga (all AlixPartners) re: general case updates and weekly variance report the week ended Nov 13 [Partial] | |
| 11/20/20 | SW | Participate in conference call with C. Binggeli and R. Walsh (both A&M), K. McGlynn, R. Winning and J. Ibanga (all AlixPartners) re: general case updates and weekly variance report the week ended Nov 13th | 0.60 |
| 11/20/20 | KM | Participate in conference call with C. Binggeli and R. Walsh (both A&M), R. Winning, S. Weiner and J. Ibanga (all AlixPartners) re: general case updates and weekly variance report the week ended Nov 13 | 0.60 |
| | | **Total** | **8.00** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | | |
|---|---|---|
| Invoice # | 2130551-1 | |
| Re: | Mtgs and Communications with Mgmt & Debtors' Professionals | |
| Client/Matter # | 013446.00103 | |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Joy N Ibanga | 2.10 | 515.00 | 1,081.50 |
| Scott Weiner | 2.10 | 645.00 | 1,354.50 |
| Robert B Winning | 0.90 | 910.00 | 819.00 |
| Kathryn McGlynn | 2.10 | 1,025.00 | 2,152.50 |
| David MacGreevey | 0.80 | 1,090.00 | 872.00 |
| **Total Hours & Fees** | **8.00** | | **6,279.50** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | | |
|---|---|---|
| Invoice # | 2130551-1 | |
| Re: | Analysis of Liquidity and Cash Management | |
| Client/Matter # | 013446.00107 | |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 11/01/20 | INI | Prepare weekly cash flow variance report for Committee update | 0.80 |
| 11/04/20 | SW | Detail review of updated cash collateral budget | 0.90 |
| 11/04/20 | SW | Create comparison of overlapping period in prior to updated cash collateral budgets | 2.70 |
| 11/04/20 | SW | Review major line items shifts in cash movement and create question list for Debtors' advisor | 1.20 |
| 11/04/20 | INI | Review Debtors revised 13-week cash flow budget dated October 30th | 1.90 |
| 11/04/20 | DM | Review roll forward 13-week cash budget | 0.50 |
| 11/05/20 | SW | Create bridge exhibit detailing changes in unrestricted liquidity across prior and updated budget | 1.70 |
| 11/05/20 | INI | Analyze new 13-week cash flow budget | 1.30 |
| 11/06/20 | INI | Review variance report bridging the Debtors' October 2nd and October 30th 13-week cash flow budgets | 1.20 |
| 11/06/20 | INI | Review new 13-week budgeted dated October 30th | 0.40 |
| 11/06/20 | DM | Analyze BSA budget variance w/e 10.30 | 0.40 |
| 11/06/20 | SW | Review weekly variance report and create question list for discussion with Debtors' advisor | 0.30 |
| 11/06/20 | KM | Review and analyze revised 13 week cash flow forecast and weekly liquidity updates | 1.70 |
| 11/09/20 | RBW | Revise weekly liquidity and updated budget report | 0.40 |
| 11/09/20 | INI | Revise 13-week budget bridge slide for November 9th Committee update | 0.60 |
| 11/12/20 | KM | Review and analyze Debtors' weekly liquidity updates | 0.60 |
| 11/13/20 | INI | Prepare weekly cash flow analysis | 0.90 |
| 11/13/20 | DM | Review BSA budget variance week ended 11.07 | 0.40 |
| 11/15/20 | RBW | Revise report re: updated budget and MOR | 0.70 |
| 11/20/20 | INI | Prepare weekly cash flow variance report for the week ended November 13th | 1.10 |
| 11/20/20 | KM | Review and analyze Debtors' weekly liquidity updates | 0.40 |
| 11/20/20 | DM | Review BSA budget variance week ended November 13th | 0.40 |
| 11/23/20 | SW | Review weekly update deck and incorporate edits | 0.90 |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2130551-1 |
| Re: | Analysis of Liquidity and Cash Management |
| Client/Matter # | 013446.00107 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 11/23/20 | SW | Search data room for additional documentation in support of YTD revenue bridge and revise slide to capture outstanding points of diligence | 1.40 |
| 11/30/20 | INI | Prepare weekly cash flow variance slides for Committee update | 0.90 |
| 11/30/20 | INI | Revise deck for 11/30 Committee update | 0.10 |
| 11/30/20 | INI | Correspond with internal team re: 11/30 Committee update. | 0.30 |
| 11/30/20 | SW | Review prior week variance report and send questions to Debtors' advisor | 0.90 |
| 11/30/20 | SW | Detail review of UCC presentation prior to distribution to Committee | 0.70 |
| 11/30/20 | SW | Provide responses to internal questions about UCC presentation in advance of Committee meeting | 0.90 |
| | | **Total** | **26.60** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2130551-1 |
|---|---|
| Re: | Analysis of Liquidity and Cash Management |
