# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|   |   |   |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| Boy Scouts of America and Delaware BSA, LLC, | ) ) ) | Case No. 20-10343 (LSS) |
|  | ) | (Jointly Administered) |
| Debtors.[1] | ) ) | **Related to: Docket No. 1877** |

## NOTICE OF WITHDRAWAL

McDermott Will & Emery LLP hereby withdraws the *Notice of Appearance and Request for Service of All Notices and Documents* [Docket No. 1877].

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

| | |
|---|---|
| Dated: January 8, 2021<br>Wilmington, Delaware | MCDERMOTT WILL & EMERY LLP<br><br>*/s/ David R. Hurst*<br>David R. Hurst (Del. Bar No. 3743)<br>The Nemours Building<br>1007 North Orange Street, 10th Floor<br>Wilmington, DE  19801<br>Telephone:  (302) 485-3900<br>Fax:  (302) 351-8711<br>E-mail:  dhurst@mwe.com<br><br>-and-<br><br>Timothy W. Walsh (admitted *pro hac vice*)<br>340 Madison Avenue<br>New York, NY 10173-1922<br>Telephone:  (212) 547-5400<br>Fax:  (212) 547-5444<br>E-mail:  twwalsh@mwe.com<br><br>*Counsel to The Episcopal Diocese*<br>*of Chicago* |