# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: Docket No. 1858** |

**CERTIFICATION OF NO OBJECTION REGARDING APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF ROCK CREEK ADVISORS LLC, AS PENSION FINANCIAL ADVISORS TO THE OFFICIAL TORT CLAIMANTS' COMMITTEE EFFECTIVE AS OF NOVEMBER 20, 2020**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received to the *Application for Entry of an Order Authorizing the Retention and Employment of Rock Creek Advisors LLC, as Pension Financial Advisors to the Official Tort Claimants' Committee Effective as of November 20, 2020* (the "Application")[2] filed on December 16, 2020. The undersigned further certifies that the Court's docket has been reviewed in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the notice, objections to the Application were to be filed and served no later than December 30, 2020 at 4:00 p.m. prevailing Eastern Time.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] At the request of the United States Trustee, the Tort Claimants' Committee filed the *Supplemental Declaration of John L. Spencer III in Support of Application for Entry of an Order Authorizing the Retention and Employment of Rock Creek Advisors LLC, as Pension Financial Advisors to the Official Tort Claimants' Committee Effective as of November 20, 2020* [Docket No. 1897] on January 4, 2021, attaching the names of the parties used in Rock Creek Advisors LLC's conflicts check.

Accordingly, it is hereby respectfully requested that the proposed order attached hereto as **Exhibit A** be entered at the Court's convenience.

Dated:  January 8, 2021          PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
James I. Stang (CA Bar No. 94435)
Robert B. Orgel (CA Bar No. 10187)
James E. O'Neill (DE Bar No. 4042)
John W. Lucas (CA Bar No.271038)
Ilan D. Scharf (NY Bar No. 4042107)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:   (302) 652-4400
Email:  jstang@pszjlaw.com
      rorgel@pszjlaw.com
      joneill@pszjlaw.com
      jlucas@pszjlaw.com
      ischarf@pszjlaw.com

*Counsel for the Tort Claimants' Committee*