**<u>Exhibit A</u>**

Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**ORDER APPROVING STIPULATION RESOLVING MOTION OF OFFICIAL COMMITTEE OF TORT CLAIMANTS ENFORCING AUTOMATIC STAY UNDER 11 U.S.C. §§ 362(A)(3) AND 541(A) AGAINST MIDDLE TENNESSEE COUNCIL ARISING FROM TRANSFERS OF PROPERTY OF THE ESTATE**

Upon consideration of the *Stipulation Resolving Motion of Official Committee of Tort Claimants Enforcing Automatic Stay Under 11 U.S.C. §§ 362(a)(3) and 541(a) Against Middle Tennessee Council Arising from Transfers of Property of the Estate* (the "Stipulation") by and among the Boy Scouts of America (the "BSA") and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession in the above-captioned chapter 11 cases (together, the "Debtors"), the official committee of tort claimants (the "Tort Claimants' Committee"), the official committee of unsecured creditors (the "Creditors' Committee") and the Middle Tennessee Council, Inc., Boy Scouts of America ("MTC," and, collectively with the BSA, the Tort Claimants' Committee, and the Creditors' Committee, the "Parties"), a copy of which is attached hereto as **Exhibit 1**; it is HEREBY ORDERED THAT:

1. The Stipulation is approved, and the terms and conditions of the Stipulation are incorporated in this Order as if fully set forth herein.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

2.       The Parties are authorized and empowered to take all actions and execute such other documents as may be necessary or appropriate to perform under the terms of the Stipulation and implement the relief granted herein.

3.       The term of this Order shall be immediately effective and enforceable upon its entry.

4.       This Court shall retain exclusive jurisdiction with respect to all matters arising from or related to the interpretation, implementation, or enforcement of this Order.

Dated: _____, 2021
       Wilmington, Delaware

                                         THE HON. LAURIE SELBER SILVERSTEIN
                                         UNITED STATES BANKRUPTCY JUDGE