# EXHIBIT B

UST Form 11-330-B (2013)

**EXHIBIT B**

**SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION**

| | NAME | TITLE OR POSITION | DEPARTMENT, GROUP, OR SECTION | DATE OF FIRST ADMISSION[1] | FEES BILLED IN THIS APPLICATION | HOURS BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN FIRST INTERIM APPLICATION | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|---|
| Delete | Jeffrey H. Davidson | Partner | Bankruptcy | 1977 | $299.00 | 0.20 | $1,495.00 | $0.00 | 0 |
| Delete | James I. Stang | Partner | Bankruptcy | 1980 | $370,091.50 | 309.70 | $1,195.00 | $1,195.00 | 0 |
| Delete | Robert B. Orgel | Partner | Bankruptcy | 1981 | $137,285.50 | 119.90 | $1,145.00 | $1,145.00 | 0 |
| Delete | Judith Elkin | Of Counsel | Bankruptcy | 1982 | $108,020.00 | 98.20 | $1,100.00 | $0.00 | 0 |
| Delete | Linda F. Cantor | Partner | Bankruptcy | 1988 | $3,332.50 | 3.10 | $1,075.00 | $1,075.00 | 0 |
| Delete | Henry C. Kevane | Partner | Bankruptcy | 1986 | $8,922.50 | 8.30 | $1,075.00 | $1,075.00 | 0 |
| Delete | John A. Morris | Partner | Bankruptcy | 1991 | $108,145.00 | 100.60 | $1,075.00 | $1,075.00 | 0 |
| Delete | Karen B. Dine | Of Counsel | Bankruptcy | 1994 | $9,245.00 | 8.60 | $1,075.00 | $1,075.00 | 0 |
| Delete | Stanley E. Goldich | Partner | Bankruptcy | 1980 | $5,945.00 | 5.80 | $1,025.00 | $0.00 | 0 |
| Delete | Iain A.W. Nasatir | Partner | Bankruptcy | 1983 | $152,725.00 | 149.00 | $1,025.00 | $1,025.00 | 0 |
| Delete | Richard J. Gruber | Of Counsel | Bankruptcy | 1982 | $26,550.00 | 23.60 | $1,025.00 | $0.00 | 0 |
| Delete | Kenneth H. Brown | Partner | Bankruptcy | 1981 | $14,029.50 | 14.10 | $995.00 | $995.00 | 0 |

Case Name:        Boy Scouts of American and Delaware BSA, LLC
Case Number:      20-10343 (LSS)
Applicant's Name: Pachulski Stang Ziehl & Jones LLP
Date of Application: 01/11/2021

UST Form 11-330-B (2013)

Interim or Final:       Interim

**EXHIBIT B (Continued)**

**SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION**

| | NAME | TITLE OR POSITION | DEPARTMENT, GROUP, OR SECTION | DATE OF FIRST ADMISSION[1] | FEES BILLED IN THIS APPLICATION | HOURS BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN FIRST INTERIM APPLICATION | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|---|
| Delete | Daryl G. Parker | Of Counsel | Bankruptcy | 1970 | $52,834.50 | 53.10 | $995.00 | $0.00 | 0 |
| Delete | Mary F. Caloway | Of Counsel | Bankruptcy | 1992 | $11,144.00 | 11.20 | $995.00 | $0.00 | 0 |
| Delete | John D. Fiero | Partner | Bankruptcy | 1988 | $3,515.00 | 3.70 | $950.00 | $0.00 | 0 |
| Delete | Maxim B. Litvak | Partner | Bankruptcy | 1997 | $11,685.00 | 12.30 | $950.00 | $950.00 | 0 |
| Delete | James E. O'Neill | Partner | Bankruptcy | 1985 | $67,340.00 | 72.80 | $925.00 | $925.00 | 0 |
| Delete | Joshua M. Fried | Partner | Bankruptcy | 1995 | $4,532.50 | 4.90 | $925.00 | $0.00 | 0 |
| Delete | Jason S. Pomerantz | Partner | Bankruptcy | 1991 | $246,500.00 | 290.00 | $850.00 | $0.00 | 0 |
| Delete | John W. Lucas | Partner | Bankruptcy | 2004 | $342,540.00 | 415.20 | $825.00 | $825.00 | 0 |
| Delete | Robert M. Saunders | Of Counsel | Bankruptcy | 1984 | $55,440.00 | 67.20 | $825.00 | $0.00 | 0 |
| Delete | Beth E. Levine | Of Counsel | Bankruptcy | 1992 | $15,427.50 | 18.70 | $825.00 | $0.00 | 0 |
| Delete | Gail S. Greenwood | Of Counsel | Bankruptcy | 1994 | $82.50 | 0.10 | $825.00 | $825.00 | 0 |
| Delete | Gillian N. Brown | Of Counsel | Bankruptcy | 1999 | $19,239.00 | 24.20 | $795.00 | $795.00 | 0 |

