## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

### CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 11th day of January, 2021, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list(s) in the manner indicated:

**Notice of Filing of Fee Application**

**Third Quarterly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Tort Claimants' Committee for the Period from August 1, 2020 through October 31, 2020**

**Declaration of James E. O'Neill**

**[Proposed] Order Granting Third Quarterly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Tort Claimants' Committee for the Period from August 1, 2020 through October 31, 2020**

*/s/ James E. O'Neill*
James E. O'Neill (DE Bar No. 4042)

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Boy Scouts – Fee App Service List
Case No. 20-10343 (LSS)
Doc. No. 228608v2
25 – Emails
01 – First Class Mail


(Counsel to the Tort Claimants' Committee)
James I. Stang, Esq.
Robert B. Orgel, Esq.
James E. O'Neill, Esq.
Linda F. Cantor, Esq.
John A. Morris, Esq.
John W. Lucas, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19801
Email: jstang@pszjlaw.com;
rorgel@pszjlaw.com; joneill@pszjlaw.com;
lcantor@pszjlaw.com;
jmorris@pszjlaw.com; jlucas@pszjlaw.com

**Email**
(United States Trustee)
David Buchbinder, Esq.
Hannah M. McCollum, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801
Email: david.l.buchbinder@usdoj.gov;
hannah.mccollum@usdoj.gov

**Email**
(Counsel to the Debtors)
Derek C. Abbott, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
Wilmington, DE  19801
Email: dabbott@mnat.com

**Email**
(Counsel to the Official Committee of
Unsecured Creditors)
Kurt F. Gwynne, Esq.
Katelin A Morales, Esq.
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE  19801
Email: kgwynne@reedsmith.com;
kmorales@reedsmith.com

**Email**
(Counsel to the Future Claimants'
Representative
Robert S. Brady, Esq.
Edwin J. Harron, Esq.
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 N. King Street
Wilmington, DE  19801
Email: rbrady@ycst.com;
eharron@ycst.com

**Email**
(Counsel to JPMorgan Chase Bank, National
Association)
Matthew Ward, Esq.
Morgan Patterson, Esq.
Womble Bond Dickinson (US) LLP
1313 N. Market Street, Suite 1200
Wilmington, DE  19801
Email: matthew.ward@wbd-us.com;
morgan.patterson@wbd-us.com

**First Class Mail**
(Debtors)
Steven P. McGowan
Boy Scouts of America
1325 W. Walnut Hill Lane
Irving, TX  75038

**Email**

(Counsel to the Debtors)
Jessica C.K. Boelter, Esq.
White & Case LLP
1221 Avenue of the Americas
New York, NY  10020-1095
Email: jessica.boelter@whitecase.com

**Email**

(Counsel to the Debtors)
Michael C. Andolina, Esq.
Matthew E. Linder, Esq.
White & Case LLP
111 S. Wacker Drive, Suite 5100
Chicago, IL  60606-4302
Email: mandolina@whitecase.com;
mlinder@whitecase.com

**Email**

(Counsel to the Official Committee of
Unsecured Creditors)
Rachael Ringer, Esq.
Megan M. Wasson, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036
Email: rringer@kramerlevin.com;
mwasson@kramerlevin.com

**Email**

(Counsel to JPMorgan Chase Bank, National
Association
Louis R. Strubeck, Esq.
Kristian W. Gluck, Esq.
Norton Rose Fulbright US LLP
2200 Ross Avenue
Dallas, TX  75201-7932
Email:
louis.strubeck@nortonrosefulbright.com;
kristian.gluck@nortonrosefulbright.com

**Email**

(Counsel to the Ad Hoc Committee of Local
Councils)
Richard G. Mason, Esq.
Joseph C. Celentino, Esq.
Wachtell, Lipton, Rosen & Katz
51 W. 52nd Street
New York, NY  10019
Email: rgmason@wlrk.com;
jccelentino@wlrk.com

**Email**

(Counsel to the County Commission of
Fayettte County (West Virginia))
John C. Stump, Esq.
Steptoe & Johnson PLLC
Chase Tower, 8th Floor
707 Virginia Street East
Charleston, WV  25301
Email: john.stump@steptoe-johnson.com

**Email**

(Fee Examiner)
Justin Rucki
Rucki Fee Review, LLC
1111 Windon Drive
Wilmington, DE  19803
**Email:** justinrucki@ruckifeereview.com