# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Hearing Date: February 17, 2021 at 10:00 a.m. (ET)<br>Objection Deadline: January 25, 2021 at 4:00 p.m. (ET) |

**FIRST INTERIM FEE APPLICATION REQUEST OF PRICEWATERHOUSECOOPERS LLP, AS INDEPENDENT AUDITOR AND TAX COMPLIANCE SERVICES PROVIDER FOR THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM FEBRUARY 18, 2020 TO AND INCLUDING OCTOBER 31, 2020**

| | |
|---|---|
| Name of Applicant: | PricewaterhouseCoopers LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | February 18, 2020 |
| Period for Which Compensation and Reimbursement Are Requested: | February 18, 2020 – October 31, 2020[2] |
| Amount of Compensation Requested: | $135,936.00 |
| Amount of Expense Reimbursement Requested: | $0.00 |

This is a(n):   monthly  _____   interim  _x_   final application  _____

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] The applicant reserves the right to include any time expended in the period indicated above in future application(s) if it is not included herein.

## PRIOR MONTHLY APPLICATIONS FILED

| Fee Statement Period, Docket # & Filing Date | Total Fees Requested | Total Expenses Requested | CNO Date & Docket # | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|
| 02/18/2020 – 07/31/2020 (D.I. 1511, 10/13/2020) | $108,641.00 | $0.00 | 10/28/2020 (D.I. 1593) | $86,912.80 | $0.00 | $21,728.20 |
| 08/01/2020- 09/30/2020 (D.I. 1552, 10/20/2020) | $27,295.00 | $0.00 | 11/09/2020 (D.I. 1643) | $21,836.00 | $0.00 | $5,459.00 |

## COMPENSATION AND HOURS BY PROFESSIONAL

**Fixed Fee Services**

| Project Category and Professional | Position | Hours | Total Compensation |
|---|---|---|---|
| *Consolidated Audit Services - 2018* | | | |
| Allen B Bell | Partner | 27.00 | |
| Christina Dutch | Partner | 0.50 | |
| Cody L Smith | Partner | 1.00 | |
| Keith William Palmer | Partner | 1.50 | |
| Matthew J McCann | Partner | 4.00 | |
| Romaldo Francis DeSouza | Partner | 18.00 | |
| Ashleigh A Pierce | Director | 2.00 | |
| Jonathan Rhine | Director | 2.00 | |
| Megan D Bowles | Director | 5.60 | |
| Muhammad Avais Ikram | Director | 25.50 | |
| Patrick K Devlin | Director | 6.70 | |
| Ryan Kent Swaim | Associate | 90.00 | |
| Raksha Jhunjhunwala | Paraprofessional | 0.50 | |
| Romina Argibay | Paraprofessional | 0.50 | |
| Sandeep Mimani | Paraprofessional | 6.00 | |
| Shobhit Sareen | Paraprofessional | 5.00 | |
| Sovit Jalan | Paraprofessional | 7.50 | |
| ***Subtotal - Consolidated Audit Services - 2018*** | | **203.30** | **$92,076.00** |

| Project Category and Professional | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| *Tax Compliance Services* | | | | |
| Martina Dai Luna | Partner | | 5.60 | |
| Brittany A Stanford | Director | | 10.00 | |
| Caley Sue Pursley | Manager | | 42.50 | |
| Matthew B Miles | Manager | | 35.70 | |
| Audrey Elizabeth Lieb | Senior Associate | | 3.50 | |
| Caley Sue Pursley | Senior Associate | | 1.50 | |
| Audrey Elizabeth Lieb | Associate | | 6.50 | |
| Fatima Siddiqui | Associate | | 7.00 | |
| Shara Alaine Sears | Associate | | 190.00 | |
| *Subtotal - Tax Compliance Services* | | | *302.30* | *$43,000.00* |
| **Subtotal - Hours and Compensation - Fixed Fee Services** | | | **505.60** | **$116,576.00** |
| **Case Administration (Variable Fee Services)** | | | | |
| **Case Administration** | | | | |
| *Bankruptcy Requirements and Other Court Obligations* | | | | |
| Andrea Clark Smith | Director | $550 | 1.40 | $770.00 |
| Jill B. Bienstock | Director | $550 | 20.30 | $11,165.00 |
| Jana Beth Gregory | Manager | $400 | 13.50 | $5,400.00 |
| Nanette J Kortuem | Associate | $225 | 9.00 | $2,025.00 |
| *Subtotal - Bankruptcy Requirements and Other Court Obligations* | | | *44.20* | *$19,360.00* |
| **Subtotal - Case Administration** | | | **44.20** | **$19,360.00** |
| **Total - Hours and Compensation Sought for Reimbursement** | | | **549.80** | **$135,936.00** |

