# Exhibit A

## Summary of Time Detail by Task

| Project Category and Billing Category | Hours | Total Compensation |
|---|---:|---:|
| **Fixed Fee Services** | | |
| *Consolidated Audit Services - 2018* | | |
| Consolidated Audit Services - 2018 | 203.30 | $92,076.00 |
| *Subtotal - Consolidated Audit Services - 2018* | *203.30* | *$92,076.00* |
| *Tax Compliance Services* | | |
| Federal Tax Compliance Services | 302.30 | $24,500.00 |
| *Subtotal - Tax Compliance Services* | *302.30* | *$24,500.00* |
| **Subtotal - Hours and Compensation - Fixed Fee Services** | **505.60** | **$116,576.00** |
| **Case Administration** | | |
| *Bankruptcy Requirements and Other Court Obligations* | | |
| Employment Applications and Other Court Filings | 20.30 | $11,165.00 |
| Relationship Check and Disinterestedness | 13.50 | $5,400.00 |
| Monthly, Interim and Final Fee Applications | 10.40 | $2,795.00 |
| *Subtotal - Bankruptcy Requirements and Other Court Obligations* | *44.20* | *$19,360.00* |
| **Subtotal - Hours and Compensation - Case Administration** | **44.20** | **$19,360.00** |
| **Total - Hours and Compensation Sought for Reimbursement** | **549.80** | **$135,936.00** |