## Exhibit B

### Summary of Time Detail by Professional

| Project Category and Professional | Position | Hours | Total Compensation |
|---|---|---:|---:|
| **Fixed Fee Services** | | | |
| *Consolidated Audit Services - 2018* | | | |
| Allen B Bell | Partner | 27.00 | |
| Christina Dutch | Partner | 0.50 | |
| Cody L Smith | Partner | 1.00 | |
| Keith William Palmer | Partner | 1.50 | |
| Matthew J McCann | Partner | 4.00 | |
| Romaldo Francis DeSouza | Partner | 18.00 | |
| Ashleigh A Pierce | Director | 2.00 | |
| Jonathan Rhine | Director | 2.00 | |
| Megan D Bowles | Director | 5.60 | |
| Muhammad Avais Ikram | Director | 25.50 | |
| Patrick K Devlin | Director | 6.70 | |
| Ryan Kent Swaim | Associate | 90.00 | |
| Raksha Jhunjhunwala | Paraprofessional | 0.50 | |
| Romina Argibay | Paraprofessional | 0.50 | |
| Sandeep Mimani | Paraprofessional | 6.00 | |
| Shobhit Sareen | Paraprofessional | 5.00 | |
| Sovit Jalan | Paraprofessional | 7.50 | |
| *Subtotal - Consolidated Audit Services - 2018* | | *203.30* | *$92,076.00* |
| *Tax Compliance Services* | | | |
| Martina Dai Luna | Partner | 5.60 | |
| Brittany A Stanford | Director | 10.00 | |
| Caley Sue Pursley | Manager | 42.50 | |
| Matthew B Miles | Manager | 35.70 | |
| Audrey Elizabeth Lieb | Senior Associate | 3.50 | |
| Caley Sue Pursley | Senior Associate | 1.50 | |
| Audrey Elizabeth Lieb | Associate | 6.50 | |
| Fatima Siddiqui | Associate | 7.00 | |
| Shara Alaine Sears | Associate | 190.00 | |
| *Subtotal - Tax Compliance Services* | | *302.30* | *$43,000.00* |
| **Subtotal - Hours and Compensation - Fixed Fee Services** | | **505.60** | **$116,576.00** |

| Project Category and Professional | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Case Administration** | | | | |
| *Bankruptcy Requirements and Other Court Obligations* | | | | |
| Andrea Clark Smith | Director | $550 | 1.40 | $770.00 |
| Jill B. Bienstock | Director | $550 | 20.30 | $11,165.00 |
| Jana Beth Gregory | Manager | $400 | 13.50 | $5,400.00 |
| Nanette J Kortuem | Associate | $225 | 9.00 | $2,025.00 |
| *Subtotal - Bankruptcy Requirements and Other Court Obligations* | | | *44.20* | *$19,360.00* |
| **Subtotal - Case Administration** | | | **44.20** | **$19,360.00** |
| **Total - Hours and Compensation Sought for Reimbursement** | | | **549.80** | **$135,936.00** |