## Exhibit B

## Interim Application Summary

## Cover Sheet of Fee Application (UST Guidelines Exh. E)

**Interim Application Summary**

| | |
|---|---|
| Name of Applicant | Morris, Nichols, Arsht & Tunnell LLP |
| Name of Client | BOY SCOUTS OF AMERICA |
| Time period covered by Interim Application | August 1, 2020 through October 31, 2020 |
| Total compensation sought during Application Period | $214,611.50 |
| Total expenses sought during Application Period | $8,798.45 |
| Petition Date | February 18, 2020 |
| Retention Date | April 6, 2020, *nunc pro tunc* to February 18, 2020 |
| Date of order approving employment | April 6, 2020 |
| Total allowed compensation paid to date | $624,452.63 |
| Total allowed expenses paid to date | $38,139.60 |
| Total compensation approved by interim order to date | $0.00 |
| Total expenses approved by interim order to date | $0.00 |
| Blended rate in the Interim Application for all partners | $867.88 |
| Blended rate in the Interim Application for all attorneys | $623.30 |
| Blended rate in the Interim Application for all timekeepers | $528.99 |
| Compensation sought in the Interim Application already paid pursuant to a monthly compensation certificate but not yet allowed | $108,729.20 |

3

| | |
|---|---|
| Expenses sought in the Interim Application already paid pursuant to a monthly compensation certificate but not yet allowed | $4,519.27 |
| Number of professionals included in Interim Application | 15 |
| If applicable, number of professionals in the Interim Application not included in staffing plan approved by client | 6 |
| If applicable, difference between fees budgeted and compensation sought for the Application Period | $85,388.50 (under budget) |
| Number of professionals billing fewer than 15 hours to the case during the Application Period | 8 |
| Are any rates higher than those approved or disclosed at retention | No |