**Exhibit C**

**Staffing Plan**

**Application Period Staffing Plan**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work Across Matters During the Budget Period | Number of Timekeepers Actually Performing Work During the Budget Period | Projected Average Hourly Rate | Actual Average Hourly Rate |
|---|---|---|---|---|
| Partner | 3 | 4 | $866.67 | $867.88 |
| Associate | 3 | 4 | $506.67 | $524.52 |
| Special Counsel | 0 | 0 | $0 | $0 |
| Other Professionals | 3 | 7 | $328.30 | $330.29 |