



January 5, 2021

Honorable Judge Laurie Selber Silverstein
U.S. Bankruptcy Judge
U.S. Bankruptcy Court - District of Delaware
824 Market Street
Wilmington, Delaware   19801-3577

                                        RE: Placement of Claim Against the Debtors
                                              in Bankruptcy Case #20-10343 (LSS),
                                              of B.S.A. and Delaware B.S.A., LLC.

Dear Honorable Judge Silverstein,

    This is my third letter to your Honorable Court. As I indicated before, I was a victim at a very young age, of sexual abuse by several Scoutmasters, and various troop members, and was subsequently abused for about two years in the Bay County and Jackson County of Florida. Again, I was devastated, and mentally as well as emotionally I am continually reliving those horrors repeatedly and daily. I just want resolution to the pain that I constantly have within me.

    Last October 2020, I received a questionnaire packet and retainer agreement form from a ▓▓▓▓▓▓▓▓ nd ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, however, the letter head contained within was from a ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and was initialed "▓▓" at the bottom for ▓▓▓▓▓▓▓▓▓▓ Paralegal. The letterhead asked me to call their office as soon as possible. I filled out the paperwork, which came to 8 pages, 3 for the questionnaire, 4 for the Retainer Agreement, and my own cover letter to ▓▓▓▓▓▓ in ▓▓▓▓▓▓▓▓▓. I was finally able to reach ▓▓▓▓▓▓▓▓ for the first time, yesterday, 01/04/2021, however, he was in New York. To add insult to injury, he had never received any documents from me, including the five subsequent follow-up letters that I sent. Mr. Jones, at the end of the converstation, indicated he would follow-up on the matter, and attempt to locate the documents that I have sent since 10/19/2020.

    Your Honor, I am respectfully requesting that you please make this letter an official record of the Court, and attach a filed stamp, and send me back a copy for my records, so that I do not miss my Claimant's position within your Honorable Court. The courtesies which you have extended to me are wonderful!

    Honorable Judge Silverstein, thank you very much for your time and cooperation in this matter. I very much look forward to your very prompt and favorable response, and my copy of this filed letter with your Court, very shortly.



                                              Claimant and Sexual Abuse Victim
                                              U.S. Bankruptcy Court Case #20-10343 (LSS)

xc: B.S.A. & Delaware B.S.A., LLC, Irving, Texas 75038