**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: January 26, 2021 at 4:00 p.m. (ET)** |

**SUMMARY COVER SHEET OF FIRST AND FINAL FEE APPLICATION OF
DAWN M. POWELL APPRAISALS INC. FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR APPRAISAL SERVICES RENDERED**

Name of Applicant:  <u>Dawn M. Powell Appraisals Inc.</u>

Authorized to Provide Professional Services to:  <u>Debtors and Debtors in Possession</u>

Date of Retention:  <u>June 18, 2020 (order entered July 8, 2020)</u>

Period for Which Compensation and
Reimbursement Are Requested:  <u>June 18, 2020 – November 30, 2020</u>

Amount of Compensation Requested:  <u>$10,332.50 CAD</u>[2]

Amount of Expense Reimbursement Requested:  <u>$1,250.00 CAD</u>

This is a(n):  monthly __    interim __    final application <u>X</u>

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Payment is being requested in CAD pursuant to the terms of the Dawn M. Powell Engagement Letter.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Objection Deadline: January 26, 2021 at 4:00 p.m. (ET)** |

**FIRST AND FINAL FEE APPLICATION OF DAWN M. POWELL APPRAISALS INC.**
**FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT**
**OF EXPENSES FOR APPRAISAL SERVICES RENDERED**

Dawn M. Powell Appraisals Inc. ("Dawn M. Powell"), appraiser for the Boy Scouts of America and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession in the above-captioned chapter 11 cases (together, the "Debtors"), submits this final application (this "Application") for entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Proposed Order"), (a) granting final approval and allowance of compensation for professional services rendered by Dawn M. Powell during the period from June 18, 2020 to and including November 30, 2020 (the "Fee Period") in the aggregate amount of $11,582.50 CAD and (b) authorizing the Debtors to pay to Dawn M. Powell all of the foregoing amount, less any amounts previously paid to Dawn M. Powell on account of such fees.  In support of this Application, Dawn M. Powell respectfully represents as follows:

**JURISDICTION AND VENUE**

1.    The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

*Reference* from the United States District Court for the District of Delaware, dated February 29, 2012. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

2.  The statutory and other bases for the relief requested herein are sections 330 and 331 of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* [Docket No. 341] (the "Compensation Procedures Order").

## BACKGROUND

3.  The Debtors commenced these cases on February 18, 2020 (the "Petition Date"), and they continue to operate their non-profit organization and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. These chapter 11 cases are being jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1.

4.  On March 5, 2020, the United States Trustee for the District of Delaware appointed an official committee of tort claimants and an official committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code.

5.  On April 24, 2020, the Court appointed James L. Patton, Jr. as the representative of future abuse claimants pursuant to sections 105(a) and 1109(b) of the Bankruptcy Code.

6.      The Court has authorized the Debtors to retain and employ Dawn M. Powell as one of their appraisers, *nunc pro tunc* to June 18, 2020, pursuant to the *Order Authorizing the Retention and Employment of Appraisers for the Debtors and Debtors in Possession,* Nunc Pro Tunc *to June 18, 2020* [Docket No. 984] (the "Retention Order").  The Retention Order authorizes the Debtors to compensate and reimburse Dawn M. Powell in accordance with the terms and conditions set forth in the Debtors' omnibus application to retain appraisers [Docket No. 868] (the "Omnibus Application"), subject to Dawn M. Powell's application to the Court.  The Retention Order authorized Dawn M. Powell to be paid (a) a flat fee estimated to be $7,500.00 CAD for the work set forth in the Dawn M. Powell Engagement Letter, (b) normal and customary travel and other reimbursable expenses, and (c) with respect to any testimony or other work outside the scope of the appraisal report, an hourly fee of $200 CAD.[2]

7.      On April 6, 2020, the Court entered the Compensation Procedures Order.  The Compensation Procedures Order provides, among other things, that each professional shall be entitled to file monthly and final fee applications in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and orders of the Court.

8.      On September 18, 2020, the Court entered the *Order Appointing Fee Examiner and Establishing Related Procedures for the Review of Applications of Retained Professionals* [Docket No. 1342] (the "Fee Examiner Order").  A copy of this Application will be served on the fee examiner.

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Omnibus Application.

