## **Exhibit B**

**Invoice and Fee and Expense Summary**



PLEASE PAY BY INVOICE
A STATEMENT WILL NOT BE ISSUED

DATE    30 NOVEMBER 2020    FILE NO: J1-128-20    TERMS:  CASH UPON DELIVERY    HST: 10129 6283 RT0001

FOR PROFESSIONAL SERVICES RENDERED

Boys Scouts of America
1325 West Walnut Hill Lane
Irving, TX 75038

Attn: Mr. Steven McGowan

    Re:    Appraisal Report of Northern Tier High Adventure
           Donald Rogert Canoe Base, Perch Lake, Ontario

| | | |
|---|---:|---:|
| OUR FEE HEREIN (AS PER QUOTATION) | | (CDN) $ 7,500.00 |
| EXPENSES (CDN) | | |
|   Publishing Report | $ 150.00 | |
|   Data Sources (MPAC, geowarehouse, TBREB, etc.) | 150.00 | |
|   Title Searches (Subject PIN search, verify comparable sales) | 450.00 | |
|   Travel (413 km @ $ 0.625/km) | 250.00 | 1,000.00 |
| | | $ 8,500.00 |
| ADDITIONAL INSPECTION | | 1,500.00 |
| EXPENSES  - Travel (413 km @ $ 0.625/km) | | 250.00 |
| | | $ 10,250.00 |
| HST @ 13% | | 1,332.50 |
| TOTAL FEES, EXPENSES, DISBURSEMENTS & HST (CDN) | | $ 11,582.50 |

154 South High St.
Thunder Bay, Ontario
P 7 B 3 K 5
TEL. (807) 343-7987
FAX (807) 343-7945
Email: powellco@tbaytel.net

24% PER ANNUM CHARGED ON OVERDUE ACCOUNTS
CALCULATED AND COMPOUNDED MONTHLY