# **Exhibit B**

**Summit Bechtel Reserve Invoice and Fee Summary**



Hotel & Leisure Advisors, LLC

14805 Detroit Avenue, Suite 420

Cleveland, OH  44107-3921

(216)228-7000x10

mkress@hladvisors.com

http://www.hladvisors.com

**Invoice**

| BILL TO |
|---|
| Steve McGowan |
| Boy Scouts of America |
| 1325 W. Walnut Lane |
| Irving, TX  75038 |

| INVOICE # | DATE | TOTAL DUE | | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 2020-108 | 11/02/2020 | $12,801.00 | | Due on receipt | |

| DATE | ACCOUNT SUMMARY | AMOUNT |
|---|---|---|
| 09/21/2020 | Balance Forward | 28,500.00 |
| | Other payments and credits after 09/21/2020 through 11/01/2020 | -28,500.00 |
| 11/02/2020 | Other invoices from this date | 0.00 |
| | New charges (details below) | 12,801.00 |
| | Total Amount Due | 12,801.00 |

| DATE | ACTIVITY | AMOUNT |
|---|---|---|
| 07/24/2020 | **Retainer**<br>Retainer received | -12,500.00 |
| 10/30/2020 | **Appraisal**<br>Interim payment received | -16,000.00 |
| 11/02/2020 | **Appraisal**<br>2020026 - Summit Bechtel Reserve in Glen Jean, Virginia | 38,000.00 |
| 11/02/2020 | **Expenses**<br>Billable Expenses | 3,301.00 |

Tax ID Number: 54-2181316

| | |
|---|---|
| TOTAL OF NEW CHARGES | 12,801.00 |
| BALANCE DUE | **$12,801.00** |

Return one copy of invoice with payment | Return one copy of invoice with payment