## Exhibit D

**Summit Bechtel Reserve Expense Detail**

| Category | Amount |
|---|---|
| Temporary State Appraisal Licenses | $500 |
| Rental Car | $249 |
| Gas | $91 |
| Tolls | $20 |
| Mileage | $700 |
| Per Diem | $510 |
| Hotel | $491 |
| Reports and Data Resources | $700 |
| Shipping | $40 |
| | **$3,301** |