## Exhibit E

**Philmont Scout Ranch Expense Detail**

| Category | Amount |
|---|---|
| Temporary State Appraisal Licenses | $200 |
| Rental Car | $884 |
| Airline Expenses | $811 |
| Parking | $90 |
| Uber | $28 |
| Gas | $151 |
| Per Diem | $582 |
| Hotel | $708 |
| Reports and Data Resources | $300 |
| Consulting Fees for R. Alfred | $4,815 |
| | **$8,569**[1] |

---

[1] H&LA is only seeking reimbursement of $8,000 of its expenses incurred with respect to the appraisal of Philmont Scout Ranch in accordance with the terms of the Revised Engagement Letters.