## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| BOY SCOUTS OF AMERICA, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 20-50527 (LSS) |
| A.A., *et al.*, | |
| Defendants. | |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 19, 2021, AT 10:00 A.M. (ET)

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

This hearing will be held telephonically and by video. All parties wishing to appear must do so telephonically by contacting COURTCALL, LLC at 866-582-6878 <u>no later than January 19 at 8:30 a.m. (ET) to sign up</u>.  Additionally, anyone wishing to appear by Zoom is invited to use the link below.  All parties that will be arguing or testifying must appear by Zoom and CourtCall.  Participants on CourtCall should dial into the call not later than 10 minutes prior to the start of the scheduled hearing to insure a proper connection.

**<u>PLEASE NOTE THAT THE MICROPHONES ON THE ZOOM MEETING WILL BE MUTED AND THE ONLY AUDIO WILL BE THROUGH COURTCALL</u>**

Topic: Boy Scouts of America
Time: Jan 19, 2021 10:00 AM Eastern Time (US and Canada)

Join ZoomGov Meeting
https://debuscourts.zoomgov.com/j/1607393350

Meeting ID: 160 739 3350
Passcode: 795631

Join by SIP
1607393350@sip.zoomgov.com

<u>RESOLVED MATTER</u>

1.    Application for Entry of an Order Authorizing the Retention and Employment of Rock Creek Advisors LLC, as Pension Financial Advisors to the Official Tort Claimants' Committee Effective as of November 20, 2020 (D.I. 1858, Filed 12/16/20).

   <u>Objection Deadline</u>:  December 30, 2020, at 4:00 p.m. (ET).

   <u>Responses Received</u>:

   <u>Related Pleadings</u>:

      a)    Supplemental Declaration of John L. Spencer III in Support of Application for Entry of an Order Authorizing the Retention and Employment of Rock Creek Advisors LLC, as Pension Financial Advisors to the Official Tort Claimants' Committee Effective as of November 20, 2020 (D.I. 1897, Filed 1/4/21);

b) Certificate of No Objection Regarding Application for Entry of an Order Authorizing the Retention and Employment of Rock Creek Advisors LLC, as Pension Financial Advisors to the Official Tort Claimants' Committee Effective as of November 20, 2020 (D.I. 1915, Filed 1/8/21); and

c) Order Authorizing and Approving the Retention Of Rock Creek Advisors LLC, as Pension Financial Advisors to the Official Tort Claimants Committee Effective as of November 20, 2020 (D.I. 1918, Entered 1/8/21)

Status:  An order has been entered.  No hearing is necessary.

2. Debtors' Third Motion for Entry of an Order, Under 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9006(b) And 9027, Extending the Period Within Which the Debtors May Remove Civil Actions and Granting Related Relief (D.I. 1876, Filed 12/29/20).

Objection Deadline:  January 12, 2021, at 4:00 p.m. (ET).

Responses Received: None.

Related Pleadings:

a) Certificate of No Objection Regarding the Debtors' Third Motion for Entry of an Order, Under 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9006(b) and 9027, Extending the Period Within Which the Debtors May Remove Civil Actions and Granting Related Relief (D.I. 1935, Filed 1/13/21); and

b) Third Order, Under 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9006(b) and 9027, Extending the Period Within Which the Debtors May Remove Civil Actions and Granting Related Relief (D.I. 1941, Entered 1/14/21).

Status:  An order has been entered.  No hearing is necessary.

3. Debtors' Motion for Entry of an Order (I) Approving Henderson Settlement Agreement and (II) Modifying the Automatic Stay, to the Extent Necessary, to Permit Payment of Settlement Amount by Applicable Insurance (D.I. 1881, Filed 12/29/20).

Objection Deadline:  January 12, 2021, at 4:00 p.m. (ET).

Responses Received:  None.

Related Pleadings:

a) Certificate of No Objection Regardng the Debtors' Motion for Entry of an Order (I) Approving Henderson Settlement Agreement and (II) Modifying the Automatic Stay, to the Extent Necessary, to Permit Payment of Settlement Amount by Applicable Insurance (D.I. 1937, Filed 1/13/21); and

b)      Order (I) Approving Henderson Settlement Agreement and (II) Modifying the Automatic Stay, to the Extent Necessary, to Permit Payment of Settlement Amount by Applicable Insurance (D.I. 1942, Entered 1/14/21).

Status:  An order has been entered.  No hearing is necessary.

## MATTERS UNDER CERTIFICATION

4.      Motion of Official Committee of Tort Claimants Enforcing Automatic Stay Under 11 U.S.C. §§ 362(a)(3) and 541(a) Against Middle Tennessee Council Arising from Transfers of Property of the Estate (D.I. 1084, Filed 8/7/20).

Objection Deadline:  September 30, 2020, at 4:00 p.m. (ET).  Extended to January 5, 2021, at 4:00 p.m. (ET).

Responses Received:  None.

