## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: January 28, 2021, at 4:00 p.m. (prevailing Eastern Time)** |

### SUMMARY COVER SHEET OF THE FOURTH MONTHLY FEE APPLICATION OF QUINN EMANUEL URQUHART & SULLIVAN, LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD NOVEMBER 1, 2020, TO AND INCLUDING NOVEMBER 30, 2020

| | |
|---|---|
| Name of Applicant: | Quinn Emanuel Urquhart & Sullivan, LLP |
| Authorized to Provide Professionals Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | August 1, 2020 (order entered September 18, 2020) |
| Period for Which Compensation and Reimbursement Are Requested: | November 1, 2020, through November 30, 2020 |
| Amount of Compensation Requested: | $690,108.20 (80% of $862,635.25) |
| Amount of Expense Reimbursement Requested: | $7,868.87 |

This is a monthly fee statement.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

## PRIOR MONTHLY FEE STATEMENTS FILED

| Date Filed; ECF No. | Period Covered | Fees Requested | Expenses Requested | Fees Approved | Expenses Approved | Outstanding Fees | Outstanding Expenses |
|---|---|---|---|---|---|---|---|
| 10/12/20; ECF No. 1486 | 08/01/2020-08/31/2020 | $253,452.20 | $6,261.04 | $253,452.20 | $6,261.04 | $129,606.50 | $0.00 |
| 11/10/20; ECF No. 1644 | 09/01/2020-09/30/2020 | $587,436.16 | $8,054.82 | $587,436.16 | $8,054.82 | $317,947.39 | $0.00 |
| 12/08/20; ECF No. 1809 | 10/01/2020-10/31/2020 | $605,752.52 | $9,975.55 | $605,752.52 | $9,975.55 | $357,978.35 | $0.00 |

## COMPENSATION AND HOURS BY PROFESSIONAL

| Name | Position | Year of Admission/Years of Experience | Discounted Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Rachel Herrick Kassabian | Partner | 1997; 23 years | $1,062.50 | 195.5 | $207,718.75 |
| Margret Caruso | Partner | 1998; 22 years | $1,062.50 | 66.8 | $70,975.00 |
| Claudia Bogdanos | Counsel | 1996; 24 years | $945.00 | 24.5 | $23,152.50 |
| Todd Anten | Partner | 2007; 13 years | $892.50 | 151.7 | $135,392.25 |
| Sara Jenkins | Counsel | 2004; 16 years | $877.50 | 203.5 | $178,571.25 |
| Donald Reinhard | Associate | 2015; 5 years | $801.00 | 37.3 | $29,877.30 |
| Dylan Scher | Associate | 2019; 1 year | $643.50 | 193.0 | $124,195.50 |
| Allison (Bingxue) Que | Associate | 2018; 1 year | $643.50 | 49.2 | $31,660.20 |
| Roger S. Huddle | Law Clerk | | $390.00 | 29.5 | $11,505.00 |
| Scott Weingrad | Contract Attorney | 2004; 16 years | $295.00 | 95.0 | $28,025.00 |
| Andrew B. Sanford | Contract Attorney | 2000; 19 years | $295.00 | 10.6 | $3,127.00 |
| Barbara J. Howell | Paralegal | 35 years | $330.00 | 7.1 | $2,343.00 |
| Nolan Schoichet | Paralegal | 5 years | $330.00 | 3.0 | $990.00 |
| Dave Scholz | Graphics Coordinator | | $300.00 | .8 | $240.00 |
| Vince Mesa | Litigation Support | | $250.00 | 31.8 | $7,950.00 |
| Anthony Bentancourt | Litigation Support | | $175.00 | 33.0 | $5,775.00 |
| Joe Liao | Litigation Support | | $175.00 | 3.0 | $525.00 |
| Jet Ma | Litigation Support | | $175.00 | 3.5 | $612.50 |
| Total | | | | 1,138.8 | $862,635.25 |

## COMPENSATION BY PROJECT CATEGORY

| Task Description | Total Hours | Total Compensation |
|---|---|---|
| Employment and Fee Applications | 9.5 | $4,706.00 |
| Litigation – Federal District Court Case | 1,129.3 | $857,929.25 |
| Total | 1,138.8 | $862,635.25 |

## EXPENSES BY CATEGORY

| Category | Amount |
|---|---|
| Attorney Service | $409.50 |
| Express Mail | |
| Document Reproduction ($.10 per page) | $260.30 |
| Color Document Reproduction ($.40 per page) | |
| Velobind | |
| Messenger | $16.87 |
| Document Services | $955.70 |
| Hosting per GB – 3.50 | $6,226.50 |
| Total | $7,868.87 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: January 28, 2021, at 4:00 p.m. (prevailing Eastern Time)** |

**FOURTH MONTHLY FEE APPLICATION
OF QUINN EMANUEL URQUHART & SULLIVAN, LLP FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT
OF EXPENSES FOR THE PERIOD FROM NOVEMBER 1, 2020,
<u>TO AND INCLUDING NOVEMBER 30, 2020</u>**

COMES NOW, Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), special litigation counsel for the Boy Scouts of America and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors-in-possession (together, the "Debtors") in the above-captioned chapter 11 cases, and hereby submits this fourth monthly fee application (this "Application") for (a) interim allowance and payment of compensation for professional services to the Debtors during the period from November 1, 2020, to and including November 30, 2020 (the "Fee Period"), in the amount of $690,108.20, representing 80% of the $862,635.25 of fees earned by Quinn Emanuel for professional services to the Debtors during the Fee Period and (b) reimbursement of 100% of the actual and necessary expenses incurred by Quinn Emanuel during the Fee Period in connection with such services in the amount of $7,868.87. In support of this Application, Quinn Emanuel respectfully represents as follows:

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

## JURISDICTION AND VENUE

1.      The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The statutory and other bases for the relief requested herein are sections 330 and 331 of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* (ECF No. 341) (the "Compensation Procedures Order").

## BACKGROUND

3.      The Debtors commenced these cases on February 18, 2020 (the "Petition Date"), and they continue to operate their non-profit organization and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  These chapter 11 cases are being jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1.

4.      On March 5, 2020, the United States Trustee for the District of Delaware appointed an official committee of tort claimants and an official committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code.

5.      On April 24, 2020, the Court appointed James L. Patton, Jr. as the representative of future abuse claimants pursuant to sections 105(a) and 1109(b) of the Bankruptcy Code.

6.      The Court has authorized the Debtors to retain and employ Quinn Emanuel as their special litigation counsel, *nunc pro tunc* to August 1, 2020, pursuant to the *Order Authorizing the Retention and Employment of Quinn Emanuel Urquhart & Sullivan, LLP as Special Litigation Counsel for the Debtors and Debtors in Possession, Nunc Pro Tunc to August 1, 2020* (ECF No. 1343) (the "Retention Order").  The Retention Order authorizes the Debtors to compensate and reimburse Quinn Emanuel in accordance with the terms and conditions as set forth in the Debtors' application to retain Quinn Emanuel, subject to Quinn Emanuel's application to the Court.

7.      On April 6, 2020, the Court entered the Compensation Procedures Order.  The Compensation Procedures Order provides, among other things, that each professional shall be entitled, on or as soon as practicable after the fifteenth (15th) day of each month following the month for which compensation and/or expense reimbursement is sought, to file and serve an application for interim allowance of compensation earned and reimbursement of expenses incurred during the preceding month (each a "Monthly Fee Application").  Parties shall have 14 days after service of a Monthly Fee Application to object thereto (the "Objection Deadline").  Upon the expiration of the Objection Deadline, the applicant may file a certificate of no objection (a "CNO") with the Court with respect to the unopposed portion of the fees and/or expenses requested in the applicable Monthly Fee Application.  After the filing of a CNO, the Debtors are authorized and directed to pay the applicant an amount equal to 80% of the fees and 100% of the expenses requested in the applicable Monthly Fee Application not subject to an objection.

