**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**RE:  D.I. 1885** |

**CERTIFICATE OF NO OBJECTION REGARDING THE SECOND MONTHLY APPLICATION OF WHITE & CASE LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM NOVEMBER 1, 2020 TO AND INCLUDING NOVEMBER 30, 2020**

The undersigned hereby certifies that, as of the date hereof, White & Case, LLP ("White & Case") has received no answer, objection or other responsive pleading to the **Second Monthly Application of White & Case LLP for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2020 to and Including November 30, 2020**  (the "Application") (D.I. 1885), filed on December 30, 2020.

The undersigned further certifies that Morris Nichols has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon.  Pursuant to the Notice, objections to the Application were to be filed and served no later than January 13, 2021 at 4:00 p.m. (Eastern Time).

Accordingly, pursuant to the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* (D.I. 341)

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

entered on April 6, 2020, the Debtors are authorized to pay the amount indicated below without any further court order.

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Debtors are Authorized to Pay ( (2) + (3) ) |
|---|---|---|---|
| $1,332,752.50 | $256.11 | $1,066,202.00 | $1,066,458.11 |

WHEREFORE, White & Case respectfully requests that the Application be approved.

Dated:  January 14, 2021
        New York, New York

**WHITE & CASE LLP**

*/s/ Jessica C. K. Boelter*
Jessica C. K. Boelter (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: jessica.boelter@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email: mandolina@whitecase.com
        mlinder@whitecase.com

ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION