## Exhibit B

**Phase 2 Fees and Expense Itemization**



**FILE COPY ONLY – BILL
SUBMITTED ELECTRONICALLY
DO NOT SUBMIT TO CLIENT
UNLESS EXPRESSLY
REQUESTED BY CLIENT**

December 28, 2020

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:  (864) 241-1908
www.ogletreedeakins.com

Robyn Jungers
The Boy Scouts of America
Legal Department
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2049

PERSONAL AND CONFIDENTIAL

Bill #  90344035
Client.Matter #  047657.000013

**Re:   BSA General Defense - Bankruptcy (Billiable)**

For professional services rendered through November 30, 2020, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Fees .........................................................................................................................$3,499.50
Expenses......................................................................................................................$0.00

**Total Due This Bill**..............................................................................................**$3,499.50**

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington





Page 3
12/28/20
Bill No. 90344035
047657.000013-BAG

Robyn Jungers
The Boy Scouts of America
Legal Department
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2049

**Re:  BSA General Defense - Bankruptcy (Billiable)**

---

For professional services rendered through November 30, 2020

| Date | Initials | Stage | Description | Hours | Amount |
|------|----------|-------|-------------|-------|--------|
| 11/02/20 | BAG | PHASE2 | Work on 7th monthly fee application. | 1.00 | 640.00 |
| 11/03/20 | KAD | PHASE2 | Email exchange with Anna Kutz regarding Bays Lung invoices and payment issues with Chubb. | 0.10 | 19.00 |
| 11/03/20 | KAD | PHASE2 | Investigate Hawaii cases in order to determine available coverage and invoice and payment issues. | 0.30 | 57.00 |
| 11/03/20 | KAD | PHASE2 | Email exchange with Eric Moats regarding Ogletree's 7th Monthly Fee Application for filing and revisions to same. | 0.20 | 38.00 |
| 11/03/20 | KAD | PHASE2 | Finalize Ogletree's 7th Monthly Fee Application. | 0.30 | 57.00 |
| 11/04/20 | BAG | PHASE2 | Review email exchange with Justin Rucki at Fee Review regarding 7th monthly fee application. | 0.20 | 128.00 |
| 11/04/20 | KAD | PHASE2 | Email exchange with Eric Moats regarding Ogletree's 7th monthly fee application and expense detail to submit to the fee examiner. | 0.20 | 38.00 |
| 11/04/20 | KAD | PHASE2 | Compile billing information to send to Bays Lung Rose & Holma per Anna Kutz request. | 0.80 | 152.00 |
| 11/04/20 | KAD | PHASE2 | Email John Lee regarding billing on Hawaii matters and  issues with invoices recently submitted to BSA. | 0.10 | 19.00 |



Page 4
12/28/20
Bill No. 90344035
047657.000013-BAG

| Date | Initials | Stage | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/04/20 | KAD | PHASE2 | Compile billing information requested by Yesmy Romero for various New York lawsuits assigned to Wiggin and Dana. | 0.80 | 152.00 |
| 11/04/20 | KAD | PHASE2 | Email exchange with Yesmy Romero regarding billing information for various New York lawsuits assigned to Wiggin and Dana. | 0.10 | 19.00 |
| 11/04/20 | KAD | PHASE2 | Email Justin Rucki regarding Ogletree's expense and fee detail in connection with the 7th monthly fee application. | 0.10 | 19.00 |
| 11/04/20 | KAD | PHASE2 | Prepare Ogletree's expense and fee detail in connection with the 7th monthly fee application. | 0.30 | 57.00 |
| 11/05/20 | KAD | PHASE2 | Email exchange with Hassan Popal regarding billing instructions and procedures for newly assigned M.M. lawsuit. | 0.10 | 19.00 |
| 11/09/20 | SEM | PHASE2 | Email exchange with Kelci Davis and New York defense counsel regarding assignment of and billing for Brian Driscoll case and release of KS Doe 15 matter. | 0.30 | 133.50 |
| 11/09/20 | KAD | PHASE2 | Email exchange with Nicole Liberatore regarding potential insurance coverage for Robert Simandle claim and handling of invoices. | 0.10 | 19.00 |
| 11/12/20 | KAD | PHASE2 | Review and submit Epic invoice for processing and payment. | 0.20 | 38.00 |
| 11/12/20 | KAD | PHASE2 | Conduct first review/analysis of billing entries for inclusion in Ogletree's Eighth Monthly Fee Application. | 4.40 | 836.00 |
| 11/16/20 | KAD | PHASE2 | Email exchange with Eric Moats regarding Certificate of No Objection for Ogletree's 6th Monthly Fee Application. | 0.10 | 19.00 |
| 11/18/20 | BAG | PHASE2 | Review and respond to email from Desiree Vale regarding 7th monthly | 0.20 | 128.00 |



Page 5
12/28/20
Bill No. 90344035
047657.000013-BAG

| Date | Initials | Stage | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | fee application. | | |
| 11/25/20 | KAD | PHASE2 | Review email from Eric Moats regarding Third Interim Fee Application. | 0.10 | 19.00 |
| 11/30/20 | KAD | PHASE2 | Work on and prepare Ogletree's 8th Monthly Fee Application and invoices. | 4.70 | 893.00 |
| | | | Total Services: | 14.70 | 3,499.50 |

### Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Bruce A. Griggs | Shareholder | 640.00 | 1.40 | 896.00 |
| Sean E. Manning | Of Counsel | 445.00 | 0.30 | 133.50 |
| Kelci A. Davis | Paralegal | 190.00 | 13.00 | 2,470.00 |

| | |
|---|---|
| TOTAL FEES | $3,499.50 |
| TOTAL EXPENSES | $0.00 |
| TOTAL THIS BILL | $3,499.50 |