## Exhibit C

**Phase 5 Fees and Expense Itemization**



**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:  (864) 241-1908
www.ogletreedeakins.com

April 8, 2020

Elizabeth Ramirez-Washka
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079

PERSONAL AND CONFIDENTIAL

Bill #  90184619
Client.Matter #  083331.000022

**Re:**        Redacted

For professional services rendered through March 31, 2020, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Flat Rate Legal Fee.....................................................................................................................$500.00
Associated Expenses ...............................................................................................................$2,856.48

**Total Due This Bill**.................................................................................................................**$3,356.48**

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington



Page 2
04/08/20
Bill No. 90184619
083331.000022-LNG

Elizabeth Ramirez-Washka
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079

**Re:**   Redacted

---

For professional services rendered through March 31, 2020

| | | |
|---|---|---:|
| 02/07/20 | Prepare H-4 Spouse EAD Extension | 500.00 |
| | Total Fees | $500.00 |

## Expenses

| Description | | | Amount |
|---|---|---|---:|
| Copies | 176.00 @ | 0.10 ea. | 17.60 |
| Express Delivery/Postage | 1.00 @ | 13.88 ea. | 13.88 |
| VENDOR: U.S. Department of Homeland Security INVOICE#: CW31938 DATE: 2/13/2020 | | | 85.00 |

Prepare H-4 Extension Application (with H-1B, H-2B, H-3). Requested by Monica Patino-Zuniga Biometric Fee     Redacted          Matter: 006133.000063

| | | | |
|---|---|---|---:|
| VENDOR: U.S. Department of Homeland Security INVOICE#: CW31939 DATE: 2/13/2020 | | | 370.00 |

Prepare H-4 Extension Application (with H-1B, H-2B, H-3). Requested by Monica Patino-Zuniga File H-4 with USCIS MUDDUP OM     Redacted     Matter: 006133.000063

| | | | |
|---|---|---|---:|
| VENDOR: U.S. Department of Homeland Security INVOICE#: CW31940 DATE: 2/13/2020 | | | 410.00 |

Prepare H-4 Spouse EAD Extension. Requested by Monica Patino-Zuniga File EAD with USCIS MUDDUP OM     Redacted     Matter: 006133.000063

| | | | |
|---|---|---|---:|
| VENDOR: U.S. Department of Homeland Security INVOICE#: CW31937 DATE: 2/13/2020 | | | 460.00 |

Prepare H-1B Extension Petition. Requested by Monica Patino-Zuniga File H-1B with USCIS     Redacted          Matter: 006133.000063

| | | | |
|---|---|---|---:|
| VENDOR: U.S. Department of Homeland Security INVOICE#: CW31936 DATE: 2/13/2020 | | | 1,500.00 |

Prepare H-1B Extension Petition. Requested by Monica Patino-Zuniga H-1B USCIS Training Fee for CO. with MORE than 25 employees     Redacted     Redacted  Matter: 006133.000063

| | |
|---|---:|
| Total Expenses | 2,856.48 |



TOTAL FEES $500.00
TOTAL EXPENSES $2,856.48
TOTAL THIS BILL $3,356.48



**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:  (864) 241-1908
www.ogletreedeakins.com

June 15, 2020

Elizabeth Ramirez-Washka
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079

PERSONAL AND CONFIDENTIAL

Bill #  90225722
Client.Matter #  083331.000022

**Re:**        Redacted

For professional services rendered through May 31, 2020, in connection with the above-referenced matter
as outlined on the attached detailed billing sheets:

Flat Rate Legal Fee.........................................................................................................................$0.00
Associated Expenses .....................................................................................................................$13.71

**Total Due This Bill..............................................................................................................$13.71**

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington



Elizabeth Ramirez-Washka
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079

**Re:**    Redacted

---

For professional services rendered through May 31, 2020

### Expenses

| Description | | | Amount |
|---|---|---|---|
| Express Delivery/Postage | 1.00 @ | 13.71 ea. | 13.71 |
| Total Expenses | | | 13.71 |

| | |
|---|---|
| TOTAL FEES | $0.00 |
| TOTAL EXPENSES | $13.71 |
| TOTAL THIS BILL | $13.71 |



**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:  (864) 241-1908
www.ogletreedeakins.com

November 13, 2020

Elizabeth Ramirez-Washka
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079

PERSONAL AND CONFIDENTIAL

Bill #  90312562
Client.Matter #  083331.000022

**Re:**      Redacted

For professional services rendered through October 31, 2020, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Flat Rate Legal Fee.......................................................................................................................$0.00
Associated Expenses ...........................................................................................................$3,150.00

