## **Exhibit D**

## **Expense Summary**

| Category | Amount |
|---|---:|
| Legal Support Services | $81.19 |
| Copying | $17.60 |
| Delivery Services/Messenger | $170.85 |
| Other (Immigration related) | $28,145.79 |
| **TOTAL:** | **$28,415.43** |