# EXHIBIT A

# P A S I C H LLP

10880 Wilshire Boulevard, Suite 2000
Los Angeles, CA 90024
(424) 313-7860
www.pasichllp.com
Federal Tax ID:
82-2096928

BSA Tort Claimants
c/o John W. Lucas
Pachulski Stang Ziehl & Jones LLP

December 2, 2020
Invoice #  14059

In Reference To:Tort Claims--Insurance
Our File No.:   B029.001

### Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| | **Compensation of Professionals** | | | |
| 11/3/2020 | KAP | Review and edit statement (0.3) | 0.30 | 292.50 |
| 11/4/2020 | JLS | Review/Analyze and edit monthly statement. | 0.50 | 310.00 |
| 11/10/2020 | JLS | Draft/Revise fee application including redactions of monthly statements. | 2.80 | 1,736.00 |
| 11/11/2020 | JLS | Redact bills for fee application submission. | 1.10 | 682.00 |
| | **SUBTOTAL:** | | [     4.70 | 3,020.50] |
| | **General Committee** | | | |
| 11/2/2020 | JLS | Appear for/Attend TCC meeting (1.1) and prepare for same (.4). | 1.50 | 930.00 |
| | KAP | Conference with Insurance Working Group (0.7) (partial) | 0.70 | 682.50 |
| 11/3/2020 | JLS | Appear for/Attend TCC meeting (1.5) and prepare for same (.8). | 2.30 | 1,426.00 |
| | KAP | State court counsel conference, including discussion ▇▇▇▇▇ ▇▇▇▇ (1.5) | 1.50 | 1,462.50 |
| 11/5/2020 | JLS | Appear for/Attend mediator's meeting. | 0.80 | 496.00 |
| | JLS | Appear for/Attend TCC meeting (1.2) and prepare for same (.7). | 1.90 | 1,178.00 |
| | KAP | Conference with mediators and TCC (0.8) | 0.80 | 780.00 |

BSA Tort Claimants

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/5/2020 | KAP | Review e-mails (0.2); attend TCC meeting (1.2) | 1.40 | 1,365.00 |
| 11/9/2020 | JLS | Appear for/Attend TCC meeting (1.4) and prepare for same (.6). | 2.00 | 1,240.00 |
| | KAP | Conference with Insurance Working Group (1.4) | 1.40 | 1,365.00 |
| 11/10/2020 | JLS | Appear for/Attend TCC meeting (2.4) and prepare for same (.8). | 2.50 | 1,550.00 |
| | KAP | Attend State Court Counsel call (1.3) (partial) | 1.30 | 1,267.50 |
| 11/12/2020 | JLS | Appear for/Attend mediator call (1.0); appear for/attend TCC call (1.3) and prepare for same (.6). | 2.90 | 1,798.00 |
| | KAP | Conference with mediators (1.0) | 1.00 | 975.00 |
| | KAP | Attend TCC meeting (1.3) | 1.30 | 1,267.50 |
| 11/16/2020 | JLS | Appear for/Attend TCC working group meeting (.7) and prepare for same (.4). | 1.10 | 682.00 |
| 11/17/2020 | JLS | Appear for/Attend TCC meeting regarding ███████████. | 1.30 | 806.00 |
| | JLS | Appear for/Attend TCC meeting (2.2) and review ███████ ████████████████████ in preparation for same (.7). | 2.90 | 1,798.00 |
| | KAP | Appear for/Attend State Court Counsel conference (2.2) and review e-mails (0.2) | 2.40 | 2,340.00 |
| 11/18/2020 | JLS | Appear for/Attend mediator's call regarding ████████ (1.7) (partial) and prepare for same (.4). | 2.10 | 1,302.00 |
| 11/19/2020 | JLS | Appear for/Attend mediator's call (1.2); appear for/attend TCC meeting following same (1.3) and prepare for same (.4). | 2.90 | 1,798.00 |
| 11/23/2020 | JLS | Appear for/Attend TCC meeting (1.4) and prepare for same (.6). | 2.00 | 1,240.00 |
| | KAP | Conference with Insurance Working Group re ████████████ (1.4) | 1.40 | 1,365.00 |
| 11/24/2020 | JLS | Appear for/Attend TCC committee meeting (.7) (partial) and prepare for same (.2). | 0.90 | 558.00 |
| | JLS | Appear for/Attend ████████████ (1.6) and confer with TCC following same (.8) (partial); review ██████████ (.6). | 3.00 | 1,860.00 |
| | JLS | Confer with TCC and BSA's coverage counsel regarding ██████ ████████████████ | 0.90 | 558.00 |
| | KAP | Conference with state court counsel (1.0); attend local councils session (1.6) | 2.60 | 2,535.00 |
| 11/29/2020 | JLS | Draft/Revise ████████████████ | 1.10 | 682.00 |

