# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: Docket No. 1084** |

## NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF MOTION OF OFFICIAL COMMITTEE OF TORT CLAIMANTS ENFORCING AUTOMATIC STAY UNDER 11 U.S.C. §§ 362(A)(3) AND 541(A) AGAINST MIDDLE TENNESSEE COUNCIL ARISING FROM TRANSFERS OF PROPERTY OF THE ESTATE

**PLEASE TAKE NOTICE** that on August 7, 2020, the official committee of tort claimants (consisting of survivors of childhood sexual abuse) (the "Tort Claimants' Committee"), appointed in the above-captioned cases, filed the *Motion of Official Committee of Tort Claimants Enforcing Automatic Stay Under 11 U.S.C. §§ 362(a)(3) and 541(a) Against Middle Tennessee Council Arising from Transfers of Property of the Estate* (the "Motion") [Docket No. 1084] with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that the Tort Claimants' Committee hereby withdraws the Motion without prejudice.

*[Signature on next page.]*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

DOCS_DE:232549.1 85353/002

2

Dated: January 15, 2021  PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
James I. Stang (CA Bar No. 94435)
John A. Morris (NY Bar No. 2405397)
James E. O'Neill (DE Bar No. 4042)
John W. Lucas (CA Bar No.271038)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:   (302) 652-4400
Email:  jstang@pszjlaw.com
           jmorris@pszjlaw.com
           joneill@pszjlaw.com
           jlucas@pszjlaw.com

*Counsel for the Tort Claimants' Committee*

DOCS_DE:232549.1 85353/002