**EXHIBIT C**

**Budget and Staffing Plan**

A budget was not submitted for Pasich for this time period in this case.

**Staffing Across All Matter Categories for the Application Period**

A staffing plan was not submitted for Pasich for this time period in this case.

3