**Exhibit D**

**COMPENSATION BY CATEGORY**

| Project Categories | Total Hours | Total Fees[1] |
|---|---:|---:|
| General Committee | 200 | $158,115.30 |
| Insurance Coverage | 1,153.70 | $518,041.00 |

**EXPENSE SUMMARY**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| No Expenses | | |

---

[1] These totals include both the discounted rates as well as the courtesy deductions.

4