**Exhibit F**

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND | ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline:  September 1, 2020 at 4:00 p.m.**
**Hearing Date:  To be scheduled if necessary**

## FIRST MONTHLY (COMBINED) APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PASICH LLP, AS INSURANCE COUNSEL FOR THE TORT CLAIMANTS' COMMITTEE FOR THE PERIOD FROM MAY 12, 2020 THROUGH JULY 31, 2020

| | |
|---|---|
| Name of Applicant: | Pasich LLP |
| Authorized to Provide Professional Services to: | Tort Claimants' Committee |
| Date of Retention: | Effective as of May 12, 2020 by order signed on or about June 17, 2020 |
| Period for which Compensation and Reimbursement is Sought: | May 12, 2020 through July 31, 2020 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $262,233.30[2] |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $      0.00 |

This is a:        x   monthly        interim        final application.

The total time expended for fee application preparation is approximately 2.0 hours

and the corresponding compensation requested is approximately $800.00.

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2]  Applicant has discounted its fees by $100,020.20 for the Application fee period, comprising courtesy deductions of time in the amount of $20,263.20, and a 20% rate discount in the amount of $79,755.00, and all professionals and paraprofessionals being billed at 80% of their regular rates, with the exception of Kirk Pasich, whose rate for this engagement was reduced to $975 per hour rather than his standard rate of $1,375 per hour, resulting in a total rate discount in the amount of $79,755.00.

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

No prior fee applications have been filed.

## PASICH LLP PROFESSIONALS

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) All rates discounted by 20% | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kirk A. Pasich | Managing Partner, Insurance Recovery. Admitted to practice in 1980 with more than 38 years of relevant experience. | $975.00 | 67.50 | $ 65,812.50 |
| Jeffrey L. Schulman | Partner, Insurance Recovery. Admitted to practice in 2000 with approximately 16 years of relevant experience. | $775.00 | 122.60 | $ 76,012.00 |
| Mikaela C. Whitman | Partner, Insurance Recovery. Admitted to practice in 2009 with approximately 11 years of relevant experience. | $625.00 | 207.40 | $103,700.00 |
| Caitlin Oswald | Associate, Insurance Recovery. Admitted to practice in 2020. | $325.00 | 101.80 | $ 26,468.00 |
| Donald K. Piper | Paraprofessional, Insurance Recovery. Began working in 1988 with approximately 32 years of relevant experience. | $290.00 | 40.40 | $ 10,504.00 |

Grand Total:  $262,233.30
Total Hours:        240.20
Blended Rate:  $      485.44

DOCS_DE:230248.1 85353/002
B029.001/285497.1
DOCS_DE:230274.1 85353/002

## COMPENSATION BY CATEGORY

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| General Committee | 54.90 | $  49,480.50 |
| Insurance Coverage | 485.30 | $233,016.00 |

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| No Expenses | | |

DOCS_DE:230248.1 85353/002
B029.001/285497.1
DOCS_DE:230274.1 85353/002

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND | ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline:  September 1, 2020 at 4:00 p.m.**
**Hearing Date:  To be scheduled if necessary**

**FIRST MONTHLY (COMBINED) APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES OF PASICH LLP, AS
INSURANCE COUNSEL FOR THE TORT CLAIMANTS' COMMITTEE
<u>FOR THE PERIOD FROM MAY 12, 2020 THROUGH JULY 31, 2020</u>**

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the

"Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively,

the "Bankruptcy Rules"), and the "Order (I) Approving Procedures for (A) Interim

Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense

Reimbursement for Official Committee Members and (II) Granting Related Relief," signed on or

about April 6, 2020 (the "Administrative Order"), Pasich LLP ("Pasich" or the "Firm"),

Insurance Counsel to the Tort Claimants' Committee (the "Committee"), hereby submits its First

Monthly (Combined) Application for Compensation and for Reimbursement of Expenses for the

Period from May 12, 2020 through July 31, 2020 (the "Application").

By this Application Pasich seeks a monthly interim allowance of compensation in

the amount of $262,233.30 and actual and necessary expenses in the amount of $0.00 for a total

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

allowance of $262,233.30 and payment of $209,786.64 (80% of the allowed fees) and

reimbursement of $0.00 (100% of the allowed expenses) for a total payment of $209,786.64 for

the period May 12, 2020 through July 31, 2020 (the "Interim Period").  In support of this

Application, Pasich respectfully represents as follows:

### **Background**

1.      On February 18, 2020 (the "Petition Date"), the Debtors commenced their

Chapter 11 cases by filing voluntary petitions for relief under chapter 11 of the Bankruptcy

Code.  The Debtors have continued in possession of their property and continued to operate and

manage their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the

Bankruptcy Code.  No trustee or examiner has been appointed in the Debtors' chapter 11 cases.

2.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157

and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3.      On or about April 6, 2020, the Court signed the Administrative Order,

authorizing certain professionals ("Professionals") to submit monthly applications for interim

compensation and reimbursement for expenses, pursuant to the procedures specified therein.

The Administrative Order provides, among other things, that a Professional may submit monthly

fee applications.  If no objections are made within fourteen (14) days after service of the monthly

fee application the Debtors are authorized to pay the Professional eighty percent (80%) of the

requested fees and one hundred percent (100%) of the requested expenses.  Beginning with the

period ending May 31, 2020 and at three-month intervals thereafter, each of the Professionals

shall file and serve an interim application for allowance of the amounts sought in its monthly fee

applications for that period.  All fees and expenses paid are on an interim basis until final allowance by the Court.

4.	The retention of Pasich, as Insurance Counsel to the Tort Claimants' Committee, was approved effective as of May 12, 2020 by this Court's "Order Pursuant to Sections 328 and 1103 of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 Authorizing the Employment and Retention of Pasich LLP as Insurance Counsel for the Official Tort Claimants' Committee Effective as of May 12, 2020," signed on or about June 17, 2020 (the "Retention Order").  The Retention Order authorized Pasich to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.  Pasich is employed as insurance counsel and has made and will make all reasonable efforts to avoid duplication of work performed by the Committee's other professionals.

