**<u>Exhibit G</u>**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND | ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline:  December 1, 2020 at 4:00 p.m. (ET)**
**Hearing Date:  To be scheduled if necessary**

## SECOND MONTHLY (COMBINED) APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PASICH LLP, AS INSURANCE COUNSEL FOR THE TORT CLAIMANTS' COMMITTEE FOR THE PERIOD FROM AUGUST 1, 2020 THROUGH OCTOBER 31, 2020

| | |
|---|---|
| Name of Applicant: | Pasich LLP |
| Authorized to Provide Professional Services to: | Tort Claimants' Committee |
| Date of Retention: | Effective as of May 12, 2020 by order signed on or about June 17, 2020 |
| Period for which Compensation and Reimbursement is Sought: | August 1, 2020 through October 31, 2020 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $413,923.00[2] |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $        0.00 |

This is a:        x   monthly          interim          final application.

The total time expended for fee application preparation is approximately 3.0 hours

and the corresponding compensation requested is approximately $1,800.00.

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2]  Applicant has discounted its fees by $167,601.50 for the Application fee period, comprising courtesy deductions of time in the amount of $39,300.00, and a 20% rate discount in the amount of $128,301.50 for all professionals and paraprofessionals being billed at 80% of their regular rates, with the exception of Kirk Pasich, whose rate for this engagement was reduced to $975 per hour rather than his standard rate of $1,375 per hour.

**PRIOR APPLICATIONS FILED**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| August 18,2020 | May 12, 2020 to July 31, 2020 | $262,233.50 | $0 | $262,233.50 | N/A |

**PASICH LLP PROFESSIONALS**

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) All rates discounted by 20% | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kirk A. Pasich | Managing Partner, Insurance Recovery. Admitted to practice in 1980 with more than 38 years of relevant experience. | $975.00 | 102.2 | $ 122,125 |
| Jeffrey L. Schulman | Partner, Insurance Recovery. Admitted to practice in 2000 with approximately 16 years of relevant experience. | $775.00 | 281.1 | $ 178,622.00 |
| Mikaela C. Whitman | Partner, Insurance Recovery. Admitted to practice in 2009 with approximately 11 years of relevant experience. | $625.00 | 258.80 | $129,950 |
| Caitlin Oswald | Associate, Insurance Recovery. Admitted to practice in 2020. | $325.00 | 145.20 | $ 37,778.00 |
| Donald K. Piper | Paraprofessional, Insurance Recovery. Began working in 1988 with approximately 32 years of relevant experience. | $290.00 | 27.80 | $ 7,255.80 |

**Grand Total:**   $413,923.00[3]
**Total Hours:**       815.10
**Blended Rate:  $**       507.82

---

[3] This total includes both the discounted rates as well as the courtesy deductions.

DOCS_DE:231760.1 85353/002

## COMPENSATION BY CATEGORY

| Project Categories | Total Hours | Total Fees[4] |
|---|---|---|
| General Committee | 145.10 | $ 108, 635 |
| Insurance Coverage | 668.40 | $338,644 |

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| No Expenses | | |

---

[4] These totals include both the discounted rates as well as the courtesy deductions.

DOCS_DE:231760.1 85353/002

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND | ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline:  December 1, 2020 at 4:00 p.m. (ET)**
**Hearing Date:  To be scheduled if necessary**

## SECOND MONTHLY (COMBINED) APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PASICH LLP, AS INSURANCE COUNSEL FOR THE TORT CLAIMANTS' COMMITTEE FOR THE PERIOD FROM AUGUST 1, 2020 THROUGH OCTOBER 31, 2020

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the

"Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively,

the "Bankruptcy Rules"), and the "Order (I) Approving Procedures for (A) Interim

Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense

Reimbursement for Official Committee Members and (II) Granting Related Relief," signed on or

about April 6, 2020 (the "Administrative Order"), Pasich LLP ("Pasich" or the "Firm"),

Insurance Counsel to the Tort Claimants' Committee (the "Committee"), hereby submits its

Second Monthly (Combined) Application for Compensation and for Reimbursement of Expenses

for the Period from August 1, 2020 through October 31, 2020 (the "Application").

By this Application Pasich seeks a monthly interim allowance of compensation in

the amount of $413,923.00 and actual and necessary expenses in the amount of $0.00 for a total

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

allowance of $413,923.00 and payment of $380,809.16 (80% of the allowed fees) and

reimbursement of $0.00 (100% of the allowed expenses) for a total payment of $380,809.16 for

the period August 1, 2020 through October 31, 2020 (the "Interim Period").  In support of this

Application, Pasich respectfully represents as follows:

### Background

1.      On February 18, 2020 (the "Petition Date"), the Debtors commenced their

Chapter 11 cases by filing voluntary petitions for relief under chapter 11 of the Bankruptcy

Code.  The Debtors have continued in possession of their property and continued to operate and

manage their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the

Bankruptcy Code.  No trustee or examiner has been appointed in the Debtors' chapter 11 cases.

2.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157

and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3.      On or about April 6, 2020, the Court signed the Administrative Order,

authorizing certain professionals ("Professionals") to submit monthly applications for interim

compensation and reimbursement for expenses, pursuant to the procedures specified therein.

The Administrative Order provides, among other things, that a Professional may submit monthly

fee applications.  If no objections are made within fourteen (14) days after service of the monthly

fee application the Debtors are authorized to pay the Professional eighty percent (80%) of the

requested fees and one hundred percent (100%) of the requested expenses.  Beginning with the

period ending May 31, 2020 and at three-month intervals thereafter, each of the Professionals

shall file and serve an interim application for allowance of the amounts sought in its monthly fee

applications for that period.  All fees and expenses paid are on an interim basis until final

allowance by the Court.

4.      The retention of Pasich, as Insurance Counsel to the Tort Claimants'

Committee, was approved effective as of May 12, 2020 by this Court's "Order Pursuant to

Sections 328 and 1103 of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy

Procedure and Local Rule 2014-1 Authorizing the Employment and Retention of Pasich LLP as

Insurance Counsel for the Official Tort Claimants' Committee Effective as of May 12, 2020,"

signed on or about June 17, 2020 (the "Retention Order").  The Retention Order authorized

Pasich to be compensated on an hourly basis and to be reimbursed for actual and necessary out-

of-pocket expenses.  Pasich is employed as insurance counsel and has made and will make all

reasonable efforts to avoid duplication of work performed by the Committee's other

professionals.

## PASICH'S APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES

### Compensation Paid and Its Source

5.      All services for which Pasich requests compensation were performed for

or on behalf of the Committee.

6.      Pasich has received no payment and no promises for payment from any

source other than the Debtors for services rendered or to be rendered in any capacity whatsoever

in connection with the matters covered by this Application.  There is no agreement or

understanding between Pasich and any other person other than the partners of Pasich for the

3

sharing of compensation to be received for services rendered in these cases.  Pasich did not

receive a retainer in this matter.

**Fee Statements**

7.     The fee statements for the Interim Period are attached hereto as Exhibit A.

These statements contain daily time logs describing the time spent by each attorney and

paraprofessional during the Interim Period.  To the best of Pasich's knowledge, this Application

complies with sections 330 and 331 of the Bankruptcy Code and the Bankruptcy Rules.  Pasich's

time reports are electronically maintained by the attorney or paralegal performing the described

services and Pasich.  The time reports are organized on a daily basis.  Pasich is particularly

sensitive to issues of "lumping" and, unless time was spent in one time frame on a variety of

different matters for a particular client, time is recorded per tasks so reflected in the time reports.

Pasich's charges for its professional services are based upon the time, nature, extent and value of

such services and the cost of comparable services other than in a case under the Bankruptcy

Code.

**Actual and Necessary Expenses**

8.     A summary of actual and necessary expenses incurred by Pasich for the

Interim Period is attached hereto as part of Exhibit A.  Pasich does not charge for internal

photocopying or facsimile expenses.

9.     Pasich also does not charge with respect to providers of on-line legal

research services (e.g., LEXIS and WESTLAW).

4

**<u>Summary of Services Rendered</u>**

10.     The names of the partners and associates of Pasich who have rendered professional services in these cases during the Interim Period, and the paralegals and case management assistants of Pasich who provided services to these attorneys during the Interim Period, are set forth in the attached Exhibit A.

11.     Pasich, by and through such persons, has advised the Committee on a regular basis with respect to various matters in connection with the Debtors' bankruptcy cases, and performed all necessary professional services which are described and narrated in detail below.  Pasich's efforts have been extensive due to the size and complexity of the Debtors' bankruptcy cases.

**<u>Summary of Services by Project</u>**

12.     The services rendered by Pasich during the Interim Period can be grouped into the categories set forth below.  Pasich attempted to place the services provided in the category that best relates to such services.  However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category.  These services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth on the attached Exhibit A.  Exhibit A identifies the attorneys and paraprofessionals who rendered services relating to each category, along with the number of hours for each individual and the total compensation sought for each category.

