# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Boy Scouts of America and Delaware BSA, LLC,[1] | Case No. 20-10343 (LSS) (Jointly Administered) |
| Debtors. | Re: Docket Nos. 481 and 607 |

## NOTICE OF RATE INCREASE OF KRAMER LEVIN NAFTALIS & FRANKEL LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

1.  Pursuant to the *Order Approving the Retention and Employment of Kramer Levin Naftalis & Frankel LLP as Counsel to the Creditors' Committee Nunc Pro Tunc to March 4, 2020*, entered May 11, 2020 [Docket No. 607] (the "**Retention Order**"), the law firm of Kramer Levin Naftalis & Frankel LLP ("**Kramer Levin**") herby submits this notice of rate increase.

2.  In accordance with ordinary practice and as described in the *Application of the Official Committee of Unsecured Creditors, Pursuant to Sections 328 and 1103 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2014 for an Order Approving the Retention and Employment of Kramer Levin Naftalis & Frankel LLP as Counsel to the Committee Nunc Pro Tunc to March 4, 2020* [Docket No. 481], billing rates for partners and associates, as well as paraprofessionals, will change effective as of January 1, 2021.  Kramer Levin's hourly billing rates effective as of January 1, 2021, are as follows:

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, TX 75038.

| Billing Category | Range |
|---|---|
| Partners | $1,110 - $1,575 |
| Counsel | $1,105 - $1,525 |
| Special Counsel | $1,105 |
| Associates | $615 - $1,090 |
| Paraprofessionals | $395 - $445 |

3. Kramer Levin and the Official Committee of Unsecured Creditors in these chapter 11 cases (the "**Creditors' Committee**") have not agreed to any variations from, or alternatives to, Kramer Levin's standard billing arrangements.

4. Pursuant to the Retention Order, Kramer Levin is providing ten (10) business days' notice of the increase in rates to the Debtors, the Creditors' Committee, the Tort Claimants' Committee, the Future Claimants' Representative, and the U.S. Trustee, in addition to filing this notice with the Court.

Dated: January 19, 2021

/s/ Rachael L. Ringer
Rachael L. Ringer
Kramer Levin Naftalis & Frankel LLP

Respectfully submitted,

**REED SMITH LLP**

/s/ Katelin A. Morales
Kurt F. Gwynne (No. 3951)
Katelin A Morales (No. 6683)
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
Telephone:  (302) 778-7500
Facsimile:  (302) 778-7575
E-mail: kgwynne@reedsmith.com
E-mail: kmorales@reedsmith.com

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
Thomas Moers Mayer, Esquire
Rachael Ringer, Esquire
Jennifer Sharret, Esquire
Megan Wasson, Esquire
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
E-mail: tmayer@kramerlevin.com
E-mail: rringer@kramerlevin.com
E-mail: jsharret@kramerlevin.com
E-mail: mwasson@kramerlevin.com

*Counsel to the Official Committee of Unsecured Creditors*