In the United States Bankruptcy court For the District of Delaware

COURT COPY

FILED
2021 JAN 14 AM 9:28
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE: Boy Scouts of America and Delaware BSA, LLC Debtors

Chapter 11
Case No. 20-10343 (LSS)
Jointly Administered

Motion Pro SE to take Judicial notice from Pro Se creditor/ claimant

Comes now Pro Se Charles T. Hall asking the court to take Judicial notice as follows,

### I. Background

1. I filed a claim with the courts appointed "Omni Agent Solutions" [see Exhibit--A]

2. On 9-15-2020 I asked (OAS) for a claim No. [see Exhibit--B]

### II. Present

As of this filing (OAS) Has not responded

Wherefore, I ask this court to take notice that the courts Agent (OAS) is not responding to sexual abuse survivor claimants.

X

page 1 of 1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

**FILED**

AUG 13 2020

By Omni Management Group, Claims Agent
For U.S. Bankruptcy Court
District of Delaware

In re:

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,**[1]

Debtors.

Chapter 11

Case No. 20-10343 (LSS)

(Jointly Administered)

## SEXUAL ABUSE SURVIVOR PROOF OF CLAIM

This Sexual Abuse Survivor Proof of Claim must be submitted and received by 5:00 p.m. (Eastern Time) on November 16, 2020. Please carefully read the following instructions included with this SEXUAL ABUSE SURVIVOR PROOF OF CLAIM and complete ALL applicable questions to the extent of your knowledge or recollection. If you do not know the answer to an open-ended question, you can write "I don't recall" or "I don't know." If a question does not apply, please write "N/A." If you are completing this form in hard copy, please write or type clearly using blue or black ink.

The Sexual Abuse Survivor Proof of Claim must be delivered to Omni Agent Solutions, the Court-approved claims and noticing agent (the "Claims Agent"), by either:

(i) Hand delivery, first class mail, or courier the *original* proof of claim to: BSA Abuse Claims Processing, c/o Omni Agent Solutions, 5955 De Soto Ave., Suite 100, Woodland Hills, CA 91367, so that it is received on or before November 16, 2020 at 5:00 p.m. (Eastern Time);[2] or

(ii) Electronically using the interface available at: www.OfficialBSAClaims.com on or before November 16, 2020 at 5:00 p.m. (Eastern Time).

Sexual Abuse Survivor Proofs of Claim sent by email or facsimile transmission will not be accepted.

"You" and/or "Sexual Abuse Survivor" refers to the person asserting a Sexual Abuse Claim against the Boy Scouts of America ("BSA") related to the Sexual Abuse Survivor's sexual abuse. For this claim to be valid, the Sexual Abuse Survivor must sign this form. If the Sexual Abuse Survivor is deceased or incapacitated, the form must be signed by the Sexual Abuse Survivor's representative or the attorney for the Sexual Abuse Survivor's estate. If the Sexual Abuse Survivor is a minor, the form must be signed by the survivor's parent or legal guardian or attorney. Any Sexual Abuse Survivor Proof of Claim signed by a representative or legal guardian must attach documentation establishing such person's authority to sign the claim for the Sexual Abuse Survivor.



(1) MAILED out
ON: 8-9-202

(EX-A)

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] If you are mailing your Sexual Abuse Survivor Proof of Claim, do not attach original documents with your Sexual Abuse Survivor Proof of Claim.

Page 1 of 12

Re: BSA Claim Filed 8-9-2020

My Copy

From: [redacted]

To: Omni Agent Solutions       9-15-2020

Dear O-A-S.

I Filed my claim on 8-9-2020 you Date-stamped it 8-13-2020.

Please tell me what my Claim Number is.

Please tell me who you are and what is your role.

Please tell me what I can Expect now That my Claim is Filed.

[redacted]

EX-B