EXHIBIT A



700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
O 202.772.2200
F 202.772.3333

GilbertLegal.com

January 20, 2021

James Patton, Jr.                         Invoice Number:    11321983
Future Claimaints' Representative for      Client Number:         1613
Boy Scouts of America
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801

---

**FOR PROFESSIONAL SERVICES RENDERED through December 31, 2020**

**Re: James Patton, Jr.**

| Matter Description | Fees | Costs | Total |
|---|---|---|---|
| Insurance Analysis & Recovery | 195,479.00 | 763.32 | 196,242.32 |
| Retention / Fee Application | 953.50 | .00 | 953.50 |
| **Total** | **196,432.50** | **763.32** | **197,195.82** |

|  |  |
|---|---|
| TOTAL FEES | $ 196,432.50 |
| TOTAL EXPENSES | $ 763.32 |
| **TOTAL FEES AND EXPENSES** | **$ 197,195.82** |



**FOR PROFESSIONAL SERVICES RENDERED through December 31, 2020**

**Insurance Analysis & Recovery**

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 12/01/20 | Quinn, K. | Confer with team re status of local council coverage analysis. | .50 | 387.50 |
| 12/01/20 | Quinn, K. | Email N. Deluca re claims data. | .30 | 232.50 |
| 12/01/20 | Quinn, K. | Confer with E. Grim re plan for insurance valuation work. | .30 | 232.50 |
| 12/01/20 | Neely, M. | Confer with K. Quinn and J. Chalashtori re ongoing coverage analysis. | .50 | 237.50 |
| 12/01/20 | Neely, M. | Email K. Quinn and J. Chalashtori re next steps in coverage analysis. | .10 | 47.50 |
| 12/01/20 | Neely, M. | Email N. DeLuca (Ankura) re Coalition claims data. | .10 | 47.50 |
| 12/01/20 | Neely, M. | Review local council insurance production in Datasite. | 3.90 | 1,852.50 |
| 12/01/20 | Neely, M. | Review Coalition claim data and raw proof of claim data. | .40 | 190.00 |
| 12/01/20 | Grim, E. | Confer with K. Quinn re allocations and other preparation for mediation. | .30 | 177.00 |
| 12/01/20 | Grim, E. | Email M. Neely re allocations and preparation for mediation. | .10 | 59.00 |
| 12/01/20 | Chalashtori, J. | Confer with K. Quinn and M. Neely re coverage analysis. | .50 | 212.50 |
| 12/01/20 | Chalashtori, J. | First-level review of 62 local council policies and policy evidence documents. | 2.80 | 1,190.00 |
| 12/01/20 | Chalashtori, J. | Analyze issues related to first-level policy review of local council policies and policy evidence. | .70 | 297.50 |
| 12/01/20 | Foster, G. | Continue initial review of policies on Datasite from 1966 to 1971. [indices 6.14.245.1, 6.14.245.2, 6.14.245.3, 6.14.245.4, 6.14.245.5, 6.14.248.1,6.14.248.2, 6.14.248.3, 6.14.250.3, 6.14.250.4, 6.14.250.5,6.14.251.1] | 2.10 | 388.50 |
| 12/01/20 | Foster, G. | Begin initial review of policies on Datasite (from 1964-1975). [indices 6.14.252.1, 6.14.256.2,6.14.256.3,6.1 4.256.4,6.14.256.5, 6.14.257.1, 6.14.257.2, 6.14.257.3, 6.14.257.4, 6.14.257.5,6.14.257.6, 6.14.257.7, 6.14.257.8, 6.14.257.9, 6.14.257.10, 6.14.257.11, 6.14.257.12, 6.14.257.13, 6.14.257.14, 6.14.257.15, 6.14.257.16,6.14.257.17] | 3.60 | 666.00 |

Invoice Number: 11321983
January 20, 2021

| Date | Name | Services | Hours | Amount |
|---|---|---|---|---|
| 12/01/20 | Colcock, S. | Revise protocol for local council policy first-level review. | .60 | 171.00 |
| 12/01/20 | Colcock, S. | First-level review of local council insurance policies (28 policies) for policy provisions for analysis. [indices 6.14.64.2 through 6.14.70.2] | 5.10 | 1,453.50 |
| 12/01/20 | McGlinchey, P. | First-level review of local council insurance policies (46 policies) for policy provisions for analysis. [indices 6.14.102.3 through 6.14.125.1] | 6.10 | 1,128.50 |
| 12/01/20 | Dechant, K. | First-level review of insurance policies (10 policies) for policy provisions and relevant language for analysis. [indices 6.14.45.1, 6.14.45.2, 6.14.45.3, 6.14.47.1, 6.14.47.2, 6.14.47.3 (1), 6.14.47.3 (2), 6.14.47.4, 6.14.47.5, 6.14.47.6] | 2.20 | 781.00 |
| 12/02/20 | Quinn, K. | Initial review of local council spreadsheet. | .30 | 232.50 |
| 12/02/20 | Quinn, K. | Confer with Debtors and TCC re insurance strategy. | 1.00 | 775.00 |
| 12/02/20 | Quinn, K. | Review previous allocations re assumptions. | .30 | 232.50 |
| 12/02/20 | Quinn, K. | Analyze variables re allocation analysis. | .30 | 232.50 |
| 12/02/20 | Neely, M. | Email BSA, KCIC and TCC re insurance coverage. | 1.00 | 475.00 |
| 12/02/20 | Neely, M. | Confer with team re local council policy review. | .80 | 380.00 |
| 12/02/20 | Neely, M. | Continue reviewing local council coverage. | 4.10 | 1,947.50 |
| 12/02/20 | Girgenti, J. | Email J. Chalashtori, T. Jones and S. Colcock re BSA policy review (.3); confer with team re review of insurance policies (.8). | 1.10 | 363.00 |
| 12/02/20 | Girgenti, J. | Revise policy review spreadsheet. | 2.80 | 924.00 |
| 12/02/20 | Girgenti, J. | Review policies for relevance and key provisions. | 3.10 | 1,023.00 |
| 12/02/20 | Grim, E. | Confer with Debtors' counsel and TCC coverage counsel re insurance strategy and local council coverage. | .90 | 531.00 |
| 12/02/20 | Grim, E. | Email M. Neely and K. Quinn re updated insurance allocation analysis. | .20 | 118.00 |
| 12/02/20 | Jones, T. | Confer with team re local council policy review. | .80 | 232.00 |
| 12/02/20 | Jones, T. | Review twenty (20) local council policies. | 5.30 | 1,537.00 |
| 12/02/20 | Chalashtori, J. | Analyze KCIC chart re local council policies and policy evidence. | .50 | 212.50 |
| 12/02/20 | Chalashtori, J. | Confer with team re review of local council policies. | .80 | 340.00 |
| 12/02/20 | Chalashtori, J. | Analyze issues related to local council policy review. | 1.30 | 552.50 |

