# EXHIBIT B

**EXPENSES**
**December 1, 2020 - December 31, 2020**

| Date | Description | Amount |
|---|---|---|
| 12/31/2020 | Westlaw | $750.12 |
| 12/31/2020 | PACER | $5.10 |
| 12/31/2020 | PACER | $8.10 |
| | | $763.32 |