# **EXHIBIT A**

26437925.8

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600     TAX I.D. NO. 51-0082644     (302) 571-1253 FAX
(800) 253-2234 (DE ONLY)     www.ycst.com

Writer's Direct Dial     Writer's E-Mail
(302) 571-6703     eharron@ycst.com

Young Conaway
Rodney Square
1000 North King Street
Wilmington, DE 19801

Invoice Date: January 20, 2021
Invoice Number: 50021049
Matter Number: 077494.1001

Re: Boy Scouts of America and Delaware BSA
    For the period ending December 31, 2020

**CURRENT INVOICE**

| | | |
|---|---|---:|
| Professional Services | $ | 107,027.50 |
| Disbursements | $ | 221.28 |
| Total Due This Invoice | $ | 107,248.78 |

Patton, James L., Jr., Future Claimants' Representative  
Invoice Date: January 20, 2021  
Invoice Number: 50021049  
Matter Number: 077494.1001

**Time Detail**

**Task Code:** B001   Case Administration

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/10/20 | SZIEG | Review critical dates memo | 0.10 | 835.00 | 83.50 |
| 12/01/20 | CCATH | Prepare and circulate critical dates calendar | 0.10 | 295.00 | 29.50 |
| 12/02/20 | CCATH | Update critical dates calendar | 0.10 | 295.00 | 29.50 |
| 12/04/20 | CCATH | Update critical dates calendar | 0.10 | 295.00 | 29.50 |
| 12/07/20 | CCATH | Prepare and circulate critical dates calendar | 0.10 | 295.00 | 29.50 |
| 12/08/20 | LEDEN | Review update critical dates memo re: upcoming hearing dates and deadlines | 0.10 | 295.00 | 29.50 |
| 12/08/20 | CCATH | Update critical dates calendar | 0.10 | 295.00 | 29.50 |
| 12/08/20 | LEDEN | Review 12/4 and 12/7/20 docket reports re: recently-filed pleadings | 0.10 | 295.00 | 29.50 |
| 12/09/20 | LEDEN | Review 12/9/20 docket report re: recently-filed pleadings | 0.10 | 295.00 | 29.50 |
| 12/10/20 | LEDEN | Review recently-filed pleadings; update electronic files re: same | 0.10 | 295.00 | 29.50 |
| 12/14/20 | SZIEG | Review memo re: recently-filed-pleadings and upcoming deadlines | 0.10 | 835.00 | 83.50 |
| 12/14/20 | RBRAD | Review updated critical dates calendar | 0.10 | 1,025.00 | 102.50 |
| 12/14/20 | CCATH | Update critical dates calendar | 0.10 | 295.00 | 29.50 |
| 12/15/20 | LEDEN | Review 12/14/20 memo re: recently-filed pleadings | 0.10 | 295.00 | 29.50 |
| 12/15/20 | LEDEN | Review 12/14/20 memo re: upcoming deadlines and hearing dates | 0.10 | 295.00 | 29.50 |
| 12/16/20 | CCATH | Update critical dates calendar | 0.10 | 295.00 | 29.50 |
| 12/16/20 | LEDEN | Update critical dates calendar | 0.10 | 295.00 | 29.50 |
| 12/16/20 | LEDEN | Review 12/15/20 memo re: recently-filed pleadings | 0.10 | 295.00 | 29.50 |
| 12/17/20 | LEDEN | Update critical dates calendar | 0.10 | 295.00 | 29.50 |
| 12/17/20 | LEDEN | Review 12/16/20 memo re: recently-filed pleadings | 0.10 | 295.00 | 29.50 |
| 12/17/20 | LEDEN | Update critical dates calendar | 0.10 | 295.00 | 29.50 |
| 12/21/20 | CCATH | Prepare and circulate critical dates calendar | 0.10 | 295.00 | 29.50 |
| 12/22/20 | LEDEN | Review 12/18/20 docket report re: recently-filed pleadings | 0.10 | 295.00 | 29.50 |
| 12/22/20 | LEDEN | Update critical dates calendar | 0.10 | 295.00 | 29.50 |
| 12/24/20 | LEDEN | Review 12/23/20 docket report memo re: recently-filed pleadings | 0.10 | 295.00 | 29.50 |

| Patton, James L., Jr., Future Claimants' Representative | Invoice Date: | January 20, 2021 |
| --- | --- | --- |
| | Invoice Number: | 50021049 |
| | Matter Number: | 077494.1001 |

