# <u>EXHIBIT B</u>

Patton, James L., Jr., Future Claimants' Representative

| | |
|---|---|
| Invoice Date: | January 20, 2021 |
| Invoice Number: | 50021049 |
| Matter Number: | 077494.1001 |

**Cost Detail**

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 11/02/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 11/02/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 11/02/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 11/02/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 11/02/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 11/02/20 | Docket Retrieval / Search | 6.00 | 0.60 |
| 11/02/20 | Docket Retrieval / Search | 6.00 | 0.60 |
| 11/04/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 11/05/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 11/05/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 11/06/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 11/06/20 | Docket Retrieval / Search | 12.00 | 1.20 |
| 11/06/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 11/09/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 11/09/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 11/09/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 11/09/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 11/09/20 | Docket Retrieval / Search | 6.00 | 0.60 |
| 11/09/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 11/09/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 11/09/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 11/10/20 | Docket Retrieval / Search | 6.00 | 0.60 |
| 11/10/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 11/11/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 11/12/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 11/13/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 11/13/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 11/13/20 | Docket Retrieval / Search | 6.00 | 0.60 |
| 11/16/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 11/16/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 11/16/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 11/16/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 11/16/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 11/16/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 11/16/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 11/16/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 11/16/20 | Docket Retrieval / Search | 30.00 | 3.00 |

Patton, James L., Jr., Future Claimants' Representative

| | | |
|---|---|---|
| Invoice Date: | January 20, 2021 |
| Invoice Number: | 50021049 |
| Matter Number: | 077494.1001 |

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 11/16/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 11/16/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 11/17/20 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 2.26 |
| 11/17/20 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 1.78 |
| 11/17/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 11/17/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 11/18/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 11/18/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 11/18/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 11/18/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 11/18/20 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 2.95 |
| 11/18/20 | Docket Retrieval / Search | 6.00 | 0.60 |
| 11/18/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 11/18/20 | Docket Retrieval / Search | 10.00 | 1.00 |
| 11/18/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 11/18/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 11/18/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 11/18/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 11/18/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 11/18/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 11/18/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 11/18/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 11/19/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 11/19/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 11/19/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 11/19/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 11/19/20 | Docket Retrieval / Search | 11.00 | 1.10 |
| 11/19/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 11/20/20 | Docket Retrieval / Search | 6.00 | 0.60 |
| 11/20/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 11/20/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 11/20/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 11/23/20 | Docket Retrieval / Search | 6.00 | 0.60 |
| 11/23/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 11/23/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 11/23/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 11/23/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 11/24/20 | Docket Retrieval / Search | 17.00 | 1.70 |
| 11/24/20 | Docket Retrieval / Search | 5.00 | 0.50 |

Patton, James L., Jr., Future Claimants' Representative

| | | |
|---|---|---|
| Invoice Date: | January 20, 2021 |
| Invoice Number: | 50021049 |
| Matter Number: | 077494.1001 |

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---|---|
| 11/24/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 11/24/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 11/24/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 11/25/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 11/25/20 | Docket Retrieval / Search | 0.00 | 0.00 |
| 11/25/20 | Docket Retrieval / Search | 6.00 | 0.60 |
| 11/25/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 11/25/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 11/25/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 11/30/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 11/30/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 11/30/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 11/30/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 11/30/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 11/30/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 11/30/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 11/30/20 | Docket Retrieval / Search | 6.00 | 0.60 |
| 11/30/20 | Docket Retrieval / Search - Audio File | 1.00 | 2.40 |
| 12/01/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 12/01/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 12/02/20 | Docket Retrieval / Search | 10.00 | 1.00 |
| 12/02/20 | Docket Retrieval / Search | 21.00 | 2.10 |
| 12/02/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 12/02/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 12/02/20 | Docket Retrieval / Search | 8.00 | 0.80 |
| 12/02/20 | Docket Retrieval / Search | 11.00 | 1.10 |
| 12/02/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 12/02/20 | Docket Retrieval / Search | 6.00 | 0.60 |
| 12/02/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 12/02/20 | Docket Retrieval / Search | 10.00 | 1.00 |
| 12/02/20 | Docket Retrieval / Search | 6.00 | 0.60 |
| 12/03/20 | Docket Retrieval / Search | 6.00 | 0.60 |
| 12/03/20 | Docket Retrieval / Search | 16.00 | 1.60 |
| 12/03/20 | Docket Retrieval / Search | 16.00 | 1.60 |
| 12/03/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 12/03/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 12/03/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 12/04/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 12/04/20 | Photocopy Charges Duplication BW | 146.00 | 29.20 |

Patton, James L., Jr., Future Claimants' Representative

| | Invoice Date: | January 20, 2021 |
|---|---|---|
| | Invoice Number: | 50021049 |
| | Matter Number: | 077494.1001 |

