**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |
| | **Re: Docket No. 1911** |

**CERTIFICATION OF NO OBJECTION REGARDING FIRST AND FINAL
APPLICATION FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED BY KEEN-SUMMIT CAPITAL PARTNERS LLC AS REAL ESTATE
ADVISOR FOR THE OFFICIAL TORT CLAIMANTS' COMMITTEE**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received to the *First and Final Application for Allowance of Compensation for Services Rendered By Keen-Summit Capital Partners LLC as Real Estate Advisor for the Official Tort Claimants' Committee* (the "Application") filed on January 7, 2021 [Docket No. 1911]. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the notice of Application, objections to the Application were to be filed and served no later than January 21, 2021 at 4:00 p.m. prevailing Eastern Time.

The Fee Examiner has informed the undersigned counsel that the Fee Examiner has no questions or requested reductions to the fees sought in the Application, and recommends final approval of the fees sought in the Application in accordance with section 328 of the Bankruptcy Code and the terms of Keen-Summit Capital Partners LLC ("Keen") engagement

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

letter.  Given the Fee Examiner's recommendation, the size of the Firm's fees and the nature of

this engagement, the Fee Examiner has elected not to file a formal report with respect to the

Application.  The Fee Examiner reserves its rights with respect to any supplemental fee

applications filed by Keen with respect to supplemental fees sought by Keen for subsequent

testimony, discovery responses or other out-of-scope work, if any.

Accordingly, it is hereby respectfully requested that the proposed order attached

hereto as **Exhibit A** be entered at the Court's convenience.

Dated:  January 22, 2021                    PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
James I. Stang (CA Bar No. 94435)
Robert B. Orgel (CA Bar No. 10187)
James E. O'Neill (DE Bar No. 4042)
John W. Lucas (CA Bar No.271038)
Ilan D. Scharf (NY Bar No. 4042107)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:   (302) 652-4400
Email:  jstang@pszjlaw.com
        rorgel@pszjlaw.com
        joneill@pszjlaw.com
        jlucas@pszjlaw.com
        ischarf@pszjlaw.com

*Counsel for the Tort Claimants' Committee*

DOCS_DE:232639.1 85353/002