## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br>Jointly Administered |

### DECLARATION OF TODD MERCIER

I, Todd Mercier, declare as follows:

1.      I am the Assistant Vice President of Investigations at HUB Enterprises, Inc. ("HUB").  My job responsibilities include assembling and overseeing teams of investigators to investigate individuals using various resources, including social media, subscriber-based and public information databases, and reviewing the information and documents located as part of those investigations.

2.      HUB has been retained by Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fire Insurance Company (collectively, "Hartford") in this case to assemble information about individuals that filed sexual abuse claims in this case (the "Abuse Claims").  As part of the retention, I assembled and supervised a team of investigators to locate information concerning the backgrounds, social media profiles and criminal records for 100 claimants that submitted Abuse Claims (the "Investigated Claimants").

3.      As part of our investigation, my team uncovered information concerning a number of the Investigated Claimants, including the following:

  a.   Claimant No. 40223 - Information indicating that this claimant was convicted of tax fraud.  A copy of the grand jury charge is attached Exhibit 1, a copy of the amended judgment is attached as Exhibit 2, and a copy of a news article

regarding the conviction is attached as Exhibit 3.

b. Claimant No. 66755 - Information indicating that this claimant was convicted of fraudulent submission of an insurance claim. A copy of the court docket is attached as Exhibit 4.

c. Claimant No. 30035 - Information indicating that this claimant was convicted twice for felony forgery. A copy of the respective court dockets are attached as Exhibits 5 and 6.

d. Claimant No. 49573 - Information indicating that this claimant was convicted of, among other things, felony forgery and burglary. A copy of the relevant pages of the licensed investigator comprehensive report for Claimant No. 49573 is attached as Exhibit 7.

e. Claimant No. 48271 - Information indicating that this claimant was convicted of identity theft. A copy of the relevant pages of the licensed investigator comprehensive report is attached as Exhibit 8.

f. Claimant No. 82094 - Information indicating that this claimant was convicted of, among other things, concealing or misrepresenting identity with intent to mislead. A copy of the court docket is attached as Exhibit 9.

g. Claimant No. 40053 - Information indicating that this claimant was convicted of the fraudulent use of credit cards. A copy of the court docket is attached as Exhibit 10.

h. Claimant No. 56732 - Information indicating that this claimant was convicted of giving false information to the police and making a false statement to a public servant. A copy of the relevant pages of the licensed investigator

comprehensive report is attached as Exhibit 11.

i.  Claimant No. 78740 - Information indicating that this claimant was convicted of, among other things, robbery. A copy of the relevant pages of the licensed investigator comprehensive report is attached as Exhibit 12.

j.  Claimant No. 11743 - Information indicating that this claimant was convicted of armed robbery and residential burglary. A copy of the relevant pages of the licensed investigator comprehensive report is attached as Exhibit 13.

k.  Claimant No. 63099 - Information indicating that this claimant was convicted of theft by receiving stolen property, theft by unlawful taking property, assault and burglary. A copy of the respective court dockets are attached as Exhibits 14 through 19.

l.  Claimant No. 80789 - Information indicating that this claimant was convicted of assault. A copy of the court docket is attached as Exhibit 20.

m.  Claimant No. 79863 - Information indicating that this claimant was convicted of assault with a deadly weapon (Penal Code 245(A)(1)). A copy of the court docket is attached as Exhibit 21.

n.  Claimant No. 25101 - Information indicating that this claimant was convicted of, among other things, assault and burglary. A copy of the relevant pages of the licensed investigator comprehensive report is attached as Exhibit 22.

o.  Claimant No. 76396 - Information indicating that this claimant was convicted of, among other things, assault and battery. A copy of the relevant pages of the licensed investigator comprehensive report is attached as Exhibit 23.

p.  Claimant No. 43017 - Information indicating that this claimant was convicted

of theft by check.  A copy of the court docket is attached as Exhibit 24

q.  Claimant No. 70625 - Information indicating that this claimant was convicted of theft by issuing worthless checks.  A copy of the court docket is attached as Exhibit 25.

r.  Claimant No. 21022 - Information indicating that this claimant is listed on a national sex offender registry.  A copy of the printout from the North Carolina Offender Registry is attached as Exhibit 26.

s.  Claimant No. 96170 - Information indicating that this claimant is listed on a national sex offender registry.  A copy of the printout from the Florida Department of Law enforcement is attached as Exhibit 27.

t.  Claimant No. 75001 - Information indicating that this claimant is on a national sex offender registry.  A copy of the printout from the Illinois State Police Integrity Service Pride profile is attached as Exhibit 28.

4.      In addition to the foregoing, my team of investigators has reviewed publicly available social media postings and has identified information concerning Investigated Claimants, including the following Claimant No. 33752 - A copy of a printout of relevant images and the associated metadata from this claimant's Facebook page is attached as Exhibit 29.

5.      I am familiar with the methods that my team of investigators utilized to locate the foregoing information, as well as the types of documents uncovered by my team of investigators and attached to this Declaration.  I regularly review similar documents in my role as the Assistant Vice President of Investigations.

I declare under penalty of perjury that the foregoing is true and correct.


_____
                                    Todd Mercier

Executed on January 21, 2021

# EXHIBITS
# 1 THROUGH 29

# FILED UNDER SEAL