IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br>Jointly Administered |

## DECLARATION OF JOSHUA D. WEINBERG

1. My name is Joshua D. Weinberg. I am over 18 years of age, of sound mind, and capable of making this declaration. The facts stated in this declaration are within my personal knowledge and are true and correct.

2. I am a partner at the law firm of Shipman & Goodwin LLP and serve as counsel for Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fire Insurance Company (collective, "**Hartford**") in connection with this matter.

3. I submit this Declaration in support of Hartford and Century's Motion for an Order (I) Authorizing Certain Rule 2004 Discovery and (II) Granting Leave From Local Rule 3007-1(F) to Permit the Filing of Substantive Omnibus Objections.

4. Attached as **Exhibit 1** is a true and correct copy of the November 16, 2020 e-mail regarding Claimant No. 6796 provided to me by counsel for Debtors.

5. Attached as **Exhibit 2** is a true and correct copy of the November 25, 2020 e-mail regarding Claimant No. 41376 provided to me by counsel for Debtors.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

6. Attached as **Exhibit 3** is a true and correct copy of the September 15, 2020 e-mail regarding Claimant No. 10773 provided to me by counsel for Debtors.

7. Attached as **Exhibit 4** is a true and correct copy of the November 19, 2020 e-mail regarding Claimant No. 34586 provided to me by counsel for Debtors.

8. Attached as **Exhibit 5** is a true and correct copy of the December 22, 2020 e-mail regarding Claimant No. 43138 provided to me by counsel for Debtors.

9. Attached as **Exhibit 6** is a true and correct copy of the January 16, 2021 e-mail from Claimant No. 2432 to my partner, Michele Backus Konigsberg, which she provided to me.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Joshua D. Weinberg

Executed on January 21, 2021

# EXHIBITS
# 1 THROUGH 6

# FILED UNDER SEAL