**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |
| | **Hearing Date: Feb. 17, 2021 at 10:00 a.m. (ET)** **Obj. Deadline: Feb. 5, 2021 at 4:00 p.m. (ET)** |
| | **Re: D.I. 1971 & 1972** |

**HARTFORD AND CENTURY'S MOTION FOR ENTRY OF AN ORDER**
**AUTHORIZING FILING UNDER SEAL OF CERTAIN DOCUMENTS RELATING**
**TO HARTFORD AND CENTURY'S MOTION FOR AN ORDER (I) AUTHORIZING**
**CERTAIN RULE 2004 DISCOVERY AND (II) GRANTING LEAVE FROM LOCAL**
**RULE 3007-1(f) TO PERMIT THE FILING OF SUBSTANTIVE OMNIBUS**
**OBJECTIONS**

Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fire Insurance Company (collectively, "**Hartford**") and Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America ("**Century**")[2] file this motion (the "**Motion**") seeking entry of an order (the "**Proposed Order**"), substantially in the form attached hereto as **Exhibit A**, (i) authorizing Hartford and Century to file under seal certain portions of their *Motion for an Order (I) Authorizing Certain Rule 2004 Discovery and (II) Granting Leave from Local Rule 3007-1(f) to Permit the Filing of Substantive Omnibus Objections* [D.I. 1972] (the "**Rule 2004 Motion**") and certain supporting documents identified below (the "**Supporting**

---

[1]    The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

[2]    Arrowood Indemnity Company, formerly known as Royal Indemnity Company also joins in the Motion and is included in the signature block.

**Documents**"); (ii) directing that information contained in the redacted portions of the Rule 2004 Motion and the Supporting Documents (collectively, the "**Confidential Information**") shall remain under seal and confidential pursuant the Bar Date Order (as defined below) and shall not be made available to anyone, except to the Court, the Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**"), and the Permitted Parties (as defined in the Bar Date Order); and (3) granting related relief.  In support of the Motion, Hartford and Century respectfully states as follows:

## JURISDICTION AND VENUE

1.      The United States Bankruptcy Court for the District of Delaware (the "**Court**") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012.  Hartford confirms its consent, pursuant to rule 9013-1(f) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), to the entry of a final order by the Court in connection with this motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

2.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The bases for the relief requested herein are section 107(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "**Bankruptcy Code**"), rule 9018 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Local Rule 9018-1.

## BACKGROUND

4.      On February 18, 2020, The Boy Scouts of America and Delaware BSA, LLC (together, the "Debtors") commenced these chapter 11 cases.  The Debtors continue to operate

their non-profit organization and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  These chapter 11 cases are being jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1.

5.      On March 4, 2020, the U.S. Trustee appointed the Tort Claimants' Committee and the Creditors' Committee pursuant to section 1102 of the Bankruptcy Code.  On April 24, 2020, the Court appointed James L. Patton, Jr. as the Future Claimants' Representative pursuant to sections 105(a) and 1109(b) of the Bankruptcy Code.  On July 24, 2020, the Coalition filed a notice of appearance in these chapter 11 cases pursuant to section 1109(b) of the Bankruptcy Code.  No trustee or examiner has been appointed in these chapter 11 cases.

6.      On May 26, 2020, the Court entered the Bar Date Order.  The Bar Date Order provides, in relevant part, that:

> Sexual Abuse Survivor Proofs of Claim submitted by Sexual Abuse Survivors and General Proofs of Claim submitted on behalf of minors and by individuals holding claims arising from sexual abuse who were at least eighteen (18) years of age at the time the sexual abuse began shall be held and treated as confidential by the Claims and Noticing Agent, the Debtors, the Debtors' counsel and retained advisors, and any of [the Permitted Parties] to the extent such Permitted Party requests access to proofs of claim . . . Furthermore, each Permitted Party shall execute . . . a confidentiality agreement . . . by which such Permitted Party agrees to keep the information provided in such Sexual Abuse Survivor Proofs of Claim and/or the General Proofs of Claim confidential.

Bar Date Order, at ¶ 7(d).

7.      Because the information contained in the Rule 2004 Motion and the Supporting Documents must remain confidential pursuant to the Bar Date Order, Hartford and Century seek leave to file under seal the Confidential Information.

### RELIEF REQUESTED

8.      By this Motion, Hartford requests entry of the Proposed Order authorizing Hartford

to file the following documents under seal:

        a.      Certain portions of the Rule 2004 Motion

        b.      Certain portions of the Declaration of Denise Neumann Martin

        c.      Exhibits 1 through 6 to the Declaration of Joshua D. Weinberg

        d.      Exhibits 1 through 29 to the Declaration of Todd Mercer

        e.      Certain recipient information on the affidavit of service regarding the Rule
                2004 Motion and its related documents.

9.      In addition, Hartford and Century seek an order directing that the Confidential

Information shall remain under seal and confidential and not be made available to anyone, except

to the Court, the U.S. Trustee, and the Permitted Parties; and (c) granting related relief.

