# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Obj. Deadline: Feb. 5, 2021 at 4:00 p.m. (ET)**<br>**Hearing Date: Feb. 17, 2021 at 10:00 a.m. (ET)** |

**NOTICE OF HARTFORD AND CENTURY'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING FILING UNDER SEAL OF CERTAIN DOCUMENTS RELATING TO HARTFORD AND CENTURY'S MOTION FOR AN ORDER (I) AUTHORIZING CERTAIN RULE 2004 DISCOVERY AND (II) GRANTING LEAVE FROM LOCAL RULE 3007-1(f) TO PERMIT THE FILING OF SUBSTANTIVE OMNIBUS OBJECTIONS**

PLEASE TAKE NOTICE that on January 22, 2021, Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fire Insurance Company (collectively, "Hartford") and Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company ("Century") filed with the United States Bankruptcy Court for the District of Delaware (the "Court") **Hartford and Century's Motion for Entry of an Order Authorizing Filing Under Seal of Certain Documents Relating to Hartford and Century's Motion for an Order (I) Authorizing Certain Rule 2004 Discovery and (II) Granting Leave From Local Rule 3007-1(f) to Permit the Filing of Substantive Omnibus Objections** (the "Motion"), a copy of which is being served on you with this notice.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

PLEASE TAKE FURTHER NOTICE that a hearing to consider the relief sought in the Motion will be held on **February 17, 2021 at 10:00 a.m. (ET)** before the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge, at the Court, 824 Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that, objections, if any, to the entry of an order approving the Motion, must be filed on or before **February 5, 2021 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must serve a copy of the response on the undersigned counsel to Hartford and Century so as to be received on or before the Objection Deadline:

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO PROPERLY FILE AND SERVE A RESPONSE ON OR BEFORE THE OBJECTION DEADLINE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

*Remainder of page intentionally left blank*

| | |
|---|---|
| STAMOULIS & WEINBLATT LLC<br><br>*/s/ Stamatios Stamoulis*<br>Stamatios Stamoulis (#4606)<br>800 N. West Street<br>Third Floor<br>Wilmington, Delaware  19801<br>Telephone: 302-999-1540<br>Facsimile: 302-762-1688<br><br>- and -<br><br>Tancred Schiavoni (admitted *pro hac vice*)<br>Gary Svirsky (apply for *pro hac vice*)<br>Andrew Kirschenbaum (admitted *pro hac vice*)<br><br>O'MELVENY & MYERS LLP<br>Times Square Tower<br>7 Times Square<br>New York, New York  10036-6537<br>Telephone: 212-326-2000<br><br>*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company* | BAYARD, P.A.<br><br>*/s/ Gregory J. Flasser*<br>Erin R. Fay (No. 5268)<br>Gregory J. Flasser (No. 6154)<br>600 North King Street, Suite 400<br>Wilmington, Delaware 19801<br>Telephone:  (302) 655-5000<br>Facsimile:  (302) 658-6395<br>Email:  efay@bayardlaw.com<br>           gflasser@bayardlaw.com<br><br>- and -<br><br>James P. Ruggeri (admitted *pro hac vice*)<br>Joshua D. Weinberg (admitted *pro hac vice*)<br>Michele Backus Konigsberg (admitted *pro hac vice*)<br>SHIPMAN & GOODWIN LLP<br>1875 K Street, NW, Suite 600<br>Washington, D.C. 20003<br>Tel:  (202) 469-7750<br>Fax:  (202) 469-7751<br><br>- and -<br><br>Philip D. Anker (admitted *pro hac vice*)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, N.Y. 10007<br>Tel:  (212) 230-8890<br>Fax:  (212) 230-8888<br><br>Danielle Spinelli (admitted *pro hac vice*)<br>Joel Millar (admitted *pro hac vice*)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>1875 Pennsylvania Avenue N.W.<br>Washington, D.C.  20006<br>Tel:  (202) 663-6000<br>Fax:  (202) 663-6363<br><br>*Attorneys for First State Insurance Company, Hartford Accident and Indemnity Company and Twin City Fire Insurance Company* |

| | |
|---|---|
| THE LAW OFFICES OF JOYCE, LLC<br><br>*/s/ Michael J. Joyce*<br>Michael J. Joyce (No. 4563)<br>1225 King Street, Suite 800<br>Wilmington, DE 19801<br>(302)-388-1944<br>mjoyce@mjlawoffices.com<br><br>-and-<br><br>Kevin T. Coughlin (Admitted *Pro Hac Vice*)<br>Lorraine M. Armenti (Admitted *Pro Hac Vice*)<br>Michael E. Hrinewski (Admitted *Pro Hac Vice*)<br>COUGHLIN DUFFY, LLP<br>350 Mount Kemble Ave.<br>PO Box 1917<br>Morristown, NJ 07962<br>973-267-0058 (Telephone)<br>973-267-6442 (Facsimile)<br>nti@coughlinduffy.com<br><br>*Attorneys for Arrowood Indemnity Company, formerly known as Royal Indemnity Company* | |
| Date: January 22, 2021<br>Wilmington, Delaware | |

4