## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 20-10343 (LSS) |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Jointly Administered |
| Debtors. | **Hearing Date: Feb. 17, 2021 at 10:00 a.m. (ET)** **Objection Deadline: Feb. 5, 2021 at 4:00 p.m. (ET)** |

### DECLARATION OF ANDREW KIRSCHENBAUM IN SUPPORT OF CENTURY'S MOTION FOR AN ORDER AUTHORIZING RULE 2004 DISCOVERY OF CERTAIN PROOFS OF CLAIM

I, Andrew Kirschenbaum, pursuant to 28 U.S.C. § 1746(2), under penalty of perjury, hereby declare as follows:

1.    I am an associate at the firm O'Melveny & Myers LLP, Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Westchester Fire Insurance Company, and Westchester Surplus Lines Insurance Company.  I submit this declaration based on my personal knowledge of the proceedings in *In re Boy Scouts of America and Delaware BSA, LCC*, and review of the documents and media described below.

2.    Attached as **Exhibit 1** is a true and correct copy of a page titled "Boy Scouts Litigation: Notice of Intent to File Claim Form on Your Behalf" from the Junell & Associates, PLLC website, available at http://www.junell-law.com/boy-scout-sexual-abuse/claim-form-notice/ (last accessed January 14, 2021).

---

[1]    The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America  ("BSA") (6300) and Delaware Boy Scouts, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

3.      Attached as **Exhibit 2** is a true and correct copy of a page titled "Verus LLC to Provide Expert Related Services in the Proof of Claim Process in the Boy Scouts of America Chapter 11 Bankruptcy Proceedings" from the Verus LLC website, available at https://verusllc.com/verus-llc-to-provide-expert-related-services-in-the-proof-of-claim-process-in-the-boy-scouts-of-america-chapter-11-bankruptcy-proceedings/ (last accessed January 14, 2021).

4.      Attached as **Exhibit 3** is a true and correct copy of a page titled "Boy Scouts of America Litigation Support Services" from the Verus LLC website, available at https://verusllc.com/boys-scouts-of-america-litigation-support-services/ (last accessed January 14, 2021).

5.      Attached as **Exhibit 4** is a true and correct copy of a page titled "Mass Tort" from the Consumer Attorney Marketing Group (CAMG) website, available at https://www.camginc.com/legal-areas/mass-tort/ (last accessed January 14, 2021).

6.      Attached as **Exhibit 5** is a true and correct copy of a page titled "Sex Abuse" from the Consumer Attorney Marketing Group (CAMG) website, available at https://www.camginc.com/legal-areas/sex-abuse/ (last accessed January 14, 2021).

7.      Attached as **Exhibit 6** is a true and correct copy of the homepage from Archer Systems, LLC website, available at https://www.archersystems.com/ (last accessed January 14, 2021).

8.      Attached as **Exhibit 7** is a true and correct copy of the page for Anne Andrews from website for the State Bar of California, available at http://members.calbar.ca.gov/fal/Licensee/Detail/103280 (last accessed January 14, 2021).

9.      Attached as **Exhibit 8** is a true and correct copy of an article titled "Inside the Mass-Tort Machine That Powers Thousands of Roundup Lawsuits" by Sara Randazzo and Jacob Bunge, published by the Wall Street Journal on November 25, 2019, available at https://www.wsj.com/articles/inside-the-mass-tort-machine-that-powers-thousands-of-roundup-lawsuits-11574700480 (last accessed January 18, 2021).

10.      Attached as **Exhibit 9** is a true and correct copy of a UCC financing statement reflecting a financing arrangement between secured party Catalur Special Opportunities Fund I, LP and Andrews & Thornton, filed on October 6, 2020.

11.      Attached as **Exhibit 10** is a true and correct copy of a press release titled "Legal-Bay Lawsuit Funding Announces Focus on Assisting Victims of Boy Scout Sexual Abuse Case," dated June 29, 2020, available at https://www.prnewswire.com/news-releases/legal-bay-lawsuit-funding-announces-focus-on-assisting-victims-of-boy-scout-sexual-abuse-cases-301084514.html (last accessed January 18, 2021).

12.      Attached as **Exhibit 11** is a true and correct copy of the "FAQs" page from the Legal-Bay LLC website, available at https://lawsuitssettlementfunding.com/faq.php#1487467133208-44e2f546-70ff (last accessed January 18, 2021).

13.      Attached as **Exhibit 12** is a true and correct copy of an article titled "How the Finance Industry Is Trying to Cash In on #MeToo" by Matthew Goldstein and Jessica Silver-Greenberg, published by the New York Times on January 28, 2020, available at https://www.nytimes.com/2018/01/28/business/metoo-finance-lawsuits-harassment.html (last accessed January 18, 2021).

14.      Attached as **Exhibit 13** is a true and correct copy of an article titled "Ex-broker Sentenced to Prison for Fraud" by Greg S. Saitz, published by NJ.com on April 2, 2019,

available at https://www.nj.com/business/2008/07/exbroker_sentenced_to_prison_f.html (last accessed January 18, 2021).

15.    Attached as **Exhibit 14** is a true and correct copy of a press release titled "'Boy Scout Lives Matter,' Says Legal-Bay Lawsuit Funding, as they Near 100K Sex Abuse Claims Filed Via Bankruptcy Process," dated November 24, 2020, available at http://www.prnewswire.com/news-releases/boy-scout-lives-matter-says-legal-bay-lawsuit-funding-as-they-near-100k-sex-abuse-claims-filed-via-bankruptcy-process-301179510.html (last accessed January 18, 2021).

16.    Attached as **Exhibit 15** is a copy of an unofficial Filing Data Report from the New York State Department of State Division of Corporations UCC Home Page, showing a record of a Financing Statement reflecting a financing arrangement between secured party Catalur Special Opportunities Fund I, LP and Slater Slater Schulman LLP, filed on October 7, 2020.

17.    Attached as **Exhibit 16** is a true and correct copy of a Securities and Exchange Commission Form D Notice of Exempt Offering of Securities for Catalur Special Opportunities Fund I, LP, reflecting its relationship with Catalur Capital Management, LP, available at https://www.sec.gov/Archives/edgar/data/1829275/000182927520000001/xslFormDX01/primary_doc.xml (last accessed January 18, 2021)

18.    Two advertisements from two different plaintiffs' firms regarding the Boy Scouts bankruptcy appear to be the same video, except for the text and phone number listed at the bottom of the ad:

- "Napoli Shkolnik PLLC TV Commercial, 'Boy Scouts Sex Abuse Legal Helpline," available at https://www.ispot.tv/ad/nsDk/napoli-shkolnik-pllc-boy-scouts-sex-abuse-legal-helpline (last accessed January 14, 2021)

- "Babin Law TV Commercial, 'Boy Scouts Sex Abuse Legal Helpline,'" available at https://www.ispot.tv/ad/nvPI/babin-law-boy-scouts-sex-abuse-legal-helpline (last accessed January 14, 2021).

For example, voiceover in both of these videos tell viewers "A VICTIM'S COMPENSATION FUND IS BEING SETUP [*sic*] THAT MAY BE WORTH OVER 1.5 BILLION DOLLARS" and include the same graphic with this text displayed:

 

Napoli Shkolnik PLLC TV Commercial, 'Boy Scouts Sex Abuse Legal Helpline'

Babin Law TV Commercial, 'Boy Scouts Sex Abuse Legal Helpline'

A third ad, at the end of an interview-style infomercial, includes many of the same background images and follows much of the same script:

- "Marc J. Bern & Partners TV Commercial, 'Boy Scouts Sexual Abuse,'" available at https://www.ispot.tv/ad/nvQv/marc-j-bern-and-partners-boy-scouts-sexual-abuse (last accessed January 14, 2021).

For example, voiceover in all three advertisements tells viewers that "YOU MAY BE ENTITLED TO COMPENSATION, NO MATTER HOW LONG AGO THE ABUSE HAPPENED" and include the same graphic with this text displayed:



Napoli Shkolnik PLLC TV Commercial, 'Boy Scouts Sex Abuse Legal Helpline'



Babin Law TV Commercial, 'Boy Scouts Sex Abuse Legal Helpline'



Marc J. Bern & Partners TV Commercial, 'Boy Scouts Sexual Abuse'

19.    A video posted the Vimeo page for Consumer Attorney Marketing Group (CAMG) includes very similar images, text and script to the Napoli, Babin, and Marc J. Bern advertisements:

- CAMG Inc., "Boy Scouts Sex Abuse VO 6-8-2020 30s," available at https://vimeo.com/428614455 (last accessed January 14, 2021).

For example, the CAMG video includes the same voiceover script as the Napoli and Babin advertisements telling viewers that "A VICTIM'S COMPENSATION FUND IS BEING SETUP

[*sic*] THAT MAY BE WORTH OVER 1.5 BILLION DOLLARS" with similar text and the same background image displayed on the screen:



The CAMG video also includes the same voiceover script as the Napoli, Babin, and Marc J. Bern advertisements telling viewers "YOU MAY BE ENTITLED TO COMPENSATION, NO MATTER HOW LONG AGO THE ABUSE HAPPENED" with similar text and the same background image displayed on the screen:



I declare under pain and penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated:  January 22, 2021

Respectfully Submitted,

By:  */s/ Andrew Kirschenbaum*

ANDREW KIRSCHENBAUM

# EXHIBIT 1





HOME        OUR FIRM        PRACTICE AREAS        CONTACT US

*Boy Scouts Claim Form Notice*

# Boy Scouts Litigation: Notice Of Intent To File Claim Form On Your Behalf

**Our firm has sent you an email to the address we have on file that includes identical language below regarding your BSA Claim Form and our intention of submitting a Claim Form on your behalf.  In the event our email to you is not accessible for whatever reason, we have also texted you a link to this web page for Junell & Associates BSA clients only.  Please see below.

**EMAIL**:

Please read the below information completely and carefully because it will have a significant impact on your claim in the BSA litigation.

1. Our firm has a signed contract with you to participate in the BSA litigation, and as your attorneys we are obligated to act as fiduciaries on your behalf in this matter.

2. Anyone wishing to participate in the BSA litigation MUST file a Claim Form as required by Judge Laurie Silverstein in the U.S. Bankruptcy Court for the District of Delaware.  Additionally, all our firm's clients are notified about the Claim Form requirement in the welcome communication that's sent after signing a Junell & Associates BSA contract.

3. The deadline for filing Claim Forms is November 16, or three business days away from this writing (11/12/2020).

4. Our firm's claims department has by now sent you a link to complete the Claim Form online, but time is quickly running out!  Please complete it within the next 24 hours.  In the event that you do not complete it in that time frame, however, please keep reading for the notice below.

5. The Claim Form allows attorneys to sign on behalf of their clients.

6. Since time is quickly running out to meet the November 16 deadline, we can complete a Claim Form on your behalf with the information you provided over the phone during your first consultation with us about this litigation.

**PLEASE NOTE:**  **Considering the points outlined above, and unless we hear from you otherwise** *by 5 PM CT on Thursday, November 12 via email reply to* **bsa@junell-law.com**, **then our firm is going to complete a BSA Claim Form on your behalf so that you do not miss the November 16 deadline for BSA claims.**  You will receive a copy once completed for your files.

*(If you have already sent in your Claim Form, then please disregard this notice.  The Claim Form you completed will be submitted after receipt and internal review.)*

The Power Of Attorney contract from our firm that you signed is an obligation that we take extremely seriously with respect to both professional responsibility and the law, and we aim to make certain that all of our BSA clients meet the November 16 deadline.

Thank you,

Billy Walters, Attorney
Junell & Associates, PLLC
3737 Buffalo Speedway, Suite 1850
Houston, Texas 77098
(713) 351-0350
**bwalters@junell-law.com**

*Contact Us*

Name (required)

Email (required)

Phone (required)

Subject

Your Message

SEND



**800.375.0109**
Free Case Consultation

💬 FREE CASE EVALUATION



William Harrison
"Harris" Junell
Selected in 2016







## About Junell & Associates, PLLC

Our team at Junell & Associates, PLLC is dedicated to our clients and ensuring they receive just compensation for their injuries, pain and suffering. We strive for success and our highly skilled attorneys provide exceptional legal representation for a diverse array of legal matters. Our team systematically pursues a variety of personal injury claims and mass tort matters, from complex pharmaceutical cases to taxing product liability claims.

