IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>                  Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Ref. Docket No. 1972**<br><br>**Objection Deadline:**<br>February 5, 2021 at 4:00 p.m.<br>**Hearing Date:**<br>February 17, 2021 at 10:00 a.m. |

### JOINDER BY AGRICULTURAL INSURANCE COMPANY TO HARTFORD AND CENTURY'S MOTION FOR AN ORDER (I) AUTHORIZING CERTAIN RULE 2004 DISCOVERY AND (II) GRANTING LEAVE FROM LOCAL RULE 3007-1(f) TO PERMIT THE FILING OF SUBSTANTIVE OMNIBUS OBJECTIONS

Agricultural Insurance Company ("Agricultural"), by and through undersigned counsel, hereby submits the following joinder (the "Joinder") in support of *Hartford and Century's Motion for An Order (I) Authorizing Certain Rule 2004 Discovery and (II) Granting Leave from Local Rule 3007-1(f) to Permit the Filing of Substantive Omnibus Objections* [ECF No. 1972] (the "Discovery and Objections Motion") and states as follows:

On January 22, 2021, Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fire Insurance Company (collectively, "Hartford") filed the Discovery and Objections Motion on behalf of itself and Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Westchester Fire Insurance Company and Westchester

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

Surplus Lines Insurance Company (collectively, "Century").  Agricultural hereby joins in the Discovery and Objections Motion and the relief sought by Hartford and Century in the Discovery and Objections Motion.

## CONCLUSION

WHEREFORE, Agricultural respectfully requests that the Court enter an order (i) granting the relief requested in the Discovery and Objections Motion and this Joinder, and (ii) granting such other and further relief as is just and proper.

Date:  January 25, 2021

BODELL BOVÉ, LLC

/s Bruce W. McCullough
Bruce W. McCullough  (Del. ID 3112)
1225 N. King Street, Suite 1000
Wilmington, DE 19801-3250
Telephone: 302-655-6749
Facsimile: 302-655-6827
Email: bmccullough@bodellbove.com

- and -

CLYDE & CO US LLP
Bruce D. Celebrezze (*pro hac vice*)
Four Embarcadero Center, Suite 1350
San Francisco, California 94111
Telephone:  (415) 365-9800
Facsimile:  (415) 365-9801
Email:    bruce.celebrezze@clydeco.us

Konrad R. Krebs (*pro hac vice*)
200 Campus Drive | Suite 300
Florham Park, NJ 07932
Telephone:  (973) 210-6700
Facsimile:  (973) 210-6701
Email:    konrad.krebs@clydeco.us

*Attorneys for Agricultural Insurance Company*