IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND | ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | | Re: Docket No. 1911 |

**ORDER GRANTING
FIRST AND FINAL APPLICATION FOR ALLOWANCE OF
COMPENSATION FOR SERVICES RENDERED BY
KEEN-SUMMIT CAPITAL PARTNERS LLC AS REAL ESTATE
ADVISOR FOR THE OFFICIAL TORT CLAIMANTS' COMMITTEE**

Keen-Summit Capital Partners LLC ("Keen"), as Real Estate Advisor for the Official Tort Claimants' Committee in the above-captioned cases, filed its First & Final Application for Allowance of Compensation for Services Rendered for the Period from October 9, 2020 through December 7, 2020 (the "First & Final Application"). The Court has reviewed the First & Final Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the First & Final Application, and any hearing on the First & Final Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the First & Final Application. Accordingly, it is hereby

ORDERED that the First & Final Application is GRANTED, on an interim basis. The Debtors in the above cases shall pay to Keen the sum of $16,900.00 as compensation for

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

necessary professional services rendered by Keen, for the period October 9, 2020 through December 7, 2020.

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

*Laurie Selber Silverstein*
**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

**Dated: January 26th, 2021**
**Wilmington, Delaware**

2

DOCS_DE:232268.1 85353/002