# Exhibit A

**Fees Statement**

**SIDLEY AUSTIN LLP**

Invoice Number:  41002031
Boy Scouts of America

Chapter 11 Matters

TASK DETAIL

| Date | Name | Narrative | Hours |
|---|---|---|---|
| | | **002 Adversary Proceedings and Bankruptcy Litigation** | |
| 12/01/20 | G Rios | Teleconference with Sidley team and White & Case regarding BSA data room transition (.6); email correspondence with D. Hirshorn regarding protective order acknowledgments and tracker (.2); prepare secured file transfer of protective order material for D. Hirshorn (.4); update user access to BSA data rooms for purposes of transition (.4); email correspondence with Datasite regarding transition (.1); prepare user access lists of BSA data rooms for B. Warner (.6); email correspondence with B. Warner regarding same (.1). | 2.40 |
| 12/01/20 | K Basaria | Telephone conference with M. Linder and G. Rios regarding data room transition | .60 |
| 12/04/20 | ME Walker | Respond to request for research from M. Andolina | .10 |
| 12/07/20 | WE Curtin | Correspond with N. Smith regarding Weedsport Church case (.2); correspond with E. Rosenberg regarding same (.1). | .30 |
| 12/08/20 | TA Labuda | Email with A. Kutz re Henderson settlement issues (.1); review pleadings re same (.1) | .20 |
| 12/08/20 | WE Curtin | Correspond with N. Smith and E. Rosenberg regarding Weedsport Church case (.2); correspond with N. Marchand and M. Linder regarding Wilson settlement (.2). | .40 |
| | | **Task Subtotal** | **4.00** |
| | | **004 Automatic Stay** | |
| 12/01/20 | WE Curtin | Analyze Evanston monthly expense report. | .20 |
| 12/03/20 | TA Labuda | Emails with Linder re non-abuse tort claims (.1); emails with Morse and defense counsel re Gordon settlement (.1) | .20 |
| 12/03/20 | WE Curtin | Correspond with T. Labuda and local counsel regarding Gordon settlement motion. | .20 |
| 12/04/20 | TA Labuda | Review and comment on Gordon 9019 (.2); conference with B. Curtin re same (.2); emails with Malone re same (.1); emails with M. Linder re Worley and Wilson objections (.1) | .60 |
| 12/04/20 | WE Curtin | Edit Gordon settlement motion (1.2); call with T. Labuda regarding same (.2); correspond with client. local counsel and Evanston regarding same (.2). | 1.60 |
| 12/05/20 | TA Labuda | Emails and conference with M. Linder re response to Wilson and Worley objections | .50 |

**SIDLEY AUSTIN LLP**

Invoice Number: 41002031
Boy Scouts of America

Chapter 11 Matters

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 12/06/20 | WE Curtin | Correspond with A. Azer regarding Gordon settlement motion. | .10 |
| 12/07/20 | TA Labuda | Call from Malone re Gordon settlement motion and related matter | .10 |
| 12/11/20 | WE Curtin | Correspond with M. Tinder and local counsel regarding Wilson and Worley settlement motions. | .40 |
| 12/14/20 | TA Labuda | Review entered Wilson and Worley 9019 orders (.1); emails with A. Kutz re same (.1) | .20 |
| 12/14/20 | WE Curtin | Analyze orders approving Wilson and Worley settlements (.2); correspondence with M. Linder. T. Labuda and client regarding same (.1). | .30 |
| 12/15/20 | WE Curtin | Analyze draft Neyrey settlement agreement. | .40 |
| 12/17/20 | WE Curtin | Revise draft Neyrey settlement agreement (.9); correspond with M. Linder and T. Labuda regarding Neyrey and Gordon settlements (.2). | 1.10 |
| 12/17/20 | TA Labuda | Emails with M. Linder and B. Curtin re Gordon and Neyrey settlements (.1); review revised Neyrey settlement agreement (.2); conference with M. Linder re same (.3). | .60 |
| 12/28/20 | WE Curtin | Analyze settlement summary from Evanston (.2); correspond with C. Morse, T. Labuda and M. Linder regarding same (.3). | .50 |
| | | **Task Subtotal** | **7.00** |
| | | **006 Case Administration** | |
| 12/03/20 | DJ Lutes | Research docket for key pleadings and agendas (.3); prepare electronic files for same (.2) | .50 |
| 12/31/20 | DJ Lutes | Research case docket for orders (.1); review key pleadings and filings for updates and deadlines (.1) | .20 |
| | | **Task Subtotal** | **.70** |
| | | **017 Fee Applications** | |
| 12/01/20 | DJ Lutes | Prepare 3rd interim fee application for filing (.3); emails with T. Labuda regarding same (.1); emails to E. Moats and P. Topper for same (.1); additional emails with E. Moats regarding follow up questions for interim (.1) | .60 |
| 12/01/20 | TA Labuda | Conference and emails with S. McGowan re third interim fee period fee statements (.1); emails with E. Moats re third interim comments and filing (.1) | .20 |
| 12/03/20 | DJ Lutes | Prepare monthly fee application exhibits and materials | .30 |
| 12/04/20 | DJ Lutes | Prepare monthly fee application exhibits and materials | .80 |
| 12/05/20 | DJ Lutes | Prepare monthly fee application exhibits and materials | .40 |

