**<u>Exhibit B</u>**

**Expense Detail**

**SIDLEY AUSTIN LLP**

Invoice Number:  41002031
Boy Scouts of America

Chapter 11 Matters

E X P E N S E   D E T A I L

| Date | Narrative | Amount |
|---|---|---|
| 12/05/20 | 10/31/2020 - ACCURINT - 110686020201031 - SEARCH REPORTS | $172.97 |
| 12/10/20 | E-Discovery Monthly Service Fee | 500.00 |
| 12/15/20 | Electronic Data Hosting | 441.75 |
| 12/22/20 | 09/30/2020 - SECRETARY OF STATE OF TEXAS - 189000930 - Document delivery 94834-30030-04406 | 2.00 |
| | **Total** | **$1,116.72** |