# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA and DELAWARE BSA, LLC, *et al.*,[1] | Chapter 11<br><br>Case No. 20-10343 (LSS) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    §
                     §    SS:
NEW CASTLE COUNTY    §

I, Gregory J. Flasser, being duly sworn according to law, depose and say that I am employed by Bayard, P.A., counsel for Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Fire Insurance Company, and that on the 22nd day of January, 2021, I caused copies of: (i) the publicly available version of **Hartford and Century's Motion for an Order (I) Authorizing Certain Rule 2004 Discovery and (II) Granting Leave From Local Rule 3007-1(F) to Permit the Filing of Substantive Omnibus Objections [D.I. 1972]**; and (ii) **Hartford and Century's Motion for Entry of an Order Authorizing Filing Under Seal of Certain Documents Relating to Hartford and Century's Motion for an Order (I) Authorizing Certain Rule 2004 Discovery and (II) Granting Leave from Local Rule 3007-1(F) to Permit the Filing of Substantive Omnibus Objections [D.I. 1973]** to be served as follows:

  a.  via electronic mail where available or first-class mail upon on the parties, listed on <u>Exhibit 1</u> attached hereto, that have filed a notice of appearance and request for service pursuant to Bankruptcy Rule 2002:

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

b.   via electronic mail where available and first-class mail upon the law firms listed on Exhibit 2 attached hereto; and

c.   via electronic mail where available and first-class mail upon the individuals listed on Exhibit 3 attached hereto.

/s/ Gregory J. Flasser
Gregory J. Flasser

*SWORN TO AND SUBSCRIBED* before me this 27th day of January 2021.

/s/ Kristin A. McCloskey
Kristin A. McCloskey
Notary Public
State of Delaware
My Commission Expires August 12, 2024