**Exhibit 1**

**BSA 2002 SERVICE LIST**

Abernathy, Roeder, Boyd & Hullett, P.C.
Attn: Chad Timmons
Attn: Larry R. Boyd
Attn: Emily M. Hahn
1700 Redbud Blvd, Ste 300
McKinney, TX 75069
ctimmons@abernathylaw.com

Adams and Reese LLP
Attn: Henry C. Shelton, III
6075 Poplar Ave, Ste 700
Memphis, TN 38119
Henry.Shelton@arlaw.com

Ashby & Geddes, PA
Attn: Bill Bowden
500 Delaware Ave, 8th Fl
P.O. Box 1150
Wilmington, DE 19899-1150
wbowden@ashbygeddes.com

Baird Mandalas Brockstedt, LLC
Attn: Stephen W. Spence
1413 Savannah Rd, Ste 1
Lewes, DE 19958
sws@bmbde.com

Baker Manock & Jensen, PC
Attn: Jan T. Perkins
5260 N Palm Ave, Ste 421
Fresno, CA 93704
jperkins@bakermanock.com

Ballard Spahr LLP
Attn: Matthew G. Summers
Attn: Chantelle D. McClamb
919 N. Market St, 11th Fl
Wilmington, DE 19801-3034
summersm@ballardspahr.com

Bayard, PA
Attn: Erin Fay/ Gregory Flasser
600 N King St, Ste 400
Wilmington, DE 19801
efay@bayardlaw.com

Bielli & Klauder, LLC
Attn: David M Klauder
1204 N King St
Wilmington, DE 19801
dklauder@bk-legal.com

Bodell Bove, LLC
Attn: Bruce W. McCullough
1225 N King St, Ste 1000
Wilmington, DE 19801
bmccullough@bodellbove.com

Bradley Arant Boult Cummings
Attn: Edwin Rice
Attn: Elizabeth Brusa
100 N Tampa St, Ste 2200
Tampa, FL 33602
eRice@bradley.com

Bradley Riley Jacobs PC
Attn: Todd C. Jacobs
320 W Ohio St, Ste 3W
Chicago, IL 60654
tjacobs@bradleyriley.com

Brown Rudnick LLP
Attn: David J. Molton
7 Times Square
New York, NY 10036
DMolton@brownrudnick.com

Brown Rudnick LLP
Attn: Sunni P. Beville
Attn: Tristan G. Axelrod
1 Financial Ctr
Boston, MA 02111
sbeville@brownrudnick.com

Buchalter, A Professional Corporation
Attn: Shawn M. Christianson
55 Second St, 17th Fl
San Francisco, CA 94105-3493
schristianson@buchalter.com

**BSA 2002 SERVICE LIST**

Butler Snow LP
Attn: Daniel W. Van Horn
P.O. Box 171443
Memphis, TN 38187-1443
Danny.VanHorn@butlersnow.com

Carruthers & Roth, PA
Attn: Britton C Lewis
235 N Edgeworth St, P.O. Box 540
Greensboro, NC 27401
bcl@crlaw.com

Chipman, Brown, Cicero & Cole, LLP
Attn: Mark Desgrosseilliers
1313 N Market St, Ste 5400
Wilmington, DE 19801
desgross@chipmanbrown.com

Choate, Hall & Stewart LLP
Attn: Douglas R. Gooding
Attn: Jonathan D. Marshall
Attn: Michael J. Foley, Jr
Two International Place
Boston, MA 02110
dgooding@choate.com

Commonwealth of Pennsylvania
Dept of Labor & Industry
Attn: Deb Secrest/Collections Support Unit
651 Boas St, Rm 925
Harrisburg, PA 17121
ra-li-ucts-bankrupt@state.pa.us

Connolly Gallagher, LLP
Attn: Karen C. Bifferato
Attn: Kelly M. Conlan
1201 N Market St, 20th Fl
Wilmington, DE 19801
kbifferato@connollygallagher.com

Coughlin Duffy, LLP
Attn: Kevin Coughlin/Lorraine Armenti
Attn: Michael Hrinewski
350 Mt Kemble Ave
P.O. Box 1917
Morristown, NJ 07960
kcoughlin@coughlinduffy.com

Crew Janci LLP
Attn: Stephen Crew
Attn: Peter Janci
1200 NW Naito Pkwy, Ste 500
Portland, OR 97209
steve@crewjanci.com

Cross & Simon, LLC
Attn: Christopher Simon
Attn: Kevin Mann
1105 N Market St, Ste 901
Wilmington, DE 19801
csimon@crosslaw.com

Crowell & Moring LLP
Attn: Mark D. Plevin
Attn: Austin J. Sutta
3 Embarcadero Center, 26th Fl
San Francisco, CA 94111
mplevin@crowell.com

Crowell & Moring LLP
Attn: Tacie H. Yoon
1001 Pennsylvania Ave, NW
Washington, D.C. 20004
tyoon@crowell.com

Davidoff Hutcher & Citron LLP
jsp@dhclegal.com

Davidoff Hutcher & Citron LLP
Attn: Jonathan S. Pasternak
Attn: James B. Glucksman
Attn: Robert L. Rattet
605 3rd Ave
New York, NY 10158
rlr@dhclegal.com

**BSA 2002 SERVICE LIST**

Davies Hood PLLC
Attn: Jason P. Hood
22 N Front St, Ste 620
Memphis, TN 38103-2100
Jason.Hood@davieshood.com

Dorsey & Whitney LLP
Attn: Bruce R. Ewing/E. Schnabel
51 W 52nd St
New York, NY 10019
ewing.bruce@dorsey.com

