**DAVID R. MORABITO**
Attorney at Law
117 West Commercial Street
P.O. Box 187
East Rochester, NY 14445-0187
(585) 586-5770
FAX: (585) 383-1496

FILED

2021 JAN 29 AM 9: 02

January 13, 2021

John Dougherty
BSA Abuse Claims Processing
c/o Omni Agent Solutions
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367

Re: 

Dear John:

    I have communicated with Omni Agent Solutions on numerous occasions. I filed a the above-stated claim on or about November 10, 2020.

    To date, no one has responded to me. More egregious is the fact that I could not participate in the conference call the other day as I was shut out for not a designated representative.

    Please correct this.

                            Sincerely,

                              David R. Morabito

DRM/sms

CC: United States Bankruptcy Court-District of Delaware

# DAVID R. MORABITO, SR.
Attorney at Law
117 WEST COMMERCIAL STREET
P.O. BOX 187
EAST ROCHESTER, NEW YORK 14445
Telephone: 585/586-5770
Fax: 585/383-1496

November 10, 2020

BSA Abuse Claims Processing
c/o Omni Agent Solutions
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367

RE: █████████

Dear Ladies and Gentlemen:

Please be advised that I am the attorney representing the above stated individual involving the Sexual Abuse Survivor Proof of Claim.

Enclosed please find said Sexual Abuse Survivor Proof of Claim forms. If you need additional information, please do not hesitate to contact me at your convenience.

Thank you.

Sincerely,

*[signature]*

David R. Morabito

DRM/cgm

█████████

Enclosure

**DAVID R. MORABITO**
Attorney at Law
117 West Commercial Street
P.O. Box 187
East Rochester, NY 14445-0187
(585) 586-5770
FAX: (585) 383-1496

December 15, 2020

John Dougherty
BSA Abuse Claims Processing
c/o Omni Agent Solutions
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367

Re: ████████████

Dear John:

    Thank you for communicating with me on December 10, 2020 verifying that the above-stated individual timely filed the claim.

    What do you wish for us to do to substantiate the claim. I have extensive psychiatric records that date back many years. What do you need?

Sincerely,

David R. Morabito

DRM/sms

**DAVID R. MORABITO**
Attorney at Law
117 West Commercial Street
P.O. Box 187
East Rochester, NY 14445-0187
(585) 586-5770
FAX: (585) 383-1496

December 2, 2020

BSA Abuse Claims Processing
c/o Omni Agent Solutions
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367

Re: ███████

Dear Ladies and Gentlemen:

Please be advised that I filed a Factual Abuse Survivor Proof of Claim in regard to the above-stated individual. Pursuant to my post office tracking, you received the Proof of Claim in your office on November 12, 2020.

Would you send to me proof that this matter has been timely filed.

Further, please advise what information you need in order to address this claim. Thank you.

Sincerely,

David R. Morabito

DRM/sms