**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---

|  |  |
|---|---|
| In re: | : Chapter 11 |
|  | : |
| BOY SCOUTS OF AMERICA AND | : Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC | : |
|  | : (Jointly Administered) |
| Debtors.[1] | : |
|  | : **Re D.I. 1429, 1510, 1572** |
|  | : |

---

### THIRD AMENDED VERIFIED STATEMENT OF COALITION OF ABUSED SCOUTS FOR JUSTICE PURSUANT TO BANKRUPTCY RULE 2019

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, amended as of December 1, 2011 ("Rule 2019"), the Coalition of Abused Scouts for Justice (the "Coalition"), by its undersigned counsel, hereby submits Amended Exhibits to the (the "Verified Statement") in the Chapter 11 cases of the above-captioned debtors (collectively, the "Debtors" and the "Bankruptcy Cases") which attaches Exhibits as set forth herein which amend the prior Exhibits filed with the Second Amended Verified Statement of Abused Scouts for Justice Pursuant to Bankruptcy Rule 2019.

1.      Each Coalition Member has signed an "Affirmative Consent" consenting to becoming a Member of the Coalition and authorizing their respective State Court Counsel to instruct the Coalition Professionals in connection with these cases.  To date, approximately 11,875 Sexual Abuse Survivors have signed an Affirmative Consent to become Members of the Coalition.  Attached as **Exhibit A-1** is a list of the Coalition Members.  The State Court Counsels collectively represent approximately 65,000 Sexual Abuse Survivors in total; the

---

[1]     The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

Coalition expects that many more of these represented claimants will soon sign the Affirmative Consent.

2.      The Advisory Board representatives were selected based on a self-nomination process and were chosen by their respective State Court Counsel. The Advisory Board currently consists of the following members:

- Allen Johnson, age 55 (lives in NC, abused in CT),
- Andrew Tessier, age 40 (lives in NY, abused in AL),
- Gill Gayle, age 58 (lives in CA, abused in AL),
- Michael Lipari, age 49 (lives in D.C., abused in FL),
- Robert Pierce, age 39 (lives in CA, abused in CA).

3.      Each engagement letter with the Coalition Professionals has been filed on the public docket in the attached Exhibit A. **Exhibit A-2** likewise includes documents submitted by State Court Counsel who joined the Coalition following its retention of Province and PFG, indicating their intention to comply and be bound with relevant portions of the engagement letters.[2]

4.      The current State Court Counsel for the Coalition Members are: (i) Slater Slater Schulman LLP, (ii) ASK LLP, (iii) Andrews & Thornton, (iv) Levin Papantonio Thomas Mitchell Rafferty & Procter P.A., (v) Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C., (vi) Junell & Associates PLLC, (vii) Reich & Binstock LLP, (viii) Marc J. Bern & Partners LLP, (ix) Krause & Kinsman Law Firm, (x) Bailey Cowan Heckaman PLLC, (xi) Babin Law, LLC, (xii) Jason J. Joy & Associates, PLLC, (xiii) Motley Rice LLC, (xiv) Weller Green Toups & Terrell LLP, (xv) Colter Legal PLLC, (xvi) Christina Pendleton & Associates PLLC, (xvii) Forman Law Offices, P.A., (xviii) Danziger & De Llano LLP, (xix) Swenson & Shelley PLLC,

---

[2] The PFG engagement letter was finalized only a few days before the filing of this Statement and executed by a subset of State Court Counsel empowered to do so by the Coalition's bylaws. The declarations submitted by State Court Counsel at Exhibit B to this Statement confirm that the various documents submitted at Exhibit A (including by joinder agreements and reference to the Coalition bylaws) reflect each State Court Counsel's agreement to the Coalition's retention of each of its respective professionals.

(xx) Brooke F. Cohen Law, (xxi) Damon J. Baldone PLC, (xxii) Cutter Law PC, (xxiii) The Robert Pahlke Law Group, (xxiv) Napoli Shkolnik PLLC, (xxv) the Hirsch Law Firm, and (xxvi) Porter & Malouf, P.A.

5.       Each Coalition Member has signed an engagement letter with his State Court Counsel (the "State Counsel Retention Agreements"). The State Court Counsel has the authority under their respective engagement letters with each of their clients, to affiliate with or retain co-counsel. *See* **Exhibit A-3**.  Exemplars of the State Court Counsel Retention Agreements with their respective clients are attached at Exhibit A and verified as true and accurate copies of the engagement letters signed by their respective clients in the Declarations of the State Court Counsel attached hereto at Exhibit B.

6.       Attached as **Exhibit B** are Declarations by the State Court Counsel verifying that the documents set forth in Exhibit A to this Verified Statement are true and correct copies of the documents.

7.       Nothing contained in this Verified Statement should be construed as (i) a waiver or release of any claims filed or to be filed against, or interests in, the Debtors held by any Coalition Member, or (ii) a limitation upon, or waiver of, any Coalition Member's rights to assert, file and/or amend its claim in accordance with applicable law and any orders entered in these cases establishing procedures for filing proofs of claim.

8.       Other than disclosed herein, the Coalition Counsel does not represent or purport to represent any other entities with respect to the Bankruptcy Cases. In addition, the Coalition Members do not purport to act, represent, or speak on behalf of any other entities in connection with the Bankruptcy Cases.

9.      From time to time, additional State Court Counsel may seek to have their clients join the Coalition, additional Sexual Abuse Victims may become Coalition Members and certain Coalition Members may cease to be members in the future. Coalition Counsel reserves the right to amend or supplement this Verified Statement as necessary for that, or any other, reason in accordance with Rule 2019.

10.      The information contained herein is intended only to comply with Rule 2019 and is not intended for any other use or purpose.

11.      Personally Identifiable Information has been provided to Permitted Parties (as defined in the Bar Date Order) entitled to receive personally identifiable information thereunder and subject to the confidentiality restrictions set forth in the Bar Date Order.  In addition, the Coalition is permitted, but not required, in its sole and absolute discretion, to provide access to Personally Identifiable Information to a party to the Protective Order, *Order Approving Confidentiality and Protective Order* [D.I. 799] (the "Protective Order"), so long as such access to Personally Identifiable Information is subject to designation as "Committee Advisor Only" pursuant to the terms of the Protective Order. Detailed information regarding the Abuse Claims has been provided to Permitted Parties through access to the Proof of Claims.  Accordingly, a summary of the incident data for each Coalition Member is not attached hereto as it is cumbersome and access to the Proofs of Claim provides the required details in a more readable fashion.

Dated: January 29, 2021                    **MONZACK MERSKY AND BROWDER**
Wilmington, Delaware                       **P.A.**


*/s/ Rachel B. Mersky*
 Rachel B. Mersky (DE No. 2049)
 1201 N. Orange Street, Suite 400
 Wilmington, Delaware 19801
 Telephone:    (302) 656-8162
 Facsimile:    (302) 656-2769
 E-mail:        rmersky@monlaw.com

            -and-

**BROWN RUDNICK LLP**
David J. Molton, Esquire
BROWN RUDNICK LLP
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
E-mail:  DMolton@brownrudnick.com


            and

Sunni P. Beville, Esquire
Tristan G. Axelrod, Esquire
BROWN RUDNICK LLP
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
E-mail:  sbeville@brownrudnick.com
E-mail:  taxelrod@brownrudnick.com

*Co-Counsel to the Coalition of Abused Scouts for Justice*

63936145 v1-