# EXHIBIT A - 1

# Member List
# (Filed Under Seal)