# EXHIBIT B

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC | Case No. 20-10343 (LSS) |
| Debtors.[1] | (Jointly Administered) |
| | **Re D.I. 1053, 1106** |

## DECLARATION OF ADAM SLATER REGARDING DOCUMENTS FILED UNDER SEAL IN CONNECTION WITH THIRD AMENDED VERIFIED STATEMENT OF COALITION OF ABUSED SCOUTS FOR JUSTICE PURSUANT TO BANKRUPTCY RULE 2019

I, Adam Slater, hereby declare under penalty of perjury:

1. I am a partner at the law firm of Slater Slater Schulman LLP, located at 488 Madison Avenue, 20th Fl., New York, NY 10022. I am a member in good standing of the bar of the State of New York.

2. I represent certain individuals who are members of the Coalition of Abused Scouts for Justice. I submit this declaration in connection with the *Third Amended Verified Statement of Coalition of Abused Scouts for Justice Pursuant to Bankruptcy Rule 2019*, filed herewith (the "Verified Statement" filed by the "Coalition"). I have personal knowledge of the facts stated herein. If called as a witness in this action, I could and would testify competently to the contents of this declaration.

3. Attached at Exhibit A to the Verified Statement are true and correct copies of the following:

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

a. Documents stating the name and address of each of my clients who is a Member of the Coalition (each, a "Member Client").

b. An exemplar of my engagement letter with each Member Client, which provides authority for me to affiliate with or retain co-counsel on behalf of each Member Client.  For the avoidance of doubt, each of my Member Clients has signed an engagement letter that is identical to the exemplar in all substantive respects other than such Member Client's personally identifiable information.

c. Documents stating my firm's commitment to comply with engagement letters between the Coalition and its professionals; and copies of such engagement letters.

d. A copy of the Affirmative Consent.  For the avoidance of doubt, each of my Member Clients has executed a copy of such Affirmative Consent that is identical to such form other than the name of my law firm.


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct.

Dated: January 5, 2021
       New York, New York                          Adam Slater
63941771 v1-WorkSiteUS-036293/0001

2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------

In re:

BOY SCOUTS OF AMERICA AND
DELAWARE BSA, LLC

                                    Debtors.[1]

---------------------------------------------------------------

:
:
:
:
:
:
:
:
:
:

Chapter 11

Case No. 20-10343 (LSS)

(Jointly Administered)

**Re D.I. 1053, 1106**

**DECLARATION OF JOSEPH STEINFELD REGARDING DOCUMENTS FILED
UNDER SEAL IN CONNECTION WITH THIRD AMENDED VERIFIED STATEMENT
OF <u>COALITION OF ABUSED SCOUTS FOR JUSTICE PURSUANT TO BANKRUPTCY
RULE 2019</u>**

I, Joseph Steinfeld, hereby declare under penalty of perjury:

1.    I am a partner at the law firm of ASK LLP, located at 2600 Eagan Woods Dr., Ste. 400, St. Paul, MN 55121.   I am a member in good standing of the bars of the State of Minnesota, Commonwealth of Virginia and the District of Columbia.

2.    I represent certain individuals who are members of the Coalition of Abused Scouts for Justice.   I submit this declaration in connection with the *Third Amended Verified Statement of Coalition of Abused Scouts for Justice Pursuant to Bankruptcy Rule 2019*, filed herewith (the "<u>Verified Statement</u>" filed by the "<u>Coalition</u>").   I have personal knowledge of the facts stated herein.   If called as a witness in this action, I could and would testify competently to the contents of this declaration.

3.    Attached at <u>Exhibit A</u> to the Verified Statement are true and correct copies of the following:

     a.    Documents stating the name and address of each of my clients who is a Member of the Coalition (each, a "Member Client").                    _____

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

b. An exemplar of my engagement letter with each Member Client, which provides authority for me to affiliate with or retain co-counsel on behalf of each Member Client.  For the avoidance of doubt, each of my Member Clients has signed an engagement letter that is identical to the exemplar in all substantive respects other than such Member Client's personally identifiable information.

c. Documents stating my firm's commitment to comply with engagement letters between the Coalition and its professionals; and copies of such engagement letters.

d. A copy of the Affirmative Consent.  For the avoidance of doubt, each of my Member Clients has executed a copy of such Affirmative Consent that is identical to such form other than the name of my law firm.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 5, 2021
      St. Paul, MN                          Joseph Steinfeld
63941748 v1-WorkSiteUS-036293/0001

2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

----------------------------------------

In re:

BOY SCOUTS OF AMERICA AND
DELAWARE BSA, LLC

                                Debtors.[1]

----------------------------------------

:
:
:
:
:
:
:
:
:
:

Chapter 11

Case No. 20-10343 (LSS)

(Jointly Administered)

**Re D.I. 1053, 1106**

**DECLARATION OF ANNE ANDREWS REGARDING DOCUMENTS FILED UNDER
SEAL IN CONNECTION WITH THIRD AMENDED VERIFIED STATEMENT OF
COALITION OF ABUSED SCOUTS FOR JUSTICE PURSUANT TO BANKRUPTCY
RULE 2019**

I, Anne Andrews, hereby declare under penalty of perjury:

1.   I am a partner at the law firm of Andrews & Thornton, located at 4701 Von Karman Ave.,

Ste. 300, Newport Beach, CA 92660.  I am a member in good standing of the bar of the State of

California.

2.   I represent certain individuals who are members of the Coalition of Abused Scouts for

Justice.  I submit this declaration in connection with the *Third Amended Verified Statement of*

*Coalition of Abused Scouts for Justice Pursuant to Bankruptcy Rule 2019*, filed herewith (the

"Verified Statement" filed by the "Coalition").  I have personal knowledge of the facts stated

herein.  If called as a witness in this action, I could and would testify competently to the contents

of this declaration.

3.   Attached at Exhibit A to the Verified Statement are true and correct copies of the following:

a.   Documents stating the name and address of each of my clients who is a Member of
the Coalition (each, a "Member Client").                    _____

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

b. An exemplar of my engagement letter with each Member Client, which provides authority for me to affiliate with or retain co-counsel on behalf of each Member Client. For the avoidance of doubt, each of my Member Clients has signed an engagement letter that is identical to the exemplar in all substantive respects other than such Member Client's personally identifiable information.

c. Documents stating my firm's commitment to comply with engagement letters between the Coalition and its professionals; and copies of such engagement letters.

d. A copy of the Affirmative Consent. For the avoidance of doubt, each of my Member Clients has executed a copy of such Affirmative Consent that is identical to such form other than the name of my law firm.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 5, 2021
       Newport Beach, CA                      Anne Andrews

63941747 v1-WorkSiteUS-036293/0001

2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| BOY SCOUTS OF AMERICA AND | : | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC | : | |
| | : | (Jointly Administered) |
| Debtors.[1] | : | |
| | : | **Re D.I. 1053, 1106** |

## DECLARATION OF CAMERON STEPHENSON REGARDING DOCUMENTS FILED UNDER SEAL IN CONNECTION WITH THIRD AMENDED VERIFIED STATEMENT OF COALITION OF ABUSED SCOUTS FOR JUSTICE PURSUANT TO BANKRUPTCY RULE 2019

I, Cameron Stephenson, hereby declare under penalty of perjury:

1.  I am a partner at the law firm of Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A., located at 316 S. Baylen St., Suite 600, Pensacola, FL 32502. I am a member in good standing of the bar of the State of Florida.

