**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND | ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC, | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICES AND DOCUMENTS**

**PLEASE TAKE NOTICE THAT** Daniel K. Hogan of Hogan♦McDaniel hereby enters his appearance as counsel in the above-captioned action on behalf of Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C. ("Eisenberg"), counsel for various child sexual abuse tort claimants and as a party-in-interest in the above-captioned case, and such counsel hereby enter his appearance pursuant to 11 U.S.C. § 1109(b) and Fed. R. Bankr. P. 9010(b), and such counsel hereby request, pursuant to Fed. R. Bankr. P. 2002, 3017 and 9017, Del. Bankr. L.R. 2002-1, and 11 U.S.C. §§ 342 and 1109(b), that copies of all notices and pleadings given or filed in this case be given and served upon them at the following addresses, and facsimile and telephone numbers:

Daniel K. Hogan, Esquire
Garvan F. McDaniel, Esquire
HOGAN♦McDANIEL
1311 Delaware Avenue
Wilmington, DE 19806
Telephone:  (302) 656-7597
Facsimile:  (302) 656-7599
dkhogan@dkhogan.com
gfmcdaniel@dkhogan.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b), the foregoing requests apply to and include not only the notices and papers referred to in the rules specified above, but also include, without limitation, all orders, notices and pleadings relating to any application, motion, petition, objection, pleading, request, complaint or demand, whether

formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, courier services, hand delivery, facsimile transmission, electronic mail, telex or otherwise that: (1) affects, or seeks to affect, or may potentially affect in any way, any rights or interests of any creditor or party-in-interest in these cases; (2) affects or seeks to affect (a) the above-captioned Debtor and/or its estate or (b) property or proceeds thereof in the possession, custody, or control of others that the Debtor or its estate may seek to use; or (3) requires or seeks to require any act, delivery of any property, payment or other conduct.

**PLEASE TAKE FURTHER NOTICE** that Eisenberg does not, by filing this Notice of Appearance or any subsequent appearance, pleading, claim or suit, submit to the jurisdiction of the Bankruptcy Court or intend that this Notice of Appearance constitutes a waiver or any of its rights: (i) to have final orders in non-core matters entered only after *de novo* review by a U.S. District Court; (ii) to trial by jury in any proceeding so triable in these cases, or any controversy or proceeding related to these cases; (iii) to have a U.S. District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, setoffs or recoupments.

Dated: February 1, 2021

HOGAN♦McDANIEL

*s/ Daniel K. Hogan*
Daniel K. Hogan (DE No. 2814)
Garvan F. McDaniel (DE No. 4167)
1311 Delaware Avenue
Wilmington, DE 19806
Telephone:  (302) 656-7596
Facsimile:  (302) 656-7599
dkhogan@dkhogan.com
gfmcdaniel@dkhogan.com

*Attorneys for Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C.*