## **CERTIFICATE OF SERVICE**

     I certify that on February 1, 2021, a copy of this notice was filed electronically using the Court's CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the court's CM/ECF system.

                                        */s/ Daniel K. Hogan*
                                        Daniel K. Hogan (DE No. 2814)