**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC<br><br>                Debtors | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**NOTICE OF SERVICE OF CENTURY'S REQUESTS FOR PRODUCTION OF**
**DOCUMENTS DIRECTED TO DEBTORS**

I hereby certify that on February 1, 2021, a true and accurate copy of (1) Century's First

Set of Interrogatories to the Debtors and (2) Century's First Request for Production of

Documents to the Debtors were served in the manner indicated on the parties identified below.

Via Email

Jessica C. Lauria (formerly Boelter)
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020
Jessica.boelter@whitecase.com

Michael C. Andolina
Matthew E. Linder
White & Case LLP
111 South Wacker Drive
Chicago, IL 60606
mandolin@whitecase.com
mlinder@whitecase.com

Derek C. Abbott
Morris Nichols Arsht & Tunnell
P.O. Box 1347
Wilmington, DE 19899
dabbott@mnat.com

Dated:  February 1, 2021

Respectfully Submitted,


By:  *Stamatios Stamoulis*_____
     Stamatios Stamoulis (#4606)

STAMOULIS & WEINBLATT LLC
800 N. West Street
Third Floor
Wilmington, Delaware  19801
Telephone:   302 999 1540
Facsimile:   302 762 1688

O'MELVENY & MYERS LLP
Tancred Schiavoni (*pro hac vice*)
Janine Panchok-Berry (*pro hac vice*)
Times Square Tower
7 Times Square
New York, New York  10036-6537
Telephone:   212 326 2000
Facsimile:   212 326 2061

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Ace Insurance Group Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company*