# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC<br><br>Debtors | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE OF CENTURY'S REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEBTORS

I hereby certify that on February 1, 2021, a true and accurate copy of (1) Century's First Set of Interrogatories to the Ava Law Group, Kosnoff Law and Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C. Individually and as doing Business as Abused in Scouting, (2) Century's First Set of Requests for Admission to the Ava Law Group, Kosnoff Law and Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C. Individually and as doing Business as Abused in Scouting, and (3) Century's First Request for Production of Documents to the Ava Law Group, Kosnoff Law and Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C. Individually and as doing Business as Abused in Scouting were served in the manner indicated on the parties identified below.

Via Email

David E. Wilks
Wilks Law LLC
4250 Lancaster Pike Suite 200
Wilmington, DE 19805
dwilks@wilks.law

Sunni Beville
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
sbeville@brownrudnick.com

Eric R. Goodman
Brown Rudnick LLP
601 Thirteenth Street NW, Suite 600
Washington, DC 20005
egoodman@brownrudnick.com

Rachel B. Mersky
Monzack Mersky Browder and Hochman, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
rmersky@monlaw.com

OMM_US:77572191.2

Dated: February 1, 2021

Respectfully Submitted,

By: *Stamatios Stamoulis*_____
    Stamatios Stamoulis (#4606)

STAMOULIS & WEINBLATT LLC
800 N. West Street
Third Floor
Wilmington, Delaware 19801
Telephone:   302 999 1540
Facsimile:    302 762 1688

O'MELVENY & MYERS LLP
Tancred Schiavoni (*pro hac vice*)
Janine Panchok-Berry (*pro hac vice*)
Times Square Tower
7 Times Square
New York, New York 10036-6537
Telephone:   212 326 2000
Facsimile:    212 326 2061

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Ace Insurance Group Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company*