# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC<br><br>Debtors | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE OF CENTURY'S REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEBTORS

I hereby certify that on February 1, 2021, a true and accurate copy of (1) Century's First Set of Interrogatories to the Coalition of Abused Scouts for Justice, (2) Century's First Set of Requests for Admission to the Coalition of Abused Scouts for Justice, and (3) Century's First Request for Production of Documents to the Coalition of Abused Scouts for Justice were served in the manner indicated on the parties identified below.

<u>Via Email</u>

David J. Molton
Brown Rudnick LLP
7 Times Square
New York, NY 10036
dmolton@brownrudnick.com

Daniel K. Hogan
Hogan McDaniel
1311 Delaware Avenue
Wilmington, DE 19806
dkhogan@dkhogan.com

OMM_US:77572191.2

Dated:  February 1, 2021

Respectfully Submitted,

By: *Stamatios Stamoulis*_____
    Stamatios Stamoulis (#4606)

STAMOULIS & WEINBLATT LLC
800 N. West Street
Third Floor
Wilmington, Delaware  19801
Telephone:    302 999 1540
Facsimile:    302 762 1688

O'MELVENY & MYERS LLP
Tancred Schiavoni (*pro hac vice*)
Janine Panchok-Berry (*pro hac vice*)
Times Square Tower
7 Times Square
New York, New York  10036-6537
Telephone:    212 326 2000
Facsimile:    212 326 2061

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Ace Insurance Group Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company*