IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,1<br><br>　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: D.I. 1971, 1972, & 1973** |

### NOTICE OF FILING REVISED PROPOSED REDACTED VERSION OF HARTFORD AND CENTURY'S MOTION FOR AN ORDER (I) AUTHORIZING CERTAIN RULE 2004 DISCOVERY AND (II) GRANTING LEAVE FROM LOCAL RULE 3007-1(f) TO PERMIT THE FILING OF SUBSTANTIVE OMNIBUS OBJECTIONS

PLEASE TAKE NOTICE that on January 22, 2021, Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fire Insurance Company (collectively, "Hartford") and Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company ("Century")[2] filed with the United States Bankruptcy Court for the District of Delaware (the "Court") **Hartford and Century's Motion for an Order (I) Authorizing Certain Rule 2004 Discovery and (II) Granting Leave From Local Rule 3007-1(F) to Permit the Filing of Substantive Omnibus Objections** [D.I. 1971] (the "Rule 2004 Motion").

PLEASE TAKE FURTHER NOTICE that on January 22, 2021, Hartford and Century also filed **Hartford and Century's Motion for Entry of an Order Authorizing Filing Under Seal of Certain Documents Relating to Hartford and Century's Motion for an Order (I) Authorizing Certain Rule 2004 Discovery and (II) Granting Leave From Local Rule 3007-1(f) to Permit the Filing of Substantive Omnibus Objections** [D.I. 1973] (the "Motion to Seal"), seeking, among other things, authority to file portions of the Rule 2004 Motion under seal.

PLEASE TAKE FURTHER NOTICE that on January 22, 2021, consistent with the relief requested in the Motion to Seal, and pursuant to rule 9018-1(d)(ii) of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the District of Delaware, Hartford and Century filed a proposed redacted version of the Rule 2004 Motion [D.I. 1972] (the "Proposed Redacted Rule 2004 Motion").

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

[2] Arrowood Indemnity Company, formerly known as Royal Indemnity Company also joined in the Rule 2004 Motion (as defined herein) and is included in the signature block.

PLEASE TAKE FURTHER NOTICE that subsequent to the filing of the Rule 2004 Motion, Motion to Seal, and the Proposed Redacted Rule 2004 Motion, Hartford and Century received informal comments from the Office of the United States Trustee (the "U.S. Trustee") to the Motion to Seal with respect to the Proposed Redacted Rule 2004 Motion.

PLEASE TAKE FURTHER NOTICE that Hartford and Century hereby file a revised proposed redacted version of the Rule 2004 Motion attached hereto as Exhibit 1, which resolves the U.S. Trustee's informal comments to the Motion to Seal.

Dated: February 2, 2021

| STAMOULIS & WEINBLATT LLC | BAYARD, P.A. |
|---|---|
| /s/ Stamatios Stamoulis | /s/ Gregory J. Flasser |
| Stamatios Stamoulis (#4606) | Erin R. Fay (No. 5268) |
| 800 N. West Street | Gregory J. Flasser (No. 6154) |
| Third Floor | 600 North King Street, Suite 400 |
| Wilmington, Delaware 19801 | Wilmington, Delaware 19801 |
| Telephone: 302-999-1540 | Telephone: (302) 655-5000 |
| Facsimile: 302-762-1688 | Facsimile: (302) 658-6395 |
| | Email: efay@bayardlaw.com |
| | gflasser@bayardlaw.com |
| - and - | |
| | - and - |
| Tancred Schiavoni (admitted *pro hac vice*) | |
| Gary Svirsky (apply for *pro hac vice*) | James P. Ruggeri (admitted *pro hac vice*) |
| Andrew Kirschenbaum (admitted *pro hac vice*) | Joshua D. Weinberg (admitted *pro hac vice*) |
| O'MELVENY & MYERS LLP | Michele Backus Konigsberg (admitted *pro hac vice*) |
| Times Square Tower | SHIPMAN & GOODWIN LLP |
| 7 Times Square | 1875 K Street, NW, Suite 600 |
| New York, New York 10036-6537 | Washington, D.C. 20003 |
| Telephone: 212-326-2000 | Tel: (202) 469-7750 |
| | Fax: (202) 469-7751 |
| *Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company* | - and - |
| | Philip D. Anker (admitted *pro hac vice*) |
| | WILMER CUTLER PICKERING HALE AND DORR LLP |
| | 7 World Trade Center |
| | 250 Greenwich Street |
| | New York, N.Y. 10007 |
| | Tel: (212) 230-8890 |
| | Fax: (212) 230-8888 |

| | |
|---|---|
| THE LAW OFFICES OF JOYCE, LLC<br><br>*/s/ Michael J. Joyce*<br>Michael J. Joyce (No. 4563)<br>1225 King Street, Suite 800<br>Wilmington, DE 19801<br> (302)-388-1944<br>mjoyce@mjlawoffices.com<br><br>-and-<br><br>Kevin T. Coughlin (Admitted *Pro Hac Vice*)<br>Lorraine M. Armenti (Admitted *Pro Hac Vice*)<br>Michael E. Hrinewski (Admitted *Pro Hac Vice*)<br>COUGHLIN DUFFY, LLP<br>350 Mount Kemble Ave.<br>PO Box 1917<br>Morristown, NJ 07962<br>973-267-0058 (Telephone)<br>973-267-6442 (Facsimile)<br>larmenti@coughlinduffy.com<br><br>*Attorneys for Arrowood Indemnity Company, formerly known as Royal Indemnity Company* | Danielle Spinelli (admitted *pro hac vice*)<br>Joel Millar (admitted *pro hac vice*)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>1875 Pennsylvania Avenue N.W.<br>Washington, D.C.  20006<br>Tel:  (202) 663-6000<br>Fax:  (202) 663-6363<br><br>*Attorneys for First State Insurance Company, Hartford Accident and Indemnity Company and Twin City Fire Insurance Company* |

3