# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br>Jointly Administered |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Courtney L. Millian of Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP to represent Andrews & Thornton, Attorneys at Law, and ASK LLP in this action.

Dated: February 3, 2021　　　　　　　　A.M. SACCULLO LEGAL, LLC

　　　　　　　　　　　　　　　　　　　　*/s/ Mary E. Augustine*
　　　　　　　　　　　　　　　　　　　　Mary E. Augustine, Esq.
　　　　　　　　　　　　　　　　　　　　27 Crimson King Drive
　　　　　　　　　　　　　　　　　　　　Bear, Delaware 19701
　　　　　　　　　　　　　　　　　　　　Telephone: (302) 836-8877
　　　　　　　　　　　　　　　　　　　　Facsimile: (302) 836-8787
　　　　　　　　　　　　　　　　　　　　Email: meg@saccullolegal.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Revised Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: February 3, 2021

*/s/ Courtney L. Millian*
Courtney L. Millian
Robbins, Russell, Englert, Orseck,
Untereiner & Sauber LLP
2000 K Street NW, 4th Floor
Washington, DC 20006
Telephone: (202) 775-4500
Email: cmillian@robbinsrussell.com

*Counsel for Andrews & Thornton, Attorneys at Law and ASK LLP*