**<u>Exhibit B</u>**

**Declaration of Stephanie Phillips**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC[1]<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**DECLARATION OF STEPHANIE PHILLIPS IN SUPPORT OF DEBTORS' FIRST
OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CERTAIN (I) EXACT
DUPLICATE CLAIMS (II) AMENDED AND SUPERSEDED CLAIMS AND
(III) INCORRECT DEBTOR CLAIMS (NON-ABUSE CLAIMS)**

I, Stephanie Phillips, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1.　　　I am the Controller at the Boy Scouts of America (the "BSA") and have served in this capacity for 11 years. I submit this declaration (the "Declaration") in support of the *Debtors' First Omnibus (Non-Substantive) Objection to Certain (I) Exact Duplicate Claims, (II) Amended and Superseded Claims, and (III) Incorrect Debtor Claims* (the "Objection"),[2] dated as of the date hereof and filed contemporaneously herewith.

2.　　　I am over the age of eighteen and am authorized by the Debtors to submit this Declaration.　All statements in this Declaration are based upon my personal knowledge, my review (or the review of others under my supervision) of (a) business books and records kept by the Debtors in the ordinary course of business, (b) the relevant proofs of claim, (c) the Schedules,

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

and/or (d) the official register of claims filed in the chapter 11 cases.  If called as a witness, I could and would competently testify to the facts set forth in this Declaration.

3.      The proofs of claim subject to the Objection were carefully reviewed and analyzed in good faith using due diligence by myself, appropriate personnel of the Debtors, Alvarez & Marsal North America LLC, Omni, White & Case LLP, and Morris, Nichols, Arsht & Tunnell LLP.

## **EXACT DUPLICATE CLAIMS**

4.      Based upon a review and analysis of the Exact Duplicate Claims listed on **Schedule 1** to the Proposed Order and the Claims Register, I and my team have determined that each Exact Duplicate Claim was filed by or on behalf of the same claimant, in the same amount and priority, on account of the same alleged liability, and against the same Debtor more than once.  Each claim listed under the column "Duplicate Claim to be Disallowed" is duplicative of the corresponding claim listed under the column titled "Remaining Claim."  As a general practice, I and my team determined that the Remaining Claim should be the first filed claim, and that the disallowed and expunged claim should be the later filed Duplicative Claim.

5.      Disallowance of these redundant claims will enable the Claims Register to reflect more accurately the claims asserted against the Debtors.  Any disallowance or expungement of the Exact Duplicate Claims will not prejudice any claimants or their substantive rights against the Debtors because each Remaining Claim will remain on the Claims Register, subject to the Debtors' ongoing rights to object to the Remaining Claims on any other applicable grounds, including other grounds set forth in the Debtors' subsequent omnibus objections.

## AMENDED AND SUPERSEDED CLAIMS

6.      Based upon the review and analysis of the Amended and Superseded Claims listed on **Schedule 2** to the Proposed Order by myself and my team, each Amended and Superseded Claim listed under the column "Amended Claim to be Disallowed" has been amended and superseded by a subsequently filed proof of claim by the same claimant and on account of the same liability as those listed in the column titled "Surviving Claim."

7.      The relief requested in this Objection is necessary to prevent the allowance of the Amended and Superseded Claims, which by their nature have been superseded and remain on the claims Register only as a technicality. Disallowance of these claims that have been amended and superseded will enable the Claims Register to reflect more accurately the claims asserted against the Debtors. The claimants holding Amended and Superseded Claims will not be prejudiced by having their respective Amended and Superseded Claims disallowed and expunged because each Surviving Claim will remain on the Claims Register, subject to the Debtors' ongoing rights to object to the Surviving Claims on these or any other applicable grounds, including other grounds set forth in the Debtors' subsequent omnibus objections.

## INCORRECT DEBTOR CLAIMS

9.      Based upon a careful review and analysis of the Debtors' Books and Records, the Schedules, and the Claims Register, I am my team have determined that there is no evidence that indicates that the claimants asserting the Incorrect Debtor Claims listed on **Schedule 3** to the Proposed Order hold a claim against the asserted Debtor(s).  Therefore, the Incorrect Debtor Claims fail to establish a valid legal or factual basis for asserting a claim against the named Debtor.  The Debtors were able to determine that the Incorrect Debtor Claims are appropriately asserted, in whole or in part, against a different Debtor in these chapter 11 cases.

10.     Given that there is no valid legal justification for asserting such Incorrect Debtor Claims against the asserted Debtors, failure to reassign the Incorrect Debtor Claims against the correct Debtors and disallow the Incorrect Debtor Claims with respect to the asserted Debtors will result in claims that have been improperly asserted against the asserted Debtors and prejudice other claimants that have properly asserted claims against the asserted Debtors.  As such, the Incorrect Debtor Claims should be reassigned as claims against the Debtor appearing in the "Correct Debtor" column of **Schedule 3** to the Proposed Order.  The claimants holding Incorrect Debtor Claims will not be prejudiced by this relief as the Incorrect Debtor Claims will remain on the Claims Register, albeit against the correct Debtor, subject to the Debtors' ongoing rights to object to the Incorrect Debtor Claims on any other applicable grounds, including other grounds set forth in the Debtors' subsequent omnibus objections.

11.     The information contained in the Objection and in the schedules attached to the Proposed Order is true and correct to the best of my knowledge, information and belief.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: February 3, 2021

/s/ *Stephanie Phillips*

Stephanie Phillips
Controller
BOY SCOUTS OF AMERICA