# Exhibit B

**Satisfied Proofs of Claim**

First Notice of Satisfaction
Exhibit B: Satisfied Proofs of Claim

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 1 | ALAMEDA COUNTY TAX COLLECTOR<br>ATTN: JACK WONG<br>1221 OAK ST, RM 131<br>OAKLAND, CA 94612 | 7/20/2020 | 20-10343 (LSS) | Boy Scouts of America | C343-209 | $ 141.37 | Claim satisfied pursuant to court ordered "Taxes" motion entered on 04/08/2020 [Docket No. 366]. Claim paid in full via Wire No. 43081920 dated 08/19/2020. |
| 2 | ATLAS VAN LINES<br>ATTN: MICHAEL BENGERT<br>1212 ST GEORGE RD<br>EVANSVILLE, IN 47711 | 5/5/2020 | 20-10343 (LSS) | Boy Scouts of America | C343-55 | $ 11,702.81 | Claim satisfied pursuant to court ordered "Wages" motion entered on 03/26/2020 [Docket No. 295]. Claim paid in full via check No. 01350002 dated 9/23/2020. |
| 3 | FIVE RIVERS CNCL NO 375<br>ATTN: JOHN SHARKEY<br>244 W WATER ST<br>ELMIRA, NY 14901 | 9/8/2020 | 20-10343 (LSS) | Boy Scouts of America | C343-343 | $ 888.00 | Claim satisfied pursuant to court ordered "Shared Services" motion entered on 04/08/2020 [Docket No. 369]. Claim paid in full via ACH Nos. 00073823 and 00073824, both dated 4/30/2020. |
| 4 | HERLOCKER MECHANICAL SYSTEMS INC<br>ATTN: THOMAS HERLOCKER<br>12600 DOWNS RD<br>PINEVILLE, NC 28134 | 3/24/2020 | 20-10343 (LSS) | Boy Scouts of America | C343-40 | $ 2,254.34 | Claim satisfied pursuant to court ordered "Vendor" motion entered on 03/23/2020 [Docket No. 275]. Claim paid in full via wire No. 10042020 dated 4/20/2020. |
| 5 | INDIANA DEPARTMENT OF WORKFORCE DEVELOPMENT<br>ATTN: LILLIAN BAILEY<br>10 N SENATE AVE<br>INDIANAPOLIS, IN 46204 | 8/13/2020 | 20-10343 (LSS) | Boy Scouts of America | C343-221 | $ 3,900.00 | Claim satisfied pursuant to court ordered Taxes motion entered on 04/08/2020 [Docket No. 366]. Claim paid in full via Check No. 01349836 dated 09/09/2020. |
| 6 | KATHRYN HALL, PERSONAL REPRESENTATIVE, ESTATE GAGE WILSON<br>C/O CHAMBERS STEINER & STURM PLC<br>ATTN: MARTIN R STURM<br>141 E MICHIGAN AVE, STE 601<br>KALAMAZOO, MI 49007 | 11/12/2020 | 20-10343 (LSS) | Boy Scouts of America | C343-4596 [1] | $ 750,000.00 | Claim satisfied pursuant to court ordered settlement motion entered on 12/14/2020 [Docket No. 1842]. Claim paid $47,507.73 via Check No. 60782208333886 dated 01/12/2021, and claim paid $702,492.27 via Check No. 60254958333886 dated 01/12/2021. |
| 7 | LIANFEN QIAN<br>C/O LAW OFFICE OF STEVEN D ELIAS<br>5531 UNIVERSITY DR, STE 101<br>CORAL SPRINGS, FL 33067 | 5/11/2020 | 20-10343 (LSS) | Boy Scouts of America | C343-56 | $ 150,000.00 | Claim satisfied pursuant to court ordered settlement motion entered on 09/09/2020 [Docket No. 1292]. Claim paid $150,000 via Check No. 520114743 dated 09/14/2020. |
| 8 | LIFELOCK MEDICAL SUPPLY LLC<br>AED MARKET<br>ATTN: TRENTON MINTON<br>3011 HARRAH DR, STE R<br>SPRING HILL, TN 37174 | 7/6/2020 | 20-10343 (LSS) | Boy Scouts of America | C343-141 | $ 2,220.00 | According to the Debtors' Books and Records, the valid claim amount is $0. Invoice 2719 was claimed in the amount of $2,220, which was determined by the Debtors to be entirely postpetition. This postpetition invoice was paid in full via ACH no. 00080343 on 11/04/2020. Therefore, the claim should be reduced by that claimed amount. |

