**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: D.I. 1974, 1975, & 1976** |

**NOTICE OF FILING REVISED PROPOSED REDACTED VERSION
OF INSURERS' MOTION FOR AN ORDER AUTHORIZING
RULE 2004 DISCOVERY OF CERTAIN PROOFS OF CLAIM**

PLEASE TAKE NOTICE that on January 22, 2021, Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company and Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fire Insurance Company (collectively, "Insurers") filed with the United States Bankruptcy Court for the District of Delaware (the "Court") **INSURERS' MOTION FOR AN ORDER AUTHORIZING RULE 2004 DISCOVERY OF CERTAIN PROOFS OF CLAIM** [D.I. 1974] (the "Rule 2004 Motion").

PLEASE TAKE FURTHER NOTICE that on January 22, 2021, Insurers also filed **INSURERS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING FILING UNDER SEAL PORTIONS OF CERTAIN DOCUMENTS RELATING TO INSURERS' MOTION FOR AN ORDER AUTHORIZING RULE 2004 DISCOVERY OF CERTAIN PROOFS OF CLAIM** [D.I. 1976] (the "Motion to Seal"), seeking, among other things, authority to file portions of the Rule 2004 Motion under seal.

PLEASE TAKE FURTHER NOTICE that on January 22, 2021, consistent with the relief requested in the Motion to Seal, and pursuant to rule 9018-1(d)(ii) of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the District of Delaware, Insurers filed a proposed redacted version of the Rule 2004 Motion [D.I. 1975] (the "Proposed Redacted Rule 2004 Motion").

PLEASE TAKE FURTHER NOTICE that subsequent to the filing of the Rule 2004 Motion, Motion to Seal, and the Proposed Redacted Rule 2004 Motion, Insurers received informal comments from the Office of the United States Trustee (the "U.S. Trustee") to the Motion to Seal with respect to the Proposed Redacted Rule 2004 Motion.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

      PLEASE TAKE FURTHER NOTICE that Insurers hereby file a revised proposed redacted version of the Rule 2004 Motion and the Declarations of Mr. Hinton and Mr. Speckin attached hereto as <u>Exhibits 1, 2 and 3</u>, which resolves the U.S. Trustee's informal comments to the Motion to Seal.

Dated: February 3, 2021

| STAMOULIS & WEINBLATT LLC | BAYARD, P.A. |
|---|---|
| <u>/s/ Stamatios Stamoulis</u><br>Stamatios Stamoulis (#4606)<br>800 N. West Street<br>Third Floor<br>Wilmington, Delaware 19801<br>Telephone: 302-999-1540<br>Facsimile: 302-762-1688<br><br>- and -<br><br>Tancred Schiavoni (admitted *pro hac vice*)<br>Gary Svirsky (apply for *pro hac vice*)<br>Andrew Kirschenbaum (admitted *pro hac vice*)<br>O'MELVENY & MYERS LLP<br>Times Square Tower<br>7 Times Square<br>New York, New York 10036-6537<br>Telephone: 212-326-2000<br><br>*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company* | <u>/s/ Erin R. Fay</u><br>Erin R. Fay (No. 5268)<br>Gregory J. Flasser (No. 6154)<br>600 North King Street, Suite 400<br>Wilmington, Delaware 19801<br>Telephone: (302) 655-5000<br>Facsimile: (302) 658-6395<br>Email: efay@bayardlaw.com<br>      gflasser@bayardlaw.com<br><br>- and -<br><br>James P. Ruggeri (admitted *pro hac vice*)<br>Joshua D. Weinberg (admitted *pro hac vice*)<br>Michele Backus Konigsberg (admitted *pro hac vice*)<br>SHIPMAN & GOODWIN LLP<br>1875 K Street, NW, Suite 600<br>Washington, D.C. 20003<br>Tel: (202) 469-7750<br>Fax: (202) 469-7751<br><br>- and -<br><br>Philip D. Anker (admitted *pro hac vice*)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, N.Y. 10007<br>Tel: (212) 230-8890<br>Fax: (212) 230-8888 |

Danielle Spinelli (admitted *pro hac vice*)
Joel Millar (admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue N.W.
Washington, D.C. 20006
Tel: (202) 663-6000
Fax: (202) 663-6363

*Attorneys for First State Insurance Company, Hartford Accident and Indemnity Company and Twin City Fire Insurance Company*