**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> Jointly Administered |

**NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL AND REQUEST FOR REMOVAL FROM ELECTRONIC AND PAPER NOTICING MATRIX**

PLEASE TAKE NOTICE that, Pursuant to Rule 9010-2(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Patrick A. Jackson hereby withdraws as counsel for Weaver Fundraising, LLC d/b/a Trail's End Popcorn Company in the above-captioned cases. The undersigned further requests that the Clerk of the United States Bankruptcy Court for the District of Delaware, or any claims or noticing agent appointed in these cases, remove him from the electronic and paper noticing matrix for the above-captioned cases.

PLEASE TAKE NOTICE that Patrick A. Jackson will continue to represent other Creditors in these cases and those representations are not intended to be affected by this notice.

| | |
|---|---|
| Dated: February 3, 2021 <br> Wilmington, Delaware | **FAEGRE DRINKER BIDDLE & REATH LLP** <br><br> */s/ Patrick A. Jackson* <br> Patrick A. Jackson (Del. Bar No. 4976) <br> 222 Delaware Ave., Suite 1410 <br> Wilmington, DE 19801-1621 <br> Telephone: (302) 467-4200 <br> Facsimile: (302) 467-4201 <br> Patrick.Jackson@faegredrinker.com <br><br> *Counsel for Weaver Fundraising, LLC d/b/a Trail's End Popcorn Company* |

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.