# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA and DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | **Ref. Docket Nos. 1972 & 1974** |
| | <u>Objection Deadline</u>:<br>Feb. 5, 2021 at 4:00 p.m. (ET)<br><u>Hearing Date</u>:<br>Feb. 17, 2021 at 10:00 a.m. (ET) |

## THE ALLIANZ INSURERS' JOINDER TO (A) HARTFORD AND CENTURY'S MOTION FOR AN ORDER (I) AUTHORIZING CERTAIN RULE 2004 DISCOVERY AND (II) GRANTING LEAVE FROM LOCAL RULE 3007-1(f) TO PERMIT THE FILING OF SUBSTANTIVE OMNIBUS OBJECTIONS AND (B) INSURERS' MOTION FOR AN ORDER AUTHORIZING RULE 2004 DISCOVERY OF CERTAIN PROOFS OF CLAIM

Allianz Global Risks US Insurance Company ("<u>Allianz</u>"), National Surety Corporation, and Interstate Fire & Casualty Company (collectively, "<u>NSC</u>"; together with Allianz, the "<u>Allianz Insurers</u>"), by and through undersigned counsel, hereby file this joinder (the "<u>Joinder</u>") to (A) *Hartford and Century's Motion for an Order (I) Authorizing Certain Rule 2004 Discovery and (II) Granting Leave from Local Rule 3007-1(f) to Permit the Filing of Substantive Omnibus Objections* [D.I. 1972] and (B) *Insurers' Motion for an Order Authorizing Discovery of Certain Proofs of Claim* [D.I. 1974] (collectively, the "<u>2004 Motions</u>")[2] filed by Century and Hartford on January 22, 2021. In support hereof, the Allianz Insurers respectfully represent the following:

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the applicable 2004 Motion.

113145560

## JOINDER

The 2004 Motions seek orders authorizing, among other things, the service of discovery pursuant to FED. R. BANKR. P. 2004 on certain parties that completed, signed, and/or filed Abuse Claims. For the reasons set forth therein, the Allianz Insurers hereby join in the requests for relief sought in the 2004 Motions.

## CONCLUSION

WHEREFORE, the Allianz Insurers respectfully request that the Court enter an order (i) granting the relief requested in the 2004 Motions and this Joinder and (ii) granting such other and further relief as is just and proper.

Dated: February 3, 2021
Wilmington, Delaware

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: /s/ *Marcy J. McLaughlin Smith*
    David M. Fournier (DE No. 2812)
    Marcy J. McLaughlin Smith (DE No. 6184)
    Hercules Plaza
    1313 Market Street
    Suite 5100
    P.O. Box 1709
    Wilmington, DE 19899-1709
    Telephone:  302.777.6500
    Facsimile:   302.421.8390

-and-

    Harris B. Winsberg (admitted *pro hac vice*)
    Matthew G. Roberts (admitted *pro hac vice*)
    Bank of America Plaza
    600 Peachtree Street NE
    Suite 3000
    Atlanta, GA  30308-2216
    Telephone:  404.885.3000
    Facsimile:   404.885.3900

-and-

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: /s/ *Marcy J. McLaughlin Smith*
    David M. Fournier (DE No. 2812)
    Marcy J. McLaughlin Smith (DE No. 6184)
    Hercules Plaza
    1313 Market Street
    Suite 5100
    P.O. Box 1709
    Wilmington, DE 19899-1709
    Telephone:  404.885.3000
    Facsimile:   404.885.3900

-and-

    Harris B. Winsberg (admitted *pro hac vice*)
    Matthew G. Roberts (admitted *pro hac vice*)
    Bank of America Plaza
    600 Peachtree Street NE
    Suite 3000
    Atlanta, GA  30308-2216
    Telephone:  404.885.3000
    Facsimile:   404.885.3900

-and-

113145560

- 3 -

| | |
|---|---|
| NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP<br>Matthew S. Sorem (admitted *pro hac vice*)<br>10 S. Wacker Dr.<br>21st Floor<br>Chicago, IL 60606<br>Telephone:  312.585.1433<br>Facsimile:   312.585.1401 | BRADLEY RILEY JACOBS PC<br>Todd C. Jacobs (admitted *pro hac vice*)<br>John E. Bucheit (admitted *pro hac vice*)<br>320 W. Ohio Street<br>Suite 3W<br>Chicago, IL 60654<br>Telephone:  312.281.0295<br><br>*Attorneys for National Surety Corporation and Interstate Fire & Casualty Company* |

-and-

McDERMOTT WILL & EMERY LLP
Margaret H. Warner (admitted *pro hac vice*)
Ryan S. Smethurst (admitted *pro hac vice*)
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531
Telephone:  202.756.8228
Facsimile:   202.756.8087

*Attorneys for Allianz Global Risks US Insurance Company*

113145560