# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA and<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Related to Docket No. 2026** |

## CERTIFICATE OF SERVICE

I, Marcy J. McLaughlin Smith, hereby certify that on the 3rd day of February, 2021, I caused *The Allianz Insurers' Joinder to (A) Hartford and Century's Motion for an Order (I) Authorizing Certain Rule 2004 Discovery and (II) Granting Leave From Local Rule 3007-1(f) to Permit the Filing of Substantive Omnibus Objections and (B) Insurers' Motion for an Order Authorizing Rule 2004 Discovery of Certain Proofs of Claim* to be served upon the following parties by email and all ECF participants in this case were served electronically through the Court's ECF noticing system, at their respective email addresses registered with the Court:

Derek C. Abbott, Andrew R. Remming, Eric W. Moats, and Paige N. Topper
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
dabbott@mnat.com; aremming@mnat.com; emoats@mnat.com; ptopper@mnat.com

Jessica C. Lauria
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020
jessica.lauria@whitecase.com

Michael C. Andolina and Matthew E. Linder
WHITE & CASE LLP
111 South Wacker Drive
Chicago, Illinois 60606
mandolina@whitecase.com; mlinder@whitecase.com

David L. Buchbinder
Hannah Mufson McCollum
Office of the United States Trustee for the District of Delaware
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
David.L.Buchbinder@usdoj.gov;
hannah.mccollum@usdoj.gov

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

1

Stamatios Stamoulis
STAMOULIS & WEINBLATT LLC
800 N. West Street
Third Floor
Wilmington, Delaware 19801
stamoulis@swdelaw.com

Erin R. Fay and Gregory J. Flasser
BAYARD, P.A.
600 North King Street, Suite 400
Wilmington, Delaware 19801
efay@bayardlaw.com; gflasser@bayardlaw.com

Philip D. Anker
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, N.Y. 10007
philip.anker@wilmerhale.com,

Michael J. Joyce
THE LAW OFFICES OF JOYCE, LLC
1225 King Street, Suite 800
Wilmington, DE 19801
mjoyce@mjlawoffices.com

Tancred Schiavoni, Gary Svirsky, and Andrew Kirschenbaum
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036-6537
tschiavoni@omm.com; gsvirsky@omm.com; akirschenbaum@omm.com

James P. Ruggeri, Joshua D. Weinberg, and Michele Backus Konigsberg
SHIPMAN & GOODWIN LLP
1875 K Street, NW, Suite 600
Washington, D.C. 20003
jruggeri@goodwin.com; jweinberg@goodwin.com; mbackus@goodwin.com

Danielle Spinelli and Joel Millar
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue
Washington, D.C. 20006
danielle.spinelli@wilmerhale.com;
Joel.Millar@wilmerhale.com

Kevin T. Coughlin, Lorraine M. Armenti, and Michael E. Hrinewski
COUGHLIN DUFFY, LLP
350 Mount Kemble Ave.
PO Box 1917
Morristown, NJ 07962
kcoughlin@coughlinduffy.com;
larmenti@coughlinduffy.com;
mhrinewski@coughlinduffy.com

---

Dated:    February 3, 2021
          Wilmington, Delaware

| | |
|---|---|
| TROUTMAN PEPPER HAMILTON SANDERS LLP | TROUTMAN PEPPER HAMILTON SANDERS LLP |
| By: /s/ *Marcy J. McLaughlin Smith* | By: /s/ *Marcy J. McLaughlin Smith* |
| David M. Fournier (DE No. 2812) | David M. Fournier (DE No. 2812) |
| Marcy J. McLaughlin Smith (DE No. 6184) | Marcy J. McLaughlin Smith (DE No. 6184) |
| Hercules Plaza | Hercules Plaza |
| 1313 Market Street | 1313 Market Street |
| Suite 5100 | Suite 5100 |
| P.O. Box 1709 | P.O. Box 1709 |
| Wilmington, DE 19899-1709 | Wilmington, DE 19899-1709 |
| Telephone:  302.777.6500 | Telephone:  404.885.3000 |
| Facsimile:  302.421.8390 | Facsimile:  404.885.3900 |
| -and- | -and- |

<div style="display: flex;">
<div style="flex: 1;">

 Harris B. Winsberg (admitted *pro hac vice*)
 Matthew G. Roberts (admitted *pro hac vice*)
 Bank of America Plaza
 600 Peachtree Street NE
 Suite 3000
 Atlanta, GA  30308-2216
 Telephone:   404.885.3000
 Facsimile:    404.885.3900

-and-

 NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP
 Matthew S. Sorem (admitted *pro hac vice*)
 10 S. Wacker Dr.
 21st Floor
 Chicago, IL 60606
 Telephone:   312.585.1433
 Facsimile:    312.585.1401

-and-

 MCDERMOTT WILL & EMERY LLP
 Margaret H. Warner (admitted *pro hac vice*)
 Ryan S. Smethurst (admitted *pro hac vice*)
 The McDermott Building
 500 North Capitol Street, NW
 Washington, DC 20001-1531
 Telephone:   202.756.8228
 Facsimile:    202.756.8087

*Attorneys for Allianz Global Risks US Insurance Company*

</div>
<div style="flex: 1;">

 Harris B. Winsberg (admitted *pro hac vice*)
 Matthew G. Roberts (admitted *pro hac vice*)
 Bank of America Plaza
 600 Peachtree Street NE
 Suite 3000
 Atlanta, GA  30308-2216
 Telephone:   404.885.3000
 Facsimile:    404.885.3900

-and-

 BRADLEY RILEY JACOBS PC
 Todd C. Jacobs (admitted *pro hac vice*)
 John E. Bucheit (admitted *pro hac vice*)
 320 W. Ohio Street
 Suite 3W
 Chicago, IL 60654
 Telephone:   312.281.0295

*Attorneys for National Surety Corporation and Interstate Fire & Casualty Company*

</div>
</div>