**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br>Jointly Administered |

**<u>DECLARATION OF MICHELE BACKUS KONIGSBERG</u>**

1.      My name is Michele Backus Konigsberg.  I am over 18 years of age, of sound mind, and capable of making this declaration.  The facts stated in this declaration are within my personal knowledge and are true and correct.

2.      I am a partner at the law firm of Shipman & Goodwin LLP and serve as counsel for Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fire Insurance Company (collective, "**<u>Hartford</u>**") in connection with this matter.

3.      I submit this Declaration in support of Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fire Insurance Company's Motion to Compel Abused in Scouting and Kosnoff Law PLLC to Submit Rule 2019 Disclosures.

4.      Attached as **<u>Exhibit 1</u>** is a true and correct copy of the October 14, 2020 Hearing Transcript in the above captioned case.

5.      Below is a is a true and correct copy of a post from the twitter account "@SexAbuseAttys" with the username "Kosnoff Law," posted on January 25, 2021 at 10:24

---

[1]      The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

AM, available at https://twitter.com/SexAbuseAttys/status/1353725355688747520:



6.      Below is a is a true and correct copy of a post from the twitter account

"@SexAbuseAttys" with the username "Kosnoff Law," posted on January 25, 2021 at 10:46

AM, available at https://twitter.com/SexAbuseAttys/status/1353731060819927042:



7.      Below is a is a true and correct copy of a post from the twitter account

"@SexAbuseAttys" with the username "Kosnoff Law," posted on January 25, 2021 at 5:25 PM, available at https://twitter.com/SexAbuseAttys/status/1353831294262595586:



8.      Below is a is a true and correct copy of a string of posts from the twitter account "@SexAbuseAttys" with the username "Kosnoff Law," posted on February 1, 2021 at 2:31 PM, available at https://twitter.com/SexAbuseAttys/status/1356324246113251328:



9.      Below is a is a true and correct copy of a post from the twitter account "@SexAbuseAttys" with the username "Kosnoff Law," posted on January 25, 2021 at 4:10 PM,

available at https://twitter.com/SexAbuseAttys/status/1353812554942824449:



10.     Below is a is a true and correct copy of a post from the twitter account

"@SexAbuseAttys" with the username "Kosnoff Law," posted on January 26, 2021 at 11:17

AM, available at https://twitter.com/SexAbuseAttys/status/1354101176950644736:



11.     Attached as **Exhibit 2** is a true and correct copy of the February 27, 2017 Order

filed in *In re Archdiocese of St. Paul and Minneapolis*, No. 15-3012 (Bankr. D. Minn.).

5

I declare under penalty of perjury that the foregoing is true and correct.


_____*/s/Michele Backus Konigsberg*___
Michele Backus Konigsberg

Executed on February 3, 2021

5