# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Hearing Date: Feb. 17, 2021 at 10:00 a.m. (ET)**<br>**Objection Deadline: Feb. 10, 2021 at 4:00 p.m. (ET)** |

## CENTURY'S MOTION TO COMPEL ICHOR CONSULTING, LLC TO SUBMIT THE DISCLOSURES REQUIRED BY FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

On January 6, 2021, J. Chad Edwards filed an appearance in these chapter 11 cases affirming that he does business as "Ichor Consulting, LLC," and in this capacity represents tort claimants.[2]

While Mr. Edwards is an attorney, his page on the Texas State Bar website lists his occupation as "Non-Law-Related Employment" and reports that he is not in practice with any law firm.[3] The address at which Ichor Consulting, LLC is registered, and the address listed on Ichor's filings with the Court, is for a "virtual office" which allows users to "[o]perate from anywhere, while reflecting a corporate presence."[4] Ichor Consulting, LLC has no website, and there is no readily available information about the nature of this entity.[5]

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Boy Scouts of America (6300) and Delaware Boy Scouts, LLC (4311).
[2] D.I. 1903.
[3] Declaration of Andrew Kirschenbaum ("Kirschenbaum Decl.") Ex. 1.
[4] Kirschenbaum Decl. Ex. 2.
[5] An Edgar Search did not reveal any information on the company. Kirschenbaum Decl. Ex. 3.

No additional information has been provided to the Court or the parties about what Ichor Consulting is or its economic interest in the case. Nor have any details been provided regarding Ichor's employment, including retention agreements, fee-sharing agreements, equity partners, and/or co-counsel agreements. Century wrote BSA's bankruptcy counsel on January 6 to ask what Ichor Consulting, LLC is and what role it plays in the case and received no response.[6]

As this Court has explained in this case, "[t]he purpose of Rule 2019 is transparency; transparency with respect to the economic interests of groups is necessary so that other parties in interest and the Court can evaluate the positions the group advocates in a proper context. It is to understand the agenda of the group."[7] Other courts are in accord.[8]

WHEREFORE, Century[9] respectfully moves for entry of an Order,[10] substantially in the form attached hereto as Exhibit A, compelling J. Chad Edwards, stating he does business as Ichor Consulting, LLC, to provide the information specified in Exhibit A pursuant to Rule 2019.[11]

---

[6] Kirschenbaum Decl. Ex. 4. (Jan. 6, 2021, email regarding Ichor Consulting).

[7] Oct. 16, 2020 Hr'g Tr. at 9:8–13.

[8] *See Baron & Budd, P.C. v. Unsecured Asbestos Claimants*, 321 B.R. 147, 167 (D.N.J. 2005); *see also In re Archdiocese of Saint Paul and Minneapolis*, No. 15-30125 (Feb. 27, 2017) [Dkt. 984] (Kirschenbaum Decl. Ex. 5).

[9] "Century" refers to Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America.

[10] Century wrote to Mr. Edwards, asking that he submit a Rule 2019 statement, but received no response. Kirschenbaum Decl. Ex. 6.

[11] Notice of this motion was provided to the following parties or their respective counsel: (a) the U.S. Trustee; (b) the Debtors; (c) the Official Committee of Unsecured Creditors; (d) the Official Committee of Tort Claimants; (e) the Future Claims Representative; (f) the Coalition of Abused Scouts for Justice; and (g) any other party that has requested notice pursuant to Bankruptcy Rule 2002. No previous request for the relief sought herein has been made to this Court or any other court.

Dated: February 3, 2021

Respectfully Submitted,

By: /s/ Stamatios Stamoulis
Stamatios Stamoulis (#4606)

STAMOULIS & WEINBLATT LLC
800 N. West Street
Third Floor
Wilmington, Delaware 19801
Telephone:  302 999 1540
Facsimile:  302 762 1688

O'MELVENY & MYERS LLP
Tancred Schiavoni (*pro hac vice*)
Gary Svirsky (*pro hac vice*)
Andrew Kirschenbaum (*pro hac vice*)
Times Square Tower
7 Times Square
New York, New York 10036-6537
Telephone:  212 326 2000
Facsimile:  212 326 2061

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America*