# EXHIBIT A

*Proposed Order*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Hearing Date: Feb. 17, 2021 at 10:00 a.m. (ET)**<br>**Objection Deadline: Feb. 10, 2021 at 4:00 p.m. (ET)** |

**[PROPOSED] ORDER GRANTING CENTURY'S MOTION TO COMPEL**
**J. CHAD EDWARDS, ESQ. D/B/A ICHOR CONSULTING, LLC**
**TO SUBMIT THE DISCLOSURES REQUIRED**
**BY FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

Upon the motion (the "Motion")[2] of Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America ("Century") for entry of an Order granting certain relief requested in the Motion (D.I. _____), it is HEREBY ORDERED THAT:

1. The Motion is GRANTED

2. Ichor Consulting LLC and J. Chad Edwards must produce the following information pursuant to Rule 2019:

    A. A list of the names and addresses of all creditors (including creditors for whom the filing counsel is acting as co-counsel), and a general statement about the nature of their respective claims and when those claims arose.

    B. A complete copy of each form of retainer agreement, fee agreement, engagement agreement, referral agreement and other agreements authorizing Ichor Consulting, LLC and Mr. Edwards to act on behalf of a

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware Boy Scouts, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

[2] All capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Motion.

        creditor in this case, consenting to the payment of Ichor Consulting, LLC's and Mr. Edwards' fees and costs and their representation of multiple parties, including all amendments and modification to any such agreements.

    C.    A list and explanation of any co-counsel, consultant, or fee-sharing relationships and arrangements in connection with this bankruptcy case or claims against any of the Debtors, and attachment of copies of any documents that were signed in conjunction with creating that relationship or arrangement.

    D.    All other information and disclosures required by Fed. R. Bankr. P. 2019.

Dated _____

_____
United States Bankruptcy Judge