## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>                  Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Hearing Date: Feb. 17, 2021 at 10:00 a.m. (ET)**<br>**Objection Deadline: Feb. 10, 2021 at 4:00 p.m. (ET)** |

**DECLARATION OF ANDREW KIRSCHENBAUM IN SUPPORT OF
CENTURY'S MOTION TO COMPEL ICHOR CONSULTING, LLC
TO SUBMIT THE DISCLOSURES REQUIRED BY
FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

I, Andrew Kirschenbaum, pursuant to 28 U.S.C. § 1746(2), under penalty of perjury, hereby declare as follows:

1. I am an associate at the firm O'Melveny & Myers LLP, Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Westchester Fire Insurance Company, and Westchester Surplus Lines Insurance Company. I submit this declaration based on my personal knowledge of the proceedings in *In re Boy Scouts of America and Delaware BSA, LCC*, and review of the documents and media described below.

2. Attached as **Exhibit 1** is a true and correct copy of the State Bar of Texas Page for John Chad Edwards, available at https://www.texasbar.com/AM/Template.cfm?

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America ("BSA") (6300) and Delaware Boy Scouts, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

Section=Find_A_Lawyer&template=/Customsource/MemberDirectory/MemberDirectoryDetail.cfm&ContactID=351556 (last accessed February 2, 2021).

3.      Attached as **Exhibit 2** is a true and correct copy of a page from the OpusVO Website advertising a virtual office location at 3626 North Hall Street (Two Oak Lawn), Ste 610 Dallas, TX 75219, available at https://www.opusvirtualoffices.com/virtual-office/texas/dallas/location-1255/ (last accessed February 2, 2021).

4.      Attached as **Exhibit 3** is a page from the SEC.gov website reflecting a search of the Electronic Data Gathering, Analysis, and Retrieval (EDGAR) system for "Ichor Consulting."

5.      Attached as **Exhibit 4** is a true and correct copy of an email sent by Tancred Schiavoni to Jessica Boelter on January 6, 2021.

6.      Attached as **Exhibit 5** is a true and correct copy of an Order entered on February 27, 2017 by the Honorable Robert J. Kressel in *In re Archdiocese of Saint Paul and Minneapolis*, No. 15-30125 at Docket No. 984, granting debtor's motion for an order requiring compliance with Rule 2019 of the Federal Rules of Bankruptcy Procedure.

7.      Attached as **Exhibit 6** is a true and correct copy of a letter sent by Gary Svirsky to J. Chad Edwards on January 26, 2021.

I declare under pain and penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated:  February 3, 2021                                   Respectfully Submitted,


                                                          By:  */s/ Andrew Kirschenbaum*
                                                          _____

                                                               ANDREW KIRSCHENBAUM

# EXHIBIT 1





# JOHN CHAD EDWARDS

### Eligible to Practice in Texas

*Bar Card Number:* 24102843
*TX License Date:* 12/08/2016

*Primary Practice Location:*

*2940 Commerce St*
*Dallas, TX 75226*

## CONTACT INFORMATION

Tel: -- 📞

---

*Practice Areas:* None Reported By Attorney

---

*Statutory Profile Last Certified On:* 06/17/2020

## PRACTICE INFORMATION

*Firm:* None Reported By Attorney

*Firm Size:* Solo

*Occupation:* Non-Law-Related Employment

*Practice Areas:* None Reported By Attorney

*Services Provided:*
Deaf/Hard of Hearing Translation: Not Specified
ADA-accessible client service: Not Specified
Language translation: Not Specified

*Fee Options Provided:* ❓
None Reported By Attorney

*Please note:* Not all payment options are available for all cases, and any payment arrangement must be agreed upon by the attorney and his/her client. The State Bar of Texas is not responsible for payment arrangements between an attorney and his/her client.

## COURTS OF ADMITTANCE

*Federal:*
Florida Middle Bankruptcy Court
Florida Middle District Court
Florida Southern Bankruptcy Court
Florida Southern District Court

*Other Courts:*
None Reported By Attorney

*Other States Licensed:*
California
Florida
Louisiana

*Please note:* This information is self-reported by Texas attorneys. Current license or admittance status can only be certified by the appropriate court or licensing entity.

