**EXHIBIT A**

*Proposed Order*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Hearing Date: Feb. 17, 2021 at 10:00 a.m. (ET)**<br>**Objection Deadline: Feb. 10, 2021 at 4:00 p.m. (ET)** |

**[PROPOSED] ORDER GRANTING CENTURY'S MOTION TO COMPEL ABUSED IN SCOUTING, KOSNOFF LAW PLLC, AND THE COALITION TO SUBMIT THE DISCLOSURES REQUIRED BY FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

Upon the motion (the "Motion")[2] of Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America ("Century") for entry of an Order granting certain relief requested in the Motion (D.I. _____), it is HEREBY ORDERED THAT:

1. The Motion is GRANTED

2. Abused in Scouting and Kosnoff Law PLLC must separately produce the following information pursuant to Rule 2019:

   A. A list of the names and addresses of all creditors (including creditors for whom the filing counsel is acting as co-counsel) represented by Abused in Scouting and Kosnoff Law PLLC. The list should indicate whether each creditor has opted in to be part of the Coalition.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware Boy Scouts, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

[2] All capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Motion.

        B.     A complete copy of each form of agreements authorizing Abused in Scouting and Kosnoff Law PLLC/Tim Kosnoff to act on behalf of a creditor in this case and their representation of multiple parties.

        C.     A list and explanation of any co-counsel, consultant, or fee-sharing relationships and arrangements in connection with this bankruptcy case or claims against any of the Debtors, and attachment of copies of any documents that were signed in conjunction with creating that relationship or arrangement.

        D.     A list of the persons or entities with an equity interest in the claims of any creditor represented by Abused in Scouting and Kosnoff Law PLLC/Tim Kosnoff other than the claimant.

        E.     All other information and disclosures required by Fed. R. Bankr. P. 2019.

3.     The Coalition must produce the following information pursuant to Rule 2019:

        A.     A list of the names and addresses of all creditors represented by the Coalition, including the law firm that represents each creditor. The list should indicate whether each creditor represented by Abused in Scouting and/or Kosnoff Law PLLC/Tim Kosnoff has opted in to be part of the Coalition.

        B.     A list of the persons or entities with an equity interest in the claims of any creditor represented by the Coalition other than the claimant.

        C.     All other information and disclosures required by Fed. R. Bankr. P. 2019.

Dated _____

_____
United States Bankruptcy Judge