**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 20-10343 (LSS) |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Jointly Administered |
| Debtors. | **Hearing Date: Feb. 17, 2021 at 10:00 a.m. (ET)** <br> **Objection Deadline: Feb. 10, 2021 at 4:00 p.m. (ET)** |

**DECLARATION OF SERGEI ZASLAVSKY IN SUPPORT OF
CENTURY'S MOTION TO COMPEL
ABUSED IN SCOUTING, KOSNOFF LAW PLLC,
AND THE COALITION TO SUBMIT THE DISCLOSURES
REQUIRED BY FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

I, Sergei Zaslavsky, pursuant to 28 U.S.C. § 1746(2), under penalty of perjury, hereby declare as follows:

1.       I am an attorney at the firm O'Melveny & Myers LLP, Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Westchester Fire Insurance Company, and Westchester Surplus Lines Insurance Company.  I submit this declaration based on my personal knowledge of the proceedings in *In re Boy Scouts of America and Delaware BSA, LCC*, and review of the documents and media described below.

2.       Attached as **Exhibit 1** is a true and correct copy of a string of posts from the twitter account "@SexAbuseAttys" with the username "Kosnoff Law," posted on February 1, 2021 at 2:31 PM, available at https://twitter.com/SexAbuseAttys/status/1356324246113251328.

---

[1]    The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America ("BSA") (6300) and Delaware Boy Scouts, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

3.      Attached as **Exhibit 2** is a true and correct copy of a post from the twitter account "@SexAbuseAttys" with the username "Kosnoff Law," posted on January 25, 2021 at 5:25 PM, available at https://twitter.com/SexAbuseAttys/status/135383129426259586.

4.      Attached as **Exhibit 3** is a true and correct copy of a post from the twitter account "@SexAbuseAttys" with the username "Kosnoff Law," posted on January 19, 2021 at 8:20 PM, available at https://twitter.com/SexAbuseAttys/status/135170104459030580.

5.      Attached as **Exhibit 4** is a true and correct copy of a post from the twitter account "@SexAbuseAttys" with the username "Kosnoff Law," posted on January 27, 2021 at 4:35 PM, available at https://twitter.com/SexAbuseAttys/status/135454335023901952.

6.      Attached as **Exhibit 5** is a true and correct copy of a post from the twitter account "@SexAbuseAttys" with the username "Kosnoff Law," posted on January 18, 2021 at 1:35 PM, available at https://twitter.com/SexAbuseAttys/status/135123690015417549.

7.      Attached as **Exhibit 6** is a true and correct copy of a post from the twitter account "@SexAbuseAttys" with the username "Kosnoff Law," posted on January 26, 2021 at 11:17 AM, available at https://twitter.com/SexAbuseAttys/status/135410117695064473.

8.      Attached as **Exhibit 7** is a true and correct copy of a post from the twitter account "@SexAbuseAttys" with the username "Kosnoff Law," posted on January 12, 2021 at 11:48 AM, available at https://twitter.com/SexAbuseAttys/status/134903546381896499.

9.      Attached as **Exhibit 8** is a true and correct copy of a post from the twitter account "@SexAbuseAttys" with the username "Kosnoff Law," posted on January 25, 2021 at 4:10 PM, available at https://twitter.com/SexAbuseAttys/status/135381255494282449.

10.     Attached as **Exhibit 9** is a true and correct copy of a post from the twitter account "@SexAbuseAttys" with the username "Kosnoff Law," posted on January 25, 2021 at 10:24 AM, available at https://twitter.com/SexAbuseAttys/status/1353725358688747520.

11.     Attached as **Exhibit 10** is a true and correct copy of a post from the twitter account "@SexAbuseAttys" with the username "Kosnoff Law," posted on January 25, 2021 at 10:46 AM, available at https://twitter.com/SexAbuseAttys/status/1353731060819927042.

12.     Attached as **Exhibit 11** is a true and correct copy of a post from the twitter account "@SexAbuseAttys" with the username "Kosnoff Law," posted on January 26, 2021 at 9:37 PM, available at https://twitter.com/SexAbuseAttys/status/1354257071944855555.

13.     Attached as **Exhibit 12** is a true and correct copy of a post from the twitter account "@SexAbuseAttys" with the username "Kosnoff Law," posted on January 27, 2021 at 8:08 PM, available at https://twitter.com/SexAbuseAttys/status/1354597207207362570.

