IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Boy Scouts of America and Delaware BSA, LLC, | Case No. 20-10343 (LSS) Jointly Administered |
| Debtors. | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Lawrence S. Robbins of Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP to represent Andrews & Thornton, Attorneys at Law, and ASK LLP in this action.

Dated: February 3, 2021

A.M. SACCULLO LEGAL, LLC

*/s/ Mary E. Augustine*
Mary E. Augustine, Esq.
27 Crimson King Drive
Bear, Delaware 19701
Telephone: (302) 836-8877
Facsimile: (302) 836-8787
Email: meg@saccullolegal.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

**Dated: February 4th, 2021**
**Wilmington, Delaware**