# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002

**PLEASE TAKE NOTICE** that Hicks Thomas LLP ("**Hicks Thomas**") and Cousins Law LLC ("**Cousins Law**") enter their appearance to represent Junell & Associates, PLLC ("**Junell**") in the above-captioned cases (the "**Chapter 11 Cases**"). The undersigned hereby request, pursuant to Rules 2002, 3017, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and sections 342 and 1109(b) of title 11 of the United States Code, §§ 101-1532, as amended (the "**Bankruptcy Code**"), that all notices and pleadings given or required to be given in these Chapter 11 Cases and copies of all papers served or required to be served in these Chapter 11 Cases, including but not limited to all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon Junell through service upon Hicks Thomas and Cousins Law, at the addresses, emails, or facsimile numbers set forth below:

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

| | |
|---|---|
| **HICKS THOMAS LLP** | **COUSINS LAW LLC** |
| John B. Thomas | Scott D. Cousins (DE Bar No. 3079) |
| Allison Fisher | Brandywine Plaza West |
| 700 Louisiana St., Suite 2300 | 1521 West Concord Pike, Suite 301 |
| Houston, TX  77002 | Wilmington, DE  19803 |
| Telephone: +1 (713) 547-9100 | Telephone: +1 (302) 824-7081 |
| Facsimile: +1 (713) 547-9150 | Facsimile: +1 (302) 295-0331 |
| Email:  jthomas@hicks-thomas.com | Email: scott.cousins@cousins-law.com |
| afisher@hicks-thomas.com | |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted, or conveyed by mail, hand delivery, telephone, telegraph, or otherwise filed or made with regard to these Chapter 11 Cases and proceedings arising therein.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit made or filed by Junell do not, shall not be deemed or construed to be, to (A) constitute a submission by Junell to the jurisdiction of the Bankruptcy Court; or (B) constitute consent by Junell to entry by the Bankruptcy Court of any final order or judgment, or any other order having the effect of a final order or judgment, in any non-core proceeding or with respect to any matter for which the Bankruptcy Court lacks jurisdiction and/or constitutional authority to enter a final order, **which consent is hereby withheld unless expressly granted in the future with respect to a specific issue, matter, or proceeding**.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit made or filed by Junell are not and shall not be deemed or construed to be a waiver or relinquishment of any substantive or procedural right,

including but not limited to: (a) the right to challenge the constitutional authority of the Bankruptcy Court to enter a final order or judgment on, or any other order having the effect of a final order or judgment on, any matter; (b) the right to trial by jury in any proceedings so triable herein, in any associated adversary proceedings, in any litigation presently or hereafter pending in any other court, or in any other case, controversy, or proceeding; (c) the right to seek withdrawal of the bankruptcy reference by a United States District Court in any matter subject to mandatory or discretionary withdrawal; and/or (d) any other rights, claims, actions, arguments, counterarguments, defenses, setoffs, or recoupments to which Junell are or may be entitled under agreements, at law, in equity, or otherwise, all of which rights, claims, actions, arguments, counterarguments, defenses, setoffs, and recoupments are expressly reserved, nor shall this request for notice be deemed to constitute consent to electronic service of any pleading or papers as to Junell for which mailed or personal service is required under any applicable law, rule, regulation, or order.

*[Remainder of page intentionally left blank]*

Dated: February 5, 2021
      Wilmington, Delaware

                      */s/ Scott D. Cousins*
                      Scott D. Cousins (DE Bar No. 3079)
                      **COUSINS LAW LLC**
                      Brandywine Plaza West
                      1521 Concord Pike, Suite 301
                      Wilmington, Delaware 19803
                      Telephone: (302) 824-7081
                      Email: scott.cousins@cousins-law.com

                      - and -

                      John B. Thomas (*Pro Hac Vice* pending)
                      Allison Fisher (*Pro Hac Vice* pending)
                      **HICKS THOMAS LLP**
                      700 Louisiana St., Suite 2300
                      Houston, TX  77002
                      Email:  jthomas@hicks-thomas.com
                                afisher@hicks-thomas.com
                      *Attorneys for Junell & Associates, PLLC*