## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| BOY SCOUTS OF AMERICA and | ) | |
| DELAWARE BSA, LLC, *et al.*[1] | ) | Case No. 20-10343 (LSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE
## OF MELANIE H. MUHLSTOCK

Pursuant to LOCAL RULE 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Melanie H. Muhlstock, Esquire of Parker Waichman LLP, 6 Harbor Park Drive, Port Washington, New York 11050 to represent certain claimants in the above-captioned case.

Dated: February 5, 2021
Wilmington, Delaware

/s/ *Bernard G. Conaway*
Bernard G. Conaway, Esq. (#2856)
**CONAWAY LEGAL LLC**
1007 North Orange Street, Suite 400
Wilmington, DE 19801
Telephone: 302-428-9350
E-mail: bgc@conaway-legal.com

*Attorneys for Certain Claimants in the*
*Above-Captioned Action*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Counsel Melanie H. Muhlstock, Esquire's motion for admission *pro hac vice* is granted.

---

[1] As per the Petition, the Debtors of the Chapter 11 cases, together with the last four digits of the Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane Irving, Texas 75038.

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to LOCAL RULE 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York, the State of New Jersey, the United States District Courts for the Northern, Southern, Eastern, and Western Districts of New York, the District of New Jersey and the United States Supreme Court and submit to the disciplinary jurisdiction of this Court for any alleged misconduct, which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 9/1/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Courts for District Court.

Date:  February 5, 2021

/s/ *Melanie H. Muhlstock*
Melanie H. Muhlstock, Esq.
Parker Waichman LLP
6 Harbor Park Drive
Port Washington, New York 11050
Telephone: 516-466-6500
Email: mmuhlstock@yourlawyer.com

*Attorneys for Certain Claimants in the*
*Above-Captioned Action*