# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| BOY SCOUTS OF AMERICA and ) | |
| DELAWARE BSA, LLC, *et al.*[1] ) | Case No. 20-10343 (LSS) |
| ) | |
| Debtors. ) | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF JOSEPH C. PICKENS

Pursuant to LOCAL RULE 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Joseph C. Pickens, Esquire of Taft, Stettinius & Hollister LLP, 65 East State Street, Suite 1000, Columbus, Ohio 43215 to represent Babin Law, LLC and it's attorneys in the above-captioned case.

Dated: February 5, 2021
Wilmington, Delaware

/s/ *Bernard G. Conaway*
Bernard G. Conaway, Esq. (#2856)
**CONAWAY LEGAL LLC**
1007 North Orange Street, Suite 400
Wilmington, DE 19801
Telephone: 302-428-9350
E-mail: bgc@conaway-legal.com

*Attorneys for Babin Law, LLC*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Counsel Joseph C. Pickens., Esq's motion for admission *pro hac vice* is granted.

---

[1] As per the Petition, the Debtors of the Chapter 11 cases, together with the last four digits of the Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane Irving, Texas 75038.

**CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to LOCAL RULE 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Ohio, the United States Supreme Court, and the United States District Court, Southern District of Ohio, the Northern District of Ohio, and the Sixth Circuit Court of Appeals and submit to the disciplinary jurisdiction of this Court for any alleged misconduct, which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 9/1/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Courts for District Court.

Date: February 5, 2021

/s/ *Joseph C. Pickens*
Joseph C. Pickens., Esquire (0076239)
Taft, Stettinius & Hollister LLP
65 East State Street, Suite 1000
Columbus, Ohio 43215
Telephone: 614-761-8800
Email: jpickens@taftlaw.com

*Attorneys for Babin Law, LLC*