## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re:  1971, 1972, 1974 and 1975** |

## STATEMENT OF INTEREST REGARDING CERTAIN DISCOVERY MOTIONS

The Church of Jesus Christ of Latter-day Saints ("**CHC**"),[2] by and through undersigned counsel, hereby submits this statement of interest ("**Statement**") regarding *Hartford and Century's Motion for An Order (I) Authorizing Certain Rule 2004 Discovery and (II) Granting Leave from Local Rule 3007-1(f) to Permit the Filing of Substantive Omnibus Objections* [D.I. 1971, 1972] and *Insurers' Motion for an Order Authorizing Rule 2004 Discovery of Certain Proofs of Claim* [D.I. 1974, 1975] (together, the "**Insurers' Discovery Motions**"), and states as follows:

1.    On January 22, 2021, certain insurers filed the Insurers' Discovery Motions, requesting, among other things, the production of discovery ("**Discovery Material**") relating to certain proofs of claim filed in the Debtors' chapter 11 cases.  CHC takes no position with respect to the merits of the Insurers' Discovery Motions.

2.    However, if the Insurers' Discovery Motions are granted in whole or in part, then any discovery provided would be relevant for all parties to the ongoing plan mediation process as

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2]  Corporation of the President of The Church of Jesus Christ of Latter-day Saints merged with The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole (f/k/a Corporation of the Presiding Bishop of The Church of Jesus Christ of Latter-day Saints), effective December 31, 2020.

1

they continue to evaluate the proofs of claim filed in these chapter 11 cases.[3]  Any information produced in connection with the Insurers' Discovery Motions should be made available to all mediation parties, including CHC, in the interests of providing equal access to underlying information and expediting the mediation process.  If discovery information is made available selectively to certain mediation parties and not others, it would only serve to stymie ongoing negotiations until all mediation parties had the opportunity to review the same discovery available to other mediation parties.

3.    Accordingly, CHC requests that any orders entered by the Court in connection with the Insurers' Discovery Motions include a requirement or otherwise enable all mediation parties to obtain access to the Discovery Material.  In the alternative, CHC requests that the Court impose a requirement or otherwise enable CHC to obtain access to any Discovery Material related to (i) CHC or (ii) any proofs of claim that may implicate CHC.

*[Remainder of page intentionally left blank.]*

---

[3]    CHC has been designated as a mediation party pursuant to the terms of the *Order (I) Appointing Mediators, (II) Referring Certain Matters to Mediation, and (III) Granting Related Relief* [D.I. 812].

US-DOCS\121053627RLF1 24748534v.1

WHEREFORE, CHC respectfully requests that the Court order that any discovery made available pursuant to the Insurers' Discovery Motions be made available to all mediation parties, or in the alternative, that any discovery related to claims involving CHC be made available to CHC, and grant such other relief as is just and proper.

Dated: February 5, 2021
     Wilmington, Delaware

*/s/ Michael J. Merchant*

**RICHARDS, LAYTON & FINGER, P.A.**
Michael J. Merchant (No. 3854)
One Rodney Square
920 North King Street
Wilmington, DE  19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
E-mail:  merchant@rlf.com

- and -

**LATHAM & WATKINS LLP**

Jeffrey E. Bjork (admitted *pro hac vice*)
Deniz A. Irgi (*pro hac vice* pending)
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone:  (213) 485-1234
Facsimile:  (213) 891-8763
E-mail:  jeff.bjork@lw.com
        deniz.irgi@lw.com

- and -

Robert J. Malionek (*pro hac vice* pending)
Adam J. Goldberg (admitted *pro hac vice*)
Madeleine C. Parish (*pro hac vice* pending)
Benjamin A. Dozier (*pro hac vice* pending)
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022-4834
Telephone: (212) 906-1200
E-mail: adam.goldberg@lw.com
       robert.malionek@lw.com
       madeleine.parish@lw.com
       benjamin.butzin-dozier@lw.com

3