# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2021, I caused the *Statement of Interest Regarding Certain Discovery Motions* to be served on the attached service list in the manner indicated.

Dated: February 5, 2021

*/s/ Michael J. Merchant*
Michael J. Merchant (No. 3854)

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

RLF1 24748545v.1

# SERVICE LIST – VIA EMAIL

*Counsel for Debtors*

Derek C. Abbott
Andrew R. Remming
Eric W. Moats
Paige N. Topper
1201 North Market Street,
16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Email: dabbott@mnat.com
aremming@mnat.com
emoats@mnat.com
ptopper@mnat.com

Michael C. Andolina
Matthew E. Linder
WHITE & CASE LLP
111 South Wacker Drive
Chicago, Illinois 60606
Email: mandolina@whitecase.com
mlinder@whitecase.com

*Office of the United States Trustee*

David L. Buchbinder
Office of the U.S. Trustee
J. Caleb Boggs Federal Building
Suite 2207
Wilmington, DE 19801
Email: david.l.buchbinder@usdoj.gov

Hannah Mufson McCollum
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
Email: hannah.mccollum@usdoj.gov

*Official Committee of Unsecured Creditors*

Kurt F. Gwynne
Katelin A Morales
1201 Market Street, Suite 1500
Wilmington, DE 19801
E-mail: kgwynne@reedsmith.com
kmorales@reedsmith.com

Thomas Moers Mayer
Rachael Ringer
Jennifer R. Sharret
Megan M. Wasson
KRAMER LEVIN NAFTALIS &
FRANKEL LLP
177 Avenue of the Americas
New York, NY 10036
E-mail: tmayer@kramerlevin.com
rringer@kramerlevin.com
jsharret@kramerlevin.com
mwasson@kramerlevin.com

*Tort Claimants Committee*

James I. Stang
Robert B. Orgel
James E. O'Neill
John W. Lucas
Ilan D. Scharf
PACHULSKI STANG ZIEHL & JONES
LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Email: jstang@pszjlaw.com
rorgel@pszjlaw.com
joneill@pszjlaw.com
jlucas@pszjlaw.com
ischarf@pszjlaw.com

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company*

Stamatios Stamoulis
800 N. West Street
Third Floor
Wilmington, Delaware 19801
Email: stamoulis@swdelaw.com

Tancred Schiavoni
Gary Svirsky
Andrew Kirschenbaum
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036-6537
Email: tschiavoni@omm.com
gsvirsky@omm.com

*Attorneys for First State Insurance Company, Hartford Accident and Indemnity Company and Twin City Fire Insurance Company*

BAYARD, P.A.
Erin R. Fay
Gregory J. Flasser
600 North King Street, Suite 400
Wilmington, Delaware 19801
Email: efay@bayardlaw.com
gflasser@bayardlaw.com

James P. Ruggeri
Joshua D. Weinberg
Michele Backus Konigsberg
 SHIPMAN & GOODWIN LLP
1875 K Street, NW, Suite 600
Washington, D.C. 20003
Email: jruggeri@goodwin.com
jweinberg@goodwin.com
mbackus@goodwin.com

Philip D. Anker
WILMER CUTLER PICKERING HALE
AND DORR LLP
7 World Trade Center 250 Greenwich Street
New York, N.Y. 10007
Email: philip.anker@wilmerhale.com

Danielle Spinelli
Joel Millar
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue N.W.
Washington, D.C. 20006
Email: danielle.spinelli@wilmerhale.com
joel.millar@wilmerhale.com

*Attorneys for Arrowood Indemnity Company, formerly known as Royal Indemnity Company*

Michael J. Joyce
THE LAW OFFICES OF JOYCE, LLC
1225 King Street, Suite 800
Wilmington, DE 19801 Email:
mjoyce@mjlawoffices.com

Kevin T. Coughlin
Lorraine M. Armenti
Michael E. Hrinewski
COUGHLIN DUFFY, LLP
350 Mount Kemble Ave.
PO Box 1917
Morristown, NJ 07962
Email: larmenti@coughlinduffy.com

## SERVICE LIST – VIA HAND DELIVERY

*Office of the United States Trustee*

David L. Buchbinder
Office of the U.S. Trustee
J. Caleb Boggs Federal Building
Suite 2207
Wilmington, DE 19801
Email: david.l.buchbinder@usdoj.gov

Hannah Mufson McCollum
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
Email: hannah.mccollum@usdoj.gov