# **CERTIFICATE OF SERVICE**

I, Ian Connor Bifferato, hereby certify that on this 5th day of February, 2021, a copy of the foregoing *Notice of Appearance and Request for Service of Notices and Papers* was caused to be served on the following via CM/ECF and first class mail:

Derek C. Abbott, Esq.
Joseph Charles Barsalona II, Esq.
Eric Moats, Esq.
Andrew R. Remming, Esq.
Paige Noelle Topper, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Jessica C. Boelter, Esq.
James F Conlan, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

David L. Buchbinder, Esq.
Hannah Mufson McCollum, Esq.
Office of the U.S. Trustee
J. Caleb Boggs Federal Building
Suite 2207
Wilmington, DE 19801

David E. Blabey, Jr., Esq.
Kramer, Levin, Nafkalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Omni Agent Solutions, Inc.
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367

Michael Christian Andolina, Esq.
Karim Basaria, Esq.
James W Ducayet, Esq.
Bojan Guzina, Esq.
Thomas A LaBuda, Jr., Esq.
Matthew Evan Linder, Esq.
Sidley Austin
1 South Dearborn Street
Chicago, IL 60603

Andrew W. Hammond, Esq.
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787

Natan M. Hamerman, Esq.
Thomas Moers Mayer, Esq.
Rachel Ringer, Esq.
Jennifer R. Sharret, Esq.
Megan M. Wasson, Esq.
Kramer Levin Naftalis & FrankelLLP
1177 Avenue of the Americas
New York, NY 10036

Kurt F. Gwynne, Esq.
Katelin Ann Morales, Esq.
Reed Smith LLP
1201 Market Street
15th Floor
Wilmington, DE 19801

*/s/ Ian Connor Bifferato*
Ian Connor Bifferato (No. 3273)