IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re Docket No. 1972, 2046**<br><br>**Obj. Deadline: Feb 5, 2021 at 4:00 p.m. ET**<br>**Hearing Date: Feb 17, 2021 at 10:00 a.m. ET** |

**BAILEY COWAN HECKAMAN PLLC'S JOINDER IN THE OBJECTION OF THE COALITION OF ABUSED SCOUTS FOR JUSTICE TO HARTFORD AND CENTURY'S MOTION FOR AN ORDER (I) AUTHORIZING CERTAIN RULE 2004 DISCOVERY, AND (II) GRANTING LEAVE FROM LOCAL RULE 3007-1(f) TO PERMIT THE FILING OF SUBSTANTIVE OMNIBUS OBJECTIONS [D.I. 1972]**

Bailey Cowan Heckaman PLLC ("BCH"), on behalf of its represented claimants and by and through its undersigned counsel, hereby files this joinder ("Joinder") in support of the *Objection of The Coalition of Abused Scouts for Justice to Hartford and Century's Motion for an Order (I) Authorizing Certain Rule 2004 Discovery and (II) Granting Leave from Local Rule 3007-1(f) to Permit the Filing of Substantive Omnibus Objections* (the "Objection"). (*See* Doc. 2046.) In support thereof, BCH states as follows:

1. BCH objects to the Motion (as defined in the Objection and referenced above) for the reasons set forth in the Objection, and BCH incorporates the arguments of The Coalition of Abused Scouts for Justice in this Joinder.

2. BCH requests that it be included in the relief requested in the Objection.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

05454831.2

2

3. BCH requests that the Court sustain this Joinder and the Objection and grant the relief requested in the Objection.

4. Like The Coalition of Abused Scouts for Justice, BCH welcomes further discussions with the Debtors to attempt to resolve this Joinder in advance of the pending hearing.

Dated: February 5, 2021

Respectfully submitted,
*/s/ Ian Connor Bifferato*
Ian Connor Bifferato (#3273)
THE BIFFERATO FIRM, P.A.
1007 N. Orange Street, 4th Floor
Wilmington, DE 19801
Tel.: (302) 225-7600
E-mail: cbifferato@tbf.legal

*Attorney for Bailey Cowan Heckaman PLLC, on behalf of its represented claimants*

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 5th day of February, 2021, the foregoing Joinder was served on any and all parties who have requested electronic notice through the Court's CM/ECF system in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules.

                                            */s/ Ian Connor Bifferato*
                                            Ian Connor Bifferato (#3273)