**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Madeleine C. Parish of Latham & Watkins LLP, 885 Third Avenue, New York, NY 10022 to represent The Church of Jesus Christ of Latter-day Saints in the above-captioned cases.

Date: February 5, 2021
      Wilmington, Delaware

                                               */s/ Michael J. Merchant*
                                               Michael J. Merchant (No. 3854)
                                               RICHARDS, LAYTON & FINGER, P.A.
                                               One Rodney Square
                                               920 North King Street
                                               Wilmington, Delaware 19801
                                               Telephone: (302) 651-7700
                                               Facsimile: (302) 651-7701
                                               Email: merchant@rlf.com

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

RLF1 24747009v.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the *Revised Standing Order for District Fund* effective September 1, 2016.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: February 5, 2021            */s/ Madeleine C. Parish*
                                              Madeleine C. Parish
                                              LATHAM & WATKINS LLP
                                              885 Third Avenue
                                              New York, NY 10022-4834
                                              Telephone: (212) 906-1200
                                              E-mail: madeleine.parish@lw.com

## ORDER GRANTING MOTION

      IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

RLF1 24747009v.1