# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Hearing Date: February 17, 2021 at 10:00 a.m. (ET)<br>Objection Deadline: February 5, 2021 at 4:00 p.m. (ET)<br><br>Related Docket Nos. 1974 and 2043 |

## OBJECTION, JOINDER AND RESERVATION OF RIGHTS OF JAMES HARRIS LAW, PLLC TO THE OBJECTION OF VARIOUS LAW FIRMS TO INSURERS' MOTION FOR AN ORDER AUTHORIZING RULE 2004 DISCOVERY OF CERTAIN PROOFS OF CLAIM

James Harris Law, PLLC ("**James Harris Law**"), by and through its undersigned counsel, hereby objects to *Insurers' Motion for an Order Authorizing Rule 2004 Discovery of Certain Proofs of Claim* [Docket No. 1974] (the "**2004 Motion**")[2], and joins in, incorporates by reference and adopts the *Objection of the Coalition of Abused Scouts For Justice* [Docket No. 2043] (the "**Objection**"), for the reasons stated therein and to the extent not inconsistent herein (this "**Joinder**").

## RELEVANT BACKGROUND

1. On February 18, 2020 (the "**Petition Date**"), The Boy Scouts of America and Delaware BSA, LLC (together, the "**Debtors**") commenced these chapter 11 cases. The Debtors continue to operate their non-profit organization and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not otherwise defined herein shall have the same meaning ascribed in the 2004 Motion.

- 2 -

2.      These chapter 11 cases are being jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1.

3.      On January 22, 2001, Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fire Insurance Company (collectively, "**Hartford**"), and Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America ("**Century**"), filed the 2004 Motion seeking, *inter alia*, the authority to serve discovery on certain plaintiffs' counsel.

## **OBJECTION, JOINDER, AND RESERVATION OF RIGHTS**

4.      James Harris Law joins in, incorporates by reference, and adopts as its own the Objection, and further joins the objections by other law firms and parties-in-interest to the 2004 Motion to the extent they are not inconsistent with this Joinder, including the Objection of the Coalition of Abused Scouts For Justice.  James Harris Law reserves the right to supplement this Objection and Joinder and further reserves the right to participate in any hearing concerning the 2004 Motion, including to make argument and examine witnesses.

5.      Hartford and Century have failed to provide adequate justification for the unusual remedy of serving plaintiff's counsel with discovery.  They have failed to demonstrate the required clear need to seek relevant, non-privileged information critical to its preparation of the case and that there is no other way to obtain this information. If the Court permits this discovery, it will interfere with and delay the prompt and fair resolution of these proceedings.

**CONCLUSION**

**WHEREFORE**, James Harris Law respectfully requests that the Court enter an order: (i) denying the 2004 Motion; and (ii) granting James Harris Law such other and further relief as this Court deems just and appropriate under the circumstances.

| | |
|---|---|
| Dated:  February 5, 2021<br>Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>*/s/ Mark D. Olivere*<br>William E. Chipman, Jr. (No. 3818)<br>Mark D. Olivere (No. 4291)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone:    (302) 295-0191<br>Facsimile:     (302) 295-0199<br>Email:           chipman@chipmanbrown.com<br>                     olivere@chipmanbrown.com<br><br>—and—<br><br>James Harris, Esquire<br>**JAMES HARRIS LAW, PLLC**<br>4616 25th Avenue, NE<br>#772<br>Seattle, Washington 98105<br>Telephone:    (206) 300-1437<br>Email:           jimharris@recallsuit.com<br><br>*Counsel for James Harris Law Firm, PLLC* |