## **CERTIFICATE OF SERVICE**

I certify that on February 5, 2021, a copy of this joinder was filed electronically using the Court's CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the court's CM/ECF system.

*/s/ Daniel K. Hogan*
Daniel K. Hogan (DE No. 2814)