# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 ) |
| | ) Case No. 20-10343 (LSS) |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | ) ) Jointly Administered |
| Debtors. | ) ) Re: Docket Nos. 1974 and 2043 |
| | ) **Obj. Deadline: February 5, 2021 at 4:00 p.m.** |
| | ) **Hearing Date: February 17, 2021 at 10:00 a.m.** |

## JOINDER OF EISENBERG, ROTHWEILER, WINKLER, EISENBERG & JECK, P.C. TO THE OBJECTION OF THE COALITION OF ABUSED SCOUTS FOR JUSTICE TO THE INSURERS' MOTION FOR AN ORDER AUTHORIZING RULE 2004 DISCOVERY OF CERTAIN PROOFS OF CLAIM

Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C. ("Eisenberg"), by its undersigned counsel, hereby joins (the "Joinder") to the *Objection of the Coalition of Abused Scouts for Justice* (the "Objection"), [Docket No. 2043] to the *Insurers' Motion for an Order Authorizing Rule 2004 Discovery of Certain Proofs of Claim* (the "Motion") [Docket No. 1974]. For the reasons set forth in the Objection, Eisenberg adopts and incorporates by reference all arguments set forth in the Objection, together with those arguments to be presented at any hearing on the Motion, and respectfully request that the Court grant the relief requested in the Objection.

## RESERVATION OF RIGHTS

Eisenberg expressly reserves, and does not waive, any and all rights with respect to the 2004 discovery, the Motion and the Objection of the Coalition to which it joins. Specifically, nothing in this Joinder should be deemed a waiver of Eisenberg's rights (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge; (ii) to trial by jury in any

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv), to challenge or contest any subpoenas served upon Eisenberg or any of its clients, or (v) of any other rights, claims, actions, to which Eisenberg is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses are expressly reserved.

## CONCLUSION

WHEREFORE, Eisenberg respectfully requests that the Court enter an order denying the Motion and granting the Coalition and Eisenberg such other and further relief as the Court deems just and proper.

Dated: February 5, 2021                HOGAN♦McDANIEL

*/s/ Daniel K. Hogan*
Daniel K. Hogan (DE No. 2814)
Garvan F. McDaniel (DE No. 4167)
1311 Delaware Avenue
Wilmington, DE 19806
Telephone: (302) 656-7540
Facsimile: (302) 656-7599
dkhogan@dkhogan.com
gfmcdaniel@dkhogan.com

*Attorneys for Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C.*

2