# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| BOY SCOUTS OF AMERICA | : | Case No. 20-10343-LSS |
| AND DELAWARE BSA, LLC,[1] | : | |
| Debtors | : | Jointly Administered |
| | : | Ref. Docket No. 1972 |
| | : | |
| | : | **Objection Deadline:** |
| | : | February 5, 2021 at 4:00 p.m. |
| | : | **Hearing Date:** |
| | : | February 17, 2021 at 10:00 a.m. |

## JOINDER BY THE CONTINENTAL INSURANCE COMPANY TO HARTFORD AND CENTURY'S MOTION FOR AN ORDER (I) AUTHORIZING CERTAIN RULE 2004 DISCOVERY AND (II) GRANTING LEAVE FROM LOCAL RULE 3007-1(f) TO PERMIT THE FILING OF SUBSTANTIVE OMNIBUS OBJECTIONS

Columbia Casualty Company; The Continental Insurance Company as successor in interest to certain policies issued by Harbor Insurance Company; The Continental Insurance Company successor by merger to Niagara Fire Insurance Company; and The Continental Insurance Company (collectively "Continental Insurance Company") by and through undersigned counsel, hereby submits the following joinder (the "Joinder") in support of Hartford and Century's Motion for An Order (I) Authorizing Certain Rule 2004 Discovery and (II) Granting Leave from Local Rule 3007-1(f) to Permit the Filing of Substantive Omnibus Objections [Docket No. 1972] (the "Discovery and Objections Motion") and states as follows:

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving Texas 75038.

On January 22, 2021, Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fire Insurance Company (collectively, "Hartford") filed the Discovery and Objections Motion on behalf of itself and Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company (collectively "Century").  Continental Insurance Company joins in the Discovery and Objections Motion and the relief sought by Hartford and Century in the Discovery and Objections Motion.

WHEREFORE, Continental Insurance Company respectfully requests that the Court enter an order (i) granting the relief requested in the Discovery and Objections Motion and this Joinder, and (ii) granting such other and further relief as is just and proper.

Dated: February 5, 2021         **Goldstein & McClintock LLLP**

*/s/ Maria Aprile Sawczuk*
Maria Aprile Sawczuk (DE #3320)
501 Silverside Road
Wilmington, DE  19809
302-444-6710
marias@goldmclaw.com

and

Laura McNally
Emily Stone
Loeb & Loeb LLP
321 N. Clark Street, Suite 2300
Chicago, IL 60654
312-464-3155
lmcnally@loeb.com
estone@loeb.com

*Attorneys for The Continental Insurance Company and Columbia Casualty Company*