IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF DELAWARE

In re:

| | | |
|---|---|---|
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, Debtors | : : : : : : : : : : : : | Chapter 11 Case No. 20-10343-LSS  Jointly Administered  **Ref. Docket No. 1972**  **Objection Deadline:** February 5, 2021 at 4:00 p.m. **Hearing Date:** February 17, 2021 at 10:00 a.m. |

## CERTIFICATE OF SERVICE

I, Maria Sawczuk, attorney for The Continental Insurance Company and Columbia Casualty Company certifies that on this 5th day of February 2021, I caused the attached Joinder to be electronically filed with the Court. Service of same will be made upon all counsel via the Court's ECF system.

        Goldstein & McClintock LLLP

        */s/ Maria Aprile Sawczuk*
        Maria Aprile Sawczuk (DE #3320)
        501 Silverside Road
        Wilmington, DE  19809
        302-444-6710
        marias@goldmclaw.com

        *Attorneys for The Continental Insurance Company and Columbia Casualty Company*