IN THE UNITED STATES BANKRUPTCY COURT **FILED**
FOR THE DISTRICT OF DELAWARE

**2021 FEB -5 AM 11: 43**

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

BOY SCOUTS OF AMERICA AND
DELAWARE BSA, LLC,

Chapter 11

Case No. 20-10343 (LSS)

Jointly Administered

Hearing Date: Feb. 17, 2021 at 10:00am (ET)
Obj. Deadline: Feb. 5, 2021 at 4:00pm (ET)

## CLAIMANT NO. 40573'S OBJECTION TO HARTFORD AND CENTURY'S MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING CERTAIN RULE 2004 DISCOVERY AND (II) GRANTING LEAVE FROM LOCAL RULE 3007-1(F) TO PERMIT THE FILING OF SUBSTANTIVE OMNIBUS OBJECTIONS

Claimant 40573, by and through its counsel of record, hereby states for the record his

objection to Hartford Accident and Indemnity Company, First State Insurance Company and Twin

City Fire Insurance Company (hereinafter "Hartford") and Century Indemnity Company, as

successor to CCI Insurance Company of North America ("Century") Motion for Entry of an Order

Authorizing Certain Rule 2004 Discovery and Granting Leave from Local Rule 3007-1(f) to

Permit the Filing of Substantive Omnibus Objections.

1. Hartford and Century have filed the current motion requesting Rule 2004 Discovery on

several bases, none of which involve Claimant No. 40573.

2. Hartford and Century first communicate that something untoward must be afoot due to the

number of claims filed in the instant action, with no proof that the one claimant on its list

represented by the below law firm was obtained with some nefarious intent or through a means to

generate meritless claims. On the contrary, Claimant 40573 has a legitimate sexual abuse claim,

for which he timely submitted the requisite claim form in this action. Therefore, he objects to the

supposition that his claim is untimely or illegitimate as the movants suggest.

1

3. Second, the proposed discovery instruments are redundant of the claim form. Any information which Hartford and Century seek to "discover" can be found on the claim form. To repeatedly request the same sensitive information over and over form the claimant is harassing and Claimant 40573 objects to such harassment. The only reason any of the proposed discovery is relevant is because it is redundant as to the information already requested and provided by Claimant 40573. Claimant 40573 cannot speak for others listed on Exhibit C to the motion, but he did adequately explain the basis for his claim within the submitted claim documents.

4. Third, neither declaration attached to the motion reference or concern Claimant 40573, as counsel for Claimant 40573 has not received any notification of duplicate claim status nor has Claimant 40573 been the subject of any conviction or allegation of crimes of moral turpitude which would question his credibility. Therefore, Claimant 40573 objects to further discovery on these bases.

5. Further, on January 18, 2021, counsel for Claimant 40573 met and conferred and communicated an objection to the discovery proposed by this motion.

WHEREFORE, Claimant 40573 respectfully requests that his objection to the forgoing motion and request for discovery be noted, for Hartford and Century's motion to be denied by the Court and for all other relief that he may show himself entitled.

Respectfully submitted,

**THE WEBSTER LAW FIRM**

JASON C. WEBSTER
TX Bar No. 24033318
6200 Savoy Drive, Suite 150
Houston, Texas 77036
713.581.3900 (telephone)
713.581.3907 (facsimile)
bsc@thewebsterlawfirm.com

Counsel for Claimant 40573

<u>CERTIFICATE OF SERVICE</u>

I certify that a copy of the forgoing objection has been submitted to Counsel of record for Movants on February 4, 2021 by priority mail.

Jason C. Webster

6200 SAVOY, SUITE 150
HOUSTON, TEXAS 77036
713-581-3900
713-581-3907 FAX
877-403-4501 TOLL FREE

THE **WEBSTER**
LAW FIRM

**WW**FILED

2021 FEB -5 AM II: 43

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

† LICENSED IN TEXAS
° LICENSED IN MISSISSIPPI
◊ LICENSED IN NEW YORK
Ω LICENSED IN PENNSYLVANIA
£ LICENSED IN OKLAHOMA
μ LICENSED IN ILLINOIS

JASON C. WEBSTER †°◊ Ω £ μ
jwebster@thewebsterlawfirm.com

HEIDI O. VICKNAIR †
hvicknair@thewebsterlawfirm.com

OMAR R. CHAWDHARY †
ochawdhary@thewebsterlawfirm.com

OF COUNSEL:

RUSSELL SERAFIN †
rserafin@thewebsterlawfirm.com

ROBERT BARRINGER †
bbarringer@thewebsterlawfirm.com

MICHAEL M. GALLAGHER † Ω
mgallagher@thewebsterlawfirm.com

February 4, 2021

<u>Via Fed Ex Overnight 7728 2552 9062</u>
United States Bankruptcy Court
District of Delaware
824 Market St. N
Attn: 3rd Floor
Wilmington DE. 19801

Re: Filing Objection in Case 20-10343 (LSS)

Enclosed you will find Claimant No. 40573's Objection to Harford and Century's Motion for Entry of an Order (I) Authorizing Certain Rule 2004 Discovery and (II) Granting Leave from Local Rule 3007-1(F) To Permit the Filing of Substance Omnibus Objections to file in the Boy Scouts of America and Delaware BSA, LLC case.

We ask that you provide confirmation of filing to lguerrero@thewebsterlawfirm.com You can contact me at 713-581-3900 if you have any questions.

Thank you,

Lorie J Guerrero

Enclosures.