**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| BOYSCOUTS OF AMERICA AND DELAWARE BSA, LLC | ) ) | Case No. 20-10343 (LSS) |
| | ) | (Jointly Administered) |
| Debtors | ) | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Laura McNally of Loeb & Loeb LLP to represent The Continental Insurance Company and Columbia Casualty Company.

Dated: February 5, 2021                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Maria Aprile Sawczuk*
　　　　　　　　　　　　　　　　　　　　Maria Aprile Sawczuk (DE Bar No. 3320)
　　　　　　　　　　　　　　　　　　　　GOLDSTEIN & MCCLINTOCK LLLP
　　　　　　　　　　　　　　　　　　　　501 Silverside Road, Suite 65
　　　　　　　　　　　　　　　　　　　　Wilmington, DE  19809
　　　　　　　　　　　　　　　　　　　　Telephone: (302) 444-6710
　　　　　　　　　　　　　　　　　　　　Email: marias@goldmclaw.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Illinois and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

　　　　　　　　　　　　　　　　　　　　Loeb & Loeb LLP

　　　　　　　　　　　　　　　　　　　　*/s/ Laura McNally*
　　　　　　　　　　　　　　　　　　　　Laura McNally
　　　　　　　　　　　　　　　　　　　　321 North Clark Street, Suite 2300
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60654
　　　　　　　　　　　　　　　　　　　　Telephone: 312-464-3100
　　　　　　　　　　　　　　　　　　　　lmcnally@loeb.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.