29 January 2021                    **FILED**          Page 1 of 3

2021 FEB -5  AM 8: 53

CLERK
US BANKRUPTCY COUR
DISTRICT OF DELAWARE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

CASE NUMBER: 20-10343 (LSS)
          Boy Scouts of America and Delaware BSA, LLC

If Your Honor please:

I ask this honorable court to accept this letter as a MOTION to
the court. I ▇▇▇▇▇▇▇▇▇▇ ask this honorable court to
consider that I am incarcerated and indigent and ask that all
court fees be waved.

When I first heard of the BSA Bankruptcy and that I had to phone
an 800 number I had to find (& ask) someone in the free world to
make the phone inquiry for me because I can not phone a toll free
line from my place of incarceration. Receiving this information
took time, aprox. two weeks.

October 10, 2020, I received a letter from an inmate who had just
paroled whom I had asked to make the 800 phone call for me and
inform me what to do. I was advised to write the lawyer what
happened, what did they do to me, who did it to me, where it took
place, how many times it happened, the month & year it happened,
how old I was at the time, as much as I could remember, I mailed
this narrative to the lawyer, "signed and dated," October 14,
2020. (▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ 101 ▇▇▇ ▇▇
Street,▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

November 4, 2020, I received the claim form packet, (21 days
after I mailed my narrative and facts to the law firm). November

10, 2020, I mailed the packet to the law firm. As the "Bar Date" was November 16, 2020, I should have had enough time - if not delayed by the Pandemic. The law firm should have recorded postmarks on the claim form mailing. (I have Colorado Department of Corrections proof of legal mailing on this date).

When I enquired about the BSA Bankruptcy I received a letter from the law firm stating that they could not submit my claim to the court on time. They did not receive my documents untill November 24, 2020, 14 days after I mailed them. I do not think that it took 14 days to travel across the country. Normally the time of the mail is only 4 days.

I ask the court to look at the postmarks on my correspondence to this law firm to have the court determine:

> 1) If the narrative mailed to the law firm on October 14, 2020 will satisfy the court dictate?
>
> 2) If the claim form packet mailed to the law firm on November 10, 2020 is valid for this court? (Also: "Mail Box Rule," date in offender legal mail it's considered filed with court).

I feel I did in fact make the "Bar Date," and my documents may have sat in the law firm office for a fue days. Will the court please check on this? Again, the Pandemic may have delayed the mail service?

My claim being dismissed like this, as Shakespeare has Hamlet say, "The time is out of joint; O cursed spite,/that ever I was born to set it right."

I'm asking the court to grant relief and allow my claim in this court.



CHRONICLE:  14 OCT. 2020: Mailed narrative to Mark J. Bern & Partners.

04 NOV. 2020: Recvd. claim form packet.

10 NOV. 2020: Mailed packet to law firm with 2nd writing
             of narrative & facts.

02 DEC. 2020: Enquired about my claim by letter to law
             firm.

27 JAN. 2021: Received letter from law firm, told that
             documents were not submitted – they did not
             receive untill Nov. 24, 2020.



DENVER CO 802

29 JAN 2021 PM 8 L

neopost
01/29/2021
**US POSTAGE**
$00.55°



ZIP 81212
041L1124174£

19801-302499

JUDGE OF THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

824 NORTH MARKET STREET 6TH FLOOR

WILMINGTON DE  19801