**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) Jointly Administered |
| Debtors.[1] | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel in the above-captioned action on behalf of D. Miller & Associates PLLC, counsel for various child sexual abuse tort claimants and as a party-in-interest in the above-captioned case, and such counsel hereby enter his appearance pursuant to 11 U.S.C. § 1109(b) and Fed. R. Bankr. P. 9010(b), and such counsel hereby request, pursuant to Fed. R. Bankr. P. 2002, 3017 and 9017, Del. Bankr. L.R. 2002-1, and 11 U.S.C. §§ 342 and 1109(b), that copies of all notices and pleadings given or filed in this case be given and served upon him at the following address and telephone number:

>Daniel Miller
>WALDEN MACHT & HARAN LLP
>2532 Justin Lane
>Wilmington, Delaware 19810
>Telephone: (267) 516-0780
>Email: dmiller@wmhlaw.com

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Dated: February 5, 2021

        WALDEN MACHT & HARAN LLP

By: ___*/s/ Daniel Miller*_____
    Daniel Miller (DE Bar No. 3169)
    2532 Justin Lane
    Wilmington, Delaware 19810
    Tel.:    (267) 516-0780
    Email:   dmiller@wmhlaw.com

*Counsel to D. Miller & Associates PLLC*

## **CERTIFICATE OF SERVICE**

     I certify that on February 1, 2021, a copy of this notice was filed electronically using the Court's CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the court's CM/ECF system.

                                                         _____*/s/ Daniel Miller*_____
                                                      Daniel Miller (DE Bar No. 3169)