**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Ref. Docket No. 1974**<br><br><u>**Objection Deadline**</u>:<br>February 5, 2021 at 4:00 p.m.<br><u>**Hearing Date**</u>:<br>February 17, 2021 at 10:00 a.m. |

**JOINDER BY VARIOUS CHILD SEXUAL ABUSE TORT CLAIMANTS TO THE OBJECTION OF THE COALITION OF ABUSED SCOUTS FOR JUSTICE TO INSURERS' MOTION FOR AN ORDER AUTHORIZING RULE 2004 DISCOVERY OF CERTAIN PROOFS OF CLAIM [D.I. 1974]**

Various Child Sexual Abuse Tort Claimants ("<u>Claimants</u>"), by and through undersigned counsel, hereby submits the following joinder (the "<u>Joinder</u>") in support of the *Objection of the Coalition of Abused Scouts for Justice's Objection to Insurers' Motion for an Order Authorizing Rule 2004 Discovery of Certain Proofs of Claim* (the "<u>Objection</u>") [Docket No. 1974] and states as follows:

On February 5, 2021, the Coalition of Abused Scouts for Justice (the "<u>Coalition</u>") filed the Objection on behalf of their clients in the above-reference matter [D.I. 2046]. Claimants hereby joins in the Objection and in the relief sought by the Coalition.

**CONCLUSION**

WHEREFORE, Claimants respectfully requests that the Court enter an order (i) granting the relief sought in the Objection and (ii) granting such other and further relief as is just and proper.

DATED this 5th day of February 2021.

SWENSON & SHELLEY, PLLC

/s/ Kevin D. Swenson
KEVIN D. SWENSON

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

**CERTIFICATE OF SERVICE**

I, KEVIN D. SWENSON, hereby certify that on this date a copy of the foregoing Joinder by Various Child Sexual Abuse Tort Claimants to the Objection of the Coalition of Abused Scouts for Justice's Objection to Insurers' Motion for an Order Authorizing Rule 2004 Discovery of Certain Proofs of Claim (the "Objection") [Docket No. 1974] was served electronically through the Court's CM/ECF noticing system upon all parties entitled to receive notices of filings in the above-captioned case.

DATED this 5th day of February 2021.

　　　　　　　　　　　　　　　　　　　　SWENSON & SHELLEY, PLLC

　　　　　　　　　　　　　　　　　　　　 /s/ Kevin D. Swenson
　　　　　　　　　　　　　　　　　　　　KEVIN D. SWENSON