# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| BOY SCOUTS OF AMERICA and | ) | |
| DELAWARE BSA, LLC, *et al.*[1] | ) | Case No. 20-10343 (LSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF SAMUEL WENDT

Pursuant to LOCAL RULE 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Samuel Wendt, Esquire of the Wendt Law Firm P.C., 4717 Grand Ave., Suite 130, Kansas City, MO 64112 to represent various clients of Krause & Kinsman and it's attorneys in the above-captioned case.

Dated: February 5, 2021  
Wilmington, Delaware

/s/ *Bernard G. Conaway*  
Bernard G. Conaway, Esq. (#2856)  
**CONAWAY LEGAL LLC**  
1007 North Orange Street, Suite 400  
Wilmington, DE 19801  
Telephone: 302-428-9350  
E-mail: bgc@conaway-legal.com

*Attorneys for Krause & Kinsman and Clients Thereof*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Counsel Samuel Wendt, Esquire's motion for admission *pro hac vice* is granted.

---

[1] As per the Petition, the Debtors of the Chapter 11 cases, together with the last four digits of the Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane Irving, Texas 75038.

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to LOCAL RULE 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Kansas, Missouri, Illinois and the United States District Courts: District of Kansas, and Western and Eastern District of Missouri, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct, which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 9/1/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Courts for District Court.

Date: February 5, 2021  /s/ *Samuel Wendt*
Samuel Wendt, Esq MO 53573
Wendt Law Firm P.C.
4717 Grand Ave., Ste 130
Kansas City, MO 64112
Email: sam@wendtlaw.com
Telephone: (816) 531-2507

*Attorneys for Babin Law, LLC*