IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA and | ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC,[1] | ) | |
| | ) | Jointly Administered |
| | ) | |
| | ) | Ref. Docket No. 1972 |
| | ) | |
| | ) | **Hearing Date**: February 17, 2021 at 10:00 a.m. |
| | ) | |
| | ) | **Objection Deadline**: February 5, 2021 at 4:00 p.m. |

**JOINDER TO THE COALITION OF ABUSED SCOUTS FOR JUSTICE'S OBJECTION TO HARTFORD AND CENTURY'S MOTION FOR AN ORDER (I) AUTHORIZING CERTAIN RULE 2004 DISCOVERY, AND (II) GRANTING LEAVE FROM LOCAL RULE 3007-1(f) TO PERMIT THE FILING OF SUBSTANTIVE OMNIBUS OBJECTIONS**

Plaintiffs, by and through undersigned counsel, hereby submit the following joinder (the "Joinder") in support of the Objection (the "Objection") of the Coalition of Abused Scouts for Justice (the "Coalition") to Hartford and Century's Motion for An Order (I) Authorizing Certain Rule 2004 Discovery and (II) Granting Leave from LOCAL RULE 3007-1(f) to Permit the Filing of Substantive Omnibus Objections [**DK** 1972] (the "Motion") and states as follows:

On January 22, 2021, Insurers filed the above-named Motion. Within that motion, clients represented by Krause and Kinsman were named by Insurers seeking discovery. Thereafter, on February 5, 2021, the Coalition filed the Objection on behalf of itself and its Coalition members. Plaintiffs, by and through undersigned counsel, hereby join the Objection and hereby adopt, and incorporates by reference, all arguments and the relief sought by the Coalition in the Objection as if fully stated herein.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

## CONCLUSION

WHEREFORE, Plaintiffs respectfully request that the Court enter an order denying the Motion and granting such other and further relief as the Court deems just and proper.

Date:   February 5, 2021
        Wilmington, DE

**CONAWAY-LEGAL, LLC**

/s/ *Bernard G. Conaway*
Bernard G. Conaway (DE 2856)
1007 North Orange Street, Suite 400
Wilmington, DE 19801
Telephone: 302-428-9350
Facsimile: 844-364-0137
Email: bgc@conaway-legal.com

- and –

/s/ *Adam W. Krause*
Krause and Kinsman, LLC
Adam Krause (*pro hac vice pending*)
4717 Grand Ave., Suite 300
Kansas City, MO 64112
Telephone: 816-760-2700
Facsimile: 816-760-2800
Email: adam@krauseandkinsman.com

*Attorney for Plaintiffs*