**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA and<br>DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Related Docket No.: 1974<br><br>**Hearing Date**: February 17, 2021 at 10:00 a.m.<br>**Objection Deadline**: February 5, 2021 at 4:00 p.m. |

**JOINDER OF KRAUSE AND KINSMAN TO THE COALITION OF ABUSED SCOUTS FOR JUSTICE OBJECTION TO INSURERS' MOTION FOR AN ORDER AUTHORIZING**
**RULE 2004 DISCOVERY OF CERTAIN PROOFS OF CLAIM [D.I. 1974]**

Krause and Kinsman Law Firm (K&K) hereby submits this Objection to the *Insurers' Motion for an Order Authorizing Rule 2004 Discovery of Certain Proofs of Claim* (the "Motion") [**DK** 1974]. In support of this Objection, respectfully it states the following:

1. K&K joins and adopts each of the arguments set forth in the Coalition of Abused Scouts Objection to the Coalition of Abused Scouts for Justice to Insurers' motion for an order authorizing Rule 2004 Discovery of Certain Proofs of Claim.

2. This joinder motion is supplemental to the one filed by the Coalition of Abused Scouts. Along with the objections set forth in the above-mentioned motion, K&K objects to the discovery as harassing, unduly burdensome, and that good cause was not shown by the Insurers for the proposed unprecedented discovery.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

3.     The primary allegations propounded on K&K are centralized around attorney signed claim forms and the usage of electronic signatures. (Insurers' Motion, p. 9). K&K like many offices is nearly paperless, making electronic signatures commonplace. Additionally, electronic signatures are permitted pursuant to LOCAL RULE 9011-4(b). K&K has amended hundreds of claim forms as they've come in post bar date with supplemental information and client signatures. They will be continued to be amended on a rolling basis. Moreover, the insurers attack the veracity of the claim forms signed by an attorney. Attorney-signed claim forms are permitted by the Bankruptcy Rules and this Court's order. *See Docket* 1551; FED. RULE. BANKR. P. 3001(b); FED. RULE. BANKR. P. 9009(a). These unwarranted attacks on the veracity of the claims are unfounded and harassing to those survivors that were sexually abused.

4.     K&K reserves all its rights to object to any discovery served by the Insurers, including on the basis that such discovery is overly broad, not reasonably calculated to lead to the discovery of admissible evidence, discovery sought is unduly burdensome, and seeks information protected by attorney-client privilege and/or the work product doctrine.

5.     The Insurers' have failed to meet their burden to demonstrate good cause to obtain unprecedented discovery from K&K.

WHEREFORE, K&K respectfully requests that the Court enter an order denying the Motion and granting such other and further relief as the Court deems just and proper.

*[Remainer of Page Left Intentionally Blank*]

| | |
|---|---|
| Date: February 5, 2021<br>Wilmington, DE | **CONAWAY-LEGAL, LLC**<br><br>/s/ *Bernard G. Conaway*<br>Bernard G. Conaway (DE 2856)<br>1007 North Orange Street, Suite 400<br>Wilmington, DE 19801<br>Telephone: 302-428-9350<br>Facsimile: 844-364-0137<br>Email: bgc@conaway-legal.com<br><br>And<br><br>/s/ *Samuel Wendt*<br>Samuel Wendt (*pro hac pending*)<br>4717 Grand Ave., Ste 130<br>Kansas City, MO 64112<br>Telephone: 816-531-2507<br>Email: sam@wendtlaw.com<br><br>*Attorney for Krause and Kinsman* |