# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>Ref. Docket No. 1972, 2046<br><br>**Hearing Date**: February 17, 2021 at 10:00 a.m.<br>**Objection Deadline**: February 5, 2021 at 4:00 p.m. |

**JOINDER BY CLAIMANT 55101 TO THE COALITION OF ABUSED SCOUTS FOR JUSTICE'S OBJECTION TO HARTFORD AND CENTURY'S MOTION FOR AN ORDER (I) AUTHORIZING CERTAIN RULE 2004 DISCOVERY, AND (II) GRANTING LEAVE FROM LOCAL RULE 3007-1(f) TO PERMIT THE FILING OF SUBSTANTIVE OMNIBUS OBJECTIONS**

Claimant 55101, by and through undersigned counsel, hereby submits the following joinder (the "Joinder") in support of the Objection (the "Objection") of the Coalition of Abused Scouts for Justice (the "Coalition") to Hartford and Century's Motion for An Order (I) Authorizing Certain Rule 2004 Discovery and (II) Granting Leave from Local Rule 3007-1(f) to Permit the Filing of Substantive Omnibus Objections [**DK** 1972] (the "Motion") and states as follows:

On January 22, 2021, Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fire Insurance Company (collectively, "Hartford") filed the Motion on behalf of itself and Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company (collectively, "Century").

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

Thereafter, on February 5, 2021, the Coalition filed the Objection on behalf of itself and its Coalition members. **DK** 2046. Claimant 55101, by and through undersigned counsel, hereby joins the Objection and hereby adopts, and incorporates by reference, all arguments and the relief sought by the Coalition in the Objection as if fully stated herein.

CONCLUSION

WHEREFORE, Claimant 55101 respectfully requests that the Court enter an order denying the Motion and granting such other and further relief as the Court deems just and proper.

Date: February 5, 2021
Wilmington, DE

**CONAWAY-LEGAL, LLC**

/s Bernard G. Conaway
Bernard G. Conaway, Esquire (DE 2856)
1007 North Orange Street, Suite 400
Wilmington, DE 19801
Telephone: 302-428-9350
Facsimile: 844-364-0137
Email: bgc@conaway-legal.com

- and –

PARKER WAICHMAN LLP
Melanie H. Muhlstock (*pro hac vice pending*)
6 Harbor Park Drive
Port Washington, NY 11050
Telephone: 516-466-6500
Facsimile: 516-466-6665
Email: mmuhlstock@yourlawyer.com

*Attorneys for Claimant 55101*