## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 1972 & 2046** |

**JUNELL & ASSOCIATES, PLLC'S JOINDER TO THE OBJECTIONS OF THE COALITION OF ABUSED SCOUTS FOR JUSTICE TO HARTFORD AND CENTURY'S MOTION FOR AN ORDER (I) AUTHORIZING CERTAIN RULE 2004 DISCOVERY, AND (II) GRANTING LEAVE FROM LOCAL RULE 3007-1(f) TO PERMIT THE FILING OF SUBSTANTIVE OMNIBUS OBJECTIONS [D.I. 1972]**

Junell & Associates, PLLC ("Junell"), by and through undersigned counsel, hereby submits this joinder to The Coalition of Abused Scouts for Justice's (the "Coalition"), Objections to Hartford and Century's Motion for an Order (I) Authorizing Certain Rule 2004 Discovery and (II) Granting Leave from Local Rule 3007-1(f) to Permit the Filing of Substantive Omnibus Objections [Docket No. 1972] ("Objections"), and in furtherance thereof respectfully states as follows:

1. Many of Junell's clients are among the sexual abuse victims from which insurers Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fire Insurance Company (collectively, "Hartford") and Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America (collectively, "Century") (collectively together,

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

"Insurers") seek authority to compel discovery pursuant to their Rule 2004 Motion. *See* Docket No. 1972, Ex. C.

2. Junell, as a member of the Coalition,[2] adopts, incorporates by reference, and joins in the Coalition's Objections to the extent they are applicable to Junell and its clients.

3. Junell expressly reserves the right to supplement or amend this Joinder.

## CONCLUSION

Thus, for the reasons stated herein, and in the Coalition's Objections, Junell asks that the Court sustain the Coalition's Objections that are incorporated herein by reference, deny the Insurers' Motion [Docket No. 1972], thereby preventing the Insurers from obtaining Rule 2004 discovery from Junell's clients, and grant Junell such other and further relief as the Court deems just and proper.

Dated: February 5, 2021
Wilmington, Delaware

/s/ Scott D. Cousins
Scott D. Cousins (DE Bar No. 3079)
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Telephone: (302) 824-7081
Email: scott.cousins@cousins-law.com

- and -

John B. Thomas (*Pro Hac Vice* pending)
Allison Fisher (*Pro Hac Vice* pending)
**HICKS THOMAS LLP**
700 Louisiana St., Suite 2300
Houston, TX  77002
Email:  jthomas@hicks-thomas.com
          afisher@hicks-thomas.com

***Counsel for Junell & Associates, PLLC***

---

[2] Junell was added as a member of the Coalition in September 29, 2020. *See* Oct. 14, 2020 Hr'g Tr. at 36:7-14.