**Certificate of Service**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors.[3] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 1972** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 5th day of February, 2021, a copy of the foregoing was electronically filed and served via CM/ECF on all parties requesting electronic notification in this case, and also was served on the parties listed below by electronic mail.

Dated: February 5, 2021
      Wilmington, Delaware

                                              */s/ Scott D. Cousins*

---

[3] The Debtors in these chapter 11 cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Via Email:

Shipman & Goodwin LLP
Michele Backus Konigsberg
1875 K Street, NW
Suite 600 Washington, D.C. 20003
Attn.: James P. Ruggeri
	Joshua D. Weinberg
jruggeri@goodwin.com
jweinberg@goodwin.com

Wilmer Cutler Pickering Hale and Dorr, LLP
7 World Trade Center
250 Greenwich Street
New York, N.Y. 10007
Attn.: Philip D. Anker
philip.anker@wilmerhale.com

O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, New York 10036-6537
Attn.: Tancred Schiavoni
	Gary Svirsky
	Andrew Kirschenbaum
tschiavoni@omm.com
gsvirsky@omm.com
akirschenbaum@omm.com

Coughlin Duffy, LLP
350 Mount Kemble Ave.
PO Box 1917
Morristown, NJ 07962
Attn.:
Kevin T. Coughlin
Lorraine M. Armenti
Michael E. Hrinewski
kcoughlin@coughlinduffy.com
larmenti@coughlinduffy.com
mhrinewski@coughlinduffy.com
larmenti@coughlinduffy.com

Bayard, P.A.
600 North King Street
Suite 400
Wilmington, Delaware 19801
Attn.: Erin R. Fay
	Gregory J. Flasser
efay@bayardlaw.com
gflasser@bayardlaw.com

Wilmer Cutler Pickering Hale and Dorr, LLP
1875 Pennsylvania Avenue N.W.
Washington, D.C. 20006
Attn.: Danielle Spinelli
	Joel Millar
danielle.spinelli@wilmerhale.com
joel.millar@wilmerhale.com

Stamoulis & Weinblatt LLC
800 N. West Street
Third Floor
Wilmington, Delaware 19801
Attn.:  Stamatios Stamoulis
stamoulis@swdelaw.com

The Law offices of Joyce, LLC
1225 King Street
Suite 800
Wilmington, DE 19801
Attn.: Michael J. Joyce
mjoyce@mjlawoffices.com

Office of The United States Trustee
844 King Street
Suite 2207
Lockbox 35
Wilmington, Delaware 19801
Attn: David L. Buchbinder
      Hannah M. McCollum
David.L.Buchbinder@usdoj.gov
Hannah.McCollum@usdoj.gov