IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>Re. Docket Nos. 1972 and 2046<br><br>**Objection Deadline:**<br>February 5, 2021 at 4:00 p.m. **Hearing Date:**<br>February 17, 2021 at 10:00 a.m. |

**JOINDER BY TIMOTHY D. KOSNOFF, ESQUIRE TO THE OBJECTION OF THE COALITION OF ABUSED SCOUTS FOR JUSTICE TO HARTFORD AND CENTURY'S MOTION FOR AN ORDER (I) AUTHORIZING CERTAIN RULE 2004 DISCOVERY AND (II) GRANTING LEAVE FROM LOCAL RULE 3007-1(f) TO PERMIT THE FILING OF SUBSTANTIVE OMNIBUS OBJECTIONS**

Timothy D. Kosnoff, Esquire, by his undersigned counsel, hereby joins (the "Joinder") to the *Objection of the Coalition of Abused Scouts for Justice* (the "Objection") [Docket No. 2046] to *Hartford and Century's Motion for An Order (I) Authorizing Certain Rule 2004 Discovery and (II) Granting Leave from Local Rule 3007-1(f) to Permit the Filing of Substantive Omnibus Objections* (the "Motion") [Docket No. 1972]. For the reasons set forth in the Objection and Mr. Kosnoff's *Objection to Insurers' Motion for an Order Authorizing Rule 2004 Discovery of Certain Proofs of Claim* (the "Insurers' Motion") [Docket No. _____], together with those arguments to be presented at any hearing on the Motion, and respectfully requests that the Court deny the Motion.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

1

## **RESERVATION OF RIGHTS**

Mr. Kosnoff expressly reserves, and does not waive, any and all rights with respect to the 2004 discovery, the Motion, the Objection to which he joins and his Objection to the Insurers' Motion. Specifically, nothing in this Joinder should be deemed a waiver of Mr. Kosnoff's rights (i) to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, (iii) to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) to challenge or contest any subpoenas served upon Mr. Kosnoff or any of his clients, or (v) of any other rights, claims, actions to which Mr. Kosnoff is or may be entitled, in law or in equity, all of which rights, claims actions, defenses are expressly reserved.

## **CONCLUSION**

WHEREFORE, Mr. Kosnoff respectfully requests that the Court enter an order denying the Motion and granting him such other and further relief as the Court deems just and proper.

Date: February 5, 2021            WILKS LAW, LLC

　　　　　　　　　　　　　　　　　　  /s/ David E. Wilks
　　　　　　　　　　　　　　　　　David E. Wilks (DE Bar No. 2793)
　　　　　　　　　　　　　　　　　4250 Lancaster Pike, Suite 200
　　　　　　　　　　　　　　　　　Wilmington, Delaware 19805
　　　　　　　　　　　　　　　　　Telephone: 302-225-0850
　　　　　　　　　　　　　　　　　Facsimile:  302-225-0851
　　　　　　　　　　　　　　　　　Email:  dwilks@wilks.law

　　　　　　　　　　　　　　　　　*Counsel to Timothy D. Kosnoff, Esquire*