**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA<br>AND DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br>Jointly Administered<br><br>Re: Docket No. 1974<br><br>**Hearing Date: February 17, 2021 at 10:00 a.m.**<br>**Objection Deadline: Objections may be presented at the hearing.** |

**MOTION OF ANDREWS & THORNTON,**
**ATTORNEYS AT LAW, AND ASK LLP FOR ENTRY OF AN**
**ORDER AUTHORIZING FILING UNDER SEAL OF THEIR**
**OBJECTION TO INSURERS' RULE 2004 MOTION**

Andrews & Thornton, Attorneys at Law ("A&T") and ASK LLP ("ASK") file this motion (the "Motion") seeking entry of an order (the "Proposed Order"), substantially in the form attached hereto as Exhibit A, (i) authorizing A&T and ASK to file under seal certain portions of their Objection to Insurers' Motion for an Order Authorizing Rule 2004 Discovery (the "Objection"); (ii) directing that information contained in the redacted portions of the Objection (the "Confidential Information") remain under seal and confidential pursuant to the terms of the Bar Date Order [Docket No. 695]; and (iii) granting related relief.

**JURISDICTION AND VENUE**

1. The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012. A&T and ASK confirm their consent, pursuant to Rule 9013-1(f) of the Local

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtors' federal tax identification numbers, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

1

Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), to the entry of a final order by the Court in connection with this motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

2. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The bases for the relief requested herein are section 107(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code"), Bankruptcy Rule 9018, and Local Rule 9018-1.

## BACKGROUND

4. On May 26, 2020, this Court entered the Bar Date Order. The Bar Date Order provides, in relevant part, that:

> Sexual Abuse Survivor Proofs of Claim submitted by Sexual Abuse Survivors and General Proofs of Claim submitted on behalf of minors and by individuals holding claims arising from sexual abuse who were at least eighteen (18) years of age at the time the sexual abuse began shall be held and treated as confidential by the Claims and Noticing Agent, the Debtors, the Debtors' counsel and retained advisors, and any of [the Permitted Parties] to the extent such Permitted Party requests access to proofs of claim . . . Furthermore, each Permitted Party shall execute . . . a confidentiality agreement . . . by which such Permitted Party agrees to keep the information provided in such Sexual Abuse Survivor Proofs of Claim and/or the General Proofs of Claim confidential.

Bar Date Order, at ¶ 7(d).

5. On January 22, 2021, Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America; Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company; Hartford Accident and Indemnity Company; First State Insurance Company;

and Twin City Fire Insurance Company (collectively, the "Insurers") filed a motion [Docket No. 1974] (the "2004 Motion"), seeking to take discovery under Rule 2004 of the Federal Rules of Bankruptcy Procedure from, among others, certain personnel of A&T and ASK.

6. A&T and ASK object to that motion by the Objection.

7. Because some of the information contained in the Objection must remain confidential pursuant to the Bar Date Order, A&T and ASK seek leave to file under seal the Confidential Information.

### RELIEF REQUESTED

8. By this Motion, A&T and ASK request entry of the Proposed Order authorizing them to file certain portions of the Objection under seal.

9. In addition, A&T and ASK seek an order directing that the Confidential Information shall remain under seal and confidential pursuant to the Bar Date Order and granting related relief.

### BASIS FOR RELIEF

10. As discussed above (¶ 4), this Court entered the Bar Date Order, which requires the names of sexual abuse survivors, and certain other information regarding their claims, to remain confidential.

11. The Confidential Information—that is, the portions of the Objection that A&T and ASK seek to seal—is subject to that order, as it contains information regarding the claims of sexual abuse survivors. As such, A&T and ASK request leave to file the Confidential Information under seal.

**CERTIFICATION PURSUANT TO LOCAL RULE 9018-1(d)**

12. Pursuant to Local Rule 9018-1(d), A&T and ASK will publicly file a redacted copy of the Objection. Counsel for A&T and ASK conferred with counsel for the Debtors regarding the proposed redactions to the Objection for which Debtors are the Holders of Confidentiality Rights, and such parties agreed regarding the scope of those redactions. For the remainder of the proposed redactions, counsel for A&T and ASK certify that, to the best of their knowledge, information and belief, there is no Holder of Confidentiality Rights.

**CONCLUSION**

WHEREFORE, A&T and ASK respectfully request that the Court enter an order, substantially in the same form as the Proposed Order submitted herewith, granting the relief requested herein and such other relief as the Court deems appropriate under the circumstances.

Dated: February 5, 2021

A.M. SACCULLO LEGAL, LLC

*/s/ Mary E. Augustine*
Anthony M. Saccullo (No. 4141)
Mary E. Augustine (No. 4477)
27 Crimson King Drive
Bear, Delaware 19701
Telephone: (302) 836-8877
Facsimile: (302) 836-8787
Email: ams@saccullolegal.com
       meg@saccullolegal.com

Lawrence S. Robbins (admitted *pro hac vice*)
William J. Trunk (admitted *pro hac vice*)
Joshua S. Bolian (admitted *pro hac vice*)
John B. Goerlich (admitted *pro hac vice*)
Courtney L. Millian (admitted *pro hac vice*)
ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP
2000 K Street, N.W.
Washington, DC 20006

*Counsel for Andrews & Thornton, Attorneys at Law and ASK LLP*