IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA<br>AND DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br>Jointly Administered<br><br>Re: Docket No. 1974<br><br>**Hearing Date: February 17, 2021 at 10:00 a.m.**<br>**Objection Deadline: Objections may be presented at the hearing.** |

### NOTICE OF MOTION OF ANDREWS & THORNTON, ATTORNEYS AT LAW, AND ASK LLP FOR ENTRY OF AN ORDER AUTHORIZING FILING UNDER SEAL OF THEIR OBJECTION TO INSURERS' RULE 2004 MOTION

**PLEASE TAKE NOTICE** that on February 5, 2021, Andrews & Thornton, Attorneys at Law ("A&T"), and ASK LLP ("ASK") filed a motion (the "Motion to Seal") pursuant to section 107(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for the entry of an order authorizing them to file under seal their Objection to the Insurers' Rule 2004 Motion [Docket No. 1974].

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **February 17, 2021 at 10:00 am (ET)** before the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge, at the Court, 824 Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801. Objections to the Motion to Seal may be presented at the hearing.

**PLEASE TAKE FURTHER NOTICE** that if you fail to respond in accordance with this notice, the Bankruptcy Court may grant the relief requested in the Motion to Seal without further notice or hearing.

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtors' federal tax identification numbers, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

1

Dated: February 5, 2021

A.M. SACCULLO LEGAL, LLC

*/s/ Mary E. Augustine*
Anthony M. Saccullo (No. 4141)
Mary E. Augustine (No. 4477)
27 Crimson King Drive
Bear, Delaware 19701
Telephone: (302) 836-8877
Facsimile: (302) 836-8787
Email: ams@saccullolegal.com
     meg@saccullolegal.com

Lawrence S. Robbins (admitted *pro hac vice*)
William J. Trunk (admitted *pro hac vice*)
Joshua S. Bolian (admitted *pro hac vice*)
John B. Goerlich (admitted *pro hac vice*)
Courtney L. Millian (admitted *pro hac vice*)
ROBBINS, RUSSELL, ENGLERT, ORSECK,
UNTEREINER & SAUBER LLP
2000 K Street, N.W.
Washington, DC 20006

*Counsel for Andrews & Thornton, Attorneys at Law and ASK LLP*