**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA<br>AND DELAWARE BSA, LLC,<br><br>　　　　　　　　Debtors.[1] | Chapter 11<br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re:  Docket No. ____** |

**ORDER AUTHORIZING FILING UNDER SEAL OF**
**ANDREWS & THORNTON, ATTORNEYS AT LAW, AND**
**ASK LLP'S OBJECTION TO INSURERS' RULE 2004 MOTION**

Upon the motion (the "Motion")[2] of Andrews & Thornton, Attorneys at Law ("A&T") and ASK LLP ("ASK") for an order (i) authorizing A&T and ASK to file under seal certain portions of their Objection to Insurers' Motion for an Order Authorizing Rule 2004 Discovery (the "Objection"); (ii) directing that the Confidential Information in the Objection remain under seal and confidential pursuant to the Bar Date Order; and (iii) granting related relief; all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012; and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that A&T and ASK's notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion; and this Court having determined that the

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtors' federal tax identification numbers, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms not defined herein have the meanings given to them in the Motion.

1

legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is granted as set forth herein.

2. A&T and ASK are authorized to file the Confidential Information under seal, subject to further order of the Court, pursuant to sections 105(a) and 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1.

3. Except upon further order of the Court, the Confidential Information shall remain under seal pursuant to and in keeping with the Bar Date Order. Any party the Bar Date Order permitted to access the Confidential Information shall at all times keep it strictly confidential and shall not disclose it except as the Bar Date Order allows.

4. A&T and ASK and any other party authorized to receive the Confidential Information pursuant to this Order shall, subject to Local Rule 9018-1(c) and without further order of the Court, redact specific references to the Confidential Information from any and all pleadings filed on the public docket maintained in these chapter 11 cases.

5. This Order is without prejudice to the rights of any party in interest to seek to unseal and make public any portion of the material filed under seal.

6. A&T and ASK are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

3

7.    This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.