**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |
| | **Re: D.I. 1972** |

**PCVA CLAIMANTS' OBJECTIONS TO HARTFORD AND
CENTURY'S REQUEST FOR RULE 2004 EXAMINATIONS**

Claimant Nos. 3675, 18787, 28206, 32230, 38281, 48081, 48446, 60443, and 63751, by and through their undersigned counsel, respectfully request the Court deny Hartford Insurance Company and Century Insurance Company's requested Bankruptcy Rule 2004 ("2004") examinations because (1) they failed to meet and confer with those Claimants before filing their motion, (2) they fail to establish good cause for their requested 2004 examinations, and (3) during a meet and confer that took place *after* they filed their motion, the Insurers agreed to narrow the scope of their requested 2004 examinations.

The Court previously made clear that parties must meet and confer before filing a motion to compel a 2004 examination. The Court made its position clear when the Tort Claimants Committee ("TCC") moved to compel 2004 examinations of the local councils, and many of those councils objected because the TCC had not met and conferred with each individual council. The same rules of the road should apply to the insurance companies who filed this motion.

Hartford Insurance Company and Century Insurance Company are collectively referred to herein as the "Insurers". Claimant Nos. 18787, 28206, 32230, 38281, 48081, 48446, 60443, 63751, and 3675 are collectively referred to herein as the "PCVA Claimants" as they are represented by the same law firm (Pfau Cochran Vertetis Amala PLLC – "PCVA"). These objections and this opposition brief rely upon the contemporaneously filed Declaration of Jason P. Amala in Support of

PCVA Claimants' Objections to Hartford and Century's Request for 2004 Examinations ("Amala Decl.").

## I.      PRELIMINARY STATEMENT

### A.      The Insurers Declined to Have a Meaningful Meet and Confer

1.      Before addressing the failure of the Insurers to have a meaningful meet and confer with the PCVA Claimants prior to filing their motion, it should be underscored that the PCVA Claimants are willing to provide *additional* information regarding their claims, particularly if the Insurers (or any other party) provide a good faith basis for why they need the information.  The PCVA Claimants do, however, object to "random" discovery requests that ask them for information they have already provided, or that fail to ask for information that is related to their claims.  Amala Decl., at ¶ 4.

2.      The PCVA Claimants have made this clear since the Insurers issued their discovery requests.  On Friday, January 15, 2021, the Insurers notified the PCVA Claimants that they "intend to seek discovery under Rule 2004 regarding the bases for the claims asserted in the proofs of claims filed by a sample of claimants in the Boy Scout Bankruptcy case."  Amala Decl., Ex 2.  The notice was sent by mass email to a large number of lawyers and proposed a mass meet and confer on Monday (Martin Luther King Day).  *Id.*  During that holiday weekend, the PCVA Claimants responded to the Insurers and requested a separate, individualized meet and confer:

> We would like to set a day and time for our own meet and confer so that we can meaningfully discuss our particular cases and Hartford's goals as to our cases.  We would also like to invite the Boy Scouts and the relevant local councils into our meet and confer so that we can discuss our desire for discovery from those entities.

Amala Decl., Ex. 3.  The Insurers responded by agreeing that BSA and the relevant local councils could be invited to the meet and confer, but the Insurers did not respond to the PCVA Claimants' request for a separate, individualized meet and confer, or their request that the Insurers be prepared to discuss their particular cases and the Insurers' goals as to the discovery in their individual cases.

Amala Decl., Ex. 3.  The PCVA Claimants promptly responded and repeated their request for an

individualized meet and confer, noting they were generally available on January 21 or January 22,

2021.  Amala Decl., Ex. 3.

      3.      The Insurers then offered to meet and confer on January 22, 2021, at 3:00 p.m. EST.

Amala Decl., Ex. 3.  By that point, the PCVA Claimants knew it was important that they insist on a

meaningful meet and confer because the Insurers' mass meet and confer was not productive – the

Insurers were not prepared to explain why they needed the discovery at issue as to each Claimant,

and they admitted they had not even read the individual claims of each Claimant at issue because

the selection of Claimants was a random sampling.  Amala Decl., at ¶ 6.  Aware that the mass meet

and confer was not productive, counsel for other claimants joined the PCVA Claimants in wanting

a meaningful meet and confer, which was then conveyed to the Insurers on January 21, 2021:

> We understand that the meet and confer earlier this week was not productive.  We
> would like to make sure you are ready to have a meaningful meet and confer
> regarding the discovery you seek, including why you want the discovery as to each
> of our clients at issue.  We understand some claimants may have filed incomplete
> claim forms, but we do not believe that is the case as to our clients.  If that is your
> basis for the 2004 exam, we would like to know what is deficient as to each of our
> clients at issue.  If you have other reasons or motivations for wanting this discovery,
> we would like to discuss what they are.

Amala Decl., Ex. 3.    The Insurers did not respond – instead, they filed their pending motion.  It

does not appear the Insurers ever intended to have a meaningful meet and confer before their motion

was filed.  As noted above, the Insurers proposed a meet and confer for January 22, 2021, at 3:00

p.m. EST.  Their motion was filed on January 22, 2021.

      4.      On January 26, 2021, the PCVA Claimants learned that the Insurers were still

scheduling meet and confers despite the fact that the Insurers had already filed their motion.  The

PCVA Claimants promptly reached-out to the Insurers (again) and requested a meet and confer:

> Hi Michele, we never heard back from you, but instead received your motion
> without a meet and confer.  We understand you are having conferences this
> week.  Can you please provide us with some days and times that are available on
> your end?  We will need enough lead time to invite counsel for BSA, the councils,

and the sponsoring organizations who are implicated by the claims at issue.

Amala Decl., Ex. 3.  The Insurers finally responded and provided dates the same week in which the

PCVA Claimants needed to file any objection to the Insurers' motion.  The parties agreed to meet

and confer on February 3, 2021, just two days before the deadline for any objection.  In setting that

date, the PCVA Claimants and claimants represented by other law firms reiterated their request for a

meaningful meet and confer:

> Hi Michele, this Wednesday (2/3) at 2:30pm EST works on our end.  A few other
> lawyers may join us, and if so, we will let you know who they are in advance of the
> call.
>
> As noted below, our three firms (my firm, Peter's firm, and Evan's firm) want to
> make sure we have a meaningful meet and confer regarding each of our claimants
> at issue.  We have compared their claim forms with your motion and want to make
> sure we understand the specific discovery you want from each of our clients and
> why you believe you need it in light of the information they have provided.  We
> also would like to better understand your goal with this process.

Amala Decl., Ex. 3.

5.      Unfortunately, the meet and confer was not meaningful or productive.  Despite

repeatedly asking the Insurers to be prepared to discuss each of the PCVA Claimants, including how

their claim forms were supposedly deficient, the Insurers were not prepared to do so and declined to

do so.  When the PCVA Claimants explained they were willing to provide discovery so long as the

Insurers had good cause to request it, the Insurers indicated the PCVA Claimants were selected at

random.  And when PCVA Claimants further explained that the majority of the information sought

was already provided in the individual proof of claims, the Insurers alluded to the *possibility* of

narrowing the scope of their requests to only seek additional relevant information, but still did not

commit to withdraw or narrow their motion. As such, until the Insurers do in fact narrow their 2004

examinations requests to only seek additional relevant information, PCVA Claimants object to the

Insurers' request for 2004 examinations generally.

6.      When the PCVA Claimants asked the Insurers to disclose why they needed the

discovery at issue, the Insurers reiterated that their random sampling was intended to determine whether each claim was viable and legitimate. The PCVA Claimants stated that they supported such an endeavor, but suggested that such a genuine vetting process would require discovery from BSA, the local councils who oversaw each Claimant's Scouting unit, and the organization who sponsored each Claimant's Scouting unit. More specifically, the PCVA Claimants stated that if the Insurers want to vet each individual claim, then they should support discovery that would allow the parties to find and interview witnesses who may provide liability evidence regarding each claim, such as other children who were sexually abused by the same Scout leader, other children who may have complained about the Scout leader who abused them, and adults who may have similar evidence that supports each Claimant's claim. Importantly, the Insurers admitted such discovery would be beneficial for vetting the veracity of each individual claim and indicated they were not opposed to it. Amala Decl., at ¶ 9.

### B.    The PCVA Claimants Already Provided the Information at Issue

7.      As noted above, and as conveyed to the Insurers during the meet and confer, the PCVA Claimants do not object to providing *additional* information regarding their claims. They do, however, object to "random" discovery requests that ask them for information they have already provided. While it may be cost effective for the Insurers to issue discovery requests to random claimants, without any regard to the information those claimants have already provided, the PCVA Claimants should not have to spend time and money providing information they have already provided. While no litigant should have to engage "make work," that concern is highlighted in this case where the claimants are survivors of childhood sexual abuse and are being asked to revisit a traumatic experience for information they have already provided. Amala Decl., at ¶ 4.

8.      The Insurers' motion states they seek the discovery at issue to test the "validity of the creditors' various proof of claims." Insurers' Motion at 12 (internal quotations omitted). In support of their motion, the Insurers cite to anecdotal cases of fraudulent behavior by other claimants (not

the PCVA Claimants) and claim handling irregularities by specific attorneys (not PCVA).  *Id.* at 3-5.  The Insurers' motion literally makes no mention of the PCVA Claimants, other than identifying them as claimants who they randomly selected for discovery.  *See generally id.*

9.       As noted in their correspondence with the Insurers, the PCVA Claimants believe they have already provided full and fair information regarding the categories of information that the Insurers identify in their motion, such as their affiliation with the Boy Scouts at the time of the sexual abuse and the identity of the Scout leader, volunteer, or member who sexually abused them.  Amala Decl., at ¶ 4.  As stated in their motion, the Insurers randomly selected the PCVA Claimants from certain categories, but their motion does not identify the category/categories from which the PCVA Claimants were randomly selected, does not explain why the Insurers believe the PCVA Claimants have not provided full and fair information regarding the category/categories, or how their interests are advanced by the PCVA Claimants spending time, money, and emotional energy to provide the same information in a different form.  *See generally* Insurers' Motion.

10.      If the goal of the Insurers is to pursue discovery regarding a random sampling of claims so they can decide what percentage of claims are valid and legitimate, they should say as much and explain the *purpose* of that goal.  Presumably the insurers would not agree that they would, in turn, have an obligation to pay that percentage of claims under each of their policies.  For example, if the Insurers random sampling leads to a conclusion that 97% of claims from 1974 are valid and legitimate, they will presumably not agree to pay 97% of all claims from that year.  If they will not agree to such a payment, what is the point of this discovery?  More specifically, what is the point of the random sampling?  The Insurers would not disclose the purpose of their random sampling during the meet and confer, which begs the question of whether this random discovery is simply "make work" that is intended to put pressure on the PCVA Claimants and other claimants by making them spend time, money, and emotional energy on unnecessary discovery.  Amala Decl., at ¶ 8.

11.      On the other hand, if the Insurers genuinely want to begin the process of vetting

individual claims to decide whether they are valid and legitimate, then the PCVA Claimants are entitled to discovery that will help the Insurers with that analysis. For example, if the Insurers want evidence that a particular Scout leader used his position to sexually abuse boys in a particular Boy Scout Troop, the PCVA Claimants are entitled to rosters for that Boy Scout Troop that have the names of other children who may have been abused by the same Scout leader. Similarly, if the Insurers want evidence that one of their insureds knew or should have known that a particular Scout leader posed a danger to children, including a PCVA Claimant, then the PCVA Claimants are entitled to rosters and other documents that may have the names of witnesses who can provide that evidence, including the names of other children who may have complained and adults who may have complained on behalf of their children. Finally, if the Insurers want to vet individual claims for either of the foregoing reasons, then the PCVA Claimants are entitled to any "ineligible volunteer" file that the Boy Scouts of America created regarding the Scout leader who sexually abused them because such a file may have the names of other children and adults who can provide evidence regarding those issues, as well as documents that reflect complaints regarding the particular Scout leader. Amala Decl., at ¶ 9.

## II.    LEGAL ARGUMENT

### A.    The Insurers Failed to Meet and Confer with the PCVA Claimants Before (or After) Filing Their Motion

12.    The Court should deny the Insurers' motion because they failed to meet and confer with the PCVA Claimants before filing their motion. *See* Local Rule 2004(1)(a) (before requesting 2004 examinations or production of documents, the movant must "arrange for a mutually agreeable date, time, place and scope of an examination or production").

13.    Given the admittedly "random" nature of the requested discovery, it does not appear the Insurers ever intended to have a meaningful meet and confer with individual claimants, including the PCVA Claimants. During their mass meet and confer, the Insurers admitted they had not

reviewed the information provided by the individual claimants who are the subject of their discovery requests.  When the PCVA Claimants requested a separate meet and confer, the Insurers eventually offered a day and time that was hours before they filed their motion – presumably because they had no intention of revising their motion to reflect the fruits of the meet and confer.  The PCVA Claimants repeatedly asked the Insurers to be ready to discuss their individual claims, including what information was supposedly deficient and why the Insurers need the requested information, but they were not prepared to do so.  As it stands, the PCVA Claimants are being asked to provide information they have already provided without any explanation for why they should do so.  While issuing random, duplicative discovery may be a cost effective approach for the Insurers, it is not cost effective for the PCVA Claimants who must spend time and money providing information they have already provided.  The requested discovery is also harassing – the Insurers are asking these survivors of sexual abuse to revisit a trauma in their life for the sole purpose of providing information they have already provided.

14.     The Court should deny the Insurers' motion and order them to meet and confer in good faith with the PCVA Claimants.  To that end, the PCVA Claimants stand by their claims and have no objection to providing additional information if the Insurers have a good faith basis to request it.  However, if the Insurers confirm the goal of this discovery is to determine whether these claims are viable and legitimate, then the PCVA Claimants will assist in that endeavor by seeking discovery from the insureds of these Insurers.

**B.     The Requested 2004 Examinations Are Overly Broad and the Insurers Have Not Demonstrated Good Cause Given the "Random" Selection of Claimants and Their Request for Duplicative Information**

15.     The Court should deny the Insurers' motion because the requested 2004 examinations are overly broad and the insurers have not demonstrated good cause for the examinations, particularly when they "randomly" selected the PCVA Claimants despite the fact that they have already provided the information sought by the Insurers.  The Insurers should withdraw their overly broad requests

and issue more narrowly tailored requests that ask for any additional information the Insurers actually need from the PCVA Claimants.

16.     The Insurers cite no law that allows a party to issue broad discovery requests at random because doing so is more cost effective than issuing requests that are tailored to the information they actually need.  To the contrary, a party may not issue discovery requests that are "so broad as to be more disruptive and costly to the party sought to be examined than beneficial to the party seeking discovery." *In re Fearn*, 96 B.R. 135, 138 (Bankr. S.D. Ohio 1989).  To that end, a 2004 examination must be both reasonable and relevant, and may not be used to "annoy, embarrass or oppress the party being examined." *In re Coffee Cupboard, Inc.,* 128 B.R. 509, 514 (Bankr. E.D. N.Y. 1991).  If the proposed examinee objects, the movant has the affirmative burden to "show that it has good cause to conduct the examination." *In re Subpoena Duces Tecum*, 461 B.R. 823, 829 (Bankr. C.D. Cal. 2011) (internal quotations omitted).  The Court has significant discretion to prohibit or limit the scope of a 2004 examination as justice requires. *In re Countrywide Home Loans*, 384 B.R. 373, 393 (Bankr. W.D. Pa. 2008).

17.     A party's request for a 2004 examination should be denied when the party seeks information that has already been disclosed.  *Coffee Cupboard*, 128 B.R. at 516.  The relevance and necessity of the information sought will not outweigh the burden to the producing party because "[t]he information requested … can be obtained just as easily by examining the records filed with th[e] [c]ourt." *Id.*  Put more simply, a party cannot show good cause for requesting information it has already been provided because a denial of the request will not cause the movant to suffer undue hardship or injustice. *In re Dinubilo*, 177 B.R. 932, 943 (E.D. Cal. 1993).  On the other hand, the Court may disallow a 2004 examination if providing the information will impose a burden on the party who is being asked to provide information it has already provided. *In re Drexel Burnham Lambert Group, Inc.*, 123 B.R. 702, 712 (Bankr. S.D.N.Y. 1991) (courts engage in a balancing test of the interests of the parties).

18.    The Insurers cannot meet their burden of establishing good cause for their 2004 examinations because the PCVA Claimants have already provided the information that the Insurers seek.  The Insurers will suffer no prejudice or injustice because they already have the information they seek.  The PCVA Claimants, on the other hand, will have to spend time and money providing information they have already provided, and will suffer the emotional burden of having to relive a traumatic experience in order to provide the duplicative information.

19.    The PCVA Claimants take no position on the Insurers' assertions that some claims are fraudulent.  If a claimant submitted a fraudulent claim, or a lawyer engaged in unethical conduct, the PCVA Claimants support the Insurers holding those individuals accountable.

20.    However, none of the PCVA Claimants have any indicia of fraud and the Insurers do not assert as much in their motion – each PCVA Claimant signed their own claim form, provided identification information, described their Scouting affiliation, identified the Scout leader who abused them (or provided facts to describe the person if they were too little to remember the Scout leader's name), and described how they believe the abuse likely impacted them.  Moreover, the claims of the PCVA Claimants were not submitted simultaneously or in some last minute, batch fashion that may suggest a lack of vetting by their counsel.  (To that end, their counsel is not subject to any of the motion practice regarding allegedly unethical behavior.  Again, if an attorney engaged in unethical behavior, or did not heed this Court's explicit warning about signing claim forms without a reasonable amount of due diligence, the PCVA Claimants support whatever discipline the Court concludes is appropriate.)

21.    To that end, the Court should reject the Insurers' suggestion that they are entitled to overly broad discovery because of their concerns about fraud.  Motion at 12-13.  The Insurers rely on *In re Subpoena Duces Tecum,* 461 B.R. 823 (Bankr. C.D. Cal 2011) and *In re Michalski*, 449 B.R. 273, 281-82 (Bankr. N.D. Ohio 2011) for this general proposition.  *Id*.  However, in both *Subpoena Duces Tecum* and *Michalski*, the party requesting the 2004 examinations was the United

States Trustee ("UST"), not the debtor or the debtor's insurers.  *Subpoena Duces Tecum*, 461 B.R. at 830; *In re Michalski*, 449 B.R. at 280.  Unlike a debtor's insurer, Congress empowered the UST with a fundamental duty to "help safeguard the integrity of the bankruptcy process" and "ensure the bankruptcy cases are conducted in accordance with the law."  *Subpoena Duces Tecum*, 461 B.R. at 830; *see also* H.R.Rep. No. 95–595, 95th Cong., 1st Sess. 1, 88 (1977), reprinted in 1978 U.S.C.C.A.N. 5963, 6049 ("[USTs] ... will serve as bankruptcy watch-dogs to prevent fraud, dishonesty, and overreaching in the bankruptcy arena.").  Pursuant to the UST's role as the "protector of public interest," the *Subpoena Duces Tecum* court concluded that the UST had good cause to conduct 2004 examinations in response to allegations of fraud in the proof of claim process because that "is precisely the type of issue where the UST, as both *impartial administrator* and watchdog of bankruptcy administration, should be afforded investigative powers."  *Id*. at 828 (internal quotations omitted) (emphasis added).  The court supported its reasoning by emphasizing that "the UST is an independent party and can evaluate any information it receives without a *pecuniary interest* in the claims objection process."  *Id*. at 829. (emphasis added).

22.    The Insurers' position in the present case is readily distinguishable from that of the UST.  Not only do the Insurers lack the congressional authority to conduct sweeping examinations to safeguard the bankruptcy process, but they are also not an independent party.  Unlike the UST, the Insurers have a pecuniary interest in the claims objection process and therefore cannot impartially evaluate the information they receive.  While the PCVA Claimants support the Insurers pursuing discovery regarding claims they believe may be fraudulent, those concerns cannot be used as an excuse to pursue discovery from the PCVA Claimants.

23.    If the Insurers have good cause to believe that a claim is fraudulent, the PCVA Claimants support the Insurers explaining as much and pursuing discovery regarding those claims. However, the PCVA Claimants should not be forced to undergo discovery, particularly duplicative discovery, because the Insurers believe other claims may be fraudulent.  If anything, the Insurers'

argument adds insult to injury:  they are insinuating these survivors of childhood sexual abuse may be fraudulent just because the Insurers have concerns about other claimants.  If the Insurers genuinely believe the PCVA Claimants may be fraudulent, then they will gladly provide additional information regarding their claims and will pursue their own discovery to help the Insurers see that their claims are not fraudulent.  However, as it stands, BSA and their other insureds have allowed the Insurers to make wide accusations of fraud while those same entities refuse to provide information and documents that would corroborate the claims of the PCVA Claimants and other claims, such as troop rosters with the name of witnesses who can corroborate their claims and the *thousands* of ineligible volunteer files that reflect why so many children, now adults, have filed claims.

24.    Finally, the overly broad nature of the Insurers' requested examinations is well illustrated by their argument that the discovery at issue is relevant to the statute of limitations.  For example, PCVA Claimant Nos. 28206, 32230, 48081, 48446, and 60443 each involve abuse that occurred in California, New Jersey, or New York – states that have temporarily suspended the civil statute of limitations for child sexual abuse.  *See* Cal Civ Proc Code § 340.1 (California – civil statute of limitations for child sexual abuse suspended until December 31, 2022); NJ Stat Ann 2A:14-2b (New Jersey – civil statute of limitations for child sexual abuse suspended until December 1, 2021); N.Y. C.P.L.R. 214-g (New York – civil statute of limitations for child sexual abuse suspended until August 14, 2021).  There is no discovery to pursue regarding the statute of limitations for these Claimants because their claims are not subject to a statute of limitations defense.

25.    PCVA Claimant Nos. 3675, 18787, 63751, and 38281 were not sexually abused in states that have suspended their civil statutes of limitations.  If the Insurers genuinely want to engage in discovery so the parties can litigate the statute of limitations as to these PCVA Claimants, then the Insurers should issue discovery that is tailored to that issue, including the fact-intensive arguments that these PCVA Claimants may rely on to overcome a statute of limitations defense.  Given each of these Claimants already provided detailed information about their claim in their proof of claim,

including the identity of the Scout leader who abused them, their relationship with the perpetrator, their affiliation with Scouting at the time of the abuse, the nature of the abuse, and how they believe it affected them, it is likely that the focus of discovery regarding the statute of limitations would be the Debtor, the local councils, and the sponsoring organizations who are implicated by each person's claim.  Those entities, not the individual Claimants, likely possess most of the evidence that these PCVA Claimants would rely on to defeat the statute of limitations, including documents that contain the names of key witnesses.

26.    It is important to note, however, that discovery on these issues will require cooperation from the Debtor and from third parties, including the local councils, chartering organizations, and individuals who are implicated in each Claimant's case.   As an example, if the Court is inclined to allow discovery on the statute of limitations, each Claimant should be given access to Troop rosters relating to his Troop and the perpetrator so that he can find, interview, and depose witnesses; Ineligible Volunteer files relating to the perpetrator, local council, and chartering organization; and all other information relevant to issues of sexual abuse as to the Debtor and third parties, which has never been made available.

### III.        CONCLUSION

27.    The PCVA Claimants respectfully request the Court deny Hartford Insurance Company and Century Insurance Company's requested 2004 examinations because they failed to meet and confer with those Claimants before filing their motion and failed to establish good cause for their requested 2004 examinations.

Respectfully submitted,

**BIELLI & KLAUDER, LLC**

Dated: February 5, 2021          */s/ David M. Klauder*
          Wilmington, Delaware          David M. Klauder, Esquire (No. 5769)
                                        1204 N. King Street
                                        Wilmington, DE 19801
                                        Phone: (302) 803-4600
                                        Fax: (302) 397-2557
                                        Email: dklauder@bk-legal.com


                                        and

                                        **PFAU COCHRAN VERTETIS AMALA PLLC**
                                        Michael T. Pfau, Esquire
                                        Jason P. Amala, Esquire
                                        Vincent T. Nappo, Esquire
                                        403 Columbia Street, Suite 500
                                        Seattle, WA 98104
                                        Phone: (206) 451-8260
                                        Facsimile: (206) 623-3624
                                        michael@pcvalaw.com
                                        jason@pcvalaw.com
                                        vnappo@pcvalaw.com

                                        *Counsel to the PCVA Claimants*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |
| | **Re: D.I. ____** |

**DECLARATION OF JASON P. AMALA IN SUPPORT OF PCVA CLAIMANTS'
OBJECTIONS TO HARTFORD AND CENTURY'S REQUEST FOR 2004
EXAMINATIONS**

I, Jason P. Amala, declare as follows:

1.      I am one of the attorneys of record for Claimants Nos. 3675, 18787, 28206, 32230, 38281, 48081, 48446, 60443, and 63751 ("PCVA Claimants").

2.      I have personal knowledge of the facts set forth in this declaration.

3.      I submit this declaration in support of PCVA Claimants' Objections to Hartford and Century's Request for 2004 Examinations.

4.      The PCVA Claimants submitted individual proof of claim forms that provided comprehensive information regarding the individual Claimant's experience of sexual abuse in connection to the Boy Scouts of America ("BSA"), including but not limited to their affiliation with the BSA at the time of their sexual abuse, the name, identity, and/or description of the Boy Scout leader, volunteer, or member who sexually abused them, and the details of the nature and frequency of the sexual abuse.  True and accurate copies of the PCVA Claimants individual proof of claim forms are attached as **Exhibit 1**.

5.      On January 15, 2021, the Insurers sent the PCVA Claimants and a large number of other Claimants a mass email notifying them of their intention to seek discovery under Rule 2004.  The Insurers proposed conducting a mass meet and confer with all Claimants who were

1

subject to their discovery requests on Martin Luther King Day.  A true and accurate copy of the email the Insurers sent to the PCVA Claimants regarding their intention to request 2004 examinations and schedule a mass meet and confer is attached as **Exhibit 2**.

6.      On January 18, 20201, the Insurers attempted to conduct a mass meet and confer with all Claimants who were subject to their discovery requests.  During the mass meet and confer, the Insurers did not explain why they needed the discovery at issue as to each Claimant and admitted they had not read the individual claims of each Claimant at issue because the selection of Claimants was a random sampling.

7.      On January 17, 2021, the PCVA claimants responded to the Insurers and requested a separate, individualized meet and confer.  On January 26, 2021, four days after the Insurers filed their motion requesting 2004 examinations, the Insurers provided multiple dates and times they were available to meet and confer.  The Insurers' proposed timeframe was the same week the PCVA Claimants' response to the Insurers' motion requesting 2004 examinations was due.  A true and accurate copy of the email correspondence between the Insurers and PCVA Claimants regarding the attempt to schedule an individualized meet and confer is attached as **Exhibit 3**.

8.      On February 3, 2021, twelve days after the Insurers filed their motion requesting 2004 examinations, the Insurers and PCVA Claimants met and conferred to discuss the nature and scope of the Insurers' requested 2004 examinations.  However, during the meet and confer, the insurers would not disclose the purpose of their random sampling of the PCVA Claimants or how discovery of the PCVA Claimants advanced their objectives for requesting discovery.

9.      In addition, during the meet and confer, the Insurers admitted that discovery from the BSA and local councils that sought evidence corroborating the PCVA Claimants' allegations would be beneficial for vetting the veracity of each individual claim.  Among such discovery would be information regarding the BSA's "ineligible volunteer" files – files that the BSA

created to document complaints of sexual abuse by a particular Scout leader, as well as information regarding other potential children who were victims of or witnesses to a particular Scout leader's sexual abuse.  The Insurers indicated that they would not be opposed to such discovery.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Jason P. Amala

Executed on February 5, 2021

Exhibit 1

# Claimant No. 3675

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## SEXUAL ABUSE SURVIVOR PROOF OF CLAIM

This Sexual Abuse Survivor Proof of Claim must be submitted and received by **5:00 p.m. (Eastern Time)** on **November 16, 2020**.  Please carefully read the following instructions included with this SEXUAL ABUSE SURVIVOR PROOF OF CLAIM and complete ALL applicable questions to the extent of your knowledge or recollection.  If you do not know the answer to an open-ended question, you can write "I don't recall" or "I don't know."  If a question does not apply, please write "N/A."  If you are completing this form in hard copy, please write or type clearly using blue or black ink.

The Sexual Abuse Survivor Proof of Claim must be delivered to Omni Agent Solutions, the Court-approved claims and noticing agent (the "Claims Agent"), by either:

(i)    Hand delivery, first class mail, or courier the *original* proof of claim to: BSA Abuse Claims Processing, c/o Omni Agent Solutions, 5955 De Soto Ave., Suite 100, Woodland Hills, CA 91367, so that it is *received* on or before **November 16, 2020 at 5:00 p.m. (Eastern Time)**;[2] or

(ii)   Electronically using the interface available at: www.OfficialBSAClaims.com on or before **November 16, 2020 at 5:00 p.m. (Eastern Time)**.

Sexual Abuse Survivor Proofs of Claim sent by email or facsimile transmission **will not** be accepted.

"You" and/or "Sexual Abuse Survivor" refers to the person asserting a Sexual Abuse Claim against the Boy Scouts of America ("BSA") related to the Sexual Abuse Survivor's sexual abuse.  For this claim to be valid, the Sexual Abuse Survivor must sign this form.  If the Sexual Abuse Survivor is deceased or incapacitated, the form must be signed by the Sexual Abuse Survivor's representative or the attorney for the Sexual Abuse Survivor's estate.  If the Sexual Abuse Survivor is a minor, the form must be signed by the survivor's parent or legal guardian or attorney.  Any Sexual Abuse Survivor Proof of Claim signed by a representative or legal guardian must attach documentation establishing such person's authority to sign the claim for the Sexual Abuse Survivor.

| **Who Is a Sexual Abuse Survivor?** |
|---|

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] If you are mailing your Sexual Abuse Survivor Proof of Claim, do not attach original documents with your Sexual Abuse Survivor Proof of Claim.

For purposes of this Sexual Abuse Survivor Proof of Claim, the term **Sexual Abuse Survivor** refers to a person who was sexually abused *before* turning eighteen (18) years of age.

## Who Should File a Sexual Abuse Survivor Proof of Claim?

This Sexual Abuse Survivor Proof of Claim is only for people who were sexually abused before turning eighteen (18) years of age and where the sexual abuse (defined below) occurred on or before February 18, 2020. This Sexual Abuse Survivor Proof of Claim is the way you assert an unsecured claim against BSA seeking damages based on Scouting-related sexual abuse.  Any person asserting a claim based on anything other than childhood sexual abuse should use the General Proof of Claim form (official bankruptcy form 410).

## What Is Sexual Abuse?

For the purposes of this Sexual Abuse Survivor Proof of Claim, **sexual abuse** means, with respect to a child under the age of eighteen (18) at the time of the sexual abuse, sexual conduct or misconduct, sexual abuse or molestation, sexual exploitation, sexual touching, sexualized interaction, sexual comments about a person's body, or other verbal or non-verbal behaviors that facilitated, contributed to, or led up to abuse, regardless of whether or not such behavior was itself sexual or against the law, and regardless of whether the child thought the behavior was sexual abuse at the time.  Sexual abuse includes behavior between a child and an adult and between a child and another child, in each instance without regard to whether such activity involved explicit force, whether such activity involved genital or other physical contact, and whether the child associated the abuse with any physical, psychological, or emotional harm.  It involves behaviors including penetration or fondling of the child's body, other body-on-body contact, or non-contact, behaviors such as observing or making images of a child's naked body, showing or making pornography, or having children behave in sexual behavior as a group.

If you have a claim arising from sexual abuse and you were at least eighteen (18) years of age at the time the sexual abuse began or if you have a claim arising from other types of abuse, including non-sexual physical abuse, non-sexual emotional abuse, bullying or hazing, you should consult the *Notice of Deadlines Requiring Filing of Proof of Claim* and file a General Proof of Claim (Official Bankruptcy Form 410).

For the avoidance of doubt, if you have a claim for sexual abuse and you were a child under the age of eighteen (18) when the sexual abuse began you must complete this form.

## You May Wish to Consult an Attorney Regarding This Matter.

You may also obtain information from the Claims Agent by: (1) calling toll free at 866-907-2721, (2) emailing at BSAInquiries@omniagnt.com, or (3) visiting the case website at www.OfficialBSAClaims.com (do not contact the Claims Agent for legal advice).

## What If I Don't File on Time?

**Failure to complete and return this Sexual Abuse Survivor Proof of Claim by November 16, 2020 at 5:00 p.m. (Eastern Time) may result in your inability to vote on a plan of reorganization and/or to receive a distribution from this bankruptcy for sexual abuse related to BSA.**

**Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152, 157 and 3571.**

## PART 1: CONFIDENTIALITY

Unless you indicate below, your identity and your Sexual Abuse Survivor Proof of Claim will be kept **confidential**, under seal, and outside the public record.  However, information in this Sexual Abuse Survivor Proof of Claim will be confidentially provided, pursuant to Court-approved guidelines, to the Debtors, the Debtors' counsel and retained advisors, certain insurers of BSA, the Tort Claimants' Committee, counsel to the Ad Hoc Committee of Local Councils (with personally identifiable information redacted), individual Local Councils solely with respect to Sexual Abuse Claims asserted against them, attorneys at the Office of the United States Trustee for the District of Delaware, the Future Claimants' Representative, the Court, and confidentially to such other persons that the Court determines need the information in order to evaluate the claim. Information in this Sexual Abuse Survivor Proof of Claim may be required to be disclosed to governmental authorities under mandatory reporting laws in many jurisdictions.

**This Sexual Abuse Survivor Proof of Claim (along with any accompanying exhibits and attachments) will be maintained as <u>confidential</u> unless you expressly request that it be publicly available by checking the "public" box <u>and</u> signing below.**

| | |
|---|---|
| ☐ | **PUBLIC**: I want my identity and this Sexual Abuse Survivor Proof of Claim (together with any exhibits and attachments) to be made part of the official claims register in these cases.  **My claim will be available for review by any and all members of the public**. |

Signature: _____

Print Name: _____

## PART 2: IDENTIFYING INFORMATION

### A.    Identity of Sexual Abuse Survivor

First Name: ▮▮▮   Middle Initial: ▮   Last Name: ▮▮▮   Jr/Sr/III __

Mailing Address (If Sexual Abuse Survivor is incapacitated, is a minor, or is deceased, provide the address of the individual submitting the claim. If you are in jail or prison, provide the address of your place of incarceration):

| | | | | | |
|---|---|---|---|---|---|
| Number and Street: | ▮▮▮ | | | | |
| City: | ▮▮▮ | State: | ▮▮▮ | Zip Code: | ▮▮▮ |
| Country (not USA): | ▮▮▮ | Email Address: | ▮▮▮ | | |
| Telephone (Home): | ▮▮▮ | Telephone (Cell): | ▮▮▮ | | |

For communications regarding this claim you may use (check the appropriate boxes):

Email ☐   US Mail ☐   Home Voicemail ☐   Cell Voicemail ☐   Counsel listed below ☒

Social Security Number of Sexual Abuse Survivor (last four digits <u>only</u>):  XXX-XX- ▮▮▮

If the Sexual Abuse Survivor is in jail or prison, provide the Sexual Abuse Survivor's identification number:
▮▮▮

Birthdate of Sexual Abuse Survivor (only the month and year): (MM/YYYY): ▮▮▮

Any other name, or names, by which the Sexual Abuse Survivor has ever been known: ▮▮▮▮▮

Gender of Sexual Abuse Survivor: ▮▮▮▮▮▮▮▮▮▮▮▮

**B.    If you have hired an attorney relating to the sexual abuse described in this Sexual Abuse Survivor Proof of Claim, please provide his or her name and contact information:**

| Law Firm Name: | **Pfau Cochran Vertetis Amala PLLC** | | | | |
|---|---|---|---|---|---|
| Attorney's Name: | **Michael T. Pfau** | | | | |
| Number and Street: | **403 Columbia St. Ste. 500** | | | | |
| City: | **Seattle** | State: | **Washington** | Zip Code: | **98104** |
| Country (not USA): | **USA** | Email Address: | | **michael@pcvalaw.com** | |
| Telephone (Work): | **(206) 462-4334** | Fax No.: | | **(206) 623-3624** | |

## PART 3:  BACKGROUND INFORMATION FOR SEXUAL ABUSE SURVIVOR

**A.    Marital/Domestic Partner History:**



**B.    Education History:**



**C.   Employment:**

**D.   Military service:**

**E.   Involvement with Scouting:**

    a.   Have you ever been affiliated with Scouting and/or a Scouting program?

