**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: D.I. 1972** |

## CERTIFICATE OF SERVICE

    I, David M. Klauder, certify that I am not less than 18 years of age, and that on the date set forth below, I caused a true and correct copy of the foregoing *PCVA Claimants' Objections to Hartford and Century's Request for Rule 2004 Examinations* to be filed and served via CM/ECF on all parties requesting electronic notification in this case and via electronic mail to the parties set forth on the attached service list, unless otherwise noted.

    Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: February 5, 2021                        */s/ David M. Klauder*
                                                               David M. Klauder, Esquire (No. 5769)