Service List

| STAMOULIS & WEINBLATT LLC | BAYARD, P.A. |
|---|---|
| Stamatios Stamoulis (#4606)<br>800 N. West Street<br>Third Floor<br>Wilmington, Delaware  19801<br>Telephone: 302-999-1540<br>Facsimile: 302-762-1688<br><br>- and -<br><br>Tancred Schiavoni (admitted *pro hac vice*)<br>Gary Svirsky (apply for *pro hac vice*)<br>Andrew Kirschenbaum (admitted *pro hac vice*)<br>O'MELVENY & MYERS LLP<br>Times Square Tower<br>7 Times Square<br>New York, New York  10036-6537<br>Telephone: 212-326-2000<br><br>*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company* | Erin R. Fay (No. 5268)<br>Gregory J. Flasser (No. 6154)<br>600 North King Street, Suite 400<br>Wilmington, Delaware 19801<br>Telephone: (302) 655-5000<br>Facsimile: (302) 658-6395<br>Email:  efay@bayardlaw.com<br>            gflasser@bayardlaw.com<br><br>- and -<br><br>James P. Ruggeri (admitted *pro hac vice*)<br>Joshua D. Weinberg (admitted *pro hac vice*)<br>Michele Backus Konigsberg (admitted *pro hac vice*)<br>SHIPMAN & GOODWIN LLP<br>1875 K Street, NW, Suite 600<br>Washington, D.C. 20003<br>Tel: (202) 469-7750<br>Fax: (202) 469-7751<br><br>- and -<br><br>Philip D. Anker (admitted *pro hac vice*)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, N.Y. 10007<br>Tel: (212) 230-8890<br>Fax: (212) 230-8888<br><br>*Attorneys for First State Insurance Company, Hartford Accident and Indemnity Company and Twin City Fire Insurance Company* |

| | |
|---|---|
| THE LAW OFFICES OF JOYCE, LLC<br><br>Michael J. Joyce (No. 4563)<br>1225 King Street, Suite 800<br>Wilmington, DE 19801<br> (302)-388-1944<br>mjoyce@mjlawoffices.com<br><br>-and-<br><br> Kevin T. Coughlin (Admitted *Pro Hac Vice*)<br>Lorraine M. Armenti (Admitted *Pro Hac Vice*)<br>Michael E. Hrinewski (Admitted *Pro Hac Vice*)<br>COUGHLIN DUFFY, LLP<br>350 Mount Kemble Ave.<br>PO Box 1917<br>Morristown, NJ 07962<br>973-267-0058 (Telephone)<br>973-267-6442 (Facsimile)<br>ti@coughlinduffy.com<br><br>*Attorneys for Arrowood Indemnity Company, formerly known as Royal Indemnity Company* | WILMER CUTLER PRICKERING HALE AND DORR LLP<br>Danielle Spinelli (*admitted pro hac vice*)<br>Joel Millar (*admitted pro hac vice*)<br>1875 Pennsylvania Avenue N.W.<br>Washington, D.C. 20006<br>Tel: (202) 663-6000<br>Fax: (202) 663-6363<br><br>*Attorneys for First State Insurance Company, Hartford Accident and Indemnity Company and Twin City Fire Insurance Company* |
| Date: February 5, 2021<br> Wilmington, Delaware | |