IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Re Docket No. 1972 |

**JOINDER OF SCHNEIDER WALLACE COTTRELL KONECKY, ON BEHALF OF CLAIMANTS 18867, 43995, AND 50263, IN THE OBJECTION OF COALITION OF ABUSED SCOUTS FOR JUSTICE TO HARTFORD AND CENTURY'S MOTION FOR AN ORDER (I) AUTHORIZING CERTAIN RULE 2004 DISCOVERY, AND (II) GRANTING LEAVE FROM LOCAL RULE 3007-1(f) TO PERMIT THE FILING OF SUBSTANTIVE OMNIBUS OBJECTIONS [D.I. 1972]**

Schneider Wallace Cottrell Konecky ("SWCK"), on behalf of claimants known by claim numbers 18867, 43995, and 50263, file this joinder in support of the *Objection of The Coalition of Abused Scouts for Justice to Hartford and Century's Motion for an Order (I) Authorizing Certain Rule 2004 Discovery and (II) Granting Leave from Local Rule 3007-1(f) to Permit the Filing of Substantive Omnibus Objections*, (D.I. 2046) (the "objection"), and states as follows:

1. SWCK objects to the Motion (as defined in the Objection and referenced above) for the reasons set forth in the Objection, and SWCK incorporates the arguments of The Coalition for Abused Scouts in this Joinder.

2. SWCK requests that it be included in the relief requested in the Objection.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

1

3. SWCK requests that the Court sustain this Joinder and the Objection and grant the relief requested in the Objection.

Dated: February 5, 2021

**SCHNEIDER WALLACE COTTRELL KONECKY LLP**

/s/ Ryan R. C. Hicks
Ryan R. C. Hicks
Email: rhicks@schneiderwallace.com
3700 Buffalo Speedway, Suite 960
Houston, TX 77098
Telephone: (713) 336-2560
Facsimile: (415) 421-7105

*Attorney for Claimants Nos. 18867, 43995, and 50263*

/s/ Mahzad K. Hite
Mahzad K. Hite
Email: mhite@schneiderwallace.com
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

*Attorney for Claimants Nos. 18867, 43995, and 50263*

**CERTIFICATE OF SERVICE**

I CERTIFY THAT ON THE 5TH DAY OF February, 2021, the foregoing was Joinder was served on any and all parties who have requested electronic notice through the Court's CM/ECF system in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules.

/s/ Ryan R. C. Hicks