Exhibit 1

**Jin Hee Kim**

| | |
|---|---|
| **From:** | Backus, Michele L. <MBackus@goodwin.com> |
| **Sent:** | Friday, January 15, 2021 12:06 PM |
| **To:** | 'holly@victimscivilattorneys.com'; 'Kimberly.Dougherty@andruswagstaff.com'; 'gkamtchoum@ashcraftlaw.com'; 'hello@babinlaws.com'; 'amcginnis@bchlaw.com'; 'Jbonina@medlaw1.com'; 'mike@minnesotapersonalinjury.com'; 'BCABSAclient@bcoonlaw.com'; 'robert@buckfirelaw.com'; 'masstorts@cpenlaw.com'; 'John.Harnishfeger@ColterLegal.com'; Peter Janci; Steve Crew; 'bsa@dmillerlaw.com'; 'damon@baldonelaw.com'; 'bsa@dandell.com'; 'bsaintake@dandell.com'; 'gdavis@dbjlaw.net'; 'truzicka@dbjlaw.com'; 'bsaclaims@dbjlaw.net'; 'sdordulian@dlawgroup.com'; 'mlondon@douglasandlondon.com'; 'gilion@dumasandvaughn.com'; 'ewp@EquitasAdvocatesPC.com'; 'jdomer@cuterlaw.com'; 'mbreining@cutterlaw.com'; 'dan@fasylaw.com'; 'ted@formanlawoffices.com'; 'abuseclaims@freeseandgoss.com'; 'KBM@classlawgroup.com'; 'shoffmanlaw@gmail.com'; 'jlipinski@fortheinjured.com'; 'usner@hairshunnarah.com'; 'dvp@hanvanlaw.com'; 'BSA@hermanlaw.com'; 'HMGservice@hmglawfirm.com'; 'HMGservice@hmglawfirm.com'; 'adam@adamhorowitzlaw.com'; 'esmola@hurely-law.com'; 'Partners@IPGLawGroup.com'; 'jimharris@recallsuit.com'; 'cvernon@jvwlaw.net'; 'rbeckett@jvwlaw.net'; 'BSAclaims@JasonJoyLaw.com'; 'elizabethmiranda@jasonjoylaw.com'; 'jason@jasonjoylaw.com'; 'Rebecca@jasonjoylaw.com'; 'rsinins@lawjw.com'; 'mike@andersonadvocates.com'; 'jimharris@recallsuit.com'; 'buzzyjoy@josephjoy.com'; 'carmen@dursolaw.com'; 'joseph@blumellaw.com'; 'mbettilaw@gmail.com'; 'boyscoutsclaims@gmail.com'; 'mgarabedian@garabedianlaw.com'; 'cstephenson@levinlaw.com'; 'vylons@levylaw.com'; 'jenn@jennliakoslaw.com'; 'lsrlawny@gmail.com'; 'lorenrhoton@rhotonpostconviciton.com'; 'malexander@maryalexanderlaw.com'; 'kevin@mcdonaldworley.com'; 'klyons@mcdonaldworley.com'; 'jrutsky@mersonlaw.com'; 'jmerson@mersonlaw.com'; 'matoups@wgttlaw.com'; 'maya@mokaramlawfirm.com'; 'dlamberg@morellilaw.com'; 'BSAIntake@trulaw.com'; 'tim@nshmlaw.com'; 'lucas@psblaw.com'; 'jeff@paradowskilaw.com'; 'mhinrichs@yourlawyer.com'; 'michael@pcvalaw.com'; 'susan@portermalouf.com'; 'BSA@pouraseflaw.com'; 'pschneider@schneiderwallace.com'; 'BSAattorneys@swensonshelley.com'; 'cumeller@carlsonattorneys.com'; 'jcraven@carlsonattorneys.com'; 'pmankin@paulmankin.com'; 'courtney@moodyrrlaw.com'; 'dms@zalkin.com'; 'info@thlawyer.com'; 'sbreakstone@weitzlux.com'; 'matoups@wgttlaw.com'; 'matoups@wgttlaw.com'; 'ctuck@rpwb.com'; 'kathleen@wmlawyers.com'; 'rmoas@wrslawyers.com'; 'rschulte@yourlegalhelp.com'; 'jason@getyrlaw.com'; 'jwebster@thewebsterlawfirm.com'; 'mliu@awkolaw.com' |
| **Cc:** | Ruggeri, James P.; Weinberg, Joshua D.; Erin Fay; 'Greg Flasser' |
| **Subject:** | In re Boy Scouts of America:  Meet and Confer |
| **Attachments:** | BSA - Discovery Requests.pdf; BSA - Claimant List.pdf |

Counsel,

Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fire Insurance Company ("Hartford") intend to seek discovery under Rule 2004 regarding the bases for the claims asserted in the proofs of claims filed by a sample of claimants in the Boy Scout Bankruptcy case.  The attached list identifies by claimant number the claimants represented by you.  Pursuant to Delaware Bankruptcy Court Local Rule 2004-1, we would like to meet and

confer with you to determine whether we can agree on a date, time, place and scope of production of the materials requested in the attached document.  We are available on Monday, January 18 at 2 pm Eastern or Tuesday, January 19 at 3 pm Eastern.  The dial in number for those meet and confers are listed below.  Thank you.

**Monday - January 18 at 2 pm:**

State Court Counsel Meet and Confer (1/18)
Hosted by Michele Backus

https://shipman.webex.com/shipman/j.php?MTID=m55054c59faa15227bd762c42b6cc1871
Monday, Jan 18, 2021 2:00 pm | 1 hour | (UTC-05:00) Eastern Time (US & Canada)
Meeting number: 179 350 1504
Password: QbxPrMpR635
f273d6b825434834bc0b402fe3fad2e4

Join by video system
Dial 1793501504@shipman.webex.com
You can also dial 173.243.2.68 and enter your meeting number.

