Exhibit 3

# Jin Hee Kim

| | |
|---|---|
| **From:** | Backus, Michele L. <MBackus@goodwin.com> |
| **Sent:** | Tuesday, January 19, 2021 2:40 PM |
| **To:** | Peter Janci |
| **Cc:** | Steve Crew |
| **Subject:** | RE: In re Boy Scouts of America:  Meet and Confer |

Mr. Janci,

We are having follow-up meet and confer with a small group on Tuesday, 1/26 at 3:30.  Does that work for you?  Thanks.

---

**From:** Peter Janci [mailto:peter@crewjanci.com]
**Sent:** Tuesday, January 19, 2021 11:00 AM
**To:** Backus, Michele L. <MBackus@goodwin.com>
**Cc:** Steve Crew <steve@crewjanci.com>
**Subject:** RE: In re Boy Scouts of America: Meet and Confer

*EXTERNAL EMAIL*

Michele,

I will be your point person for meet and confer as to the requested discovery on the Crew Janci claims, as well as the identified claim for Javerbaum Wurgaft (on which we are co-counsel).

In our view, the hundred-person zoom meetings are not a workable approach to a substantive meet and confer as to our claims.

I am discussing with a few of my colleagues a smaller group meeting and I will be in touch with you about that.

In the alternative, if you would like to provide some availability early next week, I am open to scheduling a separate phone call with you or one of your colleagues.

Regards,

- Peter

**Peter B. Janci | Partner**
**CREW JANCI LLP**
1200 NW Naito Parkway, Suite 500 | Portland, OR  97209-2829
Tel: 503.306.0224 | Fax: 503.467.4940 | Toll Free: 1.888.407.0224
Email: peter@crewjanci.com | Website: www.crewjanci.com
*Admitted in Oregon, Washington, and New York*

*This communication may consist of attorney privileged and confidential information intended only for the use of the individual or entity named herein. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and/or return the original message to us at the above e-mail address. Thank you.*

