# Exhibit 4

# Jin Hee Kim

| | |
|---|---|
| **From:** | Greg Flasser <GFlasser@bayardlaw.com> |
| **Sent:** | Friday, January 22, 2021 3:41 PM |
| **Cc:** | BSA - Claimant Response; Ruggeri, James P.; Weinberg, Joshua D.; Michele Backus Konigsberg (mbackus@goodwin.com); Erin Fay |
| **Subject:** | Boy Scouts of America - Hartford and Century's Motion for an Order Authorizing Certain Discovery Request [D.I. 1972] and Corresponding Motion to Seal [D.I. 1973] |
| **Attachments:** | BSA - Motion to Seal Hartford and Century's Rule 2004 Motion [D.I. 1973].pdf; BSA - Rule 2004 Motion (Law Firms) [D.I. 1972].pdf |

Counsel,

Attached please find: (i) an as-filed copy of the publicly available version of **Hartford and Century's Motion for an Order (I) Authorizing Certain Rule 2004 Discovery and (II) Granting Leave From Local Rule 3007-1(F) to Permit the Filing of Substantive Omnibus Objections [D.I. 1972]** (the "Rule 2004 Motion"); and (ii) an as-filed copy of **Hartford and Century's Motion for Entry of an Order Authorizing Hartford and Century to File Under Seal Certain Portions of Hartford and Century's Motion for an Order (I) Authorizing Certain Rule 2004 Discovery and (II) Granting Leave From Local Rule 3007-1(F) to Permit the Filing of Substantive Omnibus Objections [D.I. 1973]** (the "Motion to Seal" and together with the Rule 2004 Motion, the "Motions").  Through the Rule 2004 Motion, Hartford and Century seek authority to, among other things, serve subpoenas, requests for written discovery, including interrogatories and demands for documents, and deposition notices on certain persons who have filed sexual abuse claims in the above-captioned bankruptcy cases.

You are receiving a copy of the Motions because you or your law firm filed one or more claims on behalf of one or more claimants in the above-captioned bankruptcy cases that is included in the sample of claims for which Hartford and Century seek to serve requests for discovery.  A list of the claim numbers filed by each law firm is attached as Exhibit A to the notice included with the Rule 2004.  If you have any questions regarding the Motions or the relief requested therein, please contact counsel to Hartford at bsahelp@bayardlaw.com or (302) 429-4297.

if you wish to oppose the entry of an order approving the Rule 2004 Motion or the Motion to Seal you must (a) file a written response or objection ("Objection") if any, to the Rule 2004 Motion or Motion to Seal with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **February 5, 2021 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline"); and (b) serve such Objection so as to be received on or before the Objection Deadline by counsel for Hartford and Century.

A hearing on the Motions will be held on **February 17, 2021 at 10:00 a.m. (ET)** before the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge, at the Court, 824 Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801.

Respectfully,
Greg

**Gregory J. Flasser**
**Associate** | gflasser@bayardlaw.com
My Bio | V-Card | LinkedIn

**Bayard, P.A.**
600 North King Street, Suite 400
P.O. Box 25130 Wilmington, DE 19899
Zip Code For Deliveries 19801
Direct: +1 302-429-4235 | Fax: +1 302-658-6395
www.bayardlaw.com

 

Electronic communications may be intercepted or altered, so the integrity of this message and any attachments cannot be guaranteed. This e-mail contains confidential information for the addressee and may be privileged under the attorney-client relationship. If you received this e-mail in error, please contact the sender by reply e-mail or by phone at +1 302.429.4235 (collect if you wish) and destroy the message without disclosing the contents.