IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | )  | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND | ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC, | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**<u>CERTIFICATE OF SERVICE</u>**

I, Sally E. Veghte, hereby certify that on February 5, 2021, I caused a true and correct copy of the ***Crew Janci Claimants' Objection to Hartford and Century's Motion for an Order (I) Authorizing Certain Rule 2004 Discovery and (II) Granting Leave from Local Rule 3007-1(f) to Permit the Filing of Substantive Omnibus Objections*** to be sent to all counsel of record by operation of the court's CM/ECF system and via electronic mail to the parties listed on the attached Service List.

*/s/ Sally E. Veghte*
Sally E. Veghte (DE Bar No. 4762)

PHIL1 9331536v.1

**Service List**

Stamatios Stamoulis
STAMOULIS & WEINBLATT LLC
800 N. West Street
Third Floor
Wilmington, DE 19801
stamoulis@swdelaw.com

Tancred Schiavoni
Gary Svirsky
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036-6537
tschiavoni@omm.com
gsvirsky@omm.com

Erin R. Fay
Gregory J. Flasser
BAYARD, P.A.
600 North King Street, Suite 400
Wilmington, DE 19801
efay@bayardlaw.com
gflasser@bayardlaw.com

James P. Ruggeri
Joshua D. Weinberg
Michele Backus Konigsberg
SHIPMAN & GOODWIN LLP
1875 K Street, NW, Suite 600
Washington, D.C. 20003
jruggeri@goodwin.com
jweinberg@goodwin.com
mbackus@goodwin.com

Philip D. Anker
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
philip.anker@wilmerhale.com

Danielle Spinelli
Joel Millar
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue N.W.
Washington, D.C. 20006
danielle.spinelli@wilmerhale.com
joel.millar@wilmerhale.com