# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF MOTION FOR ADMISSION PRO HAC VICE

PLEASE TAKE NOTICE that, on February 5, 2021, Junell & Associates, PLLC filed the *Motion to Appear Pro Hac Vice for Allison Fisher* [Docket No. 2050] (the "**Pro Hac Vice Motion**").

PLEASE TAKE FURTHER NOTICE that Junell & Associates, PLLC hereby withdraws the Pro Hac Vice Motion without prejudice.

Dated: February 5, 2021
Wilmington, Delaware

    */s/ Scott D. Cousins*
Scott D. Cousins (No. 3079)
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Telephone: (302) 824-7081
Facsimile: (302) 295-0331
Email: scott.cousins@cousins-law.com

*Attorneys for Junell & Associates, PLLC*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.