IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>Ref. Docket No. 1972, 2088<br>Objection Deadline: 02/05/2021<br>Hearing Date: 02/17/2021 at 10:00 a.m. |

### JOINDER BY CLAIMANT NO. 5502 TO PCVA CLAIMANTS' OBJECTIONS TO HARTFORD AND CENTURY'S REQUEST FOR 2004 EXAMINATIONS

Claimant No. 5502 [hereinafter referred to as "Claimant"], by and through undersigned counsel, hereby submits this joinder to *PCVA Claimants' Objections to Hartford and Century's Request for 2004 Examination* and, in furtherance, states as follows:

1. On February 3, 2021, undersigned counsel joined Pfau Cochran Vertetis Amala PLLC (PCVA) in a meet and confer with Hartford and Century insurance companies. In an effort to promote judicial economy, Claimant submits this joinder to PCVA's Objections.

2. Claimant signed his own proof of claim.

3. Claimant has already provided detailed information about his claim in his proof of claim, including the last names of the Scout leaders who abused him, his relationship with the perpetrators, his affiliation with Scouting at the time of the abuse, the physical description of his abusers, the location of the abuse, the time period of the abuse, the nature of the abuse, and how he believes the abuse affected him. Additionally, Claimant detailed in his proof of claim his lack of recollection regarding his abusers' first names. As such, the focus of discovery should be on the production of the Troop rosters and Ineligible Volunteer files relating to Claimant's Troop and

the perpetrators, so that Claimant can confirm the identification of the Scout leaders who abused him. Additionally, these documents would provide names of witnesses who can corroborate his claim.

4. Claimant was not sexually abused in a state that has suspended its civil statute of limitations. As Claimant has already provided detailed information on his proof of claim, it is likely that the focus of discovery regarding the statute of limitations would be the Debtor, the local council, and the sponsoring organization who are implicated by Claimant's claim. Those entities, not Claimant, likely possess most of the evidence that Claimant would rely on to defeat the statute of limitations, including documents that contain the names of key witnesses.

## CONCLUSION

Claimant respectfully requests the Court deny Hartford Insurance Company and Century Insurance Company's requested 2004 examinations.

Dated: February 5, 2021

AYLSTOCK, WITKIN,
KREIS & OVERHOLTZ, PLLC

By: /s/ S. Mary Liu
S. Mary Liu (FL Bar No. 84438)
17 East Main Street
Suite 200
Pensacola, FL 32502
850-202-1010
mliu@awkolaw.com
*Counsel for Claimant 5502*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>Ref. Docket No. 1972, 2088<br>Objection Deadline: 02/05/2021<br>Hearing Date: 02/17/2021 at 10:00 a.m. |

## CERTIFICATE OF SERVICE

I, S. Mary Liu, attorney for various tort claimants, certify that on this 5th day of February 2021, I caused the attached Joinder to be electronically filed with the Court. Service of same will be made upon all counsel via the Court's ECF system.

Dated: February 5, 2021

                                              AYLSTOCK, WITKIN,
                                              KREIS & OVERHOLTZ, PLLC

                                              By: /s/ S. Mary Liu
                                                    S. Mary Liu (FL Bar No. 84438)
                                                    17 East Main Street
                                                    Suite 200
                                                    Pensacola, FL 32502
                                                    850-202-1010
                                                    mliu@awkolaw.com

                                              *Counsel for Claimant 5502*