# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>       Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>Ref. Docket No. _____<br>Objection Deadline: 02/05/2021<br>Hearing Date: 02/17/2021 at 10:00 a.m. |

**JOINDER BY CLAIMANT NOS. 26704, 31245, 31384, 35542 and 41005 TO PCVA CLAIMANTS' OBJECTIONS TO HARTFORD AND CENTURY'S REQUEST FOR 2004 EXAMINATIONS**

  Claimant Nos. 26704, 31245, 31384, 35542 and 41005 (hereinafter referred to collectively as "Claimants") by and through undersigned counsel, hereby submit this joinder to *PCVA Claimants' Objections to Hartford and Century's Request for 2004 Examination* and, in furtherance, state as follows:

  1. On February 3, 2021, undersigned counsel joined Pfau Cochran Vertetis Amala PLLC (PCVA) in a meet and confer with Hartford and Century insurance companies. In an effort to promote judicial economy, Claimants submit this joinder to PCVA's Objections.

  2. Claimants 26704, 31245, 31384, 35542 and 41005 are all represented by the same law firm.

  3. Each of the Claimants signed his own proof of claim after extensive consultation with an attorney.

  4. Claimants have already provided detailed information about their claim in their proof of claim forms, including: the names of their abuser or a detailed physical description of the abuser if they couldn't remember his name; a narrative statement detailing the abuse and the impact

1

the abuse had on their life; their relationship with the perpetrators; their affiliation with Scouting at the time of the abuse; the location where the abuse occurred; the name of the Local Counsel affiliates with their scouting units; and the time period when the abuse occurred. As such, the Claimants have already provided the majority of the information requested. Therefore, the focus of discovery, if any is permitted, should be on the production of the Troop rosters and Volunteer files relating to Claimants' Troop and the perpetrators, so that Claimant can confirm the identification of the Scout leaders who abused them. Additionally, these documents would provide names of witnesses who can corroborate their claims.

## CONCLUSION

Claimant respectfully requests the Court deny Hartford Insurance Company and Century Insurance Company's requested 2004 examinations.


Dated: February 5, 2021                                    LIAKOS LAW, APC

                                                    By: /s/ Jennifer R. Liakos
                                                        Jennifer R. Liakos (Cal Bar No. 207487)
                                                        1611 S. Pacific Coast Highway
                                                        Suite 200
                                                         Redondo Beach, California 90277
                                                        310-961-0066
                                                        jenn@jennliakoslaw.com