## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | ) ) | Case No. 20-10343 (LSS) |
| | ) | (Jointly Administered) |
| Debtors.[1] | ) ) | |
| | ) | **Related Docket Nos. 1972 and 2046** |

**JOINDER OF MARC J. BERN & PARTNERS LLP TO THE OBJECTION OF THE COALITION OF ABUSED SCOUTS FOR JUSTICE TO HARTFORD AND CENTURY'S MOTION FOR AN ORDER (I) AUTHORIZING CERTAIN RULE 2004 DISCOVERY, AND (II) GRANTING LEAVE FROM LOCAL RULE 3007-1(f) TO PERMIT THE FILING OF SUBSTANTIVE OMNIBUS OBJECTIONS [D.I. 1972]**

Marc J. Bern & Partners LLP (the "Bern law firm") hereby joins (the "Joinder") in the arguments set forth in the objection (the "Objection") filed by the Coalition of Abused Scouts for Justice with respect to *Hartford and Century's Motion for an Order (I) Authorizing Certain Rule 2004 Discovery and (II) Granting Leave from Local Rule 3007-1(f) to Permit the Filing of Substantive Omnibus Objections* (the "Motion") [Docket No. 1972]. In support of this Joinder, the Bern law firm respectfully states as follows:

### Joinder

1. The Bern law firm is a member of the Coalition of Abused Scouts for Justice (the "Coalition"). The Bern law firm joins in the arguments set forth in the Objection filed by the Coalition with respect to *Hartford and Century's Motion for an Order (I) Authorizing Certain Rule 2004 Discovery and (II) Granting Leave from Local Rule 3007-1(f) to Permit the Filing of*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

1


*Substantive Omnibus Objections*, and requests that the Court deny the relief requestion in the Motion, for the reasons set forth in the Objection.

WHEREFORE, the Bern law firm requests that the Court deny the Motion and grant such other and further relief which is just and proper.

Date:  February 5, 2021  SULLIVAN · HAZELTINE ALLINSON LLC
       Wilmington, Delaware

                                      */s/ William D. Sullivan*
                                      William D. Sullivan (No. 2820)
                                      William A. Hazeltine (No. 3294)
                                      919 North Market Street, Suite 420
                                      Wilmington, DE 19801
                                      Tel: (302) 428-8191
                                      Fax: (302)-428-8195
                                      Email: bsullivan@sha-llc.com
                                                   whazeltine@sha-llc.com

                                      *Attorneys for Marc J. Bern & Partners LLP*

**CERTIFICATE OF SERVICE**

I, William D. Sullivan, hereby certify that on the 5th day of February 2021, a copy of the *Joinder of Marc J. Bern & Partners LLP to the Objection of the Coalition of Abused Scouts for Justice to Hartford and Century's Motion for an Order (I) Authorizing Certain Rule 2004 Discovery, and (II) Granting Leave from Local Rule 3007-1(F) to Permit the Filing of Substantive Omnibus Objections [D.I. 1972]* was electronically filed and served via CM/ECF on all parties requesting electronic notification in this case in accordance with Del. Bankr. L.R. 9036-1(b).

February 5, 2021                                             */s/ William D. Sullivan*
Date                                                                  William D. Sullivan