**CERTIFICATE OF SERVICE**

I, William D. Sullivan, hereby certify that on the 5th day of February 2021, a copy of the *Objection of Marc J. Bern & Partners LLP to Insurers' Motion for an Order Authorizing Rule 2004 Discovery of Certain Proofs of Claim [D.I. 1974]* was electronically filed and served via CM/ECF on all parties requesting electronic notification in this case in accordance with Del. Bankr. L.R. 9036-1(b).

| | |
|---|---|
| February 5, 2021 | */s/ William D. Sullivan* |
| Date | William D. Sullivan |