IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 20-10343 (LSS) |

### AFFIDAVIT OF SERVICE

Brittany Hambleton being duly sworn according to law, deposes and says that she is an employee of Parcels, Inc., and that on or before February 5, 2021, she caused a copy of the following documents to be served by First Class Mail on the service list attached hereto as Exhibit A:

- **MOTION OF ANDREWS & THORNTON, ATTORNEYS AT LAW, AND ASK LLP FOR ENTRY OF AN ORDER AUTHORIZING FILING UNDER SEAL OF THEIR OBJECTION TO INSURERS' RULE 2004 MOTION (DI 2083)**

- **OBJECTION OF ANDREWS & THORNTON, ATTORNEYS AT LAW, AND ASK LLP TO INSURERS' MOTION FOR AN ORDER AUTHORIZING RULE 2004 DISCOVERY (DI 2095)**

*/s/ Brittany Hambleton*
Brittany Hambleton

SWORN TO AND SUBSCRIBED before me this 5th day of February 2021.

_____
NOTARY PUBLIC

[Notary Seal: KORYN DOYLE, MY COMMISSION EXPIRES MAR. 12, 2022, NOTARY PUBLIC, STATE OF DELAWARE]