**EXHIBIT A**

**O'Melveny & Myers LLP**
Tancred Schiavoni
Gary Svirsky
Andrew Kirschenbaum
Times Square Tower
7 Times Square
New York, New York 10036-6537