# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: D.I. 1972 & 2088** |

## MERSON LAW CLAIMANT'S JOINDER TO
## PCVA CLAIMANTS' OBJECTIONS TO
## HARTFORD AND CENTURY'S REQUEST FOR RULE 2004 EXAMINATIONS

Claimant Number 54540, by and through his undersigned counsel, respectfully requests the Court deny Hartford Insurance Company's and Century Insurance Company's (collectively, the "Insurance Companies") requested examination under Federal Rule of Bankruptcy Procedure 2004 ("Rule 2004") because: (1) of the Insurance Companies' failure to engage in a meaningful and substantive meet and confer process prior to filing the Rule 2004 motion (the "Rule 2004 Motion"); and (2) for the reasons articulated in the *PCVA Claimants' Objections to Hartford and Century's Request for Rule 2004 Examinations* as D.I. 2087 ("PCVA Claimants' Objections").

Prior to filing the 2004 Motion, Merson Law contacted the Insurance Companies to arrange a private meet and confer to discuss the Insurance Companies' discovery demands. Despite a good faith attempt, the Insurance Companies filed the 2004 Motion prior to having a meet and confer with Merson Law, and only spoke with Merson Law on January 27, 2021, five days after the Insurance Companies filed the 2004 Motion. The Insurance Companies failed to engage in a meaningful meet and confer process and had no intention of doing so. On that basis alone the Rule 2004 Motion should be denied.

Claimant Number 54540 also objects to the Rule 2004 Motion on the grounds set forth in the PCVA Claimants' Objection and incorporates said arguments herein as though set forth in full.

## CONCLUSION

Based on the foregoing, the Rule 2004 Motion should be denied.

Dated: February 5, 2021
Wilmington, Delaware

Respectfully submitted,

**CIARDI CIARDI & ASTIN**

*/s/ Daniel K. Astin*
Daniel K. Astin
(No. 4068)
1204 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 658-1100
Facsimile: (302) 658-1300
E-mail: dastin@ciardilaw.com

-and-

Albert A. Ciardi, III, Esquire
Walter W. Gouldsbury III, Esquire
CIARDI CIARDI & ASTIN
1905 Spruce Street
Philadelphia, PA 19103
Telephone: (215) 557-3550
Facsimile: (215) 557-3551
aciardi@ciardilaw.com
wgouldsbury@ciardilaw.com

-and-

Jordan K. Merson
Merson Law, PLLC
950 Third Avenue
18th Floor
New York, New York 10022
(212) 603-9100 Main
(212) 390-1712
(347) 441-4171 Facsimile
jmerson@mersonlaw.com