IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 LSS) |
| | (Jointly Administered) |
| Debtors.[1] | **Re Docket No. 1972, 2046** |
| | **Obj. Deadline: Feb 5, 2021 at 4:00 p.m. ET** <br> **Hearing Date: Feb 17, 2021 at 10:00 a.m. ET** |

**PORTER & MALOUF, P.A.'S JOINDER IN THE OBJECTION OF THE COALITION OF ABUSED SCOUTS FOR JUSTICE TO HARTFORD AND CENTURY'S MOTION FOR AN ORDER (I) AUTHORIZING CERTAIN RULE 2004 DISCOVERY, AND (II) GRANTING LEAVE FROM LOCAL RULE 3007-1(f) TO PERMIT THE FILING OF SUBSTANTIVE OMNINUS OBJECTIONS [D.I. 1972]**

Porter & Malouf, P.A., on behalf of its represented claimants and by and through its undersigned counsel, hereby filed this joinder ("Joinder") in support of the *Objection of The Coalition of Abused Scouts for Justice to Hartford and Century's Motion for an Order (I) Authorizing Certain Rule 2004 Discovery and (II) Granting Leave from Local Rule 3007-1(f) to Permit the Filing of Substantive Omnibus Objections* (the "Objection"). *(See* Doc. 2046.) In support thereof, Porter & Malouf, P.A. states as follows:

1. Porter & Malouf, P.A. objects to the Motion (as defined in the Objection and referenced above) for the reasons set forth in the Objection, and Porter & Malouf, P.A. incorporates the arguments of The Coalition of Abused Scouts for Justice in this Joinder.

2. Porter & Malouf, P.A. requests that it be included in the relief requested in the Objection.

---

[1] The Debtors in these chapter II cases. together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

3.    Porter & Malouf, P.A. requests that the Court sustain this Joinder and the Objection and grant the relief requested in the Objection.

4.    Like The Coalition of Abused Scouts for Justice, Porter & Malouf, P.A. welcomes further discussions with the Debtors to attempt to resolve this Joinder in advance of the pending hearing.

Dated: February 6, 2021

Respectfully submitted,

/s/ Laurel Li Harris,
Laurel Li Harris, MSB #104078 (*PHV Pending*)

Of Counsel
Timothy W. Porter, MSB #9687 (*PHV Pending*)
Laurel Li Harris, MSB #104078 (*PHV Pending*)
PORTER & MALOUF, P.A.
P.O. BOX 12768
Jackson, MS 39236
Telephone: 601-957-1173
Facsimile: 601-957-7366
tim@portermalouf.com
laurelli@portermalouf.com

*Attorney for Porter & Malouf, P.A.*
*on behalf of its represented claimants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of February, 2021, the foregoing Joinder was served on any and all parties who have requested electronic notice through the Court's CM/ECF system in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules.

/s/ Laurel Li Harris,
Laurel Li Harris, MSB #104078 (*PHV Pending*)