**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |
| | **Ref. Docket No. 1974,1975** |
| | <u>Objection Deadline</u>: Feb. 5, 2021 at 4:00 p.m. <u>Hearing Date</u>: Feb. 17, 2021 at 10:00 a.m. |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 8, 2021, *AIG's Joinder To Insurers' Motion For An Order Authorizing Rule 2004 Discovery of Certain Proofs of Claim* was caused to be served via first class mail unless otherwise indicated upon the parties on the attached lists.

*/s/ Deirdre M. RIchards*
Deirdre M. Richards (DE Bar No. 4191)
FINEMAN KREKSTEIN & HARRIS PC
1300 N. King Street
Wilmington, DE 19801
Telephone:      (302) 538-8331
Facsimile:      (302) 394-9228
Email:    drichards@finemanlawfirm.com
-and-

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

{01740191;v1}

FORAN GLENNON PALANDECH PONZI & RUDLOFF P.C.
Susan N.K. Gummow (admitted pro hac vice)
222 N. LaSalle St., Suite 1400
Chicago, Illinois 60601
Telephone:    (312) 863-5000
Facsimile:    (312) 863-5009
Email: sgummow@fgppr.com
-and-
GIBSON, DUNN & CRUTCHER LLP
Michael A. Rosenthal (admitted pro hac vice)
James Hallowell (admitted pro hac vice)
200 Park Avenue
New York, New York 10166
Telephone:    (212) 351-4000
Facsimile:    (212) 351-4035
Email:  mrosenthal@gibsondunn.com
jhallowell@gibsondunn.com
-and-
GIBSON, DUNN & CRUTCHER LLP
Matthew G. Bouslog (admitted pro hac vice)
3161 Michelson Drive
Irvine, California 92612
Telephone:    (949) 451-3800
Facsimile:    (949) 451-4220
Email:  mbouslog@gibsondunn.com
Attorneys for National Union Fire Insurance Company of Pittsburgh, Pa.; Lexington Insurance Company; Landmark Insurance Company; The Insurance Company of the State of Pennsylvania; and their affiliated entities

DATED: 2/8/21

**DELIVERED BY EMAIL**

Adam W. Krause
Krause and Kinsman Law Firm
4717 Grand Ave #300
Kansas City, MO 64112
adam@krausekinsman.com

Steven Babin Jr.
Babin Law, LLC
140 E. Town Street
Suite 1100
Columbus, OH 43215
Steven.babin@babinlaws.com

David H. Stern
Ask LLP
2600 Eagan Woods Drive,
Suite 400
St. Paul, MN 55121
dstern@askllp.com

Rochelle Guiton
D. Miller & Associates
2610 W Sam Houston PKWY S #200
Houston, TX 77042
Rochelle@dmillerlaw.com

Sean T. Higgins
Andrews & Thornton
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
shiggins@andrewsthorton.com

Paul J. Napoli
Napoli Law
360 Lexington Avenue, 11th Floor
New York, NY 10017
pnapoli@napolilaw.com

Joseph J. Cappelli
Marc Bern & Partners
101 West Elm Street
Suite 520
Conshohocken, PA 19428
jcappelli@bernllp.com

Timothy Kosnoff
Kosnoff Law
1321 Upland Drive PMB 4685
Houston, TX 77043
tim@kosnoff.com

Deborah Levy
Junell & Associates
3737 Buffalo Speedway, Suite 1850
Houston, Texas 77098
dlevy@junell-law.com

Michael S. Werner
Jonathan Schulman
Slater, Slater & Schulman
488 Madison Ave
20th Floor,
New York, NY 10022
mwerner@sssfirm.com
jschulman@sssfirm.com

Stamatios Stamoulis
STAMOULIS & WEINBLATT LLC
800 N. West Street
Third Floor
Wilmington, Delaware 19801
stamoulis@swdelaw.com

Tancred Schiavoni (*pro hac vice*)
Gary Svirsky (*pro hac vice* pending)
Andrew Kirschenbaum (*pro hac vice*)
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036-6537
tschiavoni@omm.com
gsvirsky@omm.com
akirschenbaum@omm.com

Joshua B. Schwartz
Stewart Eisenberg
Eisenberg, Rothweiler, Winkler, Eisenberg &
Jeck, P.C.
1634 Spruce Street
Philadelphia, PA 19103
Josh@erlegal.com
Stewart@erlegal.com

{01739518;v1}

James W Ducayet
Bojan Guzina
Thomas A. Labuda, Jr.
Melanie E. Walker
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
312-853-7000
Fax : 312-853-7036
      jducayet@sidley.com
      bguzina@sidley.com
      tlabuda@sidley.com
      mwalker@sidley.com

Andrew W. Hammond
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787
212-819-8297
Fax : 212-354-8113
Email: ahmmond@whitecase.com

**DELIVERED BY US MAIL**

Andrea McGinnis
Bailey Cowan Heckaman
5555 San Felipe Street
Suite 900
Houston, TX 77056

James Harris
Paglialunga & Harris, PS
1001 Fourth Avenue
Suite 3200
Seattle, WA 98154

