# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Ref. Docket No. 1974, 1975**<br><br><u>Objection Deadline</u>: Feb. 5, 2021 at 4:00 p.m.<br><u>Hearing Date</u>: Feb. 17, 2021 at 10:00 a.m. |

### AIG'S JOINDER TO INSURERS' MOTION FOR AN ORDER AUTHORIZING RULE 2004 DISCOVERY OF CERTAIN PROOFS OF CLAIM

National Union Fire Insurance Company of Pittsburgh, Pa., Lexington Insurance Company, Landmark Insurance Company, The Insurance Company of the State of Pennsylvania, and their affiliated entities (collectively referred to herein as "***AIG***") hereby files this joinder (the "***Joinder***") to the *Insurer's Motion for an Order Authorizing Rule 2004 Discovery of Certain Proofs of Claim* [D.I. 1974, 1975] (the "***Insurers' Rule 2004 Motion***").[2] In support of this Joinder, AIG respectfully states as follows:

### JOINDER

1. On January 22, 2021, Hartford and Century filed *Hartford and Century's Motion for an Order (I) Authorizing Certain Rule 2004 Discovery and (II) Granting Leave from Local*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Insurers' Rule 2004 Motion.

{01740159;v1}                                             1

*Rule 3007-1(f) to Permit the Filing of Substantive Omnibus Objections* [D.I. 1971, 1972] ("***Hartford and Century's Rule 2004 Motion***") and the Insurers' Rule 2004 Motion. On February 5, 2021, AIG filed a joinder to Hartford and Century's Rule 2004 Motion [D.I. 2070].

2.   For the reasons set forth in AIG's joinder to Hartford and Century's Rule 2004 Motion, AIG also joins in the Insurers' Rule 2004 Motion and requests to participate in the discovery process as contemplated in the Insurers' Rule 2004 Motion. As reflected in the proposed order (the "***Revised Proposed Order***") attached hereto as **Exhibit A**,[3] AIG requests that it receive any documents or information produced to Hartford and Century as a result of the Insurers' Rule 2004 Motion, subject to any applicable confidentiality agreements, and that AIG be permitted to attend and participate in any depositions that result from the Insurers' Rule 2004 Motion. AIG also requests to be included in any meet and confer process related to the Insurers' Rule 2004 Motion.

3.   AIG reserves all rights to independently seek discovery pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, or any other form of discovery, on the topics identified or pursued in connection with the Insurers' Rule 2004 Motion.

## CONCLUSION

WHEREFORE, AIG respectfully requests that the Court (i) grant the Insurers' Rule 2004 Motion, (ii) enter the Revised Proposed Order to authorize AIG to participate in the discovery process as contemplated in the Insurers' Rule 2004 Motion, and (iii) grant such other and further relief as is just and proper.

[*Remainder of page intentionally omitted*]

---

[3]   A redline comparison of the Revised Proposed Order to the proposed order submitted with the Insurers' Rule 2004 Motion is attached hereto as **Exhibit B**.

Dated: February 8, 2021
      Wilmington, Delaware

Respectfully submitted,

By: */s/ Deirdre M. Richards*

**FINEMAN KREKSTEIN & HARRIS PC**
Deirdre M. Richards (DE Bar No. 4191)
1300 N. King Street
Wilmington, DE 19801
Telephone:    (302) 538-8331
Facsimile:    (302) 394-9228
Email: drichards@finemanlawfirm.com

-and-

**FORAN GLENNON PALANDECH PONZI & RUDLOFF P.C.**
Susan N.K. Gummow (admitted *pro hac vice*)
222 N. LaSalle St., Suite 1400
Chicago, Illinois 60601
Telephone:    (312) 863-5000
Facsimile:    (312) 863-5009
Email: sgummow@fgppr.com

-and-

**GIBSON, DUNN & CRUTCHER LLP**
Michael A. Rosenthal (admitted *pro hac vice)*
James Hallowell (admitted *pro hac vice)*
200 Park Avenue
New York, New York 10166
Telephone:    (212) 351-4000
Facsimile:    (212) 351-4035
Email: mrosenthal@gibsondunn.com
     jhallowell@gibsondunn.com

-and-

**GIBSON, DUNN & CRUTCHER LLP**
Matthew G. Bouslog (admitted p*ro hac vice)*
3161 Michelson Drive
Irvine, California 92612
Telephone:    (949) 451-3800
Facsimile:    (949) 451-4220

Email: mbouslog@gibsondunn.com

*Attorneys for National Union Fire Insurance Company of Pittsburgh, Pa.; Lexington Insurance Company; Landmark Insurance Company; The Insurance Company of the State of Pennsylvania; and their affiliated entities*