## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>              Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Ref. Docket No. 1974, 1975**<br><br>**Objection Deadline: Feb. 5, 2021 at 4:00 p.m.**<br>**Hearing Date: Feb. 17, 2021 at 10:00 a.m.** |

## NOTICE TO WITHDRAW DOCUMENT N0. 2113

      I, Deirdre M. Richards, Esquire hereby withdraw Document Number 2113 on the docket as AIG's Joinder to Insurers' Motion for an Order Authorizing Rule 2004 Discovery of Certain Proofs of Claim which was filed on February 8, 2021. The pleading was replaced by Document Number 2114.

Dated: February 8, 2021
       Wilmington, Delaware

                              FINEMAN KREKSTEIN & HARRIS PC

                              /s/ Deirdre M. Richards
                              Deirdre M. Richards (DE Bar No. 4191)
                              1300 N. King Street
                              Wilmington, DE 19801
                              Telephone:   (302) 538-8331
                              Facsimile:    (302) 394-9228
                              Email: drichards@finemanlawfirm.com

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

{01740233;v1}