## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to 11 U.S.C. § 1109(b) and Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned hereby appears for Andrus Wagstaff, PC, on behalf of its various child sexual abuse tort claimants and as a party-in-interest in the above-captioned proceedings, and counsel requests that copies of all notices and pleadings given or filed in this case be given to and served upon her at the address set forth below:

Aimee H. Wagstaff, Esq.
Andrus Wagstaff, PC
7171 W. Alaska Drive
Lakewood, CO 80226
Telephone: (303) 376-6360
Email: aimee.wagstaff@andruswagstaff.com

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving Texas 75038.

Dated:  February 8, 2021

ANDRUS WAGSTAFF, PC

*/s/ Aimee H. Wagstaff*
Aimee H. Wagstaff, Esq.
7171 W. Alaska Drive
Lakewood, CO 80226
Ph:  (303) 376-6360
Fx:  (303) 376-6361
aimee.wagstaff@andruswagstaff.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of February, 2021, I electronically filed the foregoing *Notice of Appearance* on this Court's CM/ECF filing system. Notice of this filing will be sent to all known counsel of records by operation of the court's CM/ECF system.

*/s/ Aimee H. Wagstaff*
Aimee H. Wagstaff, Esq.