## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors.[1] | (Jointly Administered) |
| | Re:  Docket Nos. 1974 and 2043 |

### JOINDER BY ANDRUS WAGSTAFF, PC TO
### THE OBJECTION OF THE COALITION OF ABUSED SCOUTS
### FOR JUSTICE TO THE INSURERS' MOTION FOR AN ORDER AUTHORIZING
### RULE 2004 DISCOVERY OF CERTAIN PROOFS OF CLAIMS

Andrus Wagstaff, PC ("AW"), by its undersigned counsel, hereby submits this joinder (the "Joinder") to the *Objection of the Coalition of Abused Scouts for Justice to Insurers' Motion for an Order Authorizing Rule 2004 Discovery of Certain Proofs of Claim* (the "Objection"), [Docket No. 2043] In support of the Objection, Andrus Wagstaff, PC states as follows:

1. Hartford and Century (the "Insurers") seek Rule 2004 discovery from certain law firms, including Andrus Wagstaff, PC and third-party vendors who submitted and signed Proofs of Claims on behalf of sexual assault survivors.

2. On February 5, 2021, the Coalition of Abused Scouts for Justice (the "Coalition") filed its Objection to the Insurers' Motion, requesting that the Court enter an order denying the Motion.

3. For reasons set forth in the Objection, AW adopts and incorporates by reference all arguments set forth in the Objection, together with those arguments to be presented at any

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving Texas 75038.

hearing on the Motion, and respectfully requests that the Court grant the relief requested in
the Objection.

4.  AW expressly reserves its rights to supplement or amend this Joinder.

WHEREFORE, for the reasons set forth herein, AW respectfully requests that the Court
enter an Order denying the Motion and granting the Coalition and AW such other and further relief
as the Court deems just and proper.

Dated:  February 8, 2021                    Respectfully Submitted,

                                            ANDRUS WAGSTAFF, PC

                                            */s/ Aimee H. Wagstaff*
                                            Aimee H. Wagstaff Esq.
                                            7171 W. Alaska Drive
                                            Lakewood, CO 80226
                                            Ph:  (303) 376-6360
                                            Fx:  (303) 376-6361
                                            aimee.wagstaff.@andruswagstaff.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of February, 2021, I electronically filed the foregoing *Joinder to the Objection of the Coalition of Abused Scouts for Justice to Insurers' Motion for an Order Authorizing Rule 2004 Discovery of Certain Proofs of Claim* on this Court's CM/ECF filing system. Notice of this filing will be sent to all known counsel of record by operation of the court's CM/ECF system.

*/s/ Aimee H. Wagstaff*
Aimee H. Wagstaff, Esq.