IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA and DELAWARE BSA, LLC,[1] | ) ) | Case No. 20-10343 (LSS) |
| | ) | Jointly Administered |
| | ) | |
| | ) | Ref. Docket No. 2080 |

**NOTICE OF WITHDRAW OF FILING**

COMES NOW, Stephen C. Babin, Jr. and Babin Law LLC [hereafter "Babin Law"], by and through their undersigned counsel, and hereby requests that the February 5, 2021, document filed at Docket 2080, be deleted. The document filed under Docket 2080 was filed in error and reflects an early, incomplete draft of Babin Law's joinder. When the error was discovered, Babin Law filed a complete and final version of the joinder. That filing appears at Docket 2098.

Respectfully submitted,

Date: February 8, 2021
Wilmington, DE

**CONAWAY-LEGAL, LLC**

/s/ *Bernard G. Conaway*
Bernard G. Conaway (DE 2856)
1007 North Orange Street, Suite 400
Wilmington, DE 19801
Telephone: 302-428-9350
Facsimile: 844-364-0137
Email: bgc@conaway-legal.com

*Counsel for Stephen C. Babin, Jr. and Babin Law, LLC*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.