January 31, 2021

Clerk of Court
U.S. Bankruptcy Court
District of Delaware
824 N. Market ST
Wilmington, DE 19801

FILED
2021 FEB -9 AM 9:09
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

RE: Claim Against Boy Scouts of America Filing

Dear Clerk:

This is my third letter to your office. In November 2020, I filed a claim against the Boy Scouts of America in this court. Twice before I contacted this office and enclosed a self addressed stamped envelope.

I humbly request you;
(1) Notify me if my filing (claim) was received by this office.
(2) If you received it was the filing in error; (so I can take corrective measures)
(3) If the claim was accepted.

I am proceeding without counsel and request this office notify me as to any information I need to receive.

Please allow me to know if my claim was received. Respectfully, [redacted]

## Declaration

I ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ under the penalty of perjury that the foregoing is true and correct to the best of my knowledge pursuant to Title 28 USC Section 1746 on this 31st day of January 2021

Respectfully Submitted,

▓▓▓▓▓▓▓▓▓▓▓▓

## Certificate of Service

I ▓▓▓▓▓▓▓▓▓▓▓▓ do certify I sent via U.S. mail with First Class postage affixed a true copy of the foregoing letter to the Clerk of Court, U.S. Bankruptcy Court, District of Delaware on the 31st of January 2021.

▓▓▓▓▓▓▓▓▓▓▓▓

Clerk of Court
U.S. Bankruptcy Court
District of Delaware
824 N Market St
Wilmington, DE 19801

PEORIA IL 616
04 FEB 2023 PM 1 T