<u>EXHIBIT A</u>

<u>Compensation Summary</u>

**EXHIBIT A**

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**COMPENSATION BY PROJECT CATEGORY**
**NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020**

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Case Administration (00001) | 8.60 | $6,901.00 |
| Committee Meetings and Communications (00002) | 40.10 | $38,766.50 |
| Automatic Stay (00004) | 3.90 | $4,184.50 |
| Bar Date, Noticing, and Claims Reconciliation Issues (00005) | 6.70 | $6,313.50 |
| Plan/Disclosure Statement Issues (00007) | 23.80 | $24,320.50 |
| Coalition and Tort Committee Matters (00008) | 1.40 | $1,557.50 |
| Creditor Communications (00011) | 1.00 | $680.00 |
| Employee and Labor Issues (00013) | 40.50 | $46,356.50 |
| Fee Statements and Applications (00017) | 35.10 | $20,785.50 |
| Committee Investigation (00020) | 54.90 | $47,842.50 |
| Hearings and Court Matters (00021) | 6.80 | $6,481.50 |
| Professional Retention (00025) | 0.10 | $68.00 |
| Debtor Retention Applications (00026) | 1.90 | $1,884.50 |
| Communication with Debtors (00029) | 9.50 | $9,814.00 |
| **TOTAL** | **234.30** | **$215,956.00** |

---

[1] Total compensation requested reflects a voluntary reduction of $6,826.00 in fees.

# Kramer Levin



February 8, 2021

Steve McGowan, General Counsel
The Boy Scouts of America
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX 75015-2049
steve.mcgowan@scouting.org

Invoice #: 816642
073427
Page 1

**FOR PROFESSIONAL SERVICES rendered through November 30, 2020.**

| | |
|---|---|
| Fees | $215,956.00 |
| Disbursements and Other Charges | 1,218.41 |
| **TOTAL BALANCE DUE** | **$217,174.41** |

FEES AND DISBURSEMENTS POSTED AFTER THE BILLING PERIOD SHOWN ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.

TAX ID # 13-1944339

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas, New York, NY 10036
T  212.715.9100  F  212.715.8000



February 8, 2021
Invoice #: 816642
073427
Page 2

## MATTER SUMMARY

**For professional services rendered through November 30, 2020 in connection with the following matters:**

| Matter | Matter Name | Total[1] |
|---|---|---|
| 073427-00001 | Case Administration | $6,901.00 |
| 073427-00002 | Committee Meetings and Communications | $38,766.50 |
| 073427-00004 | Automatic Stay | $4,184.50 |
| 073427-00005 | Bar Date, Noticing and Claims Reconciliation Issues | $6,313.50 |
| 073427-00007 | Plan/Disclosure Statement Issues | $24,320.50 |
| 073427-00008 | Coalition and Tort Committee Matters | $1,557.50 |
| 073427-00011 | Creditor Communications | $680.00 |
| 073427-00013 | Employee and Labor Issues | $46,356.50 |
| 073427-00017 | Fee Statements and Applications | $20,785.50 |
| 073427-00020 | Committee Investigation | $47,842.50 |
| 073427-00021 | Hearings and Court Matters | $6,481.50 |
| 073427-00025 | Professional Retention | $68.00 |
| 073427-00026 | Debtor Retention Applications | $1,884.50 |
| 073427-00029 | Communications with Debtors | $9,814.00 |
| **Total Fees** | | **$215,956.00** |
| Disbursements and Other Charges | | $1,218.41 |
| **TOTAL CURRENT INVOICES** | | **$217,174.41** |

---

[1] Total compensation reflects certain voluntary reductions.

KRAMER LEVIN NAFTALIS & FRANKEL LLP     NEW YORK  |  SILICON VALLEY  |  PARIS



February 8, 2021
Invoice #: 816642
073427
Page 3

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | DEPARTMENT | YEAR ADMITTED TO THE BAR | RATE | HOURS | FEES[2] |
|---|---|---|---|---|---|---|
| Mayer Thomas Moers | Partner | Creditors' Rights | 1982 | $1,500.00 | 12.00 | $18,000.00 |
| Rabinowitz Daniel A. | Partner | Corporate | 1995 | $1,225.00 | 1.00 | $1,225.00 |
| Holob Marissa J. | Partner | Employee Benefits | 2001 | $1,150.00 | 13.60 | $15,640.00 |
| Ringer Rachael L. | Partner | Creditors' Rights | 2011 | $1,150.00 | 29.40 | $33,810.00 |
| Hamerman Natan | Counsel | Litigation | 2002 | $1,075.00 | 35.40 | $38,055.00 |
| Blabey David E. | Counsel | Creditors' Rights | 2005 | $1,050.00 | 0.80 | $840.00 |
| Cahn Avram | Spec Counsel | Employee Benefits | 1988 | $1,050.00 | 10.80 | $11,340.00 |
| Sharret Jennifer | Spec Counsel | Creditors' Rights | 2008 | $1,050.00 | 9.50 | $9,975.00 |
| Campbell Patrick J. | Associate | Litigation | 2014 | $990.00 | 14.10 | $13,959.00 |
| Wasson Megan | Associate | Creditors' Rights | 2017 | $905.00 | 16.40 | $14,842.00 |
| Chakraborty Rupita | Associate | Litigation | 2019 | $905.00 | 17.60 | $15,928.00 |
| Essner Zoe | Associate | Creditors' Rights | Not Yet Admitted | $680.00 | 43.80 | $29,784.00 |
| Beck Samuel | Paralegal | Creditors' Rights | N/A | $420.00 | 29.20 | $12,264.00 |

---

[2] Total compensation reflects certain voluntary reductions.



February 8, 2021
Invoice #: 816642
073427
Page 4

| TIMEKEEPER | TITLE | DEPARTMENT | YEAR ADMITTED TO THE BAR | RATE | HOURS | FEES[2] |
|---|---|---|---|---|---|---|
| Kindler Jacqueline | Paralegal | Creditors' Rights | N/A | $420.00 | 0.70 | $294.00 |
| TOTAL FEES | | | | | 234.30 | $215,956.00 |



February 8, 2021
Invoice #: 816642
073427-00001
Page 5

**Case Administration**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 0.90 | $1,035.00 |
| Hamerman, Natan | Counsel | 1.10 | 1,182.50 |
| Sharret, Jennifer | Spec Counsel | 1.00 | 1,050.00 |
| Campbell, Patrick J. | Associate | 0.50 | 495.00 |
| Essner, Zoe | Associate | 2.90 | 1,972.00 |
| Wasson, Megan | Associate | 0.50 | 452.50 |
| Beck, Samuel | Paralegal | 1.40 | 588.00 |
| Kindler, Jacqueline | Paralegal | 0.30 | 126.00 |
| **TOTAL FEES** | | **8.60** | **$6,901.00** |

**DISBURSEMENTS AND OTHER CHARGES SUMMARY**

| DESCRIPTION | AMOUNT |
|---|---|
| Color Copies | $10.00 |
| Court Call Fees | 108.00 |
| Lexis Online Research | 706.45 |
| Pacer Online Research | 6.20 |
| Photocopying | 0.70 |
| Telecommunication Charges | 305.46 |
| Transcript Fees | 81.60 |



