EXHIBIT B

Expense Summary

**EXHIBIT B**

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**EXPENSE SUMMARY**
**NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020**

| Expense Category | Service Provider (if applicable) | Total Expenses[5] |
|---|---|---|
| Color Copies | Kramer Levin | $10.00 |
| Court Call | Court Call | $108.00 |
| Lexis Online Research | Lexis | $706.45 |
| Pacer Online Research | Pacer | $6.20 |
| Photocopies | Kramer Levin | $0.70 |
| Telecommunications Charges | LoopUp | $305.46 |
| Transcript Fees | Reliable | $81.60 |
| **TOTAL** | | **$1,218.41** |

---

[5] Kramer Levin reduced its expenses by $667.41 during the Application Period both voluntarily and in accordance with the local rules and U.S. Trustee Guidelines.