**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |
| | **Re:  D.I.  1972, 1973 and 2007** |

**CERTIFICATION OF COUNSEL REGARDING HARTFORD AND CENTURY'S
MOTION FOR ENTRY OF AN ORDER AUTHORIZING FILING UNDER SEAL OF
CERTAIN DOCUMENTS RELATING TO HARTFORD AND CENTURY'S MOTION
FOR AN ORDER (I) AUTHORIZING CERTAIN RULE 2004 DISCOVERY AND
(II) GRANTING LEAVE FROM LOCAL RULE 3007-1(F) TO PERMIT THE FILING
OF SUBSTANTIVE OMNIBUS OBJECTIONS**

I, Gregory J. Flasser, co-counsel to First State Insurance Company, Hartford Accident and Indemnity Company and Twin City Fire Insurance Company (collectively, "**Hartford**"), hereby certify and state as follows:

1.      On January 22, 2021, Hartford and Century Indemnity Company, as successor to CCI Insurance Company of North America ("**Century**") filed **Hartford and Century's Motion for an Order (I) Authorizing Certain Rule 2004 Discovery and (II) Granting Leave from Local Rule 3007-1(f) to Permit the Filing of Substantive Omnibus Objections** [D.I. 1972] (the "**Rule 2004 Motion**").

2.      On January 22, 2021, Hartford and Century also filed **Hartford and Century's Motion for Entry of an Order Authorizing Filing Under Seal of Certain Documents Relating to Hartford and Century's Motion for an Order (I) Authorizing Certain Rule 2004 Discovery**

---

[1]      The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

**and (II) Granting Leave From Local Rule 3007- 1(f) to Permit the Filing of Substantive Omnibus Objections** [D.I. 1973] (the "**Motion to Seal**"), seeking to file certain portions of the Rule 2004 Motion under seal.  The deadline to respond to the Motion to Seal was February 5, 2021 (the "Response Deadline"), and a hearing on the Motion to Seal is scheduled for February 17, 2021 at 10:00 a.m. (ET).

3.      Prior to the Response Deadline, Hartford received informal comments to the Motion to Seal from the Office of the United States Trustee (the "**U.S. Trustee**").

4.      On February 2, 2021, Hartford resolved the U.S. Trustee's informal comments to the Motion to Seal by filing the **Notice of Filing Revised Proposed Redacted Version of Hartford and Century's Motion for an Order (I) Authorizing Certain Rule 2004 Discovery and (II) Granting Leave from Local Rule 3007-1(f) to Permit the Filing of Substantive Omnibus Objections** [D.I. 2007].

5.      For the Court's convenience, a copy of the proposed form of order granting the Motion to Seal is attached hereto as **Exhibit A**.

WHEREFORE, Hartford and Century respectfully request that the Court enter the proposed form of order granting the Motion to Seal at its earliest convenience.

Dated: February 9, 2021          BAYARD, P.A.
      Wilmington, Delaware

                                       */s/ Gregory J. Flasser*
                                         Erin R. Fay (No. 5268)
                                         Gregory J. Flasser (No. 6154)
                                         600 North King Street, Suite 400
                                         Wilmington, Delaware 19801
                                         Telephone:  (302) 655-5000
                                         Facsimile:  (302) 658-6395
                                         Email:  efay@bayardlaw.com
                                                 gflasser@bayardlaw.com

                                         - and -

2

James P. Ruggeri (admitted *pro hac vice*)
Joshua D. Weinberg (admitted *pro hac vice*)
Michele Backus Konigsberg (admitted *pro hac vice*)
SHIPMAN & GOODWIN LLP
1875 K Street, NW, Suite 600
Washington, D.C. 20003
Tel:  (202) 469-7750
Fax:  (202) 469-7751

- and -

Philip D. Anker (admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, N.Y. 10007
Tel:  (212) 230-8890
Fax:  (212) 230-8888

Danielle Spinelli (admitted *pro hac vice*)
Joel Millar (admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue N.W.
Washington, D.C.  20006
Tel:  (202) 663-6000
Fax:  (202) 663-6363

*Attorneys for First State Insurance Company, Hartford Accident and Indemnity Company and Twin City Fire Insurance Company*