# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND | ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC, | ) | |
| | ) | Jointly Administered |
| Debtors[1]. | ) | |

## NOTICE OF SERVICE

I, David E. Wilks, hereby certify that on this 9th day of February, 2021, I caused a true and correct copy of *(I) Kosnoff Law's Responses and Objections to Century's First Request for Production of Documents; (II) Kosnoff Law's Responses and Objections to Century's First Set of Interrogatories; (III) Kosnoff Law's Responses and Objections to Century's First Set of Requests for Admissions* were served in the manner indicated below.

Email:

Stamatios Stamoulis (Bar No. 4606)
STAMOULIS & WEINBLATT LLC
800 N. West Street, Third Floor
Wilmington, DE 19801
Email: stamoulis@swdelaw.com

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Eric R. Goodman
Brown Rudnick LLP
601 Thirteenth Street NW, Suite 600
Washington, DC 2005
Email: egoodman@brownrudnick.com


Sunni Beville
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
Email: sbeville@brownrudnick.com


Rachel B. Mersky
Monzack Mersky Browder and Hochman, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
Email: rmersky@monlaw.com


Daniel K. Hogan
Hogan & Veith, P.A.
1311 Delaware Avenue, Suite 1
Wilmington, DE 19806
Email: dkhogan@dkhogan.com


Dated: February 9, 2021					WILKS LAW, LLC


						 */s/ David E. Wilks*
						David E. Wilks (DE Bar No. 2793)
						4250 Lancaster Pike, Suite 200
						Wilmington, Delaware 19805
						Telephone: 302-225-0850
						Facsimile:  302-225-0851
						Email:  dwilks@wilks.law

						*Counsel to Kosnoff Law*

2