## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Ref. Docket No. 2029**<br><br><u>Objection Deadline</u>:<br>**February 10, 2021 at 4:00 p.m.**<br><u>Hearing Date</u>:<br>**February 17, 2021 at 10:00 a.m.** |

### JOINDER BY AGRICULTURAL INSURANCE COMPANY TO CENTURY'S MOTION TO COMPEL ICHOR CONSULTING, LLC TO SUBMIT THE DISCLOSURES REQUIRED BY FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

Agricultural Insurance Company ("Agricultural"), by and through undersigned counsel, hereby submits the following joinder (the "Joinder") in support of *Century's Motion to Compel Ichor Consulting, LLC to Submit the Disclosures Required by Federal Rule of Bankruptcy Procedure 2019* [ECF No. 2029] (the "2019 Motion") and states as follows:

On February 2, 2021, Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America (collectively, "Century") filed the 2019 Motion. Agricultural hereby joins in the 2019 Motion and the relief sought by Century in the 2019 Motion.

### CONCLUSION

WHEREFORE, Agricultural respectfully requests that the Court enter an order (i) granting the relief requested in the 2019 Motion and this Joinder, and (ii) granting such other

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

and further relief as is just and proper.

Date:  February 10, 2021

BODELL BOVÉ, LLC

/s/ Bruce W. McCullough
Bruce W. McCullough (Del. ID 3112)
1225 N. King Street, Suite 1000
Wilmington, DE 19801-3250
Telephone: 302-655-6749,
Facsimile: 302-655-6827
Email: bmccullough@bodellbove.com

- and -

CLYDE & CO US LLP
Bruce D. Celebrezze (*pro hac vice*)
Four Embarcadero Center, Suite 1350
San Francisco, California 94111
Telephone:  (415) 365-9800
Facsimile:  (415) 365-9801
Email:     bruce.celebrezze@clydeco.us

Konrad R. Krebs (*pro hac vice*)
200 Campus Drive | Suite 300
Florham Park, NJ 07932
Telephone:  (973) 210-6700
Facsimile:  (973) 210-6701
Email:     konrad.krebs@clydeco.us

*Attorneys for Agricultural Insurance Company*