# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| BOY SCOUTS OF AMERICA | : | Case No. 20-10343-LSS |
| AND DELAWARE BSA, LLC,[1] | : | |
| Debtors | : | Jointly Administered |
| | : | |
| | : | |
| | : | **Rel. Docket No. 1972** |
| | : | |
| | : | <u>**Hearing Date:**</u> |
| | : | February 17, 2021 at 10:00 a.m. |
| | : | |

## JOINDER BY GENERAL STAR INDEMNITY COMPANY
## TO HARTFORD & CENTURY'S MOTION FOR AN ORDER
## (I) AUTHORIZING CERTAIN RULE 2004 DISCOVERY AND
## (II) GRANTING LEAVE FROM LOCAL RULE 3007-1(f)
## <u>TO PERMIT THE FILING OF SUBSTANTIVE OMNIBUS OBJECTIONS</u>

General Star Indemnity Company ("<u>General Star</u>"), by and through undersigned counsel, hereby submits the following Joinder in support of Hartford and Century's Motion for An Order (I) Authorizing Certain Rule 2004 Discovery and (II) Granting Leave from Local Rule 3007-1(f) to Permit the Filing of Substantive Omnibus Objections [Docket No. 1972] (the "<u>Discovery and Objections Motion</u>") and states as follows:

On January 22, 2021, Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fire Insurance Company (collectively, "<u>Hartford</u>") and Century Indemnity Company ("<u>Century</u>") moved for an order permitting Hartford and Century to seek discovery pursuant to Rule 2004 on a sampling of persons who have filed sexual abuse claims and

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Lane, Irving Texas 75038.

providing relief from the requirements of Local Rule 3007-1(f) to permit parties in interest to file omnibus claim objections raising common legal issues to multiple claims.

General Star joins in the Discovery and Objections Motion and requests the relief sought by Hartford and Century in the Discovery and Objections Motion.

WHEREFORE, General Star respectfully requests that the Court enter an order (i) granting the relief requested in the Discovery and Objections Motion and this Joinder, and (ii) granting such other and further relief as is just and proper.

Dated: February 10, 2021

SMITH, KATZENSTEIN & JENKINS LLP

*/s/ Kathleen M. Miller*
Kathleen M. Miller (No. 2898)
1000 West Street, Suite 501
P.O. Box 410
Wilmington, DE 19899
Telephone: (302) 652-8400
kmiller@skjlaw.com

*Of Counsel*:

WILEY REIN LLP
Gary P. Seligman
Ashley L. Criss
1776 K Street NW
Washington, DC 20006
gseligman@wiley.law
acriss@wiley.law

*Attorneys for General Star*
*Indemnity Company*