# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>                      Debtors. | Chapter 11<br><br>Case No.: 20-10343 (LSS)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Kathleen M. Miller, hereby certify that on the 10th day of February 2021, I caused a copy of the JOINDER BY GENERAL STAR INDEMNITY COMPANY TO HARTFORD & CENTURY'S MOTION FOR AN ORDER (I) AUTHORIZING CERTAIN RULE 2004 DISCOVERY AND (II) GRANTING LEAVE FROM LOCAL RULE 3007-1(f) TO PERMIT THE FILING OF SUBSTANTIVE OMNIBUS OBJECTIONS to be served on the following by email. All other parties who have signed up for electronic filing in this case will be served via CM/ECF.

Erin R Fay, Esquire
Gregory Joseph Flasser, Esquire
Bayard, P.A.
600 North King Street
Suite 400
Wilmington, DE 19801
efay@bayardlaw.com
gflasser@bayardlaw.com

Michele Backus Konigsberg, Esquire
James Ruggeri, Esquire
Joshua Weinberg, Esquire
Abigail Williams, Esquire
Shipman & Goodwin LLP
1875 K Street NW
Suite 600
Washington, DC 20006-1251
mbackus@goodwin.com
jruggeri@goodwin.com
jweinberg@goodwin.com
awilliams@goodwin.com

Eric Moats, Esquire
Paige Noelle Topper, Esquire
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19801
emoats@mnat.com
ptopper@mnat.com

Susan N.K. Gummow, Esquire
Igor Shleypak, Esquire
Foran Glennon Palendech Ponzi & Rudloff
222 N. LaSalle Street, Suite 1400
Chicago, IL 60601
sgummow@fgppr.com
ishleypak@fgppr.com

Ronald D. Puhala, Esquire
Foran Glennon Palandech Ponzi & Rudloff,
40 Wall Street, 54th Floor
New York, NY 10005
201 663-0224
rpuhala@fgppr.com

Deirdre M. Richards, Esquire
Fineman Krekstein & Harris P.C.
1300 N. King Street
Wilmington, DE 19801
drichards@finemanlawfirm.com

David M. Fournier, Esquire
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19899-1709
David.Fournier@troutman.com

William A. Crawford, Esquire
Franklin & Prokopik
300 Delaware Avenue
Suite 1340
Wilmington, DE 19801
wcrawford@fandpnet.com

*/s/  Kathleen M. Miller*
Kathleen M. Miller (No. 2898)