IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC<br><br>                              Debtors | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE

I hereby certify that on February 9, 2021, a true and accurate copy of (1) Century Indemnity Company's Responses and Objections to Coalition of Abused Scouts for Justice's First Set of Interrogatories, (2) Century's Responses and Objections to Coalition of Abused Scouts for Justice's First Set of Requests for Admission, and (3) Century Indemnity Company's Responses and Objections to Coalition of Abused Scouts for Justice's First Request for the Production of Documents were served in the manner indicated on the parties identified below.

Via Email

Rachel B. Mersky
Monzack Mersky and Browder, P.A.
1201 North Orange Street Suite 400
Wilmington, Delaware 19801
rmersky@monlaw.com

David J. Molton
Eric R. Goodman
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
dmolton@brownrudnick.com
egoodman@brownrudnick.com

Sunni P. Beville
Tristan G. Axelrod
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
sbeville@brownrudnick.com
taxelrod@brownrudnick.com

OMM_US:77572191.2

Dated:  February 10, 2021

Respectfully Submitted,

By:  *Stamatios Stamoulis*_____
　　　Stamatios Stamoulis (#4606)

STAMOULIS & WEINBLATT LLC
800 N. West Street
Third Floor
Wilmington, Delaware  19801
Telephone:   302 999 1540
Facsimile:   302 762 1688

O'MELVENY & MYERS LLP
Tancred Schiavoni (*pro hac vice*)
Janine Panchok-Berry (*pro hac vice*)
Times Square Tower
7 Times Square
New York, New York  10036-6537
Telephone:   212 326 2000
Facsimile:   212 326 2061

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Ace Insurance Group Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company*