**EXHIBIT A**

**COMPENSATION BY PROJECT CATEGORY**

**BOY SCOUTS OF AMERICA**
**(Case No. 20-10343 (LSS))**

**November 1, 2020, through November 30, 2020**

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Case Administration | 3.80 | 1,639.00 |
| Asset Analysis and Recovery | 0.10 | 92.50 |
| Automatic Stay Matters | 0.20 | 107.00 |
| Creditor Communications and Meetings | 0.30 | 236.00 |
| Fee Applications (MNAT - Filing) | 11.30 | 5,160.50 |
| Fee Applications (Others - Filing) | 16.90 | 7,400.50 |
| Fee Applications (MNAT - Objections) | 0.30 | 194.50 |
| Fee Applications (Other - Objections) | 0.20 | 67.00 |
| Other Contested Matters | 3.30 | 2,268.50 |
| Court Hearings | 18.40 | 8,812.00 |
| Claims Objections and Administration | 16.80 | 9,442.50 |
| Litigation/Adversary Proceedings | 10.30 | 5,897.50 |
| Professional Retention (MNAT - Filing) | 1.40 | 668.00 |
| Professional Retention (Others - Filing) | 4.60 | 2,294.50 |
| Professional Retention (Others - Objections) | 4.30 | 3,114.50 |
| General Case Strategy | 1.50 | 850.50 |
| Schedules/SOFA/U.S. Trustee Reports | 0.50 | 202.50 |
| **TOTAL** | **94.20** | **$48,447.50** |

**Time Detail**

**Task Code:**     B110          Case Administration

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 11/04/20 | Topper, Paige | Confer with D. Abbott re: fee examiner reports and call from creditor. | 0.3 | 153.00 |
| 11/04/20 | Abbott, Derek C. | call w/Barsetti re: message left (.1); meeting w/Topper re: fee examiner issues (.3) | 0.4 | 370.00 |
| 11/11/20 | Reimann, Glenn | Perform research re 2014 disclosures. | 0.3 | 100.50 |
| 11/13/20 | Leyh, Meghan | draft Pro Hac for A. Hammond | 0.1 | 33.50 |
| 11/13/20 | Malafronti, Emily | Draft Guzina pro hac | 0.1 | 33.50 |
| 11/13/20 | Moats, Eric | Email exchange w/ M. Linder re: pro hacs for B. Guzina and A. Hammond (.1) and coordinate for drafting of same w/ E. Malafronti and M. Leyh (.1). | 0.2 | 107.00 |
| 11/16/20 | Reimann, Glenn | Draft and electronically file pro hac vice motions. | 0.7 | 234.50 |
| 11/16/20 | Moats, Eric | Review and edit pro hacs for B. Guzan and Hammond and email M. Linder re: same. | 0.1 | 53.50 |
| 11/18/20 | Reimann, Glenn | Email communications with Omni regarding service of the White & Case retention application and stipulation orders. | 0.2 | 67.00 |
| 11/20/20 | Reimann, Glenn | Email communications with P. Topper, E. Moats, B. Warner, M. Linder and chambers regarding unredacted abuse victim letters. | 0.6 | 201.00 |
| 11/23/20 | Reimann, Glenn | Email communications with P. Topper, E. Moats, B. Warner, M. Linder, and chambers regarding abuse victim letters. | 0.3 | 100.50 |
| 11/23/20 | Topper, Paige | Review certification of counsel re: omnibus hearing dates and email to G. Reimann re: revisions to same. | 0.1 | 51.00 |
| 11/25/20 | Reimann, Glenn | Email communications with E. Moats regarding abuse victim letters. | 0.1 | 33.50 |
| 11/30/20 | Reimann, Glenn | Email communications with chambers and P. Topper regarding unredacted letters from abuse victims. | 0.3 | 100.50 |
| | | **Total** | **3.8** | **1,639.00** |

2

**Task Code:**     B120          Asset Analysis and Recovery

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/02/20 | Abbott, Derek C. | Correspondence w/Wick re interest in local council property | 0.1 | 92.50 |
| | | **Total** | **0.1** | **92.50** |

**Task Code:**     B140          Automatic Stay Matters

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/25/20 | Moats, Eric | Phone call w/ J. Morton (counsel for non-sexual abuse personal injury plaintiff in GA case) re automatic stay implications in case. | 0.2 | 107.00 |
| | | **Total** | **0.2** | **107.00** |

**Task Code:**     B150          Creditor Communications and Meetings

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/06/20 | Abbott, Derek C. | call w/Matour re local council status | 0.2 | 185.00 |
| 11/19/20 | Topper, Paige | Emails with B. Warner re: letters from sexual abuse claimants. | 0.1 | 51.00 |
| | | **Total** | **0.3** | **236.00** |

