## **EXHIBIT B**

**EXPENSE SUMMARY**

**BOY SCOUTS OF AMERICA**
**(Case No. 20-10343 (LSS))**

**November 1, 2020, through November 30, 2020**

| **Expense Category** | **Total Expenses** |
|---|---:|
| In-House Printing - black & white | 20.60 |
| Pacer | 226.60 |
| Conference Calls | 610.73 |
| Photos/Art/Spec Duplicating-Out of Office | 140.49 |
| Transcripts | 81.60 |
| **Grand Total Expenses** | **$1,080.02** |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 11/02/20 | Pacer | 135.0 | 13.50 |
| 11/03/20 | Pacer | 55.0 | 5.50 |
| 11/04/20 | Pacer | 82.0 | 8.20 |
| 11/05/20 | Pacer | 64.0 | 6.40 |
| 11/06/20 | Pacer | 90.0 | 9.00 |
| 11/09/20 | Pacer | 96.0 | 9.60 |
| 11/10/20 | Pacer | 99.0 | 9.90 |
| 11/10/20 | Conference Calls - COURTCALL - DEREK ABBOTT FOR SHANNON WHEATON - ID#10824694 - CALL ON 08/31/2020 - SECOND HALF PAID 11/10/2020 | 1.0 | 31.50 |
| 11/10/20 | In-House Printing - black & white | 28.0 | 2.80 |
| 11/12/20 | Pacer | 92.0 | 9.20 |
| 11/13/20 | Pacer | 180.0 | 18.00 |
| 11/16/20 | Pacer | 444.0 | 44.40 |
| 11/16/20 | Photos/Art/Spec Duplicating-Out of Office - Print B/W, tabs, tabs custom, punch paper, 2" binder, printing spines and covers, court delivery - 11/16/2020 | 1.0 | 101.75 |
| 11/17/20 | Pacer | 60.0 | 6.00 |
| 11/18/20 | Pacer | 378.0 | 37.80 |
| 11/18/20 | Conference Calls | 9.0 | 579.23 |
| 11/18/20 | Photos/Art/Spec Duplicating-Out of Office - Print/copy, tabs custom, tabs, punch paper, 1/2" binders, printing on spines and covers, court delivery - 11/18/2020 | 1.0 | 38.74 |
| 11/18/20 | Transcripts - Hourly transcript - 11/18/2020 | 1.0 | 81.60 |
| 11/18/20 | In-House Printing - black & white | 109.0 | 10.90 |
| 11/19/20 | In-House Printing - black & white | 13.0 | 1.30 |
| 11/20/20 | Pacer | 30.0 | 3.00 |
| 11/23/20 | In-House Printing - black & white | 56.0 | 5.60 |
| 11/23/20 | Pacer | 121.0 | 12.10 |
| 11/24/20 | Pacer | 35.0 | 3.50 |
| 11/30/20 | Pacer | 305.0 | 30.50 |
| | **Total** | | **$1,080.02** |