# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | ) ) | Case No. 20-10343 (LSS) |
| | ) | Jointly Administered |
| Debtors[1]. | ) | |

## NOTICE OF WITHDRAWAL OF NOTICE OF SERVICE

PLEASE TAKE NOTICE that Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C., by and through its undersigned counsel, hereby withdraws the **Notice of Service of** *(I) Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C.'s Responses and Objections to Century's First Request for Production of Documents; (II) Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C.'s Responses and Objections to Century's First Set of Interrogatories; (III) Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C.'s Responses and Objections to Century's First Set of Requests for Admissions*. [Docket No. 2134].

Dated: February 10, 2021                                    Respectfully Submitted:

                              HOGAN♦MCDANIEL

                              */s/ Daniel K. Hogan*
                              Daniel K. Hogan (DE No. 2814)
                              Garvan F. McDaniel (DE No. 4167)
                              1311 Delaware Avenue
                              Wilmington, DE 19806
                              Telephone: (302) 656-7597
                              Facsimile: (302) 656-7599
                              dkhogan@dkhogan.com
                              gfmcdaniel@dkhogan.com
                             *Attorneys for Eisenberg, Rothweiler, Winkler,*
                             *Eisenberg & Jeck, P.C.*