## <u>CERTIFICATE OF SERVICE</u>

I, Daniel K. Hogan, hereby certify that on February 10, 2021, I caused a copy of the foregoing *Withdrawal of Notice of Service of (I) Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C.'s Responses and Objections to Century's First Request for Production of Documents; (II) Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C.'s Responses and Objections to Century's First Set of Interrogatories; (III) Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C.'s Responses and Objections to Century's First Set of Requests for Admissions* to be served upon all parties registered for service via CM/ECF.

*/s/ Daniel K. Hogan*
Daniel K. Hogan (No. 2814)