# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND | ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC, | ) | |
| | ) | Jointly Administered |
| Debtors[1]. | ) | |

## NOTICE OF SERVICE

I, Daniel K. Hogan, hereby certify that on the 9th day of February, 2021, I caused a true and correct copy of: *(I) Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C.'s Responses and Objections to Century's First Request for Production of Documents; (II) Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C.'s Responses and Objections to Century's First Set of Interrogatories; and, (III) Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C.'s Responses and Objections to Century's First Set of Requests for Admissions* to be served in the manner indicated below.

Email:
Tancred Schiavoni
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
Email: tschiavoni@omm.com

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

I, Daniel K. Hogan, hereby certify that on this 10th day of February, 2021, I caused a true and correct copy of: *(I) Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C.'s Responses and Objections to Century's First Request for Production of Documents; (II) Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C.'s Responses and Objections to Century's First Set of Interrogatories; (III) Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C.'s Responses and Objections to Century's First Set of Requests for Admissions* to be served in the manner indicated below.

Email:
Stamatios Stamoulis
STAMOULIS & WEINBLATT LLC
800 N. West Street, Third Floor
Wilmington, DE 19801
Email: stamoulis@swdelaw.com

Eric R. Goodman
Brown Rudnick LLP
601 Thirteenth Street NW, Suite 600
Washington, DC 2005
Email: egoodman@brownrudnick.com

Sunni Beville
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
Email: sbeville@brownrudnick.com

Rachel B. Mersky
Monzack Mersky Browder and Hochman, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
Email: rmersky@monlaw.com

David E. Wilks
Wilks Law, LLC
4250 Lancaster Pike, Suite 200
Wilmington, DE 19805
Email: dwilks@wilks.law


Dated: February 10, 2021          **HOGAN♦MCDANIEL**

*/s/ Daniel K. Hogan*
Daniel K. Hogan (DE No. 2814)
Garvan F. McDaniel (DE No. 4167)
1311 Delaware Avenue
Wilmington, DE 19806
Telephone: (302) 656-7597
Facsimile: (302) 656-7599
dkhogan@dkhogan.com
gfmcdaniel@dkhogan.com

*Attorneys for Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C.*