# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

## NOTICE OF SERVICE

I, Gregory J. Flasser, hereby certify as follows:

On the 8th day of February, 2021, Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fire Insurance Company ("Hartford") served a true and correct copy of the *Letter from J. Ruggeri to D. Molton and E. Goodman* regarding responses and objections to Interrogatory Nos. 1 and 2, Requests for Admission Nos. 1 through 3, and Document Requests 1 and 7 through 10 via email on the parties listed on Exhibit 1 attached hereto.

On the 9th day of February, 2021, Hartford served a true and correct copy of *Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fire Insurance Company's Objections and Responses to the Coalition of Abused Scouts for Justice First Set of Requests for Production Nos. 2 Through 6 and 11* via email on the parties listed on Exhibit 2 attached hereto.

*[Signature Page Follows]*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

1

| | |
|---|---|
| Dated: February 10, 2021<br>Wilmington, Delaware | BAYARD, P.A.<br><br> */s/ Gregory J. Flasser*<br>Erin R. Fay (No. 5268)<br>Gregory J. Flasser (No. 6154)<br>600 North King Street, Suite 400<br>Wilmington, Delaware 19801<br>Telephone:  (302) 655-5000<br>Facsimile:  (302) 658-6395<br>Email:  efay@bayardlaw.com<br>            gflasser@bayardlaw.com |

- and –

James P. Ruggeri (admitted *pro hac vice*)
Joshua D. Weinberg (admitted *pro hac vice*)
Michele Backus Konigsberg (admitted *pro hac vice*)
SHIPMAN & GOODWIN LLP
1875 K Street, NW, Suite 600
Washington, D.C. 20003
Tel:  (202) 469-7750
Fax:  (202) 469-7751

- and -

Philip D. Anker (admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, N.Y. 10007
Tel:  (212) 230-8890
Fax:  (212) 230-8888

Danielle Spinelli (admitted *pro hac vice*)
Joel Millar (admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue N.W.
Washington, D.C.  20006
Tel:  (202) 663-6000
Fax:  (202) 663-6363

*Attorneys for First State Insurance Company, Hartford Accident and Indemnity Company and Twin City Fire Insurance Company*