## EXHIBIT 1

Brown Rudnick LLP
David J. Molton
Eric R. Goodman
7 Time Square
New York, NY 10036
dmolton@brownrudnick.com

Brown Rudnick LLP
Eric R. Goodman
601 Thirteenth Street, NW, Suite 600
Washington, DC 20005
egoodman@brownrudnick.com

## EXHIBIT 2

Brown Rudnick LLP
David J. Molton
Cameron Moxley
7 Time Square
New York, NY 10036
dmolton@brownrudnick.com
cmoxley@brownrudnick.com

Brown Rudnick LLP
Eric R. Goodman
601 Thirteenth Street, NW, Suite 600
Washington, DC 20005
egoodman@brownrudnick.com

Brown Rudnick LLP
Sunni P. Beville
One Financial Center
Boston, MA 02111
sbeville@brownrudick.com