## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| BOY SCOUTS OF AMERICA AND | § | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC. et. al.[1] | § | (Jointly Administered) |
| | § | |
| Debtors. | § | Related Doc: 2029 |
| | § | |

## JOINDER, RESPONSE AND OBJECTION TO CENTURY'S MOTION TO COMPEL ICHOR CONSULTING, LLC TO SUBMIT THE DISCLOSURES REQUIRED BY FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

J. Chad Edwards, Esquire, d/b/a as Ichor Consulting ("JCE"), by its undersigned counsel, hereby submits this *Joinder, Response and Objection (the "Objection") to Century's Motion to Compel Ichor Consulting, LLC to Submit the Disclosures Required by Federal Rule of Bankruptcy Procedure 2019* (the "Motion") [Docket No. 2029].  In support of this Objection, JCE respectfully states as follows:

### Joinder, Response and Objection

1.      JCE made an appearance on January 6, 2021 [Docket No.1903] on 'behalf of various child sexual abuse tort claimants."  The total number of claimant covered is 48.

2.      JCE is assisting a Coalition law firm.  As such, the insurers have all the info regarding those claimant by virtue of the Proof of Claims and other docs and info readily available elsewhere.  JCE's purpose in filing the entry of appearance was to keep apprised of events as warranted by his support role.

---

[1] The Debtors of the Chapter 11 cases, together with the last four digits of the Debtor's federal tax identification number, as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

3.      As noted in the Coalition's objection filed this day, [Docket No. 2135], of which JCE joins, this Court previously heard multiple days of oral arguments by Century and other parties relating to the sufficiency of the disclosures in the 2019 statements filed by the Coalition. Ultimately, the Court entered an order approving the sufficiency of the disclosures made by the Coalition. *See Order Approving The Adequacy and Sufficiency of the Amended Verified Rule 2019 Statement Filed by the Coalition of Abused Scouts for Justice* [Docket No. 1572] (the "2019 Approval Order").

4.      Century did not adequately preview its Motion with JCE or request any information from JCE prior to its filing.  The only letter received is attached as Exhibit B to the Motion. Although JCE received the letter electronically on January 26, 2021 while traveling, the letter makes no mention of who the author is, or what their role is in the litigation.  As noted, JCE is not actively involved in this litigation and his primary occupation is non-law related.  The Motion clearly states that JCE has a virtual office, and yet no phone call was ever made to him.   JCE did leave an unreturned voice message for Andrew Kirschenmaum on February 9, 2021.

5.      Additionally, as further stated in the *Limited Objection of the Coalition of Abused Scouts For Justice to Century's Motion to Compel* [Docket No. 2135], which is hereby fully incorporated by reference as applicable, "Century asks for a list of the names and addresses of all creditors represented by the Coalition. This list has now been provided multiple times, as required by the Court; Century also asks that the list identify Members affiliated with certain law firms; The list of names and addresses of Coalition Members is organized by law firm. The electronic form of the list, which has been made available upon request of authorized parties, includes tabs identifying the law firms affiliated with each Member; and an excel spreadsheet with this information was provided to Century at the time of the filing of the First and Second 2019

2

Statements. On January 29, 2021, the Coalition filed the Third 2019 Statement. An unredacted version of Exhibit A was provided to Century. On February 9, 2021, without receipt of a request, the Coalition provided an excel spreadsheet of the documentation provided in the Third 2019 Statement to all Protective Order parties. The excel spreadsheet makes it easier for the parties, including Century, to review the documentation that had been earlier provided in PDF form and to identify which law firms are affiliated with which Members."

6.      Also, per Docket No. 2135, "Century requests that the Coalition produce "all other information and disclosures required by FED. R. BANKR. P. 2019."; and Century spent weeks litigating with the Coalition regarding the scope of disclosures required by RULE 2019, resulting in specific instructions from the Court regarding what information would be sufficient to comply with RULE 2019. See 2019 Approval Order." With respect to the 48 claimants, the Coalition law firm has complied with the Court's instructions.

WHEREFORE, J.  Chad Edwards, Esquire, d/b/a Ichor Consulting, LLC, respectfully moves for an entry of an Order, substantially in the form Attached hereto as **Exhibit A**, denying Century's Motion to Compel Ichor Consulting, LLC to Submit the Disclosures Required by Federal Rule of Bankruptcy Procedure 2019.

[*Remainder of Page Left Intentionally Blank*]

Dated:  February 10, 2021
        Wilmington, Delaware

Respectfully submitted,

*/s/ Bernard G. Conaway*
Bernard G. Conaway, Esquire (DE 2856)
1007 North Orange Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 428-9350
Facsimile:  (844) 364-0137
Email:  bgc@conaway-legal.com

*Counsel for J. Chad Edwards, Esq. d/b/a Ichor Consulting LLC*