# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>           Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Ref. Docket No. 1922** |

## FEE EXAMINER'S FINAL REPORT REGARDING FIRST QUARTERLY FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP

Rucki Fee Review, LLC ("Rucki Fee Review"), the fee examiner appointed in the above-captioned chapter 11 cases and acting in its capacity as such (the "Fee Examiner"), hereby submits its final report (this "Final Report") regarding the *First Interim Fee Application Request of PricewaterhouseCoopers LLP, as Independent Auditor and Tax Compliance Services Provider for the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 18, 2020 to and including October 31, 2020* [Docket No. 1922] (the "First Quarterly Fee Application") filed by PricewaterhouseCoopers LLP (the "Firm").

### BACKGROUND

1. In performance of its fee and expense review procedures and in preparation of this Final Report designed to quantify and present factual data relevant to the requested fees, disbursements and expenses contained in the First Quarterly Fee Application consistent with its appointment order, Rucki Fee Review reviewed the monthly fee applications filed for the periods set forth in the First Quarterly Fee Application, including each of the billing

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

and expense entries listed in the exhibits to such monthly fee applications, for compliance with sections 328 and 330 of the Bankruptcy Code (as applicable), Bankruptcy Rule 2016 and Local Rule 2016-2, as well as the *U.S. Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330— Appendix A* and the Firm's retention order, as well as that certain supplemental declaration expanding the scope of the Firm's retention order in accordance with the terms of the retention order.

2. Rucki Fee Review did not prepare informal memos related to monthly fee applications of the Firm, and in the interest of efficiency given the size of the Firm's fees, the fact the majority of the Firm's fees are fixed fees, and the belief that no reduction to such fees is necessary, did not prepare an initial report with respect to the First Quarterly Fee Application. Instead, Rucki Fee Review has prepared only this summary Final Report.

## DISCUSSION

3. For the compensation period of February 18, 2020 through October 31, 2020, as set forth in the First Quarterly Fee Application, the Firm seeks interim bankruptcy court approval in the amount of $135,936.00 in requested fees and for expense reimbursement of $0.00.

4. During its first quarterly fee period, the Firm's work consisted of 505.6 hours of work for fixed fee audit and tax compliance services in the aggregate amount of $116,576.00,[2] and an additional 44.2 hours and $19,360.00 in fees for services billed on an hourly basis, which

---

[2] Certain of the Firm's fixed fees were paid by the BSA Commingled Endowment Fund, LP and this number represents the amount paid/to be paid by the debtors.

hourly services related to retention issues and the preparation of the Firm's first monthly fee application.

5. Given the small volume of non-fixed fee work by the Firm and the fact Rucki Fee Review does not consider the fixed or hourly fees charged by the Firm to be objectionable, Rucki Fee Review will not present a detailed analysis of these fees herein.

6. The Firm did not request the reimbursement of any expenses during the first quarterly fee period. Accordingly, no discussion of expense reimbursement is necessary.

## CONCLUSION

7. Rucki Fee Review recommends the approval of the First Quarterly Fee Application in the amount of $135,936.00 with respect to fees and the reimbursement of expenses in the amount of $0.00.

Dated: February 10, 2021  
Wilmington, Delaware

Respectfully submitted,

**RUCKI FEE REVIEW, LLC**  
**FEE EXAMINER**

By: */s/ Justin H. Rucki*  
    Justin H. Rucki  
    President of Rucki Fee Review, LLC