# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | Jointly Administered |
| Debtors. | **RE: D.I. 1930** |

## CERTIFICATE OF NO OBJECTION REGARDING THE FIRST AND FINAL FEE APPLICATION OF DAWN M. POWELL APPRAISALS INC. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR APPRAISAL SERVICES RENDERED

The undersigned hereby certifies that, as of the date hereof, Dawn M. Powell Appraisals Inc. ("Dawn M. Powell"), has received no answer, objection or other responsive pleading to the **First and Final Fee Application of Dawn M. Powell Appraisals Inc. for Allowance of Compensation and Reimbursement of Expenses for Appraisal Services Rendered** (the "Application") (D.I. 1930), filed on January 12, 2021.

The undersigned further certifies that Dawn M. Powell has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice, objections to the Application were to be filed and served no later than January 26, 2021 at 4:00 p.m. (ET).

The Fee Examiner has informed the Debtors that the Fee Examiner has no questions or requested reductions to the fees and expenses sought in the Application, and recommends final

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

approval of the fees and expenses sought in the Application in accordance with section 328 of the Bankruptcy Code and the terms of Dawn M. Powell's engagement letter. Given the Fee Examiner's recommendation, the size of the Firm's fees and expenses and the nature of this engagement, the Fee Examiner has elected not to file a formal report with respect to the Application. The Fee Examiner reserves its rights with respect to any supplemental fee applications filed by Dawn M. Powell with respect to supplemental fees and expenses sought by Dawn M. Powell for subsequent testimony or other out-of-scope work.

WHEREFORE, Dawn M. Powell respectfully requests the Court enter an order approving the fees and expenses set forth in the Application at its earliest convenience.

| | |
|---|---|
| Dated: February 11, 2021<br>Thunder Bay, Ontario | DAWN M. POWELL APPRAISALS INC.<br><br>*/s/ Dawn M. Powell*<br>Dawn M. Powell<br>President |