# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC<br><br>　　　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Del. Bankr. L.R. 9010-1 and the below certification, counsel moves the admission *pro hac vice* of William E. Curtin of Sidley Austin LLP, 787 Seventh Avenue, New York, NY 10019, to represent the Debtors, in the above-captioned case and any related proceedings.

Dated: February 11, 2021
　　　　Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Paige N. Topper*
Paige N. Topper (No. 6470)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
ptopper@morrisnichols.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, and am admitted, practicing, and in good standing as a member of the Bar of the states of New Jersey and New York. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 9/1/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: February 11, 2021

*/s/ William E. Curtin*
William E. Curtin
SIDLEY AUSTIN LLP
787 Seventh Avenue
Telephone: 212-839-6745
Email: wcurtin@sidley.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.