IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Re: Docket No. 1972 |

### JOINDER OF LIBERTY MUTUAL INSURANCE COMPANY TO (A) HARTFORD AND CENTURY'S MOTION FOR AN ORDER (I) AUTHORIZING CERTAIN RULE 2004 DISCOVERY AND (II) GRANTING LEAVE FROM LOCAL RULE 3007-1(f) TO PERMIT THE FILING OF SUBSTANTIVE OMNIBUS OBJECTIONS; AND (B) INSURERS' MOTION FOR AN ORDER AUTHORIZING RULE 2004 DISCOVERY OF CERTAIN PROOFS OF CLAIM

Liberty Mutual Insurance Company, together with its affiliates and subsidiaries (collectively, "Liberty"), by and through its undersigned counsel, hereby files this joinder (the "Joinder") to *Hartford and Century's Motion for an Order (I) Authorizing Certain Rule 2004 Discovery and (II) Granting Leave from Local Rule 3007-1(f) to Permit the Filing of Substantive Omnibus Objections* [Docket No. 1972] (the "Discovery and Objections Motion") and *Insurers' Motion for an Order Authorizing Rule 2004 Discovery of Certain Proofs of Claim* [Docket No. 1975] (the "Proof of Claim Rule 2004 Motion," and, together with the Discovery and Objections Motion, the "Rule 2004 Motions")[2], and in support thereof, respectfully states as follows:

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtor's mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

[2] Capitalized terms used herein but otherwise undefined shall have the meanings ascribed to them in the Proof of Claim Rule 2004 Motion.

On January 22, 2021, Hartford and Century filed the Rule 2004 Motions seeking, *inter alia*, discovery of the Abuse Claims, including discovery from certain parties that completed, signed, and/or filed Abuse Claims.

For the reasons set forth therein, Liberty joins in the Rule 2004 Motions. Liberty files this Joinder and requests to participate in the discovery process as contemplated in the Rule 2004 Motions.

**WHEREFORE**, Liberty respectfully requests that the Court (i) grant the relief requested in the Rule 2004 Motions and this Joinder, and (ii) grant such other and further relief as is just and proper.

Dated: February 11, 2021

SEITZ, VAN OGTROP & GREEN, P.A.

/s/ R. Karl Hill
R. Karl Hill (Del. Bar No. 2747)
222 Delaware Avenue
Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 888-0600
Email: khill@svglaw.com

-and-

Douglas R. Gooding (admitted *pro hac vice*)
Jonathan D. Marshall (admitted *pro hac vice*)
CHOATE HALL & STEWART, LLP
Two International Place
Boston, MA 02110
Telephone: (617) 248-5000
Facsimile: (617) 248-4000

-and-

Kim V. Marrkand (admitted *pro hac vice*)
Nancy D. Adams (admitted *pro hac vice*)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
AND POPEO PC
One Financial Center
Boston, MA 0211
Telephone: (617) 542-6000
kmarrkand@mintz.com
nadams@mintz.com