# CERTIFICATE OF SERVICE

I, R. Karl Hill, hereby certify that on the 11th day of February 2021, I caused a copy of the JOINDER BY LIBERTY MUTUAL INSURANCE COMPANY TO (A) HARTFORD AND CENTURY'S MOTION FOR AN ORDER (I) AUTHORIZING CERTAIN RULE 2004 DISCOVERY AND (II) GRANTING LEAVE FROM LOCAL RULE 3007-1(f) TO PERMIT THE FILING OF SUBSTANTIVE OMNIBUS OBJECTIONS; AND (B) INSURERS' MOTION FOR AN ORDER AUTHORIZING RULE 2004 DISCOVERY OF CERTAIN PROOFS OF CLAIM to be served on the following by email. All other parties who have signed up for electronic filing in this case will be served via CM/ECF.

Erin R. Fay, Esquire
Gregory Joseph Flasser, Esquire
Bayard, P.A.
600 North King Street, Suite 400
Wilmington, DE 19801
efay@bayardlaw.com
gflasser@bayardlaw.com

Michele Backus Konigsberg, Esquire
James Ruggeri, Esquire
Joshua Weinberg, Esquire
Abigail Williams, Esquire
Shipman & Goodwin LLP
1875 K Street NW, Suite 600
Washington, DC 20006
mbackus@goodwin.com
jruggeri@goodwin.com
jweinberg@goodwin.com
awilliams@goodwin.com

Susan N.K. Gummow, Esquire
Igor Shleypak, Esquire
Foran Glennon Palendech Ponzi & Rudloff
222 N. LaSalle Street, Suite 1400
Chicago, IL 60601
sgummow@fgppr.com
ishleypak@fgppr.com

Ronald D. Puhala, Esquire
Foran Glennon Palendech Ponzi & Rudloff
40 Wall Street, 54th Floor
New York, NY 10005
rpuhala@fgppr.com

Eric Moats, Esquire
Paige Noelle Topper, Esqire
Morris Nichols Arsht & Tunnell
1201 N. market Street
Wilmington, DE  19801
emoats@mnat.com
ptopper@mnat.com

David M. Fournier, Esquire
Troutman Pepper Hamilton Sanders LLP
1313 Market Street, Suite 5100
Wilmington, DE 19801
David.Fournier@toutman.com

Deirde M. Richards, Esquire
Fineman Krekstein & Harris P.C.
1300 N. King Street
Wilmington, DE 1801
drichards@finemanlawfirm.com

William A. Crowford, Esquire
Franklin & Prokopik
300 Delaware Avenue, Suite 1340
Wilmington, DE  19801
wcrawford@fandpnet.com


/s/ *R. Karl Hill*
R. KARL HILL (2747)