# **EXHIBIT B**

| | |
|---|---|
| **From:** | Weinberg, Joshua D. <JWeinberg@goodwin.com> |
| **Sent:** | Thursday, December 31, 2020 3:25 PM |
| **To:** | 'Andolina, Michael'; 'Goodman, Eric R.'; Ruggeri, James P.; Backus, Michele L.; Anker, Phil; efay@bayardlaw.com; gflasser@bayardlaw.com; Boelter, Jessica; kevin.carey@hoganlovells.com; timg@thegallaghergroup.com; pfinn@commonwealthmediation.com; Linder, Matthew |
| **Cc:** | dmolton@brownrudnick.com; Beville, Sunni P.; James Stang; John W. Lucas |
| **Subject:** | RE: BSA |
| **Attachments:** | BSA_ Hartford Discovery (12.31.20).docx |

**EXTERNAL SENDER**

Counsel:

Hartford's proposed discovery is attached. Best wishes to all for a Happy New Year.

**Shipman & Goodwin**
COUNSELORS AT LAW

Joshua D. Weinberg
Shipman & Goodwin LLP
Partner
1875 K Street NW, Suite 600
Washington, DC 20006-1251

Tel (202) 469-7754
Fax (202) 469-7751
jweinberg@goodwin.com
www.shipmangoodwin.com

Privileged and confidential. If received in error, please notify me by e-mail and delete the message.

---

**From:** Andolina, Michael <mandolina@whitecase.com>
**Sent:** Thursday, December 31, 2020 11:27 AM
**To:** Weinberg, Joshua D. <JWeinberg@goodwin.com>; 'Goodman, Eric R.' <EGoodman@brownrudnick.com>; Ruggeri, James P. <JRuggeri@goodwin.com>; Backus, Michele L. <MBackus@goodwin.com>; philip.anker@wilmerhale.com; efay@bayardlaw.com; gflasser@bayardlaw.com; Boelter, Jessica <jessica.boelter@whitecase.com>; kevin.carey@hoganlovells.com; timg@thegallaghergroup.com; pfinn@commonwealthmediation.com; Linder, Matthew <mlinder@whitecase.com>
**Cc:** Molton, David J. <DMolton@brownrudnick.com>; Beville, Sunni P. <SBeville@brownrudnick.com>; James Stang <jstang@pszjlaw.com>; John W. Lucas <jlucas@pszjlaw.com>
**Subject:** RE: BSA

*EXTERNAL EMAIL*

Thanks all. That works for the debtors as well.

Happy New Year!

Mike

**Michael Andolina** | Partner
T  +1 312 881 5388    M  +1 773 531 0712
mandolina@whitecase.com

1

White & Case LLP  |  111 South Wacker Drive, Suite 5100  |  Chicago, IL 60606-4302

**WHITE & CASE**

---

**From:** Weinberg, Joshua D. <JWeinberg@goodwin.com>
**Date:** Thursday, Dec 31, 2020, 10:25 AM
**To:** 'Goodman, Eric R.' <EGoodman@brownrudnick.com>, Ruggeri, James P. <JRuggeri@goodwin.com>, Backus, Michele L. <MBackus@goodwin.com>, philip.anker@wilmerhale.com <philip.anker@wilmerhale.com>, efay@bayardlaw.com <efay@bayardlaw.com>, gflasser@bayardlaw.com <gflasser@bayardlaw.com>, Andolina, Michael <mandolina@whitecase.com>, Boelter, Jessica <jessica.boelter@whitecase.com>, kevin.carey@hoganlovells.com <kevin.carey@hoganlovells.com>, timg@thegallaghergroup.com <timg@thegallaghergroup.com>, pfinn@commonwealthmediation.com <pfinn@commonwealthmediation.com>
**Cc:** Molton, David J. <DMolton@brownrudnick.com>, Beville, Sunni P. <SBeville@brownrudnick.com>, James Stang <jstang@pszjlaw.com>, John W. Lucas <jlucas@pszjlaw.com>
**Subject:** RE: BSA

Thank you, Eric. Hartford is available at 10 am (PT) on Monday. We can circulate a dial-in number to this group, and we will provide our proposed discovery in advance of that call.

