<u>EXHIBIT A</u>

BOY SCOUTS OF AMERICA, et al., Bankruptcy Case No. 20-10343 (LSS)

Summary of Fees and Expenses for the Third Interim Period
Interim Fee Application Hearing: February 17, 2021 at 10:00 a.m. (ET)

<u>Debtors' Professionals</u>

<u>Alvarez & Marsal North America, LLC</u>

A. Third Interim Fee Application of Alvarez & Marsal North America, LLC, as Financial Advisor for the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2020 to and Including October 31, 2020 (D.I. 1797, Filed 12/4/20).

    1.    Fifth Monthly Application of Alvarez & Marsal North America, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2020 to and Including August 31, 2020 (D.I. 1357, Filed 9/22/20);

    2.    Certificate of No Objection Regarding the Fifth Monthly Application of Alvarez & Marsal North America, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2020 to and Including August 31, 2020 (D.I. 1453, Filed 10/9/20);

    3.    Sixth Monthly Application of Alvarez & Marsal North America, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from September 1, 2020 to and Including September 30, 2020 (D.I. 1520, Filed 10/14/20);

    4.    Certificate of No Objection Regarding the Sixth Monthly Application of Alvarez & Marsal North America, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from September 1, 2020 to and Including September 30, 2020 (D.I. 1604, Filed 10/30/20);

    5.    Seventh Monthly Application of Alvarez & Marsal North America, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2020 to and Including October 31, 2020 (D.I. 1783, Filed 12/3/20);

    6.    Certificate of No Objection Regarding the Seventh Monthly Application of Alvarez & Marsal North America, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2020 to and Including October 31, 2020 (D.I. 1929, Filed 1/12/21); and

    7.    Fee Examiner's Final Report Regarding Third Quarterly Fee Application of Alvarez & Marsal North America, LLC (D.I. 2153, Filed 2/10/21).

Bates White, LLC

B.     Third Interim Fee Application Request of Bates White, LLC, as Abuse Claims Consultant and Advisor for the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2020 to and Including October 31, 2020 (D.I. 1798, Filed 12/4/20).

     1.     Sixth Monthly Application of Bates White, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2020 to and Including August 31, 2020 (D.I. 1345, Filed 9/18/20);

     2.     Certificate of No Objection Regarding Sixth Monthly Application of Bates White, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2020 to and Including August 31, 2020 (D.I. 1404, Filed 10/5/20);

     3.     Seventh Monthly Application of Bates White, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from September 1, 2020 to and Including September 30, 2020 (D.I. 1575, Filed 10/23/20);

     4.     Certificate of No Objection Regarding the Seventh Monthly Application of Bates White, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from September 1, 2020 to and Including September 30, 2020 (D.I. 1640, Filed 11/9/20);

     5.     Eighth Monthly Application of Bates White, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2020 to and Including October 31, 2020 (D.I. 1774, Filed 12/2/20);

     6.     Certificate of No Objection Regarding the Eighth Monthly Application of Bates White, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2020 to and Including October 31, 2020 (D.I. 2118, Filed 2/8/21); and

     7.     Fee Examiner's Final Report Regarding Third Quarterly Fee Applications of Bates White, LLC (D.I. 2152, Filed 2/10/21).

Haynes and Boone, LLP

C.     Third Interim Fee Application of Haynes and Boone, LLP, as Special Insurance Counsel for the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2020 to and Including October 31, 2020 (D.I. 1769, Filed 12/1/20).

     1.     Fourth Application of Haynes and Boone, LLP for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2020 to August 31, 2020 (D.I. 1349, Filed 9/18/20);

2.      Certificate of No Objection Regarding the Fourth Application of Haynes and Boone, LLP for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2020 to August 31, 2020 (D.I. 1412, Filed 10/6/20);

3.      Fifth Application of Haynes and Boone, LLP for Allowance of Compensation and Reimbursement of Expenses for the Combined Period from September 1, 2020 to October 31, 2020 (D.I. 1662, Filed 11/13/20);

4.      Certificate of No Objection Regarding the Fifth Application of Haynes and Boone, LLP for Allowance of Compensation and Reimbursement of Expenses for the Combined Period from September 1, 2020 to October 31, 2020 (D.I. 1766, Filed 12/1/20); and

5.      Fee Examiner's Final Report Regarding Third Quarterly Fee Application of Haynes and Boone, LLP (D.I. 2146, Filed 2/10/21).

