IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

| | | |
|---|---|---|
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC[1], Debtors | : : : : : : : : : : : : : | Chapter 11<br>Case No. 20-10343-LSS<br><br>Jointly Administered<br><br>**Ref. Docket No. 2029**<br><br>**Objection Deadline:**<br>February 10, 2021 at 4:00 p.m.<br>**Hearing Date:**<br>February 17, 2021 at 10:00 a.m. |

**JOINDER BY TRAVELERS CASUALTY AND SURETY COMPANY, INC. (FKA AETNA CASUALTY & SURETY COMPANY), ST. PAUL SURPLUS LINE INSURANCE COMPANY AND GULF INSURANCE COMPANY TO CENTURY'S MOTION TO COMPEL ICHOR CONSULTING, LLC TO SUBMIT THE DISCLOSURES REQUIRED BY FEDERAL RULE OF BANKUPTCY PROCEDURE 2019**

Travelers Casualty and Surety Company, Inc. (f/k/a Aetna Casualty & Surety Company), St. Paul Surplus Lines Insurance Company, and Gulf Insurance Company ("Travelers"), by and through undersigned counsel, hereby submits the following joinder (the "Joinder") in support of *Century's Motion to Compel Ichor Consulting, LLC to Submit the Disclosures Required by Federal Rule of Bankruptcy Procedure 2019* [ECF No. 2029] (the "Motion to Compel") and states as follows:

On February 3, 2021, Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Westchester Fire Insurance Company and Westchester Surplus

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Lane, Irving Texas 75038

Lines Insurance Company (collectively "Century") filed the Motion to Compel. Travelers hereby joins in the Motion to Compel and the relief sought by Century in the Motion to Compel.

WHEREFORE, Travelers Casualty and Surety Company, Inc. (f/k/a Aetna Casualty & Surety Company), St. Paul Surplus Lines Insurance Company, and Gulf Insurance Company ("Travelers"), respectfully requests that the Court enter an order (i) granting the relief requested in the Motion to Compel, and (ii) granting such other and further relief as is just and proper.

REGER RIZZO & DARNALL LLP

*/s/ Louis J. Rizzo, Jr., Esquire*
Louis J. Rizzo, Jr., Esquire (#3374)
1521 Concord Pike, Suite 305
Brandywine Plaza West
Wilmington, DE 19803
(302) 477-7100
Email:  lrizzo@regerlaw.com

*Attorney for Defendants,*
*Travelers Casualty and Surety Company,*
*Inc. (f/k/a Aetna Casualty & Surety*
*Company), St. Paul Surplus Lines Insurance*
*Company and Gulf Insurance Company*

Dated:  February 11, 2021