IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| BOY SCOUTS OF AMERICA AND | § | |
| DELAWARE BSA, LLC, *et al.* | § | CASE NO. 20-10343 (LSS) |
| | § | |
| | § | (Jointly Administered) |
| Debtors. | § | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Cameron Moxley to represent the Coalition of Abused Scouts for Justice in this action.

*/s/ Rachel B. Mersky*
Rachel B. Mersky (DE#2049)
MONZACK MERSKY AND BROWDER, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE  19801
(302) 656-8162(T)    (302) 656-2769(F)
rmersky@monlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of <u>New York</u> and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

*/s/ Cameron Moxley*
Cameron Moxley
BROWN RUDNICK LLP
Seven Times Square
New York, NY 10036
(212) 209-4909(T)  (212) 938-2919 (F)
DMoxley@brownrudnick.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is GRANTED.

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

**Dated: February 11th, 2021**
**Wilmington, Delaware**

{00221840-1}