**EXHIBIT A**

**COMPENSATION BY PROJECT CATEGORY**

**BOY SCOUTS OF AMERICA**
**(Case No. 20-10343 (LSS))**

**December 1, 2020, through December 31, 2020**

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Case Administration | 0.50 | 214.00 |
| Automatic Stay Matters | 3.90 | 1,787.00 |
| Creditor Communications and Meetings | 3.00 | 1,022.50 |
| Fee Applications (MNAT - Filing) | 9.00 | 4,153.50 |
| Fee Applications (Others - Filing) | 35.20 | 14,111.50 |
| Executory Contracts/Unexpired Leases | 0.20 | 102.00 |
| Other Contested Matters | 6.40 | 3,203.00 |
| Court Hearings | 13.10 | 5,318.00 |
| Claims Objections and Administration | 4.10 | 2,320.00 |
| Plan and Disclosure Statement | 1.80 | 1,374.50 |
| Litigation/Adversary Proceedings | 7.00 | 3,282.00 |
| Professional Retention (Others - Filing) | 5.60 | 2,674.00 |
| General Case Strategy | 1.40 | 734.00 |
| Schedules/SOFA/U.S. Trustee Reports | 0.50 | 202.50 |
| **TOTAL** | **91.70** | **$40,498.50** |

**Time Detail**

**Task Code:**    B110    Case Administration

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 12/03/20 | Reimann, Glenn | Email communications with chambers regarding unredacted abuse victim letters. | 0.2 | 67.00 |
| 12/10/20 | Reimann, Glenn | Email communications with P. Topper and E. Moats regarding CNOs for the JLL motion and the 2004 motion. | 0.2 | 67.00 |
| 12/12/20 | Remming, Andrew | review email from J. ONeill re filing | 0.1 | 80.00 |
| | | **Total** | **0.5** | **214.00** |

**Task Code:**    B140    Automatic Stay Matters

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 12/11/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of certificates (.1); prepare & efile Certificate of No Objection Regarding Wilson Settlement Agreement (.3). | 0.4 | 126.00 |
| 12/11/20 | Moats, Eric | Email exchange w/ M. Linder and B. Warner re: Wilson and Worley motions and CNOs for same. | 0.2 | 107.00 |
| 12/11/20 | Moats, Eric | Review Wilson and Worley CNOs and email exchange w/ T. Naimoli re: filing of same. | 0.2 | 107.00 |
| 12/11/20 | Naimoli, Theresa M. | Prepare & efile Certificate of No Objection Regarding Worley Settlement Agreement | 0.3 | 94.50 |
| 12/14/20 | Malafronti, Emily | Upload order re Worley Settlement Motion | 0.2 | 67.00 |
| 12/14/20 | Malafronti, Emily | Upload order re Wilson Settlement Motion | 0.2 | 67.00 |
| 12/28/20 | Abbott, Derek C. | review settlement motion drafts | 0.1 | 92.50 |
| 12/29/20 | Topper, Paige | Email to M. Linder, B. Warner, D. Abbott and E. Moats re: comments to Henderson settlement motion and filing under seal. | 0.2 | 102.00 |
| 12/29/20 | Topper, Paige | Review and revise Gordon settlement agreement and email to M. Linder, B. Warner, E. Moats and D. Abbott re: comments to same. | 0.5 | 255.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 12/29/20 | Topper, Paige | Finalize Henderson and Gordon settlement motions and related notices (.2) and emails with M. Hall re: filing and service of same (.1). | 0.3 | 153.00 |
| 12/29/20 | Topper, Paige | Review and revise Henderson Settlement Motion. | 0.5 | 255.00 |
| 12/29/20 | Reimann, Glenn | Draft notices for motions regarding Henderson settlement, Gordon settlement motions, and to extend removal period. | 0.6 | 201.00 |
| 12/30/20 | Remming, Andrew | review Henderson settlement motion | 0.1 | 80.00 |
| 12/30/20 | Remming, Andrew | review Gordon settlement motion | 0.1 | 80.00 |
| | | **Total** | **3.9** | **1,787.00** |

**Task Code:**      B150      Creditor Communications and Meetings

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 12/09/20 | Reimann, Glenn | Email communications with Omni, P. Topper, and E. Moats regarding tort claimants calls | 0.2 | 67.00 |
| 12/14/20 | Topper, Paige | Emails with counsel for Anchorage Presbytery Church re: proof of claim. | 0.1 | 51.00 |
| 12/28/20 | Reimann, Glenn | Email communications with P. Topper and E. Moats regarding claimant voicemail. | 0.1 | 33.50 |
| 12/29/20 | Reimann, Glenn | Email communications with P. Topper and E. Moats regarding claimant voicemails. | 1.6 | 536.00 |
| 12/30/20 | Reimann, Glenn | Email communications with P. Topper and E. Moats regarding claimant voicemails. | 0.3 | 100.50 |
| 12/31/20 | Reimann, Glenn | Email communications with P. Topper and E. Moats regarding claimant voicemails. | 0.7 | 234.50 |
| | | **Total** | **3.0** | **1,022.50** |

**Task Code:**      B160      Fee Applications (MNAT - Filing)

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 12/01/20 | Topper, Paige | Confer with A. Remming re: Morris Nichols' October monthly fee application. | 0.2 | 102.00 |

