### EXHIBIT B

### EXPENSE SUMMARY

### BOY SCOUTS OF AMERICA
(Case No. 20-10343 (LSS))

**December 1, 2020, through December 31, 2020**

| Expense Category | Total Expenses |
|---|---:|
| In-House Printing - black & white | 441.10 |
| Conference Calls | 7.47 |
| Messenger Service | 10.00 |
| **Grand Total Expenses** | **$458.57** |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 12/03/20 | Conference Calls | 1.0 | 7.47 |
| 12/07/20 | In-House Printing - black & white | 3,514.0 | 351.40 |
| 12/09/20 | Messenger Service - Bankruptcy crt - 12/9/2020 | 1.0 | 5.00 |
| 12/14/20 | In-House Printing - black & white | 441.0 | 44.10 |
| 12/23/20 | In-House Printing - black & white | 456.0 | 45.60 |
| 12/23/20 | Messenger Service - U.S BANKRUPTCY COURT - 12/23/2020 | 1.0 | 5.00 |
| | **Total** | | **$458.57** |