IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Hearing Date: February 17, 2021 @ 10 a.m.<br><br>Re Docket No. 1974, 2022, 2180 |

**MOTION OF THE COALITION OF ABUSED SCOUTS FOR JUSTICE TO FILE SUR-REPLY TO INSURERS' REPLY BRIEF IN SUPPORT OF MOTION FOR AN ORDER AUTHORIZING RULE 2004 DISCOVERY OF CERTAIN PROOFS OF CLAIM**

The *Insurers' Reply Brief in Support of Motion for an Order Authorizing Rule 2004 Discovery of Certain Proofs of Claim* (the "Insurers' Reply") asserts new legal arguments not raised in the moving papers and materially mischaracterizes the Coalition's responses.[2] The Insurers depart from the legal argument in their Motion and now directly acknowledge that the reason they are seeking discovery is to support claims for sanctions. As set forth in the Sur-Reply (attached hereto as Exhibit A), not only is this an improper purpose for Rule 2004 discovery, but, in addition, the Insurers' allegation in the Insurers' Reply materially mischaracterize or otherwise ignore the responses filed by the Coalition.

Local Rule of Bankruptcy Procedure 7007-2(b)(ii) provides that: "[t]he party filing the opening brief shall not reserve material for the reply brief that should have been included in a

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] By filing this Motion for Leave to File Sur-Reply, the Coalition does not purport to address every accusation lodged against specific law firms. Each firm will be available to respond on its own behalf at the February 17th hearing. The Coalition also does not propose to counter the Insurers' inappropriate submission of new facts and factual declarations on reply.

{00222201-2}

full and fair opening brief." Local Rule 7007-2(b)(ii).

In light of the new legal argument and materially misrepresentations of factual issues and the significant omissions in ignoring the responses of the Coalition, and in the interests of justice the Coalition moves this Honorable Court to enter an Order substantially in the form attached hereto as <u>Exhibit B</u> authorizing the Coalition of Abused Scouts for Justice to file a Sur Reply for the limited purpose of addressing the new legal argument and factual misrepresentations and omissions raised in the Reply.

A copy of this Motion has been served on all Parties served with the Insurers' Motion and by ECF on all Parties registered to receive electronic notice.

| | |
|---|---|
| Dated: February 15, 2021<br>Wilmington, Delaware | MONZACK MERSKY AND BROWDER, P.A.<br><br>*/s/ Rachel B. Mersky*<br>Rachel B. Mersky (DE No. 2049)<br>1201 North Orange Street, Suite 400<br>Wilmington, Delaware 19801<br>Telephone:   (302) 656-8162<br>Facsimile:    (302) 656-2769<br>E-mail:         rmersky@monlaw.com<br><br>-and-<br><br>BROWN RUDNICK LLP<br>David J. Molton, Esq.<br>Seven Times Square<br>New York, NY 10036<br>Telephone: (212) 209-4800<br>E-mail: DMolton@BrownRudnick.com<br><br>and<br><br>Sunni P. Beville, Esq. (admitted *pro hac vice*)<br>Tristan G. Axelrod, Esq. (admitted *pro hac vice*)<br>One Financial Center<br>Boston, MA 02111<br>Telephone: (617) 856-8200<br>E-mail: SBeville@BrownRudnick.com<br>E-mail: TAxelrod@BrownRudnick.com<br><br>*Counsel to the Coalition of Abused Scouts for Justice* |