# EXHIBIT B

{00222201-2}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Re: D.I. __ |

**ORDER GRANTING MOTION OF THE COALITION OF ABUSED
SCOUTS FOR JUSTICE FOR LEAVE TO FILE SUR REPLY TO
INSURERS' REPLY BRIEF IN SUPPORT OF MOTION FOR AN ORDER
AUTHORIZING RULE 2004 DISCOVERY OF CERTAIN PROOFS OF CLAIM**

The Court having considered the *Motion of the Coalition of Abused Scouts for Justice for Leave to File Sur Reply to Insurers' Reply Brief in Support of Motion For an Order Authorizing Rule 2004 Discovery of Certain Proofs of Claim* and the Court has reviewed the Motion.

**IT IS HEREBY FOUND AND DETERMINED THAT:**

1. The Motion is hereby GRANTED.

2. This Court shall retain exclusive jurisdiction to interpret and enforce the provisions of this Order in all respects and further to hear and determine all matters arising from or related to the construction and implementation of this Order.

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

{00222201-2}