30 January 2021



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

CASE NUMBER:  20-10343 (LSS)
              Boy Scouts of America
              and Delaware BSA, LLC

If Your Honor please:

I would like to make a date correction with regard to the letter
I mailed to this court on 29 January 2021.

The date that I received the Sexual Abuse Survivor Proof of Claim
Packet was not November 04, 2020 (that was the day that it was
mailed from Marc J. Bern & Partners, LLP), I received it on
November 10, 2020 (when received & loged at Colorado Department
of Corrections). The documents were filled out and mailed to the
law firm the same day that I received them, November 10, 2020.
(Also, loged outfrom the Colorado Department of Corrections).

I hope this clarification is acceptable to the court? Again, I
mention the "Mail Box Rule," an offender legal mail it's
considered filed with court.

Should you have questions or need proof of mailing I can get
copies from the Colorado Department of Corrections Post Office,
please don't hesitate to write me.

Sincerely,

Colorado Department Of Corrections

FCF

Unit

Box Number 999

City, State, Zip Cañon City, CO 81215-0999

FILED

2021 FEB 12 AM 7:57

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

19001-302499

DENVER CO 802

1 FEB 2021 PM 2 L

neopost
02/01/2021
US POSTAGE $00.55⁰

ZIP 81212
041L11241745

JUDGE OF THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
824 NORTH MARKET STREET 6TH FLOOR
WILMINGTON DE 19801