**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND | ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC, | ) | |
| | ) | Jointly Administered |
| Debtors.[1] | ) | |
| | ) | Re: Docket No. 1974, 2022, 2180, 2196 |
| | ) | |
| | ) | **Hearing Date: February 17, 2021 at 10:00 a.m.** |

**JOINDER OF EISENBERG, ROTHWEILER, WINKLER, EISENBERG & JECK, P.C. TO MOTION OF THE COALITION OF ABUSED SCOUTS FOR JUSTICE TO FILE SUR-REPLY TO INSURERS' MOTION FOR AN ORDER AUTHORIZING RULE 2004 DISCOVERY OF CERTAIN PROOFS OF CLAIM**

Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C. ("Eisenberg"), by its undersigned counsel, hereby joins (the "Joinder") to the *Motion of the Coalition of Abused Scouts to File Sur-Reply to Insurers' Motion for an Order Authorizing Rule 2004 Discovery of Certain Proofs of Claim,* (the "Motion"), [Docket No. 2196]. Eisenberg adopts and incorporates by reference all arguments set forth in the Sur-Reply, (attached as Exhibit A to the Motion), together with those arguments to be presented at any hearing on the Motion, and respectfully request that the Court grant the relief requested in the Motion and authorize the Coalition of Abused Scouts for Justice to file a Sur-Reply for the limited purpose of addressing the new legal argument and factual misrepresentations and omissions raised in the *Insurers' Reply Brief in Support of Motion for an Order Authorizing Rule 2004 Discovery of Certain Proofs of Claim* (the "Insurers' Reply").

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**RESERVATION OF RIGHTS**

Eisenberg expressly reserves, and does not waive, any and all rights with respect to the 2004 discovery, the Motion, the Objection, the Joinder and the Sur-Reply to which it joins. Specifically, nothing in this Joinder should be deemed a waiver of Eisenberg's rights (i) to have a final orders in non-core matters entered only after *de novo* review by a District Judge; (ii) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) to challenge or contest any subpoenas served upon Eisenberg or any of its clients, or (v) of any other rights, claims, actions, to which Eisenberg is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses are expressly reserved.

**CONCLUSION**

WHEREFORE, Eisenberg respectfully requests that the Court enter and order denying the Motion and granting the Coalition and Eisenberg such other and further relief as the Court deems just and proper.

Dated: February 15, 2021                             **HOGAN♦McDANIEL**

*s/ Daniel K. Hogan*
Daniel K. Hogan (DE No. 2814)
Garvan F. McDaniel (DE No. 4167)
1311 Delaware Avenue
Wilmington, DE 19806
Telephone: (302) 656-7596
Facsimile: (302) 656-7599
dkhogan@dkhogan.com
gfmcdaniel@dkhogan.com

*Attorneys for Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C.*