# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF JAMES HARRIS

Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**") and the attached certification, undersigned counsel moves the admission *pro hac vice* of James Harris, Esquire, of James Harris Law Firm, PLLC, to represent James Harris Law Firm, PLLC, in the above-captioned jointly administered bankruptcy cases.

Dated: February 16, 2021
Wilmington, Delaware

CHIPMAN BROWN CICERO & COLE, LLP

*/s/ Mark D. Olivere*
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:  (302) 295-0192
Email:  chipman@chipmanbrown.com
olivere@chipmanbrown.com

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

## CERTIFICATION BY JAMES HARRIS TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Washington and submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective August 31, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: February 16, 2021  /s/ James Harris
James Harris, Esquire
**JAMES HARRIS LAW, PLLC**
4616 25th Avenue, NE
#772
Seattle, Washington 98105
Telephone: (206) 300-1437
Email: jimharris@recallsuit.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that James Harris' motion for admission *pro hac vice* is granted.