# **<u>EXHIBIT A</u>**



**Ankura Consulting Group LLC**
PO Box 74007043
Chicago, IL 60674-7043

# INVOICE

| Date | Invoice Number |
|------|----------------|
| 01/29/2021 | CI-026062 |

| Payment Terms | Due Date |
|---------------|----------|
| Net 30 | 02/28/2021 |

| FEIN NO.: | 47-2435218 |
|-----------|------------|

| Bill To: |
|----------|
| Young Conaway Stargatt & Taylor, LLP<br>1100 North Market Street<br>Wilmington, DE 19801<br>United States of America |

| Project Information: | |
|----------------------|---|
| Project Name: | P-001551 FCR for Boy Scouts of America Bankruptcy Proceedings |
| Project Number: | P-001551 |
| PO Number: | |

| Professional Services rendered for period ending December 31, 2020. |
|---|

| | |
|---|---|
| *Net Amount:* | 101,320.20 |
| *Tax:* | |
| *Total Invoice Amount:* | USD     101,320.20 |

For Billing questions, please contact ankurainvoice@ankura.com.
For wire and ACH payment questions, please contact accounting@ankura.com

| Remittance Information: |
|---|
| *Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.* |



| | | Project #: | P-001551 |
|---|---|---|---|
| | | Invoice Date: | 1/29/2021 |
| | | Invoice Number: | CI-026062 |
| | | Professional Services Through: | December 2020 |

*Professional Services - Summary By Person*

| Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| John Ciancanelli | Senior Managing Director | 750.00 | 5.0 | $ 3,750.00 |
| Thomas Vasquez | Senior Managing Director | 750.00 | 20.5 | $ 15,375.00 |
| Amy Brockman | Senior Managing Director | 625.00 | 2.7 | $ 1,687.50 |
| Nicholas Deluca | Senior Managing Director | 500.00 | 41.5 | $ 20,750.00 |
| Zsolt Macskasi | Managing Director | 450.00 | 20.0 | $ 9,000.00 |
| Matthew Burkett | Senior Director | 350.00 | 48.9 | $ 17,115.00 |
| Michael Northeim | Director | 304.00 | 1.3 | $ 395.20 |
| Connor Cosenza | Senior Associate | 265.00 | 55.0 | $ 14,575.00 |
| Autumn McCusker | Associate | 175.00 | 51.1 | $ 8,942.50 |
| Caitlin Zaragosa | Associate | 175.00 | 9.2 | $ 1,610.00 |
| Ellen Davis | Associate | 175.00 | 43.4 | $ 7,595.00 |
| Ragi Nayak | Associate | 175.00 | 3.0 | $ 525.00 |
| **Total** | | | **301.6** | **$ 101,320.20** |

Project #: P-001551
Invoice Date: 1/29/2021
Invoice Number: CI-026062
Professional Services Through: December 2020

