# **EXHIBIT B**

Ankura did not incur any fees during the Fee Period