**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| BOY SCOUTS OF AMERICA AND | ) Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC, *et al.*, | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Re: Doc. No. 2092** |

**NOTICE OF WITHDRAWAL OF THE CREW JANCI CLAIMANTS' OBJECTION**
**TO HARTFORD AND CENTURY'S MOTION FOR AN ORDER (I) AUTHORIZING**
**CERTAIN RULE 2004 DISCOVERY AND (II) GRANTING LEAVE FROM**
**LOCAL RULE 3007-1(f) TO PERMIT THE FILING OF**
**SUBSTANTIVE OMNIBUS OBJECTIONS**

PLEASE TAKE NOTICE THAT the Crew Janci Claimants, by and through undersigned counsel, hereby withdraws their *Objection to Hartford and Century's Motion for an Order (I) Authorizing Certain Rule 2004 Discovery and (II) Granting Leave from Local Rule 3007-1(f) to Permit the Filing of Substantive Omnibus Objections* [Docket No. 2092; Filed February 5, 2021], without prejudice. The Crew Janci Claimants reserve all rights in connection with the underlying discovery.

Dated: February 16, 2021
Wilmington, Delaware

**KLEHR HARRISON HARVEY**
**BRANZBURG LLP**

*/s/ Sally E. Veghte*
Sally E. Veghte (DE Bar No. 4762)
919 N. Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone: (302) 552-5503
Email: sveghte@klehr.com

-And-

PHIL1 9345012v.1

Morton Branzburg, Esquire
**KLEHR HARRISON HARVEY
BRANZBURG LLP**
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Telephone:     (215) 569-2700
Email:  mbranzburg@klehr.com

-And-

Peter B. Janci, Esquire
*Admitted Pro Hac Vice*
**CREW JANCI LLP**
1200 NW Naito Parkway, Suite 500
Portland, Oregon 97209
Telephone: (503) 306-0224
Email:  peter@crewjanci.com

*Attorneys for the Crew Janci Claimants*

2