**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 20-10343 (LSS) |
| BOY SCOUTS OF AMERICA AND | ) | |
| DELAWARE BSA, LLC, | ) | Jointly Administered |
| | ) | |
| Debtors.[1] | ) | Re: Docket Nos. 1974, 2022, 2180, 2196 |
| | ) | |
| | ) | **Hearing Date: February 17, 2021 at 10:00 a.m.** |
| | ) | |
| | ) | |
| | ) | |

**JOINDER OF TIMOTHY D. KOSNOFF, ESQUIRE TO**
**MOTION OF THE COALITION OF ABUSED SCOUTS FOR JUSTICE**
**TO FILE SUR-REPLY TO INSURERS' MOTION FOR AN ORDER**
**AUTHORIZING RULE 2004 DISCOVERY OF CERTAIN PROOFS OF CLAIM**

Timothy D. Kosnoff, Esquire, by his undersigned counsel, hereby joins (the "Joinder")

to the *Motion of the Coalition of Abused Scouts to File Sur-Reply to Insurers' Motion for an Order*

*Authorizing Rule 2004 Discovery of Certain Proofs of Claim,* (the "Motion"), [Docket No. 2196].

Mr. Kosnoff adopts and incorporates by reference all arguments set forth in the Sur-Reply,

(attached as Exhibit A to the Motion), together with those arguments to be presented at any

hearing on the Motion, and respectfully requests that the Court grant the relief requested in the

Motion and authorize the Coalition of Abused Scouts for Justice to file a Sur-Reply for the limited

purpose of addressing the new legal arguments and factual misrepresentations and omissions

raised in the *Insurers' Reply Brief in Support of Motion for an Order Authorizing Rule 2004*

*Discovery of Certain Proofs of Claim* (the "Insurers' Reply").

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal
tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC
(4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**RESERVATION OF RIGHTS**

Mr. Kosnoff expressly reserves, and does not waive, any and all rights with respect to the 2004 discovery, the Motion, the Objection, the Joinder and the Sur-Reply to which he joins. Specifically, nothing in this Joinder should be deemed a waiver of Mr. Kosnoff's rights (i) to have a final orders in non-core matters entered only after *de novo* review by a District Judge; (ii) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) to challenge or contest any subpoenas served upon Mr. Kosnoff or any of his clients, or (v) of any other rights, claims, actions, to which Mr. Kosnoff is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses are expressly reserved.

**CONCLUSION**

WHEREFORE, Mr. Kosnoff respectfully requests that the Court enter an order granting the Motion and granting the Coalition and Mr. Kosnoff such other and further relief as the Court deems just and proper.

Date:  February 16, 2021                                WILKS LAW, LLC

                                                      /s/ David E. Wilks
                                                     David E. Wilks (DE Bar No. 2793)
                                                     4250 Lancaster Pike, Suite 200
                                                     Wilmington, Delaware 19805
                                                     Telephone: 302-225-0850
                                                     Facsimile:  302-225-0851
                                                     Email:  dwilks@wilks.law

                                                     *Counsel to Timothy D. Kosnoff, Esquire*