**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA and<br>DELAWARE BSA, LLC, *et al.*[1], | Chapter 11<br><br>Case No. 20-10343 (LSS) |

**<u>AFFIDAVIT OF SERVICE</u>**

| STATE OF DELAWARE | § | |
|---|---|---|
| | § | SS: |
| NEW CASTLE COUNTY | § | |

I, Gregory J. Flasser, being duly sworn according to law, depose and say that I am employed by Bayard, P.A., counsel for Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Fire Insurance Company, and that on the 11th day of February, 2021, I caused copies of the **Reply in Support of Hartford and Century's Motion for an Order (I) Authorizing Certain Rule 2004 Discovery and (II) Granting Leave From Local Rule 3007-1(F) to Permit the Filing of Substantive Omnibus Objections [D.I. 2169]** to be served as follows:

   a.   via electronic mail where available or first-class mail upon on the parties, listed on <u>Exhibit 1</u> attached hereto, that have filed a notice of appearance and request for service pursuant to Bankruptcy Rule 2002;

   b.   via electronic mail where available and first-class mail upon the law firms listed on <u>Exhibit 2</u> attached hereto; and

   c.   via electronic mail where available and first-class mail upon the individuals listed on <u>Exhibit 3</u> attached hereto.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

I further certify that I caused copies of the **Reply in Support of Hartford Accident and Indemnity Company, First State Insurance Company and Twin City First Insurance Company's Motion to Compel Abused in Scouting and Kosnoff Law PLLC to Submit Supplemental Rule 2019 Disclosures [D.I. 2170]** to be served as follows:

a.  via electronic mail where available or first-class mail upon on the parties, listed on Exhibit 1 attached hereto, that have filed a notice of appearance and request for service pursuant to Bankruptcy Rule 2002; and

b.  via electronic mail where available and first-class mail upon the law firms listed on Exhibit 4 attached hereto;

*/s/ Gregory J. Flasser*
Gregory J. Flasser

**<u>Exhibit 1</u>**

**<u>2002 Service List</u>**

# BSA 2002 SERVICE LIST
## By E-Mail or Regular Mail

Abernathy, Roeder, Boyd & Hullett, P.C.
Attn: Chad Timmons
Larry R. Boyd; Emily M. Hahn
1700 Redbud Blvd, Ste 300
McKinney, TX 75069
ctimmons@abernathylaw.com

Adams and Reese LLP
Attn: Henry C. Shelton, III
6075 Poplar Ave, Ste 700
Memphis, TN 38119
Henry.Shelton@arlaw.com

Andrus Wagstaff, PC
Attn: Aimee H. Wagstaff
7171 W Alaska Dr
Lakewood, CO 80226
aimee.wagstaff@andruswagstaff.com

Ashby & Geddes, PA
Attn: Bill Bowden
500 Delaware Ave, 8th Fl
Wilmington, DE 19801
wbowden@ashbygeddes.com

Baird Mandalas Brockstedt, LLC
Attn: Stephen W. Spence
1413 Savannah Rd, Ste 1
Lewes, DE 19958
sws@bmbde.com

Baker Manock & Jensen, PC
Attn: Jan T. Perkins
5260 N Palm Ave, Ste 421
Fresno, CA 93704
jperkins@bakermanock.com

Ballard Spahr LLP
Attn: Matthew G. Summers
Attn: Chantelle D. McClamb
919 N. Market St, 11th Fl
Wilmington, DE 19801-3034
summersm@ballardspahr.com

Bayard, PA
Attn: Erin Fay/ Gregory Flasser
600 N King St, Ste 400
Wilmington, DE 19801
efay@bayardlaw.com

Bielli & Klauder, LLC
Attn: David M Klauder
1204 N King St
Wilmington, DE 19801
dklauder@bk-legal.com

Bodell Bove, LLC
Attn: Bruce W. McCullough
1225 N King St, Ste 1000
Wilmington, DE 19801
bmccullough@bodellbove.com

Bradley Arant Boult Cummings
Attn: Edwin Rice
Attn: Elizabeth Brusa
100 N Tampa St, Ste 2200
Tampa, FL 33602
eRice@bradley.com

Bradley Riley Jacobs PC
Attn: Todd C. Jacobs
320 W Ohio St, Ste 3W
Chicago, IL 60654
tjacobs@bradleyriley.com

Brown Rudnick LLP
Attn: David J. Molton
7 Times Square
New York, NY 10036
DMolton@brownrudnick.com

Brown Rudnick LLP
Attn: Sunni P. Beville Tristan G. Axelrod
1 Financial Ctr
Boston, MA 02111
sbeville@brownrudnick.com

Buchalter, A Professional Corporation
Attn: Shawn M. Christianson
55 Second St, 17th Fl
San Francisco, CA 94105-3493
schristianson@buchalter.com

Butler Snow LP
Attn: Daniel W. Van Horn
P.O. Box 171443
Memphis, TN 38187-1443
Danny.VanHorn@butlersnow.com

Carruthers & Roth, PA
Attn: Britton C Lewis
235 N Edgeworth St., Box 540
Greensboro, NC 27401
bcl@crlaw.com

Chipman, Brown, Cicero & Cole, LLP
Attn: Mark Desgrosseilliers
1313 N Market St, Ste 5400
Wilmington, DE 19801
desgross@chipmanbrown.com

1

# BSA 2002 SERVICE LIST
## By E-Mail or Regular Mail

Choate, Hall & Stewart LLP
Attn: Douglas R. Gooding
Jonathan D. Marshall; Michael J. Foley, Jr
Two International Place
Boston, MA 02110
dgooding@choate.com

Commonwealth of Pennsylvania
Dept of Labor & Industry
Attn: Deb Secrest/Collections Support Unit
651 Boas St, Rm 925
Harrisburg, PA 17121  ra-li-ucts-
bankrupt@state.pa.us

Connolly Gallagher, LLP
Attn: Karen C. Bifferato
Attn: Kelly M. Conlan
1201 N Market St, 20th Fl
Wilmington, DE 19801
kbifferato@connollygallagher.com

