IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA<br>AND DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## DECLARATION OF CHARLES FOX

I, Charles Fox, pursuant to 28 U.S.C. § 1746(2), under penalty of perjury, hereby declare as follows

1. I am the Vice President of Operations and Special Investigations Unit at CoventBridge Group, an investigative company. I have held this position since March 2016, and have been with CoventBridge Group (and predecessor companies) since August 2001. Prior to starting in private practice in 2001, I was a Criminal Investigator and member of the Military Police for the United States Marine Corps. I am a licensed private investigator with over 30 years of experience in conducting criminal and insurance-related investigations. I have performed or supervised investigations in many thousands of cases, and have presented expert testimony in over a dozen cases.

2. A substantial portion of my investigations involves supervising teams conducting criminal background checks.

3. I am frequently invited to speak on the subject of investigative techniques and best practices. I hold a FCLS (Fraud Claim Law Specialist) designation from American Educational Institute, Inc.

4. I have been retained by Century Indemnity Company ("Century") in the above-captioned case to perform investigative services.

5. I supervised a team that performed background checks on 332 claimants[1] with blank or near-blank Proofs of Claim ("POCs") submitted by or on behalf of Napoli Shkolnik PLLC.

6. As part of my team's investigation, we used the following sources to locate criminal records: LexisNexis, TransUnion TLOxp, TrueCordis, state-level agencies that collect criminal records, and local courts that provide access to criminal records.

7. Of the group of 332 claimants, we found that 37 claimants had notable criminal records (either convictions or charges). Specifically, we found that 32 claimants had criminal histories related to fraud or similar crimes, 11 claimants had criminal histories related to abuse, domestic violence, or sex offenses, and 23 claimants had other notable criminal histories.

8. The team working under my supervision also identified one deceased claimant for whom Napoli Shkolnik PLLC submitted a POC. The claimant passed away on June 15, 2020. Napoli Shkolnik PLLC submitted a nearly blank POC on behalf of the deceased claimant on November 10, 2020.

9. My investigation in this matter is ongoing, and I may supplement my analysis based on subsequent review and investigation.

10. Attached as **Exhibit 1** is a true and correct copy of John Doe 1's [Claim No. ▉] criminal record, retrieved on January 29, 2021. John Doe 1 was previously charged with two counts of forgery, identity theft, illegal possession/fraudulent use of a credit card, and worthless checks. John Doe 1 was also previously charged with theft over $1,000 under $10,0000 and assault.

---

[1] The January 22, 2021 Declaration of Paul Hinton states that there were 410 nearly blank POCs submitted by Napoli Shkolnik PLLC. The set of 332 claimants on which my team ran background checks starts with that set of 410 nearly blank POCs, removes multiples (i.e., instances of multiple POCs submitted for the same claimant), and removes claimants for whom we were unable to find a reliable match in the public records.

11. Attached as **Exhibit 2** is a true and correct copy of John Doe 2's [Claim No. ▇▇▇] sex offender registry record, retrieved on February 9, 2021. John Doe 2 was previously convicted of child molestation and is a registered sex offender.

12. Attached as **Exhibit 3** is a true and correct copy of John Doe 3's [Claim No. ▇▇▇] criminal record, retrieved on February 10, 2021. John Doe 3 was previously charged with forgery.

13. Attached as **Exhibit 4** is a true and correct copy of John Doe 4's [Claim No. ▇▇▇] criminal record, retrieved on January 26, 2021. Attached as **Exhibit 5** is a true and correct copy of John Doe 4's sex offender registry record, retrieved on February 10, 2021. John Doe 4 was previously convicted of sexual assault and is a registered sex offender.

14. Attached as **Exhibit 6** is a true and correct copy of John Doe 5's [Claim No. ▇▇▇] criminal record, retrieved on January 20, 2021. Attached as **Exhibit 7** is a true and correct copy of John Doe 5's criminal record, retrieved on February 10, 2021. Attached as **Exhibit 8** is a true and correct copy of John Doe 5's criminal record, retrieved on January 20, 2021. John Doe 5 was previously convicted of a felony for identity theft fraud when using/possessing identifying information concerning a person and a misdemeanor for giving false information. John Doe 5 was also previously convicted of burglary, escaping from prison, and grand larceny.

15. Attached as **Exhibit 9** is a true and correct copy of John Doe 6's [Claim No. ▇▇▇] criminal record, retrieved on January 26, 2021. John Doe 6 was previously charged with multiple counts of forgery. John Doe 6 was also previously convicted of multiple counts of theft and failure to register as a sex offender. Further, John Doe 6 was previously charged with sexual abuse and sodomy.

