**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 1412** |

**NOTICE OF WITHDRAWAL OF PCVA CLAIMANTS' OBJECTIONS TO HARTFORD AND CENTURY'S REQUEST FOR RULE 2004 EXAMINATIONS**

PLEASE TAKE NOTICE that the PCVA Claimants, by and through their undersigned counsel, hereby withdraw the PCVA Claimants' Objections to Hartford and Century's Request for Rule 2004 Examinations [Re: Docket No. 1412] because the movants have withdrawn their motion as to the PCVA Claimants after meeting and conferring with the PCVA Claimants and agreeing to narrow the scope of their requested 2004 examinations.

Dated: February 16, 2021

Respectfully submitted,

/s/ *David M. Klauder*
David M. Klauder, Esquire (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
Email: dklauder@bk-legal.com

and

**PFAU COCHRAN VERTETIS AMALA PLLC**
Michael T. Pfau, Esquire
Jason P. Amala, Esquire
Vincent T. Nappo, Esquire
403 Columbia Street, Suite 500
Seattle, WA 98104
Phone: (206) 451-8260
Facsimile: (206) 623-3624
michael@pcvalaw.com
jason@pcvalaw.com

vnappo@pcvalaw.com

*Counsel to the PCVA Claimants*