# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| BOY SCOUTS OF AMERICA and | ) | |
| DELAWARE BSA, LLC, *et al.*[1] | ) | Case No. 20-10343 (LSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE
## OF JOSEPH C. PICKENS

Pursuant to LOCAL RULE 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Joseph C. Pickens, Esquire of Taft, Stettinius & Hollister LLP, 65 East State Street, Suite 1000, Columbus, Ohio 43215 to represent Babin Law, LLC and it's attorneys in the above-captioned case.

Dated: February 5, 2021  
Wilmington, Delaware

/s/ *Bernard G. Conaway*  
Bernard G. Conaway, Esq. (#2856)  
**CONAWAY LEGAL LLC**  
1007 North Orange Street, Suite 400  
Wilmington, DE 19801  
Telephone: 302-428-9350  
E-mail: bgc@conaway-legal.com

*Attorneys for Babin Law, LLC*

---

[1] As per the Petition, the Debtors of the Chapter 11 cases, together with the last four digits of the Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane Irving, Texas 75038.

### CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

  Pursuant to LOCAL RULE 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Ohio, the United States Supreme Court, and the United States District Court, Southern District of Ohio, the Northern District of Ohio, and the Sixth Circuit Court of Appeals and submit to the disciplinary jurisdiction of this Court for any alleged misconduct, which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 9/1/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Courts for District Court.

Date:  February 5, 2021
               /s/ *Joseph C. Pickens*
               Joseph C. Pickens., Esquire (0076239)
               Taft, Stettinius & Hollister LLP
               65 East State Street, Suite 1000
               Columbus, Ohio 43215
               Telephone: 614-761-8800
               Email: jpickens@taftlaw.com

               *Attorneys for Babin Law, LLC*

### ORDER GRANTING MOTION

  IT IS HEREBY ORDERED, ADJUDGED and DECREED that Counsel Joseph C. Pickens., Esq's motion for admission *pro hac vice* is granted.

**Dated: February 16th, 2021**
**Wilmington, Delaware**
               LAURIE SELBER SILVERSTEIN
               UNITED STATES BANKRUPTCY JUDGE