# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| BOYS SCOUTS OF AMERICA AND ) | |
| DELAWARE BSA, LLC, ) | |
| ) | 20-10343 (LSS) |
| Debtors.   ) | (Jointly Administered) |
| ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

    Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission pro hac vice of Ryan Hicks, Esquire of Schneider Wallace Cottrell Konecky LLP to represent Claimants Nos. 18867, 43995, and 50263 in the above-captioned cases.

Dated: February 16, 2021              COOCH AND TAYLOR, P.A.

                                          /s/ R. Grant Dick IV
                                          R. Grant Dick IV (No. 5123)
                                          1007 N. Orange Street, Suite 1120
                                          Wilmington, DE  19801
                                          Telephone:  (302) 984-3800
                                          Facsimile:  (302) 984-3989
                                          Email:  gdick@coochtaylor.com

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

    Pursuant to Local Rule 9010-1, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and submit to the disciplinary jurisdiction of this Court for any alleged misconduct, which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated:  February 16, 2021

                                          SCHNEIDER WALLACE COTTRELL KONECKY LLP

                                          /s/ Ryan R. C. Hicks
                                          Ryan R. C. Hicks, Esq.
                                          3700 Buffalo Speedway, Suite 960
                                          Houston, Texas 77098
                                          Phone:     (713) 338 2562
                                          Facsimile: (415) 421 7105
                                          rhicks@schneiderwallace.com
                                          *Counsel for Claimants Nos. 18867, 43995, and 50263*

## ORDER GRANTING MOTION

    IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

**Dated: February 16th, 2021**
**Wilmington, Delaware**
                                          **LAURIE SELBER SILVERSTEIN**
                                          **UNITED STATES BANKRUPTCY JUDGE**

00615731