## Exhibit A

## Summary of Services

| Task | Date | Timekeeper | Description | Hours | Total |
|---|---|---|---|---|---|
| Allocations | 11/2/2020 | Hanke, Elizabeth | Email correspondence with M. Murray re proof of claim data. | 0.1 | $53.00 |
| Allocations | 11/3/2020 | Hanke, Elizabeth | Call with A. Azer, C. Green, E. Hanke, and S. Klauck re liability and insurance allocations (1.0); electronic correspondence with N. Sochurek and S. Klauck re assumptions (.1). | 1.1 | $583.00 |
| Allocations | 11/3/2020 | Sochurek, Nicholas | Call with A. Azer, C. Green, E. Hanke, and S. Klauck re liability and insurance allocations (1.0); prepare for same (.2); electronic correspondence with E. Hanke and S. Klauck re allocation of claims (.1). | 1.3 | $643.50 |
| Allocations | 11/3/2020 | Klauck, Sheila | Call with A. Azer, C. Green, N. Sochurek, and E. Hanke re liability and insurance allocations (1.0); electronic correspondence with N. Sochurek and E. Hanke re allocation of claims (.1). | 1.1 | $396.00 |
| Allocations | 11/4/2020 | Hanke, Elizabeth | Email correspondence with M. Murray re claims database. | 0.1 | $53.00 |
| Allocations | 11/6/2020 | Hanke, Elizabeth | Review updated claims data from Bates White. | 0.9 | $477.00 |
| Allocations | 11/9/2020 | Sochurek, Nicholas | Call with S. Klauck, E. Hanke, C. Green, A. Azer, and E. Martin re claim allocations (.9); review allocation issues re same (.2); call with E. Hanke re claims data and allocations (.5). | 1.6 | $792.00 |
| Allocations | 11/9/2020 | Hanke, Elizabeth | Call with N. Sochurek, S. Klauck, C. Green, A. Azer, and E. Martin re claim allocations (.9); discuss matching claims to coverage with S. Klauck (.8); call with N. Sochurek re claims data and allocations (.5); review issues re matching claims to coverage with S. Klauck (.6); review summaries of claim data from Bates White (.9); draft and send email with questions re Bates White claims data (.1). | 3.8 | $2,014.00 |
| Allocations | 11/9/2020 | Klauck, Sheila | Review Bates White claims data and map to KCIC database (1.9); call with N. Sochurek, E. Hanke, C. Green, A. Azer, and E. Martin re claim allocations (.9); discuss matching claims to coverage with E. Hanke (.8); review issues re matching claims to coverage with E. Hanke (.6); match claims to coverage for top-10 local councils (2.8). | 7.0 | $2,520.00 |
| Allocations | 11/10/2020 | Hanke, Elizabeth | Call with S. Klauck, A. Azer, and C. Green re claims coverage request (.5); call with N. Sochurek and S. Klauck re claims allocation next steps (1.1); email correspondence with Bates White re claims data update (.2); review claims data to match up to predecessor council (.1). | 1.9 | $1,007.00 |
| Allocations | 11/10/2020 | Sochurek, Nicholas | Call with S. Klauck and E. Hanke re claims allocation next steps. | 1.1 | $544.50 |
| Allocations | 11/10/2020 | Klauck, Sheila | Prepare for call re claims coverage (.2) call with E. Hanke, A. Azer, and C. Green re claims coverage request (.5); call with N. Sochurek and E. Hanke re claims allocation next steps (1.1); import claims data to KCIC database (.8); match claims data to local council coverage (2.9). | 5.5 | $1,980.00 |
| Allocations | 11/11/2020 | Sochurek, Nicholas | Call with C. Green, S. Klauck, E. Hanke, and A. Azer re coverage for claims and next steps (1.2); review limit coding rules (.2); review claims analysis (.2). | 1.6 | $792.00 |
| Allocations | 11/11/2020 | Hanke, Elizabeth | Call with C. Green, N. Sochurek, S. Klauck and A. Azer re coverage for claims and next steps. | 1.2 | $636.00 |
| Allocations | 11/11/2020 | Klauck, Sheila | Call with C. Green, N. Sochurek, E. Hanke, and A. Azer re coverage for claims and next steps (1.2); call with L. Gwin re matching claims data with local councils (.4); supplement Bates White claims data with Omni re local council field (.7). | 2.3 | $828.00 |
| Allocations | 11/11/2020 | Gwin, J. Lott | Call with S. Klauck re matching claims data with local councils (.4); normalize Bates White dataset by associating Omni entries with predecessor counsels (4.8). | 5.2 | $1,404.00 |
| Allocations | 11/12/2020 | Hanke, Elizabeth | Email correspondence with A. Azer and M. Murray re claims data clean up. | 0.3 | $159.00 |

| | | | | | |
|---|---|---|---|---|---|
| Allocations | 11/12/2020 | Klauck, Sheila | Review claims data match with local councils. | 1.5 | $540.00 |
| Allocations | 11/13/2020 | Hanke, Elizabeth | Call with A. Azer, S. Klauck, C. Green, M. Murray, A. Evans, and M. Linder re claims data cleanup (.6); discuss allocation next steps with S. Klauck (.3). | 0.9 | $477.00 |
| Allocations | 11/13/2020 | Klauck, Sheila | Call with A. Azer, E. Hanke, C. Green, M. Murray, A. Evans, and M. Linder re claims data cleanup (.6); discuss claims data allocation with E. Hanke (.3); review and analyze policy limits for allocation with L. Butterworth (1.6); update policy limit assumptions for allocation (.3). | 2.8 | $1,008.00 |
| Allocations | 11/13/2020 | Butterworth, Luke | Review and analyze policy limits for allocation with S.Klauck (1.6); research and prepare policy limits updates in database for allocation (5.4). | 6.0 | $1,380.00 |
| Allocations | 11/15/2020 | Hanke, Elizabeth | Download and review updated preliminary claims data from Bates White as of Omni data as of 11-12-2020. | 0.1 | $53.00 |
| Allocations | 11/19/2020 | Hanke, Elizabeth | Discuss claims data statistics with S. Klauck (.3); review claims data summaries on most recent data cut (.3). | 0.6 | $318.00 |
| Allocations | 11/19/2020 | Klauck, Sheila | Match Bates White historical council field to KCIC database (1.5); import data and prepare claims data statistics (1.3); discuss claims data statistics with E. Hanke (.3). | 3.1 | $1,116.00 |
| Allocations | 11/20/2020 | Sochurek, Nicholas | Call with E. Martin, A. Azer, C. Green, D. Evans, M. Murray, E. Hanke, and S. Klauck re claims data normalization and validation (1.0); prepare for same (.2). | 1.2 | $594.00 |
| Allocations | 11/20/2020 | Hanke, Elizabeth | Meeting with D. Evans, M. Murray, E. Martin, A. Azer, C. Green, N. Sochurek and S. Klauck to discuss claims data and next steps. | 1.0 | $530.00 |
| Allocations | 11/20/2020 | Klauck, Sheila | Continue matching local council predecessor claims data to KCIC database (1.0); call with E. Hanke, N. Sochurek, A. Evans, M. Murray, A. Azer, C. Green, and E. Martin (1.0) | 2.0 | $720.00 |
| Allocations | 11/23/2020 | Hanke, Elizabeth | Download and review updated claims data. | 0.5 | $265.00 |
| Allocations | 11/23/2020 | Sochurek, Nicholas | Review proof of claim standardization list. | 0.2 | $99.00 |
| Allocations | 11/27/2020 | Sochurek, Nicholas | Email correspondence with A. Azer and D. Evans re Omni claims data and Bates White processing. | 0.2 | $99.00 |
| Coverage Analysis | 11/2/2020 | Butterworth, Luke | Upload and review recently received National Council policy PDFs to Ligado. | 0.5 | $115.00 |
| Coverage Analysis | 11/2/2020 | Hanke, Elizabeth | Review floppy disk from BSA to extract files. | 0.1 | $53.00 |
| Coverage Analysis | 11/3/2020 | Klauck, Sheila | Convert and combine Hartford TIF files into policy PDFs. | 1.1 | $396.00 |
| Coverage Analysis | 11/3/2020 | Vegliante, Andrew | Review and analyze evidence for policy information. | 2.4 | $648.00 |
| Coverage Analysis | 11/4/2020 | Hanke, Elizabeth | Email correspondence with L. Richardson re key search terms (.1); review search terms per KCIC list and combine statuses re same (.1). | 0.2 | $106.00 |
| Coverage Analysis | 11/4/2020 | Sochurek, Nicholas | Email correspondence with C. Green and B. Parks re Hartford policies (.5); review insurance documents re same (.3). | 0.8 | $396.00 |
| Coverage Analysis | 11/6/2020 | Hanke, Elizabeth | Email correspondence with A. Kutz re search terms and Riskonnect. | 0.2 | $106.00 |
| Coverage Analysis | 11/6/2020 | Sochurek, Nicholas | Review search term document results. | 0.4 | $198.00 |
| Coverage Analysis | 11/9/2020 | Sochurek, Nicholas | Review pre-1962 national council coverage files. | 0.3 | $148.50 |
| Coverage Analysis | 11/9/2020 | Klauck, Sheila | Prepare and review BSA pre-1962 files for production. | 1.2 | $432.00 |
| Coverage Analysis | 11/9/2020 | Butterworth, Luke | Update policy evidence provision in database for newly added National Council policies (.4); review and confirm proper upload of all newly added National Council policies to Ligado (.9). | 1.3 | $299.00 |
| Coverage Analysis | 11/11/2020 | Taylor, Victor | Import and assign evidence from national counsel. | 0.5 | $200.00 |
| Coverage Analysis | 11/11/2020 | Klauck, Sheila | Create and assign new provision and limit type for coverage assumptions. | 1.4 | $504.00 |
| Coverage Analysis | 11/12/2020 | Sochurek, Nicholas | Review electronic correspondence re assumptions for policy data from E. Hanke, V. Taylor and S. Klauck (.3); review Hartford policies (.4). | 0.7 | $346.50 |
| Coverage Analysis | 11/12/2020 | Klauck, Sheila | Provide status update. | 0.3 | $108.00 |
| Coverage Analysis | 11/13/2020 | Hanke, Elizabeth | Check in with N. Sochurek re next steps. | 0.5 | $265.00 |

