**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| BOYS SCOUTS OF AMERICA AND ) | |
| DELAWARE BSA, LLC, ) | |
| ) | 20-10343 (LSS) |
| Debtors. ) | (Jointly Administered) |
| ) | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Mahzad K. Hite, Esquire of Schneider Wallace Cottrell Konecky LLP to represent Claimants Nos. 18867, 43995, and 50263 in the above-captioned cases.

Dated: February 16, 2021    COOCH AND TAYLOR, P.A.

*/s/ R. Grant Dick IV*
R. Grant Dick IV (No. 5123)
1007 N. Orange Street, Suite 1120
Wilmington, DE 19801
Telephone: (302) 984-3800
Facsimile: (302) 984-3989
Email: gdick@coochtaylor.com

**CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and submit to the disciplinary jurisdiction of this Court for any alleged misconduct, which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: February 16, 2021

SCHNEIDER WALLACE COTTRELL KONECKY LLP

*/s/ Mahzad K. Hite*
Mahzad K. Hite, Esq.
3700 Buffalo Speedway, Suite 960
Houston, Texas 77098
Phone:    (415 421-7100
Facsimile: (415) 421-7105
mhite@schneiderwallace.com
*Counsel for Claimants Nos. 18867, 43995, and 50263*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

00615778