# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 20-10343 (LSS) |
| BOY SCOUTS OF AMERICA AND | ) | |
| DELAWARE BSA, LLC,[1] | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Re: Docket No. 2143 |

## AFFIDAVIT OF SERVICE

I, Daniel K. Hogan, of Hogan McDaniel, counsel for Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C., hereby certify that on February 10, 2021, at my direction and under my supervision, employees of DLS Discovery caused true and correct copies of the following document to be served via e-mail to the parties listed in Exhibit A attached hereto:

- *Omnibus Response to (I) Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fire Insurance Company's Motion to Compel Abused in Scouting and Kosnoff Law PLLC to Submit 2019 Disclosures and (II) Century's Motion to Compel Abused in Scouting, Kosnoff Law PLLC, and the Coalition to Submit the Disclosures Required by Federal Rules of Bankruptcy Procedure 2019 (related document(s)[2028], [2030]) Filed by Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C. [Docket No. 2143].*

_____
Daniel K. Hogan (DE No. 2814)
1311 Delaware Avenue
Wilmington, DE 19806
Telephone: (302) 656-7540
Facsimile: (302) 656-7599
dkhogan@dkhogan.com

SWORN TO AND SUBSCRIBED before me this 16th day of February, 2021.

_____
Notary Public

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.