**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                       Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: D.I. 1971, 1972 & 2007** |

**NOTICE OF FILING REVISED EXHIBIT C TO
HARTFORD AND CENTURY'S MOTION FOR AN ORDER
(I) AUTHORIZING CERTAIN RULE 2004 DISCOVERY AND
(II) GRANTING LEAVE FROM LOCAL RULE 3007-1(f)
TO PERMIT THE FILING OF SUBSTANTIVE OMNIBUS OBJECTIONS**

     PLEASE TAKE NOTICE that on January 22, 2021, Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fire Insurance Company (collectively, "Hartford") and Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company ("Century")[2] filed with the United States Bankruptcy Court for the District of Delaware (the "Court") **Hartford and Century's Motion for an Order (I) Authorizing Certain Rule 2004 Discovery and (II) Granting Leave From Local Rule 3007-1(F) to Permit the Filing of Substantive Omnibus Objections** [D.I. 1971, 1972, 2007] (the "Rule 2004 Motion"). The Rule 2004 Motion attached as Exhibit C, a list of claimants from whom discovery was to be sought (the "Claimant List").

     PLEASE TAKE FURTHER NOTICE that on February 11, 2021, Hartford and Century filed the **Reply in Support of Hartford and Century's Motion for an Order (I) Authorizing Certain Rule 2004 Discovery and (II) Granting Leave From Local Rule 3007-1(f) to Permit the Filing of Substantive Omnibus Objections** [D.I. 2169] (the "Reply"). The Reply attached a revised version of the Claimant List as Exhibit C to the Reply reflecting the removal of certain claimants due to agreements reached with claimants or their counsel.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

[2] Arrowood Indemnity Company, formerly known as Royal Indemnity Company also joined in the Rule 2004 Motion (as defined herein).

PLEASE TAKE FURTHER NOTICE that following the filing of the Reply and the revised Claimant List, Hartford, Century and reached agreement regarding voluntary production of responses with Crew Janci LLP and Javerbaum Wurgaft Hicks Kahn Wikstrom & Sinins, P.C. and the claimants represented by those counsel have been removed from the Claimant List. In addition, one claimant (Claimant No. 95622) who previously agreed to provide information has rescinded his agreement and has been added back to the Claimant List. An updated version of the Claimant List is attached hereto as <u>Exhibit 1</u>.

Dated: February 16, 2021

BAYARD, P.A.

*/s/ Erin R. Fay*
Erin R. Fay (No. 5268)
Gregory J. Flasser (No. 6154)
600 North King Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: efay@bayardlaw.com
         gflasser@bayardlaw.com

- and -

SHIPMAN & GOODWIN LLP
James P. Ruggeri (admitted *pro hac vice*)
Joshua D. Weinberg (admitted *pro hac vice*)
Michele Backus Konigsberg (admitted *pro hac vice*)
1875 K Street, NW, Suite 600
Washington, D.C. 20003
Tel: (202) 469-7750
Fax: (202) 469-7751

- and -

WILMER CUTLER PICKERING HALE AND DORR LLP
Philip D. Anker (admitted *pro hac vice*)
7 World Trade Center
250 Greenwich Street
New York, N.Y. 10007
Tel: (212) 230-8890
Fax: (212) 230-8888

- and -

WILMER CUTLER PICKERING HALE AND DORR LLP
Danielle Spinelli (admitted *pro hac vice*)
Joel Millar (admitted *pro hac vice*)
1875 Pennsylvania Avenue N.W.
Washington, D.C.  20006
Tel:  (202) 663-6000
Fax:  (202) 663-6363

*Attorneys for First State Insurance Company, Hartford Accident and Indemnity Company and Twin City Fire Insurance Company*