# EXHIBIT B



Invoice #22647
Date: 11/30/20
Terms: Net 30
Due: 12/30/20
Project: PS-PSZJLaw-BSA-BRG Data Analysis-TECH

To
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

From
MiPro Consulting
1100 Corporate Office Dr
Suite 100
Milford, MI 48381
United States

Voice: 248 684-1900
Fax: 800 774-5187

| User | Project | Date | Hours | Rate | Total | Description/Notes |
|---|---|---|---|---|---|---|
| Joshi, Rushikesh | | | | | | |
| | Project: PS-PSZJLaw-BSA-BRG Data Analysis-TECH | | | | | |
| | | 11/3/2020 | 2 | $187/hr | $374.00 | Reconciled income statement journal line detail query to identify differences.. |
| | | 11/3/2020 | 3 | $187/hr | $561.00 | Analyzed general ledger jounal line detail transactions for local council income statements. |
| | | 11/4/2020 | 0.7 | $187/hr | $130.90 | Attended weekly meeting with BRG and team to review weekly assignments. |
| | | 11/5/2020 | 2.1 | $187/hr | $392.70 | Extracted receipt and disbursement transaction activity pursuant to BRG requests. |
| | | 11/5/2020 | 2.9 | $187/hr | $542.30 | Developed queries to identiy receipt and disbursement transactions activity for export pursuant to BRG requests. |
| | | 11/5/2020 | 3.1 | $187/hr | $579.70 | Analyzed available PeopleSoft tables for identification of cash receipts and disbursement transactions pursuant ot BRG requests. |
| | | 11/6/2020 | 0.2 | $187/hr | $37.40 | Analyzed script provided by BRG team for balance sheet accounts. |
| | | 11/6/2020 | 1 | $187/hr | $187.00 | Developed balance sheet query to aggregate balance sheet data for local councils. |
| | | 11/9/2020 | 0.5 | $187/hr | $93.50 | Coordinated sharepoint access for BRG Team to transfer large data files. |
| | | 11/9/2020 | 1 | $187/hr | $187.00 | Updated script for general ledger transaction to include "M" business units for local councils. |

| Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|
| 11/10/2020 | 1 | $187/hr | $187.00 | Generated PeopleSoft P&L statements from 2016 through 2018 for L640. |
| 11/11/2020 | 3 | $187/hr | $561.00 | Performed reconciliation of aggregated report and PeopleSoft P&L report |
| 11/11/2020 | 3 | $187/hr | $561.00 | Analyzed general ledger transaction detail for Profit & Loss reports. |
| 11/11/2020 | 0.3 | $187/hr | $56.10 | Attended weekly meeting with BRG and team to review weekly assignments. |
| 11/11/2020 | 0.7 | $187/hr | $130.90 | Analyzed PeopleSoft table structures for journal line detail reconcilation. |
| 11/12/2020 | 2 | $187/hr | $374.00 | Posted journal script updates with JRNL_HDR_STATUS = 'P' criteria |
| 11/13/2020 | 0.7 | $187/hr | $130.90 | Generated balance sheets and P&Ls for L001. |
| 11/13/2020 | 0.8 | $187/hr | $149.60 | Generated balance sheets and P&Ls for L093. |
| 11/13/2020 | 0.7 | $187/hr | $130.90 | Generated balance sheets and P&Ls for L215. |
| 11/13/2020 | 0.8 | $187/hr | $149.60 | Generated balance sheets and P&Ls for L559. |
| 11/16/2020 | 2 | $187/hr | $374.00 | Reconciled net assets for L690 and L334 with GL Line detail table. |
| 11/16/2020 | 3 | $187/hr | $561.00 | Analyzed general ledger transaction detail for L690 & L334. |
| 11/17/2020 | 2 | $187/hr | $374.00 | Created query that summarizes the net assets for each local council by year (2015 – 2017) |
| 11/17/2020 | 2.9 | $187/hr | $542.30 | Created query that summarizes the net assets for each local council by year (2018 – 2020) |
| 11/18/2020 | 3.1 | $187/hr | $579.70 | Created query that summarizes the net assets for each local council by year (2018 – 2020) |
| 11/24/2020 | 2 | $187/hr | $374.00 | Developed P&L reports for Local Councils pursuant to BRG request. |
| 11/24/2020 | 3 | $187/hr | $561.00 | Developed Balance Sheet reports for Local Councils pursuant to BRG request. |
| 11/25/2020 | 0.5 | $187/hr | $93.50 | Analyzed SQL import errors sent by BRG team. |
| 11/25/2020 | 1 | $187/hr | $187.00 | Analyzed system closing dates for local councils pursant to BRG requests. |
| 11/30/2020 | 0.3 | $187/hr | $56.10 | Call with BRG team (RS and MB) to discuss PeopleSoft query requests. |
| 11/30/2020 | 2 | $187/hr | $374.00 | Analyzed receipts and disbursement transaction activity for January 2020 with additional fields. |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | 11/30/2020 | | 3 | $187/hr | $561.00 | Analyzed journal line details eto determine net asset categorizations. |
| | | | | | | |
| | | | | | | |
| | | Sub-total | 54.3 | | $10,154.10 | |
| Total | | | 54.3 | | $10,154.10 | |