# EXHIBIT A

# PASICH LLP

10880 Wilshire Boulevard, Suite 2000
Los Angeles, CA 90024
(424) 313-7860
www.pasichllp.com
Federal Tax ID:
82-2096928

BSA Tort Claimants
c/o John W. Lucas
Pachulski Stang Ziehl & Jones LLP

January 31, 2021
Invoice #  14388

In Reference To: Tort Claims--Insurance
Our File No.:   B029.001

**Professional Services**

|  |  |  | | Hours | Amount |
|---|---|---|---|---|---|
| **Compensation of Professionals** | | | | | |
| 1/11/2021 | JLS | Attention to redactions to invoice for submission with fee application. | | 0.50 | 310.00 |
|  | JLS | Draft/Revise quarterly fee application. | | 0.70 | 434.00 |
| 1/13/2021 | JLS | Draft/Revise quarterly fee application (1.5); draft/revise monthly fee application for November and December (.8). | | 2.30 | 1,426.00 |
|  | **SUBTOTAL:** | | [ | 3.50 | 2,170.00] |
| **General Committee** | | | | | |
| 1/4/2021 | JLS | Appear for/Attend TCC call (1.4) and prepare for same including ▓▓▓ (1.8). | | 3.20 | 1,984.00 |
|  | JLS | Appear for/Attend ▓▓▓ (.8) and review ▓▓▓ (.5). | | 1.30 | 806.00 |
| 1/5/2021 | JLS | Appear for/Attend TCC meeting (1.7) and prepare for same (.8) | | 2.50 | 1,550.00 |
|  | KAP | Conference with state court counsel re ▓▓▓ (1.7). | | 1.70 | 1,657.50 |
| 1/7/2021 | JLS | Appear for/Attend mediator's call. | | 1.20 | 744.00 |
|  | JLS | Appear for/Attend TCC meeting (1.9) and prepare for same (.7). | | 2.60 | 1,612.00 |

BSA Tort Claimants                                                                                                      Page    2

|            |     |                                                                                                                                                                         | Hours | Amount   |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 1/7/2021   | JLS | Review/Analyze ███                                                                                                                                                      | ███   | ███      |
|            | KAP | Review ███ (0.3); attend conference with mediators and TCC (1.2); attend TCC meeting (1.9)                                                                              | 3.40  | 3,315.00 |
| 1/11/2021  | JLS | Appear for/Attend insurance working group meeting (1) and prepare for same (.4).                                                                                        | 1.40  | 868.00   |
| 1/12/2021  | JLS | Draft/Revise ███.                                                                                                                                                       | 0.50  | 310.00   |
|            | JLS | Appear for/Attend morning mediation session (1.9) and prepare for same (1.3).                                                                                           | 3.20  | 1,984.00 |
|            | JLS | Appear for/Attend state court counsel meeting (partial).                                                                                                                | 1.40  | 868.00   |
|            | JLS | Appear for/Attend BSA mediation session (1.3) and confer with TCC following same (1.2)                                                                                  | 2.50  | 1,550.00 |
|            | KAP | Attend mediation sessions (1.9) (1.3); conference with State Court Counsel (1.5); conference with TCC (1.0); review and revise ███ (0.3); conference with Town Hall panel (1.1) | 7.10  | 6,922.50 |
| 1/13/2021  | KAP | Attend Century mediation session (1.1); attend BSA presentation mediation session (1.1); e-mails re ███ (0.4); state court ocunsel calls (0.5) (0.8)                    | 3.90  | 3,802.50 |
| 1/14/2021  | KAP | Attend Local Councils mediation session (2.0): conference with state court counsel re same (0.8) (partial); e-mails re ███ (0.8); review re ███ (1.1)                   | 4.70  | 4,582.50 |
| 1/18/2021  | JLS | Appear for/Attend insurance working group meeting (1.5) and prepare for same (.8).                                                                                      | 2.30  | 1,426.00 |
| 1/19/2021  | JLS | Appear for/Attend state court counsel meeting (2.4) and prepare for same (.8); confer with state court counsel and Mr. Pasich in preparation for same (.4).              | 3.60  | 2,232.00 |
|            | KAP | Conference with State Court Counsel (1.1) (partial)                                                                                                                     | 1.10  | 1,072.50 |
| 1/21/2021  | JLS | Appear for/Attend mediator's meeting.                                                                                                                                   | 1.20  | 744.00   |
|            | JLS | Appear for/Attend TCC meeting (1.8) and prepare for same (.8).                                                                                                          | 2.60  | 1,612.00 |
|            | KAP | Conference with mediators and TCC (1.2); conference with TCC (1.8)                                                                                                      | 3.00  | 2,925.00 |
| 1/23/2021  | JLS | Review/Analyze ███.                                                                                                                                                     | 0.40  | 248.00   |
| 1/24/2021  | KAP | Review e-mails re ███ (0.3)                                                                                                                                             | 0.30  | 292.50   |

