# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) Jointly Administered |
| Debtors.[1] | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Stephanie T. Levick of Walden Macht & Haran LLP to represent D. Miller & Associates PLLC in this action.

Dated: February 5, 2021

WALDEN MACHT & HARAN LLP

By: ____/s/ Daniel Miller_____
Daniel Miller (DE Bar No. 3169)
2532 Justin Lane
Wilmington, DE 19810
Tel.:    (267) 516-0780
Email:   dmiller@wmhlaw.com

*Counsel to D. Miller & Associates PLLC*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and the United States District Court for the Southern and Eastern Districts of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Revised Standing Order for District Court Fund revised August 30, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: February 5, 2021            By:    _/s/ Stephanie T. Levick_____
                                                                           Stephanie T. Levick
                                                                           WALDEN MACHT & HARAN LLP
                                                                           250 Vesey Street, 27th Floor
                                                                           New York, NY 10281
                                                                           Tel.:    (212) 335-2030
                                                                           Email:  slevick@wmhlaw.com

                                                                           *Counsel for D. Miller & Associates PLLC*

**Dated: February 16th, 2021**                    LAURIE SELBER SILVERSTEIN
**Wilmington, Delaware**                          UNITED STATES BANKRUPTCY JUDGE