## **Exhibit A**

## **Summary of Services**

| Task | Date | Timekeeper | Description | Hours | Total |
|---|---|---|---|---|---|
| Allocations | 12/4/2020 | Klauck, Sheila | Call with C. Green, D. Evans, M. Murray, N. Sochurek and E. Hanke to discuss status of claims data clean-up. | 0.5 | $180.00 |
| Allocations | 12/4/2020 | Sochurek, Nicholas | Call with C. Green, D. Evans, M. Murray, E. Hanke, and S. Klauck to discuss status of claims data clean-up. | 0.5 | $247.50 |
| Allocations | 12/4/2020 | Hanke, Elizabeth | Call with C. Green, D. Evans, M. Murray, N. Sochurek and S. Klauck to discuss status of claims data clean-up. | 0.5 | $265.00 |
| Allocations | 12/7/2020 | Hanke, Elizabeth | Download and review updated Omni data. | 0.1 | $53.00 |
| Allocations | 12/7/2020 | Monroe, Kelly | Call with L. Butterworth and S. Klauck re claims data. | 1.0 | $180.00 |
| Allocations | 12/7/2020 | Butterworth, Luke | Call with S. Klauck and K. Monroe re claims data. | 1.0 | $230.00 |
| Allocations | 12/7/2020 | Klauck, Sheila | Call with L. Butterworth and K. Monroe re claims data. | 1.0 | $360.00 |
| Allocations | 12/9/2020 | Sochurek, Nicholas | Emails re claims data and status normalization with J. Grehan, E. Hanke, and S. Klauck. | 0.3 | $148.50 |
| Allocations | 12/10/2020 | Hanke, Elizabeth | Call with S. Klauck re claims allocation. | 0.2 | $106.00 |
| Allocations | 12/10/2020 | Klauck, Sheila | Review claims data with L. Butterworth and K. Monroe (.5); import claims data into database (.3); call with E. Hanke re claims allocation (.2). | 1.0 | $360.00 |
| Allocations | 12/10/2020 | Monroe, Kelly | Review claims data with L. Butterworth and S. Klauck (.5); review claims data and map to historical council IDs (6.3). | 6.8 | $1,224.00 |
| Allocations | 12/10/2020 | Butterworth, Luke | Clean and match historical local councils from the claims data to Local Council ID's in the database (6.8); review claims data with S. Klauck and K. Monroe (.5) | 7.3 | $1,679.00 |
| Allocations | 12/11/2020 | Hanke, Elizabeth | Call with D. Evans, M. Murray, A. Azer, C. Green, and S. Klauck re claims data update (.5); discuss allocation of claims with S. Klauck (.3). | 0.8 | $424.00 |
| Allocations | 12/11/2020 | Klauck, Sheila | Call with D. Evans, M. Murray, A. Azer, C. Green, and E. Hanke re claims data update (.5); discuss claims data with E. Hanke (.3); review historical council mapping for claims data with L. Butterworth and K. Monroe (.6); call with L. Butterworth and K. Monroe re claim data coverage summaries (1.1); review and perform data validation on historical council mappings (2.2); import Omni fields to database (.4). | 5.1 | $1,836.00 |
| Allocations | 12/11/2020 | Butterworth, Luke | Finalize initial match of claims data to local councils (4.9); review historical council mapping for claims data with L. Butterworth and K. Monroe (.6); call with S. Klauck and K. Monroe re claim data coverage summaries (1.1). | 6.6 | $1,518.00 |
| Allocations | 12/11/2020 | Monroe, Kelly | Review historical council mapping for claims data with L. Butterworth and S. Klauck (.6); review claims data and map to historical council IDs (5.7); call with L. Butterworth and S. Klauck re claim data coverage summaries (1.1); review mapping assumptions (.3). | 7.7 | $1,386.00 |
| Allocations | 12/13/2020 | Monroe, Kelly | Review and compiles notes for claims data coverage summaries (1.0); prepare queries to pull claims data summaries (1.6). | 2.6 | $468.00 |
| Allocations | 12/14/2020 | Klauck, Sheila | Discuss claim policy matching view with K. Monroe and L. Butterworth (in part). | 0.5 | $180.00 |
| Allocations | 12/14/2020 | Monroe, Kelly | Review notes for claims data statistical summaries (.6); draft queries for claims data summaries (3.2); meet with L. Butterworth and S. Klauck re claims data summaries (.8); meet with L. Butterworth re local council statistics (.7). | 5.3 | $954.00 |
| Allocations | 12/14/2020 | Butterworth, Luke | Discuss claim policy matching view with K. Monroe and S. Klauck (.9); discuss local council statistics with K. Monroe (.7); prepare view script for claim policy matching in database (4.0). | 5.9 | $1,357.00 |
| Allocations | 12/15/2020 | Klauck, Sheila | Review claims data allocation query with L. Butterworth and K. Monroe (.4); review claims data to local council matches (2.8). | 3.2 | $1,152.00 |

| | | | | | |
|---|---|---|---|---|---|
| Allocations | 12/15/2020 | Butterworth, Luke | Review claims data allocation query with S. Klauck and K. Monroe (.4); review scripts to match claims to policies (.5); prepare initial drafts of claims data summaries for local council and carrier group (3.6). | 4.5 | $1,035.00 |
| Allocations | 12/15/2020 | Monroe, Kelly | Review claims data allocation query with S. Klauck and L. Butterworth (.4); work on claim policy matching view and claims data analysis (6.6). | 7.0 | $1,260.00 |
| Allocations | 12/16/2020 | Klauck, Sheila | Call with L. Butterworth and K. Monroe re claims data statistics (1.0); call with L. Butterworth and K. Monroe re queries for claims data allocation (1.3); review claims allocation queries with L. Butterworth (.3); standardize and automate procedures for claims allocation (1.1); call with L. Butterworth to review claims data statistics (.5); match reviewed claims data subset with coverage (2.2). | 6.4 | $2,304.00 |
| Allocations | 12/16/2020 | Monroe, Kelly | Discuss claim statistic reporting with L. Butterworth (.7); call with L. Butterworth and S. Klauck re claims data statistics (1.0); call with L. Butterworth and S. Klauck re queries for claims data allocation (1.3); work on claims data analysis (5.0). | 8.0 | $1,440.00 |
| Allocations | 12/16/2020 | Butterworth, Luke | Call with S. Klauck and K. Monroe re claims data statistics (1.0); call with S. Klauck and K. Monroe re queries for claims data allocation (1.3); call with S. Klauck to review claims data statistics (.5); review claims allocation queries with S. Klauck (.3); prepare local council and carrier group statistic summaries in SQL and Excel from claim data (6.7); discuss claim statistic reporting with K. Monroe (.7); configure SQL views for accurate policy matching to claims and reporting (2.6). | 13.1 | $3,013.00 |
| Allocations | 12/17/2020 | Sochurek, Nicholas | Review allocation trigger chart. | 0.3 | $148.50 |
| Allocations | 12/17/2020 | Monroe, Kelly | Review claims data statistics (.4); call with S. Klauck and L. Butterworth re claims data statistics (in part) (1.0); look into unassigned claims and link to KCIC local council ID (.5). | 1.9 | $342.00 |
| Allocations | 12/17/2020 | Hanke, Elizabeth | Discuss claim allocation statistics and next steps with with S. Klauck and L. Butterworth (1.0); call with S. Klauck to review claims allocation statistics (.4); review and revise claims allocation statistics spreadsheet (1.1); draft summary email to A. Azer re allocation summary statistics spreadsheet (.5). | 3.0 | $1,590.00 |
| Allocations | 12/17/2020 | Butterworth, Luke | Discuss claims allocation statistics with K. Monroe and S. Klauck (1.4); discuss claim allocation statistics and next steps with E. Hanke and S. Klauck (1.0); prepare and review claims allocation statistics (2.1); review data for years for missing national council coverage (.5). | 5.0 | $1,150.00 |
| Allocations | 12/17/2020 | Klauck, Sheila | Review and update claims allocation statistics (3.9); discuss claims allocation statistics with K. Monroe and L. Butterworth (1.4); discuss claim allocation statistics and next steps with E. Hanke and L. Butterworth (1.0); call with E. Hanke to review claims allocation statistics (.4); prepare trigger analysis on claims allocation (1.2). | 7.9 | $2,844.00 |
| Allocations | 12/18/2020 | Grehan, Julia | Call with S. Klauck re claims allocation and reports. | 0.5 | $115.00 |
| Allocations | 12/18/2020 | Taylor, Victor | Troubleshoot SQL updates to claim listing to adjust for overlapping coverage with L. Butterworth (.2); call with S. Klauck and E. Hanke re next steps for allocation analysis (.5). | 0.7 | $280.00 |
| Allocations | 12/18/2020 | Sochurek, Nicholas | Call with M. Murray, D. Evans, C. Green, E. Hanke and S. Klauck re claims data clean up (.5); call with S. Klauck and E. Hanke re allocation next steps (.7); call with C. Green, A. Azer, E. Martin, E. Hanke and S. Klauck re claims allocation and assumptions (1.0); review allocation analysis (.3). | 2.5 | $1,237.50 |
| Allocations | 12/18/2020 | Hanke, Elizabeth | Call with M. Murray, D. Evans, C. Green, N. Sochurek and S. Klauck re claims data clean up (.5); call with V. Taylor and S. Klauck re next steps for allocation analysis (.5); email exchange with A. Azer with preliminary results (.4); call with C. Green, A. Azer, E. Martin, S. Klauck and N. Sochurek re claims allocation and assumptions (1.0); call with N. Sochurek and S. Klauck re allocation next steps (.7). | 3.1 | $1,643.00 |