| Client/Matter # | 013446.00107 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Joy N Ibanga | 9.50 | 515.00 | 4,892.50 |
| Scott Weiner | 11.60 | 645.00 | 7,482.00 |
| Robert B Winning | 1.10 | 910.00 | 1,001.00 |
| Kathryn McGlynn | 2.70 | 1,025.00 | 2,767.50 |
| David MacGreevey | 1.70 | 1,090.00 | 1,853.00 |
| **Total Hours & Fees** | **26.60** | | **17,996.00** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2130551-1 |
|---|---|
| Re: | Financial and Other Diligence |
| Client/Matter # | 013446.00112 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 11/02/20 | INI | Review correspondence re: local councils proposed sale of real property | 0.20 |
| 11/03/20 | SW | Detail review of September 2020 MOR | 1.50 |
| 11/03/20 | SW | Create exhibit detailing September 2020 MOR income statement for inclusion in UCC update presentation | 2.50 |
| 11/03/20 | SW | Create exhibit detailing September 2020 MOR balance sheet for inclusion in UCC update presentation | 2.20 |
| 11/04/20 | SW | Create exhibit summarizing September 2020 MOR professional fees and expenses e for inclusion in UCC update presentation | 2.80 |
| 11/05/20 | INI | Review new BSA Ending membership 2005-2020 by Program data for historical membership trends | 1.40 |
| 11/05/20 | SW | Create exhibit detailing September 2020 MOR receivables aging for inclusion in UCC update presentation | 1.30 |
| 11/05/20 | SW | Create exhibit detailing September 2020 MOR receivables payables aging for inclusion in UCC update presentation | 1.10 |
| 11/05/20 | SW | Create exhibit detailing September 2020 MOR Debtor questionnaire for inclusion in UCC update presentation | 0.80 |
| 11/05/20 | SW | Compare data in MOR to data provided in historical unaudited monthly reports | 2.10 |
| 11/05/20 | SW | Begin to create list of questions related to the MOR for the Debtors' advisor | 0.90 |
| 11/06/20 | SW | Complete creating list of questions related to the MOR for the Debtors' advisor | 1.10 |
| 11/06/20 | RC | Review financial information related to the Local Councils | 1.30 |
| 11/06/20 | RC | Review analysis of Local Council financial information | 0.80 |
| 11/06/20 | INI | Review Debtors' monthly operating report for September | 0.60 |
| 11/06/20 | KM | Call with S. Weiner (AlixPartners) re: September MOR analysis | 0.20 |
| 11/06/20 | KM | Review and analyze September MOR | 0.60 |
| 11/09/20 | INI | Review Debtors' Monthly Operating Report for September 2020 | 0.60 |
| 11/09/20 | SW | Revise commentary related to September 2020 and cumulative P&L from filing to date | 1.50 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2130551-1 |
| Re: | Financial and Other Diligence |
| Client/Matter # | 013446.00112 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 11/09/20 | SW | Begin to create exhibit comparing September 2020 MOR income statement to September 2019 GreyBook income statement | 1.40 |
| 11/09/20 | RC | Review information related to the assets of the Local Councils | 0.60 |
| 11/10/20 | RC | Review Local Councils financial information in advance of call with BRG | 0.80 |
| 11/10/20 | SW | Complete creating exhibit comparing September 2020 MOR income statement to September 2019 GreyBook income statement | 2.80 |
| 11/10/20 | SW | Review annual report to fill in gaps in exhibit comparing September 2020 MOR income statement to September 2019 Grey Book income statement | 2.20 |
| 11/10/20 | SW | Review dataroom documents to fill in gaps in exhibit comparing September 2020 MOR income statement to September 2019 Grey Book income statement | 1.90 |
| 11/10/20 | SW | Begin drafting commentary for slide comparing September 2020 MOR income statement to September 2019 Grey Book income statement | 1.10 |
| 11/11/20 | SW | Complete drafting commentary for slide comparing September 2020 MOR income statement to September 2019 Grey Book income statement | 0.90 |
| 11/11/20 | SW | Review dataroom documents to fill in gaps explaining consolidated balance sheet movements from petition date to September 30th | 1.90 |
| 11/11/20 | SW | Review prior MORs to bridge monthly changes in consolidated balance sheet from petition date to September 30th | 2.80 |
| 11/11/20 | SW | Draft commentary for September MOR balance sheet for UCC presentation and finalize balance sheet exhibit | 2.50 |
| 11/12/20 | SW | Consolidate data from prior MORs to create exhibit tracking monthly unpaid post petition debt balances since petition date | 2.60 |
| 11/12/20 | SW | Reformat unpaid post petition debts exhibit to highlight composition of debt aging by expense type | 1.50 |