Case Name:       Boy Scouts of American and Delaware BSA, LLC
Case Number:     20-10343 (LSS)
Applicant's Name: Pachulski Stang Ziehl & Jones LLP
Date of Application: 01/11/2021
Interim or Final: Interim

UST Form 11-330-B (2013)

**EXHIBIT B (Continued)**

**SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION**

| | NAME | TITLE OR POSITION | DEPARTMENT, GROUP, OR SECTION | DATE OF FIRST ADMISSION[1] | FEES BILLED IN THIS APPLICATION | HOURS BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN FIRST INTERIM APPLICATION | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|---|
| Delete | William L. Ramseyer | Of Counsel | Bankruptcy | 1980 | $21,467.50 | 27.70 | $775.00 | $0.00 | 0 |
| Delete | Cia H. Mackle | Of Counsel | Bankruptcy | 2006 | $33,345.00 | 49.40 | $675.00 | $0.00 | 0 |
| Delete | Brittany M. Michael | Of Counsel | Bankruptcy | 2015 | $11,765.00 | 18.10 | $650.00 | $0.00 | 0 |
| Delete | Haley R. Winograd | Associate | Bankruptcy | 2018 | $5,812.50 | 9.30 | $625.00 | $0.00 | 0 |
| Delete | Leslie A. Forrester | Law Library Director | Bankruptcy | | $4,230.00 | 9.40 | $450.00 | $450.00 | 0 |
| Delete | Patricia J. Jeffries | Paralegal | Bankruptcy | | $5,397.50 | 12.70 | $425.00 | $425.00 | 0 |
| Delete | Karina K. Yee | Paralegal | Bankruptcy | | $28,815.00 | 67.80 | $425.00 | $425.00 | 0 |
| Delete | Beth D. Dassa | Paralegal | Bankruptcy | | $1,190.00 | 2.80 | $425.00 | $425.00 | 0 |
| Delete | Elizabeth C. Thomas | Paralegal | Bankruptcy | | $42.50 | 0.10 | $425.00 | $425.00 | 0 |
| Delete | Nancy P.F. Lockwood | Paralegal | Bankruptcy | | $4,675.00 | 11.00 | $425.00 | $425.00 | 0 |
| Delete | Cheryl A. Knotts | Paralegal | Bankruptcy | | $5,569.50 | 14.10 | $395.00 | $0.00 | 0 |
| Delete | Sophia L. Lee | Paralegal | Bankruptcy | | $3,041.50 | 7.70 | $395.00 | $0.00 | 0 |

Case Name: Boy Scouts of American and Delaware BSA, LLC
Case Number: 20-10343 (LSS)
Applicant's Name: Pachulski Stang Ziehl & Jones LLP
Date of Application: 01/11/2021
Interim or Final: Interim

UST Form 11-330-B (2013)

**EXHIBIT B (Continued)**

**SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION**

| | NAME | TITLE OR POSITION | DEPARTMENT, GROUP, OR SECTION | DATE OF FIRST ADMISSION[1] | FEES BILLED IN THIS APPLICATION | HOURS BILLED IN THIS APPLICATION | HOURLY RATE BILLED | | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | IN THIS APPLICATION | IN FIRST INTERIM APPLICATION | |
| Delete | Charles J. Bouzoukis | Case Management Assistant | Bankruptcy | | $5,495.00 | 15.70 | $350.00 | $0.00 | 0 |
| Delete | Andrea R. Paul | Case Management Assistant | Bankruptcy | | $140.00 | 0.40 | $350.00 | $0.00 | 0 |
| Delete | Sheryle L. Pitman | Case Management Assistant | Bankruptcy | | $490.00 | 1.40 | $350.00 | $0.00 | 0 |
| Delete | Karen S. Neil | Case Management Assistant | Bankruptcy | | $7,560.00 | 21.60 | $350.00 | $350.00 | 0 |
| Delete | | | | | | | | | |
| Delete | | | | | | | | | |
| Delete | | | | | | | | | |

Case Name: Boy Scouts of American and Delaware BSA, LLC
Case Number: 20-10343 (LSS)
Applicant's Name: Pachulski Stang Ziehl & Jones LLP
Date of Application: 01/11/2021
Interim or Final: Interim

UST Form 11-330-B (2013)