## COMPENSATION AND EXPENSES BY PROJECT CATEGORY

| Project Category and Billing Category | Hours | Total Compensation |
|---|---|---|
| **Fixed Fee Services** | | |
| *Consolidated Audit Services - 2018* | | |
| Consolidated Audit Services - 2018 | 203.30 | $92,076.00 |
| *Subtotal - Consolidated Audit Services - 2018* | *203.30* | *$92,076.00* |
| *Tax Compliance Services* | | |
| Federal Tax Compliance Services | 302.30 | $24,500.00 |
| *Subtotal - Tax Compliance Services* | *302.30* | *$24,500.00* |
| **Subtotal - Hours and Compensation - Fixed Fee Services** | **505.60** | **$116,576.00** |
| **Case Administration** | | |
| *Bankruptcy Requirements and Other Court Obligations* | | |
| Employment Applications and Other Court Filings | 20.30 | $11,165.00 |
| Relationship Check and Disinterestedness | 13.50 | $5,400.00 |
| Monthly, Interim and Final Fee Applications | 10.40 | $2,795.00 |
| *Subtotal - Bankruptcy Requirements and Other Court Obligations* | *44.20* | *$19,360.00* |
| **Subtotal - Hours and Compensation - Case Administration** | **44.20** | **$19,360.00** |
| **Total - Hours and Compensation Sought for Reimbursement** | **549.80** | **$135,936.00** |

## EXPENSES BY CATEGORY

PwC has no expenses during the Compensation Period.

Annexed hereto are the following schedules for compensation and reimbursement of expenses sought by PwC for the period from February 18, 2020 to and including October 31, 2020:

Exhibit A    Summary of Time Detail by Task
Exhibit B    Summary of Time Detail by Professional

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**FIRST INTERIM FEE APPLICATION OF
PRICEWATERHOUSECOOPERS LLP FOR PAYMENT OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES AS INDEPENDENT AUDITOR AND TAX
COMPILANCE SERVICES PROVIDER TO THE DEBTORS FOR THE PERIOD
FROM FEBRUARY 18, 2020 TO OCTOBER 31, 2020**

PricewaterhouseCoopers LLP ("PwC"), independent auditor and tax compliance services provider for the Boy Scouts of America and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession (together, the "Debtors") in the above-captioned chapter 11 cases, hereby submits this first interim application (this "Application") for entry of an order, pursuant to section 331 of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), granting interim compensation and reimbursement of expenses for the period from February 18, 2020 to and including October 31, 2020. In support of this Application, PwC respectfully represents as follows:

**JURISDICTION AND VENUE**

1.  The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29,

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

2012. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory and other bases for the relief requested herein are sections 330 and 331 of the Bankruptcy Code, rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* [Docket No. 341] (the "Compensation Procedures Order").

## BACKGROUND

3. On February 18, 2020 (the "Petition Date"), each of the Debtors filed a voluntary petition with the Court for relief under chapter 11 of the Bankruptcy Code. The Debtors continue to operate and maintain their non-profit organization and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On February 19, 2020, the Court entered an order [Docket No. 61] authorizing the joint administration and procedural consolidation of the chapter 11 cases pursuant to Bankruptcy Rule 1015(b).

4. The Debtors retained PwC as their independent auditor and tax compliance services provider, *nunc pro tunc* to the Petition Date, pursuant to the *Order Authorizing the Retention and Employment of PricewaterhouseCoopers LLP as Independent Auditor and Tax Compliance Services Provider for the Debtors and Debtors in Possession, Effective as of February 18, 2020* [Docket No. 889] (the "Retention Order"). The Retention Order authorizes the Debtors to compensate and reimburse PwC in accordance with the terms and conditions set forth in the Debtors' application to retain PwC, subject to PwC's application to the Court.

5. PwC has rendered services on behalf of the debtors for the period from February 18, 2020 through October 31, 2020 (the "Compensation Period"), totaling 549.8 hours of professional time.

6. Attached hereto as **Exhibits A–B** is a summary of professional services rendered and expenses incurred by each PwC professional and by category during the Compensation Period.

7. The total sum due to PwC for professional services rendered on behalf of the Debtors for the Compensation Period is $135,936.00. PwC submits that the professional services it rendered on behalf of the debtors during this time were reasonable and necessary.

8. PwC did not expend any costs on behalf of the Debtors during the Compensation period.

9. PwC accordingly seeks allowance of the sum of $135,936.00 in fees and $0.00 in expenses, for a total of $135,936.00.

10. The undersigned hereby attests that he has reviewed the requirements of Local Rule 2016-2 and this Application conforms to such requirements.

## CERTIFICATION OF COMPLIANCE

11. The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies that, to the best of his knowledge, information and belief, this Application complies with that rule.

*[Remainder of Page Intentionally Left Blank]*

WHEREFORE, PwC requests (i) allowance on an interim basis of compensation for necessary and valuable professional services rendered to the Debtors in the sum of $135,936.00 and reimbursement of actual and necessary expenses incurred in the sum of $0.00 for the period from February 18, 2020 to and including October 31, 2020, (ii) payment in the amount of $27,187.20 representing the 20% holdback, and (iii) such other relief as this Court deems just and proper.

Dated: January 11, 2021
      Dallas, Texas

**PRICEWATERHOUSECOOPERS LLP**

*/s/ Francis DeSouza, Jr.*
Francis DeSouza, Jr, Partner
PricewaterhouseCoopers LLP
2121 North Peral Street, Suite 2000
Dallas, Texas 75201
(214) 695-0663

*Independent Auditor and Tax Compliance Services Provider for the Debtors and Debtors in Possession*