## RELIEF REQUESTED

9.      By this Application, in accordance with the Compensation Procedures Order, Dawn M. Powell requests entry of the Proposed Order, substantially in the form attached hereto as **Exhibit A**, (a) granting final approval and allowance of compensation for professional services rendered by Dawn M. Powell and reimbursement of expenses incurred during the Fee Period in the aggregate amount of $11,582.50 CAD and (b) authorizing the Debtors to pay to Dawn M. Powell all of the foregoing amount, less any amounts previously paid to Dawn M. Powell on account of such fees.

## SUMMARY OF SERVICES RENDERED

10.     Attached hereto as **Exhibit B** is an invoice and summary of the fees earned by Dawn M. Powell during the Fee Period as outlined in the Dawn M. Powell Engagement Letter. All services for which Dawn M. Powell is requesting compensation were performed for or on behalf of the Debtors.

11.     During the Fee Period, Dawn M. Powell performed the appraisal services for the Debtors described in the Dawn M. Powell Engagement Letter with respect to the Ontario region of Northern Tier High Adventure Base.  These services included, among other things, an appraisal report incorporating the following: (i) a highest and best use analysis; (ii) physical viewing, inspection, and measurement of structures on the Ontario portion of Northern Tier, observation of the condition of improvements, characterization of land use, and consideration of other conditions of the properties that may impact market values; (iii) consideration of the number, type, sizes, uses, and conditions of structures on the Ontario portion of Northern Tier; (iv) research and consideration of rights restrictions and zoning restrictions on the Ontario portion of Northern Tier; and (v) consideration of other requirements and restrictions, if any, specific to the Ontario portion of Northern Tier, including ordinance requirements, marinas draft depth and access channels,

property composition, comparable sales data, water rights, property damage, and mineral rights.[3] At the request of the Debtors, Dawn M. Powell engaged in additional inspection of the Ontario portion of Northern Tier, which resulted in an additional fee of $1,500 CAD above the initial fee estimate of $7,500 CAD.

## ACTUAL AND NECESSARY EXPENSES

12.     Also provided on **Exhibit B** is a statement of Dawn M. Powell's out-of-pocket expenses incurred during the Fee Period, totaling $1,250.00 CAD.  These expenses include, but are not limited to, a publishing report, the cost of data sources, title searches, and travel expenses for mileage related to two trips to the Ontario portion of Northern Tier.

## VALUATION OF SERVICES

13.     The reasonable value of the services rendered by Dawn M. Powell for the Fee Period as an appraiser for the Debtors in these chapter 11 cases is $9,000.00 CAD.

14.     During the Fee Period, Dawn M. Powell timely completed its appraisal report regarding the valuation of the Ontario portion of Northern Tier, including the detail set forth above. Given these results, Dawn M. Powell respectfully submits that, in accordance with the factors enumerated in section 330 of the Bankruptcy Code, the fees requested are fair and reasonable given (a) the complexity of these chapter 11 cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

---

[3] Dawn M. Powell reserves the right to submit one or more supplemental fee applications to the Court for allowance of any fees earned and expenses incurred after the date hereof, including hourly fees for any testimony or other work outside the scope of the appraisal report.

## BASIS FOR RELIEF

15.     Section 328(a) of the Bankruptcy Code authorizes the debtor in possession, with the Court's approval, to employ a professional person "on any reasonable terms and conditions of employment," including on a retainer, an hourly basis, a fixed or percentage basis, or on a contingent fee basis.  11 U.S.C. § 328(a).  The foregoing appraisal services provided by Dawn M. Powell were appropriate and necessary, and were in the best interests of the Debtors and other parties in interest.   The compensation requested for such services is market-based and commensurate with the complexity, importance and nature of the tasks and issues involved.

## CERTIFICATION OF COMPLIANCE

16.     The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies that, to the best of her knowledge, information, and belief, this Application complies with the requirements of that Local Rule.

*[Remainder of Page Intentionally Left Blank]*

WHEREFORE, Dawn M. Powell requests entry of the Proposed Order, substantially in the form attached hereto, (a) granting final approval and allowance of compensation and reimbursement of expenses for professional services rendered by Dawn M. Powell during the Fee Period in the aggregate amount of $11,582.50 CAD and (b) authorizing the Debtors to pay to Dawn M. Powell all of the foregoing amount, less any amounts previously paid to Dawn M. Powell on account of such fees.

Dated: January 12, 2021
      Thunder Bay, Ontario

Respectfully submitted,

*/s/ Dawn M. Powell*
Dawn M. Powell
President
DAWN M. POWELL APPRAISALS INC.