Related Pleadings:

a)      Re-Notice of Motion of Official Committee of Tort Claimants Enforcing Automatic Stay Under 11 U.S.C. §§ 362(a)(3) and 541(a) Against Middle Tennessee Council Arising from Transfers of Property of the Estate (D.I. 1140, Filed 8/24/20);

b)      Re-Notice of Motion of Official Committee of Tort Claimants Enforcing Automatic Stay Under 11 U.S.C. §§ 362(a)(3) and 541(a) Against Middle Tennessee Council Arising from Transfers of Property of the Estate (D.I. 1408, Filed 10/5/20);

c)      Re-Notice of Motion of Official Committee of Tort Claimants Enforcing Automatic Stay Under 11 U.S.C. §§ 362(a)(3) and 541(a) Against Middle Tennessee Council Arising from Transfers of Property of the Estate (D.I. 1626, Filed 11/4/20);

d)      Re-Notice of Motion of Official Committee of Tort Claimants Enforcing Automatic Stay Under 11 U.S.C. §§ 362(a)(3) and 541(a) Against Middle Tennessee Council Arising from Transfers of Property of the Estate (D.I. 1770, Filed 12/2/20); and

e)      Certification of Counsel regarding Proposed Order Approving Stipulation Resolving Motion of Official Committee of Tort Claimants Enforcing Automatic Stay Under 11 U.S.C. 362(A)(3) and 541 (A) Against Middle Tennessee Council Arising from Transfers of Property of the Estate (D.I. 1917, Filed 1/11/21).

Status:  A certification of counsel has been filed.  No hearing is necessary unless the court has questions.

5.     Debtors' Motion for Entry of an Order (I) Approving Gordon Settlement Agreement and (II) Modifying the Automatic Stay, to the Extent Necessary, to Permit Payment of Settlement Amount by Applicable Insurance (D.I. 1880, Filed 12/29/20).

Objection Deadline:  January 12, 2021, at 4:00 p.m. (ET).

Responses Received:  None.

Related Pleadings:

a)      Certificate of No Obejction Regarding the Debtors' Motion for Entry of an Order (I) Approving Gordon Settlement Agreement and (II) Modifying the Automatic Stay, to the Extent Necessary, to Permit Payment of Settlement Amount by Applicable Insurance (D.I. 1936, Filed 1/13/21).

Status:  A certificate of no objection has been filed.  No hearing is necessary unless the court has questions.

## ADVERSARY PROCEEDING – RESOLVED MATTER

*Boy Scouts of America v. A.A.,* et al. *(20-ap-50527)*

6.     Motion for Order Modifying Preliminary Injunction to Allow Movants to Proceed with State Court Actions as to Non-Debtor Defendants (A.D.I. 109, Filed 11/4/20).

Response Deadline:  November 18, 2020.  Extended for the Debtors to December 2, 2020. The Movants' reply deadline was extended to December 11, 2020, at 12:00 p.m. (ET).

Responses Received:

a)      Boy Scouts of America's Brief in Opposition to Motion for Order Modifying Preliminary Injunction to Allow Movants to Proceed with State Court Actions as to Non-Debtor Defendants (A.D.I. 122, Filed 12/2/20);

b)      Declaration of Brian Whittman in Support of the BSA's Brief in Opposition to Motion for Order Modifying Preliminary Injunction to Allow Movants to Proceed with State Court Actions as to Non-Debtor Defendants (A.D.I. 123, Filed 12/2/20);

c)      Declaration of Catherine Nownes-Whitaker in Support of the BSA's Brief in Opposition to Motion for Order Modifying Preliminary Injunction to Allow Movants to Proceed with State Court Actions as to Non-Debtor Defendants (A.D.I. 124, Filed 12/2/20); and

d)      Reply Brief in Support of Motion for Order Modifying Preliminary Injunction to Allow Movants to Proceed with State Court Actions as to Non-Debtor Defendants (A.D.I. 128; Filed 12/11/20).

Related Pleadings:

a)      Declaration of Daniel K. Astin in Support of Motion for Order Modifying Preliminary Injunction to Allow Movants to Proceed with State Court Actions as to Non-Debtor Defendants (A.D.I. 110, Filed 11/4/20);

b)      Opening Brief in Support of Motion for Order Modifying Preliminary Injunction to Allow Movants to Proceed with State Court Actions as to Non-Debtor Defendants (A.D.I. 111, Filed 11/4/20); and

c)      Notice of Withdrawal of Motion for Order Modifying Preliminary Injunction to Allow Movants to Proceed with State Court Actions as to Non-Debtor Defendants (A.D.I. 138, Filed 1/11/21).

Status:  This matter has been resolved.  A notice of withdrawal has been filed.  No hearing is necessary.

Dated: January 14, 2021                          MORRIS, NICHOLS, ARSHT & TUNNELL LLP
       Wilmington, Delaware

                                                 */s/ Eric W. Moats*
                                                 Derek C. Abbott (No. 3376)
                                                 Andrew R. Remming (No. 5120)
                                                 Eric W. Moats (No. 6441)
                                                 Paige N. Topper (No. 6470)
                                                 1201 North Market Street, 16th Floor
                                                 P.O. Box 1347
                                                 Wilmington, Delaware 19899-1347
                                                 Telephone:  (302) 658-9200
                                                 Email:  dabbott@mnat.com
                                                         aremming@mnat.com
                                                         emoats@mnat.com
                                                         ptopper@mnat.com

                                                 – and –

                                                 **WHITE & CASE LLP**
                                                 Jessica C. K. Boelter (admitted *pro hac vice*)
                                                 1221 Avenue of the Americas
                                                 New York, New York 10020
                                                 Telephone:  (212) 819-8200
                                                 Email:  jessica.boelter@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone:  (312) 881-5400
Email: mandolina@whitecase.com
          mlinder@whitecase.com

*Counsel for the Debtors and Debtors in Possession*