8.      On September 18, 2020, the Court entered an order appointing Justin H. Rucki of Rucki Fee Review, LLC as the fee examiner in these chapter 11 cases.

## RELIEF REQUESTED

9.      By this Application, in accordance with the Compensation Procedures Order, Quinn Emanuel requests payment in the aggregate amount of $697,977.07, which is equal to (a) 80% of the $862,635.25 earned by Quinn Emanuel for professional services to the Debtors during the Fee Period and (b) 100% of the $7,868.87 of actual and necessary expenses incurred by Quinn Emanuel during the Fee Period in connection with its services to the Debtors.

## SUMMARY OF SERVICES RENDERED

10.      Attached hereto as **Exhibit A** is a detailed statement of the time expended and compensation earned by Quinn Emanuel during the Fee Period.  Quinn Emanuel's professionals expended a total of 1,138.8 hours in connection with these chapter 11 cases during the Fee Period. All services for which Quinn Emanuel is requesting compensation were performed for or on behalf of the Debtors.  The services rendered by Quinn Emanuel during the Fee Period are categorized as set forth in **Exhibit A** and in the summary cover sheet prefixed to this Application.  The professionals who provided services to the Debtors during the Fee Period are also identified in **Exhibit A** and in the summary cover sheets.

## ACTUAL AND NECESSARY EXPENSES

11.      Quinn Emanuel also incurred certain necessary expenses during the Fee Period for which it is entitled to reimbursement under the terms of its retention.  Attached hereto as **Exhibit A** is a detailed statement of Quinn Emanuel's out-of-pocket expenses incurred during the Fee Period, totaling $7,868.87.  These expenses include, but are not limited to, reprographics and document services and hosting services.

## VALUATION OF SERVICES

12.      As noted above, the amount of time spent by each Quinn Emanuel professional providing services to the Debtors during the Fee Period is set forth in the summary attached hereto

as **Exhibit A**.  The rates reflected on **Exhibit A** are Quinn Emanuel's customary hourly rates for work of this character.  The reasonable value of the services rendered by Quinn Emanuel for the Fee Period as special litigation counsel to the Debtors in these chapter 11 cases is $862,635.25.

13.     In accordance with the factor enumerated in section 330 of the Bankruptcy Code, the fees requested are fair and reasonable given (a) the complexity of these chapter 11 cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

14.     Although Quinn Emanuel has made every effort to include all fees and expenses incurred during the Fee Period in this Application, some fees and expenses might not be included in this Application due to delays caused by accounting and processing during the Fee Period. Quinn Emanuel reserves the right to make further applications to this Court for allowance of such fees and expenses not included herein.  Subsequent fee applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the Compensation Procedures Order.

## CERTIFICATE OF COMPLIANCE

15.     The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies that, to the best of her knowledge, information, and belief, this Application complies with the requirements of that Local Rule.

*[Remainder of Page Intentionally Left Blank]*

WHEREFORE, Quinn Emanuel requests allowance and payment of compensation for professional services to the Debtors during the Fee Period in the amount of $690,108.20, representing 80% of the $862,635.25 of fees earned by Quinn Emanuel for professional services to the Debtors during the Fee Period, and reimbursement of 100% of the actual and necessary expenses incurred by Quinn Emanuel during the Fee Period in connection with such services in the amount of $7,868.87.

Respectfully submitted this 14th day of January, 2021.

QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ Patricia B. Tomasco*
Patricia B. Tomasco
711 Louisiana, Suite 500
Houston, Texas 77002
Telephone:  (713) 221-7000
Email:  pattytomasco@quinnemanuel.com

– and –

Rachel Herrick Kassabian
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5005
Email: rachelkassabian@quinnemanuel.com

– and –

Todd Anten
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7192
Email: toddanten@quinnemanuel.com

SPECIAL LITIGATION COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION

## Exhibit A

**Fees Statement and Expense Detail**

# quinn emanuel trial lawyers

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY |
CHICAGO | DC | LONDON | MANNHEIM | TOKYO | HAMBURG |
PARIS | MUNICH | SYDNEY | HONG KONG | HOUSTON | BOSTON |
BRUSSELS | SEATTLE | ZURICH | SHANGHAI |STUTTGART | PERTH |
SALT LAKE CITY |

December 17, 2020

Steve P. McGowan, General Counsel
Legal Department
Boy Scouts of America
1325 W. Walnut Hill Lane
P.O. Box 152079
Irving, Texas 75015

Matter #: 05621-00003
Invoice Number: 101-0000111076
Responsible Attorney: Rachel Herrick Kassabian

<u>Girl Scouts of the United States of America v. Boy Scouts of America</u>

For Professional Services through November 30, 2020 in connection with defending Boy Scouts of America
against Girls Scouts of the United States of America.

|                        |              |
|------------------------|-------------:|
| Fees                   | $862,635.25  |
| Expenses               | $7,868.87    |
| Net Amount             | $870,504.12  |
| Total Due This Invoice | $870,504.12  |



**Confidential – May include attorney-client privileged and work-product information**

# quinn emanuel trial lawyers

December 17, 2020
Page 2

Matter #: 05621-00003
Invoice Number: 101-0000111076

## Statement Detail

### 02   Employment and Fee Applications

| | | | | |
|---|---|---|---|---|
| 11/03/20 | RHK | Revise September fee application. | 1.00 | 1,062.50 |
| 11/03/20 | TA | Review and revise bankruptcy application redaction entries for confidential information (0.7). | 0.70 | 624.75 |
| 11/10/20 | RHK | Final review of September fee application. | 0.30 | 318.75 |
| 11/10/20 | TA | Review and prepare redacted version of bankruptcy application for submission (0.4). | 0.40 | 357.00 |
| 11/10/20 | BH2 | Email exchanges with R. Herrick Kassabian and T. Anten regarding the Second Interim Fee Statement (.8); revise Notice as requested (.3); finalize the Fee Statement and the Notice (.4) and file same (.3). | 1.80 | 594.00 |
| 11/18/20 | BH2 | Review email from D. Buchbinder (U.S. Trustee) (.1) and forward fee documents to Ms. Green and Ms. Vinson with the U.S. Trustee's office (.3). | 0.40 | 132.00 |
| 11/30/20 | BH2 | Draft Certificate of No Objection for the Second Monthly Fee Statement (.7); email exchanges with R. Kassabian regarding fee procedures (.4); email exchange with E. Moats (Morris Nichols) regarding quarterly fee applications (.2); begin to draft the first monthly fee application (3.6). | 4.90 | 1,617.00 |
| | | SUBTOTAL | 9.50 | 4,706.00 |

### 03   Litigation - Federal District Court Case

| | | | | |
|---|---|---|---|---|
| 11/01/20 | TA | Strategize re: ███████████ teleconference with R.Kassabian re: ████ and email with A.Que re: ████ (1.3); draft and revise ████████ | 2.30 | 2,052.75 |

**quinn emanuel** trial lawyers

December 17, 2020                                                                                Matter #: 05621-00003
Page 3                                                                            Invoice Number: 101-0000111076

|            |      |                                                          |      |          |
|------------|------|----------------------------------------------------------|------|----------|
|            |      | ██████████ (1.0).                                          |      |          |
| 11/01/20   | DS6  | TC with R. Kassabian and T. Anten re: ████████████████ (2.0). | 2.00 | 1,287.00 |
| 11/02/20   | SJ1  | Prepare correspondence re: ████ (1.2); correspondence ██████ (0.2); review and revise ██████ (2.7); analysis of ██████ (3.1); preparation of ██████ (1.5). | 8.70 | 7,634.25 |
| 11/02/20   | AB2  | Emails with NS2 re: ████ (.3); locate, prepare ████ (1); emails with SJ1 re: ████ (.3); research ████ (1). | 2.60 | 455.00   |
| 11/02/20   | VM1  | Prepare and process ████████████ .                        | 2.70 | 675.00   |
| 11/02/20   | RHK  | Prepare ████ (5.0); correspondence with D. Scher and M. Caruso re ████ (1.2); correspondence with T. Anten, D. Scher ████ (1.0); review and revise ████ (.8). | 8.00 | 8,500.00 |
| 11/02/20   | NS2  | Collect ████ . (3.0)                                       | 3.00 | 990.00   |
| 11/02/20   | CTB  | Draft ████                                                 | 3.70 | 3,496.50 |
| 11/02/20   | SW2  | Research ████                                              | 2.00 | 590.00   |