**Total Due This Bill..................................................................................................$3,150.00**

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington



Elizabeth Ramirez-Washka
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079

**Re:**     Redacted

---

For professional services rendered through October 31, 2020

## Expenses

| Description | Amount |
|---|---|
| VENDOR: U.S. Department of Homeland Security INVOICE#: CW84290 DATE: 10/22/2020 | 700.00 |
| Prepare Immigrant Petition based on Approved Labor Certification (Downgrade from EB-2 to EB-3). Requested by Monica Patino-Zuniga File Immigrant Petition with USCIS Redacted          Matter: 083331.000022 | |
| VENDOR: U.S. Department of Homeland Security INVOICE#: CW84291 DATE: 10/22/2020 | 1,225.00 |
| Prepare Adjustment of Status Application for Principal. Requested by Monica Patino-Zuniga File Adjustment of Status with USCIS          Redacted Matter: 083331.000022 | |
| VENDOR: U.S. Department of Homeland Security INVOICE#: CW84292 DATE: 10/22/2020 | 1,225.00 |
| Prepare Adjustment of Status Application for Principal. Requested by Monica Patino-Zuniga File Adjustment of Status with USCIS MUDDUP OM     Redacted        Matter: 083331.000022 | |
| Total Expenses | 3,150.00 |

|  |  |
|---|---|
| TOTAL FEES | $0.00 |
| TOTAL EXPENSES | $3,150.00 |
| TOTAL THIS BILL | $3,150.00 |



**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:  (864) 241-1908
www.ogletreedeakins.com

November 5, 2020

Elizabeth Ramirez-Washka
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079

PERSONAL AND CONFIDENTIAL

Bill #  90295681
Client.Matter #  083331.000022

**Re:**          Redacted

For professional services rendered through October 13, 2020, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Flat Rate Legal Fee.................................................................................................................$7,100.00
Associated Expenses ...................................................................................................................$0.00

**Total Due This Bill.................................................................................................$7,100.00**

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington



Page 2
11/05/20
Bill No. 90295681
083331.000022-LNG

Elizabeth Ramirez-Washka
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079

**Re:**    <span style="color:red">Redacted</span>

---

For professional services rendered through October 13, 2020

| | | |
|---|---|---:|
| 09/22/20 | Prepare Withdrawal of H-4 Nonimmigrant Visa | 500.00 |
| 10/07/20 | Prepare Immigrant Petition based on Approved Labor Certification (Downgrade from EB-2 to EB-3) | 2,000.00 |
| 10/07/20 | Prepare Adjustment of Status Application for Principal | 2,100.00 |
| 10/08/20 | Prepare Declaration of Self-Sufficiency (for principal) | 500.00 |
| 10/08/20 | Prepare Adjustment of Status Application for Dependent | 1,500.00 |
| 10/08/20 | Prepare Declaration of Self-Sufficiency (for dependent) | 500.00 |
| | Total Fees | $7,100.00 |

| | |
|---|---:|
| TOTAL FEES | $7,100.00 |
| TOTAL EXPENSES | $0.00 |
| TOTAL THIS BILL | $7,100.00 |

# Ogletree
# Deakins

**Submit Via E-Mail Only –
Do Not Send Hard Copy**

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:  (864) 241-1908
www.ogletreedeakins.com

December 11, 2020

Kenneth Ceaser
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079
Kenneth.Ceaser@scouting.org

PERSONAL AND CONFIDENTIAL

Bill #  90333182
Client.Matter #  083331.000022

**Re:**          <span style="color:red">Redacted</span>

For professional services rendered through November 30, 2020, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Flat Rate Legal Fee........................................................................................................................$0.00
Associated Expenses ....................................................................................................................$25.66

**Total Due This Bill................................................................................................................$25.66**

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington



Kenneth Ceaser
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079
Kenneth.Ceaser@scouting.org

**Re:**       Redacted

---

For professional services rendered through November 30, 2020

<strong>Expenses</strong>

| Description | | | Amount |
|---|---|---|---|
| Express Delivery/Postage | 1.00 @ | 25.66 ea. | 25.66 |
| Total Expenses | | | 25.66 |

| | |
|---|---|
| TOTAL FEES | $0.00 |
| TOTAL EXPENSES | $25.66 |
| TOTAL THIS BILL | $25.66 |

# Ogletree Deakins

**Submit Via E-Mail Only –
Do Not Send Hard Copy**

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:  (864) 241-1908
www.ogletreedeakins.com

December 11, 2020

Kenneth Ceaser
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079
Kenneth.Ceaser@scouting.org