BSA Tort Claimants                                                                    Page    3

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/30/2020 | JLS | Appear for/Attend ███████████ (1.2) and prepare for same (.5). | 1.70 | 1,054.00 |
| | JLS | Appear for/Attend TCC meeting (1.5) and prepare for same (.4). | 1.90 | 1,178.00 |
| | JLS | Appear for/Attend mediator discussion ███████████ | 1.00 | 620.00 |
| | KAP | Attend ███████ (1.2) | 1.20 | 1,170.00 |
| | KAP | Attend Insurance Working Group conference (1.5) | 1.50 | 1,462.50 |
| | | **SUBTOTAL:** | [ 55.20 | 40,791.50] |

**Insurance Coverage**

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/1/2020 | MCW | Conduct legal research regarding ███████████ (6.7). | 6.70 | 3,350.00 |
| 11/2/2020 | CO | Research and analyze ███████████ ███████████ (1.5) | 1.50 | 390.00 |
| | MCW | Conduct legal research regarding ███████ (5.9); draft summary e-mail ███████ regarding same (1.3). | 7.20 | 3,600.00 |
| 11/3/2020 | CO | Conduct research ███████████ (0.3). | 0.30 | 78.00 |
| | MCW | Draft ███████████ (6.8). | 6.80 | 3,400.00 |
| 11/4/2020 | MCW | Conduct legal research regarding ███████ (4.1); analyze ███████ (.8); draft ███████ (2.7). . | 7.60 | 3,800.00 |
| 11/5/2020 | JLS | Confer with BSA's coverage counsel regarding ███████ 1.0) and prepare for same (.3); confer with Mr. Nasatir regarding same (.4) | 1.70 | 1,054.00 |
| | DKP | Proofread ███████████. | 1.20 | 312.00 |
| | MCW | Draft ███████████ (10.8); draft e-mail to Mr. Pasich and Mr. Schulman regarding ███████ (.8). | 11.60 | 5,800.00 |
| 11/6/2020 | JLS | Review/Analyze ███████████. | 4.30 | 2,666.00 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 11/6/2020 | CO | Research ██████████ (1.5); research ████████████████ (1.5). | 3.00 | 780.00 |
| 11/7/2020 | JLS | Review/Analyze ████████████████. | 2.80 | 1,736.00 |
| 11/8/2020 | JLS | Review/Analyze ████████████████. | 3.20 | 1,984.00 |
| 11/9/2020 | JLS | Draft/Revise ██████████. | 2.40 | 1,488.00 |
| | JLS | Review/Analyze ████████████. | 3.20 | 1,984.00 |
| 11/10/2020 | JLS | Draft/Revise ██████████. | 2.60 | 1,612.00 |
| 11/11/2020 | JLS | Draft/Revise ██████████. | 2.80 | 1,736.00 |
| | JLS | Review/Analyze ████████████████. | 3.20 | 1,984.00 |
| 11/12/2020 | JLS | Confer ████████████ regarding ████████████████ and update TCC working group regarding same. | 0.50 | 310.00 |
| | JLS | Review/Analyze ████████████ (.5); continued review of ████████████ (3.8). | 4.30 | 2,666.00 |
| 11/14/2020 | JLS | Review/Analyze ██████████████. | 3.20 | 1,984.00 |
| 11/15/2020 | JLS | Review/Analyze ██████████████. | 2.70 | 1,674.00 |
| 11/16/2020 | KAP | Attend Insurance Working Group meeting (0.7); review e-mails from TCC (0.2) | 0.20 | 195.00 |
| | JLS | Research regarding ████████████████ as per TCC request (2.1) and confer with TCC members regarding same (.7). | 2.80 | 1,736.00 |