## PASICH'S APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES

### Compensation Paid and Its Source

5.	All services for which Pasich requests compensation were performed for or on behalf of the Committee.

6.	Pasich has received no payment and no promises for payment from any source other than the Debtors for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application.  There is no agreement or understanding between Pasich and any other person other than the partners of Pasich for the

sharing of compensation to be received for services rendered in these cases. Pasich did not receive a retainer in this matter.

## Fee Statements

7.      The fee statements for the Interim Period are attached hereto as Exhibit A. These statements contain daily time logs describing the time spent by each attorney and paraprofessional during the Interim Period. To the best of Pasich's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code and the Bankruptcy Rules. Pasich's time reports are electronically maintained by the attorney or paralegal performing the described services and Pasich. The time reports are organized on a daily basis. Pasich is particularly sensitive to issues of "lumping" and, unless time was spent in one time frame on a variety of different matters for a particular client, time is recorded per tasks so reflected in the time reports. Pasich's charges for its professional services are based upon the time, nature, extent and value of such services and the cost of comparable services other than in a case under the Bankruptcy Code.

## Actual and Necessary Expenses

8.      A summary of actual and necessary expenses incurred by Pasich for the Interim Period is attached hereto as part of Exhibit A. Pasich does not charge for internal photocopying or facsimile expenses.

9.      Pasich also does not charge with respect to providers of on-line legal research services (e.g., LEXIS and WESTLAW).

## Summary of Services Rendered

10.     The names of the partners and associates of Pasich who have rendered professional services in these cases during the Interim Period, and the paralegals and case management assistants of Pasich who provided services to these attorneys during the Interim Period, are set forth in the attached Exhibit A.

11.     Pasich, by and through such persons, has advised the Committee on a regular basis with respect to various matters in connection with the Debtors' bankruptcy cases, and performed all necessary professional services which are described and narrated in detail below.  Pasich's efforts have been extensive due to the size and complexity of the Debtors' bankruptcy cases.

## Summary of Services by Project

12.     The services rendered by Pasich during the Interim Period can be grouped into the categories set forth below.  Pasich attempted to place the services provided in the category that best relates to such services.  However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category.  These services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth on the attached Exhibit A.  Exhibit A identifies the attorneys and paraprofessionals who rendered services relating to each category, along with the number of hours for each individual and the total compensation sought for each category.

**A.      General Committee**

13.      This category relates to work regarding general committee issues.  During the Interim Period, the Firm, among other things:  (1) prepared for and attended conference calls with the Committee; (2) prepared for and attended conference calls with State Court Counsel and various committees and committee members; (3)  prepared for and attended numerous conference calls with mediators; and (4) corresponded and conferred regarding general committee issues.

Fees:  $49,480.50;      Hours:  54.90

**B.      Insurance Coverage**

14.      This category relates to work regarding insurance coverage issues.  During the Interim Period, the Firm, among other things:  (1) reviewed and analyzed insurance policies and corresponding documents; (2) reviewed and analyzed insurance coverage issues and legal arguments; (3) performed legal research on insurance coverage issues; (4) reviewed and analyzed underlying litigation allegations, pleadings, motions, filings and coverage portfolio issues; and (5) conferred and corresponded regarding insurance coverage issues.

Fees:  $233,016.00;    Hours:  485.30

**Valuation of Services**

15.      Attorneys and paraprofessionals of Pasich expended a total 540.20 hours in connection with their representation of the Committee during the Interim Period, as follows:

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) All rates discounted by 20% | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kirk A. Pasich | Managing Partner, Insurance Recovery. Admitted to practice in 1980 with approximately 40 years of relevant experience. | $975.00 | 67.50 | $ 65,812.50 |
| Jeffrey L. Schulman | Partner, Insurance Recovery. Admitted to practice in 2000 with approximately 16 years of relevant experience. | $775.00 | 122.60 | $ 76,012.00 |
| Mikaela C. Whitman | Partner, Insurance Recovery. Admitted to practice in 2009 with approximately 11 years of relevant experience. | $625.00 | 207.40 | $103,700.00 |
| Caitlin Oswald | Associate, Insurance Recovery. Admitted to practice in 2020. | $325.00 | 101.80 | $ 26,468.00 |
| Donald K. Piper | Paraprofessional, Insurance Recovery. Licensed in 1988 with approximately 32 years of relevant experience. | $290.00 | 40.40 | $ 10,504.00 |

**Grand Total:** **$262,233.30**
**Total Hours:** **240.20**
**Blended Rate: $** **485.44**

16.     The nature of work performed by these persons is fully set forth in Exhibit A attached hereto. Pasich's normal hourly rates for work of this character have all been discounted. The reasonable value of the services rendered by Pasich for the Committee during the Interim Period is $262,233.30 after applying those discounts.

17.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by Pasich is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent

of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.  Moreover, Pasich has reviewed the requirements of Del. Bankr. LR 2016-2 and the Administrative Order and believes that this Application complies with such Rule and Order.

WHEREFORE, Pasich respectfully requests that the Court enter an order providing that, for the period of May 12, 2020 through July 31, 2020, an interim allowance be made to Pasich for compensation in the amount of $262,233.30 and actual and necessary expenses in the amount of $0.00 for a total allowance of $262,233.30 and payment of $209,786.64 (80% of the allowed fees) and reimbursement of $0.00 (100% of the allowed expenses) be authorized for a total payment of $209,786.64; and for such other and further relief as this Court deems proper.

Dated:  August 18, 2020

PASICH LLP

_____

Insurance Counsel to the Tort Claimants Committee

## VERIFICATION

STATE OF NEW YORK : 

COUNTY OF NEW YORK :

        Jeffrey L. Schulman, after being duly sworn according to law, deposes and says:

    a)     I am a partner with the applicant law firm Pasich LLP.

    b)     I am familiar with many of the legal services rendered by Pasich LLP as Insurance Counsel to the Tort Claimants' Committee.

    c)     I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Administrative Order signed on or about April 6, 2020 and submit that the Application substantially complies with such Rule and Order.

_____
Jeffrey L. Schulman

SWORN AND SUBSCRIBED
before me this 18th day of August, 2020.