5

**A.     General Committee**

13.     This category relates to work regarding general committee issues.  During the Interim Period, the Firm, among other things:  (1) prepared for and attended conference calls with the Committee; (2) prepared for and attended conference calls with State Court Counsel and various committees and committee members; (3) prepared for and attended numerous conference calls with mediators; and (4) corresponded and conferred regarding general committee issues.

Fees:  $108,635.00;    Hours:  145.10[2]

**B.     Insurance Coverage**

14.     This category relates to work regarding insurance coverage issues.  During the Interim Period, the Firm, among other things:  (1) reviewed and analyzed insurance policies and corresponding documents; (2) reviewed and analyzed insurance coverage issues and legal arguments; (3) performed legal research on insurance coverage issues; (4) reviewed and analyzed underlying litigation allegations, pleadings, motions, filings and coverage portfolio issues; and (5) conferred and corresponded regarding insurance coverage issues.

Fees:  $338,644.00;    Hours:  668.40

<u>**Valuation of Services**</u>

15.     Attorneys and paraprofessionals of Pasich expended a total 815.10hours in connection with their representation of the Committee during the Interim Period, as follows:

---

[2] These totals include the total hours billed but the fee amounts include the discounted rates but does not include the courtesy deductions.

DOCS_DE:231760.1 85353/002

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) All rates discounted by 20% | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kirk A. Pasich | Managing Partner, Insurance Recovery. Admitted to practice in 1980 with approximately 40 years of relevant experience. | $975.00 | 102.2 | $ 122,125 |
| Jeffrey L. Schulman | Partner, Insurance Recovery. Admitted to practice in 2000 with approximately 16 years of relevant experience. | $775.00 | 281.1 | $ 178,622.00 |
| Mikaela C. Whitman | Partner, Insurance Recovery. Admitted to practice in 2009 with approximately 11 years of relevant experience. | $625.00 | 258.80 | $129,950 |
| Caitlin Oswald | Associate, Insurance Recovery. Admitted to practice in 2020. | $325.00 | 145.20 | $ 37,778.00 |
| Donald K. Piper | Paraprofessional, Insurance Recovery. Licensed in 1988 with approximately 32 years of relevant experience. | $290.00 | 27.80 | $ 7,255.80 |

**Grand Total:**  **$413,923.00**[3]
**Total Hours:**          **815.10**
**Blended Rate:  $       507.82**

16.     The nature of work performed by these persons is fully set forth in Exhibit A attached hereto.  Pasich's normal hourly rates for work of this character have all been discounted.  The reasonable value of the services rendered by Pasich for the Committee during the Interim Period is $413,923.00 after applying those discounts.

17.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by Pasich is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent

---

[3] This total includes both the discounted rates as well as the courtesy deductions.

7

of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.  Moreover, Pasich has reviewed the requirements of Del. Bankr. LR 2016-2 and the Administrative Order and believes that this Application complies with such Rule and Order.

WHEREFORE, Pasich respectfully requests that the Court enter an order providing that, for the period of August 1, 2020 through October 31, 2020, an interim allowance be made to Pasich for compensation in the amount of $262,233.30 and actual and necessary expenses in the amount of $0.00 for a total allowance of $413,923.00 and payment of $380,809.16 (80% of the allowed fees) and reimbursement of $0.00 (100% of the allowed expenses) be authorized for a total payment of $380,809.16; and for such other and further relief as this Court deems proper.

Dated:  November 16, 2020             PASICH LLP

                                      _____

                                      Insurance Counsel to the Tort Claimants Committee

8

# VERIFICATION

STATE OF NEW YORK     :
                                 :

COUNTY OF NEW YORK   :

        Jeffrey L. Schulman, after being duly sworn according to law, deposes and says:

      a)     I am a partner with the applicant law firm Pasich LLP, and have been admitted to appear before this Court.

      b)     I am familiar with many of the legal services rendered by Pasich LLP as Insurance Counsel to the Tort Claimants' Committee.

      c)     I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Administrative Order signed on or about April 6, 2020 and submit that the Application substantially complies with such Rule and Order.

SWORN AND SUBSCRIBED
before me this 16th day of November, 2020.

_Deborah Alicea_
Notary Public
My Commission Expires:12/01/2022

Deborah Alicea
Commissioner of Deeds
City of New York: 3-6970
Certification Filed in New York County
Commision Expires on December 1, 2022

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET)**
**Hearing Date: Scheduled only if necessary**

## NOTICE OF FILING OF FEE APPLICATION

     **PLEASE TAKE NOTICE** that Pasich LLP ("Pasich"), insurance counsel to the official committee of tort claimants (consisting of survivors of childhood sexual abuse) (the "Tort Claimants' Committee" or the "TCC"), in the above-captioned cases, has filed its *Second Monthly (Combined) Application for Compensation and Reimbursement of Expenses of Pasich LLP, as Insurance Counsel for the Tort Claimants' Committee for the Period from August 1, 2020 through October 31, 2020* (the "Application") seeking fees in the amount of $413,923.00 and reimbursement of actual and necessary expenses in the amount of $0.00 for the period from August 1, 2020 through October 31, 2020.

     **PLEASE TAKE FURTHER NOTICE** that any objection or response to the Application must be made in writing and be filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **December 1, 2020 at 4:00 p.m. prevailing Eastern Time**.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the objection or response, if any, upon the following: (i) the Debtors: Boy Scouts of America, 1325 W. Walnut Hill Lane, Irving, TX  75038 (Attn: Steven P. McGowan); (ii) proposed counsel to the Debtors: (a) White & Case LLP, 1221 Avenue of the Americas, New York, NY  10020 (Attn: Jessica C.K. Boelter (jessica.boelter@whitecase.com)), (b) White & Case LLP, 111 S. Wacker Drive, Chicago, IL  60606 (Attn: Michael C. Andolina (mandolina@whitecase.com) and Matthew E. Linder (mlinder@whitecase.com)); and (c) Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, 16th Floor, P.O. Box 1347, Wilmington, DE  19899-1347 (Attn: Derek C. Abbott (dabbott@mnat.com)); (iii) the United States Trustee: 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE  19801 (Attn: David Buchbinder (david.l.buchbinder@usdoj.gov) and Hannah M. McCollum (hannah.mccollum@usdoj.gov)); (iv) counsel to the Official Committee of Unsecured Creditors: (a) Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY  10036 (Attn: Rachael Ringer (rringer@kramerlevin.com) and Megan M. Wasson (mwasson@kramerlevin.com)) and (b) Reed Smith LLP, 1201 N. Market Street, Suite 1500, Wilmington, DE  19801 (Attn: Kurt F. Gwynne (kgwynne@reedsmith.com) and Katelin A Morales (kmorales@reedsmith.com)); (v) counsel to the Tort Claimants' Committee: Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE  19801 (Attn: James I. Stang (jstang@pszjlaw.com) and James E. O'Neill (joneill@pszjlaw.com)); (vi) counsel to the Future Claimants' Representative: Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 N. King Street, Wilmington, DE 19801 (Attn: Robert S. Brady (rbrady@ycst.com) and Edwin J. Harron (eharron@ycst.com)); (vii) counsel to the Ad Hoc Committee of Local Councils: Wachtell, Lipton, Rosen & Katz, 51 W. 52nd Street, New York, NY  10019 (Attn: Richard G. Mason (rgmason@wlrk.com) and

2

Joseph C. Celentino (jccelentino@wlrk.com)); (viii) counsel to JPMorgan Chase Bank, National

Association: (a) Norton Rose Fulbright US LLP, 2200 Ross Avenue, Dallas, TX 75201-7932

(Attn: Louis R. Strubeck (louis.strubeck@nortonrosefulbright.com) and Kristian W. Gluck

(kristian.gluck@nortonrosefulbright.com) and (b) Womble Bond Dickinson (US) LLP, 1313 N.

Market Street, Suite 1200, Wilmington, DE 19801 (Attn: Matthew Ward (matthew.ward@wbd-

us.com) and Morgan Patterson (morgan.patterson@wbd-us.com)); and (ix) counsel to the County

Commission of Fayette County (West Virginia): Steptoe & Johnson PLLC, Chase Tower, 8th

Floor, 707 Virginia Street East, Charleston, WV 25301 (Attn: John C. Stump

(john.stump@steptoe-johnson.com)).

**PLEASE TAKE FURTHER NOTICE** that on April 6, 2020, the Bankruptcy

Court entered the *Order (I) Approving Procedures for (A) Interim Compensation and*

*Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for*

*Official Committee Members and (II) Granting Related Relief* (the "Order") [Docket No. 341].