Invoice Number: 11321983
January 20, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 12/02/20 | Foster, G. | Being initial review of policies on the Datasite (from 1968-1977). [indices 6.14.257.18, 6.14.257.19, 6.14.257.20, 6.14.257.21, 6.14.257.22, 6.14.257.23, 6.14.257.24, 6.14.257.25, 6.14.257.26, 6.14.257.27, 6.14.257.28, 6.14.257.29, 6.14.257.30, 6.14.257.31, 6.14.264.1,6.14.264.2, 6.14.264.3, 6.14.264.4, 6.14.264.5, 6.14.264.5, 6.14.264.6, 6.14.264.7, 6.14.264.8, 6.14.264.9, 6.14.264.10,6.14.264.11, 6.14.264.12, 6.14.264.13, 6.14.264,14, 6.14.264.15, 6.14.264.16] | 4.80 | 888.00 |
| 12/02/20 | Foster, G. | Confer with team re local council policy review. | .80 | 148.00 |
| 12/02/20 | Colcock, S. | Confer with team re rocal council policy review. | .80 | 228.00 |
| 12/02/20 | Colcock, S. | First-level review of local council insurance policies (37 policies) for policy provisions for analysis. [indices 6.14.70.3 through 6.14.199.4] | 7.20 | 2,052.00 |
| 12/02/20 | McGlinchey, P. | First-level review of local council insurance policies (54 policies) for policy provisions for analysis. [indices 6.14.127.1-6.14.132.2, 6.14.83.1-6.14.94.1, 6.14.77.3-6.14.80.2, 6.14.264.17-6.14.265.1, and 6.14.81.1-6.14.82.3] | 7.00 | 1,295.00 |
| 12/02/20 | McGlinchey, P. | Confer with team re local council policy review. | .80 | 148.00 |
| 12/02/20 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .70 | 129.50 |
| 12/02/20 | Dechant, K. | Confer with team re local council policy review. | .80 | 284.00 |
| 12/02/20 | Dechant, K. | First-level review of insurance policies (27 policies) for policy provisions and relevant language for analysis. [indices 6.14.134.1 (1), 6.14.134.1 (2), 6.14.134.1 (3), 6.14.134.1 (4), 6.14.134.2, 6.14.135.1, 6.14.135.2, 6.14.136.1, 6.14.136.2, 6.14.136.3, 6.14.136.4, 6.14.136.5, 6.14.137.1, 6.14.137.2, 6.14.141.1, 6.14.143.1, 6.14.143.2, 6.14.143.3, 6.14.143.4, 6.14.145.1, 6.14.145.2, 6.14.148.1, 6.14.148.2, 6.14.149.1 (1), 6.14.149.1 (2), 6.14.149.2, 6.14.149.3] | 3.80 | 1,349.00 |
| 12/03/20 | Quinn, K. | Participate in call with Coalition and client re JIA. | .50 | 387.50 |
| 12/03/20 | Neely, M. | Review BSA 2004 motion against insurers. | .30 | 142.50 |
| 12/03/20 | Neely, M. | Review BSA opposition to motion for order modifying preliminary injunction to allow movants to proceed with state court actions as to non-debtor defendants. | .40 | 190.00 |
| 12/03/20 | Neely, M. | Analyze local council insurance policies. | 2.40 | 1,140.00 |
| 12/03/20 | Girgenti, J. | Email J. Chalashtori, M. Neely, K. Dechant, T. Jones, S. Colcock, and P. McGlinchey re review of insurance policies. | .30 | 99.00 |

Invoice Number: 11321983
January 20, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 12/03/20 | Girgenti, J. | Revise policy review spreadsheet. | 3.00 | 990.00 |
| 12/03/20 | Girgenti, J. | Review policies for relevance and key provisions. | 3.00 | 990.00 |
| 12/03/20 | Jones, T. | Review nineteen (19) local council policies. | 5.70 | 1,653.00 |
| 12/03/20 | Chalashtori, J. | Analyze issues re review of local council policies. | .40 | 170.00 |
| 12/03/20 | Foster, G. | Continue initial review of policies on Datasite (1964-1977). | 5.60 | 1,036.00 |
| 12/03/20 | Foster, G. | Initial review of national policies (from 1972 to 1978) [index 6.14.186.3]. | 1.20 | 222.00 |
| 12/03/20 | Colcock, S. | First-level review of national insurance policies (1 policy) for additional insured local councils. | 2.30 | 655.50 |
| 12/03/20 | Colcock, S. | First-level review of local council insurance policies (15 policies) for policy provisions for analysis. [indices 6.14.161.1 through 6.14.168.1] | 5.20 | 1,482.00 |
| 12/03/20 | McGlinchey, P. | First-level review of local council insurance policies (47 policies) for policy provisions for analysis. [indices 6.14.175.1-6.14.194.1] | 5.00 | 925.00 |
| 12/03/20 | McGlinchey, P. | First-level review of national insurance policies (2 policies) for local council coverage. [indices 7.1.5.1 and 7.1.6.1] | 2.50 | 462.50 |
| 12/03/20 | Dechant, K. | Review of national insurance policies for additional insureds and local council coverage [indices 7.1.7.1, 7.1.8.1, 7.1.9.1, 7.1.9.2, 7.1.10.1/7.5.1.1.28(1), 7.1.10.1/7.5.1.1.28(2)]. | 1.60 | 568.00 |
| 12/03/20 | Dechant, K. | Review updated protocols re policy review. | .20 | 71.00 |
| 12/03/20 | Dechant, K. | Email G. Foster re policy review. | .30 | 106.50 |
| 12/03/20 | Dechant, K. | First-level review of insurance policies (3 policies) for policy provisions and relevant language for analysis. [indices 6.14.149.4, 6.14.149.5,6.14.149.6] | .40 | 142.00 |
| 12/03/20 | Dechant, K. | Second-level review of policies for inclusion in master review spreadsheet. | .20 | 71.00 |
| 12/04/20 | Quinn, K. | Participate in mediation session re national assets. | 1.70 | 1,317.50 |
| 12/04/20 | Quinn, K. | Confer with team re next steps in analysis of coverage claims and JIA. | .40 | 310.00 |
| 12/04/20 | Neely, M. | Attend mediation session re national assets. | 1.70 | 807.50 |
| 12/04/20 | Neely, M. | Confer with team re local council policy review. | .40 | 190.00 |
| 12/04/20 | Neely, M. | Email K. Quinn, E. Grim, and J. Chalashtori re summary of national asset mediation session. | .20 | 95.00 |
| 12/04/20 | Neely, M. | Analyze local council coverage. | 1.70 | 807.50 |
| 12/04/20 | Jones, T. | Confer with team re policy review. | .40 | 116.00 |
| 12/04/20 | Jones, T. | Review national policies and seventeen (17) local council policies. | 6.50 | 1,885.00 |