| Date | Initials | Description | Hours | Rate | Amount |
| --- | --- | --- | ---: | ---: | ---: |
| 12/28/20 | SZIEG | Correspondence with E. Harron re: claims related analysis | 0.30 | 835.00 | 250.50 |
| 12/28/20 | CCATH | Prepare and circulate critical dates calendar | 0.10 | 295.00 | 29.50 |
| 12/29/20 | LEDEN | Review incoming correspondence and recently-filed pleadings | 0.10 | 295.00 | 29.50 |
| 12/29/20 | LEDEN | Review 12/28/20 critical dates calendar re: upcoming deadlines and hearing dates | 0.10 | 295.00 | 29.50 |
| 12/30/20 | CCATH | Update critical dates calendar | 0.10 | 295.00 | 29.50 |
| 12/30/20 | LEDEN | Review 12/30/20 docket report re: recently-filed pleadings | 0.10 | 295.00 | 29.50 |
| | | **Total** | **3.30** | | **1,316.50** |

**Task Code:**   B002   Court Hearings

| Date | Initials | Description | Hours | Rate | Amount |
| --- | --- | --- | ---: | ---: | ---: |
| 12/14/20 | RBRAD | Review agenda for 12/16/20 hearing; correspondence with S. Zieg re: stay relief motions | 0.20 | 1,025.00 | 205.00 |
| 12/14/20 | CCATH | Preparations for 12/16/20 hearing | 0.30 | 295.00 | 88.50 |
| 12/15/20 | EHARR | Review agenda for 12/16/20 hearing | 0.20 | 970.00 | 194.00 |
| 12/15/20 | CCATH | Preparations for 12/16/20 hearing | 0.70 | 295.00 | 206.50 |
| | | **Total** | **1.40** | | **694.00** |

**Task Code:**   B003   Cash Collateral/DIP Financing

| Date | Initials | Description | Hours | Rate | Amount |
| --- | --- | --- | ---: | ---: | ---: |
| 12/28/20 | RBRAD | Review stipulation extending the challenge period under DIP order within which to bring a claim against JPM and multiple correspondence with counsel to the TCC and UCC re: same | 0.50 | 1,025.00 | 512.50 |
| 12/30/20 | RBRAD | Review finalized stipulation extending challenge period under the DIP order and correspondence with Debtors, JPM, TCC and UCC re: same | 0.40 | 1,025.00 | 410.00 |
| | | **Total** | **0.90** | | **922.50** |

| Patton, James L., Jr., Future Claimants' Representative | Invoice Date: | January 20, 2021 |
|---|---|---|
| | Invoice Number: | 50021049 |
| | Matter Number: | 077494.1001 |

**Task Code:**  B007  Claims Analysis, Objections and Resolutions

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/08/20 | RBRAD | Correspondence with Debtors and TCC re: abuse survivor claims data | 0.30 | 1,025.00 | 307.50 |
| 12/09/20 | JPATT | Develop and work on negotiating strategy | 2.90 | 1,400.00 | 4,060.00 |
| 12/09/20 | RBRAD | Correspondence with Ankura and J. Patton re: abuse survivor claims data | 0.30 | 1,025.00 | 307.50 |
| 12/11/20 | JPATT | Touch base with Ankura and team re: negotiations | 0.30 | 1,400.00 | 420.00 |
| 12/11/20 | EHARR | Call with R. Brady, J. Patton, T. Vasquez, A. Brockman, and N. DeLuca re: future claims forecast | 0.60 | 970.00 | 582.00 |
| 12/16/20 | JPATT | Work on mediation issues and strategy | 2.90 | 1,400.00 | 4,060.00 |
| 12/17/20 | JPATT | Attend mediation session with Coalition and Hartford Insurance and follow-up re: same | 1.90 | 1,400.00 | 2,660.00 |
| 12/18/20 | JPATT | Check-in with E. Harron re: negotiation issues | 0.30 | 1,400.00 | 420.00 |
| 12/21/20 | JPATT | Call with E. Harron, R. Brady, T. Vasquez, A. Brockman, and N. DeLuca re: future claimant forecast | 0.60 | 1,400.00 | 840.00 |
| 12/21/20 | EHARR | Call with J. Patton, R. Brady, T. Vasquez, A. Brockman, and N. DeLuca re: future claimant forecast | 0.60 | 970.00 | 582.00 |
| 12/28/20 | EEDWA | Multiple emails with S. Zieg and E. Harron re: statute of limitations analysis | 0.10 | 715.00 | 71.50 |
| 12/29/20 | MNEMI | Call with S. Patel re: statute of limitations information (.2); email to J. Ecker, N. Picollelli, and S. Patel re: same (.1); review and analyze same (1.7) | 2.00 | 375.00 | 750.00 |
| 12/29/20 | CCATH | Research re: late-filed claims | 1.00 | 295.00 | 295.00 |
| 12/29/20 | SZIEG | Briefly review document provided by Debtor re: mediation issues (.3); correspondence to E. Harron, S. Patel, M. Neminski, and E. Edwards re: same (.2) | 0.50 | 835.00 | 417.50 |
| 12/29/20 | JECKE | Email Young Conaway team re: Debtor's analysis of statute of limitations, revival windows, and repressed memory availability | 0.20 | 375.00 | 75.00 |
| 12/29/20 | SPATE | Update chart comparing statute of limitations analysis | 2.30 | 375.00 | 862.50 |