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 12/04/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 12/07/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 12/07/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 12/07/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 12/07/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 12/08/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 12/08/20 | Photocopy Charges Duplication BW | 6.00 | 1.20 |
| 12/08/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 12/08/20 | Docket Retrieval / Search | 13.00 | 1.30 |
| 12/08/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 12/08/20 | Docket Retrieval / Search | 6.00 | 0.60 |
| 12/08/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 12/09/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 12/09/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 12/10/20 | Docket Retrieval / Search | 14.00 | 1.40 |
| 12/10/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 12/10/20 | Postage | 1.00 | 1.00 |
| 12/10/20 | Photocopy Charges Duplication BW | 2.00 | 0.40 |
| 12/10/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 12/11/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 12/11/20 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 11.34 |
| 12/11/20 | Docket Retrieval / Search | 7.00 | 0.70 |
| 12/11/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 12/11/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 12/14/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 12/14/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 12/14/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 12/14/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 12/14/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 12/15/20 | Docket Retrieval / Search | 6.00 | 0.60 |
| 12/15/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 12/15/20 | Facsimile 8665332946 001Pgs .00Phone | 1.00 | 0.25 |
| 12/15/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 12/16/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 12/16/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 12/16/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 12/16/20 | Postage | 7.00 | 7.00 |
| 12/16/20 | Postage | 7.00 | 7.00 |
| 12/16/20 | Docket Retrieval / Search | 5.00 | 0.50 |

Patton, James L., Jr., Future Claimants' Representative

| | | |
|---|---|---|
| Invoice Date: | January 20, 2021 | |
| Invoice Number: | 50021049 | |
| Matter Number: | 077494.1001 | |

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 12/16/20 | Postage | 1.00 | 1.40 |
| 12/16/20 | Photocopy Charges Duplication BW | 94.00 | 18.80 |
| 12/18/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 12/18/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 12/18/20 | Postage | 7.00 | 7.00 |
| 12/18/20 | Postage | 1.00 | 1.40 |
| 12/18/20 | Photocopy Charges Duplication BW | 49.00 | 9.80 |
| 12/21/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 12/21/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 12/21/20 | Computerized Legal Research | 1.00 | 0.00 |
| 12/21/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 12/21/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 12/21/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 12/22/20 | Docket Retrieval / Search | 6.00 | 0.60 |
| 12/22/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 12/22/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 12/22/20 | Computerized Legal Research | 1.00 | 0.00 |
| 12/22/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 12/23/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 12/27/20 | Computerized Legal Research | 1.00 | 0.00 |
| 12/28/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 12/28/20 | Computerized Legal Research | 1.00 | 0.00 |
| 12/28/20 | Photocopy Charges Duplication BW | 13.00 | 2.60 |
| 12/28/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 12/28/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 12/28/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 12/28/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 12/28/20 | Photocopy Charges Duplication BW | 37.00 | 7.40 |
| 12/28/20 | Photocopy Charges Duplication BW | 11.00 | 2.20 |
| 12/29/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 12/29/20 | Computerized Legal Research | 1.00 | 0.00 |
| 12/29/20 | Docket Retrieval / Search | 6.00 | 0.60 |
| 12/29/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 12/29/20 | Computerized Legal Research | 1.00 | 0.00 |
| 12/30/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 12/30/20 | Computerized Legal Research | 1.00 | 0.00 |
| 12/30/20 | Computerized Legal Research | 1.00 | 0.00 |
| 12/31/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 12/31/20 | Docket Retrieval / Search | 6.00 | 0.60 |

Patton, James L., Jr., Future Claimants' Representative

| | Invoice Date: | January 20, 2021 |
|---|---|---|
| | Invoice Number: | 50021049 |
| | Matter Number: | 077494.1001 |

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 12/31/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 12/31/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 12/31/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 12/31/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 12/31/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 12/31/20 | Docket Retrieval / Search | 7.00 | 0.70 |
| 12/31/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 12/31/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 12/31/20 | Docket Retrieval / Search | 20.00 | 2.00 |
| 12/31/20 | Docket Retrieval / Search | 7.00 | 0.70 |
| 12/31/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| | **Total** | | **$221.28** |

Patton, James L., Jr., Future Claimants' Representative

| | |
|---|---|
| Invoice Date: | January 20, 2021 |
| Invoice Number: | 50021049 |
| Matter Number: | 077494.1001 |

**Cost Summary**

| **Description** | **Amount** |
|---|---|
| Computerized Legal Research | 0.00 |
| Docket Retrieval / Search | 106.30 |
| Facsimile | 0.25 |
| Postage | 24.80 |
| Reproduction Charges | 71.60 |
| Teleconference / Video Conference | 18.33 |
| **Total** | **$221.28** |