### BASIS FOR RELIEF

10.     Paragraph 7(d) of the Bar Date Order Provides, in relevant part, that:

Sexual Abuse Survivor Proofs of Claim submitted by Sexual Abuse Survivors and
General Proofs of Claim submitted on behalf of minors and by individuals holding
claims arising from sexual abuse who were at least eighteen (18) years of age at the
time the sexual abuse began **shall be held and treated as confidential** by the
Claims and Noticing Agent, the Debtors, the Debtors' counsel and retained
advisors, and any of [the Permitted Parties] to the extent such Permitted Party
requests access to proofs of claim . . . Furthermore, each Permitted Party shall
execute . . . a confidentiality agreement . . . **by which such Permitted Party agrees
to keep the information provided in such Sexual Abuse Survivor Proofs of
Claim and/or the General Proofs of Claim confidential**.

Bar Date Order, at ¶ 7(d) (emphasis added).

11.     The Confidential Information includes the names of Sexual Abuse Survivors and

other information regarding the same that must remain confidential.  Accordingly, pursuant to the

terms of the Bar Date Order, Hartford and Century request leave to file the Confidential Information under seal.

## CERTIFICATION PURSUANT TO LOCAL RULE 9018-1(d)

12.    Pursuant to Local Rule 9018-1(f), counsel for Hartford and Century certify that counsel to Hartford and Century believe that the exhibits to the declarations of Joshua D. Weinberg and Todd Mercier should be sealed in its entirety, such that no proposed redacted version can be filed with this Motion.  Hartford and Century will publicly file redacted copies of the Rule 2004 Motion and the Declaration of Denise Neumann Martin.  Counsel for Hartford conferred with counsel for the Debtors regarding the proposed redactions to the Rule 2004 Motion and certain other Supporting Documents and in advance and such parties agreed regarding the scope of the redactions.

## CONCLUSION

WHEREFORE, Hartford and Century respectfully request that the Court enter the Proposed Order, substantially in the form, attached hereto as **Exhibit A**, granting the relief requested herein and such other relief as the Court deems appropriate under the circumstances.

| | |
|---|---|
| STAMOULIS & WEINBLATT LLC | BAYARD, P.A. |
| /s/ Stamatios Stamoulis | /s/ Gregory J. Flasser |
| Stamatios Stamoulis (#4606) | Erin R. Fay (No. 5268) |
| 800 N. West Street | Gregory J. Flasser (No. 6154) |
| Third Floor | 600 North King Street, Suite 400 |
| Wilmington, Delaware  19801 | Wilmington, Delaware 19801 |
| Telephone: 302-999-1540 | Telephone:  (302) 655-5000 |
| Facsimile: 302-762-1688 | Facsimile:  (302) 658-6395 |
| | Email:  efay@bayardlaw.com |
| - and - | gflasser@bayardlaw.com |
| Tancred Schiavoni (admitted *pro hac vice*) | - and - |
| Gary Svirsky (apply for *pro hac vice*) | |
| Andrew Kirschenbaum (admitted *pro hac vice*) | James P. Ruggeri (admitted *pro hac vice*) |
| | Joshua D. Weinberg (admitted *pro hac vice*) |
| | Michele Backus Konigsberg (admitted *pro hac vice*) |
| O'MELVENY & MYERS LLP | SHIPMAN & GOODWIN LLP |
| Times Square Tower | 1875 K Street, NW, Suite 600 |
| 7 Times Square | Washington, D.C. 20003 |
| New York, New York  10036-6537 | Tel:  (202) 469-7750 |
| Telephone: 212-326-2000 | Fax:  (202) 469-7751 |
| *Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company* | - and - |
| | Philip D. Anker (admitted *pro hac vice*) |
| | WILMER CUTLER PICKERING HALE AND DORR LLP |
| | 7 World Trade Center |
| | 250 Greenwich Street |
| | New York, N.Y. 10007 |
| | Tel:  (212) 230-8890 |
| | Fax:  (212) 230-8888 |
| | Danielle Spinelli (admitted *pro hac vice*) |
| | Joel Millar (admitted *pro hac vice*) |
| | WILMER CUTLER PICKERING HALE AND DORR LLP |
| | 1875 Pennsylvania Avenue N.W. |
| | Washington, D.C.  20006 |
| | Tel:  (202) 663-6000 |
| | Fax:  (202) 663-6363 |

|  | *Attorneys for First State Insurance Company, Hartford Accident and Indemnity Company and Twin City Fire Insurance Company* |
|---|---|
| THE LAW OFFICES OF JOYCE, LLC<br><br>*/s/ Michael J. Joyce*<br>Michael J. Joyce (No. 4563)<br>1225 King Street, Suite 800<br>Wilmington, DE 19801<br> (302)-388-1944<br>mjoyce@mjlawoffices.com<br><br>-and-<br><br>Kevin T. Coughlin (Admitted *Pro Hac Vice*)<br>Lorraine M. Armenti (Admitted *Pro Hac Vice*)<br>Michael E. Hrinewski (Admitted *Pro Hac Vice*)<br>COUGHLIN DUFFY, LLP<br>350 Mount Kemble Ave.<br>PO Box 1917<br>Morristown, NJ 07962<br>973-267-0058 (Telephone)<br>973-267-6442 (Facsimile)<br>ti@coughlinduffy.com<br><br>*Attorneys for Arrowood Indemnity Company, formerly known as Royal Indemnity Company* |  |
| Date:  January 22, 2021<br>Wilmington, Delaware |  |