## Explore Our Site

› **Home**

› **About Junell & Associates**

› **Our Firm**

› **Practice Areas**

› **Contact Us**

## Our Location

3737 Buffalo Speedway, Suite 1850
Houston, Texas 77098

Local: 713.221.3750
Toll-free: 800.375.0109

**info@junell-law.com**

Copyright © 2021 Junell & Associates, PLLC

**About Us**    **Our Firm**    **Practice Areas**    **Contact Us**    **Privacy Policy**    **Disclaimer**

Junell & Associates, PLLC- Attorneys are licensed in the State of Texas unless otherwise indicated in the biographical section.

Past performance is no guarantee of future results.

# EXHIBIT 2



CONTACT US    REQUEST PROPOSAL

# Verus LLC to Provide Expert Related Services in the Proof of Claim Process in the Boy Scouts of America Chapter 11 Bankruptcy Proceedings

BY ADMIN | JUN 16, 2020

*Litigation Support Firm Will Provide Victim-Centered, Trauma-Informed Expert Services by Specially Trained Professionals*

**PRINCETON, N.J., June 16, 2020** – Verus LLC has been retained to provide specially-trained expert services to sexual abuse survivors who are looking to submit a Proof of Claim form in the Chapter 11 bankruptcy proceedings for the Boy Scouts of America ("BSA") and Delaware BSA, LLC, in the District of Delaware.

Verus is proud to announce that it has been retained by law firms in the aforementioned proceeding. Specifically, Verus will be handling the complete process of the Proof of Claim form, as well as the actual submission to the administrator of the Chapter 11 Proof of Claim process. The engagements come in the face of over 14,000 potential claims of alleged sex abuse and a November 16,

2020, filing deadline.

Verus has retained RAINN, the nation's largest anti-sexual violence organization and a recognized leader in comprehensive sexual assault trainings, to train their mental health professionals and case workers who will interview those reporting incidents of sexual abuse associated with the BSA. RAINN's specialized and tailored training will provide Verus' team of experts with an understanding of the complexities of reporting sexual assault, including the unique barriers male survivors face as well as the needs of child sexual abuse survivors who are reporting assault that occurred long ago. The training will also allow Verus' experts to better identify emotional triggers among sexual abuse survivors as part of the interview process.

Verus, which is fully engaged in supporting mass tort law firms across the U.S., is the preeminent litigation support services firm that provides this kind of specialized outsourced support for firms handling sex abuse litigation, to be delivered by a multi-cultural, bilingual team.



"It is vital that we listen to survivors with compassion and empathy, using a victim-centered and trauma-informed approach that builds the vital trust needed for us to capture their full stories," said Dan Comunale, Verus' director of business development. "We want to make sure their voices are heard, as well as gather the necessary information that will advance the proof of claims process. Therefore, we must ensure that our process is appropriately thought out and enables the survivors to express their trauma appropriately. The training is a calculated blend of keeping the victims' wellbeing at the forefront, while recognizing the time constraints of the Chapter 11 Proof of Claims process".

The Chapter 11 filing will allow the Boy Scouts of America to reorganize finances in order to set up a victims' compensation fund. Claimants who fail to meet the deadline may face additional challenges in filing suit against the BSA in the future.

"Our singular goal in this proceeding is to make sure that every sexual abuse claimant we work with has their full story heard, and that the complexities of dealing with and remembering trauma do not hinder telling their stories," added

Comunale.

For more information about the firm's litigation support services, visit
www.verusllc.com. Learn more about Verus' Boys Scouts of America Litigation
Support Services.

###

About Verus, LLC

Headquartered in Princeton, N.J., Verus LLC provides a full suite of services to
mass tort law firms including litigation analytics, case management, settlement
administration, and business & advisory services. Before founding Verus in 2003,
the firm's principals helped design some of the first-ever mass tort settlements and
in the process, administered more than 450,000 asbestos personal injury claims
and disbursed more than $6 billion in settlement funds and expenses. Since 2003,
Verus has administered over five million personal injury claims and disbursed
billions more in settlement funds.





Verus' decades of experience span a range of complex disputes, which include toxic
exposures such as asbestos, talc and roundup; medical devices such as IVC filters,
hernia mesh, hip implants and knee implants; dangerous drugs such as Zantac,
Truvada, Invokana and Taxotere; and other matters such as 3M earplugs, nursing
homes, and sexual abuse.

Driven by a commitment to facilitate justice every day, Verus' 100 U.S.-based
attorneys, nurses, accountants, statisticians, operations experts, and engineers
design customized solutions to help law firms optimize efficiency and maximize the
value they can provide to their clients.  For more information, contact Verus at
info@verusllc.com.

CONTACT US          REQUEST PROPOSAL

*0 Comments*

## INTERESTED IN WRITING?

The Verus blog will be including mass tort-related articles by guest authors soon. If you are interested in writing, click below.

Submit Your Request

## RECENT POSTS

Litigation Update: Special Masters Are Appointed in Valsartan Contamination

Litigation Update: Initial 3M Earplugs' Trial Dates Are Set

Litigation Update: Zantac Videoconference Hearings Begin

Litigation Update: Elmiron MDL Sent to New Jersey

COVID-19's Impact on The Mass Tort Landscape: What to Consider

Litigation Update: JPML to Decide on Elmiron's Litigation Venue

Compare and Contrast: Artificial Classes and the Asbestos Bankruptcy Personal Injury Trust

Litigation Update: FDA Denies Request to Add Birth Defect Warning to Zofran's Label

## TOPICS

Analytics

Asbestos

Breast Implants

Business

Case Management

Claims Administration

Covid-19

Dangerous Drugs



Earplug Litigation

Guest Authors

Hernia Mesh

Human Resources

JUUL

Litigation Support

Mass Torts

Medical Devices

Opioids

Roundup

Settlement Administration

Social Issues

Talc

Xarelto

Zantac



VERUS LLC

SERVICES

INSIGHTS

MAILING LIST



* **Email**

Search

By submitting this form, you are consenting to receive marketing emails from: Verus LLC, 3967 Princeton Pike, Princeton, NJ, 08540, US, http://www.verusllc.com. You can revoke your consent to receive emails at any time by using the SafeUnsubscribe® link, found at the bottom of every email. Emails are serviced by Constant Contact.

Subscribe

Copyright © 2021 Verus LLC | Privacy Policy | Terms of Use

# EXHIBIT 3



CONTACT US    REQUEST PROPOSAL



# Boys Scouts of America Litigation Support Services

**If your law firm is getting involved in this litigation, Verus is ready to help.**



The Verus team is working with the best law firms in the nation who are defending claimants of sexual abuse cases including the current BSA bankruptcy proceeding to ensure that the best interest of the survivors of the abuse are at the forefront of our service delivery. Verus can support your firm with the proof of claim submission into the claims administrator and any related services in the Chapter

11 proceeding. Verus is prepared to help law firms represent their victims by addressing some key aspects of this litigation:

## Breakdown:

Verus receives cases from your case generator/paid marketer or your firm's internal marketing.  We are working with the best vendors in the space so we have APIs in place already with them:

1. Signed client retainers only
2. Case Criteria: The Sexual Abuse Survivor Proof of Claim is only for victims who were sexually abused before turning eighteen (18) years of age and where the sexual abuse occurred on or before February 18, 2020. This Sexual Abuse Survivor Proof of Claim is the way you assert an unsecured claim against BSA seeking damages based on scouting-related sexual abuse.

## Verus Services:

Our cost structure is a per case allocation for POC submission. Our deliverables include the following:

- Intake data integration via API (volume dependent)
- No API – We can use excel documents or other streamlined reports for uploading baseline case information that integrates into our system
- Verus will schedule a call or interview with trained experts within 48 hours of receiving the case
- Our experts will perform a pre-call review process of intake information, time-zone check, review of demographic information
- Interview Process – Explain to the victim the Proof of Claim process (POC), with a victim-centered trauma-informed approach in order to begin gathering their story for submission
- Review data for quality purposes (quality control, quality assurance and data mining)
- Upload POC form for submission to Claims Administrator
- Send client data or case information back to the law firm in flexible ways

## KEY ASPECTS OF OUR BSA SERVICES:

### Addressing the Psychological Impact of These Cases:

- Retention of the nation's largest anti-sexual violence organization that specializes in trauma related to sexual abuse and has designed and created a victim-centered trauma-informed communication protocol with survivors of sexual abuse.
- Experienced team of professionals trained specifically in how to address this type of trauma and in the specifics of the litigation, well qualified to communicate with the victims to enable them to answer the questions on the Proof of Claim form.
- Bilingual and multi-cultural staff

### Fulfilling the Requirements of the Proof of Claim Form:

- Proprietary portal to review the Proof of Claim form with the claimants using flexible options that include phone, web conference or scheduled interviews.
- Smooth submission into the claims administrator.
- Ability to use electronic signature so claimants can easily sign the Proof of Claim form online.

### Add-on Services at Reduced Costs:

- Analytics of case inventory aligned with proposed settlement allocation modeling
- Dual representation reporting to ensure you don't spend money on a case already in our inventory
- Law firm escalation reports so you know of potential problems before they become one
- Host of other services

To learn more about our BSA litigation support services, please fill out this form or email us at info@verusllc.com and we will reply immediately.

**|CONTACT US| |REQUEST PROPOSAL|**

-

## RELATED NEWS

Diversity is more than an HR program ... it's good for business

Modern Slavery Occurs Here. Corporations Can Help End It.

Dan Myer To Be Honored at NJBiz's ICON Awards Ceremony

Verus LLC to Provide Expert Related Services in the Proof of Claim Process in the Boy Scouts of America Chapter 11 Bankruptcy Proceedings

Verus LLC Announces Four New Hires to Support Growth of Its Mass Tort Litigation Support Services

Join Our Verus for Kids Weekly Activities!

Verus Opens Second Location to Support Growing Roster of Mass Tort and Class Action Law Firms

Data Analytics Can Help Mass-Tort Law Firms





Subscribe

Copyright © 2021 Verus LLC  |  Privacy Policy  |  Terms of Use

# EXHIBIT 4

# Mass Torts, Down to a Science

CAMG has run thousands of Mass Tort campaigns throughout the country and we've got it down to a science. We know how to find, target (and retarget) prospective clients and we're a one-stop shop, with you throughout the process, from running your creative through intake, contract processing, and medical records. All services are available bundled or a la carte. We can build a process that works best for your firm.

## Compelling Creative, Online and Offline

We know compelling creative brings results. That's why we've developed our exclusive long form infomercial to provide you with an unmatched opportunity to not only inform your audience but build trust in your firm to get the phones ringing. Our in-house creative team knows how to craft messages with powerful calls to action, whether you film a spot in our production studios, on-site, or you run one of our pre-produced commercials, branded for your firm.

## Strategic Media Buying

Our experienced media buying team doesn't "set it and forget it," but is constantly tracking, analyzing, and optimizing campaigns to make the most of your marketing investment. We track and adjust campaigns week to week, based on performance, to drive acquisition costs down.

## A Turn-Key Operation Designed for Efficiency and Conversion

When you're running a mass tort campaign with CAMG, we're with you the entire step of the way. We offer a turn-key operation, from our 24/7 call center (CATS (/services/divisions/phone-mangement/) ) to contract processing (CACS (/services/divisions/contract-services/) ) to deliver you signed retainers. Our medical records division (CARS (/services/divisions/medical-record-services/) ) can save your firm time and resources with record retrieval and review. We've streamlined the process in all our service divisions with cutting-edge technology and integration, as well as accessible easy-to-use online secure online portals.

## The CAMG Advantage for Your Mass Tort Campaign

- Full spectrum online and offline media-agnostic approach
- Data-driven media buying
- In-house production capabilities and pre-produced commercials branded for your firm
- Exclusive CAMG Webinars with leadership firms on emerging mass torts
- Vertically-integrated services available bundled or a la carte
- Call handling/intake, contract processing, and medical record services

## Mass Torts

3M Earplugs (/legal-areas/mass-tort/3m-military-earplugs/) Allergan Breast Implants (/legal-areas/mass-tort/allergan-breast-implants/) Belviq (/legal-areas/mass-tort/belviq/) Elmiron (/legal-areas/mass-tort/elmiron/) Essure (/legal-areas/mass-tort/essure/) Hernia Mesh (/legal-areas/mass-tort/hernia-mesh/) Hip Replacement (/legal-areas/mass-tort/hip/) Invokana (/legal-

areas/mass-tort/invokana/) IVC Filter (/legal-areas/mass-tort/ivc-filter/) JUUL (/legal-areas/mass-tort/juul/) Onglyza (/legal-areas/mass-tort/onglyza/) Opioids (/legal-areas/mass-tort/opioids/) ParaGard (/legal-areas/mass-tort/paragard/) Proton Pump Inhibitor (/legal-areas/mass-tort/proton-pump-inhibitor/) Roundup (Weed Killer) (/legal-areas/mass-tort/roundup/) Talc (/legal-areas/mass-tort/talcum-powder/) Taxotere (/legal-areas/mass-tort/taxotere/) Truvada (/legal-areas/mass-tort/truvada/) Valsartan (/legal-areas/mass-tort/valsartan/) Viagra (/legal-areas/mass-tort/viagra/) Xeljanz (/legal-areas/mass-tort/xeljanz/) Zantac (/legal-areas/mass-tort/zantac/) Zostavax (/legal-areas/mass-tort/zostavax/)



## Elmiron Webinar

January 21, 2021 at 11 AM PST
Pre-register here for our Must-See Webinar
presented by Hunter J. Shkolnik & Rachel L. Shkolnik, Napoli Shkolnik PLLC, and Michael A. London & Virginia E. Anello, Douglas & London, PC

Register Here (https://beacon360.content.online/xbcs/S2001/catalog/product.xhtml?eid=26696)



## Contact Us For Your Custom Marketing Plan

CAMG360™ is your complete, omni-channel, fully customizable legal marketing compass, designed to help you acquire mass tort and single event clients.