**SIDLEY AUSTIN LLP**

Invoice Number:  41002031
Boy Scouts of America

Chapter 11 Matters

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 12/07/20 | DJ Lutes | Prepare monthly fee application exhibits and materials | .40 |
| 12/07/20 | TA Labuda | Emails with MNAT re CNO for October fee statement | .10 |
| 12/08/20 | TA Labuda | Confer with E. Moats re fee examiner report and CNO filing re monthly fee statement | .30 |
| 12/15/20 | DJ Lutes | Prepare monthly fee application materials and exhibits | .90 |
| 12/16/20 | DJ Lutes | Prepare monthly fee application materials and exhibits (1.1); emails with W. Curtin regarding interim order (.1); review calculations for same (.2); research expenses for compliance (.3); email to T. Labuda regarding monthly fee application (.1) | 1.80 |
| 12/16/20 | TA Labuda | Emails with B. Curtin re omnibus fee order (.1); emails with D. Lutes re November fee statement (.1) | .20 |
| 12/16/20 | WE Curtin | Analyze and verify numbers in final fee order (.3); correspond with E. Moats regarding same (.1); correspond with T. Labuda and D. Lutes regarding same (.2). | .60 |
| 12/17/20 | TA Labuda | Analyze November fee statement | .30 |
| 12/18/20 | DJ Lutes | Prepare monthly fee application materials and exhibits (1.5); emails with T. Labuda regarding same (.1) | 1.60 |
| 12/18/20 | TA Labuda | Review and comment on November fee statement (.3); emails with D. Lutes re same (.1) | .40 |
| 12/21/20 | DJ Lutes | Prepare monthly fee statement and exhibits (1.8); emails with T. Labuda regarding same (.1) | 1.90 |
| 12/21/20 | TA Labuda | Privilege review for fee statement (.4); emails with Lutes re same (.1) | .50 |
| 12/22/20 | DJ Lutes | Prepare monthly fee statement, materials and exhibits for filing (.6); emails to MNAT (E. Moats and P. Topper) regarding same (.1); emails with T. Labuda regarding same (.1); email to BSA (L. Richardson) regarding excel version (.1) | .90 |
| 12/22/20 | TA Labuda | Review and comment on November fee statement (.1); emails with D. Lutes and MNAT re same (.1) | .20 |
| 12/28/20 | DJ Lutes | Research docket and status of omni fee application order including review COC regarding same (.2); emails with MNAT (E. Moats and P. Topper) regarding same ( .1); emails with T. Labuda regarding same (.1) | .40 |
| | | **Task Subtotal** | **12.80** |

**021 Hearings and Court Matters**

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 12/14/20 | WE Curtin | Correspond with E. Moats regarding hearing logistics (.2); correspond with T. Labuda regarding same (.2). | .40 |
| 12/15/20 | WE Curtin | Correspond with E. Moats regarding hearing logistics (.2); | 1.80 |

**SIDLEY AUSTIN LLP**

Invoice Number: 41002031
Boy Scouts of America

Chapter 11 Matters

| Date | Name | Narrative | Hours |
|---|---|---|---|
| | | correspond with T. Labuda regarding same (.1); analyze Judge Silverstein's Imerys decision in preparation for fee hearing (.5); analyze interim fee application in preparation for fee hearing (.7); analyze fee examiner's final report in preparation for fee hearing (.3). | |
| 12/15/20 | TA Labuda | Emails with B. Curtin re interim fee hearing (.1); emails with MNAT re same (.1); review amended agenda re same (.1) | .30 |
| | | **Task Subtotal** | **2.50** |
| | | **023 Non-Bankruptcy Litigation** | |
| 12/04/20 | S Hasan | Review motion re: wrongful death settlement agreement. | .30 |
| | | **Task Subtotal** | **.30** |
| | | **036 Fee Examiner Issues and Communications** | |
| 12/01/20 | DJ Lutes | Analyze report and exhibits | 1.90 |
| 12/01/20 | WE Curtin | Initial review of fee examiner's report regarding Sidley fees | 1.80 |
| 12/01/20 | TA Labuda | Emails with fee examiner re first and second interim report | .10 |
| 12/02/20 | WE Curtin | Analyze fee examiner's report regarding Sidley fees | 1.20 |
| 12/07/20 | TA Labuda | Emails with fee examiner regarding first and second interim report | .10 |
| 12/10/20 | TA Labuda | Conference with fee examiner (.6); emails with fee examiner re expense inquiries and final report (.2) | .80 |
| 12/10/20 | DJ Lutes | Call with J. Rucki, T. Labuda and B. Curtin regarding fee examiner report | .60 |
| 12/10/20 | WE Curtin | Call with fee examiner, T. Labuda and D. Lutes regarding fee report (.6); correspond with T. Labuda and fee examiner regarding same (.3); analyze fee examiners final report (.5) | 1.40 |
| 12/11/20 | TA Labuda | Review final fee examiner report | .30 |
| 12/11/20 | WE Curtin | Analyze fee examiners final report | .80 |
| 12/22/20 | DJ Lutes | Email to J. Rucki regarding 9th monthly fee application materials (.1); prepare materials for same (.2) | .30 |
| | | **Task Subtotal** | **9.30** |
| | | **Total Hours for all Tasks** | **36.60** |