Dorsey & Whitney LLP
Attn: Eric Lopez Schnabel
Attn: Alessandra Glorioso
300 Delaware Ave, Ste 1010
Wilmington, DE 19801
schnabel.eric@dorsey.com

Doshi Legal Group, P.C.
Attn: Amish R. Doshi
1979 Marcus Ave, Ste 210E
Lake Success, NY 11042
amish@doshilegal.com

Faegre Drinker Biddle & Reath LLP
Attn: Jay Jaffe
600 E. 96th St, Ste 600
Indianapolis, IN 46240
jay.jaffe@faegredrinker.com

Faegre Drinker Biddle & Reath LLP
Attn: Michael P. Pompeo
1177 Ave of the Americas, 41st Fl
New York, NY 10036-2714
michael.pompeo@faegredrinker.com

Faegre Drinker Biddle & Reath LLP
Attn: Patrick A. Jackson
Attn: Kaitlin W. MacKenzie
222 Delaware Ave., Suite 1410
Wilmington, DE 19801-1621
Patrick.Jackson@faegredrinker.com

Faegre Drinker Biddle & Reath LLP
Attn: Patrick A. Johnson
222 Delaware Ave, Ste 1410
Wilmington, DE 19801-1621
patrick.jackson@faegredrinker.com

Ferry Joseph, PA
Attn: John D. McLaughlin, Jr.
824 N Market St, Ste 1000
Wilmington, DE 19801
jmclaughlin@ferryjoseph.com

Fineman Krekstein & Harris, PC
Attn: Dierdre M Richards
1300 N King St
Wilmington, DE 19801
drichards@finemanlawfirm.com

Flordia M. Henderson
P.O. Box 30604
Memphis, TN 38130-0604
flordia@fhendersonlaw.net

Foley & Lardner LLP
Attn: Richard J Bernard
90 Park Ave
New York, NY 10016
rbernard@foley.com

Foley & Lardner LLP
Attn: Victor Vilaplana
3579 Valley Centre Dr, Ste 300
San Diego, CA 92130
vavilaplana@foley.com

Foran Glennon Planadech Ponzi & Rudloff
Attn: Susan N K Gummow
Attn: Igor Shleypak
222 N LaSalle St, Ste 1400
Chicago, IL 60614
sgummow@fgppr.com

**BSA 2002 SERVICE LIST**

Fox Swibel Levin & Carroll LLP
Attn: Margaret M. Anderson
200 W Madison St, Ste 3000
Chicago, IL 60606
panderson@foxswibel.com

Gilbert LLP
Attn: Kami Quinn / Meredith Neely
Attn: Emily Grim / Jasmine Chalashtori
700 Pennsylvania Ave, SE Ste 400
Washington, DC 20003
quinnk@gilbertlegal.com

Godfrey & Kahn, SC
Attn: Erin A. West
1 E Main St, Ste 500
P.O. Box 2719
Madison, WI 53701-2719
ewest@gklaw.com

Godfrey & Kahn, SC
Attn: Timothy F. Nixon
200 S Washington St, Ste 100
Green Bay, WI 54301-4298
tnixon@gklaw.com

Hoover & Slovacek, LLP
Attn: Steven A. Leyh
Galleria Tower II
5051 Westheimer Rd, Ste 1200
Houston, TX 77056
leyh@hooverslovacek.com

Ice Miller
Attn: Daniel R. Swetnam
Arena District
250 West St
Columbus, OH 43215
daniel.swetnam@icemiller.com

Ichor Consulting, LLC
Attn: J. Chad Edwards
3626 N Hall St (Two Oak Lawn) Ste 610
Dallas, TX 75219
Chad@IchorConsulting.com

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Jacobs & Crumplar, PA
Attn: Raeann Warner/Thomas Crumplar
750 Shipyard Dr, Ste 200
Wilmington, DE 19801
Raeann@jcdelaw.com

James, Vernon & Weeks, P.A.
Attn: Leander L. James
Attn: Craig K. Vernon
Attn: R. Charlie Beckett
1626 Lincoln Wy
Coeur d'Alene, ID 83815
ljames@jvwlaw.net

Janet, Janet & Scuggs, LLC
Attn: Gerald D Jowers, Jr
500 Taylor St, Ste 301
Columbia, SC 29201
GJowers@JJSJustice.com

JPMorgan Chase Bank, NA
Attn: Phil Martin
10 S Dearborn St
Mail Code Il1-1415
Chicago, Il 60603

Jpmorgan Chase Bank, NA
c/o Norton Rose Fulbright US LLP
Attn: Louis R. Strubeck, Jr
1301 Ave of the Americas
New York, NY 10019-6022
louis.strubeck@nortonrosefulbright.com

Karr Tuttle Campbell, PS
Attn: Bruce W. Leaverton
701 5th Ave, Ste 3300
Seattle, WA 98104
bleaverton@karrtuttle.com

**BSA 2002 SERVICE LIST**

Kelly, Morgan, Dennis, Corzine & Hansen
Attn: Michael G. Kelly
P.O. Box 1311
Odessa, TX 79760-1311
mkelly@kmdfirm.com

Klehr Harrison Harvey Branzburg LLP
Attn: Domenic E. Pacitti
919 Market St, Ste 1000
Wilmington, DE 19801
dpacitti@klehr.com

Klehr Harrison Harvey Branzburg LLP
Attn: Morton R. Branzburg
1835 Market St, Ste 1400
Philadelphia, PA 19103
mbranzburg@klehr.com

Kramer Levin Naftalis & Frankel LLP
Attn: Thomas Moers Mayer/Rachel Ringer
Attn: David E. Blabey Jr./Jennifer R. Sharret
Attn: Megan M. Wasson
177 Ave of the Americas
New York, NY 10036
tmayer@kramerlevin.com