2.  I represent certain individuals who are members of the Coalition of Abused Scouts for Justice. I submit this declaration in connection with the *Third Amended Verified Statement of Coalition of Abused Scouts for Justice Pursuant to Bankruptcy Rule 2019*, filed herewith (the "Verified Statement" filed by the "Coalition"). I have personal knowledge of the facts stated herein. If called as a witness in this action, I could and would testify competently to the contents of this declaration.

3.  Attached at Exhibit A to the Verified Statement are true and correct copies of the following:

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

a. Documents stating the name and address of each of my clients who is a Member of the Coalition (each, a "Member Client").

b. An exemplar of my engagement letter with each Member Client, which provides authority for me to affiliate with or retain co-counsel on behalf of each Member Client. For the avoidance of doubt, each of my Member Clients has signed an engagement letter that is identical to the exemplar in all substantive respects other than such Member Client's personally identifiable information.

c. Documents stating my firm's commitment to comply with engagement letters between the Coalition and its professionals; and copies of such engagement letters.

d. A copy of the Affirmative Consent. For the avoidance of doubt, each of my Member Clients has executed a copy of such Affirmative Consent that is identical to such form other than the name of my law firm.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 5, 2021
      Pensacola, FL
63936389 v1-WorkSiteUS-036293/0001

                                     Cameron Stephenson

2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | **Re D.I. 1053, 1106** |

------------------------------------

**DECLARATION OF STEWART J. EISENBERG REGARDING DOCUMENTS FILED
UNDER SEAL IN CONNECTION WITH THIRD AMENDED VERIFIED STATEMENT
OF COALITION OF ABUSED SCOUTS FOR JUSTICE PURSUANT TO BANKRUPTCY
RULE 2019**

I, Stewart J. Eisenberg, hereby declare under penalty of perjury:

1. I am a partner at the law firm of Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C., located at 1634 Spruce Street, Philadelphia, PA 19103. I am a member in good standing of the bar of the State of Pennsylvania.

2. I represent certain individuals who are members of the Coalition of Abused Scouts for Justice. I submit this declaration in connection with the *Third Amended Verified Statement of Coalition of Abused Scouts for Justice Pursuant to Bankruptcy Rule 2019*, filed herewith (the "Verified Statement" filed by the "Coalition"). I have personal knowledge of the facts stated herein. If called as a witness in this action, I could and would testify competently to the contents of this declaration.

3. Attached at Exhibit A to the Verified Statement are true and correct copies of the following:

    a. Documents stating the name and address of each of my clients who is a Member of the Coalition (each, a "Member Client").

    b. An exemplar of my engagement letter with each Member Client, which provides authority for me to affiliate with or retain co-counsel on behalf of each Member Client. For the avoidance of doubt, each of my Member Clients has signed an engagement letter that is identical to the exemplar in all substantive respects other than such Member Client's personally identifiable information.

    c. Documents stating my firm's commitment to comply with engagement letters between the Coalition and its professionals; and copies of such engagement letters.

    d. A copy of the Affirmative Consent. For the avoidance of doubt, each of my Member Clients has executed a copy of such Affirmative Consent that is identical to such form other than the name of my law firm.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 5, 2021

Philadelphia, PA

Stewart J. Eisenberg

63941758 v1-WorkSiteUS-036293/0001

8

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC | Case No. 20-10343 (LSS) |
| Debtors.[1] | (Jointly Administered) |
| | **Re D.I. 1053, 1106** |

**DECLARATION OF DEBORAH LEVY REGARDING DOCUMENTS FILED
UNDER SEAL IN CONNECTION WITH THIRD AMENDED VERIFIED
STATEMENT OF <u>COALITION OF ABUSED SCOUTS FOR JUSTICE PURSUANT
TO BANKRUPTCY RULE 2019</u>**

I, Deborah Levy, hereby declare under penalty of perjury:

1. I am a partner at the law firm of Junell & Associates, PLLC, located at 3737 Buffalo Speedway Ste. 1850, Houston TX 77098. I am a member in good standing of the bar of the State of Texas.

2. I represent certain individuals who are members of the Coalition of Abused Scouts for Justice. I submit this declaration in connection with the *Third Amended Verified Statement of Coalition of Abused Scouts for Justice Pursuant to Bankruptcy Rule 2019*, filed herewith (the "Verified Statement" filed by the "Coalition"). I have personal knowledge of the facts stated herein. If called as a witness in this action, I could and would testify competently to the contents of this declaration.

3. Attached at <u>Exhibit A</u> to the Verified Statement are true and correct copies of the following:

   a. Documents stating the name and address of each of my clients who is a Member of the Coalition (each, a "Member Client").

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

b.  An exemplar of my engagement letter with each Member Client, which provides authority for me to affiliate with or retain co-counsel on behalf of each Member Client.  For the avoidance of doubt, each of my Member Clients has signed an engagement letter that is identical to the exemplar in all substantive respects other than such Member Client's personally identifiable information.

c.  Documents stating my firm's commitment to comply with engagement letters between the Coalition and its professionals; and copies of such engagement letters.

d.  A copy of the Affirmative Consent.  For the avoidance of doubt, each of my Member Clients has executed a copy of such Affirmative Consent that is identical to such form other than the name of my law firm.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 5, 2021
      Houston, TX

Deborah Levy

63941761 v1-WorkSiteUS-036293/0001

2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| BOY SCOUTS OF AMERICA AND | : | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC | : | |
| | : | (Jointly Administered) |
| Debtors.[1] | : | |
| | : | **Re D.I. 1053, 1106** |

**DECLARATION OF DENNIS C. REICH REGARDING DOCUMENTS FILED UNDER
SEAL IN CONNECTION WITH THIRD AMENDED VERIFIED STATEMENT <u>OF
COALITION OF ABUSED SCOUTS FOR JUSTICE PURSUANT TO BANKRUPTCY
RULE 2019</u>**

I, Dennis C. Reich, hereby declare under penalty of perjury:

1.    I am a partner at the law firm of Reich & Binstock LLP, located at 4265 San Felipe St. #1000, Houston, TX 77027. I am a member in good standing of the bar of the State of Texas.

2.    I represent certain individuals who are members of the Coalition of Abused Scouts for Justice. I submit this declaration in connection with the *Third Amended Verified Statement of Coalition of Abused Scouts for Justice Pursuant to Bankruptcy Rule 2019*, filed herewith (the <u>"Verified Statement" filed by the "Coalition")</u>. I have personal knowledge of the facts stated herein. If called as a witness in this action, I could and would testify competently to the contents of this declaration.