First Notice of Satisfaction
Exhibit B: Satisfied Proofs of Claim

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 9 | MARGARET HENDERSON PERS REPR ESTATE OF NGH DEC MINOR<br>C/O HEYGOOD ORR & PEARSON<br>ATTN: ERIC D PEARSON ESQ<br>6363 N STATE HWY161, STE 450<br>IRVING, TX 75038 | 10/7/2020 | 20-10343 (LSS) | Boy Scouts of America | C343-390 | $ 900,000.00 | Claim satisfied pursuant to court ordered settlement motion entered on 01/14/2021 [Docket No. 1942]. Claim paid $900,000 via Check No. EM502189952 dated 01/25/2021. |
| 10 | MID-ATLANTIC ENTRY SYSTEMS INC<br>ATTN: MARY JUNE DAWSON-CAMERON<br>8450 OLD RICHFOOD RD<br>MECHANICSVILLE, VA23116 | 7/22/2020 | 20-10343 (LSS) | Boy Scouts of America | C343-156 | $ 4,913.12 | Claim satisfied pursuant to court ordered "Vendor" motion entered on 03/23/2020 [Docket No. 275]. Claim paid in full via check No. 01348943 dated 8/12/2020. |
| 11 | MID-IOWA COUNCIL, BSA<br>6123 SCOUT TRL<br>DES MOINES, IA 50321 | 8/10/2020 | 20-10343 (LSS) | Boy Scouts of America | C343-310 | $ 786.42 | Claim satisfied pursuant to court ordered "Shared Services" motion entered on 04/08/2020 [Docket No. 369]. Claim paid in full via ACH No. 00076457 dated 7/16/2020. |
| 12 | SYSCO SOUTH FLORIDA, INC<br>C/O ARNALL GOLDEN GREGORY LLP<br>ATTN: MEGHAN WELLS<br>171 17TH ST NW, STE 2100<br>ATLANTA, GA30363 | 6/8/2020 | 20-10343 (LSS) | Boy Scouts of America | C343-73 | $ 25,888.32 | Claim satisfied pursuant to court ordered "Vendor" motion entered on 03/23/2020 [Docket No. 275]. Claim paid in full via ACH No. 00075226 dated 6/11/2020. |
| | | | | | TOTAL | $ 1,852,694.38 | |

This Exhibit contains certain redactions to personal contact information in compliance with the confidentiality procedures, as set forth in the *Final Order (I) Authorizing Debtors to File (A) A Consolidated List of Counsel Representing the Largest Numbers of Abuse Victims and (B) A Consolidated List of Other Unsecured Creditors of the Debtors, (II) Authorizing and Approving Special Noticing and Confidentiality Procedures, and (III) Granting Related Relief* [Docket No. 274].

[1] -  This Claim also appears as Scheduled Claim No. S02496 on Exhibit A: Satisfied Scheduled Claims to the NOS due to the filing of POC no. C343-4596 subsequent to the Debtors scheduling of the Claim.  For the avoidance of doubt, while this Claim appears on both this Exhibit and Exhibit A: Satisfied Scheduled Claims, Claimant only received $750,000 and did not receive duplicate payment, and the Debtors only include the Claim on both Exhibits out of an abundance of caution.