*Foreign Language Assistance:*
None Reported By Attorney

## LAW SCHOOL

| *School* *Degree earned* | |
|---|---|
| California Western School of Law Doctor of Jurisprudence/Juris Doctor (J.D.) | |
| *Graduation Date* | 06/2001 |
| University of Miami Master of Laws | |
| *Graduation Date* | 06/2004 |

## PUBLIC DISCIPLINARY HISTORY

### State of Texas
No Public Disciplinary History

### Other States
None Reported By Attorney

Sanctions that indicate a judgment is on appeal are still in effect but are not final and subject to change. To request a copy of a disciplinary judgment that is not available online or for more information about a specific disciplinary sanction listed above, please contact the Office of the chief Disciplinary Counsel at (877) 953-5535.

The Texas Attorney Profile provides basic information about Attorneys licensed to practice in Texas. Attorney profile information is provided as a public service by the State Bar of Texas as outlined in Section 81.115 of the Texas Government Code. The information contained herein is provided "as is" with no warranty of any kind, express or implied. Neither the State Bar of Texas, nor its Board of Directors, nor any employee thereof may be held responsible for the accuracy of the data. Much of the information has been provided by the attorney and is required to be reviewed and updated by the attorney annually. The information noted with an asterisk (*) is provided by the State Bar of Texas. Access to this site is authorized for public use only. Any unauthorized use of this system is subject to both civil and criminal penalties. This does not constitute a certified lawyer referral service.

# EXHIBIT 2

All Virtual Offices  >  Texas  >  Dallas  >  3626 North Hall Street (Two Oak Lawn)

Virtual Office Dallas, TX

Click Here to Sign-up



Opus Virtual Offices Dallas



### Virtual office Dallas Location

3626 North Hall Street (Two Oak Lawn), Ste
Dallas, TX 75219
(214) 932-9906

See on map

All for
$99 /month
All inclusive

NO SMALL PRINT

### All Virtual Office Services Below for only $99/month

✓ Live Receptionist Answering Calls
✓ Corporate Mailing Address
✓ Company Phone Number
✓ Company Fax Number
✓ Premium Call Transferring (Call Forwarding)

✓ Voice Mail Converted to Email
✓ Faxes Converted to Email
✓ Discounted meeting room time available
✓ Free Mail Scanning

Choose this location

---

Our premium Dallas office space is located at 3626 North Hall Street (Two Oak Lawn), Ste 610, Dallas, TX 75219.

In addition to the features of the classic Opus Virtual Offices solution such as live receptionist call answer, corporate mailing address, voice mail converted to email, faxes converted to email and premium call transferring (call forwarding) this premium location offers optional hourly access to professionally staffed conference room facilities for those important face to face meetings. That's right, with a quick phone call use of a luxuriously appointed meeting room for a fraction of the price of maintaining a dedicated office space.

### Virtual Office Reviews



*Very efficient and affordable. The
get is absolutely amazing and
personalized too. We are really ve*

**Michael Davis, Internet Marketing, Fort
FL**

---

## Why choose Opus VO for your Virtual Office

"9 out of 10 small businesses go out of business due to high rent costs and employee overhead." ~ NY Post

Sign up for an Opus Virtual Office today and reap the benefits every entrepreneur is raving about Grow your business, while increasing flexibility Operate from anywhere, while reflecting a corporate presence, using our prestigious address locations without the prestigious rent Lower your overhead, while having access to a larger talent pool and increasing cash flow by access new and local markets

---

| POPULAR PREMIUM LOCATIONS | RESOURCES | POPULAR CITIES | FOLLOW US |
|---|---|---|---|
| **Premium Virtual Office** | Affiliate Program | Atlanta | |
| Atlanta | Privacy Policy | Beverly Hills | |
| Beverly Hills | Terms Of Use | Boca Raton | |
| Boca Raton | Customer Support | Chicago | |
| Chicago | Blog | Dallas | |
| Dallas | Answering Service | Fort Lauderdale | |
| Delaware | Partners | Houston | |
| Fort Lauderdale | Is It For Me? | Los Angeles | |
| Houston | | Miami | |
| Los Angeles | | New York | |
| Miami | | Tampa | |
| New York | | Wilmington | |
| Tampa | | | |



Click here to contact us

Opus Virtual offices
★★★★★
4.7 out of 5 based on 103
reviews on ekomi-us.com.

Copyright 2021 Opus Virtual Offices

# EXHIBIT 3

SEC.gov    |

EDGAR

FAQ

Other search tools

?

Browse filing types

View all

☐



Last 10 years

?