14.     A video titled "Kosnoff Law BSA v1" posted to YouTube by user Timothy Kosnoff on March 8, 2019 includes statements by Tim Kosnoff.  Starting at 1:59, Mr. Kosnoff states with regard to child sex abuse in BSA: "This is not an accident.  This is intended.  And what we're really dealing with here in the largest pedophile ring on earth."  The video is available at https://www.youtube.com/watch?v=nhi_C8v5I_Y&feature=emb_title.

15.     A video titled "AVA Law Group, What is Abused in Scouting? - Call for free Case Evaluation - 1.888.99.SCOUT" posted to YouTube by AVA Law Group on September 17, 2020, and posted to the Abused in Scouting website.  Starting at 0:07, Mr. Kosnoff states "I'm Tim Kosnoff, I'm one of the founding members of Abused in Scouting.  You were not victimized just by a perpetrator, you were victimized by an organization that knew what was

happening and failed to warn or protect you."  The video is available at

https://www.youtube.com/watch?v=QRI4FvfuYO8&feature=emb_title.

16.    A recording of a November 17, 2020 interview with Tim Kosnoff from the PBS

program *Newshour*, titled "Can the Boy Scouts survive a flood of sexual abuse claims?" is

available on the PBS website.  Staring at 2:53, Mr. Kosnoff states "I think it's inevitable that this

will end in liquidation, and soon.  The Boy Scouts don't have enough money to continue, and it

seems highly improbable that any deal could be worked out that would be acceptable to the

victims. And in fact I think a liquidation is the best avenue for the victims to receive adequate

compensation for what happened."  The video is available at https://www.pbs.org/video/abuse-

in-the-scouts-1605649565/.

I declare under pain and penalty of perjury of the laws of the United States that the

foregoing is true and correct.

Dated:  February 3, 2021                              Respectfully Submitted,


By:  */s/ Sergei Zaslavsky*

SERGEI ZASLAVSKY

# EXHIBIT 1



**Kosnoff Law**
@SexAbuseAttys

Boy Scouts Bankruptcy Case: The Sellout of the 95000 Victims Starts 2/6 with the rollout of its "Plan." You heard it here first. #savescoutingEndBSA

2:31 PM · Feb 1, 2021 · Twitter for iPhone

**Kosnoff Law**
@SexAbuseAttys

Replying to @SexAbuseAttys

The architects of the sellout are the bankruptcy lawyers and the mass tort know-nothing TV advertisers none of who have ever represented a victim.

2:31 PM · Feb 1, 2021 · Twitter for iPhone

1

**Kosnoff Law**
@SexAbuseAttys

Replying to @SexAbuseAttys

They'll be buying inventories of clients from TV ad machines, all backed by Wall Street hedge fund money.

2:31 PM · Feb 1, 2021 · Twitter for iPhone

**1** Like



**Kosnoff Law**
@SexAbuseAttys

Replying to @SexAbuseAttys

They are already on to their next mass tort creation...Roundup, Covid Moderna, Talc, Juul, etc. . These are not real lawyers. They are parasites that feed for themselves.

2:31 PM · Feb 1, 2021 · Twitter for iPhone



**Kosnoff Law**
@SexAbuseAttys

Replying to @SexAbuseAttys

Sexual Abuse cases should never be allowed to be under the federal bankruptcy code.
#savescoutingEndBSA

2:31 PM · Feb 1, 2021 · Twitter for iPhone

**1** Like

# EXHIBIT 2



**Tweet**

**Kosnoff Law**
@SexAbuseAttys

Brown Rudnick and David Molton do not speak for Abused in Scouting or the 17000 men and women it represents in the BSA bankruptcy. We don't want to be associated with the lawyers on the Coalition or their dubious legal shortcuts.

5:25 PM · Jan 25, 2021 · Twitter Web App

# EXHIBIT 3



**Kosnoff Law**
@SexAbuseAttys

···

Why is this Brown Rudnick firm representing so many of the mass tort know-nothing tv lawyers and scout victims in the BSA bankruptcy? This smells really bad.

reidcollins.com/wp-content/upl...

8:20 PM · Jan 19, 2021 · Twitter Web App

# EXHIBIT 4



← **Tweet**

**Kosnoff Law**
@SexAbuseAttys                              ···

Botch Rudnick. Catchy. Dewey Cheaten and Howe would also be a good name.