    Yes ☒       No ☐

    b.   When were you involved with Scouting?

    **I was involved with Scouting from approximately 1955 to 1957.**

    c.   What type of Scouting unit (i.e., troop) were you involved with and, if you recall, when you were involved and what was your troop or unit number?

☒ Boy Scouts  __Unit # 87__ _____

☐ Cub Scouts _____

☐ Exploring Scouts _____

☐ Sea Scouts _____

☐ Venturing _____

☐ Other (please explain your involvement with Scouting):

_____
_____
_____
_____
_____

## PART 4: NATURE OF THE SEXUAL ABUSE

**(Attach additional sheets if necessary)**

**For each of the questions listed below, please complete your answers <u>to the best of your recollection</u>.**

**Note:** If you have previously filed a lawsuit about your Scouting-related sexual abuse in state or federal court, you may attach a copy of the complaint. If you have not filed a lawsuit, or if the complaint does not contain all of the information requested below, you must provide the information below to the extent of your recollection.

Please answer each of the following questions to your best ability. If you do not know or recall, please so indicate.

If you are the survivor of sexual abuse by more than one sexual abuser, please respond to each of the questions in this Part 4 for each sexual abuser.

A.   Please answer "Yes" or "No" to each of the following:

   i.   Were you sexually abused by more than one person?   Yes ☐         No ☒

   ii.   Were you sexually abused in more than one state?   Yes ☐         No ☒

B.   Please name each person who sexually abused you in relation to your involvement in Scouting. ("Scouting" includes Cub Scouts, Boy Scouts, Exploring Scouts, Sea Scouts and Venturing.)

   If you do not remember the name of the sexual abuser(s), provide as much identifying information about the sexual abuser(s) that you can recall, such as their approximate age and their relationship to Scouting (e.g., the Scoutmaster of Troop 100, another Troop member of Troop 200, camp staff member, etc.).

**I was sexually abused by Bud Larson (real name might have been "Myron") who was a Scoutmaster while I was in Scouting as described above.**

C.    Other than the sexual abuser(s), please identify any person(s) you can remember who were leaders or other adults involved in your Scouting unit or the camp(s) you attended.

**N/A.**

D.    What was each sexual abuser's position, title, or relationship to you in Scouting (check all that apply)?

☒ Adult Scout leader in my Scouting unit

☐ Adult Scout leader not in my Scouting unit

☐ Youth Scout in my Scouting unit

☐ Youth Scout not in my Scouting unit

☐ Camp personnel (e.g., camp staff) not in my Scouting unit

☐ I don't know

☐ Other (please explain why you believe the person(s) who sexually abused you had a relationship with Scouting):

_____

_____

_____

E.    Where were you at the time you were sexually abused (city, state, territory and/or country)?

**At the time of the sexual abuse I was in Portland, Oregon, Newport, Oregon, and Camp Baldwin near Mt. Hood.**

F.    What was the type of Scouting you were involved with during the sexual abuse (check all that apply)?

☒ Boy Scouts

☐ Cub Scouts

☐ Exploring Scouts

☐ Venturing

☐ Sea Scouts

☐  Other (please explain why you believe you had a connection to Scouting during the sexual abuse):

_____

_____

_____

G.    What was the Scouting unit number and physical location (city, state, territory and/or country) of the Scouting unit(s) or provisional troop you were in during the time of the sexual abuse?

**During the sexual abuse I believe I was in Boy Scout unit number 87, located in Portland, Oregon.**

H.    What was the name and location (city, state, territory and/or country) of the organization that chartered or sponsored your Scouting unit, including the organization that hosted meetings of your Scouting unit, during the time of the sexual abuse (e.g., church, school, religious institution, or civic group)?

(Note that such organizations are not currently parties to the bankruptcy so if you believe you may have a claim against any such organization you must take additional action to preserve and pursue any such claim.)

**I do not recall the name of the organization that chartered or sponsored my Scouting unit during the time of the sexual abuse.  But our Troop was located in Portland, Oregon.**

I.    What was the name of the BSA Local Council(s) affiliated with your Scouting unit(s), any Boy Scout camp or other Scouting activity during the time of the sexual abuse?

(Note that such BSA Local Councils are not currently parties to the bankruptcy so if you believe you may have a claim against any such BSA Local Council(s) you must take additional action to preserve and pursue any such claim.)

**I believe the BSA Local Council affiliated with my Scouting unit was the Portland Area Council, but according to BSA's local council finder the Cascade Pacific Council is now responsible for Scouting in this area.**

J.    In which of the following places did the sexual abuse take place?  Check all that apply.

☐  At or in connection with a Scout meeting.

☒  At or in connection with a Scout camp.

☒  At or in connection with another Scouting-related event or activity (please explain): **Scout Camping trips and Scout fishing trips, including at Camp Baldwin.**

☐ Other (please explain – for example, schools, churches, cars, homes or other locations): ____

_____

K.  When did the first act of sexual abuse take place? If you do not remember the calendar date, what school grade were you in at the time and what season of the year was it (spring, summer, fall, winter), and what age were you when it started?  If the sexual abuse took place over a period of time, please state when it started and when it stopped.  If you were sexually abused by more than one sexual abuser indicate when the sexual abuse by each of the sexual abusers started and stopped.

**<u>I believe the first act of sexual abuse by Bud Larson happened in approximately 1955 and ended</u>**

**<u>in approximately 1957.   I was approximately 11 to 13 years old during the sexual abuse.</u>**

L.  Please describe what happened to you.  You can provide a description in your own words and/or use the checkboxes below.

   i.   About how many times were you sexually abused?

      ☐  I was sexually abused once.

      ☒  I was sexually abused more than once.

If you were sexually abused more than once, please state how many times (if you recall):  **<u>See below</u>**

**<u>narrative.  I was sexually abused by Bud Larson at least 4 times.</u>**

M.  Please describe what happened to you.  You can provide a description in your own words and/or use the checkboxes below.  (Check all that apply.)  **Please note that the boxes are not meant to limit the characterization or description of your sexual abuse.**

   i.   What did the sexual abuse involve?  **See below narrative.**

      ☒ The sexual abuse involved touching outside of my clothing.

      ☒  The sexual abuse involved touching my bare skin.

      ☒  The sexual abuse involved fondling or groping.

      ☒  The sexual abuse involved masturbation.

      ☒  The sexual abuse involved oral copulation / oral sex.

      ☐  The sexual abuse involved the penetration of some part of my body.

   ii.  Did any of the following occur in connection with the sexual abuse:  **See below narrative.**

      ☐  The acts of sexual abuse against me also involved other youth.

☐ The sexual abuse involved photographs or video.

☒ Even though I did not want it, my body responded sexually to the sexual abuse.

☐ The sexual abuse involved actual or implied threats of violence or other adverse consequences if I disclosed the sexual abuse.

☐ The sexual abuse involved gifts, privileges, experiences, and other rewards or bribes in addition to the activities and awards normally part of Scouting.

☒ The sexual abuser(s) made my family think they could be trusted.

☐ At the time of the sexual abuse, my family or I had significant financial, social, behavioral or other challenges.

If you wish to provide a narrative, please describe the sexual abuse in as much detail as you can recall in the lines below.  You may attach additional pages if needed.

**During Scout camping trips and fishing trips with my Troop, our Scoutmaster, Bud Larson, would sleep alone in the same tent as me and he would perform oral sex on me until I ejaculated.   The abuse happened at least four times during the two to three years I was in the Boy Scouts.   The abuse also happened at Camp Baldwin near Mt. Hood.   He would also put a sock on his penis and rub it between my thighs until he ejaculated.   Bud also masturbated himself during these abuse incidents.**

N.    Did you or anyone on your behalf tell anyone involved in Scouting about the sexual abuse at or about the time of the sexual abuse?     Yes ☐     No ☒

O.    Did you or anyone on your behalf report the sexual abuse to law enforcement or investigators at or about the time of the sexual abuse?     Yes ☐     No ☒

P.    If you can remember anyone you may have ever told about the sexual abuse at the time, including anyone involved with Scouting, friends, relatives, and/or law enforcement, please list their name and when you told them.

**Another Scout named ███████████ told me he was abused by Bud Larson.  I told ███████ that the same thing happened to me.**

Q.    Did you have any relationship with your sexual abuser outside of Scouting? Check all that apply:

☐ Religious organization leader, member, volunteer

☐ Family member or relative

☐ Coach/athletics

☐ Teacher

☐ Neighbor

☐ Other (please explain and add any other information you remember to the categories above):

_____

_____

_____

_____

R.    Are you aware of anyone who knew about the sexual abuse?

**Another Scout named ▮▮▮▮▮▮▮▮ was also abused by Larson.  I know this because he told me about it.  ▮▮▮▮ later committed suicide a couple years late.)**

| PART 5: IMPACT OF SEXUAL ABUSE |
| --- |

**(Attach additional pages if necessary)**

**(If you currently cannot describe any harm you have suffered on account of the sexual abuse, you may omit this section for now.  However, you may be asked to provide the information requested at a later date.)**

A.    Please describe how you were impacted, harmed, damaged, or injured in ways that you now connect as being related to the sexual abuse you described above. (Check all that apply.)  You can provide a description in your own words and/or use the checkboxes below.  **Please note that the boxes are not meant to limit the characterization or description of the impact(s) of your sexual abuse**.

☒ Psychological / emotional health (including depression, anxiety, feeling numb, difficulty managing or feeling emotions including anger)

☒ Post traumatic stress reactions (including intrusive images, feelings from the abuse, numbing or avoidance behaviors)

☐ Physical health (including chronic disease, chronic undiagnosed pain or physical problems)

☐ Education (including not graduating high school, being unable to finish training or education)

☐ Employment (including difficulties with supervisors, difficulty maintaining steady employment, being fired from jobs)

☒ Intimate relationships (including difficulty maintaining emotional attachments, difficulty with sexual behavior, infidelity)

☒ Social relationships (including distrust of others, isolating yourself, not being able to keep healthy relationships)

☒ Alcohol and/or substance abuse (including other addictive behavior such as gambling)

☐ Other (please explain and add any other information you remember to the categories above)

If you wish to provide a narrative, please describe how you were impacted, harmed, damaged, or injured in ways that you now connect as being related to the sexual abuse you described above in as much detail as you can recall in the lines below.  You may attach additional pages if needed.  **See below narrative.**

I believe the abuse affected me in many ways.  I don't like being around people because I struggle with anxiety and I feel like I am always being judged.  I feel better just being alone and isolated.  Deep down I am afraid of rejection.  My marriages were spur of the moment events.  The first marriage was after two months of knowing each other, the second marriage was after about month, and the third was after a week.  All of these marriages ended with divorce because I was lonely and only really wanted sex.  I struggled to make any meaningful emotional connection with them.

I lived my life as an alcoholic.  I used alcohol to dull my senses. I would sneak alcohol onto the ship during my time in the military.  In 1974 I was sent to substance abuse rehabilitation.  The program was not successful, and I continued to drink to excess for many years until the mid-80s when I finally found sobriety.

I currently struggle with gambling addictions.  I go to the casino 3-4 times per week for the last 10 years. I can't seem to break away from it.  There have been several times I have used my credit cards to get cash advances, resulting in maxing out multiple credit cards at a time and creating significant financial stress. I live pay day to pay day, and have little to no savings.

Throughout life, I also had a problem getting constant erections and constantly thinking about sex.  I was always afraid of having my kids or anyone else sitting on my lap.  Just riding on the bus and having it bounce over bumps would give me an erection and I would feel like I would have to masturbate to get rid of it.  I was constantly thinking of sex, being distracted by sex, and always looking for ways to satisfy these thoughts.

B. Have you ever sought counseling or other mental health treatment for any reason?

Yes ☒        No ☐

If your response to the prior question is "Yes," please identify the name of each person who provided you with counseling or mental health treatment, their location, the type of counseling or treatment and the estimated dates/time period of counseling or treatment.  If you were prescribed medication in connection with such counseling or mental health treatment, please list the name of the medication and how long you took that medication.

1. ██████████████████████████████████
   ████████████████████
   **30-day inpatient, including mostly group counseling**
   **Approximately 1974**

## PART 6: ADDITIONAL INFORMATION

A. **Prior Litigation.**

   i. Was a lawsuit regarding the sexual abuse you have described in this Sexual Abuse Survivor Proof of Claim filed by you or on your behalf.

   Yes ☐     No ☒  (If "Yes," you are required to attach a copy of the complaint.)

B. **Prior Bankruptcy Claims.** Have you filed any claims in any other bankruptcy case relating to the sexual abuse you have described in this Sexual Abuse Survivor Proof of Claim? Yes ☐    No ☒  (If "Yes," you are required to attach a copy of any completed claim form.)

C. **Payments.**  Have you received any payments related to the sexual abuse you have described in this Sexual Abuse Survivor Proof of Claim from any party, including BSA?  Yes ☐ No ☐

   i. If yes, how much and from whom?
   _____

D. **Current Bankruptcy Case.**  Are you currently a debtor in a bankruptcy case? Yes ☐ No ☒

   i. If yes, please provide the following information:

   Name of Case: _____  Court: _____

   Date filed: _____  Case No. _____

   Chapter: 7 ☐  11 ☐  12 ☐    13 ☐   Name of Trustee: _____

"Signature page follows – you must complete and sign the next page"

| SIGNATURE |
|---|

**To be valid, this Sexual Abuse Survivor Proof of Claim must be signed by you.** If the Sexual Abuse Survivor is deceased or incapacitated, the form must be signed by the Sexual Abuse Survivor's representative or the attorney for the Sexual Abuse Survivor's estate. If the Sexual Abuse Survivor is a minor, the form must be signed by the Sexual Abuse Survivor's parent or legal guardian, or the Sexual Abuse Survivor's attorney. (Any form signed by a representative or legal guardian <u>must</u> attach documentation establishing such person's authority to sign this form for the Sexual Abuse Survivor.)

| **Penalty for presenting a fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.** |
|---|

**Check the appropriate box:**

☒     I am the Sexual Abuse Survivor.

☐     I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.

☐     Other (describe): _____

_____

**I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.**

**I declare under penalty of perjury that the foregoing statements are true and correct.**

**Date:**                          SepT  21 , 2020

**Signature:**          ███████████████████████████

**Print Name:**         ███████████

**Relationship to Sexual Abuse Survivor(if not signed by Sexual Abuse Survivor):**

_____

**Address:**             ████████████

                         ████████████████

**Contact Phone:**       █████████

**Email:**               ████████████████

# Claimant No. 18787

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## SEXUAL ABUSE SURVIVOR PROOF OF CLAIM

This Sexual Abuse Survivor Proof of Claim must be submitted and received by **5:00 p.m. (Eastern Time) on November 16, 2020**. Please carefully read the following instructions included with this SEXUAL ABUSE SURVIVOR PROOF OF CLAIM and complete ALL applicable questions to the extent of your knowledge or recollection. If you do not know the answer to an open-ended question, you can write "I don't recall" or "I don't know." If a question does not apply, please write "N/A." If you are completing this form in hard copy, please write or type clearly using blue or black ink.

The Sexual Abuse Survivor Proof of Claim must be delivered to Omni Agent Solutions, the Court-approved claims and noticing agent (the "Claims Agent"), by either:

(i)  Hand delivery, first class mail, or courier the *original* proof of claim to: BSA Abuse Claims Processing, c/o Omni Agent Solutions, 5955 De Soto Ave., Suite 100, Woodland Hills, CA 91367, so that it is *received* on or before **November 16, 2020 at 5:00 p.m. (Eastern Time)**;[2] or

(ii)  Electronically using the interface available at: www.OfficialBSAClaims.com on or before **November 16, 2020 at 5:00 p.m. (Eastern Time)**.

Sexual Abuse Survivor Proofs of Claim sent by email or facsimile transmission **will not** be accepted.

"You" and/or "Sexual Abuse Survivor" refers to the person asserting a Sexual Abuse Claim against the Boy Scouts of America ("BSA") related to the Sexual Abuse Survivor's sexual abuse. For this claim to be valid, the Sexual Abuse Survivor must sign this form. If the Sexual Abuse Survivor is deceased or incapacitated, the form must be signed by the Sexual Abuse Survivor's representative or the attorney for the Sexual Abuse Survivor's estate. If the Sexual Abuse Survivor is a minor, the form must be signed by the survivor's parent or legal guardian or attorney. Any Sexual Abuse Survivor Proof of Claim signed by a representative or legal guardian must attach documentation establishing such person's authority to sign the claim for the Sexual Abuse Survivor.

| |
|---|
| **Who Is a Sexual Abuse Survivor?** |

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] If you are mailing your Sexual Abuse Survivor Proof of Claim, do not attach original documents with your Sexual Abuse Survivor Proof of Claim.

For purposes of this Sexual Abuse Survivor Proof of Claim, the term **Sexual Abuse Survivor** refers to a person who was sexually abused *before* turning eighteen (18) years of age.

## Who Should File a Sexual Abuse Survivor Proof of Claim?

This Sexual Abuse Survivor Proof of Claim is only for people who were sexually abused before turning eighteen (18) years of age and where the sexual abuse (defined below) occurred on or before February 18, 2020. This Sexual Abuse Survivor Proof of Claim is the way you assert an unsecured claim against BSA seeking damages based on Scouting-related sexual abuse. Any person asserting a claim based on anything other than childhood sexual abuse should use the General Proof of Claim form (official bankruptcy form 410).

## What Is Sexual Abuse?

For the purposes of this Sexual Abuse Survivor Proof of Claim, **sexual abuse** means, with respect to a child under the age of eighteen (18) at the time of the sexual abuse, sexual conduct or misconduct, sexual abuse or molestation, sexual exploitation, sexual touching, sexualized interaction, sexual comments about a person's body, or other verbal or non-verbal behaviors that facilitated, contributed to, or led up to abuse, regardless of whether or not such behavior was itself sexual or against the law, and regardless of whether the child thought the behavior was sexual abuse at the time. Sexual abuse includes behavior between a child and an adult and between a child and another child, in each instance without regard to whether such activity involved explicit force, whether such activity involved genital or other physical contact, and whether the child associated the abuse with any physical, psychological, or emotional harm. It involves behaviors including penetration or fondling of the child's body, other body-on-body contact, or non-contact, behaviors such as observing or making images of a child's naked body, showing or making pornography, or having children behave in sexual behavior as a group.

If you have a claim arising from sexual abuse and you were at least eighteen (18) years of age at the time the sexual abuse began or if you have a claim arising from other types of abuse, including non-sexual physical abuse, non-sexual emotional abuse, bullying or hazing, you should consult the *Notice of Deadlines Requiring Filing of Proof of Claim* and file a General Proof of Claim (Official Bankruptcy Form 410).

For the avoidance of doubt, if you have a claim for sexual abuse and you were a child under the age of eighteen (18) when the sexual abuse began you must complete this form.

## You May Wish to Consult an Attorney Regarding This Matter.

You may also obtain information from the Claims Agent by: (1) calling toll free at 866-907-2721, (2) emailing at BSAInquiries@omniagnt.com, or (3) visiting the case website at www.OfficialBSAClaims.com (do not contact the Claims Agent for legal advice).

## What If I Don't File on Time?

**Failure to complete and return this Sexual Abuse Survivor Proof of Claim by November 16, 2020 at 5:00 p.m. (Eastern Time) may result in your inability to vote on a plan of reorganization and/or to receive a distribution from this bankruptcy for sexual abuse related to BSA.**

**Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

## PART 1: CONFIDENTIALITY

Unless you indicate below, your identity and your Sexual Abuse Survivor Proof of Claim will be kept **confidential**, under seal, and outside the public record. However, information in this Sexual Abuse Survivor Proof of Claim will be confidentially provided, pursuant to Court-approved guidelines, to the Debtors, the Debtors' counsel and retained advisors, certain insurers of BSA, the Tort Claimants' Committee, counsel to the Ad Hoc Committee of Local Councils (with personally identifiable information redacted), individual Local Councils solely with respect to Sexual Abuse Claims asserted against them, attorneys at the Office of the United States Trustee for the District of Delaware, the Future Claimants' Representative, the Court, and confidentially to such other persons that the Court determines need the information in order to evaluate the claim. Information in this Sexual Abuse Survivor Proof of Claim may be required to be disclosed to governmental authorities under mandatory reporting laws in many jurisdictions.

**This Sexual Abuse Survivor Proof of Claim (along with any accompanying exhibits and attachments) will be maintained as _confidential_ unless you expressly request that it be publicly available by checking the "public" box _and_ signing below.**

---

☐    **PUBLIC**: I want my identity and this Sexual Abuse Survivor Proof of Claim (together with any exhibits and attachments) to be made part of the official claims register in these cases. **My claim will be available for review by any and all members of the public**.

Signature: _____

Print Name: _____

---

| PART 2: IDENTIFYING INFORMATION |
|---|

**A.    Identity of Sexual Abuse Survivor**

First Name: ■■■    Middle Initial: ■    Last Name: ■■■    Jr/Sr/III ■■■

Mailing Address (If Sexual Abuse Survivor is incapacitated, is a minor, or is deceased, provide the address of the individual submitting the claim. If you are in jail or prison, provide the address of your place of incarceration):

| Number and Street: | ■■■■■■■■ | | | |
|---|---|---|---|---|
| City: | ■■■■■ | State: | ■■■■■ | Zip Code: | ■■■■ |
| Country (not USA): | ■■■ | Email Address: | ■■■■■■■ | |
| Telephone (Home): | ■■■■■■ | Telephone (Cell): | ■■■ | |

For communications regarding this claim you may use (check the appropriate boxes):

Email ☐    US Mail ☐    Home Voicemail ☐    Cell Voicemail ☐    Counsel listed below ☒

Social Security Number of Sexual Abuse Survivor (last four digits only): XXX-XX- ■■■

If the Sexual Abuse Survivor is in jail or prison, provide the Sexual Abuse Survivor's identification number: ■■■

Birthdate of Sexual Abuse Survivor (only the month and year): (MM/YYYY): ■■■■

Any other name, or names, by which the Sexual Abuse Survivor has ever been known: ████████

Gender of Sexual Abuse Survivor: ████████████████████████

**B.** **If you have hired an attorney relating to the sexual abuse described in this Sexual Abuse Survivor Proof of Claim, please provide his or her name and contact information:**

| Law Firm Name: | **Pfau Cochran Vertetis Amala PLLC** | | | | |
|---|---|---|---|---|---|
| Attorney's Name: | **Michael T. Pfau** | | | | |
| Number and Street: | **403 Columbia St. Ste. 500** | | | | |
| City: | **Seattle** | State: | **Washington** | Zip Code: | **98104** |
| Country (not USA): | **USA** | Email Address: | **michael@pcvalaw.com** | | |
| Telephone (Work): | **(206) 462-4334** | Fax No.: | **(206) 623-3624** | | |

---

## PART 3:  BACKGROUND INFORMATION FOR SEXUAL ABUSE SURVIVOR

**A.** **Marital/Domestic Partner History:**



**B.** **Education History:**



**C.   Employment:**

**D.   Military service:**

**E.   Involvement with Scouting:**

a.  Have you ever been affiliated with Scouting and/or a Scouting program?

Yes ☒          No ☐

b.  When were you involved with Scouting?

**I was involved with Scouting from approximately 1977 to 1984.  I believe my highest ranking in Scouting was Eagle.**

c.  What type of Scouting unit (i.e., troop) were you involved with and, if you recall, when you were involved and what was your troop or unit number?

☒ Boy Scouts **Unit #267**

☒ Cub Scouts **Unit # 267** _____

☐ Exploring Scouts _____

☐ Sea Scouts _____

☐ Venturing _____

☐ Other (please explain your involvement with Scouting):

_____

_____

| PART 4: NATURE OF THE SEXUAL ABUSE |
|---|

**(Attach additional sheets if necessary)**

**For each of the questions listed below, please complete your answers to the best of your recollection.**

**Note:** If you have previously filed a lawsuit about your Scouting-related sexual abuse in state or federal court, you may attach a copy of the complaint. If you have not filed a lawsuit, or if the complaint does not contain all of the information requested below, you must provide the information below to the extent of your recollection.

Please answer each of the following questions to your best ability. If you do not know or recall, please so indicate.

If you are the survivor of sexual abuse by more than one sexual abuser, please respond to each of the questions in this Part 4 for each sexual abuser.

A.    Please answer "Yes" or "No" to each of the following:

   i.    Were you sexually abused by more than one person?    Yes ☐         No ☒

   ii.    Were you sexually abused in more than one state?    Yes ☐         No ☒

   Here is where the client said they were sexually abused:

B.    Please name each person who sexually abused you in relation to your involvement in Scouting. ("Scouting" includes Cub Scouts, Boy Scouts, Exploring Scouts, Sea Scouts and Venturing.)

   If you do not remember the name of the sexual abuser(s), provide as much identifying information about the sexual abuser(s) that you can recall, such as their approximate age and their relationship to Scouting (e.g., the Scoutmaster of Troop 100, another Troop member of Troop 200, camp staff member, etc.).

**I was sexually abused by Phil Bauer who was an Assistant Scoutmaster while I was in Scouting as described**

**above.**

C.  Other than the sexual abuser(s), please identify any person(s) you can remember who were leaders or other adults involved in your Scouting unit or the camp(s) you attended.

**Guy Slinker was the Scoutmaster involved in my Scouting Unit.**

D.  What was each sexual abuser's position, title, or relationship to you in Scouting (check all that apply)?

☒ Adult Scout leader in my Scouting unit

☐ Adult Scout leader not in my Scouting unit

☐ Youth Scout in my Scouting unit

☐ Youth Scout not in my Scouting unit

☐ Camp personnel (e.g., camp staff) not in my Scouting unit

☐ I don't know

☐ Other (please explain why you believe the person(s) who sexually abused you had a relationship with Scouting):

_____

_____

_____

E.  Where were you at the time you were sexually abused (city, state, territory and/or country)?

**At the time of the sexual abuse I was in Kansas City, Missouri and Englewood, Missouri.**

F.  What was the type of Scouting you were involved with during the sexual abuse (check all that apply)?

☐ Boy Scouts

☒ Cub Scouts

☐ Exploring Scouts

☐ Venturing

☐ Sea Scouts

☐ Other (please explain why you believe you had a connection to Scouting during the sexual abuse):

_____

_____

_____

G.   What was the Scouting unit number and physical location (city, state, territory and/or country) of the Scouting unit(s) or provisional troop you were in during the time of the sexual abuse?

**During the sexual abuse I believe I was in Cub Scout unit number 267, located in Kansas City, Missouri.**

H.   What was the name and location (city, state, territory and/or country) of the organization that chartered or sponsored your Scouting unit, including the organization that hosted meetings of your Scouting unit, during the time of the sexual abuse (e.g., church, school, religious institution, or civic group)?

(Note that such organizations are not currently parties to the bankruptcy so if you believe you may have a claim against any such organization you must take additional action to preserve and pursue any such claim.)

**I believe the organization that chartered or sponsored my Scouting unit during the time of the sexual abuse**

**was Englewood Church located in Kansas City, Missouri.**

I.   What was the name of the BSA Local Council(s) affiliated with your Scouting unit(s), any Boy Scout camp or other Scouting activity during the time of the sexual abuse?

(Note that such BSA Local Councils are not currently parties to the bankruptcy so if you believe you may have a claim against any such BSA Local Council(s) you must take additional action to preserve and pursue any such claim.)

**I do not recall the name of the local council that was involved with my Scouting unit; however, according**

**to BSA's local council locator, Heart of America council is responsible for Scouting units in the area**

**Claimant's Scouting unit was located.**

J.   In which of the following places did the sexual abuse take place?  Check all that apply.

☒   At or in connection with a Scout meeting.

☐   At or in connection with a Scout camp.

☒   At or in connection with another Scouting-related event or activity (please explain): **Scout**

**camping trip**

☒   Other (please explain – for example, schools, churches, cars, homes or other locations): **His**

**home at Sheffield lake**

K. When did the first act of sexual abuse take place? If you do not remember the calendar date, what school grade were you in at the time and what season of the year was it (spring, summer, fall, winter), and what age were you when it started? If the sexual abuse took place over a period of time, please state when it started and when it stopped. If you were sexually abused by more than one sexual abuser indicate when the sexual abuse by each of the sexual abusers started and stopped.

**I believe the first act of sexual abuse by Phil Bauer happened in approximately 1977 or 1978 and ended in approximately 1984. I was approximately 6 or 7 to 12 or 13 years old during the sexual abuse.**

L. Please describe what happened to you. You can provide a description in your own words and/or use the checkboxes below.

    i. About how many times were you sexually abused?

      ☐ I was sexually abused once.

      ☒ I was sexually abused more than once.

If you were sexually abused more than once, please state how many times (if you recall): **I was abused by my assistant Scoutmaster Phil Bauer at least 75 times.**

M. Please describe what happened to you. You can provide a description in your own words and/or use the checkboxes below. (Check all that apply.) **Please note that the boxes are not meant to limit the characterization or description of your sexual abuse.**

    i. What did the sexual abuse involve? **See below narrative.**

      ☒ The sexual abuse involved touching outside of my clothing.

      ☒ The sexual abuse involved touching my bare skin.

      ☒ The sexual abuse involved fondling or groping.

      ☒ The sexual abuse involved masturbation.

      ☒ The sexual abuse involved oral copulation / oral sex.

      ☒ The sexual abuse involved the penetration of some part of my body.

    ii. Did any of the following occur in connection with the sexual abuse: **See below narrative.**

      ☐ The acts of sexual abuse against me also involved other youth.

      ☐ The sexual abuse involved photographs or video.

      ☒ Even though I did not want it, my body responded sexually to the sexual abuse.

☒ The sexual abuse involved actual or implied threats of violence or other adverse consequences if I disclosed the sexual abuse.

☒ The sexual abuse involved gifts, privileges, experiences, and other rewards or bribes in addition to the activities and awards normally part of Scouting.

☒ The sexual abuser(s) made my family think they could be trusted.

☐ At the time of the sexual abuse, my family or I had significant financial, social, behavioral or other challenges.

If you wish to provide a narrative, please describe the sexual abuse in as much detail as you can recall in the lines below. You may attach additional pages if needed.

The sexual abuse I experienced by my Assistant Scoutmaster, Phil Bauer, included him touching me under my clothing, masturbation, oral sex, and anal sex. The first instance of sexual abuse occurred while the Troop was playing basketball at the church that sponsored our Troop. All the kids went to go take showers and I was shy so I waited until everyone was done taking their showers to take one. While I was naked in the shower, Phil Bauer came in and asked me why I got into the shower so much later than everyone else. Phil then touched my penis and told me I did not have anything to be ashamed of. I froze. Phil started playing with my penis and said he needed to take a shower, too. Phil made me masturbate him and touch his testicles until he ejaculated. When we got out of the shower, he told me to put my clothes on and so I did. The next time Phil abused me was during a Scout camping trip. There were six Scouts to each tent except for one tent which only held two people. I was in the two-person tent with Phil. I tried to cover myself up and be still. Phil came and woke me up while he was in his boxers. I could see that he had an erection. Phil made me perform oral sex on him at that point. Another time during a Scout camping trip, Phil inserted his penis into my anus. I tried to get away, but he held me there. From then on, I was abused every time I saw Phil, including our weekly Scout meetings. Eventually, Phil talked my mom into letting him take me to his house at Lake Sheffield. He made me masturbate him and perform oral sex on him there. There are approximately 50 to 60 instances where Phil made me masturbate him or perform oral sex on him. There are approximately 15 instances where Phil penetrated my anus with his penis.

**I was terrified of Phil and would do anything to stay away from him. Once during a Boy scout camping trip, he came into my tent and said, "We're going to have a good time," and I ran out of the tent into the woods. The Troop sent out a search party and found me in a ravine, covered in mud, with a broken leg, and I had to be airlifted to the hospital. Eventually I told a teacher about the abuse and my parents sent me to Arkansas to live with my grandmother.**

N. Did you or anyone on your behalf tell anyone involved in Scouting about the sexual abuse at or about the time of the sexual abuse?    Yes ☐    No ☒

O. Did you or anyone on your behalf report the sexual abuse to law enforcement or investigators at or about the time of the sexual abuse?    Yes ☐    No ☒

P. If you can remember anyone you may have ever told about the sexual abuse at the time, including anyone involved with Scouting, friends, relatives, and/or law enforcement, please list their name and when you told them.

**I believe I told the following people about the sexual abuse at the time of the abuse: ▉▉▉▉ a teacher at ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉; ▉▉▉▉▉▉ at ▉▉▉▉▉▉▉▉▉▉▉, and my parents, ▉▉▉▉ ▉▉▉▉▉▉▉▉▉▉.**

Q. Did you have any relationship with your sexual abuser outside of Scouting? Check all that apply:

☐ Religious organization leader, member, volunteer

☐ Family member or relative

☐ Coach/athletics

☐ Teacher

☐ Neighbor

☐ Other (please explain and add any other information you remember to the categories above):

**I did not have a relationship with Phil Bauer outside of Scouting.**

R. Are you aware of anyone who knew about the sexual abuse?

**The people I told about the abuse that are listed in part P knew about the abuse.**

---

## PART 5: IMPACT OF SEXUAL ABUSE

**(Attach additional pages if necessary)**

**(If you currently cannot describe any harm you have suffered on account of the sexual abuse, you may omit this section for now. However, you may be asked to provide the information requested at a later date.)**

A. Please describe how you were impacted, harmed, damaged, or injured in ways that you now connect as being related to the sexual abuse you described above. (Check all that apply.) You can provide a description in your own words and/or use the checkboxes below. **Please note that the boxes are not meant to limit the characterization or description of the impact(s) of your sexual abuse**.