Join by phone
+1-415-655-0002 United States Toll
Access code: 179 350 1504

**Tuesday - January 19 at 3 pm:**

Meet and Confer with State Court Counsel (1/19)
Hosted by Michele Backus

https://shipman.webex.com/shipman/j.php?MTID=m78ab7fc16f9b31af375806ed7fcd05b7
Tuesday, Jan 19, 2021 3:00 pm | 1 hour | (UTC-05:00) Eastern Time (US & Canada)
Meeting number: 179 516 5301
Password: cfUMQtHw536
9edcc1a82dfc4753b56aabaa3f2ccec6

Join by video system
Dial 1795165301@shipman.webex.com
You can also dial 173.243.2.68 and enter your meeting number.

Join by phone
+1-415-655-0002 United States Toll
Access code: 179 516 5301

**Shipman & Goodwin**
COUNSELORS AT LAW

| | |
|---|---|
| **Michele Backus Konigsberg** | Tel (202) 469-7757 |
| Shipman & Goodwin LLP | Fax (202) 469-7751 |
| Partner | mbackus@goodwin.com |
| 1875 K Street NW, Suite 600 | www.shipmangoodwin.com |
| Washington, DC 20006-1251 | |

Privileged and confidential. If received in error, please notify me by e-mail and delete the message.

## EXHIBIT A

## DEFINITIONS

1.      "BSA" means the Boy Scouts of America and each of its prior or current officers, directors, employees, agents, advisors, and attorneys.

2.      "Chapter 11 Cases" means the chapter 11 cases filed by the Debtors in the United States Bankruptcy Court for the District of Delaware on February 18, 2020, jointly administered under Case No. 20-10343.

3.      "Claim Form" means the Sexual Abuse Survivor Proof of Claim Form submitted by You or on Your behalf in these Chapter 11 Cases.

4.      "Scouting" means participation in or involvement with the Boy Scouts of America.

5.      "You" or "Your" means the Person on whom this discovery is served.

## INTERROGATORIES

1.      Describe each occasion on which you were sexually abused in connection with Scouting and/or for which You contend BSA, any local council of BSA or any sponsoring organization of BSA was responsible (the "Sexual Abuse"), including the nature, date(s), location(s) and circumstances of the abuse, and indicate whether the abuse occurred at a Scouting activity or event.

2.      Please identify each person(s) that sexually abused You, including their name and position with Scouting, if known to You.  If the name of the person(s) who sexually abused You is not known to You, please provide all information that you can remember about that person(s), including identifying all physical features that you can remember (*e.g.*, hair color, eye color, height, weight).

3.      Please describe the relationship of the person(s) who abused You to BSA and/or Scouting (*i.e.*, troop master, fellow scout, parent volunteer), and how the Sexual Abuse was related to, or arises out of the activities of, Scouting.

4.      To the extent that You were not involved in Scouting at the time of the incident(s) of Sexual Abuse, describe how You came to be involved in the Scouting activity or event where such sexual abuse took place.

5.      If you have recovered a repressed memory, identify when you first remembered that you had been sexually abused, along with the event(s) that triggered that memory experience.

6.      Identify whether and, if so when, you first sought treatment for the Sexual Abuse, along with the identity of the professional(s) and reasons for Your decision to seek treatment or assistance.

7.      State whether You or anyone on Your behalf ever informed BSA or anyone else about the Sexual Abuse or discussed the Sexual Abuse with anyone, when such report(s) or discussions occurred and state what, if anything, resulted from that or those report(s) or discussion(s) concerning Your abuse.

8.      Describe all injuries, harm or damages that You contend You suffered as a result of the Sexual Abuse.

9.      State when and how you came to learn that the injuries set for the in Your Claim Form or in Your response to Interrogatory No. 11 were the result of the Sexual Abuse.

10.     Identify the case caption, case number, state of filing, named defendants of any prior lawsuits You filed or were filed on Your behalf against BSA, any local council of BSA or any other organization Relating to the Sexual Abuse, and describe the outcome of the lawsuit(s) (*e.g.*, the case settled, defense verdict, case was dismissed without payment).

11.     Identify any settlements or other agreements between You and any Person, including BSA, any local council or any other organization, to resolve claims for injury resulting from the Sexual Abuse, including settlement of any of the lawsuits identified in Interrogatory No. 14, and state the amount of each such settlement.

## REQUESTS FOR PRODUCTION

1.      All documents, recordings, notes or electronic materials (e.g., e-mails) describing or relating to the incident(s) of the Sexual Abuse, including any reports or complaints to law enforcement, BSA or any other person or entity.

2.      All documents, recordings or electronic materials constituting or reflecting any communications that You had with any other person relating to the Sexual Abuse.

3.      All Documents Relating to any counseling or other medical or non-medical treatments on account of, or to treat, injuries that You contend resulted from the Sexual Abuse.

4.      All Documents Relating to any diagnosis You received in the course of counseling or other medical or non-medical treatments that You received and that relate to the Sexual Abuse.

5.      All Documents reflecting or constituting any claim that You have made against any BSA local council or any other sponsoring organization, other than the national BSA organization, on account of the injuries You suffered on account of the Sexual Abuse.

6.      All Documents Relating to any prior claim or litigation regarding the Sexual Abuse, including copies of any proofs of claim filed in other bankruptcy cases, and copies of the

complaint, any motions filed, discovery responses, document productions, deposition transcripts, verdicts or judgments from any litigation.

7.      All formal and informal agreements between You and any person or entity, including BSA, any local council of BSA or any sponsoring organization of BSA, relating to the Sexual Abuse, including settlement agreements.