**From:** Backus, Michele L. <MBackus@goodwin.com>
**Sent:** Friday, January 15, 2021 12:06 PM
**To:** 'holly@victimscivilattorneys.com' <holly@victimscivilattorneys.com>; 'Kimberly.Dougherty@andruswagstaff.com' <Kimberly.Dougherty@andruswagstaff.com>; 'gkamtchoum@ashcraftlaw.com' <gkamtchoum@ashcraftlaw.com>; 'hello@babinlaws.com' <hello@babinlaws.com>; 'amcginnis@bchlaw.com' <amcginnis@bchlaw.com>; 'Jbonina@medlaw1.com' <Jbonina@medlaw1.com>; 'mike@minnesotapersonalinjury.com' <mike@minnesotapersonalinjury.com>; 'BCABSAclient@bcoonlaw.com' <BCABSAclient@bcoonlaw.com>; 'robert@buckfirelaw.com' <robert@buckfirelaw.com>; 'masstorts@cpenlaw.com' <masstorts@cpenlaw.com>; 'John.Harnishfeger@ColterLegal.com' <John.Harnishfeger@ColterLegal.com>; Peter Janci <peter@crewjanci.com>; Steve Crew <steve@crewjanci.com>; 'bsa@dmillerlaw.com' <bsa@dmillerlaw.com>; 'damon@baldonelaw.com' <damon@baldonelaw.com>; 'bsa@dandell.com' <bsa@dandell.com>; 'bsaintake@dandell.com' <bsaintake@dandell.com>; 'gdavis@dbjlaw.net' <gdavis@dbjlaw.net>; 'truzicka@dbjlaw.com' <truzicka@dbjlaw.com>; 'bsaclaims@dbjlaw.net' <bsaclaims@dbjlaw.net>; 'sdordulian@dlawgroup.com' <sdordulian@dlawgroup.com>; 'mlondon@douglasandlondon.com' <mlondon@douglasandlondon.com>; 'gilion@dumasandvaughn.com' <gilion@dumasandvaughn.com>; 'ewp@EquitasAdvocatesPC.com' <ewp@EquitasAdvocatesPC.com>; 'jdomer@cuterlaw.com' <jdomer@cuterlaw.com>; 'mbreining@cutterlaw.com' <mbreining@cutterlaw.com>; 'dan@fasylaw.com' <dan@fasylaw.com>; 'ted@formanlawoffices.com' <ted@formanlawoffices.com>; 'abuseclaims@freeseandgoss.com' <abuseclaims@freeseandgoss.com>; 'KBM@classlawgroup.com' <KBM@classlawgroup.com>; 'shoffmanlaw@gmail.com' <shoffmanlaw@gmail.com>; 'jlipinski@fortheinjured.com' <jlipinski@fortheinjured.com>; 'usner@hairshunnarah.com' <usner@hairshunnarah.com>; 'dvp@hanvanlaw.com' <dvp@hanvanlaw.com>; 'BSA@hermanlaw.com' <BSA@hermanlaw.com>; 'HMGservice@hmglawfirm.com' <HMGservice@hmglawfirm.com>; 'HMGservice@hmglawfirm.com' <HMGservice@hmglawfirm.com>; 'adam@adamhorowitzlaw.com' <adam@adamhorowitzlaw.com>; 'esmola@hurely-law.com' <esmola@hurely-law.com>; 'Partners@IPGLawGroup.com' <Partners@IPGLawGroup.com>; 'jimharris@recallsuit.com' <jimharris@recallsuit.com>; 'cvernon@jvwlaw.net' <cvernon@jvwlaw.net>; 'rbeckett@jvwlaw.net' <rbeckett@jvwlaw.net>; 'BSAclaims@JasonJoyLaw.com' <BSAclaims@JasonJoyLaw.com>; 'elizabethmiranda@jasonjoylaw.com' <elizabethmiranda@jasonjoylaw.com>; 'jason@jasonjoylaw.com' <jason@jasonjoylaw.com>; 'Rebecca@jasonjoylaw.com' <Rebecca@jasonjoylaw.com>; 'rsinins@lawjw.com' <rsinins@lawjw.com>; 'mike@andersonadvocates.com' <mike@andersonadvocates.com>; 'jimharris@recallsuit.com' <jimharris@recallsuit.com>; 'buzzyjoy@josephjoy.com' <buzzyjoy@josephjoy.com>; 'carmen@dursolaw.com' <carmen@dursolaw.com>; 'joseph@blumellaw.com' <joseph@blumellaw.com>; 'mbettilaw@gmail.com' <mbettilaw@gmail.com>; 'boyscoutsclaims@gmail.com' <boyscoutsclaims@gmail.com>; 'mgarabedian@garabedianlaw.com' <mgarabedian@garabedianlaw.com>; 'cstephenson@levinlaw.com' <cstephenson@levinlaw.com>; 'vylons@levylaw.com' <vylons@levylaw.com>; 'jenn@jennliakoslaw.com' <jenn@jennliakoslaw.com>; 'lsrlawny@gmail.com' <lsrlawny@gmail.com>; 'lorenrhoton@rhotonpostconviciton.com' <lorenrhoton@rhotonpostconviciton.com>; 'malexander@maryalexanderlaw.com' <malexander@maryalexanderlaw.com>; 'kevin@mcdonaldworley.com' <kevin@mcdonaldworley.com>; 'klyons@mcdonaldworley.com' <klyons@mcdonaldworley.com>; 'jrutsky@mersonlaw.com' <jrutsky@mersonlaw.com>; 'jmerson@mersonlaw.com' <jmerson@mersonlaw.com>; 'matoups@wgttlaw.com' <matoups@wgttlaw.com>; 'maya@mokaramlawfirm.com' <maya@mokaramlawfirm.com>; 'dlamberg@morellilaw.com' <dlamberg@morellilaw.com>; 'BSAIntake@trulaw.com' <BSAIntake@trulaw.com>; 'tim@nshmlaw.com' <tim@nshmlaw.com>; 'lucas@psblaw.com' <lucas@psblaw.com>; 'jeff@paradowskilaw.com' <jeff@paradowskilaw.com>; 'mhinrichs@yourlawyer.com' <mhinrichs@yourlawyer.com>; 'michael@pcvalaw.com' <michael@pcvalaw.com>; 'susan@portermalouf.com' <susan@portermalouf.com>; 'BSA@pouraseflaw.com' <BSA@pouraseflaw.com>; 'pschneider@schneiderwallace.com' <pschneider@schneiderwallace.com>; 'BSAattorneys@swensonshelley.com' <BSAattorneys@swensonshelley.com>; 'cumeller@carlsonattorneys.com' <cumeller@carlsonattorneys.com>; 'jcraven@carlsonattorneys.com' <jcraven@carlsonattorneys.com>; 'pmankin@paulmankin.com' <pmankin@paulmankin.com>; 'courtney@moodyrrlaw.com' <courtney@moodyrrlaw.com>; 'dms@zalkin.com' <dms@zalkin.com>; 'info@thlawyer.com' <info@thlawyer.com>; 'sbreakstone@weitzlux.com' <sbreakstone@weitzlux.com>; 'matoups@wgttlaw.com' <matoups@wgttlaw.com>; 'matoups@wgttlaw.com' <matoups@wgttlaw.com>; 'ctuck@rpwb.com' <ctuck@rpwb.com>;