Verus Claims Services LLC
3967 Princeton Pike
Princeton, NJ 08540

Consumer Attorney Marketing Group
21051 Warner Center Lane,
Suite 250
Woodland Hills, CA 91367

Archer Systems
1775 St. James Place
Suite 200
Houston, TX 77056

Stratos Legal
1001 West Loop,
Houston, TX 77027

Gemini Insurance Co
475 Steamboat Road
Greenwich, CT 06830-7144

{01739518;v1}

**<u>DELIVERED BY E-MAIL</u>**

| Creditor | Address1 | Address2 | Address3 | Address4 | Address5 | Email | Attention |
|---|---|---|---|---|---|---|---|
| Abernathy, Roeder, Boyd & Hullett, P.C. | Attn: Chad Timmons | Attn: Larry R. Boyd | Attn: Emily M. Hahn | 1700 Redbud Blvd, Ste 300 | McKinney, TX 75069 | ctimmons@abernathylaw.com | Chad Timmons |
| Abernathy, Roeder, Boyd & Hullett, P.C. | | | | | | bankruptcy@abernathylaw.com | Larry R. Boyd |
| Abernathy, Roeder, Boyd & Hullett, P.C. | | | | | | ehahn@abernathy-law.com | Emily M. Hahn |
| Adams and Reese LLP | Attn: Henry C. Shelton, III | 6075 Poplar Ave, Ste 700 | Memphis, TN 38119 | | | Henry.Shelton@arlaw.com | Henry C. Shelton, III |
| Ashby & Geddes, PA | Attn: Bill Bowden | 500 Delaware Ave, 8th Fl | P.O. Box 1150 | Wilmington, DE 19899-1150 | | wbowden@ashbygeddes.com | Bill Bowden |
| Baird Mandalas Brockstedt, LLC | Attn: Stephen W. Spence | 1413 Savannah Rd, Ste 1 | Lewes, DE 19958 | | | sws@bmbde.com | Stephen W. Spence |
| Baker Manock & Jensen, PC | Attn: Jan T. Perkins | 5260 N Palm Ave, Ste 421 | Fresno, CA 93704 | | | jperkins@bakermanock.com | Jan T. Perkins |
| Bayard, PA | Attn: Erin Fay/ Gregory Flasser | 600 N King St, Ste 400 | Wilmington, DE 19801 | | | efay@bayardlaw.com | Erin R. Fay |
| Bayard, PA | | | | | | gflasser@bayardlaw.com | Gregory J. Flasser |
| Bielli & Klauder, LLC | Attn: David M Klauder | 1204 N King St | Wilmington, DE 19801 | | | dklauder@bk-legal.com | David M. Klauder |
| Bielli & Klauder, LLC | Attn: David M. Klauder | 1204 N King St | Wilmington, DE 19801 | | | tbielli@bk-legal.com | David M. Klauder |
| Bodell Bove, LLC | Attn: Bruce W. McCullough | 1225 N King St, Ste 1000 | Wilmington, DE 19801 | | | bmccullough@bodellbove.com | Bruce W. McCullough |
| Bradley Riley Jacobs PC | Attn: Todd C. Jacobs | 320 W Ohio St, Ste 3W | Chicago, IL 60654 | | | tjacobs@bradleyriley.com | Todd C. Jacobs |
| Brown Rudnick LLP | Attn: David J. Molton | 7 Times Square | New York, NY 10036 | | | DMolton@brownrudnick.com | David J. Molton |
| Brown Rudnick LLP | Attn: Sunni P. Beville | Attn: Tristan G. Axelrod | 1 Financial Ctr | Boston, MA 02111 | | sbeville@brownrudnick.com | Sunni P. Beville |
| Brown Rudnick LLP | | | | | | taxelrod@brownrudnick.com | Tristan G. Axelrod |
| Brown Rudnick LLP | | | | | | EGoodman@brownrudnick.com | Eric Goodman |
| Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | 55 Second St, 17th Fl | San Francisco, CA 94105-3493 | | | schristianson@buchalter.com | Shawn M. Christianson |
| Butler Snow LP | Attn: Daniel W. Van Horn | P.O. Box 171443 | Memphis, TN 38187-1443 | | | Danny.VanHorn@butlersnow.com | Daniel W. Van Horn |
| Carruthers & Roth, PA | Attn: Britton C Lewis | 235 N Edgeworth St | P.O. Box 540 | Greensboro, NC 27401 | | bcl@crlaw.com | Britton C. Lewis |
| Chipman, Brown, Cicero & Cole, LLP | Attn: Mark Desgrosseilliers | 1313 N Market St, Ste 5400 | Wilmington, DE 19801 | | | desgross@chipmanbrown.com | Mark L. Desgrosseilliers |
| Choate, Hall & Stewart LLP | Attn: Douglas R. Gooding | Attn: Jonathan D. Marshall | Attn: Michael J. Foley, Jr | Two International Place | Boston, MA 02110 | dgooding@choate.com | Douglas R. Gooding |
| Choate, Hall & Stewart LLP | | | | | | jmarshall@choate.com | Jonathan D. Marshal |
| Choate, Hall & Stewart LLP | | | | | | mjfoley@choate.com | Michael J. Foley |