February 8, 2021
Invoice #: 816642
073427-00001
Page 6

**Case Administration**

| DESCRIPTION | AMOUNT |
|---|---|
| TOTAL DISBURSEMENTS AND OTHER CHARGES | $1,218.41 |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/2/2020 | Beck, Samuel | Emails with KL team re WIP list (0.1). | 0.10 | $42.00 |
| 11/3/2020 | Essner, Zoe | Revise WIP list (0.4); email J. Sharret and R. Ringer re same (0.1). | 0.50 | 340.00 |
| 11/5/2020 | Essner, Zoe | Email KL team re WIP  (0.2). | 0.20 | 136.00 |
| 11/5/2020 | Beck, Samuel | Review and organize court filings (0.3). | 0.30 | 126.00 |
| 11/9/2020 | Essner, Zoe | Email R. Ringer and N. Hamerman re WIP (0.2); schedule WIP meeting (0.1). | 0.30 | 204.00 |
| 11/12/2020 | Beck, Samuel | Review and organize court filings (0.4). | 0.40 | 168.00 |
| 11/17/2020 | Beck, Samuel | Review and organize court filings (0.3). | 0.30 | 126.00 |
| 11/23/2020 | Beck, Samuel | Request omnibus hearing transcript (0.2) and email T. Mayer re same (0.1). | 0.30 | 126.00 |
| 11/24/2020 | Hamerman, Natan | Email R. Ringer re WIP (0.2). | 0.20 | 215.00 |
| 11/24/2020 | Essner, Zoe | Revise BSA WIP list (0.7); email KL team re same (0.2). | 0.90 | 612.00 |



February 8, 2021
Invoice #: 816642
073427-00001
Page 7

**Case Administration**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 11/25/2020 | Ringer, Rachael L. | Attend call with KL team re: open items and WIP report (0.9). | 0.90 | 1,035.00 |
| 11/25/2020 | Hamerman, Natan | Attend KL team WIP call (0.9). | 0.90 | 967.50 |
| 11/25/2020 | Sharret, Jennifer | Prepare for (0.1) and attend call with KL team re: WIP open items (0.9). | 1.00 | 1,050.00 |
| 11/25/2020 | Campbell, Patrick J. | Attend majority of telephone conference with KL team re: WIP open items (0.5). | 0.50 | 495.00 |
| 11/25/2020 | Wasson, Megan | Attend majority of weekly KL team WIP call (0.5). | 0.50 | 452.50 |
| 11/25/2020 | Essner, Zoe | Prepare for (0.1) and attend call w/ KL team re WIP list (0.9). | 1.00 | 680.00 |
| 11/30/2020 | Kindler, Jacqueline | Review and organize court filings (0.3). | 0.30 | 126.00 |
| **TOTAL** | | | **8.60** | **$6,901.00** |



February 8, 2021
Invoice #: 816642
073427-00002
Page 8

**Committee Meetings and Communications**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Mayer, Thomas Moers | Partner | 3.60 | $5,400.00 |
| Ringer, Rachael L. | Partner | 8.50 | 9,775.00 |
| Hamerman, Natan | Counsel | 5.10 | 5,482.50 |
| Sharret, Jennifer | Spec Counsel | 2.60 | 2,730.00 |
| Essner, Zoe | Associate | 13.30 | 9,044.00 |
| Wasson, Megan | Associate | 7.00 | 6,335.00 |
| **TOTAL FEES** | | **40.10** | **$38,766.50** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/2/2020 | Ringer, Rachael L. | Attend prep call with UCC professionals for UCC call (0.6); prep for (0.1) and attend/lead UCC call (1.1); follow-up call with UCC member re: same (0.3). | 2.10 | $2,415.00 |
| 11/2/2020 | Mayer, Thomas Moers | Call with BSA professionals to prepare for BSA Committee meeting (0.6); participate in portion of UCC meeting (0.5); follow up emails w/ KL team re same (0.1); email re follow-up from meeting to UCC (0.1). | 1.30 | 1,950.00 |
| 11/2/2020 | Hamerman, Natan | Attend majority of Committee call (1.0); attend UCC professionals' call re same (0.6). | 1.60 | 1,720.00 |



February 8, 2021
Invoice #: 816642
073427-00002
Page 9

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 11/2/2020 | Sharret, Jennifer | Participate in majority of Committee professionals' call (0.4); participate in Committee call (1.1). | 1.50 | 1,575.00 |
| 11/2/2020 | Wasson, Megan | Draft UCC update email re UCC meeting agenda, mediation memo (0.3); draft second update email re MOR, Middle TN stipulation (0.5); prep for (0.3) and attend weekly UCC call (1.1). | 2.20 | 1,991.00 |
| 11/2/2020 | Essner, Zoe | Attend professionals' call in advance of UCC meeting (0.6); attend UCC call re financial update, MTC stipulation, and PBGC claim issues (1.1). | 1.70 | 1,156.00 |
| 11/4/2020 | Wasson, Megan | Revise UCC update re mediation (0.6). | 0.60 | 543.00 |
| 11/4/2020 | Essner, Zoe | Draft UCC update re rescheduled hearing and motion to proceed w/ state court actions (0.6). | 0.60 | 408.00 |
| 11/5/2020 | Essner, Zoe | Draft UCC update re stipulation re preliminary injunction stipulation (0.4); email M. Wasson and R. Ringer re same (0.1); draft 11/2 UCC minutes (0.4). | 0.90 | 612.00 |
| 11/9/2020 | Ringer, Rachael L. | Call with Committee member and M. Wasson re mediation statement (0.4). | 0.40 | 460.00 |
| 11/9/2020 | Mayer, Thomas Moers | Prepare for (0.1); and participate in professionals' call to prepare for UCC meeting (0.2). | 0.30 | 450.00 |



February 8, 2021
Invoice #: 816642
073427-00002
Page 10

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 11/9/2020 | Hamerman, Natan | Attend portion of professionals' call to prepare for UCC meeting (0.1). | 0.10 | 107.50 |
| 11/9/2020 | Sharret, Jennifer | Review Committee update re mediation statement (0.1). | 0.10 | 105.00 |
| 11/9/2020 | Wasson, Megan | Comment on update email re mediation statement (0.3); call with Committee member and R. Ringer re mediation statement (0.4). | 0.70 | 633.50 |
| 11/9/2020 | Essner, Zoe | Draft UCC update email re mediation statement (0.2). | 0.20 | 136.00 |
| 11/10/2020 | Essner, Zoe | Review M. Wasson comments to 11/2 UCC meeting minutes (0.1). | 0.10 | 68.00 |
| 11/11/2020 | Essner, Zoe | Draft UCC update email re wrongful death settlement lift stays (0.2). | 0.20 | 136.00 |
| 11/12/2020 | Sharret, Jennifer | Review Committee update re wrongful death lift stays (0.1). | 0.10 | 105.00 |
| 11/13/2020 | Essner, Zoe | Draft UCC update re W&C retention (0.4); email R. Ringer re same (0.1). | 0.50 | 340.00 |
| 11/16/2020 | Ringer, Rachael L. | Emails with Committee member re: answers to case questions (0.7); prep for (0.1) and attend call with UCC professionals re: prep for UCC call (0.4); prep for (0.2) and call with UCC re: case updates (0.9). | 2.30 | 2,645.00 |
| 11/16/2020 | Mayer, Thomas Moers | Attend portion of Committee meeting to discuss mediation progress, claim filing issues (0.4). | 0.40 | 600.00 |