**Task Code:**     B160          Fee Applications (MNAT - Filing)

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/08/20 | Topper, Paige | Draft August fee application. | 1.2 | 612.00 |
| 11/09/20 | Topper, Paige | Call with E. Moats re: Morris Nichols' fee applications and 2004 motions. | 0.4 | 204.00 |
| 11/09/20 | Moats, Eric | Phone call w/ P. Topper re: Morris Nichols fee applications and rule 2004 motion. | 0.4 | 214.00 |
| 11/10/20 | Vale, Desiree | Draft Morris Nichols Seventh Fee Application | 1.0 | 335.00 |
| 11/16/20 | Topper, Paige | Draft September fee application. | 1.2 | 612.00 |
| 11/17/20 | Topper, Paige | Call with E. Moats re: Morris Nichols September fee application. | 0.2 | 102.00 |
| 11/17/20 | Moats, Eric | Phone call w/ P. Topper re: Morris Nichols September fee app. | 0.2 | 107.00 |
| 11/17/20 | Vale, Desiree | Draft Morris Nichols September Fee Application | 1.3 | 435.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/18/20 | Topper, Paige | Review and provide comments to notices for Morris Nichols' August and September fee application and email to D. Vale re: same. | 0.1 | 51.00 |
| 11/18/20 | Topper, Paige | Review and provide comments to Morris Nichols' August fee application. | 0.4 | 204.00 |
| 11/18/20 | Topper, Paige | Review and provide comments to Morris Nichols' September fee application (.2); confer with D. Vale re: same and August fee application (.1). | 0.3 | 153.00 |
| 11/18/20 | Vale, Desiree | Meeting with P. Topper re Morris Nichols Seventh and Eighth Fee Applications e-filing (.1); update same and draft notices (.2) | 0.3 | 100.50 |
| 11/18/20 | Vale, Desiree | Review and respond e-mail from P. Topper re Morris Nichols August Fee Application e-filing (.1); e-file same (.2); coordinate service (.1) | 0.4 | 134.00 |
| 11/18/20 | Vale, Desiree | Update Morris Nichols September Fee Application (.1); e-file same (.2); coordinate service (.1) | 0.4 | 134.00 |
| 11/23/20 | Topper, Paige | Emails with J. Rucki re: fee examiner report and emails with accounting re: same. | 0.2 | 102.00 |
| 11/23/20 | Topper, Paige | Call with E. Moats re: fee examiner request. | 0.2 | 102.00 |
| 11/23/20 | Moats, Eric | Call with P. Topper re: fee examiner request. | 0.2 | 107.00 |
| 11/24/20 | Topper, Paige | Review Morris Nichols' fee application. | 1.4 | 714.00 |
| 11/25/20 | Vale, Desiree | Call with P. Topper re Morris Nichols October Fee Application and Interim Fee Application | 0.2 | 67.00 |
| 11/25/20 | Moats, Eric | Call w/ P. Topper re: interim fee apps and Morris Nichols Oct. fee app. | 0.3 | 160.50 |
| 11/25/20 | Topper, Paige | Call with E. Moats re: disclosures in interim fee applications and Morris Nichols' October fee application. | 0.3 | 153.00 |
| 11/25/20 | Topper, Paige | Review Morris Nichols' fee application (.5) and call w/D. Vale re: same (.2) | 0.7 | 357.00 |
| | | **Total** | **11.3** | **5,160.50** |

**Task Code:**    B165    Fee Applications (Others - Filing)

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/03/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of fee application (.1); prepare & efile Seventh Monthly Application of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. for the Period from September 1, 2020 to September 30, 2020 (.6) | 0.7 | 220.50 |
| 11/03/20 | Moats, Eric | Review Ogletree September fee app and email K. Davis re: revisions to same. | 0.3 | 160.50 |
| 11/03/20 | Moats, Eric | Review notice of Ogletree September fee app and coordinate w/ T. Naimoli re: filing and service of same. | 0.2 | 107.00 |
| 11/04/20 | Topper, Paige | Attn to and emails with C. Binggeli and E. Moats re: FI Salter first and final fee application. | 0.2 | 102.00 |
| 11/04/20 | Topper, Paige | Call with E. Moats re: call with creditor, CNO for FI Salter first and final fee application, and PI adversary proceeding. | 0.3 | 153.00 |
| 11/04/20 | Vale, Desiree | Draft CNO to PwC Appraisers Second Fee Application (.2); correspondence with E. Moats, P. Topper, and PwC (.1) | 0.3 | 100.50 |
| 11/04/20 | Moats, Eric | Email exchange w/ K. Davis re: unredacted copies of fee and expense detail for September fee app (.2) and email to D. Buchbinder and H. McCollum re: same (.1). | 0.3 | 160.50 |
| 11/04/20 | Vale, Desiree | E-file CNO to FI Salter First and Final Fee Application (.2); correspondence with E. Moats and C. Bingelli (.1) | 0.3 | 100.50 |
| 11/04/20 | Moats, Eric | Phone call w/ P. Topper re: FI Salter appraiser CNO and PI adversary proceeding. | 0.3 | 160.50 |
| 11/04/20 | Moats, Eric | Email J. Rucki re: FI Salter CNO. | 0.2 | 107.00 |
| 11/05/20 | Vale, Desiree | Review and respond e-mail from E. Moats re FI Salter CNO to Final Fee Application e-filing (.1); e-file same (.2) | 0.3 | 100.50 |
| 11/05/20 | Vale, Desiree | Review and respond e-mails from P. Topper and E. Moats re CNO to FI Salter withdrawal (.1); draft and efile same (.2) | 0.3 | 100.50 |
| 11/05/20 | Moats, Eric | Revise FI Salter CNO re: comments from Fee Examiner and coordinate w/ D. Vale re: filing of same. | 0.2 | 107.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 11/09/20 | Vale, Desiree | E-file CNO to PwC Second Fee Application (.2); correspondence with C. Bingelli (.1) | 0.3 | 100.50 |
| 11/09/20 | Moats, Eric | Review Bates White fee app CNO and email exchange w/ D. Vale re: same. | 0.1 | 53.50 |
| 11/09/20 | Vale, Desiree | Draft CNO re Bates White September Fee Application (.2); correspondence with Bates White re same (.1) | 0.3 | 100.50 |
| 11/10/20 | Moats, Eric | Phone call w/ A. Azer re: November fee app and payment timing. | 0.1 | 53.50 |
| 11/11/20 | Moats, Eric | Email exchange w/ W. Curtin (.1) and D. Vale (.1) re: Sidley fee app CNO. | 0.2 | 107.00 |
| 11/12/20 | Topper, Paige | Review CNO for Sidley September fee application and email to D. Vale re: filing of same. | 0.1 | 51.00 |
| 11/12/20 | Vale, Desiree | Draft CNO to Sidley Seventh Fee Application (.2); correspondence with Sidley re same (.1) | 0.3 | 100.50 |
| 11/12/20 | Vale, Desiree | Review and respond e-mail from P. Topper re CNO to Sidley September Fee Application e-filing (.1); e-file same (.2) | 0.3 | 100.50 |
| 11/13/20 | Moats, Eric | Email J. Rucki re: BW Ferguson appraiser fee order and CNO. | 0.1 | 53.50 |
| 11/13/20 | Moats, Eric | Email B. Warner re: update on appraiser fee app order. | 0.1 | 53.50 |
| 11/13/20 | Moats, Eric | Review BW Ferguson CNO and email exchange w/ D. Vale re: same. | 0.2 | 107.00 |
| 11/13/20 | Moats, Eric | Email chambers re: FI salter fee app order and status. | 0.1 | 53.50 |
| 11/13/20 | Vale, Desiree | Draft CNO re BW Ferguson First and Final Fee Application (.2); correspondence with E. Moats (.1) | 0.3 | 100.50 |
| 11/13/20 | Naimoli, Theresa M. | Review and respond to email from P. Topper re filing of fee application (.1); prepare & efile Fifth Fee Application of Haynes and Boone, LLP for the Combined Period from September 1, 2020 through October 31, 2020 (.5) | 0.6 | 189.00 |
| 11/13/20 | Vale, Desiree | e-file CNO re Ferguson Final Fee Application (.2); e-mail same to Alvarez Marsal, E. Moats, and P. Topper (.1) | 0.3 | 100.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/16/20 | Vale, Desiree | Review and respond to e-mails from E. Moats re CNO to Ogletree Sixth Fee Application (.1); draft same (.2); correspondence with Ogletree (.1); e-file same (.1) and send to Alvarez Marsal (.1) | 0.6 | 201.00 |
| 11/16/20 | Moats, Eric | Email exchange w/ K. Davis and B. Griggs re: Ogletree Aug fee app CNO (.1); review same and coordinate w/ D. Vale re: filing (.1). | 0.2 | 107.00 |
| 11/17/20 | Moats, Eric | Email exchange w/ chambers (.1) and B. Warner (.1) re: Ferguson appraiser CNO and order re: same. | 0.2 | 107.00 |
| 11/17/20 | Moats, Eric | Draft email to debtor professionals re: upcoming fee deadlines (.2) and email exchange w/ C. Bingelli re: logistics for same (.1). | 0.3 | 160.50 |
| 11/18/20 | Remming, Andrew | review email from D. Vale re fee apps | 0.1 | 80.00 |
| 11/18/20 | Vale, Desiree | Draft CNO to Ogletree Seventh Fee Application (.2); correspondence with Ogletree re same (.1) | 0.3 | 100.50 |
| 11/18/20 | Vale, Desiree | Review and respond e-mail from E. Moats re KCIC Fourth Fee Application e-filing (.1); prepare and e-file same (.3); coordinate service (.1) | 0.5 | 167.50 |
| 11/18/20 | Moats, Eric | Email exchange w/ Chambers re: interim fee hearing and fee binders. | 0.1 | 53.50 |
| 11/18/20 | Moats, Eric | Review and revise Sidley October fee app (.2); and coordinate w/ T. Naimoli re: revisions and filing/service of same (.1). | 0.3 | 160.50 |
| 11/18/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of fee application (.1); prepare & efile Eighth Monthly Application of Sidley Austin LLP for the Period October 1, 2020 through October 31, 2020 (.5) | 0.6 | 189.00 |
| 11/18/20 | Vale, Desiree | E-file CNO re Ogletree Seventh Fee Application | 0.3 | 100.50 |
| 11/18/20 | Moats, Eric | Review KCIC fee app (.1); email exchange w/ L. Butterworth and B. Warner re: revisions (.1); and coordinate w/ D. Vale re: filing and service of same (.1). | 0.3 | 160.50 |