---

**From:** Goodman, Eric R. <EGoodman@brownrudnick.com>
**Sent:** Wednesday, December 30, 2020 6:00 PM
**To:** Ruggeri, James P. <JRuggeri@goodwin.com>; Weinberg, Joshua D. <JWeinberg@goodwin.com>; Backus, Michele L. <MBackus@goodwin.com>; philip.anker@wilmerhale.com; efay@bayardlaw.com; gflasser@bayardlaw.com; Andolina, Michael <mandolina@whitecase.com>; jessica.boelter@whitecase.com; kevin.carey@hoganlovells.com; timg@thegallaghergroup.com; pfinn@commonwealthmediation.com
**Cc:** Molton, David J. <DMolton@brownrudnick.com>; Beville, Sunni P. <SBeville@brownrudnick.com>; James Stang <jstang@pszjlaw.com>; John W. Lucas <jlucas@pszjlaw.com>
**Subject:** BSA

*EXTERNAL EMAIL*


Mr. Ruggeri,

Mr. Stang and I are available on Monday, January 4, 2021 between 9:30AM and 11:00AM, Pacific Time, to discuss Hartford's proposed discovery under Rule 2004. In advance of our call, we would appreciate it if you could share the current draft of your Rule 2004 motion and any related discovery requests or subpoenas so that we can better understand the information that Hartford is seeking and how either the Coalition or the TCC is the proper party to respond to such requests. If you are available on Monday as well, I would be happy to circulate a dial in number.

Best Regards,
Eric

**brownrudnick**

**Eric R. Goodman**
Partner

BROWN RUDNICK LLP
601 Thirteenth Street NW Suite 600
Washington, DC 20005
T: 202.536.1740
M: 216.235.4242
egoodman@brownrudnick.com
www.brownrudnick.com

**From:** Ruggeri, James P. <JRuggeri@goodwin.com>
**Sent:** Tuesday, December 29, 2020 4:10 PM
**To:** Stang, James I. (Pachulski Stang Ziehl & Jones LLP) <jstang@pszjlaw.com>; Molton, David J. <DMolton@brownrudnick.com>
**Cc:** Weinberg, Joshua D. <JWeinberg@goodwin.com>; Backus, Michele L. <MBackus@goodwin.com>; 'Anker, Phil' <Philip.Anker@wilmerhale.com>; 'efay@bayardlaw.com' <efay@bayardlaw.com>; 'gflasser@bayardlaw.com' <gflasser@bayardlaw.com>; 'Andolina, Michael' <mandolina@whitecase.com>; Boelter, Jessica C.K. (White & Case LLP) <jessica.boelter@whitecase.com>; 'Carey, Kevin' <kevin.carey@hoganlovells.com>; 'Timothy Gallagher' <timg@thegallaghergroup.com>; 'Paul Finn' <PFinn@commonwealthmediation.com>
**Subject:** BSA

**CAUTION:** External E-mail. Use caution accessing links or attachments.

Jim and David,

Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fire Insurance Company ("Hartford") intend to seek discovery under Rule 2004 regarding the bases for the claims asserted in the proofs of claims filed by a sample of claimants identified on the attached list. Pursuant to Delaware Bankruptcy Court Local Rule 2004-1, we would like to meet and confer with you to determine whether we can agree on a date, time, place and scope of production of discovery materials and a schedule for depositions for a subset of these claimants. The mediators in these cases -- Judge Carey and Messrs. Finn and Gallagher -- have offered to facilitate discussion of these issues. We are available tomorrow, December 30, between 11:30 and 1 pm ET and Sunday, January 3, between 8 and 10 am ET. Please let us know which of those times works best for you. Many thanks.

**Shipman & Goodwin**
COUNSELORS AT LAW

| James P. Ruggeri | Tel (202) 469-7752 |
| Shipman & Goodwin LLP | Fax (202) 469-7751 |
| Partner | jruggeri@goodwin.com |
| 1875 K Street NW, Suite 600 | www.shipmangoodwin.com |
| Washington, DC 20006-1251 | |

Privileged and confidential. If received in error, please notify me by e-mail and delete the message.

*************************************************************************

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

To the extent Brown Rudnick is a "data controller" of the "personal data" (as each term is defined in the European General Data Protection Regulation) you have provided to us in this and other communications between us, please see our privacy statement and summary here which sets out details of the data controller, the personal data we have collected, the purposes for which we use it (including any legitimate interests on which we rely), the persons to whom we may transfer the data and how we intend to transfer it outside the European Economic Area.

*************************************************************************

===============================================================================

This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 212 819 8200. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available [here](.).

==========================================================================

# EXHIBIT A

## INSTRUCTIONS

1. To the extent You have already provided information responsive to any Interrogatory and/or Request in Your Claim Form, You may respond to that Interrogatory and/or Request by referring to Your Claim Form.