<u>KCIC, LLC</u>

D.      Third Interim Fee Application of KCIC, LLC, for Payment of Compensation and Reimbursement of Expenses as Insurance and Valuation Consultant for the Debtors and Debtors in Possession for the Period from August 1, 2020 to October 31, 2020 (D.I. 1782, Filed 12/3/20).

1.      Fourth Monthly Fee Application of KCIC, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period August 1, 2020 to August 31, 2020 (D.I. 1696, Filed 11/18/20);

2.      Certificate of No Objection Regarding the Fourth Monthly Fee Application of KCIC, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period August 1, 2020 to and Including August 31, 2020 (D.I. 1778, Filed 12/3/20);

3.      Fifth Monthly Fee Application of KCIC, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period September 1, 2020 to and Including September 30, 2020 (D.I. 1759, Filed 11/30/20);

4.      Certificate of No Objection Regarding the Fifth Monthly Fee Application of KCIC, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period September 1, 2020 to and Including September 30, 2020 (D.I. 1851, Filed 12/15/20);

5.      Sixth Monthly Fee Application of KCIC, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period October 1, 2020 to and Including October 31, 2020 (D.I. 1760, Filed 11/30/20);

6.      Certificate of No Objection Regarding the Sixth Monthly Fee Application of KCIC, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period October 1, 2020 to and Including October 31, 2020 (D.I. 1852, Filed 12/15/20); and

7.      Fee Examiner's Final Report Regarding Third Quarterly Fee Application of KCIC, LLC (D.I. 2154, Filed 2/10/21).

Morris, Nichols, Arsht & Tunnell LLC

E.      Third Interim Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Bankruptcy Co-Counsel for the Debtors and Debtors in Possession, for Allowance of Monthly Compensation and for Monthly Reimbursement of All Actual and Necessary Expenses Incurred for the Period August 1, 2020 to and Including October 31, 2020 (D.I. 1923, Filed 1/12/21).

1.      Seventh Monthly Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Bankruptcy Co-Counsel for the Debtors and Debtors in Possession, for Allowance of Monthly Compensation and for Monthly Reimbursement of All Actual and Necessary Expenses Incurred for the Period August 1, 2020 Through August 31, 2020 (D.I. 1699, Filed 11/18/20);

2.      Certificate of No Objection Regarding the Seventh Monthly Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Bankruptcy Co-Counsel for the Debtors and Debtors in Possession, for Allowance of Monthly Compensation and for Monthly Reimbursement of All Actual and Necessary Expenses Incurred for the Period August 1, 2020 Through August 31, 2020 (D.I. 1779, Filed 12/3/20);

3.      Eighth Monthly Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Bankruptcy Co-Counsel for the Debtors and Debtors in Possession, for Allowance of Monthly Compensation and for Monthly Reimbursement of All Actual and Necessary Expenses Incurred for the Period September 1, 2020 Through September 30, 2020 (D.I. 1700, Filed 11/18/20);

4.      Certificate of No Objection Regarding the Eighth Monthly Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Bankruptcy Co-Counsel for the Debtors and Debtors in Possession, for Allowance of Monthly Compensation and for Monthly Reimbursement of All Actual and Necessary Expenses Incurred for the Period September 1, 2020 Through September 30, 2020 (D.I.1780, Filed 12/3/20);

5.      Ninth Monthly Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Bankruptcy Co-Counsel for the Debtors and Debtors in Possession, for Allowance of Monthly Compensation and for Monthly Reimbursement of All Actual and Necessary Expenses Incurred for the Period October 1, 2020 Through October 31, 2020 (D.I. 1873, Filed 12/28/20);

6.      Certificate of No Objection Regarding the Ninth Monthly Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Bankruptcy Co-Counsel for the Debtors and Debtors in Possession, for Allowance of Monthly Compensation and for Monthly Reimbursement of All Actual and Necessary Expenses Incurred for the Period October 1, 2020 Through October 31, 2020 (D.I. 1928, Filed 1/12/21); and

7.      Fee Examiner's Final Report Regarding Third Quarterly Fee Application of Morris, Nichols, Arsht & Tunnell LLP (D.I. 2157, Filed 2/10/21).