3

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 12/01/20 | Abbott, Derek C. | review fee examiner report re: MNAT 1st and 2d quarterly fee apps | 0.6 | 555.00 |
| 12/01/20 | Remming, Andrew | office conf w/ PNT re monthly fee app | 0.2 | 160.00 |
| 12/02/20 | Vale, Desiree | Draft MNAT Third Interim Fee Application | 1.0 | 335.00 |
| 12/03/20 | Moats, Eric | Phone call w/ J. Rucki and D. Abbott (in part) re: fee examiner MNAT initial report. | 0.4 | 214.00 |
| 12/03/20 | Moats, Eric | Follow up phone call w/ D. Abbott re: fee examiner MNAT initial report phone call. | 0.1 | 53.50 |
| 12/03/20 | Moats, Eric | Phone call w/ P. Topper re: MNAT initial fee examiner report. | 0.2 | 107.00 |
| 12/03/20 | Vale, Desiree | E-file CNOs (2) re MNAT August and September Fee Applications | 0.4 | 134.00 |
| 12/03/20 | Abbott, Derek C. | discussion w/Moats, Rucki re: Rucki fee application reports (.4); follow up call w/ E. Moats re: same (.1) | 0.5 | 462.50 |
| 12/03/20 | Remming, Andrew | review and respond to email from D. Abbott re fee examiner report | 0.1 | 80.00 |
| 12/03/20 | Vale, Desiree | Draft MNAT October Fee Application | 0.5 | 167.50 |
| 12/03/20 | Vale, Desiree | Draft CNOs (2) to MNAT Seventh and Eighth Fee Applications (.4) correspondence with P. Topper and D. Abbott re same (.1) | 0.5 | 167.50 |
| 12/11/20 | Malafronti, Emily | File MNAT fee examiner report | 0.1 | 33.50 |
| 12/23/20 | Vale, Desiree | Draft MNAT October Fee Application | 0.8 | 268.00 |
| 12/23/20 | Topper, Paige | Review and revise Morris Nichols fee application. | 0.4 | 204.00 |
| 12/28/20 | Topper, Paige | Review and revise further revised Morris Nichols October fee application and email to D. Vale re: notice of same and filing. | 0.3 | 153.00 |
| 12/28/20 | Vale, Desiree | Draft MNAT Third Interim Fee Application | 1.6 | 536.00 |
| 12/28/20 | Vale, Desiree | Update MNAT Ninth Fee application (.1) e-file the same (.2) coordinate service and submit LEDES files to UST and fee examiner (.2) | 0.5 | 167.50 |
| 12/28/20 | Vale, Desiree | Update MNAT Ninth Fee application (.2) draft Notice re the same (.1) | 0.3 | 100.50 |
| 12/31/20 | Topper, Paige | Review third interim fee application. | 0.3 | 153.00 |