*Time Detail by Phase, Task, and Date*

| Phase - B007 | Task | Name | Date | Time Narrative | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Actuarial and other Analyses | Compile database(s) | Ragi Nayak | 12/7/2020 | Analysis regarding litigation issues | 175.00 | 2.0 | $ 350.00 |
| Actuarial and other Analyses | Compile database(s) | Ragi Nayak | 12/11/2020 | Data analysis | 175.00 | 1.0 | $ 175.00 |
| Actuarial and other Analyses | Compile database(s) | Caitlin Zaragosa | 12/23/2020 | Repressed Memory analysis and flagging | 175.00 | 2.4 | $ 420.00 |
| Actuarial and other Analyses | Compile database(s) | Caitlin Zaragosa | 12/24/2020 | Repressed memory flagging and analysis | 175.00 | 2.8 | $ 490.00 |
| | **Compile database(s) Total** | | | | | **8.2** | **$ 1,435.00** |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | Nicholas Deluca | 12/1/2020 | Data analysis | 500.00 | 1.6 | $ 800.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | Matthew Burkett | 12/1/2020 | Claims data analysis, comparison with BW preliminary findings | 350.00 | 1.1 | $ 385.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | Matthew Burkett | 12/2/2020 | Claim duplication methodology | 350.00 | 1.5 | $ 525.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | John Ciancanelli | 12/3/2020 | Internal discussion, model review, workpaper review. | 750.00 | 1.2 | $ 900.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | John Ciancanelli | 12/4/2020 | Mediation session, BSA assets. | 750.00 | 1.7 | $ 1,275.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | Matthew Burkett | 12/4/2020 | Review and analysis of OMNI claims dataset | 350.00 | 1.1 | $ 385.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | Thomas Vasquez | 12/9/2020 | Forecast | 750.00 | 2.5 | $ 1,875.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | Nicholas Deluca | 12/9/2020 | BSA - Claims Data Updates | 500.00 | 1.6 | $ 800.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | Connor Cosenza | 12/9/2020 | Data Discovery | 265.00 | 0.2 | $ 53.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | Autumn McCusker | 12/9/2020 | Data review and analysis. | 175.00 | 3.0 | $ 525.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | Thomas Vasquez | 12/10/2020 | Forecast | 750.00 | 3.0 | $ 2,250.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | Nicholas Deluca | 12/10/2020 | Data review | 500.00 | 2.1 | $ 1,050.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | Matthew Burkett | 12/10/2020 | Data analysis | 350.00 | 4.4 | $ 1,540.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | Connor Cosenza | 12/10/2020 | Data Discovery | 265.00 | 2.6 | $ 689.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | Autumn McCusker | 12/10/2020 | Data review and analysis. | 175.00 | 5.8 | $ 1,015.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | Thomas Vasquez | 12/11/2020 | Forecast | 750.00 | 3.0 | $ 2,250.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | Amy Brockman | 12/11/2020 | Call with counsel to discuss preliminary data analysis. | 625.00 | 0.4 | $ 250.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | Nicholas Deluca | 12/11/2020 | Data analysis | 500.00 | 2.7 | $ 1,350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | Nicholas Deluca | 12/11/2020 | Call with FCR and counsel | 500.00 | 1.0 | $ 500.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | Matthew Burkett | 12/11/2020 | Data analysis | 350.00 | 3.5 | $ 1,225.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | Connor Cosenza | 12/11/2020 | Membership Research | 265.00 | 2.3 | $ 609.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | Connor Cosenza | 12/11/2020 | Internal discussion | 265.00 | 0.9 | $ 238.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | Autumn McCusker | 12/11/2020 | Data review and analysis. | 175.00 | 6.5 | $ 1,137.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | Caitlin Zaragosa | 12/11/2020 | Internal Organization | 175.00 | 0.7 | $ 122.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | Matthew Burkett | 12/14/2020 | OMNI data claims | 350.00 | 4.1 | $ 1,435.