Coughlin Duffy, LLP
Attn: Kevin Coughlin/Lorraine Armenti
Attn: Michael Hrinewski
350 Mt Kemble Ave
P.O. Box 1917
Morristown, NJ 07960
 kcoughlin@coughlinduffy.com

Cousins Law LLC
Attn: Scott D. Cousins
Brandywine Plaza W
1521 W Concord Pike, Ste 301
Wilmington, DE 19803
 scott.cousins@cousins-law.com

Crew Janci LLP
Attn: Stephen Crew
Attn: Peter Janci
1200 NW Naito Pkwy, Ste 500
Portland, OR 97209
steve@crewjanci.com

Cross & Simon, LLC
Attn: Christopher Simon
Attn: Kevin Mann
1105 N Market St, Ste 901
Wilmington, DE 19801
 csimon@crosslaw.com

Crowell & Moring LLP
Attn: Mark D. Plevin; Austin J. Sutta
3 Embarcadero Center, 26th Fl
San Francisco, CA 94111
mplevin@crowell.com

Crowell & Moring LLP
Attn: Tacie H. Yoon
1001 Pennsylvania Ave, NW
Washington, D.C. 20004
 tyoon@crowell.com

Davidoff Hutcher & Citron LLP
 jsp@dhclegal.com

Davidoff Hutcher & Citron LLP
Attn: Jonathan S. Pasternak
Attn: James B. Glucksman
Attn: Robert L. Rattet
605 3rd Ave
New York, NY 10158
rlr@dhclegal.com

Davies Hood PLLC
Attn: Jason P. Hood
22 N Front St, Ste 620
Memphis, TN 38103-2100
 Jason.Hood@davieshood.com

Dorsey & Whitney LLP
Attn: Bruce R. Ewing/E. Schnabel
51 W 52nd St
New York, NY 10019
 ewing.bruce@dorsey.com

Dorsey & Whitney LLP
Attn: Eric Lopez Schnabel
Attn: Alessandra Glorioso
300 Delaware Ave, Ste 1010
Wilmington, DE 19801
schnabel.eric@dorsey.com

Doshi Legal Group, P.C.
Attn: Amish R. Doshi
1979 Marcus Ave, Ste 210E
Lake Success, NY 11042
 amish@doshilegal.com

Faegre Drinker Biddle & Reath LLP
Attn: Michael P. Pompeo
1177 Ave of the Americas, 41st Fl
New York, NY 10036-2714
 michael.pompeo@faegredrinker.com

Faegre Drinker Biddle & Reath LLP
Attn: Patrick A. Jackson
Attn: Kaitlin W. MacKenzie
222 Delaware Ave., Suite 1410
Wilmington, DE 19801-1621
Patrick.Jackson@faegredrinker.com

# BSA 2002 SERVICE LIST
## By E-Mail or Regular Mail

Ferry Joseph, PA
Attn: John D. McLaughlin, Jr.
824 N Market St, Ste 1000
Wilmington, DE 19801
  jmclaughlin@ferryjoseph.com

Fineman Krekstein & Harris, PC
Attn: Dierdre M Richards
1300 N King St
Wilmington, DE 19801
  drichards@finemanlawfirm.com

Flordia M. Henderson
P.O. Box 30604
Memphis, TN 38130-0604
  flordia@fhendersonlaw.net

Foley & Lardner LLP
Attn: Richard J Bernard
90 Park Ave
New York, NY 10016
  rbernard@foley.com

Foley & Lardner LLP
Attn: Victor Vilaplana
3579 Valley Centre Dr, Ste 300
San Diego, CA 92130
  vavilaplana@foley.com

Foran Glennon Planadech Ponzi & Rudloff, P.C.
Attn: Susan N K Gummow
Attn: Igor Shleypak
222 N LaSalle St, Ste 1400
Chicago, IL 60614
  sgummow@fgppr.com

Fox Swibel Levin & Carroll LLP
Attn: Margaret M. Anderson
200 W Madison St, Ste 3000
Chicago, IL 60606
  panderson@foxswibel.com

Gilbert LLP
Attn: Kami Quinn / Attn: Meredith Neely
Attn: Emily Grim / Attn: Jasmine Chalashtori
700 Pennsylvania Ave, SE Ste 400
Washington, DC 20003
  quinnk@gilbertlegal.com

Godfrey & Kahn, SC
Attn: Erin A. West
1 E Main St, Ste 500
P.O. Box 2719
Madison, WI 53701-2719
  ewest@gklaw.com

Godfrey & Kahn, SC
Attn: Timothy F. Nixon
200 S Washington St, Ste 100
Green Bay, WI 54301-4298
  tnixon@gklaw.com

Hicks Thomas LLP
Attn: John B.. Thomas
Attn: Allison Fisher
700 Louisiana St., Ste 2300
Houston, TX 77002
  jthomas@hicks-thomas.com

Hogan, McDaniel
  gfmcdaniel@dkhogan.com

Hogan, McDaniel
Attn: Daniel K. Hogan
Attn: Garvan F. McDaniel
1311 Delaware Ave
Wilmington, DE 19806
  dkhogan@dkhogan.com

Hoover & Slovacek, LLP
Attn: Steven A. Leyh
Galleria Tower II
5051 Westheimer Rd, Ste 1200
Houston, TX 77056
  leyh@hooverslovacek.com

Ice Miller
Attn: Daniel R. Swetnam
Arena District
250 West St
Columbus, OH 43215
  daniel.swetnam@icemiller.com

Ichor Consulting, LLC
Attn: J. Chad Edwards
3626 N Hall St (Two Oak Lawn) Ste 610
Dallas, TX 75219
  Chad@IchorConsulting.com

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Jacobs & Crumplar, PA
Attn: Raeann Warner/Thomas Crumplar
750 Shipyard Dr, Ste 200
Wilmington, DE 19801
  Raeann@jcdelaw.com

# BSA 2002 SERVICE LIST
## By E-Mail or Regular Mail

James, Vernon & Weeks, P.A.
Attn: Leander L. James
Attn: Craig K. Vernon
R. Charlie Beckett
1626 Lincoln Wy
Coeur d'Alene, ID 83815
 ljames@jvwlaw.net