16. Attached as **Exhibit 10** is a true and correct copy of John Doe 7's [Claim No. ▉] criminal record, retrieved on February 9, 2021. John Doe 7 was previously convicted of a felony for obtaining property by false pretenses. John Doe 7 was also previously convicted of felonies for breaking and entering and robbery with a dangerous weapon, as well as a felony and misdemeanor for larceny.

17. Attached as **Exhibit 11** is a true and correct copy of John Doe 8's [Claim No. ▉] criminal record, retrieved on January 26, 2021. John Doe 8 was previously charged with check deception. John Doe 8 was also previously charged with child molestation, theft, burglary, and conversion.

18. Attached as **Exhibit 12** is a true and correct copy of John Doe 9's [Claim No. ▉] criminal record, retrieved on February 10, 2021. Attached as **Exhibit 13** is a true and correct copy of John Doe 9's sex offender registry record, retrieved on January 21, 2021. John Doe 9 was previously convicted of three felony counts of criminal sexual penetration in the third degree and is a registered sex offender.

19. Attached as **Exhibit 14** is a true and correct copy of John Doe 10's [Claim No. ▉] criminal record, retrieved on February 10, 2021. Attached as **Exhibit 15** is a true and correct copy of John Doe 10's criminal record, retrieved on February 10, 2021. Attached as **Exhibit 16** is a true and correct copy of John Doe 10's criminal record, retrieved on February 10, 2021. John Doe 10 was previously convicted of a misdemeanor for passing bad checks. John Doe 10 was also previously convicted of a misdemeanor for theft.

20. Attached as **Exhibit 17** is a true and correct copy of John Doe 11's [Claim No. ▉] criminal record, retrieved on February 10, 2021. John Doe 11 was previously convicted of a felony for insurance fraud and previously charged with a misdemeanor for falsely reporting

a crime. John Doe 11 was also convicted of misdemeanors for grand theft and owning and operating a chop shop.

21.     Attached as **Exhibit 18** is a true and correct copy of John Doe 12's [Claim No. ▮] criminal record, retrieved on February 10, 2021. John Doe 12 was previously charged with falsification to purchase a firearm or to obtain a concealed handgun license. John Doe 12 was also previously charged with assault-knowingly harming a victim.

22.     Attached as **Exhibit 19** is a true and correct copy of John Doe 13's [Claim No. ▮] criminal record, retrieved on February 10, 2021. John Doe 13 was previously convicted of a felony for financial or non-financial identity fraud and charged with a felony for forgery. John Doe 13 was also previously convicted of a felony for aggravated assault and a misdemeanor for theft by receiving of greater than or equal to $1,000. Further, John Doe 13 was previously convicted of misdemeanors for battery and theft.

23.     Attached as **Exhibit 20** is a true and correct copy of John Doe 14's [Claim No. ▮] criminal record, retrieved on January 26, 2021. Attached as **Exhibit 21** is a true and correct copy of John Doe 14's criminal record, retrieved on February 10, 2021. Attached as **Exhibit 22** is a true and correct copy of John Doe 14's criminal record, retrieved on January 26, 2021. Attached as **Exhibit 23** is a true and correct copy of John Doe 14's criminal record, retrieved on January 26, 2021. John Doe 14 was previously convicted of felonies for credit or debit card abuse involving the elderly and obtaining property by false pretenses. John Doe 14 was also previously charged with forgery-prescriptions, pandering related to human trafficking and prostitution, burglary, and theft.

24.     Attached as **Exhibit 24** is a true and correct copy of John Doe 15's [Claim No. ▮] criminal record, retrieved on February 10, 2021. John Doe 15 was previously convicted

of a misdemeanor for tampering with records or identifications-writings and previously charged with a felony for forgery-unauthorized act in writing.

25. Attached as **Exhibit 25** is a true and correct copy of John Doe 16's [Claim No. ▮] criminal record, retrieved on January 18, 2021. John Doe 16 was previously convicted of felonies for fraudulent or illegal use of credit cards and tampering with or fabricating physical evidence, as well as a misdemeanor for giving false identification to law enforcement. John Doe 16 was also previously charged with forgery. Further, John Doe 16 was previously convicted of felonies for theft, dealing or trafficking stolen property, and robbery, as well as misdemeanors for procuring a prostitute, theft, and battery.