| | | | | | |
|---|---|---|---|---|---|
| Coverage Analysis | 11/13/2020 | Sochurek, Nicholas | Email correspondence with A. Azer re insurance strategy (.4); review insurers and local councils (.2); call with E. Hanke re next steps (.5). | 1.1 | $544.50 |
| Coverage Analysis | 11/16/2020 | Klauck, Sheila | Update evidence tracking dashboard. | 0.4 | $144.00 |
| Coverage Analysis | 11/16/2020 | Sochurek, Nicholas | Call with E. Hanke re insurance strategy. | 0.2 | $99.00 |
| Coverage Analysis | 11/17/2020 | Sochurek, Nicholas | Prepare outstanding task list. | 0.9 | $445.50 |
| Coverage Analysis | 11/17/2020 | Klauck, Sheila | Create policy entry and update checklist for new reviewers (1.1); review and add to KCIC task list (.4). | 1.5 | $540.00 |
| Coverage Analysis | 11/18/2020 | Hanke, Elizabeth | Call with A. Azer, C. Green, N. Sochurek, and S. Klauck re coverage and next steps. | 1.0 | $530.00 |
| Coverage Analysis | 11/18/2020 | Sochurek, Nicholas | Call with A. Azer, C. Green, S. Klauck, and E. Hanke re coverage and next steps (1.0); prepare for same (.2); review insurance document from BSA (.4). | 1.6 | $792.00 |
| Coverage Analysis | 11/18/2020 | Klauck, Sheila | Call with A. Azer, C. Green, N. Sochurek, and E. Hanke re coverage and next steps. | 1.0 | $360.00 |
| Coverage Analysis | 11/19/2020 | Yang, Justin | Call with K. Hashemi, V. Taylor, S. Klauck, E. Hanke, K. Monroe, M. Minter, J. Grehan, A. Vegliante, and L. Butterworth re evidence review status and next steps. | 0.6 | $108.00 |
| Coverage Analysis | 11/19/2020 | Vegliante, Andrew | Call with K. Hashemi, V. Taylor, E. Hanke, K. Monroe, M. Minter, J. Yang, J. Grehan, S. Klauck, and L. Butterworth re evidence review status and next steps. | 0.6 | $162.00 |
| Coverage Analysis | 11/19/2020 | Grehan, Julia | Call with K. Hashemi, V. Taylor, E. Hanke, K. Monroe, M. Minter, J. Yang, A. Vegliante, and L. Butterworth re evidence review status and next steps. | 0.6 | $138.00 |
| Coverage Analysis | 11/19/2020 | Minter, Matthew | Call with S. Klauck, K. Hashemi, V. Taylor, E. Hanke, K. Monroe, S. Klauck, J. Yang, J. Grehan, A. Vegliante, and L. Butterworth re evidence review status and next steps. | 0.6 | $108.00 |
| Coverage Analysis | 11/19/2020 | Monroe, Kelly | Call with K. Hashemi, V. Taylor, E. Hanke, S. Klauck, M. Minter, J. Yang, J. Grehan, A. Vegliante, and L. Butterworth re evidence review status and next steps. | 0.6 | $108.00 |
| Coverage Analysis | 11/19/2020 | Butterworth, Luke | Call with S. Klauck, K. Hashemi, V. Taylor, E. Hanke, K. Monroe, M. Minter, J. Yang, J. Grehan, A. Vegliante, and re evidence review status and next steps. | 0.6 | $138.00 |
| Coverage Analysis | 11/19/2020 | Klauck, Sheila | Call with K. Hashemi, V. Taylor, E. Hanke, K. Monroe, M. Minter, J. Yang, J. Grehan, A. Vegliante, and L. Butterworth re evidence review status and next steps (.6); review evidence issues with K. Hashemi (.5). | 1.1 | $396.00 |
| Coverage Analysis | 11/19/2020 | Hashemi, Kathrin | Review evidence issues with S. Klauck (.5); call with S. Klauck, V. Taylor, E. Hanke, K. Monroe, M. Minter, J. Yang, J. Grehan, A. Vegliante, and L. Butterworth re evidence review status and next steps (.6). | 1.1 | $484.00 |
| Coverage Analysis | 11/19/2020 | Hanke, Elizabeth | Call with E. Martin, A. Azer, C. Green, M. Stoner, and N. Sochurek to discuss insurance strategy (2.0); call with S. Klauck, K. Hashemi, V. Taylor, K. Monroe, M. Minter, J. Yang, J. Grehan, A. Vegliante, and L. Butterworth re evidence review status and next steps (.6). | 2.6 | $1,378.00 |
| Coverage Analysis | 11/19/2020 | Sochurek, Nicholas | Call with E. Martin, A. Azer, C. Green, M. Stoner, and N. Sochurek to to discuss insurance strategy (2.0); review additional documents from BSA (.2). | 2.2 | $1,089.00 |
| Coverage Analysis | 11/20/2020 | Hashemi, Kathrin | Review evidence issues with S. Klauck (.6); review evidence issues with (.2). | 0.8 | $352.00 |
| Coverage Analysis | 11/20/2020 | Taylor, Victor | Review status and next steps with S. Klauck (.2); discuss policy evidence documentation production for specific carrier with S. Klauck and L. Butterworth (.5). | 0.7 | $280.00 |
| Coverage Analysis | 11/20/2020 | Butterworth, Luke | Assemble and organize National Council policies and evidence related to specific carrier as requested for mediation (.7); discuss policy evidence documentation production for specific carrier with S. Klauck and V. Taylor (.5). | 1.2 | $276.00 |
| Coverage Analysis | 11/20/2020 | Klauck, Sheila | Discuss policy evidence documentation production for specific carrier with V. Taylor and L. Butterworth (.5); review status and next steps with V. Taylor (.2); call with L. Butterworth re document production (.8); update powershell script to retrieve documents from Ligado (.7); review evidence issues with K. Hashemi (.6); review and update document production for specific carrier (.6). | 3.4 | $1,224.00 |