BSA Tort Claimants                                                                                                  Page      3

|            |     |                                                                                                                                 | Hours | Amount    |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------|-------|-----------|
| 1/25/2021  | JLS | Appear for/Attend TCC working group meeting (1.5) and prepare for same (.6).                                                    | 2.10  | 1,302.00  |
| 1/26/2021  | JLS | Appear for/Attend state court counsel meeting (.5) (partial) and prepare for same (.6).                                         | 1.10  | 682.00    |
| 1/27/2021  | KAP | Attend Bates White mediation session (1.0)                                                                                      | 1.00  | 975.00    |
| 1/28/2021  | JLS | Appear for/Attend TCC meeting (2.4); confer with Mr. Pasich and Ms. Whitman in preparation for same (.7)(partial).              | 3.10  | 1,922.00  |
|            |     | **SUBTOTAL:**                                                                                                              [    | 65.00 | 49,601.00]|

### Insurance Coverage

|           |     |                                                                                                                                                                  | Hours | Amount   |
|-----------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 1/4/2021  | JLS | Confer with ▇▇▇ regarding ▇▇▇.                                                                                                                                   | 0.40  | 248.00   |
|           | KAP | Conference with Insurance Working Group (1.2); attend ▇▇▇ (0.7)                                                                                                  | 1.90  | 1,852.50 |
|           | MCW | Draft ▇▇▇ regarding ▇▇▇ (1.1); analyze ▇▇▇ regarding ▇▇▇ (.9); draft chart for Mr. Schulman regarding ▇▇▇ (1.2); conduct legal research regarding ▇▇▇ (2.6).     | 5.80  | 2,900.00 |
| 1/5/2021  | JLS | Review/Analyze ▇▇▇ and advice TCC working group regarding same.                                                                                                  | 2.60  | 1,612.00 |
|           | JLS | Review/Analyze ▇▇▇ (1.4) and confer with Mr. Lucas regarding same (.9); review ▇▇▇ (.8).                                                                         | 3.10  | 1,922.00 |
|           | MCW | Draft legal research memo regarding ▇▇▇ (4.3); conduct legal research regarding ▇▇▇ (3.3).                                                                       | 7.60  | 3,800.00 |
| 1/6/2021  | JLS | Draft/Revise memorandum regarding ▇▇▇.                                                                                                                           | 3.10  | 1,922.00 |
|           | JLS | Review/analyze and calculate ▇▇▇ (4.1); and confer with Mr. Lucas and Ms. Whitman regarding same (.5).                                                           | 4.60  | 2,852.00 |
|           | MCW | Participate in telephone conference with Mr. Schulman regarding ▇▇▇ (.2); analyze data and draft chart regarding ▇▇▇                                             | 7.70  | 3,850.00 |

BSA Tort Claimants                                                                                              Page      4