| | | | | | |
|---|---|---|---|---|---|
| Allocations | 12/18/2020 | Klauck, Sheila | Call with M. Murray, D. Evans, C. Green, N. Sochurek and E. Hanke re claims data clean up (.5); call with V. Taylor and E. Hanke re next steps for allocation analysis (.5); call with N. Sochurek and E. Hanke re allocation next steps (.7); call with C. Green, A. Azer, E. Martin, E. Hanke and N. Sochurek re claims allocation and assumptions (1.0); call with J. Grehan re claims allocation and reports (.5); discuss overlapping coverage analysis and next steps with L. Butterworth (.8); continue preparing claims allocation analysis (1.4). | 5.4 | $1,944.00 |
| Allocations | 12/18/2020 | Butterworth, Luke | Discuss trigger analysis and next steps with S. Klauck (.5); prepare and review statistics on overlapping coverage for local councils (2.7); update SQL views to adjust for coverage overlapping (2.8); discuss overlapping coverage analysis and next steps with S. Klauck (.8); troubleshoot SQL updates to claim listing to adjust for overlapping coverage with A. Vegliante (.2); troubleshoot SQL updates to claim listing to adjust for overlapping coverage with V. Taylor (.2). | 7.2 | $1,656.00 |
| Allocations | 12/21/2020 | Sochurek, Nicholas | Call with E. Hanke and S. Klauck re claims allocation statistics to specific insurer. | 1.1 | $544.50 |
| Allocations | 12/21/2020 | Hanke, Elizabeth | Review and revise carrier specific assumptions memo (.4); call with N. Sochurek and S. Klauck re claims allocation statistics to specific insurer (1.1). | 1.5 | $795.00 |
| Allocations | 12/21/2020 | Grehan, Julia | Call with S. Klauck, L. Butterworth, and K. Monroe re claims data validation (1.0); find differences in data (1.4); discuss data validation and comparison queries with S. Klauck, K. Monroe, L. Butterworth (1.5). | 3.9 | $897.00 |
| Allocations | 12/21/2020 | Butterworth, Luke | Call with J. Grehan, S. Klauck , and K. Monroe re claims data validation (1.0); review and revise additional local council matching and prepare SQL updates for S. Klauck to review (1.1); update SQL Local Council policy view to account for coverage overlap (.5); discuss data validation and comparison queries with S. Klauck, K. Monroe, J. Grehan (1.5); discuss comparison query with K. Monroe (.4); prepare query to compare multiple versions of dataset (1.1). | 5.6 | $1,288.00 |
| Allocations | 12/21/2020 | Monroe, Kelly | Call with J. Grehan, L. Butterworth, and S. Klauck re claims data validation (1.0); prepare data comparison queries (3.4); meet with L. Butterworth re data comparison queries (.4); discuss data validation and comparison queries with S. Klauck, L. Butterworth, J. Grehan (1.5). | 6.3 | $1,134.00 |
| Allocations | 12/21/2020 | Klauck, Sheila | Prepare standardized query for allocation analysis (5.4); prepare allocation analysis and charts for specific insurer (3.1); call with J. Grehan, L. Butterworth, and K. Monroe re claims data validation (1.0); call with E. Hanke and N. Sochurek re claims allocation statistics to specific insurer (1.1); discuss data validation and comparison queries with L. Butterworth, K. Monroe, J. Grehan (1.5). | 12.1 | $4,356.00 |
| Allocations | 12/22/2020 | Hanke, Elizabeth | Email communications with M. Murray and D. Evans re updated claims data (.2); review updated claims data in preparation for allocation analysis (.5). | 0.7 | $371.00 |
| Allocations | 12/22/2020 | Sochurek, Nicholas | Emails with M. Murray and D. Evans re updated claims data (.1); prepare insurer allocation memorandum (1.3). | 1.4 | $693.00 |
| Allocations | 12/22/2020 | Grehan, Julia | Review updated claims data with S. Klauck and K. Monroe (.7); update historical local council mapping (2.2). | 2.9 | $667.00 |
| Allocations | 12/22/2020 | Monroe, Kelly | Update data comparison queries (.5); review updated claims data with J. Grehan and S. Klauck (.7); review claims data and assign historical local council IDs (4.3). | 5.5 | $990.00 |
| Allocations | 12/22/2020 | Klauck, Sheila | Review updated claims data with J. Grehan and K. Monroe (.7); review and import update claims data (1.4); review local council claims data matching (3.6); update allocation statistics for specific insurer (1.1). | 6.8 | $2,448.00 |
| Allocations | 12/23/2020 | Monroe, Kelly | Call with S. Klauck and J. Grehan re claims allocation and next steps. | 0.9 | $162.00 |
| Allocations | 12/23/2020 | Sochurek, Nicholas | Calls with E. Hanke, S. Klauck, and V. Taylor re insurer allocation analysis. | 0.9 | $445.50 |
| Allocations | 12/23/2020 | Grehan, Julia | Call with K. Monroe and S. Klauck re claims allocation and next steps. | 0.9 | $207.00 |
| Allocations | 12/23/2020 | Taylor, Victor | Calls with E. Hanke, S. Klauck, and N. Sochurek re insurer allocation analysis. | 0.9 | $360.00 |