| 11/12/20 | KS | Review working trial balance of GLIP investment as of | 0.80 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2130551-1 |
| Re: | Financial and Other Diligence |
| Client/Matter # | 013446.00112 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | 10/31/2020 | |
| 11/12/20 | SW | Review prior monthly MORs to begin creating exhibit illustrating composition of receivables by aging | 1.40 |
| 11/13/20 | SW | Complete creating exhibit illustrating composition of receivables by aging for each month since petition date | 1.20 |
| 11/13/20 | SW | Create exhibit illustrating percentage composition of receivables by aging for each month since petition date | 1.70 |
| 11/13/20 | SW | Reformat exhibits illustrating September 2020 composition of receivables by aging | 1.40 |
| 11/13/20 | SW | Review and edit September MOR summary slides and send for internal comment | 2.10 |
| 11/16/20 | KS | Review GLIP investment working trial balance | 0.70 |
| 11/16/20 | SW | Respond to internal questions about September Monthly Operating Report | 1.50 |
| 11/16/20 | SW | Process internal edits to weekly UCC update presentation | 1.80 |
| 11/16/20 | INI | Review slides on the Debtors' September monthly operating report (MOR) | 1.30 |
| 11/17/20 | SW | Detail review of September 2020 Grey Book | 2.60 |
| 11/17/20 | SW | Begin detailed review of August 2020 Grey Book | 1.50 |
| 11/17/20 | KS | Review working trial balances for the GLIP investment | 1.40 |
| 11/18/20 | KS | Review appraisal report on the Summit | 1.30 |
| 11/18/20 | SW | Complete detailed review of August 2020 Grey Book | 0.90 |
| 11/18/20 | SW | Detail review of July 2020 Grey Book | 2.10 |
| 11/18/20 | SW | Update Supply Operations monthly data tracking spreadsheet with recently updated Grey Book data | 1.10 |
| 11/18/20 | SW | Begin review of data room for documentation to bridge the Monthly Operating Report Balance Sheet to the consolidated balance sheet as presented in the Grey Book | 1.60 |
| 11/19/20 | SW | Continue review of data room for documentation to bridge the Monthly Operating Report Balance Sheet to the consolidated balance sheet as presented in the Grey Book | 1.40 |
| 11/19/20 | KS | Review appraisal report on the Summit | 0.70 |
| 11/19/20 | KS | Review the BSA's executive board meeting minutes for payments on non-abuse claims | 1.40 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | | |
|---|---|---|
| Invoice # | 2130551-1 | |
| Re: | Financial and Other Diligence | |
| Client/Matter # | 013446.00112 | |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 11/19/20 | KS | Review greybooks and audited financial statements for payments on non-abuse claims | 1.30 |
| 11/19/20 | RC | Analyze Local Councils' asset information | 0.70 |
| 11/20/20 | KS | Review the BSA's monthly operating report for September | 1.60 |
| 11/20/20 | KS | Reconcile financial information in the BSA's monthly operating report with Greybook | 1.80 |
| 11/20/20 | KS | Prepare a summary table of reconciliation of the BSA's monthly operating report and Greybook for September, 2020 | 1.10 |
| 11/20/20 | KS | Review appraisal report on the Summit | 1.20 |
| 11/20/20 | SW | Participate in internal call with K. McGlynn, R. Winning and J. Ibanga (all AlixPartners) re: 2018-2020 revenue analysis and other case updates | 0.50 |
| 11/20/20 | RBW | Participate in internal call with K. McGlynn, S. Weiner and J. Ibanga (all AlixPartners) re: 2018-2020 revenue analysis and other case updates | 0.50 |
| 11/20/20 | SW | Draft commentary for UCC presentation slide detailing YTD September 2020 and September 2019 consolidated revenue | 1.80 |
| 11/20/20 | SW | Review AlixPartners investigation team diligence into Debtor and non-Debtor MOR balance sheet reporting | 1.20 |
| 11/20/20 | SW | Audit September 2020 YTD revenue versus September 2019 YTD revenue to validate statements made in Omnibus hearing | 1.40 |
| 11/20/20 | SW | Summarize audit of September 2020 YTD revenue versus September 2019 YTD revenue | 0.80 |
| 11/20/20 | KM | Participate in internal call with R. Winning, S. Weiner and J. Ibanga (all AlixPartners) re: 2018-2020 revenue analysis and other case updates | 0.50 |
| 11/20/20 | INI | Participate in internal call with K. McGlynn, R. Winning and S. Weiner (all AlixPartners) re: 2018-2020 revenue analysis and other case updates | 0.50 |
| 11/23/20 | KS | Review the appraisal report on the Summit and its valuation | 1.50 |