**quinn emanuel** trial lawyers

December 17, 2020                                                    Matter #: 05621-00003
Page 4                                                Invoice Number: 101-0000111076

████████ (2.0)

| 11/02/20 | ABS | Search and review ████ | 6.40 | 1,888.00 |

████████████████████ (6.4).

| 11/02/20 | TA | Review and revise ████ | 2.60 | 2,320.50 |

████ (1.2); draft ████████████

(1.0); strategize ████

████████████████

(0.4).

| 11/02/20 | ABQ | Prepare ████████████ | 1.50 | 965.25 |

█████████████

| 11/02/20 | MMC | Strategize re: ████████ | 5.20 | 5,525.00 |

████ (.2); strategize re: ████████ (.1);

prepare ████████████

(4.6); prepare ████████
(.2); strategize re: ████
(.1); strategize re: ████████
████ (.1).

| 11/02/20 | DS6 | Legal research re: ████████ | 8.80 | 5,662.80 |

████████ (1.5);

prepare ████████████

████████ (4.8); prepare

correspondence ████████

████████ (1.6); analysis

of ████████

████ (0.9).

| 11/03/20 | SJ1 | Prepare ████████ | 7.50 | 6,581.25 |

████ (.6); analysis of ████

████ (2.9); prepare

**quinn emanuel** trial lawyers

December 17, 2020
Page 5

Matter #: 05621-00003
Invoice Number: 101-0000111076

correspondence re: ▮▮▮▮▮▮
▮▮▮▮▮▮ (.4); prepare analysis re:
▮▮▮▮▮▮ (2.8); preparation
▮▮▮▮▮ (.8).

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 11/03/20 | VM1 | Prepare and process ▮▮▮▮▮▮ ▮▮▮▮▮▮ . | 2.90 | 725.00 |
| 11/03/20 | RHK | Revise ▮▮▮▮▮▮ (2.0); call with M. Caruso and D. Scher re ▮▮▮▮▮ (1.8); review ▮▮▮▮▮▮ (1.6); correspondence ▮▮▮▮▮ (.8). | 7.00 | 7,437.50 |
| 11/03/20 | CTB | Review ▮▮▮▮▮ (.4); review/edit ▮▮▮▮▮▮ (2.6). | 3.00 | 2,835.00 |
| 11/03/20 | MMC | Strategize re: ▮▮▮▮▮▮ (4.2); review ▮▮▮▮▮ (3.4); strategize re: ▮▮▮▮▮▮ (3.3). | 10.90 | 11,581.25 |
| 11/03/20 | TA | Review and revise ▮▮▮▮▮ (0.4); draft and revise ▮▮▮▮▮ (3.4); email ▮▮▮ (0.2); strategize with D.Scher re: ▮▮▮▮▮ (0.6). | 4.60 | 4,105.50 |
| 11/03/20 | DS6 | Prepare ▮▮▮▮▮ (1.8); revise ▮▮▮▮▮ (1.6); revise ▮▮▮▮ , and TC and correspondence with R. Kassabian and M. Caruso re: ▮▮▮ (3.1); | 6.90 | 4,440.15 |

**quinn emanuel** trial lawyers

December 17, 2020                                                                 Matter #: 05621-00003
Page 6                                                              Invoice Number: 101-0000111076

| | | | | |
|---|---|---|---|---|
| | | correspondence with M. Caruso re: ███ (0.4). | | |
| 11/04/20 | SJ1 | Review and revise ███ (2.8); analysis of ███ (1.4); prepare analysis re: ███ (1.6); preparation of ███ (.3). | 6.10 | 5,352.75 |
| 11/04/20 | AB2 | Emails with SJ1 re: ███ (.2); research ███ (.7); prepare ███ (.3). | 1.20 | 210.00 |
| 11/04/20 | DS6 | Review and revise ███ (2.0); analysis re: ███ (1.5); correspondence with R. Kassabian and S. Jenkins re: ███ (0.6). | 4.10 | 2,638.35 |
| 11/04/20 | RHK | Prepare ███ (5.8); various correspondence with D. Scher re ███ (.9); call ███ (.7); revise ███ (.8); call with M. Caruso re ███ (.8). | 9.00 | 9,562.50 |
| 11/04/20 | DR2 | Review ███ (.4). | 0.40 | 320.40 |
| 11/04/20 | TA | Draft and revise ███ (0.3); draft ███ (0.3); strategize with M.Caruso re: ███ (0.4); draft | 3.50 | 3,123.75 |

**quinn emanuel** trial lawyers

| | | | | |
|---|---|---|---|---|
| | | re: ████████ (0.7); draft and revise ████ (1.8). | | |
| 11/04/20 | VM1 | Prepare and process ████████ | 3.10 | 775.00 |
| 11/04/20 | SW2 | Review and analyze ████████ (8.0) | 8.00 | 2,360.00 |
| 11/04/20 | CTB | Review ████████ (.7); telephone call ████████ (.5) | 1.20 | 1,134.00 |
| 11/04/20 | MMC | Revise ████ (3.7); strategize re: ████ (.4); strategize re: ████ (.3); strategize re: ████ (.2); strategize re: ████ (4.6). | 9.20 | 9,775.00 |
| 11/05/20 | SJ1 | Correspondence ████ (1.1); analysis re: ████ (1.3); review and revise ████ (2.7); preparation ████ (1.5); analysis re: ████ (1.9). | 8.50 | 7,458.75 |
| 11/05/20 | RHK | Prepare ████ (.9); prepare ████ (1.0); call ████ (.4); call ████ | 6.00 | 6,375.00 |

# quinn emanuel trial lawyers

| | | | | |
|---|---|---|---|---|
| | | (.8); prepare ██████ ████ (2.9). | | |
| 11/05/20 | VM1 | Prepare and process ████ ████ | 3.10 | 775.00 |
| 11/05/20 | TA | Draft and revise ████ (0.9); draft outline ████ (0.5); draft and revise (1.6). | 3.00 | 2,677.50 |
| 11/05/20 | MMC | Strategize re: (.2); revise (.5); strategize re: (.1). | 0.80 | 850.00 |
| 11/05/20 | SW2 | Review and analyze ████ (6.0) collect (2.0 ) | 8.00 | 2,360.00 |
| 11/05/20 | DS6 | Prepare (2.0); correspondence (0.5); analysis of (1.0); revise (1.4). | 4.90 | 3,153.15 |
| 11/06/20 | SJ1 | Finalize (4.2); prepare (1.1); analysis re: (1.8). | 7.10 | 6,230.25 |
| 11/06/20 | AB2 | Emails with SW2 re: ████ | 4.90 | 857.50 |

# quinn emanuel trial lawyers

(.3); update ████████ (.2); emails with SJ1 re: █████ (.5); ████ (.8); prepare ██████████ (.9); prepare and finalize ████████ (2); prepare ████ (.2).