PERSONAL AND CONFIDENTIAL

Bill #  90333183
Client.Matter #  083331.000023

**Re:**        Redacted

For professional services rendered through November 30, 2020, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Flat Rate Legal Fee.........................................................................................................................$0.00
Associated Expenses .....................................................................................................................$33.08

**Total Due This Bill.................................................................................................................$33.08**

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington



Kenneth Ceaser
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079
Kenneth.Ceaser@scouting.org

**Re:**        Redacted

---

For professional services rendered through November 30, 2020

<strong>Expenses</strong>

| Description | | | Amount |
|---|---|---|---|
| Express Delivery/Postage | 3.00 @ | 11.03 ea. | 33.08 |
| | Total Expenses | | 33.08 |

| | |
|---|---|
| TOTAL FEES | $0.00 |
| TOTAL EXPENSES | $33.08 |
| TOTAL THIS BILL | $33.08 |



**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:  (864) 241-1908
www.ogletreedeakins.com

September 15, 2020

Elizabeth Ramirez-Washka
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079

PERSONAL AND CONFIDENTIAL

Bill #  90276690
Client.Matter #  083331.000023

**Re:**       Redacted

For professional services rendered through August 31, 2020, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Flat Rate Legal Fee..............................................................................................................$0.00
Associated Expenses .........................................................................................................$10.44

**Total Due This Bill**...........................................................................................................**$10.44**

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington



Elizabeth Ramirez-Washka
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079

**Re:**     Redacted

---

For professional services rendered through August 31, 2020

### Expenses

| Description | | | Amount |
|---|---|---|---|
| Express Delivery/Postage | 1.00 @ | 10.44 ea. | 10.44 |
| | Total Expenses | | 10.44 |

| | |
|---|---|
| TOTAL FEES | $0.00 |
| TOTAL EXPENSES | $10.44 |
| TOTAL THIS BILL | $10.44 |



**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:  (864) 241-1908
www.ogletreedeakins.com

July 16, 2020

Elizabeth Ramirez-Washka
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079

PERSONAL AND CONFIDENTIAL

Bill #  90243554
Client.Matter #  083331.000023

**Re:**         <span style="color:red">Redacted</span>

For professional services rendered through June 30, 2020, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Flat Rate Legal Fee..................................................................................................................$4,850.00
Associated Expenses ...................................................................................................................$0.00

**Total Due This Bill**..............................................................................................**$4,850.00**

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington



Elizabeth Ramirez-Washka
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079

**Re:**       Redacted

---

For professional services rendered through June 30, 2020

| | | |
|---|---|---|
| 06/03/20 | Prepare H-1B Extension Petition | 1,850.00 |
| 06/03/20 | Prepare H-4 Extension Application (with H-1B, H-2B, H-3) | 500.00 |
| 06/03/20 | Prepare H-4 Spouse EAD Extension | 500.00 |
| 06/08/20 | Prepare Immigrant Petition based on Approved Labor Certification | 2,000.00 |
| | Total Fees | $4,850.00 |

| | |
|---|---|
| TOTAL FEES | $4,850.00 |
| TOTAL EXPENSES | $0.00 |
| TOTAL THIS BILL | $4,850.00 |



**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:  (864) 241-1908
www.ogletreedeakins.com

August 12, 2020

Elizabeth Ramirez-Washka
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079

PERSONAL AND CONFIDENTIAL

Bill #  90256301
Client.Matter #  083331.000023

**Re:**     Redacted

For professional services rendered through July 31, 2020, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Flat Rate Legal Fee................................................................................................................$0.00
Associated Expenses .......................................................................................................$2,825.00

**Total Due This Bill.............................................................................................$2,825.00**

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington


**Ogletree Deakins**

Elizabeth Ramirez-Washka
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079

**Re:**    Redacted

---

For professional services rendered through July 31, 2020

## Expenses

| Description | Amount |
|---|---:|
| VENDOR: U.S. Department of Homeland Security INVOICE#: CW63242 DATE: 7/17/2020 | 85.00 |
| Prepare H-4 Extension Application (with H-1B, H-2B, H-3). Requested by Monica Patino-Zuniga Biometric Fee    Redacted    Matter: 083331.000023 | |
| VENDOR: U.S. Department of Homeland Security INVOICE#: CW63243 DATE: 7/17/2020 | 370.00 |
| Prepare H-4 Extension Application (with H-1B, H-2B, H-3). Requested by Monica Patino-Zuniga File H-4 with USCIS    Redacted    Matter: 083331.000023 | |
| VENDOR: U.S. Department of Homeland Security INVOICE#: CW63244 DATE: 7/17/2020 | 410.00 |
| Prepare H-4 Spouse EAD Extension. Requested by Monica Patino-Zuniga File EAD with USCIS    Redacted    Matter: 083331.000023 | |
| VENDOR: U.S. Department of Homeland Security INVOICE#: CW63272 DATE: 7/17/2020 | 460.00 |
| Prepare H-1B Extension Petition. Requested by Monica Patino-Zuniga File H-1B with USCIS    Redacted    Matter: 083331.000023 | |
| VENDOR: U.S. Department of Homeland Security INVOICE#: CW63241 DATE: 7/17/2020 | 1,500.00 |
| Prepare H-1B Extension Petition. Requested by Monica Patino-Zuniga H-1B USCIS Training Fee for CO. with MORE than 25 employees    Redacted    Matter: 083331.000023 | |