| | JLS | Review/Analyze ████████████. | 2.80 | 1,736.00 |
| 11/17/2020 | JLS | Review/Analyze ████████████ and confer with Mr. Stang regarding same. | 2.60 | 1,612.00 |
| | JLS | Review/Analyze ████████████. | 3.40 | 2,108.00 |
| | KAP | Telephone conference with Mr. Stang re ████████████ (0.3) | 0.30 | 292.50 |
| 11/19/2020 | JLS | Review/Analyze ████████████. | 1.30 | 806.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/19/2020 | JLS | Confer ███ regarding ███ ███ (.4) and continue review of documents (2.2). | 2.60 | 1,612.00 |
| 11/20/2020 | JLS | Review/Analyze ███ ███. | 3.20 | 1,984.00 |
| | JLS | Research ███ | 2.40 | 1,488.00 |
| | KAP | E-mails with Mr. Gallagher and with Mr. Schulman (0.2) | 0.20 | 195.00 |
| 11/23/2020 | JLS | Confer with Messrs. Gallagher and Pasich regarding ███ (.7) and prepare for same (.3). | 1.00 | 620.00 |
| | KAP | Research re ███ (0.9); telephone conference with Mr. Gallagher and Mr. Schulman (0.7) | 1.60 | 1,560.00 |
| 11/24/2020 | JLS | Review/Analyze ███ (2.3) and legal research of ███ (3.1). | 5.40 | 3,348.00 |
| | KAP | E-mails re ███ (0.4) | 0.40 | 390.00 |
| 11/25/2020 | JLS | Appear for/Attend ███ regarding ███ (.4) and prepare for same (.3); ongoing strategy discussions regarding ███ (.4). | 1.10 | 682.00 |
| 11/29/2020 | JLS | Review/Analyze ███ ███. | 2.70 | 1,674.00 |
| 11/30/2020 | JLS | Draft/Revise ███ and confer with TCC regarding same. | 0.70 | 434.00 |
| | JLS | Review/Analyze ███ | 3.70 | 2,294.00 |
| | KAP | Review ███ (0.4); review ███ ███ (0.2) | 0.60 | 585.00 |
| | MCW | Draft e-mail response ███ ███ (.1); conduct legal research regarding ███ (4.2). | 4.30 | 2,150.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| **SUBTOTAL:** | | [ | 126.10 | 71,889.50] |
| **Subtotal of charges** | | | | $115,701.50 |
| Courtesy Deduction of Time | | | | ($3,500.00) |
| **For professional services rendered** | | | 186.00 | $112,201.50 |
| **Previous balance** | | | | $466,369.66 |

BSA Tort Claimants

Amount

| | Amount |
|---|---|
| **Balance due** | **$578,571.16** |

| | |
|---|---|
| Total Courtesy Reductions of Time: | $3,500.00 |
| Total Discount on Rates: | $32,336.50 |
| Total Deductions/Discounts: | $35,836.50 |

## Timekeeper Summary

| Name | Hours | Regular Rate | 20% Discounted Rate | Total Full | Total Discounted | Difference |
|---|---|---|---|---|---|---|
| Caitlin Oswald | 4.8 | 325 | 260 | 1,560.00 | 1,248.00 | 312.00 |
| Donald K. Piper | 1.2 | 290 | 260 | 348.00 | 312.00 | 36.00 |
| Jeffrey L. Schulman | 113.7 | 775 | 620 | 88,117.50 | 70,494.00 | 17,623.50 |
| Kirk A. Pasich | 22.1 | 1,375.00 | 975 | 30,387.50 | 21,547.50 | 8,840.00 |
| Mikaela C. Whitman | 44.2 | 625 | 500 | 27,625.00 | 22,100.00 | 5,525.00 |
| TOTAL | 186.0 | | | $148,038.00 | $115,701.50 | $32,336.50 |