_Deborah Alicea_
_____
Notary Public
My Commission Expires: 12/01/2020

Commissioner of Deeds
City of New York: 3-6970
Certification Filed in New York County
Commision Expires on December 1, 2020

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
|  | Jointly Administered |
| Debtors. |  |

**Objection Deadline: September 1, 2020 at 4:00 p.m. (ET)**
**Hearing Date: Scheduled only if necessary**

## NOTICE OF FILING OF FEE APPLICATION

**PLEASE TAKE NOTICE** that Pasich LLP ("Pasich"), insurance counsel to the official committee of tort claimants (consisting of survivors of childhood sexual abuse) (the "Tort Claimants' Committee" or the "TCC"), in the above-captioned cases, has filed its *First Monthly (Combined) Application for Compensation and Reimbursement of Expenses of Pasich LLP, as Insurance Counsel for the Tort Claimants' Committee for the Period from May 12, 2020 through July 31, 2020* (the "Application") seeking fees in the amount of $262,233.30 and reimbursement of actual and necessary expenses in the amount of $0.00 for the period from May 12, 2020 through July 31, 2020.

**PLEASE TAKE FURTHER NOTICE** that any objection or response to the Application must be made in writing and be filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **September 1, 2020 at 4:00 p.m. prevailing Eastern Time**.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the objection or response, if any, upon the following: (i) the Debtors: Boy Scouts of America, 1325 W. Walnut Hill Lane, Irving, TX 75038 (Attn: Steven P. McGowan); (ii) counsel to the Debtors: (a) Sidley Austin LLP, 787 Seventh Avenue, New York, NY 10019 (Attn: Jessica C.K. Boelter (jboelter@sidley.com)), (b) Sidley Austin LLP, One S. Dearborn, Chicago, IL 60603 (Attn: Matthew E. Linder (mlinder@sidley.com)); and (c) Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, 16th Floor, P.O. Box 1347, Wilmington, DE 19899-1347 (Attn: Derek C. Abbott (dabbott@mnat.com)); (iii) the United States Trustee: 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: David Buchbinder (david.l.buchbinder@usdoj.gov) and Hannah M. McCollum (hannah.mccollum@usdoj.gov)); (iv) counsel to the Official Committee of Unsecured Creditors: (a) Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036 (Attn: Rachael Ringer (rringer@kramerlevin.com) and Megan M. Wasson (mwasson@kramerlevin.com)) and (b) Reed Smith LLP, 1201 N. Market Street, Suite 1500, Wilmington, DE 19801 (Attn: Kurt F. Gwynne (kgwynne@reedsmith.com) and Katelin A Morales (kmorales@reedsmith.com)); (v) counsel to the Tort Claimants' Committee: Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19801 (Attn: James I. Stang (jstang@pszjlaw.com) and James E. O'Neill (joneill@pszjlaw.com)); (vi) counsel to the Future Claimants' Representative: Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 N. King Street, Wilmington, DE 19801 (Attn: Robert S. Brady (rbrady@ycst.com) and Edwin J. Harron (eharron@ycst.com)); (vii) counsel to the Ad Hoc Committee of Local Councils: Wachtell, Lipton, Rosen & Katz, 51 W. 52nd Street, New York, NY 10019 (Attn: Richard G. Mason (rgmason@wlrk.com) and Joseph C. Celentino (jccelentino@wlrk.com)); (viii) counsel to JPMorgan Chase Bank, National

2

Association: (a) Norton Rose Fulbright US LLP, 2200 Ross Avenue, Dallas, TX 75201-7932

(Attn: Louis R. Strubeck (louis.strubeck@nortonrosefulbright.com) and Kristian W. Gluck

(kristian.gluck@nortonrosefulbright.com) and (b) Womble Bond Dickinson (US) LLP, 1313 N.

Market Street, Suite 1200, Wilmington, DE 19801 (Attn: Matthew Ward (matthew.ward@wbd-

us.com) and Morgan Patterson (morgan.patterson@wbd-us.com)); and (ix) counsel to the County

Commission of Fayette County (West Virginia): Steptoe & Johnson PLLC, Chase Tower, 8th

Floor, 707 Virginia Street East, Charleston, WV 25301 (Attn: John C. Stump

(john.stump@steptoe-johnson.com)).

      **PLEASE TAKE FURTHER NOTICE** that on April 6, 2020, the Bankruptcy

Court entered the *Order (I) Approving Procedures for (A) Interim Compensation and

Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for

Official Committee Members and (II) Granting Related Relief* (the "Order") [Docket No. 341].

Pursuant to the Order, in the absence of timely filed objections or responses, and upon the filing

with the Bankruptcy Court of a certification of no objection, the Debtors are authorized to pay

the professionals eighty percent (80%) of the fees, and one hundred percent (100%) of expenses

without further notice or hearing. All fees and expenses paid to the professionals are subject to

final approval by the Court.

      **PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN

ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF

REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: August 18, 2020          PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
James I. Stang (CA Bar No. 94435)
Robert B. Orgel (CA Bar No. 10187)
James E. O'Neill (DE Bar No. 4042)
John W. Lucas (CA Bar No.271038)
Ilan D. Scharf (NY Bar No. 4042107)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:   (302) 652-4400
Email: jstang@pszjlaw.com
         rorgel@pszjlaw.com
         joneill@pszjlaw.com
         jlucas@pszjlaw.com
         ischarf@pszjlaw.com