Pursuant to the Order, in the absence of timely filed objections or responses, and upon the filing

with the Bankruptcy Court of a certification of no objection, the Debtors are authorized to pay

the professionals eighty percent (80%) of the fees, and one hundred percent (100%) of expenses

without further notice or hearing. All fees and expenses paid to the professionals are subject to

final approval by the Court.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN

ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF

REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: November 17, 2020            PACHULSKI STANG ZIEHL & JONES LLP

                                    */s/ James E. O'Neill*
                                    James I. Stang (CA Bar No. 94435)
                                    Robert B. Orgel (CA Bar No. 10187)
                                    James E. O'Neill (DE Bar No. 4042)
                                    John W. Lucas (CA Bar No.271038)
                                    Ilan D. Scharf (NY Bar No. 4042107)
                                    919 North Market Street, 17th Floor
                                    P.O. Box 8705
                                    Wilmington, DE  19899-8705 (Courier 19801)
                                    Telephone: (302) 652-4100
                                    Facsimile:   (302) 652-4400
                                    Email: jstang@pszjlaw.com
                                             rorgel@pszjlaw.com
                                             joneill@pszjlaw.com
                                             jlucas@pszjlaw.com
                                             ischarf@pszjlaw.com

                                    *Counsel for the Tort Claimants' Committee*

# EXHIBIT A

# PASICH LLP

10880 Wilshire Boulevard, Suite 2000
Los Angeles, CA 90024
(424) 313-7860
www.pasichllp.com
Federal Tax ID:
82-2096928

BSA Tort Claimants                                      September 14, 2020
c/o John W. Lucas                                       Invoice #  13563
Pachulski Stang Ziehl & Jones LLP

In Reference To: Tort Claims--Insurance
Our File No.:   B029.001

**Professional Services**

|            |     |                                                                                          | Hours | Amount |
|------------|-----|------------------------------------------------------------------------------------------|-------|--------|
|            |     | **Compensation of Professionals** |       |        |
| 8/5/2020   | JLS | Attention to ████████████ ████████ (2.3) and confer with Mr. Lucas regarding same (.4).  | 2.70  | 1,674.00 |
| 8/11/2020  | JLS | Attention to fee application and preparing bill for same.                                | 1.30  | 806.00 |
|            | MCW | Review and redact June and July Pasich LLP legal bills for privilege (1.1).              | 1.10  | 550.00 |
| 8/14/2020  | JLS | Draft/Revise fee application.                                                            | 0.80  | 496.00 |
| 8/17/2020  | JLS | Draft/Revise fee application.                                                            | 1.40  | 868.00 |
| 8/18/2020  | JLS | Draft/Revise and finalize fee application.                                               | 0.80  | 496.00 |
|            |     | **SUBTOTAL:**                                                                            | [ 8.10 | 4,890.00] |
|            |     | **General Committee**                                                                    |       |        |
| 8/3/2020   | JLS | Appear for/Attend insurance working group weekly meeting and prepare for hosting same.   | 3.00  | 1,860.00 |
|            | KAP | Insurance Working Group call (0.8); e-mails (0.1); review ████████████ (1.8)            | 2.70  | 2,632.50 |
| 8/4/2020   | JLS | Appear for/Attend telephonic meeting of Tort Claimants Committee.                        | 1.70  | 1,054.00 |
|            | KAP | State court counsel call (1.5)                                                           | 1.50  | 1,462.50 |

BSA Tort Claimants

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/5/2020 | JLS | Review/Analyze draft ███████████████████ ████████████ in preparation for upcoming TCC meeting. | 1.40 | 868.00 |
| 8/6/2020 | JLS | Appear for/Attend TCC meeting to discuss ████████████████ █. | 1.70 | 1,054.00 |
| | KAP | Attend TCC call, discussing █████████████████████████ ███████ (1.7) | 1.70 | 1,657.50 |
| 8/10/2020 | KAP | Attend Insurance Working Group call regarding ██████████ (1.0) | 1.00 | 975.00 |
| | KAP | Review and respond to e-mails re ████████(0.2) | 0.20 | 195.00 |
| 8/11/2020 | JLS | Review ██████████████████████████████ (.8); attend state court counsel meeting and prepare for same (1.6). | 2.40 | 1,488.00 |
| | KAP | Telephone conference with State Court Counsel re ██████████ ████████████ (0.5) | 0.50 | 487.50 |
| 8/13/2020 | JLS | Appear for/Attend committee meeting and prepare for same. | 1.80 | 1,116.00 |
| | KAP | Telephone conference with TCC, including discussion regarding ██████ ███████████████ (1.4) | 1.40 | 1,365.00 |
| 8/17/2020 | JLS | Appear for/Attend TCC meeting and prepare for same. | 1.80 | 1,116.00 |
| | JLS | Review/Analyze ███████████████████. | 1.50 | 930.00 |
| | KAP | Attend Insurance Working Group meeting re ███████████████ ████████████ (1.0) | 1.00 | 975.00 |
| 8/18/2020 | JLS | Appear for/Attend TCC committee meeting. | 0.90 | 558.00 |
| | KAP | Telephone conference with State Counsel regarding ██████ps ██████████████████████ (0.8); review and revise ██████████████████ (0.1) | 0.90 | 877.50 |
| 8/19/2020 | JLS | Appear for/Attend video conference of ██████████████████ ████████ and review ████████ in preparation for same. | 1.40 | 868.00 |
| | KAP | Attend ███████████████████ (0.8) | 0.80 | 780.00 |
| 8/20/2020 | JLS | Appear for/Attend ██████████████ and prepare for same. | 2.60 | 1,612.00 |
| | JLS | Appear for/Attend TCC meeting (1.7); review ████████████ ████████████ (.4). | 2.10 | 1,302.00 |
| | KAP | Attend debtor examination (2.0); telephone conference with TCC re █████████████████ (1.6) | 3.60 | 3,510.00 |
| 8/24/2020 | JLS | Appear for/Attend TCC meeting and prepare for same. | 1.80 | 1,116.00 |

BSA Tort Claimants                                                                                           Page      3

|            |     |                                                                                                                                                | Hours | Amount |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 8/24/2020  | JLS | Appear for/Attend telephone conference with counsel and mediators and prepare for same.                                                          | 1.40  | 868.00 |
|            | KAP | Telephone conference with Insurance Working Group (1.0); telephone conference with mediators (1.0); telephone conference with Mr. Gallagher and e-mails re same (0.2) | 2.20  | 2,145.00 |
| 8/25/2020  | JLS | Appear for/Attend TCC meeting and prepare for same.                                                                                              | 1.80  | 1,116.00 |
|            | JLS | Review/Analyze ███████████████████████████                                                                                                      | 1.70  | 1,054.00 |
|            | KAP | Telephone conference with BSA re ████████████████ (1.0); state court counsel conference call re ████████████ (0.8)                               | 1.80  | 1,755.00 |
| 8/27/2020  | JLS | Appear for/Attend committee meeting and prepare for same.                                                                                        | 3.00  | 1,860.00 |
|            | KAP | Review and revise ████████████████ (0.2); attend TCC meeting regarding ████████████ (1.7)                                                       | 1.90  | 1,852.50 |
| 8/28/2020  | KAP | Telephone conference with Mr. Gallagher (0.1); telephone conference with Mr. Stang (0.1); review and respond to e-mails re ████████ (0.3)         | 0.50  | 487.50 |
|            | JLS | Confer with TCC regarding ████████████ and strategy for responding to same.                                                                      | 0.50  | 310.00 |
| 8/30/2020  | JLS | Review/Analyze ████████████████████████                                                                                                          | 0.50  | 310.00 |
| 8/31/2020  | JLS | Appear for/Attend TCC meeting and prepare for same.                                                                                              | 1.70  | 1,054.00 |
|            | JLS | Appear for/Attend hearing regarding advertising motion and review submissions in preparation for same.                                           | 3.00  | 1,860.00 |
|            | JLS | Review/Analyze ████████████████                                                                                                                  | 0.50  | 310.00 |

|                 |                                      | Hours | Amount |
|-----------------|--------------------------------------|-------|--------|
| **SUBTOTAL:**   |                                    [ | 59.90 | 44,841.50] |

**Insurance Coverage**

|           |    |                                                                                                 | Hours | Amount |
|-----------|----|-------------------------------------------------------------------------------------------------|-------|--------|
| 8/1/2020  | CO | Review the ████████████ (1.5); compile information regarding ████████████████████████████████ (0.4). | 1.90  | 494.00 |
| 8/2/2020  | CO | Review the ████████████ (1.6); compile information regarding ████████████████████████████████ (0.6). | 2.20  | 572.00 |

BSA Tort Claimants

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/3/2020 | CO | Read the ███████ (1.2); compile information regarding ████████████ (0.4). | 1.60 | 416.00 |
|  | MCW | Review and analyze ████████ regarding ████████ (2.6); participate in telephone conference with Mr. C. Pasich regarding ████████ (.3). | 2.90 | 1,450.00 |
| 8/4/2020 | JLS | Draft/Revise memo █████ and review ████████ regarding same. | 1.00 | 620.00 |
|  | JLS | Review/Analyze ████████ (.8); law on █████ (2.0); approaches to determine whether ████ (2.1). | 4.90 | 3,038.00 |
|  | CO | Review ████████ (0.5); compile information regarding same ████████ (0.3). | 0.80 | 208.00 |
|  | MCW | Review and analyze ████████ (3.1). | 3.10 | 1,550.00 |
| 8/5/2020 | CO | Review ████████ (0.8); compile information regarding same ████████ (0.3). | 1.10 | 286.00 |
|  | KAP | Review ████████ and chart and research re ████ (1.9) | 1.90 | 1,852.50 |
|  | MCW | Review and analyze ████████ (3.6). | 3.60 | 1,800.00 |
| 8/6/2020 | CO | Review ████████ (2.9); compile information regarding same ████████ | 4.90 | 1,274.00 |