Invoice Number: 11321983
January 20, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 12/04/20 | Chalashtori, J. | Email team re review of local council policies and policy evidence. | 1.40 | 595.00 |
| 12/04/20 | Chalashtori, J. | Analyze issues related to evaluation of claims data. | .20 | 85.00 |
| 12/04/20 | Foster, G. | Confer with team re local council policy review. | .40 | 74.00 |
| 12/04/20 | Foster, G. | Draft local council policy listings spreadsheet. | 6.50 | 1,202.50 |
| 12/04/20 | Colcock, S. | Search Datasite for evidence of AIG policies. | 2.20 | 627.00 |
| 12/04/20 | Colcock, S. | Confer with team re policy review issues. | .40 | 114.00 |
| 12/04/20 | Colcock, S. | First-level review of national insurance policies (1.5 policies) for additional insured local councils. | 3.50 | 997.50 |
| 12/04/20 | McGlinchey, P. | First-level review of local council insurance policies (51 policies) for policy provisions for analysis. [indices 6.14.1.3-6.14.112.5] | 3.20 | 592.00 |
| 12/04/20 | McGlinchey, P. | Confer with team re policy review. | .40 | 74.00 |
| 12/04/20 | McGlinchey, P. | Draft summary of insurance-related documents recently added to Datasite. | .60 | 111.00 |
| 12/04/20 | McGlinchey, P. | First-level review of national insurance policies (2 policies) for local council coverage. [indices 7.1.12.1 and 7.1.12.2] | 1.90 | 351.50 |
| 12/04/20 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .40 | 74.00 |
| 12/04/20 | Dechant, K. | Confer with team re policy review. | .40 | 142.00 |
| 12/04/20 | Dechant, K. | Review of national policies for additional insureds and local council coverage [indices 7.1.10.1, 7.1.11.1, 7.1.11.2, 7.1.11.3/6.14.264.15]. | 1.20 | 426.00 |
| 12/05/20 | Jones, T. | Review four (4) local council policies. | 1.00 | 290.00 |
| 12/06/20 | Jones, T. | Review five (5) local council policies. | 1.00 | 290.00 |
| 12/06/20 | McGlinchey, P. | First-level review of local council insurance policies (45 policies) for policy provisions for analysis. [indices 6.14.112.6-6.14.124.8] | 3.20 | 592.00 |
| 12/07/20 | Quinn, K. | Review Debtors' 2004 request to insurers. | .30 | 232.50 |
| 12/07/20 | Neely, M. | Email K. Quinn and E. Grim re local council coverage analysis and initial insurer exposure estimates. | .30 | 142.50 |
| 12/07/20 | Neely, M. | Review additional local council policy evidence loaded to Datasite. | 4.00 | 1,900.00 |
| 12/07/20 | Jones, T. | Review fourteen (14) local council policies. | 6.00 | 1,740.00 |
| 12/07/20 | Chalashtori, J. | Analyze status of local council policy review. | .40 | 170.00 |
| 12/07/20 | Foster, G. | Revise local council policy listings spreadsheet. | 6.50 | 1,202.50 |
| 12/07/20 | Colcock, S. | First-level review of local council insurance policies (34 policies) for policy provisions for analysis. | 7.00 | 1,995.00 |

Invoice Number: 11321983
January 20, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 12/07/20 | McGlinchey, P. | First-level review of local council insurance policies (68 policies) for policy provisions for analysis. [indices 6.14.151.3-6.14.229.6, 6.14.100.10, 6.14.73.8-6.14.82.30] | 4.40 | 814.00 |
| 12/07/20 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .30 | 55.50 |
| 12/08/20 | Neely, M. | Review supplemental local council coverage evidence production. | 5.50 | 2,612.50 |
| 12/08/20 | Glaeberman, M. | Email J. Chalashtori and S. Colcock re strategy, process for first-level review of local council insurance policies. | .80 | 232.00 |
| 12/08/20 | Jones, T. | Review twelve (12) local council policies. | 7.00 | 2,030.00 |
| 12/08/20 | Chalashtori, J. | Analyze issues related to review of local council policies. | 1.00 | 425.00 |
| 12/08/20 | Foster, G. | Continue revising local council policy listings spreadsheet. | 6.60 | 1,221.00 |
| 12/08/20 | Foster, G. | Begin reviewing policy re local councils list [index 6.14.194.5]. | .80 | 148.00 |
| 12/08/20 | Colcock, S. | First-level review of local council insurance policies (22 policies) for policy provisions for analysis. | 2.90 | 826.50 |
| 12/08/20 | Colcock, S. | First-level review of national insurance policies (2 policies) for additional insured local councils. | 4.40 | 1,254.00 |
| 12/08/20 | McGlinchey, P. | First-level review of local council insurance policies (23 policies) for policy provisions for analysis. [indices 6.14.83.6-6.14.98.1] | 1.40 | 259.00 |
| 12/08/20 | McGlinchey, P. | First-level review of local council insurance policies (420 local councils) for policy provisions for analysis. [index 6.14.194.4] | 2.50 | 462.50 |
| 12/08/20 | Dechant, K. | First-level review of insurance policies (6 policies) for policy provisions and relevant language for analysis. [indices 6.14.124.9, 6.14.124.10, 6.14.126.1 (1), 6.14.126.1 (2), 6.14.126.1 (3), 6.14.126.1 (4)]. | .70 | 248.50 |
| 12/08/20 | Dechant, K. | Email S. Colcock re policy review. | .30 | 106.50 |
| 12/09/20 | Quinn, K. | Email client re mediation data and begin initial review. | 1.20 | 930.00 |
| 12/09/20 | Neely, M. | Analyze preliminary claims data and assess coverage impact of Wilson and Worley settlements. | .60 | 285.00 |
| 12/09/20 | Neely, M. | Email M. Linder, E. Rosenberg, E. Harron, and K. Quinn re Wilson and Worley settlements. | .50 | 237.50 |
| 12/09/20 | Neely, M. | Confer with team re local council coverage review. | .50 | 237.50 |
| 12/09/20 | Neely, M. | Review certain exclusion in insurance policy. | .30 | 142.50 |