Patton, James L., Jr., Future Claimants' Representative  
Invoice Date: January 20, 2021  
Invoice Number: 50021049  
Matter Number: 077494.1001

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/30/20 | SPATE | Update chart comparing statute of limitations analysis | 3.20 | 375.00 | 1,200.00 |
| 12/30/20 | MNEMI | Review and analyze statute of limitations information received from Debtors | 2.20 | 375.00 | 825.00 |
| 12/30/20 | JECKE | Research discrepancies in Debtor's statute of limitations, revival statutes, and repressed memory analysis for Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Delaware, District of Columbia, Florida, Georgia, Hawaii, and Guam | 4.30 | 375.00 | 1,612.50 |
| 12/30/20 | NPICO | Review Debtors' chart of state-specific statutes applicable to this case and draft a chart of differences between it and YCST's chart | 4.90 | 380.00 | 1,862.00 |
| 12/30/20 | NPICO | Research re: state-specific law cited by the Debtors for purposes of determining its validity | 3.20 | 380.00 | 1,216.00 |
| 12/31/20 | EHARR | Call with R. Brady, E. Edwards, and S. Zieg re: statute of limitations analysis | 0.40 | 970.00 | 388.00 |
| 12/31/20 | MNEMI | Review and analyze statute of limitations information received from Debtors (.3); email S. Zieg re: statute of limitations comparison (.1) | 0.40 | 375.00 | 150.00 |
| 12/31/20 | RBRAD | Review mediation materials sent by Debtors re: statute of limitations and window legislation research (.5) and compare with FCR research (.2); conference call with S. Zieg, E. Edwards and E. Harron re: same (.5) | 1.20 | 1,025.00 | 1,230.00 |
| 12/31/20 | EEDWA | Review updated statute of limitations research (.4); teleconference with E. Harron, S. Zieg, and R. Brady re: same (.5); teleconference with S. Zieg re: follow-up research for same (.5) | 1.40 | 715.00 | 1,001.00 |
| 12/31/20 | SZIEG | Teleconference with E. Edwards, E. Harron, and R. Brady re: mediation-related issues and analysis (.5); follow-up call with E. Edwards re: same (.5) | 1.00 | 835.00 | 835.00 |
| | | **Total** | **39.00** | | **27,030.00** |

Patton, James L., Jr., Future Claimants' Representative  
Invoice Date: January 20, 2021  
Invoice Number: 50021049  
Matter Number: 077494.1001

**Task Code:** B009  Stay Relief Matters

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/11/20 | SZIEG | Review and comment re: draft objection related to stay relief motions. | 0.80 | 835.00 | 668.00 |
| 11/12/20 | SZIEG | Review and revise objection re: stay relief motions (1.6); teleconference (x2) with M. Neely re: same (.2) | 1.80 | 835.00 | 1,503.00 |
| 12/11/20 | CCATH | Prepare and file notice of withdrawal of FCR's objection to stay relief for Wilson and Worley | 0.40 | 295.00 | 118.00 |
| 12/11/20 | EHARR | Emails re: resolution of Worley lift stay | 0.30 | 970.00 | 291.00 |
| | | **Total** | **3.30** | | **2,580.00** |

**Task Code:** B011  Other Adversary Proceedings

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/03/20 | RBRAD | Review Debtors' motion for Rule 2004 order directing certain insurers to produce documents | 0.30 | 1,025.00 | 307.50 |
| 12/09/20 | RBRAD | Review mediation materials, revised mediation schedule and outline strategy | 0.90 | 1,025.00 | 922.50 |
| 12/12/20 | RBRAD | Review reply from certain plaintiffs for an order modifying preliminary injunction to allow movants to proceed with state court actions as to non-Debtors defendants | 0.20 | 1,025.00 | 205.00 |
| 12/26/20 | RBRAD | Review amended schedule 1 to Consent Order | 0.30 | 1,025.00 | 307.50 |
| | | **Total** | **1.70** | | **1,742.50** |