Learn more (/services/camg360)

## The CAMG Legal Marketing Index®. Significantly increase your marketing success, on us.

CAMG's Legal Marketing Index® offers unprecedented reporting and comprehensive analysis of real-time data. Because more intelligent marketing decisions mean a better ROI.

Get It Now! (/legal-marketing-index)

Consumer Attorney Marketing Group

Los Angeles

21051 Warner Center Ln, Suite 250
Woodland Hills, CA 91367
1.800.200.CAMG
1.800.200.2264
info@camginc.com (mailto:info@camginc.com)

©2021 Consumer Attorney Marketing Group  •  All rights reserved. Committed to WCAG 2.1 AA Accessibility Compliance.

We use cookies on our site. To learn more about the information we collect and how we use it, view our Privacy Policy (/privacy-policy). Additional details for California consumers can be found here (/california-specific-privacy-addendum).

Close



# EXHIBIT 5

## News

- Limited College Football = Media Landscape is Advantageous for Legal Advertising

# CAMG's 360-Degree Approach to Institutional Sex Abuse Litigation

At CAMG, our goal is to make an impact, supporting lawyers in your mission to help survivors hold predators and institutions accountable.

That's why we've developed our comprehensive and innovative approach to institutional sex abuse campaigns, from marketing that starts with finely targeted demographics to data-based campaigns that optimize your marketing investment, as well as our exclusive Sex Abuse informercial and our Victim Intake Call Center dedicated to survivors.

## We Know How to Reach Sex Abuse Survivors

We've run institutional sex abuse campaigns throughout the country, including Scouting Abuse and Clergy Abuse. We apply both industry monitoring data and likely consumer behaviors of our target with historical data from campaigns and intake for campaigns designed to reach your target audience.

## Online and Offline Media Agnostic Approach

We know the challenges of converting sex abuse clients and the value of retargeting, as well as a diversified media mix. Because we offer the full spectrum of online and offline media, we can focus on what drives response, which may be a hybrid approach.

## Pre-Produced Commercial Spots and Infomercials

CAMG has a library of available shorter form commercials and our exclusive sex abuse infomercial that can be branded for your firm. Our in-house production team can also film spots featuring lawyers from your firms in our state-of-the-art production studios.

Our hosts include renowned TV/radio psychologist and survivor Dr. Wendy Walsh, as well as male and female survivors. Bilingual hosts are available.

## Our Exclusive Infomercial: More Time to Inform and Build Trust

Building trust is an essential component in getting prospective clients to respond. Our exclusive sex abuse infomercial provides nearly 30 minutes to engage and inform the audience, as well as build trust so they feel comfortable calling. Because you own the time, you can insert commercials for your firm between segments.

## CAMG's Victim Intake Call Center

From running Institutional Sex Abuse campaigns throughout the country, we've learned that the first interaction is crucial to converting a caller into a client. We developed our Victim Intake Caller Center dedicated solely to survivors.

Our representatives have backgrounds including behavioral health, social work, education, crisis intervention, and working with at-risk populations. In addition, our intake center staff is bilingual, with both male and female representatives.

All representatives are trained in the latest sex abuse intake protocols and direct non-qualifying callers to outside resources for support.

## Landing Pages

**Social**

https://www.camginc.com/legal-areas/sex-abuse/

CAMG has thousands of spots and infomercials that can be branded for your firm. Reach out to us for the latest creative offline and online examples*.

*Examples shown are not always current examples.

**Request Samples**

| | |
|---|---|
| | Firm * |
| | First Name * |
| | Last Name * |
| | Email * |
| | Phone |



Request Samples

* These fields are required.



# Elmiron Webinar

January 21, 2021 at 11 AM PST
Pre-register here for our Must-See Webinar
presented by Hunter J. Shkolnik & Rachel L. Shkolnik, Napoli Shkolnik PLLC, and Michael A. London & Virginia E. Anello, Douglas & London, PC

Register Here (https://beacon360.content.online/xbcs/S2001/catalog/product.xhtml?eid=26696)



## Contact Us For Your Custom Marketing Plan

CAMG360™ is your complete, omni-channel, fully customizable legal marketing compass, designed to help you acquire mass tort and single event clients.

Learn more (/services/camg360)

## The CAMG Legal Marketing Index®. Significantly increase your marketing success, on us.

CAMG's Legal Marketing Index® offers unprecedented reporting and comprehensive analysis of real-time data. Because more intelligent marketing decisions mean a better ROI.

Get It Now! (/legal-marketing-index)

Consumer Attorney Marketing Group

Los Angeles

21051 Warner Center Ln, Suite 250
Woodland Hills, CA 91367
1.800.200.CAMG
1.800.200.2264
info@camginc.com (mailto:info@camginc.com)

©2021 Consumer Attorney Marketing Group • All rights reserved. Committed to WCAG 2.1 AA Accessibility Compliance.

We use cookies on our site. To learn more about the information we collect and how we use it, view our Privacy Policy (/privacy-policy). Additional details for California consumers can be found here (/california-specific-privacy-addendum).

Close



https://www.camginc.com/legal-areas/sex-abuse/

# EXHIBIT 6





## MASS TORT

We administer the nation's most complex lien resolution and mass tort settlement programs because ARCHER is acutely focused on providing accurate, expeditious, and cost-effective results for our clients. From pre-settlement to post-settlement, our suite of services will get the job done.

LEARN MORE

## CLASS ACTION

Reliability and scalability are crucial to properly manage the massive data flow associated with class action settlements. ARCHER's team and technology solutions offer a strategic approach to developing a fully customized settlement administration protocol.

LEARN MORE



## PERSONAL INJURY

We administer the nation's most complex lien resolution and mass tort settlement programs because ARCHER is acutely focused on providing accurate, expeditious, and cost-effective results for our clients. From pre-settlement to post-settlement, our suite of services will get the job done.

LEARN MORE

THE STAKES ARE HIGH. **EXPERIENCE MATTERS.**

WE ADHERE TO THREE MAIN PILLARS OF EXCELLENCE: EXPERTISE, SERVICE, AND INNOVATION

MORE ABOUT US



### EXPERTISE

ARCHER provides superior service at a competitive price point. Our team represents the top talent from a broad range of specialized settlement fields, ensuring a comprehensive, yet expeditious approach to settlement administration.



### SERVICE

With hundreds of highly-trained professionals on staff, ARCHER has dedicated resources to meet our clients' objectives and offer individualized support to each claimant. We set clear expectations at the onset of every project via a scope of services, timeline, and detailed cost projections.

### INNOVATION

With streamlined processes, proprietary technology, and detailed oversight, law firms can expect timely project completion and high-quality results the first time, every time. Our company leads the industry in providing best-in-class services that reduce time and expenses while maximizing output.



LEARN MORE ABOUT **ARCHER**

ARCHER helps leading law firms across the country resolve complex litigation and settlement issues. We do not take your trust and confidence lightly. Learn more about the dedication and expertise that inform everything we do.

OUR EVENTS    OUR TEAM    GET IN TOUCH

CONSULT **ARCHER**

For streamlined administration at any stage of the case, we're ready to help. Contact us today.

FIRST NAME    LAST NAME    MESSAGE
PHONE    EMAIL
ARE YOU AN EXISTING CLIENT?    ○ YES    ○ NO
SERVICE TYPE?



**ARCHER**

Home    About Us    Locations    Contact Us    Site Map    Privacy Policy    FOLLOW US: in    (800) 715-6101

**HEADQUARTERS**        **OUR LOCATIONS**

**Houston**        **Austin**        **Dallas**        **Denver**        **San Francisco**
1775 St. James Place    3300 Duval Road    850 E. State Highway 114    5613 DTC Parkway    Four Embarcadero Center
Suite 200    Suite 250    Southlake, TX 76092    Suite 610    Suite 1400
Houston, TX 77056    Austin, TX 78759    [Map + Directions]    Greenwood Village, CO    San Francisco, CA
**(832) 662-1193**    [Map + Directions]        80111    94111-4164
[Map + Directions]            [Map + Directions]    [Map + Directions]

The information on this website is for general information purposes only. Nothing on this site should be taken as legal advice for any individual case or situation. This information is not intended to create, and receipt or viewing does not constitute, an attorney-client relationship.
© 2021 All Rights Reserved.

https://www.archersystems.com/

# EXHIBIT 7

 The State Bar *of California*

 Anne Andrews #103280

License Status: Active

Address: Andrews & Thornton, 4701 Von Karman Ave, Ste 300, Newport Beach, CA 92660-2193

County: Orange County

Phone Number: (949) 748-1000

Fax Number: (949) 315-3540

Email: Not Available

Law School: Western State Univ; CA


 **Below you will find all changes of license status due to both non-disciplinary administrative matters and disciplinary actions.**

| Date | License Status | Discipline | Administrative Action |
|---|---|---|---|
| Present | Active | | |
| 9/2/1998 | Active | | |
| 7/4/1998 | Not Eligible To Practice Law in California | Discipline w/actual suspension 92-O-20778 | |
| 6/10/1982 | Admitted to The State Bar of California | | |

Additional Information:
- Explanation of licensee status
- Explanation of disciplinary system
- Explanation of disciplinary actions
- Copies of official licensee discipline records are available upon request


**CLA Sections:**                          None

California Lawyers Association (CLA) is an independent organization and is not part of The State Bar of California.


© 2021 The State Bar of California

# EXHIBIT 8

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit
https://www.djreprints.com.

https://www.wsj.com/articles/inside-the-mass-tort-machine-that-powers-thousands-of-roundup-lawsuits-11574700480

**LAW**

# Inside the Mass-Tort Machine That Powers Thousands of Roundup Lawsuits

The weedkiller made by Bayer is the target of a sophisticated legal ecosystem; 'call the number on your screen now'

*By Sara Randazzo and Jacob Bunge*

Nov. 25, 2019 11:48 am ET

In late 2016, a group of plaintiffs' lawyers took the stage at the year's largest gathering of their colleagues to talk up a promising new target.

For 30 minutes, they laid out arguments linking the popular weedkiller Roundup to cancer. An arm of the World Health Organization had pegged Roundup's main chemical ingredient as a probable carcinogen the year before, and it was quickly becoming a focus of the plaintiffs' bar.

Some product-liability lawyers in the audience in Las Vegas were skeptical. Tying exposure from everyday products like Roundup to cancer often is less straightforward than linking illness to medications or medical devices, said Chase Givens, a lawyer with the Cochran Firm who attended the event. But the presenters' track records mounting complex cases got the audience's attention.

Three years later, more than 42,700 farmers, landscapers and home gardeners have sued Bayer AG, Roundup's manufacturer, claiming the company knew the herbicide posed a cancer risk but failed to warn consumers. Bayer is contesting the lawsuits and argues that scientific research and regulatory reviews, including from the Environmental Protection Agency, prove Roundup's safety.

Behind the surge in lawsuits is a little-known, sophisticated legal ecosystem that includes marketing firms that find potential clients, financiers who bankroll law firms, doctors who review medical records, scientists who analyze medical

Inside the Mass-Tort Machine That Powers Thousands of Roundup Laws...

2 of 11

Case 20-10343-LSS    Doc 1975-1    Filed 01/22/21    Page 53 of 97

literature and the lawyers who bring the cases to court.

Individual plaintiffs can become commodities that are bought and sold by marketers, with prices based on demand. The more lawsuits that get filed, the more pressure companies face to settle.