Latham & Watkins LLP
Attn: Adam J Goldberg
885 3rd Ave
New York, NY 10022-4834
adam.goldberg@lw.com

Latham & Watkins LLP
Attn: Jeffrey E Bjork
Attn: Kimberly A Posin
355 S Grand Ave, Ste 100
Los Angeles, CA 90071-1560
jeff.bjork@lw.com

Linebarger Goggan Blair & Sampson, LLP
Attn: Don Stecker
112 E Pecan St, Ste 2200
San Antonio, TX 78205
sanantonio.bankruptcy@publicans.com

Linebarger Goggan Blair & Sampson, LLP
Attn: Elizabeth Weller
2777 N. Stemmons Fwy, Ste 1000
Dallas, TX 75207
dallas.bankruptcy@publicans.com

Linebarger Goggan Blair & Sampson, LLP
Attn: John P. Dillman
P.O. Box 3064
Houston, TX 77253-3064
houston_bankruptcy@publicans.com

Maurice Wutscher LLP
Attn: Alan C. Hochheiser
23611 Chagrin Blvd. Ste 207
Beachwood, OH 44122
ahochheiser@mauricewutscher.com

McCreary, Veselka, Bragg & Allen, PC
Attn: Tara LeDay
P.O. Box 1269
Round Rock, TX 78680
tleday@mvbalaw.com

McDermott Will & Emery LLP
Attn: Ryan Smethurst
Attn: Margaret Warner
500 N Capitol St NW
Washington, DC 20001-1531
rsmethurst@mwe.com

Miller, Canfield, Paddock and Stone, P.L.C.
Attn: Danielle Mason Anderson
277 S Rose St, Ste 5000
Kalamazoo, MI 49007
andersond@millercanfield.com

Mintz Levin Cohn Ferri, Glovsky & Popeo
Attn: Kim V. Marrkand
Attn: Nancy D. Adams
Attn: Laura Bange Stephens
One Financial Center
Boston, MA 02111
kmarrkand@mintz.com

**BSA 2002 SERVICE LIST**

Mirick, O'Connell, DeMallie & Lougee
Attn: Kate P Foley
1800 W Park Dr, Ste 400
Westborough, MA 01581
kfoley@mirickoconnell.com

Mirick, O'Connell, DeMallie & Lougee
Attn: Paul W Carey
100 Front St
Worcester, MA 01608
pcarey@mirickoconnell.com

Missouri Dept of Revenue
Bankruptcy Unit
Attn: Steven A Ginther
P.O. Box 475
Jefferson City, MO 65105-0475
deecf@dor.mo.gov

Monzack Mersky Browder & Hochman
Attn: Rachel B. Mersky
1201 N Orange St, Ste 400
Wilmington, DE 19801
rmersky@monlaw.com

Monzack Mersky McLaughlin & Browder
Attn: Brian McLaughlin
Attn: Rachel B. Mersky
1201 N Orange St, Ste 400
Wilmington, DE 19801
bmclaughlin@monlaw.com

Moore & Rutt, PA
Attn: David N. Rutt
Attn: Scott G. Wilcox
122 N Market St
P.O. Box 554
Georgetown, DE 19947
dnrutt@mooreandrutt.com

Morris James LLP
emonzo@morrisjames.com

Morris James LLP
Attn: Brett D. Fallon
Attn: Brya M. Keilson
500 Delaware Ave, Ste 1500
P.O. Box 2306
Wilmington, DE 19899-2306
bfallon@morrisjames.com

Morris James LLP
Attn: Stephen M. Miller
Attn: Carl N. Kunz, III
500 Delaware Ave, Ste 1500
Wilmington, DE 19801
smiller@morrisjames.com

Motley Rice LLC
Attn: Daniel R. Lapinksi
210 Lake Dr E, Ste 101
Cherry Hill, NJ 08002
dlapinski@motleyrice.com

Motley Rice LLC
Attn: Joseph F. Rice
28 Bridgeside Blvd
Mt Pleasant, SC 29464
jrice@motleyrice.com

Nagel Rice LLP
Attn: Bradley L Rice
103 Eisenhower Pkwy
Roseland, NJ 07068
brice@nagelrice.com

Napoli Shkolnnik PLLC
Attn: R. Joseph Hrubiec
919 N Market St, Ste 1801
Wilmington, DE 19801
RHrubiec@NapoliLaw.com

Nelson Comis Kettle & Kinney, LLP
Attn: William E. Winfield
300 E Esplande Dr, Ste 1170
Oxnard, CA 93036
wwinfield@calattys.com

**BSA 2002 SERVICE LIST**

Nelson Mullins Riley & Scarborough LLP
Attn: David Barnes, Jr
101 Constitution Ave NW, Ste 900
Washington, DC 20001
david.barnes@nelsonmullins.com

Nicolaides Fink Thorpe Michaelides Sullivan LLP
Attn: Matthew S. Sorem
10 S Wacker Dr, 21st Fl
Chicago, IL 60606
msorem@nicolaidesllp.com

Norton Rose Fulbright Us LLP
Attn: Louis Strubeck/ Kristian Gluck
Attn: Ryan Manns
2200 Ross Ave, Suite 3600
Dallas, TX 75201-7932
louis.strubeck@nortonrosefulbright.com

Nye, Stirling, Hale & Miller LLP
Joel M. Walker
1145 Bower Hill Rd, Ste 104
Pittsburgh, PA 15243
jmwalker@nshmlaw.com