3.    Attached at <u>Exhibit A</u> to the Verified Statement are true and correct copies of the following:

    a.    Documents stating the name and address of each of my clients who is a Member of the Coalition (each, a <u>"Member Client")</u>.

    b.    An exemplar of my engagement letter with each Member Client, which provides authority for me to affiliate with or retain co-counsel on behalf of each Member

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

Client. For the avoidance of doubt, each of my Member Clients has signed an engagement letter that is identical to the exemplar in all substantive respects other than such Member Client's personally identifiable information.

c. Documents stating my firm's commitment to comply with engagement letters between the Coalition and its professionals; and copies of such engagement letters.

d. A copy of the Affirmative Consent. For the avoidance of doubt, each of my Member Clients has executed a copy of such Affirmative Consent that is identical to such form other than the name of my law firm.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct.

Dated: January 5, 2021
    Houston, TX                              Dennis C. Reich
63941770 v1-WorkSiteUS-036293/0001

2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| BOY SCOUTS OF AMERICA AND | : Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC | : |
| | : (Jointly Administered) |
| Debtors.[1] | : |
| | : **Re D.I. 1053, 1106** |

## DECLARATION OF JOSEPH CAPPELLI REGARDING DOCUMENTS FILED UNDER SEAL IN CONNECTION WITH THIRD AMENDED VERIFIED STATEMENT OF <u>COALITION OF ABUSED SCOUTS FOR JUSTICE PURSUANT TO BANKRUPTCY RULE 2019</u>

I, Joseph Cappelli, hereby declare under penalty of perjury:

1. I am a partner at the law firm of Marc J. Bern & Partners LLP, located at One Grand Central Place, 60 East 42nd St., Ste. 950, New York, NY 10165. I am a member in good standing of the bar of the Commonwealth of Pennsylvania.

2. I represent certain individuals who are members of the Coalition of Abused Scouts for Justice. I submit this declaration in connection with the *Third Amended Verified Statement of Coalition of Abused Scouts for Justice Pursuant to Bankruptcy Rule 2019*, filed herewith (the "<u>Verified Statement</u>" filed by the "<u>Coalition</u>"). I have personal knowledge of the facts stated herein. If called as a witness in this action, I could and would testify competently to the contents of this declaration.

3. Attached at <u>Exhibit A</u> to the Verified Statement are true and correct copies of the following:

   a. Documents stating the name and address of each of my clients who is a Member of the Coalition (each, a "<u>Member Client</u>").

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

b.  An exemplar of my engagement letter with each Member Client, which provides authority for me to affiliate with or retain co-counsel on behalf of each Member Client.  For the avoidance of doubt, each of my Member Clients has signed an engagement letter that is identical to the exemplar in all substantive respects other than such Member Client's personally identifiable information.

c.  Documents stating my firm's commitment to comply with engagement letters between the Coalition and its professionals; and copies of such engagement letters.

d.  A copy of the Affirmative Consent.  For the avoidance of doubt, each of my Member Clients has executed a copy of such Affirmative Consent that is identical to such form other than the name of my law firm.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct.

Dated: January 7, 2021
    Conshohocken, Pennsylvania

Joseph Cappelli

63941750 v1-WorkSiteUS-036293/0001

2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---

| | |
|---|---|
| In re: | :    Chapter 11 |
| | : |
| BOY SCOUTS OF AMERICA AND | :    Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC | : |
| | :    (Jointly Administered) |
| Debtors.[1] | : |
| | :    **Re D.I. 1053, 1106** |
| | : |

---

**DECLARATION OF HUNTER SHKOLNIK REGARDING DOCUMENTS FILED
UNDER SEAL IN CONNECTION WITH THIRD AMENDED VERIFIED STATEMENT
OF <u>COALITION OF ABUSED SCOUTS FOR JUSTICE PURSUANT TO BANKRUPTCY
RULE 2019</u>**

I, Hunter Shkolnik, hereby declare under penalty of perjury:

1. I am a partner at the law firm of Napoli Shkolnik PLLC, located at 360 Lexington Ave., 11th Floor, New York, NY 10017. I am a member in good standing of the bar of the State of New York.

2. I represent certain individuals who are members of the Coalition of Abused Scouts for Justice. I submit this declaration in connection with the *Third Amended Verified Statement of Coalition of Abused Scouts for Justice Pursuant to Bankruptcy Rule 2019*, filed herewith (the "<u>Verified Statement</u>" filed by the "<u>Coalition</u>"). I have personal knowledge of the facts stated herein. If called as a witness in this action, I could and would testify competently to the contents of this declaration.

3. Attached at <u>Exhibit A</u> to the Verified Statement are true and correct copies of the following:

    a. Documents stating the name, address, and incident data related to abuse suffered by each of my clients who is a Member of the Coalition (each, a "<u>Member Client</u>").

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

b.  An exemplar of my engagement letter with each Member Client, which provides authority for me to affiliate with or retain co-counsel on behalf of each Member Client.  For the avoidance of doubt, each of my Member Clients has signed an engagement letter that is identical to the exemplar in all substantive respects other than such Member Client's personally identifiable information.

c.  Documents stating my firm's commitment to comply with engagement letters between the Coalition and its professionals; and copies of such engagement letters; provided, however, Napoli Shkolnik PLLC is not responsible for payment of any fees or expenses incurred by the Coalition Professionals, including any experts or other advisors.

d.  A copy of the Affirmative Consent.  For the avoidance of doubt, each of my Member Clients has executed a copy of such Affirmative Consent that is identical to such form other than the name of my law firm.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 5, 2021
    New York, New York                                    Hunter Shkolnik
63941769 v1-WorkSiteUS-036293/0001

2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------------

In re:

BOY SCOUTS OF AMERICA AND
DELAWARE BSA, LLC

                              Debtors.[1]

---------------------------------------------------------------------

: Chapter 11
:
: Case No. 20-10343 (LSS)
:
: (Jointly Administered)
:
: **Re D.I. 1053, 1106**

**DECLARATION OF ADAM W. KRAUSE REGARDING DOCUMENTS FILED UNDER**
**SEAL IN CONNECTION WITH THIRD AMENDED VERIFIED STATEMENT OF**
**COALITION OF ABUSED SCOUTS FOR JUSTICE PURSUANT TO BANKRUPTCY**
**RULE 2019**

I, Adam W. Krause, hereby declare under penalty of perjury:

1.  I am a partner at the Krause & Kinsman Law Firm, located at 4717 Grand Avenue #300, Kansas City, MO 64112.  I am a member in good standing of the bar of the State of Missouri.

2.  I represent certain individuals who are members of the Coalition of Abused Scouts for Justice.  I submit this declaration in connection with the *Third Amended Verified Statement of Coalition of Abused Scouts for Justice Pursuant to Bankruptcy Rule 2019*, filed herewith (the "Verified Statement" filed by the "Coalition").  I have personal knowledge of the facts stated herein.  If called as a witness in this action, I could and would testify competently to the contents of this declaration.