View all

☐

SEARCH

## No results found for your search!

Accessibility | Budget & Performance | Careers | Contact | Contracts | Data | FOIA |

Inspector General | Investor.gov | No FEAR Act & EEO Data | Ombudsman | Plain Writing | Privacy |

Related Sites | Site Map | USA.gov | Votes | Vulnerability Disclosure Policy | Whistleblower Protection

# EXHIBIT 4

**From:** Schiavoni, Tancred <<u>tschiavoni@omm.com</u>>
**Sent:** Wednesday, January 6, 2021 3:54 PM
**To:** Boelter, Jessica <<u>jessica.boelter@whitecase.com</u>>
**Cc:** Schiavoni, Tancred <<u>tschiavoni@omm.com</u>>
**Subject:** FW: [0705810-00073] Boy Scouts of America (Doc# 1903, Bankr. D. Del. 1:20-bk-10343)

What can you tell us about Ichor Consulting, LLC and how it represents claimants?

**From:** <u>ECFdocuments@pacerpro.com</u> <<u>ECFdocuments@pacerpro.com</u>>
**Sent:** Wednesday, January 6, 2021 1:43 PM
**To:** Schneider, Brandon D. <<u>bschneider@omm.com</u>>; Schiavoni, Tancred <<u>tschiavoni@omm.com</u>>;
PACER <<u>pacer@omm.com</u>>; Kirschenbaum, Andrew <<u>akirschenbaum@omm.com</u>>; Panchok-Berry,
Janine <<u>jpanchok-berry@omm.com</u>>; PacerPro - OMMNI <<u>pacerpro-ommnilink@omm.com</u>>
**Subject:** [0705810-00073] Boy Scouts of America (Doc# 1903, Bankr. D. Del. 1:20-bk-10343)

[EXTERNAL MESSAGE]

## Boy Scouts of America

**Docket entry number: 1903**

Notice of Appearance. Filed by Abuse Victims. (Edwards, John) (Entered:
01/06/2021)

*Date entered: 2021-01-06*



VIEW CASE

https://app.pacerpro.com/cases/12273178

Sent from PacerPro, the fastest and most insightful way to access federal court records.
Questions? sales@pacerpro.com or (415) 890-4958

# EXHIBIT 5

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

The Archdiocese of Saint Paul and
Minneapolis,

         Debtor.

BKY 15-30125

Chapter 11

## ORDER

This case is before the court on the debtor's motion for an order requiring compliance with Rule 2019 of the Federal Rules of Bankruptcy Procedure.

Based on the motion and file,

IT IS ORDERED:

On or before March 9, 2017, Jeff Anderson and Associates, P.A., shall comply with the provisions of Federal Rule of Bankruptcy Procedure 2019 by filing  a

verified disclosure containing the following:

A.     A complete copy of each form of retainer agreement, fee agreement, engagement agreement, referral agreement and all other applicable agreements authorizing the Anderson Firm to act on behalf of a creditor in this case or providing in any way for the payment of the Anderson Firm's fees and costs, including all amendments and modification to any such agreements.  The Anderson Firm shall provide exemplar copies of each version of the actual signed agreements entered into with creditors in this case.  The Anderson Firm may redact the personally identifying information of those creditor clients from such agreements but may not

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 02/27/2017
Lori Vosejpka, Clerk, by LH

1

redact any other information.  The disclosure shall further set forth by claimant number which

exemplar agreements apply to each client.

      B.      All other information and disclosures required by Fed. R. Bankr. P. 2019.


Dated: *February 27, 2017*          /e/ Robert J. Kressel
                                            Robert J. Kressel
                                            United States Bankruptcy Judge

# EXHIBIT 6



O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036-6537

T: +1 212 326 2000
F: +1 212 326 2061
omm.com

File Number:

January 26, 2021

**Gary Svirsky**
D: +1 212 326 4305
gsvirsky@omm.com

**VIA EMAIL**

J. Chad Edwards
Ichor Consulting, LLC
3626 N. Hall St. (Two Oak Lawn), Ste. 610
Dallas, TX 75219

Re:    *In re Boy Scouts of America, No. 20-10343*

Dear Mr. Edwards:

We are writing to request that you submit a verified Rule 2019 statement in the above captioned case, providing the information required by the Rule.  It should include a list of your clients.

Thank you.

Sincerely,


*/s/ Gary Svirsky*


Gary Svirsky
O'MELVENY & MYERS LLP