> **Kosnoff Law** @SexAbuseAttys · Jan 27
> And now they have BOTCHED the Boy Scouts case massively. Brown Rudnick Settles $300M Malpractice Suit Over Botched Bankruptcy Claim law.com/americanlawyer...
>
> Show this thread

4:35 PM · Jan 27, 2021 · Twitter for iPhone

# EXHIBIT 5



↱ Kosnoff Law Retweeted

**Kosnoff Law**                                                         ···
@SexAbuseAttys

BSA Mediation report. see Big Daddy, from Cat on a
Hot Tin Roof, "Mendacity is a system we live in."
youtube.com/watch?v=2ncFrg...
BSA sex abuse survivors beware the bankruptcy
"professionals" and, yes, your own "lawyers" about to
throw you under the bus. #savescoutingEndBSA



Cat on a Hot Tin Roof - Brick and Big Daddy
Tennessee Williams play became a movie , story about a Father
who's dying of cancer and his son an alcoholic ex-football ...
🔗 youtube.com

1:35 PM · Jan 18, 2021 · Twitter Web App

**1** Retweet

💬                    ⟲                    ♡                    ↥

# EXHIBIT 6



**Kosnoff Law**
@SexAbuseAttys

...

Scout victims will be sold down the river by the bankruptcy lawyers and the mass tort tv know-nothing parasites to put the child rape factory back in business on Feb 6. Vote No. #savescoutingEndBSA

---

 **Kosnoff Law** @SexAbuseAttys · Jan 12

Zoom mediation going on this week in Boy Scouts of America bankruptcy case. It is Do or Die for BSA as it has burned through a billion dollars in cash in two years paying its executives million dollar salaries and bankruptcy lawyers tens of millions more. They're finished.

---

11:17 AM · Jan 26, 2021 · Twitter for iPhone

# EXHIBIT 7



**Kosnoff Law**
@SexAbuseAttys

···

Zoom mediation going on this week in Boy Scouts of America bankruptcy case. It is Do or Die for BSA as it has burned through a billion dollars in cash in two years paying its executives million dollar salaries and bankruptcy lawyers tens of millions more. They're finished.

11:48 AM · Jan 12, 2021 · Twitter for iPhone

**1** Quote Tweet    **2** Likes



# EXHIBIT 8



**Kosnoff Law**
@SexAbuseAttys

···

Get ready for your short reprieve to expire local councils. Cases against local councils go forward the end of March.



Judge Halts Lawsuits Against Local Boy Scout Councils
A Delaware bankruptcy judge has granted a request by the Boy Scouts of America to halt lawsuits against local Scout councils as th...
🔗 nbcphiladelphia.com

4:10 PM · Jan 25, 2021 · Twitter Web App

# EXHIBIT 9

← **Tweet**

 **Kosnoff Law**
@SexAbuseAttys
···

These Giant Insurance companies Chubb and The Hartford KNEW the BSA, it's insured, was aware of boys getting raped by the tens of thousands. Having collected tens of millions in premiums they try to evade paying by blaming victims, Fraud? Prove it or Pay!



Boy Scouts' Liability Insurers Challenge Sex-Abuse 'Claim-Mining'
The Boy Scouts of America's liability insurers threw doubt on the huge increase in sex-abuse claims filed against the youth organization after it filed for bankruptcy...
🔗 wsj.com

10:24 AM · Jan 25, 2021 · Twitter for iPhone

# EXHIBIT 10


← **Tweet**


**Kosnoff Law**
@SexAbuseAttys
···

These giant insurance companies are repulsive and should be broken up. They insure organizations they know are massively involved in child sex abuse, then blame the victims when they come forward because BSA filed bankruptcy due to the carnage they created



Boy Scouts' Liability Insurers Challenge Sex-Abuse 'Claim-Mining'
The Boy Scouts of America's liability insurers threw doubt on the huge increase in sex-abuse claims filed against the youth organization after it filed for bankruptcy...
🔗 wsj.com

10:46 AM · Jan 25, 2021 · Twitter for iPhone

# EXHIBIT 11



← Tweet

Kosnoff Law
@SexAbuseAttys

Prove it or Pay It Fat Man! omm.com/professionals/...

9:37 PM · Jan 26, 2021 · Twitter for iPhone

# EXHIBIT 12