☒ Psychological / emotional health (including depression, anxiety, feeling numb, difficulty managing or feeling emotions including anger)

☒ Post traumatic stress reactions (including intrusive images, feelings from the abuse, numbing or avoidance behaviors)

☐ Physical health (including chronic disease, chronic undiagnosed pain or physical problems)

☒ Education (including not graduating high school, being unable to finish training or education)

☒ Employment (including difficulties with supervisors, difficulty maintaining steady employment, being fired from jobs)

☒ Intimate relationships (including difficulty maintaining emotional attachments, difficulty with sexual behavior, infidelity)

☒ Social relationships (including distrust of others, isolating yourself, not being able to keep healthy relationships)

☒ Alcohol and/or substance abuse (including other addictive behavior such as gambling)

☐ Other (please explain and add any other information you remember to the categories above)

If you wish to provide a narrative, please describe how you were impacted, harmed, damaged, or injured in ways that you now connect as being related to the sexual abuse you described above in as much detail as you can recall in the lines below. You may attach additional pages if needed. **See below narrative.**

**I have suffered the following problems that I relate to the sexual abuse: anxiety, anger, shame, guilt, depression, substance abuse, sexual intimacy problems, trust issues, suicidal thoughts, attempted suicide, problems with authority, marriage problems, academic problems, professional problems, sleep problems, nightmares, and flashbacks.**

As a child, I was very angry about the abuse that was inflicted on me. Every time I sought help from adults, I was called a liar and beaten. At the same time, I also kept my peers at a distance because I was always afraid that someone would discover that I was being abused. I felt great shame and guilt that I let this happen to me. I saw Phil's face when I went to sleep, and to this day I cannot sleep more than three or four hours at a time. I spent most of my life thinking I was worthless. Because a lot of the abuse happened at nighttime, I have a hard time sleeping at night and can sleep more easily during daylight. As a child, I did not trust anyone, and I would get violent with anyone who got close to me. I fought a lot in school. Once, a classmate called me a "faggot" and triggered a reaction in connection to the abuse so strong that I nearly beat my classmate to death. I was suspended from school and when my suspension was over, I had to come in an hour before school started and couldn't leave until an hour after school let out because I was considered a danger to my classmates. I took all my lessons in the library by myself. Still, I could not focus on my studies. I finally had enough, and I ran away from home at 17 years old. I moved from place to place, never really settling down. It was hard to keep a job when you are always running from your past. At that same time, I also started using alcohol and drugs to try to quiet the thoughts in my mind. I drank, smoked marijuana, and did meth. I stopped drinking or doing drugs about two years ago. I was never very social, and I am still not social. I avoid dealing with other people because I do not trust anyone. When I meet new people, I question whether they can see through me. I wonder, "Do they know?"

I still feel the shame to this day. I have a very hard time trusting authority figures, and I am always afraid they will abuse any trust that I place in them. These problems have led to numerous professional problems. I cannot keep a job because I would verbally lash out at any authority figure that I suspected of taking advantage of me. I have had over 100 different jobs, and I have not held onto a job for more than a year before I became my own boss. I cannot go camping because of the post traumatic stress reactions I experience in the woods. I married a girl that did not judge me, but it was a lousy marriage because I was still too insecure to even trust her. I experience sexual dysfunction and generally lack any interest in sex.

B.    Have you ever sought counseling or other mental health treatment for any reason?

Yes ☐      No ☒

If your response to the prior question is "Yes," please identify the name of each person who provided you with counseling or mental health treatment, their location, the type of counseling or treatment and the estimated dates/time period of counseling or treatment. If you were prescribed medication in connection with such counseling or mental health treatment, please list the name of the medication and how long you took that medication.

## PART 6: ADDITIONAL INFORMATION

A.   **Prior Litigation.**

   i.   Was a lawsuit regarding the sexual abuse you have described in this Sexual Abuse Survivor Proof of Claim filed by you or on your behalf.

      Yes ☐      No ☒   (If "Yes," you are required to attach a copy of the complaint.)

B.   **Prior Bankruptcy Claims.** Have you filed any claims in any other bankruptcy case relating to the sexual abuse you have described in this Sexual Abuse Survivor Proof of Claim? Yes ☐    No ☒   (If "Yes," you are required to attach a copy of any completed claim form.)

C.   **Payments.** Have you received any payments related to the sexual abuse you have described in this Sexual Abuse Survivor Proof of Claim from any party, including BSA? Yes ☐ No ☒

   i.   If yes, how much and from whom? _____

D.   **Current Bankruptcy Case.** Are you currently a debtor in a bankruptcy case? Yes ☐ No ☒

   i.   If yes, please provide the following information:

      Name of Case: _____   Court: _____

      Date filed: _____   Case No. _____

      Chapter: 7 ☐   11 ☐   12 ☐   13 ☐   Name of Trustee: _____

"Signature page follows – you must complete and sign the next page"

## SIGNATURE

**To be valid, this Sexual Abuse Survivor Proof of Claim must be signed by you.** If the Sexual Abuse Survivor is deceased or incapacitated, the form must be signed by the Sexual Abuse Survivor's representative or the attorney for the Sexual Abuse Survivor's estate. If the Sexual Abuse Survivor is a minor, the form must be signed by the Sexual Abuse Survivor's parent or legal guardian, or the Sexual Abuse Survivor's attorney. (Any form signed by a representative or legal guardian <u>must</u> attach documentation establishing such person's authority to sign this form for the Sexual Abuse Survivor.)

**Penalty for presenting a fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

**Check the appropriate box:**

☒   I am the Sexual Abuse Survivor.

☐   I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.

☐   Other (describe): _____

**I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.**

**I declare under penalty of perjury that the foregoing statements are true and correct.**

Date: _Oct. 15, 2020_____

Signature: ████████████████_____

Print Name: ████████_____

Relationship to Sexual Abuse Survivor (if not signed by Sexual Abuse Survivor): _____

Address: ████████████_____

████████████_____

Contact Phone: ████████_____

Email: ████████_____

# Claimant No. 28206

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## SEXUAL ABUSE SURVIVOR PROOF OF CLAIM

This Sexual Abuse Survivor Proof of Claim must be submitted and received by **5:00 p.m. (Eastern Time)** on **November 16, 2020**. Please carefully read the following instructions included with this SEXUAL ABUSE SURVIVOR PROOF OF CLAIM and complete ALL applicable questions to the extent of your knowledge or recollection. If you do not know the answer to an open-ended question, you can write "I don't recall" or "I don't know." If a question does not apply, please write "N/A." If you are completing this form in hard copy, please write or type clearly using blue or black ink.

The Sexual Abuse Survivor Proof of Claim must be delivered to Omni Agent Solutions, the Court-approved claims and noticing agent (the "Claims Agent"), by either:

(i)     Hand delivery, first class mail, or courier the *original* proof of claim to: BSA Abuse Claims Processing, c/o Omni Agent Solutions, 5955 De Soto Ave., Suite 100, Woodland Hills, CA 91367, so that it is *received* on or before November 16 **, 2020 at 5:00 p.m. (Eastern Time)**;[2] or

(ii)    Electronically using the interface available at: www.OfficialBSAClaims.com on or before **November 16, 2020 at 5:00 p.m. (Eastern Time)**.

Sexual Abuse Survivor Proofs of Claim sent by email or facsimile transmission **will not** be accepted.

"You" and/or "Sexual Abuse Survivor" refers to the person asserting a Sexual Abuse Claim against the Boy Scouts of America ("BSA") related to the Sexual Abuse Survivor's sexual abuse. For this claim to be valid, the Sexual Abuse Survivor must sign this form. If the Sexual Abuse Survivor is deceased or incapacitated, the form must be signed by the Sexual Abuse Survivor's representative or the attorney for the Sexual Abuse Survivor's estate. If the Sexual Abuse Survivor is a minor, the form must be signed by the survivor's parent or legal guardian or attorney. Any Sexual Abuse Survivor Proof of Claim signed by a representative or legal guardian must attach documentation establishing such person's authority to sign the claim for the Sexual Abuse Survivor.

| Who Is a Sexual Abuse Survivor? |
|---|

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] If you are mailing your Sexual Abuse Survivor Proof of Claim, do not attach original documents with your Sexual Abuse Survivor Proof of Claim.

For purposes of this Sexual Abuse Survivor Proof of Claim, the term **Sexual Abuse Survivor** refers to a person who was sexually abused *before* turning eighteen (18) years of age.

## Who Should File a Sexual Abuse Survivor Proof of Claim?

This Sexual Abuse Survivor Proof of Claim is only for people who were sexually abused before turning eighteen (18) years of age and where the sexual abuse (defined below) occurred on or before February 18, 2020. This Sexual Abuse Survivor Proof of Claim is the way you assert an unsecured claim against BSA seeking damages based on Scouting-related sexual abuse. Any person asserting a claim based on anything other than childhood sexual abuse should use the General Proof of Claim form (official bankruptcy form 410).

## What Is Sexual Abuse?

For the purposes of this Sexual Abuse Survivor Proof of Claim, **sexual abuse** means, with respect to a child under the age of eighteen (18) at the time of the sexual abuse, sexual conduct or misconduct, sexual abuse or molestation, sexual exploitation, sexual touching, sexualized interaction, sexual comments about a person's body, or other verbal or non-verbal behaviors that facilitated, contributed to, or led up to abuse, regardless of whether or not such behavior was itself sexual or against the law, and regardless of whether the child thought the behavior was sexual abuse at the time. Sexual abuse includes behavior between a child and an adult and between a child and another child, in each instance without regard to whether such activity involved explicit force, whether such activity involved genital or other physical contact, and whether the child associated the abuse with any physical, psychological, or emotional harm. It involves behaviors including penetration or fondling of the child's body, other body-on-body contact, or non-contact, behaviors such as observing or making images of a child's naked body, showing or making pornography, or having children behave in sexual behavior as a group.

If you have a claim arising from sexual abuse and you were at least eighteen (18) years of age at the time the sexual abuse began or if you have a claim arising from other types of abuse, including non-sexual physical abuse, non-sexual emotional abuse, bullying or hazing, you should consult the *Notice of Deadlines Requiring Filing of Proof of Claim* and file a General Proof of Claim (Official Bankruptcy Form 410).

For the avoidance of doubt, if you have a claim for sexual abuse and you were a child under the age of eighteen (18) when the sexual abuse began you must complete this form.

## You May Wish to Consult an Attorney Regarding This Matter.

You may also obtain information from the Claims Agent by: (1) calling toll free at 866-907-2721 (2) emailing at BSAInquiries@omniagnt.com, or (3) visiting the case website at www.OfficialBSAClaims.com (do not contact the Claims Agent for legal advice).

## What If I Don't File on Time?

**Failure to complete and return this Sexual Abuse Survivor Proof of Claim by November 16, 2020 at 5:00 p.m. (Eastern Time) may result in your inability to vote on a plan of reorganization and/or to receive a distribution from this bankruptcy for sexual abuse related to BSA.**

**Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152, 15  and 3571.**

## PART 1: CONFIDENTIALITY

Unless you indicate below, your identity and your Sexual Abuse Survivor Proof of Claim will be kept **confidential**, under seal, and outside the public record. However, information in this Sexual Abuse Survivor Proof of Claim will be confidentially provided, pursuant to Court-approved guidelines, to the Debtors, the Debtors' counsel and retained advisors, certain insurers of BSA, the Tort Claimants' Committee, counsel to the Ad Hoc Committee of Local Councils (with personally identifiable information redacted), individual Local Councils solely with respect to Sexual Abuse Claims asserted against them, attorneys at the Office of the United States Trustee for the District of Delaware, the Future Claimants' Representative, the Court, and confidentially to such other persons that the Court determines need the information in order to evaluate the claim. Information in this Sexual Abuse Survivor Proof of Claim may be required to be disclosed to governmental authorities under mandatory reporting laws in many jurisdictions.

**This Sexual Abuse Survivor Proof of Claim (along with any accompanying exhibits and attachments) will be maintained as _confidential_ unless you expressly request that it be publicly available by checking the "public" box _and_ signing below.**

| | |
|---|---|
| ☐ | **PUBLIC**: I want my identity and this Sexual Abuse Survivor Proof of Claim (together with any exhibits and attachments) to be made part of the official claims register in these cases. **My claim will be available for review by any and all members of the public**. |

Signature: _____

Print Name: _____

## PART 2: IDENTIFYING INFORMATION

### A.  Identity of Sexual Abuse Survivor

First Name ▮▮▮▮▮▮▮▮   Middle Initial ▮▮▮▮   Last Name ▮▮▮▮▮▮▮▮   Jr/Sr/III ▮▮▮▮

Mailing Address (If Sexual Abuse Survivor is incapacitated, is a minor, or is deceased, provide the address of the individual submitting the claim. If you are in jail or prison, provide the address of your place of incarceration):

| Number and Street: | ▮▮▮▮▮▮▮▮▮▮▮ | | | |
|---|---|---|---|---|
| City: | ▮▮▮▮ | State: | ▮▮▮▮ | Zip Code: | ▮▮▮ |
| Country (not USA): | | Email Address: | ▮▮▮▮▮▮▮ | |
| Telephone (Home): | | Telephone (Cell): | ▮▮▮▮▮ | |

For communications regarding this claim you may use (check the appropriate boxes):

Email ☐   US Mail ☐      Home Voicemail ☐   Cell Voicemail ☐   **Counsel listed below** ☒

Social Security Number of Sexual Abuse Survivor (last four digits <u>only</u>): XXX-XX-▮▮▮

If the Sexual Abuse Survivor is in jail or prison, provide the Sexual Abuse Survivor's identification number:
▮▮▮▮▮▮▮▮▮

Birthdate of Sexual Abuse Survivor (only the month and year): (MM/YYYY): ▮▮▮▮

Any other name, or names, by which the Sexual Abuse Survivor has ever been known:

_____

Gender of Sexual Abuse Survivor: ████████████████████████████████████

**B.    If you have hired an attorney relating to the sexual abuse described in this Sexual Abuse Survivor Proof of Claim, please provide his or her name and contact information:**

| Law Firm Name: | **Pfau Cochran Vertetis Amala PLLC** | | | | |
|---|---|---|---|---|---|
| Attorney's Name: | **Michael T. Pfau** | | | | |
| Number and Street: | **403 Columbia St. Ste. 500** | | | | |
| City: | **Seattle** | State: | **Washington** | Zip Code: | **98104** |
| Country (not USA): | **USA** | Email Address: | | **michael@pcvalaw.com** | |
| Telephone (Work): | **(206) 462-43** | Fax No.: | | **(206) 623-36** | |

## PART 3: BACKGROUND INFORMATION FOR SEXUAL ABUSE SURVIVOR

**A.    Marital/Domestic Partner History:**



**B.    Education History:**



**C.    Employment:**

**D.    Military service:**

**E.    Involvement with Scouting:**

a.    Have you ever been affiliated with Scouting and/or a Scouting program?

**Yes** ☒      No ☐

b.    When were you involved with Scouting?

**I was involved with Scouting from approximately _____ until 1975. I believe my highest ranking in Scouting was Star.**

c.    What type of Scouting unit (i.e., troop) were you involved with, and, if you recall, when you were involved and what was your troop or unit number?

☒ **Boy Scouts Unit # 70**_____

☐ Cub Scouts _____

☐ Exploring Scouts _____

☐ Sea Scouts _____

☐ Venturing _____

☐ Other (please explain your involvement with Scouting):

_____

| PART 4: NATURE OF THE SEXUAL ABUSE |
|---|

**(Attach additional sheets if necessary)**

**For each of the questions listed below, please complete your answers <u>to the best of your recollection</u>.**

**Note:** If you have previously filed a lawsuit about your Scouting-related sexual abuse in state or federal court, you may attach a copy of the complaint. If you have not filed a lawsuit, or if the complaint does not contain all of the information requested below, you must provide the information below to the extent of your recollection.

Please answer each of the following questions to your best ability. If you do not know or recall, please so indicate.

If you are the survivor of sexual abuse by more than one sexual abuser, please respond to each of the questions in this Part 4 for each sexual abuser.

A.   Please answer "Yes" or "No" to each of the following:

i.   Were you sexually abused by more than one person?   Yes ☐   **No** ☒

ii.   Were you sexually abused in more than one state?   Yes ☐   **No** ☒

B.   Please name each person who sexually abused you in relation to your involvement in Scouting. ("Scouting" includes Cub Scouts, Boy Scouts, Exploring Scouts, Sea Scouts and Venturing.)

If you do not remember the name of the sexual abuser(s), provide as much identifying information about the sexual abuser(s) that you can recall, such as their approximate age and their relationship to Scouting (e.g., the Scoutmaster of Troop 100, another Troop member of Troop 200, camp staff member, etc.).

**<u>My sexual abuser's name is Wayne Carrol.</u>**

C.   Other than the sexual abuser(s), please identify any person(s) you can remember who were leaders or other adults involved in your Scouting unit or the camp(s) you attended.

**<u>I recall Mr. Timple, Mike Donogan, Mr. Edmond Dapp, and Mr. Thorne.</u>**

D.

What was each sexual abuser's position, title, or relationship to you in Scouting (check all that apply)?

☐ Adult Scout leader in my Scouting unit

☒ **Adult Scout leader not in my Scouting unit**

☐ Youth Scout in my Scouting unit

☐ Youth Scout not in my Scouting unit

☒ **Camp personnel (e.g., camp staff) not in my Scouting unit**

☐ I don't know

☐ Other (please explain why you believe the person(s) who sexually abused you had a relationship with Scouting): _____

E.    Where were you at the time you were sexually abused (city, state, territory and/or country)?

**<u>I was sexually abused at Camp Tri-Mount in East Jewett, New York.</u>**

F.    What was the type of Scouting you were involved with during the sexual abuse (check all that apply)?

☒ **Boy Scouts**

☐ Cub Scouts

☐ Exploring Scouts

☐ Venturing

☐ Sea Scouts

☐ Other (please explain why you believe you had a connection to Scouting during the sexual abuse):

G.    What was the Scouting unit number and physical location (city, state, territory and/or country) of the Scouting unit(s) or provisional troop you were in during the time of the sexual abuse?

**<u>I was a member of Boy Scout Unit # 70 located Highland, New York.</u>**

H.    What was the name and location (city, state, territory and/or country) of the organization that chartered or sponsored your Scouting unit, including the organization that hosted meetings of your Scouting unit, during the time of the sexual abuse (e.g., church, school, religious institution, or civic group)?

(Note that such organizations are not currently parties to the bankruptcy so if you believe you may have a claim name against any such organization you must take additional action to preserve and pursue any such claim.)

**<u>I do not recall what organization sponsored my unit.</u>**

I.    What was the of the BSA Local Council(s) affiliated with your Scouting unit(s), any Boy Scout camp or other Scouting activity during the time of the sexual abuse?

(Note that such BSA Local Councils are not currently parties to the bankruptcy so if you believe you may have a claim against any such BSA Local Council(s) you must take additional action to preserve and pursue any such claim.)

**I believe the Local Council affiliated with my unit was the Rip Van Winkle Council # 405.**

J.  In which of the following places did the sexual abuse take place? Check all that apply.

  ☐ At or in connection with a Scout meeting.

  ☒ **At or in connection with a Scout camp.**

  ☐ At or in connection with another Scouting-related event or activity (please explain):

  _____

  ☐ Other (please explain – for example, schools, churches, cars, homes or other locations):

  _____

K.  When did the first act of sexual abuse take place? If you do not remember the calendar date, what school grade were you in at the time and what season of the year was it (spring, summer, fall, winter), and what age were you when it started? If the sexual abuse took place over a period of time, please state when it started and when it stopped. If you were sexually abused by more than one sexual abuser indicate when the sexual abuse by each of the sexual abusers started and stopped.

**I believe the abuse occurred in approximately the summer of 1973 when I was approximately 13 to 14 years old.**

L.  Please describe what happened to you. You can provide a description in your own words and/or use the checkboxes below.

  i.  About how many times were you sexually abused?

  ☒ **I was sexually abused once.**

  ☐ I was sexually abused more than once.

  If you were sexually abused more than once, please state how many times (if you recall):

M.  Please describe what happened to you. You can provide a description in your own words and/or use the checkboxes below. (Check all that apply.) **Please note that the boxes are not meant to limit the characterization or description of your sexual abuse.**

  i.  What did the sexual abuse involve?

  ☒ **The sexual abuse involved touching outside of my clothing.**

  ☒ **The sexual abuse involved touching my bare skin.**

  ☒ **The sexual abuse involved fondling or groping.**

  ☒ **The sexual abuse involved masturbation.**

  ☐ The sexual abuse involved oral copulation / oral sex.

☐ The sexual abuse involved the penetration of some part of my body.

ii.    Did any of the following occur in connection with the sexual abuse:

☐ The acts of sexual abuse against me also involved other youth.

☐ The sexual abuse involved photographs or video.

☐ Even though I did not want it, my body responded sexually to the sexual abuse.

☒ **The sexual abuse involved actual or implied threats of violence or other adverse consequences if I disclosed the sexual abuse.**

☐ The sexual abuse involved gifts, privileges, experiences, and other rewards or bribes in addition to the activities and awards normally part of Scouting.

☐ The sexual abuser(s) made my family think they could be trusted.

☒ **At the time of the sexual abuse, my family or I had significant financial, social, behavioral or other challenges.**

If you wish to provide a narrative, please describe the sexual abuse in as much detail as you can recall in the lines below. You may attach additional pages if needed.

**I met my abuser, Wayne Carrol, when I was injured during a physical fight with another Scout during my unit's camping trip to Camp Tri-Mount. Carrol and another man affiliated with Boy Scouts, Dave Dibatista, responded to my injury and took me to the hospital. After I was released, Wayne Carrol asked if I wanted to accompany his unit on an overnight excursion, to which I agreed.**

**During this excursion, Carrol informed me that I was going to stay in his tent with him. I thought this was strange, but I did not object. In the early morning hours, I awoke to him touching me.   e was masturbating, and he forced my hand on to his penis. Stunned by what he was doing, I tried to pull away from him. He grabbed me, rolled me over on my stomach while I was still in my sleeping bag, sat on top of me, and pressed his forearm into the back of my neck, pinning my face and body to the ground. He then pulled my sleeping bag and shorts down, exposing my naked backside, and started grinding against my buttocks with his penis. I was so shocked and terrified by what was happening that I blocked out some of what came next and, as a result, I am unsure whether he penetrated me. I remember he was speaking dirty to me the whole time and telling me**

**strange things, including that he had named his penis. When he finished, he ejaculated on my buttocks, then wiped his semen off me with a towel. The rest of the morning I lay awake horrified by what he had done to me and terrified that he would assault me again. When the other scouts woke up, he would not let me leave the tent, and I remember him telling me that the sexual assault was "our little secret." Some of the other scouts peered into the tent we were in, and I recall one of them saying "Those guys are faggots," which was extremely humiliating to me.**

**I never told anyone about the abuse in large part because of my challenging family circumstances. I was a foster child at the time, and I had been with my foster family for only about four years. Prior to being placed with this family, I had been moved from foster families twice, and each move was so devastating and traumatic that I was desperate to never be moved again. I was petrified that disclosing my abuse would cause me problems that would result in me being moved from my foster family. Because of this, and because I was terrified of my abuser, I never told anyone about the abuse.**

N.   Did you or anyone on your behalf tell anyone involved in Scouting about the sexual abuse at or about the time of the sexual abuse?    Yes ☐    **No** ☒

O.   Did you or anyone on your behalf report the sexual abuse to law enforcement or investigators at or about the time of the sexual abuse? Yes ☐    **No** ☒

P.   If you can remember anyone you may have ever told about the sexual abuse at the time, including anyone involved with Scouting, friends, relatives, and/or law enforcement, please list their name and when you told them.

**I never told anyone about the abuse around the time it happened. I later told my wife about the abuse in approximately 1979.**

Q.   Did you have any relationship with your sexual abuser outside of Scouting? Check all that apply:

   ☐ Religious organization leader, member, volunteer

   ☐ Family member or relative

   ☐ Coach/athletics

   ☐ Teacher

☐ Neighbor

☐ Other (please explain and add any other information you remember to the categories above):

---

R.   Are you aware of anyone who knew about the sexual abuse?

**I am not aware of anyone who knew about the abuse. Other people who know about the sexual abuse are the people I listed in my response to question "P" (people I have told about the abuse).**

## PART 5: IMPACT OF SEXUAL ABUSE

### (Attach additional pages if necessary)

**(If you currently cannot describe any harm you have suffered on account of the sexual abuse, you may omit this section for now. However, you may be asked to provide the information requested at a later date.)**

A.   Please describe how you were impacted, harmed, damaged, or injured in ways that you now connect as being related to the sexual abuse you described above. (Check all that apply.) You can provide a description in your own words and/or use the checkboxes below. **Please note that the boxes are not meant to limit the characterization or description of the impact(s) of your sexual abuse.**

☒ **Psychological / emotional health (including depression, anxiety, feeling numb, difficulty managing or feeling emotions including anger)**

☒ **Post-traumatic stress reactions (including intrusive images, feelings from the abuse, numbing or avoidance behaviors)**

☐ Physical health (including chronic disease, chronic undiagnosed pain or physical problems)

☐ Education (including not graduating high school, being unable to finish training or education)

☐ Employment (including difficulties with supervisors, difficulty maintaining steady employment, being fired from jobs)

☒ **Intimate relationships (including difficulty maintaining emotional attachments, difficulty with sexual behavior, infidelity)**

☒ **Social relationships (including distrust of others, isolating yourself, not being able to keep healthy relationships)**

☐ Alcohol and/or substance abuse (including other addictive behavior such as gambling)

☐ Other (please explain and add any other information you remember to the categories above)

If you wish to provide a narrative, please describe how you were impacted, harmed, damaged, or injured in ways that you now connect as being related to the sexual abuse you described above in as much detail as you can recall in the lines below. You may attach additional pages if needed.

Because of the abuse, I have experienced severe psychological distress, including anxiety, shame, guilt, and depression, which have negatively impacted nearly every area of my life. I felt that the abuse was my fault, and that I had done something wrong and brought it upon myself, and so I felt incredibly ashamed and guilty.   ecause of this, I never told anyone about the abuse or sought the help and support I needed. As a result, I have felt that I constantly carry a secret, shameful burden, which has made me feel deeply lonely and isolated from other people. Exacerbating this loneliness is my deep mistrust of other people resulting from the abuse. Because I was sexually assaulted at a young age by someone whom I was supposed to be able to trust, I have since found it impossible to trust people. This has caused me to avoid social gatherings, and meeting new people makes me nervous and uncomfortable. My social anxiety and trust issues make maintaining healthy, long-term friendships and other social relationships is nearly impossible, and so there are very few, if any, people in my life with whom I feel close.

These feelings of guilt, shame, and isolation culminated into a deep depression, which I have struggled with since the abuse. After the assault, I became desensitived to everything, and I have since felt as though nothing matters and there is no point to anything. I find it extraordinarily difficult to feel positive emotions such as joy, and I am rarely excited about anything. Because of my inability to connect to positive emotions, I often struggle to show affection toward others, which has harmed my relationships.

My social and anxiety and trust issues have strained my relationship with my children. I do not trust other people around my family, and my wife and children have described me as "over the top" in how protective I am of them. Any time I see my children in the presence of another adult, I feel terrified that they will be abused like I was. I often feel so frightened for my children's safety that I do not let them participate in typical childhood activities such as sleeping over at friends' homes. I fear my children will resent me for my overly protective nature, but I find it impossible to control my fear for their safety.

**The emotional fallout from the sexual abuse has been detrimental to my ability to maintain a healthy romantic relationship. Because I am so desensitized by depression, I have difficulty feeling and expressing emotion, including love. Combined with my trust issues, it is nearly impossible for me to be emotionally intimate with me wife. At times, my wife has felt that I am unable to properly feel or demonstrate love toward her. Consequently, my wife gets irritated with me easily, and we have often fought over these issues. Moreover, because of my symptoms of PTSD from the abuse, we have had issues in the bedroom. At times, if my wife touches me in a certain way, I experience flashbacks to my abuse which cause me enormous anxiety and anguish, leaving me unable to perform sexually. All of these problems cause a serious strain on my marriage, and, at times, my wife has been so unhappy she has wanted a divorce.**

**My struggles with emotional health and my ongoing symptoms of PTSD have given me severe insomnia. Because my abuser sexually assaulted me while I was attempting to sleep, lying in bed and trying to sleep triggers intense flashbacks to the sexual assault, which leave me so anxious that I cannot sleep at all. When I do manage to sleep, I have terrifying nightmares from which I awake shaky, sweaty, and scared. I rarely sleep, which impairs my ability to function every single day.**

B.    Have you ever sought counseling or other mental health treatment for any reason?

Yes ☐        **No** ☒

If your response to the prior question is "Yes," please identify the name of each person who provided you with counseling or mental health treatment, their location, the type of counseling or treatment and the estimated dates/time period of counseling or treatment. If you were prescribed medication in connection with such counseling or mental health treatment, please list the name of the medication and how long you took that medication.

---
---

## PART 6: ADDITIONAL INFORMATION

A.    **Prior Litigation.**

     i.   Was a lawsuit regarding the sexual abuse you have described in this Sexual Abuse Survivor Proof of Claim filed by you or on your behalf.

        **Yes** ☒   No ☐ (If "Yes," you are required to attach a copy of the complaint.)

**B.**   <u>**Prior Bankruptcy Claims.**</u> Have you filed any claims in any other bankruptcy case relating to the sexual abuse you have described in this Sexual Abuse Survivor Proof of Claim? Yes ☐   **No** ☒ (If "Yes," you are required to attach a copy of any completed claim form.)

**C.**   <u>**Payments.**</u> Have you received any payments related to the sexual abuse you have described in this Sexual Abuse Survivor Proof of Claim from any party, including BSA? Yes ☐ **No** ☒

     i.   If yes, how much and from whom? _____

**D.**   <u>**Current Bankruptcy Case.**</u> Are you currently a debtor in a bankruptcy case? es ☐ **No** ☒

     i.   If yes, please provide the following information:

        Name of Case: _____ Court: _____

        Date filed: _____ Case No._____

        Chapter: 7 ☐  11 ☐  12 ☐  13 ☐  Name of Trustee:_____

        [Signature page follows – you must complete and sign the next page]

---

**SIGNATURE**

    **To be valid, this Sexual Abuse Survivor Proof of Claim must be signed by you.** If the Sexual Abuse Survivor is deceased or incapacitated, the form must be signed by the Sexual Abuse Survivor's representative or the attorney for the Sexual Abuse Survivor's estate. If the Sexual Abuse Survivor is a minor, the form must be signed by the Sexual Abuse Survivor's parent or legal guardian, or the Sexual Abuse Survivor's attorney. (Any form signed by a representative or legal guardian <u>must</u> attach documentation establishing such person's authority to sign this form for the Sexual Abuse Survivor.)

**Penalty for presenting a fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571**

**Check the appropriate box:**

☒   **I am the Sexual Abuse Survivor.**

☐   I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.

☐   Other (describe): _____

**I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.**

**I declare under penalty of perjury that the foregoing statements are true and correct.**

**Date:** 102320

**Signature:** ████████████████████

**Print Name:** ████████████████████

**Relationship to Sexual Abuse Survivor (if not signed by Sexual Abuse Survivor):** _____

**Address:** ████████████████

████████████

**Contact Phone:** ██████████

**Email:** ██████████

NEW YORK STATE SUPREME COURT
ULSTER COUNTY

<div style="display:flex">

████████████

                                   Plaintiff,

-against-

RIP VAN WINKLE COUNCIL, INC., BOY SCOUTS OF
AMERICA,

                                   Defendant.

</div>

Index No.: _____

Date Filed: _____

**<u>SUMMONS</u>**

Plaintiff designates Ulster
County as the place of trial.

The basis of venue is one
defendant's residence.

**<u>Child Victims Act Proceeding
22 NYCRR 202.72</u>**

TO THE ABOVE-NAMED DEFENDANT:

      YOU ARE HEREBY SUMMONED to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the plaintiff's attorneys within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: June 23, 2020

                    Respectfully Yours,

                    MARSH LAW FIRM PLLC

                    By _____
                    James R. Marsh
                    Jennifer Freeman
                    Robert Lewis
                    jamesmarsh@marsh.law
                    jenniferfreeman@marsh.law
                    robertlewis@marsh.law
                    31 Hudson Yards, 11th Floor
                    New York, NY 10001-2170
                    Phone: 212-372-3030

PFAU COCHRAN VERTETIS AMALA PLLC

By _____

Vincent T. Nappo
Anelga Doumanian
vnappo@pcvalaw.com
adoumanian@pcvalaw.com
31 Hudson Yards, 11th Floor
New York, NY 10001-2170

Attorneys for Plaintiff

2

NEW YORK STATE SUPREME COURT
ULSTER COUNTY

|  |  |
|---|---|
| ███████████ | Index No.: _____ |
| Plaintiff, | **COMPLAINT** |
| -against- |  |
| RIP VAN WINKLE COUNCIL, INC., BOY SCOUTS OF AMERICA, | **Child Victims Act Proceeding 22 NYCRR 202.72** |
| Defendant. |  |

Plaintiff ██████████ by and through his attorneys, the Marsh Law Firm PLLC and Pfau

Cochran Vertetis Amala PLLC, respectfully alleges for his complaint the following:

## I.    INTRODUCTION

1.      This case arises from childhood sexual abuse and exploitation that Plaintiff █████

███████ suffered at the hands of a Scout leader and volunteer, Wayne Carrol, who the defendant

knew or should have known posed a danger to him and other children. Despite its knowledge, the

defendant failed to take reasonable steps to protect Plaintiff ████████ from the danger of

being sexually abused by Wayne Carrol.  As a result, Wayne Carrol was able to use his position

as a Scout leader and volunteer to sexually abuse Plaintiff ██████████

## II.    PROCEEDING IN ACCORDANCE WITH CPLR 214-G AND 22 NYCRR 202.72

2.      This complaint is filed pursuant to the Child Victims Act (CVA) 2019 Sess. Law

News of N.Y. Ch. 11 (S. 2440), CPLR 214-G, and 22 NVCRR 202.72.  The CVA opened a historic

one-year one-time window for survivors of childhood sexual abuse in the State of New York to

pursue lapsed claims.  Prior to the passage of the CVA, Plaintiff's claims were time-barred the day

he turned 22 years old.  The enactment of the CVA allows Plaintiff, for the first time in his life, to

pursue restorative justice in New York State.

### III.    PARTIES

3.     Plaintiff ███████ is an ██████ who currently resides in ████████ ████.

4.     While he was a minor, Plaintiff ███████ was a victim of one or more criminal sex acts in the State of New York, including sexual acts that would constitute a sexual offense that revives Plaintiff's claim under the Child Victims Act.

5.     At all relevant times Plaintiff ███████ was a minor participating in the Boy Scouts of America program that was operated and controlled by defendant Rip Van Winkle Council, Inc., Boy Scouts of America.

6.     Wayne Carrol ("Carrol") was a Scout leader or volunteer who served as a Scout leader at Camp Tri-Mount for the defendant.

7.     During the time that Carrol served as a Scout leader or volunteer, he used his position as a Scout leader or volunteer to groom and to sexually abuse Plaintiff ███████.

8.     At all relevant times defendant Rip Van Winkle Council, Inc., Boy Scouts of America ("RVWC") was a New York nonprofit corporation organized under New York law with its principal place of business in Kingston, New York, that transacted business in Ulster County.

9.     At all relevant times defendant RVWC conducted business as "Rip Van Winkle Council, Inc., Boy Scouts of America," "Rip Van Winkle Council, Boy Scouts of America," "Rip Van Winkle Council," and "RVWC."