8.      All Documents reflecting payment that You received from any person, including BSA, any local council of BSA or any sponsoring organization of BSA, on account of, or as compensation for, claims for the Sexual Abuse.

| ClaimNo | Law Firm Name | Attorney Name |
|---------|---------------|---------------|
| 2378 | Andreozzi + Foote | Benjamin D. Andreozzi, Esq. and Nathaniel L. Foote, Esq. |
| 34137 | Andreozzi + Foote | Benjamin D. Andreozzi, Esq. and Nathaniel L. Foote, Esq. |
| 46652 | Andreozzi + Foote | Benjamin D. Andreozzi, Esq. and Nathaniel L. Foote, Esq. |
| 52753 | Andreozzi + Foote | Benjamin D. Andreozzi, Esq. and Nathaniel L. Foote, Esq. |
| 40228 | Andreozzi + Foote | Benjamin D. Andreozzi, Esq. and Nathaniel L. Foote, Esq. |
| 42089 | Andreozzi + Foote | Benjamin D. Andreozzi, Esq. and Nathaniel L. Foote, Esq. |
| 42316 | Andreozzi + Foote | Benjamin D. Andreozzi, Esq. and Nathaniel L. Foote, Esq. |
| 42426 | Andreozzi + Foote | Benjamin D. Andreozzi, Esq. and Nathaniel L. Foote, Esq. |
| 56714 | Andrus Wagstaff, PC | Kimberly A. Dougherty, Esq |
| 37034 | Ashcraft & Gerel, LLP | Gertrude Ngamga-Kamtchoum |
| 5502 | Aylstock, Witkin, Kreis, & Overholtz, PLLC | S Mary Liu |
| 20418 | Babin Law, LLC | Steven C. Babin Jr., Esq. |
| 65208 | Babin Law, LLC | Steven C. Babin Jr., Esq. |
| 65253 | Babin Law, LLC | Steven C. Babin Jr., Esq. |
| 68008 | Babin Law, LLC | Steven C. Babin Jr., Esq. |
| 75269 | Babin Law, LLC | Steven C. Babin Jr., Esq. |
| 76080 | Babin Law, LLC | Steven C. Babin Jr., Esq. |
| 76202 | Babin Law, LLC | Steven C. Babin Jr., Esq. |
| 76396 | Babin Law, LLC | Steven C. Babin Jr., Esq. |
| 76445 | Babin Law, LLC | Steven C. Babin Jr., Esq. |
| 81850 | Babin Law, LLC | Steven C. Babin Jr., Esq. |
| 81876 | Babin Law, LLC | Steven C. Babin Jr., Esq. |
| 81903 | Babin Law, LLC | Steven C. Babin Jr., Esq. |
| 82497 | Babin Law, LLC | Steven C. Babin Jr., Esq. |
| 82568 | Babin Law, LLC | Steven C. Babin Jr., Esq. |
| 82634 | Babin Law, LLC | Steven C. Babin Jr., Esq. |
| 82770 | Babin Law, LLC | Steven C. Babin Jr., Esq. |
| 83097 | Babin Law, LLC | Steven C. Babin Jr., Esq. |
| 83811 | Babin Law, LLC | Steven C. Babin Jr., Esq. |
| 83928 | Babin Law, LLC | Steven C. Babin Jr., Esq. |
| 84545 | Babin Law, LLC | Steven C. Babin Jr., Esq. |
| 85049 | Babin Law, LLC | Steven C. Babin Jr., Esq. |
| 85192 | Babin Law, LLC | Steven C. Babin Jr., Esq. |
| 85817 | Babin Law, LLC | Steven C. Babin Jr., Esq. |
| 85997 | Babin Law, LLC | Steven C. Babin Jr., Esq. |
| 87275 | Babin Law, LLC | Steven C. Babin Jr., Esq. |
| 87519 | Babin Law, LLC | Steven C. Babin Jr., Esq. |
| 88755 | Babin Law, LLC | Steven C. Babin Jr., Esq. |
| 90430 | Babin Law, LLC | Steven C. Babin Jr., Esq. |