'kathleen@wmlawyers.com' <kathleen@wmlawyers.com>; 'rmoas@wrslawyers.com' <rmoas@wrslawyers.com>; 'rschulte@yourlegalhelp.com' <rschulte@yourlegalhelp.com>; 'jason@getyrlaw.com' <jason@getyrlaw.com>; 'jwebster@thewebsterlawfirm.com' <jwebster@thewebsterlawfirm.com>; 'mliu@awkolaw.com' <mliu@awkolaw.com>
**Cc:** Ruggeri, James P. <JRuggeri@goodwin.com>; Weinberg, Joshua D. <JWeinberg@goodwin.com>; Erin Fay <EFay@bayardlaw.com>; 'Greg Flasser' <GFlasser@bayardlaw.com>
**Subject:** In re Boy Scouts of America: Meet and Confer

Counsel,

Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fire Insurance Company ("Hartford") intend to seek discovery under Rule 2004 regarding the bases for the claims asserted in the proofs of claims filed by a sample of claimants in the Boy Scout Bankruptcy case.  The attached list identifies by claimant number the claimants represented by you.  Pursuant to Delaware Bankruptcy Court Local Rule 2004-1, we would like to meet and confer with you to determine whether we can agree on a date, time, place and scope of production of the materials requested in the attached document.  We are available on Monday, January 18 at 2 pm Eastern or Tuesday, January 19 at 3 pm Eastern.  The dial in number for those meet and confers are listed below.  Thank you.

**Monday - January 18 at 2 pm:**

State Court Counsel Meet and Confer (1/18)
Hosted by Michele Backus

https://shipman.webex.com/shipman/j.php?MTID=m55054c59faa15227bd762c42b6cc1871
Monday, Jan 18, 2021 2:00 pm | 1 hour | (UTC-05:00) Eastern Time (US & Canada)
Meeting number: 179 350 1504
Password: QbxPrMpR635
f273d6b825434834bc0b402fe3fad2e4

Join by video system
Dial 1793501504@shipman.webex.com
You can also dial 173.243.2.68 and enter your meeting number.

Join by phone
+1-415-655-0002 United States Toll
Access code: 179 350 1504

**Tuesday - January 19 at 3 pm:**

Meet and Confer with State Court Counsel (1/19)
Hosted by Michele Backus

https://shipman.webex.com/shipman/j.php?MTID=m78ab7fc16f9b31af375806ed7fcd05b7
Tuesday, Jan 19, 2021 3:00 pm | 1 hour | (UTC-05:00) Eastern Time (US & Canada)
Meeting number: 179 516 5301
Password: cfUMQtHw536
9edcc1a82dfc4753b56aabaa3f2ccec6

Join by video system
Dial 1795165301@shipman.webex.com
You can also dial 173.243.2.68 and enter your meeting number.

Join by phone

+1-415-655-0002 United States Toll
Access code: 179 516 5301

| **Shipman & Goodwin** <br> COUNSELORS AT LAW | **Michele Backus Konigsberg** <br> Shipman & Goodwin LLP <br> Partner <br> 1875 K Street NW, Suite 600 <br> Washington, DC 20006-1251 | Tel (202) 469-7757 <br> Fax (202) 469-7751 <br> mbackus@goodwin.com <br> www.shipmangoodwin.com |
|---|---|---|

Privileged and confidential. If received in error, please notify me by e-mail and delete the message.