| Commonwealth of Pennsylvania | Dept of Labor & Industry | Attn: Deb Secrest/Collections Support Unit | 651 Boas St, Rm 925 | Harrisburg, PA 17121 | | ra-li-ucts-bankrupt@state.pa.us | Deb Secrest |
| Connolly Gallagher, LLP | Attn: Karen C. Bifferato | Attn: Kelly M. Conlan | 1201 N Market St, 20th Fl | Wilmington, DE 19801 | | kbifferato@connollygallagher.com | Karen C. Bifferato |
| Connolly Gallagher, LLP | | | | | | kconlan@connollygallagher.com | Kelly M. Conlan |
| Coughlin Duffy, LLP | Attn: Kevin Coughlin/Lorraine Armenti | Attn: Michael Hrinewski | 350 Mt Kemble Ave | P.O. Box 1917 | Morristown, NJ 07960 | kcoughlin@coughlinduffy.com | Kevin Coughlin |
| Coughlin Duffy, LLP | | | | | | larmenti@coughlinduffy.com | Lorraine Armenti |
| Coughlin Duffy, LLP | | | | | | mhrinewski@coughlinduffy.com | Michael Hrinewski |
| Crew Janci LLP | Attn: Stephen Crew | Attn: Peter Janci | 1200 NW Naito Pkwy, Ste 500 | Portland, OR 97209 | | steve@crewjanci.com | Stephen Crew |
| Crew Janci LLP | | | | | | peter@crewjanci.com | Peter Janci |
| Cross & Simon, LLC | Attn: Christopher Simon | Attn: Kevin Mann | 1105 N Market St, Ste 901 | Wilmington, DE 19801 | | csimon@crosslaw.com | Christopher P. Simon |
| Cross & Simon, LLC | | | | | | kmann@crosslaw.com | Kevin S. Mann |
| Crowell & Moring LLP | Attn: Mark D. Plevin | Attn: Austin J. Sutta | 3 Embarcadero Center, 26th Fl | San Francisco, CA 94111 | | mplevin@crowell.com | Mark D. Plevin |
| Crowell & Moring LLP | Attn: Austin J. Sutta | | | | | asutta@crowell.com | Austin J. Sutta |
| Crowell & Moring LLP | Attn: Tacie H. Yoon | 1001 Pennsylvania Ave, NW | Washington, D.C. 20004 | | | tyoon@crowell.com | Tacie H. Yoon |
| Davies Hood PLLC | Attn: Jason P. Hood | 22 N Front St, Ste 620 | Memphis, TN 38103-2100 | | | Jason.Hood@davieshood.com | Jason P. Hood |
| Dorsey & Whitney LLP | Attn: Eric Lopez Schnabel | Attn: Alessandra Glorioso | 300 Delaware Ave, Ste 1010 | Wilmington, DE 19801 | | schnabel.eric@dorsey.com | Eric Lopez Schnabel |
| Dorsey & Whitney LLP | | | | | | glorioso.alessandra@dorsey.com | Alessandra Glorioso |
| Dorsey & Whitney LLP | Attn: Bruce R. Ewing/E. Schnabel | 51 W 52nd St | New York, NY 10019 | | | ewing.bruce@dorsey.com | Bruce R. Ewing |
| Doshi Legal Group, P.C. | Attn: Amish R. Doshi | 1979 Marcus Ave, Ste 210E | Lake Success, NY 11042 | | | amish@doshilegal.com | Amish R. Doshi |
| Faegre Drinker Biddle & Reath LLP | Attn: Patrick A. Johnson | | Wilmington, DE 19801-1621 | | | patrick.jackson@faegredrinker.com | Patrick A. Johnson |
| Faegre Drinker Biddle & Reath LLP | Attn: Jay Jaffe | 600 E. 96th St, Ste 600 | Indianapolis, IN 46240 | | | jay.jaffe@faegredrinker.com | Jay Jaffe |
| Faegre Drinker Biddle & Reath LLP | | | | | | kaitlin.mackenzie@faegredrinker.com | Kaitlin W. MacKenzie |
| Faegre Drinker Biddle & Reath LLP | Attn: Michael P. Pompeo | 1177 Ave of the Americas, 41st Fl | New York, NY 10036-2714 | | | michael.pompeo@faegredrinker.com | Michael P. Pompeo |
| Faegre Drinker Biddle & Reath LLP | Attn: Patrick A. Jackson | Attn: Kaitlin W. MacKenzie | 222 Delaware Ave., Suite 1410 | Wilmington, DE 19801-1621 | | Patrick.Jackson@faegredrinker.com | Patrick A. Jackson |
| Flordia M. Henderson | P.O. Box 30604 | Memphis, TN 38130-0604 | | | | Flordia M. Henderson | Flordia M. Henderson |
| Foley & Lardner LLP | Attn: Richard J Bernard | 90 Park Ave | New York, NY 10016 | | | rbernard@foley.com | Richard J. Bernard |
| Foley & Lardner LLP | Attn: Victor Vilaplana | 3579 Valley Centre Dr, Ste 300 | San Diego, CA 92130 | | | vavilaplana@foley.com | Victor Vilaplana |
| Fox Swibel Levin & Carroll LLP | Attn: Margaret M. Anderson | 200 W Madison St, Ste 3000 | Chicago, IL 60606 | | | panderson@foxswibel.com | Margaret M. Anderson |