February 8, 2021
Invoice #: 816642
073427-00002
Page 11

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 11/16/2020 | Hamerman, Natan | Attend UCC professionals' call (0.4); attend Committee call re mediation progress, claim filing issues (0.9). | 1.30 | 1,397.50 |
| 11/16/2020 | Wasson, Megan | Attend weekly UCC professionals call (0.4); attend weekly UCC call re mediation progress, claim filing issues (0.9). | 1.30 | 1,176.50 |
| 11/16/2020 | Essner, Zoe | Attend professionals' call to prepare for Committee meeting (0.4); attend Committee call re mediation progress, claim filing issues (0.9); prepare UCC update email re same (0.1). | 1.40 | 952.00 |
| 11/17/2020 | Essner, Zoe | Draft UCC update re 11/18 hearing and W&C retention application replies (0.3). | 0.30 | 204.00 |
| 11/18/2020 | Essner, Zoe | Revise and circulate UCC update re hearing, W&C retention, mediation, and claims stipulation (0.3); draft UCC update re hearing summary (1.1). | 1.40 | 952.00 |
| 11/19/2020 | Ringer, Rachael L. | Review/comment on UCC update email re hearing summary and fee statements (0.2). | 0.20 | 230.00 |
| 11/19/2020 | Sharret, Jennifer | Review Committee update re hearing summary and fee statements (0.1). | 0.10 | 105.00 |
| 11/19/2020 | Essner, Zoe | Revise hearing summary update to include Committee fee statements (0.2); email R. Ringer re same (0.1); draft UCC email update (0.9); email KL team re same (0.2). | 1.40 | 952.00 |



February 8, 2021
Invoice #: 816642
073427-00002
Page 12

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/20/2020 | Essner, Zoe | Email M. Wasson, S. Beck, B. Warner re adversary complaint re UCC update (0.2). | 0.20 | 136.00 |
| 11/23/2020 | Mayer, Thomas Moers | Prep for (0.2) and attend prep call with Committee professionals re UCC meeting (0.3). | 0.50 | 750.00 |
| 11/23/2020 | Ringer, Rachael L. | Prep for (0.1) and attend professionals call re: UCC issues (0.3). | 0.40 | 460.00 |
| 11/23/2020 | Hamerman, Natan | Attend professionals' call re UCC call (0.3). | 0.30 | 322.50 |
| 11/23/2020 | Sharret, Jennifer | Attend pre-call with Committee professionals (0.3). | 0.30 | 315.00 |
| 11/23/2020 | Wasson, Megan | Call with UCC professionals re mediation session (0.3). | 0.30 | 271.50 |
| 11/24/2020 | Ringer, Rachael L. | Review/revise UCC update emails update re fee applications, amended PI exhibit, and omnibus hearings (0.3). | 0.30 | 345.00 |
| 11/24/2020 | Sharret, Jennifer | Review Committee update re fee applications, amended PI exhibit, and omnibus hearings (0.1). | 0.10 | 105.00 |
| 11/24/2020 | Essner, Zoe | Draft 11/16 UCC meeting minutes (0.5); draft Committee update re fee applications, amended PI exhibit, and omnibus hearings (0.6); email KL team re same (0.2); revise UCC update re same (0.2). | 1.50 | 1,020.00 |
| 11/25/2020 | Wasson, Megan | Review and comment on UCC update email re mediation sessions (0.4). | 0.40 | 362.00 |



February 8, 2021
Invoice #: 816642
073427-00002
Page 13

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 11/25/2020 | Essner, Zoe | Draft summary of mediation sessions for UCC update (1.4). | 1.40 | 952.00 |
| 11/29/2020 | Ringer, Rachael L. | Emails with KL team re: update email to UCC re mediation (0.4). | 0.40 | 460.00 |
| 11/29/2020 | Sharret, Jennifer | Review Committee update re mediation sessions (0.1). | 0.10 | 105.00 |
| 11/29/2020 | Essner, Zoe | Draft UCC update email re mediation session w/ Bates White (0.2); email R. Ringer re same (0.1). | 0.30 | 204.00 |
| 11/30/2020 | Mayer, Thomas Moers | Attend professionals prep call for UCC call (0.5); participate in portion of Committee meeting re mediation (0.5); post-call follow-up call with R. Ringer re same (0.1). | 1.10 | 1,650.00 |
| 11/30/2020 | Ringer, Rachael L. | Attend prep call with UCC professionals re: agenda and case issues (0.5); emails with KL team re: prep for UCC call (0.5); attend/lead UCC call re: mediation updates (1.3); follow-up call with T. Mayer re same (0.1). | 2.40 | 2,760.00 |
| 11/30/2020 | Hamerman, Natan | Attend professionals' call (0.5); attend Committee call (1.3). | 1.80 | 1,935.00 |
| 11/30/2020 | Sharret, Jennifer | Participate in portion of prep call with KL team and Alix for Committee call (0.2); review Committee update re UCC meeting agenda (0.1). | 0.30 | 315.00 |



February 8, 2021
Invoice #: 816642
073427-00002
Page 14

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/30/2020 | Essner, Zoe | Attend professionals call to prepare for UCC meeting (0.5); attend portion of UCC meeting re mediation (0.5); draft email update re UCC meeting agenda (0.1); email R. Ringer and M. Wasson re same (0.1). | 1.20 | 816.00 |
| 11/30/2020 | Wasson, Megan | Attend majority of professionals prep call for UCC call (0.3); attend majority of weekly UCC call re mediation (1.2). | 1.50 | 1,357.50 |
| **TOTAL** | | | **40.10** | **$38,766.50** |



February 8, 2021
Invoice #: 816642
073427-00004
Page 15

**Automatic Stay**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 2.10 | $2,415.00 |
| Hamerman, Natan | Counsel | 1.10 | 1,182.50 |
| Sharret, Jennifer | Spec Counsel | 0.30 | 315.00 |
| Essner, Zoe | Associate | 0.40 | 272.00 |
| **TOTAL FEES** | | **3.90** | **$4,184.50** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/2/2020 | Ringer, Rachael L. | Review edits to MTC stipulation from Debtors (0.1). | 0.10 | $115.00 |
| 11/3/2020 | Hamerman, Natan | Emails re preliminary injunction with M. Andolina (0.1). | 0.10 | 107.50 |
| 11/5/2020 | Sharret, Jennifer | Email Z. Essner and D. Rabinowitz re: lift stay settlement (0.1). | 0.10 | 105.00 |
| 11/5/2020 | Essner, Zoe | Emails with J. Sharret re wrongful death settlement motions (0.2). | 0.20 | 136.00 |
| 11/10/2020 | Essner, Zoe | Email J. Sharret re wrongful death settlements (0.1); email R. Ringer and D. Rabinowitz re same (0.1). | 0.20 | 136.00 |
| 11/11/2020 | Sharret, Jennifer | Email Z. Essner re: wrongful death settlements (0.1) and review of same (0.1). | 0.20 | 210.00 |
| 11/19/2020 | Hamerman, Natan | Emails with W&C re preliminary injunction (0.1). | 0.10 | 107.50 |



February 8, 2021
Invoice #: 816642
073427-00004
Page 16

**Automatic Stay**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 11/25/2020 | Ringer, Rachael L. | Review comments to MTC stipulation from AHCLC (0.4); call with T. Gallagher re: same (0.2); emails with TCC re: same (0.2); emails w/ N. Hamerman re same (0.1). | 0.90 | 1,035.00 |
| 11/25/2020 | Hamerman, Natan | Emails re Middle TN stipulation w/ R. Ringer (0.1). | 0.10 | 107.50 |
| 11/30/2020 | Ringer, Rachael L. | Call with J. Lucas and N. Hamerman re: MTC stipulation (0.6); review stipulation re: same (0.3); emails re same w/ N. Hamerman (0.2). | 1.10 | 1,265.00 |
| 11/30/2020 | Hamerman, Natan | Call with Pachulski & R. Ringer re MTC Stipulation (0.6); email with R. Ringer re same (0.2). | 0.80 | 860.00 |
| **TOTAL** | | | **3.90** | **$4,184.50** |