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 11/20/20 | Topper, Paige | Confer with E. Moats re: fee examiner reports. | 0.2 | 102.00 |
| 11/20/20 | Topper, Paige | Call with D. Abbott re: fee examiner report. | 0.1 | 51.00 |
| 11/20/20 | Moats, Eric | Confer with P. Topper re: fee examiner reports. | 0.2 | 107.00 |
| 11/20/20 | Abbott, Derek C. | Calls to Brady, Harron re: fee examiner issues | 0.1 | 92.50 |
| 11/20/20 | Vale, Desiree | Review and respond e-mail from P. Topper re Fee Application LEDES distribution (.1); e-mail to UST and Fee Examiner re: LEDES files (.2) | 0.3 | 100.50 |
| 11/20/20 | Abbott, Derek C. | call w/Topper re: fee examiner issues | 0.1 | 92.50 |
| 11/23/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of fee application (.1); prepare & efile First Monthly Application of White & Case LLP for Allowance of Compensation and Reimbursement of Expenses for the Period September 23, 2020 through October 31, 2020 (.3) | 0.4 | 126.00 |
| 11/23/20 | Moats, Eric | Review WC first fee app (.2); email exchange w/ B. Warner re: revisions and content of same (.1); and coordinate w/ T. Naimoli re: filing and service of same (.1). | 0.4 | 214.00 |
| 11/24/20 | Naimoli, Theresa M. | Review and respond to email from P. Topper re filing of notice (.1); prepare & efile Notice of Filing of Revised Exhibit A to the White & Case LLP First Monthly Application for the Period September 23, 2020 through October 31, 2020 (.3) | 0.4 | 126.00 |
| 11/24/20 | Topper, Paige | Review and revise notice of revised Exhibit A to White & Case retention application and finalize for filing. | 0.2 | 102.00 |
| 11/25/20 | Vale, Desiree | Deaf CNO to Quinn Emanuel Second Fee Application (.2); communication with professionals (.1) | 0.3 | 100.50 |
| 11/25/20 | Moats, Eric | Email exchange w/ B. Warner and P. Topper re: UST fee guidelines (.1) and research re: requirements for interims for same (.2). | 0.3 | 160.50 |