## DEFINITIONS

2. "BSA" means the Boy Scouts of America and each of its prior or current officers, directors, employees, agents, advisors, and attorneys.

3. "Chapter 11 Cases" means the chapter 11 cases filed by the Debtors in the United States Bankruptcy Court for the District of Delaware on February 18, 2020, jointly administered under Case No. 20-10343.

4. "Claim Form" means the Sexual Abuse Survivor Proof of Claim Form submitted by You or on Your behalf in these Chapter 11 Cases.

5. "Scouting" means participation in or involvement with the Boy Scouts of America.

6. "You" or "Your" means the Person on whom this discovery is served.

## INTERROGATORIES

1. To the extent that You have not already done so on the Claim Form You submitted in this case, describe each occasion on which you were sexually abused in connection with Scouting and/or for which You contend BSA, any local council of BSA or any sponsoring organization of BSA was responsible (the "Sexual Abuse"), including the nature, date(s), location(s) and circumstances of the abuse, and indicate whether the abuse occurred at a Scouting activity or event.

2. Please identify each person(s) that sexually abused You, including their name and position with Scouting, if known to You. If the name of the person(s) who sexually abused You is not known to You, please provide all information that you can remember about that person(s), including identifying all physical features that you can remember (*e.g.*, hair color, eye color, height, weight).

3. Please describe the relationship of the person(s) who abused You to BSA and/or Scouting (*i.e.*, troop master, fellow scout, parent volunteer), and how the Sexual Abuse was related to, or arises out of the activities of, Scouting.

4. To the extent that You were not involved in Scouting at the time of the incident(s) of Sexual Abuse, describe how You came to be involved in the Scouting activity or event where such sexual abuse took place.

5. If you have recovered a repressed memory, identify when you first remembered that you had been sexually abused, along with the event(s) that triggered that memory experience.

6. Identify whether and, if so when, you first sought treatment for the Sexual Abuse, along with the identity of the professional(s) and reasons for Your decision to seek treatment or assistance.

7. State whether You or anyone on Your behalf ever informed BSA or anyone else about the Sexual Abuse or discussed the Sexual Abuse with anyone, when such report(s) or discussions occurred and state what, if anything, resulted from that or those report(s) or discussion(s) concerning Your abuse.

8. To the extent that You have not already done so on the Claim Form You submitted in this case, describe all injuries, harm or damages that You contend You suffered as a result of the Sexual Abuse.

9. State when and how you came to learn that the injuries set for the in Your Claim Form or in Your response to Interrogatory No. 11 were the result of the Sexual Abuse.

10. Identify the case caption, case number, state of filing, named defendants of any prior lawsuits You filed or were filed on Your behalf against BSA, any local council of BSA or any other organization Relating to the Sexual Abuse, and describe the outcome of the lawsuit(s) (*e.g.*, the case settled, defense verdict, case was dismissed without payment).

11. Identify any settlements or other agreements between You and any Person, including BSA, any local council or any other organization, to resolve claims for injury resulting from the Sexual Abuse, including settlement of any of the lawsuits identified in Interrogatory No. 14, and state the amount of each such settlement.

## REQUESTS FOR PRODUCTION

1. All documents, recordings, notes or electronic materials (e.g., e-mails) describing or relating to the incident(s) of the Sexual Abuse, including any reports or complaints to law enforcement, BSA or any other person or entity.

2. All documents, recordings or electronic materials constituting or reflecting any communications that You had with any other person relating to the Sexual Abuse.

3. All Documents Relating to any counseling or other medical or non-medical treatments on account of, or to treat, injuries that You contend resulted from the Sexual Abuse.

4. All Documents Relating to any diagnosis You received in the course of counseling or other medical or non-medical treatments that You received and that relate to the Sexual Abuse.

5. All Documents reflecting or constituting any claim that You have made against any BSA local council or any other sponsoring organization, other than the national BSA organization, on account of the injuries You suffered on account of the Sexual Abuse.

6. All Documents Relating to any prior claim or litigation regarding the Sexual Abuse, including copies of any proofs of claim filed in other bankruptcy cases, and copies of the complaint, any motions filed, discovery responses, document productions, deposition transcripts, verdicts or judgments from any litigation.

7. All formal and informal agreements between You and any person or entity, including BSA, any local council of BSA or any sponsoring organization of BSA, relating to the Sexual Abuse, including settlement agreements.

8. All Documents reflecting payment that You received from any person, including BSA, any local council of BSA or any sponsoring organization of BSA, on account of, or as compensation for, claims for the Sexual Abuse.