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

F.      Third Interim Fee Application Request of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., as Special Litigation Counsel for the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2020 to and Including October 31, 2020 (D.I. 1811, Filed 12/8/20).

1.      Sixth Monthly Application of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2020 to and Including August 31, 2020 (D.I. 1392, Filed 10/1/20);

2.      Certificate of No Objection Regarding the Sixth Monthly Application of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2020 to August 31, 2020 (D.I. 1663, Filed 11/16/20);

3.      Seventh Monthly Application of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. for Allowance of Compensation and Reimbursement of Expenses for the Period from September 1, 2020 to September 30, 2020 (D.I. 1625, Filed 11/3/20);

4.      Certificate of No Objection Regarding the Seventh Monthly Application of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. for Allowance of Compensation and Reimbursement of Expenses for the Period from September 1, 2020 to September 30, 2020 (D.I. 1712, Filed 11/18/20);

5.      Eighth Monthly Application of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2020 to October 31, 2020 (D.I. 1781, Filed 12/3/20);

6.      Certificate of No Objection Regarding the Eighth Monthly Application of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2020 to October 31, 2020 (D.I. 1863, Filed 12/18/20); and

7.      Fee Examiner's Final Report Regarding Third Quarterly Fee Application of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. (D.I. 2147, Filed 2/10/21).

PricewaterhouseCoopers LLP

G.      First Interim Fee Application of PricewaterhouseCoopers LLP for Payment of Compensation and Reimbursement of Expenses as Independent Auditor and Tax Compliance Services Provider to the Debtors for the Period from February 18, 2020 to and October 31, 2020 (D.I. 1922, Filed 1/11/21).

1.      First Combined Monthly Fee Application of PricewaterhouseCoopers LLP for Compensation and Reimbursement of Expenses for the Period from February 18, 2020 Through July 31, 2020 (D.I. 1511, Filed 10/13/20);

2.      Certificate of No Objection Regarding the First Combined Monthly Fee Application of PricewaterhouseCoopers LLP for Compensation and Reimbursement of Expenses for the Period from February 18, 2020 Through July 31, 2020 (D.I. 1593, Filed 10/28/20);

3.      Second Combined Monthly Fee Application of PricewaterhouseCoopers LLP for Compensation and Reimbursement of Expenses for the Period from August 1, 2020 Through September 30, 2020 (D.I. 1552, Filed 10/20/20);

4.      Certificate of No Objection Regarding the Second Combined Monthly Fee Application of PricewaterhouseCoopers LLP for Compensation and Reimbursement of Expenses for the Period from August 1, 2020 Through September 30, 2020 (D.I. 1643, Filed 11/9/20); and

5.      Fee Examiner's Final Report Regarding First Quarterly Fee Application of PricewaterhouseCoopers LLP (D.I. 2158, Filed 2/10/21).

Quinn Emanuel Urquhart & Sullivan, LLP

H.      First Interim Fee Application of Quinn Emanuel Urquhart & Sullivan, LLP, as Special Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2020, Through September 30, 2020 (D.I. 1784, Filed 12/3/20).

1.      First Monthly Fee Application of Quinn Emanuel Urquhart & Sullivan, LLP for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2020, to and Including August 31, 2020 (D.I. 1486, Filed 10/12/20);

2.      Certificate of No Objection Regarding the First Monthly Fee Application of Quinn Emanuel Urquhart & Sullivan, LLP for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2020, to and Including August 31, 2020 (D.I. 1586, Filed 10/27/20);

3.      Second Monthly Fee Application of Quinn Emanuel Urquhart & Sullivan, LLP for Allowance of Compensation and Reimbursement of Expenses for the Period from September 1, 2020, to and Including September 30, 2020 (D.I. 1644, Filed 11/10/20);

4.      Certificate of No Objection Regarding the Second Monthly Fee Application of Quinn Emanuel Urquhart & Sullivan, LLP for Allowance of Compensation and Reimbursement of Expenses for the Period from September 1, 2020, to and Including September 30, 2020 (D.I. 1764, Filed 12/1/20); and

5.      Fee Examiner's Final Report Regarding First Quarterly Fee Application of Quinn Emanuel Urquhart & Sullivan, LLP (D.I. 2163, Filed 2/11/21).