4

|  |  |  | **Total** | **9.0** | **4,153.50** |
|--|--|--|--|--|--|

**Task Code:**    B165    Fee Applications (Others - Filing)

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 12/01/20 | Topper, Paige | Emails with E. Moats re: C. Bingelli email re: Ogletree fee application. | 0.1 | 51.00 |
| 12/01/20 | Topper, Paige | Review CNO re: Quinn Emanuel monthly fee application and email to D. Vale re: filing same. | 0.1 | 51.00 |
| 12/01/20 | Topper, Paige | Review and finalize Haynes & Boone third interim application and email to T. Naimoli re: filing and service of same. | 0.3 | 153.00 |
| 12/01/20 | Vale, Desiree | E-file CNO re Haynes & Boone Fifth Fee Application (.2) correspondence with Alvarez Marsal, E. Moats, and P. Topper re same (.1) | 0.3 | 100.50 |
| 12/01/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of fee application (.1); prepare & efile Third Interim Fee Application of Sidley Austin LLP for the Period August 1, 2020 through October 31, 2020 (.2) | 0.3 | 94.50 |
| 12/01/20 | Vale, Desiree | Review and respond e-mail from Quinn Emanuel re CNO to September Fee Application e-filing (.1) update and e-file the same (.3) | 0.4 | 134.00 |
| 12/01/20 | Vale, Desiree | Draft CNO re Haynes and Boone Combined Sept-Oct Fee Application | 0.3 | 100.50 |
| 12/01/20 | Moats, Eric | Phone call w/ J. Rucki re: fee reports, timing for interim fee hearings, and status of upcoming interims. | 0.4 | 214.00 |
| 12/01/20 | Naimoli, Theresa M. | Review and respond to email from P. Topper re filing and service of fee application (.1); prepare & efile Third Interim Fee Application of Haynes and Boone, LLP for the Period August 1, 2020 through October 31, 2020 (.4) | 0.5 | 157.50 |
| 12/01/20 | Moats, Eric | Email exchange w/ M. Murphy re: Bates White 3rd interim fee app. | 0.2 | 107.00 |
| 12/01/20 | Moats, Eric | Review Sidley 3rd interim fee app (.2); email exchange w/ T. Labuda re: responses to UST guidelines re: same (.2); and coordinate w/ T. Naimoli re: filing and service of same (.1). | 0.5 | 267.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 12/02/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of fee application (.1); prepare & efile Eighth Monthly Application of Bates White, LLC for the Period October 1, 2020 through October 31, 2020 (.2) | 0.3 | 94.50 |
| 12/02/20 | Moats, Eric | Review Bates White October fee app (.1) and coordinate w/ T. Naimoli re: filing and service of same (.1). | 0.2 | 107.00 |
| 12/03/20 | Moats, Eric | Phone call w/ C. Green re: HB interim fee apps and fee examiner reports. | 0.3 | 160.50 |
| 12/03/20 | Moats, Eric | Review Ogletree fee app (.1); and coordinate w/ T. Naimoli re: filing and service of same (.1). | 0.2 | 107.00 |
| 12/03/20 | Moats, Eric | Review KCIC Third Interim Fee App (.2); and coordinate w/ T. Naimoli re: filing and service of same (.1). | 0.3 | 160.50 |
| 12/03/20 | Moats, Eric | Email exchange w/ J. Rucki re: MNAT initial fee report. | 0.1 | 53.50 |
| 12/03/20 | Vale, Desiree | Draft Second Interim Fee Hearing Schedule A (Debtors, Tort, UCC, and Future Claimants professionals) | 2.5 | 837.50 |
| 12/03/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of fee application (.1); prepare & efile Eighth Monthly Application of Ogletree, Deakins, Nash, Smoak & Stewart, P.C for the Period from October 1, 2020 to October 31, 2020 (.3) | 0.4 | 126.00 |
| 12/03/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of fee application (.1); prepare & efile Seventh Monthly Application of Alvarez & Marsal North America, LLC for the Period October 1, 2020 through October 31, 2020 (.5) | 0.6 | 189.00 |
| 12/03/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of fee application (.1); prepare & efile Third Interim Fee Application Request of KCIC, as Insurance and Valuation Consultant for the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period August 1, 2020 through October 31, 2020 (.2) | 0.3 | 94.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 12/03/20 | Moats, Eric | Review A&M October fee app (.2); email exchange w/ C. Bingelli re: same (.1); and email exchange w/ T. Naimoli re: filing and service of same (.1). | 0.4 | 214.00 |
| 12/03/20 | Vale, Desiree | Draft CNOs (2) for KCIC August Fee Application (.2) and for Sidley Eighth Fee Application (.2) correspondence with each professional (.1) | 0.5 | 167.50 |
| 12/03/20 | Vale, Desiree | E-file CNO re KCIC August Fee Application (.2) correspondence with professionals and Alvarez Marsal re same (.1) | 0.3 | 100.50 |
| 12/04/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of fee application (.1); prepare & efile Third Interim Fee Application Request of Bates White, LLC for the Period August 1, 2020 through October 31, 2020 (.3) | 0.4 | 126.00 |
| 12/04/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of fee application (.1); prepare & efile Third Interim Fee Application of Alvarez & Marsal North America, LLC for the Period August 1, 2020 through October 31, 2020 (.4) | 0.5 | 157.50 |
| 12/04/20 | Vale, Desiree | Revise Second Interim Fee Hearing Schedule A (Debtors, Tort, UCC, and Future Claimants professionals) (.5) prepare chambers fee hearing binders (.5) | 1.0 | 335.00 |
| 12/04/20 | Moats, Eric | Review A&M Third Interim fee app (.2); and email exchange w/ T. Naimoli re: filing and service of same (.1). | 0.2 | 107.00 |
| 12/04/20 | Moats, Eric | Review Bates White Third Interim Fee App (.1) and email exchange w/ T. Naimoli re: filing and service of same (.1). | 0.2 | 107.00 |
| 12/07/20 | Moats, Eric | Review and revise Ogletree third interim fee app; (.3); email exchange w/ B. Warner and P. Topper re: same (.1). | 0.4 | 214.00 |
| 12/07/20 | Moats, Eric | Review interim fee exhibit and email exchange w/ D. Vale re: same. | 0.2 | 107.00 |
| 12/07/20 | Vale, Desiree | Update Exhibit A - Second Interim Fee Hearing Binder (1.0) prepare binders for 15 Professionals to de delivered to chambers for Fee Hearing (2.0) | 3.0 | 1,005.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 12/08/20 | Vale, Desiree | Review and respond e-mail from E. Moats re Updates to Schedule A for Second Interim Fee Hearing (.1) Update same (.4) | 0.5 | 167.50 |
| 12/08/20 | Vale, Desiree | Draft CNO to White & Case First Fee Application | 0.3 | 100.50 |
| 12/08/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing of certificate (.1); prepare & efile Certificate of No Objection Regarding First Monthly Application of White & Case LLP for the Period from September 23, 2020 to and Including October 31, 2020 (.1) | 0.2 | 63.00 |
| 12/08/20 | Moats, Eric | Revise Ogletree third interim fee app re: comments from B. Warner and K. Davis (.3); and coordinate w/ T. Naimoli re: filing and service of same (.1). | 0.4 | 214.00 |
| 12/08/20 | Moats, Eric | Phone call w/ J. Lucas re: fee examiner reports. | 0.3 | 160.50 |
| 12/08/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing of certificate (.1); prepare & efile Certificate of No Objection Regarding Eighth Monthly Application of Sidley Austin LLP for the Period October 1, 2020 through October 31, 2020 (.1) | 0.2 | 63.00 |
| 12/08/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of fee application (.1); prepare & efile Third Interim Fee Application Request of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. for the Period August 1, 2020 through October 31, 2020 (.3) | 0.4 | 126.00 |
| 12/08/20 | Moats, Eric | Review Sidley October fee app CNO and coordinate w/ T. Naimoli re: filing and service of same. | 0.1 | 53.50 |
| 12/08/20 | Moats, Eric | Phone call w/ T. Labuda re: Sidley interim fees and initial fee examiner report. | 0.4 | 214.00 |