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | Connor Cosenza | 12/14/2020 | Internal discussion | 265.00 | 0.5 | $ 132.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | Connor Cosenza | 12/14/2020 | Dataset Organization | 265.00 | 1.5 | $ 397.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | Autumn McCusker | 12/14/2020 | Meeting to review tasks and research. | 175.00 | 2.1 | $ 367.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | Ellen Davis | 12/14/2020 | Converted excel file to sas data set. | 175.00 | 1.5 | $ 262.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | Ellen Davis | 12/14/2020 | Data analysis | 175.00 | 3.5 | $ 612.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | Ellen Davis | 12/15/2020 | Converted excel sheet to sas data set. | 175.00 | 1.0 | $ 175.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | Matthew Burkett | 12/15/2020 | Repressed memory analysis of claims; historical analysis of abuse victim disclosure rates; | 350.00 | 3.7 | $ 1,295.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | Connor Cosenza | 12/15/2020 | Data Discovery | 265.00 | 0.8 | $ 212.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | Autumn McCusker | 12/15/2020 | Research | 175.00 | 2.6 | $ 455.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | Ellen Davis | 12/15/2020 | Created code to loop through free text and identify key words to determine repressed memory claims. | 175.00 | 4.1 | $ 717.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | Ellen Davis | 12/15/2020 | Created visualizations in excel to show which variables are flagging keywords more often. | 175.00 | 2.0 | $ 350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | Matthew Burkett | 12/16/2020 | Repressed memory analysis of claims; historical analysis of abuse victim disclosure rates; | 350.00 | 3.6 | $ 1,260.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | Connor Cosenza | 12/16/2020 | Data Cleaning | 265.00 | 4.2 | $ 1,113.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | Connor Cosenza | 12/16/2020 | Meeting to assess progress and tasks. | 265.00 | 0.6 | $ 159.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | Autumn McCusker | 12/16/2020 | Data review and research. | 175.00 | 3.7 | $ 647.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | Ellen Davis | 12/16/2020 | Worked on data visualizations for repressed memories data and on identifying whether the code correctly identifies repressed memories. | 175.00 | 4.0 | $ 700.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | Ellen Davis | 12/16/2020 | BSA meeting with Matthew Burkett, Connor Cosenza, and Autumn McCusker to discuss progress on tasks. | 175.00 | 0.5 | $ 87.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | Ellen Davis | 12/16/2020 | Edited code to account for identifying key words and phrases of words. | 175.00 | 1.5 | $ 262.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | John Ciancanelli | 12/17/2020 | Review business case deck. | 750.00 | 0.2 | $ 150.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | Thomas Vasquez | 12/17/2020 | Forecast | 750.00 | 3.0 | $ 2,250.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | Nicholas Deluca | 12/17/2020 | Forecast review | 500.00 | 0.8 | $ 400.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | Nicholas Deluca | 12/17/2020 | Forecast methodology | 500.00 | 2.0 | $ 1,000.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | Matthew Burkett | 12/17/2020 | Participate in conference call discussing forecast methodology with DeLuca, Cosenza. | 350.00 | 5.9 | $ 2,065.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | Connor Cosenza | 12/17/2020 | Meeting with N. Deluca, M. Burkett Re: Forecast review | 265.00 | 0.8 | $ 212.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | Connor Cosenza | 12/17/2020 | Forecast Review | 265.00 | 0.2 | $ 53.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | Connor Cosenza | 12/17/2020 | Presentation Prep | 265.00 | 6.5 | $ 1,722.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | Autumn McCusker | 12/17/2020 | Research and data review. | 175.00 | 5.2 | $ 910.00 |