Janet, Janet & Scuggs, LLC
Attn: Gerald D Jowers, Jr
500 Taylor St, Ste 301
Columbia, SC 29201
 GJowers@JJSJustice.com

JPMorgan Chase Bank, NA
Attn: Phil Martin
10 S Dearborn St
Mail Code Il1-1415
Chicago, Il 60603

Jpmorgan Chase Bank, NA
c/o Norton Rose Fulbright US LLP
Attn: Louis R. Strubeck, Jr
1301 Ave of the Americas
New York, NY 10019-6022
louis.strubeck@nortonrosefulbright.com

Karr Tuttle Campbell, PS
Attn: Bruce W. Leaverton
701 5th Ave, Ste 3300
Seattle, WA 98104
 bleaverton@karrtuttle.com

Kelly, Morgan, Dennis, Corzine & Hansen, P.C.
Attn: Michael G. Kelly
P.O. Box 1311
Odessa, TX 79760-1311
 mkelly@kmdfirm.com

Klehr Harrison Harvey Branzburg LLP
Attn: Domenic E. Pacitti
919 Market St, Ste 1000
Wilmington, DE 19801
 dpacitti@klehr.com

Klehr Harrison Harvey Branzburg LLP
Attn: Morton R. Branzburg
1835 Market St, Ste 1400
Philadelphia, PA 19103
 mbranzburg@klehr.com

Kramer Levin Naftalis & Frankel LLP
Attn: Thomas Moers Mayer/Rachel Ringer
Attn: David E. Blabey Jr./Jennifer R. Sharret
Attn: Megan M. Wasson
177 Ave of the Americas
New York, NY 10036
 tmayer@kramerlevin.com

Latham & Watkins LLP
Attn: Adam J Goldberg
885 3rd Ave
New York, NY 10022-4834
 adam.goldberg@lw.com

Latham & Watkins LLP
Attn: Jeffrey E Bjork
Attn: Kimberly A Posin
355 S Grand Ave, Ste 100
Los Angeles, CA 90071-1560
 jeff.bjork@lw.com

Lineberger Goggan Blair & Sampson, LLP
Attn: Don Stecker
112 E Pecan St, Ste 2200
San Antonio, TX 78205
 sanantonio.bankruptcy@publicans.com

Lineberger Goggan Blair & Sampson, LLP
Attn: Elizabeth Weller
2777 N. Stemmons Fwy, Ste 1000
Dallas, TX 75207
 dallas.bankruptcy@publicans.com

Lineberger Goggan Blair & Sampson, LLP
Attn: John P. Dillman
P.O. Box 3064
Houston, TX 77253-3064
 houston_bankruptcy@publicans.com

Maurice Wutscher LLP
Attn: Alan C. Hochheiser
23611 Chagrin Blvd. Ste 207
Beachwood, OH 44122
 ahochheiser@mauricewutscher.com

McCreary, Veselka, Bragg & Allen, PC
Attn: Tara LeDay
P.O. Box 1269
Round Rock, TX 78680
 tleday@mvbalaw.com

# BSA 2002 SERVICE LIST
## By E-Mail or Regular Mail

McDermott Will & Emery LLP
Attn: Ryan Smethurst
Attn: Margaret Warner
500 N Capitol St NW
Washington, DC 20001-1531
 rsmethurst@mwe.com

Miller, Canfield, Paddock and Stone, P.L.C.
Attn: Danielle Mason Anderson
277 S Rose St, Ste 5000
Kalamazoo, MI 49007
 andersond@millercanfield.com

Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.
Attn: Kim V. Marrkand
Attn: Nancy D. Adams
Attn: Laura Bange Stephens
One Financial Center
Boston, MA 02111
kmarrkand@mintz.com

Mirick, O'Connell, DeMallie & Lougee, LLP
Attn: Kate P Foley
1800 W Park Dr, Ste 400
Westborough, MA 01581
 kfoley@mirickoconnell.com

Mirick, O'Connell, DeMallie & Lougee, LLP
Attn: Paul W Carey
100 Front St
Worcester, MA 01608
 pcarey@mirickoconnell.com

Missouri Dept of Revenue
Bankruptcy Unit
Attn: Steven A Ginther
P.O. Box 475
Jefferson City, MO 65105-0475
 deecf@dor.mo.gov

Monzack Mersky Browder & Hochman, P.A.
Attn: Rachel B. Mersky
1201 N Orange St, Ste 400
Wilmington, DE 19801
 rmersky@monlaw.com

Monzack Mersky McLaughlin & Browder, PA
Attn: Brian McLaughlin
Attn: Rachel B. Mersky
1201 N Orange St, Ste 400
Wilmington, DE 19801
 bmclaughlin@monlaw.com

Moore & Rutt, PA
Attn: David N. Rutt
Attn: Scott G. Wilcox
122 N Market St
P.O. Box 554 Georgetown, DE 19947
dnrutt@mooreandrutt.com

Morris James LLP
 emonzo@morrisjames.com

Morris James LLP
Attn: Brett D. Fallon
Attn: Brya M. Keilson
500 Delaware Ave, Ste 1500
P.O. Box 2306
Wilmington, DE 19899-2306
bfallon@morrisjames.com

Morris James LLP
Attn: Stephen M. Miller
Attn: Carl N. Kunz, III
500 Delaware Ave, Ste 1500
Wilmington, DE 19801
 smiller@morrisjames.com

Motley Rice LLC
Attn: Daniel R. Lapinksi
210 Lake Dr E, Ste 101
Cherry Hill, NJ 08002
 dlapinski@motleyrice.com

Motley Rice LLC
Attn: Joseph F. Rice
28 Bridgeside Blvd
Mt Pleasant, SC 29464
 jrice@motleyrice.com

Nagel Rice LLP
Attn: Bradley L Rice
103 Eisenhower Pkwy
Roseland, NJ 07068
 brice@nagelrice.com

Napoli Shkolnnik PLLC
Attn: R. Joseph Hrubiec
919 N Market St, Ste 1801
Wilmington, DE 19801
 RHrubiec@NapoliLaw.com