26. Attached as **Exhibit 26** is a true and correct copy of John Doe 17's [Claim No. ▮] criminal record, retrieved on January 25, 2021. Attached as **Exhibit 27** is a true and correct copy of John Doe 17's criminal record, retrieved on February 10, 2021. John Doe 17 was previously convicted of deceptive practices and charged with multiple counts of identity theft. John Doe 17 was also previously convicted of aggravated battery and unlawful possession of a firearm by a felon, and previously charged with aggravated assault with a deadly weapon, armed habitual criminal, and theft of labor or services.

27. Attached as **Exhibit 28** is a true and correct copy of John Doe 18's [Claim No. ▮] criminal record, retrieved on February 10, 2021. John Doe 18 was previously convicted of a misdemeanor for domestic battery.

28. Attached as **Exhibit 29** is a true and correct copy of John Doe 19's [Claim No. ▮] criminal record, retrieved on January 18, 2021. John Doe 19 was previously convicted of a felony for illegal sale/use of a financial transaction device, as well as misdemeanors for retail fraud and embezzlement. John Doe 19 was also previously convicted of assault.

29. Attached as **Exhibit 30** is a true and correct copy of John Doe 20's [Claim No. ▮] criminal record, retrieved on February 9, 2021. John Doe 20 was previously convicted of first-degree murder.

30. Attached as **Exhibit 31** is a true and correct copy of John Doe 21's [Claim No. ▮] criminal record, retrieved on January 29, 2021. John Doe 21 was previously convicted of identity theft, forgery, possessing or displaying a fake ID, fraudulent checks, and check fraud. Doe 21 was also previously convicted of multiple counts of burglary and grand theft.

31. Attached as **Exhibit 32** is a true and correct copy of John Doe 22's [Claim No. ▮] criminal record, retrieved on February 10, 2021. Attached as **Exhibit 33** is a true and correct copy of John Doe 22's criminal record, retrieved on January 21, 2021. Attached as **Exhibit 34** is a true and correct copy of John Doe 22's sex offender registry record, retrieved on February 9, 2021. According to John Doe 22's criminal records, he also goes by an alias. John Doe 22 was previously convicted of criminal impersonation. John Doe 22 was also previously convicted of felonies for sexual assault on a child by one in a position of trust and failure to register as a sex offender. John Doe 22 is a registered sex offender.

32. Attached as **Exhibit 35** is a true and correct copy of John Doe 23's [Claim No. ▮] criminal record, retrieved on January 18, 2021. John Doe 23 was previously convicted of felonies for grand larceny by unauthorized credit card use and criminal use of personal identification information. John Doe 23 was also previously convicted of felonies for burglary and grand theft.

33. Attached as **Exhibit 36** is true and correct copy of John Doe 24's [Claim No. ▮] criminal record, retrieved on January 27, 2021. Attached as **Exhibit 37** is a true and correct copy of John Doe 24's criminal record, retrieved on January 27, 2021. Attached as **Exhibit 38** is a true and correct copy of John Doe 24's criminal record, retrieved on January 27,

2021. John Doe 24 was previously convicted of felonies for forgery of a financial instrument and engaging in organized activity involving forgery of a financial instrument, as well as a misdemeanor for false alarm or report. John Doe 24 was also previously convicted of a felony for theft of property greater than $1,500 with two priors and misdemeanors for domestic assault and making a terroristic threat against a public servant.

34. Attached as **Exhibit 39** is a true and correct copy of John Doe 25's [Claim No. ▉] criminal record, retrieved on February 10, 2021. Attached as **Exhibit 40** is a true and correct copy of John Doe 25's criminal record, retrieved on January 27, 2021. Attached as **Exhibit 41** is a true and correct copy of John Doe 25's criminal record, retrieved on January 27, 2021. Attached as **Exhibit 42** is a true and correct copy of John Doe 25's criminal record, retrieved on January 27, 2021. John Doe 25 was previously convicted of forgery. John Doe 25 was also previously charged with dealing in stolen property, providing false ownership information for pawned items received of $300 or more, breaking and entering by force/stealth/deception, and receiving stolen property. Further, a warrant for John Doe 25's arrest was issued on January 27, 2021.

35. Attached as **Exhibit 43** is a true and correct copy of John Doe 26's [Claim No. ▉] criminal record, retrieved on February 10, 2021. John Doe 26 was previously charged with forgery. John Doe 26 was also previously convicted of theft.

36. Attached as **Exhibit 44** is a true and correct copy of John Doe 27's [Claim No. ▉] criminal record, retrieved on January 27, 2021. Attached as **Exhibit 45** is a true and correct copy of John Doe 27's criminal record, retrieved on January 27, 2021. Attached as **Exhibit 46** is a true and correct copy of John Doe 27's criminal record, retrieved on January 27, 2021. John Doe 27 was previously convicted of giving false information to the police. Doe 27

was also previously convicted of stalking and making criminal threats and previously charged with receipt of stolen property, felony conspiracy, and child abduction.