| Category | Date | Name | Description | Hours | Amount |
|---|---|---|---|---|---|
| Coverage Analysis | 11/23/2020 | Taylor, Victor | Call with N. Sochurek and S. Klauck re status and next steps. | 0.4 | $160.00 |
| Coverage Analysis | 11/23/2020 | Sochurek, Nicholas | Call with S. Klauck re coverage assumptions (.3); call with S. Klauck and V. Taylor re status and next steps (.4). | 0.7 | $346.50 |
| Coverage Analysis | 11/23/2020 | Butterworth, Luke | Discuss national policy upload with K. Monroe (.2); review and troubleshoot erroneous uploads of national policies (1.2); review uploads of national policies by K. Monroe (.4). | 1.8 | $414.00 |
| Coverage Analysis | 11/23/2020 | Klauck, Sheila | Call with N. Sochurek re coverage assumptions (.3); review and standardize document production process (1.4); call with N. Sochurek and V. Taylor re status and next steps (.4). | 2.1 | $756.00 |
| Coverage Analysis | 11/24/2020 | Monroe, Kelly | Call with L. Butterworth re full policies uploaded to Ligado (.2); troubleshoot issues with document uploader and Powershell script (.6); upload batch of 50 full policies to Ligado and draft script to update policy provisions (1.3). | 3.1 | $558.00 |
| Exhaustion Analysis | 11/23/2020 | Sochurek, Nicholas | Review past claims reports (.3); electronic correspondence re status of exhaustion analysis (.1). | 0.4 | $198.00 |
| Exhaustion Analysis | 11/24/2020 | Sochurek, Nicholas | Email correspondence with A. Kutz re exhaustion analysis report. | 0.2 | $99.00 |
| Exhaustion Analysis | 11/24/2020 | Austin, Carrington | Review exhaustion documentation. | 0.2 | $66.00 |
| Fee Applications | 11/3/2020 | Butterworth, Luke | Finish the preparation of the August fee application (.3); begin preparing September fee application (.2). | 0.5 | $115.00 |
| Fee Applications | 11/4/2020 | Sochurek, Nicholas | Discuss fee application process with E. Hanke. | 0.2 | $99.00 |
| Fee Applications | 11/4/2020 | Hanke, Elizabeth | Discuss fee application process with N. Sochurek (.2); review and revise time entries for fee application (.9). | 1.1 | $583.00 |
| Fee Applications | 11/5/2020 | Butterworth, Luke | Review correspondence with B. Parks re September fee application. | 0.1 | $23.00 |
| Fee Applications | 11/10/2020 | Hanke, Elizabeth | Review fee application revisions from Haynes & Boone (.3); communicate edits and billing rules to team (.1). | 0.4 | $212.00 |
| Fee Applications | 11/10/2020 | Butterworth, Luke | Prepare September fee application. | 0.6 | $138.00 |
| Fee Applications | 11/11/2020 | Butterworth, Luke | Update August fee application. | 0.3 | $69.00 |
| Fee Applications | 11/12/2020 | Butterworth, Luke | Finalize September fee application. | 0.7 | $161.00 |
| Fee Applications | 11/12/2020 | Klauck, Sheila | Review August fee application. | 0.3 | $108.00 |
| Fee Applications | 11/16/2020 | Hanke, Elizabeth | Review October time for redaction on fee application. | 0.1 | $53.00 |
| Fee Applications | 11/16/2020 | Klauck, Sheila | Review September fee application. | 0.5 | $180.00 |
| Fee Applications | 11/17/2020 | Klauck, Sheila | Review KCIC descriptions for fee applications. | 1.1 | $396.00 |
| Fee Applications | 11/19/2020 | Klauck, Sheila | Review October fee application descriptions. | 0.5 | $180.00 |
| Fee Applications | 11/25/2020 | Vegliante, Andrew | Review October Fee Application. | 0.9 | $243.00 |
| Fee Applications | 11/25/2020 | Butterworth, Luke | Review and finalize the September fee application (.3); prepare and finalize the October fee application (1.3). | 1.6 | $368.00 |
| Fee Applications | 11/30/2020 | Hanke, Elizabeth | Revisions to fee app per counsel. | 0.1 | $53.00 |
| Fee Applications | 11/30/2020 | Butterworth, Luke | Finalize September and October fee applications and send to be filed (.3); update September and October fee applications per comments by B. Walsh at White Case (.5); call with E. Hanke re fee application updates suggested by B. Walsh (.2). | 1.0 | $230.00 |
| Local Council | 11/2/2020 | Minter, Matthew | Review local council documents for policy evidence. | 0.7 | $126.00 |
| Local Council | 11/2/2020 | Hanke, Elizabeth | Email correspondence with C. Green re privilege review. | 0.1 | $53.00 |
| Local Council | 11/2/2020 | Grehan, Julia | Review documents for policy, insurance and carrier information. | 1.1 | $253.00 |
| Local Council | 11/2/2020 | Butterworth, Luke | Review and code local council evidence. | 1.7 | $391.00 |
| Local Council | 11/2/2020 | Monroe, Kelly | Discuss local council production tracking with V. Taylor (.2); review client inbox and record local council responses (1.3). | 1.5 | $270.00 |
| Local Council | 11/2/2020 | Taylor, Victor | Organize and assign new evidence documents (.9); discuss local council production tracking with K. Monroe (.2); discuss primary policy evidence with S. Klauck (.4). | 1.5 | $600.00 |