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | ▓▓▓ (4.9); conduct legal research regarding ▓▓▓ (2.6). |  |  |
| 1/7/2021 | JLS | Review/Analyze ▓▓▓ in preparation for mediation and draft ▓▓▓ (3.8); confer with Ms. Whitman regarding same (.5). | 4.30 | 2,666.00 |
|  | MCW | Analyze ▓▓▓ regarding ▓▓▓ (2.6). | 2.60 | 1,300.00 |
| 1/8/2021 | JLS | Confer with Mr. Lucas regarding ▓▓▓ (.5) and review ▓▓▓ (.6). | 1.10 | 682.00 |
|  | MCW | Conduct fact research and analyze ▓▓▓ (.6); draft e-mails to Mr. Schulman regarding same (.3). | 0.90 | 450.00 |
| 1/9/2021 | JLS | Review of ▓▓▓ (.8) confer with Mr. Lucas and Ms. Whitman regarding same (.4); perform ▓▓▓ (2.1). | 3.30 | 2,046.00 |
|  | MCW | Participate in telephone conference with Mr. Schulman and Mr. Lucas regarding ▓▓▓ (.4); analyze data and draft chart regarding ▓▓▓ (1.8). | 2.20 | 1,100.00 |
| 1/10/2021 | JLS | Review/Analyze ▓▓▓ and confer with Mr. Lucas regarding same. | 2.00 | 1,240.00 |
|  | KAP | Review data re ▓▓▓ (2.1) | 2.10 | 2,047.50 |
|  | MCW | Analyze data and draft chart regarding ▓▓▓ (.3). | 0.30 | 150.00 |
| 1/11/2021 | JLS | Appear for/Attend meeting ▓▓▓ (.7) and prepare for same (.3). | 1.00 | 620.00 |
|  | JLS | Review/Analyze ▓▓▓ (1.1) and confer with Mr. Lucas regarding same (.2); confer with Mr. Nasatir regarding same (.4); review ▓▓▓ (1.6). | 3.30 | 2,046.00 |
|  | JLS | Review/Analyze ▓▓▓ (.9) and confer with Mr. Lucas regarding same (.4). | 1.30 | 806.00 |
|  | JLS | Review/Analyze ▓▓▓. | 3.20 | 1,984.00 |

BSA Tort Claimants                                                                                                Page     5

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/11/2021 | KAP | Conference with Insurance Working Gorup (0.9); conference with ▓▓▓ (0.7); review ▓▓▓ (0.9); review ▓▓▓ (0.2) | 2.70 | 2,632.50 |
|  | MCW | Analyze data and draft chart regarding ▓▓▓ (3.6); draft e-mails to Mr. Schulman regarding same (.2) review and analyze ▓▓▓ (1.3); draft chart regarding same for Mr. Schulman (1.7). | 6.80 | 3,400.00 |
| 1/12/2021 | JLS | Review/Analyze ▓▓▓ in preparation for upcoming mediation sessions. | 3.40 | 2,108.00 |
|  | MCW | Analyze ▓▓▓ (1.1); draft chart for Mr. Schulman regarding same (.9); conduct research regarding ▓▓▓ (1.2); conduct research ▓▓▓ (.8); draft memo for Mr. Schulman regarding ▓▓▓ (1.3); conduct legal research regarding ▓▓▓ (.9); draft response e-mail ▓▓▓ (.5). | 6.70 | 3,350.00 |
| 1/13/2021 | JLS | Appear for/Attend mediation session with Hartford (1.1); and prepare for same (3.4); confer with TCC following same (1.1). | 5.60 | 3,472.00 |
|  | JLS | Appear for/Attend mediation session with Century (1.1); and prepare for same (3.6); confer with TCC following same (.3) (partial). | 5.00 | 3,100.00 |
|  | JLS | Review/Analyze ▓▓▓ (.8) and confer with Mr. Azer regarding same (.2). | 1.00 | 620.00 |
|  | JLS | Confer with Ms. Whitman and Mr. Lucas regarding ▓▓▓ (.5); review ▓▓▓ (.7). | 1.20 | 744.00 |
|  | MCW | Conduct legal and fact research regarding ▓▓▓ (3.2); draft e-mails to Mr. Pasich regarding ▓▓▓ (.2); analyze information and draft chart regarding ▓▓▓ (1.2); participate in telephone conference with Mr. Schulman and Mr. Lucas regarding ▓▓▓ (.3); draft chart regarding ▓▓▓ (.7); draft chart regarding ▓▓▓ (.9); draft chart regarding ▓▓▓ (1.3). | 7.80 | 3,900.00 |