| | | | | | |
|---|---|---|---|---|---|
| Allocations | 12/23/2020 | Hanke, Elizabeth | Calls with N. Sochurek, S. Klauck, and V. Taylor re insurer allocation analysis (.9); call with S. Klauck to review detailed carrier specific allocation spreadsheet and memo (.5); review and revise allocation analysis for specific carrier (.9). | 2.3 | $1,219.00 |
| Allocations | 12/23/2020 | Klauck, Sheila | Calls with E. Hanke, N. Sochurek, and V. Taylor re insurer allocation analysis (.9); call with E. Hanke to review detailed carrier specific allocation spreadsheet and memo (.5); update coverage memo for specific insurer (1.6); call with K. Monroe and J. Grehan re claims allocation and next steps (.9). | 3.9 | $1,404.00 |
| Allocations | 12/24/2020 | Hanke, Elizabeth | Email exchange with A. Azer re allocation issues including choice of law. | 0.1 | $53.00 |
| Allocations | 12/28/2020 | Hanke, Elizabeth | Call with S. Klauck re allocation summary for NEC meeting (.5); review and revise allocation summary slides (.3). | 0.8 | $424.00 |
| Allocations | 12/28/2020 | Butterworth, Luke | Review outstanding tasks for allocation analyses. | 0.1 | $23.00 |
| Allocations | 12/28/2020 | Sochurek, Nicholas | Emails with A. Azer re impact of different triggers. | 0.1 | $49.50 |
| Allocations | 12/28/2020 | Grehan, Julia | Create abuse start year and severity level table. | 1.2 | $276.00 |
| Allocations | 12/28/2020 | Klauck, Sheila | Call with E. Hanke re allocation summary for NEC meeting (.5); update allocation graphs and presentation for NEC meeting (1.3); continue drafting allocation memo for specific insurer (1.2). | 3.0 | $1,080.00 |
| Allocations | 12/29/2020 | Hanke, Elizabeth | Call with S. Klauck re allocation summary for NEC meeting (.2); Teams chats with S. Klauck and N. Sochurek re allocation assumptions and new claims data (.1). | 0.3 | $159.00 |
| Allocations | 12/29/2020 | Klauck, Sheila | Update analysis for not barred claims (2.0); call with E. Hanke re allocation summary for NEC meeting (.2). | 2.2 | $792.00 |
| Allocations | 12/30/2020 | Sochurek, Nicholas | Call with A. Azer, E. Hanke, and S. Klauck re allocations and next steps. | 0.7 | $346.50 |
| Allocations | 12/30/2020 | Hanke, Elizabeth | Call with A. Azer, N. Sochurek, and S. Klauck re allocations and next steps (.7); call with S. Klauck re allocation statistics and memorandum for specific insurer (.7); Team chats with V. Taylor, N. Sochurek and S. Klauck re allocation assumptions and related memo (.1). | 1.5 | $795.00 |
| Allocations | 12/30/2020 | Klauck, Sheila | Call with A. Azer, E. Hanke, and N. Sochurek re allocations and next steps (.7); update allocation memorandum for specific insurer (3.2); call with E. Hanke re allocation statistics and memorandum for specific insurer (.7). | 4.6 | $1,656.00 |
| Allocations | 12/31/2020 | Hanke, Elizabeth | Team chats and emails with A. Azer, C. Green, V. Taylor, N. Sochurek and S. Klauck re allocation assumptions memo and scope of coverage assumptions for specific carrier (.3); revise local council coverage report to show policy counts by current local counsels (.4); draft and send email with local council coverage report to J. Celentino (.1). | 0.8 | $424.00 |
| Allocations | 12/31/2020 | Klauck, Sheila | Review allocation to disputed policies for specific insurer. | 1.4 | $504.00 |
| Coverage Analysis | 12/4/2020 | Monroe, Kelly | Emails with N. Sochurek re current insurance policies. | 0.2 | $36.00 |
| Coverage Analysis | 12/4/2020 | Klauck, Sheila | Discuss outstanding tasks and timeline with V. Taylor (.4); status and outstanding tasks with E. Hanke, S. Klauck, and N. Sochurek (1.2). | 1.6 | $576.00 |
| Coverage Analysis | 12/4/2020 | Hanke, Elizabeth | Discuss status of tasks and next steps with V. Taylor, S. Klauck, and N. Sochurek. | 1.2 | $636.00 |
| Coverage Analysis | 12/4/2020 | Sochurek, Nicholas | Discuss status of tasks and next steps with E. Hanke, S. Klauck, and V. Taylor (1.2); communications with K. Monroe re current insurance policies (.2); review shared task list with status and next steps (.4). | 1.8 | $891.00 |
| Coverage Analysis | 12/4/2020 | Taylor, Victor | Update shared task list (.3); discuss outstanding tasks and timeline with S. Klauck (.4); discuss status of tasks and next steps with E. Hanke, S. Klauck, and N. Sochurek (1.2). | 1.9 | $760.00 |
| Coverage Analysis | 12/7/2020 | Klauck, Sheila | Call with V. Taylor re next steps. | 0.4 | $144.00 |
| Coverage Analysis | 12/7/2020 | Taylor, Victor | Call with S. Klauck re next steps. | 0.4 | $160.00 |
| Coverage Analysis | 12/7/2020 | Sochurek, Nicholas | Research past insurance broker and potential contacts for policy search. | 1.1 | $544.50 |
| Coverage Analysis | 12/8/2020 | Monroe, Kelly | Call with V. Taylor, L. Butterworth, S. Klauck, M. Minter, and J. Grehan re status and next steps. | 0.6 | $108.00 |

| | | | | | |
|---|---|---|---|---|---|
| Coverage Analysis | 12/8/2020 | Minter, Matthew | Call with V. Taylor, L. Butterworth, K. Monroe, S. Klauck, and J. Grehan re status and next steps. | 0.6 | $108.00 |
| Coverage Analysis | 12/8/2020 | Butterworth, Luke | Call with V. Taylor, S. Klauck, K. Monroe, M. Minter, and J. Grehan re status and next steps. | 0.6 | $138.00 |
| Coverage Analysis | 12/8/2020 | Taylor, Victor | Call with S. Klauck, L. Butterworth, K. Monroe, M. Minter, and J. Grehan re status and next steps. | 0.6 | $240.00 |
| Coverage Analysis | 12/8/2020 | Grehan, Julia | Call with V. Taylor, L. Butterworth, K. Monroe, M. Minter, and S. Klauck re status and next steps. | 0.6 | $138.00 |
| Coverage Analysis | 12/8/2020 | Hanke, Elizabeth | Call with A. Azer, C. Green, N. Sochurek and S. Klauck re coverage negotiations and next steps (1.0 attended only in part). | 1.0 | $530.00 |
| Coverage Analysis | 12/8/2020 | Klauck, Sheila | Call with V. Taylor, L. Butterworth, K. Monroe, M. Minter, and J. Grehan re status and next steps (.6); call with C. Green, A. Azer, N. Sochurek, and E. Hanke to discuss local policy listing and scope of coverage in preparation for meetings with insurers (1.3). | 1.9 | $684.00 |
| Coverage Analysis | 12/8/2020 | Sochurek, Nicholas | Call with A. Azer, C. Green, E. Hanke, and S. Klauck to discuss local policy listing and scope of coverage in preparation for meetings with insurers (1.3); prepare summary of insurers with lower attachment point policies (.7); prepare London Market participation report (.9). | 2.9 | $1,435.50 |
| Coverage Analysis | 12/9/2020 | Hanke, Elizabeth | Emails with N. Sochurek re London Market subscription report. | 0.1 | $53.00 |
| Coverage Analysis | 12/9/2020 | Taylor, Victor | Review London subscribers and make updates. | 1.0 | $400.00 |
| Coverage Analysis | 12/9/2020 | Sochurek, Nicholas | Review and revise London Market subscription report (.5); emails with E. Hanke re same (.1); revise outstanding task list (.6); emails with A. Azer and C. Green re same (.1). | 1.3 | $643.50 |
| Coverage Analysis | 12/10/2020 | Sochurek, Nicholas | Call with E. Hanke and S. Klauck re outstanding tasks and next steps. | 1.0 | $495.00 |
| Coverage Analysis | 12/10/2020 | Hanke, Elizabeth | Call with S. Klauck and N. Sochurek re outstanding tasks and next steps (1.0); call with S. Klauck re negotiation template for specific insurer (.6). | 1.6 | $848.00 |
| Coverage Analysis | 12/10/2020 | Klauck, Sheila | Call with E. Hanke and N. Sochurek re outstanding tasks and next steps (1.0); call with E. Hanke re negotiation template for specific insurer (.6); update negotiation templates for specific insurer (1.5); prepare email summarizing negotiation template (.5). | 3.6 | $1,296.00 |
| Coverage Analysis | 12/11/2020 | Hanke, Elizabeth | Call with A. Azer, M. Stoner and N. Sochurek to discuss notice process. | 0.7 | $371.00 |
| Coverage Analysis | 12/11/2020 | Klauck, Sheila | Call with A. Azer, C. Green, and N. Sochurek re insurer scope of coverage evidence (.6); call with S. N. Sochurek re same (.3); update coverage template for specific insurer (.4). | 1.3 | $468.00 |
| Coverage Analysis | 12/11/2020 | Sochurek, Nicholas | Call with A. Azer, M. Stoner and E. Hanke to discuss notice process (.7); call with A. Azer, C. Green, and S. Klauck re insurer scope of coverage evidence (.6); call with S. Klauck re same (.3); follow up with C. Green and A. Azer re Hartford policies (.6). | 2.2 | $1,089.00 |
| Coverage Analysis | 12/14/2020 | Minter, Matthew | Produce relevant pages of Hartford evidence (1.4); meet with V. Taylor re Hartford document production (.2). | 1.6 | $288.00 |
| Coverage Analysis | 12/14/2020 | Sochurek, Nicholas | Emails re broker policy search (.2); prepare insurer discussion template groupings (.4); review and revise National Council policy and carrier group listing (.6); review and revise scope of coverage insurer meeting template (.4); chats with E. Hanke and S. Klauck re same (.4). | 2.0 | $990.00 |
| Coverage Analysis | 12/14/2020 | Klauck, Sheila | Discuss evidence production for specific insurers with V. Taylor (.8); review and update policies and evidence on coverage scope listing for specific insurer (1.6); update policy search dashboard (.4); review listing of non-GL coverage (.4); review and update page numbers for coverage scope listing (.8); draft email summarizing specific insurer coverage materials (.5); review specific insurer memorandum (.3). | 4.8 | $1,728.00 |
| Coverage Analysis | 12/14/2020 | Taylor, Victor | Discuss evidence production for specific insurers with S. Klauck (.8); work to fill out document production tables (3.5); produce and review productions for the specific insurer meeting (1.8); meet with M. Minter re Hartford document production (.2). | 6.3 | $2,520.00 |