| 11/24/20 | KS | Review the appraisal report for the Summit | 1.70 |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2130551-1 |
|---|---|
| Re: | Financial and Other Diligence |
| Client/Matter # | 013446.00112 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 11/25/20 | RBW | Analyze year over year revenue decline | 0.70 |
| 11/25/20 | RC | Review additional Local Council financial information produced in the data room | 0.70 |
| 11/25/20 | RC | Analyze BSA financial statements and related schedules | 0.80 |
| 11/30/20 | RC | Review mediation materials provided in connection with the Local Councils' asset information | 0.60 |
| 11/30/20 | RC | Review additional documents provided in the data room in preparation for call with the Committee | 0.30 |
| 11/30/20 | KS | Review the appraisal report for Florida Sea Base | 1.60 |
| 11/30/20 | SW | Perform additional diligence on YTD contribution revenue variance and send follow-up questions to Debtors' advisor | 1.20 |
| 11/30/20 | INI | Research case to-date professional fees spend for 11/30 Committee update | 0.40 |
| 11/30/20 | RBW | Analyze mediation report on BSA assets | 0.80 |
| | | **Total** | **101.60** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | | |
|---|---|---|
| Invoice # | 2130551-1 | |
| Re: | Financial and Other Diligence | |
| Client/Matter # | 013446.00112 | |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Joy N Ibanga | 5.00 | 515.00 | 2,575.00 |
| Scott Weiner | 68.60 | 645.00 | 44,247.00 |
| Kyoko Shibuya | 18.10 | 645.00 | 11,674.50 |
| Robert B Winning | 2.00 | 910.00 | 1,820.00 |
| Kathryn McGlynn | 1.30 | 1,025.00 | 1,332.50 |
| Richard Collura | 6.60 | 1,090.00 | 7,194.00 |
| **Total Hours & Fees** | **101.60** | | **68,843.00** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2130551-1 |
| Re: | Collateral Analysis |
| Client/Matter # | 013446.00113 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 11/23/20 | RC | Review information regarding JPM collateral and related claims | 0.60 |
| | | **Total** | **0.60** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2130551-1 |
|---|---|
| Re: | Collateral Analysis |
| Client/Matter # | 013446.00113 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Richard Collura | 0.60 | 1,090.00 | 654.00 |
| **Total Hours & Fees** | **0.60** | | **654.00** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2130551-1 |
|---|---|
| Re: | Forensic Analysis |
| Client/Matter # | 013446.00114 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 11/02/20 | KS | Perform QC on the compilation of Statements of Financial Position of Local Councils | 2.30 |
| 11/02/20 | KS | Compile financial information of Local Councils as of 9/30/2020 | 1.70 |
| 11/02/20 | KS | Analyze financial information of Local Councils as of 9/30/2020 | 1.50 |
| 11/03/20 | KS | Compile Statements of Financial Position of 254 Local Councils as of 9/20/2020 | 2.30 |
| 11/03/20 | KS | Developed a model to compile Statements of Financial Position of Local Councils as of 9/30/2020 | 1.80 |
| 11/03/20 | KS | Analyze financial information of Local Councils as of 9/30/2020 | 2.60 |
| 11/03/20 | KS | Perform QC on the compilation of Statements of Financial Position of Local Councils | 1.40 |
| 11/04/20 | KS | Analyze changes in assets of Local Councils from 6/30/2020 to 9/30/2020 | 2.10 |
| 11/04/20 | KS | Prepare a summary table for net assets of Local Councils | 1.80 |
| 11/04/20 | KS | Draft an investigation update material regarding financial information of Local Councils as of 9/30/2020 | 2.60 |
| 11/04/20 | KS | Update summary table of net assets of Local Councils as of 9/30/2020 | 1.60 |
| 11/05/20 | KS | Analyze financial positions of Local Councils as of 9/30/2020 | 1.40 |
| 11/05/20 | KS | Draft an investigation update material regarding net assets of Local Councils as of 9/30/2020 | 2.30 |
| 11/05/20 | KS | Perform QC on the complication of Local Councils' asset information | 1.80 |
| 11/05/20 | KS | Update summary table of Local Councils' net assets | 1.20 |
| 11/05/20 | KS | Update table for changes in assets composition of Local Councils | 1.40 |
| 11/06/20 | KS | Perform QC on a material regarding Local Councils' net assets | 1.70 |
| 11/06/20 | KS | Update summary table of Local Councils' net assets as of 9/30/2020 | 1.40 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2130551-1 |
|---|---|
| Re: | Forensic Analysis |
| Client/Matter # | 013446.00114 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 11/06/20 | KS | Update detailed table on each Local Councils' net assets and abuse claims | 2.20 |