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 11/06/20 | VM1 | Prepare and process ████████ | 3.10 | 775.00 |
| 11/06/20 | TA | Teleconference with R.Kassabian re: ██████ (0.3); draft and revise ████████ (1.4); draft and revise ████ 1.0); assess ████ (0.4). | 3.10 | 2,766.75 |
| 11/06/20 | RHK | Prepare ████████████ (7.5); correspondence with S. Jenkins re █████ (.8); prepare correspondence ███████████ (1.2); revise ████ (.4). | 9.90 | 10,518.75 |
| 11/06/20 | SW2 | Research and ████████████ (3.0); review and analyze ████████████ (5.0) | 8.00 | 2,360.00 |
| 11/06/20 | MMC | Strategize re: ████ (.1); strategize re: ████ (.1). | 0.20 | 212.50 |
| 11/06/20 | DS6 | Review and revise ██████ (2.4); prepare ████████ (2.8); preparation | 7.90 | 5,083.65 |

# quinn emanuel trial lawyers

December 17, 2020                                                           Matter #: 05621-00003
Page 10                                                           Invoice Number: 101-0000111076

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | █████, and correspondence with R. Kassabian re: ███ (2.3); correspondence with S. Jenkins re: ███████████ (0.4). |  |  |
| 11/08/20 | SJ1 | Review and analysis of ████████ ███ (.4). | 0.40 | 351.00 |
| 11/08/20 | DS6 | Correspondence to R. Kassabian re: ████████ (0.3). | 0.30 | 193.05 |
| 11/09/20 | SJ1 | Review and revise ████████ (2.7); analysis re: ███ (2.1); review and analysis re: ███ (.9); prepare ███ (1.1). | 6.80 | 5,967.00 |
| 11/09/20 | AB2 | Emails with SW2 re: ████ (.2); update ███ (.3). | 0.50 | 87.50 |
| 11/09/20 | TA | Review ████ (0.4); draft and revise ███ (2.2); draft and revise ███ (3.1); draft and revise ███ (0.9). | 6.60 | 5,890.50 |
| 11/09/20 | VM1 | Prepare and process ████████ | 2.70 | 675.00 |
| 11/09/20 | ABQ | Prepare ██████ | 1.30 | 836.55 |
| 11/09/20 | RHK | ████████ (10.0); correspond with M. Caruso and D. Scher re: (.5). | 10.50 | 11,156.25 |
| 11/09/20 | SW2 | Review and analyze ████████ (8.0) | 8.00 | 2,360.00 |
| 11/09/20 | DS6 | ████████ (10.0); analysis of | 12.90 | 8,301.15 |

los angeles | new york | san francisco | silicon valley | chicago | dc | london | mannheim | tokyo | hamburg | paris | munich
sydney | hong kong | houston | brussels | seattle | zurich | shanghai | stuttgart | perth | boston | salt lake city

**quinn emanuel** trial lawyers

(1.4); review and revise

(1.5).

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 11/09/20 | MMC | Strategize re: ████ (2.6); strategize re: ████ (.2). | 2.80 | 2,975.00 |
| 11/10/20 | SJ1 | Prepare ████ (.9); prepare ████ (2.2); analysis re: ████ (1.7); prepare ████ (.6); review and revise ████ (1.1); analysis re: ████ (2.1); review and revise ████ (.9). | 9.50 | 8,336.25 |
| 11/10/20 | RHK | Revise ████ (1.9); prepare ████ (.8); revise ████ (.4); revise ████ (.6); analysis and correspondence with T. Anten re ████ (4.2). | 7.90 | 8,393.75 |
| 11/10/20 | TA | Draft and revise ████ (4.8); review and revise ████ (0.6). | 5.40 | 4,819.50 |
| 11/10/20 | ABQ | Conduct ████ (0.7); conduct ████ (0.6); conduct ████ | 3.00 | 1,930.50 |

# quinn emanuel trial lawyers

December 17, 2020                                                    Matter #: 05621-00003
Page 12                                                    Invoice Number: 101-0000111076

█████████████ (0.8);
conduct ███████████████
████████████ (0.9)

| 11/10/20 | CTB | Edit ██████████████ | 1.70 | 1,606.50 |

| 11/10/20 | DS6 | Review and revise ████████ | 7.80 | 5,019.30 |

████████████ (3.5); review and
revise ████████████████
(1.1); prepare ████████████
██████ (0.6); analysis re: ████
████████████████████
████████████ (2.6).

| 11/10/20 | MMC | Strategize re: ████████ | 1.60 | 1,700.00 |

████████████ (.2); strategize
re: ███████████████ (.1);
strategize re: ████████████
██████ (1.1); strategize
re: ████████████
██████ (.2).

| 11/11/20 | SJ1 | T.C. ████████████████ | 8.70 | 7,634.25 |

(1.0); analysis re: ████████████
██████████ (4.6); review and revise
████████████████ (1.8);
prepare ██████████████████
██████ (1.3).

| 11/11/20 | AB2 | Emails with DS6 re: ████ | 2.40 | 420.00 |

█████████████████ (.4);
analyze ████████████
██████ (.3); prepare ████
(1.7).

| 11/11/20 | RHK | Attend ██████████████ | 7.60 | 8,075.00 |

████████████████████
█████████ (.8);
review ████████████

# quinn emanuel trial lawyers

(.9);
review ███████ (.4);
analysis and call with M. Caruso, T.
Anten and D. Scher re ████████
████████ (3.8); revise ███████
███████ (1.1); correspondence with
S. Jenkins ████████ (.6).

| 11/11/20 | TA | Strategize re: ████████ | 5.20 | 4,641.00 |
|---|---|---|---|---|

████████████ (1.4); draft and
revise ████████████ (3.8).

| 11/11/20 | VM1 | Prepare and process ████████ | 2.80 | 700.00 |
|---|---|---|---|---|

| 11/11/20 | ABQ | Conduct legal research ████████ | 2.70 | 1,737.45 |
|---|---|---|---|---|

████████ (0.7);
conduct legal research ████████
████████ (0.6);
conduct legal research ████████ (0.6);
conduct legal research ████████
████ (0.8).

| 11/11/20 | SW2 | Review and analyze ████████ | 8.00 | 2,360.00 |
|---|---|---|---|---|

████████ (8.0)

| 11/11/20 | DS6 | Review and revise ████████ | 6.40 | 4,118.40 |
|---|---|---|---|---|

(1.3); prepare ████████
(1.0); review and revise ████████

# quinn emanuel trial lawyers

December 17, 2020                                                    Matter #: 05621-00003
Page 14                                                     Invoice Number: 101-0000111076

| | | | | |
|---|---|---|---|---|
| | | (2.4); analysis re: ███ 1.7) | | |
| 11/11/20 | MMC | Strategize re: ███ (.2); strategize re: ███ (.8). | 1.00 | 1,062.50 |
| 11/12/20 | AB2 | Emails with SJ1 re: ███ (.2); research ███ (.2); prepare ███ (.2). | 0.60 | 105.00 |
| 11/12/20 | SJ1 | Prepare analysis re: ███ (3.8); legal research re: ███ (1.7); prepare ███ (.4); analysis re: ███ (2.5); analysis re: ███ (.6). | 9.00 | 7,897.50 |
| 11/12/20 | VM1 | Prepare and process ███ | 2.30 | 575.00 |
| 11/12/20 | RHK | Analysis and review ███ (1.7); call with M. Caruso re ███ (.7); various correspondence with S. Jenkins, T. Anten, and D. Scher re ███ (2.1); various correspondence ███ (1.4); correspondence ███ (.3); call ███ (.8). | 7.00 | 7,437.50 |
| 11/12/20 | TA | Strategize re: ███ l (3.1); draft and revise ███ (5.9). | 9.00 | 8,032.50 |
| 11/12/20 | ABQ | Conduct legal research ███ | 1.50 | 965.25 |

**quinn emanuel** trial lawyers

(1.0); conduct legal research

(0.5).

| 11/12/20 | DS6 | Review and revise | 7.30 | 4,697.55 |
|---|---|---|---|---|

1.5); legal research re:

(2.0); legal research re:

(2.2); correspondence with R. Kassabian and T. Anten re:

(1.6).

| 11/12/20 | MMC | Strategize re:            (1.8); strategize re:            (.5). | 2.30 | 2,443.75 |
|---|---|---|---|---|

| 11/12/20 | SW2 | Review and analyze | 4.00 | 1,180.00 |
|---|---|---|---|---|

(4.0)

| 11/13/20 | AB2 | Emails with SJ1 re: | 3.10 | 542.50 |
|---|---|---|---|---|

(.8); research

(.9); prepare

(1.4).