|  | |
|---|---:|
| Total Expenses | 2,825.00 |

| | |
|---|---:|
| TOTAL FEES | $0.00 |
| TOTAL EXPENSES | $2,825.00 |
| TOTAL THIS BILL | $2,825.00 |


# Ogletree
# Deakins

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:  (864) 241-1908
www.ogletreedeakins.com

October 20, 2020

Elizabeth Ramirez-Washka
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079

PERSONAL AND CONFIDENTIAL

Bill #  90295682
Client.Matter #  083331.000023

**Re:**       Redacted

For professional services rendered through October 13, 2020, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Flat Rate Legal Fee.................................................................................................................$6,950.00
Associated Expenses ..............................................................................................................$2,150.12

**Total Due This Bill**...........................................................................................................**$9,100.12**

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington



Elizabeth Ramirez-Washka
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079

**Re:**     Redacted

---

For professional services rendered through October 13, 2020

| | | |
|---|---|---:|
| 09/28/20 | Prepare Premium Processing Upgrade for Immigrant Petition | 350.00 |
| 10/07/20 | Prepare Immigrant Petition based on Approved Labor Certification (Downgrade from EB-2 to EB-3) | 2,000.00 |
| 10/07/20 | Prepare Adjustment of Status Application for Principal | 2,100.00 |
| 10/08/20 | Prepare Declaration of Self-Sufficiency (for principal) | 500.00 |
| 10/08/20 | Prepare Adjustment of Status Application for Dependent | 1,500.00 |
| 10/08/20 | Prepare Declaration of Self-Sufficiency (for dependent) | 500.00 |
| | Total Fees | $6,950.00 |

**Expenses**

| Description | | Amount |
|---|---|---:|
| Express Delivery/Postage | 1.00 @     10.12 ea. | 10.12 |
| Vendor: U.S. Department of Homeland Security; Invoice#: CW69568; Date: 8/25/2020 -  Prepare Immigrant Petition bas on Approved Labor Certification. Req. by Monica Patino-Zuniga. File Immigrant Petition with USCIS.     Redacted | | 700.00 |
| VENDOR: U.S. Department of Homeland Security INVOICE#: CW75454 DATE: 9/29/2020 | | 1,440.00 |
| Prepare Premium Processing Upgrade for Immigrant Petition. Requested by Monica Patino-Zuniga File Premium Processing with USCIS     Redacted Matter: 083331.000023 | | |
| | Total Expenses | 2,150.12 |

| | | |
|---|---|---:|
| | TOTAL FEES | $6,950.00 |
| | TOTAL EXPENSES | $2,150.12 |
| | TOTAL THIS BILL | $9,100.12 |



**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:  (864) 241-1908
www.ogletreedeakins.com

December 15, 2020

Elizabeth Ramirez-Washka
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079

PERSONAL AND CONFIDENTIAL

Bill #  90312563
Client.Matter #  083331.000023

**Re:**       Redacted

For professional services rendered through October 31, 2020, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Flat Rate Legal Fee..........................................................................................................................$0.00
Associated Expenses ...............................................................................................................$3,162.81

**Total Due This Bill.........................................................................................................$3,162.81**

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington



Elizabeth Ramirez-Washka
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079

**Re:**    Redacted

---

For professional services rendered through October 31, 2020

## Expenses

| Description | | Amount |
|---|---|---|
| Express Delivery/Postage | 1.00 @    12.81 ea. | 12.81 |
| VENDOR: U.S. Department of Homeland Security INVOICE#: CW84293 DATE: 10/22/2020 | | 700.00 |
| Prepare Immigrant Petition based on Approved Labor Certification (Downgrade from EB-2 to EB-3). Requested by Monica Patino-Zuniga File Immigrant Petition with USCIS Redacted        Matter: 083331.000023 | | |
| VENDOR: U.S. Department of Homeland Security INVOICE#: CW84294 DATE: 10/22/2020 | | 1,225.00 |
| Prepare Adjustment of Status Application for Principal. Requested by Monica Patino-Zuniga File Adjustment of Status with USCIS    Redacted        Matter: 083331.000023 | | |
| VENDOR: U.S. Department of Homeland Security INVOICE#: CW84295 DATE: 10/22/2020 | | 1,225.00 |
| Prepare Adjustment of Status Application for Principal. Requested by Monica Patino-Zuniga File Adjustment of Status with USCIS    Redacted    Matter: 083331.000023 | | |
| Total Expenses | | 3,162.81 |