# PASICH LLP

10880 Wilshire Boulevard, Suite 2000
Los Angeles, CA 90024
(424) 313-7860
www.pasichllp.com
Federal Tax ID:
82-2096928

BSA Tort Claimants
c/o John W. Lucas
Pachulski Stang Ziehl & Jones LLP

January 6, 2021
Invoice #  14227

In Reference To: Tort Claims--Insurance
Our File No.:   B029.001

### Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| **General Committee** | | | | |
| 12/1/2020 | JLS | Appear for/Attend TCC meeting (2) and prepare for same (.6). | 2.60 | 1,612.00 |
| | KAP | Conference with State Court Counsel re ██████████ issues (2.0) | 2.00 | 1,950.00 |
| 12/3/2020 | JLS | Confer with Mr. Lucas regarding ██████████. | 0.30 | 186.00 |
| | JLS | Appear for/Attend State Court Committee meeting (1.0) and prepare ██████████ in preparation for same (.7). | 1.70 | 1,054.00 |
| | JLS | Appear for/Attend TCC meeting (2.4) and prepare for same (.6). | 3.00 | 1,860.00 |
| | KAP | Attend conference ██████████ regarding insurance (1.7) attend TCC meeting re ██████████ (2.4) | 4.10 | 3,997.50 |
| 12/4/2020 | JLS | Appear for/Attend ██████████ (1.6) and review ██████████ (.4). | 2.00 | 1,240.00 |
| | JLS | Appear for/Attend ██████████ | 1.60 | 992.00 |
| | KAP | Conference with BSA, mediators, and TCC re ██████████ (1.6) | 1.60 | 1,560.00 |
| 12/5/2020 | JLS | Appear for/Attend TCC meeting. | 1.50 | 930.00 |
| | KAP | Revise ██████████ re ██████████ (0.2); conference with state court counsel re ██████████ (1.5) | 1.70 | 1,657.50 |
| 12/7/2020 | JLS | Appear for/Attend TCC working group meeting (1.9) and prepare for same (.4). | 2.30 | 1,426.00 |

BSA Tort Claimants                                                                                    Page    2