*Counsel for the Tort Claimants' Committee*

4

# EXHIBIT A

# PASICH LLP

10880 Wilshire Boulevard, Suite 2000
Los Angeles, CA 90024
(424) 313-7860
www.pasichllp.com
Federal Tax ID:
82-2096928

BSA Tort Claimants
c/o John W. Lucas
Pachulski Stang Ziehl & Jones LLP

July 31, 2020
Invoice #  13296

In Reference To: Tort Claims--Insurance
Our File No.:   B029.001

### Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| **General Committee** | | | |
| 5/21/2020 KAP | Prepare for and attend Committee call (1.1) | 1.10 | 1,072.50 |
| 5/26/2020 KAP | State counsel call re insurance issues and strategy (1.5) | 1.50 | 1,462.50 |
| 6/2/2020 KAP | State counsel conference call, including insurance update (2.0) | 2.00 | 1,950.00 |
| 6/11/2020 KAP | TCC call, including insurance update (1.2) | 1.20 | 1,170.00 |
| 6/12/2020 KAP | Telephone conference with Mr. Kravitz, Mr. Goldfarb, Mr. Kosnoff, and Mr. Rothweiler (1.0); review materials (1.3) | 1.30 | 1,267.50 |
| 6/16/2020 KAP | State Counsel conference call re insurance issues and strategy (1.1) | 1.10 | 1,072.50 |
| 6/18/2020 KAP | TCC conference call regarding issues and initial observations (1.0) | 1.00 | 975.00 |
| 6/23/2020 KAP | State Counsel call (1.7); e-mails (0.1) | 1.80 | 1,755.00 |
| 6/25/2020 KAP | TCC call, including insurance update (1.1); e-mails with Mr. Schulman, Ms. Whitman, and Ms. Oswald re issues (0.3); review research re ████████ (0.3) | 1.70 | 1,657.50 |
| 6/29/2020 KAP | E-mails with TCC and state counsel (0.3) | 0.30 | 292.50 |
| 6/30/2020 KAP | TCC call regarding insurance issues and strategy (1.5) | 1.50 | 1,462.50 |
| 7/1/2020 KAP | Draft and revise e-mails (0.4); telephone conference with mediators (1.0); telephone conference with Ms. Andrews (0.3); telephone conference with team (0.8) | 2.50 | 2,437.50 |

BSA Tort Claimants                                                                                  Page    2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/2/2020 | KAP | Review ███ data (0.8); e-mails (0.3); TCC call re mediation and insurance issues (1.9) | 3.00 | 2,925.00 |
| 7/3/2020 | KAP | Telephone conference with Mr. Gallagher (0.7); draft e-mail re same (0.2); review e-mails from counsel (0.3); review additional claims information (0.2); e-mails with team (0.3) | 1.70 | 1,657.50 |
| 7/4/2020 | KAP | Review TCC insurance inquiries and research re same (1.2) | 1.20 | 1,170.00 |
| 7/6/2020 | KAP | Insurance working group call and e-mails (1.3); review policies and data (2.1) | 3.40 | 3,315.00 |
| 7/7/2020 | KAP | Telephone conference with TCC, including insurance update (0.9); e-mails (0.2) | 1.10 | 1,072.50 |
| 7/9/2020 | KAP | TCC call regarding options to ███████████ and other developments (1.5) | 1.50 | 1,462.50 |
| 7/13/2020 | JLS | Weekly status conference with insurance working group and prepare for same. | 2.30 | 1,426.00 |
|  | KAP | Insurance subgroup conference call (1.1) | 1.10 | 1,072.50 |
| 7/14/2020 | KAP | State Counsel meeting re insurance issues and strategy (1.7); review and respond to e-mails and review data spreadsheet (0.9) | 2.60 | 2,535.00 |
| 7/20/2020 | JLS | Appear for/Attend weekly status meeting with TCC Insurance Working Group and prepare for same (2); prepare and circulate meeting minutes (.7). | 2.70 | 1,674.00 |
|  | KAP | Telephone conference with Insurance Working Group (1.6); revise summary re same (0.2); research re issues (0.9); e-mails with counsel (0.4) | 2.20 | 2,145.00 |
| 7/21/2020 | JLS | Appear for/Attend survivors counsel meeting with mediators and prepare minutes of same. | 1.90 | 1,178.00 |
|  | KAP | State counsel call re insurance issues and strategy (1.2); e-mails and research re experts (0.7) | 1.90 | 1,852.50 |
| 7/23/2020 | KAP | Review research, data uploads and policies and telephone conference with TCC re same (2.9) | 2.90 | 2,827.50 |
| 7/26/2020 | KAP | Review research memoranda and agenda for Working Group meeting (1.1); e-mails with Mr. Stang (0.2) | 1.30 | 1,267.50 |
|  | JLS | Plan and prepare for weekly insurance working group meeting. | 0.50 | 310.00 |
| 7/30/2020 | JLS | Confer with committee members regarding ██████ strategy and overall strategy relative to ██████ and review Mr. Stang's memo in preparation for same (2.4); follow-up call with state court counsel and committee to discuss further developments regarding ██████ (1.6). | 4.00 | 2,480.00 |

BSA Tort Claimants                                                                                                Page      3

|            |     |                                                                                                                                                                                                        | Hours | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 7/30/2020  | KAP | Telephone conference with state counsel regarding recommended approach and developments (1.0); telephone conference with TCC regarding recommended approach and developments (1.6)                       | 2.60  | 2,535.00 |

|            |     |                                                                                                                                                                                                        | Hours | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
|            |     | SUBTOTAL:                                                                                                                                                                                               | [ 54.90 | 49,480.50] |

**Insurance Coverage**

|            |     |                                                                                                                                                                                                        | Hours | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 5/12/2020  | KAP | Read materials (1.8); telephone conference with state counsel (1.3)                                                                                                                                     | 3.10  | 3,022.50 |
| 5/25/2020  | KAP | E-mails with Mr. Stang (0.1)                                                                                                                                                                            | 0.10  | 97.50 |
| 6/9/2020   | KAP | Review coverage picture, research re ███████████ ███ (1.9)                                                                                                                                              | 1.90  | 1,852.50 |
| 6/12/2020  | JLS | Begin review/analysis of underlying litigation allegations and coverage portfolio.                                                                                                                      | 2.60  | 1,612.00 |
| 6/14/2020  | JLS | Continued review and organization of initial production of polices, coverage charts and pleadings in order to ███████████ ███; review historical communication among counsel regarding same.            | 3.30  | 2,046.00 |
| 6/15/2020  | DKP | Review and organize coverage action files received from client; PACER searches to locate missing documents (5.0); begin review of insurance policies provided by client and prepare inventory spreadsheet with hyperlinks to documents (1.8) | 6.80  | 1,768.00 |
|            | JLS | Review/Analyze and chart historical insurance policies regarding ███████████████████                                                                                                                    | 2.40  | 1,488.00 |
| 6/16/2020  | JLS | Continued review/analysis and charting of historical insurance policies regarding ███████████████████                                                                                                   | 3.00  | 1,860.00 |
|            | DKP | Continue review of insurance policies and update inventory spreadsheet with hyperlinks.                                                                                                                 | 4.60  | 1,196.00 |
| 6/17/2020  | CO  | Introductory call about the matter and assign preliminary tasks to each attorney (0.5).                                                                                                                 | 0.50  | NO CHARGE |
|            | JLS | Confer with litigation team regarding prioritizing of action items and strategies and prepare for same.                                                                                                 | 0.70  | 434.00 |
|            | DKP | Continue review of insurance policies and update inventory spreadsheet with hyperlinks.                                                                                                                 | 3.60  | 936.00 |
|            | KAP | Conference with Mr. Schulman, Ms. Whitman, and Ms. Oswald (0.5); review policies and ███████ issues, including research re same (1.9)                                                                    | 2.40  | 2,340.00 |