BSA Tort Claimants                                                                                                          Page       5

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | ████████ (2). |  |  |
| 8/6/2020 | KAP | Research re ████████ (1.3) | 1.30 | 1,267.50 |
|  | MCW | Review and analyze ████████ and draft ████████ ████████ (2.4); draft e-mail to Mr. Pasich regarding ████████ (.2). | 2.60 | 1,300.00 |
| 8/7/2020 | KAP | Telephone conference with Mr. Gallagher and draft summary of same (0.3) | 0.30 | 292.50 |
|  | MCW | Participate in telephone conference with Ms. Oswald regarding ████ ████████ (.3); conduct legal research and draft legal memo regarding ████████ (4.8). | 5.10 | 2,550.00 |
|  | CO | Participate in telephone conference with Ms. Whitman regarding ████ ████████ (0.3). | 0.30 | 78.00 |
| 8/8/2020 | KAP | Review response to ████████ and edit same (0.2) | 0.20 | 195.00 |
|  | JLS | Confer with TCC regarding ████████ ████████ (.7); begin review of ████████ (1.6). | 2.30 | 1,426.00 |
|  | MCW | Draft legal research memo regarding ████████ 19 (3.7); review and analyze ████████ (1.8). | 5.50 | 2,750.00 |
| 8/9/2020 | CO | Review ████████ (2.8); compile information regarding same ████████ (0.6). | 3.40 | 884.00 |
|  | MCW | Review and analyze ████████ and draft ████████ ████████ (2.7). | 2.70 | 1,350.00 |
|  | JLS | Draft/Revise ████████ | 3.80 | 2,356.00 |
| 8/10/2020 | CO | Review ████████ (2.1); compile information regarding same ████████ | 2.40 | 624.00 |

BSA Tort Claimants                                                                                    Page     6

|            |     |                                                          | Hours | Amount   |
|------------|-----|----------------------------------------------------------|-------|----------|
|            |     | ████████████████████ (0.3).                              |       |          |
| 8/10/2020  | JLS | Review/Analyze ████████████ regarding same (.4); review/analyze ████████████ (3.2). | 3.70  | 2,294.00 |
|            | MCW | Review and analyze ████████ and draft ████rt ████████████ (3.6). | 3.60  | 1,800.00 |
| 8/11/2020  | CO  | Review ████████████ (3.9); compile information regarding ████████████ (0.5). | 4.40  | 1,144.00 |
|            | JLS | Review/Analyze ████████ and confer with Ms. Oswald regarding need for ████████. | 1.40  | 868.00   |
|            | CO  | Conference with Mr. Schulman to determine ████████████ (0.2). | 0.20  | 52.00    |
|            | MCW | Locate ████████████ (.2); review and analyze ████████████ (.3); draft e-mail to Mr. Schulman regarding ████████ (.2). | 0.70  | 350.00   |
| 8/12/2020  | CO  | Review ████████████ (4.8); compile information regarding ████████████ (2). | 6.80  | 1,768.00 |
|            | JLS | Draft/Revise ████████████                                | 1.60  | 992.00   |
|            | KAP | E-mails with Mr. Nasatir re ████████████ (0.4)           | 0.40  | 390.00   |
|            | MCW | Draft legal research memo regarding ████████████ (2.7).  | 2.70  | 1,350.00 |
| 8/13/2020  | JLS | Review/Analyze ████████████                              | 1.60  | 992.00   |
|            | JLS | Review/Analyze ████████ and confer with Mr. Lucas, Ms. Whitman and Ms. Oswald regarding same. | 2.30  | 1,426.00 |

BSA Tort Claimants                                                                                    Page    7

|          |     |                                                                                  | Hours | Amount   |
|----------|-----|----------------------------------------------------------------------------------|-------|----------|
| 8/13/2020 | CO  | Review ███████████████████████████████ (5.2); compile information regarding ████████████████████████████████████████████████████████ (0.7). | 5.90  | 1,534.00 |
|          | CO  | Call with Mr. Schulman and Ms. Whitman regarding issues on ██████████ (0.3). | 0.30  | 78.00    |
|          | JLS | Draft/Revise ████████████████████████████                                        | 2.30  | 1,426.00 |
|          | KAP | Research re ████████████ (0.4)                                                   | 0.40  | 390.00   |
|          | MCW | Draft legal research memo regarding ████████████████████ and ███████████████████████████████████████████████████████ (.3). | 3.60  | 1,800.00 |
| 8/14/2020 | JLS | Draft/Revise ████████████████████████████                                        | 2.70  | 1,674.00 |
|          | CO  | Collect ██████████████████████████████████ (2.0); ████████████████████████████ (0.3). | 2.30  | 598.00   |
|          | MCW | Conduct legal research regarding ███████████████████████ (3.1); draft memo regarding same (1.7). | 4.80  | 2,400.00 |
| 8/15/2020 | JLS | Review/Analyze ████████████ and confer with TCC team regarding same (1.3); ██████ (1). | 2.30  | 1,426.00 |
|          | MCW | Review ███████████████████████████████████ (.2); draft response e-mail to Mr. Schulman regarding same (.3); review and analyze ███████████████████ (.6); draft e-mail to Mr. Schulman regarding ███████████████ (.4). | 1.50  | 750.00   |
| 8/16/2020 | MCW | Conduct research regarding ███████████████████████ (2.4). | 2.40  | 1,200.00 |
| 8/17/2020 | JLS | Draft/Revise ██████████████████████ research and review ████████████████ regarding same. | 4.30  | 2,666.00 |
|          | KAP | Research re ████████████ and e-mails with Ms. Whitman re same (0.8) | 0.80  | 780.00   |
|          | MCW | Conduct legal research regarding █████████████████████████ (1.4); conduct research regarding ██████████████████ | 4.50  | 2,250.00 |

BSA Tort Claimants                                                                    Page    8

|            |      |                                                        | Hours | Amount   |
|------------|------|--------------------------------------------------------|-------|----------|
|            |      | ██████████████████████████ (3.1).                     |       |          |
| 8/18/2020  | JLS  | Review/Analyze ██████████████                          | 4.30  | 2,666.00 |
|            | CO   | Review ████████████████████████ (1.8); compile information regarding same ████████████████████ (0.4). | 2.20  | 572.00   |
|            | MCW  | Conduct research regarding ████████████ ████████ (3.4); conduct research for Mr. Schulman regarding ██████████ ng (1.2). | 4.60  | 2,300.00 |
| 8/19/2020  | JLS  | Research ██████████████████ and confer with Mr. Stang regarding same. | 0.80  | 496.00   |
|            | CO   | Complete ████████████████ (0.9); compile information regarding same ██████████████████ (0.2). | 1.20  | 312.00   |
|            | JLS  | Draft/Revise ███████████████████████ and ████████ | 3.30  | 2,046.00 |
|            | MCW  | Conduct research on ██████████ conclusions (1.3), ████████ (2), and case law regarding ████████ (1.4) as well as case law ████████ (1.6) and draft analysis of same (1.6). | 7.90  | 3,950.00 |
| 8/20/2020  | CO   | Review ████████████████████ (2.0); compile information regarding same ████████████ (0.7). | 2.70  | 702.00   |
|            | KAP  | Review information re ████████████████ (1.1) | 1.10  | 1,072.50 |
|            | MCW  | Conduct research regarding ████████████ for Mr. Pasich (.3); draft e-mail to Mr. Pasich regarding same (.1). | 0.40  | 200.00   |
| 8/21/2020  | JLS  | Review/Analyze ██████████████          | 1.30  | 806.00   |
|            | JLS  | Review/Analyze ████████████████████ regarding ██████████ | 1.20  | 744.00   |