Invoice Number: 11321983
January 20, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 12/09/20 | Neely, M. | Analyze premises coverage in national insurance policy. | .40 | 190.00 |
| 12/09/20 | Glaeberman, M. | Confer with team re review of local council insurance policies. | .50 | 145.00 |
| 12/09/20 | Glaeberman, M. | First-level review of local council insurance policies (27 policies). | 3.00 | 870.00 |
| 12/09/20 | Jones, T. | Confer with review team re local council policy review. | .50 | 145.00 |
| 12/09/20 | Jones, T. | Review sixteen (16) local council policies. | 4.50 | 1,305.00 |
| 12/09/20 | Chalashtori, J. | Analyze issues related to first-level review of local council policies. | .90 | 382.50 |
| 12/09/20 | Chalashtori, J. | Review newly uploaded documents in Datasite for insurance issues. | .20 | 85.00 |
| 12/09/20 | Chalashtori, J. | Analyze issues related to mediation. | .20 | 85.00 |
| 12/09/20 | Chalashtori, J. | Preliminary review of claims data information. | .20 | 85.00 |
| 12/09/20 | Chalashtori, J. | First-level review of 22 local council policy evidence documents. | 1.50 | 637.50 |
| 12/09/20 | Foster, G. | Continue reviewing policy re local councils list [index 6.14.194.5]. | 6.80 | 1,258.00 |
| 12/09/20 | Foster, G. | Confer with team re local council policy review. | .50 | 92.50 |
| 12/09/20 | Colcock, S. | First-level review of local council insurance policies (12 policies) for policy provisions for analysis. | 1.30 | 370.50 |
| 12/09/20 | Colcock, S. | First-level review of national insurance policies (1 policy) for additional insured local councils. | 1.70 | 484.50 |
| 12/09/20 | Colcock, S. | Begin researching parent corporations for various carriers listed in local policy tracking spreadsheet. | 3.90 | 1,111.50 |
| 12/09/20 | Colcock, S. | Confer with team re local council policy review. | .50 | 142.50 |
| 12/09/20 | McGlinchey, P. | First-level review of national insurance policies (1 policy) for local council coverage. [index 7.1.12.2] | 1.20 | 222.00 |
| 12/09/20 | McGlinchey, P. | Confer with team re policy review. | .50 | 92.50 |
| 12/09/20 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .40 | 74.00 |
| 12/09/20 | McGlinchey, P. | Email S. Colcock re first-level review spreadsheet. | .30 | 55.50 |
| 12/09/20 | McGlinchey, P. | Email M. Neely re review of national policies for local council coverage. | .30 | 55.50 |
| 12/09/20 | McGlinchey, P. | Revise protocol spreadsheet for first-level policy review. | 1.30 | 240.50 |
| 12/09/20 | McGlinchey, P. | Draft protocol guide for review of national policies for local council coverage. | 1.20 | 222.00 |

Invoice Number: 11321983
January 20, 2021

| Date | Name | Services | Hours | Amount |
|---|---|---|---|---|
| 12/09/20 | Dechant, K. | First-level review of insurance policies (23 policies) for policy provisions and relevant language for analysis. [indices 6.14.126.1 (5), 6.14.126.1 (6), 6.14.126.1 (7), 6.14.126.1 (8), 6.14.126.1 (9), 6.14.126.1 (10), 6.14.126.2 (1), 6.14.126.2 (2), 6.14.126.2 (3), 6.14.126.2 (4), 6.14.126.2 (5), 6.14.126.2 (6), 6.14.126.2 (7), 6.14.126.3 (1), 6.14.126.3 (2), 6.14.126.3 (3), 6.14.126.3 (4), 6.14.126.3 (5), 6.14.126.3 (6), 6.14.126.3 (7), 6.14.126.4, 6.14.126.5 (1), 6.14.126.5 (2)]. | 3.00 | 1,065.00 |
| 12/09/20 | Dechant, K. | Email S. Colock re policy review. | .20 | 71.00 |
| 12/09/20 | Dechant, K. | Confer with team re policy review. | .50 | 177.50 |
| 12/10/20 | Quinn, K. | Plan allocation analysis. | 1.20 | 930.00 |
| 12/10/20 | Quinn, K. | Email M. Neely re joint interest agreement. | .10 | 77.50 |
| 12/10/20 | Quinn, K. | Email local counsel re theory of coverage. | .30 | 232.50 |
| 12/10/20 | Neely, M. | Revise local council policy listing to note national coverage and carrier groups. | 1.80 | 855.00 |
| 12/10/20 | Neely, M. | Email S. Zieg re Old Republic expenditures. | .60 | 285.00 |
| 12/10/20 | Neely, M. | Research multiple occurrences issue. | 1.20 | 570.00 |
| 12/10/20 | Glaeberman, M. | First-level review and analysis of local council insurance policy provisions. | 7.40 | 2,146.00 |
| 12/10/20 | Glaeberman, M. | Email S. Colcock re first-level review of local council insurance policies. | .30 | 87.00 |
| 12/10/20 | Jones, T. | Review seventeen (17) local council policies and four (4) national policies review. | 6.00 | 1,740.00 |
| 12/10/20 | Chalashtori, J. | Analyze status and next steps re local and national council policy review. | .40 | 170.00 |
| 12/10/20 | Chalashtori, J. | Analyze issues related to interpretation of "occurrence" under policies. | .20 | 85.00 |
| 12/10/20 | Foster, G. | Continue review of policy re local councils list [index 6.14.194.5]. | 7.00 | 1,295.00 |
| 12/10/20 | Foster, G. | Begin initial review of national policies [index 7.1.17.1]. | .50 | 92.50 |
| 12/10/20 | Colcock, S. | Begin review of local policy tracking spreadsheet of national policies to determine missing policies. | 7.30 | 2,080.50 |
| 12/10/20 | McGlinchey, P. | First-level review of national insurance policies (4 policies) for local council coverage. [indices 6.14.264.13, 7.1.14.1, 7.1.13.2] | 6.00 | 1,110.00 |
| 12/10/20 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .20 | 37.00 |
| 12/10/20 | McGlinchey, P. | Revise protocol guide for review of national policies for local council coverage. | .90 | 166.50 |

Invoice Number: 11321983
January 20, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 12/10/20 | Dechant, K. | Revise summary of local policies to conform to updated protocols (50+ policies). | 1.80 | 639.00 |
| 12/10/20 | Dechant, K. | Review national policy review protocol in preparation for continued review. | .30 | 106.50 |
| 12/10/20 | Dechant, K. | Email G. Foster re policy review. | .40 | 142.00 |
| 12/10/20 | Dechant, K. | First-level review of insurance policies (28 policies) for policy provisions and relevant language for analysis. [indices 6.14.126.5 (3), 6.14.126.5 (4), 6.14.126.6 (1), 6.14.126.6 (2), 6.14.126.6 (3), 6.14.127.5, 6.14.127.6 (1), 6.14.127.6 (2), 6.14.128.1, 6.14.129.1, 6.14.13.3, 6.14.130.10, 6.14.130.11 (1), 6.14.130.11 (2), 6.14.130.12, 6.14.130.8, 6.14.130.9, 6.14.131.1, 6.14.132.3 (1), 6.14.132.3 (2), 6.14.132.4, 6.14.133.1, 6.14.133.2, 6.14.133.3, 6.14.133.4, 6.14.133.5, 6.14.133.6, 6.14.133.7]. | 3.20 | 1,136.00 |
| 12/11/20 | Quinn, K. | Begin allocation analysis with first cut of data set. | 5.50 | 4,262.50 |
| 12/11/20 | Quinn, K. | Review and revise draft memorandum re year-by-year coverage. | .40 | 310.00 |
| 12/11/20 | Neely, M. | Email J. Chalashtori re statute of limitations research. | .20 | 95.00 |
| 12/11/20 | Neely, M. | Email K. Quinn re statute of limitations research. | .20 | 95.00 |
| 12/11/20 | Neely, M. | Revise year-by-year coverage summary and national policy index. | 2.30 | 1,092.50 |
| 12/11/20 | Neely, M. | Email K. Quinn re withdrawal of Wilson and Worley objection and Old Republic expenditure report. | .10 | 47.50 |
| 12/11/20 | Jones, T. | Review three (3) national policies. | 2.00 | 580.00 |
| 12/11/20 | Chalashtori, J. | Analyze statute of limitations information needed for claims data analysis. | .30 | 127.50 |
| 12/11/20 | Chalashtori, J. | Analyze next steps re review of local council policies. | .30 | 127.50 |
| 12/11/20 | Chalashtori, J. | Email M. Neely re review of statute of limitations. | .30 | 127.50 |
| 12/11/20 | Chalashtori, J. | Analyze recently uploaded documents to Datasite for insurance-related documents. | .20 | 85.00 |
| 12/11/20 | Foster, G. | Continue review of national policies [index 7.1.17.1]. | 4.50 | 832.50 |
| 12/11/20 | Colcock, S. | First-level review of local council insurance policies (27 policies) for policy provisions for analysis. | 2.90 | 826.50 |
| 12/11/20 | Colcock, S. | Finish review of local policy tracking spreadsheet of national policies to determine missing policies. | 2.00 | 570.00 |