**Task Code:** B012  Plan and Disclosure Statement

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/01/20 | EHARR | Call with R. Brady, K. Quinn, and Debtors' insurance counsel re: plan mediation strategy | 1.00 | 970.00 | 970.00 |
| 12/01/20 | RBRAD | Correspondence with K. Quinn, E. Harron and M. Andolina re: mediation and insurance issues | 0.20 | 1,025.00 | 205.00 |
| 12/02/20 | RBRAD | Conference call with counsel to Debtors and TCC re: plan negotiations | 1.00 | 1,025.00 | 1,025.00 |
| 12/02/20 | EHARR | Call with K. Quinn, A. Azer, E. Martin, J. Boelter, R. Brady, and M. Andolina re: plan-related insurance issues | 0.80 | 970.00 | 776.00 |

Patton, James L., Jr., Future Claimants' Representative  
Invoice Date: January 20, 2021  
Invoice Number: 50021049  
Matter Number: 077494.1001

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/03/20 | EHARR | Call with Coalition re: insurance diligence | 0.40 | 970.00 | 388.00 |
| 12/03/20 | JPATT | Work on negotiating strategy | 2.30 | 1,400.00 | 3,220.00 |
| 12/03/20 | RBRAD | Conference call with D. Moulton, S. Beville, and K. Quinn re: insurance analysis | 0.40 | 1,025.00 | 410.00 |
| 12/03/20 | RBRAD | Review JPM response to potential estate causes of action and correspondence with mediators re: same | 0.60 | 1,025.00 | 615.00 |
| 12/03/20 | RBRAD | Prepare for mediation session and correspondence with J. Ciancanelli re: same | 0.90 | 1,025.00 | 922.50 |
| 12/03/20 | JPATT | Develop approach for committees and discussions | 0.90 | 1,400.00 | 1,260.00 |
| 12/04/20 | RBRAD | Teleconference with B. Guzina re: mediation strategy (.4); conference with E. Harron re: same (.2) | 0.60 | 1,025.00 | 615.00 |
| 12/04/20 | RBRAD | Prepare for (.2) and attend mediation session re: BSA assets (1.8) | 2.00 | 1,025.00 | 2,050.00 |
| 12/04/20 | JPATT | Attend mediation session re: BSA assets | 1.40 | 1,400.00 | 1,960.00 |
| 12/11/20 | RBRAD | Conference call with J. Patton, E. Harron and Ankura team re: mediation strategy | 0.20 | 1,025.00 | 205.00 |
| 12/14/20 | JPATT | Mediation strategy review | 1.80 | 1,400.00 | 2,520.00 |
| 12/16/20 | RBRAD | Begin review of materials in advance of mediation session | 0.50 | 1,025.00 | 512.50 |
| 12/16/20 | EHARR | Emails with S. Beville and K. Quinn re: Hartford plan negotiations | 0.50 | 970.00 | 485.00 |
| 12/17/20 | RBRAD | Review information on insurer (.4); conference call with Coalition re: strategy for insurer negotiations (1.0); mediation with Coalition and insurer (.8) | 2.20 | 1,025.00 | 2,255.00 |
| 12/17/20 | EHARR | Call with mediator re: insurance negotiations | 0.90 | 970.00 | 873.00 |
| 12/17/20 | KDORV | Email to R. Brady re: scope of releases | 0.10 | 350.00 | 35.00 |
| 12/18/20 | EHARR | Call with J. Patton re: plan and mediation strategy | 0.40 | 970.00 | 388.00 |
| 12/18/20 | RBRAD | Plan mediation preparation and correspondence with J. Patton and E. Harron re: same | 1.70 | 1,025.00 | 1,742.50 |
| 12/18/20 | RBRAD | Prepare for (.5) and attend mediation session (1.9) | 2.40 | 1,025.00 | 2,460.00 |

Patton, James L., Jr., Future Claimants' Representative  
Invoice Date: January 20, 2021  
Invoice Number: 50021049  
Matter Number: 077494.1001