Building up thousands of cases against a single target gains momentum at conferences like the one in Las Vegas, called Mass Torts Made Perfect. The twice-yearly shindig is product-liability law's big stage, drawing more than a thousand plaintiffs' lawyers and vendors vying for their business over informational panels, cocktail hours and appearances by celebrities such as Peyton Manning and Nelly.



Florida plaintiffs' lawyer Mike Papantonio speaks about Roundup at Mass Torts Made Perfect, a conference he founded.
**PHOTO:** JOE PAULICIVIC

The real headliners are the target products. They include e-cigarettes, baby powder, firefighting foam and birth-control devices. None have sparked the same level of interest as the weedkiller.

The Roundup litigation is a <u>big threat to Bayer</u>, the 156-year-old German company that last year acquired Monsanto, Roundup's inventor and main marketer, for $63 billion. Since the deal closed, juries have awarded $2.4 billion to plaintiffs in the first three <u>Roundup cases to go to trial</u>. Bayer's shares have dropped 27% since the first verdict in August 2018. Bayer is appealing the three awards, which courts have reduced to $190.5 million. Additional trials have been delayed as the company and plaintiffs' lawyers discuss settlement.

The herbicide first caught plaintiffs' lawyers' eyes in the spring of 2015, when the International Agency for Research on Cancer, a branch of the World Health Organization, deemed Roundup's active ingredient, glyphosate, "probably carcinogenic" to humans. Bayer rejected that finding, accusing the group of cherry-picking studies and ignoring others that regulatory agencies have relied on to determine Roundup's safety.

Just days after the WHO agency published its findings, personal-injury law firm Weitz & Luxenberg PC registered the domain name www.RoundupInjuries.com. Within months, television advertisements hit the air seeking Roundup users who got cancer. Before year's end, the first lawsuits were filed.

Lawyers have clamored to sign up Roundup plaintiffs, making it the top product targeted by mass-tort lawyers and marketing companies in recent years, according to X Ante, which sells data to companies on mass-tort advertising. Between January and September, the weedkiller appeared in 654,280 broadcast and cable-TV advertisements costing an estimated $77.8 million, an X Ante analysis of Kantar Media CMAG and Media Monitors data shows. The number of advertisements is four times that of the next most-targeted product or drug for mass-tort lawsuits.

## Litigation Machine

As lawyers have increased spending on TV ads soliciting Roundup-related legal claims, the number of plaintiffs has surpassed those in other mass-tort lawsuits.



**Ad spending**

**Number of plaintiffs in Roundup litigation**

**Number of plaintiffs in selected tort cases**

| Product | Company | | | |
|---|---|---|---|---|
| Roundup (Weedkiller) | Bayer | | | |
| Essure (Birth control) | Bayer | | | |
| Xarelto (Blood thinner) | Bayer, Johnson & Johnson | | | |
| Pelvic Mesh | Johnson & Johnson | | | |
| Talcum Powder | Johnson & Johnson | | | |
| Taxotere (Cancer chemotherapy) | Sanofi | | | |
| Earplugs | 3M | | | |

Note: Data does not include advertising on local cable television channels.
Sources: X Ante utilizing Kantar CMAG data (ads); the companies (plaintiffs)

Bayer blamed lawyer advertisements for more than doubling the number of plaintiffs from July to October.

Bayer officials and industry groups say the ability of plaintiffs' lawyers to rapidly

build injury lawsuits burdens companies with costs and threatens innovation, raising the prospect that a product declared safe now could be targeted for damages years or decades later.

Personal-injury lawyers say they advocate for consumers with no other recourse against big companies—and that their sprawling system lets them compete against deep-pocketed corporations.

"We operate just like any other industry," said Mike Papantonio, a Florida plaintiffs' lawyer who founded Mass Torts Made Perfect. "One firm may be wonderful on memos, appeals and briefings, another firm is really good at trying the case."

The U.S. Chamber Institute for Legal Reform, a frequent critic of the plaintiffs' bar, estimates that in 2016 plaintiffs' lawyers collected $77 billion in fees on tort cases. Lawyers collect a percentage of settlements struck between companies and plaintiffs.

The first step is getting the word out about an allegedly harmful product, often through TV and online advertisements.

"If you or someone you love used Roundup, and were diagnosed with cancer, call the number on your screen now," says one TV spot sponsored by Guardian Legal Network. The ad touts the multimillion-dollar verdicts and urges callers to file a claim before it's too late.

Callers to Guardian, one of the largest mass-tort marketing companies, are routed to call centers around the country. There, operators run through a list of questions: Has the caller used Roundup? When, and for how long? When was the caller diagnosed with cancer, and what type?

Law firms also buy targeted online ads and create social-media pages, some of which steer users to automated chat programs that run through similar screening questions.

If hotline callers qualify as potential plaintiffs, the lead-generation companies hired by law firms send them law-firm contracts to sign and request their medical records for further screening. Other lead-generation companies working on spec

sell the leads to law firms. Brokers sometimes stand between a lead generator and a law firm.

Tennessee resident Sherry Brobeck was browsing Facebook about two years ago when an advertisement popped up, alerting non-Hodgkin lymphoma patients that lawyers were evaluating cases for potential Roundup lawsuits.

"I called them immediately," Ms. Brobeck said. Her husband, Michael, died from that cancer in early 2010, and she had searched unsuccessfully for a local lawyer to file a lawsuit. She said the family's oncologist wondered at the time of her husband's 2009 diagnosis if the cancer arose from the Roundup Mr. Brobeck bought by the case to clear weeds from land in the Appalachian foothills they converted to an RV campground.

Ms. Brobeck had struggled to repay debts racked up after her husband's uninsured cancer treatments and for a time took a second job as a grill cook. "I didn't have anything to lose," Ms. Brobeck said of her decision to call.

After giving an operator her basic information, she got a call two hours later from a lawyer at Louisiana-based law firm Pendley, Baudin & Coffin LLP. He asked about her husband's illness, she said, whether she had receipts for their Roundup purchases, and if she could send a copy of the death certificate. She did.

While Ms. Brobeck worked to pay down property liens brought on by her husband's medical bills, her lawyers contacted the St. Louis-based Onder Law Firm, a big personal-injury firm. Onder was compiling plaintiffs to sue Bayer in St. Louis Circuit Court, which has attracted thousands of other lawsuits over drugs and medical devices.

Pendley and Onder struck a deal for Ms. Brobeck's case that is typical in the personal-injury law business. Onder handles local matters such as filings and jury selection, and if the case makes it to trial, Pendley lawyers will argue it, lawyers for the firms say. If Ms. Brobeck's case settles, Pendley will receive the majority of the fees, with a smaller amount going to Onder. In November 2018, Ms. Brobeck became part of a group suing Bayer in a St. Louis court.

Lead generators can charge law firms for each signed plaintiff, or a flat monthly rate. The price of a mass-tort client, like any commodity, rises and falls depending

SHARE YOUR THOUGHTS

*What's the best way to resolve claims that a company's product is dangerous?* Join the conversation below.

on market interest.

Legal marketers say the price to acquire a signed Roundup client peaked in August and September at between $3,000 and $6,000 a plaintiff, after a report that Bayer was close to settling the litigation. Lower-value cases, by comparison, can cost $100 or less per plaintiff.

Edward Lott, president of lead-generation firm ForLawFirmsOnly Marketing, said his law-firm clients have paid around $1,350 each for "zero-risk" Roundup leads that he will replace with a new plaintiff if, for instance, their medical records don't back up the injuries they described over the phone.

"For every big mass-tort attorney out there, it's very much a science in how much they're paying per lead," said Scott Hardy, a marketer who charges law firms a flat rate of as much as $15,000 a month to sponsor case-specific pages on his website, TopClassActions.com.

Consumer Attorney Marketing Group, one of the largest lead generators, sends law-firm clients data on how many leads come a week from their TV, radio and online advertisements. Ads the company runs for hundreds of law firms send between 20,000 and 25,000 calls a month to a call center in Hermosillo, Mexico. Those who meet initial standards get a call from a CAMG employee in California, who walks them through the paperwork needed to sign with a law firm.

On a recent afternoon, CAMG's Los Angeles call center buzzed with conversations between operators and potential plaintiffs for cases related to metal hip implants, asbestos and contaminated Flint, Mich., water. Between 7,000 and 8,000 callers a month become signed clients, said company co-founder Steve Nober. The TV ads, he said, help people connect an injury or disease to its possible cause. "It's that ah-ha moment," he said.

Roundup has been one of the firm's top campaigns for years, Mr. Nober said. His data shows Roundup ads have had the most success airing during daytime reruns of programs including "The FBI Files," "M*A*S*H" and "My Wife and Kids," a time



Consumer Attorney Marketing Group signs up between 7,000 and 8,000 clients a month for law firms, says co-founder Steve Nober.

**PHOTO:** JESSICA PONS FOR THE WALL STREET JOURNAL

of day when people who have purchased garden or landscaping items are likely to be watching.

Mr. Lott and other marketers say some law firms will sign up almost anyone who says they used Roundup and got non-Hodgkin lymphoma, the primary cancer the litigation is focused on. Others want only those who used Roundup at least 30 times a year for many years, or those who used Roundup at work.

Lawyers and marketers describe the mass-torts practice like an investment portfolio: Firms take on some high-risk cases that are years from a payday but cheaper to acquire, and pricier ones that are surer bets and close to a conclusion. If done right, money will trickle in regularly as cases resolve.

Plaintiffs' law firms may spend $20 million to $30 million pursuing long-term, complex cases like Roundup, said Mr. Papantonio, the Florida lawyer who has represented plaintiffs in large cases such as the BP PLC oil-spill litigation. "You have to have a war chest so you can run as long as you want to," said Mr. Papantonio, who estimates his firm represents about 2,000 Roundup plaintiffs.

Jean McCrea called a number from a TV advertisement earlier this year that said Roundup could be linked to a cancer her husband has had since 2013, chronic lymphocytic leukemia. She had heard before that Roundup could be carcinogenic, but didn't realize CLL, a type of non-Hodgkin lymphoma, could qualify for a lawsuit.

"We've never done anything like this," the 74-year-old Arizona resident said of

## Popular Herbicide

Agricultural use of glyphosate, the key chemical in Roundup, has grown to more than 200 million pounds a year.

**Estimated use of glyphosate on crops**



Source: U.S. Geological Survey

responding to the advertisement from local law firm Goldberg & Osborne. She told the firm her husband used Roundup on a half-acre property sprinkled with fruit trees they used to live on in Madera, Calif. After a few phone calls, she was sent paperwork to sign.



Arizona law firm Goldberg & Osborne has found Roundup clients through its television advertisements.



A television advertisement seeking clients for St. Louis-based Onder Law Firm.

A lawsuit was filed on the couple's behalf in Arizona in August and sent to U.S. District Court in San Francisco, where thousands of federal-court Roundup lawsuits have been centralized.

Retired Californian Brenda Huerta didn't know lawyers had gone forward with a lawsuit in her name for months after its January 2016 filing, she said, until her sister's friend saw mention of it online.

Ms. Huerta had been in remission from cancer for about a year when a call came in

2014 from her husband's health insurer looking to recoup the more than $1 million it paid to treat her non-Hodgkin lymphoma. "We were so grateful to them, we said absolutely," the 65-year-old Ms. Huerta said.

A lawyer at the Miller Firm in Virginia told her the cancer could be tied to years of Roundup exposure. She and her husband had used it in their yard, as had sod farmers who leased their land in Tehachapi, Calif.

Companies facing such lawsuits argue the mass-tort machine encourages the proliferation of claims, which in turn pressures them to settle, even if they believe their products are safe. They say the system makes it easy for lawyers to file nearly identical complaints in rapid succession, with just a few paragraphs changed about each plaintiff, giving defendants little to go on to gauge the legitimacy of any given case.

Defense lawyers point to the Vioxx painkiller litigation, in which court documents show that nearly one-third of plaintiffs who had filed claims by the time of a $4.85 billion settlement with drugmaker Merck & Co. failed to meet the criteria necessary to collect any money.

TV lawyers who pass on clients to bigger firms "are building inventory without close scrutiny being given to the claims that they have filed, and hoping that hard work by other lawyers will lead to a mass settlement that will allow them to cash in," said Mark Behrens, a partner at Shook, Hardy & Bacon LLP who advises Bayer on mass-tort issues.

Bayer said it would like to see more transparency around who is sponsoring and funding plaintiffs' lawyer advertising.

Gary Falkowitz, whose call-center company Intake Conversion Experts has signed up 50,000 cases for lawyers since 2016, sees it differently. "Claimants will have an almost impossible job to bring these claims on their own," he said. "The more people law firms are representing, the more of a chance you can hold these companies responsible."