O'Connor Playdon Guben & Inouye LLP
Attn: Jerrold K. Guben
Makai Tower, Ste 2400
733 Bishop St
Honolulu, HI 96813
JKG@opgilaw.com

O'Melveny & Myers LLP
Attn: Tancred Schiavoni
Times Square Tower
7 Times Square
New York, NY 10036-6537

Office of the Attorney General
Attn: Christopher S Murphy
Attn: Sherri K Simpson
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548
christopher.murphy@oag.texas.gov

Office of the United States Trustee
Attn: David L. Buchbinder
Attn: Hannah M. McCollum
844 King St, Suite 2207
Lockbox 35
Wilmington, DE 19801
david.l.buchbinder@usdoj.gov

Pachulski Stang Ziehl & Jones
Attn: James I. Stang
10100 Santa Monica Blvd, 13th Fl
Los Angeles, CA 90067-4003
jstang@pszjlaw.com

Pachulski Stang Ziehl & Jones LLP
Attn: James Stang/Robert Orgel
Attn: James O'Neill/John Lucas/Ilan Scharf
919 N Market St, 17th Fl
P.O. Box 8705
Wilmington, DE 19899-8705
jlucas@pszjlaw.com

Paul Mones PC
Attn: Paul Mones
13101 Washington Blvd
Los Angeles, CA 90066
paul@paulmones.com

Pension Benefit Guaranty Corporation
Attn: Patricia Kelly, CFO
Attn: Cassandra Burton, Attorney
Attn: Craig Fessenden
1200 K St NW
Washington, DC 20005
kelly.patricia@pbgc.Gov

**BSA 2002 SERVICE LIST**

Perdue, Brandon, Fielder, Collins & Mott
Attn: John T. Banks
3301 Northland Dr, Ste 505
Austin, TX 78731
jbanks@pbfcm.com

Pfau Cochran Vertetis Amala PLLC
Attn: Michael Pfau/Jason Amala
Attn: Vincent Nappo
403 Columbia St, Ste 500
Seattle, WA 98104
michael@pcvalaw.com

Phillips Lytle LLP
Attn: Angela Z Miller
One Canalside
125 Main St
Buffalo, NY 14203
amiller@phillipslytle.com

Potter Anderson & Corroon LLP
Attn: Jeremy Ryan
Attn: D. Ryan Slaugh
1313 N Market St, 6th Fl
P.O. Box 951
Wilmington, DE 19899
jryan@potteranderson.com

Reed Smith LLP
Attn: Kurt F. Gwynne
Attn: Katelin A. Morales
120 N Market St, Ste 1500
Wilmington, DE 19801
kgwynne@reedsmith.com

Reger Rizzo & Darnall LLP
Attn: Louis J. Rizzo, Jr
1521 Concord Pike, Ste 305
Brandywine Plaza West
Wilmington, DE 19803
lrizzo@regerlaw.com

Richards, Layton & Finger, PA
Attn: Michael Merchant/Brett Haywood
One Rodney Square
920 N King St
Wilmington, DE 19801
merchant@rlf.com

Schnader Harrison Segal & Lewis LLP
Attn: Richard A. Barkasy
Attn: Kristi J. Doughty
824 N Market St, Ste 800
Wilmington, DE 19801-4939
rbarkasy@schnader.com

Seitz, Van Ogtrop & Green, P.A.
Attn: R. Karl Hill
222 Delaware Ave, Ste 1500
Wilmington, DE 19801
khill@svglaw.com

Sequoia Counsel of Boy Scouts, Inc.
Attn: Michael Marchese
6005 N Tamera Ave
Fresno, CA 93711
michael.marchese@scouting.org

Shipman & Goodwin LLP
Attn: Abigail Williams/ James Ruggeri
Attn: Joshua Weinberg/ Michele Konigsberg
1875 K St NW, Ste 600
Washington, DC 20006-1251
awilliams@goodwin.com

Shipman & Goodwin LLP
Attn: Eric S. Goldstein
1 Constitution Plz
Hartford, CT 06103-1919
egoldstein@goodwin.com

Squire Patton Boggs (US) LLP
Attn: Mark A. Salzberg
2550 M St, NW
Washington, DC 20037
mark.salzberg@squirepb.com

**BSA 2002 SERVICE LIST**

Squire Patton Boggs (US) LLP
Attn: Travis A. McRoberts
2000 McKinney Ave, Ste 1700
Dallas, TX 75201
travis.mcroberts@squirepb.com

Stamoulis & Weinblatt LLC
Attn: Stamatios Stamoulis
Attn: Richard Weinblatt
800 N West St, Ste 800
Wilmington, DE 19801
stamoulis@swdelaw.com

Stark & Stark, PC
Attn: Joseph H Lemkin
P.O. Box 5315
Princeton, NJ 08543
jlemkin@stark-stark.com

Steptoe & Johnson LLP
Attn: Harry Lee
Attn: John O'Connor
Attn: Brett Grindrod
1330 Connecticut Ave, N.W
Washington, DC 20036
hlee@steptoe.com

Straffi & Straffi, LLC
Attn: Daniel Straffi, Jr
670 Commons Way
Toms River, NJ 08755
bkclient@straffilaw.com

Sullivan Hazeltine Allinson LLC
Attn: William D. Sullivan
919 N Market St, Ste 420
Wilmington, DE 19801
bsullivan@sha-llc.com

Sullivan Hill Lewin Rez & Engel, PLC
Attn: James Hill/ Christopher Hawkins
Attn: Kathleen Cashman-Kramer
600 B St, Ste 1700
San Diego, CA 92101
Hill@SullivanHill.com