3.  Attached at Exhibit A to the Verified Statement are true and correct copies of the following:

    a.  Documents stating the name and address of each of my clients who is a Member of the Coalition (each, a "Member Client").              _____

    b.  An exemplar of my engagement letter with each Member Client, which provides authority for me to affiliate with or retain co-counsel on behalf of each Member

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

Client.  For the avoidance of doubt, each of my Member Clients has signed an engagement letter that is identical to the exemplar in all substantive respects other than such Member Client's personally identifiable information.

c.  Documents stating my firm's commitment to comply with engagement letters between the Coalition and its professionals; and copies of such engagement letters.

d.  A copy of the Affirmative Consent.  For the avoidance of doubt, each of my Member Clients has executed a copy of such Affirmative Consent that is identical to such form other than the name of my law firm.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 5, 2021
       Kansas City, MO                                    Adam W. Krause
63941764 v1-WorkSiteUS-036293/0001

2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| BOY SCOUTS OF AMERICA AND | : | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC | : | |
| | : | (Jointly Administered) |
| Debtors.[1] | : | |
| | : | **Re D.I. 1053, 1106** |

**DECLARATION OF ROBERT W. COWAN REGARDING DOCUMENTS FILED UNDER
SEAL IN CONNECTION WITH THIRD AMENDED VERIFIED STATEMENT OF
<u>COALITION OF ABUSED SCOUTS FOR JUSTICE PURSUANT TO BANKRUPTCY
RULE 2019</u>**

I, Robert W. Cowan, hereby declare under penalty of perjury:

1.   I am a partner at the law firm of Bailey Cowan Heckaman PLLC, located at 5555 San Felipe St., Suite 900, Houston, Texas 77056.  I am a member in good standing of the bar of the State of Texas.

2.   I represent certain individuals who are members of the Coalition of Abused Scouts for Justice.  I submit this declaration in connection with the *Third Amended Verified Statement of Coalition of Abused Scouts for Justice Pursuant to Bankruptcy Rule 2019*, filed herewith (the "<u>Verified Statement</u>" filed by the "<u>Coalition</u>").  I have personal knowledge of the facts stated herein.  If called as a witness in this action, I could and would testify competently to the contents of this declaration.

3.   Attached at <u>Exhibit A</u> to the Verified Statement are true and correct copies of the following:

   a.   Documents stating the name and address of each of my clients who is a Member of the Coalition (each, a "Member Client").   _____

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

b. An exemplar of my engagement letter with each Member Client, which provides authority for me to affiliate with or retain co-counsel on behalf of each Member Client. For the avoidance of doubt, each of my Member Clients has signed an engagement letter that is identical to the exemplar in all substantive respects other than such Member Client's personally identifiable information.

c. Documents stating my firm's commitment to comply with engagement letters between the Coalition and its professionals; and copies of such engagement letters.

d. A copy of the Affirmative Consent. For the avoidance of doubt, each of my Member Clients has executed a copy of such Affirmative Consent that is identical to such form other than the name of my law firm.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 5, 2021
    Houston, TX                               Robert W. Cowan
63936394 v1-WorkSiteUS-036293/0001

2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| BOY SCOUTS OF AMERICA AND | : | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC | : | |
| | : | (Jointly Administered) |
| Debtors.[1] | : | |
| | : | **Re D.I. 1053, 1106** |

**DECLARATION OF STEVEN C. BABIN JR. REGARDING DOCUMENTS FILED
UNDER SEAL IN CONNECTION WITH THIRD AMENDED VERIFIED STATEMENT
OF COALITION OF ABUSED SCOUTS FOR JUSTICE PURSUANT TO BANKRUPTCY
RULE 2019**

I, Steven C. Babin, Jr., hereby declare under penalty of perjury:

1.  I am a partner at the law firm of Babin Law LLC, located at 140 E. Town St., Suite 1100, Columbus, OH 43215.  I am a member in good standing of the bar of the State of Ohio.

2.  I represent certain individuals who are or may become members of the Coalition of Abused Scouts for Justice.  I submit this declaration in connection with the *Third Amended Verified Statement of Coalition of Abused Scouts for Justice Pursuant to Bankruptcy Rule 2019*, filed herewith (the "Verified Statement" filed by the "Coalition").  I have personal knowledge of the facts stated herein.

3.  Attached at Exhibit A to the Verified Statement are true and correct copies of the following:

    a.  Documents stating the name and address of each of my clients, if any, who is a Member of the Coalition (each, a "Member Client").[2]

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

[2] As of the filing of the Verified Statement, individuals whom I represent have not yet reviewed, and provided executed consent forms to counsel for the Coalition.  I reasonably anticipate that certain individuals whom I represent will execute the form, and their names and addresses will be disclosed in compliance with applicable Rules.  Until such time as such individuals provide such consents, I understand that I have no Member Clients and I participate in the Coalition on a conditional basis.

    b.   An exemplar of my engagement letter with each Member Client, which provides authority for me to affiliate with or retain co-counsel on behalf of each Member Client. For the avoidance of doubt, each of my Member Clients has signed an engagement letter that is nearly identical to the exemplar in all substantive respects other than such Member Client's personally identifiable information.

    c.   Documents stating my firm's commitment to comply with engagement letters between the Coalition and its professionals; and copies of such engagement letters; provided, however, Babin Law, LLC is not responsible for payment of any fees or expenses incurred by the Coalition Professionals, including any experts or other advisors.

    d.   A copy of the Affirmative Consent. For the avoidance of doubt, each of my Member Clients will receive and execute a copy of such Affirmative Consent that is identical to such form other than the name of my law firm.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 29, 2021

        Columbus, OH                         Steven C. Babin, Jr.

63936391 v2-WorkSiteUS-036293/0001

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re D.I. 1053, 1106** |

## DECLARATION OF JASON J. JOY REGARDING DOCUMENTS FILED UNDER SEAL IN CONNECTION WITH THIRD AMENDED VERIFIED STATEMENT OF <u>COALITION OF ABUSED SCOUTS FOR JUSTICE PURSUANT TO BANKRUPTCY RULE 2019</u>

I, Jason J. Joy, hereby declare under penalty of perjury:

1. I am a partner at the law firm of Jason J. Joy & Associates PLLC, located at 909 Texas St., Suite 1801, Houston, TX 77002. I am a member in good standing of the bar of the State of Texas.

2. I represent certain individuals who are members of the Coalition of Abused Scouts for Justice. I submit this declaration in connection with the *Third Amended Verified Statement of Coalition of Abused Scouts for Justice Pursuant to Bankruptcy Rule 2019*, filed herewith (the "<u>Verified Statement</u>" filed by the "<u>Coalition</u>"). I have personal knowledge of the facts stated herein. If called as a witness in this action, I could and would testify competently to the contents of this declaration.