10.     To the extent that defendant RVWC was a different entity, corporation, or organization during the period of time in which Carrol used his position as a Scout leader and volunteer to sexually abuse Plaintiff, such entity, corporation, or organization is hereby on notice that it is intended to be a defendant in this lawsuit and is named in the caption and in this complaint as Rip Van Winkle Council, Inc., Boy Scouts of America.

4

11.     To the extent that defendant RVWC is a successor to a different entity, corporation, or organization which existed during the period of time during which Carrol used his position as a Scout leader and volunteer to sexually abuse Plaintiff, including any entity, corporation, or organization that subsequently or eventually merged into RVWC, such predecessor entity, corporation, or organization is hereby on notice that it is intended to be a defendant in this lawsuit and is named in the caption and in this complaint as Rip Van Winkle Council, Inc., Boy Scouts of America.

12.     At all relevant times RVWC owned and operated Camp Tri-Mount, located in East Jewett, New York, and it hired, supervised, and retained the staff, leaders, and volunteers who operated, coordinated, and supervised the camp, including Wayne Carrol when used his position as a Scout leader and volunteer to sexually abuse Plaintiff.

13.     At all relevant times RVWC was responsible for the care, custody, and control of the children who attended Camp Tri-Mount, including Plaintiff when he was sexually abused by Carrol.

14.     At all relevant times RVWC used Camp Tri-Mount to promote and benefit its Scouting program, including during the times that Plaintiff attended the camp and was sexually abused by Carrol, and RVWC generated revenue from the camp's operations, including fees paid by Plaintiff so he could attend the camp and participate in its activities.

## IV.    VENUE

15.     Venue is proper because at all relevant times defendant Rip Van Winkle Council, Inc., Boy Scouts of America was a domestic corporation authorized to transact business in New York with its principal office located in Kingston, New York.

16.     Venue is proper because Ulster is the county in which a substantial part of the events or omissions giving rise to Plaintiff's claim occurred.

5

17.     Venue is proper because Plaintiff currently resides in Highland, New York.

18.     The amount of damages sought exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction.

### V.     STATEMENT OF FACTS

19.     Plaintiff ██████████ repeats and re-alleges the above allegations.

20.     At all relevant times defendant RVWC, through its agents, servants, and employees, managed, maintained, operated, and controlled Boy Scout Troops, Cub Scout Troops, other Scout Troops, and Boy Scout camps in New York, including Camp Tri-Mount and the Boy Scout Troop that Plaintiff belonged to when he was sexually abused by Wayne Carrol.

21.     At all relevant times defendant RVWC, through its agents, servants, and employees, managed, maintained, operated, and controlled the Scout leaders and volunteers of Boy Scout Troops, Cub Scout Troops, other Scout Troops, and Boy Scout camps in New York, including the Scout leaders and volunteers of Camp Tri-Mount and the Boy Scout Troop that Plaintiff belonged to when he was sexually abused by one of those Scout leaders and volunteers, Wayne Carrol.

22.     At all relevant times the defendant, through its agents, servants, and employees, managed, maintained, operated, and controlled the Boy Scout Troop that Plaintiff belonged to when he was sexually abused by a Scout leader and volunteer Wayne Carrol.

23.     At all relevant times the defendant, through its agents, servants, and employees, held out its agents, servants, and employees to the public as those who managed, maintained, operated, and controlled the Boy Scout Troop that Plaintiff belonged to when he was sexually abused by a Scout leader and volunteer, Wayne Carrol.

24.     At all relevant times the defendant was responsible for the hiring and staffing, and did the hiring and staffing, for the Scout leaders and volunteers of the Boy Scout Troop that Plaintiff belonged to when he was sexually abused by a Scout leader and volunteer, Wayne Carrol.

6

25.    At all relevant times the defendant was responsible for the recruitment and staffing of the Scout leaders and volunteers for the Boy Scout Troop that Plaintiff belonged to when he was sexually abused by a Scout leader and volunteer, Wayne Carrol.

26.    At all relevant times the defendant was responsible for supervising the Scout leaders and volunteers for the Boy Scout Troop that Plaintiff belonged to when he was sexually abused by a Scout leader and volunteer, Wayne Carrol.

27.    At all relevant times the defendant held itself out to the public as the owner of the Boy Scout Troop that Plaintiff belonged to when he was sexually abused by a Scout leader and volunteer, Wayne Carrol.

28.    At all relevant times the defendant materially benefited from the operation of the Boy Scout Troop that Plaintiff belonged to when he was sexually abused by a Scout leader and volunteer, Wayne Carrol.

29.    At all relevant times the defendant, through its agents, servants, and employees, managed, maintained, operated, and controlled the Boy Scout Troop that Plaintiff belonged to when he was sexually abused by a Scout leader and volunteer, Wayne Carrol, including its leaders and volunteers.

30.    At all relevant times the defendant, through its agents, servants, and employees, managed, maintained, operated, and controlled the Boy Scout Troop that Plaintiff belonged to when he was sexually abused by a Scout leader and volunteer, Wayne Carrol, including its policies and procedures regarding the sexual abuse of children.

31.    At all relevant times Wayne Carrol was a Scout leader and volunteer who Plaintiff believes held the position of Camp leader when he used that position to sexually abuse Plaintiff.

7

32.     At all relevant times Wayne Carrol was on the staff of, was an agent of, or served as an employee or volunteer of the defendant.

33.     At all relevant times Wayne Carrol was acting in the course and scope of his position with the defendant.

34.     When Plaintiff was a minor, he registered with the defendant as a member of its Boy Scout Troop and paid a fee to participate as a member of its Boy Scout Troop, including its activities, meetings, camping trips, trips to Camp Tri-Mount, merit badge activities, and other outings.

35.     At all relevant times Plaintiff and his parents believed that the defendant would exercise such care as would a parent of ordinary prudence in comparable circumstances when the defendant assumed supervision, care, custody, and control of Plaintiff.

36.     The defendant was responsible for selecting and supervising the Scout leaders and volunteers of Plaintiff's Boy Scout Troop, including the Troop's Scout leaders and volunteers when Plaintiff was sexually abused by Wayne Carrol.

37.     When Plaintiff was a minor, Wayne Carrol used his position as a Scout leader and volunteer to sexually abuse him, including when Plaintiff was in the care, custody, and control of the defendant at Camp Tri-Mount.

38.     Plaintiff was sexually abused by Wayne Carrol when Plaintiff was approximately 14 years old.

39.     Neither Plaintiff nor his parents would have paid the defendant to allow him to be a member of its Boy Scout Troop, or to participate in its Scouting activities, if the defendant had disclosed to Plaintiff or his parents that it knew for years that sexual predators, like Wayne Carrol, were using their position as a Scout leader and volunteer to groom and to sexually abuse children.

8

40.     From approximately 1973 through 1974, Wayne Carrol used his position of trust and authority as a Scout leader and volunteer to groom Plaintiff and to sexually abuse him, including during Scout camping trips at Camp Tri-Mount when Plaintiff was under the supervision of, and in the care, custody, or control of, the defendant.

41.     Plaintiff was in the care, custody, and control of the defendant when Wayne Carrol used his position as a Scout leader and volunteer to sexually abuse Plaintiff, including when Plaintiff attended Camp Tri-Mount with the defendant.

42.     Wayne Carrol used his position as a Scout leader and volunteer to sexually abuse Plaintiff multiple times.

43.     The sexual abuse of Plaintiff by Wayne Carrol included, but was not limited to, Carrol fondling Plaintiff's genitals.

44.     The sexual abuse by Wayne Carrol occurred using property that was owned, operated, and/or controlled by the defendant, including Camp Tri-Mount during which time Plaintiff was in the care, custody, or control of the defendant.

45.     At all relevant times the defendant, through its agents, servants, and employees, knew or should have known that Wayne Carrol was a sexual abuser of children who would use his position as a Scout leader and volunteer to sexually abuse Plaintiff and other children.

46.     The defendant knew or should have known that Wayne Carrol was likely to use his position as a Scout leader and volunteer to sexually abuse children, including Plaintiff.

47.     At all relevant times the defendant, through its agents, servants, and employees, knew or should have known that the sexual abuse by Wayne Carrol of Plaintiff was ongoing.

48.     At all relevant times it was reasonably foreseeable to the defendant, through its agents, servants, and employees, that Wayne Carrol's sexual abuse of children would likely result in injury to others, including the sexual abuse of Plaintiff and other children by Carrol.

49.     Before and during the time he sexually abused Plaintiff, the defendant, through its agents, servants, and employees, knew or should have known that Wayne Carrol was sexually abusing Plaintiff and other children.

50.     The defendant, through its agents, servants, and employees, knew or should have known before and during Wayne Carrol's sexual abuse of Plaintiff that Scout leaders, volunteers, and other persons who worked with youth, including other Scout leaders and volunteers, had used their positions to groom and to sexually abuse children.

51.     The defendant, through its agents, servants, and employees, knew or should have known before and during Wayne Carrol's sexual abuse of Plaintiff that such Scout leaders, volunteers, and other persons who worked with youth could not be "cured" through treatment or counseling.

52.     The defendant, through its agents, servants, and employees, concealed the sexual abuse of children by Wayne Carrol in order to conceal its own bad acts in failing to protect children from him, to protect its reputation, and to prevent victims of such sexual abuse by him and other Scout leaders and volunteers from coming forward during the extremely limited statute of limitations prior to the enactment of the current law, despite knowing that Carrol and other abusers in its ranks would continue to molest children.

53.     The defendant, through its agents, servants, and employees, consciously and recklessly disregarded its knowledge that Wayne Carrol would use his position as a Scout leader and volunteer to sexually abuse children, including Plaintiff.

54.     The defendant, through its agents, servants, and employees, disregarded its knowledge that Wayne Carrol would use his position as a Scout leader and volunteer to sexually abuse children, including Plaintiff.

55.     The defendant, through its agents, servants, and employees, acted in concert with Wayne Carrol to conceal the danger that Carrol posed to children, including Plaintiff, so that Carrol could continue serving as a Scout leader and volunteer despite its knowledge of that danger.

56.     The defendant, through its agents, servants, and employees, knew that its negligent, reckless, and outrageous conduct would inflict severe emotional and psychological distress, as well as personal physical injury, on others, including Plaintiff, and he did in fact suffer severe emotional and psychological distress and personal physical injury as a result of its wrongful conduct.

57.     By reason of the wrongful acts of the defendant as detailed herein, Plaintiff sustained physical and psychological injuries, including but not limited to, severe emotional and psychological distress, humiliation, fright, dissociation, anger, depression, anxiety, family turmoil and loss of faith, a severe shock to his nervous system, physical pain and mental anguish, and emotional and psychological damage, and, upon information and belief, some or all of these injuries are of a permanent and lasting nature, and Plaintiff has and/or will become obligated to expend sums of money for treatment.

## VI.    CAUSES OF ACTION
### A.    FIRST CAUSE OF ACTION – NEGLIGENCE

58.     Plaintiff ████████ repeats and re-alleges all of his allegations above and below.

59.     The defendant had a duty to take reasonable steps to protect Plaintiff from foreseeable harm when he was in its care, custody, and control, including when he was a paying

11

member of its Boy Scout Troop, when he was participarting in its Scouting activities, and when he attended Camp Tri-Mount with them and at their behest.

60.    The defendant also had a duty to take reasonable steps to prevent Wayne Carrol from using the tasks, premises, and instrumentalities of his position as a Scout leader and volunteer to target, groom, and sexually abuse children, including Plaintiff.

61.    The defendant had a duty to warn, train, or educate its Scout leaders, volunteers, and youth members, including Plaintiff, about the danger of sexual abuse by Scout leaders and volunteers who were involved in its Scouting program and how to avoid or minimize such danger.

62.    The defendant breached each of the foregoing duties by failing to exercise reasonable care to prevent Wayne Carrol from using his position as a Scout leader and volunteer to sexually abuse Plaintiff when Plaintiff was in the care, custody, or control of the defendant, including when Plaintiff was attending Camp Tri-Mount.

63.    In breaching its duties, including hiring, retaining, and failing to supervise Wayne Carrol; giving him access to children; entrusting its tasks, premises, and instrumentalities to him; failing to train its personnel in the signs of sexual predation and to protect children from sexual abuse and other harm; failing to warn Plaintiff, his parents, and other parents of the danger of sexual abuse; and failing to create a safe and secure environment for Plaintiff and other children who were under its supervision and in its care, custody, and control, the defendant created a foreseeable risk that Plaintiff would be sexually abused by Carrol.

64.    As a direct and proximate result of the acts and omissions of the defendant, Wayne Carrol was able to use his position as a Scout leader and volunteer to groom and sexually abuse Plaintiff, which has caused Plaintiff to suffer general and special damages as more fully described herein.

## VII.   CPLR 1603 – NO APPORTIONMENT OF LIABILITY

65.    Pursuant to CPLR 1603, the foregoing causes of action are exempt from the operation of CPLR 1601 by reason of one or more of the exemptions provided in CPLR 1602, including but not limited to, CPLR 1602(2), CPLR 1602(5), 1602(7) and 1602(11), thus precluding defendant from limiting its liability by apportioning some portion of liability to any joint tortfeasor.

## VIII.   PRAYER FOR RELIEF

66.    Plaintiff demands judgment against the defendant named in his causes of action, together with compensatory and punitive damages to be determined at trial, and the interest, cost and disbursements pursuant to his causes of action, and such other and further relief as the Court deems just and proper.

67.    Plaintiff specifically reserves the right to pursue additional causes of action, other than those outlined above, that are supported by the facts pleaded or that may be supported by other facts learned in discovery.

Dated:  June 23, 2020

MARSH LAW FIRM PLLC

By _____

James R. Marsh
Jennifer Freeman
Robert Lewis
jamesmarsh@marsh.law
jenniferfreeman@marsh.law
robertlewis@marsh.law
31 Hudson Yards, 11th Floor
New York, NY 10001-2170
Phone: 212-372-3030

13

PFAU COCHRAN VERTETIS AMALA PLLC

By _____

Vincent T. Nappo
vnappo@pcvalaw.com
Anelga Doumanian
adoumanian@pcvalaw.com
31 Hudson Yards, 11th Floor
New York, NY 10001-2170

Attorneys for Plaintiff

███████████████████

Final Audit Report                                                          2020-10-24

| | |
|---|---|
| Created: | 2020-10-24 |
| By: | Margaret Mabie (margaretmabie@marsh.law) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAALELgNy2RRV5e6ubCQzvh82y1yis-keyb |

█████████████ History

📄 Document created by Margaret Mabie (margaretmabie@marsh.law)
2020-10-24 - 1:39:09 AM GMT- IP address: ███████████

✉ Document emailed to ██████████████████ for signature
2020-10-24 - 1:40:44 AM GMT

📄 Email viewed by ███████████████
2020-10-24 - 3:11:36 AM GMT- IP address: ██████████

✍ Document e-signed by ████████████████
Signature Date: 2020-10-24 - 3:16:04 AM GMT - Time Source: server- IP address: █████████████

⊘ Agreement completed.
2020-10-24 - 3:16:04 AM GMT

MARSH
LAW FIRM                POWERED BY
                        Adobe Sign

# Claimant No. 32230

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## SEXUAL ABUSE SURVIVOR PROOF OF CLAIM

This Sexual Abuse Survivor Proof of Claim must be submitted and received by **5:00 p.m. (Eastern Time)** on **November 16, 2020**.  Please carefully read the following instructions included with this SEXUAL ABUSE SURVIVOR PROOF OF CLAIM and complete ALL applicable questions to the extent of your knowledge or recollection.  If you do not know the answer to an open-ended question, you can write "I don't recall" or "I don't know."  If a question does not apply, please write "N/A."  If you are completing this form in hard copy, please write or type clearly using blue or black ink.

The Sexual Abuse Survivor Proof of Claim must be delivered to Omni Agent Solutions, the Court-approved claims and noticing agent (the "Claims Agent"), by either:

(i)     Hand delivery, first class mail, or courier the *original* proof of claim to: BSA Abuse Claims Processing, c/o Omni Agent Solutions, 5955 De Soto Ave., Suite 100, Woodland Hills, CA 91367, so that it is *received* on or before November 16**, 2020 at 5:00 p.m. (Eastern Time)**;[2] or

(ii)    Electronically using the interface available at: www.OfficialBSAClaims.com on or before **November 16, 2020 at 5:00 p.m. (Eastern Time)**.

Sexual Abuse Survivor Proofs of Claim sent by email or facsimile transmission **will not** be accepted.

"You" and/or "Sexual Abuse Survivor" refers to the person asserting a Sexual Abuse Claim against the Boy Scouts of America ("BSA") related to the Sexual Abuse Survivor's sexual abuse.  For this claim to be valid, the Sexual Abuse Survivor must sign this form.  If the Sexual Abuse Survivor is deceased or incapacitated, the form must be signed by the Sexual Abuse Survivor's representative or the attorney for the Sexual Abuse Survivor's estate.  If the Sexual Abuse Survivor is a minor, the form must be signed by the survivor's parent or legal guardian or attorney.  Any Sexual Abuse Survivor Proof of Claim signed by a representative or legal guardian must attach documentation establishing such person's authority to sign the claim for the Sexual Abuse Survivor.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] If you are mailing your Sexual Abuse Survivor Proof of Claim, do not attach original documents with your Sexual Abuse Survivor Proof of Claim.

## Who Is a Sexual Abuse Survivor?

For purposes of this Sexual Abuse Survivor Proof of Claim, the term **Sexual Abuse Survivor** refers to a person who was sexually abused *before* turning eighteen (18) years of age.

## Who Should File a Sexual Abuse Survivor Proof of Claim?

This Sexual Abuse Survivor Proof of Claim is only for people who were sexually abused before turning eighteen (18) years of age and where the sexual abuse (defined below) occurred on or before February 18, 2020. This Sexual Abuse Survivor Proof of Claim is the way you assert an unsecured claim against BSA seeking damages based on Scouting-related sexual abuse.  Any person asserting a claim based on anything other than childhood sexual abuse should use the General Proof of Claim form (official bankruptcy form 410).

## What Is Sexual Abuse?

For the purposes of this Sexual Abuse Survivor Proof of Claim, **sexual abuse** means, with respect to a child under the age of eighteen (18) at the time of the sexual abuse, sexual conduct or misconduct, sexual abuse or molestation, sexual exploitation, sexual touching, sexualized interaction, sexual comments about a person's body, or other verbal or non-verbal behaviors that facilitated, contributed to, or led up to abuse, regardless of whether or not such behavior was itself sexual or against the law, and regardless of whether the child thought the behavior was sexual abuse at the time.  Sexual abuse includes behavior between a child and an adult and between a child and another child, in each instance without regard to whether such activity involved explicit force, whether such activity involved genital or other physical contact, and whether the child associated the abuse with any physical, psychological, or emotional harm.  It involves behaviors including penetration or fondling of the child's body, other body-on-body contact, or non-contact, behaviors such as observing or making images of a child's naked body, showing or making pornography, or having children behave in sexual behavior as a group.

If you have a claim arising from sexual abuse and you were at least eighteen (18) years of age at the time the sexual abuse began or if you have a claim arising from other types of abuse, including non-sexual physical abuse, non-sexual emotional abuse, bullying or hazing, you should consult the *Notice of Deadlines Requiring Filing of Proof of Claim* and file a General Proof of Claim (Official Bankruptcy Form 410).

For the avoidance of doubt, if you have a claim for sexual abuse and you were a child under the age of eighteen (18) when the sexual abuse began you must complete this form.

## You May Wish to Consult an Attorney Regarding This Matter.

You may also obtain information from the Claims Agent by: (1) calling toll free at 866-907-2721, (2) emailing at BSAInquiries@omniagnt.com, or (3) visiting the case website at www.OfficialBSAClaims.com (do not contact the Claims Agent for legal advice).

## What If I Don't File on Time?

**Failure to complete and return this Sexual Abuse Survivor Proof of Claim by November 16, 2020 at 5:00 p.m. (Eastern Time) may result in your inability to vote on a plan of reorganization and/or to receive a distribution from this bankruptcy for sexual abuse related to BSA.**

**Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152, 157 and 3571.**

## PART 1: CONFIDENTIALITY

Unless you indicate below, your identity and your Sexual Abuse Survivor Proof of Claim will be kept **confidential**, under seal, and outside the public record. However, information in this Sexual Abuse Survivor Proof of Claim will be confidentially provided, pursuant to Court-approved guidelines, to the Debtors, the Debtors' counsel and retained advisors, certain insurers of BSA, the Tort Claimants' Committee, counsel to the Ad Hoc Committee of Local Councils (with personally identifiable information redacted), individual Local Councils solely with respect to Sexual Abuse Claims asserted against them, attorneys at the Office of the United States Trustee for the District of Delaware, the Future Claimants' Representative, the Court, and confidentially to such other persons that the Court determines need the information in order to evaluate the claim. Information in this Sexual Abuse Survivor Proof of Claim may be required to be disclosed to governmental authorities under mandatory reporting laws in many jurisdictions.

**This Sexual Abuse Survivor Proof of Claim (along with any accompanying exhibits and attachments) will be maintained as _confidential_ unless you expressly request that it be publicly available by checking the "public" box _and_ signing below.**

| | |
|---|---|
| ☐ | **PUBLIC**: I want my identity and this Sexual Abuse Survivor Proof of Claim (together with any exhibits and attachments) to be made part of the official claims register in these cases. **My claim will be available for review by any and all members of the public**. |

Signature: _____

Print Name: _____

## PART 2: IDENTIFYING INFORMATION

### A.  Identity of Sexual Abuse Survivor

First Name: ██████  Middle Initial: ██  Last Name: ████  Jr/Sr/III:

Mailing Address (If Sexual Abuse Survivor is incapacitated, is a minor, or is deceased, provide the address of the individual submitting the claim. If you are in jail or prison, provide the address of your place of incarceration):

| Number and Street: | ████████ | | | | |
|---|---|---|---|---|---|
| City: | ██████ | State: | ██████ | Zip Code: | ████ |
| Country (not USA): | ███ | Email Address: | | ████████████ | |
| Telephone (Home): | ███████ | Telephone (Cell): | | ███████ | |

For communications regarding this claim you may use (check the appropriate boxes):

Email ☐  US Mail ☐    Home Voicemail ☐    Cell Voicemail ☐    Counsel listed below ☒

Social Security Number of Sexual Abuse Survivor (last four digits <u>only</u>): XXX-XX-████

If the Sexual Abuse Survivor is in jail or prison, provide the Sexual Abuse Survivor's identification number: ██

Birthdate of Sexual Abuse Survivor (only the month and year): (MM/YYYY): ██████

Any other name, or names, by which the Sexual Abuse Survivor has ever been known: ████

Gender of Sexual Abuse Survivor: ████████████████████████████████████

**B.** **If you have hired an attorney relating to the sexual abuse described in this Sexual Abuse Survivor Proof of Claim, please provide his or her name and contact information:**

| Law Firm Name: | **Pfau Cochran Vertetis Amala PLLC** | | | | |
|---|---|---|---|---|---|
| Attorney's Name: | **Michael T. Pfau** | | | | |
| Number and Street: | **403 Columbia St. Ste 500** | | | | |
| City: | **Seattle** | State: | **Washington** | Zip Code: | **98104** |
| Country (not USA): | **USA** | Email Address: | | **michael@pcvalaw.com** | |
| Telephone (Work): | **(206) 462-4334** | Fax No. | | **(206) 623-3624** | |

## PART 3: BACKGROUND INFORMATION FOR SEXUAL ABUSE SURVIVOR

**A.** **Marital/Domestic Partner History:**

████████████████████████████████████████████████

**B.** **Education History:**

████████████████████████████████████████████████

**C.** **Employment:**

████████████████████████████████████████████████

**D.   Military service:**

**E.   Involvement with Scouting:**

a.   Have you ever been affiliated with Scouting and/or a Scouting program?

Yes ☒     No ☐

b.   When were you involved with Scouting? **I was involved in Boy Scouts from approximately 1968 to approximately 1968.  I was involved in Sea Scouts from approximately 1974 to approximately 1974.**

c.   What type of Scouting unit (i.e., troop) were you involved with, and, if you recall, when you were involved and what was your troop or unit number?

☒ Boy Scouts **I do not recall my Boy Scout unit number**

☐ Cub Scouts _____

☐ Exploring Scouts _____

☒ Sea Scouts **I do not recall my Sea Scout number**

☐ Venturing _____

☐ Other (please explain your involvement with Scouting):

| PART 4: NATURE OF THE SEXUAL ABUSE |
|---|

**(Attach additional sheets if necessary)**

**For each of the questions listed below, please complete your answers <u>to the best of your recollection</u>.**

**Note:** If you have previously filed a lawsuit about your Scouting-related sexual abuse in state or federal court, you may attach a copy of the complaint. If you have not filed a lawsuit, or if the complaint does not contain all of the information requested below, you must provide the information below to the extent of your recollection.

Please answer each of the following questions to your best ability. If you do not know or recall, please so indicate.

If you are the survivor of sexual abuse by more than one sexual abuser, please respond to each of the questions in this Part 4 for each sexual abuser.

A.    Please answer "Yes" or "No" to each of the following:

    i.    Were you sexually abused by more than one person?    Yes ☐    No ☒

    ii.    Were you sexually abused in more than one state?    Yes ☐    No ☒

B.    Please name each person who sexually abused you in relation to your involvement in Scouting. ("Scouting" includes Cub Scouts, Boy Scouts, Exploring Scouts, Sea Scouts and Venturing.)

If you do not remember the name of the sexual abuser(s), provide as much identifying information about the sexual abuser(s) that you can recall, such as their approximate age and their relationship to Scouting (e.g., the Scoutmaster of Troop 100, another Troop member of Troop 200, camp staff member, etc.).

**<u>I was sexually abused by Dave Cator who was a Camp Director at Camp Lewis while I worked at</u>**

**<u>Camp Lewis.</u>**

C.    Other than the sexual abuser(s), please identify any person(s) you can remember who were leaders or other adults involved in your Scouting unit or the camp(s) you attended.

**<u>The following people were other adults involved in Camp Lewis: Hershey Grakowitz, Camp</u>**

**<u>personnel; and Tommy Fulger, Camp personnel.</u>**

D.    What was each sexual abuser's position, title, or relationship to you in Scouting (check all that apply)?

    ☐ Adult Scout leader in my Scouting unit

    ☐ Adult Scout leader not in my Scouting unit

    ☐ Youth Scout in my Scouting unit

    ☐ Youth Scout not in my Scouting unit

☒ Camp personnel (e.g., camp staff) not in my Scouting unit

☐ I don't know

☐ Other (please explain why you believe the person(s) who sexually abused you had a relationship with Scouting):

E.    Where were you at the time you were sexually abused (city, state, territory and/or country)?

**At the time of the sexual abuse I was in Rockaway, New Jersey.**

F.    What was the type of Scouting you were involved with during the sexual abuse (check all that apply)?

☐ Boy Scouts

☐ Cub Scouts

☐ Exploring Scouts

☐ Venturing

☐ Sea Scouts

☐ Other (please explain why you believe you had a connection to Scouting during the sexual abuse):

**My connection with Scouting was through my employment at Camp Lewis, a Scout Camp in Rockaway, New Jersey.**

G.    What was the Scouting unit number and physical location (city, state, territory and/or country) of the Scouting unit(s) or provisional troop you were in during the time of the sexual abuse?

**I was not in a Scouting unit.**

H.    What was the name and location (city, state, territory and/or country) of the organization that chartered or sponsored your Scouting unit, including the organization that hosted meetings of your Scouting unit, during the time of the sexual abuse (e.g., church, school, religious institution, or civic group)?

(Note that such organizations are not currently parties to the bankruptcy so if you believe you may have a claim against any such organization you must take additional action to preserve and pursue any such claim.)

**I was not in a Scouting unit.**

I.    What was the name of the BSA Local Council(s) affiliated with your Scouting unit(s), any Boy Scout camp or other Scouting activity during the time of the sexual abuse?

(Note that such BSA Local Councils are not currently parties to the bankruptcy so if you believe you may have a claim against any such BSA Local Council(s) you must take additional action to preserve and pursue any such claim.)

**The BSA Local Council affiliated with Camp Lewis was Northern New Jersey Council.**

J.    In which of the following places did the sexual abuse take place?  Check all that apply.

☐    At or in connection with a Scout meeting.

☒    At or in connection with a Scout camp.

☐    At or in connection with another Scouting-related event or activity (please explain):

☐    Other (please explain – for example, schools, churches, cars, homes or other locations):

K.    When did the first act of sexual abuse take place? If you do not remember the calendar date, what school grade were you in at the time and what season of the year was it (spring, summer, fall, winter), and what age were you when it started?  If the sexual abuse took place over a period of time, please state when it started and when it stopped.  If you were sexually abused by more than one sexual abuser indicate when the sexual abuse by each of the sexual abusers started and stopped.

**The act of sexual abuse by Dave Cator happened in approximately 1973.  I was approximately 14**

**years old during the sexual abuse**.

L.    Please describe what happened to you.  You can provide a description in your own words and/or use the checkboxes below.

i.    About how many times were you sexually abused?

☒    I was sexually abused once.

☐    I was sexually abused more than once.

If you were sexually abused more than once, please state how many times (if you recall):

M.    Please describe what happened to you.  You can provide a description in your own words and/or use the checkboxes below.  (Check all that apply.)  **Please note that the boxes are not meant to limit the characterization or description of your sexual abuse.**

i.    What did the sexual abuse involve?

☒ The sexual abuse involved touching outside of my clothing.

☐ The sexual abuse involved touching my bare skin.

☒ The sexual abuse involved fondling or groping.

☐ The sexual abuse involved masturbation.

☐ The sexual abuse involved oral copulation / oral sex.

☐ The sexual abuse involved the penetration of some part of my body.

ii.    Did any of the following occur in connection with the sexual abuse:

☐ The acts of sexual abuse against me also involved other youth.

☐ The sexual abuse involved photographs or video.

☐ Even though I did not want it, my body responded sexually to the sexual abuse.

☒ The sexual abuse involved actual or implied threats of violence or other adverse consequences if I disclosed the sexual abuse.

☐ The sexual abuse involved gifts, privileges, experiences, and other rewards or bribes in addition to the activities and awards normally part of Scouting.

☒ The sexual abuser(s) made my family think they could be trusted.

☒ At the time of the sexual abuse, my family or I had significant financial, social, behavioral or other challenges.

If you wish to provide a narrative, please describe the sexual abuse in as much detail as you can recall in the lines below.  You may attach additional pages if needed.

**Please see the attached response.**

N.    Did you or anyone on your behalf tell anyone involved in Scouting about the sexual abuse at or about the time of the sexual abuse?    Yes ☐        No ☒

O.    Did you or anyone on your behalf report the sexual abuse to law enforcement or investigators at or about the time of the sexual abuse?  Yes ☐        No ☒

P.    If you can remember anyone you may have ever told about the sexual abuse at the time, including anyone involved with Scouting, friends, relatives, and/or law enforcement, please list their name and when you told them.

**I did not tell anyone about the sexual abuse by Dave Cator at the time of the abuse.  I later told**

**the following people about the sexual abuse by Dave Cator after it was over: my friend, ████**

**███████, around 202o; and my fiancé, ███████████ around 2020**

Q.    Did you have any relationship with your sexual abuser outside of Scouting? Check all that apply:

☐ Religious organization leader, member, volunteer

☐ Family member or relative

☐ Coach/athletics

☐ Teacher

☐ Neighbor

☐ Other (please explain and add any other information you remember to the categories above):

**I did not have a relationship with Dave Cator outside of Scouting.**

R.    Are you aware of anyone who knew about the sexual abuse?

**I am not aware of anyone who knew about the sexual abuse.**

---

| PART 5: IMPACT OF SEXUAL ABUSE |
|---|

**(Attach additional pages if necessary)**

**(If you currently cannot describe any harm you have suffered on account of the sexual abuse, you may omit this section for now.  However, you may be asked to provide the information requested at a later date.)**

A.    Please describe how you were impacted, harmed, damaged, or injured in ways that you now connect as being related to the sexual abuse you described above. (Check all that apply.)  You can provide a description in your own words and/or use the checkboxes below.  **Please note that the boxes are not meant to limit the characterization or description of the impact(s) of your sexual abuse.**

☒ Psychological / emotional health (including depression, anxiety, feeling numb, difficulty managing or feeling emotions including anger)

☒ Post traumatic stress reactions (including intrusive images, feelings from the abuse, numbing or avoidance behaviors)

☐ Physical health (including chronic disease, chronic undiagnosed pain or physical problems)

☒ Education (including not graduating high school, being unable to finish training or education)

☐ Employment (including difficulties with supervisors, difficulty maintaining steady employment, being fired from jobs)

☒ Intimate relationships (including difficulty maintaining emotional attachments, difficulty with sexual behavior, infidelity)

☐ Social relationships (including distrust of others, isolating yourself, not being able to keep healthy relationships)

☒ Alcohol and/or substance abuse (including other addictive behavior such as gambling)

☐ Other (please explain and add any other information you remember to the categories above)

If you wish to provide a narrative, please describe how you were impacted, harmed, damaged, or injured in ways that you now connect as being related to the sexual abuse you described above in as much detail as you can recall in the lines below.  You may attach additional pages if needed.

**Please see the attached response.**

B.    Have you ever sought counseling or other mental health treatment for any reason?

Yes ☒        No ☐

If your response to the prior question is "Yes," please identify the name of each person who provided you with counseling or mental health treatment, their location, the type of counseling or treatment and the estimated dates/time period of counseling or treatment.  If you were prescribed medication in connection with such counseling or mental health treatment, please list the name of the medication and how long you took that medication.

**Mental Health Treatment:**

1.    ███████████████
      ██████████
      **Marriage Counseling**
      **2010**

2.    ███████████████
      ██████████
      **Prescription for Depression and Xanax**
      **2005**

**Mental Health Medication:**

1.    **Xanax**
      **2005 to Present**

2.    **Ambien**
      **2005 to Present**

| PART 6: ADDITIONAL INFORMATION |
|---|

**A.    Prior Litigation.**

     i.    Was a lawsuit regarding the sexual abuse you have described in this Sexual Abuse Survivor Proof of Claim filed by you or on your behalf.

        Yes ☐    No ☒  (If "Yes," you are required to attach a copy of the complaint.)

**B.    Prior Bankruptcy Claims.** Have you filed any claims in any other bankruptcy case relating to the sexual abuse you have described in this Sexual Abuse Survivor Proof of Claim? Yes ☐   No ☒  (If "Yes," you are required to attach a copy of any completed claim form.)

**C.    Payments.** Have you received any payments related to the sexual abuse you have described in this Sexual Abuse Survivor Proof of Claim from any party, including BSA? Yes ☐   No ☒

     i.    If yes, how much and from whom?

**D.    Current Bankruptcy Case.** Are you currently a debtor in a bankruptcy case? Yes ☐ No ☒

     i.    If yes, please provide the following information:

        Name of Case: _____ Court: _____

        Date filed: _____ Case No. _____

        Chapter: 7 ☐  11 ☐  12 ☐   13 ☐  Name of Trustee: _____

[Signature page follows – you must complete and sign the next page]

| SIGNATURE |
|---|

To be valid, this Sexual Abuse Survivor Proof of Claim must be signed by you. If the Sexual Abuse Survivor is deceased or incapacitated, the form must be signed by the Sexual Abuse Survivor's representative or the attorney for the Sexual Abuse Survivor's estate. If the Sexual Abuse Survivor is a minor, the form must be signed by the Sexual Abuse Survivor's parent or legal guardian, or the Sexual Abuse Survivor's attorney. (Any form signed by a representative or legal guardian <u>must</u> attach documentation establishing such person's authority to sign this form for the Sexual Abuse Survivor.)

| Penalty for presenting a fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571. |
|---|

**Check the appropriate box:**

☒    I am the Sexual Abuse Survivor.