| ClaimNo | Law Firm Name | Attorney Name |
|---|---|---|
| 63940 | Bailey Cowan Heckaman, PLLC | Andrea McGinnis, Esq |
| 79408 | Bailey Cowan Heckaman, PLLC | Andrea McGinnis, Esq |
| 79441 | Bailey Cowan Heckaman, PLLC | Andrea McGinnis, Esq |
| 93602 | Bailey Cowan Heckaman, PLLC | Andrea McGinnis, Esq |
| 66113 | Bailey Cowan Heckaman, PLLC | Andrea McGinnis, Esq. |
| 66275 | Bailey Cowan Heckaman, PLLC | Andrea McGinnis, Esq. |
| 72374 | Bailey Cowan Heckaman, PLLC | Andrea McGinnis, Esq. |
| 78025 | Bailey Cowan Heckaman, PLLC | Andrea McGinnis, Esq. |
| 79670 | Bailey Cowan Heckaman, PLLC | Andrea McGinnis, Esq. |
| 87878 | Bailey Cowan Heckaman, PLLC | Andrea McGinnis, Esq. |
| 88127 | Bailey Cowan Heckaman, PLLC | Andrea McGinnis, Esq. |
| 88147 | Bailey Cowan Heckaman, PLLC | Andrea McGinnis, Esq. |
| 88174 | Bailey Cowan Heckaman, PLLC | Andrea McGinnis, Esq. |
| 93688 | Bailey Cowan Heckaman, PLLC | Andrea McGinnis, Esq. |
| 95137 | Bailey Cowan Heckaman, PLLC | Andrea McGinnis, Esq. |
| 95140 | Bailey Cowan Heckaman, PLLC | Andrea McGinnis, Esq. |
| 1173 | Bonina & Bonina P.C. | John Bonina |
| 70384 | Bradshaw & Bryant, PLLC | Michael A. Bryant |
| 93203 | Bradshaw & Bryant, PLLC | Michael A. Bryant |
| 44160 | Brent Coon & Associates | Robert Schwartz |
| 54669 | Brent Coon & Associates | Robert Schwartz |
| 44276 | Buckfire & Buckfire PC | Robert Lantzy |
| 51207 | Christina Pendleton & Associates PC | Damon Pendleton |
| 52191 | Christina Pendleton & Associates PC | Damon Pendleton |
| 35120 | Colter Legal PLLC | John G. Harnishfeger |
| 44177 | Colter Legal PLLC | John G. Harnishfeger |
| 96073 | Crew Janci LLP | Peter B. Janci, Esq. |
| 40714 | Crew Janci LLP | Stephen F. Crew; Peter B. Janci |
| 29240 | Crew Janci LLP | Stephen F. Crew; Peter B. Janci |
| 44337 | Crew Janci LLP | Stephen F. Crew; Peter B. Janci |
| 48110 | Crew Janci LLP | Stephen F. Crew; Peter B. Janci |
| 66743 | D Miller & Associates, PLLC | Rochelle Guilton |
| 95910 | D Miller & Associates, PLLC | Rochelle Guilton |
| 48884 | D Miller & Associates, PLLC | Rochelle Guiton |
| 48953 | D Miller & Associates, PLLC | Rochelle Guiton |
| 49869 | D Miller & Associates, PLLC | Rochelle Guiton |
| 50023 | D Miller & Associates, PLLC | Rochelle Guiton |
| 52839 | D Miller & Associates, PLLC | Rochelle Guiton |
| 53373 | D Miller & Associates, PLLC | Rochelle Guiton |
| 53669 | D Miller & Associates, PLLC | Rochelle Guiton |
| 58313 | D Miller & Associates, PLLC | Rochelle Guiton |
| 60621 | D Miller & Associates, PLLC | Rochelle Guiton |
| 61025 | D Miller & Associates, PLLC | Rochelle Guiton |
| 61244 | D Miller & Associates, PLLC | Rochelle Guiton |
| 62350 | D Miller & Associates, PLLC | Rochelle Guiton |
| 62450 | D Miller & Associates, PLLC | Rochelle Guiton |
| 66956 | D Miller & Associates, PLLC | Rochelle Guiton |

| ClaimNo | Law Firm Name | Attorney Name |
|---------|--------------|---------------|
| 71634 | D Miller & Associates, PLLC | Rochelle Guiton |
| 71954 | D Miller & Associates, PLLC | Rochelle Guiton |
| 74429 | D Miller & Associates, PLLC | Rochelle Guiton |
| 77980 | D Miller & Associates, PLLC | Rochelle Guiton |
| 79569 | D Miller & Associates, PLLC | Rochelle Guiton |
| 80696 | D Miller & Associates, PLLC | Rochelle Guiton |
| 80736 | D Miller & Associates, PLLC | Rochelle Guiton |
| 80887 | D Miller & Associates, PLLC | Rochelle Guiton |
| 80971 | D Miller & Associates, PLLC | Rochelle Guiton |
| 80993 | D Miller & Associates, PLLC | Rochelle Guiton |
| 84868 | D Miller & Associates, PLLC | Rochelle Guiton |
| 85048 | D Miller & Associates, PLLC | Rochelle Guiton |
| 87892 | D Miller & Associates, PLLC | Rochelle Guiton |
| 87970 | D Miller & Associates, PLLC | Rochelle Guiton |
| 88121 | D Miller & Associates, PLLC | Rochelle Guiton |
| 91551 | D Miller & Associates, PLLC | Rochelle Guiton |
| 91805 | D Miller & Associates, PLLC | Rochelle Guiton |
| 92148 | D Miller & Associates, PLLC | Rochelle Guiton |
| 92150 | D Miller & Associates, PLLC | Rochelle Guiton |
| 92899 | D Miller & Associates, PLLC | Rochelle Guiton |
| 95804 | D Miller & Associates, PLLC | Rochelle Guiton |
| 96026 | D Miller & Associates, PLLC | Rochelle Guiton |
| 96105 | D Miller & Associates, PLLC | Rochelle Guiton |
| 83065 | D Miller & Associates, PLLC | Rochelle Guiton |
| 87161 | D Miller & Associates, PLLC | Rochelle Guiton |
| 87671 | D Miller & Associates, PLLC | Rochelle Guiton |
| 92340 | D Miller & Associates, PLLC | Rochelle Guiton |
| 78169 | D Miller & Associates, PLLC | Rochelle Gutton |
| 89306 | D Miller & Associates, PLLC | Rochelle Gutton |
| 93265 | D Miller & Associates, PLLC | Rochelle Gutton |
| 15838 | Damon J Baldone & Associates, APLC | Damon J. Baldone |
| 37809 | Damon J Baldone & Associates, APLC | Damon J. Baldone |
| 53145 | Damon J Baldone & Associates, APLC | Damon J. Baldone |
| 58085 | Damon J Baldone & Associates, APLC | Damon J. Baldone |
| 71364 | Damon J Baldone & Associates, APLC | Damon J. Baldone |
| 29633 | Danizger & De Llano, LLP | Paul Danziger |
| 36368 | Danizger & De Llano, LLP | Paul Danziger |
| 40834 | Danizger & De Llano, LLP | Paul Danziger |
| 47520 | Danizger & De Llano, LLP | Paul Danziger |
| 48817 | Danizger & De Llano, LLP | Paul Danziger |
| 49822 | Danizger & De Llano, LLP | Paul Danziger |
| 56783 | Danizger & De Llano, LLP | Paul Danziger |
| 60722 | Danizger & De Llano, LLP | Paul Danziger |
| 66488 | Danizger & De Llano, LLP | Paul Danziger |
| 67926 | Danizger & De Llano, LLP | Paul Danziger |
| 74500 | Danizger & De Llano, LLP | Paul Danziger |
| 80319 | Danizger & De Llano, LLP | Paul Danziger |