| Gilbert LLP | Attn: Kami Quinn / Attn: Meredith Neely | Attn: Emily Grim / Attn: Jasmine Chalashtori | 700 Pennsylvania Ave, SE Ste 400 | Washington, DC 20003 | | quinnk@gilbertlegal.com | Kami Quinn |
| Gilbert LLP | | | | | | neelym@gilbertlegal.com | Meredith Neely |
| Gilbert LLP | | | | | | grime@gilbertlegal.com | Emily Grim |
| Gilbert LLP | | | | | | chalashtorij@gilbertlegal.com | Jasmine Chalashtori |
| Internal Revenue Service | Centralized Insolvency Operation | P.O. Box 7346 | Philadelphia, PA 19101-7346 | | | | |
| Jacobs & Crumplar, PA | Attn: Raeann Warner/Thomas Crumplar | 750 Shipyard Dr, Ste 200 | Wilmington, DE 19801 | | | Raeann@jcdelaw.com | Raeann Warner |
| Jacobs & Crumplar, PA | | | | | | tom@jcdelaw.com | Thomas C. Crumplar |
| James, Vernon & Weeks, P.A. | Attn: Leander L. James | Attn: Craig K. Vernon | Attn: R. Charlie Beckett | 1626 Lincoln Wy | Coeur d'Alene, ID 83815 | ljames@jvwlaw.net | Leander L. James |
| James, Vernon & Weeks, P.A. | | | | | | cvernon@jvwlaw.net | Craig K. Vernon |
| James, Vernon & Weeks, P.A. | | | | | | rbeckett@jvwlaw.net | R. Charlie Beckett |
| Janet, Janet & Scuggs, LLC | Attn: Gerald D Jowers, Jr | 500 Taylor St, Ste 301 | Columbia, SC 29201 | | | GJowers@JJSJustice.com | Gerald D. Jowers, Jr. |
| JPMorgan Chase Bank, NA | Attn: Phil Martin | 10 S Dearborn St | Mail Code Il1-1415 | Chicago, Il 60603 | | | |
| Jpmorgan Chase Bank, NA | c/o Norton Rose Fulbright US LLP | Attn: Louis R. Strubeck, Jr | 1301 Ave of the Americas | New York, NY 10019-6022 | | louis.strubeck@nortonrosefulbright.com | Louis R. Strubeck, Jr |
| Karr Tuttle Campbell, PS | Attn: Bruce W. Leaverton | 701 5th Ave, Ste 3300 | Seattle, WA 98104 | | | bleaverton@karrtuttle.com | Bruce W. Leaverton |
| Kelly, Morgan, Dennis, Corzine & Hansen, P.C. | Attn: Michael G. Kelly | P.O. Box 1311 | Odessa, TX 79760-1311 | | | mkelly@kmdfirm.com | Michael G. Kelly |
| Klehr Harrison Harvey Branzburg LLP | Attn: Domenic E. Pacitti | 919 Market St, Ste 1000 | Wilmington, DE 19801 | | | dpacitti@klehr.com | Domenic E. Pacitti |
| Klehr Harrison Harvey Branzburg LLP | Attn: Morton R. Branzburg | 1835 Market St, Ste 1400 | Philadelphia, PA 19103 | | | mbranzburg@klehr.com | Morton R. Branzburg |
| Kramer Levin Naftalis & Frankel LLP | Attn: Thomas Moers Mayer/Rachel Ringer | Attn: David E. Blabey Jr./Jennifer R. Sharret | Attn: Megan M. Wasson | 177 Ave of the Americas | New York, NY 10036 | tmayer@kramerlevin.com | Thomas Moers Mayer |
| Kramer Levin Naftalis & Frankel LLP | | | | | | rringer@kramerlevin.com | Rachael Ringer |
| Kramer Levin Naftalis & Frankel LLP | | | | | | dblabey@kramerlevin.com | David E. Blabey Jr. |
| Kramer Levin Naftalis & Frankel LLP | | | | | | jsharret@kramerlevin.com | Jennifer R. Sharret |
| Kramer Levin Naftalis & Frankel LLP | | | | | | mwasson@kramerlevin.com | Megan M. Wasson |
| Latham & Watkins LLP | Attn: Jeffrey E Bjork | Attn: Kimberly A Posin | Attn: Nicholas J Messana | 355 S Grand Ave, Ste 100 | Los Angeles, CA 90071-1560 | jeff.bjork@lw.com | Jeffrey E. Bjork |
| Latham & Watkins LLP | | | | | | kim.posin@lw.com | Kimberly A. Posin |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Latham & Watkins LLP | | 885 3rd Ave | New York, NY 10022-4834 | | | nicholas.messana@lw.com | Nicholas J. Messana |
| Latham & Watkins LLP | Attn: Adam J Goldberg | 885 3rd Ave | New York, NY 10022-4834 | | | adam.goldberg@lw.com | Adam J. Goldberg |
| Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman | P.O. Box 3064 | Houston, TX 77253-3064 | | | houston_bankruptcy@publicans.com | John P. Dillman |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller | 2777 N. Stemmons Fwy, Ste 1000 | Dallas, TX 75207 | | | dallas.bankruptcy@publicans.com | Elizabeth Weller |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker | 112 E Pecan St, Ste 2200 | San Antonio, TX 78205 | | | sanantonio.bankruptcy@publicans.com | Don Stecker |