February 8, 2021
Invoice #: 816642
073427-00005
Page 17

**Bar Date, Noticing and Claims Reconciliation Issues**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 2.00 | $2,300.00 |
| Hamerman, Natan | Counsel | 1.50 | 1,612.50 |
| Essner, Zoe | Associate | 2.20 | 1,496.00 |
| Wasson, Megan | Associate | 1.00 | 905.00 |
| **TOTAL FEES** | | **6.70** | **$6,313.50** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/16/2020 | Ringer, Rachael L. | Review numerous issues re: claims/proof of claim process (0.6). | 0.60 | $690.00 |
| 11/30/2020 | Ringer, Rachael L. | Attend portion of Bates White mediation session (1.4). | 1.40 | 1,610.00 |
| 11/30/2020 | Hamerman, Natan | Review slide in advance of mediation session (0.2); attend portion of mediation session re claims (1.3). | 1.50 | 1,612.50 |
| 11/30/2020 | Essner, Zoe | Attend BSA mediation session re Bates White claims analysis to record notes for UCC (2.2). | 2.20 | 1,496.00 |
| 11/30/2020 | Wasson, Megan | Attend portion of Bates White mediation session re claims (1.0). | 1.00 | 905.00 |
| **TOTAL** | | | **6.70** | **$6,313.50** |



February 8, 2021
Invoice #: 816642
073427-00007
Page 18

**Plan/Disclosure Statement Issues**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Mayer, Thomas Moers | Partner | 2.20 | $3,300.00 |
| Ringer, Rachael L. | Partner | 4.70 | 5,405.00 |
| Hamerman, Natan | Counsel | 5.90 | 6,342.50 |
| Sharret, Jennifer | Spec Counsel | 2.90 | 3,045.00 |
| Essner, Zoe | Associate | 4.90 | 3,332.00 |
| Wasson, Megan | Associate | 3.20 | 2,896.00 |
| **TOTAL FEES** | | **23.80** | **$24,320.50** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/17/2020 | Hamerman, Natan | Email R. Ringer re mediation schedule (0.2). | 0.20 | $215.00 |
| 11/18/2020 | Ringer, Rachael L. | Review mediation schedule (0.2); draft response re: same (0.3); emails with KL team re same (0.1). | 0.60 | 690.00 |
| 11/18/2020 | Mayer, Thomas Moers | Review emails with KL team re mediation schedule (0.2). | 0.20 | 300.00 |
| 11/18/2020 | Hamerman, Natan | Emails with R. Ringer and T. Mayer re mediation schedule (0.3). | 0.30 | 322.50 |
| 11/19/2020 | Ringer, Rachael L. | Emails with KL team and BSA re: mediation schedule (0.3). | 0.30 | 345.00 |



February 8, 2021
Invoice #: 816642
073427-00007
Page 19

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 11/19/2020 | Hamerman, Natan | Emails with Tort Claims Committee and Future Claims Representative re mediation (0.2); emails with W&C re mediation (0.2). | 0.40 | 430.00 |
| 11/20/2020 | Hamerman, Natan | Email R. Ringer re mediation sessions (0.2). | 0.20 | 215.00 |
| 11/23/2020 | Mayer, Thomas Moers | Prep for (0.3) and participate in Mediation Session re BSA assets (1.7). | 2.00 | 3,000.00 |
| 11/23/2020 | Ringer, Rachael L. | Attend majority of mediation session re: BSA assets (1.5). | 1.50 | 1,725.00 |
| 11/23/2020 | Hamerman, Natan | Prepare for (0.4) and attend Mediation session re: BSA assets (1.7). | 2.10 | 2,257.50 |
| 11/23/2020 | Sharret, Jennifer | Email with R. Ringer and N. Hamerman re: potential settlement issues (0.2); attend mediation re: BSA assets (1.7); emails with KL team re: same (0.2). | 2.10 | 2,205.00 |
| 11/23/2020 | Wasson, Megan | Attend majority of mediation session re: BSA assets (1.2). | 1.20 | 1,086.00 |
| 11/23/2020 | Essner, Zoe | Attend and take notes on mediation session re BSA assets (1.7); send notes to R. Ringer re same (0.1). | 1.80 | 1,224.00 |
| 11/24/2020 | Ringer, Rachael L. | Attend mediation session re: local council assets (1.6), follow-up emails with N. Hamerman re: same (0.5). | 2.10 | 2,415.00 |



February 8, 2021
Invoice #: 816642
073427-00007
Page 20

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 11/24/2020 | Hamerman, Natan | Attend Mediation session re: local council assets (1.6); emails with R. Ringer, J. Sharret re potential settlement through mediation (0.2). | 1.80 | 1,935.00 |
| 11/24/2020 | Sharret, Jennifer | Attend portion of mediation session on local council issues (0.8). | 0.80 | 840.00 |
| 11/24/2020 | Wasson, Megan | Attend majority of mediation session with local council Committee (1.4). | 1.40 | 1,267.00 |
| 11/24/2020 | Essner, Zoe | Attend BSA mediation session re local councils' assets (1.6); send notes re same to R. Ringer and M. Wasson (0.1). | 1.70 | 1,156.00 |
| 11/25/2020 | Wasson, Megan | Review (0.3) and comment on (0.3) draft term sheet. | 0.60 | 543.00 |
| 11/25/2020 | Essner, Zoe | Draft plan term sheet (1.1); review M. Wasson comments re same (0.2); circulate same to N. Hamerman and R. Ringer (0.1). | 1.40 | 952.00 |
| 11/28/2020 | Hamerman, Natan | Review slide deck from debtors re assets (0.4); review emails between debtors and Tort Claims Committee re same (0.1). | 0.50 | 537.50 |
| 11/29/2020 | Ringer, Rachael L. | Emails with Debtors re: mediation sessions (0.2). | 0.20 | 230.00 |
| 11/30/2020 | Hamerman, Natan | Review term sheet re plan constructs (0.4). | 0.40 | 430.00 |
| **TOTAL** | | | **23.80** | **$24,320.50** |



February 8, 2021
Invoice #: 816642
073427-00008
Page 21

**Coalition and Tort Committee Matters**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 0.70 | $805.00 |
| Hamerman, Natan | Counsel | 0.70 | 752.50 |
| **TOTAL FEES** | | **1.40** | **$1,557.50** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/17/2020 | Ringer, Rachael L. | Discussion with TCC, N. Hamerman re: mediation updates, claims stipulation, upcoming hearing (0.7). | 0.70 | $805.00 |
| 11/17/2020 | Hamerman, Natan | Call with R. Ringer and Tort Claims Committee re mediation updates, claims stipulation, upcoming hearing (0.7). | 0.70 | 752.50 |
| **TOTAL** | | | **1.40** | **$1,557.50** |