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 11/25/20 | Moats, Eric | Email Debtor professionals re: upcoming interim fee app deadline, fee examiner reports, and other fee deadlines. | 0.2 | 107.00 |
| 11/25/20 | Remming, Andrew | emails (4x) w/ P. Topper and D. Abbott re Morris Nichols fee app | 0.1 | 80.00 |
| 11/27/20 | Remming, Andrew | review October fee app draft (.4); email w. P. Topper re same (.1) | 0.5 | 400.00 |
| 11/30/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of fee application (.1); prepare & efile Sixth Monthly Fee Application of KCIC, LLC for the Period October 1, 2020 through October 31, 2020 (.2) | 0.3 | 94.50 |
| 11/30/20 | Remming, Andrew | review email from P. Topper re fee examiner report | 0.1 | 80.00 |
| 11/30/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of fee application (.1); prepare & efile Fifth Monthly Fee Application of KCIC, LLC for the Period September 1, 2020 through September 30, 2020 (.3) | 0.4 | 126.00 |
| 11/30/20 | Moats, Eric | Review KCIC fee apps (September and October) (.2); email exchange w/ B. Warner and L. Butterworth re: revisions (.2); and coordinate w/ T. Naimoli re: filing and service of same (.1). | 0.5 | 267.50 |
| 11/30/20 | Naimoli, Theresa M. | Review and respond to email from P. Topper re filing and service of fee application (.1); prepare & efile First Interim Application of White & Case LLP for the Period September 23, 2020 through October 31, 2020 (.3) | 0.4 | 126.00 |
| 11/30/20 | Topper, Paige | Emails with C. Green re: Haynes & Boone fifth monthly fee application. | 0.1 | 51.00 |
| 11/30/20 | Topper, Paige | Review White & Case first interim fee application and finalize for filing. | 0.2 | 102.00 |
| | | **Total** | **16.9** | **7,400.50** |

**Task Code:**    B170    Fee Applications (MNAT - Objections)

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 11/30/20 | Topper, Paige | Review fee examiner initial report of first and second monthly fee applications. | 0.2 | 102.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/30/20 | Abbott, Derek C. | Call with P. Topper re: fee examiner report. | 0.1 | 92.50 |
| | | **Total** | **0.3** | **194.50** |

**Task Code:**     B175     Fee Applications (Other - Objections)

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/05/20 | Reimann, Glenn | Email communications with P. Topper regarding extension of objection deadline regarding White and Case retention application. | 0.2 | 67.00 |
| | | **Total** | **0.2** | **67.00** |

**Task Code:**     B190     Other Contested Matters

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/05/20 | Remming, Andrew | further tele w/ P. Topper re 2004 discovery | 0.2 | 160.00 |
| 11/05/20 | Remming, Andrew | review 2004 local rule | 0.1 | 80.00 |
| 11/05/20 | Remming, Andrew | tele w/ P. Topper re 2004 discovery issues | 0.3 | 240.00 |
| 11/05/20 | Abbott, Derek C. | Call with P. Topper re: 2004 motions w/r/t insurers | 0.1 | 92.50 |
| 11/05/20 | Topper, Paige | Call with C. Green re: 2004 motions w/r/t insurers (.4); call with D. Abbott re: same (.1); call with A. Remming re: same (.2). | 0.7 | 357.00 |
| 11/05/20 | Topper, Paige | Review 2004 rules and C. Green questions re: same (.2); call with A. Remming re: same (.3). | 0.5 | 255.00 |
| 11/05/20 | Moats, Eric | Email from C. Green re: 2004 discovery (.1). and confer w/ P. Topper re: same (.1). | 0.2 | 107.00 |
| 11/12/20 | Remming, Andrew | review FCR objection to settlement motions | 0.2 | 160.00 |
| 11/13/20 | Remming, Andrew | review Century stipulation re response dates for various pleadings | 0.1 | 80.00 |
| 11/13/20 | Remming, Andrew | review Coalition joinder re 9019 motions | 0.1 | 80.00 |
| 11/24/20 | Topper, Paige | Review C. Green email re: 2004 motions, review local rules re: same and email response to C. Green. | 0.2 | 102.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/30/20 | Abbott, Derek C. | review correspondence re: Schwindler case from Rosenberg | 0.6 | 555.00 |
| | | **Total** | **3.3** | **2,268.50** |

**Task Code:**    B300    Court Hearings

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/02/20 | Topper, Paige | Review G. Reimann email re: question re: November 6 agenda and confer with E. Moats re: same. | 0.1 | 51.00 |
| 11/02/20 | Reimann, Glenn | Draft November 6 agenda. | 1.0 | 335.00 |
| 11/04/20 | Remming, Andrew | review agenda re adjourned hearing | 0.1 | 80.00 |
| 11/04/20 | Reimann, Glenn | Revise and electronically file the November 6 agenda. | 0.3 | 100.50 |
| 11/04/20 | Moats, Eric | Review and revise 11.6 agenda (.3) and email J. Boelter, M. Andolina, M. Linder and B. Warner re: same (.2). | 0.5 | 267.50 |
| 11/04/20 | Moats, Eric | Email exchange w/ G. Reimann re: revisions to 11.6 agenda and coordinate for filing and service of same. | 0.2 | 107.00 |
| 11/05/20 | Remming, Andrew | review notice of rescheduled hearing | 0.1 | 80.00 |
| 11/06/20 | Reimann, Glenn | Draft the November 18 agenda. | 1.0 | 335.00 |
| 11/10/20 | Reimann, Glenn | Draft November 18 agenda. | 1.1 | 368.50 |
| 11/12/20 | Topper, Paige | Review and provide comments on hearing agenda for November 16 and emails with G. Reimann, D. Abbott and E. Moats re: same. | 0.3 | 153.00 |
| 11/12/20 | Moats, Eric | Review 11.12 agenda and email exchange w/ P. Topper and G. Reimann re: same. | 0.2 | 107.00 |
| 11/12/20 | Reimann, Glenn | Email communications with chambers and E. Moats.  Draft November 18 agenda. | 1.0 | 335.00 |
| 11/13/20 | Reimann, Glenn | Draft November 18 agenda.  Email communications with chambers regarding zoom information. | 1.0 | 335.00 |
| 11/16/20 | Reimann, Glenn | Revise November 18 agenda.  Prepare binders for court. | 2.0 | 670.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/16/20 | Malafronti, Emily | Coordinate service of agenda | 0.1 | 33.50 |
| 11/16/20 | Malafronti, Emily | File agenda and email to Chambers | 0.2 | 67.00 |
| 11/16/20 | Abbott, Derek C. | review correspondence from Moats, Linder re agenda for 11/18 hearing | 0.1 | 92.50 |
| 11/16/20 | Moats, Eric | Email exchange w/ E. Malafronti and G. Reimann re: revisions to agenda and coordinate for filing of same. | 0.2 | 107.00 |
| 11/16/20 | Moats, Eric | Review and revise 11.8 agenda (.5); further revisions re: comments from M. Linder and M. Andolina (.3). | 0.8 | 428.00 |
| 11/16/20 | Moats, Eric | Email exchange w/ M. Andolina, J. Boelter, M. Linder, B. Warner, E. Rosenberg, P. Topper, and D. Abbott re: 11.18 hearing and agenda. | 0.2 | 107.00 |
| 11/17/20 | Reimann, Glenn | Revise amended agenda for the November 18 hearing. | 0.5 | 167.50 |
| 11/17/20 | Malafronti, Emily | Hearing preparation and logistics | 0.1 | 33.50 |
| 11/17/20 | Leyh, Meghan | Hearing preparation and logistics | 0.3 | 100.50 |
| 11/17/20 | Remming, Andrew | review email from E. Moats re 11/18 hearing | 0.1 | 80.00 |
| 11/17/20 | Moats, Eric | Draft email to Debtor professionals re: 11/17 hearing, agenda, and status (.3); and email exchange w/ M. Linder re: same (.1) | 0.4 | 214.00 |
| 11/17/20 | Moats, Eric | Email exchange w/ A. Hammond and M. Klebaner re: 11.17 hearing and logistics. | 0.2 | 107.00 |
| 11/18/20 | Leyh, Meghan | file Amended Agenda (.2); coordinate delivery to Court re: same (.2) | 0.4 | 134.00 |
| 11/18/20 | Remming, Andrew | tele w/ E. Moats re 11/18 hearing | 0.1 | 80.00 |
| 11/18/20 | Remming, Andrew | review amended agenda for 11/18 hearing | 0.1 | 80.00 |
| 11/18/20 | Remming, Andrew | review email from E. Moats re agenda | 0.1 | 80.00 |
| 11/18/20 | Moats, Eric | tele w/ A. Remming re 11/18 hearing | 0.1 | 53.50 |
| 11/18/20 | Abbott, Derek C. | attend hearing re: WC retention, PI status | 2.0 | 1,850.00 |
| 11/18/20 | Moats, Eric | Attend 11.18 hearing. | 1.9 | 1,016.50 |