<u>Sidley Austin LLP</u>

I.      Third Interim Fee Application of Sidley Austin LLP, as Attorneys for the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2020 to and Including October 31, 2020 (D.I. 1768, Filed 12/1/20).

      1.      Sixth Monthly Application of Sidley Austin LLP for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2020 to August 31, 2020 (D.I. 1344, Filed 9/18/20);

      2.      Certificate of No Objection Regarding the Sixth Monthly Application of Sidley Austin LLP for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2020 to August 31, 2020 (D.I. 1403, Filed 10/5/20);

      3.      Seventh Monthly Application of Sidley Austin LLP for Allowance of Compensation and Reimbursement of Expenses for the Period from September 1, 2020 to September 30, 2020 (D.I. 1582, Filed 10/27/20);

      4.      Certificate of No Objection Regarding the Seventh Monthly Application of Sidley Austin LLP for Allowance of Compensation and Reimbursement of Expenses for the Period from September 1, 2020 to September 30, 2020 (D.I. 1649, Filed 11/12/20);

      5.      Eighth Monthly Application of Sidley Austin LLP for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2020 to October 31, 2020 (D.I. 1713, Filed 11/18/20);

      6.      Certificate of No Objection Regarding the Eighth Monthly Application of Sidley Austin LLP for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2020 to October 31, 2020 (D.I. 1812, Filed 12/8/20); and

      7.      Fee Examiner's Final Report Regarding Third Quarterly Fee Application of Sidley Austin LLP (D.I. 2150, Filed 2/10/21).

<u>White & Case LLP</u>

J.      First Interim Fee Application of White & Case LLP, as Attorneys for the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period from September 23, 2020 to and Including October 31, 2020 (D.I. 1761, Filed 11/30/20).

      1.      First Monthly Application of White & Case LLP for Allowance of Compensation and Reimbursement of Expenses for the Period from September 23, 2020 to and Including October 31, 2020 (D.I. 1729, Filed 11/23/20);

      2.      Certificate of No Objection Regarding the First Monthly Application of White & Case LLP for Allowance of Compensation and Reimbursement of Expenses for the

Period from September 23, 2020 to and Including October 31, 2020 (D.I. 1810, Filed 12/8/20); and

3.   Fee Examiner's Final Report Regarding First Quarterly Fee Application of White & Case LLP (D.I. 2149, Filed 2/10/21).

<u>EXHIBIT A</u>

BOY SCOUTS OF AMERICA, et al., Bankruptcy Case No. 20-10343 (LSS)

Summary of Fees and Expenses for the Third Interim Period
Interim Fee Application Hearing: February 17, 2021 at 10:00 a.m. (ET)

<u>Tort Committee's Counsel</u>

<u>Pachulski Stang Ziehl & Jones LLP</u>

K.   Third Quarterly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Tort Claimants' Committee for the Period from August 1, 2020 Through October 31, 2020 (D.I. 1920, Filed 1/11/21).

    1.   Sixth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Tort Claimants' Committee for the Period from August 1, 2020 Through August 31, 2020 (D.I. 1376, Filed 9/29/20);

    2.   Certification of No Objection Regarding Sixth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Tort Claimants' Committee for the Period from August 1, 2020 Through August 31, 2020 (D.I. 1555, Filed 10/20/20);

    3.   Seventh Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Tort Claimants' Committee for the Period from September 1, 2020 through September 30, 2020 (D.I. 1756, Filed 11/30/20);

    4.   Certification of No Objection Regarding Seventh Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Tort Claimants' Committee for the Period from September 1, 2020 through September 30, 2020 (D.I. 1849, Filed 12/15/20);

    5.   Eighth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Tort Claimants' Committee for the Period from October 1, 2020 through October 31, 2020 (D.I. 1896, Filed 1/4/21);

    6.   Certification of No Objection Regarding Eighth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Tort Claimants' Committee for the Period from October 1, 2020 through October 31, 2020 (D.I. 1967, Filed 1/21/21); and

    7.   Fee Examiner's Final Report Regarding Third Quarterly Fee Applications of Pachulski Stang Ziehl & Jones LLP (D.I. 2155, Filed 2/10/21).