| 12/08/20 | Moats, Eric | Review W&C CNO; email exchange w/ M. Linder re: same; and coordinate for filing of same. | 0.1 | 53.50 |
| 12/09/20 | Vale, Desiree | Draft Omnibus Order re Second Interim Fee Hearing | 1.0 | 335.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 12/09/20 | Moats, Eric | Review BR staffing report and coordinate w/ D. Vale re: filing and service of same. | 0.3 | 160.50 |
| 12/09/20 | Vale, Desiree | Update Schedule A - Second Interim Fee Hearing Physical Binder (.4) Update binders for 15 professionals (.5) coordinate delivery to chambers (.1) | 1.0 | 335.00 |
| 12/10/20 | Moats, Eric | Phone call w/ B. Griggs re: fee examiner initial report and conversation re: same. | 0.2 | 107.00 |
| 12/10/20 | Moats, Eric | Phone call w/ J. Rucki re: omnibus fee hearing, status of reports, and logistics for filing of reports. | 0.3 | 160.50 |
| 12/11/20 | Malafronti, Emily | File Sidley fee examiner report | 0.1 | 33.50 |
| 12/11/20 | Malafronti, Emily | Send service email re fee examiner reports | 0.1 | 33.50 |
| 12/11/20 | Malafronti, Emily | File AlexPartners fee examiner report | 0.1 | 33.50 |
| 12/11/20 | Malafronti, Emily | File Ogletree fee examiner report | 0.1 | 33.50 |
| 12/11/20 | Malafronti, Emily | File Reed Smith fee examiner report | 0.1 | 33.50 |
| 12/11/20 | Malafronti, Emily | File Gilbert fee examiner report | 0.1 | 33.50 |
| 12/11/20 | Malafronti, Emily | File Haynes & Boone fee examiner report | 0.1 | 33.50 |
| 12/11/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of reports (.1); prepare & efile Fee Examiner's Final Report Regarding Young Conaway Stargatt & Taylor's Combined First and Second Quarterly Fee Applications (.1) | 0.1 | 31.50 |
| 12/11/20 | Naimoli, Theresa M. | Prepare & efile Fee Examiner's Final Report Regarding Berkeley Research Group's First Quarterly Fee Application | 0.1 | 31.50 |
| 12/11/20 | Naimoli, Theresa M. | Prepare & efile Fee Examiner's Final Report Regarding Bates White's First and Second Quarterly Fee Applications | 0.1 | 31.50 |
| 12/11/20 | Moats, Eric | Email exchange w/ J. Rucki re: filing of fee examiner final reports (.2); email exchange w/ E. Malafronti and Omni re: filing and service of same (.2). | 0.4 | 214.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 12/12/20 | Vale, Desiree | Update Schedule A for Interim Fee Hearing with Fee Examiner's Final Reports (.6) Update Omnibus Order with Fee Examiners Reports (.4) | 1.0 | 335.00 |
| 12/14/20 | Moats, Eric | Phone call w/ C. Bingelli re: A&M fee examiner report. | 0.2 | 107.00 |
| 12/14/20 | Moats, Eric | Phone call w/ J. Rucki re: final fee reports. | 0.1 | 53.50 |
| 12/14/20 | Moats, Eric | Phone call w/ C. Green re: second omnibus fee hearing and Haynes and Boone fee authorizations. | 0.2 | 107.00 |
| 12/14/20 | Topper, Paige | Confer with D. Vale re: revisions to fee binders. | 0.2 | 102.00 |
| 12/14/20 | Topper, Paige | Review final fee examiner reports for Ankura, Pachulski and KCIC and emails with C. Hare re: filing same. | 0.2 | 102.00 |
| 12/14/20 | Vale, Desiree | Update Schedule A to include Fee Examiner's Final Reports (.3) Prepare and submit to chambers to update physical fee binders (.4) | 0.7 | 234.50 |
| 12/14/20 | Vale, Desiree | Update Omnibus Order with Fee Examiner's Final Reports for all professionals | 1.2 | 402.00 |
| 12/15/20 | Vale, Desiree | Draft CNOs to KCIC Fifth and Sixth Fee Applications (.4) correspondence with professionals re same (.1) | 0.5 | 167.50 |
| 12/15/20 | Naimoli, Theresa M. | Review and respond to email from D. Vale & E. Moats re filing of certificates (.1); prepare & efile Certificate of No Objection Regarding Fifth Monthly Fee Application of KCIC, LLC for the Period September 1, 2020 through September 30, 2020 (.2) | 0.3 | 94.50 |
| 12/15/20 | Naimoli, Theresa M. | Prepare and efile Certificate of No Objection Regarding Sixth Monthly Fee Application of KCIC, LLC for the Period October 1, 2020 through October 31, 2020 (.2) | 0.2 | 63.00 |
| 12/16/20 | Moats, Eric | Review omnibus fee order and revise same. | 0.5 | 267.50 |
| 12/16/20 | Moats, Eric | Email Debtor, TCC, UCC, and FCR professionals re: omnibus fee order, review of same, and timing for filing of same under COC. | 0.3 | 160.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 12/16/20 | Vale, Desiree | Correspondence with Alvarez Marsal re processing of KCIC September and October CNOs | 0.2 | 67.00 |
| 12/17/20 | Moats, Eric | Further revisions to omnibus fee order re: comments from C. Bingelli and FCR counsel. | 0.5 | 267.50 |
| 12/17/20 | Moats, Eric | Phone call w/ C. Bingelli re: fee order and revisions. | 0.3 | 160.50 |
| 12/17/20 | Moats, Eric | Email D. Buchbinder, H. McCollum, and J. Rucki re: omnibus fee order. | 0.2 | 107.00 |
| 12/18/20 | Vale, Desiree | E-file CNO to Ogletree October Fee Application (.2) correspondence with Alvarez & Marsal and Ogletree re the same (.1) | 0.3 | 100.50 |
| 12/18/20 | Moats, Eric | Email exchange w/ C. Green re: omnibus fee order, upcoming monthly fee applications, and required information to fee examiner and U.S. Trustee re: fees. | 0.2 | 107.00 |
| 12/21/20 | Vale, Desiree | Update Omnibus Third Fee Order | 0.3 | 100.50 |
| 12/22/20 | Moats, Eric | Review revised omnibus fee order re: comments from counsel for FCR and fee examiner. | 0.3 | 160.50 |
| 12/22/20 | Moats, Eric | Email exchange w/ R. Ringer and K. Morales re: UCC fees for omnibus fee order. | 0.1 | 53.50 |
| 12/22/20 | Vale, Desiree | Review and respond e-mail from E. Moats re Sidley Ninth Fee Application e-filing (.1) draft Notice (.1) prepare and e-file the same (.3) | 0.5 | 167.50 |
| 12/22/20 | Moats, Eric | Email exchange w/ J. Rucki re: revisions to omnibus fee order. | 0.1 | 53.50 |
| 12/22/20 | Moats, Eric | Review Sidley November fee app (.1); email exchange w/ D. Lutes re: same (.1); and email exchange w/ D. Vale re: filing and service of same (.1). | 0.3 | 160.50 |
| 12/23/20 | Vale, Desiree | E-file CoC re Third Omnibus Order (.4) coordinate documentation delivery to chambers (.1) | 0.5 | 167.50 |
| 12/23/20 | Moats, Eric | Draft COC re: omnibus interim fee app order. | 0.5 | 267.50 |
| 12/28/20 | Vale, Desiree | Draft notice to H&B Sixth Fee Application (.2) Prepare Application and e-file (.2) coordinate service (.1) | 0.5 | 167.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 12/28/20 | Moats, Eric | Review Haynes and Boone fee application and email exchange w/ D. Vale re: filing and service of same. | 0.3 | 160.50 |
| 12/28/20 | Moats, Eric | Email exchange w/ C. Green re: Haynes and Boone fee app and filing of same. | 0.1 | 53.50 |
| 12/30/20 | Malafronti, Emily | File and coordinate service White & Case Fee Application | 0.3 | 100.50 |
| 12/30/20 | Malafronti, Emily | Serve OCP Statement | 0.1 | 33.50 |
| 12/30/20 | Moats, Eric | Email exchange w/ C. Bingelli, P. Topper, M. Linder, B. Warner, and R. Walsh re: OCP quarterly statement. | 0.1 | 53.50 |
| 12/30/20 | Moats, Eric | Email exchange w/ C. Bingelli re: omnibus fee order and status. | 0.1 | 53.50 |
| 12/30/20 | Moats, Eric | Review OCP quarterly statement, draft notice, and email exchange w/ E. Malafronti re: filing and service of same. | 0.3 | 160.50 |
| 12/30/20 | Moats, Eric | Review W&C November fee app (.2) and supplement Boelter declaration (.2) and email exchange w/ E. Malafronti re: filing and service of same (.1). | 0.5 | 267.50 |
| 12/30/20 | Malafronti, Emily | File Notice of Quarterly OCP Statement | 0.2 | 67.00 |
| | | **Total** | **35.2** | **14,111.50** |