Project #: P-001551
Invoice Date: 1/29/2021
Invoice Number: CA1-020662
Professional Services Through: December 2020

*Time Detail by Phase, Task, and Date*

| Phase – B007 | Task | Date | Name | Time Narrative | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/17/2020 | Ellen Davis | Meeting with Autumn McCusker to discuss how to identify keywords and phrases. | 175.00 | 0.5 | $ 87.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/17/2020 | Ellen Davis | Reviewed free text variables to help come up with key words and phrases. | 175.00 | 2.5 | $ 437.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/18/2020 | John Ciancanelli | Mediation session, BSA business case. | 750.00 | 1.9 | $ 1,425.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/18/2020 | Thomas Vasquez | Forecast | 750.00 | 4.5 | $ 3,375.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/18/2020 | Ellen Davis | Forecast review | 500.00 | 4.5 | $ 2,250.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/18/2020 | Zsolt Macskasi | Review 2019 analyses; Review 2020 data and documents; Discuss analyses | 450.00 | 8.0 | $ 3,600.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/18/2020 | Matthew Burkett | Internal meeting to discuss forecast methodology; discuss data cleaning and matching of POC claims set. | 350.00 | 3.7 | $ 1,295.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/18/2020 | Michael Northeim | Review of methodology and current POC documentation | 304.00 | 1.3 | $ 395.20 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/18/2020 | Zsolt Macskasi | Meeting with N. Deluca, T. Vasquez, M. Northeim, M. Burkett, Z. Macskasi Re: Data review and next steps | 265.00 | 1.3 | $ 344.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/18/2020 | Connor Cosenza | Data Discovery/Cleaning | 265.00 | 3.3 | $ 874.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/19/2020 | Ellen Davis | Reviewed free text to identify key words and phrases. | 175.00 | 2.8 | $ 490.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/19/2020 | Connor Cosenza | Data set Matching | 265.00 | 4.3 | $ 1,139.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/20/2020 | Nicholas Deluca | POC data | 500.00 | 0.5 | $ 250.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/21/2020 | Thomas Vasquez | Forecast Futures | 750.00 | 4.5 | $ 3,375.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/21/2020 | Amy Brockman | Status call with FCR and counsel | 630.00 | 1.0 | $ 630.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/21/2020 | Nicholas Deluca | Data analysis | 500.00 | 3.5 | $ 1,750.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/21/2020 | Zsolt Macskasi | Review POC data; Review analysis of tort claims and Warren data; Develop new model to estimate future claims | 450.00 | 8.0 | $ 3,600.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/21/2020 | Matthew Burkett | Analysis of POC dataset; scout membership analysis | 350.00 | 3.1 | $ 1,086.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/21/2020 | Ellen Davis | Reviewed claims to help identify key words and phrases for determining if a claim categorized as a repressed memory. | 175.00 | 3.0 | $ 525.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/21/2020 | Ellen Davis | Converted latest excel data to tax data set. | 175.00 | 1.0 | $ 175.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/22/2020 | Nicholas Deluca | Data analysis | 500.00 | 4.9 | $ 2,450.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/22/2020 | Zsolt Macskasi | Develop new model to estimate future claims | 450.00 | 3.0 | $ 1,350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/22/2020 | Matthew Burkett | Data analysis | 350.00 | 1.4 | $ 490.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/22/2020 | Connor Cosenza | Participation Research | 265.00 | 0.5 | $ 132.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/22/2020 | Connor Cosenza | Internal meeting | 265.00 | 1.3 | $ 344.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/22/2020 | Autumn McCusker | Data review and research. | 175.00 | 2.0 | $ 350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/22/2020 | Caitlin Zaragosa | BSA Touchpoint meeting with N. Deluca, M. Burkett, C. Cosenza, A. McCusker, E. Davis, M. Northeim, and Z. Macskasi | 175.00 | 1.0 | $ 175.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/22/2020 | Ellen Davis | Reviewed claims to pick out key words and phrases to help identify repressed memories. | 175.00 | 1.5 | $ 262.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/22/2020 | Ellen Davis | Ran descriptive stats on latest repressed memories code and then wrote up summary of findings. | 175.00 | 3.0 | $ 525.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/22/2020 | Ellen Davis | Attended BSA meeting with Autumn McCusker, Caitlin Zaragosa, Nick DeLuca, Connor Cosenza, Matt Burkett, and Zsolt Macskasi. | 175.00 | 0.5 | $ 87.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/23/2020 | Nicholas Deluca | Data analysis | 500.00 | 3.9 | $ 1,950.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/23/2020 | Zsolt Macskasi | Discuss methodology; Discuss summary tables; Review data | 500.00 | 4.9 | $ 2,450.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/23/2020 | Matthew Burkett | Participate in internal meeting to discuss data analysis strategy; analysis of scout participation | 350.00 | 1.5 | $ 525.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/23/2020 | Connor Cosenza | Meeting w/ Z. Macskasi, A. McCusker Re: Methodology and Tables | 265.00 | 0.8 | $ 212.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/23/2020 | Connor Cosenza | Data set creation | 265.00 | 1.2 | $ 318.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/23/2020 | Autumn McCusker | Data Review and analysis. | 175.00 | 2.0 | $ 350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/23/2020 | Autumn McCusker | Research and data review. | 175.00 | 2.0 | $ 350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/23/2020 | Autumn McCusker | Research and data review. | 175.00 | 2.0 | $ 350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/24/2020 | Autumn McCusker | Research and review. | 175.00 | 1.2 | $ 210.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/24/2020 | Nicholas Deluca | POC review | 500.00 | 2.5 | $ 1,250.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/24/2020 | Autumn McCusker | Data Review and Analysis | 175.00 | 2.0 | $ 350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/24/2020 | Autumn McCusker | Data Analysis and Review. | 175.00 | 2.0 | $ 350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/24/2020 | Autumn McCusker | Research and data analysis. | 175.00 | 1.4 | $ 245.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/28/2020 | Nicholas Deluca | POC analysis. Bates White session II materials | 500.00 | 4.5 | $ 2,250.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/28/2020 | Matthew Burkett | Analysis of BSA membership and participation; analysis of POC claim trends; | 350.00 | 4.1 | $ 1,435.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/28/2020 | Connor Cosenza | Data Set Development | 265.00 | 5.6 | $ 1,484.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/29/2020 | Amy Brockman | Attend Bates White Mediation session | 625.00 | 1.5 | $ 937.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/29/2020 | Matthew Burkett | Data analysis | 350.00 | 4.7 | $ 1,645.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/29/2020 | Connor Cosenza | Abuse Rate Analysis | 265.00 | 1.2 | $ 318.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/29/2020 | Connor Cosenza | Mediation Call | 265.00 | 1.5 | $ 397.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/29/2020 | Connor Cosenza | Research | 265.00 | 3.6 | $ 954.00 |