Nelson Comis Kettle & Kinney, LLP
Attn: William E. Winfield
300 E Esplande Dr, Ste 1170
Oxnard, CA 93036
 wwinfield@calattys.com

# BSA 2002 SERVICE LIST
## By E-Mail or Regular Mail

Nelson Mullins Riley & Scarborough LLP
Attn: David Barnes, Jr
101 Constitution Ave NW, Ste 900
Washington, DC 20001
  david.barnes@nelsonmullins.com

Nicolaides Fink Thorpe Michaelides Sullivan LLP
Attn: Matthew S. Sorem
10 S Wacker Dr, 21st Fl
Chicago, IL 60606
  msorem@nicolaidesllp.com

Norton Rose Fulbright Us LLP
Attn: Louis Strubeck/ Kristian Gluck
Attn: Ryan Manns
2200 Ross Ave, Suite 3600
Dallas, TX 75201-7932
louis.strubeck@nortonrosefulbright.com

Nye, Stirling, Hale & Miller LLP
Joel M. Walker
1145 Bower Hill Rd, Ste 104
Pittsburgh, PA  15243
  jmwalker@nshmlaw.com

O'Connor Playdon Guben & Inouye LLP
Attn: Jerrold K. Guben
Makai Tower, Ste 2400
733 Bishop St
Honolulu, HI 96813
  JKG@opgilaw.com

O'Melveny & Myers LLP
Attn: Tancred Schiavoni
Times Square Tower
7 Times Square
New York, NY 10036-6537

Office of the Attorney General
Attn: Christopher S Murphy
Attn: Sherri K Simpson
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548
christopher.murphy@oag.texas.gov

Office of the United States Trustee
Attn: David L. Buchbinder
Attn: Hannah M. McCollum
844 King St, Suite 2207
Lockbox 35
Wilmington, DE 19801
david.l.buchbinder@usdoj.gov

Pachulski Stang Ziehl & Jones
Attn: James I. Stang
10100 Santa Monica Blvd, 13th Fl
Los Angeles, CA 90067-4003
  jstang@pszjlaw.com

Pachulski Stang Ziehl & Jones LLP
Attn: James Stang/Robert Orgel
Attn: James O'Neill/John Lucas/Ilan Scharf
919 N Market St, 17th Fl
P.O. Box 8705
Wilmington, DE 19899-8705 jlucas@pszjlaw.com

Paul Mones PC
Attn: Paul Mones
13101 Washington Blvd
Los Angeles, CA 90066
  paul@paulmones.com

Pension Benefit Guaranty Corporation
Attn: Patricia Kelly, CFO
Attn: Cassandra Burton, Attorney
Attn: Craig Fessenden
1200 K St NW
Washington, DC 20005
  kelly.patricia@pbgc.Gov

Perdue, Brandon, Fielder, Collins & Mott, LLP
Attn: John T. Banks
3301 Northland Dr, Ste 505
Austin, TX 78731
  jbanks@pbfcm.com

Pfau Cochran Vertetis Amala PLLC
Attn: Michael Pfau/Jason Amala
Attn: Vincent Nappo
403 Columbia St, Ste 500
Seattle, WA 98104
  michael@pcvalaw.com

Phillips Lytle LLP
Attn: Angela Z Miller
One Canalside
125 Main St
Buffalo, NY 14203
  amiller@phillipslytle.com

Potter Anderson & Corroon LLP
Attn: Jeremy Ryan
Attn: D. Ryan Slaugh
1313 N Market St, 6th Fl
P.O. Box 951
Wilmington, DE 19899
  jryan@potteranderson.com

# BSA 2002 SERVICE LIST
## By E-Mail or Regular Mail

Reed Smith LLP
Attn: Kurt F. Gwynne
Attn: Katelin A. Morales
120 N Market St, Ste 1500
Wilmington, DE 19801
  kgwynne@reedsmith.com

Reger Rizzo & Darnall LLP
Attn: Louis J. Rizzo, Jr
1521 Concord Pike, Ste 305
Brandywine Plaza West
Wilmington, DE 19803
  lrizzo@regerlaw.com

Richards, Layton & Finger, PA
Attn: Michael Merchant/Brett Haywood
One Rodney Square
920 N King St
Wilmington, DE 19801
  merchant@rlf.com

Schnader Harrison Segal & Lewis LLP
Attn: Richard A. Barkasy
Attn: Kristi J. Doughty
824 N Market St, Ste 800
Wilmington, DE 19801-4939
rbarkasy@schnader.com

Seitz, Van Ogtrop & Green, P.A.
Attn: R. Karl Hill
222 Delaware Ave, Ste 1500
Wilmington, DE 19801
  khill@svglaw.com

Sequoia Counsel of Boy Scouts, Inc.
Attn: Michael Marchese
6005 N Tamera Ave
Fresno, CA 93711
  michael.marchese@scouting.org

Shipman & Goodwin LLP
Attn: Abigail Williams/ James Ruggeri
Attn: Joshua Weinberg
Attn: Michele B Konigsberg
1875 K St NW, Ste 600
Washington, DC 20006-1251
awilliams@goodwin.com

Shipman & Goodwin LLP
Attn: Eric S. Goldstein
1 Constitution Plz
Hartford, CT 06103-1919
  egoldstein@goodwin.com

Squire Patton Boggs (US) LLP
Attn: Mark A. Salzberg
2550 M St, NW
Washington, DC 20037
  mark.salzberg@squirepb.com

Squire Patton Boggs (US) LLP
Attn: Travis A. McRoberts
2000 McKinney Ave, Ste 1700
Dallas, TX 75201
  travis.mcroberts@squirepb.com

Stamoulis & Weinblatt LLC
Attn: Stamatios Stamoulis
Attn: Richard Weinblatt
800 N West St, Ste 800
Wilmington, DE 19801
  stamoulis@swdelaw.com

Stark & Stark, PC
Attn: Joseph H Lemkin
P.O. Box 5315
Princeton, NJ 08543
  jlemkin@stark-stark.com