37. Attached as **Exhibit 47** is a true and correct copy of John Doe 28's [Claim No. ▇▇▇] criminal record, retrieved on February 9, 2021. John Doe 28 was previously convicted of felony identity theft related to transferring, possessing, or using the identity of another person.

38. Attached as **Exhibit 48** is a true and correct copy of John Doe 29's [Claim No. ▇▇▇] criminal record, retrieved on January 28, 2021. John Doe 29 was previously convicted of felonies for identity theft-defrauding to receive benefits of greater than $100,000, identity theft with a monetary loss of over $100,000, and forgery.

39. Attached as **Exhibit 49** is a true and correct copy of John Doe 30's [Claim No. ▇▇▇] criminal record, retrieved on February 10, 2021. Attached as **Exhibit 50** is a true and correct copy of John Doe 30's criminal record, retrieved on January 28, 2021. John Doe 30 was previously convicted of false identification to a peace officer and previously charged with falsely impersonating another. John Doe 30 was also previously convicted of felony pimping.

40. Attached as **Exhibit 51** is a true and correct copy of John Doe 31's [Claim No. ▇▇▇] criminal record, retrieved on February 9, 2021. John Doe 31 was previously convicted of a felony for forgery in the first degree and previously charged with forgery in the second degree-$1,500,000 to $5,000,000. John Doe 31 was also previously convicted of a felony for theft-receiving stolen property worth between $500,000 and $1,500,000. Further, a warrant was issued for John Doe 31 on December 30, 2019 that remains active.

41. Attached as **Exhibit 52** is a true and correct copy of John Doe 32's [Claim No. ▇▇▇] criminal record, retrieved on January 28, 2021. John Doe 32 was previously convicted of felony forgery and previously charged with fraud-insufficient funds related to checks. John Doe 32 was also previously convicted of theft.

42. Attached as **Exhibit 53** is a true and correct copy of John Doe 33's [Claim No. ▇▇] criminal record, retrieved on January 20, 2021. John Doe 33 was previously convicted of a felony for fraud-criminal impersonation, a misdemeanor for making a false report to authorities, and fraud-illegal use of credit cards or criminal possession of a financial device. John Doe 33 was also charged with a felony for child abuse-knowing or reckless cause.

43. Attached as **Exhibit 54** is a true and correct copy of John Doe 34's [Claim No. ▇▇] criminal record, retrieved on January 18, 2021. John Doe 34 was previously charged with a felony for fraudulent activities related to delivering a check without an account.

44. Attached as **Exhibit 55** is a true and correct copy of John Doe 35's [Claim No. ▇▇] criminal record, retrieved on January 18, 2021. John Doe 35 was previously convicted of a misdemeanor for giving false identification to a law enforcement officer.

45. Attached as **Exhibit 56** is a true and correct copy of John Doe 36's [Claim No. ▇▇] criminal record, retrieved on January 25, 2021. Attached as **Exhibit 57** is a true and correct copy of John Doe 36's criminal record, retrieved on January 25, 2021. John Doe 36 was previously charged with three felony counts of forgery. John Doe 36 was also previously convicted of theft of movable property featuring a person/corpse, felony jumping bail, misdemeanor retail theft with intent to conceal of less than $2,500, multiple misdemeanor counts of theft of movable property under $2,500, and theft by contract under $2,500.

46. Attached as **Exhibit 58** is a true and correct copy of John Doe 37's [Claim No. ▇▇] criminal record, retrieved on January 28, 2021. John Doe 37 was previously charged with felony forgery. John Doe 37 was also previously charged with moral decency crimes, felony crimes against a person/enticement of a child, and multiple counts of indecent exposure to a minor and adults. Further, John Doe 37 was previously convicted of vehicle theft and charged with burglary and conspiracy to commit burglary.

47.  Attached as **Exhibit 59** is a true and correct copy of John Doe 38's [Claim No. ███] POC. Attached as **Exhibit 60** is a true and correct copy of John Doe 38's obituary, retrieved from ███████████████████████████████ on February 10, 2021.

48.  I respectfully reserve the right to amend, modify, or supplement this Declaration in response to, or as a result of, the filing of any submission in connection with this case, any discovery being conducted in connection therewith, or further analysis of the POCs.

Dated:  February 11, 2021
        North Las Vegas, Nevada

_____
Charles Fox

# EXHIBITS 1–60

# (Redacted in Entirety)