| | | | | | |
|---|---|---|---|---|---|
| Local Council | 11/2/2020 | Sochurek, Nicholas | Follow up with local councils re insurance (.4); review follow up items for local councils (4.1); review evidence from insurer (.3). | 4.8 | $2,376.00 |
| Local Council | 11/2/2020 | Klauck, Sheila | Discuss primary policy evidence with V. Taylor (.4); review and clean up primary evidence for production (5.0); perform data validation on local council insurance evidence (.9). | 6.3 | $2,268.00 |
| Local Council | 11/3/2020 | Vegliante, Andrew | Review and analyze local council evidence for policy information. | 0.7 | $189.00 |
| Local Council | 11/3/2020 | Butterworth, Luke | Review and code local council evidence for insurance policy information and references. | 0.7 | $161.00 |
| Local Council | 11/3/2020 | Hanke, Elizabeth | Email correspondence with C. Green re privilege review. | 0.1 | $53.00 |
| Local Council | 11/3/2020 | Klauck, Sheila | Review and analyze evidence for insurance information (1.3); discuss evidence review status with V. Taylor (.6). | 1.9 | $684.00 |
| Local Council | 11/3/2020 | Sochurek, Nicholas | Email correspondence with M. Linder and C. Green re document production (.2); email follow up with local councils re insurance (.4); review follow up items for local councils (2.1); discuss local council document questions with V. Taylor (.2). | 2.9 | $1,435.50 |
| Local Council | 11/3/2020 | Monroe, Kelly | Review BSA inbox (.2); review local council documents and code evidence into client database (2.7). | 2.9 | $522.00 |
| Local Council | 11/3/2020 | Minter, Matthew | Review local council documents for policy evidence. | 3.7 | $666.00 |
| Local Council | 11/3/2020 | Grehan, Julia | Review documents for policy, insurance and carrier information. | 4.2 | $966.00 |
| Local Council | 11/3/2020 | Taylor, Victor | Review and respond to information sent by local councils (2.0); review and assign insurer documents (1.9); discuss local council document questions with N. Sochurek (.2); review and analyze evidence documents (1.5); discuss evidence review status with S. Klauck (.6). | 6.2 | $2,480.00 |
| Local Council | 11/4/2020 | Hanke, Elizabeth | Discuss follow-up searches for coverage with N. Sochurek (.2); electronic correspondence re policy coding assumptions with S. Klauck (.1). | 0.3 | $159.00 |
| Local Council | 11/4/2020 | Minter, Matthew | Review local council documents for policy evidence. | 2.7 | $486.00 |
| Local Council | 11/4/2020 | Grehan, Julia | Review documents for policy, insurance and carrier information. | 4.7 | $1,081.00 |
| Local Council | 11/4/2020 | Sochurek, Nicholas | Email correspondence with C. Green re local council policies (.3); email correspondence with local councils re insurance (.3); discuss follow up searches with E. Hanke (.2); discuss insurance document coding with V. Taylor (.2); review follow up items for local councils (3.9). | 4.9 | $2,425.50 |
| Local Council | 11/4/2020 | Klauck, Sheila | Upload and link new Hartford primary evidence to production folder (.4); review and upload new secondary evidence for Haynes and Boone to review (3.4); review and analyze evidence for insurance information (1.2); electronic correspondence re policy coding assumptions with E. Hanke (.1). | 5.1 | $1,836.00 |
| Local Council | 11/4/2020 | Taylor, Victor | Manage evidence review assignments (.5); discuss insurance document coding with N. Sochurek (.2); check in with S. Klauck about policy evidence (.2); review and analyze evidence documents (5.4); discuss policy coding question with L. Butterworth (.1). | 6.4 | $2,560.00 |
| Local Council | 11/4/2020 | Butterworth, Luke | Review evidence provided by insurers for local council insurance information and references (7.6); discuss policy coding question with V. Taylor (.1). | 7.7 | $1,771.00 |
| Local Council | 11/4/2020 | Monroe, Kelly | Review local council files and code evidence into client database. | 8.6 | $1,548.00 |
| Local Council | 11/5/2020 | Charlton, Patrick | Review and code local council policies. | 2.7 | $891.00 |
| Local Council | 11/5/2020 | Minter, Matthew | Review local council documents for policy evidence. | 2.8 | $504.00 |
| Local Council | 11/5/2020 | Grehan, Julia | Review documents for policy, insurance and carrier information. | 3.6 | $828.00 |
| Local Council | 11/5/2020 | Sochurek, Nicholas | Call with C. Green, W. Dutton, and S. Klauck re insurance document review (.5 - partial); review follow up items for local councils (2.0); review documents from local councils (.6); review documents from Chubb (.4); review documents for production (.4). | 3.9 | $1,930.50 |

5

| | | | | | |
|---|---|---|---|---|---|
| Local Council | 11/5/2020 | Butterworth, Luke | Review insurer evidence for local council policy information and references (3.2); discuss Haynes and Boone task to redact sensitive information from policy evidence with K. Monroe and V. Taylor (.3); redact local council evidence documents per the direction of Haynes and Boone (2.5). | 6.0 | $1,380.00 |
| Local Council | 11/5/2020 | Taylor, Victor | Review and respond to information sent by local councils (1.0); review and assign insurer documents (.8); discuss and review evidence for redaction with S. Klauck (1.5); review evidence for redaction (1.7); review and analyze evidence documents (2.6); discuss Haynes and Boone task to redact sensitive information from policy evidence with K. Monroe and L. Butterworth (.3). | 7.9 | $3,160.00 |
| Local Council | 11/5/2020 | Klauck, Sheila | Review and analyze evidence for insurance information (.3); discuss and review evidence for redaction with V. Taylor (1.5); call with C. Green, N. Sochurek, and W. Dutton re secondary evidence redaction (.6); redact local council secondary insurance evidence (3.1); perform data validation in preparation for document production (2.5); link Chubb production documents to KCIC database (1.9). | 9.9 | $3,564.00 |
| Local Council | 11/5/2020 | Monroe, Kelly | Review local council documents and code evidence into client database (8.4); discuss Haynes and Boone task to redact sensitive information from policy evidence with L. Butterworth and V. Taylor (.3); review policy evidence and redact sensitive information (1.7). | 10.4 | $1,872.00 |
| Local Council | 11/6/2020 | Hanke, Elizabeth | Discuss document production with C. Binggeli and S. Klauck (.3); discuss document production with S. Klauck and C. Green (.8); electronic correspondence with N. Sochurek and S. Klauck re document production (.4). | 1.5 | $795.00 |
| Local Council | 11/6/2020 | Grehan, Julia | Review documents for policy, insurance and carrier information. | 2.3 | $529.00 |
| Local Council | 11/6/2020 | Charlton, Patrick | Review and code local council policies. | 2.6 | $858.00 |
| Local Council | 11/6/2020 | Sochurek, Nicholas | Discuss local council responses with V. Taylor (.3); electronic correspondence with E. Hanke and S. Klauck re document production (.4); review and respond to local council questions (1.8); review coding of insurance documents (1.9). | 4.3 | $2,128.50 |
| Local Council | 11/6/2020 | Butterworth, Luke | Review insurer evidence for local council insurance policy information and references (5.0); redact information on local council insurance policy evidence documents per the direction of Haynes and Boone (.4). | 5.4 | $1,242.00 |
| Local Council | 11/6/2020 | Taylor, Victor | Review and respond to information sent by local councils (2.2); discuss local council responses with N. Sochurek (.3); discuss document production with S. Klauck (.6); review and organize document production (2.2); review and analyze evidence documents (1.4). | 6.7 | $2,680.00 |
| Local Council | 11/6/2020 | Monroe, Kelly | Review local council documents and code evidence into client database (6.7); review policy evidence and redact sensitive information (.3); update policy evidence provisions (.4). | 7.4 | $1,332.00 |
| Local Council | 11/6/2020 | Klauck, Sheila | Electronic correspondence with E. Hanke and N. Sochurek re document production (.4); discuss document production with V. Taylor (.6); discuss document production with C. Binggeli and E. Hanke (.3); discuss document production with E. Hanke and C. Green (.8); perform data validation in preparation for document production (2.4); prepare and send listing of Chubb secondary evidence for redaction (.4); prepare documents grouped by local council for Alvarez and Marsal (4.9). | 9.8 | $3,528.00 |
| Local Council | 11/7/2020 | Klauck, Sheila | Produce and review local council documents by insurer. | 3.9 | $1,404.00 |
| Local Council | 11/8/2020 | Butterworth, Luke | Review and code local council evidence for insurance policy information and references. | 0.5 | $115.00 |
| Local Council | 11/8/2020 | Sochurek, Nicholas | Review documents from local councils. | 2.0 | $990.00 |
| Local Council | 11/9/2020 | Hanke, Elizabeth | Review summaries of local council coverage by year and predecessor council (.1); email correspondence with C. Green, S. Klauck and N. Sochurek re production of local council coverage to various carriers (.1). | 0.2 | $106.00 |
| Local Council | 11/9/2020 | Klauck, Sheila | Organize sharing of local council files with insurers (.5); review local council merger history (.3). | 0.8 | $288.00 |
| Local Council | 11/9/2020 | Minter, Matthew | Review local council documents for policy evidence. | 1.2 | $216.00 |