BSA Tort Claimants                                                                                                                      Page    6

|            |     |                                                                                                                                                                                                                                                                 | Hours | Amount   |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 1/14/2021  | JLS | Appear for/Attend mediation session with local council group (2); review ▓▓▓ in preparation for same (3.3); confer with TCC following same (1) (partial).                                                                                                       | 6.30  | 3,906.00 |
|            | MCW | Draft chart regarding ▓▓▓ (1.2); draft chart regarding ▓▓▓ (3.7).                                                                                                                                                                                               | 4.90  | 2,450.00 |
| 1/15/2021  | JLS | Review/Analyze ▓▓▓ (.8) and confer with Mr. Lucas and Ms. Whitman regarding same (.9).                                                                                                                                                                          | 1.70  | 1,054.00 |
|            | JLS | Review/Analyze ▓▓▓.                                                                                                                                                                                                                                             | 2.40  | 1,488.00 |
|            | JLS | Confer with ▓▓▓ (.5) and prepare for same (.4); confer with Messrs. Pasich and Nasatir and Ms. Whitman regarding strategy following same (1).                                                                                                                   | 1.90  | 1,178.00 |
|            | KAP | Review e-mails (0.4); conference with Mr. Schulman and Ms. Whitman 0.4)                                                                                                                                                                                         | 0.80  | 780.00   |
|            | MCW | Participate in telephone conference with Mr. Schulman and Mr. Lucas regarding ▓▓▓ (.5); draft chart regarding ▓▓▓ (1.3); draft chart regarding ▓▓▓ (2.4); draft chart regarding ▓▓▓ (1.6); participate in zoom call with Mr. Pasich and Mr. Schulman regarding ▓▓▓ (.5). | 6.30  | 3,150.00 |
| 1/16/2021  | MCW | Draft chart regarding ▓▓▓ (3.3); conduct research regarding ▓▓▓ (1.2); draft memo regarding same (1.8).                                                                                                                                                         | 6.30  | 3,150.00 |
| 1/17/2021  | MCW | Draft memo regarding ▓▓▓ (3.3); review and analyze legal research regarding ▓▓▓ (1.3).                                                                                                                                                                          | 4.60  | 2,300.00 |
| 1/18/2021  | JLS | Confer ▓▓▓ regarding ▓▓▓ (.6) and confer further with Mr. Nasitir following same (.2).                                                                                                                                                                         | 0.80  | 496.00   |
|            | JLS | Review/Analyze ▓▓▓.                                                                                                                                                                                                                                             | 1.40  | 868.00   |
|            | KAP | Conference with Insurance Working Group (1.1) (partial); e-mails (0.3); review information re ▓▓▓ (0.9)                                                                                                                                                         | 2.30  | 2,242.50 |
|            | MCW | Conduct fact research regarding ▓▓▓ (1.4); draft e-mail to Mr. Pasich and Mr. Schulman regarding ▓▓▓,                                                                                                                                                           | 8.80  | 4,400.00 |

BSA Tort Claimants                                                                                                      Page    7