| | | | | | |
|---|---|---|---|---|---|
| Coverage Analysis | 12/15/2020 | Sochurek, Nicholas | Call with S. Klauck re scope of coverage documents and spreadsheet (.4); Teams chats with E. Hanke and S. Klauck re same (.4); emails with C. Green re AIG scope of coverage (.3). | 1.1 | $544.50 |
| Coverage Analysis | 12/15/2020 | Taylor, Victor | Prepare specific insurer policy batches with S. Klauck (1.5); prepare specific insurer batches (4.0). | 5.5 | $2,200.00 |
| Coverage Analysis | 12/15/2020 | Klauck, Sheila | Prepare specific insurer policy batches with V. Taylor (1.5); prepare coverage template for specific insurer (2.5); review evidence and scope of coverage for particular insurer with C. Green (2.6); review and update links to evidence (.4); call re scope of coverage for specific insurer with C. Green, A. Azer, and E. Martin (.5); review evidence and scope of coverage for particular insurer with C. Green and A. Azer (.5); organize and rename evidence for specific insurer coverage (.9); update policy records based on feedback (.7); call with N. Sochurek re scope of coverage documents and spreadsheet (.4). | 10.0 | $3,600.00 |
| Coverage Analysis | 12/16/2020 | Sochurek, Nicholas | Call with A. Azer, C. Green, E. Hanke and S. Klauck re coverage and allocation issues (1.2); prepare for same (.3); review and revise outstanding task list (.2). | 1.7 | $841.50 |
| Coverage Analysis | 12/16/2020 | Hanke, Elizabeth | Call with A. Azer, C. Green, N. Sochurek and S. Klauck re coverage and allocation issues. | 1.2 | $636.00 |
| Coverage Analysis | 12/16/2020 | Allen, Andrew | Discuss Sharepoint links sharing with V. Taylor for scope of coverage analysis (.5); research and test auto generating links re same (2.0). | 2.5 | $825.00 |
| Coverage Analysis | 12/16/2020 | Klauck, Sheila | Call with A. Azer, C. Green, N. Sochurek and E. Hanke re coverage and allocation issues (1.2); review coverage scope spreadsheet for specific insurer (1.8); call with V. Taylor re coverage scope spreadsheet for specific insurer (.3); attend call with A. Azer, C. Green and counsel for Hartford to discuss scope and existence of coverage for BSA National and Local Councils (1.0). | 4.3 | $1,548.00 |
| Coverage Analysis | 12/16/2020 | Taylor, Victor | Call with S. Klauck re coverage scope spreadsheet for specific insurer (.3); prepare specific insurer batches (4.4); discuss Sharepoint links sharing with A. Allen for scope of coverage analysis (.5). | 5.2 | $2,080.00 |
| Coverage Analysis | 12/17/2020 | Sochurek, Nicholas | Call with S. Klauck and V. Taylor to discuss specific insurer production summary (.7); review and revise insurer evidence batches (.9). | 1.6 | $792.00 |
| Coverage Analysis | 12/17/2020 | Klauck, Sheila | Call with V. Taylor to review summary of coverage scope for specific insurer (.3); call with V. Taylor and N. Sochurek to discuss specific insurer production summary (.7). | 1.0 | $360.00 |
| Coverage Analysis | 12/17/2020 | Taylor, Victor | Call with S. Klauck to review summary of coverage scope for specific insurer (.3); call with S. Klauck and N. Sochurek to discuss specific insurer production summary (.7); work on specific insurer production summary (2.1). | 3.1 | $1,240.00 |
| Coverage Analysis | 12/18/2020 | Sochurek, Nicholas | Call with V. Taylor re scope of coverage evidence. | 0.1 | $49.50 |
| Coverage Analysis | 12/18/2020 | Minter, Matthew | Meet with V. Taylor re insurer document production (.3); produce relevant pages of insurer evidence (1.0). | 1.3 | $234.00 |
| Coverage Analysis | 12/18/2020 | Taylor, Victor | Meet with M. Minter re insurer document production (.3); work on specific insurer production summary (3.5); call with N. Sochurek re scope of coverage evidence (.1). | 3.9 | $1,560.00 |
| Coverage Analysis | 12/21/2020 | Minter, Matthew | Meet with V. Taylor re policy number analysis (.3); analyze scout blanket liability policy numbers (1.1); produce relevant pages of evidence for insurer meetings (1.6). | 3.0 | $540.00 |
| Coverage Analysis | 12/21/2020 | Taylor, Victor | Review and send out specific insurer coverage template (.9); build and update specific insurer template (3.5); meet with M. Minter re policy number analysis (.3). | 4.7 | $1,880.00 |
| Coverage Analysis | 12/22/2020 | Hanke, Elizabeth | Status call with N. Sochurek re outstanding tasks. | 0.8 | $424.00 |
| Coverage Analysis | 12/22/2020 | Sochurek, Nicholas | Call with E. Hanke re status of outstanding tasks (.8); revise insurer scope of coverage and evidence (.7). | 1.5 | $742.50 |
| Coverage Analysis | 12/22/2020 | Minter, Matthew | Produce relevant pages of evidence for insurer meetings. | 1.9 | $342.00 |
| Coverage Analysis | 12/22/2020 | Taylor, Victor | Continue to update two specific insurer templates. | 5.3 | $2,120.00 |
| Coverage Analysis | 12/23/2020 | Sochurek, Nicholas | Call with A. Azer, E. Hanke, S. Klauck, and V. Taylor re scope of coverage, notice, and insurer analyses. | 1.4 | $693.00 |

| | | | | | |
|---|---|---|---|---|---|
| Coverage Analysis | 12/23/2020 | Hanke, Elizabeth | Call with A. Azer, N. Sochurek, S. Klauck, and V. Taylor re scope of coverage, notice, and insurer analyses (1.4); email exchange with M. Stoner re needed claims data for BSA notice (.5). | 1.9 | $1,007.00 |
| Coverage Analysis | 12/23/2020 | Klauck, Sheila | Call with A. Azer, E. Hanke, N. Sochurek, and V. Taylor re scope of coverage, notice, and insurer analyses. | 1.4 | $504.00 |
| Coverage Analysis | 12/23/2020 | Taylor, Victor | Continue to update two specific insurer templates (1.4); call with A. Azer, E. Hanke, S. Klauck, and N. Sochurek re scope of coverage, notice, and insurer analyses (1.4); review specific insurer spreadsheets for important issues (1.0); meet with A. Azer to discuss specific insurer spreadsheets (2.0); review and answer questions from A. Azer about insurer coverage (1.3). | 7.1 | $2,840.00 |
| Coverage Analysis | 12/24/2020 | Minter, Matthew | Review insurer documents for policy evidence. | 1.8 | $324.00 |
| Coverage Analysis | 12/27/2020 | Taylor, Victor | Review and answer remaining questions from A. Azer about insurer coverage. | 2.5 | $1,000.00 |
| Coverage Analysis | 12/28/2020 | Minter, Matthew | Discuss specific insurer spreadsheets with V. Taylor (.2); produce specific insurer coverage spreadsheets (.7). | 0.9 | $162.00 |
| Coverage Analysis | 12/28/2020 | Hanke, Elizabeth | Call with N. Sochurek, V. Taylor, and S. Klauck re outstanding tasks and next steps (.9); call with A. Azer, N. Sochurek, V. Taylor, and S. Klauck re insurance presentation and allocation analyses (1.0). | 1.9 | $1,007.00 |
| Coverage Analysis | 12/28/2020 | Klauck, Sheila | Call with E. Hanke, N. Sochurek and V. Taylor re outstanding tasks and next steps (.9); call with A. Azer, E. Hanke, V. Taylor, and N. Sochurek re insurance presentation and allocation analyses (1.0). | 1.9 | $684.00 |
| Coverage Analysis | 12/28/2020 | Sochurek, Nicholas | Call with E. Hanke, V. Taylor, and S. Klauck re outstanding tasks and next steps (.9); review status of outstanding tasks (.2); call with A. Azer, E. Hanke, V. Taylor, and S. Klauck re insurance presentation and allocation analyses (1.0); discuss scope of coverage with V. Taylor (.2); review and revise insurance presentation (.4). | 2.7 | $1,336.50 |
| Coverage Analysis | 12/28/2020 | Butterworth, Luke | Assemble listing of all National Council policies and compare to coverage chart (3.3); discuss all National Council policy listing with V. Taylor (.5). | 3.8 | $874.00 |
| Coverage Analysis | 12/28/2020 | Taylor, Victor | Call with E. Hanke, N. Sochurek, and S. Klauck re outstanding tasks and next steps (.9); discuss specific insurer spreadsheets with M. Minter (.2); call with A. Azer, E. Hanke, N. Sochurek, and S. Klauck re insurance presentation and allocation analyses (1.0); discuss scope of coverage assumptions with N. Sochurek (.2); discuss all National Council policy listing with L. Butterworth (.5); review and update scope of coverage spreadsheets (2.7). | 5.5 | $2,200.00 |
| Coverage Analysis | 12/29/2020 | Klauck, Sheila | Call with V. Taylor re coverage of scope for specific insurer (.5); call with N. Sochurek, A. Azer, and E. Hanke re NEC presentation and coverage matrix (.4); update NEC presentation slides (.3). | 1.2 | $432.00 |
| Coverage Analysis | 12/29/2020 | Butterworth, Luke | Review National Council Policy listing (1.8); discuss National Council policy listing with V. Taylor (.6). | 2.4 | $552.00 |
| Coverage Analysis | 12/29/2020 | Sochurek, Nicholas | Investigate applicability of liability policies (1.3); call with S. Klauck, A. Azer, and E. Hanke re NEC presentation and coverage matrix (.4); review and revise same (.6); review and revise outstanding task list (.4); review and revise scope of coverage batches (.6); review and revise policy report mediator (.4). | 3.7 | $1,831.50 |
| Coverage Analysis | 12/29/2020 | Taylor, Victor | Import and review new evidence documents (.6); update and finalize specific carrier scope of coverage report (1.2); call with S. Klauck re coverage of scope for specific insurer (.5); discuss National Council policy listing with L. Butterworth (.6); review and finalize McDermot request listing (1.5); review and complete specific insurer scope of coverage listings (3.7). | 8.1 | $3,240.00 |
| Coverage Analysis | 12/30/2020 | Hanke, Elizabeth | Team chats with V. Taylor, N. Sochurek and S. Klauck re coverage assumptions for scope of coverage. | 0.1 | $53.00 |
| Coverage Analysis | 12/30/2020 | Klauck, Sheila | Discuss insurer memos with V. Taylor. | 0.3 | $108.00 |
| Coverage Analysis | 12/30/2020 | Butterworth, Luke | Discuss National Council policy listing with V. Taylor (.2); review National Council policy listing and compare to coverage charts (.8); prepare deliverable and email re National Council coverage chart (.8). | 1.8 | $414.00 |