| 11/09/20 | KS | Perform QC on analysis of Local Councils' financial information | 1.70 |
| 11/09/20 | KS | Updated a detailed schedule on Local Councils' net assets | 1.60 |
| 11/09/20 | KS | Analyze changes in assets composition of Local Councils | 1.80 |
| 11/10/20 | RC | Call with M. Babcock, D. Judd, T. Neilson (all BRG) and R. Collura, K. McGlynn, and K. Shibuya (all AlixPartners) re: updates to the analysis of Local Councils' financial information | 0.40 |
| 11/10/20 | RC | Review additional Local Council information provided in the data room | 1.30 |
| 11/10/20 | KS | Call with M. Babcock, D. Judd, T. Neilson (all BRG) and R. Collura, K. McGlynn, and K. Shibuya (all AlixPartners) re: updates to the analysis of Local Councils' financial information (left meeting early) | 0.30 |
| 11/10/20 | RC | Review GLIP information in advance of call with BRG | 0.30 |
| 11/10/20 | KM | Call with M. Babcock, D. Judd, T. Neilson (all BRG) and R. Collura, K. McGlynn, and K. Shibuya (all AlixPartners) re: updates to the analysis of Local Councils' financial information | 0.40 |
| 11/12/20 | RC | Review documents provided in the data room and communicate with counsel | 0.40 |
| 11/18/20 | RC | Review and analysis of additional information related to Arrow and the Summit | 1.10 |
| 11/19/20 | KS | Update financial information of GLIP for 9/30/2020 | 1.10 |
| 11/19/20 | RC | Analyze information included in additional Treasurer's Reports | 0.80 |
| 11/19/20 | RC | Review updated information regarding GLIP analysis | 0.30 |
| 11/23/20 | RC | Review BSA National's asset information reported in the monthly greybooks | 0.80 |
| 11/23/20 | KS | Update the table of the Summit project costs | 1.30 |
| 11/23/20 | KS | Update the table of the BSA's unrestricted net assets for 6/30/2020 and 9/30/2020 | 1.70 |
| 11/23/20 | KS | Review the abuse claims assigned to Local Councils | 1.40 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2130551-1 |
| Re: | Forensic Analysis |
| Client/Matter # | 013446.00114 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 11/24/20 | KS | Update schedule of the summit development costs | 1.30 |
| 11/24/20 | KS | Update schedule of GLIP expenses with 9/30/2020 Greybook | 1.40 |
| 11/30/20 | KS | Prepare slides for the summary of appraisal reports for the BSA's high adventure facilities | 2.40 |
| 11/30/20 | KS | Update slides regarding financial information of GLIP and Endowment Funds | 1.90 |
| | | **Total** | **58.80** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2130551-1 |
| Re: | Forensic Analysis |
| Client/Matter # | 013446.00114 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Kyoko Shibuya | 53.00 | 645.00 | 34,185.00 |
| Kathryn McGlynn | 0.40 | 1,025.00 | 410.00 |
| Richard Collura | 5.40 | 1,090.00 | 5,886.00 |
| **Total Hours & Fees** | **58.80** | | **40,481.00** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2130551-1 |
| Re: | Claims Analysis |
| Client/Matter # | 013446.00116 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 11/02/20 | DM | Review PBGC filed claims | 0.30 |
| 11/02/20 | SW | Review filings for PBGC claim and compare to prior estimates and information provided in data room | 2.70 |
| 11/15/20 | RC | Review status of additional documents and public information re: abuse claims | 0.40 |
| 11/16/20 | RC | Communicate with team regarding review of additional documents loaded in the data room | 0.20 |
| 11/17/20 | ESK | Emails with D. MacGreevey (AlixPartners) re: claims analysis work | 0.30 |
| 11/17/20 | KM | Discussion with D. MacGreevey and M. Monger (both AlixPartners) re: BSA claims analysis | 0.30 |
| 11/17/20 | MM | Discussion with D. MacGreevey and K. McGlynn (both AlixPartners) re: BSA claims analysis | 0.30 |
| 11/17/20 | DM | Call with K. McGlynn (AlixPartners) re: claims analysis | 0.30 |
| 11/17/20 | DM | Discussion with M. Monger and K. McGlynn re: BSA claims analysis | 0.30 |
| 11/17/20 | KM | Call with D. MacGreevey (AlixPartners) re: claims analysis | 0.30 |
| 11/18/20 | MBB | Review of Schedules E/F | 1.40 |
| 11/18/20 | MBB | Conduct claims analysis | 2.60 |
| 11/19/20 | MBB | Completed Confidentiality Agreement for Claims Register | 0.30 |
| 11/19/20 | MBB | Review claims register access | 0.30 |
| 11/19/20 | MM | Analyze proofs of claim and quantified current high case exposure | 3.20 |
| 11/19/20 | MM | Analyze bankruptcy schedules and evaluation of amounts owed creditors per the Debtors' books and records | 1.90 |