| 11/13/20 | SJ1 | Prepare | 8.80 | 7,722.00 |
|---|---|---|---|---|

(3.1);

preparation

(2.4); analysis re:

(3.3).

| 11/13/20 | VM1 | Prepare and process | 2.60 | 650.00 |
|---|---|---|---|---|

| 11/13/20 | RHK | Analysis re | 8.50 | 9,031.25 |
|---|---|---|---|---|

(2.8); revise

(.6); correspond

(.4); revise

(1.1); correspondence with C. Bogdanos and M. Caruso re

**quinn emanuel** trial lawyers

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| | | ████████ (1.2); correspondence with D. Scher and M. Caruso re ████████ (1.2); revise ████████ (.4); call with T. Anten and M. Caruso re ████████ (.8). | | |
| 11/13/20 | TA | Strategize re: ████████ (4.2); draft and revise ████████ (3.0); review and revise (0.5). | 7.70 | 6,872.25 |
| 11/13/20 | ABQ | Prepare ████████. | 1.00 | 643.50 |
| 11/13/20 | DS6 | Review and revise ████████ (1.5); review ████████ (0.7); review and revise ████████ (4.1); prepare ████████ (3.0). | 9.30 | 5,984.55 |
| 11/13/20 | SW2 | Research, review and analyze ████████. (2.0) | 2.00 | 590.00 |
| 11/13/20 | MMC | Strategize re: ████████ (1.0); revise ████████ (5.3); strategize re: ████████ (.2). | 6.50 | 6,906.25 |
| 11/14/20 | SJ1 | Analysis re: ████████ (3.7). | 3.70 | 3,246.75 |
| 11/14/20 | TA | Review and revise ████████ | 1.00 | 892.50 |

**quinn emanuel** trial lawyers

December 17, 2020                                          Matter #: 05621-00003
Page 17                                          Invoice Number: 101-0000111076

| | | | | |
|---|---|---|---|---|
| | | ███ (1.0). | | |
| 11/14/20 | RHK | Review and revise ███████ | 3.80 | 4,037.50 |
| 11/14/20 | CTB | Edits to ████████ | 1.90 | 1,795.50 |
| 11/14/20 | ABQ | Email with D. Scher and team re. ███████ument | 0.10 | 64.35 |
| 11/14/20 | DS6 | Review and revise ████████ (4.5); review and revise ████ (2.5); review and revise ████ (1.2). | 8.20 | 5,276.70 |
| 11/14/20 | MMC | Revise ██████. (3.7). | 3.70 | 3,931.25 |
| 11/15/20 | SJ1 | Prepare analysis re: ████ (1.6); analysis re: ████ (3.2). | 4.80 | 4,212.00 |
| 11/15/20 | RHK | Prepare ██████ (5.8); various correspondence and calls ████ (1.0); correspond ████ (.4). | 7.20 | 7,650.00 |
| 11/15/20 | TA | Strategize re: ████ (1.0); draft and revise ████ (6.0). | 7.00 | 6,247.50 |
| 11/15/20 | MMC | Strategize re: ████ (2.1). | 2.10 | 2,231.25 |
| 11/15/20 | DS6 | Review and revise ████ and TC with R. Kassabian, M. Caruso, and T. Anten re: ██ (6.2); preparation for | 9.70 | 6,241.95 |

# quinn emanuel trial lawyers

December 17, 2020
Page 18

Matter #: 05621-00003
Invoice Number: 101-0000111076



(3.5).

| 11/16/20 | AB2 | Emails with SJ1 re: ████ (.6); research ██ (.6); prepare ████ (1.3); prepare ████ (1.4); prepare ██ (.2). | 3.90 | 682.50 |
| 11/16/20 | DS4 | Create ████ | 0.80 | 240.00 |
| 11/16/20 | JM7 | Prepare ████ | 1.20 | 210.00 |
| 11/16/20 | VM1 | Prepare and process ████ | 2.40 | 600.00 |
| 11/16/20 | SJ1 | Prepare analysis re: ████ (.7); prepare analysis and correspondence re: ████ (5.9); preparation of ██ (2.2); review and revise ██ 2.4). | 11.20 | 9,828.00 |
| 11/16/20 | RHK | Various correspondence ████ (4.8); correspondence ████ (.4); revise ██ (.8); Review ██ (.6); revise ██ | 7.40 | 7,862.50 |

# quinn emanuel trial lawyers

December 17, 2020                                                            Matter #: 05621-00003
Page 19                                                            Invoice Number: 101-0000111076

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | ██████ (.8). |  |  |
| 11/16/20 | ABQ | Conduct ████████████ (0.9); prepare ████████████ (1.0). | 1.90 | 1,222.65 |
| 11/16/20 | TA | Strategize re: ████████████ and confer with M.Caruso re: ████ (3.0); draft and revise ████████████ (5.5). | 8.50 | 7,586.25 |
| 11/16/20 | DS6 | Review and revise ████████████ 3.0); review and revise ████████ (2.1); ████ correspondence to R. Kassabian re: ████ (1.5); preparation for ████████████ (2.2). | 8.80 | 5,662.80 |
| 11/16/20 | MMC | Strategize re: ████████████ (.1). | 1.30 | 1,381.25 |
| 11/16/20 | RSH | Preparation and drafting of ████████████ (1.5); Correspondence with D. Scher and T. Anten re: ████████ (.7). | 2.20 | 858.00 |
| 11/16/20 | JL9 | Conduct ████████████ (0.7). | 0.70 | 122.50 |
| 11/16/20 | SW2 | Research, review and analyze ████████████ | 8.00 | 2,360.00 |

los angeles | new york | san francisco | silicon valley | chicago | dc | london | mannheim | tokyo | hamburg | paris | munich
sydney | hong kong | houston | brussels | seattle | zurich | shanghai | stuttgart | perth | boston | salt lake city

# quinn emanuel trial lawyers

December 17, 2020                                                    Matter #: 05621-00003
Page 20                                                 Invoice Number: 101-0000111076

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| | | ██████████████ (8.0). | | |
| 11/17/20 | DR2 | Review ███████████████ (.9); review █████████ (1.2); review ██████████ (.7). | 2.80 | 2,242.80 |
| 11/17/20 | RSH | Preparation ████████ (2.2); Correspondence with D. Scher and T. Anten re: █████ (.7). | 2.90 | 1,131.00 |
| 11/17/20 | RHK | Prepare ████████ and various correspondence with M. Caruso, D. Scher re ███ (3.8); finalize ████████ (3.1); call ██████ (1.8). | 8.70 | 9,243.75 |
| 11/17/20 | SJ1 | Analysis re: ██████ (.8); analysis re: █████ (1.1); analysis re: ████ (5.5). | 7.40 | 6,493.50 |
| 11/17/20 | ABQ | Prepare ████████ | 1.30 | 836.55 |

# quinn emanuel trial lawyers

(0.8); prepare

(0.5)

| 11/17/20 | TA | Draft and revise | 6.40 | 5,712.00 |

(6.0); review and revise (0.4).

| 11/17/20 | DS6 | Prepare | 4.80 | 3,088.80 |

(1.0); correspondence with R. Kassabian (0.4).

| 11/17/20 | MMC | Strategize re: | 5.10 | 5,418.75 |

(.5); strategize re: (4.6).

| 11/17/20 | SW2 | Draft | 6.00 | 1,770.00 |

(6.0)

| 11/18/20 | DR2 | Review | 6.80 | 5,446.80 |

(4.9); review and revise (.5); Review

# quinn emanuel trial lawyers

|          |      |                                              |      |          |
|----------|------|----------------------------------------------|------|----------|
|          |      | ██████ (1.4).                                |      |          |
| 11/18/20 | AB2  | Emails with DS6 re: ██████ (.3); research ██████ (.5); locate, prepare ██████ (.8). | 1.60 | 280.00 |
| 11/18/20 | SJ1  | Analysis re: ██████ (2.9); correspondence ██████ (.4); review and revise ██████ (2.1); correspondence ██████ (.5); review and revise ██████ (.8); analysis re: ██████ (2.9). | 9.60 | 8,424.00 |
| 11/18/20 | RHK  | Revise ██████ (6.9); various correspondence ██████ (.7); revise ██████ (.8); prepare ██████ (.8). | 9.20 | 9,775.00 |
| 11/18/20 | SW2  | Research, review and analyze ██████ . (8.0) | 8.00 | 2,360.00 |
| 11/18/20 | ABQ  | Prepare ██████                               | 1.60 | 1,029.60 |
| 11/18/20 | TA   | Draft and revise ██████ (5.0); strategize re: ██████ | 6.50 | 5,801.25 |