| | |
|---|---|
| TOTAL FEES | $0.00 |
| TOTAL EXPENSES | $3,162.81 |
| TOTAL THIS BILL | $3,162.81 |


# Ogletree
# Deakins

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:  (864) 241-1908
www.ogletreedeakins.com

June 15, 2020

Elizabeth Ramirez-Washka
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079

PERSONAL AND CONFIDENTIAL

Bill #  90225723
Client.Matter #  083331.000024

**Re:**      Redacted

For professional services rendered through May 31, 2020, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Flat Rate Legal Fee....................................................................................................................$0.00
Associated Expenses ..........................................................................................................$3,246.43

**Total Due This Bill.............................................................................................$3,246.43**

---

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington



Elizabeth Ramirez-Washka
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079

**Re:**    Redacted

For professional services rendered through May 31, 2020

### Expenses

| Description | Amount |
|---|---|
| VENDOR: USADWEB, LLC INVOICE#: 79451 DATE: 5/18/2020 | 3,246.43 |
| USADWEB, LLC - Classified advertisements in April & May. - on 05/18/20 | |
| Total Expenses | 3,246.43 |

| | |
|---|---|
| TOTAL FEES | $0.00 |
| TOTAL EXPENSES | $3,246.43 |
| TOTAL THIS BILL | $3,246.43 |



**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:  (864) 241-1908
www.ogletreedeakins.com

September 15, 2020

Elizabeth Ramirez-Washka
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079

PERSONAL AND CONFIDENTIAL

Bill #  90276691
Client.Matter #  083331.000024

**Re:**          Redacted

For professional services rendered through August 31, 2020, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Flat Rate Legal Fee.............................................................................................................................$500.00
Associated Expenses ...............................................................................................................................$0.00

**Total Due This Bill**...............................................................................................................**$500.00**

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington



Page 2
09/15/20
Bill No. 90276691
083331.000024-LNG

Elizabeth Ramirez-Washka
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079

**Re:**        Redacted

---

For professional services rendered through August 31, 2020

| | | |
|---|---|---|
| 08/27/20 | Prepare H-4 Spouse EAD Extension | 500.00 |
| | Total Fees | $500.00 |

| | |
|---|---|
| TOTAL FEES | $500.00 |
| TOTAL EXPENSES | $0.00 |
| TOTAL THIS BILL | $500.00 |



**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:  (864) 241-1908
www.ogletreedeakins.com

October 20, 2020

Elizabeth Ramirez-Washka
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079

PERSONAL AND CONFIDENTIAL

Bill #  90295652
Client.Matter #  083331.000024

**Re:**     <span style="color:red">Redacted</span>

For professional services rendered through September 30, 2020, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Flat Rate Legal Fee...................................................................................................................$0.00
Associated Expenses ...........................................................................................................$424.02

**Total Due This Bill**...........................................................................................................**$424.02**

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington



Elizabeth Ramirez-Washka
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079

**Re:**      Redacted

---

For professional services rendered through September 30, 2020

### Expenses

| Description | | Amount |
|---|---|---|
| Express Delivery/Postage | 1.00 @    14.02 ea. | 14.02 |
| VENDOR: U.S. Department of Homeland Security INVOICE#: CW71619 DATE: 9/8/2020 | | 410.00 |
| Prepare H-4 Spouse EAD Extension. Requested by Monica Patino-Zuniga File EAD with USCIS        Redacted        Matter: 083331.000024 | | |
| | Total Expenses | 424.02 |

| | |
|---|---|
| TOTAL FEES | $0.00 |
| TOTAL EXPENSES | $424.02 |
| TOTAL THIS BILL | $424.02 |


**Ogletree Deakins**

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:  (864) 241-1908
www.ogletreedeakins.com

October 20, 2020

Elizabeth Ramirez-Washka
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079

PERSONAL AND CONFIDENTIAL

Bill #  90295653
Client.Matter #  083331.000025

**Re:**   <span style="color:red">Redacted</span>

For professional services rendered through September 30, 2020, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Flat Rate Legal Fee.................................................................................................................$4,500.00
Associated Expenses ..................................................................................................................$0.00