| | | | Hours | Amount |
|---|---|---|---|---|
| 12/7/2020 | JLS | Appear for/Attend meeting with TCC and "the coalition" regarding ▮▮▮▮▮▮ | 1.70 | 1,054.00 |
| | KAP | Conference with Coalition attorneys and TCC ▮▮▮▮▮▮▮ (1.9) | 1.90 | 1,852.50 |
| 12/8/2020 | JLS | Appear for/Attend TCC meeting (1.6) and evaluate ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ in preparation for same (.9). | 2.50 | 1,550.00 |
| 12/10/2020 | JLS | Appear for/Attend SCC meeting (1.3) and prepare for same (.3). | 1.50 | 930.00 |
| | JLS | Appear for/Attend mediator discussion with ad hoc local council group. | 1.50 | 930.00 |
| | JLS | Appear for/Attend meeting with TCC and mediators. | 1.00 | 620.00 |
| | JLS | Appear for/Attend TCC meeting. | 1.40 | 868.00 |
| | KAP | Attend part of  State Court Counsel call re ▮▮▮▮(0.9) | 0.90 | 877.50 |
| | KAP | Conference with mediators (1.5); conference with TCC (1.4) | 2.90 | 2,827.50 |
| 12/11/2020 | JLS | Appear for/Attend meeting with TCC and coalition (1.6) and confer with TCC following same (1.1) (partial). | 2.70 | 1,674.00 |
| | KAP | Conference with coalition and counsel re ▮▮▮▮▮▮(1.6) | 1.60 | 1,560.00 |
| | KAP | Conference with State Court Counsel (1.1) | 1.10 | 1,072.50 |
| 12/12/2020 | JLS | Appear for/Attend TCC meeting. | 2.00 | 1,240.00 |
| | KAP | Conference with state court counsel re ▮▮▮▮▮▮(2.0) | 2.00 | 1,950.00 |
| 12/14/2020 | JLS | Appear for/Attend insurance working group meeting (1.6) and prepare for same (.4); update TCC following same (.3). | 2.30 | 1,426.00 |
| | KAP | Conference with Insurance Working Group re ▮▮▮▮▮▮▮ (1.6) | 1.60 | 1,560.00 |
| 12/15/2020 | JLS | Appear for/Attend TCC meeting. | 2.20 | 1,364.00 |
| | KAP | Conference with State Court Counsel re ▮▮▮▮(2.2) | 2.20 | 2,145.00 |
| 12/17/2020 | JLS | Appear for/Attend mediator meeting. | 1.10 | 682.00 |
| | JLS | Appear for/Attend TCC meeting (1.6) and prepare for same (.6). | 2.20 | 1,364.00 |
| | KAP | Conference with mediators (1.1); conference with TCC (0.4) (partial) | 1.50 | 1,462.50 |
| 12/18/2020 | JLS | Appear for/Attend ▮▮▮▮▮▮▮ | 1.80 | 1,116.00 |
| | KAP | Attend ▮▮▮▮▮▮▮▮▮(1.8) | 1.80 | 1,755.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 12/21/2020 | JLS | Appear for/Attend TCC meeting (1.5) and prepare for same (.3). | 1.80 | 1,116.00 |
|  | KAP | Conference with Insurance Working Group (1.5) | 1.50 | 1,462.50 |
| 12/22/2020 | JLS | Appear for/Attend TCC meeting (1.5) and prepare for same (.4). | 1.90 | 1,178.00 |
|  | JLS | Review/Analyze ██████████████ (.7) and confer with Mr. Lucas regarding same (.4). | 1.10 | 682.00 |
|  | KAP | Conference with State Court Counsel (1.5); e-mails re ████████ ████████ (0.1) | 1.60 | 1,560.00 |
| 12/28/2020 | JLS | Appear for/Attend TCC meeting (1.3) and prepare for same (.6). | 1.90 | 1,178.00 |
|  | KAP | Insurance Working Group conference (1.3); review e-mails re █████ (0.1) | 1.40 | 1,365.00 |
| 12/29/2020 | JLS | Appear for/Attend ████████████████ (1) (partial) and review ████████████ in preparation for same (.6). | 1.60 | 992.00 |
|  | JLS | Appear for/Attend TCC meeting. | 1.20 | 744.00 |
|  | KAP | Attend ████████████████ (1.5); review e-mails re ████████ (0.3) | 1.80 | 1,755.00 |
|  | **SUBTOTAL:** |  | **[ 81.60** | **62,378.00]** |

**Insurance Coverage**

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 12/1/2020 | KAP | Review ████████████████████████ (1.1) | 1.10 | 1,072.50 |
|  | MCW | Conduct legal research regarding ████████████████ ████████████ (2.9). | 2.90 | 1,450.00 |
| 12/2/2020 | JLS | Review/Analyze ████████████████████████ ████████████ in order to ████████████ | 4.30 | 2,666.00 |
|  | JLS | Appear for/Attend ████████████████████████ | 1.00 | 620.00 |
|  | JLS | Confer with coverage professionals regarding ██████████ ████████████ | 0.50 | 310.00 |
|  | JLS | Confer with Mr. Pasich, Ms. Whitman and Ms. Oswald regarding ████ (1.4) and prepare analysis of same (1.3). | 2.70 | 1,674.00 |
|  | CO | Meeting with Ms. Whitman, Mr. K. Pasich, and Mr. Schulman regarding ████████████████ (1.4). | 1.40 | 364.00 |