BSA Tort Claimants                                                                                   Page     4

|            |     |                                                                                                                                                                                                 | Hours | Amount   |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 6/17/2020  | MCW | Communicate with Mr. Pasich and Mr. Schulman regarding background for insurance coverage issues and related BSA bankruptcy issues and research tasks (.5); review and analyze underlying coverage actions in Illinois and Texas and policies at issue in those actions (1.3). | 1.80  | 900.00   |
| 6/18/2020  | CO  | Research ████████████████████████████████ (2.7).                                                                                                                                                | 2.70  | 702.00   |
|            | CO  | Research ████████████████████████████████ (5.2).                                                                                                                                                | 5.20  | 1,352.00 |
|            | JLS | Continued review/analysis and charting of pertinent policy terms regarding                                                                                                                       | 3.30  | 2,046.00 |
|            | KAP | Telephone conference with Mr. Stang (0.4); e-mails (0.1); review policy information and review law re key issues (1.9)                                                                            | 2.40  | 2,340.00 |
|            | MCW | Conduct legal research, analyze issue and draft memo regarding ██ ████████████████ (7.8).                                                                                                        | 7.80  | 3,900.00 |
| 6/19/2020  | KAP | E-mails with Mr. Goldfarb and with Mr. Stang (0.4)                                                                                                                                               | 0.40  | 390.00   |
|            | MCW | Conduct legal research, analyze issue and draft memo regarding ██ ████████████████ (5.1).                                                                                                        | 5.10  | 2,550.00 |
| 6/20/2020  | CO  | Research ████████████████████ in order to determine ██████████ with particular focus on ████████████████ (0.8).                                                                                 | 0.80  | 208.00   |
|            | KAP | Review policies and loss information, research re claims and history (1.9)                                                                                                                        | 1.90  | 1,852.50 |
|            | MCW | Conduct legal research, analyze issue and draft memo regarding ██ ████ (1.9).                                                                                                                    | 1.90  | 950.00   |
| 6/21/2020  | CO  | Research ████████████████████████ in order to determine ██████████ (2.2).                                                                                                                       | 2.20  | 572.00   |
|            | MCW | Conduct legal research, analyze issue and draft memo regarding ██ ████ (4.9).                                                                                                                    | 4.90  | 2,450.00 |
| 6/22/2020  | JLS | Review/Analyze underlying submissions regarding damages stemming from "IV" files.                                                                                                               | 1.70  | 1,054.00 |
|            | JLS | Ongoing review, analysis and charting of pertinent provisions of historical coverage regarding ████████████████████████                                                                         | 2.30  | 1,426.00 |

BSA Tort Claimants                                                                                      Page     5

|            |     |                                                                                                                      | Hours | Amount   |
|------------|-----|----------------------------------------------------------------------------------------------------------------------|-------|----------|
| 6/22/2020  | CO  | Research case law regarding the ██████████ to determine whether ██████████ (0.7).                                     | 0.70  | 182.00   |
| 6/23/2020  | JLS | Review/Analyze coverage action pleadings and motion practice to compile list of insurance-related issues to be resolved at mediation and confer with Mr. Pasich regarding same. | 2.30  | 1,426.00 |
|            | DKP | Continue review of insurance policies and update inventory spreadsheet with hyperlinks.                               | 4.50  | 1,170.00 |
| 6/24/2020  | DKP | Continue review of insurance policies and update inventory spreadsheet including hyperlinks.                          | 2.50  | 650.00   |
|            | KAP | Review and revise mediation topic list and e-mails re same (0.5)                                                      | 0.50  | 487.50   |
|            | MCW | Conduct legal research, analyze issue and draft memo regarding ██ ██████████ (4.8).                                   | 4.80  | 2,400.00 |
| 6/25/2020  | JLS | Review/Analyze spreadsheet of ██████████ to compile list of ██████████ and confer with Ms. Oswald regarding same.    | 0.70  | 434.00   |
|            | CO  | Research ██████████ law to determine whether ██████████ (1.8).                                                        | 1.80  | 468.00   |
|            | DKP | Continue review of insurance policies and update inventory spreadsheet with hyperlinks.                               | 5.20  | 1,352.00 |
|            | CO  | Research ██████████ statute (0.5).                                                                                    | 0.50  | 130.00   |
|            | MCW | Conduct legal research, analyze issue and draft memo regarding ██ ██████████ (4.2); conduct legal research and analyze issue regarding ██████████ (4.7). | 8.90  | 4,450.00 |
| 6/26/2020  | JLS | Legal research and analysis of ██████████ statutes and strategies for ██████████ (1.8); review coverage action pleadings for scope of coverage currently being litigated and disputed issues (1.4). | 3.20  | 1,984.00 |
|            | DKP | Research on PACER and internet sites to obtain current docket reports for all coverage action matters and save to local drive, per Mr. Schulman. | 0.50  | 130.00   |
|            | DKP | Continue review of insurance policies and update inventory spreadsheet with hyperlinks.                               | 3.70  | 962.00   |
|            | MCW | Participate in telephone conference with Mr. Schulman regarding research on ██████████ (.2); conduct legal research regarding ██████████ (7.4); draft summary e-mail to Mr. Pasich and Mr. Schulman regarding same (.5). | 8.10  | 4,050.00 |