BSA Tort Claimants                                                                                      Page      9

|            |     |                                                                                          | Hours | Amount   |
|------------|-----|------------------------------------------------------------------------------------------|-------|----------|
| 8/21/2020  | JLS | Telephone conferences regarding ▮▮▮ and update committee regarding same.                  | 2.30  | 1,426.00 |
|            | KAP | Review ▮▮▮ and research re ▮▮▮ (0.9)                                                      | 0.90  | 877.50   |
|            | CO  | Review ▮▮▮ (2); compile information regarding same ▮▮▮ (0.5).                             | 2.50  | 650.00   |
|            | MCW | Conduct research regarding ▮▮▮ (2.8); draft e-mail to Mr. Pasich regarding ▮▮▮ (2.2); conduct legal research regarding ▮▮▮ (1.9). | 6.90  | 3,450.00 |
| 8/23/2020  | CO  | Review ▮▮▮ (2.6); compile information regarding same ▮▮▮ (0.5).                           | 3.10  | 806.00   |
|            | MCW | Conduct legal research regarding ▮▮▮ (2.9); draft memo for Mr. Pasich regarding same ▮▮▮ (1.8). | 4.70  | 2,350.00 |
| 8/24/2020  | CO  | Review ▮▮▮ (0.9); compile information regarding same ▮▮▮ (0.4).                           | 1.30  | 338.00   |
|            | MCW | Conduct legal research and draft research memo regarding: ▮▮▮ (1.3); ▮▮▮ (2.4); ▮▮▮ (3.1). | 6.80  | 3,400.00 |
| 8/25/2020  | JLS | Appear for/Attend telephone conference regarding ▮▮▮                                      | 2.70  | 1,674.00 |
|            | CO  | Review ▮▮▮ (5.4); compile information regarding same ▮▮▮ (1.3).                           | 6.70  | 1,742.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/25/2020 | JLS | Confer with BSA's coverage counsel regarding ███████████ ████████ and confer with Mr. Pasich regarding same. | 0.70 | 434.00 |
| | JLS | Review/Analyze ███████████████████████████ and confer with TCC regarding same. | 0.60 | 372.00 |
| | MCW | Conduct legal research and draft research memo regarding ███████████████████████████████████████████████ ███████████ (7.2). | 7.20 | 3,600.00 |
| 8/26/2020 | CO | Review the █████████████████ (0.9); compile information regarding same ████████████████████████████ (0.3). | 1.20 | 312.00 |
| | CO | Analyze and edit chart █████████████████████ (11.4). | 11.40 | 2,964.00 |
| | DKP | Telephone conference with Ms. Oswald regarding review and editing of ███████ (0.40); review and edit ███████████ per Ms. Oswald's instructions (3.10). | 3.50 | 910.00 |
| | MCW | Conduct legal research and draft research memo regarding ███████████████████████████████████████████ ████████████████████ (2.9); participate in telephone conference with Ms. Oswald regarding ████████████ ███ (.3); draft e-mail to Mr. Piper regarding same (.1); Analyze and edit █████████ (6.5). | 9.80 | 4,900.00 |
| 8/27/2020 | JLS | Research regarding ████████████████████████ and advise committee regarding same. | 3.80 | 2,356.00 |
| | CO | Analyze and edit █████████████████████ (12.3). | 12.30 | 3,198.00 |
| | DKP | Continue review and editing ████████████ | 7.50 | 1,950.00 |
| | MCW | Analyze and edit ████████████████████ (8.3). | 8.30 | 4,150.00 |

BSA Tort Claimants                                                                    Page    11

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/28/2020 | CO | Analyze and edit ███████████████ ██████████████████ (7). | 7.00 | 1,820.00 |
|  | DKP | Continue review and editing ██████████. | 5.90 | 1,534.00 |
|  | JLS | Draft/Revise pro hac vice motions. | 0.50 | 310.00 |
|  | MCW | Analyze and edit ████████████████ ███████████████████ (10.4). | 10.40 | 5,200.00 |
| 8/29/2020 | KAP | Outline ██████ approach (0.9) | 0.90 | 877.50 |
|  | JLS | Review/Analyze ████████████████ | 4.40 | 2,728.00 |
|  | MCW | Analyze ███████████████████ ████████ (1.2). | 1.20 | 600.00 |
|  | MCW | Draft memo for Mr. Pasich regarding ████████████████ ████████ (3.3). | 3.30 | 1,650.00 |
|  | JLS | Review/Analyze ████████████████ ████ | 2.80 | 1,736.00 |
| 8/30/2020 | JLS | Review/Analyze ██████████████ and confer with TCC regarding same (.5); review/analyze ████ (.3). | 0.80 | 496.00 |
| 8/31/2020 | CO | Review ██████████ (2); compile information regarding same ███████████████████████ (0.9). | 2.90 | 754.00 |
|  | KAP | Telephone conference with  Insurance Working Group  regarding ████████████ (0.9); e-mails with counsel and TCC re ██████ (0.3); attend bankruptcy court hearing to assess ██████████████ (0.9) | 2.10 | 2,047.50 |
|  | MCW | Conduct legal research and draft research memo regarding ████████ ████████████████████ ███████████████████████ (2.6); draft memo for Mr. Pasich regarding ██████████████████ (.7). | 3.30 | 1,650.00 |

BSA Tort Claimants                                                                    Page    12

|  | Hours | Amount |
|---|---|---|
| **SUBTOTAL:** | [ _____ 308.00 | 140,160.50] |
| **Subtotal of charges** |  | **$189,892.00** |
| Courtesy Discount |  | ($19,720.00) |
| **For professional services rendered** | 376.00 | **$170,172.00** |
| **Previous balance** |  | **$262,233.30** |
| **Balance due** |  | **$432,405.30** |

| | |
|---|---|
| Total Courtesy Deductions of Time: | $19,720.00 |
| Total Discount on Rates: | $51,881.50 |
| Total Deductions/Discounts: | $71,601.50 |

### Timekeeper Summary

| Name | Hours | Regular Rate | 20% Discounted Rate | Total Full | Total Discounted | Difference |
|---|---|---|---|---|---|---|
| Caitlin Oswald | 93.00 | 325.00 | 260.00 | 30,225.00 | 24,180.00 | 6,045.00 |
| Donald K. Piper | 16.90 | 290.00 | 260.00 | 4,901.00 | 4,394.00 | 507.00 |
| Jeffrey L. Schulman | 101.90 | 775.00 | 620.00 | 84,397.50 | 67,518.00 | 16,879.50 |
| Kirk A. Pasich | 32.00 | 1,375.00 | 975.00 | 44,000.00 | 31,200.00 | 12,800.00 |
| Mikaela C. Whitman | 124.10 | 625.00 | 500.00 | 78,250.00 | 62,600.00 | 15,650.00 |
| TOTAL |  |  |  | $241,773.50 | $189,892.00 | $51,881.50 |

# PASICH LLP

10880 Wilshire Boulevard, Suite 2000
Los Angeles, CA 90024
(424) 313-7860
www.pasichllp.com
Federal Tax ID:
82-2096928

BSA Tort Claimants                                                    October 5, 2020
c/o John W. Lucas                                                    Invoice #  13710
Pachulski Stang Ziehl & Jones LLP

In Reference To: Tort Claims--Insurance
Our File No.:    B029.001

### Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| | | **Compensation of Professionals** | | |
| 9/8/2020 | JLS | Review/Analyze bill in preparation for fee application (.8) and confer with Mr. Lucas regarding same (.2). | 1.00 | 620.00 |
| 9/13/2020 | JLS | Redact bill for attachment to fee application. | 0.70 | 434.00 |
| | | **SUBTOTAL:** | [ 1.70 | 1,054.00] |
| | | **General Committee** | | |
| 9/1/2020 | JLS | Appear for/Attend TCC committee meeting (1.5) and prepare for same (1.2). | 2.70 | 1,674.00 |
| | KAP | State court counsel conference call, including discussion of ███████ ███████████████████ (1.5) | 1.50 | 1,462.50 |
| 9/2/2020 | JLS | Review/Analyze ██████████████ and emails regarding same. | 1.10 | 682.00 |
| 9/3/2020 | JLS | Appear for/Attend TCC meeting (1.5) and prepare for same (.3). | 1.80 | 1,116.00 |
| | KAP | Attend TCC meeting, including discussion of ████████████ ██████████████████████ (1.5) | 1.50 | 1,462.50 |
| 9/8/2020 | JLS | Appear for/Attend TCC meeting and prepare for same. | 1.80 | 1,116.00 |
| 9/10/2020 | JLS | Appear for/Attend TCC meeting and prepare for same. | 2.60 | 1,612.00 |
| 9/14/2020 | JLS | Appear for/Attend call with mediators (1.2) and prepare for same (.2). | 1.40 | 868.00 |

BSA Tort Claimants                                                                                    Page    2

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/14/2020 | KAP | Insurance Working Group conference (1.2) | 1.20 | 1,170.00 |
| 9/15/2020 | KAP | Attend State Court Counsel conference (1.0) | 1.00 | 975.00 |
| 9/17/2020 | JLS | Appear for/Attend TCC meeting (1.7) and prepare for same (.3). | 2.00 | 1,240.00 |
| | KAP | Attend TCC conference, including discussion of ████████ ██████████ (1.7) | 1.70 | 1,657.50 |
| 9/21/2020 | JLS | Appear for/Attend TCC meeting. | 0.40 | 248.00 |
| | KAP | Attend Insurance Working Group to discuss ████████ (0.4); review e-mails re ██████████████ (0.4) | 0.80 | 780.00 |
| 9/22/2020 | JLS | Appear for/Attend TCC meeting. | 1.70 | 1,054.00 |
| | KAP | Attend state court counsel conference re ███████████████ (1.7) | 1.70 | 1,657.50 |
| 9/23/2020 | JLS | Review/Analyze ███████████ (.5); review proposals for the ████████████ (.5). | 1.00 | 620.00 |
| 9/24/2020 | JLS | Appear for/Attend mediator call (1.0) and prepare for same (.3) | 1.30 | 806.00 |
| | JLS | Appear for/Attend TCC meeting (1.0) and prepare for same (.4). | 1.40 | 868.00 |
| | KAP | Conference with mediators (1.0); conference with TCC re mediation and re ████████████████ (1.0) | 2.00 | 1,950.00 |
| 9/29/2020 | JLS | Appear for/Attend TCC meeting and prepare for same. | 1.60 | 992.00 |
| | KAP | Attend State Court Counsel call re ████████████████ (1.6) | 1.60 | 1,560.00 |
| | | **SUBTOTAL:** | **[   33.80** | **25,571.00]** |