Invoice Number: 11321983
January 20, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 12/11/20 | McGlinchey, P. | First-level review of national insurance policies (24 policies) for local council coverage. [indices 6.14.64.16-6.14.68.3, 6.14.264.7, 7.1.7.1, 7.1.10.1, 7.1.13.2-7.1.15.1, and 4 policies in O Drive] | 3.50 | 647.50 |
| 12/11/20 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .10 | 18.50 |
| 12/11/20 | Dechant, K. | Email S. Colcock, G. Foster, and P. McGlinchey re first-level local policy review and national policy review for local coverage. | .20 | 71.00 |
| 12/13/20 | Neely, M. | Revise year-by-year coverage summary. | 1.00 | 475.00 |
| 12/13/20 | Neely, M. | Email Old Republic re cumulative spend report. | .10 | 47.50 |
| 12/14/20 | Quinn, K. | Continue allocation analysis. | 5.50 | 4,262.50 |
| 12/14/20 | Quinn, K. | Participate in team meeting re status and strategy. | .50 | 387.50 |
| 12/14/20 | Quinn, K. | Email E. Grim re preparation for mediation session. | .10 | 77.50 |
| 12/14/20 | Neely, M. | Confer with team re ongoing coverage analysis. | .50 | 237.50 |
| 12/14/20 | Neely, M. | Email K. Quinn, J. Chalashtori, and S. Colcock re next steps for ongoing coverage analysis. | .10 | 47.50 |
| 12/14/20 | Neely, M. | Email M. Linder re Chartered Organizations mediation. | .10 | 47.50 |
| 12/14/20 | Neely, M. | Analyze potential Hartford exposure. | .60 | 285.00 |
| 12/14/20 | Neely, M. | Finalize year-by-year coverage analysis. | .50 | 237.50 |
| 12/14/20 | Grim, E. | Review policy information and allocations re Hartford coverage. | .30 | 177.00 |
| 12/14/20 | Chalashtori, J. | Confer with team re case status, next steps, strategy. | .50 | 212.50 |
| 12/14/20 | Chalashtori, J. | Review Datasite for newly uploaded insurance-related documents. | .20 | 85.00 |
| 12/14/20 | Foster, G. | Continue initial review of 1977 national policies [index 7.1.17.1]. | .40 | 74.00 |
| 12/14/20 | Colcock, S. | First-level review of local renewal policies. | 1.20 | 342.00 |
| 12/14/20 | Colcock, S. | Email K. Quinn, M. Neely, and J. Chalashtori re case updates. | .20 | 57.00 |
| 12/14/20 | McGlinchey, P. | Revise protocol guide for review of national policies for local council coverage. | .90 | 166.50 |
| 12/14/20 | McGlinchey, P. | Draft summary of insurance-related documents recently added to Datasite. | .20 | 37.00 |
| 12/15/20 | Quinn, K. | Confer with E. Grim re preparation for mediation session. | .50 | 387.50 |
| 12/15/20 | Neely, M. | Email J. Chalashtori and S. Colcock re local council insurance coverage review. | .20 | 95.00 |
| 12/15/20 | Neely, M. | Draft insurance analysis and strategy memorandum for Hartford coverage. | 3.30 | 1,567.50 |

Invoice Number: 11321983
January 20, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 12/15/20 | Grim, E. | Confer with K. Quinn re Hartford mediation strategy. | .50 | 295.00 |
| 12/15/20 | Chalashtori, J. | Email S. Colcock and M. Neely re next steps in policy review. | 1.00 | 425.00 |
| 12/15/20 | Chalashtori, J. | Analyze issues related to local council policy review, next steps, strategy. | .60 | 255.00 |
| 12/15/20 | Colcock, S. | Revise policy tracking spreadsheet for policy renewals. | 1.30 | 370.50 |
| 12/15/20 | Colcock, S. | Review post-1978 policies for local council coverage. | 5.70 | 1,624.50 |
| 12/15/20 | McGlinchey, P. | Review national insurance policies (50 policies) for local council coverage. [pre-1978 policies] | 1.40 | 259.00 |
| 12/15/20 | McGlinchey, P. | Review national insurance policies (113 policies) for local council coverage. [post-1978 policies] | .50 | 92.50 |
| 12/16/20 | Neely, M. | Finish Hartford coverage analysis and strategy outline. | 1.90 | 902.50 |
| 12/16/20 | Neely, M. | Analyze Coalition questions re Hartford coverage. | .50 | 237.50 |
| 12/16/20 | Neely, M. | Finish drafting Hartford coverage analysis and strategy outline. | 1.70 | 807.50 |
| 12/16/20 | Grim, E. | Review draft allocation and coverage analysis to prepare for insurer mediation. | .60 | 354.00 |
| 12/16/20 | Chalashtori, J. | Email S. Colcock re comparison of KCIC policy listing with master policy spreadsheet. | .50 | 212.50 |
| 12/16/20 | Colcock, S. | Analyze national policies (3 policies) with local council as asserted by BSA. | 6.50 | 1,852.50 |
| 12/16/20 | McGlinchey, P. | Review of national insurance policies (227 policies) for local council coverage. [post-1978 policies] | 1.00 | 185.00 |
| 12/16/20 | McGlinchey, P. | Analyze national policies (1 policy) with local council as asserted by BSA. | 3.10 | 573.50 |
| 12/17/20 | Quinn, K. | Prepare for and participate in pre-call for Hartford meeting. | 1.50 | 1,162.50 |
| 12/17/20 | Neely, M. | Confer with team re policy review and analysis. | .70 | 332.50 |
| 12/17/20 | Neely, M. | Analyze Hartford excess coverage in preparation for meeting with Hartford. | .90 | 427.50 |
| 12/17/20 | Neely, M. | Confer with K. Quinn and E. Grim in preparation for call with Hartford. | .40 | 190.00 |
| 12/17/20 | Neely, M. | Telephone call with E. Harron, R. Brady, mediators, Coalition, E. Grim and Hartford. | .90 | 427.50 |
| 12/17/20 | Neely, M. | Analyze statute of limitations issues. | 3.20 | 1,520.00 |
| 12/17/20 | Grim, E. | Review draft allocation and coverage analysis to prepare for insurer mediation. | 1.20 | 708.00 |
| 12/17/20 | Grim, E. | Confer with K. Quinn and M. Neely re preparation for insurer mediation. | .40 | 236.00 |