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/19/20 | RBRAD | Correspondence with M. Linder re: updated mediation schedule and timing of additional data from Bates White | 0.30 | 1,025.00 | 307.50 |
| 12/21/20 | RBRAD | Conference call with Ankura, J. Patton and E. Harron re: mediation and status of claims review/forecast update | 0.60 | 1,025.00 | 615.00 |
| 12/21/20 | KDORV | Email to R. Brady and E. Harron re: research on scope of releases in plan | 0.10 | 350.00 | 35.00 |
| 12/22/20 | KDORV | Draft memo re: scope of releases | 0.40 | 350.00 | 140.00 |
| 12/22/20 | EHARR | Call with R. Brady and K. Dorvilier re: research on scope of third-party releases in plan | 0.50 | 970.00 | 485.00 |
| 12/22/20 | RBRAD | Call with E. Harron and K. Dorvilier re: research on scope of releases in plan | 0.50 | 1,025.00 | 512.50 |
| 12/22/20 | KDORV | Email J. Brooks summary re: releases assignment | 0.10 | 350.00 | 35.00 |
| 12/22/20 | JBROO | Conference call with K. Dorvilier re: anticipated plan objection questions | 0.50 | 350.00 | 175.00 |
| 12/22/20 | KDORV | Call with J. Brooks re: scope of releases | 0.60 | 350.00 | 210.00 |
| 12/22/20 | JBROO | Draft task memo re: anticipated plan objection research | 0.20 | 350.00 | 70.00 |
| 12/22/20 | JBROO | Emailing with K. Dorvilier re: scheduling for status call on 12/28/20 | 0.10 | 350.00 | 35.00 |
| 12/22/20 | KDORV | Call with E. Harron and R. Brady re: research on scope of releases in plan | 0.50 | 350.00 | 175.00 |
| 12/23/20 | RBRAD | Review materials from Gilbert firm and attend mediation session re: Hartford | 0.90 | 1,025.00 | 922.50 |
| 12/23/20 | EHARR | Attend plan mediation re: Hartford | 0.90 | 970.00 | 873.00 |
| 12/23/20 | EHARR | Call with M. Linder re: forecast due diligence and plan mediation | 0.30 | 970.00 | 291.00 |
| 12/24/20 | EHARR | Attention to mediation and plan negotiations | 0.80 | 970.00 | 776.00 |
| 12/24/20 | JPATT | Work on issues related to mediation strategy in negotiations | 2.90 | 1,400.00 | 4,060.00 |
| 12/27/20 | KDORV | Draft memo re: scope of releases | 0.20 | 350.00 | 70.00 |
| 12/27/20 | KDORV | Draft memo re: scope of releases | 0.20 | 350.00 | 70.00 |
| 12/27/20 | KDORV | Research re: scope of releases | 2.50 | 350.00 | 875.00 |
| 12/27/20 | JBROO | Reviewed order for notice language re: potential claims issues | 0.60 | 350.00 | 210.00 |
| 12/28/20 | KDORV | Research re: scope of releases | 2.70 | 350.00 | 945.00 |
| 12/28/20 | RBRAD | Conference with E. Harron re: mediation strategy and related correspondence | 0.40 | 1,025.00 | 410.00 |

Patton, James L., Jr., Future Claimants' Representative     Invoice Date:        January 20, 2021
                                                            Invoice Number:             50021049
                                                            Matter Number:            077494.1001

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/28/20 | JBROO | Review bar date order for notice language re: potential claims issues | 0.50 | 350.00 | 175.00 |
| 12/28/20 | KDORV | Call with J. Brooks re: scope of releases | 0.30 | 350.00 | 105.00 |
| 12/28/20 | EHARR | Call with S. Beville, D. Mouton, K. Quinn, and M. Neely re: strategy for mediation of insurance (1.0); review Hartford coverage spreadsheet re: insurer negotiations (.3); call with J. Patton re: plan and mediation strategy (.3) | 1.60 | 970.00 | 1,552.00 |
| 12/28/20 | KDORV | Draft memo re: scope of releases | 2.20 | 350.00 | 770.00 |
| 12/28/20 | JPATT | Work on issues for mediation | 3.10 | 1,400.00 | 4,340.00 |
| 12/28/20 | JBROO | Completed Mullane analysis re: potential claims and bar date language issues | 3.10 | 350.00 | 1,085.00 |
| 12/28/20 | JBROO | Conference call with K. Dorvilier re: Bar Date Order language research update | 0.30 | 350.00 | 105.00 |
| 12/29/20 | RBRAD | Teleconference with K. Carey re: mediation issues (.4) and conference with E. Harron re: same (.2) | 0.60 | 1,025.00 | 615.00 |
| 12/29/20 | RBRAD | Review mediation materials (.4) and attend mediation sessions re: Bates White claims data analysis (1.6) | 2.00 | 1,025.00 | 2,050.00 |
| 12/29/20 | KDORV | Draft memo re: scope of releases | 6.50 | 350.00 | 2,275.00 |
| 12/29/20 | EHARR | Attend mediation session re: Bates White | 2.00 | 970.00 | 1,940.00 |
| 12/29/20 | KDORV | Research re: scope of releases | 1.10 | 350.00 | 385.00 |
| 12/29/20 | JBROO | Completed Mullane analysis re: potential claims issues | 3.30 | 350.00 | 1,155.00 |
| 12/29/20 | JPATT | Attend mediation session re: Bates White claims data analysis | 0.80 | 1,400.00 | 1,120.00 |
| 12/30/20 | KDORV | Draft memo re: scope of releases | 7.30 | 350.00 | 2,555.00 |
| 12/30/20 | EHARR | Call with J. Patton re: TDP (.3); emails with K. Quinn and S. Beville re: same (.2) | 0.50 | 970.00 | 485.00 |
| 12/30/20 | RBRAD | Review settlement demand from TCC and conference with E. Harron re: same | 0.40 | 1,025.00 | 410.00 |
| 12/30/20 | JPATT | Work on mediation | 2.10 | 1,400.00 | 2,940.00 |
| 12/30/20 | JBROO | Review and revise memo re: third party release and jurisdiction | 0.30 | 350.00 | 105.00 |
| 12/30/20 | JBROO | Review memo with K. Dorvilier re: potential claims issues | 1.30 | 350.00 | 455.00 |
| 12/31/20 | KDORV | Email to R. Brady, E. Harron, and J. Brooks re: scope of releases | 0.10 | 350.00 | 35.00 |