A rumor this summer that Bayer had made a multibillion-dollar settlement offer, said Mr. Lott, caused the marketer's phone to ring off the hook, and drove up the price brokers were charging for leads. Anticipation grew for a payout to be shared

by the advertising law firms, legal funders, trial lawyers and Roundup users.

"What they hope for is that the Monsantos of the world come in and say, here's $10 billion, spread it how you like," Mr. Lott said of the lawyers he sells leads to. "That's what they're looking for."

**Write to** Sara Randazzo at sara.randazzo@wsj.com and Jacob Bunge at jacob.bunge@wsj.com

*Appeared in the November 26, 2019, print edition as '.'*

Copyright © 2021 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

# EXHIBIT 9

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

| For Office Use Only |
| --- |
| **-FILED-** |
| File #: U200026820625 |
| Date Filed: 10/6/2020 |

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Jessica Julich, Esq.                     (212) 833-1189

**B. E-MAIL CONTACT AT FILER (optional)**
jjulich@fklaw.com

**C. SEND ACKNOWLEDGMENT TO:  (Name and Address)**

CT Fulfillment
555 Capitol Mall, Suite 1150
Sacramento, CA  95814
770606600 | |
Account 60574850

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME**: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | |
| --- | --- | --- | --- | --- |
| **1a. ORGANIZATION'S NAME** | | | | |
| Andrews & Thornton, Attorneys At Law, A Law Corporation | | | | |
| **1b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| **1c. MAILING ADDRESS** | CITY | STATE | POSTAL CODE | COUNTRY |
| 4701 Von Karman Ave., Suite 300 | Newport Beach | CA | 92660 | USA |

**2. DEBTOR'S NAME**: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | |
| --- | --- | --- | --- | --- |
| **2a. ORGANIZATION'S NAME** | | | | |
| **2b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| **2c. MAILING ADDRESS** | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| | | | | |
| --- | --- | --- | --- | --- |
| **3a. ORGANIZATION'S NAME** | | | | |
| Catalur Special Opportunities Fund I, LP | | | | |
| **3b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| **3c. MAILING ADDRESS** | CITY | STATE | POSTAL CODE | COUNTRY |
| One Grand Central Place, 60 East 42nd Street, Suite 2107 | NY | NY | 10165 | USA |

**4. COLLATERAL**: This financing statement covers the following collateral:

All of the Debtor's right, title and interest in the Net Proceeds (as defined in Exhibit I) received or to be received in connection with certain lawsuits against Boy Scouts of America and affiliated entities, as set forth in that certain Loan and Security Agreement, dated as of September 30, 2020, by and among the Secured Party, the Debtor listed in this Financing Statement, and the other debtors that are parties to such agreement (as the same may be amended from time to time, the "Loan Agreement"). Please see Exhibit I to this Financing Statement for the definition of the Net Proceeds (as it relates to this paragraph) and related terms applicable to this paragraph.

Further, all of the Net Proceeds (as defined in Exhibit II) received or to be received in connection with certain lawsuits against the manufacturers and distributors of opioids, as set forth in that certain Second Lien Security Agreement, dated as of September 30, 2020, by and among the Secured Party, the Debtor listed in this Financing Statement, and the other debtor that is a party to such agreement (as the same may be amended from time to time, the "Second Lien Security Agreement") and the agreements referred to therein. Please see Exhibit II to this Financing Statement for the definition of the Net Proceeds (as it relates to this paragraph) and related terms applicable to this paragraph.

| 5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) | ☐ being administered by a Decedent's Personal Representative |
| --- | --- |
| 6a. Check only if applicable and check only one box: | 6b. Check only if applicable and check only one box: |
| ☐ Public-Finance Transaction    ☐ Manufactured-Home Transaction    ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien    ☐ Non-UCC Filing |

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor    ☐ Consignee/Consignor    ☐ Seller/Buyer    ☐ Bailee/Bailor    ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
UCC-1 by Catalur Special Opportunities Fund I, LP on Andrews & Thornton, Attorneys At Law, A Law Corporation

UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

B0334-6563 10/06/2020 5:00 PM Received by California Secretary of State

## EXHIBIT I

"Net Proceeds" means all amounts, including amounts of Proceeds, payable to any Borrower by a Claim Owner or any other Person (as defined in the Loan Agreement) under or in connection with any Retention Agreement or otherwise in connection any Claim, including any payment for Claim-Related Expenses payable to any Borrower by a Claim Owner or any other Person. "Net Proceeds" shall also include any and all amounts received or to be received by any Borrower from any Defendant or its Affiliates (as defined in the Loan Agreement) in connection with the pursuit by any Borrower of any Claim, whether or not such amount was paid or received for or on behalf of a Claim Owner, and including if such amount was paid or received in connection with a lawsuit or bankruptcy or other legal proceedings that is similar to, or pertains to the general subject matter of, any Claim (even if not itself a Claim), including any amounts received by Borrower as a "common benefit". For the avoidance of doubt, Net Proceeds shall not include (and shall be net of) any portion thereof that may be payable to any Claim Owner or any Referral Firm.

"Proceeds" means any and all gross, pre-Tax monetary recovery or the value of any other consideration received, or to be received, directly or indirectly, by or on behalf of a Claim Owner, any of its Affiliates, related Persons, agents, estate, heirs, trustees, representatives, or any of their respective successors or assigns in connection with activities covered by each Retention Agreement with each respective Claim Owner, including directly or indirectly from the Defendants, other entities contributing to a settlement, or the Claims, as a direct or indirect result of, part of, in connection with, relating to, or arising from, (a) awards, (b) damages, (c) monies, (d) lump-sum payments, (e) up-front payments, (f) settlement amounts, (g) distribution or delivery of property, (h) cash value of equities, (i) judgments and orders, (j) settlements or any other form of resolution (reached before and after the initiation of litigation, arbitration, mediation, a complaint, or bankruptcy proceeding), (k) injunctions, (l) sales, (m) contracts or licenses, (n) expense reimbursements and attorneys' fees (including Claim-Related Expenses), (o) awards of sanctions (as permitted by applicable Law (as defined in the Loan Agreement)), (p) voluntary dismissals, (q) other cash and non-cash amounts paid, received, or to be received by (which shall include amounts being set off against or otherwise reducing any obligation of a Claim Owner or any of its Affiliates or any of their successors or assigns), transferred, owed, or inuring, directly or indirectly, to a Claim Owner or any of its Affiliates, related Persons, agents, estate, heirs, trustees, representatives, or any of their respective successors or assigns, (r) interest received in connection therewith agreed in a settlement or awarded in a judgment, and (s) value, distribution, income, or assets from any Claim Owner owed or otherwise payable to a Claim Owner under each Retention Agreement. For the avoidance of doubt, Proceeds shall be determined prior to deducting (and shall be gross of) any portion thereof that may be payable to any Claim Owner or any Referral Firm.

"Claim" or "Claims" means the meritorious lawsuits, bankruptcy claims and other bankruptcy proceedings, or other legal proceedings by Claim Owners against Boy Scouts of America and/or any other Defendant, including those contemplated by the Retention Agreements, and all New Claims, and all efforts or actions by any Borrower on behalf of a Claim Owner or its Affiliates to pursue legal claims in litigation or arbitration, including threatened or actual legal claims, actions, suits, causes of action, or proceedings before any arbitration panel, tribunal or any supranational, national, state, municipal, or local entity or governmental authority, whether located within or outside the United States.

"Claim Owner" means a client of any Borrower and such client's Affiliates that are parties to a Claim, including as set forth on Exhibit B (A&T/ASK Claims) and / or Exhibit E (Slater Claims) to the Loan Agreement and including a client and such client's Affiliates with respect to a New Claim. The definition of Claim Owner includes any additional or successor Person that is subject to any Retention Agreement or from which any Borrower is entitled to receive Proceeds, either directly or indirectly through another law firm with which such Borrower has an agreement related to such Person's Claim.

"Claim-Related Expenses" means costs and expenses incurred by any Borrower related to the Claims,

including fees, costs and expenses of outside counsel and any other costs and expenses, including those to be reimbursed to any Borrower under the Retention Agreements. For the avoidance of doubt, the following items incurred prior to the date hereof are deemed to be Claim-Related Expenses and may be reimbursed accordingly: (a) with respect to the Slater Advance: (i) up to $750,000 in salary expenses; (ii) up to $100,000 in rental expenses; and (iii) up to $1,200,000 in marketing, advertising and case related acquisition expenses, and (b) with respect to the A&T/ASK Advance: (i) up to $200,000 in salary expenses; (ii) up to $50,000 in rental expenses; and (iii) up to $1,200,000 in marketing, advertising and case related acquisition expenses.

"New Claim" means a meritorious lawsuit, bankruptcy claim or other bankruptcy proceeding, or other legal proceeding by a new client of any Borrower (which client shall be deemed a Claim Owner hereunder with respect to such New Claim) in connection with the same general subject matter of the Claims, and with respect to which such Borrower (alone or together with the other Borrower) enters into a retention agreement whereby such Borrower (or multiple borrowers) will conduct legal proceedings in relation thereto on behalf of such Claim Owners in return for a share in any recovery in such proceedings.

"Defendants" means, individually and collectively, the defendants named in each Claim, as set forth on Exhibit B (A&T/ASK Claims) and / or Exhibit E (Slater Claims) to the Loan Agreement and in each New Claim, including Boy Scouts of America, any affiliated debtor or non-debtor entity, local councils, any trust or other entity set up in connection with bankruptcy proceedings (including after the completion of such proceedings), and all of their respective predecessors, successors, subsidiaries, joint ventures, partnerships, Affiliates, insurers, assigns, and all additional persons against whom (i) legal claims or lawsuits are threatened, alleged, or asserted by any Borrower on behalf of any Claim Owner, or from whom any Borrower receives on behalf of any Claim Owner, directly or indirectly, Proceeds or (ii) against whom any portion of the proceeds of any Advance (as defined in the Loan Agreement) is used. The fact that a legal name has not been included under Exhibit B (A&T/ASK Claims) and / or Exhibit E (Slater Claims) to the Loan Agreement shall not exclude a Person from being a Defendant under this Agreement.

"Referral Firm" means a lawyer or law firm that is not a Borrower, that referred a Claim Owner to any Borrower and is entitled to any share of Proceeds, Net Proceeds or other compensation under a Retention Agreement or other agreement.

"Retention Agreements" means the retention agreements each Borrower has (or multiple Borrowers have) entered into with the Claim Owners that are its (or their) clients in respect of each of their respective Claims, whereby such Borrower(s) will conduct legal proceedings in relation to such Claims on behalf of such Claim Owners in return for a share of 33.33%-40% in any recovery in such proceedings. Upon the entering into a retention agreement with respect to a New Claim, such retention agreement shall also be deemed a Retention Agreement hereunder.

"A&T/ASK Advance" means an advance under the Loan Agreement in the amount set forth in the Loan Agreement.

"Slater Advance" means an advance under the Loan Agreement in the amount set forth in the Loan Agreement.

B0334-6565 10/06/2020 5:00 PM Received by California Secretary of State

## EXHIBIT II

"Net Proceeds" means all Proceeds remaining after deduction of Claim Owner's share thereof (but not, for the avoidance of doubt, any Claim Owner's share that is payable to any Borrower or any other Person (as defined in that certain Loan and Security Agreement, dated as of January 29, 2020, by and among the Secured Party, the Debtor listed in the Financing Statement to which this Exhibit II is attached, and the other debtor that is a party to such agreement (as the same may be amended from time to time, the "January Loan Agreement")) for costs and expenses, including Taxes (as defined in the January Loan Agreement) and penalties), and any prior counsel and co-counsel (which is not a Borrower (as defined in the January Loan Agreement)) fees pursuant to the Retention Agreement for each respective Claim. "Net Proceeds" shall also include any and all amounts received or to be received by any Borrower from any Defendant or its Affiliates (as defined in the January Loan Agreement) in connection with the pursuit by any Borrower of any Claim, whether or not such amount was paid or received for or on behalf of a Claim Owner, and including if such amount was paid or received in connection with a lawsuit or other legal proceedings that is similar to, or pertains to the general subject matter of, any Claim (even if not itself a Claim).