Swenson & Shelley, PLLC
Attn: Kevin D. Swenson
107 S 1470 E, Ste 201
St George, UT 84790
Kevin@swensonshelley.com

Synchrony Bank
c/o PRA Receivables Management, LLC
Attn: Valerie Smith
P.O. Box 41021
Norfolk, VA 23541
claims@recoverycorp.com

The County Commission Of Fayette County
Attn: President
P.O. Box 307
Fayetteville, WV 25840

The County Commission Of Fayette County
c/o Steptoe & Johnson Pllc
Attn: John Stump, Esq
Chase Tower - 8th Fl
707 Virginia St E.
Charleston, WV 25301

The Law Office of James Tobia, LLC
Attn: James Tobia
1716 Wawaset St
Wilmington, DE 19806
jtobia@tobialaw.com

The Law Offices of Joyce, LLC
Attn: Michael J. Joyce
1225 King St, Ste 800
Wilmington, DE 19801
mjoyce@mjlawoffices.com

The Neuberger Firm
Attn: Thomas S. Neuberger
Attn: Stephen J. Neuberger
17 Harlech Dr
Wilmington, DE 19807
tsn@neubergerlaw.com

**BSA 2002 SERVICE LIST**

The Powell Firm, LLC
Attn: Jason C. Powell
Attn: Thomas Reichert
1201 N Orange St, Ste 500
P.O. Box 289
Wilmington, DE 19899
jpowell@delawarefirm.com

Thomas Law Office, PLLC
Attn: Tad Thomas/Louis Schneider
9418 Norton Commons Blvd, Ste 200
Louisville, KY 40059
tad@thomaslawoffices.com

TN Dept of Labor - Bureau of Unemployment Insurance
c/o TN Attorney General's Office, Bankruptcy Division
Attn: Laura L. McCloud
PO Box 20207
Nashville, TN 37202-0207
AGBankDelaware@ag.tn.gov

Tremont Sheldon Robinson Mahoney PC
Attn: Cindy Robinson
Attn: Doug Mahoney
64 Lyon Ter
Bridgeport, CT 06604
crobinson@tremontsheldon.com

Troutman Pepper Hamilton Sanders LLP
Attn: David M. Fournier
Attn: Marcy J. McLaughlin Smith
1313 Market St, Ste 5100
P.O. Box 1709
Wilmington, DE 19899-1709
david.fournier@troutman.com

Troutman Pepper Hamilton Sanders LLP
Attn: Harris B. Winsberg
Attn: Matthew G. Roberts
600 Peachtree St NE, Ste 3000
Atlanta, GA 30308
harris.winsberg@troutman.com

Tune, Entrekin & White, PC
Attn: Joseph P. Rusnak
315 Deaderick St, Ste 1700
Nashville, TN 37238
Jrusnak@tewlawfirm.com

Tybout, Redfearn & Pell
Attn: Seth J. Reidenberg
750 Shipyard Dr, Ste 400
P.O. Box 2092
Wilmington, DE 19899-2092
sreidenberg@trplaw.com

United States Dept Of Justice
950 Pennsylvania Ave, Nw
Room 2242
Washington, DC 20530-0001

US Attorney For Delaware
Attn: David C Weiss
1007 Orange St, Ste 700
P.O. Box 2046
Wilmington, DE 19899-2046
usade.ecfbankruptcy@usdoj.gov

Wachtell, Lipton, Rosen & Katz
Attn: Richard Mason/Douglas Mayer
Attn:Joseph C. Celentino
51 W 52nd St
New York, NY 10019
rgmason@wlrk.com

Walker Wilcox Maousek LLP
Attn: Christopher A. Wadley
1 N Franklin, Ste 3200
Chicago, IL 60606
cwadley@walkerwilcox.com

Wanger Jones Helsley, PC.
Attn: Riley C. Walter
265 E River Park Circle, Ste 310
Fresno, CA 93720
rwalter@wjhattorneys.com

**BSA 2002 SERVICE LIST**

Ward and Smith, P.A.
Attn: Paul A Fanning
P.O. Box 8088
Greenville, NC 27835-8088
paf@wardandsmith.com

White & Case LLP
Attn: Jessica C.K. Boelter
1221 Ave of the Americas
New York, NY 10020-1095
jessica.boelter@whitecase.com

White & Case LLP
Attn: Michael C. Andolina
111 S Wacker Dr
Ste 5100
Chicago, IL 60606-4302
mandolina@whitecase.com

Whiteford, Taylor & Preston LLC
Attn: Richard W Riley
The Renaissance Centre
405 N King St, Ste 500
Wilmington, DE 19801
rriley@wtplaw.com

Whiteford, Taylor & Preston LLP
Attn: Todd M Brooks
7 St Paul St, 15th Fl
Baltimore, MD 21202-1626
tbrooks@wtplaw.com

Wilks Law, LLC
Attn: David E. Wilks
4250 Lancaster Pike, Ste 200
Wilmington, DE 19805
dwilks@wilks.law

Wilmer Cutler Pickering Hale and Dorr LLP
Attn: Craig Goldblatt
1875 Pennsylvania Ave NW
Washington, DC 20006
craig.goldblatt@wilmerhale.com

Womble Bond Dickinson (US) LLP
Attn: Matthew Ward/Morgan Patterson
1313 N Market St, Ste 1200
Wilmington, DE 19801
matthew.ward@wbd-us.com

Young Conaway Stargatt & Taylor
Attn: James L. Patton, Jr
Attn: Robert Brady/Edwin Harron
Rodney Square
1000 N King St
Wilmington, DE 19801
jpatton@ycst.com