3. Attached at <u>Exhibit A</u> to the Verified Statement are true and correct copies of the following:

    a. Documents stating the name and address of each of my clients who is a Member of the Coalition (each, a "<u>Member Client</u>").

    b. An exemplar of my engagement letter with each Member Client, which provides authority for me to affiliate with or retain co-counsel on behalf of each Member

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

Client. For the avoidance of doubt, each of my Member Clients has signed an engagement letter that is identical to the exemplar in all substantive respects other than such Member Client's personally identifiable information.

c. Documents stating my firm's commitment to comply with engagement letters between the Coalition and its professionals; and copies of such engagement letters.

d. A copy of the Affirmative Consent. For the avoidance of doubt, each of my Member Clients has executed a copy of such Affirmative Consent that is identical to such form other than the name of my law firm.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 5, 2021
    Houston, TX

Jason J. Joy

63936392 v1-WorkSiteUS-036293/0001

2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors.[1] | **Re D.I. 1053, 1106** |

**DECLARATION OF JOSEPH RICE REGARDING DOCUMENTS FILED UNDER SEAL IN CONNECTION WITH THIRD AMENDED VERIFIED STATEMENT OF COALITION OF ABUSED SCOUTS FOR JUSTICE PURSUANT TO BANKRUPTCY RULE 2019**

I, Joseph Rice, hereby declare under penalty of perjury:

1. I am a partner at the law firm of Motley Rice LLC, located at 28 Bridgeside Blvd., Mt. Pleasant, SC 29464. I am a member in good standing of the bar of the State of South Carolina.

2. I represent certain individuals who are members of the Coalition of Abused Scouts for Justice. I submit this declaration in connection with the *Third Amended Verified Statement of Coalition of Abused Scouts for Justice Pursuant to Bankruptcy Rule 2019*, filed herewith (the "Verified Statement" filed by the "Coalition"). I have personal knowledge of the facts stated herein. If called as a witness in this action, I could and would testify competently to the contents of this declaration.

3. Attached at Exhibit A to the Verified Statement are true and correct copies of the following:

    a. Documents stating the name and address of each of my clients who is a Member of the Coalition (each, a "Member Client").

    b. An exemplar of my engagement letter with each Member Client, which provides authority for me to affiliate with or retain co-counsel on behalf of each Member

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

Client.  For the avoidance of doubt, each of my Member Clients has signed an engagement letter that is identical to the exemplar in all substantive respects other than such Member Client's personally identifiable information.

c.  Documents stating my firm's commitment to comply with engagement letters between the Coalition and its professionals; and copies of such engagement letters.

d.  A copy of the Affirmative Consent.  For the avoidance of doubt, each of my Member Clients has executed a copy of such Affirmative Consent that is identical to such form other than the name of my law firm.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct.

Dated: January 5, 2021
        Mt. Pleasant, SC                                    Joseph Rice
63941766 v1-WorkSiteUS-036293/0001

2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors.[1] | **Re D.I. 1053, 1106** |

## DECLARATION OF MITCHELL TOUPS REGARDING DOCUMENTS FILED UNDER SEAL IN CONNECTION WITH THIRD AMENDED VERIFIED STATEMENT OF COALITION OF ABUSED SCOUTS FOR JUSTICE PURSUANT TO BANKRUPTCY RULE 2019

I, Mitchell Toups, hereby declare under penalty of perjury:

1.    I am a partner at the law firm of Weller Green Toups & Terrell LLP, located at 2615 Calder Ave. #400, Beaumont TX 77702. I am a member in good standing of the bar of the State of Texas.

2.    I represent certain individuals who are members of the Coalition of Abused Scouts for Justice. I submit this declaration in connection with the *Third Amended Verified Statement of Coalition of Abused Scouts for Justice Pursuant to Bankruptcy Rule 2019*, filed herewith (the "Verified Statement" filed by the "Coalition"). I have personal knowledge of the facts stated herein. If called as a witness in this action, I could and would testify competently to the contents of this declaration.

3.    Attached at Exhibit A to the Verified Statement are true and correct copies of the following:

  a.    Documents stating the name and address of each of my clients who is a Member of the Coalition (each, a "Member Client").

  b.    An exemplar of my engagement letter with each Member Client, which provides authority for me to affiliate with or retain co-counsel on behalf of each Member

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

Client. For the avoidance of doubt, each of my Member Clients has signed an engagement letter that is identical to the exemplar in all substantive respects other than such Member Client's personally identifiable information.

c. Documents stating my firm's commitment to comply with engagement letters between the Coalition and its professionals; and copies of such engagement letters.

d. A copy of the Affirmative Consent. For the avoidance of doubt, each of my Member Clients has executed a copy of such Affirmative Consent that is identical to such form other than the name of my law firm.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 5, 2021
     Beaumont, TX

Mitchell Toups

63874646 v2-WorkSiteUS-036293/0001

2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC | Case No. 20-10343 (LSS) |
|  | (Jointly Administered) |
| Debtors.[1] | **Re D.I. 1053, 1106** |

## DECLARATION OF JOHN G. HARNISHFEGER REGARDING DOCUMENTS FILED UNDER SEAL IN CONNECTION WITH THIRD AMENDED VERIFIED STATEMENT OF COALITION OF ABUSED SCOUTS FOR JUSTICE PURSUANT TO BANKRUPTCY RULE 2019

I, John G. Harnishfeger, hereby declare under penalty of perjury:

1. I am a partner at the law firm of Colter Legal PLLC, located at 1717 K Street, NW, Suite 900, Washington, DC 20006. I am a member in good standing of the Bar of the District of Columbia.

2. I represent certain individuals who are members of the Coalition of Abused Scouts for Justice. I submit this declaration in connection with the *Third Amended Verified Statement of Coalition of Abused Scouts for Justice Pursuant to Bankruptcy Rule 2019*, filed herewith (the "Verified Statement" filed by the "Coalition"). I have personal knowledge of the facts stated herein. If called as a witness in this action, I could and would testify competently to the contents of this declaration.

3. Attached at Exhibit A to the Verified Statement are true and correct copies of the following:

   a. Documents stating the name and address of each of my clients who is a Member of the Coalition (each, a "Member Client").

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

b.  An exemplar of my engagement letter with each Member Client, which provides authority for me to affiliate with or retain co-counsel on behalf of each Member Client.  For the avoidance of doubt, each of my Member Clients has signed an engagement letter that is identical to the exemplar in all substantive respects other than such Member Client's personally identifiable information.

c.  Documents stating my firm's commitment to comply with engagement letters between the Coalition and its professionals; and copies of such engagement letters.

d.  A copy of the Affirmative Consent.  For the avoidance of doubt, each of my Member Clients has executed a copy of such Affirmative Consent that is identical to such form other than the name of my law firm.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 5, 2021
Washington, DC

63936229 v1-WorkSiteUS-036293/0001

John G. Harnishfeger

2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| BOY SCOUTS OF AMERICA AND | : | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC | : |  |
|  | : | (Jointly Administered) |
| Debtors.[1] | : |  |
|  | : | **Re D.I. 1053, 1106** |

---

**DECLARATION OF STAESHA RATH REGARDING DOCUMENTS FILED UNDER
SEAL IN CONNECTION WITH THIRD AMENDED VERIFIED STATEMENT OF
COALITION OF ABUSED SCOUTS FOR JUSTICE PURSUANT TO BANKRUPTCY
RULE 2019**

I, Staesha Rath, hereby declare under penalty of perjury:

1.  I am a partner at the law firm of Christina Pendleton & Associates, located at 1506 Staples Mill Rd., Ste. 101, Richmond, VA 23230.  I am a member in good standing of the bar of the State of New York.