☐    I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.

☐    Other (describe):

---

**I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.**

**I declare under penalty of perjury that the foregoing statements are true and correct.**

Date: *OCT. 23, 2020*

Signature: ▮▮▮▮▮▮▮▮▮▮

Print Name: ▮▮▮▮▮▮▮▮▮▮

Relationship to Sexual Abuse Survivor (if not signed by Sexual Abuse Survivor):

Address: ▮▮▮▮▮▮▮▮▮▮

Contact Phone: ▮▮▮▮▮▮▮▮▮▮

Email: ▮▮▮▮▮▮▮▮▮▮

**Response to 4(M):**

The sexual abuse I experienced by Dave Cator included him grinding and humping my backside until he ejaculated in his pants.

In the summer of 1973, I worked at Camp Lewis as a kitchen helper.  My mother died when I was younger and my father worked two jobs, so a summer job was good to get me out of the house and earn money.  At the camp, I met Dave Cator, who was the Camp Director and my supervisor.  After one of my shifts, Dave called me into his office.  Once I was in his office, he hugged me and started grinding and humping my backside.  I was too small to get away from his strong grasp.  Dave humped me until he ejaculated in his pants.  As soon as he let me go, I ran to the door, but it was locked.  I thought he was going to kill me, but, fortunately, he let me go.

**Response to 5(A):**

After the abuse, I was overwhelmed with shame and embarrassment. I was ashamed that I could not protect myself from Dave Cator and embarrassed that he humped me until he ejaculated. I vowed to never let anyone know what happened, fearing they would blame me or, even worse, make fun of me. But as I internalized my trauma, I became depressed and anxious. In school, I was withdrawn and did not date anyone. In fact, it was not until I was 21 when had my first sexually intimate relationship. I hate that the sexual abuse robbed me of a love life during my youth.

To cope with my trauma, I started smoking marijuana. Being high was my way of escaping from the sexual abuse. My marijuana use went from smoking to snorting THC crystals. By my junior year of high school, my drug use derailed my schooling, causing me to fail my college prep classes. While I did end up graduating, I often wonder what my academic potential would have been if I was not coping with trauma during high school.

Currently, I am treating my anxiety and depression with Xanax and Ambien. I have been on medication for the last 15 years. In the past, my mental health issues caused me to have suicidal ideation. Thankfully, I never attempted suicide, but the fact that I thought about killing myself is illustrative of the dark place I was in because of the abuse. But even though I am medicating, I still experience infrequent nightmares about the abuse and struggle maintaining an optimistic outlook on life.

# Claimant No. 38281

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## SEXUAL ABUSE SURVIVOR PROOF OF CLAIM

This Sexual Abuse Survivor Proof of Claim must be submitted and received by **5:00 p.m. (Eastern Time)** on **November 16, 2020**. Please carefully read the following instructions included with this SEXUAL ABUSE SURVIVOR PROOF OF CLAIM and complete ALL applicable questions to the extent of your knowledge or recollection. If you do not know the answer to an open-ended question, you can write "I don't recall" or "I don't know." If a question does not apply, please write "N/A." If you are completing this form in hard copy, please write or type clearly using blue or black ink.

The Sexual Abuse Survivor Proof of Claim must be delivered to Omni Agent Solutions, the Court-approved claims and noticing agent (the "Claims Agent"), by either:

(i)    Hand delivery, first class mail, or courier the *original* proof of claim to: BSA Abuse Claims Processing, c/o Omni Agent Solutions, 5955 De Soto Ave., Suite 100, Woodland Hills, CA 91367, so that it is *received* on or before **November 16, 2020 at 5:00 p.m. (Eastern Time)**;[2] or

(ii)   Electronically using the interface available at: www.OfficialBSAClaims.com on or before **November 16, 2020 at 5:00 p.m. (Eastern Time)**.

Sexual Abuse Survivor Proofs of Claim sent by email or facsimile transmission **will not** be accepted.

"You" and/or "Sexual Abuse Survivor" refers to the person asserting a Sexual Abuse Claim against the Boy Scouts of America ("BSA") related to the Sexual Abuse Survivor's sexual abuse. For this claim to be valid, the Sexual Abuse Survivor must sign this form. If the Sexual Abuse Survivor is deceased or incapacitated, the form must be signed by the Sexual Abuse Survivor's representative or the attorney for the Sexual Abuse Survivor's estate. If the Sexual Abuse Survivor is a minor, the form must be signed by the survivor's parent or legal guardian or attorney. Any Sexual Abuse Survivor Proof of Claim signed by a representative or legal guardian must attach documentation establishing such person's authority to sign the claim for the Sexual Abuse Survivor.

| |
|---|
| **Who Is a Sexual Abuse Survivor?** |

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] If you are mailing your Sexual Abuse Survivor Proof of Claim, do not attach original documents with your Sexual Abuse Survivor Proof of Claim.

2523CA5682 2021-03843-LSS 730509

For purposes of this Sexual Abuse Survivor Proof of Claim, the term **Sexual Abuse Survivor** refers to a person who was sexually abused *before* turning eighteen (18) years of age.

## Who Should File a Sexual Abuse Survivor Proof of Claim?

This Sexual Abuse Survivor Proof of Claim is only for people who were sexually abused before turning eighteen (18) years of age and where the sexual abuse (defined below) occurred on or before February 18, 2020. This Sexual Abuse Survivor Proof of Claim is the way you assert an unsecured claim against BSA seeking damages based on Scouting-related sexual abuse.  Any person asserting a claim based on anything other than childhood sexual abuse should use the General Proof of Claim form (official bankruptcy form 410).

## What Is Sexual Abuse?

For the purposes of this Sexual Abuse Survivor Proof of Claim, **sexual abuse** means, with respect to a child under the age of eighteen (18) at the time of the sexual abuse, sexual conduct or misconduct, sexual abuse or molestation, sexual exploitation, sexual touching, sexualized interaction, sexual comments about a person's body, or other verbal or non-verbal behaviors that facilitated, contributed to, or led up to abuse, regardless of whether or not such behavior was itself sexual or against the law, and regardless of whether the child thought the behavior was sexual abuse at the time.  Sexual abuse includes behavior between a child and an adult and between a child and another child, in each instance without regard to whether such activity involved explicit force, whether such activity involved genital or other physical contact, and whether the child associated the abuse with any physical, psychological, or emotional harm.  It involves behaviors including penetration or fondling of the child's body, other body-on-body contact, or non-contact, behaviors such as observing or making images of a child's naked body, showing or making pornography, or having children behave in sexual behavior as a group.

If you have a claim arising from sexual abuse and you were at least eighteen (18) years of age at the time the sexual abuse began or if you have a claim arising from other types of abuse, including non-sexual physical abuse, non-sexual emotional abuse, bullying or hazing, you should consult the *Notice of Deadlines Requiring Filing of Proof of Claim* and file a General Proof of Claim (Official Bankruptcy Form 410).

For the avoidance of doubt, if you have a claim for sexual abuse and you were a child under the age of eighteen (18) when the sexual abuse began you must complete this form.

## You May Wish to Consult an Attorney Regarding This Matter.

You may also obtain information from the Claims Agent by: (1) calling toll free at 866-907-2721, (2) emailing at BSAInquiries@omniagnt.com, or (3) visiting the case website at www.OfficialBSAClaims.com (do not contact the Claims Agent for legal advice).

## What If I Don't File on Time?

**Failure to complete and return this Sexual Abuse Survivor Proof of Claim by November 16, 2020 at 5:00 p.m. (Eastern Time) may result in your inability to vote on a plan of reorganization and/or to receive a distribution from this bankruptcy for sexual abuse related to BSA.**

**Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152, 157 and 3571.**

## PART 1: CONFIDENTIALITY

Unless you indicate below, your identity and your Sexual Abuse Survivor Proof of Claim will be kept **confidential**, under seal, and outside the public record. However, information in this Sexual Abuse Survivor Proof of Claim will be confidentially provided, pursuant to Court-approved guidelines, to the Debtors, the Debtors' counsel and retained advisors, certain insurers of BSA, the Tort Claimants' Committee, counsel to the Ad Hoc Committee of Local Councils (with personally identifiable information redacted), individual Local Councils solely with respect to Sexual Abuse Claims asserted against them, attorneys at the Office of the United States Trustee for the District of Delaware, the Future Claimants' Representative, the Court, and confidentially to such other persons that the Court determines need the information in order to evaluate the claim. Information in this Sexual Abuse Survivor Proof of Claim may be required to be disclosed to governmental authorities under mandatory reporting laws in many jurisdictions.

**This Sexual Abuse Survivor Proof of Claim (along with any accompanying exhibits and attachments) will be maintained as _confidential_ unless you expressly request that it be publicly available by checking the "public" box _and_ signing below.**

---

☐     PUBLIC: I want my identity and this Sexual Abuse Survivor Proof of Claim (together with any exhibits and attachments) to be made part of the official claims register in these cases. **My claim will be available for review by any and all members of the public.**

Signature: _____

Print Name: _____

---

## PART 2: IDENTIFYING INFORMATION

### A.   Identity of Sexual Abuse Survivor

First Name: ██████   Middle Initial: ██   Last Name: ██████   Jr/Sr/III ____

Mailing Address (If Sexual Abuse Survivor is incapacitated, is a minor, or is deceased, provide the address of the individual submitting the claim. If you are in jail or prison, provide the address of your place of incarceration):

| Number and Street: | ████████████ | | | |
|---|---|---|---|---|
| City: | ████████ | State: | ████████ | Zip Code: | ██████ |
| Country (not USA): | ████ | Email Address: | | ████████████ |
| Telephone (Home): | ██████ | Telephone (Cell): | | ████████████ |

For communications regarding this claim you may use (check the appropriate boxes):

Email ☐   US Mail ☐        Home Voicemail ☐     Cell Voicemail ☐      Counsel listed below ☒

Social Security Number of Sexual Abuse Survivor (last four digits <u>only</u>): **XXX-XX-** ██████

If the Sexual Abuse Survivor is in jail or prison, provide the Sexual Abuse Survivor's identification number: ████

Birthdate of Sexual Abuse Survivor (only the month and year): (MM/YYYY): ██████

Any other name, or names, by which the Sexual Abuse Survivor has ever been known: ███████

Gender of Sexual Abuse Survivor: ████████████████████

**B.** **If you have hired an attorney relating to the sexual abuse described in this Sexual Abuse Survivor Proof of Claim, please provide his or her name and contact information:**

| Law Firm Name: | **Pfau Cochran Vertetis Amala PLLC** | | | | |
|---|---|---|---|---|---|
| Attorney's Name: | **Michael T. Pfau** | | | | |
| Number and Street: | **403 Columbia St. Ste. 500** | | | | |
| City: | **Seattle** | State: | **Washington** | Zip Code: | **98104** |
| Country (not USA): | **USA** | Email Address: | | **michael@pcvalaw.com** | |
| Telephone (Work): | **(206) 462-4334** | Fax No.: | | **(206) 623-3624** | |

## PART 3: BACKGROUND INFORMATION FOR SEXUAL ABUSE SURVIVOR

**A.** **Marital/Domestic Partner History:**



**B.** **Education History:**



**C.    Employment:**

**D.    Military service:**

**E.    Involvement with Scouting:**

    a.    Have you ever been affiliated with Scouting and/or a Scouting program?

       Yes ☒        No ☐

    b.    When were you involved with Scouting?

**I was involved with Scouting from approximately 1955 to 1956. I do not recall my highest**

**rank.**

   c.   What type of Scouting unit (i.e., troop) were you involved with and, if you recall, when you were involved and what was your troop or unit number?

      ☒ Boy Scouts  **Troop # 293** _____

      ☐ Cub Scouts _____

      ☐ Exploring Scouts _____

      ☐ Sea Scouts _____

      ☐ Venturing _____

      ☐ Other (please explain your involvement with Scouting):

_____

_____

_____

_____

_____

---

## PART 4: NATURE OF THE SEXUAL ABUSE

### (Attach additional sheets if necessary)

**For each of the questions listed below, please complete your answers <u>to the best of your recollection</u>.**

**Note:** If you have previously filed a lawsuit about your Scouting-related sexual abuse in state or federal court, you may attach a copy of the complaint. If you have not filed a lawsuit, or if the complaint does not contain all of the information requested below, you must provide the information below to the extent of your recollection.

Please answer each of the following questions to your best ability. If you do not know or recall, please so indicate.

If you are the survivor of sexual abuse by more than one sexual abuser, please respond to each of the questions in this Part 4 for each sexual abuser.

   A.   Please answer "Yes" or "No" to each of the following:

      i.   Were you sexually abused by more than one person?   Yes ☐     No ☒

      ii.   Were you sexually abused in more than one state?   Yes ☒     No ☐

B.  Please name each person who sexually abused you in relation to your involvement in Scouting. ("Scouting" includes Cub Scouts, Boy Scouts, Exploring Scouts, Sea Scouts and Venturing.)

If you do not remember the name of the sexual abuser(s), provide as much identifying information about the sexual abuser(s) that you can recall, such as their approximate age and their relationship to Scouting (e.g., the Scoutmaster of Troop 100, another Troop member of Troop 200, camp staff member, etc.).

**I was sexually abused by Robert Cherry who was an Assistant Scoutmaster while I was in Scouting**

**as described above.**

C.  Other than the sexual abuser(s), please identify any person(s) you can remember who were leaders or other adults involved in your Scouting unit or the camp(s) you attended.

**I do not recall the names of any leaders or other adults involved in my Scouting unit or the camps**

**I attended.**

D.  What was each sexual abuser's position, title, or relationship to you in Scouting (check all that apply)?

☒ Adult Scout leader in my Scouting unit

☐ Adult Scout leader not in my Scouting unit

☐ Youth Scout in my Scouting unit

☐ Youth Scout not in my Scouting unit

☐ Camp personnel (e.g., camp staff) not in my Scouting unit

☐ I don't know

☐ Other (please explain why you believe the person(s) who sexually abused you had a relationship with Scouting):

_____

_____

_____

E.  Where were you at the time you were sexually abused (city, state, territory and/or country)?

**At the time of the sexual abuse I was in Philadelphia, Pennsylvania and near the Delaware River**

**in New Jersey.**

F.   What was the type of Scouting you were involved with during the sexual abuse (check all that apply)?

☒ Boy Scouts

☐ Cub Scouts

☐ Exploring Scouts

☐ Venturing

☐ Sea Scouts

☐ Other (please explain why you believe you had a connection to Scouting during the sexual abuse):

_____

_____

_____

G.   What was the Scouting unit number and physical location (city, state, territory and/or country) of the Scouting unit(s) or provisional troop you were in during the time of the sexual abuse?

**During the sexual abuse I believe I was in Boy Scout Troop number 293, located in Philadelphia,**

**Pennsylvania.**

H.   What was the name and location (city, state, territory and/or country) of the organization that chartered or sponsored your Scouting unit, including the organization that hosted meetings of your Scouting unit, during the time of the sexual abuse (e.g., church, school, religious institution, or civic group)?

(Note that such organizations are not currently parties to the bankruptcy so if you believe you may have a claim against any such organization you must take additional action to preserve and pursue any such claim.)

**I believe the organization that chartered or sponsored my Scouting unit during the time of the**

**sexual abuse was B'nai Jeshurin located in Philadelphia, Pennsylvania.**

I.   What was the name of the BSA Local Council(s) affiliated with your Scouting unit(s), any Boy Scout camp or other Scouting activity during the time of the sexual abuse?

(Note that such BSA Local Councils are not currently parties to the bankruptcy so if you believe you may have a claim against any such BSA Local Council(s) you must take additional action to preserve and pursue any such claim.)

**I do not recall the name of the local council that was involved with my Scouting unit; however, according to BSA's local council locator, the Cradle of Liberty Council (aka the Valley Forge Council) is responsible for Scouting units in the area my Scouting unit was located.**

J.   In which of the following places did the sexual abuse take place?  Check all that apply.

☐ At or in connection with a Scout meeting.

☒ At or in connection with a Scout camp.

☒ At or in connection with another Scouting-related event or activity (please explain): **Scout camping trips**

☒ Other (please explain – for example, schools, churches, cars, homes or other locations): **Cherry's home in Philadelphia, Pennsylvania**

K.   When did the first act of sexual abuse take place? If you do not remember the calendar date, what school grade were you in at the time and what season of the year was it (spring, summer, fall, winter), and what age were you when it started?  If the sexual abuse took place over a period of time, please state when it started and when it stopped.  If you were sexually abused by more than one sexual abuser indicate when the sexual abuse by each of the sexual abusers started and stopped.

**I believe the first act of sexual abuse by Robert Cherry happened in approximately 1955 and ended in approximately 1956. I was approximately 11 years old during the sexual abuse.**

L.   Please describe what happened to you.  You can provide a description in your own words and/or use the checkboxes below.

   i.   About how many times were you sexually abused?

☐ I was sexually abused once.

☒ I was sexually abused more than once.

If you were sexually abused more than once, please state how many times (if you recall):  **See below narrative.**

**I was sexually abused by Robert Cherry at least 35 times.**

M.   Please describe what happened to you.  You can provide a description in your own words and/or use the checkboxes below.  (Check all that apply.)  **Please note that the boxes are not meant to limit the characterization or description of your sexual abuse.**

   i.   What did the sexual abuse involve?  **See below narrative.**

☒ The sexual abuse involved touching outside of my clothing.

☒ The sexual abuse involved touching my bare skin.

☒ The sexual abuse involved fondling or groping.

☐ The sexual abuse involved masturbation.

☒ The sexual abuse involved oral copulation / oral sex.

☐ The sexual abuse involved the penetration of some part of my body.

ii.  Did any of the following occur in connection with the sexual abuse:  **See below narrative.**

☐ The acts of sexual abuse against me also involved other youth.

☐ The sexual abuse involved photographs or video.

☒ Even though I did not want it, my body responded sexually to the sexual abuse.

☐ The sexual abuse involved actual or implied threats of violence or other adverse consequences if I disclosed the sexual abuse.

☒ The sexual abuse involved gifts, privileges, experiences, and other rewards or bribes in addition to the activities and awards normally part of Scouting.

☒ The sexual abuser(s) made my family think they could be trusted.

☒ At the time of the sexual abuse, my family or I had significant financial, social, behavioral or other challenges.

If you wish to provide a narrative, please describe the sexual abuse in as much detail as you can recall in the lines below.  You may attach additional pages if needed.

**I initially met Robert Cherry when I joined Boy Scouts at 11 years old and he was an Assistant Scoutmaster. I recall that Cherry was at least 19 years old at the time. Cherry's family owned a cozy corner restaurant in our neighborhood, and they lived in the building above it. Cherry would buy me ice cream and soda at his family's store. Eventually he invited me to his home. I remember feeling proud and excited that a Scout leader wanted to spend time with me. My family was poor, and my father was very reserved, so I did not have much attention from an adult male figure. Looking back, I believe that Cherry took advantage of my situation.**

**When we got upstairs, I recall we were not up there very long until he pulled down my pants, grabbed my penis, and put it into his mouth. He performed oral sex on me until I climaxed and ejaculated into his mouth. Once I finished, I went home. He continued to invite me over to his home and perform oral sex on me 1-2 times per week. I did not know what to do and was very confused at the time.**

**After Cherry was abusing me for a few months, my Troop took a camping trip to a Boy Scout Camp in New Jersey near the Delaware River. I do not recall many details from this trip, but I remember once Cherry got me alone in the woods, he performed oral sex on me 1-2 times that weekend. I believe he would have done it more times, but there were always people around.**

**Cherry continued to abuse me almost every week for about one year. I estimate that he abused me at least 35 times. Eventually my family moved away so I dropped out of Scouting and never saw him again.**

N.   Did you or anyone on your behalf tell anyone involved in Scouting about the sexual abuse at or about the time of the sexual abuse?   Yes ☐    No ☒

O.   Did you or anyone on your behalf report the sexual abuse to law enforcement or investigators at or about the time of the sexual abuse?   Yes ☐    No ☒

P.   If you can remember anyone you may have ever told about the sexual abuse at the time, including anyone involved with Scouting, friends, relatives, and/or law enforcement, please list their name and when you told them.

**I believe I later told the following people about the sexual abuse after it was over: my mother ▬▬▬▬▬ in approximately 1984; my psychologist ▬▬▬▬▬ in approximately 2010; my ex wife ▬▬▬▬▬ in the late 1960s; and my ex-wife ▬▬▬▬▬ between 1970 and 1990. I also told my daughters ▬▬ and ▬▬▬▬▬, my brother ▬▬▬▬ and my nephew ▬▬▬▬▬, but I do not recall when I told them. I also told my counselors listed in Part 5, Question "B." I have also told girlfriends and friends over time, but I do not recall who or when I told them.**

Q.    Did you have any relationship with your sexual abuser outside of Scouting? Check all that apply:

☐ Religious organization leader, member, volunteer

☐ Family member or relative

☐ Coach/athletics

☐ Teacher

☐ Neighbor

☐ Other (please explain and add any other information you remember to the categories above):

**I did not have a relationship with Robert Cherry outside of Scouting.**

R.    Are you aware of anyone who knew about the sexual abuse?

**I do not recall whether anyone knew about the abuse by Robert Cherry. However, according to BSA's Ineligible Volunteer files, BSA received reports that Cherry was arrested for sexually abusing children in approximately 1988 and was subsequently removed from Scouting. Other people who know about the sexual abuse are the people who I listed in my response to Question "P" (people I have told about the abuse).**

| PART 5: IMPACT OF SEXUAL ABUSE |
|---|

**(Attach additional pages if necessary)**

**(If you currently cannot describe any harm you have suffered on account of the sexual abuse, you may omit this section for now.  However, you may be asked to provide the information requested at a later date.)**

A.    Please describe how you were impacted, harmed, damaged, or injured in ways that you now connect as being related to the sexual abuse you described above. (Check all that apply.)  You can provide a

description in your own words and/or use the checkboxes below. **Please note that the boxes are not meant to limit the characterization or description of the impact(s) of your sexual abuse**.

- ☒ Psychological / emotional health (including depression, anxiety, feeling numb, difficulty managing or feeling emotions including anger)

- ☒ Post traumatic stress reactions (including intrusive images, feelings from the abuse, numbing or avoidance behaviors)

- ☒ Physical health (including chronic disease, chronic undiagnosed pain or physical problems)

- ☐ Education (including not graduating high school, being unable to finish training or education)

- ☐ Employment (including difficulties with supervisors, difficulty maintaining steady employment, being fired from jobs)

- ☒ Intimate relationships (including difficulty maintaining emotional attachments, difficulty with sexual behavior, infidelity)

- ☒ Social relationships (including distrust of others, isolating yourself, not being able to keep healthy relationships)

- ☐ Alcohol and/or substance abuse (including other addictive behavior such as gambling)

- ☐ Other (please explain and add any other information you remember to the categories above)

If you wish to provide a narrative, please describe how you were impacted, harmed, damaged, or injured in ways that you now connect as being related to the sexual abuse you described above in as much detail as you can recall in the lines below. You may attach additional pages if needed. **See below narrative.**

**The abuse by Assistant Scoutmaster Cherry was my first sexual experience, and it affected every sexual experience after that for decades. At the time, I did not know how much it would affect me, but looking back, I wish I could redo that part of my life. After Cherry abused me, I thought sex was dirty. I was embarrassed. I was afraid of sex and did not lose my virginity until I was married. When I eventually did, I always prematurely ejaculated. I was very sexually oriented and wanted to have sex, but when I actually got the opportunity, I could not perform and felt terrible about myself. I lived in guilt and shame and did not have the courage about the abuse to tell my mother until I was 45 years old.**

**I have lived a life without a single satisfying sexual experience. When I was married to my first wife, we tried to see counselors to see if we could make it work, but my sexual dysfunction ended our marriage. It took me until my late 40's until I was able to somewhat control myself. Sex made me feel insecure in my own skin, and I believe it is because of the sexual abuse by Assistant Scoutmaster Cherry.**

**After my second failed marriage, I struggled to maintain a relationship with women. I found myself only wanting sex from women, and when I could not have it, one of us would end the relationship. I estimate that I have had at least 50 relationships with women where these problems occurred. None of these relationships lasted long because I would not get close to them emotionally.**

**I am now 76 and I am alone. I have never had many friends, and have never had much of a social life. I trust women more than men by far. Over the course of my career, I always hired women, promoted them, and trusted them more. I believe this is because I was betrayed and abused by an adult male when I was young, Robert Cherry. Both of my children are homosexual, and I struggled to communicate with them. As a result, only one of them talks to me.**

**Robert Cherry robbed me of my sexual life, which affected my ability to maintain relationships with women and my family. I have a lot of anger inside of me as a result and have suffered a lot of pain, shame, and regret.**

B.   Have you ever sought counseling or other mental health treatment for any reason?

Yes ☒      No ☐

If your response to the prior question is "Yes," please identify the name of each person who provided you with counseling or mental health treatment, their location, the type of counseling or treatment and the estimated dates/time period of counseling or treatment.  If you were prescribed medication in connection with such counseling or mental health treatment, please list the name of the medication and how long you took that medication.

1. ████████████
   ████████████████

   **1980s**
   **Sexual problems**

2. ████████████████████
   ████████████████████

   **1980s**
   **Sexual problems and marriage counseling**

3. ████████████
   ████████████████
   ████████████

   **2010**
   **Medical treatment for sexual dysfunction**
   **Prescribed medications: Viagra**

---

## PART 6: ADDITIONAL INFORMATION

**A.**   **Prior Litigation.**

    i.   Was a lawsuit regarding the sexual abuse you have described in this Sexual Abuse Survivor Proof of Claim filed by you or on your behalf.

    Yes ☐   No ☒ (If "Yes," you are required to attach a copy of the complaint.)

**B.**   **Prior Bankruptcy Claims.** Have you filed any claims in any other bankruptcy case relating to the sexual abuse you have described in this Sexual Abuse Survivor Proof of Claim? Yes ☐   No ☒   (If "Yes," you are required to attach a copy of any completed claim form.)

**C.**   **Payments.** Have you received any payments related to the sexual abuse you have described in this Sexual Abuse Survivor Proof of Claim from any party, including BSA?   Yes ☐   No ☒

    i.   If yes, how much and from whom? _____

**D.**   **Current Bankruptcy Case.** Are you currently a debtor in a bankruptcy case? Yes ☐ No ☒

    i.   If yes, please provide the following information:

    Name of Case: _____   Court: _____

    Date filed: _____   Case No. _____

    Chapter: 7 ☐   11 ☐   12 ☐   13 ☐   Name of Trustee: _____

"Signature page follows – you must complete and sign the next page"

| SIGNATURE |
|---|

**To be valid, this Sexual Abuse Survivor Proof of Claim must be signed by you.** If the Sexual Abuse Survivor is deceased or incapacitated, the form must be signed by the Sexual Abuse Survivor's representative or the attorney for the Sexual Abuse Survivor's estate.  If the Sexual Abuse Survivor is a minor, the form must be signed by the Sexual Abuse Survivor's parent or legal guardian, or the Sexual Abuse Survivor's attorney.  (Any form signed by a representative or legal guardian <u>must</u> attach documentation establishing such person's authority to sign this form for the Sexual Abuse Survivor.)

**Penalty for presenting a fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152, 157 and 3571.**

**Check the appropriate box:**

☒   I am the Sexual Abuse Survivor.

☐   I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.

☐   Other (describe):
_____

**I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.**

**I declare under penalty of perjury that the foregoing statements are true and correct.**

**Date:**      **November 2, 2020**

**Signature:**

**Print Name:**

**Relationship to Sexual Abuse Survivor(if not signed by Sexual Abuse Survivor):**

**Address:**

**Contact Phone:**

**Email:**

# Claimant No. 48081

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

**COVER PAGE FOR AMENDMENTS OR SUPPLEMENTS
TO THE SEXUAL ABUSE SURVIVOR PROOF OF CLAIM**

**TO:**　　　Omni Agent Solutions

**FROM:**　　**Pfau Cochran Vertetis Amala, attorney for:**

| First and Last Name: | ███████████ | | | | |
|---|---|---|---|---|---|
| Year of Birth: | ████ | | | | |
| Number and Street: | ███████████ | | | | |
| City: | ███████████ | State: | ████████ | Zip Code: | ██████ |
| Country (not USA): | ████ | Email Address: | | ███████████ | |
| Telephone (Home): | | Telephone (Cell): | | ██████████ | |

**DATE:**　　**November 6, 2020**

**CLAIM NUMBER:**　　**SA-28089**
**(if you have it)**

**INTERNAL CLAIM OR CLIENT IDENTIFIER:**　　　**2015849**
**(if applicable)**

Notes (if any):

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## SEXUAL ABUSE SURVIVOR PROOF OF CLAIM

This Sexual Abuse Survivor Proof of Claim must be submitted and received by **5:00 p.m. (Eastern Time)** on **November 16, 2020**. Please carefully read the following instructions included with this SEXUAL ABUSE SURVIVOR PROOF OF CLAIM and complete ALL applicable questions to the extent of your knowledge or recollection. If you do not know the answer to an open-ended question, you can write "I don't recall" or "I don't know." If a question does not apply, please write "N/A." If you are completing this form in hard copy, please write or type clearly using blue or black ink.

The Sexual Abuse Survivor Proof of Claim must be delivered to Omni Agent Solutions, the Court-approved claims and noticing agent (the "Claims Agent"), by either:

(i)     Hand delivery, first class mail, or courier the *original* proof of claim to: BSA Abuse Claims Processing, c/o Omni Agent Solutions, 5955 De Soto Ave., Suite 100, Woodland Hills, CA 91367, so that it is *received* on or before **November 16, 2020 at 5:00 p.m. (Eastern Time)**;[2] or

(ii)    Electronically using the interface available at: www.OfficialBSAClaims.com on or before **November 16, 2020 at 5:00 p.m. (Eastern Time)**.

Sexual Abuse Survivor Proofs of Claim sent by email or facsimile transmission **will not** be accepted.

"You" and/or "Sexual Abuse Survivor" refers to the person asserting a Sexual Abuse Claim against the Boy Scouts of America ("BSA") related to the Sexual Abuse Survivor's sexual abuse. For this claim to be valid, the Sexual Abuse Survivor must sign this form. If the Sexual Abuse Survivor is deceased or incapacitated, the form must be signed by the Sexual Abuse Survivor's representative or the attorney for the Sexual Abuse Survivor's estate. If the Sexual Abuse Survivor is a minor, the form must be signed by the survivor's parent or legal guardian or attorney. Any Sexual Abuse Survivor Proof of Claim signed by a representative or legal guardian must attach documentation establishing such person's authority to sign the claim for the Sexual Abuse Survivor.

| |
|---|
| **Who Is a Sexual Abuse Survivor?** |

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] If you are mailing your Sexual Abuse Survivor Proof of Claim, do not attach original documents with your Sexual Abuse Survivor Proof of Claim.

DocuSign Envelope ID: 029762CB-DDAD-4D71-BEBA-173B584F3AAB

For purposes of this Sexual Abuse Survivor Proof of Claim, the term **Sexual Abuse Survivor** refers to a person who was sexually abused *before* turning eighteen (18) years of age.

## Who Should File a Sexual Abuse Survivor Proof of Claim?

This Sexual Abuse Survivor Proof of Claim is only for people who were sexually abused before turning eighteen (18) years of age and where the sexual abuse (defined below) occurred <u>on or before February 18, 2020</u>. This Sexual Abuse Survivor Proof of Claim is the way you assert an unsecured claim against BSA seeking damages based on Scouting-related sexual abuse. Any person asserting a claim based on anything other than childhood sexual abuse should use the General Proof of Claim form (official bankruptcy form 410).

## What Is Sexual Abuse?

For the purposes of this Sexual Abuse Survivor Proof of Claim, **sexual abuse** means, with respect to a child under the age of eighteen (18) at the time of the sexual abuse, sexual conduct or misconduct, sexual abuse or molestation, sexual exploitation, sexual touching, sexualized interaction, sexual comments about a person's body, or other verbal or non-verbal behaviors that facilitated, contributed to, or led up to abuse, regardless of whether or not such behavior was itself sexual or against the law, and regardless of whether the child thought the behavior was sexual abuse at the time. Sexual abuse includes behavior between a child and an adult and between a child and another child, in each instance without regard to whether such activity involved explicit force, whether such activity involved genital or other physical contact, and whether the child associated the abuse with any physical, psychological, or emotional harm. It involves behaviors including penetration or fondling of the child's body, other body-on-body contact, or non-contact, behaviors such as observing or making images of a child's naked body, showing or making pornography, or having children behave in sexual behavior as a group.

If you have a claim arising from sexual abuse and you were at least eighteen (18) years of age at the time the sexual abuse began or if you have a claim arising from other types of abuse, including non-sexual physical abuse, non-sexual emotional abuse, bullying or hazing, you should consult the *Notice of Deadlines Requiring Filing of Proof of Claim* and file a General Proof of Claim (Official Bankruptcy Form 410).

For the avoidance of doubt, if you have a claim for sexual abuse and you were a child under the age of eighteen (18) when the sexual abuse began you must complete this form.

## You May Wish to Consult an Attorney Regarding This Matter.

You may also obtain information from the Claims Agent by: (1) calling toll free at 866-907-2721, (2) emailing at BSAInquiries@omniagnt.com, or (3) visiting the case website at www.OfficialBSAClaims.com (do not contact the Claims Agent for legal advice).

## What If I Don't File on Time?

**Failure to complete and return this Sexual Abuse Survivor Proof of Claim by November 16, 2020 at 5:00 p.m. (Eastern Time) may result in your inability to vote on a plan of reorganization and/or to receive a distribution from this bankruptcy for sexual abuse related to BSA.**

**Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

## PART 1: CONFIDENTIALITY

Unless you indicate below, your identity and your Sexual Abuse Survivor Proof of Claim will be kept **confidential**, under seal, and outside the public record. However, information in this Sexual Abuse Survivor Proof of Claim will be confidentially provided, pursuant to Court-approved guidelines, to the Debtors, the Debtors' counsel and retained advisors, certain insurers of BSA, the Tort Claimants' Committee, counsel to the Ad Hoc Committee of Local Councils (with personally identifiable information redacted), individual Local Councils solely with respect to Sexual Abuse Claims asserted against them, attorneys at the Office of the United States Trustee for the District of Delaware, the Future Claimants' Representative, the Court, and confidentially to such other persons that the Court determines need the information in order to evaluate the claim. Information in this Sexual Abuse Survivor Proof of Claim may be required to be disclosed to governmental authorities under mandatory reporting laws in many jurisdictions.