| ClaimNo | Law Firm Name | Attorney Name |
|---|---|---|
| 81929 | Danizger & De Llano, LLP | Paul Danziger |
| 36393 | Danizger & De Llano, LLP | Paul Danziger |
| 42230 | Danizger & De Llano, LLP | Paul Danziger |
| 46480 | Danizger & De Llano, LLP | Paul Danziger |
| 72352 | Danizger & De Llano, LLP | Paul Danziger |
| 23424 | Danizger & De Llano, LLP | Rod De Llano |
| 25453 | Danizger & De Llano, LLP | Rod De Llano |
| 67003 | Davis Bethune & Jones Law | Grant Davis; Ted Ruzicka |
| 67029 | Davis Bethune & Jones Law | Grant Davis; Ted Ruzicka |
| 67045 | Davis Bethune & Jones Law | Grant Davis; Ted Ruzicka |
| 71850 | Davis Bethune & Jones Law | Grant Davis; Ted Ruzicka |
| 72615 | Davis Bethune & Jones Law | Grant Davis; Ted Ruzicka |
| 78008 | Davis Bethune & Jones Law | Grant Davis; Ted Ruzicka |
| 78209 | Davis Bethune & Jones Law | Grant Davis; Ted Ruzicka |
| 78471 | Davis Bethune & Jones Law | Grant Davis; Ted Ruzicka |
| 78912 | Davis Bethune & Jones Law | Grant Davis; Ted Ruzicka |
| 81834 | Davis Bethune & Jones Law | Grant Davis; Ted Ruzicka |
| 84619 | Davis Bethune & Jones Law | Grant Davis; Ted Ruzicka |
| 29758 | Davis Bethune & Jones Law | Ted Ruzicka |
| 29790 | Davis Bethune & Jones Law | Ted Ruzicka |
| 83226 | Davis Bethune & Jones Law | Ted Ruzicka |
| 72268 | Dordulian Law Group | Samuel Dordulian |
| 72310 | Dordulian Law Group | Samuel Dordulian |
| 89300 | Douglas & London PC | Michael A. London |
| 34531 | Dumas & Vaughn, LLC | Gilion Dumas & Ashley Vaughn |
| 48183 | Equitas Advocates PC | Eric W. Pearson, Esq. |
| 48187 | Equitas Advocates PC | Eric W. Pearson, Esq. |
| 57555 | Estey & Bomberger, LLP, Cutter Law, PC | Jennifer S. Domer, Matthew Breining |
| 61802 | Estey & Bomberger, LLP, Cutter Law, PC | Jennifer S. Domer, Matthew Breining |
| 65446 | Estey & Bomberger, LLP, Cutter Law, PC | Jennifer S. Domer, Matthew Breining |
| 71723 | Estey & Bomberger, LLP, Cutter Law, PC | Jennifer S. Domer, Matthew Breining |
| 63528 | Estey & Bomberger, LLP, Cutter Law, PC | Jennifer S. Domer; Matthew Breining |
| 48888 | Fasy Law PLLC | Daniel Fasy |
| 22148 | Forman Law Offices, P.A. | Theodore S. Forman |
| 35432 | Forman Law Offices, P.A. | Theodore S. Forman |
| 36221 | Forman Law Offices, P.A. | Theodore S. Forman |
| 82421 | Forman Law Offices, P.A. | Theodore S. Forman |
| 11598 | Freese & Goss, PLLC | Tim K. Goss |
| 16028 | Freese & Goss, PLLC | Tim K. Goss |
| 35452 | Freese & Goss, PLLC | Tim K. Goss |
| 54488 | Freese & Goss, PLLC | Tim K. Goss |
| 58534 | Freese & Goss, PLLC | Tim K. Goss |
| 62859 | Freese & Goss, PLLC | Tim K. Goss |
| 62895 | Freese & Goss, PLLC | Tim K. Goss |
| 62899 | Freese & Goss, PLLC | Tim K. Goss |
| 35607 | Freese & Goss, PLLC | Tim K. Goss |
| 35699 | Freese & Goss, PLLC | Tim K. Goss |