| Maurice Wutscher LLP | Attn: Alan C. Hochheiser | 23611 Chagrin Blvd, Ste 207 | Beachwood, OH 44122 | | | ahochheiser@mauricewutscher.com | Alan C. Hochheiser |
| McCreary, Veselka, Bragg & Allen, PC | Attn: Tara LeDay | P.O. Box 1269 | Round Rock, TX 78680 | | | tleday@mvbalaw.com | Tara LeDay |
| McDermott Will & Emery LLP | Attn: Ryan Smethurst | Attn: Margaret Warner | 500 N Capitol St NW | Washington, DC 20001-1531 | | rsmethurst@mwe.com | Robert S. Smethurst |
| McDermott Will & Emery LLP | | | | | | mwarner@mwe.com | Margaret H. Warner |
| Miller, Canfield, Paddock and Stone, P.L.C. | Attn: Danielle Mason Anderson | 277 S Rose St, Ste 5000 | Kalamazoo, MI 49007 | | | andersond@millercanfield.com | Danielle Mason Anderson |
| Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C. | Attn: Kim V. Marrkand | Attn: Nancy D. Adams | Attn: Laura Bange Stephens | One Financial Center | Boston, MA 02111 | kmarrkand@mintz.com | Kim V. Marrkand |
| Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C. | | | | | | ndadams@mintz.com | Nancy D. Adams |
| Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C. | | | | | | lbstephens@mintz.com | Laura Bange Stephens |
| Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Paul W Carey | 100 Front St | Worcester, MA 01608 | | | pcarey@mirickoconnell.com | Paul W. Carey |
| Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Kate P Foley | 1800 W Park Dr, Ste 400 | Westborough, MA 01581 | | | kfoley@mirickoconnell.com | Kate P. Foley |
| Missouri Dept of Revenue | Bankruptcy Unit | Attn: Steven A Ginther | P.O. Box 475 | Jefferson City, MO 65105-0475 | | deecf@dor.mo.gov | Steven A Ginther |
| Monzack Mersky Browder & Hochman, P.A. | Attn: Rachel B. Mersky | 1201 N Orange St, Ste 400 | Wilmington, DE 19801 | | | rmersky@monlaw.com | Rachel B. Mersky |
| Monzack Mersky McLaughlin & Browder, PA | Attn: Brian McLaughlin | Attn: Rachel B. Mersky | 1201 N Orange St, Ste 400 | Wilmington, DE 19801 | | bmclaughlin@monlaw.com | Brian J. McLaughlin |
| Monzack Mersky McLaughlin & Browder, PA | | | | | | rmersky@monlaw.com | Rachel B. Mersky |
| Morris James LLP | Attn: Brett D. Fallon | Attn: Brya M. Keilson | 500 Delaware Ave, Ste 1500 | P.O. Box 2306 | Wilmington, DE 19899-2306 | bfallon@morrisjames.com | Brett D. Fallon |
| Morris James LLP | | | | | | bkeilson@morrisjames.com | Brya M. Keilson |
| Morris James LLP | Attn: Jeffrey Waxman | Attn: Eric J. Monzo | 500 Delaware Avenue, Suite 1500 | Wilmington, DE 19801 | | jwaxman@morrisjames.com | Jeffrey Waxman |
| Morris James LLP | | | | | | emonzo@morrisjames.com | Eric J. Monzo |
| Morris, Nichols, Arsht & Tunnell | Attn: Derek C. Abbott | 1201 N. Market Street | P.O. Box 1347 | Wilmington, DE, 19899 | | dabbott@mnat.com | Derek C. Abbott |
| Morris, Nichols, Arsht & Tunnell | Attn: Joseph Charles Barsalona II | | | | | barsalona@mnat.com | Joseph Charles Barsalona II |
| Morris, Nichols, Arsht & Tunnell | Attn: Eric Moats | | | | | emoats@mnat.com | Eric Moats |
| Morris, Nichols, Arsht & Tunnell | Attn: Andrew R. Remming | | | | | aremming@mnat.com | Andrew R. Remming |
| Morris, Nichols, Arsht & Tunnell | Attn: Paige N. Topper | | | | | ptopper@mnat.com | Paige N. Topper |
| Nagel Rice LLP | Attn: Bradley L Rice | 103 Eisenhower Pkwy | Roseland, NJ 07068 | | | brice@nagelrice.com | Bradley L. Rice |
| Napoli Shkolnik PLLC | Attn: R. Joseph Hrubiec | 919 N Market St, Ste 1801 | Wilmington, DE 19801 | | | RHrubiec@NapoliLaw.com | R. Joseph Hrubiec |
| Nelson Comis Kettle & Kinney, LLP | Attn: William E. Winfield | 300 E Esplanade Dr, Ste 1170 | Oxnard, CA 93036 | | | wwinfield@calattys.com | William E. Winfield |