February 8, 2021
Invoice #: 816642
073427-00011
Page 22

**Creditor Communications**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Essner, Zoe | Associate | 1.00 | $680.00 |
| **TOTAL FEES** | | **1.00** | **$680.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/11/2020 | Essner, Zoe | Calls w/ two creditors regarding proof of claim forms (0.2); follow up emails to both re same (0.2). | 0.40 | $272.00 |
| 11/12/2020 | Essner, Zoe | Return creditor call re POC (0.1); email creditor re same (0.1); email M. Wasson re same (0.1). | 0.30 | 204.00 |
| 11/13/2020 | Essner, Zoe | Call w/ creditor re POC process (0.3). | 0.30 | 204.00 |
| **TOTAL** | | | **1.00** | **$680.00** |



February 8, 2021
Invoice #: 816642
073427-00013
Page 23

**Employee and Labor Issues**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Holob, Marissa J. | Partner | 13.60 | $15,640.00 |
| Mayer, Thomas Moers | Partner | 6.20 | 9,300.00 |
| Rabinowitz, Daniel A. | Partner | 1.00 | 1,225.00 |
| Ringer, Rachael L. | Partner | 3.70 | 4,255.00 |
| Hamerman, Natan | Counsel | 2.40 | 2,580.00 |
| Cahn, Avram | Spec Counsel | 10.80 | 11,340.00 |
| Essner, Zoe | Associate | 2.30 | 1,564.00 |
| Wasson, Megan | Associate | 0.50 | 452.50 |
| **TOTAL FEES** | | **40.50** | **$46,356.50** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/2/2020 | Holob, Marissa J. | Revise memo re pension claims and related issues (1.4). | 1.40 | $1,610.00 |
| 11/2/2020 | Cahn, Avram | Review mediation statement re pension issues (1.7). | 1.70 | 1,785.00 |
| 11/3/2020 | Holob, Marissa J. | Review mediation statement re pension claims/issues (2.3). | 2.30 | 2,645.00 |
| 11/3/2020 | Mayer, Thomas Moers | Call with R. Mason to discuss pension issues (0.5). | 0.50 | 750.00 |



February 8, 2021
Invoice #: 816642
073427-00013
Page 24

**Employee and Labor Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/3/2020 | Cahn, Avram | Review mediation statement re pension claims and questions (3.0). | 3.00 | 3,150.00 |
| 11/4/2020 | Holob, Marissa J. | Review and comment on mediation statement re pension issues (2.0). | 2.00 | 2,300.00 |
| 11/4/2020 | Cahn, Avram | Further review Mediation Statement re pension-related issues(1.1). | 1.10 | 1,155.00 |
| 11/5/2020 | Holob, Marissa J. | Review mediation statement (0.4); research re pension issues (0.6) and related teleconference call with T. Mayer (0.5); call re same w. A. Cahn (0.5). | 2.00 | 2,300.00 |
| 11/5/2020 | Rabinowitz, Daniel A. | Emails w/ M. Holob, T. Mayer re insurance implications/pension mediation statement (1.0). | 1.00 | 1,225.00 |
| 11/5/2020 | Mayer, Thomas Moers | Review (0.4) and comment on (0.6) pension Mediation Statement ; draft email to M. Holob and A. Cahn re same (0.5); call w/ M. Holob re same (0.5); call with R. Ringer re conversation with R. Mason re pension claim (0.2). | 2.20 | 3,300.00 |
| 11/5/2020 | Ringer, Rachael L. | Call with Debtors re: pension mediation submission (0.2), emails with KL team re: same (0.2); call with T. Mayer re: same (0.2). | 0.60 | 690.00 |
| 11/5/2020 | Hamerman, Natan | Emails with T. Mayer, R. Ringer, M. Holob and A. Cahn re pension mediation statement (0.2). | 0.20 | 215.00 |



February 8, 2021
Invoice #: 816642
073427-00013
Page 25

**Employee and Labor Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 11/5/2020 | Cahn, Avram | Conf. w/ M. Holob re pension mediation statement (0.5); review mediation statement (0.5). | 1.00 | 1,050.00 |
| 11/6/2020 | Holob, Marissa J. | Review updated pension mediation statement (0.8) and correspondence with KL team re same (0.2). | 1.00 | 1,150.00 |
| 11/6/2020 | Mayer, Thomas Moers | Review pension Mediation Statement (1.0). | 1.00 | 1,500.00 |
| 11/6/2020 | Hamerman, Natan | Emails re pension mediation submission with KLNF team (0.2). | 0.20 | 215.00 |
| 11/6/2020 | Cahn, Avram | Review mediation statement re pension (2.2); emails with KL team re same (0.2). | 2.40 | 2,520.00 |
| 11/9/2020 | Mayer, Thomas Moers | Call with R. Ringer re Mediation Statement re pension claims (0.3); review latest draft of pension Mediation Statement (0.6); follow-up email exchanges re final comments to Mediation Statement w/ KL team (0.3). | 1.20 | 1,800.00 |
| 11/9/2020 | Ringer, Rachael L. | Review/revise mediation statement re pension issues (0.6); call with T. Mayer re same (0.3). | 0.90 | 1,035.00 |
| 11/9/2020 | Holob, Marissa J. | Review and comment on revisions to mediation statement (1.8). | 1.80 | 2,070.00 |
| 11/9/2020 | Hamerman, Natan | Emails with KL team re mediation statement (0.3). | 0.30 | 322.50 |
| 11/9/2020 | Cahn, Avram | Review mediation statement re controlled group analysis (0.2). | 0.20 | 210.00 |



February 8, 2021
Invoice #: 816642
073427-00013
Page 26

**Employee and Labor Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 11/9/2020 | Essner, Zoe | Revise mediation statement re pension claim (1.2); emails w/ KL team re same (0.3). | 1.50 | 1,020.00 |
| 11/10/2020 | Ringer, Rachael L. | Review/revise pension mediation statement (0.6); finalize same (0.3); correspondence with KL team re same (0.2). | 1.10 | 1,265.00 |
| 11/10/2020 | Holob, Marissa J. | Correspondence with KL team re: pension analysis (0.6). | 0.60 | 690.00 |
| 11/10/2020 | Hamerman, Natan | Numerous emails re mediation statement re pension with R. Ringer and KL team (0.5). | 0.50 | 537.50 |
| 11/10/2020 | Cahn, Avram | Further review and revise Mediation Statement re pension (1.4). | 1.40 | 1,470.00 |
| 11/10/2020 | Wasson, Megan | Review (0.3) and comment on (0.2) pension mediation statement. | 0.50 | 452.50 |
| 11/10/2020 | Essner, Zoe | Finalize mediation statement re pension (0.6); emails w/ KL team re same (0.2). | 0.80 | 544.00 |
| 11/11/2020 | Hamerman, Natan | Emails re pension mediation statement w/ KL team (0.2). | 0.20 | 215.00 |
| 11/12/2020 | Ringer, Rachael L. | Prepare for (0.1) and attend call with Coalition and mediators re: Pension Plan issues (1.0). | 1.10 | 1,265.00 |
| 11/12/2020 | Holob, Marissa J. | Prepare for (1.0) and attend mediation on pension and controlled group (1.0). | 2.00 | 2,300.00 |
| 11/12/2020 | Mayer, Thomas Moers | Attend mediation session with Local Councils, TCC,, Debtors re pension issues (1.0). | 1.00 | 1,500.00 |