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 11/18/20 | Moats, Eric | Review and revise amended agenda (.1) and coordinate w/ M. Leyh re: filing, service, and delivery to chambers re: same (.1). | 0.2 | 107.00 |
| 11/18/20 | Moats, Eric | Email Debtor professionals re: amended agenda and preparations for 11.18 hearing. | 0.1 | 53.50 |
| 11/18/20 | Moats, Eric | Prepare for 11.18 hearing. | 0.3 | 160.50 |
| 11/23/20 | Reimann, Glenn | Email communications with P. Topper, E. Moats, and chambers regarding omnibus hearing dates.  Draft CoC. | 0.3 | 100.50 |
| 11/24/20 | Reimann, Glenn | Electronically file the CoC regarding omnibus hearing dates. | 0.2 | 67.00 |
| 11/25/20 | Reimann, Glenn | Electronically file the CoC regarding the January omnibus hearing. | 0.2 | 67.00 |
| 11/30/20 | Reimann, Glenn | Draft December 16 agenda. | 0.3 | 100.50 |
| | | **Total** | **18.4** | **8,812.00** |

**Task Code:**    B310    Claims Objections and Administration

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 11/02/20 | Moats, Eric | Review NY State priority claim and email Omni re: status of same. | 0.2 | 107.00 |
| 11/04/20 | Abbott, Derek C. | Call with P. Topper re: POC stipulation with local council. | 0.2 | 185.00 |
| 11/04/20 | Remming, Andrew | review emails from M. Linder and G. Cizek re proof of claim | 0.1 | 80.00 |
| 11/04/20 | Topper, Paige | Review draft stipulation with Local Councils re: proofs of claim (.1) and call with E. Moats re: same (.5). | 0.6 | 306.00 |
| 11/04/20 | Topper, Paige | Call with D. Abbott re: POC stipulation with local council. | 0.2 | 102.00 |
| 11/04/20 | Topper, Paige | Review bar date order re: potential stipulation with local council and email to D. Abbott re: same. | 0.2 | 102.00 |
| 11/04/20 | Moats, Eric | Phone call w/ P. Topper re: Local Council claims stipulation and handling of same . | 0.5 | 267.50 |
| 11/05/20 | Remming, Andrew | review objection to consent order stip | 0.1 | 80.00 |
| 11/05/20 | Topper, Paige | Calls with D. Abbott re: stipulation with Local Councils re: proofs of claim. | 0.3 | 153.00 |