Pasich LLP

L.      1ST Quarterly Application for Compensation and Reimbursement of Expenses of Pasich LLP, as Insurance Counsel for the Tort Claimants' Committee for the Period from May 12, 2020 Through October 31, 2020 (D.I. 1954, Filed 1/15/21).

        1.      First Monthly (Combined) Application for Compensation and Reimbursement of Expenses of Pasich LLP, as Insurance Counsel for the Tort Claimants' Committee for the Period from May 12, 2020 Through July 31, 2020 (D.I. 1111, Filed 8/18/20);

        2.      Certification of No Objection Regarding First Monthly (Combined) Application for Compensation and Reimbursement of Expenses of Pasich LLP, as Insurance Counsel for the Tort Claimants' Committee for the Period from May 12, 2020 Through July 31, 2020 (D.I. 1232, Filed 9/2/20);

        3.      Second Monthly (Combined) Application for Compensation and Reimbursement of Expenses of Pasich LLP, as Insurance Counsel for the Tort Claimants' Committee for the Period from August 1, 2020 Through October 31, 2020 (D.I. 1688, Filed 11/17/20);

        4.      Certification of No Objection Regarding Second Monthly (Combined) Application for Compensation and Reimbursement of Expenses of Pasich LLP, as Insurance Counsel for the Tort Claimants' Committee for the Period from August 1, 2020 Through October 31, 2020 (D.I. 1808, Filed 12/8/20); and

        5.      Fee Examiner's Final Report Regarding 1ST Quarterly Application for Compensation and Reimbursement of Expenses of Pasich LLP, as Insurance Counsel for the Tort Claimants' Committee for the Period from May 12, 2020 Through October 31, 2020 (D.I. 2145, Filed 2/10/21).

Berkeley Research Group, LLC

M.      Second Quarterly Application for Compensation and Reimbursement of Expenses of Berkeley Research Group LLC, as Financial Advisors to the Tort Claimants' Committee for the Period from May 1, 2020 Through July 31, 2020 (D.I. 1910, Filed 1/6/21).

        1.      Third Monthly Application of Berkeley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisors to the Official Tort Claimants' Committee for the Period from May 1, 2020 Through May 31, 2020 (D.I. 1554, Filed 10/20/20);

        2.      Certification of No Objection Regarding Third Monthly Application of Berkeley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisors to the Official Tort Claimants' Committee for the Period from May 1, 2020 Through May 31, 2020 (D.I. 1646, Filed 11/11/20);

3.      Fourth Monthly Application of Berkeley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisors to the Official Tort Claimants' Committee for the Period from June 1, 2020 Through June 30, 2020 (D.I. 1613, Filed 11/2/20);

4.      Certification of No Objection Regarding Fourth Monthly Application of Berkeley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisors to the Official Tort Claimants' Committee for the Period from June 1, 2020 Through June 30, 2020 (D.I. 1755, Filed 11/30/20);

5.      Fifth Monthly Application of Berkeley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisors to the Official Tort Claimants' Committee for the Period from July 1, 2020 Through July 31, 2020 (D.I. 1614, Filed 11/2/20);

6.      Certification of No Objection Regarding Fifth Monthly Application of Berkeley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisors to the Official Tort Claimants' Committee for the Period from July 1, 2020 Through July 31, 2020 (D.I. 1757, Filed 11/30/20); and

7.      Fee Examiner's Final Report Regarding Second Quarterly Fee Application of Berkeley Research Group, LLC (D.I. 2156, Filed 2/10/21).