**Task Code:**    B185    Executory Contracts/Unexpired Leases

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 12/01/20 | Topper, Paige | Respond to C. Tuffey re: questions on motions to assume or reject and review Bankruptcy Rules and Local Rules re: same. | 0.2 | 102.00 |
| | | **Total** | **0.2** | **102.00** |

**Task Code:**    B190    Other Contested Matters

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 12/02/20 | Moats, Eric | Call with P. Topper re: 2004 motion, Newson adversary proceeding, Century appeal and related matters | 0.2 | 107.00 |
| 12/02/20 | Moats, Eric | Call with P. Topper re: 2004 motion. | 0.1 | 53.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 12/02/20 | Naimoli, Theresa M. | Review and respond to email from P. Topper re filing and service of motion (.1); prepare & efile Debtors' Motion for Entry of an Order Directing Certain Insurers to Produce Documents Pursuant to Rule 2004 (1.1) | 1.2 | 378.00 |
| 12/02/20 | Abbott, Derek C. | call w/Topper re: 2004 issues and adversary complaint | 0.2 | 185.00 |
| 12/02/20 | Abbott, Derek C. | call w/Topper re: insurance 2004 motion | 0.1 | 92.50 |
| 12/02/20 | Abbott, Derek C. | review draft 2004 motion | 0.1 | 92.50 |
| 12/02/20 | Topper, Paige | Call with D. Abbott re: 2004 motion and Newson adversary proceeding complaint. | 0.2 | 102.00 |
| 12/02/20 | Topper, Paige | Calls (x2) with D. Abbott re: 2004 motion. | 0.1 | 51.00 |
| 12/02/20 | Topper, Paige | Call with C. Green re: 2004 motion (.1) and email to C. Green re: responses to questions re: same (.1). | 0.2 | 102.00 |
| 12/02/20 | Topper, Paige | Call with E. Moats re: 2004 motion, Newson adversary proceeding, Century appeal and related matters. | 0.2 | 102.00 |
| 12/02/20 | Topper, Paige | Review and finalize 2004 motion for filing. | 0.7 | 357.00 |
| 12/02/20 | Topper, Paige | Call with E. Moats re: 2004 motion. | 0.1 | 51.00 |
| 12/03/20 | Reimann, Glenn | Email communications with Omni and P. Topper regarding 2004 motion | 0.2 | 67.00 |
| 12/07/20 | Moats, Eric | Further phone call w/ A. Azer re: 2004 motion amendments. | 0.1 | 53.50 |
| 12/07/20 | Moats, Eric | Phone call w/ D. Abbott re: 2004 motion amendment and procedures for same. | 0.2 | 107.00 |
| 12/07/20 | Moats, Eric | Phone call w/ P. Topper re: 2004 motion amendment and notice. | 0.2 | 107.00 |
| 12/07/20 | Abbott, Derek C. | call w/Moats re: 2004 motion | 0.2 | 185.00 |
| 12/07/20 | Moats, Eric | Phone call w/ A. Azer and C. Green re: 2004 motion amendment. | 0.3 | 160.50 |
| 12/07/20 | Topper, Paige | Call with E. Moats re: 2004 motion. | 0.2 | 102.00 |
| 12/09/20 | Moats, Eric | Email exchange w/ A. Azer re: Rule 2004 amended motion status. | 0.1 | 53.50 |
| 12/10/20 | Malafronti, Emily | File Notice of Withdrawal re Rule 2004 | 0.2 | 67.00 |