ankura



*Time Detail by Phase, Task, and Date*

Project #: **P-001551**
Invoice Date: 1/29/2021
Invoice Number: CI-026062
Professional Services Through: December 2020

| Phase - B007 | Task | Date | Name | Time Narrative | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/29/2020 | Autumn McCusker | Internal meeting | 175.00 | 1.0 | $ 175.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/29/2020 | Caitlin Zaragosa | Internal meeting | 175.00 | 1.3 | $ 227.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/29/2020 | Ellen Davis | Internal meeting | 175.00 | 1.0 | $ 175.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/30/2020 | Nicholas Deluca | POC analysis - Bates White session II materials | 500.00 | 5.1 | $ 2,550.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/30/2020 | Matthew Burkett | Internal team status update; historic claims forecast analysis; review of BW findings | 350.00 | 1.5 | $ 525.00 |
| | | | | | | | |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/30/2020 | Connor Cosenza | SQL Research | 265.00 | 2.9 | $ 768.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/30/2020 | Connor Cosenza | Internal meeting | 265.00 | 1.8 | $ 477.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/30/2020 | Autumn McCusker | Internal meeting | 175.00 | 1.5 | $ 262.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/30/2020 | Caitlin Zaragosa | Internal meeting | 175.00 | 1.0 | $ 175.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/30/2020 | Ellen Davis | Merged data and ran stats on abuse year. | 175.00 | 2.0 | $ 350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/30/2020 | Ellen Davis | Merged data and ran stats on abuse year and created visualizations. | 175.00 | 3.0 | $ 525.00 |
| | | | | | | | |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/30/2020 | Ellen Davis | Data analysis | 175.00 | 1.0 | $ 175.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/30/2020 | Ellen Davis | Inernal team meeting | 175.00 | 1.0 | $ 175.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/31/2020 | Connor Cosenza | De-duplication | 265.00 | 0.8 | $ 212.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/31/2020 | Connor Cosenza | Research | 265.00 | 4.4 | $ 1,166.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/31/2020 | Autumn McCusker | Data review and analysis | 175.00 | 2.5 | $ 437.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/31/2020 | Autumn McCusker | Data review and analysis. | 175.00 | 2.0 | $ 350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 12/31/2020 | Ellen Davis | Data analysis | 175.00 | 2.5 | $ 437.50 |
| | **Historical Data Analysis-Model Building Total** | | | | | 293.4 | $ 99,885.20 |
| **Actuarial and other Analyses Total** | | | | | | 301.6 | $ 101,320.20 |
| **Grand Total** | | | | | | 301.6 | $ 101,320.20 |