Steptoe & Johnson LLP
Attn: Harry Lee
Attn: John O'Connor
Attn: Brett Grindrod
1330 Connecticut Ave, N.W
Washington, DC 20036
  hlee@steptoe.com

Straffi & Straffi, LLC
Attn: Daniel Straffi, Jr
670 Commons Way
Toms River, NJ 08755
  bkclient@straffilaw.com

Sullivan Hazeltine Allinson LLC
Attn: William D. Sullivan
919 N Market St, Ste 420
Wilmington, DE 19801
  bsullivan@sha-llc.com

Sullivan Hill Lewin Rez & Engel, PLC
Attn: James Hill/ Christopher Hawkins
Attn: Kathleen Cashman-Kramer
600 B St, Ste 1700
San Diego, CA 92101
  Hill@SullivanHill.com

# BSA 2002 SERVICE LIST
## By E-Mail or Regular Mail

Swenson & Shelley, PLLC
Attn: Kevin D. Swenson
107 S 1470 E, Ste 201
St George, UT 84790
  Kevin@swensonshelley.com

Synchrony Bank
c/o PRA Receivables Management, LLC
Attn: Valerie Smith
P.O. Box 41021
Norfolk, VA 23541
  claims@recoverycorp.com

The Bifferato Firm, PA
Attn: Ian Connor Bifferato
1007 N Orange ST, 4TH FL
Wilmington, DE 19801
  cbifferato@tbf.legal

The County Commission Of Fayette County
Attn: President
P.O. Box 307
Fayetteville, WV 25840

The County Commission Of Fayette County
c/o Steptoe & Johnson Pllc
Attn: John Stump, Esq
707 Virginia St. E,  8th Fl
Charleston, WV 25301

The Law Office of James Tobia, LLC
Attn: James Tobia
1716 Wawaset St
Wilmington, DE 19806
  jtobia@tobialaw.com

The Law Offices of Joyce, LLC
Attn: Michael J. Joyce
1225 King St, Ste 800
Wilmington, DE 19801
  mjoyce@mjlawoffices.com

The Neuberger Firm
Attn: Thomas S. Neuberger
Attn: Stephen J. Neuberger
17 Harlech Dr
Wilmington, DE 19807
  tsn@neubergerlaw.com

The Powell Firm, LLC
Attn: Jason C. Powell
Attn: Thomas Reichert
1201 N Orange St, Ste 500
Wilmington, DE 19801
  jpowell@delawarefirm.com

Thomas Law Office, PLLC
Attn: Tad Thomas/Louis Schneider
9418 Norton Commons Blvd, Ste 200
Louisville, KY 40059
  tad@thomaslawoffices.com

TN Dept of Labor - Bureau of Unemployment
Insurance
c/o TN Attorney General's Office, Bankruptcy
Division
Attn: Laura L. McCloud
PO Box 20207
Nashville, TN 37202-0207
AGBankDelaware@ag.tn.gov

Tremont Sheldon Robinson Mahoney PC
Attn: Cindy Robinson
Attn: Doug Mahoney
64 Lyon Ter
Bridgeport, CT 06604
crobinson@tremontsheldon.com

Troutman Pepper Hamilton Sanders LLP
Attn: David M. Fournier
Attn: Marcy J. McLaughlin Smith
1313 Market St, Ste 5100
Wilmington, DE 19801
david.fournier@troutman.com

Troutman Pepper Hamilton Sanders LLP
Attn: Harris B. Winsberg
Attn: Matthew G. Roberts
600 Peachtree St NE, Ste 3000
Atlanta, GA 30308
  harris.winsberg@troutman.com

Tune, Entrekin & White, PC
Attn: Joseph P. Rusnak
315 Deaderick St, Ste 1700
Nashville, TN 37238
  Jrusnak@tewlawfirm.com

Tybout, Redfearn & Pell
Attn: Seth J. Reidenberg
750 Shipyard Dr, Ste 400
P.O. Box 2092
Wilmington, DE 19899-2092
sreidenberg@trplaw.com

United States Dept Of Justice
950 Pennsylvania Ave, Nw
Room 2242
Washington, DC 20530-0001

# BSA 2002 SERVICE LIST
## By E-Mail or Regular Mail

US Attorney For Delaware
Attn: David C Weiss
1007 Orange St, Ste 700
P.O. Box 2046
Wilmington, DE 19899-2046
usade.ecfbankruptcy@usdoj.gov

Wachtell, Lipton, Rosen & Katz
Attn: Richard Mason/Douglas Mayer
Attn:Joseph C. Celentino
51 W 52nd St
New York, NY 10019
 rgmason@wlrk.com

Walden Macht & Haran LLP
Attn: Daniel Miller
2532 Justin Lane
Wilmington, DE 19810
 dmiller@wmhlaw.com

Walker Wilcox Maousek LLP
Attn: Christopher A. Wadley
1 N Franklin, Ste 3200
Chicago, IL 60606
 cwadley@walkerwilcox.com

Wanger Jones Helsley, PC.
Attn: Riley C. Walter
265 E River Park Circle, Ste 310
Fresno, CA 93720
 rwalter@wjhattorneys.com

Ward and Smith, P.A.
Attn: Paul A Fanning
P.O. Box 8088
Greenville, NC 27835-8088
 paf@wardandsmith.com

White & Case LLP
Attn: Jessica C.K. Boelter
1221 Ave of the Americas
New York, NY 10020-1095
 jessica.boelter@whitecase.com

White & Case LLP
Attn: Michael C. Andolina
111 S Wacker Dr
Ste 5100
Chicago, IL 60606-4302  mandolina@whitecase.com

Whiteford, Taylor & Preston LLC
Attn: Richard W Riley
The Renaissance Centre
405 N King St, Ste 500
Wilmington, DE 19801  rriley@wtplaw.com

Whiteford, Taylor & Preston LLP
Attn: Todd M Brooks
7 St Paul St, 15th Fl
Baltimore, MD 21202-1626
 tbrooks@wtplaw.com

Wilks Law, LLC
Attn: David E. Wilks
4250 Lancaster Pike, Ste 200
Wilmington, DE 19805
 dwilks@wilks.law