| Local Council | 11/9/2020 | Grehan, Julia | Meet with N. Sochurek to discuss system to track outstanding emails and related tasks (.4); review documents for policy evidence (2.3). | 2.7 | $621.00 |
|---|---|---|---|---|---|
| Local Council | 11/9/2020 | Taylor, Victor | Review local council emails and respond (1.0); review and assign evidence documents (.8); call with N. Sochurek re local council responses (.3); review and analyze evidence documents (1.2). | 3.3 | $1,320.00 |
| Local Council | 11/9/2020 | Butterworth, Luke | Review and code local council evidence for insurance policy information and references (3.4); share user access to insurer evidence folders per request of C. Green (.4). | 3.8 | $874.00 |
| Local Council | 11/9/2020 | Sochurek, Nicholas | Email correspondence with M. Linder re local council certificates (.2); email correspondence with J. Grehan re local council insurance follow up (.2); meet with J. Grehan to discuss system to track outstanding emails and related tasks (.4); email correspondence with A. Azer and C. Green re document productions (.2); email correspondence with A. Azer re local council question (.2); call with V. Taylor re local council responses (.3); review and respond to local council questions (2.4). | 3.4 | $1,683.00 |
| Local Council | 11/9/2020 | Monroe, Kelly | Review local council documents and code evidence into client database (4.9); review client inbox and summarize local council responses (3.6). | 8.5 | $1,530.00 |
| Local Council | 11/10/2020 | Klauck, Sheila | Review local council history updates (.4); review and analyze evidence for local council insurance (.4). | 0.8 | $288.00 |
| Local Council | 11/10/2020 | Minter, Matthew | Review local counsel documents for policy evidence. | 1.2 | $216.00 |
| Local Council | 11/10/2020 | Sochurek, Nicholas | Review and respond to local council questions (2.1); discuss local council insurance with C. Green (.3); reconcile Chubb policies with database records (.4). | 2.8 | $1,386.00 |
| Local Council | 11/10/2020 | Taylor, Victor | Review and import local council documents (1.5); review and analyze evidence documents (1.5). | 3.0 | $1,200.00 |
| Local Council | 11/10/2020 | Grehan, Julia | Review documents for coverage evidence (2.4); discuss local council production tracking with K. Monroe (.3); work on consolidating the email and evidence tracking system of outstanding tasks (1.2). | 3.9 | $897.00 |
| Local Council | 11/10/2020 | Butterworth, Luke | Review and code local council evidence for insurance policy information and references (3.4); review specific local council name history and prepare updates to database based on historical name changes (1.4); chat messages re specific local council changes with S. Klauck (.2). | 5.0 | $1,150.00 |
| Local Council | 11/10/2020 | Monroe, Kelly | Review local council documents and code evidence into client database (3.9); discuss local council production tracking with J. Grehan (.3); review client inbox and summarize local council responses (2.4). | 6.6 | $1,188.00 |
| Local Council | 11/11/2020 | Sochurek, Nicholas | Meet with J. Grehan re local council follow up (.4); discuss new evidence review process with V. Taylor (.3); review and respond to local council questions (1.2). | 1.9 | $940.50 |
| Local Council | 11/11/2020 | Minter, Matthew | Review local council documents for policy evidence. | 1.4 | $252.00 |
| Local Council | 11/11/2020 | Butterworth, Luke | Review and code local council evidence for insurance policy information and references (4.2); update local council history database with new merger history updates (.6). | 4.8 | $1,104.00 |
| Local Council | 11/11/2020 | Taylor, Victor | Discuss new evidence review process with N. Sochurek (.3); discuss new evidence review process with J. Grehan (.2); import new evidence and respond to councils (.8); review and analyze evidence documents (3.7). | 5.0 | $2,000.00 |
| Local Council | 11/11/2020 | Grehan, Julia | Meet with N. Sochurek re local council follow up (.4); discuss email process with K. Monroe (.4); discuss new evidence review process with V. Taylor (.2); review listing of councils from which we have not received a response (.5); review outstanding emails in the inbox and draft responses to emails (3.9). | 5.4 | $1,242.00 |
| Local Council | 11/11/2020 | Klauck, Sheila | Review and update local council history in database (.5); review and analyze evidence for insurance information (5.3); answer questions re local council insurance evidence review (.3). | 6.1 | $2,196.00 |

| | | | | | |
|---|---|---|---|---|---|
| Local Council | 11/11/2020 | Monroe, Kelly | Develop the process and create spreadsheet for local council production tracking (3.7); discuss local council production tracking with J. Grehan (.4); discuss councils marked as high priority with J. Grehan and S. Klauck (.1); review council's responses and evidence marked for further review (2.9); review local council documents and code evidence into client database (.9); update policy dates (.5). | 8.5 | $1,530.00 |
| Local Council | 11/12/2020 | Hanke, Elizabeth | Review electronic correspondence re assumptions for policy limits from N. Sochurek, V. Taylor and S. Klauck. | 0.2 | $106.00 |
| Local Council | 11/12/2020 | Minter, Matthew | Review local council documents for policy evidence. | 1.4 | $252.00 |
| Local Council | 11/12/2020 | Grehan, Julia | Review outstanding emails in the inbox and draft responses to all emails (1.6); call with N. Sochurek, V. Taylor, and K. Monroe re follow up with local councils (.5); review documents for insurance evidence (.8). | 2.9 | $667.00 |
| Local Council | 11/12/2020 | Butterworth, Luke | Research and confirm historical changes for four specific local councils (.5); prepare updates to database to account for four different historical changes to specific local councils (2.2); review insurer and local council evidence for insurance policies and references (3.1); electronic correspondence with N. Sochurek re local council evidence (.1). | 5.9 | $1,357.00 |
| Local Council | 11/12/2020 | Taylor, Victor | Call with N. Sochurek, K. Monroe, and J. Grehan re follow up with local councils (.5); review and analyze evidence documents (3.6); assign new evidence documents (.9). | 5.0 | $2,000.00 |
| Local Council | 11/12/2020 | Sochurek, Nicholas | Review and respond to local council questions (2.2); call with K. Monroe, V. Taylor, and J. Grehan re follow up with local councils (.5); research new insurers for local councils (.7); review new insurance production (.7); begin drafting memorandum re policy archaeology process (1.1); electronic correspondence with L. Butterworth re local council evidence (.1). | 5.3 | $2,623.50 |
| Local Council | 11/12/2020 | Monroe, Kelly | Call with N. Sochurek, V. Taylor, and J. Grehan re follow up with local councils (.5); look into evidence requiring follow up and draft responses to local councils (3.5); review client inbox and update local council production tracking sheet (1.1); review local council documents and code evidence into client database (2.1). | 7.2 | $1,296.00 |
| Local Council | 11/13/2020 | Hanke, Elizabeth | Call to discuss status and next steps for local council coverage review with N. Sochurek, V. Taylor, S. Klauck, J. Grehan, L. Butterworth, K. Monroe and M. Minter. | 0.7 | $371.00 |
| Local Council | 11/13/2020 | Klauck, Sheila | Call to discuss status and next steps for local council coverage review with E. Hanke, N. Sochurek, V. Taylor, E. Hanke, J. Grehan, L. Butterworth, K. Monroe and M. Minter (.7); review and respond to email correspondence with C. Green and C. Binggeli re insurance files (.5). | 1.2 | $432.00 |
| Local Council | 11/13/2020 | Butterworth, Luke | Prepare and review local council history updates in database for specific councils (1.1); call to discuss status and next steps for local council coverage review with E. Hanke, N. Sochurek, V. Taylor, S. Klauck, J. Grehan, L. Butterworth, K. Monroe and M. Minter (.7); review and code evidence for local council insurance policy information (.5). | 2.3 | $529.00 |
| Local Council | 11/13/2020 | Grehan, Julia | Call with N. Sochurek re status of local council follow up (.5); calls with N. Sochurek and local councils re insurance search (.8); call to discuss status and next steps for local council coverage review with E. Hanke, N. Sochurek, V. Taylor, S. Klauck, L. Butterworth, K. Monroe and M. Minter (.7); draft email responses to local councils re finding insurance evidence (1.1). | 3.1 | $713.00 |
| Local Council | 11/13/2020 | Minter, Matthew | Review local council documents for policy evidence (3.5); call to discuss status and next steps for local council coverage review with E. Hanke, N. Sochurek, V. Taylor, S. Klauck, J. Grehan, L. Butterworth, and K. Monroe (.7). | 4.2 | $756.00 |