|            |     |                                                                                                                                                                                                                                                           | Hours | Amount   |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
|            |     | ▓▓ (2.3); conduct research regarding ▓▓ (1.1); conduct research regarding ▓▓ (2.2); draft background section of ▓▓ Memo regarding ▓▓ (1.8).                                                                                                             |       |          |
| 1/19/2021  | JLS | Review/Analyze ▓▓ (2.3) and confer with Mr. Lucas regarding ▓▓ (.2).                                                                                                                                                                                      | 2.50  | 1,550.00 |
|            | MCW | Draft ▓▓ (4.7); conduct legal research regarding ▓▓ (1.7); conduct research regarding ▓▓ (1.4); draft chart for Mr. Lucas regarding ▓▓ (.7); draft e-mails to Mr. Lucas and Mr. Schulman regarding same (.2).                                             | 8.10  | 4,050.00 |
| 1/20/2021  | JLS | Confer with Mr. Lucas regarding ▓▓ (.2); review/analyze ▓▓ in preparation for subsequent mediation sessions (1.4).                                                                                                                                        | 1.60  | 992.00   |
|            | KAP | E-mails with Mr. Nasatir re ▓▓ and review ▓▓ (1.1)                                                                                                                                                                                                        | 1.10  | 1,072.50 |
|            | MCW | Draft ▓▓ regarding ▓▓ including ▓▓ (6.1).                                                                                                                                                                                                                 | 6.10  | 3,050.00 |
| 1/21/2021  | JLS | Confer with TCC member regarding ▓▓ (.6); confer with state court counsel team regarding ▓▓ (.8).                                                                                                                                                          | 1.40  | 868.00   |
|            | CO  | Revise and cite-check Ms. Whitman's memorandum regarding ▓▓ (2)                                                                                                                                                                                            | 2.00  | 520.00   |
|            | MCW | Draft legal brief regarding ▓▓ (6.8).                                                                                                                                                                                                                      | 6.80  | 3,400.00 |
| 1/22/2021  | JLS | Confer with Mr. Pasich regarding ▓▓ (.2); confer with coverage team regarding ▓▓ (.3).                                                                                                                                                                    | 0.50  | 310.00   |
|            | JLS | Confer with Mr. Lucas regarding ▓▓                                                                                                                                                                                                                        | 0.70  | 434.00   |
|            | JLS | Review/Analyze ▓▓ (1.6); review/analyze ▓▓ (2.7).                                                                                                                                                                                                          | 4.30  | 2,666.00 |
|            | KAP | Conference with Mr. Schulman re ▓▓ (0.2); conference with team re same (0.3); review e-mails and date re ▓▓ (0.9)                                                                                                                                         | 1.90  | 1,852.50 |

BSA Tort Claimants  Page  8

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/22/2021 | KAP | Telephone conference with Mr. Schulman re ▮▮▮ (0.2); conference with team re same (0.3); review ▮▮▮ (0.9) | 1.40 | 1,365.00 |
|  | MCW | Participate in meeting with Mr. Pasich, Ms. Oswald and Mr. Schulman regarding ▮▮▮ (.3); Participate in telephone conferences with Ms. Oswald regarding same (1.5); gather ▮▮▮ (.3); draft e-mail to Ms. Oswald regarding same (.2); analyze ▮▮▮ (.3); draft legal brief regarding ▮▮▮ (5.9). | 8.50 | 4,250.00 |
|  | CO | Participate in meeting with Mr. Pasich, Ms. Whitman and Mr. Schulman regarding ▮▮▮ (.3); Participate in telephone conferences with Ms. Whitman regarding same (1.5); gather ▮▮▮ (0.3); analyze ▮▮▮ (2.6); add information regarding same into a chart and word document (1). | 5.70 | 1,482.00 |
| 1/23/2021 | JLS | Analyze ▮▮▮ (.7); review ▮▮▮ (.8) and confer with TCC regarding same (.2); draft ▮▮▮ (.7); confer with Ms. Whitman regarding same (.2); and review ▮▮▮ regarding same (2.1); review case law involving ▮▮▮ (.7). | 5.10 | 3,162.00 |
|  | JLS | Review/Analyze ▮▮▮ | 1.70 | 1,054.00 |
|  | MCW | Analyze ▮▮▮ (.2); draft ▮▮▮ (3.4); review ▮▮▮ (.1); participate in telephone conference with Mr. Schulman regarding same and power point (.3); draft e-mail to Mr. Pasich regarding same (.3). | 4.30 | 2,150.00 |
| 1/24/2021 | MCW | Analyze ▮▮▮ (.7); participate in telephone conference with Mr. Schulman regarding same (.2). | 0.90 | 450.00 |
|  | JLS | Review/Analyze ▮▮▮ (.9); confer with Mr. Lucas and Ms. Whitman regarding same (.4) | 1.30 | 806.00 |

BSA Tort Claimants                                                                                                          Page    9