| Category | Date | Name | Description | Hours | Amount |
|---|---|---|---|---|---|
| Coverage Analysis | 12/30/2020 | Sochurek, Nicholas | Review and revise insurer scope of coverage batches and evidence (.7); review and revise outstanding task list (.3); review and revise policy listing (.7); review scope of coverage disagreements (.5); emails re same (.1). | 2.3 | $1,138.50 |
| Coverage Analysis | 12/30/2020 | Taylor, Victor | Discuss insurer memos with S. Klauck (.3); discuss National Council policy listing with L. Butterworth (.2); prepare for scope of coverage discussion with specific insurers (.9); discuss specific insurer scope of coverage with A. Azer, C. Green, and insurers (1.0); review and complete updates needed for specific insurer scope of coverage (2.3). | 4.7 | $1,880.00 |
| Coverage Analysis | 12/31/2020 | Sochurek, Nicholas | Review and revise policy listing for insurer request. | 0.4 | $198.00 |
| Coverage Analysis | 12/31/2020 | Taylor, Victor | Discuss National Council coverage chart updates with L. Butterworth (.2); review and update data for national council policy listing (1.1); review notes from specific insurer meeting for potential allocation updates (.5). | 1.8 | $720.00 |
| Coverage Analysis | 12/31/2020 | Butterworth, Luke | Discuss National Council coverage chart updates with V. Taylor (.2); prepare updates to National Council coverage charts (3.1); prepare National Council policy listing (1.5). | 4.8 | $1,104.00 |
| Exhaustion Analysis | 12/4/2020 | Sochurek, Nicholas | Begin reviewing updated exhaustion claims report. | 0.3 | $148.50 |
| Exhaustion Analysis | 12/7/2020 | Minter, Matthew | Meet with N. Sochurek and J. Grehan re exhaustion analysis. | 0.6 | $108.00 |
| Exhaustion Analysis | 12/7/2020 | Grehan, Julia | Meet with M. Minter and N. Sochurek to discuss exhaustion analysis. | 0.6 | $138.00 |
| Exhaustion Analysis | 12/7/2020 | Sochurek, Nicholas | Review exhaustion memos and previous analysis (.6); meet with J. Grehan and M. Minter re updated exhaustion analysis (.6). | 1.2 | $594.00 |
| Exhaustion Analysis | 12/8/2020 | Sochurek, Nicholas | Review updated exhaustion report (.2); emails with V. Savoy re same (.1). | 0.3 | $148.50 |
| Exhaustion Analysis | 12/8/2020 | Minter, Matthew | Review exhaustion coding assumptions and memos (.7); review claims data for exhaustion analysis (.6). | 1.3 | $234.00 |
| Exhaustion Analysis | 12/8/2020 | Grehan, Julia | Read through previous exhaustion materials (.6); work on exhaustion of claims data from 1983-1986 (1.7). | 2.5 | $575.00 |
| Exhaustion Analysis | 12/9/2020 | Sochurek, Nicholas | Meet with J. Grehan and M. Minter to discuss 1983-1986 exhaustion questions and next steps. | 0.8 | $396.00 |
| Exhaustion Analysis | 12/9/2020 | Minter, Matthew | Meet with J. Grehan to discuss outstanding questions and next steps (.3); meet with J. Grehan and C. Austin to discuss occurrence groups for allocation of claims (.3); meet with N. Sochurek and J. Grehan to discuss 1983-1986 exhaustion questions and next steps (.8). compare 1986-present claims from current and previous data sets (.6); review working exhaustion calculation by claim spreadsheet (.3). | 2.3 | $414.00 |
| Exhaustion Analysis | 12/9/2020 | Grehan, Julia | Review previous exhaustion materials (1.6); discuss 1983-1986 policy exhaustion with V. Taylor (.4); meet with M. Minter to discuss outstanding questions and next steps (.3); meet with M. Minter and C. Austin to discuss occurrence groups for allocation of claims (.3); meet with N. Sochurek and M. Minter to discuss 1983-1986 exhaustion questions and next steps (.8); write down next steps plan (.5); review differences in old versus new claims data (.3). | 4.2 | $966.00 |
| Exhaustion Analysis | 12/10/2020 | Grehan, Julia | Meet with C. Austin to discuss creating transaction reports. | 0.5 | $115.00 |
| Exhaustion Analysis | 12/10/2020 | Sochurek, Nicholas | Review insurer loss run (.2); emails with J. Grehan and C. Austin re exhaustion analysis (.6). | 0.8 | $396.00 |
| Exhaustion Analysis | 12/11/2020 | Sochurek, Nicholas | Review claims reports from BSA (.8); call with A. Kutz re same (.2). | 1.0 | $495.00 |
| Exhaustion Analysis | 12/11/2020 | Grehan, Julia | Review documentation of old process and reports on RisKonnect (2.1); insert new claimant records (.8). | 2.9 | $667.00 |
| Exhaustion Analysis | 12/13/2020 | Grehan, Julia | Download transaction reports (1.9); insert claimant records and claim records (1.3). | 3.2 | $736.00 |
| Exhaustion Analysis | 12/14/2020 | Grehan, Julia | Consolidate all claims into one list (.6); set up template to create occurrence records (.4); meet with M. Minter re exhaustion analysis next steps (.2). | 1.2 | $276.00 |
| Exhaustion Analysis | 12/14/2020 | Minter, Matthew | Meet with J. Grehan re exhaustion analysis next steps (.2); review transaction reports to confirm dates of loss (.3); review claims listing for 1986-present (.3); tie claims and transaction report fields to occurrence columns for exhaustion analysis (2.6). | 3.4 | $612.00 |