| 11/28/20 | MM | Review of new claims data and update claims analysis | 2.70 |
| 11/29/20 | MM | Read largest POCs to determine bases for large claims | 1.40 |
| 11/30/20 | RC | Review mediation materials provided in connection with the BSA's asset and claims session | 0.80 |
| 11/30/20 | MBB | Conduct claims analysis | 3.40 |
| 11/30/20 | KM | Review information related to postpetition liabilities and general unsecured claims | 0.60 |
| 11/30/20 | RC | Review the Bates White claims data presentation | 0.30 |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2130551-1 |
| Re: | Claims Analysis |
| Client/Matter # | 013446.00116 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | materials | |
| | | **Total** | **24.30** |

909 Third Avenue       **T** 212.490.2500
New York, NY 10022     **F** 212.490.1344
                       **alixpartners.com**

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2130551-1 |
| Re: | Claims Analysis |
| Client/Matter # | 013446.00116 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---:|---:|---:|
| Mary B Betik | 8.00 | 315.00 | 2,520.00 |
| Scott Weiner | 2.70 | 645.00 | 1,741.50 |
| Elizabeth S Kardos | 0.30 | 710.00 | 213.00 |
| Kathryn McGlynn | 1.20 | 1,025.00 | 1,230.00 |
| David MacGreevey | 0.90 | 1,090.00 | 981.00 |
| Richard Collura | 1.70 | 1,090.00 | 1,853.00 |
| Meade Monger | 9.50 | 1,175.00 | 11,162.50 |
| **Total Hours & Fees** | **24.30** | | **19,701.00** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | | |
|---|---|---|
| Invoice # | 2130551-1 | |
| Re: | RSA, Disclosure Statement, & Plan of Reorganization | |
| Client/Matter # | 013446.00117 | |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 11/11/20 | DM | Review UCC mediation statement re: pension | 0.30 |
| 11/17/20 | RC | Review mediation related documents | 0.10 |
| 11/23/20 | RC | Participate in mediation session with N. Hamerman, M. Wasson, T. Mayer, Z. Essner, R. Ringer, J. Sharret, (all Kramer Levin), C. Binggeli, B. Whittman (all A&M), M. Andolina, L. Baccash, B. Warner, M. Linder (all White & Case), R. Winning, D. MacGreevey, K. McGlynn and K. Shibuya (all Alixpartners) re: Debtors' assets available for recovery | 1.70 |
| 11/23/20 | DM | Participate in mediation session with N. Hamerman, M. Wasson, T. Mayer, Z. Essner, R. Ringer, J. Sharret, (all Kramer Levin), C. Binggeli, B. Whittman (all A&M), M. Andolina, L. Baccash, B. Warner, M. Linder (all White & Case), R. Winning, D. MacGreevey, K. McGlynn, R. Collura, and K. Shibuya (all Alixpartners) re: Debtors' assets available for recovery | 1.70 |
| 11/23/20 | KM | Participate in mediation session with N. Hamerman, M. Wasson, T. Mayer, Z. Essner, R. Ringer, J. Sharret, (all Kramer Levin), C. Binggeli, B. Whittman (all A&M), M. Andolina, L. Baccash, B. Warner, M. Linder (all White & Case), R. Winning, D. MacGreevey, R. Collura, and K. Shibuya (all Alixpartners) re: Debtors' assets available for recovery | 1.70 |
| 11/23/20 | RBW | Participate in mediation session with N. Hamerman, M. Wasson, T. Mayer, Z. Essner, R. Ringer, J. Sharret, (all Kramer Levin), C. Binggeli, B. Whittman (all A&M), M. Andolina, L. Baccash, B. Warner, M. Linder (all White & Case), D. MacGreevey, K. McGlynn, R. Collura, and K. Shibuya (all Alixpartners) re: Debtors' assets available for recovery | 1.70 |
| 11/23/20 | KS | Participate in mediation session with N. Hamerman, M. Wasson, T. Mayer, Z. Essner, R. Ringer, J. Sharret, (all Kramer Levin), C. Binggeli, B. Whittman (all A&M), M. Andolina, L. Baccash, B. Warner, M. Linder (all White & Case), K. McGlynn, R. Winning, D. MacGreevey, and R. Collura (all Alixpartners) re: Debtors' assets available for recovery | 1.70 |
| 11/24/20 | RBW | Participate in portion of mediation session with N. | 1.00 |

# **AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2130551-1 |
| Re: | RSA, Disclosure Statement, & Plan of Reorganization |
| Client/Matter # | 013446.00117 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | Hamerman, M. Wasson, T. Mayer, Z. Essner, R. Ringer, J. Sharret, (all Kramer Levin), C. Binggeli, B. Whittman (all A&M), M. Andolina, L. Baccash, B. Warner, M. Linder (all White & Case), K. McGlynn, D. MacGreevey, and R. Collura (all Alixpartners) re: Local Council assets available for recovery | |
| 11/24/20 | KM | Participate in mediation session with N. Hamerman, M. Wasson, T. Mayer, Z. Essner, R. Ringer, J. Sharret, (all Kramer Levin), C. Binggeli, B. Whittman (all A&M), M. Andolina, L. Baccash, B. Warner, M. Linder (all White & Case), R. Collura, D. MacGreevey, and R. Winning (all Alixpartners) re: Local Council assets available for recovery | 1.60 |