# quinn emanuel trial lawyers

December 17, 2020                                                                                    Matter #: 05621-00003
Page 23                                                                                    Invoice Number: 101-0000111076

|            |     |                                              |      |          |
|------------|-----|----------------------------------------------|------|----------|
|            |     | ██████████ (1.5).                            |      |          |
| 11/18/20   | DS6 | Review and revise P.██████████ ██████████ (2.8); correspondence with R. Kassabian re: ██████████ (0.8); correspondence with R. Kassabian ██████████ (0.8); prepare ██████████ (2.3). | 6.70 | 4,311.45 |
| 11/18/20   | RSH | Preparation ██████████ (.5).                 | 0.50 | 195.00   |
| 11/18/20   | MMC | Strategize re: ██████ (.1); strategize re: ██████ (.4); strategize re: ██████ (1.8). | 2.30 | 2,443.75 |
| 11/19/20   | DR2 | Review ██████████ (1.8); prepare ██████████ (1.2); review and revise ██████████ (2.7). | 5.80 | 4,645.80 |
| 11/19/20   | DS6 | Prepare ██████████ (6.3); correspondence with R. Kassabian ██████████ (0.5); revise ██████████ (2.4); correspondence with R. Kassabian re: ██████████ (0.7). | 9.90 | 6,370.65 |
| 11/19/20   | JM7 | Prepare ██████████                            | 1.70 | 297.50   |

# quinn emanuel trial lawyers



| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | ██████ . | | |
| 11/19/20 | SJ1 | Review and revise ██████ (1.4); analysis re: ██████ (6.7); prepare ██████ (1.6); analysis re: ██████ (.6); preparation of ██████ (.5); analysis re: ██████ (.7). | 11.50 | 10,091.25 |
| 11/19/20 | AB2 | Emails with SJ1 re: ██████ (.2); ██████ (.2); research and locate, prepare ██████ (.4). | 0.80 | 140.00 |
| 11/19/20 | RHK | Revise ██████ (5.8); call ██████ (.4); ██████ (.7); call with T. Anten and M. Caruso re ██████ (.8); correspondence with D. Reinhard re ██████ (.6); correspondence ██████ (.3); review ██████ 1.7); various correspondence ██████ (2.5). | 12.80 | 13,600.00 |
| 11/19/20 | ABQ | Prepare and revise ██████ (.5); prepare and revise ██████ | 3.20 | 2,059.20 |

**quinn emanuel** trial lawyers

December 17, 2020
Page 25

Matter #: 05621-00003
Invoice Number: 101-0000111076

| | | | | |
|---|---|---|---|---|
| | | ████████████████ (1.7) | | |
| 11/19/20 | CTB | Edit ██████████████ | 1.70 | 1,606.50 |
| 11/19/20 | TA | Draft and revise ████████████ ████████████████ (8.1). | 8.10 | 7,229.25 |
| 11/19/20 | VM1 | Prepare and process ████████ ████████████ | 1.90 | 475.00 |
| 11/19/20 | RSH | Prepared ████████████████ (1.6); Performed research regarding ████████████████ (1.1). | 2.70 | 1,053.00 |
| 11/19/20 | JL9 | Prepare ████████████ (1.1). | 1.10 | 192.50 |
| 11/19/20 | MMC | Strategize re: ████████████ (5.7). | 5.70 | 6,056.25 |
| 11/19/20 | SW2 | Research, review and analyze ████████████ (8.0) | 8.00 | 2,360.00 |
| 11/20/20 | DR2 | Review and revise ████████ (1.1); ████████ (6.3); prepare ████████████ (1.3). | 8.70 | 6,968.70 |
| 11/20/20 | JM7 | Prepare ████████████ | 0.60 | 105.00 |
| 11/20/20 | TA | Draft and revise ████████████ ████████████ (9.2). | 9.20 | 8,211.00 |

# quinn emanuel trial lawyers

December 17, 2020

Page 26

Matter #: 05621-00003

Invoice Number: 101-0000111076

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 11/20/20 | SJ1 | Review and revise ████ (2.1); analysis re: ████ (5.2); ████ review and revise ████ (.6); finalize ████ (1.7); review and revise ████ (1.8). | 11.40 | 10,003.50 |
| 11/20/20 | AB2 | Emails with SJ1 re: ████ (.5); research and ████ (.5); prepare ████ (1); prepare ████ (.2); emails with DS6 re: ████ (.2); prepare ████ (.4); prepare ████ (.2); emails with SJ1 re: ████ (.1); research and ████ (.2); emails with SJ1 re: ████ (.2); research and ████ (.5); locate, prepare ████ (.4). | 4.40 | 770.00 |
| 11/20/20 | RHK | Revise ████ (2.8); call ████ (1.5); revise ████ (1.5); revise ████ (.8); correspondence ████ (.7); correspondence with R. Huddle re ████ (.4); revise ████ (1.3); call with D. Reinhard re ████ (.4); correspondence with T. Anten re ████ (.8); call with C. Bogdanos re ████ (.9). | 11.10 | 11,793.75 |
| 11/20/20 | RSH | Prepared ████ | 1.10 | 429.00 |

**quinn emanuel** trial lawyers

December 17, 2020                                                                                    Matter #: 05621-00003
Page 27                                                                              Invoice Number: 101-0000111076

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | ████ (1.1). | | |
| 11/20/20 | ABS | Search and review ████ ████ (2.5). | 2.50 | 737.50 |
| 11/20/20 | CTB | Review/edit ████. | 1.30 | 1,228.50 |
| 11/20/20 | VM1 | Prepare and process ████ ████ n. | 2.20 | 550.00 |
| 11/20/20 | DS6 | Revise ████ (6.0); correspondence with D. Reinhard re: ████ (0.5); analysis of ████ (0.6); revise ████ (1.8). | 8.90 | 5,727.15 |
| 11/20/20 | MMC | Strategize re: ████ (.2). | 0.20 | 212.50 |
| 11/20/20 | ABQ | Prepar ████ | 0.90 | 579.15 |
| 11/20/20 | SW2 | Research, review and analyze ████ . (1.0) | 1.00 | 295.00 |
| 11/21/20 | DR2 | Review ████ (.7); prepare ████ (1.2); Review and revise ████ (1.5). | 3.40 | 2,723.40 |

**quinn emanuel** trial lawyers

December 17, 2020
Page 28

Matter #: 05621-00003
Invoice Number: 101-0000111076

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 11/21/20 | RHK | Revise BSA ████████ (4.1); revise ████████ (2.1); various correspondence with S. Jenkins re ████████ (1.9). | 8.10 | 8,606.25 |
| 11/21/20 | RSH | Prepared ████████. 3.8. Prepared ████████. 1.1. | 4.90 | 1,911.00 |
| 11/21/20 | TA | Draft and revise ████████ (8.8). | 8.80 | 7,854.00 |
| 11/21/20 | SJ1 | Review and revise ████████ (3.4); review and revise ████████ (1.5); review and revise ████████ (.6); analysis re: ████████ (3.8); analysis re: ████████ (1.4); review and revise ████████ (1.3). | 11.50 | 10,091.25 |
| 11/21/20 | AB2 | Emails with DS6 and SJ1 re: ████████ (.3); emails with SJ1 re: ████████ (.4); ████████ research ████████ (.3); utilize ████████ (1); use ████████ (.9); emails with ABQ re: ████████ (.1); locate, prepare and provide ████████ (.3). | 3.30 | 577.50 |
| 11/21/20 | CTB | Review ████████ (.5); | 1.30 | 1,228.50 |