**Total Due This Bill**.................................................................................................**$4,500.00**

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington



Elizabeth Ramirez-Washka
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079

**Re:**     Redacted

---

For professional services rendered through September 30, 2020

| | | |
|---|---|---|
| 09/29/20 | Prepare PERM Labor Certification | 4,500.00 |
| | Total Fees | $4,500.00 |

| | |
|---|---|
| TOTAL FEES | $4,500.00 |
| TOTAL EXPENSES | $0.00 |
| TOTAL THIS BILL | $4,500.00 |



**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:  (864) 241-1908
www.ogletreedeakins.com

April 8, 2020

Elizabeth Ramirez-Washka
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079

PERSONAL AND CONFIDENTIAL

Bill #  90184620
Client.Matter #  083331.000025

**Re:**       Redacted

For professional services rendered through March 31, 2020, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Flat Rate Legal Fee............................................................................................................$1,000.00
Associated Expenses .............................................................................................................$24.29

**Total Due This Bill**.................................................................................................**$1,024.29**

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington



Page 2
04/08/20
Bill No. 90184620
083331.000025-LNG

Elizabeth Ramirez-Washka
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079

**Re:**    Redacted

---

For professional services rendered through March 31, 2020

| | | |
|---|---|---|
| 02/07/20    Prepare Response to USCIS Request for Evidence (Multiple) | | 1,000.00 |
| Total Fees | | $1,000.00 |

**Expenses**

| Description | | Amount |
|---|---|---|
| Express Delivery/Postage | 2.00 @    12.15 ea. | 24.29 |
| | Total Expenses | 24.29 |

| | |
|---|---|
| TOTAL FEES | $1,000.00 |
| TOTAL EXPENSES | $24.29 |
| TOTAL THIS BILL | $1,024.29 |



**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:  (864) 241-1908
www.ogletreedeakins.com

August 12, 2020

Elizabeth Ramirez-Washka
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079

PERSONAL AND CONFIDENTIAL

Bill #  90256302
Client.Matter #  083331.000026

**Re:**     Redacted

For professional services rendered through July 31, 2020, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Flat Rate Legal Fee...................................................................................................................$0.00
Associated Expenses ....................................................................................................$3,272.18

**Total Due This Bill.........................................................................................$3,272.18**

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington



Page 2
08/12/20
Bill No. 90256302
083331.000026-LNG

Elizabeth Ramirez-Washka
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079

**Re:**    <span style="color:red">Redacted</span>

---

For professional services rendered through July 31, 2020

### Expenses

| Description | Amount |
|---|---|
| VENDOR: USADWEB, LLC INVOICE#: 81384 DATE: 7/8/2020 | 3,272.18 |
| USADWEB, LLC - Classified advertisements to run in the month of June. - on 06/21/20 | |
| Total Expenses | 3,272.18 |

| | |
|---|---|
| TOTAL FEES | $0.00 |
| TOTAL EXPENSES | $3,272.18 |
| TOTAL THIS BILL | $3,272.18 |



**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:  (864) 241-1908
www.ogletreedeakins.com

April 8, 2020

Elizabeth Ramirez-Washka
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079

PERSONAL AND CONFIDENTIAL

Bill #  90184621
Client.Matter #  083331.000026

**Re:**       Redacted

For professional services rendered through March 31, 2020, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Flat Rate Legal Fee...............................................................................................................$4,000.00
Associated Expenses ...................................................................................................................$0.00

**Total Due This Bill**...............................................................................................**$4,000.00**

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington



Page 2
04/08/20
Bill No. 90184621
083331.000026-LNG

Elizabeth Ramirez-Washka
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079

**Re:**     Redacted

For professional services rendered through March 31, 2020

| | | |
|---|---|---:|
| 02/07/20 | Prepare PERM Labor Certification | 4,000.00 |
| | Total Fees | $4,000.00 |

| | |
|---|---:|
| TOTAL FEES | $4,000.00 |
| TOTAL EXPENSES | $0.00 |
| TOTAL THIS BILL | $4,000.00 |



**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:  (864) 241-1908
www.ogletreedeakins.com

April 8, 2020

Elizabeth Ramirez-Washka
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079

PERSONAL AND CONFIDENTIAL

Bill #  90184622
Client.Matter #  083331.000027

**Re:**          Redacted

For professional services rendered through March 31, 2020, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Flat Rate Legal Fee..............................................................................................................$1,500.00
Associated Expenses ..................................................................................................................$0.00

**Total Due This Bill..............................................................................................................$1,500.00**

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington



Elizabeth Ramirez-Washka
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079