BSA Tort Claimants

| | | | Hours | Amount |
|---|---|---|---|---|
| 12/2/2020 | CO | Calculate ███████████████████████████ (1); compose a chart ███ (0.2). | 1.20 | 312.00 |
| | KAP | Conference with BSA and Coalition coverage counsel (1.0); review ███████████ (1.1); conference with team re ████████ (1.0) | 3.10 | 3,022.50 |
| | MCW | Participate in telephone conference with Mr. Schulman, Mr. Pasich and Ms. Oswald regarding ██████████████████████ (1.4); participate in telephone conference with Ms. Oswald regarding ████████████████████ ███████████ (.1); analyze ███████████████████████████████████ (2.6); draft excel and word charts regarding █████████████████████ (3.2). | 7.30 | 3,650.00 |
| 12/3/2020 | JLS | Continued review and analysis of ███████████████████████████████████ (4.4); confer with Ms. Whitman regarding same (.4) and confer with Mr. Azer regarding same (.3). | 5.00 | 3,100.00 |
| | JLS | Confer with Mr. Pasich and Ms. Whitman in preparation for TCC meeting. | 0.60 | 372.00 |
| | JLS | Appear for/Attend meeting with TCC and coalition representatives | 1.80 | 1,116.00 |
| | KAP | Conferences with team re ████████ (0.6) (0.2); review and revise ██████ (0.8) | 1.60 | 1,560.00 |
| | MCW | Participate in telephone conference with Mr. Schulman and Mr. Pasich regarding ██████████████████████ (.6); participate in telephone conference with Mr. Schulman regarding ████████████████ (.8); participate in TCC meeting (2.5); analyze information and draft chart for ████████████████████████████ (4.3); participate in telephone conference with Mr. Azer, counsel for BSA, regarding ████████████ █████████████ (.2). | 8.40 | 4,200.00 |
| 12/4/2020 | JLS | Review/Analyze ████████████████████████████ | 3.10 | 1,922.00 |
| | JLS | Confer with BSA counsel and TCC regarding ██████████████████ | 0.70 | 434.00 |