BSA Tort Claimants                                                                                      Page      6

|            |     |                                                                                                                                    | Hours | Amount   |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 6/27/2020  | MCW | Conduct legal research and analyze issue regarding ███████ ███ (4.9).                                                               | 4.90  | 2,450.00 |
| 6/28/2020  | JLS | Research ████████████████████████████                                                                                               | 1.30  | 806.00   |
| 6/29/2020  | DKP | Continue review of insurance policies and update inventory spreadsheet with hyperlinks.                                             | 2.20  | 572.00   |
|            | MCW | Review and analyze BSA policies from 1960-1980 and draft chart regarding ███████ (5.3).                                             | 5.30  | 2,650.00 |
| 6/30/2020  | DKP | Continue review of insurance policies and update inventory spreadsheet including hyperlinks.                                        | 3.50  | 910.00   |
|            | MCW | Conduct research and draft e-mail to Mr. Pasich regarding ████ (1.3); Review and analyze BSA policies from 1960-1980 and draft policy ████████ (4.9). | 6.20  | 3,100.00 |
|            | KAP | Review insurance information (1.1); review briefs on key issues (0.7)                                                               | 1.80  | 1,755.00 |
| 7/1/2020   | JLS | Review/Analyze internal memorandum regarding ██████████                                                                            | 0.80  | 496.00   |
|            | DKP | Complete review of insurance policies and preparation of inventory spreadsheet including hyperlinks.                                | 2.50  | 650.00   |
|            | JLS | Confer with litigation team regarding action items and strategy (.8); review charts and correspondence of additional action items following working group meeting (.6). | 1.40  | 868.00   |
|            | CO  | Conference with Mr. K. Pasich, Mr. Schulman, and Ms. Whitman regarding ████████ (0.8).                                             | 0.80  | 208.00   |
|            | MCW | Review and analyze BSA policies from 1960-1980 and draft ████████ (6.1); participate in telephone conference with Mr. Pasich and Mr. Schulman regarding research tasks, policy review and new issues (.7). | 6.80  | 3,400.00 |

BSA Tort Claimants                                                                                    Page      7

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/2/2020 | MCW | Review and analyze BSA policies from 1960-1980 and draft ▮▮▮ ▮▮▮▮▮▮▮▮▮▮ (8.4). | 8.40 | 4,200.00 |
| 7/3/2020 | JLS | Review/Analyze insurance policies and chart pertinent provisions regarding ▮▮▮▮▮▮▮▮. | 4.30 | 2,666.00 |
| | CO | Calculate ▮▮▮▮▮▮▮ (1.7); compose a chart regarding the same ▮▮▮▮▮▮▮▮▮ (0.6). | 2.30 | 598.00 |
| | MCW | Review and analyze BSA policies from 1960-2019 for ▮▮▮ (2.5); draft chart for Mr. Pasich regarding same (1.7); draft e-mail to Mr. Pasich regarding same (.8); review analyze IL and TX coverage action filings and draft memo regarding status of these actions and insurers coverage arguments (2.4). | 7.40 | 3,700.00 |
| 7/4/2020 | JLS | Review/Analyze proposed orders lifting certain stays and review correspondence and policies regarding same. | 0.80 | 496.00 |
| | MCW | Review and analyze BSA policies from 1960-1980 and draft ▮▮▮ ▮▮▮▮▮▮▮▮▮▮ (5.9). | 5.90 | 2,950.00 |
| 7/5/2020 | CO | Calculate ▮▮▮▮▮▮ (0.5); compose a chart regarding the same ▮▮▮▮▮▮▮ (0.3). | 0.80 | 208.00 |
| | CO | Calculate ▮▮▮▮▮▮ (2.4); compose a chart regarding the same ▮▮▮▮▮ (1.1). | 3.50 | 910.00 |
| | KAP | Review and revise production requests (0.3) | 0.30 | 292.50 |
| | JLS | Research law regarding ▮▮▮▮▮▮▮▮ in various jurisdictions. | 3.70 | 2,294.00 |
| | MCW | Review and analyze BSA policies from 1960-1980 and draft ▮▮▮ ▮▮▮▮▮▮▮▮▮ (4.6). | 4.60 | 2,300.00 |
| 7/6/2020 | JLS | Video conference with Mr. Pasich and working group regarding action items, timing and strategy; prepare for same. | 2.60 | 1,612.00 |
| | JLS | Research ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ | 1.70 | 1,054.00 |
| | CO | Telephone conference with Ms. Whitman regarding policy review (0.4). | 0.40 | 104.00 |
| | DKP | Research on PACER to locate documents filed in the bankruptcy action in Delaware as requested by Mr. Schulman. | 0.80 | 208.00 |
| | MCW | Participate in telephone conference with Ms. Oswald regarding review and analysis of BSA policies from 1960-2019 (.4); review and analyze motions to intervene and adversary proceedings filed in BSA | 2.50 | 1,250.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | bankruptcy for Mr. Schulman (.4); draft e-mail to Mr. Schulman and Ms. Oswald regarding ████████ ████ (.3); conduct legal research regarding ████████ for Mr. Schulman (.9); Review and analyze BSA policies from 1960-1980 and draft ████████ ████████ (.5). |  |  |
| 7/7/2020 | CO | File all correspondence and documents pertaining to the matter (0.5). | 0.50 | 130.00 |
|  | CO | Conduct a Policy review of all 1960s policies and add the information into the Policy chart (3.1). | 3.10 | 806.00 |
|  | JLS | Research options for ████████████ and confer with Mr. Pasich regarding same (.9); continued review and analysis of historical Boy Scouts coverage to formulate overall strategy (1.4). | 2.30 | 1,426.00 |
|  | MCW | Review and analyze BSA policies from 1960-1980 and draft ████ ████████ (1.7). | 1.70 | 850.00 |
| 7/8/2020 | JLS | Research ████████ ████ issue (2.7); confer with Ms. Whitman regarding status of outstanding projects and action items (.5). | 3.20 | 1,984.00 |
|  | CO | Conduct a policy review of all of the 1990s and add the information into the policy chart (4.2). | 4.20 | 1,092.00 |
|  | CO | Telephone conference with Ms. Whitman regarding ████████ (1.6). | ████ | ████ |
|  | MCW | Review and analyze BSA policies from 1960-1980 and draft ████ ████████ (.8); participate in telephone conference with Ms. Oswald regarding the policy analysis and questions concerning certain policy provisions (1.7); participate in telephone conference with Mr. Schulman regarding ████ research, memo on coverage actions and ongoing projects (.5); conduct research and draft memo regarding ████████ (5.4); conduct legal research regarding ████ (1.1). | 9.50 | 4,750.00 |
| 7/9/2020 | CO | Conduct a policy review of all of the 1990s and add the information into the policy chart (6). | 6.00 | 1,560.00 |

BSA Tort Claimants                                                      Page    9