**Insurance Coverage**

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/1/2020 | CO | Review ██████████████ (1.6). | 1.60 | 416.00 |
| | CO | Compose ██████████████ | 1.20 | 312.00 |
| | MCW | Conduct research and draft response e-mail to Mr. Schulman regarding ██████████████ (.2). | 0.20 | 100.00 |
| 9/2/2020 | CO | Combine ██████████████████████████ ██████████████████████ (2.6). | 2.60 | 676.00 |

BSA Tort Claimants                                                                  Page      3

|            |     |                                                                                              | Hours | Amount   |
|------------|-----|----------------------------------------------------------------------------------------------|-------|----------|
| 9/2/2020   | JLS | Review/Analyze ███████████████████████ ████████                                              | 1.70  | 1,054.00 |
|            | MCW | Draft e-mails to Ms. Oswald regarding ████████ ████████ (.2).                                 | 0.20  | 100.00   |
| 9/3/2020   | MCW | Conduct legal research and draft research memo regarding ████ ███████████████████████████████████████ ██████████████████████████ (1.8); participate in telephone conference with Ms. Oswald regarding ██████████ (.5). | 2.30  | 1,150.00 |
|            | CO  | Participate in telephone conference with Ms. Whitman regarding ████ ██████ (.5).              | 0.50  | 130.00   |
|            | CO  | Research and analyze ████████████████████████ ███████████████████████████████████ (1).       | 1.00  | 260.00   |
| 9/4/2020   | JLS | Appear for/Attend conference with mediators and prepare for same (1.5); follow-up discussion with TCC (.6); and strategy meeting with insurance coverage team regarding ████████████ (1.3). | 3.10  | 1,922.00 |
|            | KAP | E-mail with Mr. Smola and review e-mails from TCC members (0.3); review ████████ (0.2);  conference with Mr. Schulman, Ms. Whitman, and Ms. Oswald re ██████████ (1.3) | 1.80  | 1,755.00 |
|            | MCW | Participate in telephone conference with Mr. Pasich,  Mr. Schulman and Ms. Oswald regarding ████████████ (1.5); participate in telephone conference with Ms. Oswald regarding ████████████ (.6). | 2.10  | 1,050.00 |
|            | CO  | Participate in telephone conference with Mr. Pasich,  Mr. Schulman and Ms. Whitman regarding ████████ (1.5); participate in telephone conference with Ms. Whitman regarding ████████ (.6). | 2.10  | 546.00   |
|            | CO  | Research and analyze ████████████████████████████ ███████████████████████████████████████████████████████ (2); draft a summary for Ms. Whitman regarding same (0.3). | 2.30  | 598.00   |
| 9/5/2020   | JLS | Research ███████████████████████ in connection with ████████ ████████████████████████████      | 2.70  | 1,674.00 |

BSA Tort Claimants                                                                    Page        4

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/5/2020 | KAP | Research re ███ and e-mails with Ms. Whitman re same (0.9) | 0.90 | 877.50 |
|  | JLS | Draft ████████████ and conduct legal research and review ████████████ in connection with same. | 3.20 | 1,984.00 |
|  | MCW | Review and analyze research from Mr. Pasich regarding ██████ (.3); conduct research regarding case law contained in information from Mr. Pasich on ██████ (1.1); conduct legal research on ████████████ (.5); draft memo regarding ████ (.8). | 2.70 | 1,350.00 |
| 9/6/2020 | JLS | Draft ████████████ and conduct legal research and ████ in connection with same. | 2.80 | 1,736.00 |
|  | MCW | Conduct research and analyze █████████████ (2.3); draft chart for Mr. Schulman regarding same (1.6). | 3.90 | 1,950.00 |
| 9/7/2020 | KAP | Telephone conference with Ms. Oswald re ████ issue (0.2); review research re same and memoranda on ████ (2.7) | 2.70 | 2,632.50 |
|  | CO | Telephone conference with Mr. K. Pasich re ██████ (0.2) | 0.20 | 52.00 |
|  | MCW | Review and analyze █████████ (.8); conduct research regarding ████ (1.1). | 1.90 | 950.00 |
| 9/8/2020 | JLS | Draft/Revise ██████████ and legal research regarding same. | 2.60 | 1,612.00 |
|  | JLS | Review/Analyze ██████████ and confer with working group regarding same. | 1.20 | 744.00 |
|  | JLS | Review/Analyze memo analyzing ████ (3.3); review ██████ (.8); review ████ (.7); review ████ (.4).. | 6.20 | 3,844.00 |
|  | KAP | E-mails with Ms. Oswald re ████ (0.1); e-mail with Mr. Schulman re ████ (0.1); e-mails with Mr. Nasatir ████ (0.1); review and select ████ (0.6) | 0.90 | 877.50 |
|  | CO | Research regarding ████████ (4.5); Draft ████████ (2). | 6.50 | 1,690.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/8/2020 | MCW | Conduct legal research regarding ███████████ (3.4); conduct legal research regarding ███████ (4.8); outline ███████ (.7); participate in telephone conference with Ms. Oswald regarding ███████ (.8). | 9.70 | 4,850.00 |
| 9/9/2020 | JLS | Appear for/Attend bankruptcy court hearing and prepare for same. | 4.20 | 2,604.00 |
| | JLS | Confer with Mr. Pasich ███████ regarding ███████ and prepare for same. | 0.90 | 558.00 |
| | JLS | Review/Analyze ███████ | 3.70 | 2,294.00 |
| | KAP | Attend bankruptcy court hearing (2.4); telephone conference with Mr. Martin, Mr. Azer, and Mr. Schulman re ███████ (0.7); telephone conference with Ms. Oswald re ███████ (0.3) | 3.40 | 3,315.00 |
| | CO | Telephone conference with Mr. K. Pasich ███████ (0.3). | 0.30 | 78.00 |
| | CO | Draft ███████ (4); research regarding ███████ (1.2); research regarding ███████ (2). | 7.20 | 1,872.00 |
| | MCW | Draft ███████ (1.4); conduct legal research on ███████ (2.6); draft ███████ (1.8); gather factual support for ███████ (3.3). | 8.10 | 4,050.00 |
| 9/10/2020 | JLS | Draft/Revise ███████ (3) and legal research regarding same (1.2). | 4.20 | 2,604.00 |
| | KAP | Research re ███████ and outline approach (1.6) | 1.60 | 1,560.00 |
| | CO | Draft ███████ (4.3); research regarding ███████ (2.7). | 7.00 | 1,820.00 |

BSA Tort Claimants                                                                    Page      6