Invoice Number: 11321983
January 20, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 12/17/20 | Grim, E. | Participate in mediation with insurer. | .90 | 531.00 |
| 12/17/20 | Grim, E. | Email G. LeChevallier, K. Quinn, and M. Neely re issues from insurer mediation. | .30 | 177.00 |
| 12/17/20 | Jones, T. | Confer with team re policy review. | .70 | 203.00 |
| 12/17/20 | Chalashtori, J. | Confer with team re review of local and national policies. | .70 | 297.50 |
| 12/17/20 | Chalashtori, J. | Begin analyzing statute of limitations. | 2.50 | 1,062.50 |
| 12/17/20 | Foster, G. | Confer with team re policy reivew. | .70 | 129.50 |
| 12/17/20 | Colcock, S. | Confer with team re policy review. | .70 | 199.50 |
| 12/17/20 | Colcock, S. | Analyze national policies (1 policy) with local councils as asserted by BSA. | 1.80 | 513.00 |
| 12/17/20 | Colcock, S. | Revise review protocol for in-depth analysis of national policy review. | 4.90 | 1,396.50 |
| 12/17/20 | McGlinchey, P. | Analyze national policies (2 policies) with local councils as asserted by BSA. | 2.50 | 462.50 |
| 12/17/20 | McGlinchey, P. | Confer with team re policy review. | .70 | 129.50 |
| 12/17/20 | Dechant, K. | Confer with team re policy review. | .70 | 248.50 |
| 12/18/20 | Neely, M. | Analyze Hartford local council coverage. | 5.70 | 2,707.50 |
| 12/18/20 | Grim, E. | Email Coalition counsel and mediators re issues from insurance mediation. | .20 | 118.00 |
| 12/18/20 | Chalashtori, J. | Review documents recently uploaded to Datasite for insurance-related information. | .20 | 85.00 |
| 12/18/20 | Chalashtori, J. | Email M. Neely re Hartford mediation. | .20 | 85.00 |
| 12/18/20 | Chalashtori, J. | Continue analyzing statute of limitations. | 1.60 | 680.00 |
| 12/18/20 | Colcock, S. | Review top-ten councils with claims in order to draft policy analysis spreadsheet. | 2.00 | 570.00 |
| 12/18/20 | McGlinchey, P. | Draft summary of insurance-related documents recently added to Datasite. | .40 | 74.00 |
| 12/18/20 | McGlinchey, P. | Revise protocol guide for first-level review of national and local policies. | .80 | 148.00 |
| 12/20/20 | Colcock, S. | Draft policy analysis spreadsheet for top-ten council claim review. | 1.90 | 541.50 |
| 12/21/20 | Neely, M. | Finish analysis of Hartford local council coverage for mediation. | 4.10 | 1,947.50 |
| 12/21/20 | Grim, E. | Review M. Neely analysis of coverage issues. | .20 | 118.00 |
| 12/21/20 | Jones, T. | Review one (1) national policy. | 7.20 | 2,088.00 |
| 12/21/20 | Chalashtori, J. | Email S. Colcock and P. McGlinchey re review of policies. | .60 | 255.00 |
| 12/21/20 | Chalashtori, J. | Continue analyzing statute of limitations. | 1.60 | 680.00 |
| 12/21/20 | Foster, G. | Begin initial review of policies from Datasite [indices 6.14.210.1,6.14.257.37]. | 2.50 | 462.50 |

Invoice Number: 11321983
January 20, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 12/21/20 | Colcock, S. | Analyze national policies (1.5 policies) with local councils as asserted by BSA. | 3.30 | 940.50 |
| 12/21/20 | McGlinchey, P. | First-level review of insurance policies (8.5 policies) for policy provisions and relevant language for analysis. [indices 6.14.158.2-6.14.158.3, 6.14.158.5, 6.14.158.7, 6.14.158.18, 6.14.257.33, 6.14.257.36, and 6.14.12.4 (pages 1-12 of 25)] | 6.20 | 1,147.00 |
| 12/21/20 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .10 | 18.50 |
| 12/21/20 | Dechant, K. | First-level review of insurance policies for policy provisions and relevant language for analysis. [indices 6.14.97.4, 6.14.158.10, 6.14.158.11, 6.14.257.37]. | 3.70 | 1,313.50 |
| 12/22/20 | Neely, M. | Analyze questions from M. Farnell re Hartford coverage in preparation for call. | .60 | 285.00 |
| 12/22/20 | Neely, M. | Confer with Coalition (D. Molton, S. Beville, M. Atkinson, M. Farnell, and G. LeChevallier) re Hartford coverage analysis. | .90 | 427.50 |
| 12/22/20 | Neely, M. | Email K. Quinn and E. Grim re summary of call with Coalition. | .20 | 95.00 |
| 12/22/20 | Neely, M. | Email additional information re Hartford coverage to Coalition in advance of call. | .50 | 237.50 |
| 12/22/20 | Neely, M. | Email P. McGlinchey re policy review. | .20 | 95.00 |
| 12/22/20 | Neely, M. | Revise Hartford policy index. | 1.60 | 760.00 |
| 12/22/20 | Grim, E. | Review insurer coverage analysis and allocation. | .30 | 177.00 |
| 12/22/20 | Jones, T. | Confer with team re policy review. | .60 | 174.00 |
| 12/22/20 | Jones, T. | Review two (2) local council and national policies. | 5.00 | 1,450.00 |
| 12/22/20 | Chalashtori, J. | Draft summary re review of local and national policies (1.4); email P. McGlinchey, M. Neely, S. Colcock, M. Glaeberman, K. DeChant, and T. Jones re same (0.3). | 1.70 | 722.50 |
| 12/22/20 | Chalashtori, J. | Continue analyzing statute of limitations. | 1.30 | 552.50 |
| 12/22/20 | Foster, G. | Continue review of policies on Datasite [indices 6.14.210.1, 6.14.257.40, 6.14.257.41]. | 4.80 | 888.00 |
| 12/22/20 | Foster, G. | Confer with team re policy review. | .60 | 111.00 |
| 12/22/20 | Colcock, S. | Email J. Chalashtori re policy review issues. | .30 | 85.50 |
| 12/22/20 | Colcock, S. | Revise policy tracking spreadsheet. | 2.10 | 598.50 |
| 12/22/20 | Colcock, S. | Confer with team re policy review. | .60 | 171.00 |
| 12/22/20 | Colcock, S. | Analyze national policies (1.5 policies) with local councils as asserted by BSA. | 2.30 | 655.50 |
| 12/22/20 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | 1.20 | 222.00 |