Patton, James L., Jr., Future Claimants' Representative        Invoice Date:        January 20, 2021
                                                                Invoice Number:              50021049
                                                                Matter Number:             077494.1001

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/31/20 | KDORV | Review and revise memo: scope of releases | 0.30 | 350.00 | 105.00 |
| 12/31/20 | KDORV | Email J. Brooks re: scope of releases | 0.10 | 350.00 | 35.00 |
| 12/31/20 | RBRAD | Correspondence with K. Carey re: mediation | 0.30 | 1,025.00 | 307.50 |
| 12/31/20 | RBRAD | Begin review draft chapter 11 plan | 0.90 | 1,025.00 | 922.50 |
| 12/31/20 | JPATT | Call with claimant representative re: plan strategy | 0.40 | 1,400.00 | 560.00 |
| 12/31/20 | JPATT | Work on mediation strategy and plan issues | 2.30 | 1,400.00 | 3,220.00 |
| 12/31/20 | JBROO | Review and revise memo with K. Dorvilier re: third party release and jurisdiction | 0.30 | 350.00 | 105.00 |
| 12/31/20 | JBROO | Review memo with K. Dorvilier re: potential claims issues | 0.10 | 350.00 | 35.00 |
| 12/31/20 | EHARR | Call with J. Patton re: TDP | 0.30 | 970.00 | 291.00 |
| | | **Total** | **84.40** | | **68,428.00** |

**Task Code:** B017    Retention of Professionals/Fee Issues

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/02/20 | RBRAD | Correspondence with TCC counsel re: shortened notice on TCC's motion to retain CBRE as real estate advisors | 0.10 | 1,025.00 | 102.50 |
| 12/04/20 | JKOCH | Review fee examiner report on first and second quarterly fee applications (.6); call with fee examiner re: same (.8); email correspondence with E. Harron, R. Brady, and S. Zieg re: fee examiner report (.3) | 1.70 | 400.00 | 680.00 |
| 12/08/20 | LEDEN | Draft, file, and serve certificate of no objection re: Gilbert's August/September fee statement | 0.30 | 295.00 | 88.50 |
| 12/08/20 | LEDEN | Draft, file, and serve certificate of no objection re: Ankura's October fee statement | 0.30 | 295.00 | 88.50 |
| 12/08/20 | LEDEN | Draft, file, and serve certificate of no objection re: YCST's October fee statement | 0.30 | 295.00 | 88.50 |
| 12/09/20 | LEDEN | Follow-up email to A&M re: Gilbert's retainer balance and payment issues | 0.10 | 295.00 | 29.50 |
| 12/10/20 | LEDEN | Draft, file, and serve certificate of no objection re: Ankura's monthly fee statement for October 2020 | 0.30 | 295.00 | 88.50 |