"Proceeds" means any and all gross, pre-Tax monetary recovery or the value of any other consideration received, or to be received, directly or indirectly, by or on behalf of a Claim Owner, any of its Affiliates, related Persons, agents, estate, heirs, trustees, representatives, or any of their respective successors or assigns in connection with activities covered by each Retention Agreement with each respective Claim Owner, including directly or indirectly from the Defendants or the Claims, as a direct or indirect result of, part of, in connection with, relating to, or arising from, (a) awards, (b) damages, (c) monies, (d) lump-sum payments, (e) up-front payments, (f) settlement amounts, (g) distribution or delivery of property, (h) cash value of equities, (i) judgments and orders, (j) settlements or any other form of resolution (reached before and after the initiation of litigation, arbitration, mediation, or a complaint), (k) injunctions, (l) sales, (m) contracts or licenses, (n) expense reimbursements and attorneys' fees, (o) awards of sanctions (as permitted by applicable Law (as defined in the January Loan Agreement)), (p) voluntary dismissals, (q) other cash and non-cash amounts paid, received, or to be received by (which shall include amounts being set off against or otherwise reducing any obligation of a Claim Owner or any of its Affiliates or any of their successors or assigns), transferred, owed, or inuring, directly or indirectly, to a Claim Owner or any of its Affiliates, related Persons, agents, estate, heirs, trustees, representatives, or any of their respective successors or assigns, (r) interest received in connection therewith agreed in a settlement or awarded in a judgment, and (s) value, distribution, income, or assets from any Claim Owner owed or otherwise payable to a Claim Owner under each Retention Agreement. For the avoidance of doubt, Proceeds shall be determined prior to deducting (and shall be gross of) any portion thereof that may be payable to any Claim Owner or any prior counsel or co-counsel.

"Claim" or "Claims" means the meritorious lawsuits or other legal proceedings by Claim Owners against the manufacturers and distributors of opioids in the United States, including in bankruptcy proceedings, and including those contemplated by the Retention Agreements, and all New Claims, and all efforts or actions by any Borrower on behalf of a Claim Owner or its Affiliates to pursue legal claims in litigation or arbitration, including threatened or actual legal claims, actions, suits, causes of action, or proceedings before any arbitration panel, tribunal or any supranational, national, state, municipal, or local entity or governmental authority, whether located within or outside the United States. The definition of Claims does not include claims filed against Insys.

"Claim Owner" means a client of any Borrower and such client's Affiliates that are parties to a Claim, including as set forth on Exhibit A to the January Loan Agreement and including a client and such client's Affiliates with respect to a New Claim. The definition of Claim Owner includes any additional or successor Person that is subject to any Retention Agreement or from which any Borrower is entitled to receive Proceeds, either directly or indirectly through another law firm, with which such Borrower has an agreement related to such Person's Claim. The definition of Claim Owner does not include governmental

entities.

"New Claim" means a meritorious lawsuit or other legal proceedings by a new client of any Borrower (which client shall be deemed a Claim Owner hereunder with respect to such New Claim) in connection with the same general subject matter of the Claims, and with respect to which such Borrower (alone or together with the other Borrower) enters into a retention agreement whereby such Borrower (or Both borrowers) will conduct legal proceedings in relation thereto on behalf of such Claim Owners in return for a share in any recovery in such proceedings.

"Defendants" means, individually and collectively, the defendants named in each Claim, as set forth on Exhibit A to the January Loan Agreement and in each New Claim, and all of their respective predecessors, successors, subsidiaries, joint ventures, partnerships, Affiliates, assigns, and all additional persons against whom (i) legal claims or lawsuits are threatened, alleged, or asserted by any Borrower on behalf of any Claim Owner, or from whom any Borrower receives on behalf of any Claim Owner, directly or indirectly, Proceeds or (ii) against whom any portion of the proceeds of the Advances is used. The fact that a legal name has not been included under Exhibit A to the January Loan Agreement shall not exclude a Person from being a Defendant under this Agreement.

"Retention Agreements" means the retention agreements each Borrower has (or both Borrowers have) entered into with the Claim Owners that are its (or both Borrowers') clients in respect of each of their respective Claims, whereby each Borrower (or both Borrowers) will conduct legal proceedings in relation to such Claims on behalf of such Claim Owners in return for a share of 30-40% in any recovery in such proceedings. Upon the entering into a retention agreement with respect to a New Claim, such retention agreement shall also be deemed a Retention Agreement hereunder.

B0334-6567 10/06/2020 5:00 PM Received by California Secretary of State

# EXHIBIT 10

# Legal-Bay Lawsuit Funding Announces Focus on Assisting Victims of Boy Scout Sexual Abuse Cases

Leading pre settlement firm one of few companies still funding despite BSA's bankruptcy filing.



NEWS PROVIDED BY
**Legal-Bay, LLC →**
Jun 29, 2020, 07:00 ET

WASHINGTON, June 29, 2020 /PRNewswire/ -- Legal-Bay LLC, the Lawsuit Pre-Settlement Funding Company, announced their commitment to assisting victims of childhood sexual abuse. The Boy Scouts of America filed for Chapter 11 bankruptcy in February, and plaintiffs believe the move was made to avoid paying the 275 cases already ruled upon, and the more than 1400 cases still waiting to be decided.

Statute-of-limitation extensions in states like NJ, NY, PA, and CA have created an influx of new filings, but have also made negotiations regarding settlements and ultimately settlement values or amounts more difficult to evaluate. The BSA has already paid over $150 million in settlements since 2017, and future settlement amounts will be determined based on the organization's total assets and the amount of debt they hold. The non-profit's viability post-payout will also be a consideration.

Chris Janish, CEO, commented on the situation, "Legal-Bay has been a leader in funding sexual

abuse lawsuits, however there remains uncertainty on exactly how the Boy Scouts Bankruptcy case will unfold.  Nonetheless, we remain one of few companies who are still actively funding the Boy Scout claims."

**To apply for funding right now, visit the company's website by clicking HERE.**

Legal-Bay has funded many BSA cases throughout the country, as well as sexual assault and/or harassment in the workplace, commercial litigation cases, racial discrimination cases, police brutality lawsuits, slip and fall, personal injury, car and truck accident cases, and many more. Legal-Bay's fast-track approval process can have you approved in one day, and funding within 48 hours of your initial application.

**If you or a loved one require an immediate cash advance, please visit the company's website <u>HERE</u> or call 877.571.0405 where agents are standing by to hear about your specific case.**

Legal-Bay's programs are non-recourse lawsuit cash advances, also known as case funding, which means no risk, as you only repay the settlement advance if you win your case. Many clients refer to funding as a law suit loan, lawsuit loan, lawsuit loans, pre-settlement loans, settlement loans, or settlement loan – however they are not deemed as loans because if plaintiff loses their case then they don't need to pay back.

Contact:    **Chris Janish, CEO**
             **Email:  info@Legal-Bay.com**
             **Ph.: 877.571.0405**

SOURCE Legal-Bay, LLC

# EXHIBIT 11

| Home | About Us | Pre-Settlement Funding Process | FAQs | For Attorneys | Blog | Contact Us |

Call to Speak with a Live Agent

🔍 Search    ✉ info@legal-bay.com    📱 **(877) 571-0405**

| Home | About Us | Pre-Settlement Funding Process | FAQs | For Attorneys | Blog | Contact Us |

# FAQs

Home / FAQs

Excellent

Based on 121 reviews

★ Trustpilot

**+  Am I eligible for your services based on my specific case?**

**+  Do you fund Workers Compensation Claims?**

**—  Is the advance a Loan in which I must eventually pay back?**

The " non-recourse advance" is NOT a loan, it is only required to be paid back if your case is successful. Therefore, lawsuitssettlementfunding.com (via our agents), takes an equity partnership stake in your case, which will only be rewarded when you are.

**+  What actual out of pocket or monthly expenses are due from me?**

**+  How does the process work and how long does it take?**

Translate »



https://lawsuitssettlementfunding.com/faq.php#1487467133208-44e2f546-70ff

**Home  About Us  Pre-Settlement Funding Process  FAQs  For Attorneys  Blog  Contact Us**

+  **How expensive or costly is this to me?**

+  **What is the minimum/maximum advance that I can take?**

+  **Do you offer or have the ability to make legal decisions involving my case?**

+  **Are all of my records kept confidential?**

+  **Are there any specific restrictions on what I can use the money for?**

+  **Can I receive additional money even if I have already received an advance?**

+  **Does my attorney need to be involved?**

+  **Do I need approval from my attorney in order to take an advance?**

+  **How do I begin the process of "advance funding" from my case?**

**Translate »**

Home    About Us    Pre-Settlement Funding Process    **FAQs**    For Attorneys    Blog    Contact Us

## Start your Free Case Evaluation Rig

Our friendly sales agents are standing by right now to answer any of your fu

Feel free to call our toll free hotline at: 📞 **877.571.**

Or simply hit the application button to start the process on your own and a sales agen

### FIRST TIME APPLICANTS CALL:
📞 **877.571.0405**

(THIS PHONE NUMBER IS FOR
FIRST TIME APPLICANTS ONLY)

### EXISTING CLIENTS CALL:
📞 **973.857.1000**

(THIS PHONE NUMBER IS FOR
EXISTING CLIENTS & EXECUTIVE OFFICES)

## Corporate Office Address

Legal Bay Lawsuit Funding

60 Roseland Ave.

Suite 101

Caldwell, NJ, 07006

### Excellent



Based on 121 reviews



## Contact Us:

P: (877) 571-0405 (NEW
APPLICATIONS ONLY)

P: (973) 857-1000 (Executive Offices /
Existing Clients)

F: (866) 697-8838

E: info@legal-bay.com

### Follow Us:

 

## Site Navigation:

›  Home

›  About Us

›  Pre-Settlement Funding
   Process

›  FAQs

›  For Attorneys

›  Blog

›  Contact Us

© 2020 Legal-Bay LLC. All rights reserved | Privacy Policy | Disclaimer | Sitemap

**LEGAL BAY** Lawsuit Funding

Translate »



# EXHIBIT 12

**The New York Times** | https://nyti.ms/2GmXBKh

# *How the Finance Industry Is Trying to Cash In on #MeToo*

By [Matthew Goldstein](#) and [Jessica Silver-Greenberg](#)

Jan. 28, 2018

Accusations of sexual harassment have felled dozens of executives, but in one quiet corner of the financial world, the #MeToo movement looks like a golden opportunity.

Companies that offer money to plaintiffs in anticipation of future legal settlements are racing to capitalize on sexual harassment lawsuits.

That is setting off alarms in some quarters because the industry, like payday lenders, has a history of providing cash at exorbitant interest rates to customers who need the money for living and sometimes medical expenses.

The largely unregulated companies have operated with less public scrutiny than the rest of the litigation finance industry, which provides money to law firms to fund commercial lawsuits.

Historically, settlement-advance businesses have targeted personal injury and medical malpractice plaintiffs, many of them referred by their lawyers. But in recent months, lawyers say, more pitches are directed at women with sexual harassment claims.

For example, days after news broke of the Hollywood mogul Harvey Weinstein's history of sexual harassment, LawCash, a settlement-advance company, was trying to cash in. "Sexual abuse is a crime #HarveyWeinstein," read a LawCash tweet. The Brooklyn company offered cash upfront to sexual abuse plaintiffs "if you or someone you know is in need of financial help."

The settlement-advance firms get paid back only if a plaintiff collects money from a lawsuit. They make money by charging interest rates as high as 100 percent, which they are able to do because technically the money is considered an advance — not a loan — and therefore is not subject to state usury laws.

Consumer groups call the industry predatory. The companies counter that they are providing a vital service to people without other options.

Legal and business experts said there are scores of firms providing advances to tens of thousands of plaintiffs each year. The largest firms make cash advances totaling up to $40 million a year, according to an unpublished 2014 report by Diligence, a business intelligence firm.

Legal Bay of Fairfield, N.J., is one of the settlement-advance firms trawling for sexual harassment clients.

In one October news release, Christopher R. Janish, its chief executive, said he had "set aside a large portion of their presettlement cash advance funding specifically for plaintiffs of sexual harassment cases." The next month, the firm trumpeted its "special focus for victims of unwanted sexual advances."

Mr. Janish said he did not know if the pitches had landed any clients. "It just really is more of a public

awareness and branding thing," he said.

The firms advertise on television and include hot-button search terms on their websites to lure traffic. That was how Heather Rothermund of Redding, Calif., learned of Nova Legal Funding in Los Angeles last summer. She had sued her employer, an adult care facility, for failing to discipline a co-worker who she said had groped her breasts and forced his hands down her jeans. Along with a state civil rights agency, she sought $250,000 in damages. The facility's owner did not respond to a request for comment.