**Exhibit 2**

**BSA SPECIAL SERVICE LIST –LAW FIRMS**

Andreozzi + Foote
Benjamin D. Andreozzi
Nathaniel L. Foote
4503 N Front St
Harrisburgh, PA 17110
holly@victimscivilattorneys.com

Andrews & Thornton, AAL, ALC
John C. Thornton
Ryan McIntosh; Sean T. Higgins
4701 Von Karman Ave. Ste 300
Newport Beach, CA 92660
BSA@AndrewsThornton.com

Andrews & Thornton, AAL, ALC
Stephanie Beale
4701 Von Karman Ave, Ste 300
Newport Beach, CA 92660
sbeale@andrewsthornton.com

Andrus Wagstaff, PC
Kimberly A. Dougherty
19 Belmont Street
South Easton, MA 02375
Kimberly.Dougherty@andruswagstaff.com
aimee.wagstaff@andruswagstaff.com
lisa.lockhead@andruswagstaff.com

Ashcraft & Gerel, LLP
Gertrude Ngamga-Kamtchoum
1825 K Street NW, Ste 700
Washington, DC 20006
gkamtchoum@ashcraftlaw.com

ASK LLP
Edward E. Neiger
151 W. 46th Street, 4th Floor
New York, NY 10036
justice@askllp.com

Aylstock, Witkin, Kreis, & Overholtz, PLLC
S Mary Liu
17 E. Main St. Ste. 200
Pensacola, FL 32502

Babin Law, LLC
Steven C. Babin Jr.
140 E. Town St., Ste 1100
Columbus, OH 43215
hello@babinlaws.com

Bailey Cowan Heckaman, PLLC
Andrea McGinnis
5555 San Felipe St., Ste 900
Houston, TX 77056
amcginnis@bchlaw.com

Berger Montague
Jeffrey L. Osterwise
1818 Market St., Ste 3600
Philadelphia, PA 19103
josterwise@bm.net

Bonina & Bonina P.C.
John Bonina
16 Court St Suite 1800
Brooklyn, NY 11241
Jbonina@medlaw1.com

Bradshaw & Bryant, PLLC
Michael A. Bryant
1505 Division Street
Waite Park, MN 56387
mike@minnesotapersonalinjury.com

Brent Coon & Associates
Robert Schwartz
300 Fannin St, Ste 200
Houston, TX 77002
BCABSAclient@bcoonlaw.com

Buckfire & Buckfire PC
Robert Lantzy
29000 Inkster Rd. Ste 150
Southfield, MI 48034
robert@buckfirelaw.com

Christina Pendleton & Associates PC
Damon Pendleton
1506 Staples Mill Rd., Ste 101
Richmond, VA 23230
masstorts@cpenlaw.com

Colter Legal PLLC
John G. Harnishfeger
1717 K Street, NW Ste 900
Washington, DC 20006
John.Harnishfeger@ColterLegal.com

Crew Janci LLP
Stephen F. Crew
Peter B. Janci
1200 NW Naito Parkwy, Ste 500
Portland, OR 97209
steve@crewjanci.com; peter@crewjanci.com

**BSA SPECIAL SERVICE LIST –LAW FIRMS**

D Miller & Associates, PLLC
Rochelle Gutton
2610 W. Sam Houston Pkwy, Ste #200
Houston, TX 77042
bsa@dmillerlaw.com

Damon J Baldone & Associates, APLC
Damon J. Baldone
162 New Orleans Blvd
Houma, LA 70364
damon@baldonelaw.com

Danizger & De Llano, LLP
Paul Danziger
440 Louisiana St., Ste 1212
Houston, TX 77002
bsa@dandell.com

Danizger & De Llano, LLP
Rod De Llano
440 Louisiana St,, Ste 1212
Houston, TX 77002
rod@dandell.com

Davis Bethune & Jones Law
Grant Davis; Ted Ruzicka
1100 Main St. #2930
Kansas City, MO 64105
gdavis@dbjlaw.net; truzicka@dbjlaw.com

Dordulian Law Group
Samuel Dordulian
550 N. Brand Blvd, Ste 1990
Glendale, CA 91203
sdordulian@dlawgroup.com

Douglas & London PC
Michael A. London
59 Maiden Lane, 6th Fl.
New York, NY 10038
mlondon@douglasandlondon.com

Dumas & Vaughn, LLC
Gilion Dumas & Ashley Vaughn
3835 NE Hancock St., Ste. GLB
Portland, OR 97212
gilion@dumasandvaughn.com

Equitas Advocates PC
Eric W. Pearson
10421 S Jordan Gateway #600
Salt Lake City, UT 84095
ewp@EquitasAdvocatesPC.com

Estey & Bomberger, LLP
Cutter Law, PC
Jennifer S. Domer
Matthew Breining
401 Watt Ave. Ste. 100
Sacramento, CA 95864
jdomer@cutterlaw.com
mbreining@cutterlaw.com

Fasy Law PLLC
Daniel Fasy
752 NW Market Street #1502
Seattle, WA 98107
dan@fasylaw.com

Forman Law Offices, P.A.
Theodore S. Forman
238 NE 1st Ave
Delray Beach, FL 33444
ted@formanlawoffices.com

Freese & Goss, PLLC
Tim K. Goss
3500 Maple Ave., Ste. 1100
Dallas, TX 75219
abuseclaims@freeseandgoss.com

Gibb Law Group LLC
Karen Barth Menzies
505 14th Street, Ste 1110
Oakland, CA 94612
KBM@classlawgroup.com

Gilleon Law Firm
Daniel M. Gilleon, Steve Hoffman
1320 Columbia St., Ste 200
San Diego, CA 92101
shoffmanlaw@gmail.com