2.  I represent certain individuals who are members of the Coalition of Abused Scouts for Justice.  I submit this declaration in connection with the *Third Amended Verified Statement of Coalition of Abused Scouts for Justice Pursuant to Bankruptcy Rule 2019*, filed herewith (the "Verified Statement" filed by the "Coalition").  I have personal knowledge of the facts stated herein.  If called as a witness in this action, I could and would testify competently to the contents of this declaration.

3.  Attached at Exhibit A to the Verified Statement are true and correct copies of the following:

    a.  Documents stating the name and address of each of my clients who is a Member of the Coalition (each, a "Member Client").  _____

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

b.  An exemplar of my engagement letter with each Member Client, which provides authority for me to affiliate with or retain co-counsel on behalf of each Member Client.  For the avoidance of doubt, each of my Member Clients has signed an engagement letter that is identical to the exemplar in all substantive respects other than such Member Client's personally identifiable information.

c.  Documents stating my firm's commitment to comply with engagement letters between the Coalition and its professionals; and copies of such engagement letters.

d.  A copy of the Affirmative Consent.  For the avoidance of doubt, each of my Member Clients has executed a copy of such Affirmative Consent that is identical to such form other than the name of my law firm.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 5, 2021
       Richmond, VA
63936379 v1-WorkSiteUS-036293/0001

Staesha Rath

2

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| BOY SCOUTS OF AMERICA AND | : | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC | : | |
| | : | (Jointly Administered) |
| Debtors.[1] | : | |
| | : | **Re D.I. 1053, 1106** |

## DECLARATION OF THEODORE FORMAN REGARDING DOCUMENTS FILED UNDER SEAL IN CONNECTION WITH THIRD AMENDED VERIFIED STATEMENT OF COALITION OF ABUSED SCOUTS FOR JUSTICE PURSUANT TO BANKRUPTCY RULE 2019

I, Theodore Forman, hereby declare under penalty of perjury:

1.  I am a partner at the law firm of Forman Law Offices, located at 238 NE 1st Ave., Delray Beach, FL 33444. I am a member in good standing of the bar of the State of Florida.

2.  I represent certain individuals who are members of the Coalition of Abused Scouts for Justice. I submit this declaration in connection with the *Third Amended Verified Statement of Coalition of Abused Scouts for Justice Pursuant to Bankruptcy Rule 2019*, filed herewith (the "Verified Statement" filed by the "Coalition"). I have personal knowledge of the facts stated herein. If called as a witness in this action, I could and would testify competently to the contents of this declaration.

3.  Attached at Exhibit A to the Verified Statement are true and correct copies of the following:

    a.  Documents stating the name and address of each of my clients who is a Member of the Coalition (each, a "Member Client").

    b.  An exemplar of my engagement letter with each Member Client, which provides authority for me to affiliate with or retain co-counsel on behalf of each Member

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

Client.  For the avoidance of doubt, each of my Member Clients has signed an engagement letter that is identical to the exemplar in all substantive respects other than such Member Client's personally identifiable information.

c.  Documents stating my firm's commitment to comply with engagement letters between the Coalition and its professionals; and copies of such engagement letters.

d.  A copy of the Affirmative Consent.  For the avoidance of doubt, each of my Member Clients has executed a copy of such Affirmative Consent that is identical to such form other than the name of my law firm.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 5, 2021
    Delray Beach, FL                  Theodore Foreman
63936382 v1-WorkSiteUS-036293/0001

2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC<br><br>                    Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re D.I. 1053, 1106** |

## DECLARATION OF ROD DE LLANO REGARDING DOCUMENTS FILED UNDER SEAL IN CONNECTION WITH THIRD AMENDED VERIFIED STATEMENT OF <u>COALITION OF ABUSED SCOUTS FOR JUSTICE PURSUANT TO BANKRUPTCY RULE 2019</u>

I, Rod de Llano, hereby declare under penalty of perjury:

1. I am a partner at the law firm of Danziger & De Llano, located at 440 Louisiana Street, Suite 1212, Houston, Texas 77002. I am a member in good standing of the bar of the State of Texas.

2. I represent certain individuals who are members of the Coalition of Abused Scouts for Justice. I submit this declaration in connection with the *Third Amended Verified Statement of Coalition of Abused Scouts for Justice Pursuant to Bankruptcy Rule 2019*, filed herewith (the "Verified Statement" filed by the "Coalition"). I have personal knowledge of the facts stated herein. If called as a witness in this action, I could and would testify competently to the contents of this declaration.

3. Attached at <u>Exhibit A</u> to the Verified Statement are true and correct copies of the following:

    a. Documents stating the name and address of each of my clients who is a Member of the Coalition (each, a "Member Client").

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

b.  An exemplar of my engagement letter with each Member Client, which provides authority for me to affiliate with or retain co-counsel on behalf of each Member Client.  For the avoidance of doubt, each of my Member Clients has signed an engagement letter that is identical to the exemplar in all substantive respects other than such Member Client's personally identifiable information.

c.  Documents stating my firm's commitment to comply with engagement letters between the Coalition and its professionals; and copies of such engagement letters.

d.  A copy of the Affirmative Consent.  For the avoidance of doubt, each of my Member Clients has executed a copy of such Affirmative Consent that is identical to such form other than the name of my law firm.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 5, 2021
       Houston, TX

_____
Rod de Llano

63936393 v1-WorkSiteUS-036293/0001

2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------------

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| BOY SCOUTS OF AMERICA AND | : Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC | : |
| | : (Jointly Administered) |
| Debtors.[1] | : |
| | : **Re D.I. 1053, 1106** |

---------------------------------------------------------------------

**DECLARATION OF KEVIN SWENSON REGARDING DOCUMENTS FILED UNDER
SEAL IN CONNECTION WITH THIRD AMENDED VERIFIED STATEMENT OF
COALITION OF ABUSED SCOUTS FOR JUSTICE PURSUANT TO BANKRUPTCY
RULE 2019**

I, Kevin Swenson, hereby declare under penalty of perjury:

1.  I am a partner at the law firm of Swenson & Shelley PLLC, located at 107 South 1470 East, Ste. 201, St. George, UT 84790.  I am a member in good standing of the bar of the State of Utah.

2.  I represent certain individuals who are members of the Coalition of Abused Scouts for Justice.  I submit this declaration in connection with the *Third Amended Verified Statement of Coalition of Abused Scouts for Justice Pursuant to Bankruptcy Rule 2019*, filed herewith (the "Verified Statement" filed by the "Coalition").  I have personal knowledge of the facts stated herein.  If called as a witness in this action, I could and would testify competently to the contents of this declaration.