**This Sexual Abuse Survivor Proof of Claim (along with any accompanying exhibits and attachments) will be maintained as _confidential_ unless you expressly request that it be publicly available by checking the "public" box _and_ signing below.**

| | |
|---|---|
| ☐ | **PUBLIC**: I want my identity and this Sexual Abuse Survivor Proof of Claim (together with any exhibits and attachments) to be made part of the official claims register in these cases. **My claim will be available for review by any and all members of the public**. |

Signature: _____

Print Name: _____

## PART 2: IDENTIFYING INFORMATION

**A.    Identity of Sexual Abuse Survivor**

First Name: ▇▇▇▇ Middle Initial: ▇ Last Name: ▇▇▇▇▇

Mailing Address (If Sexual Abuse Survivor is incapacitated, is a minor, or is deceased, provide the address of the individual submitting the claim. If you are in jail or prison, provide the address of your place of incarceration):

| | | | | | |
|---|---|---|---|---|---|
| Number and Street: | ▇▇▇▇ | | | | |
| City: | ▇▇▇▇▇▇ | State: | ▇▇ | Zip Code: | ▇▇▇ |
| Country (not USA): | ▇▇ | Email Address: | | ▇▇▇▇▇▇▇ | |
| Telephone (Home): | | Telephone (Cell): | | ▇▇▇▇▇ | |

For communications regarding this claim you may use (check the appropriate boxes):

Email ☐    US Mail ☐    Home Voicemail ☐    Cell Voicemail ☐    Counsel listed below ☒

Social Security Number of Sexual Abuse Survivor (last four digits <u>only</u>): XXX-XX- ▇▇▇

If the Sexual Abuse Survivor is in jail or prison, provide the Sexual Abuse Survivor's identification number:
▇▇▇▇▇▇

Birthdate of Sexual Abuse Survivor (only the month and year): (MM/YYYY): ▇▇▇

Any other name, or names, by which the Sexual Abuse Survivor has ever been known: ██████████
██████████

Gender of Sexual Abuse Survivor: ███████████████████████████

**B.** **If you have hired an attorney relating to the sexual abuse described in this Sexual Abuse Survivor Proof of Claim, please provide his or her name and contact information:**

| Law Firm Name: | **Panish Shea & Boyle LLP** | | | | |
|---|---|---|---|---|---|
| Attorney's Name: | **Spencer R. Lucas** | | | | |
| Number and Street: | **11111 Santa Monica Blvd., Suite 700** | | | | |
| City: | **Los Angeles** | State: | **CA** | Zip Code: | **90025** |
| Country (not USA): | **USA** | Email Address: | | **lucas@psblaw.com** | |
| Telephone (Work): | **(310) 477-1700** | Fax No.: | | **(310) 477-1699** | |

### PART 3: BACKGROUND INFORMATION FOR SEXUAL ABUSE SURVIVOR

**A.** **Marital/Domestic Partner History:**

██████████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████████

**B.** **Education History:**

██████████████████████████████████████████
██████████████████████████████████████████

**C.**    **Employment:**

**D.**    **Military service:**

**E.**    **Involvement with Scouting:**

      a.   Have you ever been affiliated with Scouting and/or a Scouting program?

Yes ☒        No ☐

b.  When were you involved with Scouting?

**I was involved with Scouting from approximately 1970 to 1973.**

c.  What type of Scouting unit (i.e., troop) were you involved with and, if you recall, when you were involved and what was your troop or unit number?

☒ Boy Scouts: **I do not recall my unit number, It was located in Costa Mesa, California.**

☒ Cub Scouts:  **Troop #354**

☐ Exploring Scouts _____

☐ Sea Scouts _____

☐ Venturing _____

☐ Other (please explain your involvement with Scouting):

_____

_____

_____

## PART 4: NATURE OF THE SEXUAL ABUSE

**(Attach additional sheets if necessary)**

**For each of the questions listed below, please complete your answers to the best of your recollection.**

**Note:** If you have previously filed a lawsuit about your Scouting-related sexual abuse in state or federal court, you may attach a copy of the complaint.  If you have not filed a lawsuit, or if the complaint does not contain all of the information requested below, you must provide the information below to the extent of your recollection.

Please answer each of the following questions to your best ability.  If you do not know or recall, please so indicate.

If you are the survivor of sexual abuse by more than one sexual abuser, please respond to each of the questions in this Part 4 for each sexual abuser.

A.  Please answer "Yes" or "No" to each of the following:

i.    Were you sexually abused by more than one person?    Yes ☐        No ☒

ii.   Were you sexually abused in more than one state?    Yes ☐        No ☒

Here is where the client said they were sexually abused:

B.  Please name each person who sexually abused you in relation to your involvement in Scouting. ("Scouting" includes Cub Scouts, Boy Scouts, Exploring Scouts, Sea Scouts and Venturing.)

If you do not remember the name of the sexual abuser(s), provide as much identifying information about the sexual abuser(s) that you can recall, such as their approximate age and their relationship to Scouting (e.g., the Scoutmaster of Troop 100, another Troop member of Troop 200, camp staff member, etc.).

**<u>I was sexually abused by James Stewart, who was the Scoutmaster while I was in Cub Scouts as</u>**

**<u>described above. I recall the following details he was an officer in the Air Force and in his mid 30s.</u>**

**<u>I recall James Stewart had just moved from Louisiana to Costa Mesa, California. His son James</u>**

**<u>Stewart Jr. was also in my Cub Scout troop.</u>**

C.  Other than the sexual abuser(s), please identify any person(s) you can remember who were leaders or other adults involved in your Scouting unit or the camp(s) you attended.

**<u>I do not recall the names of any other adults or leaders involved in my Scouting unit.</u>**

D.  What was each sexual abuser's position, title, or relationship to you in Scouting (check all that apply)?

☒ Adult Scout leader in my Scouting unit

☐ Adult Scout leader not in my Scouting unit

☐ Youth Scout in my Scouting unit

☐ Youth Scout not in my Scouting unit

☐ Camp personnel (e.g., camp staff) not in my Scouting unit

☐ I don't know

☐ Other (please explain why you believe the person(s) who sexually abused you had a relationship with Scouting):

_____

_____

_____

E.  Where were you at the time you were sexually abused (city, state, territory and/or country)?

**<u>At the time of the sexual abuse, I was on overnight camping trips near or approximately in</u>**

**<u>Santiago Canyon, outside of Costa Mesa, California.</u>**

F.  What was the type of Scouting you were involved with during the sexual abuse (check all that apply)?

☐ Boy Scouts

☒ Cub Scouts

☐ Exploring Scouts

☐ Venturing

☐ Sea Scouts

☐ Other (please explain why you believe you had a connection to Scouting during the sexual abuse):

_____

_____

_____

G.  What was the Scouting unit number and physical location (city, state, territory and/or country) of the Scouting unit(s) or provisional troop you were in during the time of the sexual abuse?

**During the sexual abuse, I was in Cub Scout unit number 354, located in Costa Mesa,**

**California.**

H.  What was the name and location (city, state, territory and/or country) of the organization that chartered or sponsored your Scouting unit, including the organization that hosted meetings of your Scouting unit, during the time of the sexual abuse (e.g., church, school, religious institution, or civic group)?

(Note that such organizations are not currently parties to the bankruptcy so if you believe you may have a claim against any such organization you must take additional action to preserve and pursue any such claim.)

**I do not recall the name of the organization that chartered or sponsored my Scouting unit.**

I.  What was the name of the BSA Local Council(s) affiliated with your Scouting unit(s), any Boy Scout camp or other Scouting activity during the time of the sexual abuse?

(Note that such BSA Local Councils are not currently parties to the bankruptcy so if you may have a claim against any such BSA Local Council(s) you must take additional action to preserve and pursue any such claim.)

**Claimant does not recall the name of the local council that was involved with his Scouting unit; however,**

**according to BSA's local council locator, Orange County Council is responsible for Scouting units in the**

**area Claimant's Scouting unit was located.**

J.  In which of the following places did the sexual abuse take place?  Check all that apply.

☐  At or in connection with a Scout meeting.

☒  At or in connection with a Scout camp.

☐  At or in connection with another Scouting-related event or activity (please explain):

_____

☐  Other (please explain – for example, schools, churches, cars, homes or other locations):

_____

_____

K.  When did the first act of sexual abuse take place? If you do not remember the calendar date, what school grade were you in at the time and what season of the year was it (spring, summer, fall, winter), and what age were you when it started?  If the sexual abuse took place over a period of time, please state when it started and when it stopped.  If you were sexually abused by more than one sexual abuser indicate when the sexual abuse by each of the sexual abusers started and stopped.

**The sexual abuse by James Stewart happened in the summer of approximately 1971 during a weekend camping trip my troop went on. The abuse ended when I quit Scouting in 1973.**

**I was approximately 11 years old during the sexual abuse.**

L.  Please describe what happened to you.  You can provide a description in your own words and/or use the checkboxes below.

i.  About how many times were you sexually abused?

☐  I was sexually abused once.

☒  I was sexually abused more than once.

If you were sexually abused more than once, please state how many times (if you recall):  **See below narrative.**

**I was sexually abused by James at least 3 times.**

M.  Please describe what happened to you.  You can provide a description in your own words and/or use the checkboxes below.  (Check all that apply.)  **Please note that the boxes are not meant to limit the characterization or description of your sexual abuse.**

i.  What did the sexual abuse involve?  **See below narrative.**

☒ The sexual abuse involved touching outside of my clothing.

DocuSign Envelope ID: 029762CB-DDAD-4D74-BFBA-173B584E2AAB

☒ The sexual abuse involved touching my bare skin.

☒ The sexual abuse involved fondling or groping.

☒ The sexual abuse involved masturbation.

□ The sexual abuse involved oral copulation / oral sex.

□ The sexual abuse involved the penetration of some part of my body.

ii. Did any of the following occur in connection with the sexual abuse: **See below narrative.**

□ The acts of sexual abuse against me also involved other youth.

□ The sexual abuse involved photographs or video.

□ Even though I did not want it, my body responded sexually to the sexual abuse.

☒ The sexual abuse involved actual or implied threats of violence or other adverse consequences if I disclosed the sexual abuse.

☒ The sexual abuse involved gifts, privileges, experiences, and other rewards or bribes in addition to the activities and awards normally part of Scouting.

☒ The sexual abuser(s) made my family think they could be trusted.

□ At the time of the sexual abuse, my family or I had significant financial, social, behavioral or other challenges.

If you wish to provide a narrative, please describe the sexual abuse in as much detail as you can recall in the lines below. You may attach additional pages if needed.

**I was sexually abused by my Scoutmaster James Stewart Sr. three times. The first incident of sexual abuse occurred about one year into Cub Scouts. Our troop went on a weekend camping trip somewhere approximately 50 miles outside of Costa Mesa, California. On the last night of the trip, we were all sitting around the campfire and I had to go to the bathroom. I just had to pee but I did not want to use the outhouse because of the smell. I walked into the woods where I knew it was safe and no one would see me.**

**As I was going to the bathroom, I suddenly felt a hand on my shoulder. It scared me to death. I was surprised to see Stewart standing there. He asked me what I was doing, there's an outhouse but I said I did not want to use it because of the smell. Stewart laughed and said he didn't like**

the smell either. Then he asked, "do you need help?" I said I didn't know what he meant. Stewart then said "you know, sometimes I need help when I go to the bathroom. Can I go here too?" He unzipped his pants and took out his penis. That is when he turned to me and said "oh I am having a hard time can you help me?" I was shocked I said I did not feel comfortable. Stewart said "bottom line ████ I have a problem and if you help me that would be great and I will help you by giving you merit badges without having to work for them and helping you make friends." I was a loner and did not have many friends so this offer was extremely attractive to me.

Stewart said if I told anyone about this, not only would he deny it, but he would find me, beat me up, and tell everyone I was the one who asked him to do it. This terrified me. I did not want to be hit or beaten up so I promised not to tell.

Then Stewart made me grab his penis and stroke it up and down. This went on for several minutes until he ejaculated. I asked Stewart if I helped him because I wasn't sure what had just come out of his penis. He said "yes, thank you" and then he gave me a camping badge. He told me not to put it on my sash until after the trip. That night I laid awake, unable to sleep. I was so confused.

The next two incidents of abuse happened when our troop went camping again. This was several months after the first incident. On the first night, we were sitting around the campfire when I noticed Stewart gesturing me over to the woods. I tried to ignore him but he was giving me a very stern look as if saying "go now". I was worried about what he might do so I got up and walked towards the woods. Just as before, Stewart followed me into the woods and asked me to stroke his penis until he ejaculated. Once again Stewart threatened to blame me if I disclosed the abuse.  The next night, Stewart took me into the woods again but this time he made me unzip his pants and take out his penis for him. He forced me to masturbate him to the point of ejaculation.

**This time was the longest of the three incidents. I recall thinking I never wanted to do this again.**

**This was the last camping trip I ever attended.**

N.   Did you or anyone on your behalf tell anyone involved in Scouting about the sexual abuse at or about the time of the sexual abuse?   Yes ☐   No ☒

O.   Did you or anyone on your behalf report the sexual abuse to law enforcement or investigators at or about the time of the sexual abuse?   Yes ☐   No ☒

P.   If you can remember anyone you may have ever told about the sexual abuse at the time, including anyone involved with Scouting, friends, relatives, and/or law enforcement, please list their name and when you told them.

**I did not tell anyone about the abuse at the time as I was threatened not to.**

Q.   Did you have any relationship with your sexual abuser outside of Scouting? Check all that apply:

☐ Religious organization leader, member, volunteer

☐ Family member or relative

☐ Coach/athletics

☐ Teacher

☒ Neighbor

☒ Other (please explain and add any other information you remember to the categories above):

**James Stewart was my friend ████████ father.**

R.   Are you aware of anyone who knew about the sexual abuse?

**I am not aware of anyone knowing about my abuse.**

| PART 5: IMPACT OF SEXUAL ABUSE |
|---|

**(Attach additional pages if necessary)**

**(If you currently cannot describe any harm you have suffered on account of the sexual abuse, you may omit this section for now.  However, you may be asked to provide the information requested at a later date.)**

A.   Please describe how you were impacted, harmed, damaged, or injured in ways that you now connect as being related to the sexual abuse you described above. (Check all that apply.)   You can provide a

description in your own words and/or use the checkboxes below. **Please note that the boxes are not meant to limit the characterization or description of the impact(s) of your sexual abuse**.

☒ Psychological / emotional health (including depression, anxiety, feeling numb, difficulty managing or feeling emotions including anger)

☒ Post-traumatic stress reactions (including intrusive images, feelings from the abuse, numbing or avoidance behaviors)

☐ Physical health (including chronic disease, chronic undiagnosed pain or physical problems)

☐ Education (including not graduating high school, being unable to finish training or education)

☒ Employment (including difficulties with supervisors, difficulty maintaining steady employment, being fired from jobs)

☒ Intimate relationships (including difficulty maintaining emotional attachments, difficulty with sexual behavior, infidelity)

☒ Social relationships (including distrust of others, isolating yourself, not being able to keep healthy relationships)

☐ Alcohol and/or substance abuse (including other addictive behavior such as gambling)

☒ Other (please explain and add any other information you remember to the categories above)

If you wish to provide a narrative, please describe how you were impacted, harmed, damaged, or injured in ways that you now connect as being related to the sexual abuse you described above in as much detail as you can recall in the lines below.  You may attach additional pages if needed.  **See below narrative.**

**The sexual abuse at the hands of my Scoutmaster, James Stewart Sr., had a lasting impact on my life. After the second and third incidents of sexual abuse, I was conflicted. I loved being in Cub Scouts and I did not want to quit. I felt safe in Scouting as long as there was no overnight activities or camping trips. I was able to stay in Cub Scouts until a few months later when Stewart announced the next camping trip. I told my parents I did not want to go on the trip. My dad told me if I didn't want to go camping there wasn't a point for him to keep paying my Scouting dues. I recall crying and being so upset I had to quit. I wanted to tell them why I did not want to go camping but I was terrified of what Stewart would do to me. Before the sexual abuse, I had dreamed of becoming an Eagle Scout. The abuse robbed me of that opportunity and so much more.**

At the time of the abuse, I was already struggling to make friends. Stewart's son, ▮▮▮ was one of my few friends but after what happened with his father, I began avoiding him. ▮▮▮ would invite me over to his house to play but I always made up excuses as to why I couldn't go. I never wanted to see Stewart again and I was anxious ▮▮▮ might find out what happened. Eventually, my friendship with ▮▮▮ ended. My anxieties carried over into school. I became even more of a loner and isolated myself from my peers. My self-esteem diminished and I felt a target.  I lived in fear someone would try to take advantage of me again.

After the abuse, I did not know who I could trust outside of my immediately family. I started to question my trust in everything and everyone, which created anxiety and severe distrust. I dropped out of high school to enter the workforce early but I struggled with my supervisors. I attempted to give people a fair chance but I questioned everyone's true intentions. This made me guarded with any male authority figure or co-worker. I never wanted to be viewed as an easy target they could mess with.

As I went through puberty, the abuse led me to question my own sexuality. My father raised my brothers and I to be such masculine men so what happened with Stewart did not make sense to me. I knew I was attracted to women but I continuously questioned the abuse. This insecurity affected my intimate relationships. I struggled to communicate with woman and was embarrassed about my body. I have two failed marriages which I attribute to my issues with intimacy. I was never able to confide in my wives about the abuse. Today, I sabotage potential relationships because I do not want to explain my intimacy anxieties.

B.    Have you ever sought counseling or other mental health treatment for any reason?

Yes ☒       No ☐

If your response to the prior question is "Yes," please identify the name of each person who provided you with counseling or mental health treatment, their location, the type of counseling or treatment and the estimated dates/time period of counseling or treatment.  If you were prescribed medication in

connection with such counseling or mental health treatment, please list the name of the medication and how long you took that medication.

**1.** ███████████

███████████████

██████████████████████████

**One on One Counseling for Marriage and Abuse Related Issues**
**2012 – 2013**

## PART 6: ADDITIONAL INFORMATION

**A.** **Prior Litigation.**

    i.    Was a lawsuit regarding the sexual abuse you have described in this Sexual Abuse Survivor Proof of Claim filed by you or on your behalf.

        Yes ☐    No ☒  (If "Yes," you are required to attach a copy of the complaint.)

**B.** **Prior Bankruptcy Claims.** Have you filed any claims in any other bankruptcy case relating to the sexual abuse you have described in this Sexual Abuse Survivor Proof of Claim? Yes ☐    No ☒  (If "Yes," you are required to attach a copy of any completed claim form.)

**C.** **Payments.** Have you received any payments related to the sexual abuse you have described in this Sexual Abuse Survivor Proof of Claim from any party, including BSA? Yes ☐    No ☒

    i.    If yes, how much and from whom? _____

**D.** **Current Bankruptcy Case.** Are you currently a debtor in a bankruptcy case? Yes ☐ No ☒

    i.    If yes, please provide the following information:

        Name of Case: _____  Court: _____

        Date filed: _____  Case No. _____

        Chapter: 7 ☐  11 ☐  12 ☐  13 ☐  Name of Trustee: _____

"Signature page follows – you must complete and sign the next page"

## SIGNATURE

**To be valid, this Sexual Abuse Survivor Proof of Claim must be signed by you.** If the Sexual Abuse Survivor is deceased or incapacitated, the form must be signed by the Sexual Abuse Survivor's representative or the attorney for the Sexual Abuse Survivor's estate.  If the Sexual Abuse Survivor is a minor, the form must be signed by the Sexual Abuse Survivor's parent or legal guardian, or the Sexual Abuse Survivor's attorney.  (Any form signed by a representative or legal guardian <u>must</u> attach documentation establishing such person's authority to sign this form for the Sexual Abuse Survivor.)

**Penalty for presenting a fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152, 157 and 3571.**

**Check the appropriate box:**

☒    I am the Sexual Abuse Survivor.

☐    I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.

☐    Other (describe):
_____

**I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.**

**I declare under penalty of perjury that the foregoing statements are true and correct.**

**Date:**            10/23/2020

**Signature:**    ███████████████████████████████

**Print Name:**   ███████████████

**Relationship to Sexual Abuse Survivor (if not signed by Sexual Abuse Survivor):**
_____

**Address:**    ████████

                    ██████████████████████

**Contact Phone:**   ████████████

**Email:**    █████████████████████

# Claimant No. 48446

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## SEXUAL ABUSE SURVIVOR PROOF OF CLAIM

This Sexual Abuse Survivor Proof of Claim must be submitted and received by **5:00 p.m. (Eastern Time)** on **November 16, 2020**.  Please carefully read the following instructions included with this SEXUAL ABUSE SURVIVOR PROOF OF CLAIM and complete ALL applicable questions to the extent of your knowledge or recollection.  If you do not know the answer to an open-ended question, you can write "I don't recall" or "I don't know."  If a question does not apply, please write "N/A."  If you are completing this form in hard copy, please write or type clearly using blue or black ink.

The Sexual Abuse Survivor Proof of Claim must be delivered to Omni Agent Solutions, the Court-approved claims and noticing agent (the "Claims Agent"), by either:

(i)    Hand delivery, first class mail, or courier the *original* proof of claim to: BSA Abuse Claims Processing, c/o Omni Agent Solutions, 5955 De Soto Ave., Suite 100, Woodland Hills, CA 91367, so that it is *received* on or before November 16 **, 2020 at 5:00 p.m. (Eastern Time)**;[2] or

(ii)   Electronically using the interface available at: www.OfficialBSAClaims.com on or before **November 16, 2020 at 5:00 p.m. (Eastern Time)**.

Sexual Abuse Survivor Proofs of Claim sent by email or facsimile transmission **will not** be accepted.

"You" and/or "Sexual Abuse Survivor" refers to the person asserting a Sexual Abuse Claim against the Boy Scouts of America ("BSA") related to the Sexual Abuse Survivor's sexual abuse.  For this claim to be valid, the Sexual Abuse Survivor must sign this form.  If the Sexual Abuse Survivor is deceased or incapacitated, the form must be signed by the Sexual Abuse Survivor's representative or the attorney for the Sexual Abuse Survivor's estate.  If the Sexual Abuse Survivor is a minor, the form must be signed by the survivor's parent or legal guardian or attorney.  Any Sexual Abuse Survivor Proof of Claim signed by a representative or legal guardian must attach documentation establishing such person's authority to sign the claim for the Sexual Abuse Survivor.

| Who Is a Sexual Abuse Survivor? |
|---|

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] If you are mailing your Sexual Abuse Survivor Proof of Claim, do not attach original documents with your Sexual Abuse Survivor Proof of Claim.

DocuSign Envelope ID: 9EE3BACA-2865-411F-97F4-960B3503E564

For purposes of this Sexual Abuse Survivor Proof of Claim, the term **Sexual Abuse Survivor** refers to a person who was sexually abused *before* turning eighteen (18) years of age.

---

### Who Should File a Sexual Abuse Survivor Proof of Claim?

This Sexual Abuse Survivor Proof of Claim is only for people who were sexually abused before turning eighteen (18) years of age and where the sexual abuse (defined below) occurred on or before February 18, 2020. This Sexual Abuse Survivor Proof of Claim is the way you assert an unsecured claim against BSA seeking damages based on Scouting-related sexual abuse.  Any person asserting a claim based on anything other than childhood sexual abuse should use the General Proof of Claim form (official bankruptcy form 410).

---

### What Is Sexual Abuse?

For the purposes of this Sexual Abuse Survivor Proof of Claim, **sexual abuse** means, with respect to a child under the age of eighteen (18) at the time of the sexual abuse, sexual conduct or misconduct, sexual abuse or molestation, sexual exploitation, sexual touching, sexualized interaction, sexual comments about a person's body, or other verbal or non-verbal behaviors that facilitated, contributed to, or led up to abuse, regardless of whether or not such behavior was itself sexual or against the law, and regardless of whether the child thought the behavior was sexual abuse at the time.  Sexual abuse includes behavior between a child and an adult and between a child and another child, in each instance without regard to whether such activity involved explicit force, whether such activity involved genital or other physical contact, and whether the child associated the abuse with any physical, psychological, or emotional harm.  It involves behaviors including penetration or fondling of the child's body, other body-on-body contact, or non-contact, behaviors such as observing or making images of a child's naked body, showing or making pornography, or having children behave in sexual behavior as a group.

If you have a claim arising from sexual abuse and you were at least eighteen (18) years of age at the time the sexual abuse began or if you have a claim arising from other types of abuse, including non-sexual physical abuse, non-sexual emotional abuse, bullying or hazing, you should consult the *Notice of Deadlines Requiring Filing of Proof of Claim* and file a General Proof of Claim (Official Bankruptcy Form 410).

For the avoidance of doubt, if you have a claim for sexual abuse and you were a child under the age of eighteen (18) when the sexual abuse began you must complete this form.

---

### You May Wish to Consult an Attorney Regarding This Matter.

You may also obtain information from the Claims Agent by: (1) calling toll free at 866-907-2721, (2) emailing at BSAInquiries@omniagnt.com, or (3) visiting the case website at www.OfficialBSAClaims.com (do not contact the Claims Agent for legal advice).

---

### What If I Don't File on Time?

**Failure to complete and return this Sexual Abuse Survivor Proof of Claim by November 16, 2020 at 5:00 p.m. (Eastern Time) may result in your inability to vote on a plan of reorganization and/or to receive a distribution from this bankruptcy for sexual abuse related to BSA.**

---

**Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152, 157 and 3571.**

## PART 1: CONFIDENTIALITY

Unless you indicate below, your identity and your Sexual Abuse Survivor Proof of Claim will be kept **confidential**, under seal, and outside the public record.  However, information in this Sexual Abuse Survivor Proof of Claim will be confidentially provided, pursuant to Court-approved guidelines, to the Debtors, the Debtors' counsel and retained advisors, certain insurers of BSA, the Tort Claimants' Committee, counsel to the Ad Hoc Committee of Local Councils (with personally identifiable information redacted), individual Local Councils solely with respect to Sexual Abuse Claims asserted against them, attorneys at the Office of the United States Trustee for the District of Delaware, the Future Claimants' Representative, the Court, and confidentially to such other persons that the Court determines need the information in order to evaluate the claim. Information in this Sexual Abuse Survivor Proof of Claim may be required to be disclosed to governmental authorities under mandatory reporting laws in many jurisdictions.

**This Sexual Abuse Survivor Proof of Claim (along with any accompanying exhibits and attachments) will be maintained as __confidential__ unless you expressly request that it be publicly available by checking the "public" box __and__ signing below.**

| | |
|---|---|
| ☐ | **PUBLIC**: I want my identity and this Sexual Abuse Survivor Proof of Claim (together with any exhibits and attachments) to be made part of the official claims register in these cases.  **My claim will be available for review by any and all members of the public.** |

Signature: _____

Print Name: _____

## PART 2: IDENTIFYING INFORMATION

### A.   Identity of Sexual Abuse Survivor

First Name ▉▉▉▉   Middle Initial ▉   Last Name ▉▉▉▉  Jr/Sr/III ▉▉▉▉

Mailing Address (If Sexual Abuse Survivor is incapacitated, is a minor, or is deceased, provide the address of the individual submitting the claim. If you are in jail or prison, provide the address of your place of incarceration):

| Number and Street: | ▉▉▉▉▉▉▉▉ | | | |
|---|---|---|---|---|
| City: | ▉▉▉▉ | State: | ▉▉▉ | Zip Code: | ▉▉▉▉ |
| Country (not USA): | ▉▉▉▉▉ | Email Address: | ▉▉▉▉▉▉▉▉ |
| Telephone (Home): | ▉▉▉▉▉ | Telephone (Cell): | ▉▉▉▉▉ |

For communications regarding this claim you may use (check the appropriate boxes):

Email ☐    US Mail ☐    Home Voicemail ☐    Cell Voicemail ☐    Counsel listed below ☒

Social Security Number of Sexual Abuse Survivor (last four digits __only__):  XXX-XX-▉▉▉

If the Sexual Abuse Survivor is in jail or prison, provide the Sexual Abuse Survivor's identification number:

▉▉▉▉▉▉

Birthdate of Sexual Abuse Survivor (only the month and year): (MM/YYYY): ██████

Any other name, or names, by which the Sexual Abuse Survivor has ever been known: ████████

Gender of Sexual Abuse Survivor: ████████████████

**B.    If you have hired an attorney relating to the sexual abuse described in this Sexual Abuse Survivor Proof of Claim, please provide his or her name and contact information:**

| Law Firm Name: | **Panish Shea & Boyle LLP** | | | | |
|---|---|---|---|---|---|
| Attorney's Name: | **Spencer Lucas** | | | | |
| Number and Street: | **11111 Santa Monica Blvd., Suite 700** | | | | |
| City: | **Los Angeles** | State: | **CA** | Zip Code: | **90025** |
| Country (not USA): | | Email Address: | **lucas@psblaw.com** | | |
| Telephone (Work): | **(310) 477-1700** | Fax No. | **(310) 477-1699** | | |

---

### PART 3:  BACKGROUND INFORMATION FOR SEXUAL ABUSE SURVIVOR

**A.    Marital/Domestic Partner History:**

██████████████████████████████████████

**B.    Education History:**

██████████████████████████████████████

**C.    Employment:**

██████████████████████████████████████

**D.**   **Military service:**



**E.**   **Involvement with Scouting:**

    a.   Have you ever been affiliated with Scouting and/or a Scouting program?

    Yes ☒    No ☐

    b.   When were you involved with Scouting?

    **I was involved with Scouting from about 1968 to 1972, from about age 8 to age 12.**

    c.   What type of Scouting unit (i.e., troop) were you involved with?

           ☒ Boy Scouts **Unit #343**

           ☐ Cub Scouts _____

           ☐ Exploring Scouts _____

           ☐ Sea Scouts _____

           ☐ Venturing _____

☐ Other (please explain your involvement with Scouting):

_____

_____

_____

_____

_____

| PART 4: NATURE OF THE SEXUAL ABUSE |
| --- |

**(Attach additional sheets if necessary)**

**For each of the questions listed below, please complete your answers <u>to the best of your recollection</u>.**

**Note:** If you have previously filed a lawsuit about your Scouting-related sexual abuse in state or federal court, you may attach a copy of the complaint. If you have not filed a lawsuit, or if the complaint does not contain all of the information requested below, you must provide the information below to the extent of your recollection.

Please answer each of the following questions to your best ability. If you do not know or recall, please so indicate.

If you are the survivor of sexual abuse by more than one sexual abuser, please respond to each of the questions in this Part 4 for each sexual abuser.

A.    Please answer "Yes" or "No" to each of the following:

    i.    Were you sexually abused by more than one person?    Yes ☐    No ☒

    ii.    Were you sexually abused in more than one state?    Yes ☐    No ☒

B.    Please name each person who sexually abused you in relation to your involvement in Scouting. ("Scouting" includes Cub Scouts, Boy Scouts, Exploring Scouts, Sea Scouts and Venturing.)

If you do not remember the name of the sexual abuser(s), provide as much identifying information about the sexual abuser(s) that you can recall, such as their approximate age and their relationship to Scouting (e.g., the Scoutmaster of Troop 100, another Troop member of Troop 200, camp staff member, etc.).

**<u>I do not recall his name. I believe he was the Scout Master of my troop. He was a Black male about 40-50 years old. He was an average height and build.</u>**

C.    Other than the sexual abuser(s), please identify any person(s) you can remember who were leaders or other adults involved in your Scouting unit or the camp(s) you attended.

**<u>I do not remember any other adults involved in my Scouting unit.</u>**

D.    What was each sexual abuser's position, title, or relationship to you in Scouting (check all that apply)?

DocuSign Envelope ID: 9EE3BACA-286F-41 4F-97E4-960B3503E564

☒ Adult Scout leader in my Scouting unit

☐ Adult Scout leader not in my Scouting unit

☐ Youth Scout in my Scouting unit

☐ Youth Scout not in my Scouting unit

☐ Camp personnel (e.g., camp staff) not in my Scouting unit

☐ I don't know

☐ Other (please explain why you believe the person(s) who sexually abused you had a relationship with Scouting):

_____

_____

_____

E.    Where were you at the time you were sexually abused (city, state, territory and/or country)?

**San Francisco, CA**

F.    What was the type of Scouting you were involved with during the sexual abuse (check all that apply)?

☒ Boy Scouts

☐ Cub Scouts

☐ Exploring Scouts

☐ Venturing

☐ Sea Scouts

☐ Other (please explain why you believe you had a connection to Scouting during the sexual abuse):

_____

_____

_____

G.    What was the Scouting unit number and physical location (city, state, territory and/or country) of the Scouting unit(s) or provisional troop you were in during the time of the sexual abuse?

**Troop 343 in San Francisco CA**

H.   What was the name and location (city, state, territory and/or country) of the organization that chartered or sponsored your Scouting unit, including the organization that hosted meetings of your Scouting unit, during the time of the sexual abuse (e.g., church, school, religious institution, or civic group)?

(Note that such organizations are not currently parties to the bankruptcy so if you believe you may have a claim against any such organization you must take additional action to preserve and pursue any such claim.)

**We met at a church located at 1455 Golden Gate Avenue in San Francisco, CA. The church that is currently located there is called Missionary Temple Christian, but I do not recall if that was the name of the church at the time we met there.**

I.   What was the name of the BSA Local Council(s) affiliated with your Scouting unit(s), any Boy Scout camp or other Scouting activity during the time of the sexual abuse?

(Note that such BSA Local Councils are not currently parties to the bankruptcy so if you believe you may have a claim against any such BSA Local Council(s) you must take additional action to preserve and pursue any such claim.)

**I believe the BSA Local Council(s) affiliated with my Scouting unit was the Golden Gate Area Council, formerly the San Francisco Bay Area Council.**

J.   In which of the following places did the sexual abuse take place?  Check all that apply.

☒ At or in connection with a Scout meeting.

☐ At or in connection with a Scout camp.

☐ At or in connection with another Scouting-related event or activity (please explain):

_____

☐ Other (please explain – for example, schools, churches, cars, homes or other locations):

_____

_____

_____

K.   When did the first act of sexual abuse take place? If you do not remember the calendar date, what school grade were you in at the time and what season of the year was it (spring, summer, fall, winter), and what age were you when it started?  If the sexual abuse took place over a period of time, please state when it started and when it stopped.  If you were sexually abused by more than one sexual abuser indicate when the sexual abuse by each of the sexual abusers started and stopped.

**I believe the sexual abuse took place when I was 11 years old. It lasted a couple of months.**

L.   Please describe what happened to you.  You can provide a description in your own words and/or use the checkboxes below.

i.   About how many times were you sexually abused?

☐ I was sexually abused once.

☒ I was sexually abused more than once.

If you were sexually abused more than once, please state how many times (if you recall):

**I was abused multiple times. I believe it was about 7-9 times.**

M.  Please describe what happened to you.  You can provide a description in your own words and/or use the checkboxes below.  (Check all that apply.)  **Please note that the boxes are not meant to limit the characterization or description of your sexual abuse.**

    i.  What did the sexual abuse involve?

      ☒ The sexual abuse involved touching outside of my clothing.

      ☒ The sexual abuse involved touching my bare skin.

      ☒ The sexual abuse involved fondling or groping.

      ☒ The sexual abuse involved masturbation.

      ☒ The sexual abuse involved oral copulation / oral sex.

      ☐ The sexual abuse involved the penetration of some part of my body.

    ii.  Did any of the following occur in connection with the sexual abuse:

      ☐ The acts of sexual abuse against me also involved other youth.

      ☐ The sexual abuse involved photographs or video.

      ☒ Even though I did not want it, my body responded sexually to the sexual abuse.

      ☒ The sexual abuse involved actual or implied threats of violence or other adverse consequences if I disclosed the sexual abuse.

      ☒ The sexual abuse involved gifts, privileges, experiences, and other rewards or bribes in addition to the activities and awards normally part of Scouting.