| ClaimNo | Law Firm Name | Attorney Name |
|---------|---------------|---------------|
| 87791 | Gibb Law Group LLC | Karen Barth Menzies |
| 72084 | Gilleon Law Firm | Daniel M. Gilleon, Steve Hoffman |
| 55372 | Gordon & Partners | Jennifer Lipinski, Esq. |
| 28120 | Hair Shunnarah Trial Attorneys | Kyle C. Usner |
| 65856 | Hanna; Vander Ploeg, LLC | David J. Vander Ploeg |
| 71707 | Herman Law Firm | Jeffrey M. Herman |
| 64877 | Hilliard Martinez Gonzales LLP | Robert C. Hilliard |
| 64930 | Hilliard Martinez Gonzales LLP | Robert C. Hilliard |
| 67629 | Hilliard Martinez Gonzales LLP | Robert C. Hilliard |
| 68832 | Hilliard Martinez Gonzales LLP | Rudy Gonzales; Robert C. Hilliard |
| 38970 | Horowitz Law Firm | Adam D. Horowitz |
| 47136 | Horowitz Law Firm | Adam Horowitz & Jessica Arbour |
| 84230 | Horowitz Law Firm | Adam Horowitz & Jessica Arbour |
| 84512 | Horowitz Law Firm | Adam Horowitz & Jessica Arbour |
| 10658 | Hurley McKenna & Mertz, P.C | Christopher T Hurley and Evan M Smola |
| 14092 | Hurley McKenna & Mertz, P.C | Christopher T Hurley and Evan M Smola |
| 14389 | Hurley McKenna & Mertz, P.C | Christopher T Hurley and Evan M Smola |
| 1442 | Hurley McKenna & Mertz, P.C | Christopher T Hurley and Evan M Smola |
| 15900 | Hurley McKenna & Mertz, P.C | Christopher T Hurley and Evan M Smola |
| 16116 | Hurley McKenna & Mertz, P.C | Christopher T Hurley and Evan M Smola |
| 16644 | Hurley McKenna & Mertz, P.C | Christopher T Hurley and Evan M Smola |
| 16833 | Hurley McKenna & Mertz, P.C | Christopher T Hurley and Evan M Smola |
| 17177 | Hurley McKenna & Mertz, P.C | Christopher T Hurley and Evan M Smola |
| 1729 | Hurley McKenna & Mertz, P.C | Christopher T Hurley and Evan M Smola |
| 19131 | Hurley McKenna & Mertz, P.C | Christopher T Hurley and Evan M Smola |
| 19227 | Hurley McKenna & Mertz, P.C | Christopher T Hurley and Evan M Smola |
| 22001 | Hurley McKenna & Mertz, P.C | Christopher T Hurley and Evan M Smola |
| 22220 | Hurley McKenna & Mertz, P.C | Christopher T Hurley and Evan M Smola |
| 22900 | Hurley McKenna & Mertz, P.C | Christopher T Hurley and Evan M Smola |
| 24334 | Hurley McKenna & Mertz, P.C | Christopher T Hurley and Evan M Smola |
| 25459 | Hurley McKenna & Mertz, P.C | Christopher T Hurley and Evan M Smola |
| 2654 | Hurley McKenna & Mertz, P.C | Christopher T Hurley and Evan M Smola |
| 26717 | Hurley McKenna & Mertz, P.C | Christopher T Hurley and Evan M Smola |
| 27729 | Hurley McKenna & Mertz, P.C | Christopher T Hurley and Evan M Smola |
| 28184 | Hurley McKenna & Mertz, P.C | Christopher T Hurley and Evan M Smola |
| 28460 | Hurley McKenna & Mertz, P.C | Christopher T Hurley and Evan M Smola |
| 30846 | Hurley McKenna & Mertz, P.C | Christopher T Hurley and Evan M Smola |
| 3161 | Hurley McKenna & Mertz, P.C | Christopher T Hurley and Evan M Smola |
| 3252 | Hurley McKenna & Mertz, P.C | Christopher T Hurley and Evan M Smola |
| 3257 | Hurley McKenna & Mertz, P.C | Christopher T Hurley and Evan M Smola |
| 39003 | Hurley McKenna & Mertz, P.C | Christopher T Hurley and Evan M Smola |
| 3973 | Hurley McKenna & Mertz, P.C | Christopher T Hurley and Evan M Smola |
| 43375 | Hurley McKenna & Mertz, P.C | Christopher T Hurley and Evan M Smola |
| 45823 | Hurley McKenna & Mertz, P.C | Christopher T Hurley and Evan M Smola |
| 49573 | Hurley McKenna & Mertz, P.C | Christopher T Hurley and Evan M Smola |
| 5755 | Hurley McKenna & Mertz, P.C | Christopher T Hurley and Evan M Smola |
| 6028 | Hurley McKenna & Mertz, P.C | Christopher T Hurley and Evan M Smola |

| ClaimNo | Law Firm Name | Attorney Name |
|---------|---------------|---------------|
| 76698 | Hurley McKenna & Mertz, P.C | Christopher T Hurley and Evan M Smola |
| 9803 | Hurley McKenna & Mertz, P.C | Christopher T Hurley and Evan M Smola |
| 9805 | Hurley McKenna & Mertz, P.C | Christopher T Hurley and Evan M Smola |
| 15531 | IPG Law Group | Izehiese I. Egharevba, Esq |
| 71469 | James Harris Law, PLLC | James Harris |
| 71696 | James Harris Law, PLLC | James Harris |
| 72875 | James Harris Law, PLLC | James Harris |
| 96076 | James Harris Law, PLLC | James Harris |
| 96089 | James Harris Law, PLLC | James Harris |
| 96092 | James Harris Law, PLLC | James Harris |
| 96808 | James Harris Law, PLLC | James Harris |
| 24336 | James, Vernon & Weeks, P.A.; Donahoo & Associates, PC | Craig K. Vernon; William Donahoo; R. Charles Beckett |
| 83978 | Jason J Joy & Associates and Martin Baughman, PLLC | Jason Joy; Laura Baughman; Ben C. Martin |
| 62279 | Jason J. Joy &  Associates, PLLC | Jason Joy |
| 62280 | Jason J. Joy &  Associates, PLLC | Jason Joy |
| 83314 | Jason J. Joy &  Associates, PLLC | Jason Joy |
| 83470 | Jason J. Joy &  Associates, PLLC | Jason Joy |
| 83947 | Jason J. Joy &  Associates, PLLC | Jason Joy |
| 84158 | Jason J. Joy &  Associates, PLLC | Jason Joy |
| 84874 | Jason J. Joy &  Associates, PLLC | Jason Joy |
| 85139 | Jason J. Joy &  Associates, PLLC | Jason Joy |
| 87215 | Jason J. Joy &  Associates, PLLC | Jason Joy |
| 89536 | Jason J. Joy &  Associates, PLLC | Jason Joy |
| 95813 | Jason J. Joy &  Associates, PLLC | Jason Joy |
| 96072 | Javerbaum Wurgaft Hicks Kahn Wikstrom & Sinins, P.C. | Rubin M. Sinins |
| 25863 | Jeff Anderson & Associates P.A | Michael Finnegan |
| 56096 | Jeff Anderson & Associates P.A | Michael Finnegan |
| 38967 | Jeff Anderson & Associates P.A | Michael Finnegan |
| 60141 | Jeff Anderson & Associates P.A | Michael Finnegan |
| 77048 | Jim Harris Law PLLC | James Harris |
| 25134 | Joseph Joy & Associates, APLC & Jason J. Joy & Associates, APLC | Joseph R, Joy, lll |
| 91018 | Joseph Joy & Associates, APLC & Jason J. Joy & Associates, APLC | Joseph R, Joy, lll |
| 59969 | Law Office of Carmen L. Durso | Carmen L. Durso |
| 41297 | Law Office of Joseph A. Bluemel, III, P.S | Joseph A. Blumel, III |
| 92564 | Law Offices of Betti & Associates | Michele M. Betti, Esq. |
| 39816 | Law Offices of Donald G. Norris | Donald G. Norris |
| 40024 | Law Offices of Donald G. Norris | Donald G. Norris |
| 68597 | Law Offices of Donald G. Norris | Donald G. Norris |
| 92781 | Law Offices of Donald G. Norris | Donald G. Norris |
| 65707 | Law Offices of Mitchell Garabedian | Mitchell Garabedian, Esq |
| 66034 | Law Offices of Mitchell Garabedian | Mitchell Garabedian, Esq. |
| 90672 | Law Offices of Mitchell Garabedian | Mitchell Garabedian, Esq. |