| Nicolaides Fink Thorpe Michaelides Sullivan LLP | Attn: Matthew S. Sorem | 10 S Wacker Dr, 21st Fl | Chicago, IL 60606 | | | msorem@nicolaidesllp.com | Matthew S. Sorem |
| Norton Rose Fulbright US LLP | Attn: Louis Strubeck/ Kristian Gluck | Attn: Ryan Manns | 2200 Ross Ave, Suite 3600 | Dallas, TX 75201-7932 | | louis.strubeck@nortonrosefulbright.com | Louis R. Strubeck |
| Norton Rose Fulbright US LLP | | | | | | kristian.gluck@nortonrosefulbright.com | Kristian W. Gluck |
| Norton Rose Fulbright US LLP | | | | | | ryan.manns@nortonrosefulbright.com | Ryan E. Manns |
| Office of the Attorney General | Attn: Christopher S Murphy | Attn: Sherri K Simpson | Bankruptcy & Collections Division | P.O. Box 12548 | Austin, TX 78711-2548 | christopher.murphy@oag.texas.gov | Christopher S. Murphy |
| Office of the Attorney General | | | | | | sherri.simpson@oag.texas.gov | Sherri K. Simpson |
| Office of the U.S. Trustee | | | | | | hannah.mccollum@usdoj.gov | Hannah Mufson McCollum |
| Office of the United States Trustee | Attn: David L. Buchbinder | Attn: Hannah Mufson McCollum | 844 King St, Suite 2207 | Lockbox 35 | Wilmington, DE 19801 | david.l.buchbinder@usdoj.gov | David L. Buchbinder |
| Pachulski Stang Ziehl & Jones | Attn: James I. Stang | 10100 Santa Monica Blvd, 13th Fl | Los Angeles, CA 90067-4003 | | | jstang@pszjlaw.com | James Stang |
| Pachulski Stang Ziehl & Jones | | | | | | joneill@pszjlaw.com | James E. O'Neill |
| Pachulski Stang Ziehl & Jones | | | | | | lcantor@pszjlaw.com | Linda F. Cantor |
| Pachulski Stang Ziehl & Jones | | | | | | rorgel@pszjlaw.com | Robert B. Orgel |
| Pachulski Stang Ziehl & Jones LLP | Attn: James Stang/Robert Orgel | Attn: James O'Neill/John Lucas/Ilan Scharf | 919 N Market St, 17th Fl | P.O. Box 8705 | Wilmington, DE 19899-8705 | jlucas@pszjlaw.com | John W. Lucas |
| Pachulski Stang Ziehl & Jones LLP | | | | | | ischarf@pszjlaw.com | Ilan D. Scharf |
| Paul Mones PC | Attn: Paul Mones | 13101 Washington Blvd | Los Angeles, CA 90066 | | | paul@paulmones.com | Paul Mones |
| Pension Benefit Guaranty Corporation | | | | | | burton.cassandra@pbgc.gov | Cassandra Burton |
| Pension Benefit Guaranty Corporation | | | | | | fessenden.craig@pbgc.gov | Craig T. Fessenden |
| Pension Benefit Guaranty Corporation | Attn: Patricia Kelly, CFO | Attn: C. Burton/ C. Fessenden | 1200 K St NW | Washington, DC 20005 | | kelly.Patricia@Pbgc.Gov | Patricia Kelly |
| Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: John T. Banks | 3301 Northland Dr, Ste 505 | Austin, TX 78731 | | | jbanks@pbfcm.com | John T. Banks |
| Pfau Cochran Vertetis Amala PLLC | Attn: Michael Pfau/Jason Amala | Attn: Vincent Nappo | 403 Columbia St, Ste 500 | Seattle, WA 98104 | | michael@pcvalaw.com | Michael T. Pfau |
| Pfau Cochran Vertetis Amala PLLC | | | | | | jason@pcvalaw.com | Jason P. Amala |
| Pfau Cochran Vertetis Amala PLLC | | | | | | vnappo@pcvalaw.com | Vincent T. Nappo |
| Phillips Lytle LLP | Attn: Angela Z Miller | One Canalside | 125 Main St | Buffalo, NY 14203 | | amiller@phillipslytle.com | Angela Z Miller |
| Raul Diaz | | | | | | rauldiaz2503@gmail.com | Raul Diaz |
| Reed Smith LLP | Attn: Kurt F. Gwynne | Attn: Katelin A. Morales | 120 N Market St, Ste 1500 | Wilmington, DE 19801 | | kgwynne@reedsmith.com | Kurt F. Gwynne |
| Reed Smith LLP | | | | | | kmorales@reedsmith.com | Katelin A. Morales |
| Richards, Layton & Finger, PA | Attn: Michael Merchant/Brett Haywood | One Rodney Square | 920 N King St | Wilmington, DE 19801 | | merchant@rlf.com | Michael J. Merchant |
| Richards, Layton & Finger, PA | | | | | | haywood@rlf.com | Brett M. Haywood |
| Schnader Harrison Segal & Lewis LLP | Attn: Richard A. Barkasy | Attn: Kristi J. Doughty | 824 N Market St, Ste 800 | Wilmington, DE 19801-4939 | | rbarkasy@schnader.com | Richard A. Barkasy |