February 8, 2021
Invoice #: 816642
073427-00013
Page 27

**Employee and Labor Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 11/12/2020 | Hamerman, Natan | Attend majority of call with mediators and Coalition re pension issues (0.9). | 0.90 | 967.50 |
| 11/16/2020 | Holob, Marissa J. | Correspondence with KL team on pension issues (0.2). | 0.20 | 230.00 |
| 11/16/2020 | Hamerman, Natan | Confer KL team re pension mediation statement (0.1). | 0.10 | 107.50 |
| 11/18/2020 | Holob, Marissa J. | Correspondence on pension mediation statement w/ T. Mayer (0.3). | 0.30 | 345.00 |
| 11/18/2020 | Mayer, Thomas Moers | Email exchange re M. Holob re pension claim (0.3). | 0.30 | 450.00 |
| **TOTAL** | | | **40.50** | **$46,356.50** |



February 8, 2021
Invoice #: 816642
073427-00017
Page 28

**Fee Statements and Applications**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 1.10 | $1,265.00 |
| Essner, Zoe | Associate | 14.00 | 9,520.00 |
| Wasson, Megan | Associate | 3.30 | 2,986.50 |
| Beck, Samuel | Paralegal | 16.30 | 6,846.00 |
| Kindler, Jacqueline | Paralegal | 0.40 | 168.00 |
| **TOTAL FEES** | | **35.10** | **$20,785.50** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/2/2020 | Beck, Samuel | Review LEDES files for KL September fee application and send same to Fee Examiner (0.2). | 0.20 | $84.00 |
| 11/11/2020 | Essner, Zoe | Emails w/ UCC professionals re third interim/October fee applications (0.2). | 0.20 | 136.00 |
| 11/12/2020 | Beck, Samuel | Review October fee statement for compliance with local rules and UST guidelines (2.6). | 2.60 | 1,092.00 |
| 11/13/2020 | Beck, Samuel | Review October fee statement for compliance with local rules and UST guidelines (0.1) and correspondence with KL team re same (0.1). | 0.20 | 84.00 |



February 8, 2021
Invoice #: 816642
073427-00017
Page 29

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/14/2020 | Essner, Zoe | Review October fee statement for privilege, confidentiality, and compliance with local rules and UST guidelines (2.1); draft October fee application and exhibits (1.4). | 3.50 | 2,380.00 |
| 11/15/2020 | Essner, Zoe | Draft third Interim fee application and exhibits (1.8); email S. Beck re same (0.2). | 2.00 | 1,360.00 |
| 11/15/2020 | Beck, Samuel | Review UST rules per Z. Essner question re fee applications (0.4); review October fee statement for compliance with local rules and UST guidelines (2.2). | 2.60 | 1,092.00 |
| 11/16/2020 | Beck, Samuel | Review narratives to October fee application (0.7) and third interim fee application (0.6). | 1.30 | 546.00 |
| 11/17/2020 | Essner, Zoe | Revise third interim fee application and exhibits (0.3); review S. Beck edits re same (0.2). | 0.50 | 340.00 |
| 11/18/2020 | Wasson, Megan | Review and comment on October fee statement for compliance with UST guidelines and privilege and confidentiality (1.2); review and comment on third interim fee application/exhibits (1.0). | 2.20 | 1,991.00 |



February 8, 2021
Invoice #: 816642
073427-00017
Page 30

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 11/18/2020 | Essner, Zoe | Call w/ S. Beck re October fee statement (0.1); emails w/ M. Wasson and R. Ringer re October fee application and third interim fee application (0.2); review M. Wasson comments to same and October fee statement (0.3); incorporate comments re same (0.4); email re same to S. Beck (0.2). | 1.20 | 816.00 |
| 11/18/2020 | Beck, Samuel | Review M. Wasson edits to October fee application (0.3), October fee statement (0.3) and third interim fee application (0.7); call with Z. Essner re October fee statement (0.1). | 1.40 | 588.00 |
| 11/19/2020 | Essner, Zoe | Review Alix October fee application (0.3); call w/ L. Bonito re same (0.1); revise third interim application per M. Wasson comments (0.4); email S. Beck re same (0.1);emails w/ KL team re October fee statement (0.2); revise exhibits to third interim fee application (0.3). | 1.40 | 952.00 |
| 11/19/2020 | Beck, Samuel | Review third interim fee application and exhibits (0.8); review October fee application and exhibits (0.3) and October fee statement for compliance with local rules and UST guidelines (0.3); prepare detailed email to R. Ringer re status of same (0.5). | 1.90 | 798.00 |
| 11/20/2020 | Essner, Zoe | Email w/ R. Ringer re October fee application (0.1); emails w/ S. Beck re same (0.2). | 0.30 | 204.00 |



February 8, 2021
Invoice #: 816642
073427-00017
Page 31

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/20/2020 | Beck, Samuel | Correspondence with Alix re UCC October fee applications (0.3); review same (0.9). | 1.20 | 504.00 |
| 11/23/2020 | Ringer, Rachael L. | Review October fee statement for privilege, confidentiality, and compliance with local rules and UST guidelines (0.6). | 0.60 | 690.00 |
| 11/23/2020 | Essner, Zoe | Email R. Ringer re third interim fee application and exhibits (0.2); review R. Ringer comments to October fee applications (0.1); incorporate R. Ringer comments to October fee statement (0.7); further review October fee application and exhibits (0.2); email KL ream re same (0.1). | 1.30 | 884.00 |
| 11/23/2020 | Beck, Samuel | Review R. Ringer edits to October fee application (0.3); emails with KL team re same (0.3). | 0.60 | 252.00 |
| 11/24/2020 | Ringer, Rachael L. | Review/revise October fee application and exhibits (0.4); emails with KL team re same (0.1). | 0.50 | 575.00 |



February 8, 2021
Invoice #: 816642
073427-00017
Page 32

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 11/24/2020 | Essner, Zoe | Correspondence w/ S. Beck re October fee statement, third interim fee application, and October fee application (0.5); review October fee application edits (0.3); email R. Ringer re same (0.1); revise third interim fee application and exhibits (0.7); emails w/ UCC professionals re filing October/interim fee applications (0.3); further revise third interim fee application (0.7); correspondence w/ S. Beck re same (0.6); email M. Wasson and R. Ringer re same (0.2). | 3.40 | 2,312.00 |
| 11/24/2020 | Beck, Samuel | Review October (1.8) and third interim (1.9) fee applications and exhibits; correspondence with KL team re same (0.6). | 4.30 | 1,806.00 |
| 11/25/2020 | Wasson, Megan | Review (0.8) and comment on (0.3) third interim fee application and exhibits. | 1.10 | 995.50 |
| 11/25/2020 | Kindler, Jacqueline | Review and update Alix fee applications (0.2); run redline of interim fee statement and review same (0.2). | 0.40 | 168.00 |
| 11/30/2020 | Essner, Zoe | Email R. Ringer re filing third interim fee application (0.1); email October LEDES file to fee examiner (0.1). | 0.20 | 136.00 |
| **TOTAL** | | | **35.10** | **$20,785.50** |



February 8, 2021
Invoice #: 816642
073427-00020
Page 33

**Committee Investigation**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 0.90 | $1,035.00 |
| Blabey, David E. | Counsel | 0.80 | 840.00 |
| Hamerman, Natan | Counsel | 11.90 | 12,792.50 |
| Sharret, Jennifer | Spec Counsel | 0.90 | 945.00 |
| Campbell, Patrick J. | Associate | 11.80 | 11,682.00 |
| Chakraborty, Rupita | Associate | 17.60 | 15,928.00 |
| Beck, Samuel | Paralegal | 11.00 | 4,620.00 |
| **TOTAL FEES** | | **54.90** | **$47,842.50** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/1/2020 | Chakraborty, Rupita | Research for (0.8) and draft summary (1.0) re potential estate claims. | 1.80 | $1,629.00 |
| 11/2/2020 | Hamerman, Natan | Emails with P. Campbell re discovery requests (0.2). | 0.20 | 215.00 |
| 11/2/2020 | Campbell, Patrick J. | Draft email to N. Hamerman re: potential estate claims (0.1). | 0.10 | 99.00 |
| 11/2/2020 | Chakraborty, Rupita | Draft summary of potential estate claims (5.9). | 5.90 | 5,339.50 |
| 11/2/2020 | Beck, Samuel | Organize data room documents (0.4) and prepare summary for KL team re same (0.3). | 0.70 | 294.00 |