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 11/05/20 | Abbott, Derek C. | calls w/Topper re local council claim issues (.3); call w/Linder re same (.3); correspondence w/Andolina and Linder re Century objection extension (.2); correspondence w/Stamoulis re same (.2) | 1.0 | 925.00 |
| 11/13/20 | Remming, Andrew | review email from F. Barbosa re stip | 0.1 | 80.00 |
| 11/16/20 | Leyh, Meghan | file LC Stipulation | 0.2 | 67.00 |
| 11/16/20 | Leyh, Meghan | draft and file Notice of Withdrawal of LC Stipulation | 0.3 | 100.50 |
| 11/16/20 | Harvey, Matthew B. | Confer with P. Topper re: procedures for amended claims. | 0.3 | 225.00 |
| 11/16/20 | Harvey, Matthew B. | Assist P. Topper re: amended claim questions. | 0.5 | 375.00 |
| 11/16/20 | Topper, Paige | Call with E. Moats re: Local Council stipulation. | 0.2 | 102.00 |
| 11/16/20 | Topper, Paige | Emails with D. Abbott, Omni team, B. Warner re: proof of claim questions and website. | 0.1 | 51.00 |
| 11/16/20 | Topper, Paige | Review draft Local Council stipulation re: proofs of claim. | 0.3 | 153.00 |
| 11/16/20 | Topper, Paige | Call with creditor (NC troup) re: proof of claim questions. | 0.1 | 51.00 |
| 11/16/20 | Topper, Paige | Call with A. Remming re: bar date issues and November 18 hearing. | 0.2 | 102.00 |
| 11/16/20 | Topper, Paige | Call with E. Moats and C. Tuffey (in part) re: Local Council stipulation and supplement. | 0.2 | 102.00 |
| 11/16/20 | Topper, Paige | Call with B. Warner re: proof of claim questions. | 0.2 | 102.00 |
| 11/16/20 | Topper, Paige | Confer with M. Harvey re: procedures for amended claims. | 0.3 | 153.00 |
| 11/16/20 | Topper, Paige | Confer with D. Abbott re: proof of claim questions and Local Councils stipulation. | 0.4 | 204.00 |
| 11/16/20 | Topper, Paige | Research re: proof of claims (.6); call with E. Moats re: same, agenda for November 18 hearing, amendment of claims, and stipulation for local councils (.4). | 1.0 | 510.00 |
| 11/16/20 | Remming, Andrew | review email from D. Abbott re bar date | 0.1 | 80.00 |
| 11/16/20 | Abbott, Derek C. | Phone call w/ E. Moats re: supplement to LC stipulation. | 0.1 | 92.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 11/16/20 | Remming, Andrew | review email from E. Schneider re proof of claim stip | 0.1 | 80.00 |
| 11/16/20 | Remming, Andrew | Call with P. Topper re: bar date issues and November 18 hearing. | 0.2 | 160.00 |
| 11/16/20 | Abbott, Derek C. | meeting w/Topper re: local council stipulation | 0.4 | 370.00 |
| 11/16/20 | Abbott, Derek C. | review stipulation re local council claims | 0.1 | 92.50 |
| 11/16/20 | Moats, Eric | Phone call w/ C. Tuffey re: revisions to LC claims stipulation. | 0.1 | 53.50 |
| 11/16/20 | Moats, Eric | Review motion to withdraw LC stipulation and coordinate w/ M. Leyh re: filing of same. | 0.1 | 53.50 |
| 11/16/20 | Moats, Eric | Call w/ P. Topper re: local council stip. | 0.2 | 107.00 |
| 11/16/20 | Moats, Eric | Draft notice of supplement to LC stipulation. | 0.5 | 267.50 |
| 11/16/20 | Moats, Eric | Finalize notice of supplemental stipulation for LC claims (.1); email exchange w/ M. Linder and C. Tuffey re: same (.2); and coordinate w/ T. Naimoli re: filing and service of same (.2). | 0.5 | 267.50 |
| 11/16/20 | Moats, Eric | Phone call w/ P. Topper and C. Tuffey (in part) re: LC stipulation and supplementing same. | 0.2 | 107.00 |
| 11/16/20 | Moats, Eric | Phone call w/ D. Abbott re: supplement to LC stipulation. | 0.1 | 53.50 |
| 11/16/20 | Moats, Eric | Phone call w/ P. Topper re: bar date, amendment of claims; 11/18 hearing; and stipulation for local councils. | 0.4 | 214.00 |
| 11/16/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of notice (.1); prepare & efile Notice of Supplemental Stipulation Regarding Certain Local Council Indemnity, Contribution, and Related Claims (.3) | 0.4 | 126.00 |
| 11/16/20 | Moats, Eric | Review stipulation for local councils to file proofs of claim (.3); email exchange w/ C. Tuffey re: revisions (.1); and coordinate for filing and service of same (.2). | 0.6 | 321.00 |
| 11/17/20 | Remming, Andrew | review email from B. Bowden re POC stip; review email from E. Moats re same | 0.1 | 80.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/17/20 | Remming, Andrew | review LA Times article re survivor claims | 0.1 | 80.00 |
| 11/17/20 | Moats, Eric | Email exchange w/ M. Linder and C. Tuffey re: further supplement of LC stip (.2) and confer w/ P. Topper re: same (.1). | 0.3 | 160.50 |
| 11/18/20 | Leyh, Meghan | upload Order to LC Stipulation; forward Order and Stipulation with Schedules and Exhibits to Chambers | 0.3 | 100.50 |
| 11/18/20 | Moats, Eric | Draft notice of further supplemental LC stipulation (.3); email exchange w/ M. Linder and C. Tuffey re: same (.2); email exchange w/ B. Bowden (counsel to certain LC) re: revisions and supplemental filing (.2); and coordinate w/ T. Naimoli re: filing and service of same (.2). | 0.9 | 481.50 |
| 11/18/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of notice (.1); prepare & efile Notice of Further Supplemental Stipulation Regarding Certain Local Council Indemnity, Contribution, and Related Claims (.3) | 0.4 | 126.00 |
| 11/20/20 | Topper, Paige | Review proofs of claim from St. Christopher's Episcopal Church. | 0.1 | 51.00 |
| 11/25/20 | Moats, Eric | Review late filed proof of claim from abuse claimant received via email (.2) and email D. Abbott and P. Topper re: same (.1). | 0.3 | 160.50 |
| 11/29/20 | Moats, Eric | Draft COC and proposed order re: clarification of bar date order and claim form (.5) and email exchange w/ M. Linder, M. Andolina, P. Topper, and D. Abbott re: same (.2). | 0.7 | 374.50 |
| 11/30/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of declaration (.1); prepare & efile Declaration of Shannon R. Wheatman, PhD Regarding Implementation of Supplemental Notice Plan to Provide Notice of Bar Date to Abuse Survivors (.5) | 0.6 | 189.00 |
| 11/30/20 | Leyh, Meghan | file CoC re: bar date order | 0.3 | 100.50 |
| 11/30/20 | Reimann, Glenn | Coordinate service of order clarifying bar date order | 0.1 | 33.50 |

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 11/30/20 | Moats, Eric | Review Wheatman supplemental declaration regarding bar date plan noticing carry out. | 0.4 | 214.00 |
| 11/30/20 | Moats, Eric | Finalize COC and proposed order clarifying bar date order (.2) and coordinate w/ M. Leyh re: filing of same (.1). | 0.3 | 160.50 |
| | | **Total** | **16.8** | **9,442.50** |