<u>EXHIBIT A</u>

BOY SCOUTS OF AMERICA, et al., Bankruptcy Case No. 20-10343 (LSS)

Summary of Fees and Expenses for the Third Interim Period
Interim Fee Application Hearing: February 17, 2021 at 10:00 a.m. (ET)

<u>Official  Committee of Unsecured Creditors</u>

<u>AlixPartners, LLP</u>

N.    Third Interim Fee Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from August 1, 2020 Through October 31, 2020 (D.I. 1795, Filed 12/4/20).

1.    Sixth Monthly Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period August 1, 2020 Through and Including August 31, 2020 (D.I. 1527, Filed 10/15/20);

2.    Certificate of No Objection to Sixth Monthly Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period August 1, 2020 Through and Including August 31, 2020 (D.I. 1608, Filed 10/30/20);

3.    Seventh Monthly Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period September 1, 2020 Through and Including September 30, 2020 (D.I. 1609 Filed 10/30/20);

4.    Certificate of No Objection to Seventh Monthly Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period September 1, 2020 Through and Including September 30, 2020 (D.I. 1691, Filed 11/17/20);

5.    Eighth Monthly Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period October 1, 2020 Through and Including October 31, 2020 (D.I. 1738, Filed 11/25/20);

6.    Certificate of No Objection to Eighth Monthly Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the

Period October 1, 2020 Through and Including October 31, 2020 (D.I. 1856, Filed 12/16/20); and

7.    Fee Examiner's Final Report Regarding Third Quarterly Fee Application of AlixPartners, LLP (D.I. 2148, Filed 2/10/21).

<u>Kramer Levin Naftalis & Frankel LLP</u>

O.    Third Interim Fee Application of Kramer Levin Naftalis & Frankel LLP for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred as Counsel to the Official Committee of Unsecured Creditors of Boy Scouts of America and Delaware BSA, LLC, for the Period from August 1, 2020 through and Including October 31, 2020 (D.I. 1794, Filed 12/4/20).

1.    Sixth Monthly Fee Application of Kramer Levin Naftalis & Frankel LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2020 Through August 31, 2020 (D.I. 1526, Filed 10/15/20);

2.    Certificate of No Objection to Sixth Monthly Fee Application of Kramer Levin Naftalis & Frankel LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2020 Through August 31, 2020 (D.I. 1607, Filed 10/30/20);

3.    Seventh Monthly Fee Application of Kramer Levin Naftalis & Frankel LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from September 1, 2020 Through September 30, 2020 (D.I. 1610, Filed 10/30/20);

4.    Certificate of No Objection to Seventh Monthly Fee Application of Kramer Levin Naftalis & Frankel LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from September 1, 2020 Through September 30, 2020 (D.I. 1690, Filed 11/17/20);

5.    Eighth Monthly Fee Application of Kramer Levin Naftalis & Frankel LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2020 Through October 31, 2020 (D.I. 1737, Filed 11/25/20);

6.    Certificate of No Objection to Eighth Monthly Fee Application of Kramer Levin Naftalis & Frankel LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2020 Through October 31, 2020 (D.I. 1855, Filed 12/16/20); and

7.    Fee Examiner's Final Report Regarding Third Quarterly Fee Application of Kramer Levin Naftalis & Frankel LLP (D.I. 2165, Filed 2/11/21).

EXHIBIT A

BOY SCOUTS OF AMERICA, et al., Bankruptcy Case No. 20-10343 (LSS)

Summary of Fees and Expenses for the Third Interim Period
Interim Fee Application Hearing: February 17, 2021 at 10:00 a.m. (ET)

Future Claimants' Representative

Ankura Consulting Group, LLC

P.     Second Interim Fee Application Request of Ankura Consulting Group, LLC as Consultants to the Legal Representative for Future Claimants for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2020 Through October 31, 2020 (D.I. 1742, Filed 11/30/20).