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 12/10/20 | Moats, Eric | Revise notice of withdrawal re: 2004 motion and coordinate w/ E. Malafronti re: filing of same. | 0.2 | 107.00 |
| 12/29/20 | Topper, Paige | Finalize removal motion and related notice and email to G. Reimann re: filing and service of same. | 0.2 | 102.00 |
| 12/29/20 | Topper, Paige | Review and revise third motion to extend removal period (.3); email to M. Linder, B. Warner, E. Moats and D. Abbott re: same (.1). | 0.4 | 204.00 |
| 12/29/20 | Reimann, Glenn | Electronically file and cause to be served the motion to extend removal period. | 0.4 | 134.00 |
| 12/29/20 | Remming, Andrew | review removal extension motion | 0.1 | 80.00 |
| | | **Total** | **6.4** | **3,203.00** |

| Task Code: | B300 | Court Hearings | | |
|---|---|---|---|---|

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 12/01/20 | Reimann, Glenn | Draft December 16 agenda. | 0.7 | 234.50 |
| 12/03/20 | Reimann, Glenn | Draft December 16 agenda. | 1.0 | 335.00 |
| 12/10/20 | Moats, Eric | Draft email to chambers re: draft agenda, adversary proceeding status, and fee application status. | 0.4 | 214.00 |
| 12/10/20 | Reimann, Glenn | Draft December 16 agenda. | 2.4 | 804.00 |
| 12/10/20 | Moats, Eric | Review 12.16 agenda re: request from chambers for early draft and email exchange w/ G. Reimann re: revisions to same. | 0.3 | 160.50 |
| 12/11/20 | Reimann, Glenn | Draft December 16 agenda. | 1.3 | 435.50 |
| 12/13/20 | Moats, Eric | Review revised 12.13 agenda re: weekend filings. | 0.1 | 53.50 |
| 12/13/20 | Topper, Paige | Call with E. Moats re: agenda, COC re: JLL retention, and hearing logistics. | 0.2 | 102.00 |
| 12/13/20 | Moats, Eric | Call w/ P. Topper re: 12.16 agenda, JLL COC, and hearing logistics. | 0.2 | 107.00 |
| 12/14/20 | Leyh, Meghan | File Agenda; forward hyperlinked agendas to Chambers | 0.3 | 100.50 |

14

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 12/14/20 | Moats, Eric | Final review and revisions to 12.14 agenda (.2); email exchange w/ M. Linder, B. Warner, and M. Andolina re: revisions to same (.1); and email exchange w/ M. Leyh re: filing and service of same (.1). | 0.4 | 214.00 |
| 12/14/20 | Moats, Eric | Phone call w/ P. Topper re: 12.14, agenda, request for late filing, status of fee reports, and JLL COC. | 0.3 | 160.50 |
| 12/14/20 | Moats, Eric | Email exchange w/ M. Linder, B. Warner, and M. Andolina re: revisions to 12.14 agenda. | 0.2 | 107.00 |
| 12/14/20 | Topper, Paige | Initial review of agenda (.1) and confer with D. Vale re: hearing binders for second interim fee applications (.2). | 0.3 | 153.00 |
| 12/14/20 | Topper, Paige | Review and revise December 16 hearing agenda. | 0.3 | 153.00 |
| 12/14/20 | Topper, Paige | Call with E. Moats re: amended agenda and final fee examiner reports for first and second interim periods. | 0.3 | 153.00 |
| 12/15/20 | Moats, Eric | Review revised amended agenda canceling the hearing (.2) and email exchange w/ T. Naimoli re: filing and service of same (.1). | 0.3 | 160.50 |
| 12/15/20 | Moats, Eric | Email Debtor professionals re: 12.16 hearing, status, and fee applications in connection with same. | 0.4 | 214.00 |
| 12/15/20 | Moats, Eric | Email exchange w/ G. Reimann re: revisions to amended agenda. | 0.2 | 107.00 |
| 12/15/20 | Moats, Eric | Email exchange w/ Chambers re: status of 12.16 agenda. | 0.2 | 107.00 |
| 12/15/20 | Moats, Eric | Review revised amended agenda. | 0.2 | 107.00 |
| 12/15/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of notice (.1); prepare & efile Notice of Amended Agenda of Matters Scheduled for Hearing on December 16, 2020, at 10:00 A.M. (ET) (.3) | 0.4 | 126.00 |
| 12/15/20 | Reimann, Glenn | Draft amended December 16 agenda. Email communications with chambers and E. Moats. | 1.0 | 335.00 |
| 12/15/20 | Moats, Eric | Email exchange w/ M. Andolina, J. Boelter, B. Warner, M. Linder, and E. Rosenberg re: hearing status update and amended agenda. | 0.1 | 53.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 12/15/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of notice (.1); prepare & efile Prepare & efile CANCELLED Notice of Second Amended Agenda of Matters Scheduled for Hearing on December 16, 2020, at 10:00 AM (.3) | 0.4 | 126.00 |
| 12/15/20 | Remming, Andrew | review amended agenda for 12/16 hearing; review email from E. Moats re same | 0.1 | 80.00 |
| 12/15/20 | Remming, Andrew | review further email from E. Moats re hearing status | 0.1 | 80.00 |
| 12/16/20 | Reimann, Glenn | Draft January 19 agenda. | 0.5 | 167.50 |
| 12/31/20 | Reimann, Glenn | Draft January 19 agenda. | 0.5 | 167.50 |
| | | **Total** | **13.1** | **5,318.00** |