Attn: Craig Goldblatt
1875 Pennsylvania Ave NW
Washington, DC 20006
 craig.goldblatt@wilmerhale.com

Womble Bond Dickinson (US) LLP
Attn: Matthew Ward/Morgan Patterson
1313 N Market St, Ste 1200
Wilmington, DE 19801
 matthew.ward@wbd-us.com

Young Conaway Stargatt & Taylor
Attn: James L. Patton, Jr
Attn: Robert Brady/Edwin Harron
Rodney Square, 1000 N. King St..
Wilmington, DE 19801
 jpatton@ycst.com

**Exhibit 2**

## BSA SPECIAL SERVICE LIST –LAW FIRMS

Andreozzi + Foote
Benjamin D. Andreozzi
Nathaniel L. Foote
4503 N Front St
Harrisburgh, PA 17110
holly@victimscivilattorneys.com

Andrews & Thornton, AAL, ALC
John C. Thornton
Ryan McIntosh; Sean T. Higgins
4701 Von Karman Ave. Ste 300
Newport Beach, CA 92660
BSA@AndrewsThornton.com

Andrews & Thornton, AAL, ALC
Stephanie Beale
4701 Von Karman Ave, Ste 300
Newport Beach, CA 92660
sbeale@andrewsthornton.com

Andrus Wagstaff, PC
Kimberly A. Dougherty
19 Belmont Street
South Easton, MA 02375
Kimberly.Dougherty@andruswagstaff.com
aimee.wagstaff@andruswagstaff.com
lisa.lockhead@andruswagstaff.com

Ashcraft & Gerel, LLP
Gertrude Ngamga-Kamtchoum
1825 K Street NW, Ste 700
Washington, DC 20006
gkamtchoum@ashcraftlaw.com

ASK LLP
Edward E. Neiger
151 W. 46th Street, 4th Floor
New York, NY 10036
justice@askllp.com

Aylstock, Witkin, Kreis, & Overholtz, PLLC
S Mary Liu
17 E. Main St. Ste. 200
Pensacola, FL 32502

Babin Law, LLC
Steven C. Babin Jr.
140 E. Town St., Ste 1100
Columbus, OH 43215
hello@babinlaws.com

Bailey Cowan Heckaman, PLLC
Andrea McGinnis
5555 San Felipe St., Ste 900
Houston, TX 77056
amcginnis@bchlaw.com

Berger Montague
Jeffrey L. Osterwise
1818 Market St., Ste 3600
Philadelphia, PA 19103
josterwise@bm.net

Bonina & Bonina P.C.
John Bonina
16 Court St Suite 1800
Brooklyn, NY 11241
Jbonina@medlaw1.com

Bradshaw & Bryant, PLLC
Michael A. Bryant
1505 Division Street
Waite Park, MN 56387
mike@minnesotapersonalinjury.com

Brent Coon & Associates
Robert Schwartz
300 Fannin St, Ste 200
Houston, TX 77002
BCABSAclient@bcoonlaw.com

Buckfire & Buckfire PC
Robert Lantzy
29000 Inkster Rd. Ste 150
Southfield, MI 48034
robert@buckfirelaw.com

Christina Pendleton & Associates PC
Damon Pendleton
1506 Staples Mill Rd., Ste 101
Richmond, VA 23230
masstorts@cpenlaw.com

Colter Legal PLLC
John G. Harnishfeger
1717 K Street, NW Ste 900
Washington, DC 20006
John.Harnishfeger@ColterLegal.com

Crew Janci LLP
Stephen F. Crew
Peter B. Janci
1200 NW Naito Parkwy, Ste 500
Portland, OR 97209
steve@crewjanci.com; peter@crewjanci.com

## BSA SPECIAL SERVICE LIST –LAW FIRMS

D Miller & Associates, PLLC
Rochelle Gutton
2610 W. Sam Houston Pkwy, Ste #200
Houston, TX 77042
bsa@dmillerlaw.com

Damon J Baldone & Associates, APLC
Damon J. Baldone
162 New Orleans Blvd
Houma, LA 70364
damon@baldonelaw.com

Danizger & De Llano, LLP
Paul Danziger
440 Louisiana St., Ste 1212
Houston, TX 77002
bsa@dandell.com

Danizger & De Llano, LLP
Rod De Llano
440 Louisiana St,, Ste 1212
Houston, TX 77002
rod@dandell.com

Davis Bethune & Jones Law
Grant Davis; Ted Ruzicka
1100 Main St. #2930
Kansas City, MO 64105
gdavis@dbjlaw.net; truzicka@dbjlaw.com

Dordulian Law Group
Samuel Dordulian
550 N. Brand Blvd, Ste 1990
Glendale, CA 91203
sdordulian@dlawgroup.com

Douglas & London PC
Michael A. London
59 Maiden Lane, 6th Fl.
New York, NY 10038
mlondon@douglasandlondon.com

Dumas & Vaughn, LLC
Gilion Dumas & Ashley Vaughn
3835 NE Hancock St., Ste. GLB
Portland, OR 97212
gilion@dumasandvaughn.com

Equitas Advocates PC
Eric W. Pearson
10421 S Jordan Gateway #600
Salt Lake City, UT 84095
ewp@EquitasAdvocatesPC.com

Estey & Bomberger, LLP
Cutter Law, PC
Jennifer S. Domer
Matthew Breining
401 Watt Ave. Ste. 100
Sacramento, CA 95864
jdomer@cutterlaw.com
mbreining@cutterlaw.com

Fasy Law PLLC
Daniel Fasy
752 NW Market Street #1502
Seattle, WA 98107
dan@fasylaw.com

Forman Law Offices, P.A.
Theodore S. Forman
238 NE 1st Ave
Delray Beach, FL 33444
ted@formanlawoffices.com

Freese & Goss, PLLC
Tim K. Goss
3500 Maple Ave., Ste. 1100
Dallas, TX 75219
abuseclaims@freeseandgoss.com

Gibb Law Group LLC
Karen Barth Menzies
505 14th Street, Ste 1110
Oakland, CA 94612
KBM@classlawgroup.com