| | | | | | |
|---|---|---|---|---|---|
| Local Council | 11/13/2020 | Sochurek, Nicholas | Call with J. Grehan re status of local council follow up (.5); follow up with local councils (2.2); calls with J. Grehan and local councils re insurance search (.8); calls with local councils re insurance search (.8); call to discuss status and next steps for local council coverage review with E. Hanke, V. Taylor, S. Klauck, J. Grehan, L. Butterworth, K. Monroe and M. Minter (.7); review insurance documents from CNA (.4). | 5.4 | $2,673.00 |
| Local Council | 11/13/2020 | Taylor, Victor | Review and respond to local council emails (2.4); import and assign new evidence documents (1.2); call to discuss status and next steps for local council coverage review with E. Hanke, N. Sochurek, S. Klauck, J. Grehan, L. Butterworth, K. Monroe and M. Minter (.7); review and analyze local council evidence (2.2). | 6.5 | $2,600.00 |
| Local Council | 11/13/2020 | Monroe, Kelly | Call to discuss status and next steps for local council coverage review with E. Hanke, N. Sochurek, V. Taylor, S. Klauck, J. Grehan, L. Butterworth, and M. Minter (.7); review client inbox and draft follow up responses (3.7); review local council documents and code policy evidence into client database (2.3); collect certificates of compliance received from local councils (.4). | 7.1 | $1,278.00 |
| Local Council | 11/14/2020 | Klauck, Sheila | Transfer files from Alvarez and Marsal to KCIC. | 0.2 | $72.00 |
| Local Council | 11/14/2020 | Minter, Matthew | Review local council documents for policy evidence. | 1.8 | $324.00 |
| Local Council | 11/15/2020 | Taylor, Victor | Review and analyze evidence documents. | 2.2 | $880.00 |
| Local Council | 11/15/2020 | Sochurek, Nicholas | Review local council insurance documents (1.9); review local council responses (1.3); email correspondence with A. Azer re updated local council policy listing (.1); review status of coding and quality control review (.3). | 3.6 | $1,782.00 |
| Local Council | 11/15/2020 | Klauck, Sheila | Download new files from Alvarez and Marsal (.3); review and analyze evidence for insurance information (3.0). | 3.3 | $1,188.00 |
| Local Council | 11/16/2020 | Vegliante, Andrew | Review local counsel evidence for policy information. | 2.7 | $729.00 |
| Local Council | 11/16/2020 | Hanke, Elizabeth | Electronic correspondence with KCIC team re new documents for local council coverage (.5); discuss timeline and carrier policy review with A. Azer (.2); review camp specific policies and claims (.8); draft and send email with example camp policies to Haynes & Boone (.5). | 2.0 | $1,060.00 |
| Local Council | 11/16/2020 | Minter, Matthew | Review local council documents for policy evidence. | 2.8 | $504.00 |
| Local Council | 11/16/2020 | Grehan, Julia | Review inbox for emails and draft responses (.4); review documents for insurance evidence (3.2). | 3.6 | $828.00 |
| Local Council | 11/16/2020 | Taylor, Victor | Import new evidence documentation (2.5); respond to local council calls (.5); review and analyze evidence documents (2.6); electronic correspondence with KCIC team re new documents for local council coverage (.5). | 6.1 | $2,440.00 |
| Local Council | 11/16/2020 | Butterworth, Luke | Prepare and review all local councils policy listing per request of N.Sochurek (.9); call with S. Klauck re local council policy listing (.4); finalize database updates to specific local councils' historical changes (1.5); update historical start year in database for specific local council (.2); review evidence for local council insurance policies or references (3.3). | 6.3 | $1,449.00 |
| Local Council | 11/16/2020 | Sochurek, Nicholas | Review local council insurance documents (5.4); calls with K. Monroe re local council response tracking (.2); review and respond to local councils (.8); review local councils without responses (.9) revise local council policy listings (.2). | 7.5 | $3,712.50 |
| Local Council | 11/16/2020 | Monroe, Kelly | Review client inbox, draft responses, and update tracking sheet (2.3); calls with N. Sochurek re local council response tracking (.2); review files provided by Alvarez & Marsal and update spreadsheet accordingly (.7); prepare listing of local councils who have not provided an update on their search for policy evidence (2.1); review local council documents and code evidence into client database (3.2). | 8.5 | $1,530.00 |
| Local Council | 11/16/2020 | Klauck, Sheila | Call with L. Butterworth re local council policy listing (.4); perform data validation on local council policy evidence (1.7); review policies applicable to camp sites (1.9); draft email to Haynes and Boone re camp policies (.4); review and analyze evidence for policy information (5.1). | 9.5 | $3,420.00 |

| | | | | | |
|---|---|---|---|---|---|
| Local Council | 11/17/2020 | Hanke, Elizabeth | Electronic correspondence with team re local council coverage review (.2); meet with C. Green and N. Sochurek to review Hartford coverage (1.0). | 1.2 | $636.00 |
| Local Council | 11/17/2020 | Sochurek, Nicholas | Call with C. Green and E. Hanke to review Hartford coverage (1.0); prepare for same (.2); discuss local council policy listing with A. Azer (.3); review local council insurance documents (2.4). | 3.9 | $1,930.50 |
| Local Council | 11/17/2020 | Minter, Matthew | Review local council documents for policy evidence. | 3.4 | $612.00 |
| Local Council | 11/17/2020 | Butterworth, Luke | Review evidence for local council insurance policies or references. | 3.4 | $782.00 |
| Local Council | 11/17/2020 | Grehan, Julia | Review inbox for emails and draft responses (.9); review documents for insurance coverage evidence (3.3). | 4.2 | $966.00 |
| Local Council | 11/17/2020 | Klauck, Sheila | Review and analyze evidence for policy information. | 4.5 | $1,620.00 |
| Local Council | 11/17/2020 | Taylor, Victor | Import and assign new evidence documentation (2.8); respond to local council calls (.3); review and analyze evidence documents (3.5). | 6.6 | $2,640.00 |
| Local Council | 11/17/2020 | Monroe, Kelly | Review local council documents and code evidence into policy database (6.3); review client inbox and update tracking spreadsheet (.9). | 7.2 | $1,296.00 |
| Local Council | 11/17/2020 | Vegliante, Andrew | Review local counsel evidence for policy information. | 7.1 | $1,917.00 |
| Local Council | 11/18/2020 | Hanke, Elizabeth | Review policy evidence for local council. | 0.5 | $265.00 |
| Local Council | 11/18/2020 | Butterworth, Luke | Review evidence for local council insurance policies and references. | 2.5 | $575.00 |
| Local Council | 11/18/2020 | Yang, Justin | Review local council policy evidence. | 3.2 | $576.00 |
| Local Council | 11/18/2020 | Sochurek, Nicholas | Review local council insurance documents (2.7); review and respond to local council questions (.3). | 3.0 | $1,485.00 |
| Local Council | 11/18/2020 | Minter, Matthew | Review local council documents for policy evidence. | 4.6 | $828.00 |
| Local Council | 11/18/2020 | Taylor, Victor | Review and analyze evidence documentation (6.1); call specific local council for clarification on evidence (.3). | 6.4 | $2,560.00 |
| Local Council | 11/18/2020 | Monroe, Kelly | Review local council documents and code evidence into client database. | 7.2 | $1,296.00 |
| Local Council | 11/18/2020 | Vegliante, Andrew | Review local counsel evidence for policy information. | 7.5 | $2,025.00 |
| Local Council | 11/18/2020 | Klauck, Sheila | Review and analyze evidence for policy information (6.5); summarize treatment of camp policies (.3); prioritize evidence for review (1.2). | 8.0 | $2,880.00 |
| Local Council | 11/19/2020 | Minter, Matthew | Review local council documents for policy evidence (.5); check in with V. Taylor regarding status of local council policy coding (.2). | 0.7 | $126.00 |
| Local Council | 11/19/2020 | Hashemi, Kathrin | Review and analyze evidence for policy information (1.8); call with K. Monroe regarding local council policy coding (.1). | 1.9 | $836.00 |
| Local Council | 11/19/2020 | Hanke, Elizabeth | Electronic correspondence with V. Taylor, S. Klauck, and N. Sochurek re local council policy evidence review (.5); review and revise policy evidence for local council coverage (.5). | 1.0 | $530.00 |
| Local Council | 11/19/2020 | Grehan, Julia | Answer emails in BSA inbox and mark emails for document import (.5); check in with V. Taylor regarding status of local council policy coding (.2); review documents for insurance evidence (3.2). | 3.9 | $897.00 |
| Local Council | 11/19/2020 | Butterworth, Luke | Check in with V.Taylor regarding status of local council policy coding (.1); review and code local council insurance policy evidence (3.5). | 3.6 | $828.00 |
| Local Council | 11/19/2020 | Klauck, Sheila | Review and analyze evidence for policy information. | 4.3 | $1,548.00 |
| Local Council | 11/19/2020 | Sochurek, Nicholas | Review local council insurance documents (5.9); discuss coding status with V. Taylor (.3); email correspondence with E. Hanke, V. Taylor, and S. Klauck re coding status and strategy (.6). | 6.8 | $3,366.00 |
| Local Council | 11/19/2020 | Vegliante, Andrew | Review local counsel evidence for policy information. | 6.4 | $1,728.00 |
| Local Council | 11/19/2020 | Yang, Justin | Review local council evidence (7.3); check in with V. Taylor regarding status of local council policy coding (.1). | 7.4 | $1,332.00 |