|  |  |  |  | Hours | Amount |
|---|---|---|---|---|---|
| 1/25/2021 | JLS | Review/Analyze ▓▓▓ (.3) and confer with Mr. Lucas regarding same (.4); review/analyze ▓▓▓ (.3). | | 1.00 | 620.00 |
| | JLS | Research ▓▓▓ | | 2.70 | 1,674.00 |
| | JLS | Review/Analyze ▓▓▓ | | 1.50 | 930.00 |
| | KAP | Attend Insurance Working Group meeting (1.6); review ▓▓▓ (1.1); research re ▓▓▓ (2.9) | | 5.60 | 5,460.00 |
| | MCW | Analyze ▓▓▓ (1.8); Analyze ▓▓▓ .8); draft e-mails to Mr. Pasich regarding ▓▓▓ (.9); conduct fact research regarding ▓▓▓ (.7); conduct fact research regarding ▓▓▓ (2.3); edit ▓▓▓ (.3). | | 6.80 | 3,400.00 |
| 1/26/2021 | JLS | Review/Analyze ▓▓▓ (.6); review/analyze ▓▓▓ (2.8); review/analyze ▓▓▓ (2.2) and review correspondence regarding same (.2). | | 5.80 | 3,596.00 |
| | DKP | Download additional policy documents from client's FTP sites and save to local server for review. | | 1.50 | 390.00 |
| | KAP | Conference with State Court Counsel (1.6); review and anaylze ▓▓▓ (2.7) | | 4.30 | 4,192.50 |
| | MCW | Analyze ▓▓▓ (1.1); Edit ▓▓▓ based on edits from Mr. Pasich (1.9); conduct legal research ▓▓▓ (2.1); draft e-mail to Mr. Pasich regarding ▓▓▓ (.4); analyze ▓▓▓ (.6); analyze ▓▓▓ (1.8); draft e-mails to Mr. Schulman regarding same (.3); draft e-mail to Ms. Schulman regarding ▓▓▓ (.5). | | 8.70 | 4,350.00 |
| 1/27/2021 | JLS | Review/Analyze ▓▓▓ (1.1); draft/revise presentation to TCC regarding same (.8). | | 1.90 | 1,178.00 |

BSA Tort Claimants                                                                                                          Page    10

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                         | Hours | Amount   |
|------------|-----|---|---|---|
| 1/27/2021  | JLS | Appear for/Attend ▓▓▓ (1.2) and review power point in preparation for same (.4); appear for/attend TCC meeting (1.5) and review ▓▓▓ in preparation for same (.8); confer with Pasich coverage team regarding same (1). | 4.90  | 3,038.00 |
|            | CO  | Participate in telephone conference with Mr. Schulman and Mr. Pasich and Ms. Whitman regarding ▓▓▓ (1); research ▓▓▓ (0.3); ▓▓▓ (0.2). | 1.70  | 442.00   |
|            | KAP | Review and revise ▓▓▓ re same (1.7); conference with team re ▓▓▓ (1.0); e-mails with Mr. Kennedy and Mr. Humphrey (0.1) | 2.80  | 2,730.00 |
|            | MCW | Draft e-mail to Mr. Schulman and Mr. Pasich regarding ▓▓▓ (.4); conduct research regarding same (.2); participate in telephone conference with Mr. Schulman, Mr. Pasich and Ms. Oswald regarding ▓▓▓ (1.0); analyze ▓▓▓ (4.9); draft ▓▓▓ (2.9). | 9.40  | 4,700.00 |
| 1/28/2021  | JLS | Appear for/Attend mediation session (1.0); appear for/attend SCC meeting in preparation for TCC meeting (1.6) | 2.60  | 1,612.00 |
|            | JLS | Review/analyze ▓▓▓ (.8); confer with Ms. Whitman regarding same (.2); review/analyze ▓▓▓ (1.1). | 2.10  | 1,302.00 |
|            | CO  | Research ▓▓▓ (0.1); research ▓▓▓ (0.7). | 0.80  | 208.00   |
|            | KAP | Attend mediation session with BSA (1.0); Review ▓▓▓, and e-mails re same (3.9); conference with TCC (2.4) | 7.30  | 7,117.50 |
|            | MCW | Participate in telephone conference with Mr. Schulman and Mr. Pasich and Ms. Oswald regarding ▓▓▓ (1.0); participate in telephone conference with Mr. Pasich regarding same (1.0); participate in telephone conference with Mr. Schulman regarding ▓▓▓ (.3); conduct legal research regarding ▓▓▓ (.7); conduct research regarding ▓▓▓ (.5); conduct research regarding ▓▓▓ (.8); draft and | 12.70 | 6,350.00 |

BSA Tort Claimants                                                                                                              Page    11