| Category | Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| Exhaustion Analysis | 12/15/2020 | Grehan, Julia | Work on exhaustion analysis (.6); meet with M. Minter re exhaustion analysis (.4); meet with M. Minter and N. Sochurek re exhaustion analysis and next steps (.6). | 1.6 | $368.00 |
| Exhaustion Analysis | 12/15/2020 | Sochurek, Nicholas | Call with M. Minter and J. Grehan re exhaustion analysis and next steps (.6); review policy treatments for exhaustion analysis (1.2); emails with A. Azer and C. Green re same (.4). | 2.2 | $1,089.00 |
| Exhaustion Analysis | 12/15/2020 | Minter, Matthew | Review transaction reports (.3); meet with J. Grehan re exhaustion analysis (.5); map transaction report entries to corresponding transaction categories (1.2); reconcile negative transaction amounts (.5); meet with N. Sochurek and J. Grehan re exhaustion analysis and next steps (.6). | 3.1 | $558.00 |
| Exhaustion Analysis | 12/16/2020 | Sochurek, Nicholas | Call with J. Grehan and M. Minter re exhaustion analysis issues (.6); review same (.2). | 0.8 | $396.00 |
| Exhaustion Analysis | 12/16/2020 | Grehan, Julia | Meet with N. Sochurek and M. Minter re exhaustion analysis. | 0.5 | $115.00 |
| Exhaustion Analysis | 12/16/2020 | Austin, Carrington | Investigate transaction code changes. | 0.5 | $165.00 |
| Exhaustion Analysis | 12/16/2020 | Minter, Matthew | Meet with N. Sochurek and J. Grehan re exhaustion analysis (.6); map all transaction codes to defense or indemnity (.6). | 1.2 | $216.00 |
| Exhaustion Analysis | 12/18/2020 | Sochurek, Nicholas | Emails with A. Kutz re Riskonnect transactions. | 0.4 | $198.00 |
| Exhaustion Analysis | 12/23/2020 | Sochurek, Nicholas | Review prior exhaustion analysis. | 0.2 | $99.00 |
| Exhaustion Analysis | 12/29/2020 | Minter, Matthew | Compare transaction reports to previously received data. | 1.2 | $216.00 |
| Exhaustion Analysis | 12/8/2020 | Austin, Carrington | Review transaction reports and claim reports. | 0.3 | $99.00 |
| Exhaustion Analysis | 12/9/2020 | Austin, Carrington | Prepare for call with J. Grehan and M. Minter re exhaustion analysis (.3); meet with M. Minter and J. Grehan to discuss occurrence groups for allocation of claims (.3). | 0.6 | $198.00 |
| Exhaustion Analysis | 12/10/2020 | Austin, Carrington | Look into transaction reports (.8); discuss transaction reports with J. Grehan (.5). | 0.8 | $264.00 |
| Fee Applications | 12/3/2020 | Butterworth, Luke | Prepare interim fee application. | 1.9 | $437.00 |
| Fee Applications | 12/14/2020 | Hanke, Elizabeth | Email J. Rucki questions re time entry format. | 0.1 | $53.00 |
| Fee Applications | 12/15/2020 | Butterworth, Luke | Review CNOs and approve. | 0.1 | $23.00 |
| Fee Applications | 12/17/2020 | Butterworth, Luke | Review Interim application fee order and confirm correct. | 0.2 | $46.00 |
| Local Council | 12/1/2020 | Yang, Justin | Review local council evidence. | 0.6 | $108.00 |
| Local Council | 12/1/2020 | Monroe, Kelly | Discuss local council policy listing by carrier group deliverable with L. Butterworth (.1); prepare local council policy listing deliverable (.8); redact sensitive information in policy evidence (1.6). | 2.5 | $450.00 |
| Local Council | 12/1/2020 | Taylor, Victor | Review presentation slides and confirm calculations. | 2.3 | $920.00 |
| Local Council | 12/1/2020 | Butterworth, Luke | Review local council policy listing by carrier group deliverable (.7); discuss local council policy listing by carrier group deliverable with K. Monroe (.1); prepare local council evidence for sharing with insurers (4.1). | 4.9 | $1,127.00 |
| Local Council | 12/1/2020 | Hanke, Elizabeth | Emails re local council coverage report and upcoming meeting with N. Sochurek, S. Klauck and C. Green (1.2); review and revise presentation to TCC with N. Sochurek (1.0); call with A. Azer, C. Green, N. Sochurek and S. Klauck to review presentation to TCC (.5); call with A. Azer, C. Green, N. Sochurek and E. Martin re presentation to TCC and further revisions needed (1.5). | 4.2 | $2,226.00 |
| Local Council | 12/1/2020 | Sochurek, Nicholas | Prepare initial draft of insurance presentation to TCC (1.6); email correspondence re local council coverage report and upcoming meeting with E. Hanke, S. Klauck and C. Green (1.2); review and revise presentation to TCC with E. Hanke (1.0); conference call with A. Azer, C. Green, E. Hanke, and S. Klauck to discuss revisions to presentation to TCC (.5); conference with E. Martin, A. Azer, C. Green, and E. Hanke to discuss presentation to TCC and further revisions needed (1.5); review and revise presentation (1.1); review and revise local council insurer policy listing (.3). | 7.2 | $3,564.00 |

| | | | | | |
|---|---|---|---|---|---|
| Local Council | 12/1/2020 | Klauck, Sheila | Prepare statistics on top local council (.4); prepare local council evidence production (1.4); prepare and review statistics for presentation (2.7); call with A. Azer, C. Green, N. Sochurek and E. Hanke to review presentation to TCC (.5); organize local council primary policy evidence (2.1); split primary evidence records (2.3). | 9.4 | $3,384.00 |
| Local Council | 12/2/2020 | Taylor, Victor | Work on document redaction efforts (.5); call with S. Klauck re document redaction (.3); import and assign new policy evidence (.4); discuss new coverage assumptions with S. Klauck, J. Grehan, J. Yang, K. Monroe, and L. Butterworth (.5). | 1.7 | $680.00 |
| Local Council | 12/2/2020 | Hanke, Elizabeth | Prepare for meeting with committee counsel (1.0); call with A. Azer and N. Sochurek to discuss next steps (.3); conference call with A. Azer, E. Martin, C. Green, N. Sochurek, M. Andolina, J. Boelter and counsels representing the TCC and FCR to discuss insurance archeology efforts, status, and next steps (1.0). | 2.3 | $1,219.00 |
| Local Council | 12/2/2020 | Grehan, Julia | Discuss new coverage assumptions with S. Klauck, J. Yang, V. Taylor, L. Butterworth, and K. Monroe (.5); review documents for insurance policy evidence (1.7). | 2.2 | $506.00 |
| Local Council | 12/2/2020 | Sochurek, Nicholas | Review insurance documents from local councils (.2); review additional Chubb documents (.3); communications with local councils re insurance information (.4); conference call with A. Azer, E. Martin, C. Green, E. Hanke, M. Andolina, J. Boelter and counsels representing the TCC and FCR to discuss insurance archeology efforts, status, and next steps (1.0); review and revise presentation re same (1.6); conference call with A. Azer and E. Hanke to discuss next steps (.3). | 3.8 | $1,881.00 |
| Local Council | 12/2/2020 | Monroe, Kelly | Review local council policy listing and Haynes and Boone presentation (.4); discuss new coverage assumptions with S. Klauck, L. Butterworth, V. Taylor, J. Yang, and J. Grehan (.5); review Chubb policies and code data into client database (3.1). | 4.0 | $720.00 |
| Local Council | 12/2/2020 | Butterworth, Luke | Prepare policy evidence for specific local council (2.7); prepare local council policy listing for specific local council (.6); call with S. Klauck re specific local council document production (.4); discuss new coverage assumptions with S. Klauck, J. Grehan, J. Yang, V. Taylor, and K. Monroe (.5); review local council evidence for specific policy information (1.2). | 5.4 | $1,242.00 |
| Local Council | 12/2/2020 | Yang, Justin | Review local council evidence (4.6); discuss new coverage assumptions with J. Grehan, S. Klauck, V. Taylor, L. Butterworth, and K. Monroe (.5). | 5.1 | $918.00 |
| Local Council | 12/2/2020 | Klauck, Sheila | Organize local council primary policy evidence (2.2); discuss new coverage assumptions with J. Grehan, J. Yang, V. Taylor, L. Butterworth, K. Monroe (.5); call with L. Butterworth re specific council document production (.4); call with V. Taylor re document redaction (.3); review and redact local council documents (2.3); answer evidence coding questions (.4); prepare and review document production (1.4). | 7.5 | $2,700.00 |
| Local Council | 12/3/2020 | Yang, Justin | Meet with M. Minter to discuss new provisions. | 0.2 | $36.00 |
| Local Council | 12/3/2020 | Hanke, Elizabeth | Teams chats with S. Klauck and N. Sochurek re document productions (.5); email correspondence with A. Azer and N. Sochurek re notice project (.1). | 0.6 | $318.00 |
| Local Council | 12/3/2020 | Butterworth, Luke | Discuss modifications to local council policy Access report with S. Klauck (.7); prepare local council policy evidence for sharing (.1). | 0.8 | $184.00 |
| Local Council | 12/3/2020 | Sochurek, Nicholas | Call with J. Grehan and S. Klauck discuss strategy for contacting high priority local councils (.6); Teams chats with S. Klauck re document production (.3); emails with E. Hanke and A. Azer re notice program (.2). | 1.1 | $544.50 |
| Local Council | 12/3/2020 | Minter, Matthew | Review local council documents for policy evidence (1.3); meet with J. Yang re new policy provisions (.2). | 1.5 | $270.00 |
| Local Council | 12/3/2020 | Taylor, Victor | Import new evidence documentation (.6); review new evidence documents (.8). | 1.4 | $560.00 |
| Local Council | 12/3/2020 | Monroe, Kelly | Prepare insurer folder links (.3); compare BSA database against Chubb policy listing (1.6); review Chubb policies and code evidence into client database (.4). | 2.3 | $414.00 |