| 11/24/20 | DM | Participate in mediation session with N. Hamerman, M. Wasson, T. Mayer, Z. Essner, R. Ringer, J. Sharret, (all Kramer Levin), C. Binggeli, B. Whittman (all A&M), M. Andolina, L. Baccash, B. Warner, M. Linder (all White & Case), K. McGlynn, R. Collura, and R. Winning (all Alixpartners) re: Local Council assets available for recovery | 1.60 |
| 11/24/20 | RC | Participate in mediation session with N. Hamerman, M. Wasson, T. Mayer, Z. Essner, R. Ringer, J. Sharret, (all Kramer Levin), C. Binggeli, B. Whittman (all A&M), M. Andolina, L. Baccash, B. Warner, M. Linder (all White & Case), K. McGlynn, D. MacGreevey, and R. Winning (all Alixpartners) re: Local Council assets available for recovery | 1.60 |
| 11/30/20 | RC | Participate in mediation session with A. Evans (Bates White), M. Andolina, L. Baccash, B. Warner, M. Linder (all White & Case), C. Binggeli (A&M), K. Carey, P. Finn, and T. Gallagher (all Mediators), N. Hamerman, M. Wasson, R. Ringer, Z. Essner (all Kramer Levin), J. Lucas (Pachulski), K. McGlynn, R. Winning, D. MacGreevey, and K. Shibuya (all AlixPartners), UCC members, TCC members, and coalition members re: abuse claims data | 2.20 |
| 11/30/20 | KM | Participate in mediation session with A. Evans (Bates White), M. Andolina, L. Baccash, B. Warner, M. Linder (all White & Case), C. Binggeli (A&M), K. Carey, P. Finn, and T. Gallagher (all Mediators), N. Hamerman, M. Wasson, R. | 2.20 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2130551-1 |
|---|---|
| Re: | RSA, Disclosure Statement, & Plan of Reorganization |
| Client/Matter # | 013446.00117 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | Ringer, Z. Essner (all Kramer Levin), J. Lucas (Pachulski), R. Winning, D. MacGreevey, R. Collura, and K. Shibuya (all AlixPartners), UCC members, TCC members, and coalition members re: abuse claims data | |
| 11/30/20 | KS | Participate in mediation session with A. Evans (Bates White), M. Andolina, L. Baccash, B. Warner, M. Linder (all White & Case), C. Binggeli (A&M), K. Carey, P. Finn, and T. Gallagher (all Mediators), N. Hamerman, M. Wasson, R. Ringer, Z. Essner (all Kramer Levin), J. Lucas (Pachulski), K. McGlynn, R. Winning, D. MacGreevey and R. Collura (all AlixPartners), UCC members, TCC members, and coalition members re: abuse claims data | 2.20 |
| 11/30/20 | DM | Participate in portion of mediation session with A. Evans (Bates White), M. Andolina, L. Baccash, B. Warner, M. Linder (all White & Case), C. Binggeli (A&M), K. Carey, P. Finn, and T. Gallagher (all Mediators), N. Hamerman, M. Wasson, R. Ringer, Z. Essner (all Kramer Levin), J. Lucas (Pachulski), R. Winning, K. McGlynn, R. Collura, and K. Shibuya (all AlixPartners), UCC members, TCC members, and coalition members re: abuse claims data | 1.10 |
| 11/30/20 | RBW | Participate in mediation session with A. Evans (Bates White), M. Andolina, L. Baccash, B. Warner, M. Linder (all White & Case), C. Binggeli (A&M), K. Carey, P. Finn, and T. Gallagher (all Mediators), N. Hamerman, M. Wasson, R. Ringer, Z. Essner (all Kramer Levin), J. Lucas (Pachulski), K. McGlynn, D. MacGreevey, R. Collura, and K. Shibuya (all AlixPartners), UCC members, TCC members, and coalition members re: abuse claims data [Partial | 1.10 |
| | | **Total** | **23.50** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2130551-1 |
| Re: | RSA, Disclosure Statement, & Plan of Reorganization |
| Client/Matter # | 013446.00117 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Kyoko Shibuya | 3.90 | 645.00 | 2,515.50 |
| Robert B Winning | 3.80 | 910.00 | 3,458.00 |
| Kathryn McGlynn | 5.50 | 1,025.00 | 5,637.50 |
| David MacGreevey | 4.70 | 1,090.00 | 5,123.00 |
| Richard Collura | 5.60 | 1,090.00 | 6,104.00 |
| **Total Hours & Fees** | **23.50** | | **22,838.00** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2130551-1 |
|---|---|
| Re: | Retention Applications & Relationship Disclosure Schedules |
| Client/Matter # | 013446.00118 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 11/24/20 | ESK | Internal emails re: various engagement matters | 0.50 |
| | | **Total** | **0.50** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2130551-1 |
| Re: | Retention Applications & Relationship Disclosure Schedules |
| Client/Matter # | 013446.00118 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Elizabeth S Kardos | 0.50 | 710.00 | 355.00 |