**quinn emanuel** trial lawyers

December 17, 2020
Page 29

review █████████████ (.8).

| 11/21/20 | DS6 | Revise █████████ ████████ (4.4); revise ██████ ██████████████ (5.2). | 9.60 | 6,177.60 |
| 11/21/20 | ABQ | Prepare and revise ████████ ████ (1.3); prepare ██████████ (0.4); prepare █████████ (0.4); prepare and revise █████ (0.8); prepare and revise ████████ (1.9) | 4.80 | 3,088.80 |
| 11/22/20 | DR2 | Review and revise ████████ ██████ (3.6); prepare █████ ████████████ (1.9). | 5.50 | 4,405.50 |
| 11/22/20 | RHK | Revise ██████ █████ (4.6); revise █████ (6.8); review ████ (2.2). | 13.60 | 14,450.00 |
| 11/22/20 | TA | Draft and revise ████████ ████████ (10.2). | 10.20 | 9,103.50 |
| 11/22/20 | SJ1 | Review and revise ██████ (1.1); review and revise ██████ (1.7); prepare ████████ (7.2); prepare correspondence █████████ | 12.70 | 11,144.25 |

# quinn emanuel trial lawyers

December 17, 2020                                                    Matter #: 05621-00003
Page 30                                                    Invoice Number: 101-0000111076

|          |      |                                           |       |          |
|----------|------|-------------------------------------------|-------|----------|
|          |      | (1.3); review and revise (1.4).           |       |          |
| 11/22/20 | DS6  | Revise (3.7); revise (4.4); prepare (2.0). | 10.10 | 6,499.35 |
| 11/22/20 | AB2  | Emails with SJ1 re: (.7); locate, prepare (1.2); research and reporting re: (.8). | 2.70 | 472.50 |
| 11/22/20 | RSH  | Prepared                                  | 0.40  | 156.00   |
| 11/22/20 | CTB  | Review ; email to R. Kassabian re .       | 2.40  | 2,268.00 |
| 11/22/20 | ABQ  | Prepare, revise, (2.3); prepare, revise, (2.0); prepare and revise (3.7); email with S. Jenkins re. (0.4) | 8.40 | 5,405.40 |
| 11/23/20 | DR2  | Review , and confer with case team re: (.4) | 0.40 | 320.40 |
| 11/23/20 | SW2  | Research, review and analyze . (8.0)      | 8.00  | 2,360.00 |
| 11/23/20 | RSH  | Prepared . 1.6. Prepared . 1.2. Prepared | 4.80  | 1,872.00 |

**quinn emanuel** trial lawyers

December 17, 2020
Page 31

Matter #: 05621-00003
Invoice Number: 101-0000111076

. 2.0

| | | | | |
|---|---|---|---|---|
| 11/23/20 | RHK | Revise ███████ (5.1); revise ███████ (4.5).; various calls and correspondence with T. Anten, D. Scher and S. Jenkins re ███ (2.2). | 11.80 | 12,537.50 |
| 11/23/20 | TA | Draft and revise ███████ (10.8); confer ███ (0.2). | 11.00 | 9,817.50 |
| 11/23/20 | SJ1 | Review and revise ███ (2.6); prepare analysis re: ███ (5.2); correspondence ███ (1.3); prepare correspondence ███ (2.8); Review and revise ███ (.9); review and revise ███ (1.8). | 14.60 | 12,811.50 |
| 11/23/20 | AB2 | Emails with SJ1 re: ███ (.2); prepare ███ (.2); prepare ███ (.6). | 1.00 | 175.00 |
| 11/23/20 | DS6 | Review and revise ███ (3.7); review and revise ███ (3.2); review and revise ███ (6.5); correspondence with R. | 14.70 | 9,459.45 |

# quinn emanuel trial lawyers

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | Kassabian re: ███████ (1.2). | | |
| 11/23/20 | JL9 | Conduct searches ████████ (1.2). | 1.20 | 210.00 |
| 11/23/20 | MMC | Strategize re: █████ (.2); revise ██████████ (4.4). | 4.60 | 4,887.50 |
| 11/23/20 | ABQ | Prepare ████████████ (2.5); prepare ██████████ (0.2) | 2.70 | 1,737.45 |
| 11/23/20 | CTB | Email to R. Kassabian re ███████ f (1.2); review ████████ and email to M. Caruso re ██████ (.3). | 1.50 | 1,417.50 |
| 11/24/20 | DR2 | Review and revise ████████████ (1.8); review and comment on ███████████ .4); review and comment on ████████ (.6). | 2.80 | 2,242.80 |
| 11/24/20 | ABS | Search and review ████████ (1.7). | 1.70 | 501.50 |
| 11/24/20 | RSH | Prepared ███████ . 3.7. Prepared ██████ . 2.1. Prepared █ 2.8. Prepared ████ 1.4 | 10.00 | 3,900.00 |
| 11/24/20 | SW2 | Research, review and analyze ████████████ . (8.0) | 8.00 | 2,360.00 |
| 11/24/20 | RHK | Revise and finalize ████████ | 14.30 | 15,193.75 |

# quinn emanuel trial lawyers

various calls and correspondence with T. Anten, M. Caruso, D. Scher and S. Jenkins re ████.

| | | | | |
|---|---|---|---|---|
| 11/24/20 | TA | Draft and revise ████ ████ (11.5). | 11.50 | 10,263.75 |
| 11/24/20 | SJ1 | Prepare correspondence ████ (1.3); review and revise ████ (4.9); review and revise ████ (1.5); review and revise ████ (3.8); analysis re: ████ (1.1); prepare ████ (2.1). | 14.70 | 12,899.25 |
| 11/24/20 | DS6 | Review and revise ████ (2.8); review and revise ████, and correspondence with A. Que and R. Hubble re: ████ (5.8); review and revise ████ (6.3); review and revise ████ (1.2). | 16.10 | 10,360.35 |
| 11/24/20 | MMC | Revise ████ (1.3). | 1.30 | 1,381.25 |
| 11/24/20 | ABQ | Prepare ████ (5.7), prepare ████ (2.0), prepare ████ | 12.30 | 7,915.05 |

**quinn emanuel** trial lawyers

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | ████████ (1.1), prepare ████████ |  |  |  |
|  |  | ████ (1.0), prepare ████ (2.5) |  |  |  |
| 11/24/20 | CTB | Review ████████ and emails to R. Kassabian re same (3.7); review ████████ ████ (1.1). |  | 4.80 | 4,536.00 |
| 11/25/20 | DS6 | Review ████████ ████ (3.2). |  | 3.20 | 2,059.20 |
| 11/25/20 | RHK | Prepare for and attend ████████ ████ . |  | 0.70 | 743.75 |
| 11/25/20 | DR2 | Review and comment on ████ ████ (.3); emails to case team re: ████ (.2); review ████ ████ (.2). |  | 0.70 | 560.70 |
| 11/25/20 | SJ1 | Prepare ████ ████ (3.1); finalize ████ (1.3); correspondence ████ ████ (.7). |  | 5.10 | 4,475.25 |
| 11/25/20 | TA | Review and revise ████ ████ (4.1). |  | 4.10 | 3,659.25 |
| 11/30/20 | ABQ | Conduct legal research re. ████ ████ . |  | 1.00 | 643.50 |
| 11/30/20 | RHK | Call with ████ ████ (.8); various correspondence with T. Anten ████ (1.0); correspondence with S. Jenkins and T. Anten re ████ ████ (1.1); review and analysis re ████ |  | 4.10 | 4,356.25 |