**Re:**     <span style="color:red">Redacted</span>

---

For professional services rendered through March 31, 2020

| | | |
|---|---|---:|
| 02/04/20 | Prepare TN-2 Extension Petition (USCIS) | 1,500.00 |
| | Total Fees | $1,500.00 |

| | |
|---|---:|
| TOTAL FEES | $1,500.00 |
| TOTAL EXPENSES | $0.00 |
| TOTAL THIS BILL | $1,500.00 |



**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:  (864) 241-1908
www.ogletreedeakins.com

June 15, 2020

Elizabeth Ramirez-Washka
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079

PERSONAL AND CONFIDENTIAL

Bill #  90225724
Client.Matter #  083331.000027

**Re:**       Redacted

For professional services rendered through May 31, 2020, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Flat Rate Legal Fee.................................................................................................................$500.00
Associated Expenses ..........................................................................................................$1,170.00

**Total Due This Bill..........................................................................................................$1,670.00**

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington



Elizabeth Ramirez-Washka
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079

**Re:**     Redacted

---

For professional services rendered through May 31, 2020

| | | |
|---|---|---:|
| 05/05/20 | Prepare TD Extension Petition (USCIS) (with TN) | 500.00 |
| | Total Fees | $500.00 |

### Expenses

| Description | Amount |
|---|---:|
| VENDOR: U.S. Department of Homeland Security INVOICE#: CW49902 DATE: 5/6/2020 | 85.00 |
| Prepare TD Extension Petition (USCIS) (with TN). Requested by Monica Patino-Zuniga Biometric Fee     Redacted          FBO:     Redacted Spouse of     Redacted          Matter: 083331.000027 | |
| VENDOR: U.S. Department of Homeland Security INVOICE#: CW49903 DATE: 5/6/2020 | 85.00 |
| Prepare TD Extension Petition (USCIS) (with TN). Requested by Monica Patino-Zuniga Biometric Fee     Redacted          FBO:     Redacted Son of     Redacted          Matter: 083331.000027 | |
| VENDOR: U.S. Department of Homeland Security INVOICE#: CW49904 DATE: 5/6/2020 | 85.00 |
| Prepare TD Extension Petition (USCIS) (with TN). Requested by Monica Patino-Zuniga Biometric Fee     Redacted          FBO: Redacted     Redacted          Son of     Redacted          Matter: 083331.000027 | |
| VENDOR: U.S. Department of Homeland Security INVOICE#: CW49905 DATE: 5/6/2020 | 85.00 |
| Prepare TD Extension Petition (USCIS) (with TN). Requested by Monica Patino-Zuniga Biometric Fee     Redacted          FBO:     Redacted          , Redacted Son of     Redacted          Matter: 083331.000027 | |
| VENDOR: U.S. Department of Homeland Security INVOICE#: CW49901 DATE: 5/6/2020 | 370.00 |
| Prepare TD Extension Petition (USCIS) (with TN). Requested by Monica Patino-Zuniga File TD with USCIS     Redacted          FBO:     Redacted          , Redacted Spouse of     Redacted          Matter: 083331.000027 | |
| VENDOR: U.S. Department of Homeland Security INVOICE#: CW50460 DATE: | 460.00 |



| **Description** | **Amount** |
| --- | --- |
| 5/11/2020 | |
| Prepare TN-2 Extension Petition (USCIS). Requested by Monica Patino-Zuniga File TN with USCIS <span style="color:red">Redacted</span>    Matter: 083331.000027 | |

Total Expenses       1,170.00

|  | |
| --- | --- |
| TOTAL FEES | $500.00 |
| TOTAL EXPENSES | $1,170.00 |
| TOTAL THIS BILL | $1,670.00 |

# Ogletree
# Deakins

**Submit Via E-Mail Only –**
**Do Not Send Hard Copy**

**OGLETREE, DEAKINS, NASH,**
**SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:  (864) 241-1908
www.ogletreedeakins.com

December 11, 2020

Kenneth Ceaser
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079
Kenneth.Ceaser@scouting.org

PERSONAL AND CONFIDENTIAL

Bill #  90333184
Client.Matter #  083331.000027

**Re:**          Redacted

For professional services rendered through November 30, 2020, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Flat Rate Legal Fee.........................................................................................................................$0.00
Associated Expenses .....................................................................................................................$12.84

**Total Due This Bill.............................................................................................................................$12.84**

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington



Kenneth Ceaser
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079
Kenneth.Ceaser@scouting.org

**Re:**     <span style="color:red">Redacted</span>

---

For professional services rendered through November 30, 2020

<strong>Expenses</strong>

| Description | | | Amount |
|---|---|---|---|
| Express Delivery/Postage | 1.00 @ | 12.84 ea. | 12.84 |
| | Total Expenses | | 12.84 |

| | |
|---|---|
| TOTAL FEES | $0.00 |
| TOTAL EXPENSES | $12.84 |
| TOTAL THIS BILL | $12.84 |



**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:  (864) 241-1908
www.ogletreedeakins.com

October 20, 2020

Elizabeth Ramirez-Washka
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079

PERSONAL AND CONFIDENTIAL

Bill #  90295654
Client.Matter #  083331.000028

**Re:**        Redacted

For professional services rendered through September 30, 2020, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Flat Rate Legal Fee...............................................................................................................$0.00
Associated Expenses .....................................................................................................$3,497.18

**Total Due This Bill**................................................................................................**$3,497.18**

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington



Elizabeth Ramirez-Washka
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079

**Re:**          Redacted

For professional services rendered through September 30, 2020

### Expenses

| Description | Amount |
|---|---|
| VENDOR: USADWEB, LLC INVOICE#: 82458 DATE: 8/30/2020 | 3,497.18 |
| USADWEB, LLC - Classified advertisements during the month of August. - on 08/11/20 | |
| Total Expenses | 3,497.18 |

| | |
|---|---|
| TOTAL FEES | $0.00 |
| TOTAL EXPENSES | $3,497.18 |
| TOTAL THIS BILL | $3,497.18 |



**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:  (864) 241-1908
www.ogletreedeakins.com

April 8, 2020

Elizabeth Ramirez-Washka
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079

PERSONAL AND CONFIDENTIAL

Bill #  90184623
Client.Matter #  083331.000028

**Re:**    <span style="color:red">Redacted</span>

For professional services rendered through March 31, 2020, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Flat Rate Legal Fee.................................................................................................................$4,000.00
Associated Expenses .....................................................................................................................$0.00

**Total Due This Bill.................................................................................................$4,000.00**

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington



Page 2
04/08/20
Bill No. 90184623
083331.000028-LNG

Elizabeth Ramirez-Washka
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079

**Re:**          Redacted

---

For professional services rendered through March 31, 2020

| | | |
|---|---|---|
| 02/12/20 | Prepare PERM Labor Certification | 4,000.00 |
| | Total Fees | $4,000.00 |

| | |
|---|---|
| TOTAL FEES | $4,000.00 |
| TOTAL EXPENSES | $0.00 |
| TOTAL THIS BILL | $4,000.00 |



**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:  (864) 241-1908
www.ogletreedeakins.com

April 8, 2020

Elizabeth Ramirez-Washka
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079

PERSONAL AND CONFIDENTIAL

Bill #  90184624
Client.Matter #  083331.000029

**Re:**     Redacted

For professional services rendered through March 31, 2020, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Flat Rate Legal Fee.......................................................................................................................$2,700.00
Associated Expenses ....................................................................................................................$2,460.00

**Total Due This Bill..............................................................................................................$5,160.00**

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington



Elizabeth Ramirez-Washka
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079

**Re:**   Redacted

---

For professional services rendered through March 31, 2020

| | | |
|---|---|---:|
| 02/12/20 | Prepare H-1B Change of Employer Petition | 2,200.00 |
| 02/12/20 | Prepare Premium Processing for Nonimmigrant Petition | 500.00 |
| | Total Fees | $2,700.00 |

### Expenses

| Description | Amount |
|---|---:|
| VENDOR: U.S. Department of Homeland Security INVOICE#: CW37909 DATE: 3/24/2020 | 460.00 |
| Prepare H-1B Change of Employer Petition. Requested by Monica Patino-Zuniga File H-1B with USCIS   Redacted   Matter: 083331.000029 | |
| VENDOR: U.S. Department of Homeland Security INVOICE#: CW37908 DATE: 3/24/2020 | 500.00 |
| Prepare H-1B Change of Employer Petition. Requested by Monica Patino-Zuniga H-1B Supplemental Filing Fee   Redacted   Matter: 083331.000029 | |
| VENDOR: U.S. Department of Homeland Security INVOICE#: CW37910 DATE: 3/24/2020 | 1,500.00 |
| Prepare H-1B Change of Employer Petition. Requested by Monica Patino-Zuniga H-1B USCIS Training Fee for CO. with MORE than 25 employees   Redacted Matter: 083331.000029 | |
| Total Expenses | 2,460.00 |

| | |
|---|---:|
| TOTAL FEES | $2,700.00 |
| TOTAL EXPENSES | $2,460.00 |
| TOTAL THIS BILL | $5,160.00 |