BSA Tort Claimants

| | | | Hours | Amount |
|---|---|---|---|---|
| 12/4/2020 | KAP | Review █████ (1.1); conference with Mr. Gallagher (0.5) | 1.60 | 1,560.00 |
| | MCW | Draft and edit excel and word document charts for Mr. Pasich and TCC regarding █████ (5.7); draft █████ (1.1). | 6.80 | 3,400.00 |
| 12/5/2020 | MCW | Draft and edit excel and word document charts for Mr. Pasich and TCC regarding █████ (.8); draft e-mails to Mr. Pasich regarding █████ (.2); review and analyze █████ 2.1); review information and determine █████ (2.3). | 5.40 | 2,700.00 |
| 12/7/2020 | JLS | Confer with BSA's coverage counsel regarding █████ | 0.50 | 310.00 |
| | KAP | Conference with Insurance Working Group re █████ (1.5); review █████ and e-mails with Mr. Schulman (0.6) | 2.10 | 2,047.50 |
| | MCW | Gather information and calculate █████ (1.9); draft excel and word charts regarding same (2.1); gather information and calculate █████ (2.7); draft e-mail to Adiren Azur, counsel for BSA, regarding █████ (.1). | 8.10 | 4,050.00 |
| 12/8/2020 | MCW | Gather and analyze information to calculate █████ (1.6); draft excel and word charts regarding same (2.2); Gather information and calculate █████ (1.5); draft chart regarding same (2.4). | 7.70 | 3,850.00 |
| 12/9/2020 | JLS | Review/Analyze █████ to formulate █████ | 3.70 | 2,294.00 |
| | KAP | Review and respond to e-mails re █████ and review █████ (0.9) | 0.90 | 877.50 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 12/9/2020 | MCW | Review ███████████ regarding ███████████ and draft supporting chart ███████ (1.6); draft letter ███████ regarding ███████████ .4); Review ███████████ regarding ███████████ and draft supporting chart ██████ .7); draft letter to ███████████ regarding ███████ (.6); gather information and analyze ███████████ (.8); draft chart regarding same (1.6). | 5.70 | 2,850.00 |
| 12/10/2020 | JLS | Confer with BSA's coverage counsel regarding ███████████ | 0.40 | 248.00 |
| | JLS | Conduct ███████ and analysis with ███████████ to provide ███████████ (2.3); review ███████ (1.8) | 4.10 | 2,542.00 |
| | MCW | Review ███████████ regarding ██████ and draft ███████████ ███████████ (3.3); draft letter to ███████ regarding ███████ (.9); gather and analyze information concerning ███████████ (2.9). | 7.10 | 3,550.00 |
| 12/11/2020 | KAP | Conference with Mr. Stang, Mr. Nasatir, and Mr. Schulman re ███████ (0.1) | 0.10 | 97.50 |
| | MCW | Gather and analyze information concerning ███████████ (1.3); chart for Mr. Schulman regarding same (1.2); review and analyze ███████████ (.7); draft summary e-mail to Mr. Schulman regarding same (.6); gather information and analyze ███████████ (1.3); draft excel documents for Mr. Pasich regarding same (.9); review and determine ███████ (.8). | 6.80 | 3,400.00 |
| 12/12/2020 | MCW | Gather information and analyze ███████████ (2.7); draft excel documents for Mr. Pasich regarding same (1.9); gather information and analyze ███████████ | 6.60 | 3,300.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | █████████████ (.6); draft chart for Mr. Pasich regarding same (1.4). | | |
| 12/14/2020 | JLS | Confer with BSA's coverage counsel regarding ████████████ | 0.50 | 310.00 |
| | MCW | Draft legal research memo regarding ██████████████ █████ (6.3). | 6.30 | 3,150.00 |
| 12/15/2020 | MCW | Analyze ████████████ and draft chart ████████████████████████████████████ | 4.80 | 2,400.00 |
| 12/16/2020 | JLS | Review/Analyze research on ████████████ | 0.80 | 496.00 |
| | JLS | Review/Analyze ███████████████████████ | 2.30 | 1,426.00 |
| | MCW | Analyze ████████████ and draft chart ███████████████████████████████████████████ | 4.10 | 2,050.00 |
| 12/17/2020 | MCW | Analyze ████████████ and draft chart ███████████████████████████████████████████████ (2.9); draft letter to ████████ regarding █████████████████ (.9); draft letter to ████████ regarding ████████████████████ (.8). | 4.60 | 2,300.00 |
| 12/21/2020 | JLS | Confer with Mr. Azer regarding ████████████ | 0.50 | 310.00 |
| | JLS | Research ██████████████████████████ | 1.70 | 1,054.00 |
| | MCW | Draft letter to ████ regarding ██████████████ (.8). | 0.80 | 400.00 |
| 12/22/2020 | MCW | Participate in telephone conference with ████████ regarding ████████████████████████ (.2); draft follow-up e-mail regarding same (.2); participate in telephone conference with Mr. Schulman regarding ████████████████████████████████ | 4.60 | 2,300.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | (.1); conduct legal research regarding ███ (1.8); conduct legal research regarding ███ (2.3). |  |  |
| 12/23/2020 | MCW | Conduct legal research and draft memo regarding ███ (1.1); conduct legal research and draft memo regarding ███ (3.9); conduct legal research regarding ███ (2.6). | 7.60 | 3,800.00 |
| 12/24/2020 | MCW | Conduct legal research and draft memo regarding ███ (1.2); conduct legal research regarding ███ (.9); draft legal research memo regarding ███ (3.8). | 5.90 | 2,950.00 |
| 12/26/2020 | JLS | Research ███ (1.4) and confer with Ms. Whitman regarding same (.3). | 1.70 | 1,054.00 |
|  | MCW | Participate in telephone conference with Mr. Schulman regarding legal research and memo on ███ (.5); conduct legal research ███ (4.8). | 5.30 | 2,650.00 |
| 12/27/2020 | JLS | Review/Analyze ███ (1.8) and continued research regarding ███ (1.5). | 3.30 | 2,046.00 |
|  | MCW | Draft legal research memo regarding ███ (3.1); conduct legal research regarding ███ (1.6); research ███ (2.3); conduct legal research regarding ███ (1.8). | 8.80 | 4,400.00 |
| 12/28/2020 | JLS | Confer with BSA's counsel regarding ███ | 0.50 | 310.00 |

BSA Tort Claimants                                                                    Page    9

| | | | Hours | Amount |
|---|---|---|---|---|
| 12/28/2020 | JLS | Review/Analyze memo regarding ████████ ████████ | 1.40 | 868.00 |
| | JLS | Review/Analyze ████████████ | 2.60 | 1,612.00 |
| | MCW | Conduct legal research regarding ████████ 4.1); draft memo regarding same (.5); draft legal research memo regarding ████████ (1.6). | 6.20 | 3,100.00 |
| 12/29/2020 | JLS | Review/Analyze research regarding ████████ ████████ | 1.70 | 1,054.00 |
| | MCW | Conduct legal research regarding ████████ (2.3); draft legal research memo regarding ████████ (1.4); draft e-mail to Mr. Schulman regarding same (.2). | 3.90 | 1,950.00 |
| 12/30/2020 | JLS | Conduct ████████ (3.3); confer with Ms. Whitman (.3) and Mr. Azar (.3) regarding same; review ████████ regarding same (.8); update TCC members regarding same (.6). | 5.30 | 3,286.00 |
| | JLS | Review/Analyze ████████ (.1) and confer with TCC regarding same (.3). | 0.40 | 248.00 |
| | MCW | Analyze information and draft chart for Mr. Schulman regarding ████████ (1.4); participate in telephone conference with Mr. Schulman regarding same (.2). | 1.60 | 800.00 |
| 12/31/2020 | JLS | Review/Analyze ████████ (1.4) and confer with Mr. Azer regarding same (.2); review/analyze ████████ (3). | 4.60 | 2,852.00 |
| | JLS | Review/Analyze ████████ | 2.70 | 1,674.00 |
| | MCW | Draft legal research memo regarding ████████ (2.3); draft legal research memo regarding ████████ 1.6); research ████████ (.6); research ████████ (1.8). | 6.30 | 3,150.00 |

|  | SUBTOTAL: | | [   215.10 | 118,921.50] |

|  | Hours | Amount |
|---|---|---|
| **Subtotal of charges** |  | **$181,299.50** |
| Courtesy Reductions of Time |  | ($8,750.00) |
| **For professional services rendered** | **296.70** | **$172,549.50** |
| **Previous balance** |  | **$578,571.16** |
| **Balance due** |  | **$751,120.66** |

| | |
|---|---|
| Total Courtesy Reductions of Time: | $8,750.00 |
| Total Discount on Rates: | $52,153.00 |
| Total Reductions/Discounts: | $60,903.00 |

## Timekeeper Summary

| Name | Hours | Regular Rate | 20% Discounted Rate | Total Full | Total Discounted | Difference |
|---|---|---|---|---|---|---|
| Caitlin Oswald | 2.6 | 325 | 260 | 845.00 | 676.00 | 169.00 |
| Jeffrey L. Schulman | 106.8 | 775 | 620 | 82,770.00 | 66,216.00 | 16,554.00 |
| Kirk A. Pasich | 43.7 | 1,375.00 | 975 | 60,087.50 | 42,607.50 | 17,480.00 |
| Mikaela C. Whitman | 143.6 | 625 | 500 | 89,750.00 | 71,800.00 | 17,950.00 |
| TOTAL | 296.7 | | | $233,452.50 | $181,299.50 | $52,153.00 |