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/9/2020 | CO | Conference with Ms. Whitman regarding the 1990 Royal Indemnity Policy (0.4). | 0.40 | 104.00 |
|  | KAP | Review options ▇▇▇ (0.4) | 0.40 | 390.00 |
|  | MCW | Review and analyze BSA policies from 1960-1980 and draft ▇▇▇ (3.7); participate in telephone conference with Ms. Oswald regarding policy analysis and issues with certain policy provisions (.5); conduct research and draft memo regarding ▇▇▇ (1.8); conduct legal research regarding ▇▇▇ (1.3). | 7.30 | 3,650.00 |
| 7/10/2020 | CO | Conduct a policy review of all of the 1990s and add the information into the policy chart (3.7). | 3.70 | 962.00 |
|  | JLS | Research question of whether ▇▇▇ (1.4); research ▇▇▇ (.9). | 2.30 | 1,426.00 |
|  | MCW | Review and analyze BSA policies from 1960-1980 and draft ▇▇▇ (2.6); Conduct legal research and draft memo regarding ▇▇▇ (.7). | 3.30 | 1,650.00 |
| 7/11/2020 | CO | Conduct a policy review of all of the 1990s and add the information into the policy chart (0.9). | 0.90 | 234.00 |
| 7/12/2020 | JLS | Plan and prepare for weekly working group discussion. | 0.70 | 434.00 |
|  | MCW | Draft response e-mail to Mr. Schulman regarding status of ongoing projects for Monday meeting (.2); review and analyze BSA policies from 1980-1990 and draft ▇▇▇ (.6). | 0.80 | 400.00 |
|  | CO | Conduct a policy review of all of the 1990s and add the information into the policy chart (2.5). | 2.50 | 650.00 |
| 7/13/2020 | JLS | Review/Analyze ▇▇▇ policies regarding ▇▇▇ | 2.20 | 1,364.00 |
|  | CO | Conduct policy review of the BSA's 1990's policies (5.9). | 5.90 | 1,534.00 |
|  | MCW | Conduct legal research and draft memo regarding ▇▇▇ (4.8); | 6.50 | 3,250.00 |

BSA Tort Claimants                                                                                    Page    10

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | conduct research for Mr. Schulman regarding ████████ ████████ (1.7). |  |  |
| 7/14/2020 | CO | Conduct policy review of the BSA's 1990's policies (7.4). | 7.40 | 1,924.00 |
|  | JLS | Review/Analyze survivors' counsel meeting correspondence and communications regarding local council assets (.7); continued review of ████ policies for ████████ (1.6). | 2.30 | 1,426.00 |
|  | MCW | Conduct legal research and draft memo regarding ████████ ████████ (5.6); participate in telephone conference with Mr. Schulman regarding status of legal research on ████████ (.2). | 5.80 | 2,900.00 |
| 7/15/2020 | JLS | Review/Analyze ████ policies (1.6); review other working group communications and updates (.9); review policies regarding ████ ████████ (2.3). | 4.80 | 2,976.00 |
|  | CO | Conduct policy review of the BSA's 1990's policies (2). | 2.00 | 520.00 |
|  | MCW | Review and analyze BSA policies from 1960-2019 for ████ ████████ and draft chart for Mr. Schulman regarding ████████ (8.3). | 8.30 | 4,150.00 |
| 7/16/2020 | CO | Conduct policy review of the BSA's 1990's policies (2.7). | 2.70 | 702.00 |
|  | KAP | Review policy chart re limits and claim information (0.8); telephone conference with TCC (2.1) | 2.90 | 2,827.50 |
|  | MCW | Conduct research for Mr. Schulman regarding ████████ ████████ (1.3); review and analyze BSA policies 1980-1990 and draft ████████ ████████ ████████ (3.4). | 4.70 | 2,350.00 |
| 7/17/2020 | CO | Conduct policy review of the BSA's 1990's policies (0.5). | 0.50 | 130.00 |
|  | JLS | Draft/Revise ████████ and legal research regarding same. | 3.80 | 2,356.00 |
|  | KAP | Prepare for call with mediators (0.2); telephone conference with mediators and prepare notes of same (1.3) | 1.50 | 1,462.50 |
|  | MCW | Draft e-mail to Mr. Schulman regarding ████████ ████████ (.5); draft e-mail response to Mr. Schulman regarding and the ████████ (.2). | 0.70 | 350.00 |

BSA Tort Claimants                                                                                    Page    11

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/18/2020 | JLS | Draft/Revise ████████████████████ and research regarding same. | 2.20 | 1,364.00 |
|  | CO | Conduct policy review of the BSA's 1990's policies (2.8). | 2.80 | 728.00 |
|  | KAP | Review additional claims data (0.9); review policies (0.8); research re theories (1.1) | 2.80 | 2,730.00 |
|  | MCW | Review and analyze BSA policies from 1960-2019 for ████████ and draft chart for Mr. Pasich with ████████████ by policy year (6.7). | ████ | ████ |
| 7/19/2020 | CO | Conduct a policy review of the BSA policies in the 1990s (0.8). | 0.80 | 208.00 |
|  | JLS | Review/Analyze ████████████ regarding ████████ theories. | 2.40 | 1,488.00 |
|  | KAP | Review and revise policy limitations calculations (1.3) | 1.30 | 1,267.50 |
|  | JLS | Draft/Revise analysis of total potentially available BSA coverage and confer with Mr. Pasich regarding same. | 0.40 | 248.00 |
|  | MCW | Review and analyze BSA policies from 1960-2019 for ████████ and draft chart for Mr. Pasich with ████████ by policy year (6.4); review and edit draft ████████ (.4); conduct legal research regarding ████████ (.8). | ████ | ████ |
| 7/20/2020 | JLS | Continued drafting of ████████████ (1.7); review ████████ (.9); legal research of potentially applicable state laws regarding ████████ (2.7). | 5.30 | 3,286.00 |
|  | MCW | Review and analyze BSA policies from 1960-2019 for ████████ and draft chart for Mr. Pasich with ████████ by policy year (5.4); draft response e-mail to Mr. Schulman regarding current research on ████████████ (.2); review and edit underlying claims chart from Mr. Stang at request of Mr. Schulman (.3). | 5.90 | 2,950.00 |
| 7/21/2020 | CO | Conduct a policy review of the 1990s policies (3.4). | 3.40 | 884.00 |
| 7/22/2020 | JLS | Review various emails from Mr. Nasatir regarding ████████████ and confer with Mr. Nasatir regarding same (1.2); legal research and begin drafting memo regarding ████████ and review policies regarding same (3.8); legal research regarding ████████ for memo (1.6); review Pachulski memo regarding ████████ (.8). | 7.40 | 4,588.00 |
|  | CO | Conduct a policy review of the 1990s policies (3). | 3.00 | 780.00 |

BSA Tort Claimants                                                                                          Page    12

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/23/2020 | CO | Conduct a policy review of the 1990s policies (4.4). | 4.40 | 1,144.00 |
| | CO | Telephone conference with Ms. Whitman regarding ███████ and ██████ policies (0.7). | 0.70 | 182.00 |
| | JLS | Draft/Revise memo regarding potential coverage ████████ ██████ in connection with ██████ ██████ and legal research regarding same. | 6.30 | 3,906.00 |
| | MCW | Review and analyze BSA policies 1970-1980 and draft policy chart regarding ████████ ████████████████████████ (4.8); participate in telephone conference with Ms. Oswald regarding policy analysis and issues with certain policy provisions (.5). | 5.30 | 2,650.00 |
| 7/24/2020 | CO | Conduct a policy review of the 1990s policies (1). | 1.00 | 260.00 |
| | KAP | Review ██████ memorandum and e-mails with Ms. Schulman (0.3) | 0.30 | 292.50 |
| | JLS | Research regarding ████████████████; review policies regarding same. | 3.30 | 2,046.00 |
| | MCW | Review and analyze BSA policies 1970-1990 and draft ██████ ████████████████ (3.8). | 3.80 | 1,900.00 |
| 7/25/2020 | JLS | Draft/Revise memo regarding ██████; review policies and legal research regarding same. | 7.20 | 4,464.00 |
| | MCW | Review and analyze BSA policies 1980-1990 and draft ██████ ████████████ (1.9). | 1.90 | 950.00 |
| 7/26/2020 | MCW | Review and analyze BSA policies 1970-1980 and draft ██████ ████████████ (6.4). | 6.40 | 3,200.00 |
| 7/27/2020 | JLS | Research regarding ██████████ issues in various jurisdictions as part of ██████ analysis and preparation of memo regarding same. | 5.50 | 3,410.00 |

BSA Tort Claimants                                                                                    Page    13

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/27/2020 | CO | Review of the 2000-2010 policies (4.5). | 4.50 | 1,170.00 |
| | MCW | Review and analyze BSA policies 1960-1990 and draft █████ regarding █████ ██████████████████████ (3.4). | 3.40 | 1,700.00 |
| 7/28/2020 | CO | Review of the 2000-2010 policies (3.7). | 3.70 | 962.00 |
| | JLS | Research issues of █████████ and survey of state laws holding that █████ | 4.10 | 2,542.00 |
| | MCW | Review and analyze BSA policies 2010-2019 and draft █████ regarding █████ ██████████████████████ (4.2). | 4.20 | 2,100.00 |
| 7/29/2020 | CO | Conduct a policy review of the 1990s policies (0.6); same regarding the 2000s policies (3.6). | 4.20 | 1,092.00 |
| | JLS | Review/Analyze memos regarding █████████ (.8); █████ and draft letter █████ regarding same (1.2); █████ (.6); and mediator's request for submissions and correspondence regarding same (.5). | 3.10 | 1,922.00 |
| | MCW | Review and analyze BSA policies 1980-1990 and draft █████ ██████████████████████ (5.7). | 5.70 | 2,850.00 |
| 7/30/2020 | CO | Review of the 2000-2010 policies (2.4). | 2.40 | 624.00 |
| | CO | Calculate █████ chart (0.7). | 0.70 | 182.00 |
| | CO | Call with Ms. Whitman regarding the spreadsheets calculating the █████ (0.5). | 0.50 | 130.00 |
| | MCW | Review and analyze BSA policies 1970-1990 and draft █████ ██████████████████████ (6.1); participate in telephone conference with Ms. Oswald regarding issues with █████ chart █████ for coverage analysis (.5); draft e-mail to Mr. Schulman regarding same (.3). | 6.90 | 3,450.00 |

BSA Tort Claimants                                                                                          Page    14

|  |  | | Hours | Amount |
|---|---|---|---|---|
| 7/31/2020 | CO | Review the 2002-2003 and 2003-2004 policies (5); compile information regarding same into a master spreadsheet ███████ (1.6). | 6.60 | 1,716.00 |
|  | JLS | Review correspondence to local councils and committee correspondence regarding same. | 0.30 | 186.00 |
|  | MCW | Review and analyze BSA policies 1970-1980 and draft ████████ (5.7). | 5.70 | 2,850.00 |

| | Hours | Amount |
|---|---|---|
| **SUBTOTAL:** | [    485.30 | 233,016.00] |
| **Subtotal of charges** | | **$282,496.50** |
| Courtesy Discount - Deductions in Time | | ($20,263.20) |
| **For professional services rendered** | 540.20 | **$262,233.30** |
| **Balance due** | | **$262,233.30** |

Total Courtesy Deductions of Time:   $20,263.20
Total Discount on Rates:              $79,757.00
Total Deductions/Discounts:          $100,020.20

### Timekeeper Summary

| Name | Hours | Regular Rate | 20% Discounted Rate | Total Full | Total Discounted | Difference |
|---|---|---|---|---|---|---|
| Caitlin Oswald | 101.80 | 325.00 | 260.00 | 33,085.00 | 26,468.00 | 6,617.00 |
| Donald K. Piper | 40.40 | 290.00 | 260.00 | 11,716.00 | 10,504.00 | 1,212.00 |
| Jeffrey L. Schulman | 122.60 | 775.00 | 620.00 | 95,015.00 | 76,012.00 | 19,003.00 |
| Kirk A. Pasich | 67.50 | 1,375.00 | 975.00 | 92,812.50 | 65,812.50 | 27,000.00 |
| Mikaela C. Whitman | 207.40 | 625.00 | 500.00 | 129,625.00 | 103,700.00 | 25,925.00 |
| TOTAL | | | | $362,253.50 | $282,496.50 | $79,757.00 |