| | | | | Hours | Amount |
|---|---|---|---|---|---|
| 9/10/2020 | MCW | Draft ██████████████ (6.7); participate in telephone conference with Ms. Oswald regarding ████████████████████████ (.5). | | 7.20 | 3,600.00 |
| 9/11/2020 | JLS | Confer with ████████████████ regarding ██████████████ | | 0.60 | 372.00 |
| | CO | Revise ████████████████████████████████████████ (2). | | 2.00 | 520.00 |
| | CO | Review and analyze ██████████████████ (0.5); review and analyze same (0.4). | | 0.90 | 234.00 |
| 9/13/2020 | JLS | Review/Analyze ████████████████████ in preparation for | | 3.20 | 1,984.00 |
| | MCW | Draft ██████████████████ (3.4); conduct research regarding same (.7); draft ████████ (1.9); conduct research regarding same (.8); draft ██████████ (4.8). | | 10.80 | 5,400.00 |
| 9/14/2020 | JLS | Appear for/Attend TCC meeting and prepare for same. | | 1.60 | 992.00 |
| | JLS | Draft/Revise ████████████ (3.4); review ████████████ regarding same (1.7). | | 5.10 | 3,162.00 |
| | KAP | Research and outline issues re ████████████████ (1.1) | | 1.10 | 1,072.50 |
| 9/15/2020 | JLS | Draft/Revise ██████████████ | | 2.70 | 1,674.00 |
| | CO | Compose a chart for Mr. K. Pasich regarding the ████████████ (0.2). | | 0.20 | 52.00 |
| | JLS | Appear for/Attend TCC meeting and prepare for same. | | 1.80 | 1,116.00 |
| | KAP | Research re ████████████ (1.2); e-mails with Mr. Schulman and Ms. Oswald re ████████ (0.2) | | 1.40 | 1,365.00 |
| 9/16/2020 | JLS | Research ██████████████████████████████ | | 1.60 | 992.00 |
| | JLS | Draft/Revise ██████████████ (3.2) and legal research regarding same (1) | | 4.20 | 2,604.00 |
| | MCW | Draft memo ████████████████████████ (2.6); analyze ████████████████████████████████ (3.9). | | 6.50 | 3,250.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/17/2020 | JLS | Draft/Revise ▓▓▓▓▓ (4.2) and legal research regarding same (2.4). | 6.60 | 4,092.00 |
| | KAP | Review and revise ▓▓▓▓▓ (4.4) | 4.40 | 4,290.00 |
| 9/18/2020 | CO | Calculate ▓▓▓▓▓ (0.6). | 0.60 | 156.00 |
| | JLS | Confer ▓▓▓▓▓ regarding ▓▓▓▓▓ | 0.20 | 124.00 |
| | KAP | Review ▓▓▓▓▓ (2.9) | 2.90 | 2,827.50 |
| | DKP | Proofread and cite check mediation statement. | 6.40 | 1,664.00 |
| 9/19/2020 | DKP | Complete cite checking of mediation statement and add redline edits to current draft. | 4.50 | 1,170.00 |
| | MCW | Analyze ▓▓▓▓▓ (1.7). | 1.70 | 850.00 |
| | JLS | Draft/Revise ▓▓▓▓▓ | 2.50 | 1,550.00 |
| 9/20/2020 | JLS | Draft/Revise ▓▓▓▓▓ | 1.20 | 744.00 |
| | KAP | Further research, review, and revise ▓▓▓▓▓ (3.4) | 3.40 | 3,315.00 |
| 9/21/2020 | JLS | Draft/Revise ▓▓▓▓▓ and confer with Mr. Pasich regarding same. | 0.80 | 496.00 |
| | KAP | Further research ▓▓▓▓▓ and e-mails re same (2.7) | 2.70 | 2,632.50 |
| 9/23/2020 | JLS | Draft/revise ▓▓▓▓▓ and legal research regarding same (4.2); confer with Messrs. Pasich, Stang and Nasatir regarding same (1.4). | 5.60 | 3,472.00 |
| | KAP | Review comments and suggested edits ▓▓▓▓▓ (0.6); telephone conference with Mr. Stang, Mr. Nasatir, and Mr. Schulman re ▓▓▓▓▓ion (1.1) | 1.70 | 1,657.50 |
| | MCW | Draft memo with expert information on continuous trigger theory (.7); draft e-mail to Mr. Schulman regarding legal research on choice of law and the Restatement (.2). | 0.90 | 450.00 |
| 9/24/2020 | JLS | Confer with Messrs. Pomerantz and Morris regarding ▓▓▓▓▓ (.4); review ▓▓▓▓▓ (.5) and draft ▓▓▓▓▓ following same (.7). | 1.60 | 992.00 |
| | JLS | Draft/Revise ▓▓▓▓▓ | 2.70 | 1,674.00 |

BSA Tort Claimants                                                                                    Page    8

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| 9/24/2020 | KAP | Review and revise ████████████ (1.9) | 1.90 | 1,852.50 |
| 9/27/2020 | JLS | Confer with Messrs. Pomerantz and Morris regarding ████████████ | 0.80 | 496.00 |
| 9/29/2020 | JLS | Draft/Revise ███████████ and review ███████ ████ and confer with Mr. Pasich regarding same. | 0.70 | 434.00 |
| | JLS | Review/Analyze ██████████ | 0.70 | 434.00 |
| 9/30/2020 | JLS | Draft/Revise ████████████ | 3.30 | 2,046.00 |
| | KAP | Final review and revision ████████████ (2.2) | 2.20 | 2,145.00 |

|  |  |  |
|---|---|---|
| **SUBTOTAL:** | [       222.30 | 125,601.00] |
| **Subtotal of charges** | | **$152,226.00** |
| Courtesy Reductions of Time | | ($6,060.00) |
| **For professional services rendered** | 257.80 | **$146,166.00** |
| **Previous balance** | | **$432,405.30** |
| **Accounts receivable transactions** | | |
| 9/25/2020  Payment – Thank you.  EFT | | ($209,786.64) |
| **Total payments and adjustments** | | **($209,786.64)** |
| **Balance due** | | **$368,784.66** |

| | |
|---|---|
| Total Courtesy Reductions of Time: | $6,060.00 |
| Total Discount on Rates: | $44,862.50 |
| Total Deductions/Discounts: | $50,922.50 |

### Timekeeper Summary

| Name | Hours | Regular Rate | 20% Discounted Rate | Total Full | Total Discounted | Difference |
|------|-------|--------------|---------------------|------------|------------------|------------|
| Caitlin Oswald | 36.2 | 325.00 | 260.00 | 11,765.00 | 9,412.00 | 2,353.00 |
| Donald K. Piper | 10.9 | 290.00 | 260.00 | 3,161.00 | 2,834.00 | 327.00 |
| Jeffrey L. Schulman | 106.5 | 775.00 | 620.00 | 82,537.50 | 66,030.00 | 16,507.50 |
| Kirk A. Pasich | 46.0 | 1,375.00 | 975.00 | 63,250.00 | 44,850.00 | 18,400.00 |
| Mikaela C. Whitman | 58.2 | 625.00 | 500.00 | 36,375.00 | 29,100.00 | 7,275.00 |
| TOTAL | | | | $197,088.50 | $152,226.00 | $44,862.50 |

# PASICH LLP

10880 Wilshire Boulevard, Suite 2000
Los Angeles, CA 90024
(424) 313-7860
www.pasichllp.com
Federal Tax ID:
82-2096928

BSA Tort Claimants
c/o John W. Lucas
Pachulski Stang Ziehl & Jones LLP

November 4, 2020
Invoice #  13897

In Reference To: Tort Claims--Insurance
Our File No.:    B029.001

### Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| **General Committee** | | | | |
| 10/1/2020 | JLS | Appear for/Attend TCC meeting (1.1) and review ▮▮▮▮▮▮▮ in preparation for same (1.6). | 2.70 | 1,674.00 |
|  | KAP | Conference with TCC, including re ▮▮▮▮▮▮▮▮▮▮ (1.1) | 1.10 | 1,072.50 |
| 10/4/2020 | JLS | Appear for/Attend TCC meeting (1.6). | 1.60 | 992.00 |
|  | KAP | Attend TCC meeting re ▮▮▮▮▮▮▮▮ (1.6) | 1.60 | 1,560.00 |
| 10/5/2020 | JLS | Appear for/Attend TCC meeting (1.0) and prepare for same (.3). | 1.30 | 806.00 |
|  | KAP | Conference with Insurance Working Group re ▮▮▮▮ (1.0) | 1.00 | 975.00 |
| 10/6/2020 | JLS | Appear for/Attend TCC meeting and prepare for same. | 1.20 | 744.00 |
| 10/8/2020 | JLS | Appear for/Attend mediator call and prepare for same. | 1.20 | 744.00 |
|  | JLS | Appear for/Attend TCC meeting (1.2) and review ▮▮▮▮▮ in preparation for same (2.0). | 3.20 | 1,984.00 |
|  | KAP | Conference with mediators (1.2); conference with TCC to discuss ▮▮▮▮ (1.2) | 2.40 | 2,340.00 |
| 10/12/2020 | JLS | Appear for/Attend TCC meeting. | 1.20 | 744.00 |
|  | KAP | Conference with Insurance Working Group (1.2) | 1.20 | 1,170.00 |
| 10/13/2020 | JLS | Appear for/Attend TCC meeting (0.9) and prepare for same (0.8). | 1.70 | 1,054.00 |

BSA Tort Claimants                                                                        Page    2

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/13/2020 | KAP | Attend State Court Counsel call re ███████ (0.9) | 0.90 | 877.50 |
| 10/14/2020 | JLS | Appear for/Attend court hearing and prepare for same (2.6); appear for/attend TCC meeting following same (.3). | 2.90 | 1,798.00 |
| 10/15/2020 | JLS | Confer with Mr. Lucas regarding ██████ | 0.50 | 310.00 |
| | JLS | Appear for/Attend conference call with mediators. | 1.00 | 620.00 |
| | JLS | Appear for/Attend TCC meeting (1.5) and prepare for same (.4). | 1.90 | 1,178.00 |
| | KAP | Conference with mediators (1.0); conference with TCC re ██████ ███████ (1.5) | 2.50 | 2,437.50 |
| 10/16/2020 | JLS | Appear for/Attend hearing for decisions on motions (partial). | 0.20 | 124.00 |
| 10/20/2020 | JLS | Appear for/Attend TCC meeting (1.1) and prepare for same (.4). | 1.50 | 930.00 |
| | KAP | Attend conference with State Court Counsel, including discussion of ███ ███████ (1.1) | 1.10 | 1,072.50 |
| 10/21/2020 | JLS | Appear for/Attend TCC meeting (1.4) and prepare for same (.3). | 1.70 | 1,054.00 |
| | KAP | Conference with Insurance Working Group re ██████ ███ (1.4) | 1.40 | 1,365.00 |
| 10/22/2020 | JLS | Appear for/Attend mediator's meeting (1.0); conference with TCC following same (1.3). | 2.30 | 1,426.00 |
| | KAP | Conference with mediators (1.0); conference with TCC re ██████ ███ (1.3) | 2.30 | 2,242.50 |
| 10/26/2020 | JLS | Appear for/Attend TCC working group meeting (1.0) and prepare for same (.7). | 1.70 | 1,054.00 |
| 10/27/2020 | JLS | Appear for/Attend TCC/state court counsel meeting. | 2.50 | 1,550.00 |
| 10/29/2020 | JLS | Appear for/Attend mediator call (1.2); appear for/attend TCC meeting (1.2) and prepare for same (.8). | 3.20 | 1,984.00 |
| | KAP | Conference with mediators and conference with TCC (2.4) | 2.40 | 2,340.00 |
| | | **SUBTOTAL:** | [ **51.40** | **38,222.50**] |

**Insurance Coverage**

| | | | | |
|---|---|---|---|---|
| 10/3/2020 | JLS | Review/Analyze ███████████████████ and confer with Mr. Stang regarding same. | 3.40 | 2,108.00 |

|            |     |                                                                                          | Hours | Amount   |
|------------|-----|------------------------------------------------------------------------------------------|-------|----------|
| 10/5/2020  | JLS | Review/Analyze ██████████████ (1.2); legal research regarding (.5).                       | 1.70  | 1,054.00 |
|            | KAP | Research re ████████ (pre-1962)                                                           | 1.10  | 1,072.50 |
| 10/7/2020  | JLS | Review/Analyze analysis ██████████████                                                    | 0.40  | 248.00   |
|            | MCW | Review and analyze ████████████ (3.1); draft chart for Mr. Pasich regarding same (1.6).   | 4.70  | 2,350.00 |
| 10/8/2020  | CO  | Review and analyze a ████████████████ (0.5).                                              | 0.50  | 130.00   |
|            | JLS | Review/Analyze ██████████████                                                             | 0.80  | 496.00   |
|            | MCW | Review and analyze ████████ (1.6); draft chart for Mr. Pasich regarding same (1.3).       | 2.90  | 1,450.00 |
| 10/9/2020  | CO  | Review and analyze a ████████████████ (1.3).                                              | 1.30  | 338.00   |
|            | JLS | Review/Analyze ████████ and confer with Mr. Lucas regarding same.                         | 0.70  | 434.00   |
|            | MCW | Review and analyze ████████ (4.2); draft chart for Mr. Pasich regarding same (2.7).       | 6.90  | 3,450.00 |
| 10/11/2020 | JLS | Review/Analyze ████████                                                                   | 0.70  | 434.00   |
|            | MCW | Review and analyze ████████ (2.9); draft chart for Mr. Pasich regarding same (2.2).       | 5.10  | 2,550.00 |
| 10/12/2020 | MCW | Review and analyze ████████ (2.3); draft chart for Mr. Pasich regarding same, including ████████ (2.4). | 4.70 | 2,350.00 |
| 10/13/2020 | MCW | Draft chart for Mr. Pasich regarding ████████ (1.7); locate ████████ (1.4); draft chart with ████████ (.6). | 3.70 | 1,850.00 |
| 10/14/2020 | CO  | Review and analyze ████████ (3.1); ████████                                               | 3.80  | 988.00   |

BSA Tort Claimants                                                                                          Page    4

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | (0.7) |  |  |
| 10/14/2020 | KAP | Attend bankruptcy court hearing (1.6); review and revise ■■■ (0.3); telephone conference with state court counsel (0.1) | 2.00 | 1,950.00 |
|  | MCW | Draft and edit ■■■ (3.2); draft e-mail response to Mr. Pasich regarding ■■■ (.4). | 3.60 | 1,800.00 |
| 10/15/2020 | CO | Analyze ■■■ (1); ■■■ (0.3); Analyze and conduct a ■■■ (1.2). | 2.50 | 650.00 |
|  | MCW | Draft and edit ■■■ (6.7). | 6.70 | 3,350.00 |
| 10/16/2020 | JLS | Review/Analyze ■■■ and propose edits to same. | 0.90 | 558.00 |
|  | KAP | Review and respond to e-mails re ■■■ (0.5); attend hearing (0.1). | 0.60 | 585.00 |
| 10/19/2020 | JLS | Appear for/Attend ■■■ (1.4) and prepare for same (.7). | 2.10 | 1,302.00 |
|  | CO | Review and analyze ■■■ (1.3); compile information regarding same ■■■ (0.5). | 1.80 | 468.00 |
|  | KAP | Attend ■■■ (1.4); e-mails re same (0.2) | 1.60 | 1,560.00 |
| 10/20/2020 | CO | Review and analyze ■■■ (5.5); compile information regarding same ■■■ (0.7). | 6.20 | 1,612.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/23/2020 | JLS | Research ████████████████████ | 2.30 | 1,426.00 |
| | JLS | Review/Analyze ██████████████ in connection with ███████ | 1.40 | 868.00 |
| 10/25/2020 | JLS | Review/Analyze ███████████████ to address ███████████ in connection with ██████████ | 3.20 | 1,984.00 |
| 10/26/2020 | JLS | Review/Analyze ████████████████████ | 2.80 | 1,736.00 |
| | KAP | Insurance Working Group conference re ████████████ and ████████ (1.0) | 1.00 | 975.00 |
| | MCW | Conduct legal research regarding ██████████████████████ (6.2). | 6.20 | 3,100.00 |
| 10/27/2020 | JLS | Review/Analyze ██████████████████ ████ (1.7); review ███████████████████████ and update the working group regarding same (2.2); review ████ (1.6). | 4.50 | 2,790.00 |
| 10/28/2020 | JLS | Confer with █████████████████ (.8) and prepare for same (.3). | 1.10 | 682.00 |
| | MCW | Conduct legal research regarding ████████████████ (2.7); conduct legal research regarding ████████████████████████ (3.2); draft ████████████████ (2.6). | 8.50 | 4,250.00 |
| 10/29/2020 | JLS | Review/Analyze ████████████████████ (2.2); review/analyze ██████████████████ (1.4). | 3.60 | 2,232.00 |
| | MCW | Conduct legal research regarding ████████████████ (2.5); conduct legal research regarding ████████████████████ (4.8). | 7.30 | 3,650.00 |
| 10/30/2020 | JLS | Review/Analyze ████████████████████ ████████████ | 3.30 | 2,046.00 |
| | JLS | Appear for/Attend ███████████ | 1.30 | 806.00 |

BSA Tort Claimants                                                                        Page    6

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/30/2020 | MCW | Conduct legal research regarding ████████ (6.9); draft e-mails to Mr. Pasich regarding same (.7). | 7.60 | 3,800.00 |
| 10/31/2020 | JLS | Review/Analyze ████████ ████████ (1.4); confer with TCC members regarding same (.3). | 1.70 | 1,054.00 |
|  | JLS | Investigate ████████ ████████ | 3.30 | 2,046.00 |
|  | MCW | Conduct legal research regarding ████████ (7.3); draft e-mails to Mr. Pasich regarding same (1.3). | 8.60 | 4,300.00 |

| | | | |
|---|---|---|---|
| **SUBTOTAL:** | [ | 138.10 | 72,882.50] |
| **Subtotal of charges** | | | **$111,105.00** |
| Courtesy Reductions of Time | | | ($13,520.00) |
| **For professional services rendered** | | 189.50 | **$97,585.00** |
| **Previous balance** | | | **$368,784.66** |
| **Balance due** | | | **$466,369.66** |

| | |
|---|---|
| Total Courtesy Reductions of Time: | $13,520.00 |
| Total Discount on Rates: | $31,557.50 |
| Total Deductions/Discounts: | $45,077.50 |

### Timekeeper Summary

| Name | Hours | Regular Rate | 20% Discounted Rate | Total Full | Total Discounted | Difference |
|---|---|---|---|---|---|---|
| Caitlin Oswald | 16.1 | 325.00 | 260.00 | 5,232.50 | 4,186.00 | 1,046.50 |
| Jeffrey L. Schulman | 72.7 | 775.00 | 620.00 | 56,342.50 | 45,074.00 | 11,268.50 |
| Kirk A. Pasich | 24.2 | 1,375.00 | 975.00 | 33,275.00 | 23,595.00 | 9,680.00 |
| Mikaela C. Whitman | 76.5 | 625.00 | 500.00 | 47,812.50 | 38,250.00 | 9,562.50 |
| TOTAL | | | | $142,662.50 | $111,105.00 | $31,557.50 |