Invoice Number: 11321983
January 20, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 12/22/20 | McGlinchey, P. | First-level review of insurance policies (1.5 policies) for policy provisions and relevant language for analysis. [indices 6.14.12.4 (pages 13-25 of 25) and 6.14.12.4] | 2.20 | 407.00 |
| 12/22/20 | McGlinchey, P. | Confer with team re policy review. | .60 | 111.00 |
| 12/22/20 | McGlinchey, P. | Revise protocol spreadsheet for first-level policy review. | .20 | 37.00 |
| 12/22/20 | McGlinchey, P. | Research historic local council names to confirm coverage as asserted by BSA. | 1.60 | 296.00 |
| 12/22/20 | Dechant, K. | Confer with team re policy review. | .60 | 213.00 |
| 12/23/20 | Quinn, K. | Participate in mediation session with Hartford. | 1.00 | 775.00 |
| 12/23/20 | Neely, M. | Email K. Quinn re strategy for Hartford negotiation. | .10 | 47.50 |
| 12/23/20 | Neely, M. | Attend mediation session with Hartford. | 1.00 | 475.00 |
| 12/23/20 | Neely, M. | Email  A. Andrews, A. Slater, and K. Quinn re Hartford coverage. | .40 | 190.00 |
| 12/23/20 | Neely, M. | Finish statute of limitations analysis of claims data for insurance demands. | 2.40 | 1,140.00 |
| 12/23/20 | Neely, M. | Confer with G. LeChevallier re Hartford coverage. | .60 | 285.00 |
| 12/23/20 | Jones, T. | Review two (2) of local council and national policies. | 5.00 | 1,450.00 |
| 12/23/20 | Chalashtori, J. | Continue analyzing statute of limitations. | 4.50 | 1,912.50 |
| 12/23/20 | Chalashtori, J. | Review documents recently uploaded to Datasite for insurance-related information. | .20 | 85.00 |
| 12/23/20 | Chalashtori, J. | Email M. Neely re statute of limitations research. | .30 | 127.50 |
| 12/23/20 | Foster, G. | Continue review of policies on Datasite [indices 6.14.257.40, 6.14.257.41] | 3.00 | 555.00 |
| 12/23/20 | Colcock, S. | Review carrier insurance group listings. | .60 | 171.00 |
| 12/23/20 | Colcock, S. | Continue revising policy tracking spreadsheet. | 2.70 | 769.50 |
| 12/23/20 | McGlinchey, P. | First-level review of insurance policies (4 policies) for policy provisions and relevant language for analysis. [indices 6.14.85.7, 6.14.12.4, 6.14.158.1, 6.14.158.2] | 3.40 | 629.00 |
| 12/23/20 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .80 | 148.00 |
| 12/27/20 | Chalashtori, J. | Continue analysis of statutes of limitations across all jurisdictions. | 2.70 | 1,147.50 |
| 12/28/20 | Quinn, K. | Confer with team re status and strategy. | 1.00 | 775.00 |
| 12/28/20 | Quinn, K. | Participate in call with Coalition re Hartford policy issues. | 1.00 | 775.00 |
| 12/28/20 | Quinn, K. | Confer with J. Ruggeri re Hartford settlement issues. | .40 | 310.00 |

Invoice Number: 11321983
January 20, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 12/28/20 | Quinn, K. | Participate in pre-call with Coalition re common interest issues. | .50 | 387.50 |
| 12/28/20 | Neely, M. | Confer with team re ongoing coverage analysis. | 1.00 | 475.00 |
| 12/28/20 | Neely, M. | Analyze Hartford-provided policy index. | .90 | 427.50 |
| 12/28/20 | Neely, M. | Confer with E. Harron, K. Quinn, D. Molton, S. Beville, M. Atkinson, and M. Farnell re insurance coverage and recovery strategy. | 1.00 | 475.00 |
| 12/28/20 | Grim, E. | Confer with K. Quinn, M. Neely, and J. Chalashtori re case status and strategy for insurer negotiations. | 1.00 | 590.00 |
| 12/28/20 | Jones, T. | Review two (2) of local policies. | 6.50 | 1,885.00 |
| 12/28/20 | Chalashtori, J. | Continue analysis of statutes of limitations across all jurisdictions. | 1.70 | 722.50 |
| 12/28/20 | Chalashtori, J. | Confer with team re case status, next steps, strategy. | 1.00 | 425.00 |
| 12/28/20 | Chalashtori, J. | Analyze Hartford local and national premises policies. | 3.60 | 1,530.00 |
| 12/28/20 | Colcock, S. | Confer with team re case status and strategy. | 1.00 | 285.00 |
| 12/28/20 | Colcock, S. | Begin drafting insurance group and associated carrier spreadsheet. | 2.80 | 798.00 |
| 12/28/20 | Colcock, S. | Compare Hartford policies to Coalition spreadsheet limits. | 2.30 | 655.50 |
| 12/28/20 | Colcock, S. | Prepare premises liability policies for review. | .60 | 171.00 |
| 12/28/20 | Colcock, S. | Email M. Neely and J. Chalashtori re Hartford analysis. | .30 | 85.50 |
| 12/28/20 | Dechant, K. | Continue first-level review of insurance policies for policy provisions and relevant language for analysis. [indices 6.14.97.4, 6.14.158.10, 6.14.158.11, 6.14.257.37]. | .90 | 319.50 |
| 12/29/20 | Quinn, K. | Attend Bates White presentation re claims data. | 2.00 | 1,550.00 |
| 12/29/20 | Neely, M. | Confer with team re policy review. | .30 | 142.50 |
| 12/29/20 | Neely, M. | Attend mediation presentation re claims data. | 1.50 | 712.50 |
| 12/29/20 | Glaeberman, M. | Confer with team re policy review. | .30 | 87.00 |
| 12/29/20 | Glaeberman, M. | Review Hartford policy for exclusion provisions. | .40 | 116.00 |
| 12/29/20 | Jones, T. | Confer with team re policy review. | .30 | 87.00 |
| 12/29/20 | Jones, T. | Review two (2) national policies. | 6.50 | 1,885.00 |
| 12/29/20 | Chalashtori, J. | Confer with team re poliy review. | .30 | 127.50 |
| 12/29/20 | Chalashtori, J. | Email P. McGlinchey and S. Colcock re comparison of Hartford policy spreadsheets. | .70 | 297.50 |
| 12/29/20 | Chalashtori, J. | Email M. Neely re statute of limitations. | .20 | 85.00 |
| 12/29/20 | Foster, G. | Continue initial review of policies on Datasite [index 7.1.20.1]. | .30 | 55.50 |

Invoice Number: 11321983
January 20, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 12/29/20 | Foster, G. | Confer with team re policy review. | .30 | 55.50 |
| 12/29/20 | Foster, G. | Being initial review of policies from Datasite [indices 6.14.12.4, 6.14.12.6, 6.14.12.7, 6.14.12.8, 6.14.12.9]. | 4.80 | 888.00 |
| 12/29/20 | Colcock, S. | Confer with team re policy reivew. | .30 | 85.50 |
| 12/29/20 | Colcock, S. | Revise policy tracking spreadsheet. | 4.30 | 1,225.50 |
| 12/29/20 | Colcock, S. | First-level review of Hartford insurance policy for additional policy language for analysis. [exclusions for Hartford policy 931257] | .50 | 142.50 |
| 12/29/20 | Colcock, S. | Continue drafting insurance group and associated carrier spreadsheet. | 2.00 | 570.00 |
| 12/29/20 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .40 | 74.00 |
| 12/29/20 | McGlinchey, P. | Confer with team re policy review. | .30 | 55.50 |
| 12/29/20 | McGlinchey, P. | Revise local council policy listing spreadsheet to include historical council names. | 1.90 | 351.50 |
| 12/29/20 | McGlinchey, P. | Revise policy and policy provision spreadsheet to include lead policy numbers. | .20 | 37.00 |
| 12/29/20 | McGlinchey, P. | First-level review of insurance policies (2 policies) for exclusions. [indices 7.1.60.5 and 7.1.19.3] | .40 | 74.00 |
| 12/29/20 | McGlinchey, P. | Continue first-level review of insurance policies (4 policies) for policy provisions and relevant language for analysis. [indices 6.14.85.7, 6.14.12.4, 6.14.158.1, 6.14.158.2] | .50 | 92.50 |
| 12/29/20 | McGlinchey, P. | Compare policy listing provided by Hartford with file policy index to note discrepancies. | 2.20 | 407.00 |
| 12/29/20 | Dechant, K. | Confer with team re policy review. | .30 | 106.50 |
| 12/30/20 | Quinn, K. | Draft insurance plan structure bullet points. | .50 | 387.50 |
| 12/30/20 | Neely, M. | Analyze insurance impact of proposed Henderson and Gordon/Erickson settlements. | .40 | 190.00 |
| 12/30/20 | Jones, T. | Review two (2) national policies. | 6.00 | 1,740.00 |
| 12/30/20 | Chalashtori, J. | Analyze issues related to Hartford coverage. | 2.80 | 1,190.00 |
| 12/30/20 | McGlinchey, P. | Draft summary of documents recently added to Datasite with insurance-related information. | .30 | 55.50 |
| 12/30/20 | McGlinchey, P. | Revise local council policy listing spreadsheet to include historical council names. | 2.70 | 499.50 |
| 12/30/20 | McGlinchey, P. | First-level review of insurance policies (4 policies) for policy provisions and relevant language for analysis. [indices 6.14.158.9 and 6.14.194.12; and 2 policies in O Drive] | 1.50 | 277.50 |
| 12/31/20 | Quinn, K. | Email team re insurance financial issue. | 1.00 | 775.00 |

Invoice Number: 11321983
January 20, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 12/31/20 | Quinn, K. | Research issues relating to insurance defense issues. | 1.50 | 1,162.50 |
| 12/31/20 | Neely, M. | Analyze Hartford quota share coverage. | .50 | 237.50 |
| 12/31/20 | Neely, M. | Analyze certain insurer defense issue. | 2.30 | 1,092.50 |
| 12/31/20 | Grim, E. | Analyze certain insurer defense issue. | .30 | 177.00 |
| 12/31/20 | Jones, T. | Review one (1) national policies. | 3.00 | 870.00 |
| 12/31/20 | Chalashtori, J. | Analyze issues and discrepancies with Hartford policy listing. | 1.10 | 467.50 |
| 12/31/20 | Foster, G. | Continue initial review of policies on Datasite [indices 6.14.12.4, 6.14.12.7, 6.14.12.9, 6.14.158.12]. | 3.00 | 555.00 |
| 12/31/20 | Colcock, S. | Email J. Chalashtori and P. McGlinchey re Hartford policy analysis. | .90 | 256.50 |
| 12/31/20 | Colcock, S. | Revise Hartford insurance policies tracking spreadsheet. | 1.50 | 427.50 |
| 12/31/20 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .10 | 18.50 |
| 12/31/20 | McGlinchey, P. | Email J. Chalashtori and S. Colcock re policy review. | .80 | 148.00 |
| 12/31/20 | McGlinchey, P. | Revise Hartford policy index. | 1.40 | 259.00 |

**TOTAL CHARGEABLE HOURS**     **598.20**

**TOTAL FEES**     **$ 195,479.00**

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Quinn, K. | 31.60 | 775.00 | 24,490.00 |
| Neely, M. | 79.30 | 475.00 | 37,667.50 |
| Girgenti, J. | 13.30 | 330.00 | 4,389.00 |
| Glaeberman, M. | 12.70 | 290.00 | 3,683.00 |
| Grim, E. | 7.70 | 590.00 | 4,543.00 |
| Jones, T. | 87.50 | 290.00 | 25,375.00 |
| Chalashtori, J. | 47.00 | 425.00 | 19,975.00 |
| Foster, G. | 78.60 | 185.00 | 14,541.00 |
| Colcock, S. | 115.80 | 285.00 | 33,003.00 |
| McGlinchey, P. | 96.80 | 185.00 | 17,908.00 |
| Dechant, K. | 27.90 | 355.00 | 9,904.50 |
| **TOTALS** | **598.20** | | **$ 195,479.00** |

Invoice Number: 11321983
January 20, 2021

**EXPENSE DETAILS**

| Date | Description | Task | Amount |
|---|---|---|---|
| 12/31/20 | Westlaw | E106 | 750.12 |
| 12/31/20 | PACER | E106 | 5.10 |
| 12/31/20 | PACER | E106 | 8.10 |
| | **TOTAL EXPENSES** | | **$ 763.32** |
| | **TOTAL FEES AND EXPENSES FOR MATTER** | | **$ 196,242.32** |

Invoice Number: 11321983
January 20, 2021

**FOR PROFESSIONAL SERVICES RENDERED through December 31, 2020**

**Retention / Fee Application**

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 12/03/20 | Holland, P. | Review Fee Examiner's initial report re first interim application (.5); draft notes re issues for call with fee examiner (.6); email K. Quinn re same (0.1). | 1.20 | 330.00 |
| 12/04/20 | Quinn, K. | Participate in initial call with Fee Examiner. | .30 | 232.50 |
| 12/04/20 | Holland, P. | Confer with Fee Examiner and K. Quinn re comments to first interim fee application. | .30 | 82.50 |
| 12/10/20 | Holland, P. | Review Fee Examiner's final report re first interim application; email K. Quinn re same; email Fee Examiner re same. | .40 | 110.00 |
| 12/10/20 | Hudgins, M.C. | Draft seventh monthly fee application and notice. | .60 | 114.00 |
| 12/15/20 | Hudgins, M.C. | Revise seventh monthly fee application. | .30 | 57.00 |
| 12/21/20 | Holland, P. | Email US Trustee and Fee Examiner re November fee statement and LEDES file. | .10 | 27.50 |
| | | **TOTAL CHARGEABLE HOURS** | **3.20** | |
| | | **TOTAL FEES** | | **$ 953.50** |

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Quinn, K. | .30 | 775.00 | 232.50 |
| Holland, P. | 2.00 | 275.00 | 550.00 |
| Hudgins, M.C. | .90 | 190.00 | 171.00 |
| **TOTALS** | **3.20** | | **$ 953.50** |
| | | **TOTAL FEES AND EXPENSES FOR MATTER** | **$ 953.50** |
| | | **TOTAL FEES AND EXPENSES** | **$ 197,195.82** |