| | | Patton, James L., Jr., Future Claimants' Representative | Invoice Date: | January 20, 2021 |
|---|---|---|---|---|
| | | | Invoice Number: | 50021049 |
| | | | Matter Number: | 077494.1001 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/10/20 | RBRAD | Review supplement to Debtors' motion to retain JLL Valuation Services in connection with Local Council properties | 0.20 | 1,025.00 | 205.00 |
| 12/11/20 | JKOCH | Review final fee examiner report on first and second quarterly fee applications (.2) email correspondence (multiple) with fee examiner and R. Brady, E. Harron, and S. Zieg re: same (.1) | 0.30 | 400.00 | 120.00 |
| 12/16/20 | CCATH | Confer with J. Kochenash and L. Eden re: corrections to third omnibus fee order with respect to FCR professionals | 0.20 | 295.00 | 59.00 |
| 12/16/20 | LEDEN | Draft certificate of service re: FCR/YCST's monthly fee statement for November 2020 | 0.10 | 295.00 | 29.50 |
| 12/16/20 | LEDEN | Review draft omnibus order approving second quarterly fee statements; email to J. Kochenash re: same | 0.50 | 295.00 | 147.50 |
| 12/16/20 | JKOCH | Review draft interim fee order (.7); email correspondence (multiple) with E. Harron and L. Eden re: same (.2) | 0.90 | 400.00 | 360.00 |
| 12/17/20 | CCATH | Confer with J. Kochenash and L. Eden re: corrections to third omnibus fee order with respect to FCR professionals | 0.30 | 295.00 | 88.50 |
| 12/17/20 | LEDEN | Review and revise draft omnibus order approving second interim fee statements | 0.80 | 295.00 | 236.00 |
| 12/17/20 | JKOCH | Review and comment on draft interim fee order | 0.70 | 400.00 | 280.00 |
| 12/18/20 | CCATH | File and coordinate service of Gilbert seventh monthly fee application (includes time updating service list) | 0.90 | 295.00 | 265.50 |
| 12/22/20 | JKOCH | Review draft interim fee order (.3); call with L. Eden re: same (.2) | 0.50 | 400.00 | 200.00 |
| 12/22/20 | CCATH | Confer with L. Eden re: corrections to third omnibus fee order with respect to FCR professionals | 0.50 | 295.00 | 147.50 |
| 12/22/20 | LEDEN | Begin review of revised second omnibus fee order re: FCR and YCST fee statements | 0.50 | 295.00 | 147.50 |
| 12/22/20 | LEDEN | Call with J. Kochenash re: draft second omnibus fee order re: FCR and YCST fee statements | 0.20 | 295.00 | 59.00 |

Patton, James L., Jr., Future Claimants' Representative

Invoice Date: January 20, 2021
Invoice Number: 50021049
Matter Number: 077494.1001

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/23/20 | LEDEN | Follow-up email to working group re: draft omnibus order re: second quarterly fee statements | 0.10 | 295.00 | 29.50 |
| 12/31/20 | JKOCH | Review CNO for YCST's eighth monthly fee application | 0.10 | 400.00 | 40.00 |
| | | **Total** | **9.90** | | **3,580.50** |

**Task Code:**   B018   Fee Application Preparation

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/11/20 | EHARR | Review and edit YCST November 2020 fee statement re: fee application preparation | 0.30 | 970.00 | 291.00 |
| 12/15/20 | LEDEN | Draft FCR/YCST combined monthly fee statement for November 2020 | 0.90 | 295.00 | 265.50 |
| 12/16/20 | LEDEN | Obtain and circulate LEDES/Excel files re: FCR/YCST's monthly fee statement for November 2020 | 0.10 | 295.00 | 29.50 |
| 12/16/20 | LEDEN | Finalize, file, and serve November 2020 monthly fee statement of the FCR and YCST | 0.50 | 295.00 | 147.50 |
| | | **Total** | **1.80** | | **733.50** |

Patton, James L., Jr., Future Claimants' Representative

| | | Invoice Date: | January 20, 2021 |
| | | Invoice Number: | 50021049 |
| | | Matter Number: | 077494.1001 |

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| CCATH | Casey Cathcart | Paralegal | 5.30 | 295.00 | 1,563.50 |
| EHARR | Edwin J. Harron | Partner | 13.30 | 970.00 | 12,901.00 |
| EEDWA | Erin D. Edwards | Partner | 1.50 | 715.00 | 1,072.50 |
| JPATT | James L. Patton Jr | Partner | 26.90 | 1,400.00 | 37,660.00 |
| JKOCH | Jared W. Kochenash | Associate | 4.20 | 400.00 | 1,680.00 |
| JECKE | Joseph F. Ecker | Associate | 4.50 | 375.00 | 1,687.50 |
| JBROO | Joshua Brooks | Associate | 10.60 | 350.00 | 3,710.00 |
| KDORV | Kendeil A. Dorvilier | Associate | 25.30 | 350.00 | 8,855.00 |
| LEDEN | Lisa M. Eden | Paralegal | 6.70 | 295.00 | 1,976.50 |
| MNEMI | Michael E. Neminski | Associate | 4.60 | 375.00 | 1,725.00 |
| NPICO | Nicholas D. Picollelli, Jr. | Associate | 8.10 | 380.00 | 3,078.00 |
| RBRAD | Robert S. Brady | Partner | 24.60 | 1,025.00 | 25,215.00 |
| SZIEG | Sharon M. Zieg | Partner | 4.60 | 835.00 | 3,841.00 |
| SPATE | Shivani H. Patel | Associate | 5.50 | 375.00 | 2,062.50 |
| **Total** | | | **145.70** | | **$107,027.50** |

Patton, James L., Jr., Future Claimants' Representative

Invoice Date: January 20, 2021
Invoice Number: 50021049
Matter Number: 077494.1001

**Task Summary**

**Task Code: B001** — **Case Administration**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| Robert S. Brady | Partner | 0.10 | 1,025.00 | 102.50 |
| Sharon M. Zieg | Partner | 0.50 | 835.00 | 417.50 |
| Casey Cathcart | Paralegal | 1.00 | 295.00 | 295.00 |
| Lisa M. Eden | Paralegal | 1.70 | 295.00 | 501.50 |
| **Total** | | **3.30** | | **1,316.50** |

**Task Code: B002** — **Court Hearings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| Edwin J. Harron | Partner | 0.20 | 970.00 | 194.00 |
| Robert S. Brady | Partner | 0.20 | 1,025.00 | 205.00 |
| Casey Cathcart | Paralegal | 1.00 | 295.00 | 295.00 |
| **Total** | | **1.40** | | **694.00** |

**Task Code: B003** — **Cash Collateral/DIP Financing**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| Robert S. Brady | Partner | 0.90 | 1,025.00 | 922.50 |
| **Total** | | **0.90** | | **922.50** |

**Task Code: B007** — **Claims Analysis, Objections and Resolutions**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| Edwin J. Harron | Partner | 1.60 | 970.00 | 1,552.00 |
| Erin D. Edwards | Partner | 1.50 | 715.00 | 1,072.50 |
| James L. Patton Jr | Partner | 8.90 | 1,400.00 | 12,460.00 |
| Robert S. Brady | Partner | 1.80 | 1,025.00 | 1,845.00 |
| Sharon M. Zieg | Partner | 1.50 | 835.00 | 1,252.50 |
| Joseph F. Ecker | Associate | 4.50 | 375.00 | 1,687.50 |
| Michael E. Neminski | Associate | 4.60 | 375.00 | 1,725.00 |
| Nicholas D. Picollelli, Jr. | Associate | 8.10 | 380.00 | 3,078.00 |
| Shivani H. Patel | Associate | 5.50 | 375.00 | 2,062.50 |
| Casey Cathcart | Paralegal | 1.00 | 295.00 | 295.00 |
| **Total** | | **39.00** | | **27,030.00** |

**Task Code: B009** — **Stay Relief Matters**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| Edwin J. Harron | Partner | 0.30 | 970.00 | 291.00 |
| Sharon M. Zieg | Partner | 2.60 | 835.00 | 2,171.00 |
| Casey Cathcart | Paralegal | 0.40 | 295.00 | 118.00 |
| **Total** | | **3.30** | | **2,580.00** |

Patton, James L., Jr., Future Claimants' Representative   Invoice Date:    January 20, 2021
Invoice Number:    50021049
Matter Number:    077494.1001

**Task Code:B011**    **Other Adversary Proceedings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Robert S. Brady | Partner | 1.70 | 1,025.00 | 1,742.50 |
| **Total** | | **1.70** | | **1,742.50** |

**Task Code:B012**    **Plan and Disclosure Statement**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Edwin J. Harron | Partner | 10.90 | 970.00 | 10,573.00 |
| James L. Patton Jr | Partner | 18.00 | 1,400.00 | 25,200.00 |
| Robert S. Brady | Partner | 19.60 | 1,025.00 | 20,090.00 |
| Joshua Brooks | Associate | 10.60 | 350.00 | 3,710.00 |
| Kendeil A. Dorvilier | Associate | 25.30 | 350.00 | 8,855.00 |
| **Total** | | **84.40** | | **68,428.00** |

**Task Code:B017**    **Retention of Professionals/Fee Issues**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Robert S. Brady | Partner | 0.30 | 1,025.00 | 307.50 |
| Jared W. Kochenash | Associate | 4.20 | 400.00 | 1,680.00 |
| Casey Cathcart | Paralegal | 1.90 | 295.00 | 560.50 |
| Lisa M. Eden | Paralegal | 3.50 | 295.00 | 1,032.50 |
| **Total** | | **9.90** | | **3,580.50** |

**Task Code:B018**    **Fee Application Preparation**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Edwin J. Harron | Partner | 0.30 | 970.00 | 291.00 |
| Lisa M. Eden | Paralegal | 1.50 | 295.00 | 442.50 |
| **Total** | | **1.80** | | **733.50** |