---

**COOKING:** *Daily inspiration, delicious recipes and other updates from Sam Sifton and NYT Cooking.*    **Sign Up**

---

Ms. Rothermund, 41, said the alleged assault left her with bills for therapy and anxiety medications that she couldn't afford. Her car was about to be repossessed when she came across Nova's online advertisement. The company advanced her $2,000 against an anticipated future legal settlement, she said.

The money got her out of a financial hole and helped her avoid having to accept a lowball settlement offer. She said that if the case settled within the year she might owe $4,000 — double what she borrowed. If the case drags on, she will owe more.

"It is expensive, but it does help and it is available," Ms. Rothermund said.



Ms. Rothermund at home in Redding, Calif. The advance gave her the financial means to wait for an acceptable settlement offer, she said.  Talia Herman for The New York Times

For the past two decades, settlement-advance companies have been chasing the hottest — and most lucrative — trends in litigation. They have provided advances to victims of surgical vaginal mesh

products; those suffering from ailments related to the Sept. 11, 2001, terror attacks; and former National Football League players with brain injuries.

**Business & Economy**

**Latest Updates ›**

Updated 2 hours ago

- Experts see 'a sea change' as regulators consider the risks of climate change.

- Google is shuttering Loon, its hot-air balloon cell service project.

- The Bond film 'No Time to Die' is delayed again as the virus stymies Hollywood.

"There are some companies that are trying to ride that 'me too' thing, and we are not doing that," said T. Thomas Colwell, chief executive of TriMark Legal Funding in Oregon. "That is just opportunistic."

Mr. Colwell said his firm had been providing cash advances to women with sexual harassment claims for 15 years. He said many clients worked in less glamorous industries than Hollywood and needed money to cover basic living expenses.

Only a handful of states regulate or license the settlement-advance firms, and little more than a website is necessary to get into the business.

Mr. Janish formed Legal Bay in 2014, a few years after getting out of state prison in New York for orchestrating a $13 million stock manipulation scheme.

Legal Bay's promotional materials don't mention Mr. Janish's past. He said his legal history wasn't relevant to customers. "My only obligation is to disclose to them the terms of the money they seek," he said.

Last year, the Consumer Financial Protection Bureau and the New York attorney general sued R. D. Legal, claiming the New Jersey firm took advantage of former N.F.L. players who expected to receive money in the league's landmark concussion settlement. The authorities claimed that R. D. Legal had tricked the players "into costly advances on settlement payouts."

Just last week, Colorado's attorney general announced a $2 million settlement with LawCash and another settlement-advance firm, Oasis Financial, saying they charged personal injury plaintiffs "predatory interest rates."

The industry says it charges high fees to compensate for the risk of not being repaid.

But the industry's lucrative model has attracted mainstream financial institutions. The D. E. Shaw hedge fund, the private equity firms Parthenon Capital and Victory Park Capital, and Germany's DZ Bank have either bought stakes in or lent money to settlement-advance firms. D. E. Shaw has sold its stake in Oasis Financial.

In addition to providing cash upfront to sexual harassment plaintiffs, some firms are pursuing the more traditional form of litigation finance, providing money to law firms in exchange for a cut of potential settlements.

Nova — the same company that advanced money to Ms. Rothermund — plans to announce that it will provide financing for lawyers pursuing Hollywood sexual harassment cases.

"We're trying to level the playing field in cases against big Hollywood players," said Ron Sinai, Nova's founder.

And Legalist, a San Francisco litigation finance start-up, said that a Weinstein-related marketing pitch had attracted new clients, and that the company was now bankrolling three lawsuits against alleged sexual abusers.

The practices used by the settlement-advance industry have proved particularly controversial, uniting consumer groups and big business in opposition. Consumer activists argue that recipients don't understand how quickly the costs accumulate. Business groups, including the U.S. Chamber of Commerce, argue that cash advances artificially drive up litigation costs.

"I would never recommend an individual finance his or her recovery," said Robert Kraus, a New York employment lawyer. "It is inconsistent for a lawyer, if he believes in a client's case, to recommend that he or she should limit their recovery."

Some of the larger settlement-advance firms use lawyers to drum up business. The firms recruit lawyers in much the same way that pharmaceutical companies woo doctors: with perks such as holiday gift baskets and invitations to year-end parties.

At Oasis, one of the industry's biggest players, employees who got a lawyer to send at least three clients in a year were celebrated as "hunters," according to court documents in an employment dispute.

Oasis, which spends millions of dollars each year on TV advertising, said it had provided funds to 200,000 customers since it opened in 2003.

Michael Gibson, a former case manager at Oasis, said he had worked on up to 70 cases a day. The typical customer, he said, borrowed less than $2,000 but paid a fee that was the equivalent of an 80 percent annual interest rate.

"My personal opinion is that legal financings are predatory loans," Mr. Gibson said.

Some customers say the cost is worth it.

Nickie Burdick, 28, had been unable to work for two years after she was injured in a car accident. Ms. Burdick, of Batavia, N.Y., said her attorney had suggested she take out a loan against a potential settlement in her case.

She knew the rates were steep, but she didn't see another viable option, she said. She recently has been borrowing $2,000 a month from Oasis, accruing $220 in fees each time.

"It was either that or I lose my house and be homeless," she said.

# EXHIBIT 13



**Please support local journalism. Subscribe today »**

Advertisement

**Business**

# Ex-broker sentenced to prison for fraud

Updated Apr 02, 2019; Posted Jul 23, 2008



**Please support local journalism you can rely on.**

By **Greg S. Saitz**

A North Caldwell man who admitted running an investment scheme that defrauded at least $13 million from investors was sentenced yesterday to between four and 12 years in prison.

New York State Justice Arlene Goldberg also ordered Christopher Janish to pay $5.1 million in restitution, said Tracy Golden, a spokeswoman for Manhattan District Attorney Robert Morgenthau. He already has paid $707,188.

Janish, 37, was among eight stock brokers indicted in August 2006 on charges they pushed artificially inflated shares of a penny stock run by Janish's uncle on unsuspecting investors. The indictment alleged the brokers used high-pressure tactics and lies to sell millions of shares of Stratus Services Group, a Shrewsbury company run by Joseph Raymond.
Between April 2000 and October 2005, prosecutors said the brokers defrauded hundreds of customers while working at three Manhattan brokerage firms -- Hornblower & Weeks, Delta Asset Management and Essex & York. The district attorney's office portrayed Janish as the leader of the scam, in which the brokers obtained shares of Stratus at low prices, bid up the stock price, then unloaded the inflated stock by cold calling investors across the country.

Advertisement

The group sold more than $27 million of Stratus shares, authorities said.

Janish has been detained for much of the time since his arrest. He pleaded guilty to enterprise corruption, securities fraud, grand larceny and perjury in April.

His attorney could not be reached for comment yesterday.

Others indicted with Janish either await sentencing or continue to fight the charges. Robert Shoblock, a former Princeton Borough police officer, is scheduled to be sentenced next month.

Charges remain pending against another co-defendant, Joseph Barile, 38, of Long Branch, who attended West Essex High School with Janish.

Note to readers: if you purchase something through one of our affiliate links we may earn a commission.

# Around the web



Registration on or use of this site constitutes acceptance of our <u>User Agreement</u>, <u>Privacy Policy and Cookie Statement</u>, and <u>Your California Privacy Rights</u> (each updated 1/1/21).

<u>**Cookies Settings**</u>

© 2021 Advance Local Media LLC. All rights reserved (<u>About Us</u>).
The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Advance Local.

<u>Community Rules</u> apply to all content you upload or otherwise submit to this site.

<u>Ad Choices</u>

# EXHIBIT 14

# "Boy Scout Lives Matter," Says Legal-Bay Lawsuit Funding, as they Near 100K Sex Abuse Claims Filed Via Bankruptcy Process

Pre Settlement Funding Company is appalled at the number of abused children by one organization with little repercussion to the perpetrators. The company continues funding limited BSA cases, as the process is expected to take many years to resolve.



NEWS PROVIDED BY
**Legal-Bay, LLC →**
Nov 24, 2020, 07:05 ET

WASHINGTON, Nov. 24, 2020 /PRNewswire/ -- Legal-Bay, The Pre-Settlement Funding Company, announced today that while they are still funding a limited number of Boy Scouts of America Cases, they are appalled at the final tally of over 92K claims of sexual abuse and harassment already filed. Legal-Bay's last estimate of cases filed over the summer was around 25K, however, with a deadline of November 16 to submit all claims, that number has soared. Unfortunately, the high number of claims is putting a major strain on the settlement amounts awarded to plaintiffs at the culmination of their trials.

While the country's focus throughout much of 2020 was on Black Lives Matter protests and Donald Trump campaign rallies occurring amidst a worldwide pandemic, it was easy to ignore an equally significant epidemic unfolding throughout our country: The sexual abuse of our nation's children. Between a presidential election, escalating racial unrest, and COVID, the

country's priorities have shifted away from these kids over the course of this tumultuous year.

Legal-Bay has never wavered in its dedication to children's causes. They've been supporting victims of childhood sexual abuse for years; it's an issue that has affected thousands of innocent children within organizations such as the Boy Scouts of America, the Catholic Church, or state-run group homes.

Chris Janish, CEO of Legal-Bay commented, "Shame on America for turning their backs on the systemic sex abuse problem we have in this country in regards to children.  Whether it be the Sandusky case at Penn State, the Larry Nassar assaults on our Olympic athletes, or the numerous BSA and Catholic Church abuse cases, these situations are horrific in nature and have caused life-long mental and emotional harm to almost every single victim. Our hearts go out to the survivors, and we hope that they'll see ample compensation along with more effective measures put in place to ensure that children are better protected in the future."

**If you are involved in a sex abuse case of any nature and wish to get a loan for settlement funding, or you'd like a free case evaluation on the potential settlement amount of your lawsuit, feel free to visit Legal-Bay HERE or call: 877.571.0405 where agents are standing by 24/7 to answer your questions.**

Due to the sheer number of claims being filed via bankruptcy courts, Legal-Bay predicts that the BSA cases and ultimate payments to victims could drag on for three years or longer. And due to BSA's limited assets and bankruptcy filings, plaintiffs may not see high settlement amounts or values. Cases will most likely be batched in tiers of categories ranging from the most severe to the least.  However, certain Catholic dioceses that have substantial assets and fewer cases could see settlement values north of $1 million, even for individual lawsuits. Legal-Bay is constantly updating its underwriting criteria as the landscape changes with each new case and jurisdiction.

Legal-Bay remains committed to helping victims of sex abuse or sexual harassment by providing instant pre-settlement funding capital to pay bills as they wait out their court cases to settle. The company is also very active in funding all types of personal injury and accident cases, including car, boat, or truck accidents, as well as wrongful termination, workplace discrimination, wrongful conviction or imprisonment, police brutality, medical malpractice,

commercial litigation, and more.

**If you have been or know a victim of any type of sexual abuse, assault, or harassment and need an immediate cash advance lawsuit loan, please visit Legal-Bay HERE or call toll-free at 877.571.0405.**

Aside from sexual abuse loans for settlements, Legal-Bay also provides pre settlement funding for all types of cases including personal injury, car accident, medical malpractice, judgment on appeal, commercial litigation, and more. Their loans for lawsuits have helped numerous plaintiffs through many a financial crisis.

Legal-Bay's loan settlement programs provide immediate cash in advance of a plaintiff's anticipated monetary award. The non-recourse case funding—sometimes referred to as loans for lawsuit or loans on settlement—are risk-free, as the money doesn't need to be repaid should the recipient lose their case. Therefore, the lawsuit loans aren't really loans, but rather a cash advance.

To apply now, please visit us **HERE** or call toll-free at: **877.571.0405** where agents are standing by.

Contact:    **Chris Janish, CEO**
            **Email:  info@Legal-Bay.com**
            **Ph.: 877.571.0405**
            **Website: www.Legal-Bay.com**

SOURCE Legal-Bay, LLC

Related Links

http://www.Legal-Bay.com

# EXHIBIT 15

# New York State Department of State
## Uniform Commercial Code
### Filing Data Report

Please note that this record report has been generated by an independent searcher, using the Department of State's Uniform Commercial Code On-Line Database. This report lists filing records on file as of January 04, 2021, 11:59 PM. However, the information contained in this report is NOT an official record of the Department of State and may contain filings filed after this date.

| 1. Debtors: | SLATER SLATER SCHULMAN LLP | 445 BROAD HOLLOW ROAD, STE 419, MELVILLE, NY 11747, USA |
|---|---|---|
| Secured Party Names: | CATALUR SPECIAL OPPORTUNITIES FUND I, LP | ONE GRAND CENTRAL PLACE, 60 EAST 42ND STREET, SUITE 2107, NEW YORK, NY 10165, USA |

| File no. | File Date | Lapse Date | Filing Type | Pages | Image |
|---|---|---|---|---|---|
| 202010070392375 | 10/07/2020 | 10/07/2025 | Financing Statement | 3 | NA * |

Back

* Images marked NA are not available on this webpage.
[ Division of Corporations, State Records and UCC Home Page ] [ NYS Department of State Home Page ]

# EXHIBIT 16

The Securities and Exchange Commission has not necessarily reviewed the information in this filing and has not determined if it is accurate and complete.
The reader should not assume that the information is accurate and complete.

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549
**FORM D**

**Notice of Exempt Offering of Securities**

| OMB APPROVAL | |
| --- | --- |
| OMB Number: | 3235-0076 |
| Estimated average burden hours per response: | 4.00 |

---

## 1. Issuer's Identity

CIK (Filer ID Number)    Previous Names    [X] None      Entity Type

0001829275

Name of Issuer
Catalur Special Opportunities Fund I, LP

Jurisdiction of Incorporation/Organization
DELAWARE

- [ ] Corporation
- [X] Limited Partnership
- [ ] Limited Liability Company
- [ ] General Partnership
- [ ] Business Trust
- [ ] Other (Specify)

Year of Incorporation/Organization

- [ ] Over Five Years Ago
- [X] Within Last Five Years (Specify Year) 2020
- [ ] Yet to Be Formed

---

## 2. Principal Place of Business and Contact Information

Name of Issuer
Catalur Special Opportunities Fund I, LP

| Street Address 1 | Street Address 2 |
| --- | --- |
| One Grand Central Place | 60 East 42nd Street, Suite 2107 |

| City | State/Province/Country | ZIP/PostalCode | Phone Number of Issuer |
| --- | --- | --- | --- |
| New York | NEW YORK | 10165 | 732-546-0353 |

---

## 3. Related Persons

| Last Name | First Name | Middle Name |
| --- | --- | --- |
| Catalur GP, LLC | n/a | |

| Street Address 1 | Street Address 2 |
| --- | --- |
| One Grand Central Place | 60 East 42nd Street, Suite 2107 |

| City | State/Province/Country | ZIP/PostalCode |
| --- | --- | --- |
| New York | NEW YORK | 10165 |

Relationship: [ ] Executive Officer   [ ] Director   [X] Promoter

Clarification of Response (if Necessary):

General Partner

| Last Name | First Name | Middle Name |
| --- | --- | --- |

| Catalur Capital Management, LP | n/a | |
|---|---|---|
| Street Address 1 | Street Address 2 | |
| One Grand Central Place | 60 East 42nd Street, Suite 2107 | |
| City | State/Province/Country | ZIP/PostalCode |
| New York | NEW YORK | 10165 |

Relationship: [X] Executive Officer   [ ] Director   [ ] Promoter

Clarification of Response (if Necessary):

Investment Manager

---

| Last Name | First Name | Middle Name |
|---|---|---|
| Tiomkin | David | |
| Street Address 1 | Street Address 2 | |
| One Grand Central Place | 60 East 42nd Street, Suite 2107 | |
| City | State/Province/Country | ZIP/PostalCode |
| New York | NEW YORK | 10165 |

Relationship: [X] Executive Officer   [ ] Director   [ ] Promoter

Clarification of Response (if Necessary):

---

| Last Name | First Name | Middle Name |
|---|---|---|
| Filipov | Sergei | |
| Street Address 1 | Street Address 2 | |
| One Grand Central Place | 60 East 42nd Street, Suite 2107 | |
| City | State/Province/Country | ZIP/PostalCode |
| New York | NEW YORK | 10165 |

Relationship: [X] Executive Officer   [ ] Director   [ ] Promoter

Clarification of Response (if Necessary):

---

| Last Name | First Name | Middle Name |
|---|---|---|
| McCaw | Brennan | |
| Street Address 1 | Street Address 2 | |
| One Grand Central Place | 60 East 42nd Street, Suite 2107 | |
| City | State/Province/Country | ZIP/PostalCode |
| New York | NEW YORK | 10165 |

Relationship: [X] Executive Officer   [ ] Director   [ ] Promoter

Clarification of Response (if Necessary):

---

## 4. Industry Group

[ ] Agriculture

Banking & Financial Services
- [ ] Commercial Banking
- [ ] Insurance
- [ ] Investing
- [ ] Investment Banking

Health Care
- [ ] Biotechnology
- [ ] Health Insurance
- [ ] Hospitals & Physicians
- [ ] Pharmaceuticals

[ ] Retailing

[ ] Restaurants

Technology
- [ ] Computers
- [ ] Telecommunications

[X] Pooled Investment Fund

   [X] Hedge Fund

   [ ] Private Equity Fund

   [ ] Venture Capital Fund

   [ ] Other Investment Fund

   Is the issuer registered as
   an investment company under
   the Investment Company
   Act of 1940?

   [ ] Yes      [X] No

   [ ] Other Banking & Financial Services

[ ] Business Services

Energy

   [ ] Coal Mining

   [ ] Electric Utilities

   [ ] Energy Conservation

   [ ] Environmental Services

   [ ] Oil & Gas

   [ ] Other Energy

[ ] Other Health Care

[ ] Manufacturing

Real Estate

   [ ] Commercial

   [ ] Construction

   [ ] REITS & Finance

   [ ] Residential

   [ ] Other Real Estate

[ ] Other Technology

Travel

   [ ] Airlines & Airports

   [ ] Lodging & Conventions

   [ ] Tourism & Travel Services

   [ ] Other Travel

[ ] Other

## 5. Issuer Size

| Revenue Range | OR | Aggregate Net Asset Value Range |
|---|---|---|
| [ ] No Revenues | | [ ] No Aggregate Net Asset Value |
| [ ] $1 - $1,000,000 | | [ ] $1 - $5,000,000 |
| [ ] $1,000,001 - $5,000,000 | | [ ] $5,000,001 - $25,000,000 |
| [ ] $5,000,001 - $25,000,000 | | [ ] $25,000,001 - $50,000,000 |
| [ ] $25,000,001 - $100,000,000 | | [ ] $50,000,001 - $100,000,000 |
| [ ] Over $100,000,000 | | [ ] Over $100,000,000 |
| [ ] Decline to Disclose | | [X] Decline to Disclose |
| [ ] Not Applicable | | [ ] Not Applicable |

## 6. Federal Exemption(s) and Exclusion(s) Claimed (select all that apply)

| | |
|---|---|
| [ ] Rule 504(b)(1) (not (i), (ii) or (iii)) | [X] Investment Company Act Section 3(c) |
| [ ] Rule 504 (b)(1)(i) | [ ] Section 3(c)(1)   [ ] Section 3(c)(9) |
| [ ] Rule 504 (b)(1)(ii) | [ ] Section 3(c)(2)   [ ] Section 3(c)(10) |
| [ ] Rule 504 (b)(1)(iii) | [ ] Section 3(c)(3)   [ ] Section 3(c)(11) |
| [X] Rule 506(b) | [ ] Section 3(c)(4)   [ ] Section 3(c)(12) |
| [ ] Rule 506(c) | |

|  |  |  |
|---|---|---|
| ☐ Securities Act Section 4(a)(5) | ☐ Section 3(c)(5) | ☐ Section 3(c)(13) |
|  | ☐ Section 3(c)(6) | ☐ Section 3(c)(14) |
|  | ☒ Section 3(c)(7) |  |

## 7. Type of Filing

☒ New Notice   Date of First Sale 2020-10-01   ☐ First Sale Yet to Occur

☐ Amendment

## 8. Duration of Offering

Does the Issuer intend this offering to last more than one year? ☒ Yes ☐ No

## 9. Type(s) of Securities Offered (select all that apply)

☐ Equity
☐ Debt
☐ Option, Warrant or Other Right to Acquire Another Security
☐ Security to be Acquired Upon Exercise of Option, Warrant or Other Right to Acquire Security

☒ Pooled Investment Fund Interests
☐ Tenant-in-Common Securities
☐ Mineral Property Securities
☐ Other (describe)

## 10. Business Combination Transaction

Is this offering being made in connection with a business combination transaction, such as a merger, acquisition or exchange offer? ☐ Yes ☒ No

Clarification of Response (if Necessary):

## 11. Minimum Investment

Minimum investment accepted from any outside investor $75,000 USD

## 12. Sales Compensation

| | |
|---|---|
| Recipient | Recipient CRD Number ☒ None |
| (Associated) Broker or Dealer ☒ None | (Associated) Broker or Dealer CRD Number ☒ None |
| Street Address 1 | Street Address 2 |
| City | State/Province/Country    ZIP/Postal Code |

State(s) of Solicitation (select all that apply)
Check "All States" or check individual States   ☐ All States   ☐ Foreign/non-US

## 13. Offering and Sales Amounts

| | | |
|---|---|---|
| Total Offering Amount | USD  or | ☒ Indefinite |
| Total Amount Sold | $12,500,000 USD | |
| Total Remaining to be Sold | USD  or | ☒ Indefinite |

Clarification of Response (if Necessary):

## 14. Investors

☐   Select if securities in the offering have been or may be sold to persons who do not qualify as accredited investors, and enter the number of such non-accredited investors who already have invested in the offering.

Regardless of whether securities in the offering have been or may be sold to persons who do not qualify as accredited investors, enter the total number of investors who already have invested in the offering:    `4`

## 15. Sales Commissions & Finder's Fees Expenses

Provide separately the amounts of sales commissions and finders fees expenses, if any. If the amount of an expenditure is not known, provide an estimate and check the box next to the amount.

Sales Commissions $0 USD ☐ Estimate

Finders' Fees $0 USD ☐ Estimate

Clarification of Response (if Necessary):

## 16. Use of Proceeds

Provide the amount of the gross proceeds of the offering that has been or is proposed to be used for payments to any of the persons required to be named as executive officers, directors or promoters in response to Item 3 above. If the amount is unknown, provide an estimate and check the box next to the amount.

$0 USD ☐ Estimate

Clarification of Response (if Necessary):

## Signature and Submission

**Please verify the information you have entered and review the Terms of Submission below before signing and clicking SUBMIT below to file this notice.**

**Terms of Submission**

In submitting this notice, each issuer named above is:

- Notifying the SEC and/or each State in which this notice is filed of the offering of securities described and undertaking to furnish them, upon written request, in the accordance with applicable law, the information furnished to offerees.*

- Irrevocably appointing each of the Secretary of the SEC and, the Securities Administrator or other legally designated officer of the State in which the issuer maintains its principal place of business and any State in which this notice is filed, as its agents for service of process, and agreeing that these persons may accept service on its behalf, of any notice, process or pleading, and further agreeing that such service may be made by registered or certified mail, in any Federal or state action, administrative proceeding, or arbitration brought against the issuer in any place subject to the jurisdiction of the United States, if the action, proceeding or arbitration (a) arises out of any activity in connection with the offering of securities that is the subject of this notice, and (b) is founded, directly or indirectly, upon the provisions of: (i) the Securities Act of 1933, the Securities Exchange Act of 1934, the Trust Indenture Act of 1939, the Investment Company Act of 1940, or the Investment Advisers Act of 1940, or any rule or regulation under any of these statutes, or (ii) the laws of the State in which the issuer maintains its principal place of business or any State in which this notice is filed.

- Certifying that, if the issuer is claiming a Regulation D exemption for the offering, the issuer is not disqualified from relying on Rule 504 or Rule 506 for one of the reasons stated in Rule 504(b)(3) or Rule 506(d).

Each Issuer identified above has read this notice, knows the contents to be true, and has duly caused this notice to be signed on its behalf by the undersigned duly authorized person.

For signature, type in the signer's name or other letters or characters adopted or authorized as the signer's signature.

| Issuer | Signature | Name of Signer | Title | Date |
|--------|-----------|----------------|-------|------|
| Catalur Special Opportunities Fund I, LP | Brennan McCaw | Brennan McCaw | COO, CFO and CCO of the Investment Manager | 2020-10-21 |

*Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.*

\* This undertaking does not affect any limits Section 102(a) of the National Securities Markets Improvement Act of 1996 ("NSMIA") [Pub. L. No. 104-290, 110 Stat. 3416 (Oct. 11, 1996)] imposes on the ability of States to require information. As a result, if the securities that are the subject of this Form D are "covered securities" for purposes of NSMIA, whether in all instances or due to the nature of the offering that is the subject of this Form D, States cannot routinely require offering materials under this undertaking or otherwise and can require offering materials only to the extent NSMIA permits them to do so under NSMIA's preservation of their anti-fraud authority.