Gordon & Partners
Jennifer Lipinski
4114 Northlake Blvd.
Palm Beach Gardens, FL 33410
jlipinski@fortheinjured.com

Hair Shunnarah Trial Attorneys
Kyle C. Usner
4621 W Napoleon Ave, Ste 204
Metairie, LA 70001
usner@hairshunnarah.com

**BSA SPECIAL SERVICE LIST –LAW FIRMS**

Hanna; Vander Ploeg, LLC
David J. Vander Ploeg
20 N. Clark St. Ste. 3100
Chicago, IL 60602
dvp@hanvanlaw.com

Herman Law Firm
Jeffrey M. Herman
1800 North Military Trail, Ste 160
Boca Raton, FL 33431
BSA@hermanlaw.com

Hilliard Martinez Gonzales LLP
Rudy Gonzales
Robert C. Hilliard
719 S. Shoreline Blvd
Corpus Christi, TX 78401
HMGservice@hmglawfirm.com

Horowitz Law Firm
Adam Horowitz & Jessica Arbour
110 E. Broward Blvd., Ste 1850
Ft. Lauderdale, FL 33301
adam@adamhorowitzlaw.com

Hurley McKenna & Mertz, P.C
Christopher T Hurley
Evan M Smola
33 N. Dearborn St. Ste 1430
Chicago, IL 60602
esmola@hurley-law.com

IPG Law Group
lzehiese I. Egharevba
133 W. Main Street
Norristown, PA 19401
Partners@IPGLawGroup.com

James Harris Law, PLLC
James Harris
4616 25th Ave. NE, # 772
Seattle, WA 98105
jimharris@recallsuit.com

James, Vernon & Weeks, P.A.
Donahoo & Associates, PC
Craig K. Vernon
William Donahoo; R. Charles Beckett
1626 Lincoln Way
Coeur d'Alene, ID 83814
cvernon@jvwlaw.net; rbeckett@jvwlaw.net

Jason J Joy & Associates and
Martin Baughman, PLLC
Jason Joy; Laura Baughman; Ben Martin
909 Texas Street, Ste 1801
Houston, TX 77002
BSAclaims@JasonJoyLaw.com

Jason Joy & Associates, PLLC
Jason Joy
909 Texas Street, Ste 1801
Houston, TX 77002
jason@jasonjoylaw.com

Javerbaum Wurgaft Hicks Kahn Wikstrom & Sinins
Rubin M. Sinins
505 Morris Ave., Ste 200
Springfield, NJ 07081
rsinins@lawjw.com

Jeff Anderson & Associates P.A
Michael Finnegan
366 Jackson St. Ste. 100
St. Paul, MN 55101
mike@andersonadvocates.com

Joseph Joy & Associates, APLC
Joseph R, Joy, lll
PO Box 4929
Lafayette, LA 70502
buzzyjoy@josephjoy.com

Junell & Associates, PLLC
Deborah Levy
3737 Buffalo Speedway # 1850
Houston, TX 77098
bsa@junell-law.com
dlevy@junell-law.com

Kosnoff, AVA Law Group, AIS, Eisenberg,
Rothweiler, Van Arsdale
Steward J. Eisenberg
Timothy Kosnoff
Andrew Van Arsdale
1800 M St. NW, Ste. 1000
Washington, DC 20036
aisforms@zuckerman.com

Kosnoff, AVA Law Group, AIS, Eisenberg,
Rothweiler, Van Arsdale
Steward J. Eisenberg
Timothy Kosnoff; Andrew Van Arsdale
3667 Voltaire St
San Diego, CA 92106
support@ava.law

**BSA SPECIAL SERVICE LIST –LAW FIRMS**

Kraus and Kinsman Law Firm
Adam Krause
4717 Grand Avenue #300
Kansas City, MO 64112
adam@krauseandkinsman.com

Law Office of Carmen L. Durso
Carmen L. Durso
175 Federal St., Ste. 1425
Boston, MA 02110
carmen@dursolaw.com

Law Office of Joseph A. Bluemel, III, P.S
Joseph A. Blumel, III
4407 N Division St. Ste 900
Spokane, WA 99207
joseph@blumellaw.com

Law Offices of Betti & Associates
Michele M. Betti
30 Wall St., 8th Fl.
New York, NY 10005
mbettilaw@gmail.com

Law Offices of Donald G. Norris
Donald G. Norris
3055 Wilshire Blvd. Ste. 980
Los Angeles, CA 90010
boyscoutsclaims@gmail.com

Law Offices of Mitchell Garabedian
Mitchell Garabedian
100 State Street, 6th Fl.
Boston, MA 02109
mgarabedian@garabedianlaw.com

Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor, P.A
W. Cameron Stephenson
316 South Baylen St., Ste 600
Pensacola, FL 32502
cstephenson@levinlaw.com

Levy Konigsberg LLP
John Guinan
800 3rd Ave, 11th Fl
New York, NY 10022
JGuinan@levylaw.com

Liakos Law, APC
Jennifer Liakos
1611 S. Pacific Coast Hwy, Ste 200 D
Redondo Beach, CA 90277
jenn@jennliakoslaw.com

Linder Sattler & Rogowsky, LLP
Erica Sattler
270 North Ave, Ste 202
New Rochelle, NY 10801
lsrlawny@gmail.com

Loren Rhoton
Loren Rhoton Law Office
412 East Madison St, Ste 1111
Tampa, FL 33602

Marc J . Bern & Partners, LLP
Joseph J. Cappelli
101 West Elm St., Ste 520
Conshohocken, PA 19428
jcappelli@bernllp.com

Mary Alexander & Associates, P.C.
Mary E. Alexander
44 Montgomery St., Ste 1303
San Francisco, CA 94104
malexander@maryalexanderlaw.com

McDonald Worley, PC
Kevin M. Cox
1770 St. James Place, Ste 100
Houston, TX 77056
kevin@mcdonaldworley.com
klyons@mcdonaldworley.com

Merson Law PLLC
Jordan Rutsky; Jordan Merson
950 Third Ave., 18th Fl
New York, NY 10022
jrutsky@mersonlaw.com;
jmerson@mersonlaw.com

Mitchell A. Toups, Ltd.
Mitchell A. Toups
2615 Calder Ave., Ste 400
Beaumont, TX 77702
matoups@wgttlaw.com

Mokaram Law Firm
Ali Mokaram
2500 West Loop S #450
Houston, TX 77027
maya@mokaramlawfirm.com

Moreli Law Firm PLLC
Danielle Lamberg
777 3rd Avenue
New York, NY 10017
dlamberg@morellilaw.com

**BSA SPECIAL SERVICE LIST –LAW FIRMS**

Napoli Schkolnik PLLC
Brett Bustamante
400 Broadhollow Rd,, Ste 305
Melville, NY 11747
BBustamante@NapoliLaw.com

Nye Stirling Hale & Miller LLP
Benjamin J. Sweet
1145 Bower Hill Rd., Ste 104
Pittsburgh, PA 15243
ben@nshmlaw.com

Nye Stirling Hale & Miller LLP
Timothy C. Hale
33 West Mission St., Ste 201
Santa Barbara, CA 93101
tim@nshmlaw.com

Paluch Law LLC
Jessica Paluch Hoerman
210 S. Main S
Edwardsville, IL 62025
BSAIntake@trulaw.com

Panish Shea & Boyle, LLP
Spencer R. Lucas
11111 Santa Monica Blvd., 7th Fl
Los Angeles, CA 90272
lucas@psblaw.com

Paradowski Law
W. Jeff Paradowski
1604 Copperfield Pkwy, Ste 100
College Station, TX 77845
jeff@paradowskilaw.com

Parker & Waichman LLP
Matthew W. Hinrichs
6 Harbor Park Drive
Port Washington, NY 11050
mhinrichs@yourlawyer.com

Pfau Cochran Vertetis Amala PLLC
Michael Pfau
403 Columbia St., Ste 500
Seattle, WA 98104
michael@pcvalaw.com

Porter Malouf Law Firm
Tim Porter
825 Ridgewood Road
Ridgeland, MS 39157
susan@portermalouf.com

Pourasef Law, PLCC
Pegah Pourasef
2905 Sackett St
Houston, TX 77098
BSA@pouraseflaw.com

Reich and Binstock, LLP
Ben Black
4265 San Felipe, Ste 1000
Houston, TX 77429
bblack@reichandbinstock.com
cbrown@reichandbinstock.com

Richardson Patrick Westbrook & Brickman
T. Christopher Tuck
1037-A Chuck Dawley Blvd.
Mt. Pleasant, SC 29464
ctuck@rpwb.com

Schneider Wallace Cottrell Konecky, LLP
Peter B. Schneider
3700 Buffalo Speedway, Ste 960
Houston, TX 77098
pschneider@schneiderwallace.com

Slater Slater Schulman, LLP
Adam P. Slater Esq.
445 Broad Hollow Rd, Ste 419
Melville, NY 11747
bsa@sssfirm.com
bsateam@sssfirm.com

Swensen & Shelley, PLLC
Kevin Swenson
107 S. 1470 E Ste 201
St. George, UT 84790
BSAattorneys@swensonshelley.com

The Carlson Law Firm, PC
Craig W. Carlson
100 E. Central Texas Expy.
Killeen, TX 76541
jcraven@carlsonattorneys.com

The Law Office of L. Paul Mankin
L. Paul Mankin
4655 Cass Street, Ste 410
San Diego, CA 92109
pmankin@paulmankin.com

The Moody Law Firm, Inc
Willard J. Moody Jr.
500 Crawford St., Ste 200
Portsmouth, VA 23704
courtney@moodyrrlaw.com

**BSA SPECIAL SERVICE LIST –LAW FIRMS**

The Webster Law Firm
Jason C. Webster
6200 Savoy Dr., Ste #150
Houston, TX 77036

The Zalkin Law Firm PC
Devin M. Storey
10590 W Ocean Air Dr. Ste 125
San Diego, CA 92130
dms@zalkin.com

TorHoerman Law LLC
Eric Terry
210 S. Main Street
Edwardsville, IL 62025
info@thlawyer.com

Weitz & Luxemberg, P.C
Samantha Breakstone
700 Broadway
New York, NY 10003
sbreakstone@weitzlux.com

Weller Green Toups & Terrell LLP
Mitchel A. Toups
2615 Calder Ave. Ste. 400
Beaumont, TX 77702
matoups@wgttlaw.com

Winer, Burritt & Scott
Kathleen A. McCormac
1999 Harrison St, Ste 600
Oakland, CA 94612
kathleen@wmlawyers.com

Wolf, Rifkin, Shapiro, Schulman & Rabkin LLP
Royi Moas
3556 E Russell Rd., 2nd Fl
Las Vegas, NV 89120-2234
rmoas@wrslawyers.com

Wright & Schulte, LLC
Richard W. Schulte
865 S. Dixie Drive
Vandalia, OH 45377
rschulte@yourlegalhelp.com

Yuspeh Rappaport Law
Andrew Yuspeh
5001 Mayfield Rd., Ste 210
Cleveland, OH 44118
jason@getyrlaw.com

**Exhibit 3**

**REDACTED**