3.  Attached at Exhibit A to the Verified Statement are true and correct copies of the following:

    a.  Documents stating the name and address of each of my clients who is a Member of the Coalition (each, a "Member Client").                        _____

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

b.  An exemplar of my engagement letter with each Member Client, which provides authority for me to affiliate with or retain co-counsel on behalf of each Member Client.  For the avoidance of doubt, each of my Member Clients has signed an engagement letter that is identical to the exemplar in all substantive respects other than such Member Client's personally identifiable information.

c.  Documents stating my firm's commitment to comply with engagement letters between the Coalition and its professionals; and copies of such engagement letters.

d.  A copy of the Affirmative Consent.  For the avoidance of doubt, each of my Member Clients has executed a copy of such Affirmative Consent that is identical to such form other than the name of my law firm.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 5, 2021
       St. George, UT
63941789 v1-WorkSiteUS-036293/0001

Kevin D Swenson

Kevin Swenson

2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| BOY SCOUTS OF AMERICA AND | : | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC | : | |
| | : | (Jointly Administered) |
| Debtors.[1] | : | |
| | : | **Re D.I. 1053, 1106** |

---

### DECLARATION OF BROOKE COHEN REGARDING DOCUMENTS FILED UNDER SEAL IN CONNECTION WITH THIRD AMENDED VERIFIED STATEMENT OF COALITION OF ABUSED SCOUTS FOR JUSTICE PURSUANT TO BANKRUPTCY RULE 2019

I, Brooke Cohen, hereby declare under penalty of perjury:

1. I am a partner at the law firm of Brooke F. Cohen Law, located at 4318 Glenwick Lane, Dallas, TX 75205. I am a member in good standing of the bar of the State of Texas.

2. I represent certain individuals who are members of the Coalition of Abused Scouts for Justice. I submit this declaration in connection with the *Third Amended Verified Statement of Coalition of Abused Scouts for Justice Pursuant to Bankruptcy Rule 2019*, filed herewith (the "Verified Statement" filed by the "Coalition"). I have personal knowledge of the facts stated herein. If called as a witness in this action, I could and would testify competently to the contents of this declaration.

3. Attached at Exhibit A to the Verified Statement are true and correct copies of the following:

    a. Documents stating the name and address of each of my clients who is a Member of the Coalition (each, a "Member Client").  _____

    b. An exemplar of my engagement letter with each Member Client, which provides authority for me to affiliate with or retain co-counsel on behalf of each Member

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

Client.  For the avoidance of doubt, each of my Member Clients has signed an engagement letter that is identical to the exemplar in all substantive respects other than such Member Client's personally identifiable information.

c.   Documents stating my firm's commitment to comply with engagement letters between the Coalition and its professionals; and copies of such engagement letters.

d.   A copy of the Affirmative Consent.  For the avoidance of doubt, each of my Member Clients has executed a copy of such Affirmative Consent that is identical to such form other than the name of my law firm.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 5, 2021
        Dallas, TX

_____
Brooke Cohen

63936418 v1-WorkSiteUS-036293/0001

2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------

In re:                                                       :     Chapter 11
                                                             :
BOY SCOUTS OF AMERICA AND                                    :     Case No. 20-10343 (LSS)
DELAWARE BSA, LLC                                            :
                                                             :     (Jointly Administered)
                                    Debtors.[1]              :
                                                             :     **Re D.I. 1053, 1106**

-------------------------------------------------------

**DECLARATION OF DAMON BALDONE REGARDING DOCUMENTS FILED
UNDER SEAL IN CONNECTION WITH THIRD AMENDED VERIFIED STATEMENT
OF COALITION OF ABUSED SCOUTS FOR JUSTICE PURSUANT TO
BANKRUPTCY RULE 2019**

I, Damon Baldone, hereby declare under penalty of perjury:

1.  I am a partner at the law firm of Damon J. Baldone, PLC, located at 162 New Orleans
Boulevard, Houma, LA 70364. I am a member in good standing of the bar of the State of
Louisiana.

2.  I represent certain individuals who are members of the Coalition of Abused Scouts for
Justice. I submit this declaration in connection with the *Third Amended Verified Statement of
Coalition of Abused Scouts for Justice Pursuant to Bankruptcy Rule 2019*, filed herewith (the
"Verified Statement" filed by the "Coalition"). I have personal knowledge of the facts stated
herein. If called as a witness in this action, I could and would testify competently to the contents
of this declaration.

3.  Attached at Exhibit A to the Verified Statement are true and correct copies of the following:

    a.  Documents stating the name and address of each of my clients who is a Member
    of the Coalition (each, a "Member Client").

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification
number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address
is 1325 W. Walnut Hill Ln., Irving, TX 75038.

b.  An exemplar of my engagement letter with each Member Client, which provides authority for me to affiliate with or retain co-counsel on behalf of each Member Client. For the avoidance of doubt, each of my Member Clients has signed an engagement letter that is identical to the exemplar in all substantive respects other than such Member Client's personally identifiable information.

c.  Documents stating my firm's commitment to comply with engagement letters between the Coalition and its professionals; and copies of such engagement letters.

d.  A copy of the Affirmative Consent. For the avoidance of doubt, each of my Member Clients has executed a copy of such Affirmative Consent that is identical to such form other than the name of my law firm.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 5, 2021
    Houma, LA
63936375 v1-WorkSiteUS-036293/0001

Damon J. Baldone

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------

In re:

BOY SCOUTS OF AMERICA AND
DELAWARE BSA, LLC

                              Debtors.[1]

-------------------------------------------------------

:
:   Chapter 11
:
:   Case No. 20-10343 (LSS)
:
:   (Jointly Administered)
:
:   **Re D.I. 1053, 1106**
:

**DECLARATION OF JENNIFER S. DOMER REGARDING DOCUMENTS FILED
UNDER SEAL IN CONNECTION WITH THIRD AMENDED VERIFIED STATEMENT
OF COALITION OF ABUSED SCOUTS FOR JUSTICE PURSUANT TO BANKRUPTCY
RULE 2019**

I, Jennifer S. Domer, hereby declare under penalty of perjury:

1.  I am a partner at the law firm of Cutter Law, P.C., located at 401 Watt Ave., Sacramento,
CA 95864.  I am a member in good standing of the bar of the State of California.

2.  I represent certain individuals who are members of the Coalition of Abused Scouts for
Justice.  I submit this declaration in connection with the *Third Amended Verified Statement of
Coalition of Abused Scouts for Justice Pursuant to Bankruptcy Rule 2019*, filed herewith (the
"Verified Statement" filed by the "Coalition").  I have personal knowledge of the facts stated
herein.  If called as a witness in this action, I could and would testify competently to the contents
of this declaration.

3.  Attached at Exhibit A to the Verified Statement are true and correct copies of the following:

    a.  Documents stating the name and address of each of my clients who is a Member of
    the Coalition (each, a "Member Client").

    b.  An exemplar of my engagement letter with each Member Client, which provides
    authority for me to affiliate with or retain co-counsel on behalf of each Member

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification
number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address
is 1325 W. Walnut Hill Ln., Irving, TX 75038.

Client.  For the avoidance of doubt, each of my Member Clients has signed an engagement letter that is identical to the exemplar in all substantive respects other than such Member Client's personally identifiable information.

c.    Documents stating my firm's commitment to comply with engagement letters between the Coalition and its professionals; and copies of such engagement letters.

d.    A copy of the Affirmative Consent.  For the avoidance of doubt, each of my Member Clients has executed a copy of such Affirmative Consent that is identical to such form other than the name of my law firm.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 5, 2021                                    ___/s/Jennifer S. Domer_____
         Sacramento, CA                                      Jennifer S. Domer

2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC | Case No. 20-10343 (LSS) |
| Debtors.[1] | (Jointly Administered) |
| | **Re D.I. 1053, 1106** |

**DECLARATION OF ROBERT PAHLKE REGARDING DOCUMENTS FILED UNDER SEAL IN CONNECTION WITH THIRD AMENDED VERIFIED STATEMENT OF COALITION OF ABUSED SCOUTS FOR JUSTICE PURSUANT TO BANKRUPTCY RULE 2019**

I, Robert Pahlke, hereby declare under penalty of perjury:

1. I am a partner at the law firm of The Robert Pahlke Law Group, located at 2425 Circle Dr., Ste. 200, Scottsbluff, NE 69361. I am a member in good standing of the bar of the State of Nebraska.

2. I represent certain individuals who are members of the Coalition of Abused Scouts for Justice. I submit this declaration in connection with the *Third Amended Verified Statement of Coalition of Abused Scouts for Justice Pursuant to Bankruptcy Rule 2019*, filed herewith (the "Verified Statement" filed by the "Coalition"). I have personal knowledge of the facts stated herein. If called as a witness in this action, I could and would testify competently to the contents of this declaration.

3. Attached at Exhibit A to the Verified Statement are true and correct copies of the following:

    a. Documents stating the name and address of each of my clients who is a Member of the Coalition (each, a "Member Client").

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

b.  An exemplar of my engagement letter with each Member Client, which provides authority for me to affiliate with or retain co-counsel on behalf of each Member Client.  For the avoidance of doubt, each of my Member Clients has signed an engagement letter that is identical to the exemplar in all substantive respects other than such Member Client's personally identifiable information.

c.  Documents stating my firm's commitment to comply with engagement letters between the Coalition and its professionals; and copies of such engagement letters.

d.  A copy of the Affirmative Consent.  For the avoidance of doubt, each of my Member Clients has executed a copy of such Affirmative Consent that is identical to such form other than the name of my law firm.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 7, 2021
    Scottsbluff, NE
                      Robert Pahlke

63941802 v1-WorkSiteUS-036293/0001

2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------------------

|  |  |
|---|---|
| In re: | : Chapter 11 |
|  | : |
| BOY SCOUTS OF AMERICA AND | : Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC | : |
|  | : (Jointly Administered) |
| Debtors.[1] | : |
|  | : **Re D.I. 1053, 1106** |

---------------------------------------------------------------------------

**DECLARATION OF ANDREA HIRSCH REGARDING DOCUMENTS FILED UNDER**
**SEAL IN CONNECTION WITH THIRD AMENDED VERIFIED STATEMENT OF**
**COALITION OF ABUSED SCOUTS FOR JUSTICE PURSUANT TO BANKRUPTCY**
**RULE 2019**

I, Andrea Hirsch, hereby declare under penalty of perjury:

1. I am a partner at the Hirsch Law Firm, located at 1108 Santa Fe Sta., Dunwoody, GA 30338. I am a member in good standing of the bar of the State of Georgia.

2. I represent certain individuals who are members of the Coalition of Abused Scouts for Justice. I submit this declaration in connection with the *Third Amended Verified Statement of Coalition of Abused Scouts for Justice Pursuant to Bankruptcy Rule 2019*, filed herewith (the "Verified Statement" filed by the "Coalition"). I have personal knowledge of the facts stated herein. If called as a witness in this action, I could and would testify competently to the contents of this declaration.

3. Attached at Exhibit A to the Verified Statement are true and correct copies of the following:

   a. Documents stating the name and address of each of my clients who is a Member of the Coalition (each, a "Member Client").

   b. An exemplar of my engagement letter with each Member Client, which provides authority for me to affiliate with or retain co-counsel on behalf of each Member

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

Client.  For the avoidance of doubt, each of my Member Clients has signed an engagement letter that is identical to the exemplar in all substantive respects other than such Member Client's personally identifiable information.

c.  Documents stating my firm's commitment to comply with engagement letters between the Coalition and its professionals; and copies of such engagement letters.

d.  A copy of the Affirmative Consent.  For the avoidance of doubt, each of my Member Clients has executed a copy of such Affirmative Consent that is identical to such form other than the name of my law firm.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 20, 2021
     Dunwoody, GA                   _____

                                      Andrea Hirsch

63949905 v1-WorkSiteUS-036293/0001

2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| BOY SCOUTS OF AMERICA AND | : Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC | : |
| | : (Jointly Administered) |
| Debtors.[1] | : |
| | : **Re D.I. 1053, 1106** |

## DECLARATION OF TIMOTHY PORTER REGARDING DOCUMENTS FILED UNDER SEAL IN CONNECTION WITH THIRD AMENDED VERIFIED STATEMENT OF COALITION OF ABUSED SCOUTS FOR JUSTICE PURSUANT TO BANKRUPTCY RULE 2019

I, Timothy Porter, hereby declare under penalty of perjury:

1. I am a partner at Porter Malouf P.A., located at 825 Ridgewood Road, Ridgeland, MS 39157. I am a member in good standing of the bar of the State of Mississippi.

2. I represent certain individuals who are members of the Coalition of Abused Scouts for Justice. I submit this declaration in connection with the *Third Amended Verified Statement of Coalition of Abused Scouts for Justice Pursuant to Bankruptcy Rule 2019*, filed herewith (the "Verified Statement" filed by the "Coalition"). I have personal knowledge of the facts stated herein. If called as a witness in this action, I could and would testify competently to the contents of this declaration.

3. Attached at Exhibit A to the Verified Statement are true and correct copies of the following:

   a. Documents stating the name and address of each of my clients who is a Member of the Coalition (each, a "Member Client").

   b. An exemplar of my engagement letter with each Member Client, which provides authority for me to affiliate with or retain co-counsel on behalf of each Member

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

Client. For the avoidance of doubt, each of my Member Clients has signed an engagement letter that is identical to the exemplar in all substantive respects other than such Member Client's personally identifiable information.

c. Documents stating my firm's commitment to comply with engagement letters between the Coalition and its professionals; and copies of such engagement letters.

d. A copy of the Affirmative Consent. For the avoidance of doubt, each of my Member Clients has executed a copy of such Affirmative Consent that is identical to such form other than the name of my law firm.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 25, 2021
         Ridgeland, MS
63952445 v1-WorkSiteUS-036293/0001

Timothy Porter

2