      ☒ The sexual abuser(s) made my family think they could be trusted.

      ☐ At the time of the sexual abuse, my family or I had significant financial, social, behavioral or other challenges.

If you wish to provide a narrative, please describe the sexual abuse in as much detail as you can recall in the lines below.  You may attach additional pages if needed.

**The sexual abuse would start with the abuser touching me outside of my clothes and groping me. He would**

**guide me to touch him in the genital area, and then he would make me pull his zipper down and reach in**

**to his pants. He would make me masturbate him. He would masturbate me. He would make me give him oral sex and would also perform oral sex on me.**

**I felt like it was my fault and I didn't want to talk to any of my friends about it. I had a great deal of shame about what was going on and I felt like I had somehow let it happen to me. I didn't know how to talk about it. The perpetrator told me that no one would believe me anyway if I tried to tell anyone what was going on. I sometimes got merit badges to keep me quiet. I didn't want people thinking things about me so I never wanted to tell anyone, even later on in life.**

N.   Did you or anyone on your behalf tell anyone involved in Scouting about the sexual abuse at or about the time of the sexual abuse?    Yes ☐        No ☒

O.   Did you or anyone on your behalf report the sexual abuse to law enforcement or investigators at or about the time of the sexual abuse? Yes ☐        No ☒

P.   If you can remember anyone you may have ever told about the sexual abuse at the time, including anyone involved with Scouting, friends, relatives, and/or law enforcement, please list their name and when you told them.

**I did not tell anyone about the abuse.**

Q.   Did you have any relationship with your sexual abuser outside of Scouting? Check all that apply:

☐ Religious organization leader, member, volunteer

☐ Family member or relative

☐ Coach/athletics

☐ Teacher

☐ Neighbor

☐ Other (please explain and add any other information you remember to the categories above):

_____

_____

DocuSign Envelope ID: 9EE3BACA-2865-414E-97F4-960B3503E564

R.    Are you aware of anyone who knew about the sexual abuse?

**I am not aware of anyone who knew about the sexual abuse.**

| PART 5: IMPACT OF SEXUAL ABUSE |
| :---: |

### (Attach additional pages if necessary)

**(If you currently cannot describe any harm you have suffered on account of the sexual abuse, you may omit this section for now.  However, you may be asked to provide the information requested at a later date**.)

A.    Please describe how you were impacted, harmed, damaged, or injured in ways that you now connect as being related to the sexual abuse you described above. (Check all that apply.)  You can provide a description in your own words and/or use the checkboxes below.  **Please note that the boxes are not meant to limit the characterization or description of the impact(s) of your sexual abuse**.

☒ Psychological / emotional health (including depression, anxiety, feeling numb, difficulty managing or feeling emotions including anger)

☒ Post traumatic stress reactions (including intrusive images, feelings from the abuse, numbing or avoidance behaviors)

☐ Physical health (including chronic disease, chronic undiagnosed pain or physical problems)

☒ Education (including not graduating high school, being unable to finish training or education)

☒ Employment (including difficulties with supervisors, difficulty maintaining steady employment, being fired from jobs)

☒ Intimate relationships (including difficulty maintaining emotional attachments,  difficulty with sexual behavior, infidelity)

☒ Social relationships (including distrust of others, isolating yourself, not being able to keep healthy relationships)

☒ Alcohol and/or substance abuse (including other addictive behavior such as gambling)

☐ Other (please explain and add any other information you remember to the categories above)

If you wish to provide a narrative, please describe how you were impacted, harmed, damaged, or injured in ways that you now connect as being related to the sexual abuse you described above in as much detail as you can recall in the lines below.  You may attach additional pages if needed.

**I was acting out in school and getting into fights and trouble. I was taking a lot of risks. I didn't really care what happened to me. I was kicked out of a couple of different schools for getting in fights. I felt like I was to blame because I allowed it to happen. I was carrying around a lot of anger which would make me act**

**violently and recklessly. The things the abuser made me do  gave me an identity crisis. I started having a phobia of gay people. At one time I thought I was gay because of what I was forced to do. I was afraid of going to jail because if I went to jail it would happen to me even worse.  I always chose the type of job where I didn't have to work around a lot of people. I was a technician and serviced homes because I could be alone most of the day.**

**The abuse made me feel like I have to prove myself in my relationships. I felt like I had to show that I was a real man. If I found myself acting in a feminine way, I would feel like I had to snap out of it and overcompensate.  I have trust issues with other people. When I was in high school, I used to hang around with a group of people and there was one guy named ▮▮▮▮  He dressed nice all the time. One time we were cutting class and I asked him for a ride to the bus stop. ▮▮▮▮ said something about kidnapping me and doing things to me. I jumped out of the car at a stoplight and I ran. I remember thinking "this is not going to happen to me again."**

**Closeness with other males was very difficult. My dad wasn't in my life and I was raised by women. I didn't really have anywhere to learn masculinity or to talk to about it and my experience  being abused made things much worse for me. I used to do drugs. I started smoking weed just after the abuse. I started taking pills as a teenager and got into cocaine as well.**

**When I had children, and I could never tell them about what had happened to me. When they were young, I was very overprotective of them and I am still that way even now that they are adults. I have anxiety about anything happening to them. I would do anything in this world to protect them.**

    B.  Have you ever sought counseling or other mental health treatment for any reason?

        Yes ☐    No ☒

    If your response to the prior question is "Yes," please identify the name of each person who provided you with counseling or mental health treatment, their location, the type of counseling or treatment and the estimated dates/time period of counseling or treatment.  If you were prescribed medication in

connection with such counseling or mental health treatment, please list the name of the medication and how long you took that medication.

███████████████████████████████████████████████████

| PART 6: ADDITIONAL INFORMATION |
| --- |

**A.**    **Prior Litigation.**

    i.    Was a lawsuit regarding the sexual abuse you have described in this Sexual Abuse Survivor Proof of Claim filed by you or on your behalf.

    Yes ☐    No ☒  (If "Yes," you are required to attach a copy of the complaint.)

**B.**    **Prior Bankruptcy Claims.** Have you filed any claims in any other bankruptcy case relating to the sexual abuse you have described in this Sexual Abuse Survivor Proof of Claim?  Yes ☐    No ☒  (If "Yes," you are required to attach a copy of any completed claim form.)

**C.**    **Payments.**  Have you received any payments related to the sexual abuse you have described in this Sexual Abuse Survivor Proof of Claim from any party, including BSA?  Yes ☐ No ☒

    i.    If yes, how much and from whom?  _____

**D.**    **Current Bankruptcy Case.**  Are you currently a debtor in a bankruptcy case?  Yes ☐  No ☒

    i.    If yes, please provide the following information:

    Name of Case: _____    Court: _____

    Date filed: _____    Case No._____

    Chapter: 7 ☐   11 ☐   12 ☐     13 ☐    Name of Trustee:_____

        [Signature page follows – you must complete and sign the next page]

DocuSign Envelope ID: 9EE3BACA-2865-414F-97F4-960B3503E564

| SIGNATURE |
|---|

**To be valid, this Sexual Abuse Survivor Proof of Claim must be signed by you.** If the Sexual Abuse Survivor is deceased or incapacitated, the form must be signed by the Sexual Abuse Survivor's representative or the attorney for the Sexual Abuse Survivor's estate.  If the Sexual Abuse Survivor is a minor, the form must be signed by the Sexual Abuse Survivor's parent or legal guardian, or the Sexual Abuse Survivor's attorney.  (Any form signed by a representative or legal guardian <u>must</u> attach documentation establishing such person's authority to sign this form for the Sexual Abuse Survivor.)

**Penalty for presenting a fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152, 157 and 3571.**

**Check the appropriate box:**

☒  I am the Sexual Abuse Survivor.

☐  I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.

☐  Other (describe): _____

**I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.**

**I declare under penalty of perjury that the foregoing statements are true and correct.**

**Date:**  10/31/2020

**Signature:**  ███████████████████████

**Print Name:**  ████████

**Relationship to Sexual Abuse Survivor (if not signed by Sexual Abuse Survivor):** _____

**Address:**  ████████████

████████████

**Contact Phone:**  ████████

**Email:**  █████████████

# Claimant No. 60443

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## SEXUAL ABUSE SURVIVOR PROOF OF CLAIM

This Sexual Abuse Survivor Proof of Claim must be submitted and received by **5:00 p.m. (Eastern Time)** on **November 16, 2020**.  Please carefully read the following instructions included with this SEXUAL ABUSE SURVIVOR PROOF OF CLAIM and complete ALL applicable questions to the extent of your knowledge or recollection.  If you do not know the answer to an open-ended question, you can write "I don't recall" or "I don't know."  If a question does not apply, please write "N/A."  If you are completing this form in hard copy, please write or type clearly using blue or black ink.

The Sexual Abuse Survivor Proof of Claim must be delivered to Omni Agent Solutions, the Court-approved claims and noticing agent (the "Claims Agent"), by either:

(i)     Hand delivery, first class mail, or courier the *original* proof of claim to: BSA Abuse Claims Processing, c/o Omni Agent Solutions, 5955 De Soto Ave., Suite 100, Woodland Hills, CA 91367, so that it is *received* on or before November 16 **, 2020 at 5:00 p.m. (Eastern Time)**;[2] or

(ii)    Electronically using the interface available at: www.OfficialBSAClaims.com on or before **November 16, 2020 at 5:00 p.m. (Eastern Time)**.

Sexual Abuse Survivor Proofs of Claim sent by email or facsimile transmission **will not** be accepted.

"You" and/or "Sexual Abuse Survivor" refers to the person asserting a Sexual Abuse Claim against the Boy Scouts of America ("BSA") related to the Sexual Abuse Survivor's sexual abuse.  For this claim to be valid, the Sexual Abuse Survivor must sign this form.  If the Sexual Abuse Survivor is deceased or incapacitated, the form must be signed by the Sexual Abuse Survivor's representative or the attorney for the Sexual Abuse Survivor's estate.  If the Sexual Abuse Survivor is a minor, the form must be signed by the survivor's parent or legal guardian or attorney.  Any Sexual Abuse Survivor Proof of Claim signed by a representative or legal guardian must attach documentation establishing such person's authority to sign the claim for the Sexual Abuse Survivor.

| Who Is a Sexual Abuse Survivor? |
|---|

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] If you are mailing your Sexual Abuse Survivor Proof of Claim, do not attach original documents with your Sexual Abuse Survivor Proof of Claim.

DocuSign Envelope ID: E90F9CDE-EA3A-4810-9285-69E5E883D02E

For purposes of this Sexual Abuse Survivor Proof of Claim, the term **Sexual Abuse Survivor** refers to a person who was sexually abused *before* turning eighteen (18) years of age.

| **Who Should File a Sexual Abuse Survivor Proof of Claim?** |
| --- |

This Sexual Abuse Survivor Proof of Claim is only for people who were sexually abused before turning eighteen (18) years of age and where the sexual abuse (defined below) occurred on or before February 18, 2020. This Sexual Abuse Survivor Proof of Claim is the way you assert an unsecured claim against BSA seeking damages based on Scouting-related sexual abuse. Any person asserting a claim based on anything other than childhood sexual abuse should use the General Proof of Claim form (official bankruptcy form 410).

| **What Is Sexual Abuse?** |
| --- |

For the purposes of this Sexual Abuse Survivor Proof of Claim, **sexual abuse** means, with respect to a child under the age of eighteen (18) at the time of the sexual abuse, sexual conduct or misconduct, sexual abuse or molestation, sexual exploitation, sexual touching, sexualized interaction, sexual comments about a person's body, or other verbal or non-verbal behaviors that facilitated, contributed to, or led up to abuse, regardless of whether or not such behavior was itself sexual or against the law, and regardless of whether the child thought the behavior was sexual abuse at the time. Sexual abuse includes behavior between a child and an adult and between a child and another child, in each instance without regard to whether such activity involved explicit force, whether such activity involved genital or other physical contact, and whether the child associated the abuse with any physical, psychological, or emotional harm. It involves behaviors including penetration or fondling of the child's body, other body-on-body contact, or non-contact, behaviors such as observing or making images of a child's naked body, showing or making pornography, or having children behave in sexual behavior as a group.

If you have a claim arising from sexual abuse and you were at least eighteen (18) years of age at the time the sexual abuse began or if you have a claim arising from other types of abuse, including non-sexual physical abuse, non-sexual emotional abuse, bullying or hazing, you should consult the *Notice of Deadlines Requiring Filing of Proof of Claim* and file a General Proof of Claim (Official Bankruptcy Form 410).

For the avoidance of doubt, if you have a claim for sexual abuse and you were a child under the age of eighteen (18) when the sexual abuse began you must complete this form.

| **You May Wish to Consult an Attorney Regarding This Matter.** |
| --- |

You may also obtain information from the Claims Agent by: (1) calling toll free at 866-907-2721, (2) emailing at BSAInquiries@omniagnt.com, or (3) visiting the case website at www.OfficialBSAClaims.com (do not contact the Claims Agent for legal advice).

| **What If I Don't File on Time?** |
| --- |

**Failure to complete and return this Sexual Abuse Survivor Proof of Claim by November 16, 2020 at 5:00 p.m. (Eastern Time) may result in your inability to vote on a plan of reorganization and/or to receive a distribution from this bankruptcy for sexual abuse related to BSA.**

| **Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.** |
| --- |

DocuSign Envelope ID: E90F9CDF-FA37-4810-A089-59F3FE883D6DE

| PART 1: CONFIDENTIALITY |
|---|

Unless you indicate below, your identity and your Sexual Abuse Survivor Proof of Claim will be kept **confidential**, under seal, and outside the public record.  However, information in this Sexual Abuse Survivor Proof of Claim will be confidentially provided, pursuant to Court-approved guidelines, to the Debtors, the Debtors' counsel and retained advisors, certain insurers of BSA, the Tort Claimants' Committee, counsel to the Ad Hoc Committee of Local Councils (with personally identifiable information redacted), individual Local Councils solely with respect to Sexual Abuse Claims asserted against them, attorneys at the Office of the United States Trustee for the District of Delaware, the Future Claimants' Representative, the Court, and confidentially to such other persons that the Court determines need the information in order to evaluate the claim. Information in this Sexual Abuse Survivor Proof of Claim may be required to be disclosed to governmental authorities under mandatory reporting laws in many jurisdictions.

**This Sexual Abuse Survivor Proof of Claim (along with any accompanying exhibits and attachments) will be maintained as _confidential_ unless you expressly request that it be publicly available by checking the "public" box _and_ signing below.**

| | |
|---|---|
| ☐ | **PUBLIC**: I want my identity and this Sexual Abuse Survivor Proof of Claim (together with any exhibits and attachments) to be made part of the official claims register in these cases.  **My claim will be available for review by any and all members of the public**. |

Signature: _____

Print Name: _____

| PART 2: IDENTIFYING INFORMATION |
|---|

**A.   Identity of Sexual Abuse Survivor**

First Name ███████   Middle Initial ██ Last Name ██████ Jr/Sr/III ████████

Mailing Address (If Sexual Abuse Survivor is incapacitated, is a minor, or is deceased, provide the address of the individual submitting the claim. If you are in jail or prison, provide the address of your place of incarceration):

| Number and Street: | ███████████████ | | |
|---|---|---|---|
| City: | ██████ | State: | ████ | Zip Code: | ███████ |
| Country (not USA): | ████████████ | Email Address: | ████████████████ |
| Telephone (Home): | ███████████ | Telephone (Cell): | ██████████ |

For communications regarding this claim you may use (check the appropriate boxes):

Email ☐    US Mail ☐     Home Voicemail ☐     Cell Voicemail ☐    Counsel listed below ☒

Social Security Number of Sexual Abuse Survivor (last four digits <u>only</u>):  XXX-XX-████

If the Sexual Abuse Survivor is in jail or prison, provide the Sexual Abuse Survivor's identification number:
██████████████

DocuSign Envelope ID: E90F9CDE-EA3C-4919-9D89-59E9E883D6DE

Birthdate of Sexual Abuse Survivor (only the month and year): (MM/YYYY): ███████

Any other name, or names, by which the Sexual Abuse Survivor has ever been known: ████████

Gender of Sexual Abuse Survivor: ████████████████████████

**B.** **If you have hired an attorney relating to the sexual abuse described in this Sexual Abuse Survivor Proof of Claim, please provide his or her name and contact information:**

| Law Firm Name: | **Panish Shea & Boyle LLP** | | | | |
|---|---|---|---|---|---|
| Attorney's Name: | **Spencer Lucas** | | | | |
| Number and Street: | **11111 Santa Monica Blvd., Suite 700** | | | | |
| City: | **Los Angeles** | State: | **CA** | Zip Code: | **90025** |
| Country (not USA): | | Email Address: | **lucas@psblaw.com** | | |
| Telephone (Work): | **(310) 477-1700** | Fax No. | **(310) 477-1699** | | |

## PART 3:  BACKGROUND INFORMATION FOR SEXUAL ABUSE SURVIVOR

**A.** **Marital/Domestic Partner History:**

███████████████████████████████████████████

**B.** **Education History:**

███████████████████████████████████████████

**C.** **Employment:**

███████████████████████████████████████████

████████████████████████████████

**D.     Military service:**

████████████████████████████████

**E.     Involvement with Scouting:**

   a.   Have you ever been affiliated with Scouting and/or a Scouting program?

        Yes ☒        No ☐

   b.   When were you involved with Scouting?

   **I do not recall exactly when I was involved in Scouting. I believe it was from roughly 2003-2008.**

   c.   What type of Scouting unit (i.e., troop) were you involved with?

        ☒ Boy Scouts **I do not recall my unit number.**

        ☐ Cub Scouts _____

        ☐ Exploring Scouts _____

        ☐ Sea Scouts _____

☐ Venturing _____

☐ Other (please explain your involvement with Scouting):

_____

_____

_____

_____

_____

| PART 4: NATURE OF THE SEXUAL ABUSE |
|---|

### (Attach additional sheets if necessary)

**For each of the questions listed below, please complete your answers <u>to the best of your recollection</u>.**

**Note:** If you have previously filed a lawsuit about your Scouting-related sexual abuse in state or federal court, you may attach a copy of the complaint. If you have not filed a lawsuit, or if the complaint does not contain all of the information requested below, you must provide the information below to the extent of your recollection.

Please answer each of the following questions to your best ability. If you do not know or recall, please so indicate.

If you are the survivor of sexual abuse by more than one sexual abuser, please respond to each of the questions in this Part 4 for each sexual abuser.

A. Please answer "Yes" or "No" to each of the following:

    i.    Were you sexually abused by more than one person?   Yes ☒   No ☐

    ii.   Were you sexually abused in more than one state?   Yes ☐   No ☒

B. Please name each person who sexually abused you in relation to your involvement in Scouting. ("Scouting" includes Cub Scouts, Boy Scouts, Exploring Scouts, Sea Scouts and Venturing.)

If you do not remember the name of the sexual abuser(s), provide as much identifying information about the sexual abuser(s) that you can recall, such as their approximate age and their relationship to Scouting (e.g., the Scoutmaster of Troop 100, another Troop member of Troop 200, camp staff member, etc.).

**<u>I was sexually abused by Tariq Arrhaman Majid.</u>**

C. Other than the sexual abuser(s), please identify any person(s) you can remember who were leaders or other adults involved in your Scouting unit or the camp(s) you attended.

**<u>I do not know the names of</u> _____**

D. What was each sexual abuser's position, title, or relationship to you in Scouting (check all that apply)?

☒ Adult Scout leader in my Scouting unit

☐ Adult Scout leader not in my Scouting unit

☐ Youth Scout in my Scouting unit

☐ Youth Scout not in my Scouting unit

☐ Camp personnel (e.g., camp staff) not in my Scouting unit

☐ I don't know

☐ Other (please explain why you believe the person(s) who sexually abused you had a relationship with Scouting):

_____

_____

_____

E.    Where were you at the time you were sexually abused (city, state, territory and/or country)?

**During the sexual abuse, I was in Vallejo, CA.**

F.    What was the type of Scouting you were involved with during the sexual abuse (check all that apply)?

☒ Boy Scouts

☐ Cub Scouts

☐ Exploring Scouts

☐ Venturing

☐ Sea Scouts

☐ Other (please explain why you believe you had a connection to Scouting during the sexual abuse):

_____

_____

_____

G.    What was the Scouting unit number and physical location (city, state, territory and/or country) of the Scouting unit(s) or provisional troop you were in during the time of the sexual abuse?

**I do not recall the unit number. He used to make us drink juices and we would wake up with swollen genitals. We would take vitamins and would wake up sore in the morning. He would wear a uniform and stuff but we never received uniforms or badges. He would take us out to the woods. It got to the point**

**where I didn't want to be around him when I was older. He was kind of stalking me and I had to have one of my friend's dads run him off. He would show up to my school.**

H.   What was the name and location (city, state, territory and/or country) of the organization that chartered or sponsored your Scouting unit, including the organization that hosted meetings of your Scouting unit, during the time of the sexual abuse (e.g., church, school, religious institution, or civic group)?

(Note that such organizations are not currently parties to the bankruptcy so if you believe you may have a claim against any such organization you must take additional action to preserve and pursue any such claim.)

**I believe the Boys and Girls Club sponsored and/or chartered my Scouting unit.**

I.   What was the name of the BSA Local Council(s) affiliated with your Scouting unit(s), any Boy Scout camp or other Scouting activity during the time of the sexual abuse?

(Note that such BSA Local Councils are not currently parties to the bankruptcy so if you believe you may have a claim against any such BSA Local Council(s) you must take additional action to preserve and pursue any such claim.)

**I believe the BSA Local Council(s) affiliated with my Scouting unit was the Golden Gate Area Council.**

J.   In which of the following places did the sexual abuse take place?  Check all that apply.

☐   At or in connection with a Scout meeting.

☐   At or in connection with a Scout camp.

☐   At or in connection with another Scouting-related event or activity (please explain):

_____

☒   Other (please explain – for example, schools, churches, cars, homes or other locations):

**Majid would take us to his house. I do not recall the exact address, but first the house was located on Mesa Street in Vallejo, CA, and then Majid moved to Denton Ct. in Vallejo, CA.**

K.   When did the first act of sexual abuse take place? If you do not remember the calendar date, what school grade were you in at the time and what season of the year was it (spring, summer, fall, winter), and what age were you when it started?  If the sexual abuse took place over a period of time, please state when it started and when it stopped.  If you were sexually abused by more than one sexual abuser indicate when the sexual abuse by each of the sexual abusers started and stopped.

**I believe the sexual abuse took place beginning in 2003 and continuing until 2008.**

L.   Please describe what happened to you.  You can provide a description in your own words and/or use the checkboxes below.

i.   About how many times were you sexually abused?

☐  I was sexually abused once.

☒  I was sexually abused more than once.

If you were sexually abused more than once, please state how many times (if you recall):

**This happened approximately 7-10 times.**

M.   Please describe what happened to you.  You can provide a description in your own words and/or use the checkboxes below.  (Check all that apply.)  **Please note that the boxes are not meant to limit the characterization or description of your sexual abuse.**

   i.   What did the sexual abuse involve?  **See below narrative.**

      ☐  The sexual abuse involved touching outside of my clothing.

      ☐  The sexual abuse involved touching my bare skin.

      ☐  The sexual abuse involved fondling or groping.

      ☐  The sexual abuse involved masturbation.

      ☐  The sexual abuse involved oral copulation / oral sex.

      ☐  The sexual abuse involved the penetration of some part of my body.

   ii.   Did any of the following occur in connection with the sexual abuse:

      ☒  The acts of sexual abuse against me also involved other youth. **See below narrative.**

      ☐  The sexual abuse involved photographs or video.

      ☐  Even though I did not want it, my body responded sexually to the sexual abuse.

      ☐  The sexual abuse involved actual or implied threats of violence or other adverse consequences if I disclosed the sexual abuse.

      ☒  The sexual abuse involved gifts, privileges, experiences, and other rewards or bribes in addition to the activities and awards normally part of Scouting.

      ☒  The sexual abuser(s) made my family think they could be trusted.

      ☒  At the time of the sexual abuse, my family or I had significant financial, social, behavioral or other challenges.

If you wish to provide a narrative, please describe the sexual abuse in as much detail as you can recall in the lines below.  You may attach additional pages if needed.

**It is very difficult to describe with specificity what happened to me because of the circumstances surrounding the abuse. Majid was involved in our neighborhood. I grew up with a group of boys who did not have father figures. We were all being raised by single moms. One day Majid asked us if we would**

**want to join Boy Scouts and do things like camping trips. We all were excited and latched onto him as a father figure type. We never received uniforms, although he wore one. He would take us to the woods and teach us outdoor skills. Other times, he would have us come to his house for get-togethers and sleepovers. I recall that he would give us juices to drink, or would tell us to take our vitamins and would give us what we believed to be vitamins. I was usually an energetic kid who would stay up all night, but when he would give us these things I would pass out and not remember anything from the night. I would wake up in the morning very sore and with swollen genitals. One time my mom even took my brother and I to Kaiser due to the swelling. I believe we were all drugged and then sexually abused by Majid. Some of my friends that were in my troop with me have not been the same since. Many of us have struggled with issues because of this. We came from a neighborhood with a code of silence, so none of us ever discussed it or tried to tell anyone about it.  After I stopped seeing Majid and dropped out of Scouting, he would show up at my school and wait around for me. It felt like he was stalking me. Majid was arrested last year on child pornography charges.**

N.  Did you or anyone on your behalf tell anyone involved in Scouting about the sexual abuse at or about the time of the sexual abuse?     Yes ☐          No ☒

O.  Did you or anyone on your behalf report the sexual abuse to law enforcement or investigators at or about the time of the sexual abuse?  Yes ☐       No ☒

P.  If you can remember anyone you may have ever told about the sexual abuse at the time, including anyone involved with Scouting, friends, relatives, and/or law enforcement, please list their name and when you told them.

**I did not tell anyone about the abuse.**

Q.  Did you have any relationship with your sexual abuser outside of Scouting? Check all that apply:

☐ Religious organization leader, member, volunteer

☐ Family member or relative

☐ Coach/athletics

☐ Teacher

☐ Neighbor

DocuSign Envelope ID: E90F9CD5-FA37-4810-9A89-69E5FE8831D2F

    ☐ Other (please explain and add any other information you remember to the categories above):

_____

_____

_____

_____

R.   Are you aware of anyone who knew about the sexual abuse?

**I tried to keep it in, I was too embarrassed. I come from a neighborhood with a code of silence.**

| PART 5: IMPACT OF SEXUAL ABUSE |
|---|

### (Attach additional pages if necessary)

    **(If you currently cannot describe any harm you have suffered on account of the sexual abuse, you may omit this section for now. However, you may be asked to provide the information requested at a later date.)**

A.   Please describe how you were impacted, harmed, damaged, or injured in ways that you now connect as being related to the sexual abuse you described above. (Check all that apply.) You can provide a description in your own words and/or use the checkboxes below. **Please note that the boxes are not meant to limit the characterization or description of the impact(s) of your sexual abuse**.

        ☒ Psychological / emotional health (including depression, anxiety, feeling numb, difficulty managing or feeling emotions including anger)

        ☒ Post traumatic stress reactions (including intrusive images, feelings from the abuse, numbing or avoidance behaviors)

        ☐ Physical health (including chronic disease, chronic undiagnosed pain or physical problems)

        ☒ Education (including not graduating high school, being unable to finish training or education)

        ☒ Employment (including difficulties with supervisors, difficulty maintaining steady employment, being fired from jobs)

        ☒ Intimate relationships (including difficulty maintaining emotional attachments, difficulty with sexual behavior, infidelity)

        ☒ Social relationships (including distrust of others, isolating yourself, not being able to keep healthy relationships)

        ☐ Alcohol and/or substance abuse (including other addictive behavior such as gambling)

        ☐ Other (please explain and add any other information you remember to the categories above)

If you wish to provide a narrative, please describe how you were impacted, harmed, damaged, or injured in ways that you now connect as being related to the sexual abuse you described above in as much detail as you can recall in the lines below. You may attach additional pages if needed.

**The abuse has affected my life in many ways. I have children of my own and it has made me very nervous for my kids. I constantly worry about touching my own children in the wrong way and have a difficult time changing their diapers due to this experience. I don't trust a lot of older men. I'd rather be around women. When I met back up with my own father when I was 17 or 18 years old, I was nervous and distrusting of him due to my experience with Majid. Any time I would see Majid around the neighborhood, I would have PTSD-like reactions to him. I was scared to go to school because he was showing up at my school, so I dropped out and I went to work to avoid him. I've written journals to let some of the feelings go. I've talked to a lot of outreach programs and stuff which helped me cope back with the real world. When I see people who look like him, I get nervous. I've sometimes had issues with dating because of it. I've tried to express myself to the women I've dated but it's not always easy. I don't want to hurt anybody like I got hurt. I just want to be normal. A lot of my friends felt weird being around us after this. It did mess up a lot of childhood friendships. I started going to AA classes because I used to drink a lot. I was drinking to numb and forget the situation. I have anger issues and I think they could be connected to this as well.**

B. Have you ever sought counseling or other mental health treatment for any reason?

Yes ☒     No ☐

If your response to the prior question is "Yes," please identify the name of each person who provided you with counseling or mental health treatment, their location, the type of counseling or treatment and the estimated dates/time period of counseling or treatment. If you were prescribed medication in connection with such counseling or mental health treatment, please list the name of the medication and how long you took that medication.

**I went to counseling around 2015-2016 for my anger issues. My treatment was at ███████████ in ███████. I do not remember the name of the specific treatment provider**.

## PART 6: ADDITIONAL INFORMATION

A. **Prior Litigation**.

   i.  Was a lawsuit regarding the sexual abuse you have described in this Sexual Abuse Survivor Proof of Claim filed by you or on your behalf.

DocuSign Envelope ID: E90F9CD5-EA33-4810-8289-69B5E883D62E

Yes ☐    No ☒  (If "Yes," you are required to attach a copy of the complaint.)

**B.**    <u>**Prior Bankruptcy Claims.**</u> Have you filed any claims in any other bankruptcy case relating to the sexual abuse you have described in this Sexual Abuse Survivor Proof of Claim? Yes ☐    No ☒  (If "Yes," you are required to attach a copy of any completed claim form.)

**C.**    <u>**Payments.**</u>  Have you received any payments related to the sexual abuse you have described in this Sexual Abuse Survivor Proof of Claim from any party, including BSA?  Yes ☐ No ☒

    i.    If yes, how much and from whom?  _____

**D.**    <u>**Current Bankruptcy Case.**</u>  Are you currently a debtor in a bankruptcy case? Yes ☐ No ☒

    i.    If yes, please provide the following information:

        Name of Case: _____  Court: _____

        Date filed: _____  Case No. _____

        Chapter: 7 ☐   11 ☐   12 ☐     13 ☐    Name of Trustee: _____

      [Signature page follows – you must complete and sign the next page]

| SIGNATURE |
|---|

To be valid, this Sexual Abuse Survivor Proof of Claim must be signed by you. If the Sexual Abuse Survivor is deceased or incapacitated, the form must be signed by the Sexual Abuse Survivor's representative or the attorney for the Sexual Abuse Survivor's estate. If the Sexual Abuse Survivor is a minor, the form must be signed by the Sexual Abuse Survivor's parent or legal guardian, or the Sexual Abuse Survivor's attorney. (Any form signed by a representative or legal guardian <u>must</u> attach documentation establishing such person's authority to sign this form for the Sexual Abuse Survivor.)

---

**Penalty for presenting a fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

---

**Check the appropriate box:**

☒     I am the Sexual Abuse Survivor.

☐     I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.

☐     Other (describe): _____

**I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.**

**I declare under penalty of perjury that the foregoing statements are true and correct.**

**Date:**      11/10/2020

**Signature:** ███████████████████████

**Print Name:** ██████████████

**Relationship to Sexual Abuse Survivor (if not signed by Sexual Abuse Survivor):** _____

**Address:** ██████████████████

           ████████████

**Contact Phone:** ███████████

**Email:** ██████████████████

# Claimant No. 63751

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## SEXUAL ABUSE SURVIVOR PROOF OF CLAIM

This Sexual Abuse Survivor Proof of Claim must be submitted and received by **5:00 p.m. (Eastern Time)** on **November 16, 2020**. Please carefully read the following instructions included with this SEXUAL ABUSE SURVIVOR PROOF OF CLAIM and complete ALL applicable questions to the extent of your knowledge or recollection. If you do not know the answer to an open-ended question, you can write "I don't recall" or "I don't know." If a question does not apply, please write "N/A." If you are completing this form in hard copy, please write or type clearly using blue or black ink.

The Sexual Abuse Survivor Proof of Claim must be delivered to Omni Agent Solutions, the Court-approved claims and noticing agent (the "Claims Agent"), by either:

(i)     Hand delivery, first class mail, or courier the *original* proof of claim to: BSA Abuse Claims Processing, c/o Omni Agent Solutions, 5955 De Soto Ave., Suite 100, Woodland Hills, CA 91367, so that it is *received* on or before November 16 **, 2020 at 5:00 p.m. (Eastern Time)**;[2] or

(ii)    Electronically using the interface available at: www.OfficialBSAClaims.com on or before **November 16, 2020 at 5:00 p.m. (Eastern Time)**.

Sexual Abuse Survivor Proofs of Claim sent by email or facsimile transmission **will not** be accepted.

"You" and/or "Sexual Abuse Survivor" refers to the person asserting a Sexual Abuse Claim against the Boy Scouts of America ("BSA") related to the Sexual Abuse Survivor's sexual abuse. For this claim to be valid, the Sexual Abuse Survivor must sign this form. If the Sexual Abuse Survivor is deceased or incapacitated, the form must be signed by the Sexual Abuse Survivor's representative or the attorney for the Sexual Abuse Survivor's estate. If the Sexual Abuse Survivor is a minor, the form must be signed by the survivor's parent or legal guardian or attorney. Any Sexual Abuse Survivor Proof of Claim signed by a representative or legal guardian must attach documentation establishing such person's authority to sign the claim for the Sexual Abuse Survivor.

| **Who Is a Sexual Abuse Survivor?** |
|---|

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] If you are mailing your Sexual Abuse Survivor Proof of Claim, do not attach original documents with your Sexual Abuse Survivor Proof of Claim.

For purposes of this Sexual Abuse Survivor Proof of Claim, the term **Sexual Abuse Survivor** refers to a person who was sexually abused *before* turning eighteen (18) years of age.

---
### Who Should File a Sexual Abuse Survivor Proof of Claim?
---

This Sexual Abuse Survivor Proof of Claim is only for people who were sexually abused before turning eighteen (18) years of age and where the sexual abuse (defined below) occurred on or before February 18, 2020. This Sexual Abuse Survivor Proof of Claim is the way you assert an unsecured claim against BSA seeking damages based on Scouting-related sexual abuse. Any person asserting a claim based on anything other than childhood sexual abuse should use the General Proof of Claim form (official bankruptcy form 410).

---
### What Is Sexual Abuse?
---

For the purposes of this Sexual Abuse Survivor Proof of Claim, **sexual abuse** means, with respect to a child under the age of eighteen (18) at the time of the sexual abuse, sexual conduct or misconduct, sexual abuse or molestation, sexual exploitation, sexual touching, sexualized interaction, sexual comments about a person's body, or other verbal or non-verbal behaviors that facilitated, contributed to, or led up to abuse, regardless of whether or not such behavior was itself sexual or against the law, and regardless of whether the child thought the behavior was sexual abuse at the time. Sexual abuse includes behavior between a child and an adult and between a child and another child, in each instance without regard to whether such activity involved explicit force, whether such activity involved genital or other physical contact, and whether the child associated the abuse with any physical, psychological, or emotional harm. It involves behaviors including penetration or fondling of the child's body, other body-on-body contact, or non-contact, behaviors such as observing or making images of a child's naked body, showing or making pornography, or having children behave in sexual behavior as a group.

If you have a claim arising from sexual abuse and you were at least eighteen (18) years of age at the time the sexual abuse began or if you have a claim arising from other types of abuse, including non-sexual physical abuse, non-sexual emotional abuse, bullying or hazing, you should consult the *Notice of Deadlines Requiring Filing of Proof of Claim* and file a General Proof of Claim (Official Bankruptcy Form 410).

For the avoidance of doubt, if you have a claim for sexual abuse and you were a child under the age of eighteen (18) when the sexual abuse began you must complete this form.

---
### You May Wish to Consult an Attorney Regarding This Matter.
---

You may also obtain information from the Claims Agent by: (1) calling toll free at 866-907-2721, (2) emailing at BSAInquiries@omniagnt.com, or (3) visiting the case website at www.OfficialBSAClaims.com (do not contact the Claims Agent for legal advice).

---
### What If I Don't File on Time?
---

**Failure to complete and return this Sexual Abuse Survivor Proof of Claim by November 16, 2020 at 5:00 p.m. (Eastern Time) may result in your inability to vote on a plan of reorganization and/or to receive a distribution from this bankruptcy for sexual abuse related to BSA.**

---
**Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**
---

---
### PART 1: CONFIDENTIALITY
---

Unless you indicate below, your identity and your Sexual Abuse Survivor Proof of Claim will be kept **confidential**, under seal, and outside the public record. However, information in this Sexual Abuse Survivor Proof of Claim will be confidentially provided, pursuant to Court-approved guidelines, to the Debtors, the Debtors' counsel and retained advisors, certain insurers of BSA, the Tort Claimants' Committee, counsel to the Ad Hoc Committee of Local Councils (with personally identifiable information redacted), individual Local Councils solely with respect to Sexual Abuse Claims asserted against them, attorneys at the Office of the United States Trustee for the District of Delaware, the Future Claimants' Representative, the Court, and confidentially to such other persons that the Court determines need the information in order to evaluate the claim. Information in this Sexual Abuse Survivor Proof of Claim may be required to be disclosed to governmental authorities under mandatory reporting laws in many jurisdictions.

**This Sexual Abuse Survivor Proof of Claim (along with any accompanying exhibits and attachments) will be maintained as __confidential__ unless you expressly request that it be publicly available by checking the "public" box __and__ signing below.**

| | |
|---|---|
| ☐ | **PUBLIC**: I want my identity and this Sexual Abuse Survivor Proof of Claim (together with any exhibits and attachments) to be made part of the official claims register in these cases. **My claim will be available for review by any and all members of the public**. |

Signature: _____

Print Name: _____

---

## PART 2: IDENTIFYING INFORMATION

### A.  Identity of Sexual Abuse Survivor

First Name ███  Middle Initial ██  Last Name ███████  Jr/Sr/III ████

Mailing Address (If Sexual Abuse Survivor is incapacitated, is a minor, or is deceased, provide the address of the individual submitting the claim. If you are in jail or prison, provide the address of your place of incarceration):

| | | | | | |
|---|---|---|---|---|---|
| Number and Street: | ███████████ | | | | |
| City: | ██████████ | State: | ███ | Zip Code: | ████ |
| Country (not USA): | ████ | Email Address: | | ██████████ | |
| Telephone (Home): | ████ | Telephone (Cell): | | ████████ | |

For communications regarding this claim you may use (check the appropriate boxes):

Email ☐    US Mail ☐    Home Voicemail ☐    Cell Voicemail ☐    Counsel listed below ☒

Social Security Number of Sexual Abuse Survivor (last four digits <u>only</u>): **XXX-XX-**███

If the Sexual Abuse Survivor is in jail or prison, provide the Sexual Abuse Survivor's identification number:
██████

Birthdate of Sexual Abuse Survivor (only the month and year): (MM/YYYY): ██████

Any other name, or names, by which the Sexual Abuse Survivor has ever been known: ▇▇

Gender of Sexual Abuse Survivor: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

**B.    If you have hired an attorney relating to the sexual abuse described in this Sexual Abuse Survivor Proof of Claim, please provide his or her name and contact information:**

| Law Firm Name: | **Pfau Cochran Vertetis Amala PLLC** | | | | |
|---|---|---|---|---|---|
| Attorney's Name: | **Michael T. Pfau** | | | | |
| Number and Street: | **403 Columbia St. Ste. 500** | | | | |
| City: | **Seattle** | State: | **Washington** | Zip Code: | **98104** |
| Country (not USA): | **USA** | Email Address: | | **michael@pcvalaw.com** | |
| Telephone (Work): | **(206) 462-4334** | Fax No.: | | **(206) 623-3624** | |

## PART 3:  BACKGROUND INFORMATION FOR SEXUAL ABUSE SURVIVOR

**A.    Marital/Domestic Partner History:**



**B.    Education History:**



**C.    Employment:**

**D.    Military service:**

**E.    Involvement with Scouting:**

   a.   Have you ever been affiliated with Scouting and/or a Scouting program?

         Yes ☒       No ☐

   b.   When were you involved with Scouting?

         **I was involved with Scouting from approximately 1975 to 1978. I do not recall my highest**

         **ranking.**

   c.   What type of Scouting unit (i.e., troop) were you involved with, and, if you recall, when you were
        involved and what was your troop or unit number?

☒ Boy Scouts **I do not recall my Boy Scout unit number.** _____

☒ Cub Scouts **I do not recall my Cub Scout unit number.** _____

☐ Exploring Scouts _____

☐ Sea Scouts _____

☐ Venturing _____

☐ Other (please explain your involvement with Scouting):

_____

_____

_____

_____

_____

| PART 4: NATURE OF THE SEXUAL ABUSE |
| :---: |

### (Attach additional sheets if necessary)

### For each of the questions listed below, please complete your answers <u>to the best of your recollection</u>.

**Note:** If you have previously filed a lawsuit about your Scouting-related sexual abuse in state or federal court, you may attach a copy of the complaint. If you have not filed a lawsuit, or if the complaint does not contain all of the information requested below, you must provide the information below to the extent of your recollection.

Please answer each of the following questions to your best ability. If you do not know or recall, please so indicate.

If you are the survivor of sexual abuse by more than one sexual abuser, please respond to each of the questions in this Part 4 for each sexual abuser.

A.   Please answer "Yes" or "No" to each of the following:

    i.   Were you sexually abused by more than one person?   Yes ☐   No ☒

    ii.   Were you sexually abused in more than one state?   Yes ☐   No ☒

B.   Please name each person who sexually abused you in relation to your involvement in Scouting. ("Scouting" includes Cub Scouts, Boy Scouts, Exploring Scouts, Sea Scouts and Venturing.)

If you do not remember the name of the sexual abuser(s), provide as much identifying information about the sexual abuser(s) that you can recall, such as their approximate age and their relationship to Scouting (e.g., the Scoutmaster of Troop 100, another Troop member of Troop 200, camp staff member, etc.).

**I was sexually abused by an adult Scout leader while I was involved with Scouting as described above. I do not recall his name, but I recall he was African American with a fair complexion and was he heavy set.**

C.  Other than the sexual abuser(s), please identify any person(s) you can remember who were leaders or other adults involved in your Scouting unit or the camp(s) you attended.

**I do not recall the names of any other leaders or other adults involved in my Scouting unit or the camps I attended.**

D.  What was each sexual abuser's position, title, or relationship to you in Scouting (check all that apply)?

☒ Adult Scout leader in my Scouting unit

☐ Adult Scout leader not in my Scouting unit

☐ Youth Scout in my Scouting unit

☐ Youth Scout not in my Scouting unit

☐ Camp personnel (e.g., camp staff) not in my Scouting unit

☐ I don't know

☐ Other (please explain why you believe the person(s) who sexually abused you had a relationship with Scouting):

_____

_____

_____

E.  Where were you at the time you were sexually abused (city, state, territory and/or country)?

**At the time of the abuse I was in Toledo, Ohio.**

F.  What was the type of Scouting you were involved with during the sexual abuse (check all that apply)?

☐ Boy Scouts

☒ Cub Scouts

☐ Exploring Scouts

☐ Venturing

☐ Sea Scouts

☐ Other (please explain why you believe you had a connection to Scouting during the sexual abuse):

_____

_____

_____

G.      What was the Scouting unit number and physical location (city, state, territory and/or country) of the Scouting unit(s) or provisional troop you were in during the time of the sexual abuse?

**I do not recall my Cub Scout unit I was in during the sexual abuse located in Toledo, Ohio.**

H.      What was the name and location (city, state, territory and/or country) of the organization that chartered or sponsored your Scouting unit, including the organization that hosted meetings of your Scouting unit, during the time of the sexual abuse (e.g., church, school, religious institution, or civic group)?

(Note that such organizations are not currently parties to the bankruptcy so if you believe you may have a claim against any such organization you must take additional action to preserve and pursue any such claim.)

**I believe the organization that sponsored or chartered my Scouting unit was Chase Elementary**

**School located in Toledo, Ohio.**

I.      What was the name of the BSA Local Council(s) affiliated with your Scouting unit(s), any Boy Scout camp or other Scouting activity during the time of the sexual abuse?

(Note that such BSA Local Councils are not currently parties to the bankruptcy so if you believe you may have a claim against any such BSA Local Council(s) you must take additional action to preserve and pursue any such claim.)

**I do not recall the name of the BSA Local Council affiliated with my Scouting unit at the time of**

**the abuse; however, using the BSA Local Council Locator, the Erie Shores Council is responsible**

**for Scouting units in the area my Scouting unit was located.**

J.      In which of the following places did the sexual abuse take place? Check all that apply.

☐ At or in connection with a Scout meeting.

☐ At or in connection with a Scout camp.

☒ At or in connection with another Scouting-related event or activity (please explain): **Scout**

**nature hike, and Scout camping trip.**

DocuSign Envelope ID: 84B96C1E-E52A-4C03-84C9-41A530CFD19B

☐ Other (please explain – for example, schools, churches, cars, homes or other locations):

_____

_____

_____

K.    When did the first act of sexual abuse take place? If you do not remember the calendar date, what school grade were you in at the time and what season of the year was it (spring, summer, fall, winter), and what age were you when it started?  If the sexual abuse took place over a period of time, please state when it started and when it stopped.  If you were sexually abused by more than one sexual abuser indicate when the sexual abuse by each of the sexual abusers started and stopped.

**I believe the first act of sexual abuse occurred in approximately 1975 and ended in approximately**

**1978. I was between 8 and 10 years old during the sexual abuse.**

L.    Please describe what happened to you.  You can provide a description in your own words and/or use the checkboxes below.

    i.    About how many times were you sexually abused?

        ☐ I was sexually abused once.

        ☒ I was sexually abused more than once.

If you were sexually abused more than once, please state how many times (if you recall):

**I believe I was sexually abused by the Scout leader at least twice.**

M.    Please describe what happened to you.  You can provide a description in your own words and/or use the checkboxes below.  (Check all that apply.)  **Please note that the boxes are not meant to limit the characterization or description of your sexual abuse.**

    i.    What did the sexual abuse involve?

        ☒ The sexual abuse involved touching outside of my clothing.

        ☒ The sexual abuse involved touching my bare skin.

        ☒ The sexual abuse involved fondling or groping.

        ☒ The sexual abuse involved masturbation.

        ☐ The sexual abuse involved oral copulation / oral sex.

        ☐ The sexual abuse involved the penetration of some part of my body.

    ii.    Did any of the following occur in connection with the sexual abuse:

☒ The acts of sexual abuse against me also involved other youth.

☐ The sexual abuse involved photographs or video.

☒ Even though I did not want it, my body responded sexually to the sexual abuse.

☒ The sexual abuse involved actual or implied threats of violence or other adverse consequences if I disclosed the sexual abuse.

☒ The sexual abuse involved gifts, privileges, experiences, and other rewards or bribes in addition to the activities and awards normally part of Scouting.

☒ The sexual abuser(s) made my family think they could be trusted.

☒ At the time of the sexual abuse, my family or I had significant financial, social, behavioral or other challenges.

If you wish to provide a narrative, please describe the sexual abuse in as much detail as you can recall in the lines below. You may attach additional pages if needed.

**When I was between 8 and 10 years old, I was in Cub Scouts in Toledo, Ohio. I had four other siblings, and my mother was a single parent. I recall that we had a Scout leader that took us on camping trips and other outings. Our meetings were held at Chase Elementary School.**

**During a camping trip, I remember I was looking for a restroom. The Scout leader told me we could pee outside, so I walked to a private area to urinate. I thought the Scout leader went away from me, but he came over to where I was and pulled out his penis in front of me. I had never seen another male's penis before, so I was shocked and confused. After I finished urinating, he reached over and grabbed my penis. I remember I was uncomfortable and zipped up my pants. Looking back, I believe he was trying to see how far he could go and if I would let him touch me more.**

**The next time the Scout leader sexually abused me was during a nature hike with three other Scouts, including my cousin and a boy named ▆▆▆▆ The Scout leader asked us if we ever measured our penises. We were so young, that we were confused and did not know what to say. He pulled out his penis and a tape measurer. He told us that you can "make it bigger" and started masturbating himself in front of us. He instructed us to pull out our penises as well so he could measure them with the tape measurer. He told us he could show us how to "make it bigger" and**

**grabbed my penis and masturbated me. He then took the tape measurers and put it up next to my erect penis and measured it. He masturbated the other Scouts in front of me as well.**

**He told us that he would take us out to ice cream. After the abuse, he told us that it was "our secret" and told us not to tell our parents.**

N.  Did you or anyone on your behalf tell anyone involved in Scouting about the sexual abuse at or about the time of the sexual abuse?  Yes ☐    No ☒

O.  Did you or anyone on your behalf report the sexual abuse to law enforcement or investigators at or about the time of the sexual abuse?  Yes ☐    No ☒

P.  If you can remember anyone you may have ever told about the sexual abuse at the time, including anyone involved with Scouting, friends, relatives, and/or law enforcement, please list their name and when you told them.

**I believe I told some of my counselors in Question "5B"(counseling and mental health treatment sought) about the sexual abuse by the Scout leader.**

Q.  Did you have any relationship with your sexual abuser outside of Scouting? Check all that apply:

☐ Religious organization leader, member, volunteer

☐ Family member or relative

☐ Coach/athletics

☐ Teacher

☐ Neighbor

☐ Other (please explain and add any other information you remember to the categories above):

**I did not have a relationship with the Scout leader who abused me outside of Scouting.**

R.  Are you aware of anyone who knew about the sexual abuse?

**I believe my cousin, a Scout named ████, other Scouts were also sexually abused by the Scout leader. The only other people I am aware of that know about the sexual abuse are the counselors I have told as stated in Question "P."**

| PART 5: IMPACT OF SEXUAL ABUSE |
|---|

**(Attach additional pages if necessary)**

**(If you currently cannot describe any harm you have suffered on account of the sexual abuse, you may omit this section for now. However, you may be asked to provide the information requested at a later date.)**

A.  Please describe how you were impacted, harmed, damaged, or injured in ways that you now connect as being related to the sexual abuse you described above. (Check all that apply.)  You can provide a description in your own words and/or use the checkboxes below.  **Please note that the boxes are not meant to limit the characterization or description of the impact(s) of your sexual abuse**.

☒ Psychological / emotional health (including depression, anxiety, feeling numb, difficulty managing or feeling emotions including anger)

☒ Post traumatic stress reactions (including intrusive images, feelings from the abuse, numbing or avoidance behaviors)

☐ Physical health (including chronic disease, chronic undiagnosed pain or physical problems)

☒ Education (including not graduating high school, being unable to finish training or education)

☐ Employment (including difficulties with supervisors, difficulty maintaining steady employment, being fired from jobs)

☒ Intimate relationships (including difficulty maintaining emotional attachments,  difficulty with sexual behavior, infidelity)

☒ Social relationships (including distrust of others, isolating yourself, not being able to keep healthy relationships)

☒ Alcohol and/or substance abuse (including other addictive behavior such as gambling)

☐ Other (please explain and add any other information you remember to the categories above)

If you wish to provide a narrative, please describe how you were impacted, harmed, damaged, or injured in ways that you now connect as being related to the sexual abuse you described above in as much detail as you can recall in the lines below.  You may attach additional pages if needed.

**The abuse has made me unsure of myself in relationships. I questioned my sexuality and developed an abnormal interest in pornography. I have become very guarded and avoid situations where I have to change my clothing in front of someone. This has also translated in my friendships, where I will hesitate to get close to people. In college I drank a lot of alcohol. At the time I thought it was normal, but looking back I believe I was abusing alcohol to cope with the abuse.**

**I constantly have an inner battle with myself. I have low confidence and believe that I am not living to my true potential. After the abuse, I felt dirty and ashamed. I know I shouldn't feel that way because I was only a young child, but I cannot help it. I never felt normal after the abuse. I believe that my innocence was stolen from me and I missed out on my childhood. I always think if this never happened my life would be better.**

**Although I have been seeking counseling, I feel like I am dragging a heavy weight of this deep dark secret. When I meet someone who was in Scouts, I wonder if they were also abused. I am not proud of being a Scout. I live in fear that people will find out that I was abused and judge me.**

B.  Have you ever sought counseling or other mental health treatment for any reason?

Yes ☒        No ☐

If your response to the prior question is "Yes," please identify the name of each person who provided you with counseling or mental health treatment, their location, the type of counseling or treatment and the estimated dates/time period of counseling or treatment. If you were prescribed medication in connection with such counseling or mental health treatment, please list the name of the medication and how long you took that medication.



1. ████████████████
   ████████████
   **1998**
   **Counseling for marriage issues**

2. ████████████
   ████████████
   ██████████████
   ████████████████
   **2010 to 2011**
   **Counseling for sexual issues**

3. ████████████████
   ██████████████
   ████████████
   **2015**
   **General counseling**

4. ██████████████
   ████████████

**1997 or 1998
Marriage counseling**

| PART 6: ADDITIONAL INFORMATION |
|---|

A. **Prior Litigation.**

    i.    Was a lawsuit regarding the sexual abuse you have described in this Sexual Abuse Survivor Proof of Claim filed by you or on your behalf.

        Yes ☐    No ☒  (If "Yes," you are required to attach a copy of the complaint.)

B. **Prior Bankruptcy Claims.** Have you filed any claims in any other bankruptcy case relating to the sexual abuse you have described in this Sexual Abuse Survivor Proof of Claim? Yes ☐   No ☒  (If "Yes," you are required to attach a copy of any completed claim form.)

C. **Payments.** Have you received any payments related to the sexual abuse you have described in this Sexual Abuse Survivor Proof of Claim from any party, including BSA?    Yes ☐   No ☒

    i.    If yes, how much and from whom? _____

D. **Current Bankruptcy Case.** Are you currently a debtor in a bankruptcy case?   Yes ☐   No ☒

    i.    If yes, please provide the following information:

        Name of Case: _____  Court: _____

        Date filed: _____  Case No._____

        Chapter: 7 ☐  11 ☐  12 ☐  13 ☐  Name of Trustee:_____

      [Signature page follows – you must complete and sign the next page]

| SIGNATURE |
|:---:|

**To be valid, this Sexual Abuse Survivor Proof of Claim must be signed by you.** If the Sexual Abuse Survivor is deceased or incapacitated, the form must be signed by the Sexual Abuse Survivor's representative or the attorney for the Sexual Abuse Survivor's estate.  If the Sexual Abuse Survivor is a minor, the form must be signed by the Sexual Abuse Survivor's parent or legal guardian, or the Sexual Abuse Survivor's attorney.  (Any form signed by a representative or legal guardian <u>must</u> attach documentation establishing such person's authority to sign this form for the Sexual Abuse Survivor.)

---

**Penalty for presenting a fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152, 157 and 3571.**

---

**Check the appropriate box:**

☒    I am the Sexual Abuse Survivor.

☐    I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.

☐    Other (describe): _____

**I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.**

**I declare under penalty of perjury that the foregoing statements are true and correct.**

**Date:**      <u>November 11, 2020</u>

**Signature:**   ███████████████████████

**Print Name:**   ███████████

**Relationship to Sexual Abuse Survivor (if not signed by Sexual Abuse Survivor):** _____

**Address:**   ███████████████

          ████████████████

**Contact Phone:**   █████████████

**Email:**   ████████████████

Exhibit 2

**From:** "Backus, Michele L." <MBackus@goodwin.com>
**Date:** January 15, 2021 at 12:07:38 PM PST
**To:** holly@victimscivilattorneys.com, Kimberly.Dougherty@andruswagstaff.com, gkamtchoum@ashcraftlaw.com, hello@babinlaws.com, amcginnis@bchlaw.com, Jbonina@medlaw1.com, mike@minnesotapersonalinjury.com, BCABSAclient@bcoonlaw.com, robert@buckfirelaw.com, masstorts@cpenlaw.com, John.Harnishfeger@colterlegal.com, peter@crewjanci.com, steve@crewjanci.com, bsa@dmillerlaw.com, damon@baldonelaw.com, bsa@dandell.com, bsaintake@dandell.com, gdavis@dbjlaw.net, truzicka@dbjlaw.com, bsaclaims@dbjlaw.net, sdordulian@dlawgroup.com, mlondon@douglasandlondon.com, gilion@dumasandvaughn.com, ewp@equitasadvocatespc.com, jdomer@cuterlaw.com, mbreining@cutterlaw.com, dan@fasylaw.com, ted@formanlawoffices.com, abuseclaims@freeseandgoss.com, KBM@classlawgroup.com, shoffmanlaw@gmail.com, jlipinski@fortheinjured.com, usner@hairshunnarah.com, dvp@hanvanlaw.com, BSA@hermanlaw.com, HMGservice@hmglawfirm.com, HMGservice@hmglawfirm.com, adam@adamhorowitzlaw.com, esmola@hurely-law.com, Partners@ipglawgroup.com, jimharris@recallsuit.com, cvernon@jvwlaw.net, rbeckett@jvwlaw.net, BSAclaims@jasonjoylaw.com, elizabethmiranda@jasonjoylaw.com, jason@jasonjoylaw.com, Rebecca@jasonjoylaw.com, rsinins@lawjw.com, mike@andersonadvocates.com, jimharris@recallsuit.com, buzzyjoy@josephjoy.com, carmen@dursolaw.com, joseph@blumelaw.com, MBETTILAW@gmail.com, boyscoutsclaims@gmail.com, MGARABEDIAN@garabedianlaw.com, cstephenson@levinlaw.com, vylons@levylaw.com, jenn@jennliakoslaw.com, Isrlawny@gmail.com, lorenrhoton@rhotonpostconviciton.com, malexander@maryalexanderlaw.com, kevin@mcdonaldworley.com, klyons@mcdonaldworley.com, jrutsky@mersonlaw.com, JMERSON@mersonlaw.com, matoups@wgttlaw.com, maya@mokaramlawfirm.com, dlamberg@morellilaw.com, BSAIntake@trulaw.com, tim@nshmlaw.com, Lucas Spencer <lucas@psblaw.com>, jeff@paradowskilaw.com, mhinrichs@yourlawyer.com, "Michael T. Pfau" <michael@pcvalaw.com>, susan@portermalouf.com, BSA@pouraseflaw.com, pschneider@schneiderwallace.com, BSAattorneys@swensonshelley.com, cumeller@carlsonattorneys.com, jcraven@carlsonattorneys.com, pmankin@paulmankin.com, courtney@moodyrrlaw.com, dms@zalkin.com, info@thlawyer.com, sbreakstone@weitzlux.com, matoups@wgttlaw.com, matoups@wgttlaw.com, ctuck@rpwb.com, kathleen@wmlawyers.com, rmoas@wrslawyers.com, rschulte@yourlegalhelp.com, jason@getyrlaw.com, jwebster@thewebsterlawfirm.com, mliu@awkolaw.com
**Cc:** "Ruggeri, James P." <JRuggeri@goodwin.com>, "Weinberg, Joshua D." <JWeinberg@goodwin.com>, Erin Fay <EFay@bayardlaw.com>, Greg Flasser <GFlasser@bayardlaw.com>
**Subject: In re Boy Scouts of America:  Meet and Confer**


Counsel,

Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fire Insurance Company ("Hartford") intend to seek discovery under Rule 2004 regarding the bases for the claims asserted in the proofs of claims filed by a sample of claimants in the Boy Scout Bankruptcy case.  The attached list identifies by claimant number the claimants represented by you.  Pursuant to Delaware Bankruptcy Court Local Rule 2004-1, we would like to meet and confer with you to determine whether we can agree on a date, time, place and scope of production of the materials requested in the attached document.  We are available on Monday, January 18 at 2 pm Eastern or Tuesday, January 19 at 3 pm Eastern.  The dial in number for those meet and confers are listed below.  Thank you.

**Monday - January 18 at 2 pm:**

State Court Counsel Meet and Confer (1/18)
Hosted by Michele Backus

https://shipman.webex.com/shipman/j.php?MTID=m55054c59faa15227bd762c42b6cc1871
Monday, Jan 18, 2021 2:00 pm | 1 hour | (UTC-05:00) Eastern Time (US & Canada)
Meeting number: 179 350 1504
Password: QbxPrMpR635
f273d6b825434834bc0b402fe3fad2e4

Join by video system
Dial 1793501504@shipman.webex.com
You can also dial 173.243.2.68 and enter your meeting number.

Join by phone
+1-415-655-0002 United States Toll
Access code: 179 350 1504

**Tuesday - January 19 at 3 pm:**

Meet and Confer with State Court Counsel (1/19)
Hosted by Michele Backus

https://shipman.webex.com/shipman/j.php?MTID=m78ab7fc16f9b31af375806ed7fcd05b7
Tuesday, Jan 19, 2021 3:00 pm | 1 hour | (UTC-05:00) Eastern Time (US & Canada)
Meeting number: 179 516 5301
Password: cfUMQtHw536
9edcc1a82dfc4753b56aabaa3f2ccec6

Join by video system
Dial 1795165301@shipman.webex.com
You can also dial 173.243.2.68 and enter your meeting number.

Join by phone
+1-415-655-0002 United States Toll
Access code: 179 516 5301

**Shipman & Goodwin**
C O U N S E L O R S   A T   L A W

| | | |
|---|---|---|
| **Michele Backus Konigsberg** | Tel (202) 469-7757 |
| Shipman & Goodwin LLP | Fax (202) 469-7751 |
| Partner | mbackus@goodwin.com |
| | www.shipmangoodwin.com |

1875 K Street NW, Suite 600

Washington, DC 20006-1251

Privileged and confidential. If received in error, please notify me by e-mail and delete the message.

Exhibit 3

| | |
|---|---|
| **From:** | Jason P. Amala |
| **Sent:** | Monday, February 1, 2021 11:14 AM |
| **To:** | Backus, Michele L.; Michael T. Pfau; Vincent Nappo; Benjamin B. Watson; Evan Smola (esmola@hurley-law.com); 'Peter Janci' |
| **Cc:** | Ruggeri, James P.; Weinberg, Joshua D. |
| **Subject:** | RE: BSA - meet and confer |

Hi Michele, this Wednesday (2/3) at 2:30pm EST works on our end.  A few other lawyers may join us, and if so, we will let you know who they are in advance of the call.

As noted below, our three firms (my firm, Peter's firm, and Evan's firm) want to make sure we have a meaningful meet and confer regarding each of our claimants at issue.  We have compared their claim forms with your motion and want to make sure we understand the specific discovery you want from each of our clients and why you believe you need it in light of the information they have provided.  We also would like to better understand your goal with this process.

Can you provide a Zoom link for the call?

Best regards,

Jason

**From:** Backus, Michele L. <MBackus@goodwin.com>
**Sent:** Tuesday, January 26, 2021 11:31 AM
**To:** Jason P. Amala <jason@pcvalaw.com>; Michael T. Pfau <michael@pcvalaw.com>; Vincent Nappo <vnappo@pcvalaw.com>; Benjamin B. Watson <bwatson@pcvalaw.com>; Evan Smola (esmola@hurley-law.com) <esmola@hurley-law.com>; 'Peter Janci' <peter@crewjanci.com>
**Cc:** Ruggeri, James P. <JRuggeri@goodwin.com>; Weinberg, Joshua D. <JWeinberg@goodwin.com>
**Subject:** RE: BSA - meet and confer

Jason,

We are happy to meet and confer.  We are available Tuesday, 2/2 between 11 and 2 pm ET, Wednesday, 2/3 between 1 and 4 pm ET and Thursday, 2/4 after 9:30 am ET.  Please let us know what date and time works best for you.  Thanks.

**From:** Jason P. Amala [mailto:jason@pcvalaw.com]
**Sent:** Tuesday, January 26, 2021 2:25 PM
**To:** Backus, Michele L. <MBackus@goodwin.com>; Michael T. Pfau <michael@pcvalaw.com>; Vincent Nappo <vnappo@pcvalaw.com>; Benjamin B. Watson <bwatson@pcvalaw.com>; Evan Smola (esmola@hurley-law.com) <esmola@hurley-law.com>; 'Peter Janci' <peter@crewjanci.com>
**Cc:** Ruggeri, James P. <JRuggeri@goodwin.com>; Weinberg, Joshua D. <JWeinberg@goodwin.com>
**Subject:** RE: BSA - meet and confer

*EXTERNAL EMAIL*

Hi Michele, we never heard back from you, but instead received your motion without a meet and confer.  We understand you are having conferences this week.  Can you please provide us with some days and times that are

available on your end?  We will need enough lead time to invite counsel for BSA, the councils, and the sponsoring organizations who are implicated by the claims at issue.

Thank you,

Jason

**From:** Jason P. Amala
**Sent:** Thursday, January 21, 2021 4:51 PM
**To:** Backus, Michele L. <MBackus@goodwin.com>; Michael T. Pfau <michael@pcvalaw.com>; Vincent Nappo <vnappo@pcvalaw.com>; Benjamin B. Watson <bwatson@pcvalaw.com>; Evan Smola <esmola@hurley-law.com>; 'Peter Janci' <peter@crewjanci.com>
**Cc:** Ruggeri, James P. <JRuggeri@goodwin.com>; Weinberg, Joshua D. <JWeinberg@goodwin.com>
**Subject:** RE: BSA - meet and confer

Hi Michele, Evan Smola and Peter Janci (copied here) would like to join the meet and confer on behalf of their clients.  Can you let us know days and times next week you are available?

We understand that the meet and confer earlier this week was not productive.  We would like to make sure you are ready to have a meaningful meet and confer regarding the discovery you seek, including why you want the discovery as to each of our clients at issue.  We understand some claimants may have filed incomplete claim forms, but we do not believe that is the case as to our clients.  If that is your basis for the 2004 exam, we would like to know what is deficient as to each of our clients at issue.  If you have other reasons or motivations for wanting this discovery, we would like to discuss what they are.

Best regards,

Jason

**From:** Backus, Michele L. <MBackus@goodwin.com>
**Sent:** Tuesday, January 19, 2021 2:50 PM
**To:** Jason P. Amala <jason@pcvalaw.com>; Michael T. Pfau <michael@pcvalaw.com>; Vincent Nappo <vnappo@pcvalaw.com>; Benjamin B. Watson <bwatson@pcvalaw.com>
**Cc:** Ruggeri, James P. <JRuggeri@goodwin.com>; Weinberg, Joshua D. <JWeinberg@goodwin.com>
**Subject:** RE: BSA - meet and confer

We are available on Friday at 3 pm ET.  Thanks.

**From:** Jason P. Amala [mailto:jason@pcvalaw.com]
**Sent:** Monday, January 18, 2021 10:27 AM
**To:** Backus, Michele L. <MBackus@goodwin.com>; Michael T. Pfau <michael@pcvalaw.com>; Vincent Nappo <vnappo@pcvalaw.com>; Benjamin B. Watson <bwatson@pcvalaw.com>
**Cc:** Ruggeri, James P. <JRuggeri@goodwin.com>; Weinberg, Joshua D. <JWeinberg@goodwin.com>
**Subject:** Re: BSA - meet and confer

*EXTERNAL EMAIL*

What are some days and times that work for you all for the meet and confer?  We are generally available this Thursday and Friday.

**From:** Backus, Michele L. <[MBackus@goodwin.com](mailto:MBackus@goodwin.com)>
**Sent:** Monday, January 18, 2021 6:59:44 AM
**To:** Jason P. Amala <[jason@pcvalaw.com](mailto:jason@pcvalaw.com)>; Michael T. Pfau <[michael@pcvalaw.com](mailto:michael@pcvalaw.com)>; Vincent Nappo <[vnappo@pcvalaw.com](mailto:vnappo@pcvalaw.com)>; Benjamin B. Watson <[bwatson@pcvalaw.com](mailto:bwatson@pcvalaw.com)>
**Cc:** Ruggeri, James P. <[JRuggeri@goodwin.com](mailto:JRuggeri@goodwin.com)>; Weinberg, Joshua D. <[JWeinberg@goodwin.com](mailto:JWeinberg@goodwin.com)>
**Subject:** RE: BSA - meet and confer

Jason,

We have no objection to your inviting BSA and the local counsels to the meet and confer.  We have provided our insurance info to BSA and the TCC and have no objection to their providing our insurance information to you.  Thank you.

Best,

Michele

| Shipman & Goodwin | | |
|---|---|---|
| COUNSELORS AT LAW | Michele Backus Konigsberg | Tel (202) 469-7757 |
| | Shipman & Goodwin LLP | Fax (202) 469-7751 |
| | Partner | [mbackus@goodwin.com](mailto:mbackus@goodwin.com) |
| | 1875 K Street NW, Suite 600 | [www.shipmangoodwin.com](http://www.shipmangoodwin.com) |
| | Washington, DC 20006-1251 | |

Privileged and confidential. If received in error, please notify me by e-mail and delete the message.

**From:** Jason P. Amala [[mailto:jason@pcvalaw.com](mailto:jason@pcvalaw.com)]
**Sent:** Sunday, January 17, 2021 4:37 PM
**To:** Backus, Michele L. <[MBackus@goodwin.com](mailto:MBackus@goodwin.com)>
**Cc:** Michael T. Pfau <[michael@pcvalaw.com](mailto:michael@pcvalaw.com)>; Vincent Nappo <[vnappo@pcvalaw.com](mailto:vnappo@pcvalaw.com)>; Benjamin B. Watson <[bwatson@pcvalaw.com](mailto:bwatson@pcvalaw.com)>
**Subject:** BSA - meet and confer

*EXTERNAL EMAIL*

Hi Michele, I am responding to your request for a meet and confer regarding discovery.

We would like to set a day and time for our own meet and confer so that we can meaningfully discuss our particular cases and Hartford's goals as to our cases.  We would also like to invite the Boy Scouts and the relevant local councils into our meet and confer so that we can discuss our desire for discovery from those entities.

Finally, please provide us with all insurance information that Hartford possesses regarding our clients at issue as we need that information to have a meaningful meet and confer.

Best regards,

Jason