| ClaimNo | Law Firm Name | Attorney Name |
| --- | --- | --- |
| 91883 | Law Offices of Mitchell Garabedian | Mitchell Garabedian, Esq. |
| 45998 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor, P.A | W. Cameron Stephenson |
| 43652 | Levy Konigsberg LLP | Vara Lyons |
| 26704 | Liakos Law, APC | Jennifer Liakos |
| 31245 | Liakos Law, APC | Jennifer Liakos |
| 31384 | Liakos Law, APC | Jennifer Liakos |
| 35542 | Liakos Law, APC | Jennifer Liakos |
| 41055 | Liakos Law, APC | Jennifer Liakos |
| 56524 | Linder Sattler & Rogowsky, LLP | Erica B. Saltier, Esq. |
| 108 | Loren Rhoton | Loren Rhoton |
| 71573 | Mary Alexander & Associates, P.C. | Mary E. Alexander |
| 82731 | Mary Alexander & Associates, P.C. | Mary E. Alexander |
| 83362 | Mary Alexander & Associates, P.C. | Mary E. Alexander |
| 18461 | McDonald Worley, PC | Kevin M. Cox |
| 54540 | Merson Law PLLC | Jordan Rutsky; Jordan Merson |
| 28953 | Mitchell A. Toups, Ltd. | Mitchell A. Toups |
| 91914 | Mitchell A. Toups, Ltd. | Mitchell A. Toups |
| 9626 | Mitchell A. Toups, Ltd. | Mitchell A. Toups |
| 40362 | Mokaram Law Firm | Ali Mokaram |
| 59053 | Mokaram Law Firm | Ali Mokaram |
| 63919 | Mokaram Law Firm | Ali Mokaram |
| 36572 | Moreli Law Firm PLLC | Danielle Lamberg, Esq. |
| 40954 | Moreli Law Firm PLLC | Danielle Lamberg, Esq. |
| 55240 | Moreli Law Firm PLLC | Danielle Lamberg, Esq. |
| 64937 | Moreli Law Firm PLLC | Danielle Lamberg, Esq. |
| 72550 | Moreli Law Firm PLLC | Danielle Lamberg, Esq. |
| 72691 | Moreli Law Firm PLLC | Danielle Lamberg, Esq. |
| 53571 | Nye Stirling Hale & Miller LLP | Timothy C. Hale |
| 26628 | Paluch Law LLC | Jessica Paluch Hoerman |
| 49749 | Paluch Law LLC | Jessica Paluch Hoerman |
| 49783 | Paluch Law LLC | Jessica Paluch Hoerman |
| 66268 | Paluch Law LLC | Jessica Paluch Hoerman |
| 67613 | Paluch Law LLC | Jessica Paluch Hoerman |
| 74113 | Paluch Law LLC | Jessica Paluch Hoerman |
| 79887 | Paluch Law LLC | Jessica Paluch Hoerman |
| 83351 | Paluch Law LLC | Jessica Paluch Hoerman |
| 48446 | Panish Shea & Boyle, LLP | Spencer R. Lucas |
| 60443 | Panish Shea & Boyle, LLP | Spencer R. Lucas |
| 48081 | Panish Shea & Boyle, LLP | Spencer R. Lucas |
| 2228 | Paradowski Law | W. Jeff Paradowski |
| 55101 | Parker & Waichman LLP | Matthew W. Hinrichs, Esq. |
| 3675 | Pfau Cochran Vertetis Amala PLLC | Michael Pfau |
| 18787 | Pfau Cochran Vertetis Amala PLLC | Michael T. Pfau |
| 28206 | Pfau Cochran Vertetis Amala PLLC | Michael T. Pfau |
| 32230 | Pfau Cochran Vertetis Amala PLLC | Michael T. Pfau |
| 38281 | Pfau Cochran Vertetis Amala PLLC | Michael T. Pfau |

| ClaimNo | Law Firm Name | Attorney Name |
|---------|---------------|---------------|
| 63751 | Pfau Cochran Vertetis Amala PLLC | Michael T. Pfau |
| 32089 | Porter Malouf Law Firm | Tim Porter |
| 53893 | Pourasef Law, PLCC | Pegah Pourasef |
| 65175 | Pourasef Law, PLCC | Pegah Pourasef |
| 69184 | Pourasef Law, PLCC | Pegah Pourasef |
| 18867 | Schneider Wallace Cottrell Konecky, LLP | Peter B. Schneider |
| 43995 | Schneider Wallace Cottrell Konecky, LLP | Peter B. Schneider |
| 50263 | Schneider Wallace Cottrell Konecky, LLP | Peter B. Schneider |
| 37465 | Swensen & Shelley, PLLC | Kevin Swenson |
| 44497 | Swensen & Shelley, PLLC | Kevin Swenson |
| 45186 | Swensen & Shelley, PLLC | Kevin Swenson |
| 59591 | Swensen & Shelley, PLLC | Kevin Swenson |
| 62009 | Swensen & Shelley, PLLC | Kevin Swenson |
| 72518 | The Carlson Law Firm, PC | Craig W. Carlson |
| 18747 | The Carlson Law Firm, PC | Craig W. Carlson |
| 35092 | The Law Office of L. Paul Mankin | L. Paul Mankin, Esq. |
| 38391 | The Law Office of L. Paul Mankin | L. Paul Mankin, Esq. |
| 40431 | The Law Office of L. Paul Mankin | L. Paul Mankin, Esq. |
| 44907 | The Law Office of L. Paul Mankin | L. Paul Mankin, Esq. |
| 46556 | The Law Office of L. Paul Mankin | L. Paul Mankin, Esq. |
| 55982 | The Law Office of L. Paul Mankin | L. Paul Mankin, Esq. |
| 26868 | The Moody Law Firm, Inc | Willard J. Moody Jr. |
| 37257 | The Moody Law Firm, Inc | Willard J. Moody Jr. |
| 37624 | The Moody Law Firm, Inc | Willard J. Moody Jr. |
| 51475 | The Moody Law Firm, Inc | Willard J. Moody Jr. |
| 52548 | The Moody Law Firm, Inc | Willard J. Moody Jr. |
| 61601 | The Moody Law Firm, Inc | Willard J. Moody Jr. |
| 66021 | The Moody Law Firm, Inc | Willard J. Moody Jr. |
| 66662 | The Moody Law Firm, Inc | Willard J. Moody Jr. |
| 66680 | The Moody Law Firm, Inc | Willard J. Moody Jr. |
| 66687 | The Moody Law Firm, Inc | Willard J. Moody Jr. |
| 66774 | The Moody Law Firm, Inc | Willard J. Moody Jr. |
| 92037 | The Moody Law Firm, Inc | Willard J. Moody Jr. |
| 92107 | The Moody Law Firm, Inc | Willard J. Moody Jr. |
| 40573 | The Webster Law Firm | Jason C. Webster |
| 41149 | The Zalkin Law Firm PC | Devin M. Storey |
| 83821 | TorHoerman Law LLC | Eric Terry |
| 91737 | Weitz & Luxemberg, P.C | Samantha Breakstone |
| 76419 | Weitz & Luxemberg, P.C | Samantha Breakstone |
| 40137 | Weller Green Toups & Terrell LLP | Richardson Patrick Westbrook & Brickman, LLC |
| 42286 | Weller Green Toups & Terrell LLP | Richardson Patrick Westbrook & Brickman, LLC |
| 49443 | Weller Green Toups & Terrell LLP | Richardson Patrick Westbrook & Brickman, LLC |
| 49480 | Weller Green Toups & Terrell LLP | Richardson Patrick Westbrook & Brickman, LLC |

| ClaimNo | Law Firm Name | Attorney Name |
|---------|---------------|---------------|
| 66740 | Weller Green Toups & Terrell LLP | Richardson Patrick Westbrook & Brickman, LLC |
| 82671 | Weller Green Toups & Terrell LLP | Richardson Patrick Westbrook & Brickman, LLC |
| 89858 | Weller Green Toups & Terrell LLP | Richardson Patrick Westbrook & Brickman, LLC |
| 91679 | Weller Green Toups & Terrell LLP | Richardson Patrick Westbrook & Brickman, LLC |
| 92228 | Weller Green Toups & Terrell LLP | Richardson Patrick Westbrook & Brickman, LLC |
| 92405 | Weller Green Toups & Terrell LLP | Richardson Patrick Westbrook & Brickman, LLC |
| 94291 | Weller Green Toups & Terrell LLP | Richardson, Patrick, Westbrook & Brickman, LLC |
| 93570 | Weller Green Toups & Terrell LLP, Richardson Patrick Westbrook & Brickman, LLC | Mitchel A. Toups & T. Christopher Tuck |
| 92129 | Weller Green Toups & Terrell LLP, Richardson Patrick Westbrook & Brickman, LLC | Richardson Patrick Westbrook & Brickman, LLC |
| 18603 | Winer, Burritt & Scott | Kathleen A. McCormac |
| 35605 | Wolf, Rifkin, Shapiro, Schulman & Rabkin LLP | Royi Moas |
| 35677 | Wolf, Rifkin, Shapiro, Schulman & Rabkin LLP | Royi Moas |
| 35709 | Wolf, Rifkin, Shapiro, Schulman & Rabkin LLP | Royi Moas |
| 89393 | Wright & Schulte, LLC | Richard W. Schulte |
| 82094 | Yuspeh Rappaport Law | Andrew Yuspeh |