| Schnader Harrison Segal & Lewis LLP | | | | | | kdoughty@schnader.com | Kristi J. Doughty |
| Seitz, Van Ogtrop & Green, P.A. | Attn: R. Karl Hill | 222 Delaware Ave, Ste 1500 | Wilmington, DE 19801 | | | khill@svglaw.com | R. Karl Hill |
| Sequoia Counsel of Boy Scouts, Inc. | Attn: Michael Marchese | 6005 N Tamara Ave | Fresno, CA 93711 | | | michael.marchese@scouting.org | Michael Marchese |
| Shipman & Goodwin LLP | Attn: Eric S. Goldstein | 1 Constitution Plz | Hartford, CT 06103-1919 | | | egoldstein@goodwin.com | Eric S. Goldstein |
| Shipman & Goodwin LLP | | | | | | bankruptcy@goodwin.com | |
| Shipman & Goodwin LLP | | | | | | bankruptcyparalegal@goodwin.com | |
| Shipman & Goodwin LLP | Attn: Abigail Williams/ James Ruggeri | Attn: Joshua Weinberg/ Michele B Konigsberg | 1875 K St NW, Ste 600 | Washington, DC 20006-1251 | | awilliams@goodwin.com | Abigail W. Williams |
| Shipman & Goodwin LLP | | | | | | jweinberg@goodwin.com | Joshua D. Weinberg |
| Shipman & Goodwin LLP | | | | | | mkonigsberg@goodwin.com | Michele Backus Konigsberg |
| Shipman & Goodwin LLP | | | | | | jruggeri@goodwin.com | James P. Ruggeri |
| Sidley Austin LLP | Attn: Blair Warner | One South Dearborn Street | Chicago, IL 60603 | | | blair.warner@sidley.com | Blair Warner |
| Sidley Austin LLP | Attn: Matthew Evan Linder | | | | | mlinder@sidley.com | Matthew Evan Linder |
| Sidley Austin LLP | Attn: Thomas A. Labuda, Jr. | | | | | tlabuda@sidley.com | Thomas A. Labuda, Jr. |
| Sidley Austin LLP | Attn: Karim Basaria | | | | | kbasaria@sidley.com | Karim Basaria |
| Sidley Austin LLP | Attn: Jessica C. Boelter | 787 Seventh Avenue | New York, NY 10019 | | | jboelter@sidley.com | Jessica C. Boelter |
| Stamoulis & Weinblatt LLC | Attn: Stamatios Stamoulis | Attn: Richard Weinblatt | 800 N West St, Ste 800 | Wilmington, DE 19801 | | stamoulis@swdelaw.com | Stamatios Stamoulis |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Stamoulis & Weinblatt LLC | | | | | | weinblatt@swdelaw.com | Richard C. Weinblatt |
| Stark & Stark, PC | Attn: Joseph H Lemkin | P.O. Box 5315 | Princeton, NJ 08543 | | | jlemkin@stark-stark.com | Joseph H. Lemkin |
| Sullivan Hazeltine Allinson LLC | Attn: William D. Sullivan | 919 N Market St, Ste 420 | Wilmington, DE 19801 | | | bsullivan@sha-llc.com | William D. Sullivan |
| Synchrony Bank | c/o PRA Receivables Management, LLC | Attn: Valerie Smith | P.O. Box 41021 | Norfolk, VA 23541 | | claims@recoverycorp.com | Valerie Smith |
| The County Commission Of Fayette County | Attn: President | P.O. Box 307 | Fayetteville, WV 25840 | | | | |
| The County Commission Of Fayette County | c/o Steptoe & Johnson Pllc | Attn: John Stump, Esq | Chase Tower - 8th Fl | 707 Virginia St E. | Charleston, WV 25301 | | |
| The Law Office of James Tobia, LLC | Attn: James Tobia | 1716 Wawaset St | Wilmington, DE 19806 | | | jtobia@tobialaw.com | James Tobia |
| The Law Offices of Joyce, LLC | Attn: Michael J. Joyce | 1225 King St, Ste 800 | Wilmington, DE 19801 | | | mjoyce@mjlawoffices.com | Michael J. Joyce |
| The Neuberger Firm | Attn: Thomas S. Neuberger | Attn: Stephen J. Neuberger | 17 Harlech Dr | Wilmington, DE 19807 | | tsn@neubergerlaw.com | Thomas S. Neuberger |
| The Neuberger Firm | | | | | | sjn@neubergerlaw.com | Stephen J. Neuberger |
| The Powell Firm, LLC | Attn: Jason C. Powell | Attn: Thomas Reichert | 1201 N Orange St, Ste 500 | P.O. Box 289 | Wilmington, DE 19899 | jpowell@delawarefirm.com | Jason C. Powell |
| The Powell Firm, LLC | | | | | | treichert@delawarefirm.com | Thomas Reichert |
| Thomas Law Office, PLLC | Attn: Tad Thomas/Louis Schneider | 9418 Norton Commons Blvd, Ste 200 | Louisville, KY 40059 | | | tad@thomaslawoffices.com | Tad Thomas |
| Thomas Law Office, PLLC | | | | | | lou.schneider@thomaslawoffices.com | Louis C. Schneider |
| TN Dept of Labor - Bureau of Unemployment Insurance | c/o TN Attorney General's Office, Bankruptcy Division | Attn: Laura L. McCloud | PO Box 20207 | Nashville, TN 37202-0207 | | AGBankDelaware@ag.tn.gov | Laura L. McCloud |
| Tremont Sheldon Robinson Mahoney PC | Attn: Cindy Robinson | Attn: Doug Mahoney | 64 Lyon Ter | Bridgeport, CT 06604 | | crobinson@tremontsheldon.com | Cindy L. Robinson |
| Tremont Sheldon Robinson Mahoney PC | | | | | | dmahoney@tremontsheldon.com | Doug Mahoney |
| Troutman Pepper Hamilton Sanders LLP | Attn: David M. Fournier | Attn: Marcy J. McLaughlin Smith | 1313 Market St, Ste 5100 | P.O. Box 1709 | Wilmington, DE 19899-1709 | david.fournier@troutman.com | David M. Fournier |
| Troutman Pepper Hamilton Sanders LLP | | | | | | marcy.smith@troutman.com | Marcy J. McLaughlin Smith |
| Troutman Pepper Hamilton Sanders LLP | Attn: Harris B. Winsberg | Attn: Matthew G. Roberts | 600 Peachtree St NE, Ste 3000 | Atlanta, GA 30308 | | harris.winsberg@troutman.com | Harris B. Winsberg |
| Troutman Pepper Hamilton Sanders LLP | | | | | | matthew.roberts2@troutman.com | Matthew G. Roberts |
| Tybout, Redfearn & Pell | Attn: Seth J. Reidenberg | 750 Shipyard Dr, Ste 400 | P.O. Box 2092 | Wilmington, DE 19899-2092 | | sreidenberg@trplaw.com | Seth J. Reidenberg |
| United States Dept of Justice | 950 Pennsylvania Ave, Nw | Room 2242 | Washington, DC 20530-0001 | | | | |
| US Attorney For Delaware | Attn: David C Weiss | 1007 Orange St, Ste 700 | P.O. Box 2046 | Wilmington, DE 19899-2046 | | usade.ecfbankruptcy@usdoj.gov | |
| Wachtell, Lipton, Rosen & Katz | Attn: Richard Mason/Douglas Mayer | Attn:Joseph C. Celentino | 51 W 52nd St | New York, NY 10019 | | rgmason@wlrk.com | Richard G. Mason |
| Wachtell, Lipton, Rosen & Katz | | | | | | dkmayer@wlrk.com | Douglas K. Mayer |
| Wachtell, Lipton, Rosen & Katz | | | | | | jccelentino@wlrk.com | Joseph C. Celentino |
| Walker Wilcox Maousek LLP | Attn: Christopher A. Wadley | 1 N Franklin, Ste 3200 | Chicago, IL 60606 | | | cwadley@walkerwilcox.com | Christopher A. Wadley |
| Wanger Jones Helsley, PC. | Attn: Riley C. Walter | 265 E River Park Circle, Ste 310 | Fresno, CA 93720 | | | rwalter@wjhattorneys.com | Riley C. Walter |
| Ward and Smith, P.A. | Attn: Paul A Fanning | P.O. Box 8088 | Greenville, NC 27835-8088 | | | paf@wardandsmith.com | Paul A Fanning |
| Whiteford, Taylor & Preston LLC | Attn: Richard W Riley | The Renaissance Centre | 405 N King St, Ste 500 | Wilmington, DE 19801 | | rriley@wtplaw.com | Richard W. Riley |
| Whiteford, Taylor & Preston LLP | Attn: Todd M Brooks | 7 St Paul St, 15th Fl | Baltimore, MD 21202-1626 | | | tbrooks@wtplaw.com | Todd M. Brooks |
| Wilks Law, LLC | Attn: David E. Wilks | 4250 Lancaster Pike, Ste 200 | Wilmington, DE 19805 | | | dwilks@wilks.law | David E. Wilks |
| Wilmer Cutler Pickering Hale and Dorr LLP | Attn: Craig Goldblatt | 1875 Pennsylvania Ave NW | Washington, DC 20006 | | | craig.goldblatt@wilmerhale.com | Craig Goldblatt |
| Womble Bond Dickinson (US) LLP | Attn: Matthew Ward/Morgan Patterson | 1313 N Market St, Ste 1200 | Wilmington, DE 19801 | | | matthew.ward@wbd-us.com | Matthew P. Ward |
| Womble Bond Dickinson (US) LLP | | | | | | morgan.patterson@wbd-us.com | Morgan L. Patterson |
| Young Conaway Stargatt & Taylor | Attn: James L. Patton, Jr | Attn: Robert Brady/Edwin Harron | Rodney Square | 1000 N King St | Wilmington, DE 19801 | jpatton@ycst.com | James L. Patton, Jr |
| Young Conaway Stargatt & Taylor | | | | | | rbrady@ycst.com | Robert S. Brady |
| Young Conaway Stargatt & Taylor | | | | | | eharron@ycst.com | Edwin J. Harron |