February 8, 2021
Invoice #: 816642
073427-00020
Page 34

**Committee Investigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/3/2020 | Hamerman, Natan | Emails with R. Chakraborty re summary of potential estate claims (0.2). | 0.20 | 215.00 |
| 11/3/2020 | Chakraborty, Rupita | Draft (3.0) and edit (2.0) summary of potential estate claims; emails with N. Hamerman re same (0.1). | 5.10 | 4,615.50 |
| 11/6/2020 | Hamerman, Natan | Confer with R. Collura re local council assets (0.2). | 0.20 | 215.00 |
| 11/6/2020 | Beck, Samuel | Organize data room documents (0.4) and prepare summary for KL team re same (0.4). | 0.80 | 336.00 |
| 11/8/2020 | Beck, Samuel | Organize data room documents (0.4), prepare summary for KL team re same (0.2), email internal KL team re same (0.2). | 0.80 | 336.00 |
| 11/9/2020 | Hamerman, Natan | Confer with P. Campbell re Arrow (0.2). | 0.20 | 215.00 |
| 11/9/2020 | Campbell, Patrick J. | Telephone conference with N. Hamerman re: questions re: Arrow (0.2). | 0.20 | 198.00 |
| 11/9/2020 | Beck, Samuel | Organize data room documents (0.5). | 0.50 | 210.00 |
| 11/10/2020 | Beck, Samuel | Organize data room documents (0.5) and prepare summary for KL team re same (0.2). | 0.70 | 294.00 |
| 11/11/2020 | Ringer, Rachael L. | Call with Debtors re: pleading re estate claims (0.2). | 0.20 | 230.00 |
| 11/11/2020 | Hamerman, Natan | Review summary of potential estate claims (2.1); email R. Chakraborty re same (0.3); confer with R. Collura re meeting with BRG (0.2). | 2.60 | 2,795.00 |



February 8, 2021
Invoice #: 816642
073427-00020
Page 35

**Committee Investigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 11/11/2020 | Campbell, Patrick J. | Review of Alix summary of discussion with BRG re: appraisals of local council assets (0.1); draft questions re: Arrow for debtors (0.7). | 0.80 | 792.00 |
| 11/11/2020 | Beck, Samuel | Review data room documents (0.2) and prepare summary for KL team re same (0.4). | 0.60 | 252.00 |
| 11/12/2020 | Hamerman, Natan | Emails with R. Collura re new investigation documents (0.2); review email from P. Campbell with Arrow questions (0.3). | 0.50 | 537.50 |
| 11/12/2020 | Campbell, Patrick J. | Draft questions re: Arrow formation and financing (2.3); draft email to N. Hamerman re: same (0.1). | 2.40 | 2,376.00 |
| 11/12/2020 | Beck, Samuel | Organize data room documents (0.4) and prepare summary for KL team re same (0.3). | 0.70 | 294.00 |
| 11/13/2020 | Campbell, Patrick J. | Research related to potential estate claims (1.5). | 1.50 | 1,485.00 |
| 11/15/2020 | Hamerman, Natan | Prepare Arrow questions (2.2); send to KL team (0.1). | 2.30 | 2,472.50 |
| 11/16/2020 | Campbell, Patrick J. | Review revised Arrow questions (0.1). | 0.10 | 99.00 |
| 11/17/2020 | Hamerman, Natan | Prepare discovery requests (1.5); email R. Ringer and J. Sharret re strategy session (0.3); review brainstorm issue list re same (0.4); review R. Collura email re investigation (0.1). | 2.30 | 2,472.50 |
| 11/17/2020 | Beck, Samuel | Organize data room documents (0.6). | 0.60 | 252.00 |



February 8, 2021
Invoice #: 816642
073427-00020
Page 36

**Committee Investigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 11/18/2020 | Hamerman, Natan | Email R. Ringer re brainstorm session re investigation/claims strategy (0.3); prepare for same (0.3). | 0.60 | 645.00 |
| 11/18/2020 | Campbell, Patrick J. | Review revised investigation Q&A (0.2). | 0.20 | 198.00 |
| 11/18/2020 | Beck, Samuel | Organize data room documents (1.0); prepare summary for KL team re same (0.6). | 1.60 | 672.00 |
| 11/19/2020 | Ringer, Rachael L. | Call with N. Hamerman, J. Sharret, D. Blabey, P. Campbell re: estate claims strategy (0.7). | 0.70 | 805.00 |
| 11/19/2020 | Blabey, David E. | Review and comment on N. Hamerman draft of discovery requests (0.1); call with N. Hamerman, R. Ringer, and P. Campbell re same (0.7). | 0.80 | 840.00 |
| 11/19/2020 | Hamerman, Natan | Prepare for (0.1) and attend call re Arrow with P. Campbell, R. Ringer, J. Sharret and D. Blabey (0.7); ; correspondence with P. Campbell re discovery requests (0.2); review D. Blabey comments re same (0.2); edit same (0.7); send to KL team (0.2); emails with R. Collura re potential estate claims (0.2). | 2.30 | 2,472.50 |
| 11/19/2020 | Sharret, Jennifer | Telephone call with R. Ringer and N. Hamerman re: estate claims investigation (0.7); emails with R. Ringer, FCR and TCC counsel re: potential estate claims (0.2). | 0.90 | 945.00 |



February 8, 2021
Invoice #: 816642
073427-00020
Page 37

**Committee Investigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 11/19/2020 | Campbell, Patrick J. | Review new additions to data room (0.2); telephone conference with R. Ringer, N. Hamerman, D. Blabey J. Sharret re: Arrow (1.0); telephone conference with N. Hamerman re: revising pleading re estate claims (0.2); review informal document requests to BSA (0.3). | 1.70 | 1,683.00 |
| 11/19/2020 | Beck, Samuel | Organize data room documents (0.6) and prepare summary for KL team re same (0.6). | 1.20 | 504.00 |
| 11/20/2020 | Hamerman, Natan | Emails with R. Chakraborty re potential estate claims (0.2). | 0.20 | 215.00 |
| 11/20/2020 | Campbell, Patrick J. | Review additions to data room (0.1). | 0.10 | 99.00 |
| 11/20/2020 | Chakraborty, Rupita | Edit summary of potential estate claims (4.6); emails with N. Hamerman re same (0.2). | 4.80 | 4,344.00 |
| 11/21/2020 | Beck, Samuel | Organize data room documents (0.3) and prepare summary for KL team re same (0.2). | 0.50 | 210.00 |
| 11/22/2020 | Hamerman, Natan | Email R. Ringer re discovery requests (0.1). | 0.10 | 107.50 |
| 11/23/2020 | Beck, Samuel | Review data room documents (0.4) and prepare summary for KL team re same (0.2); email N. Hamerman re same (0.2). | 0.80 | 336.00 |
| 11/24/2020 | Hamerman, Natan | Email KL team re discovery requests (0.1). | 0.10 | 107.50 |
| 11/24/2020 | Campbell, Patrick J. | Review additions to the data room (0.1). | 0.10 | 99.00 |



February 8, 2021
Invoice #: 816642
073427-00020
Page 38

**Committee Investigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/24/2020 | Beck, Samuel | Review data room documents (0.4) and prepare summary for KL team re same (0.4). | 0.80 | 336.00 |
| 11/25/2020 | Campbell, Patrick J. | Draft document requests re potential estate claims (1.1). | 1.10 | 1,089.00 |
| 11/27/2020 | Beck, Samuel | Organize data room documents (0.4) and prepare summary for KL team re same (0.3). | 0.70 | 294.00 |
| 11/28/2020 | Hamerman, Natan | Review email from P. Campbell re new documents in data room (0.1). | 0.10 | 107.50 |
| 11/28/2020 | Campbell, Patrick J. | Review additions to data room (0.1); review newly produced board materials (1.3). | 1.40 | 1,386.00 |
| 11/29/2020 | Campbell, Patrick J. | Review produced board materials (1.0). | 1.00 | 990.00 |
| 11/30/2020 | Campbell, Patrick J. | Review newly producedminutes and materials (1.1). | 1.10 | 1,089.00 |
| **TOTAL** | | | **54.90** | **$47,842.50** |



February 8, 2021
Invoice #: 816642
073427-00021
Page 39

**Hearings and Court Matters**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 2.80 | $3,220.00 |
| Hamerman, Natan | Counsel | 1.70 | 1,827.50 |
| Essner, Zoe | Associate | 1.80 | 1,224.00 |
| Beck, Samuel | Paralegal | 0.50 | 210.00 |
| **TOTAL FEES** | | **6.80** | **$6,481.50** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/2/2020 | Beck, Samuel | Prepare for 11/6 Hearing (0.2). | 0.20 | $84.00 |
| 11/16/2020 | Beck, Samuel | Prepare for upcoming omnibus hearing (0.3). | 0.30 | 126.00 |
| 11/18/2020 | Ringer, Rachael L. | Prepare for (1.1); and attend hearing re: W&C retention, updates, and PI (1.7). | 2.80 | 3,220.00 |
| 11/18/2020 | Hamerman, Natan | Attend hearing re: W&C retention, updates, and PI (1.7). | 1.70 | 1,827.50 |
| 11/18/2020 | Essner, Zoe | Prepare for (0.1); and attend hearing re W&C retention and preliminary injunction (1.7). | 1.80 | 1,224.00 |
| **TOTAL** | | | **6.80** | **$6,481.50** |



February 8, 2021
Invoice #: 816642
073427-00025
Page 40

**Professional Retention**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Essner, Zoe | Associate | 0.10 | $68.00 |
| **TOTAL FEES** | | **0.10** | **$68.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/30/2020 | Essner, Zoe | Email R. Ringer re supplemental declaration (0.1). | 0.10 | $68.00 |
| **TOTAL** | | | **0.10** | **$68.00** |



February 8, 2021
Invoice #: 816642
073427-00026
Page 41

**Debtor Retention Applications**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Hamerman, Natan | Counsel | 1.50 | $1,612.50 |
| Essner, Zoe | Associate | 0.40 | 272.00 |
| **TOTAL FEES** | | **1.90** | **$1,884.50** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/16/2020 | Hamerman, Natan | Review W&C retention application (0.6). | 0.60 | $645.00 |
| 11/16/2020 | Essner, Zoe | Email N. Hamerman re W&C retention arguments (0.2); review docket re same (0.2). | 0.40 | 272.00 |
| 11/17/2020 | Hamerman, Natan | Review filings on W&C retention (0.5); numerous emails with R. Ringer re same (0.4). | 0.90 | 967.50 |
| **TOTAL** | | | **1.90** | **$1,884.50** |



February 8, 2021
Invoice #: 816642
073427-00029
Page 42

**Communications with Debtors**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 2.00 | $2,300.00 |
| Hamerman, Natan | Counsel | 2.50 | 2,687.50 |
| Sharret, Jennifer | Spec Counsel | 1.80 | 1,890.00 |
| Campbell, Patrick J. | Associate | 1.80 | 1,782.00 |
| Essner, Zoe | Associate | 0.50 | 340.00 |
| Wasson, Megan | Associate | 0.90 | 814.50 |
| **TOTAL FEES** | | **9.50** | **$9,814.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/2/2020 | Ringer, Rachael L. | Attend meeting with Debtors re: case updates/next steps (0.5). | 0.50 | $575.00 |
| 11/2/2020 | Hamerman, Natan | Weekly call with debtor's counsel re: case updates/issues (0.5); email R. Ringer re same (0.2). | 0.70 | 752.50 |
| 11/2/2020 | Sharret, Jennifer | Call with KL team and Debtor professionals re: case updates/issues (0.5). | 0.50 | 525.00 |
| 11/2/2020 | Wasson, Megan | Attend majority of weekly call with the Debtors re: case updates/issues (0.4). | 0.40 | 362.00 |
| 11/9/2020 | Ringer, Rachael L. | Attend majority of call with Debtors' counsel re: case updates/issues (0.4). | 0.40 | 460.00 |



February 8, 2021
Invoice #: 816642
073427-00029
Page 43

**Communications with Debtors**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 11/9/2020 | Hamerman, Natan | Weekly call with debtors' counsel re: case updates/issues (0.5). | 0.50 | 537.50 |
| 11/9/2020 | Sharret, Jennifer | Participate in majority of call with Debtor professionals re: case updates/issues (0.3). | 0.30 | 315.00 |
| 11/9/2020 | Campbell, Patrick J. | Telephone conference with debtors re: open issues (0.5). | 0.50 | 495.00 |
| 11/16/2020 | Ringer, Rachael L. | Call with Debtors re: case updates (0.5). | 0.50 | 575.00 |
| 11/16/2020 | Hamerman, Natan | Weekly call with debtors' counsel (0.5). | 0.50 | 537.50 |
| 11/16/2020 | Sharret, Jennifer | Call with Debtor and Committee professionals re: open items and next steps (0.5). | 0.50 | 525.00 |
| 11/16/2020 | Campbell, Patrick J. | Prepare for (0.1) and attend weekly call with debtors re: case updates/issues (0.5). | 0.60 | 594.00 |
| 11/16/2020 | Essner, Zoe | Call w/ Debtors re weekly case updates (0.5). | 0.50 | 340.00 |
| 11/23/2020 | Ringer, Rachael L. | Attend call with Debtors re: case updates/mediation issues (0.6). | 0.60 | 690.00 |
| 11/23/2020 | Hamerman, Natan | Emails with R. Ringer re call with W&C (0.2); call with W&C re: weekly case updates and issues (0.6). | 0.80 | 860.00 |
| 11/23/2020 | Sharret, Jennifer | Attend majority of call with Debtors re: case updates/issues (0.5). | 0.50 | 525.00 |



February 8, 2021
Invoice #: 816642
073427-00029
Page 44

**Communications with Debtors**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 11/23/2020 | Campbell, Patrick J. | Prep for (0.1) and attend telephone conference with debtors re: case updates/issues (0.6). | 0.70 | 693.00 |
| 11/23/2020 | Wasson, Megan | Attend majority of weekly call with White and Case re: case updates/issues (0.5). | 0.50 | 452.50 |
| **TOTAL** | | | **9.50** | **$9,814.00** |