**Task Code:**    B330    Litigation/Adversary Proceedings

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 11/02/20 | Moats, Eric | Review docket and status re: Hartford adversary proceeding. | 0.4 | 214.00 |
| 11/09/20 | Remming, Andrew | review brief in support of motion to modify the PI and declaration re same | 0.4 | 320.00 |
| 11/09/20 | Remming, Andrew | review objection to motion to extend PI | 0.1 | 80.00 |
| 11/09/20 | Remming, Andrew | review motion to modify PI | 0.1 | 80.00 |
| 11/09/20 | Remming, Andrew | review PI stip (.2); review and respond to email from D. Abbott re same (.1) | 0.3 | 240.00 |
| 11/09/20 | Topper, Paige | Call with E. Moats re: motion to modify PI and limited objection to third stipulation (.3); call with D. Abbott and E. Moats re: same (.1); call with E. Moats and E. Rosenberg re: same (.2). | 0.6 | 306.00 |
| 11/09/20 | Moats, Eric | Call w/ P. Topper re: motion to modify PI and limited objection to 3rd stipulation (.3); call w/ D. Abbott and P. Topper re: same (.1); call w/ P. Topper and E. Rosenberg (.2). | 0.6 | 321.00 |
| 11/10/20 | Topper, Paige | Call with E. Rosenberg re: plaintiffs' motion to modify preliminary injunction. | 0.2 | 102.00 |
| 11/10/20 | Topper, Paige | Call with D. Abbott re: plaintiffs' motion to modify PI (.1); call with E. Moats re: same and fee applications (.2). | 0.3 | 153.00 |
| 11/10/20 | Abbott, Derek C. | Call with P. Topper re: plaintiffs' motion to modify PI | 0.1 | 92.50 |
| 11/10/20 | Moats, Eric | Phone call w/ P. Topper re: PI status and fee apps. | 0.2 | 107.00 |
| 11/10/20 | Moats, Eric | Email exchange w/ M. Linder and K. Davis re: schedules to third stipulation. | 0.3 | 160.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/11/20 | Topper, Paige | Call with E. Moats re: bridge order i/c/w PI. | 0.2 | 102.00 |
| 11/11/20 | Remming, Andrew | review Century objection to PI extension, including exhibits | 0.2 | 160.00 |
| 11/11/20 | Abbott, Derek C. | Phone call w/ E. Moats re: bridge orders for PI stipulation. | 0.1 | 92.50 |
| 11/11/20 | Moats, Eric | Phone call w/ P. Topper re: bridge order for PI stipulation. | 0.2 | 107.00 |
| 11/11/20 | Moats, Eric | Phone call w/ D. Abbott re: bridge orders for PI stipulation. | 0.1 | 53.50 |
| 11/11/20 | Moats, Eric | Research re: bridge orders for PI stipulation. | 0.5 | 267.50 |
| 11/11/20 | Moats, Eric | Email exchange w/ E. Rosenberg re: PI stipulation and necessity for bridge order. | 0.2 | 107.00 |
| 11/11/20 | Moats, Eric | Phone call w/ E. Rosenberg re: PI stipulation and bridge order. | 0.1 | 53.50 |
| 11/12/20 | Topper, Paige | Emails with E. Rosenberg re: resolution for plaintiffs' limited objection to third stipulation in PI adversary proceeding. | 0.2 | 102.00 |
| 11/12/20 | Topper, Paige | Call with E. Rosenberg re: limited objection to third stipulation for PI adversary proceeding. | 0.2 | 102.00 |
| 11/23/20 | Moats, Eric | Review notice of amended schedule 1 (.2); review blackline re: same (.1); email exchange w/ E. Rosenberg re: review and filing of same (.1); and coordinate w/ T. Naimoli re: filing and service of same (.1). | 0.5 | 267.50 |
| 11/23/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of notice (.1); prepare & efile Notice of Filing of Amended Schedule 1 to Consent Order (.4) | 0.5 | 157.50 |
| 11/23/20 | Moats, Eric | Email U.S. Trustees re: unredacted versions of amended schedule 1. | 0.1 | 53.50 |
| 11/24/20 | Abbott, Derek C. | call w/state court plaintiffs, Linder, Andolina, Rosenberg re: PI issues | 0.5 | 462.50 |
| 11/25/20 | Moats, Eric | Email exchange w/ K. Davis re: updated service list for PI schedule 1 parties (.2) and email Omni re: same (.1). | 0.3 | 160.50 |
| 11/30/20 | Moats, Eric | Email exchange w/ E. Rosenberg re: PI objection response brief and supporting declarations, and filing timing for same. | 0.1 | 53.50 |

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 11/30/20 | Moats, Eric | Email exchange w/ M. Klebaner re: original unredacted filings in PI case. | 0.2 | 107.00 |
| 11/30/20 | Moats, Eric | Call w/ P. Topper re: Schwindler objections; MORs; W&C and KCIC fee apps; Wheatman supplemental declaration. | 0.7 | 374.50 |
| 11/30/20 | Moats, Eric | Review response to motion to change PI order and accompanying declarations (.6) and email exchange w/ E. Rosenberg re: same (.2). | 0.8 | 428.00 |
| 11/30/20 | Topper, Paige | Call with E. Rosenberg re: F.J.S. objections re: PI. | 0.3 | 153.00 |
| 11/30/20 | Topper, Paige | Call with E. Moats re: F.J.S. objections, MOR, White & Case and KCIC fee applications, Wheatman supplemental declaration. | 0.7 | 357.00 |
| | | **Total** | **10.3** | **5,897.50** |

| **Task Code:** | B340 | Professional Retention (MNAT - Filing) | | |
|---|---|---|---|---|
| **Date** | **Name** | **Description** | **Hours** | **Amount** |
| 11/02/20 | Leyh, Meghan | file Declaration of D. Abbott in support of Morris Nichols retention | 0.4 | 134.00 |
| 11/02/20 | Moats, Eric | Draft supplemental Morris Nichols declaration in support of retention (.3); review Morris Nichols retention app re: requirements for same (.2); and coordinate for filing and service of same (.1). | 0.6 | 321.00 |
| 11/16/20 | Leyh, Meghan | file Fourth Supplemental Declaration of D. Abbott | 0.2 | 67.00 |
| 11/16/20 | Abbott, Derek C. | review supplemental declaration re: Morris Nichols retention | 0.1 | 92.50 |
| 11/16/20 | Moats, Eric | Finalize Abbott supplemental declaration and coordinate w/ M. Leyh for filing and service of same. | 0.1 | 53.50 |
| | | **Total** | **1.4** | **668.00** |

| **Task Code:** | B360 | Professional Retention (Others - Filing) | | |
|---|---|---|---|---|
| **Date** | **Name** | **Description** | **Hours** | **Amount** |
| 11/09/20 | Remming, Andrew | review Century objection to W&C retention | 0.3 | 240.00 |

19

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/24/20 | Topper, Paige | Emails with B. Warner and E. Moats re: appraiser retention applications. | 0.1 | 51.00 |
| 11/30/20 | Topper, Paige | Draft motion to shorten re: JLL Application (1.3); email to M. Linder, B. Warner, D. Abbott and E. Moats re: same and related Local Rules (.1). | 1.4 | 714.00 |
| 11/30/20 | Naimoli, Theresa M. | Review and respond to email from P. Topper re filing and service of application (.1); prepare & efile Debtors' Application for Entry of an Order Authorizing the Retention and Employment of JLL Valuation & Advisory Services, LLC (.6) | 0.7 | 220.50 |
| 11/30/20 | Abbott, Derek C. | Correspondence w/Linder re: motion to shorten JLL application | 0.1 | 92.50 |
| 11/30/20 | Moats, Eric | Review revised motion to shorten notice of JLL retention application re: comments from B. Warner (.2); and email UCC (R. Ringer, K. Morales), FCR (B. Brady, S. Zieg), TCC (J. O'Neill, J. Stang), and Trustee (D. Buchbinder, H. McCollum) re: averment for shortening notice of same (.2). | 0.4 | 214.00 |
| 11/30/20 | Moats, Eric | Phone call w/ P. Topper re: JLL retention application and notice. | 0.2 | 107.00 |
| 11/30/20 | Naimoli, Theresa M. | Review and respond to email from P. Topper re filing and service of motion (.1); prepare & efile Motion to Shorten Debtors' Application for Entry of an Order Authorizing the Retention and Employment of JLL Valuation & Advisory Services, LLC (.2) | 0.3 | 94.50 |
| 11/30/20 | Topper, Paige | Call with E. Moats re: JLL retention application and related notice. | 0.2 | 102.00 |
| 11/30/20 | Topper, Paige | Review JLL retention application and finalize for filing (.6); review and revise notice re: same (.1). | 0.7 | 357.00 |
| 11/30/20 | Topper, Paige | Review revised motion to shorten re: JLL retention application and prepare for filing. | 0.2 | 102.00 |
| | | **Total** | **4.6** | **2,294.50** |

**Task Code:**    B370    Professional Retention (Others - Objections)

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/02/20 | Abbott, Derek C. | prepare correspondence re: W&C discovery requests | 0.2 | 185.00 |
| 11/02/20 | Abbott, Derek C. | correspondence w/Boelter re: Century discovery requests | 0.2 | 185.00 |
| 11/02/20 | Abbott, Derek C. | correspondence w/Linder re: WC retention application issues | 0.1 | 92.50 |
| 11/02/20 | Abbott, Derek C. | Correspondence w/Linder, Andolina, Azer, Boelter re discovery re WC retention | 0.2 | 185.00 |
| 11/09/20 | Moats, Eric | Email exchange w/ M. Linder re: Sidley retention app hearings and transcripts for same. | 0.1 | 53.50 |
| 11/13/20 | Abbott, Derek C. | review WC response | 0.3 | 277.50 |
| 11/13/20 | Abbott, Derek C. | call w/Hammond re: WC retention hearing | 0.5 | 462.50 |
| 11/13/20 | Abbott, Derek C. | call w/Linder re: WC retention response and production | 0.1 | 92.50 |
| 11/13/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of response and declaration (.1); prepare & efile Debtors' Response to Century's Objection to Application Authorizing the Retention and Employment of White & Case LLP as Attorneys to the Debtors and Debtors in Possession Effective as of September 23, 2020 (.3) | 0.4 | 126.00 |
| 11/13/20 | Naimoli, Theresa M. | Prepare and efile Supplemental Declaration of Jessica C. K. Boelter ISO Application Authorizing the Retention and Employment of White & Case LLP (.3) | 0.3 | 94.50 |
| 11/16/20 | Abbott, Derek C. | correspondence w/Guzina re: WC retention hearing | 0.2 | 185.00 |
| 11/16/20 | Abbott, Derek C. | call w/Guzina re: WC retention (.1); call to Stamoulis re: same (.1) | 0.2 | 185.00 |
| 11/17/20 | Remming, Andrew | review White & Case response to Century objection to retention | 0.3 | 240.00 |
| 11/17/20 | Remming, Andrew | review supp Boelter declaration re retention app | 0.2 | 160.00 |
| 11/17/20 | Abbott, Derek C. | call w/Guzina, Hammond re: WC retention hearing | 0.1 | 92.50 |
| 11/18/20 | Topper, Paige | Review Century reply in further support of objection to White and Case retention application. | 0.4 | 204.00 |

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 11/18/20 | Remming, Andrew | review Century sur-reply re White & Case retention | 0.1 | 80.00 |
| 11/18/20 | Moats, Eric | Review century supplemental objection to W&C retention and accompanying filings. | 0.4 | 214.00 |
| | | **Total** | **4.3** | **3,114.50** |

| Task Code: | B410 | General Case Strategy | | |
|---|---|---|---|---|

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 11/02/20 | Moats, Eric | Update critical dates memo. | 0.6 | 321.00 |
| 11/09/20 | Moats, Eric | Further update WIP list. | 0.5 | 267.50 |
| 11/12/20 | Topper, Paige | Call with A. Remming re: motion to modify PI, hearing agenda for November 18 and general case update. | 0.2 | 102.00 |
| 11/12/20 | Remming, Andrew | tele w/ P. Topper re FCR objection, reply in support of W&C retention app, objection to PI | 0.2 | 160.00 |
| | | **Total** | **1.5** | **850.50** |

| Task Code: | B420 | Schedules/SOFA/U.S. Trustee Reports | | |
|---|---|---|---|---|

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 11/30/20 | Reimann, Glenn | Electronically file and serve the October monthly operating report. | 0.3 | 100.50 |
| 11/30/20 | Topper, Paige | Review October MOR and prepare for filing. | 0.2 | 102.00 |
| | | **Total** | **0.5** | **202.50** |