     1.     Third Monthly Application of Ankura Consulting Group, LLC as Consultants to James L. Patton, Jr., Legal Representative for Future Claimants for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2020 Through September 30, 2020 (D.I. 1721, Filed 11/20/20);

     2.     Certificate of No Objection Regarding Docket No. 1721 (D.I. 1803, Filed 12/8/20);

     3.     Fourth Monthly Application of Ankura Consulting Group, LLC as Consultants to James L. Patton, Jr., Legal Representative for Future Claimants for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2020 Through October 31, 2020 (D.I. 1734, Filed 11/25/20);

     4.     Certificate of No Objection Regarding Docket No. 1734 (D.I. 1816, Filed 12/10/20); and

     5.     Fee Examiner's Final Report Regarding Second Quarterly Fee Application of Ankura Consulting Group, LLC (D.I. 2164, Filed 2/11/21).

Gilbert, LLP

Q.     Second Interim Fee Application of Gilbert LLP, Insurance Counsel to Future Claimants' Representative, for Allowance of Compensation and Reimbursement of Expenses for the Period August 1, 2020 Through October 31, 2020 (D.I. 1743, Filed 11/30/20).

     1.     Fourth Monthly Fee Application of Gilbert LLP as Insurance Counsel to the Legal Representative for Future Claimants for Allowance of Compensation and Reimbursement of Expenses for the Period August 1, 2020 Through August 31, 2020 (D.I. 1352, Filed 9/21/20);

     2.     Certificate of No Objection Regarding Docket No. 1352 (D.I. 1414, Filed 10/6/20);

3.      Fifth Monthly Fee Application of Gilbert LLP as Insurance Counsel to the Legal Representative for Future Claimants for Allowance of Compensation and Reimbursement of Expenses for the Period September 1, 2020 Through September 30, 2020 (D.I. 1561, Filed 10/22/20);

4.      Certificate of No Objection Regrading Docket No. 1561 (D.I. 1636, Filed 11/6/20);

5.      Sixth Monthly Fee Application of Gilbert LLP as Insurance Counsel to the Legal Representative for Future Claimants for Allowance of Compensation and Reimbursement of Expenses for the Period October 1, 2020 Through October 31, 2020 (D.I. 1720, Filed 11/20/20)

6.      Certificate of No Objection Regrading Docket No. 1720 (D.I. 1802, Filed 12/8/20), and

7.      Fee Examiner's Final Report Regarding Second Quarterly Fee Application of Gilbert LLP (D.I. 2162, Filed 2/11/21).

James L. Patton, Jr. and Young Conaway Stargatt & Taylor, LLP

R.      Combined Third Interim Fee Application Request of James L. Patton, Jr. as the Legal Representative for Future Claimants and Young Conaway Stargatt & Taylor, LLP as Counsel to the Legal Representative for Future Claimants for Allowance of Compensation and Reimbursement of Expenses for the Period From August 1, 2020 Through October 31, 2020 (D.I. 1741, Filed 11/30/20).

1.      Combined Fifth Monthly Application of James L. Patton, Jr. as the Legal Representative for Future Claimants and Young Conaway Stargatt & Taylor, LLP as Counsel to the Legal Representative for Future Claimants for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2020 Through August 31, 2020 (D.I. 1339, Filed 9/17/20);

2.      Certificate of No Objection Regarding Docket No. 1339 (D.I. 1413, Filed 10/6/20);

3.      Combined Sixth Monthly Application of James L. Patton, Jr. as the Legal Representative for Future Claimants and Young Conaway Stargatt & Taylor, LLP as Counsel to the Legal Representative for Future Claimants for Allowance of Compensation and Reimbursement of Expenses for the Period from September 1, 2020 Through September 30, 2020 (D.I. 1560, Filed 10/22/20);

4.      Certificate of No Objection Regrading Docket No. 1560 (D.I. 1635, Filed 11/5/20);

5.      Combined Seventh Monthly Application of James L. Patton, Jr. as the Legal Representative for Future Claimants and Young Conaway Stargatt & Taylor, LLP as Counsel to the Legal Representative for Future Claimants for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2020 Through October 31, 2020 (D.I. 1722, Filed 11/20/20);

6.      Certificate of No Objection Regrading Docket No. 1722 (D.I. 1804, Filed 12/8/20); and

7.      Fee Examiner's Final Report Regarding Combined Third Quarterly Fee Application of the Legal Representative for Future Claimants and Young Conaway Stargatt & Taylor, LLP (D.I. 2151, Filed 2/10/21).