**Task Code:**    B310    Claims Objections and Administration

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 12/23/20 | Moats, Eric | Phone call w/ P. Topper re: omnibus claims objections, fee applications and revised PII list. | 0.3 | 160.50 |
| 12/23/20 | Topper, Paige | Email response to L Baccash, E. Moats and M. Linder re: claims objections (.1) and review Local Rules re: same (.1). | 0.2 | 102.00 |
| 12/23/20 | Topper, Paige | Call with E. Moats re: omnibus claims objections, fee applications and revised PII list. | 0.3 | 153.00 |
| 12/29/20 | Topper, Paige | Call with E. Moats re: notice of additional parties under bar date order. | 0.3 | 153.00 |
| 12/29/20 | Topper, Paige | Further call with E. Moats re: notice of additional permitted parties under bar date order. | 0.2 | 102.00 |
| 12/29/20 | Topper, Paige | Call with B. Warner re: notice of additional permitted parties under bar date order. | 0.3 | 153.00 |
| 12/29/20 | Remming, Andrew | tele w/ EWM re suppl bar date notice issue | 0.1 | 80.00 |
| 12/29/20 | Moats, Eric | Further call w/ P. Topper re: additional parties under confidentiality in bar date order. | 0.2 | 107.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 12/29/20 | Remming, Andrew | further emails w/ E. Moats re bar date order inquiries | 0.1 | 80.00 |
| 12/29/20 | Moats, Eric | Emails w/ P. Topper, A. Remming, D. Abbott, and G. Reimann re: contacts from parties re: additional confidential notice parties. | 0.2 | 107.00 |
| 12/29/20 | Moats, Eric | Phone call w/ A. Remming re: additional confidential parties notice. | 0.1 | 53.50 |
| 12/29/20 | Moats, Eric | Phone call w/ P. Topper re: additional parties under confidentiality in bar date order. | 0.3 | 160.50 |
| 12/29/20 | Remming, Andrew | review email from survivor bar date order | 0.1 | 80.00 |
| 12/29/20 | Remming, Andrew | review and respond to email from EWM re inquiries re bar date order | 0.1 | 80.00 |
| 12/29/20 | Remming, Andrew | review email from B. Warner re inquiry re bar date order | 0.1 | 80.00 |
| 12/29/20 | Remming, Andrew | review further email re bar date order from survivor | 0.1 | 80.00 |
| 12/31/20 | Moats, Eric | Phone calls (x19) w/ abuse claimants re: notice of additional parties to mediation under bar date order. | 1.1 | 588.50 |
| | | **Total** | **4.1** | **2,320.00** |

**Task Code:** B320    Plan and Disclosure Statement

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 12/23/20 | Abbott, Derek C. | call w/Andolina, Linder, Rice, Taylor re: mediation participation by FL Conference of Methodist churches | 0.6 | 555.00 |
| 12/30/20 | Abbott, Derek C. | Call with B. Warner, L. Baccash and P. Topper re: solicitation procedures overview. | 0.5 | 462.50 |
| 12/30/20 | Topper, Paige | Review summary of solicitation procedures and plan. | 0.2 | 102.00 |
| 12/30/20 | Topper, Paige | Call with B. Warner, L. Baccash and D. Abbott re: solicitation procedures overview. | 0.5 | 255.00 |
| | | **Total** | **1.8** | **1,374.50** |

**Task Code:** B330    Litigation/Adversary Proceedings

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 12/01/20 | Topper, Paige | Call with E. Moats re: Newson adversary proceeding, Ogletree fee application and Schwindler PI case (.4); review adversary proceeding rules for B. Warner questions re: Newson adversary proceeding (.2). | 0.7 | 357.00 |
| 12/01/20 | Topper, Paige | Call with B. Warner re: Newson adversary proceeding, JLL appraiser retention application, and December omnibus hearing. | 0.4 | 204.00 |
| 12/01/20 | Moats, Eric | Phone call w/ P. Topper re: Newson adversary proceeding; Ogletree fee app; Schwindler PI case; and general case schedule. | 0.4 | 214.00 |
| 12/02/20 | Leyh, Meghan | Prepare Response to Motion to Modify the P.I. (.1); prepare Whittman Declaration in support of the response (.1); prepare Nownes Declaration in support of the response (.1); file Response, Whittman Declaration, and Nownes Declaration with Exhibits in the Adversary proceeding(.3); forward to Omni for service (.1) | 0.7 | 234.50 |
| 12/02/20 | Remming, Andrew | review email from P. Topper re Century appeal of W&C order | 0.1 | 80.00 |
| 12/02/20 | Moats, Eric | Review revised response to motion to modify PI, supporting Whittman and Nownes declaration (.5); and coordinate w/ M. Leyh re: filing and service of same (.1). | 0.6 | 321.00 |
| 12/03/20 | Moats, Eric | Review notice of revised schedule 2 (.2); email exchange w/ E. Rosenberg re: same (.1); and coordinate w/ T. Naimoli re: filing and service of same (.1). | 0.4 | 214.00 |
| 12/03/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of notice (.1); prepare & efile Notice of Filing of Amended Schedule 2 to Consent Order (.2) | 0.3 | 94.50 |
| 12/04/20 | Abbott, Derek C. | correspondence to Andolina, Linder, Boelter re: mandatory mediation of WC retention order appeal | 0.1 | 92.50 |
| 12/04/20 | Remming, Andrew | review emails from D. Abbott re White & Case appeal; review email from M. Andolina re same | 0.1 | 80.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 12/10/20 | Topper, Paige | Email from E. Rosenberg re: preliminary injunction motion to modify and emails with E. Moats re: same. | 0.1 | 51.00 |
| 12/10/20 | Moats, Eric | Phone call w/ E. Rosenberg re: status of PI movants motion. | 0.1 | 53.50 |
| 12/10/20 | Moats, Eric | Phone call w/ P. Topper re: scheduling motion to modify PI and hearing agenda. | 0.2 | 107.00 |
| 12/23/20 | Naimoli, Theresa M. | Review and respond to email from P. Topper re filing and service of notice (.1); prepare & efile in both main and Adversary cases Notice of Filing of Amended Schedule 1 to Consent Order (.6) | 0.7 | 220.50 |
| 12/30/20 | Topper, Paige | Review Bankruptcy Rules re: designation of record on appeal and email to M. Klebaner and E. Moats re: same. | 0.2 | 102.00 |
| 12/30/20 | Malafronti, Emily | Serve Designation of Items in Appeal Record | 0.1 | 33.50 |
| 12/30/20 | Malafronti, Emily | Serve Notice of Filing of Amended Schedule 2 | 0.1 | 33.50 |
| 12/30/20 | Malafronti, Emily | File Designation of Items on Appeal Record | 0.3 | 100.50 |
| 12/30/20 | Moats, Eric | Review designation of record on appeal for WC retention appeal and email exchange w/ E. Malafronti re: filing of same. | 0.5 | 267.50 |
| 12/30/20 | Moats, Eric | Review amended schedule 2 and email exchange w/ E. Malafronti re: filing and service of same. | 0.2 | 107.00 |
| 12/30/20 | Malafronti, Emily | File Notice of Amended Schedule 2 in the adv. case no. 20-50527 | 0.3 | 100.50 |
| 12/30/20 | Moats, Eric | Email exchange w/ K. McDonald re: notice of amended schedule 2 and filing of same. | 0.1 | 53.50 |
| 12/31/20 | Moats, Eric | Email exchange w/ B. Warner re: district court WC retention appeal (.1); and email exchange w/ M. Leyh re: notifications for same (.2). | 0.3 | 160.50 |
| | | **Total** | **7.0** | **3,282.00** |

**Task Code:**     B360       Professional Retention (Others - Filing)

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 12/01/20 | Reimann, Glenn | Upload order regarding JLL retention. | 0.2 | 67.00 |
| 12/01/20 | Reimann, Glenn | Email communications with chambers regarding CoC regarding JLL retention. | 0.2 | 67.00 |
| 12/02/20 | Topper, Paige | Review U.S. Trustee comments to JLL retention application and email to B. Warner, M. Linder, D. Abbott and E. Moats re: same. | 0.2 | 102.00 |
| 12/03/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of declaration (.1); prepare & efile First Supplemental Declaration of Brian Whittman in Support of the Debtors' Application for Authorizing the Retention and Employment of Alvarez & Marsal North America, LLC (.2) | 0.3 | 94.50 |
| 12/03/20 | Moats, Eric | Review supplemental declaration in support of retention (.2); email exchange w/ B. Warner re: same (.1); and coordinate w/ T. Naimoli re: filing and service of same (.1). | 0.3 | 160.50 |
| 12/04/20 | Remming, Andrew | review motion to shorten notice re CBRE retention | 0.1 | 80.00 |
| 12/04/20 | Remming, Andrew | review CBRE retention app | 0.3 | 240.00 |
| 12/04/20 | Moats, Eric | Phone call w/ B. Warner re: JLL retention comments from UST. | 0.2 | 107.00 |
| 12/04/20 | Moats, Eric | Further phone call w/ B. Warner re: JLL retention comments. | 0.1 | 53.50 |
| 12/09/20 | Moats, Eric | Email exchange w/ B. Warner and U.S. Trustee re: JLL revisions. | 0.2 | 107.00 |
| 12/09/20 | Moats, Eric | Finalize JLL retention supplement and coordinate w/ M. Leyh re: filing and service of same. | 0.2 | 107.00 |
| 12/09/20 | Leyh, Meghan | File Supplement to Retention Application of JLL Valuation; forward to Omni for service | 0.2 | 67.00 |
| 12/09/20 | Moats, Eric | Review revised JLL proposed order re: comments from U.S. Trustee and accompanying supplement. | 0.4 | 214.00 |
| 12/09/20 | Moats, Eric | Phone call w/ B. Warner re: JLL retention order revisions and supplement. | 0.1 | 53.50 |
| 12/10/20 | Moats, Eric | Draft COC re: JLL retention app. | 0.3 | 160.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 12/10/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing of certification (.1); prepare & efile Certification of Counsel Regarding Application Authorizing the Retention of JLL Valuation & Advisory Services, LLC as Appraiser for the Debtors and Debtors in Possession (.4) | 0.5 | 157.50 |
| 12/11/20 | Leyh, Meghan | draft Notice of Withdrawal of CoC re JLL Retention app (.3) | 0.3 | 100.50 |
| 12/11/20 | Moats, Eric | Email U.S. Trustee re: revisions to JLL retention app re: comments from TCC. | 0.2 | 107.00 |
| 12/11/20 | Moats, Eric | Email exchange w/ B. Warner re: revisions to JLL retention app re: CBRE retention app and discussions w/ TCC. | 0.1 | 53.50 |
| 12/11/20 | Moats, Eric | Email exchange w/ B. Warner and M. Linder re: JLL retention app revisions based on comments from TCC. | 0.1 | 53.50 |
| 12/14/20 | Leyh, Meghan | file Notice of Withdrawal (.1); file CoC re: JLL retention application (.2); upload Order and Ex. 1 for CoC re: JLL retention app (.1) | 0.4 | 134.00 |
| 12/14/20 | Moats, Eric | Review CBRE documents re: communications w/ TCC (.1); and email exchange w/ B. Warner and M. Linder re: resolution of same (.2). | 0.3 | 160.50 |
| 12/19/20 | Remming, Andrew | review Rock Creek retention application | 0.2 | 160.00 |
| 12/30/20 | Malafronti, Emily | File Second Supplemental Boelter Declaration | 0.2 | 67.00 |
| | | **Total** | **5.6** | **2,674.00** |

**Task Code:**    B410    General Case Strategy

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 12/04/20 | Moats, Eric | Call w/ P. Topper re: interim fee applications, JLL retention issues, and general case strategy. | 0.3 | 160.50 |
| 12/04/20 | Topper, Paige | Call with E. Moats re: interim fee applications, JLL retention issues and general case strategy. | 0.3 | 153.00 |
| 12/09/20 | Moats, Eric | Review case milestones and upcoming statutory deadlines/dates re: critical dates memo. | 0.2 | 107.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 12/30/20 | Topper, Paige | Phone call w/ E. Moats re: claimant phone calls, OCP quarterly statement, district court designation of record, and general case status. | 0.3 | 153.00 |
| 12/30/20 | Moats, Eric | Phone call w/ P. Topper re: claimant phone calls, OCP quarterly statement, district court designation of record, and general case status. | 0.3 | 160.50 |
| | | **Total** | **1.4** | **734.00** |

**Task Code:**     B420          Schedules/SOFA/U.S. Trustee Reports

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 12/30/20 | Topper, Paige | Review November MOR and prepare for filing and service of same. | 0.2 | 102.00 |
| 12/30/20 | Reimann, Glenn | Electronically file and cause to be served the November monthly operating operating report. | 0.3 | 100.50 |
| | | **Total** | **0.5** | **202.50** |