Gilleon Law Firm
Daniel M. Gilleon, Steve Hoffman
1320 Columbia St., Ste 200
San Diego, CA 92101
shoffmanlaw@gmail.com

Gordon & Partners
Jennifer Lipinski
4114 Northlake Blvd.
Palm Beach Gardens, FL 33410
jlipinski@fortheinjured.com

Hair Shunnarah Trial Attorneys
Kyle C. Usner
4621 W Napoleon Ave, Ste 204
Metairie, LA 70001
usner@hairshunnarah.com

## BSA SPECIAL SERVICE LIST –LAW FIRMS

Hanna; Vander Ploeg, LLC
David J. Vander Ploeg
20 N. Clark St. Ste. 3100
Chicago, IL 60602
dvp@hanvanlaw.com

Herman Law Firm
Jeffrey M. Herman
1800 North Military Trail, Ste 160
Boca Raton, FL 33431
BSA@hermanlaw.com

Hilliard Martinez Gonzales LLP
Rudy Gonzales
Robert C. Hilliard
719 S. Shoreline Blvd
Corpus Christi, TX 78401
HMGservice@hmglawfirm.com

Horowitz Law Firm
Adam Horowitz & Jessica Arbour
110 E. Broward Blvd., Ste 1850
Ft. Lauderdale, FL 33301
adam@adamhorowitzlaw.com

Hurley McKenna & Mertz, P.C
Christopher T Hurley
Evan M Smola
33 N. Dearborn St. Ste 1430
Chicago, IL 60602
esmola@hurley-law.com

IPG Law Group
Izehiese I. Egharevba
133 W. Main Street
Norristown, PA 19401
Partners@IPGLawGroup.com

James Harris Law, PLLC
James Harris
4616 25th Ave. NE, # 772
Seattle, WA 98105
jimharris@recallsuit.com

James, Vernon & Weeks, P.A.
Donahoo & Associates, PC
Craig K. Vernon
William Donahoo; R. Charles Beckett
1626 Lincoln Way
Coeur d'Alene, ID 83814
cvernon@jvwlaw.net; rbeckett@jvwlaw.net

Jason J Joy & Associates and
Martin Baughman, PLLC
Jason Joy; Laura Baughman; Ben Martin
909 Texas Street, Ste 1801
Houston, TX 77002
BSAclaims@JasonJoyLaw.com

Jason Joy &  Associates, PLLC
Jason Joy
909 Texas Street, Ste 1801
Houston, TX 77002
jason@jasonjoylaw.com

Javerbaum Wurgaft Hicks Kahn Wikstrom &
Sinins
Rubin M. Sinins
505 Morris Ave., Ste 200
Springfield, NJ 07081
rsinins@lawjw.com

Jeff Anderson & Associates P.A
Michael Finnegan
366 Jackson St. Ste. 100
St. Paul, MN 55101
mike@andersonadvocates.com

Joseph Joy & Associates, APLC
Joseph R, Joy, lll
PO Box 4929
Lafayette, LA 70502
buzzyjoy@josephjoy.com

Junell & Associates, PLLC
Deborah Levy
3737 Buffalo Speedway # 1850
Houston, TX 77098
bsa@junell-law.com
dlevy@junell-law.com

Kosnoff, AVA Law Group, AIS, Eisenberg,
Rothweiler, Van Arsdale
Steward J. Eisenberg
Timothy Kosnoff
Andrew Van Arsdale
1800 M St. NW, Ste. 1000
Washington, DC 20036
aisforms@zuckerman.com

Kosnoff, AVA Law Group, AIS, Eisenberg,
Rothweiler, Van Arsdale
Steward J. Eisenberg
Timothy Kosnoff; Andrew Van Arsdale
3667 Voltaire St
San Diego, CA 92106
support@ava.law

## BSA SPECIAL SERVICE LIST –LAW FIRMS

Kraus and Kinsman Law Firm
Adam Krause
4717 Grand Avenue #300
Kansas City, MO 64112
adam@krauseandkinsman.com

Law Office of Carmen L. Durso
Carmen L. Durso
175 Federal St., Ste. 1425
Boston, MA 02110
carmen@dursolaw.com

Law Office of Joseph A. Bluemel, III, P.S
Joseph A. Blumel, III
4407 N Division St. Ste 900
Spokane, WA 99207
joseph@blumellaw.com

Law Offices of Betti & Associates
Michele M. Betti
30 Wall St., 8th Fl.
New York, NY 10005
mbettilaw@gmail.com

Law Offices of Donald G. Norris
Donald G. Norris
3055 Wilshire Blvd. Ste. 980
Los Angeles, CA 90010
boyscoutsclaims@gmail.com

Law Offices of Mitchell Garabedian
Mitchell Garabedian
100 State Street, 6th Fl.
Boston, MA 02109
mgarabedian@garabedianlaw.com

Levin, Papantonio, Thomas, Mitchell, Rafferty,
Proctor, P.A
W. Cameron Stephenson
316 South Baylen St., Ste 600
Pensacola, FL 32502
cstephenson@levinlaw.com

Levy Konigsberg LLP
John Guinan
800 3rd Ave, 11th Fl
New York, NY 10022
JGuinan@levylaw.com

Liakos Law, APC
Jennifer Liakos
1611 S. Pacific Coast Hwy, Ste 200 D
Redondo Beach, CA 90277
jenn@jennliakoslaw.com

Linder Sattler & Rogowsky, LLP
Erica Sattler
270 North Ave, Ste 202
New Rochelle, NY 10801
lsrlawny@gmail.com

Loren Rhoton
Loren Rhoton Law Office
412 East Madison St, Ste 1111
Tampa, FL 33602

Marc J . Bern & Partners, LLP
Joseph J. Cappelli
101 West Elm St., Ste 520
Conshohocken, PA 19428
jcappelli@bernllp.com

Mary Alexander & Associates, P.C.
Mary E. Alexander
44 Montgomery St., Ste 1303
San Francisco, CA 94104
malexander@maryalexanderlaw.com

McDonald Worley, PC
Kevin M. Cox
1770 St. James Place, Ste 100
Houston, TX 77056
kevin@mcdonaldworley.com
klyons@mcdonaldworley.com

Merson Law PLLC
Jordan Rutsky; Jordan Merson
950 Third Ave., 18th Fl
New York, NY 10022
jrutsky@mersonlaw.com;
jmerson@mersonlaw.com

Mitchell A. Toups, Ltd.
Mitchell A. Toups
2615 Calder Ave., Ste 400
Beaumont, TX 77702
matoups@wgttlaw.com

Mokaram Law Firm
Ali Mokaram
2500 West Loop S #450
Houston, TX 77027
maya@mokaramlawfirm.com

Moreli Law Firm PLLC
Danielle Lamberg
777 3rd Avenue
New York, NY 10017
dlamberg@morellilaw.com

## BSA SPECIAL SERVICE LIST –LAW FIRMS

Napoli Schkolnik PLLC
Brett Bustamante
400 Broadhollow Rd,, Ste 305
Melville, NY 11747
BBustamante@NapoliLaw.com

Nye Stirling Hale & Miller LLP
Benjamin J. Sweet
1145 Bower Hill Rd., Ste 104
Pittsburgh, PA 15243
ben@nshmlaw.com

Nye Stirling Hale & Miller LLP
Timothy C. Hale
33 West Mission St., Ste 201
Santa Barbara, CA 93101
tim@nshmlaw.com

Paluch Law LLC
Jessica Paluch Hoerman
210 S. Main S
Edwardsville, IL 62025
BSAIntake@trulaw.com

Panish Shea & Boyle, LLP
Spencer R. Lucas
11111 Santa Monica Blvd., 7th Fl
Los Angeles, CA 90272
lucas@psblaw.com

Paradowski Law
W. Jeff Paradowski
1604 Copperfield Pkwy, Ste 100
College Station, TX 77845
jeff@paradowskilaw.com

Parker & Waichman LLP
Matthew W. Hinrichs
6 Harbor Park Drive
Port Washington, NY 11050
mhinrichs@yourlawyer.com

Pfau Cochran Vertetis Amala PLLC
Michael Pfau
403 Columbia St., Ste 500
Seattle, WA 98104
michael@pcvalaw.com

Porter Malouf Law Firm
Tim Porter
825 Ridgewood Road
Ridgeland, MS 39157
susan@portermalouf.com

Pourasef Law, PLCC
Pegah Pourasef
2905 Sackett St
Houston, TX 77098
BSA@pouraseflaw.com

Reich and Binstock, LLP
Ben Black
4265 San Felipe, Ste 1000
Houston, TX 77429
bblack@reichandbinstock.com
cbrown@reichandbinstock.com

Richardson Patrick Westbrook & Brickman
T. Christopher Tuck
1037-A Chuck Dawley Blvd.
Mt. Pleasant, SC 29464
ctuck@rpwb.com

Schneider Wallace Cottrell Konecky, LLP
Peter B. Schneider
3700 Buffalo Speedway, Ste 960
Houston, TX 77098
pschneider@schneiderwallace.com

Slater Slater Schulman, LLP
Adam P. Slater Esq.
445 Broad Hollow Rd, Ste 419
Melville, NY 11747
bsa@sssfirm.com
bsateam@sssfirm.com

Swensen & Shelley, PLLC
Kevin Swenson
107 S. 1470 E Ste 201
St. George, UT 84790
BSAattorneys@swensonshelley.com

The Carlson Law Firm, PC
Craig W. Carlson
100 E. Central Texas Expy.
Killeen, TX 76541
jcraven@carlsonattorneys.com

The Law Office of L. Paul Mankin
L. Paul Mankin
4655 Cass Street, Ste 410
San Diego, CA 92109
pmankin@paulmankin.com

The Moody Law Firm, Inc
Willard J. Moody Jr.
500 Crawford St., Ste 200
Portsmouth, VA 23704
courtney@moodyrrlaw.com

## BSA SPECIAL SERVICE LIST –LAW FIRMS

The Webster Law Firm
Jason C. Webster
6200 Savoy Dr., Ste #150
Houston, TX 77036

The Zalkin Law Firm PC
Devin M. Storey
10590 W Ocean Air Dr. Ste 125
San Diego, CA 92130
dms@zalkin.com

TorHoerman Law LLC
Eric Terry
210 S. Main Street
Edwardsville, IL 62025
info@thlawyer.com

Weitz & Luxemberg, P.C
Samantha Breakstone
700 Broadway
New York, NY 10003
sbreakstone@weitzlux.com

Weller Green Toups & Terrell LLP
Mitchel A. Toups
2615 Calder Ave. Ste. 400
Beaumont, TX 77702
matoups@wgttlaw.com

Winer, Burritt & Scott
Kathleen A. McCormac
1999 Harrison St, Ste 600
Oakland, CA 94612
kathleen@wmlawyers.com

Wolf, Rifkin, Shapiro, Schulman & Rabkin LLP
Royi Moas
3556 E Russell Rd., 2nd Fl
Las Vegas, NV 89120-2234
rmoas@wrslawyers.com

Wright & Schulte, LLC
Richard W. Schulte
865 S. Dixie Drive
Vandalia, OH 45377
rschulte@yourlegalhelp.com

Yuspeh Rappaport Law
Andrew Yuspeh
5001 Mayfield Rd., Ste 210
Cleveland, OH 44118
jason@getyrlaw.com

6

## Exhibit 3


**REDACTED**

## **Exhibit 4**

## **SUPPLEMENTAL SERVICE LIST**

AVA Law Group, Inc.
Andrew Van Arsdale
3667 Voltaire St, Suite 101
Sand Diego, CA 92106
support@ava.law

Kosnoff Law PLLC
Timothy Kosnoff
1321 Upland Drive PMB 4685
Houston, TX 77043

Zuckerman Spaeder LLP
Andrew Goldfarb
1800 M Street NW, Suite 1000
Washington, DC 20036-5807
aisforms@zuckerman.com

Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck P.C.
Steward J. Eisenberg
1634 Spruce Street
Philadelphia, PA 19103