| | | | | | |
|---|---|---|---|---|---|
| Local Council | 11/19/2020 | Taylor, Victor | Import and assign new evidence (.7); check in with L. Butterworth regarding status of local council policy coding (.1); check in with M. Minter regarding status of local council policy coding (.1); check in with K. Monroe regarding status of local council policy coding (.1); check in with J. Yang regarding status of local council policy coding (.1); check in with J. Grehan regarding status of local council policy coding (.2); discuss coding status with N. Sochurek (.3);review and analyze evidence documents (6.1). | 7.7 | $3,080.00 |
| Local Council | 11/19/2020 | Monroe, Kelly | Review local council documents and code evidence into client database (7.6); check in with V. Taylor regarding status of local council policy coding (.1); call with K. Hashemi regarding local council policy coding (.1). | 7.8 | $1,404.00 |
| Local Council | 11/20/2020 | Minter, Matthew | Review local council documents for policy evidence. | 3.4 | $612.00 |
| Local Council | 11/20/2020 | Grehan, Julia | Review documents for insurance evidence. | 3.2 | $736.00 |
| Local Council | 11/20/2020 | Hashemi, Kathrin | Review and analyze evidence for policy information. | 4.1 | $1,804.00 |
| Local Council | 11/20/2020 | Sochurek, Nicholas | Review documents from Armour (.3); email correspondence with A. Azer, C. Green, S. Klauck, and L. Butterworth re Liberty production (1.2); review and revise same (.6); review local council insurance documents (3.5). | 5.6 | $2,772.00 |
| Local Council | 11/20/2020 | Yang, Justin | Review local council evidence. | 5.1 | $918.00 |
| Local Council | 11/20/2020 | Monroe, Kelly | Review local council documents and code into client database. | 5.6 | $1,008.00 |
| Local Council | 11/20/2020 | Taylor, Victor | Review and analyze evidence documents. | 6.4 | $2,560.00 |
| Local Council | 11/20/2020 | Vegliante, Andrew | Review local counsel evidence for policy information. | 6.2 | $1,674.00 |
| Local Council | 11/20/2020 | Butterworth, Luke | Review and code local council insurance policy evidence (4.0); call with S. Klauck re document production (.8); assemble and organize local council policies and evidence related to specific carrier as requested for mediation (3.4). | 8.2 | $1,886.00 |
| Local Council | 11/21/2020 | Butterworth, Luke | Review and code evidence for local council insurance policies and references. | 1.8 | $414.00 |
| Local Council | 11/21/2020 | Vegliante, Andrew | Review local counsel evidence for policy information. | 1.5 | $405.00 |
| Local Council | 11/21/2020 | Minter, Matthew | Review local council documents for policy evidence. | 2.0 | $360.00 |
| Local Council | 11/21/2020 | Grehan, Julia | Review documents for insurance evidence. | 2.3 | $529.00 |
| Local Council | 11/21/2020 | Yang, Justin | Review local council evidence. | 4.0 | $720.00 |
| Local Council | 11/21/2020 | Klauck, Sheila | Review and analyze evidence for policy information (5.9); update local council history in database (.8). | 6.7 | $2,412.00 |
| Local Council | 11/21/2020 | Sochurek, Nicholas | Review local council insurance documents | 8.4 | $4,158.00 |
| Local Council | 11/22/2020 | Sochurek, Nicholas | Review status of insurance document review. | 0.3 | $148.50 |
| Local Council | 11/22/2020 | Grehan, Julia | Review documents for insurance evidence. | 1.1 | $253.00 |
| Local Council | 11/22/2020 | Hashemi, Kathrin | Review and analyze evidence for policy information. | 2.3 | $1,012.00 |
| Local Council | 11/22/2020 | Yang, Justin | Review local council evidence. | 2.3 | $414.00 |
| Local Council | 11/22/2020 | Minter, Matthew | Review local council documents for policy evidence. | 3.3 | $594.00 |
| Local Council | 11/22/2020 | Butterworth, Luke | Review and code evidence for local council insurance policies and references. | 4.3 | $989.00 |
| Local Council | 11/22/2020 | Monroe, Kelly | Review local council documents and code into client database. | 5.7 | $1,026.00 |
| Local Council | 11/22/2020 | Klauck, Sheila | Review and analyze evidence for policy information. | 6.7 | $2,412.00 |
| Local Council | 11/22/2020 | Taylor, Victor | Review and analyze evidence documents. | 7.1 | $2,840.00 |
| Local Council | 11/22/2020 | Vegliante, Andrew | Review local counsel evidence for policy information. | 7.1 | $1,917.00 |
| Local Council | 11/23/2020 | Hashemi, Kathrin | Review and analyze evidence for policy information. | 0.6 | $264.00 |
| Local Council | 11/23/2020 | Minter, Matthew | Review local council documents for policy evidence. | 0.3 | $54.00 |

| | | | | | |
|---|---|---|---|---|---|
| Local Council | 11/23/2020 | Butterworth, Luke | Review evidence for local council insurance policy information and references (1.5); call with S. Klauck re production for specific local council (.3); prepare script for specific local council document production pull (.6); assemble specific local council documentation (.4); pull and review unique list of carriers from all local council policies (.6); review mediation contact list for carriers we have (.4); prepare deliverable for all carriers that appear on local council policies (.8); update local council history in database for specific local council (.3). | 4.9 | $1,127.00 |
| Local Council | 11/23/2020 | Sochurek, Nicholas | Conference call with A. Azer, C. Green, V. Taylor, and S. Klauck to discuss presentation to TCC, FCR and Coalition regarding local council archeology project and other tasks to be completed (1.5); begin reviewing local council coverage blocks to document issues (1.9); review and revise listing of local council insurers (1.2); electronic correspondence with KCIC team re same (.4); review status of insurance document coding (.3). | 5.3 | $2,623.50 |
| Local Council | 11/23/2020 | Taylor, Victor | Perform data validation checks on local council evidence (4.2); meet with K. Monroe about coverage assumption documentation (.3); assign new evidence and reassign remaining evidence (.7); conference with C. Green, N. Sochurek, S. Klauck and A. Azer to discuss presentation to TCC, FCR and Coalition regarding local council archeology project and other tasks to be completed (1.5). | 6.7 | $2,680.00 |
| Local Council | 11/23/2020 | Monroe, Kelly | Review local council documents and code evidence into client database (4.3); meet with V. Taylor about coverage assumption documentation (.3); prepare coverage assumption documentation (2.8). | 7.4 | $1,332.00 |
| Local Council | 11/23/2020 | Vegliante, Andrew | Review local council coverage for policy information. | 9.1 | $2,457.00 |
| Local Council | 11/23/2020 | Klauck, Sheila | Update local council history in database (2.3); perform data validation on local council policy records (3.9); call with L. Butterworth re production for specific local council (.3); prepare and review secondary evidence for redaction (5.3); conference with C. Green, N. Sochurek, A. Azer, and V. Taylor to discuss presentation to TCC, FCR and Coalition regarding local council archeology project and other tasks to be completed (1.5). | 13.3 | $4,788.00 |
| Local Council | 11/24/2020 | Minter, Matthew | Review local council documents for policy evidence. | 1.1 | $198.00 |
| Local Council | 11/24/2020 | Grehan, Julia | Meet with S. Klauck to discuss creating summary of findings from high priority councils (.1); create summary of findings from high priority councils (2.3). | 2.4 | $552.00 |
| Local Council | 11/24/2020 | Vegliante, Andrew | Review local council coverage for policy information. | 5.2 | $1,404.00 |
| Local Council | 11/24/2020 | Sochurek, Nicholas | Review issues log and policy coding to determine key coverage decisions (5.9); email correspondence with A. Azer re same (.2); review local council coverage by request (.1); discuss coverage assumptions with V. Taylor (.4). | 6.6 | $3,267.00 |
| Local Council | 11/24/2020 | Taylor, Victor | Discuss coverage assumptions with N. Sochurek (.4); meet with K. Monroe about coverage assumption documentation (.3); develop processes for applying coverage assumptions to all policies (5.5); pull coverage assumption examples (.7). | 6.9 | $2,760.00 |
| Local Council | 11/24/2020 | Klauck, Sheila | Meet with J. Grehan to discuss creating summary of findings from high priority councils (.1); flag high priority councils for follow-up status (.3); organize local council coverage for assumptions (.2); perform data validation on evidence (2.1); review evidence for duplicates (2.9); prepare primary evidence for production (2.1). | 7.7 | $2,772.00 |
| Local Council | 11/25/2020 | Monroe, Kelly | Review documents and policy data for specific council. | 1.2 | $216.00 |
| Local Council | 11/25/2020 | Vegliante, Andrew | Review evidence to determine which specific was referenced in 1973 policy (.6); review evidence for limit specific information regarding 1970s local council policies (.9); review renewal policy evidence for limit information (1.5). | 3.0 | $810.00 |

| | | | | | |
|---|---|---|---|---|---|
| Local Council | 11/25/2020 | Hanke, Elizabeth | Conference call with C. Green, N. Sochurek, S. Klauck, V. Taylor and A. Azer to discuss assumptions for local council coverage (1.2); follow-up re same with N. Sochurek, V. Taylor and S. Klauck (.9); call with N. Sochurek and V. Taylor re continuity of coverage import sheet (.2); review policy report by local council to fill in continuity of coverage assumptions (2.2); call with N. Sochurek, V. Taylor and S. Klauck re coverage assumptions strategy (.5). | 5.0 | $2,650.00 |
| Local Council | 11/25/2020 | Taylor, Victor | Call with S. Klauck re coverage assumptions (1.5); apply coverage assumptions to local council policies (6.7); conference call with C. Green, N. Sochurek, S. Klauck and A. Azer to discuss assumptions for local council coverage (1.2); follow up with N. Sochurek, and S. Klauck (.9). | 10.3 | $4,120.00 |
| Local Council | 11/25/2020 | Sochurek, Nicholas | Conference call with C. Green, E. Hanke, S. Klauck, V. Taylor and A. Azer to discuss assumptions for local council coverage (1.2); follow up with E. Hanke, V. Taylor and S. Klauck (.9); call with E. Hanke, V. Taylor and S. Klauck re coverage assumptions strategy (.5); call with E. Hanke and V. Taylor re continuity of coverage import sheet (.2); review and revise local council policy listing for continuity of coverage assumptions (8.7). | 11.5 | $5,692.50 |
| Local Council | 11/25/2020 | Klauck, Sheila | Call with V. Taylor re coverage assumptions (1.5); conference call with C. Green, N. Sochurek, E. Hanke, V. Taylor and A. Azer to discuss assumptions for local council coverage (1.2); follow up re same with N. Sochurek, V. Taylor and E. Hanke (.9); call with E. Hanke, N. Sochurek, and V. Taylor re coverage assumptions strategy (.5); review and update duplicate records (1.5); review and update policy records for coverage assumptions (7.6). | 13.2 | $4,752.00 |
| Local Council | 11/26/2020 | Hanke, Elizabeth | Review policy report by local council to fill in continuity of coverage assumptions. | 1.9 | $1,007.00 |
| Local Council | 11/27/2020 | Sochurek, Nicholas | Electronic correspondence with E. Hanke, V. Taylor and S. Klauck re local council policy listing report. | 0.7 | $346.50 |
| Local Council | 11/27/2020 | Hanke, Elizabeth | Review policy report by local council to fill in continuity of coverage assumptions (7.9); electronic correspondence with N. Sochurek re assumptions for continuity (.4). | 8.3 | $4,399.00 |
| Local Council | 11/27/2020 | Taylor, Victor | Call with S. Klauck re coverage assumptions (1.3); work on applying coverage assumptions to local council policies (7.9). | 9.2 | $3,680.00 |
| Local Council | 11/27/2020 | Klauck, Sheila | Review and update policy records for coverage assumptions (6.3); update local council policy listing report (2.5); call with V. Taylor re coverage assumptions (1.3). | 10.1 | $3,636.00 |
| Local Council | 11/29/2020 | Sochurek, Nicholas | Email correspondence with A. Azer re status of local council policy listing. | 0.1 | $49.50 |
| Local Council | 11/30/2020 | Taylor, Victor | Discuss local council policy status with E. Hanke and S. Klauck (.4); finish applying assumptions to policies (2.2); discuss coverage assumptions with S. Klauck (.2). | 2.8 | $1,120.00 |
| Local Council | 11/30/2020 | Hanke, Elizabeth | Call with N. Sochurek re local council policy report (.2); discuss local council policy status with V. Taylor and S. Klauck (.4); review and revise local council coverage report from S. Klauck (.3); conference with A. Azer, C. Green, and N. Sochurek to discuss local policy listing, presentation to TCC, and other pending tasks (.5); electronic correspondence with S. Klauck, V. Taylor and N. Sochurek re final report format (1.0). | 2.4 | $1,272.00 |
| Local Council | 11/30/2020 | Monroe, Kelly | Update policy evidence report for specific council (.4); prepare local council policy listing deliverable (2.3). | 2.7 | $486.00 |
| Local Council | 11/30/2020 | Butterworth, Luke | Call with N. Sochurek re local council policy report updates (.4); call with S. Klauck re local council policy report updates (.2); review and make updates to local council policy report (3.0). | 3.6 | $828.00 |

| | | | | | |
|---|---|---|---|---|---|
| Local Council | 11/30/2020 | Sochurek, Nicholas | Review local council insurance question (.2); call with L. Butterworth re local council policy report updates (.4); call with E. Hanke re local council policy report (.2); conference with A. Azer, C. Green and E. Hanke to discuss local policy listing, presentation to TCC, and other pending tasks (.5); review and revise local council policy listing (.8); electronic correspondence with E. Hanke, S. Klauck and V. Taylor re same (.8); review and revise summary of local council policy insurers and counts (.9); email correspondence with C. Green re presentation to TCC (.3). | 4.1 | $2,029.50 |
| Local Council | 11/30/2020 | Klauck, Sheila | Call with L. Butterworth re local council policy report updates (.2); discuss local council policy status with V. Taylor and E. Hanke (.4); discuss coverage assumptions with V. Taylor (.2); update policy records per coverage assumptions (3.3); update policy listing query and report (1.2); review policy listing report (1.3). | 6.6 | $2,376.00 |
| | | | **Total:** | **910.0** | **$297,683.50** |