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| | | edit ▮▮▮ (5.9); participate in TCC team call and presentation ▮▮▮ (2.5). | | |
| 1/29/2021 | JLS | Appear for/Attend meeting with TCC in preparation for ▮▮▮ (.9); and prepare for meetings (.7). | 1.60 | 992.00 |
| | MCW | Analyze ▮▮▮ (1.8); participate in telephone conference with Mr. Schulman regarding same (.3); conduct research and draft memo for Mr. Pasich regarding ▮▮▮ (3.2); conduct legal research regarding ▮▮▮ (.6); review ▮▮▮ (.5). | 6.40 | 3,200.00 |
| | KAP | E-mails and conferences with ▮▮▮ (1.9); e-mails and conference with state court counsel, (1.4) and Mr. Gallager (0.5) ; review and analyze ▮▮▮ (0.6) | 4.50 | 4,387.50 |
| 1/30/2021 | JLS | Confer with SCC regarding ▮▮▮ | 0.50 | 310.00 |
| | MCW | Analyze ▮▮▮ (1.6). | 1.60 | 800.00 |
| 1/31/2021 | KAP | Telephone conferences with Mr. Gallagher (0.3); e-mails re ▮▮▮ (0.2); e-mails with Mr. Humphrey (0.1); telephone conference with Mr. Stang (0.2) | 0.80 | 780.00 |
| | JLS | Confer with ▮▮▮ regarding ▮▮▮ (.5); review ▮▮▮ (.8). | 1.30 | 806.00 |
| | MCW | Analyze ▮▮▮ (1.6); participate in telephone conference with ▮▮▮ regarding ▮▮▮ (.5). | 2.10 | 1,050.00 |
| | CO | Research and analyze case law regarding ▮▮▮ (3.5). | 3.50 | 910.00 |
| | JLS | Review/Analyze ▮▮▮. | 1.40 | 868.00 |
| | **SUBTOTAL:** | | [ 326.80 | 191,762.50] |

| | |
|---|---|
| **Subtotal of charges** | $243,533.50 |
| Courtesy Deduction of Time | ($4,000.00) |
| **For professional services rendered** | 395.30  $239,533.50 |

BSA Tort Claimants                                                                                                     Page    12

| | **Expenses** | | **Amount** |
|---|---|---|---|
| | **Insurance Coverage** | | |
| 1/13/2021 | Litigation support vendors: NAIC-InsData, financial reports on insurance companies | | 36.25 |
| 1/22/2021 | Litigation support vendors: NAIC-InsData, copy of financial report | | 3.75 |
| | Litigation support vendors: NAIC-InsData, copies of financial reports re Hartford Ins | | 28.75 |
| | **SUBTOTAL:** | [ | **68.75]** |
| | **Total expenses** | | **68.75** |
| | **Total amount of this bill** | | **$239,602.25** |
| | **Previous balance** | | **$751,120.66** |
| | **Accounts receivable transactions** | | |
| 1/15/2021 | Payment – Thank you. Check No. EFT | | ($331,138.40) |
| | **Total payments and adjustments** | | **($331,138.40)** |
| | **Balance due** | | **$659,584.51** |

| | |
|---|---|
| Courtesy Deduction of Time: | $4,000.00 |
| Discount on Rates: | $71,096.50 |
| **Total Deduction/Discount:** | **$75,096.50** |

Timekeeper Summary

| Name | Hours | Regular Rate | 20% Discounted Rate | Total Full | Total Discounted | Difference |
|---|---|---|---|---|---|---|
| Caitlin Oswald | 13.70 | 325 | 260 | 4,452.50 | 3,562.00 | 890.50 |
| Donald K. Piper | 1.50 | 290 | 260 | 435.00 | 390.00 | 45.00 |
| Jeffrey L. Schulman | 152.70 | 775 | 620 | 118,342.50 | 94,674.00 | 23,668.50 |
| Kirk A. Pasich | 65.70 | 1,375 | 975 | 90,337.50 | 64,057.50 | 26,280.00 |
| Mikaela C. Whitman | 161.70 | 625 | 500 | 101,062.50 | 80,850.00 | 20,212.50 |
| TOTAL | 395.30 | | | $314,630.00 | $243,533.50 | $71,096.50 |