| | | | | | |
|---|---|---|---|---|---|
| Local Council | 12/3/2020 | Klauck, Sheila | Discuss modifications to local council policy Access report with L. Butterworth (.7); update local council policy listing report (.4); summarize document production issues for Haynes and Boone (.6); call with J. Grehan and N. Sochurek discuss strategy for contacting high priority local councils (.6); resolve access issues with file production (.4); prepare links to folders for local council production (.3); Teams chats with N. Sochurek re document production (.3). | 3.3 | $1,188.00 |
| Local Council | 12/3/2020 | Grehan, Julia | Meet with S. Klauck and N. Sochurek to discuss strategy for contacting high priority local councils (.6); review documents for policy evidence (3.3); draft emails to council (.4). | 4.3 | $989.00 |
| Local Council | 12/4/2020 | Minter, Matthew | Review local council documents for policy evidence. | 0.4 | $72.00 |
| Local Council | 12/4/2020 | Hanke, Elizabeth | Call with J. Celetino, M. Linder, M. Andolina, A. Azer, C. Green, and E. Hanke re local council policy listing (.3); review email from Local Council with insurance archeology questions (.1). | 0.4 | $212.00 |
| Local Council | 12/4/2020 | Taylor, Victor | Review and assign new evidence documents (.5); discuss document production process with S. Klauck (.9). | 1.4 | $560.00 |
| Local Council | 12/4/2020 | Yang, Justin | Review local council evidence. | 1.5 | $270.00 |
| Local Council | 12/4/2020 | Butterworth, Luke | Review local council evidence for specific policy information. | 1.4 | $322.00 |
| Local Council | 12/4/2020 | Sochurek, Nicholas | Review follow up plan for local councils (.2); draft emails re same (.6); call with J. Celetino, M. Linder, M. Andolina, A. Azer, C. Green, and E. Hanke re local council policy listing (.3); emails with S. Klauck, A. Azer, and C. Green re document production (.6); review and respond to local councils re insurance questions (1.1). | 2.6 | $1,287.00 |
| Local Council | 12/4/2020 | Grehan, Julia | Draft emails to council regarding document production follow up. | 2.6 | $598.00 |
| Local Council | 12/4/2020 | Monroe, Kelly | Review Chubb policies and local council documents and code evidence into client database. | 3.8 | $684.00 |
| Local Council | 12/4/2020 | Klauck, Sheila | Discuss document production process with V. Taylor (.9); streamline and organize data production queries and resources (1.2); update document production for specific carrier (.9); reconcile and import new evidence into database (.5). | 3.5 | $1,260.00 |
| Local Council | 12/7/2020 | Sochurek, Nicholas | Review new Chubb documents (.3); emails with A. Kutz re local council contacts (.4). | 0.7 | $346.50 |
| Local Council | 12/7/2020 | Minter, Matthew | Discuss new tasks with V. Taylor. | 0.3 | $54.00 |
| Local Council | 12/7/2020 | Yang, Justin | Review local council evidence. | 1.6 | $288.00 |
| Local Council | 12/7/2020 | Butterworth, Luke | Review evidence for local council policies and references. | 1.3 | $299.00 |
| Local Council | 12/7/2020 | Grehan, Julia | Review documents for insurance evidence. | 1.6 | $368.00 |
| Local Council | 12/7/2020 | Taylor, Victor | Review evidence assignments and make updates (.4); assign new evidence (.5); review and analyze local council evidence (1.5); discuss new tasks with M. Minter (.3). | 2.7 | $1,080.00 |
| Local Council | 12/7/2020 | Monroe, Kelly | Review Chubb policies and local council documents and code evidence into client database. | 2.9 | $522.00 |
| Local Council | 12/8/2020 | Butterworth, Luke | Review evidence for local council policies and references. | 0.9 | $207.00 |
| Local Council | 12/8/2020 | Grehan, Julia | Draft emails to high priority councils for follow up. | 1.9 | $437.00 |
| Local Council | 12/8/2020 | Sochurek, Nicholas | Review and revise policy listing for local councils (.7); emails with A. Azer re same (.2); review and revise local council reach out emails (.5). | 1.4 | $693.00 |
| Local Council | 12/8/2020 | Yang, Justin | Review local council evidence. | 2.4 | $432.00 |
| Local Council | 12/8/2020 | Taylor, Victor | Review and analyze evidence documents. | 2.0 | $800.00 |
| Local Council | 12/8/2020 | Minter, Matthew | Review local council documents for policy evidence. | 2.2 | $396.00 |
| Local Council | 12/8/2020 | Klauck, Sheila | Update links to specific insurer local council documentation folders (.3); review evidence for local council insurance information (4.1). | 4.4 | $1,584.00 |
| Local Council | 12/9/2020 | Grehan, Julia | Meet with N. Sochurek to discuss follow up to local councils. | 0.2 | $46.00 |

| | | | | | |
|---|---|---|---|---|---|
| Local Council | 12/9/2020 | Hanke, Elizabeth | Electronic communications with N. Sochurek and S. Klauck re policy report production (.1). | 0.1 | $53.00 |
| Local Council | 12/9/2020 | Sochurek, Nicholas | Meet with J. Grehan to discuss follow up to local councils (.2); review and revise responses re same (.2): review and revise local council policy report (.6). | 1.0 | $495.00 |
| Local Council | 12/9/2020 | Taylor, Victor | Discuss document production with S. Klauck (.5); work on updating the document production process (2.9). | 3.4 | $1,360.00 |
| Local Council | 12/9/2020 | Klauck, Sheila | Update local council report footers and repopulate reports (.4); create code to run each local council report (2.4); discuss document production with V. Taylor (.5); prepare spreadsheet with specific insurer policies for negotiations (2.9); respond to team questions re evidence coding (.4); review evidence for policy information (2.2); review secondary evidence for production (.8). | 9.6 | $3,456.00 |
| Local Council | 12/10/2020 | Sochurek, Nicholas | Call re local counsel update with M. Linder, R. Mason, J. Celentino, J. Boelter, M. Andolina, B. Warner, L. Baccash, D. Mayer, C. Binggeli, B. Whittman, A. Azer and E. Hanke (in part). | 1.0 | $495.00 |
| Local Council | 12/10/2020 | Hanke, Elizabeth | Call with M. Linder, R. Mason, J. Celentino, J. Boelter, M. Andolina, B. Warner, L. Baccash, D. Mayer, C. Binggeli, B. Whittman, A. Azer and N. Sochurek re local counsel update (1.5); Follow-up call with A. Azer re local counsel update (.1). | 1.6 | $848.00 |
| Local Council | 12/10/2020 | Taylor, Victor | Continue to work documenting the document upload process (1.8); review and analyze evidence documents (1.1). | 2.9 | $1,160.00 |
| Local Council | 12/10/2020 | Klauck, Sheila | Perform data validation on evidence and insurance information (1.3); review evidence for policy information (1.8). | 3.1 | $1,116.00 |
| Local Council | 12/11/2020 | Butterworth, Luke | Review and resolve data validation issues. | 0.5 | $115.00 |
| Local Council | 12/11/2020 | Taylor, Victor | Complete document production documentation. | 0.9 | $360.00 |
| Local Council | 12/11/2020 | Sochurek, Nicholas | Call with local council re insurance searching. | 0.5 | $247.50 |
| Local Council | 12/11/2020 | Klauck, Sheila | Review evidence for policy information. | 0.5 | $180.00 |
| Local Council | 12/11/2020 | Hanke, Elizabeth | Electronic communications with S. Klauck and N. Sochurek re certain policy assumptions and reporting (.1); draft notice proposal for local council and national coverage (.9). | 1.0 | $530.00 |
| Local Council | 12/14/2020 | Butterworth, Luke | Pull local council policies for specific local councils as requested by A.Azer. | 0.9 | $207.00 |
| Local Council | 12/14/2020 | Hanke, Elizabeth | Email communications with N. Sochurek, J. Celentino and S. Klauck re local council policy reports. | 0.3 | $159.00 |
| Local Council | 12/14/2020 | Klauck, Sheila | Review and respond to local council coverage questions (.4); update individual local council reports and upload to FTP link (.4); review and update local council policy records (.9). | 1.7 | $612.00 |
| Local Council | 12/14/2020 | Sochurek, Nicholas | Investigate local council coverage per A. Azer request (.7); emails with A. Azer re same (.3); review and revise local council insurance documents (3.5); emails with J. Celentino re local council policy reports (.2). | 4.7 | $2,326.50 |
| Local Council | 12/15/2020 | Sochurek, Nicholas | Research Hartford local council coverage. | 0.6 | $297.00 |
| Local Council | 12/15/2020 | Grehan, Julia | Read Local Council Memorandum. | 0.3 | $69.00 |
| Local Council | 12/15/2020 | Hanke, Elizabeth | Electronic chat and emails with N. Sochurek and S. Klauck re carrier spreadsheets and documents to be used by Haynes and Boone for negotiations. | 0.7 | $371.00 |
| Local Council | 12/16/2020 | Grehan, Julia | Work on INA coverage analysis for local councils. | 0.8 | $184.00 |
| Local Council | 12/16/2020 | Sochurek, Nicholas | Teams chats with V. Taylor and J. Grehan re INA policy analysis. | 0.3 | $148.50 |
| Local Council | 12/17/2020 | Grehan, Julia | Analyze INA SBL policies (.5); call with V. Taylor to discuss gaps in SBL policy numbers (.2). | 0.7 | $161.00 |
| Local Council | 12/17/2020 | Hanke, Elizabeth | Electronic communication with N. Sochurek, V. Taylor and S. Klauck re local council policy evidence organization and production. | 0.5 | $265.00 |
| Local Council | 12/17/2020 | Sochurek, Nicholas | Investigate other liability type policies. | 1.3 | $643.50 |
| Local Council | 12/17/2020 | Taylor, Victor | Review and analyze evidence documents (2.3); call with J. Grehan to discuss gaps in SBL policy numbers (.2). | 2.5 | $1,000.00 |

| | | | | | |
|---|---|---|---|---|---|
| Local Council | 12/18/2020 | Taylor, Victor | Meet with N. Sochurek and J. Grehan re INA policy analysis. | 0.3 | $120.00 |
| Local Council | 12/18/2020 | Sochurek, Nicholas | Call with V. Taylor and J. Grehan re INA policy analysis (.3); review same (.1). | 0.4 | $198.00 |
| Local Council | 12/18/2020 | Grehan, Julia | Meet with V. Taylor and N. Sochurek re INA policy analysis. | 0.3 | $69.00 |
| Local Council | 12/21/2020 | Sochurek, Nicholas | Review insurer policy evidence (.4); review status of insurance document coding (.2). | 0.6 | $297.00 |
| Local Council | 12/21/2020 | Monroe, Kelly | Review local council documents and code evidence into client database. | 0.5 | $90.00 |
| Local Council | 12/21/2020 | Taylor, Victor | Review insurer policy trend for potential evidence requests. | 0.9 | $360.00 |
| Local Council | 12/22/2020 | Sochurek, Nicholas | Emails with A. Azer re insurer policies. | 0.2 | $99.00 |
| Local Council | 12/22/2020 | Taylor, Victor | Review and process incoming evidence. | 0.8 | $320.00 |
| Local Council | 12/22/2020 | Hanke, Elizabeth | Email communications with A. Azer re local council requests (.1); review summary of SBL policy number analysis (.1). | 0.2 | $106.00 |
| Local Council | 12/23/2020 | Sochurek, Nicholas | Review insurer-produced evidence (.5); call with V. Taylor re local council policies (.2). | 0.7 | $346.50 |
| Local Council | 12/23/2020 | Taylor, Victor | Call with N. Sochurek re local council policies. | 0.2 | $80.00 |
| Local Council | 12/24/2020 | Hanke, Elizabeth | Research Direct Service councils. | 0.1 | $53.00 |
| Local Council | 12/24/2020 | Klauck, Sheila | Update local council policy listing. | 0.5 | $180.00 |
| Local Council | 12/26/2020 | Hanke, Elizabeth | Email exchange with L. Richardson re Direct Service councils history and claims. | 0.1 | $53.00 |
| Local Council | 12/28/2020 | Hanke, Elizabeth | Email communication with J. Celentino re summaries of local council coverage (.1); email communication with A. Azer re reporting assumptions (.1); review and revise summary of local council coverage (.4). | 0.6 | $318.00 |
| Local Council | 12/28/2020 | Butterworth, Luke | Review database orphan records and link to policies. | 1.1 | $253.00 |
| Local Council | 12/28/2020 | Sochurek, Nicholas | Discuss policy information for insurer with B. Parks (.2); prepare summary of policy information re same (.7); review and revise local council coverage matrix (.1); review local council insurance documents (.5); research status of Ambassador insolvency (.2). | 1.7 | $841.50 |
| Local Council | 12/28/2020 | Klauck, Sheila | Call with J. Grehan and K. Monroe re local council coverage summary for mediator. | 1.0 | $360.00 |
| Local Council | 12/28/2020 | Grehan, Julia | Work on local council coverage summary (.9); call with S. Klauck and K. Monroe re local council coverage summary for mediator (1.0) | 1.9 | $437.00 |
| Local Council | 12/28/2020 | Monroe, Kelly | Work on local council coverage summary query and report (2.9); call with J. Grehan and K. Monroe re local council coverage summary for mediator (1.0). | 3.9 | $702.00 |
| Local Council | 12/29/2020 | Minter, Matthew | Review local council documents for policy evidence. | 0.3 | $54.00 |
| Local Council | 12/29/2020 | Sochurek, Nicholas | Review policies produced by insurer. | 2.1 | $1,039.50 |
| Local Council | 12/30/2020 | Minter, Matthew | Review local council documents for policy evidence. | 0.6 | $108.00 |
| Local Council | 12/30/2020 | Butterworth, Luke | Review local council policy evidence. | 0.5 | $115.00 |
| Local Council | 12/30/2020 | Monroe, Kelly | Review local council evidence and code into client database. | 1.3 | $234.00 |
| Local Council | 12/30/2020 | Sochurek, Nicholas | Review insurer produced documents. | 1.1 | $544.50 |
| Local Council | 12/31/2020 | Butterworth, Luke | Review local council evidence for policy information for references. | 0.6 | $138.00 |
| Local Council | 12/31/2020 | Minter, Matthew | Review local council documents for policy evidence. | 0.9 | $162.00 |
| Local Council | 12/31/2020 | Sochurek, Nicholas | Review insurer produced policy evidence (.9); emails with C. Green and local council re insurer produced policy evidence (.6); review applicability of other liability policies (2.2). | 3.7 | $1,831.50 |
| Local Council Notice | 12/11/2020 | Sochurek, Nicholas | Discuss local council notice process with E. Hanke. | 0.4 | $198.00 |
| Local Council Notice | 12/11/2020 | Hanke, Elizabeth | Discuss local council notice process with N. Sochurek. | 0.4 | $212.00 |
| Local Council Notice | 12/15/2020 | Sochurek, Nicholas | Call with E. Hanke re local council notice process. | 0.4 | $198.00 |
| Local Council Notice | 12/15/2020 | Hanke, Elizabeth | Call with N. Sochurek re local council notice process (.4); revise notice memo in preparation for meeting with Wachtell Lipton (.2). | 0.6 | $318.00 |

| | | | | | |
|---|---|---|---|---|---|
| Local Council Notice | 12/16/2020 | Gwin, J. Lott | Discuss notice process with E. Hanke. | 0.2 | $54.00 |
| Local Council Notice | 12/16/2020 | Sochurek, Nicholas | Review local council notice questions (.2); call with J. Celentino, M. Stoner, and E. Hanke re notice process for local councils (1.0); follow-up call with E. Hanke re same (.3). | 1.5 | $742.50 |
| Local Council Notice | 12/16/2020 | Hanke, Elizabeth | Call with J. Celentino, M. Stoner, and N. Sochurek re notice process for Local councils (1.0); follow-up call with N. Sochurek re same (.3); review notice process with L. Gwin (.2). | 1.5 | $795.00 |
| Local Council Notice | 12/21/2020 | Hanke, Elizabeth | Email exchange with M. Linder re KCIC participation in providing local council notice. | 0.5 | $265.00 |
| Local Council Notice | 12/22/2020 | Gwin, J. Lott | Discuss notice correspondence database structure with S. Klauck (.5); review local council notice letter process memo (.3). | 0.8 | $216.00 |
| Local Council Notice | 12/22/2020 | Klauck, Sheila | Discuss notice correspondence database structure with L. Gwin. | 0.5 | $180.00 |
| Local Council Notice | 12/23/2020 | Gwin, J. Lott | Create and test access form for notice letter correspondence entry (2.5); create and test dashboard for notice letter correspondence tracking (.9); submit ticket to create linking table for correspondence and document tracking (.3); script and run view updates for access form (.4) | 4.1 | $1,107.00 |
| Local Council Notice | 12/29/2020 | Hanke, Elizabeth | Draft detailed plan for implementing notice to all local council carriers. | 1.0 | $530.00 |
| Local Council Notice | 12/31/2020 | Sochurek, Nicholas | Draft authorization letter template for local councils. | 0.7 | $346.50 |
| Retention | 12/22/2020 | Terrell, Jonathan | Review request for additional services (.6); discuss same with E. Hanke (.2). | 0.8 | $484.00 |
| Retention | 12/29/2020 | Terrell, Jonathan | Prepare for US Trustee call re KCIC retention scope with E. Hanke (.2); participate in call with H. McCollum, M. Linder, and E. Hanke re local counsel notice project (.2). | 0.4 | $242.00 |
| Retention | 12/29/2020 | Hanke, Elizabeth | Discuss KCIC retention scope with J. Terrell (.2); discuss KCIC retention scope with H. McCollum, M. Linder and J. Terrell (.2). | 0.4 | $212.00 |
| | | | **Total:** | **626.0** | **$209,046.50** |