| **Total Hours & Fees** | **0.50** | | **355.00** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2130551-1 |
| --- | --- |
| Re: | Attend Court Hearings |
| Client/Matter # | 013446.00119 |

| Date | Consultant | Description of Services | Hours |
| --- | --- | --- | --- |
| 11/18/20 | INI | Attend BSA - Omnibus Hearing | 1.70 |
| 11/18/20 | SW | Dial in to omnibus hearing | 1.70 |
| 11/18/20 | KM | Attend Omnibus hearing | 1.70 |
| | | **Total** | **5.10** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2130551-1 |
| Re: | Attend Court Hearings |
| Client/Matter # | 013446.00119 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Joy N Ibanga | 1.70 | 515.00 | 875.50 |
| Scott Weiner | 1.70 | 645.00 | 1,096.50 |
| Kathryn McGlynn | 1.70 | 1,025.00 | 1,742.50 |
| **Total Hours & Fees** | **5.10** | | **3,714.50** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2130551-1 |
| --- | --- |
| Re: | Fee Statements and Fee Applications |
| Client/Matter # | 013446.00120 |

| Date | Consultant | Description of Services | Hours |
| --- | --- | --- | --- |
| 11/03/20 | TB | Prepare September excel for professional fees for Fee Examiner | 0.40 |
| 11/03/20 | LMB | Email to S. Beck (Kramer Levin) re: excel to September 2020 monthly fee statement | 0.20 |
| 11/13/20 | KAS | Email B. Filler (AlixPartners) re: hearing on second interim fee application arrangements. | 0.30 |
| 11/15/20 | LMB | Prepare professional fees for October 2020 monthly fee application | 1.70 |
| 11/15/20 | LMB | Prepare 8th monthly fee statement (October 2020) | 0.60 |
| 11/16/20 | LMB | Prepare professional fees for October 2020 monthly fee statement | 0.50 |
| 11/16/20 | LMB | Prepare October 2020 monthly fee statement | 1.00 |
| 11/16/20 | KM | Review and revise October fee application | 1.10 |
| 11/17/20 | DM | Review BSA October fee statement | 0.50 |
| 11/17/20 | LMB | Prepare 8th monthly fee statement, supporting schedules and exhibits | 1.30 |
| 11/17/20 | LMB | Email to Z. Essner and S. Beck (Kramer Levi) attaching 8th monthly fee statement (October 2020) | 0.20 |
| 11/17/20 | LMB | Prepare 8th monthly fee statement, supporting schedules and exhibit (October 2020) | 1.00 |
| 11/19/20 | LMB | Review court docket | 0.20 |
| 11/19/20 | LMB | Revise 8th monthly fee statement, supporting documents | 0.40 |
| 11/19/20 | LMB | Prepare third interim fee application | 1.50 |
| 11/20/20 | LMB | Finalize 8th monthly fee statement (October 2020) | 0.40 |
| 11/20/20 | LMB | Telephone call with S. Beck (Kramer Levin) re: October 2020 monthly fee statement | 0.30 |
| 11/20/20 | LMB | Prepare third interim fee application | 2.30 |
| 11/24/20 | LMB | Finalize third interim fee application | 0.30 |
| 11/24/20 | LMB | Email to Z. Esser and S. Beck (AlixPartners) attaching the first interim fee application for filing with the Court | 0.20 |
| 11/24/20 | DM | Review BSA third interim fee application | 0.50 |
| 11/27/20 | LCV | Review fee examiner's report of AlixPartners' first and second interim fee applications | 0.20 |

909 Third Avenue
New York, NY 10022

**T** 212.490.2500
**F** 212.490.1344
**alixpartners.com**

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2130551-1 |
| Re: | Fee Statements and Fee Applications |
| Client/Matter # | 013446.00120 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|------:|
| 11/27/20 | ESK | Review Fee Examiner objection to interim fee application | 0.40 |
| 11/27/20 | ESK | Several emails to B. Filler (AlixPartners) re: response | 0.30 |
| 11/27/20 | ESK | Prepare notes re: responses to interim fee application | 1.00 |
| 11/30/20 | ESK | Email to B. Filler (AlixPartners) re: response to fee examiner objection | 0.50 |
| 11/30/20 | BFF | Review Fee Examiner's initial report re: first and second interim fee applications | 0.80 |
| 11/30/20 | BFF | Prepare talking points for call with Fee Examiner | 2.10 |
| | | **Total** | **20.20** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2130551-1 |
| Re: | Fee Statements and Fee Applications |
| Client/Matter # | 013446.00120 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Brooke F Filler | 2.90 | 445.00 | 1,290.50 |
| Tammy Brewer | 0.40 | 450.00 | 180.00 |
| Lisa Marie Bonito | 12.10 | 450.00 | 5,445.00 |
| Kaitlyn A Sundt | 0.30 | 510.00 | 153.00 |
| Laurie C Verry | 0.20 | 510.00 | 102.00 |
| Elizabeth S Kardos | 2.20 | 710.00 | 1,562.00 |
| Kathryn McGlynn | 1.10 | 1,025.00 | 1,127.50 |
| David MacGreevey | 1.00 | 1,090.00 | 1,090.00 |
| **Total Hours & Fees** | **20.20** | | **10,950.00** |