**quinn emanuel** trial lawyers

December 17, 2020
Page 35

Matter #: 05621-00003
Invoice Number: 101-0000111076

| | | | | |
|---|---|---|---|---|
| | | ██████████ (1.2). | | |
| 11/30/20 | DS6 | Analysis re: ██████████, and preparation of ██████████ (3.7) | 3.70 | 2,380.95 |
| 11/30/20 | SJ1 | Review and revise ██████████ (1.3); analysis re: ██████████ (.8); analysis, review and revise ██████████ (1.7); analysis re: ██████████ (.4). | 4.20 | 3,685.50 |
| 11/30/20 | TA | Strategize re: ██████████ and communications with R.Kassabian re: ██████ (1.2); review and revise ██████████ (0.4); analysis re: ██████████ and ██████████ (3.0); emails with D.Scher re: ██████████ (0.7). | 5.30 | 4,730.25 |
| | | SUBTOTAL | 1,129.30 | 857,929.25 |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Rachel Herrick Kassabian | RHK | Partner | 195.50 | 1,062.50 | 207,718.75 |
| Margret Caruso | MMC | Partner | 66.80 | 1,062.50 | 70,975.00 |
| Claudia Bogdanos | CTB | Counsel | 24.50 | 945.00 | 23,152.50 |
| Todd Anten | TA | Partner | 151.70 | 892.50 | 135,392.25 |
| Sara Jenkins | SJ1 | Counsel | 203.50 | 877.50 | 178,571.25 |
| Donald Reinhard | DR2 | Associate | 37.30 | 801.00 | 29,877.30 |
| Dylan Scher | DS6 | Associate | 193.00 | 643.50 | 124,195.50 |
| Allison (Bingxue) Que | ABQ | Associate | 49.20 | 643.50 | 31,660.20 |
| Roger S Huddle | RSH | Law Clerk | 29.50 | 390.00 | 11,505.00 |
| Scott Weingrad | SW2 | Attorney | 95.00 | 295.00 | 28,025.00 |
| Andrew B. Sanford | ABS | Attorney | 10.60 | 295.00 | 3,127.00 |

**quinn emanuel** trial lawyers

December 17, 2020
Page 36

Matter #: 05621-00003
Invoice Number: 101-0000111076

| Case Assistants | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Barbara J Howell | BH2 | Paralegal | 7.10 | 330.00 | 2,343.00 |
| Nolan Schoichet | NS2 | Paralegal | 3.00 | 330.00 | 990.00 |
| Dave Scholz | DS4 | Graphics Coordinator | 0.80 | 300.00 | 240.00 |

| Litigation Support/Document Management Services | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Vince Mesa | VM1 | Litigation Support | 31.80 | 250.00 | 7,950.00 |
| Anthony Bentancourt | AB2 | Litigation Support | 33.00 | 175.00 | 5,775.00 |
| Jet Ma | JM7 | Litigation Support | 3.50 | 175.00 | 612.50 |
| Joe Liao | JL9 | Litigation Support | 3.00 | 175.00 | 525.00 |

**Expense Summary**

| Description | | Amount |
|---|---|---|
| Attorney service | | 409.50 |
| Online Research | | 0.00 |
| Messenger | | 16.87 |
| Document Reproduction | 0.10 | 260.30 |
| Word processing | | 0.00 |
| Document Services | per page based on market not cost | 955.70 |

**Litigation Support Costs**
(Charges based on market not cost)

| | | |
|---|---|---|
| Hosting per GB - 3.50 | | 6,226.50 |
| | Total Expenses | $7,868.87 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: January 28, 2021, at 4:00 p.m. (prevailing Eastern Time)** |

**NOTICE OF THE FOURTH MONTHLY FEE APPLICATION
OF QUINN EMANUEL URQUHART & SULLIVAN, LLP FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT
OF EXPENSES FOR THE PERIOD FROM NOVEMBER 1, 2020,
TO AND INCLUDING NOVEMBER 30, 2020**

PLEASE TAKE NOTICE that today, Quinn Emanuel Urquhart & Sullivan, LLP, as special counsel to the Debtors in the above-captioned case, filed the attached Fourth Monthly Fee Application of Quinn Emanuel Urquhart & Sullivan, LLP for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2020, to and Including November 30, 2020 (the "Application").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Application, must: (a) be filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, by January 28, 2021, at 4:00 p.m. (ET) (the "Objection Deadline"); and (b) be served so as to be received on or before the Objection Deadline by:

a.    The Debtors, Boy Scouts of America, 1325 West Walnut Hill Lane, Irving, Texas 75038, Attn: Steven P. McGowan (steve.mcgowan@scouting.org);

b.    Counsel to the Debtors – White & Case LLP, 1221 Avenue of the Americas, New York, New York 10020, Attn: Jessica C.K. Boelter (jessica.boelter@whitecase.com) and Matthew E. Linder (mlinder@whitecase.com);

c.    Co-counsel to the Debtors - Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, 16th Floor, P.O. Box 1347, Wilmington, Delaware 19899-1347, Attn: Derek C. Abbott (dabbott@mnat.com);

---

[1]    The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

d.  The United States Trustee - 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: David Buchbinder, Hannah M. McCollum, and Ramona Vinson (david.l.buchbinder@usdoj.gov; hannah.mccollum@usdoj.gov; ramona.vinson@usdoj.gov);

e.  Counsel to the Official Committee of Unsecured Creditors - Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036, Attn: Rachael Ringer and Megan M. Wasson (rringer@kramerlevin.com; mwasson@kramerlevin.com);

f.  Co-counsel to the Official Committee of Unsecured Creditors - Reed Smith LLP, 1201 N. Market Street, Suite 1500, Wilmington, DE 19801, Attn: Kurt F. Gwynne and Katelin A. Morales (kgwynne@reedsmith.com; kmorales@reedsmith.com);

g.  Counsel to the Official Committee of Tort Claimants - Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801, Attn: James E. O'Neill and James I. Stang (joneill@pszjlaw.com; jstang@pszjlaw.com);

h.  Counsel to the Ad Hoc Committee of Local Councils - Wachtell, Lipton, Rosen & Katz, 51 West 52nd Street, New York New York 10019, Attn: Richard G. Mason and Joseph C. Celentino (rgmason@wlrk.com; jccelentino@wlrk.com);

i.  Counsel to JPMorgan Chase Bank, National Association - Norton Rose Fulbright US LLP, 2200 Ross Avenue, Dallas, Texas 75201-7932, Attn: Louis R. Srubeck and Kristian W. Gluck; (kristian.gluck@nortonrosefulbright.com; louis.strubeck@nortonrosefulbright.com);

j.  Counsel to the County Commission of Fayette County (West Virginia) - Steptoe & Johnson PLLC, Chase Tower, 8th Floor, 707 Virginia Street East, Charleston, West Virginia 25301, Attn: John Stump (john.stump@steptoe-johnson.com);

k.  Counsel to the Future Claimants' Representative - Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 N. King Street, Wilmington, Delaware 19801, Attn: Robert S. Brady and Edwin J. Harron (eharron@ycst.com; rbrady@ycst.com); and

l.  Rucki Fee Review, LLC, 1111 Windon Drive, Wilmington, DE 19803, Attn: Justin H. Rucki (justinrucki@ruckifeereview.com).

A HEARING ON THE APPLICATION, IF NECESSARY, WILL BE HELD AT THE CONVENIENCE OF THE COURT AND NOTICE OF ANY SUCH HEARING WILL BE GIVEN ONLY TO THE OBJECTING PARTY OR PARTIES.

IF YOU FILE TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION, WITHOUT FURTHER NOTICE OF HEARING.

Respectfully submitted this 14th day of January, 2021.

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/  Patricia B. Tomasco*

Patricia B. Tomasco
711 Louisiana, Suite 500
Houston, Texas 77002
Telephone: 713-221-7000
Facsimile:  713-221-7100
Email: pattytomasco@quinnemanuel.com

-and-

Rachel Herrick Kassabian
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: 650-801-5005
Email: rachelkassabian@quinnemanuel.com

-and-

Todd Anten
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: 212-849-7192
Email: toddanten@quinnemanuel.com

SPECIAL LITIGATION COUNSEL FOR THE BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC