## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

### NOTICE OF **SECOND AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 17, 2021, AT 10:00 A.M. (ET)

This hearing will be held telephonically and by video. All parties wishing to appear must do so telephonically by contacting COURTCALL, LLC at 866-582-6878 no later than February 17, 2021, at 8:30 a.m. (Eastern Time) to sign up.  Additionally, anyone wishing to appear by Zoom is invited to use the link below.  All parties that will be arguing or testifying must appear by Zoom and CourtCall.  Participants on CourtCall should dial into the call not later than 10 minutes prior to the start of the scheduled hearing to insure a proper connection.

PLEASE NOTE THAT THE MICROPHONES ON THE ZOOM MEETING WILL BE MUTED AND THE ONLY AUDIO WILL BE THROUGH COURTCALL

Topic: Boy Scouts of America
Time: February 17, 2021, at 10:00 a.m. Eastern Time (US and Canada)

Join ZoomGov Meeting
https://debuscourts.zoomgov.com/j/1607393350

Meeting ID: 160 739 3350
Passcode: 795631

Join by SIP
1607393350@sip.zoomgov.com

## MATTERS UNDER CERTIFICATION:

1.    Hartford and Century's Motion for Entry of an Order Authorizing Filing Under Seal of Certain Documents Relating to Hartford and Century's Motion for an Order (I) Authorizing

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] **Amended items appear in bold.**

Certain Rule 2004 Discovery and (II) Granting Leave from Local Rule 3007-1(f) to Permit the Filing of Substantive Omnibus Objections (D.I. 1973, Filed 1/22/21).

<u>Objection Deadline</u>:  February 5, 2021, at 4:00 p.m. (ET).

<u>Responses Received</u>:

a)    Informal comments from the Office of the United States Trustee.

<u>Related Pleadings</u>:

a)    Notice of Filing Revised Proposed Redacted Version of Hartford and Century's Motion for an Order (I) Authorizing Certain Rule 2004 Discovery and (II) Granting Leave from Local Rule 3007-1(f) to Permit the Filing of Substantive Omnibus Objections (D.I. 2007, Filed 2/2/21); and

b)    Certification of Counsel Regarding Hartford and Century's Motion for Entry of an Order Authorizing Filing Under Seal of Certain Documents Relating to Hartford and Century's Motion for an Order (I) Authorizing Certain Rule 2004 Discovery and (II) Granting Leave from Local Rule 3007-1(f) to Permit the Filing of Substantive Omnibus Objections (D.I. 2126, Filed 2/9/21).

<u>Status</u>:  A certification of counsel has been filed.  No hearing is necessary for this matter unless the Court has any questions.

2.    Debtors' Motion for Entry of an Order (I) Approving Neyrey Settlement Agreement and (II) Modifying the Automatic Stay, to the Extent Necessary, to Permit Payment of Settlement Amount by Applicable Insurance (D.I. 1986, Filed 1/27/21).

<u>Objection Deadline</u>:  February 10, 2021, at 4:00 p.m. (ET).

<u>Responses Received</u>:  None.

<u>Related Pleadings</u>:

a)    Certificate of No Objection Regarding the Debtors' Motion for Entry of an Order (I) Approving Neyrey Settlement Agreement and (II) Modifying the Automatic Stay, to the Extent Necessary, to Permit Payment of Settlement Amount by Applicable Insurance (D.I. 2172, Filed 2/11/21).

<u>Status</u>:  A certificate of no objection has been filed.  No hearing is necessary for this matter unless the Court has any questions.

MATTERS GOING FORWARD:

3.      [SEALED] Hartford and Century's Motion for an Order (I) Authorizing Certain Rule 2004
        Discovery and (II) Granting Leave from Local Rule 3007-1(f) to Permit the Filing of
        Substantive Omnibus Objections (D.I. 1971, Filed 1/22/21).

        Objection Deadline:  February 5, 2021, at 4:00 p.m. (ET).  Extended to February 15, 2021
        at 4:00 p.m. (ET) for the Law Office of Carmen L. Durso.

        Responses Received:

        a)      [SEALED] Objection of the Coalition of Abused Scouts for Justice to Hartford and
                Century's Motion for an Order (I) Authorizing Certain Rule 2004 Discovery, and
                (II) Granting Leave from Local Rule 3007-1(f) to Permit the Filing of Substantive
                Omnibus Objections (D.I. 2046, Filed 2/5/21);

        b)      [REDACTED] Objection of the Coalition of Abused Scouts for Justice to Hartford
                and Century's Motion for an Order (I) Authorizing Certain Rule 2004 Discovery,
                and (II) Granting Leave from Local Rule 3007-1(f) to Permit the Filing of
                Substantive Omnibus Objections [D.I. 1972] (D.I. 2048, Filed 2/5/21);

        c)      Statement of Interest Regarding Certain Discovery Motions (D.I. 2049, Filed
                2/5/21);

        d)      Bailey Cowan Heckaman PLLC's Joinder in the Objection of the Coalition of
                Abused Scouts for Justice to Hartford and Century's Motion for an Order (I)
                Authorizing Certain Rule 2004 Discovery, and (II) Granting Leave from Local Rule
                3007-1(f) to Permit the Filing of Substantive Omnibus Objections [D.I. 1972]
                (D.I 2054, Filed 2/5/21);

        e)      Objection, Joinder and Reservation of Rights of James Harris Law, PLLC to the
                Objection of Various Law Firms to Hartford and Century's Motion for an Order (I)
                Authorizing Certain Rule 2004 Discovery and (II) Granting Leave from Local Rule
                3007-1(f) to Permit the Filing of Substantive Omnibus Objections (D.I. 2059, Filed
                2/5/21);

        f)      Joinder of Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C. to the Objection
                of the Coalition of Abused Scouts for Justice to Hartford and Century's Motion for
                an Order (I) Authorizing Certain Rule 2004 Discovery and (II) Granting Leave
                from Local Rule 3007-1(f) to Permit the Filing of Substantive Omnibus Objections
                (D.I. 2061, Filed 2/5/21);

        g)      Claimant No. 40573's Objection to Hartford and Century's Motion for Entry of an
                Order (I) Authorizing Certain Rule 2004 Discovery and (II) Granting Leave from
                Local Rule 3007-1(f) to Permit the Filing of Substantive Omnibus Objections
                (D.I. 2066, Filed 2/5/21);

h)      Joinder by Various Child Sexual Abuse Tort Claimants, to the Objection of the
        Coalition of Abused Scouts for Justice to Hartford and Century's Motion for an
        Order (I) Authorizing Certain Rule 2004 Discovery, and (II) Granting Leave from
        Local Rule 3007-1(f) to Permit the Filing of Substantive Omnibus Objections
        [D.I 1972] (D.I. 2069, Filed 2/5/21);

i)      Joinder to the Coalition of Abused Scouts for Justice's Objection to Hartford and
        Century's Motion for an Order (I) Authorizing Certain Rule 2004 Discovery, and
        (II) Granting Leave from Local Rule 3007-1(f) to Permit the Filing of Substantive
        Omnibus Objections (D.I. 2077, Filed 2/5/21);

j)      Joinder by Claimant 55101 to the Coalition of Abused Scouts for Justice's
        Objection to Hartford and Century's Motion for an Order (I) Authorizing Certain
        Rule 2004 Discovery, and (II) Granting Leave from Local Rule 3007-1(f) to Permit
        the Filing of Substantive Omnibus Objections (D.I. 2079, Filed 2/5/21);

k)      Junell & Associates Joinder to the Objections of the Coalition of Abused Scouts for
        Justice to Hartford and Century's Motion for an Order (I) Authorizing Certain Rule
        2004 Discovery and (II) Granting Leave from Local Rule 3007-1(f) to Permit the
        Filing of Substantive Omnibus Objections [D.I. 1972] (D.I. 2081, Filed 2/5/21);

l)      Joinder by Timothy D. Kosnoff, Esquire to the Objection of the Coalition of Abused
        Scouts for Justice to Hartford and Century's Motion for an Order (I) Authorizing
        Certain Rule 2004 Discovery and (II) Granting Leave from Local Rule 3007-1(f)
        to Permit the Filing of Substantive Omnibus Objections (D.I. 2082, Filed 2/5/21);

m)      Objection of Schneider Wallace Cottrell Konecky, on behalf of Claimants 18867,
        43995, and 50263, to Hartford and Century's Motion for an Order (I) Authorizing
        Certain Rule 2004 Discovery, and (II) Granting Leave from Local Rule 3007-1(f)
        to Permit the Filing of Substantive Omnibus Objections [D.I. 1972] (D.I. 2085,
        Filed 2/5/21);

n)      [WITHDRAWN] PCVA Claimants' Objections to Hartford and Century's Request
        for Rule 2004 Examinations (D.I. 2088, Filed 2/5/21);

o)      Joinder of Schneider Wallace Cottrell Konecky, on behalf of Claimants 18867,
        43995, and 50263, in the Objection of Coalition of Abused Scouts for Justice to
        Hartford and Century's Motion for an Order (I) Authorizing Certain Rule 2004
        Discovery, and (II) Granting Leave from Local Rule 3007-1(f) to Permit the Filing
        of Substantive Omnibus Objection (D.I. 2089, Filed 2/5/21);

p)      Napoli Shkolnik PLLC's Opposition to Hartford and Century's Motions for (1) an
        Order (I) Authorizing Certain Rule 2004 Discovery, and (II) Granting Leave from
        Local Rule 3007-1(f) to Permit the Filing of Substantive Omnibus Objections and

(2) Insurers' Motion for an Order Authorizing Rule 2004 Discovery of Certain Proofs of Claim (D.I. 2090, Filed 2/5/21);

q)      [WITHDRAWN] Crew Janci Claimants' Objection to Hartford and Century's Motion for an Order (I) Authorizing Certain Rule 2004 Discovery and (II) Granting Leave from Local Rule 3007-1(f) to Permit the Filing of Substantive Omnibus Objections (D.I. 2092, Filed 2/5/21);

r)      [Corrected] Joinder by Timothy D. Kosnoff, Esquire to the Objection of the Coalition of Abused Scouts for Justice to Hartford and Century's Motion for an Order (I) Authorizing Certain Rule 2004 Discovery and (II) Granting Leave from Local Rule 3007-1(f) to Permit the Filing of Substantive Omnibus Objections (D.I. 2094, Filed 2/5/21);

s)      Corrected Objection of Steven C. Babin, Jr. and Babin Law, LLC to Insurers' Motion for an Order Authorizing Rule 2004 Discovery of Certain Proofs of Claims [D.I. 1974] and Joinder to the Objection of the Coalition of Abused Scouts for Justice to Insurers' Motion for an Order Authorizing Rule 2004 Discovery of Certain Proofs of Claims [DK 2046] (D.I. 2098, Filed 2/5/21);

t)      Joinder by Claimant No. 5502 to PCVA Claimants' Objections to Hartford and Century's Request for Rule 2004 Examinations (D.I. 2099, Filed 2/5/21);

u)      Joinder by Claimant Nos. 26704, 31245, 31384, 35542 and 41005 to PCVA Claimants' Objections to Hartford and Century's Request for 2004 Examinations (D.I. 2100, Filed 2/5/21);

v)      Joinder of Marc J. Bern & Partners LLP to the Objection of the Coalition of Abused Scouts for Justice to Hartford and Century's Motion for an Order (I) Authorizing Certain Rule 2004 Discovery, and (II) Granting Leave from Local Rule 3007-1(f) to Permit the Filing of Substantive Omnibus Objections [D.I. 1972] (D.I. 2101, Filed 2/5/21);

w)      Merson Law Claimant's Joinder to PCVA Claimants' Objections to Hartford and Century's Request for Rule 2004 Examinations (D.I. 2107, Filed 2/6/21);

x)      Porter & Malouf, P.A.'s Joinder in the Objection of the Coalition of Abused Scouts for Justice to Hartford and Century's Motion for an Order (I) Authorizing Certain Rule 2004 Discovery, and (II) Granting Leave from Local Rule 3007-1(f) to Permit the Filing of Substantive Omnibus Objections [D.I. 1972] (D.I. 2108, Filed 2/6/21);

y)      Supplement to Objection of the Coalition of Abused Scouts for Justice to Hartford and Century's Motion for an Order (I) Authorizing Certain Rule 2004 Discovery, and (II) Granting Leave from Local Rule 3007-1(f) to Permit the Filing of Substantive Omnibus Objections [D.I. 1972] (D.I. 2184, Filed 2/11/21); and

z)    Objection of John Doe No. 59969 to Hartford and Century's Motion for an Order (I) Authorizing Certain Rule 2004 Discovery and (II) Granting Leave from Local Rule 3007-1(f) to Permit the Filing of Substantive Omnibus Objections (D.I. 2217, Filed 2/16/21).

Related Pleadings:

a)    [REDACTED] Hartford and Century's Motion for an Order (I) Authorizing Certain Rule 2004 Discovery and (II) Granting Leave from Local Rule 3007-1(f) to Permit the Filing of Substantive Omnibus Objections (D.I. 1972, Filed 1/22/21);

b)    Joinder by Agricultural Insurance Company to Hartford and Century's Motion for an Order (I) Authorizing Certain Rule 2004 Discovery and (II) Granting Leave from Local Rule 3007-1(f) to Permit the Filing of Substantive Omnibus Objections (D.I. 1979, Filed 1/25/21);

c)    Notice of Filing Revised Proposed Redacted Version of Hartford and Century's Motion for an Order (I) Authorizing Certain Rule 2004 Discovery and (II) Granting Leave from Local Rule 3007-1(f) to Permit the Filing of Substantive Omnibus Objections (D.I. 2007, Filed 2/2/21);

d)    Joinder by Travelers Casualty and Surety Company, Inc. (FKA Aetna Casualty & Surety Company), St. Paul Surplus Line Insurance Company and Gulf Insurance Company to Hartford and Century's Motion for an Order (I) Authorizing Certain Rule 2004 Discovery and (II) Granting Leave from Local Rule 3007-1(f) to Permit the Filing of Substantive Omnibus Objections (D.I. 2008, Filed 2/2/21);

e)    [SEALED] Hartford and Century's Motion for an Order (I) Authorizing Certain Rule 2004 Discovery and (II) Granting Leave from Local Rule 3007-1(f) to Permit the Filing of Substantive Omnibus Objections (D.I. 2009, Filed 2/2/21);

f)    The Allianz Insurers' Joinder to (A) Hartford and Century's Motion for an Order (I) Authorizing Certain Rule 2004 Discovery and (II) Granting Leave from Local Rule 3007-1(f) to Permit the Filing of Substantive Omnibus Objections and (B) Insurers' Motion for an Order Authorizing Rule 2004 Discovery of Certain Proofs of Claim (D.I. 2026, Filed 2/3/21);

g)    Joinder by the Continental Insurance Company to Hartford and Century's Motion for an Order (I) Authorizing Certain Rule 2004 Discovery and (II) Granting Leave from Local Rule 3007-1(f) to Permit the Filing of Substantive Omnibus Objections (D.I. 2065, Filed 2/5/21);

h)    AIG's Joinder to Hartford and Century's Motion for an Order (I) Authorizing Certain Rule 2004 Discovery and (II) Granting Leave from Local Rule 3007-1(f) to Permit the Filing of Substantive Omnibus Objections (D.I. 2070, Filed 2/5/21);

i)     Joinder by General Star Indemnity Company to Hartford & Century's Motion for an Order (I) Authorizing Certain Rule 2004 Discovery and (II) Granting Leave from Local Rule 3007-1(f) to Permit the Filing of Substantive Omnibus Objections (D.I. 2136, Filed 2/10/21);

j)     Joinder of Liberty Mutual Insurance Company to (A) Hartford and Century's Motion for an Order (I) Authorizing Certain Rule 2004 Discovery and (II) Granting Leave from Local Rule 3007-1(f) to Permit the Filing of Substantive Omnibus Objections; and (B) Insurers' Motion for an Order Authorizing Rule 2004 Discovery of Certain Proofs of Claim (D.I. 2168, Filed 2/11/21);

k)     Reply in Support of Hartford and Century's Motion for an Order (I) Authorizing Certain Rule 2004 Discovery and (II) Granting Leave from Local Rule 3007-1(f) to Permit the Filing of Substantive Omnibus Objections (D.I. 2169, Filed 2/11/21);

l)     Notice of Withdrawal of the Crew Janci Claimants' Objection to Hartford and Century's Motion for an Order (I) Authorizing Certain Rule 2004 Discovery and (II) Granting Leave from Local Rule 3007-1(f) to Permit the Filing of Substantive Omnibus Objections (D.I. 2205, Filed 2/16/21);

m)     Notice of Withdrawal of PCVA Claimants' Objections to Hartford and Century's Request for Rule 2004 Examinations (D.I. 2212, Filed 2/16/21); and

**n)     Notice of Filing Revised Exhibit C to Hartford and Century's Motion for an Order (I) Authorizing Certain Rule 2004 Discovery and (II) Granting Leave From Local Rule 3007-1(f) to Permit the Filing of Substantive Omnibus Objections (D.I. 2224, Filed 2/16/21).**

Status:  This matter is going forward.  Hartford intends to call Dr. Denise Neumann Martin as a witness for this matter.  Dr. Martin will be testifying from Tampa, Florida.

4.     [SEALED] Insurers' Motion for an Order Authorizing Rule 2004 Discovery of Certain Proofs of Claims (D.I. 1974, Filed 1/22/21).

Objection Deadline:  February 5, 2021, at 4:00 p.m. (ET).

Responses Received:

a)     Objection of the Coalition of Abused Scouts for Justice to Insurers' Motion for an Order Authorizing Rule 2004 Discovery of Certain Proofs of Claim [D.I. 1974] (D.I. 2043, Filed 2/5/21);

b)     Statement of Interest Regarding Certain Discovery Motions (D.I. 2049, Filed 2/5/21);

c)      Objection of Bailey Cowan Heckaman PLLC to Insurers' Motion for an Order Authorizing Rule 2004 Discovery of Certain Proofs of Claim [D.I. 1974] (D.I. 2053, Filed 2/5/21);

d)      Objection, Joinder and Reservation of Rights of James Harris Law, PLLC to the Objection of Various Law Firms to Insurers' Motion for an Order Authorizing Rule 2004 Discovery of Certain Proofs of Claim (D.I. 2060, Filed 2/5/21);

e)      Joinder of Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C. to the Objection of the Coalition of Abused Scouts for Justice to the Insurers' Motion for an Order Authorizing Rule 2004 Discovery of Certain Proofs of Claim (D.I. 2062, Filed 2/5/21);

f)      Joinder by Various Child Sexual Abuse Tort Claimants to the Objection of the Coalition of Abused Scouts for Justice to Insurers' Motion for an Order Authorizing Rule 2004 Discovery of Certain Proofs of Claim [D.I. 1974] (D.I. 2074, Filed 2/5/21);

g)      Objection of Timothy D. Kosnoff, Esquire to Insurers' Motion for an Order Authorizing Rule 2004 Discovery of Certain Proofs of Claim (D.I. 2076, Filed 2/5/21);

h)      Joinder of Krause and Kinsman to the Coalition of Abused Scouts for Justice Objection to Insurers' Motion for an Order Authorizing Rule 2004 Discovery of Certain Proofs of Claim [D.I. 1974] (D.I. 2078, Filed 2/5/21);

i)      Junell & Associates, PLLC's Joinder to the Objections of the Coalition of Abused Scouts for Justice to Insurers' Motion for an Order Authorizing Rule 2004 Discovery of Certain Proofs of Claim [D.I. 1974] (D.I. 2084, Filed 2/5/21);

j)      [SEALED] Objection of Andrews & Thornton, Attorneys at Law and Ask LLP to Insurers' Motion for an Order Authorizing Rule 2004 Discovery (D.I. 2086, Filed 2/5/21);

k)      Joinder of Timothy D. Kosnoff, Esquire to the Objection of the Coalition of Abused Scouts for Justice to the Insurers' Motion for an Order Authorizing Rule 2004 Discovery of Certain Proofs of Claim (D.I. 2087, Filed 2/5/21);

l)      Napoli Shkolnik PLLC's Opposition to Hartford and Century's Motions for (1) an Order (I) Authorizing Certain Rule 2004 Discovery, and (II) Granting Leave from Local Rule 3007-1(f) to Permit the Filing of Substantive Omnibus Objections and (2) Insurers' Motion for an Order Authorizing Rule 2004 Discovery of Certain Proofs of Claim (D.I. 2090, Filed 2/5/21);

m)    Joinder of Slater Slater Schulman LLP to the Objection of the Coalition of Abused Scouts for Justice to Insurers' Motion for an Order Authorizing Rule 2004 Discovery of Certain Proofs of Claim (D.I. 2091, Filed 2/5/21);

n)    Joinder by D. Miller & Associates PLLC to the Objection of the Coalition of Abused Scouts for Justice to Insurers' Motion for an Order Authorizing Rule 2004 Discovery of Certain Proofs of Claim (D.I. 2093, Filed 2/5/21);

o)    [REDACTED] Objection of Andrews & Thornton, Attorneys at Law and Ask LLP to Insurers' Motion for an Order Authorizing Rule 2004 Discovery (D.I. 2095, Filed 2/5/21);

p)    Corrected Objection of Steven C. Babin, Jr. and Babin Law, LLC to Insurers' Motion for an Order Authorizing Rule 2004 Discovery of Certain Proofs of Claims [D.I. 1974] and Joinder to the Objection of the Coalition of Abused Scouts for Justice to Insurers' Motion for an Order Authorizing Rule 2004 Discovery of Certain Proofs of Claims [DK 2046] (D.I. 2098, Filed 2/5/21);

q)    Objection of Marc J. Bern & Partners LLP to Insurers' Motion for an Order Authorizing Rule 2004 Discovery of Certain Proofs of Claim [D.I. 1974] (D.I. 2102, Filed 2/5/21);

r)    Joinder by Andrus Wagstaff, PC to the Objection of the Coalition of Abused Scouts for Justice to the Insurers' Motion for an Order Authorizing Rule 2004 Discovery of Certain Proofs of Claims (D.I. 2117, Filed 2/8/21);

s)    Motion of the Coalition of Abused Scouts for Justice to File Sur-Reply to Insurers' Reply Brief in Support of Motion for an Order Authorizing Rule 2004 Discovery of Certain Proofs of Claim (D.I. 2196, Filed 2/15/21).

Related Pleadings:

a)    [REDACTED] Insurers' Motion for an Order Authorizing Rule 2004 Discovery of Certain Proofs of Claim (D.I. 1975, Filed 1/22/21);

b)    Notice of Filing Revised Proposed Redacted Version of Insurers' Motion for an Order Authorizing Rule 2004 Discovery of Certain Proofs of Claim (D.I. 2022, Filed 2/3/21);

c)    The Allianz Insurers' Joinder to (A) Hartford and Century's Motion for an Order (I) Authorizing Certain Rule 2004 Discovery and (II) Granting Leave from Local Rule 3007-1(f) to Permit the Filing of Substantive Omnibus Objections and (B) Insurers' Motion for an Order Authorizing Rule 2004 Discovery of Certain Proofs of Claim (D.I. 2026, Filed 2/3/21);

d)      AIG'S Joinder to Insurers' Motion for an Order Authorizing Rule 2004 Discovery of Certain Proofs of Claim (D.I. 2114, Filed 2/8/21);

e)      Joinder of Liberty Mutual Insurance Company to (A) Hartford and Century's Motion for an Order (I) Authorizing Certain Rule 2004 Discovery and (II) Granting Leave from Local Rule 3007-1(f) to Permit the Filing of Substantive Omnibus Objections; and (B) Insurers' Motion for an Order Authorizing Rule 2004 Discovery of Certain Proofs of Claim (D.I. 2168, Filed 2/11/21);

f)      [SEALED] Reply to Motion for 2004 Discovery (D.I. 2171, Filed 2/11/21);

g)      Declaration of Andrew Kirschenbaum in Support of Insurers' Reply Brief in Support of Motion for an Order Authorizing Rule 2004 Discovery of Certain Proofs of Claim [D.I. 1974, Revised Public Version D.I. 2022] (D.I. 2173, Filed 2/11/21);

h)      Supplemental Declaration of Paul J. Hinton (D.I. 2174, Filed 2/11/21);

i)      [SEALED] Declaration in Support of Erich J. Speckin (D.I. 2175, Filed 2/11/21);

j)      [SEALED] Declaration in Support of Charles Fox (D.I. 2177, Filed 2/11/21);

k)      Insurers' Reply Brief in Support of Motion for an Order Authorizing Rule 2004 Discovery of Certain Proofs of Claim [D.I. 1974, Revised Public Version of D.I. 2022] (D.I. 2180, Filed 2/11/21);

t)      Timothy D. Kosnoff, Esquire's Motion to Strike Insurers' Reply Brief in Support of Motion for an Order Authorizing Rule 2004 Discovery of Certain Proofs of Claim [D.I. 2180] (D.I. 2204, Filed 2/16/21)**; and**

u)      **Declaration of Larry F. Stewart (D.I. 2232, Filed 2/16/21).**

Status:  This matter is going forward.  Declarants for this matter will be present at the hearing and available for cross examination.

5.      Insurers' Motion for Entry of an Order Authorizing Filing Under Seal Portions of Certain Documents Relating to Insurers' Motion for an Order Authorizing Rule 2004 Discovery of Certain Proofs of Claim (D.I. 1976, Filed 1/22/21).

Objection Deadline:  February 5, 2021, at 4:00 p.m. (ET).

Responses Received:  None.

Related Pleadings:

a)      Notice of Filing Revised Proposed Redacted Version of Insurers' Motion for an Order Authorizing Rule 2004 Discovery of Certain Proofs of Claim (D.I. 2022, Filed 2/3/21).

Status:  This matter is going forward.

6.      Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fire Insurance Company's Motion to Compel Abused in Scouting and Kosnoff Law PLLC to Submit Rule 2019 Disclosures (D.I. 2028, Filed 2/3/21).

Objection Deadline:  February 10, 2021, at 4:00 p.m. (ET).

Responses Received:

a)      Kosnoff Law's Omnibus Objection to Hartford's and Century's Motions to Compel (D.I. 2142, Filed 2/10/21); and

b)      Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C.'s Omnibus Response to (I) Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fir Insurance Company's Motion to Compel Abused in Scouting Andkosnoff Law PLLC to Submit Rule 2019 Disclosures and (II) Century's Motion to Compel Abused in Scouting, Kosnoff Law PLLC, and the Coalition to Submit the Disclosures Required by Federal Rule of Bankruptcy Procedure 2019 (D.I. 2143, Filed 2/10/21).

Related Pleadings:

a)      Reply in Support of Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fire Insurance Company's Motion to Compel Abused in Scouting and Kosnoff Law PLLC to Submit Rule 2019 Disclosures (D.I. 2170, Filed 2/11/21); and

b)      Joinder by Travelers Casualty and Surety Company, Inc. (FKA Aetna Casualty & Surety Company), St. Paul Surplus Line Insurance Company and Gulf Insurance Company to Hartford's Motion to Compel Abused in Scouting and Kosnoff Law PLLC to Submit Rule 2019 Disclosures (D.I. 2181, Filed 2/11/21).

Status:  This matter is going forward.

7.      Century's Motion to Compel Ichor Consulting, LLC to Submit the Disclosures Required by Federal Rule of Bankruptcy Procedure 2019 (D.I. 2029, Filed 2/3/21).

Objection Deadline:  February 10, 2021, at 4:00 p.m. (ET).

<u>Responses Received</u>:  None.

<u>Related Pleadings</u>:

a)      Joinder by Agricultural Insurance Company to Century's Motion to Compel Ichor Consulting, LLC to Submit the Disclosures Required by Federal Rule of Bankruptcy Procedure 2019 (<u>D.I. 2132</u>, Filed 2/10/21);

b)      Joinder, Response and Objection to Century's Motion to Compel Ichor Consulting, LLC to Submit the Disclosures Required by Federal Rule of Bankruptcy Procedure 2019 (<u>D.I. 2144</u>, Filed 2/10/21);

c)      Joinder by Travelers Casualty and Surety Company, Inc. (FKA Aetna Casualty & Surety Company), St. Paul Surplus Line Insurance Company and Gulf Insurance Company to Century's Motion to Compel Ichor Consulting, LLC to Submit the Disclosures Required by Federal Rule of Bankuptcy Procedure 2019 (<u>D.I. 2182</u>, Filed 2/11/21);

d)      Century's Reply in Support of Its Motion to Compel Ichor Consulting, LLC to Submit the Disclosures Required by Federal Rule of Bankruptcy Procedure 2019 (<u>D.I. 2198</u>, Filed 2/15/21); and

e)      Corrected Response to Century's Motion to Compel Ichor Consulting, LLC to Submit the Disclosures Required by Federal Rule of Bankruptcy Procedure 2019 (<u>D.I. 2208</u>, Filed 2/12/21).

<u>Status</u>:  This matter is going forward.  **Ichor Consulting LLC may call J. Chad Edwards, Esquire, as a witness, if necessary.**

8.      Century's Motion to Compel Abused In Scouting, Kosnoff Law PLLC, and the Coalition to Submit the Disclosures Required by Federal Rule of Bankruptcy Procedure 2019 (<u>D.I. 2030</u>, Filed 2/3/21).

<u>Objection Deadline</u>:  February 10, 2021, at 4:00 p.m. (ET).

<u>Responses Received</u>:

a)      Limited Objection of the Coalition of Abused Scouts for Justice to Century's Motion to Compel [D.I. 2030] (<u>D.I. 2135</u>, Filed 2/10/21);

b)      Kosnoff Law's Omnibus Objection to Hartford's and Century's Motions to Compel (<u>D.I. 2142</u>, Filed 2/10/21); and

    c)      Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C.'s Omnibus Response to (I) Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fir Insurance Company's Motion to Compel Abused in Scouting Andkosnoff Law PLLC to Submit Rule 2019 Disclosures and (II) Century's Motion to Compel Abused in Scouting, Kosnoff Law PLLC, and the Coalition to Submit the Disclosures Required by Federal Rule of Bankruptcy Procedure 2019 (D.I. 2143, Filed 2/10/21).

Related Pleadings:

    a)      Joinder by Travelers Casualty and Surety Company, Inc. (FKA Aetna Casualty & Surety Company), St. Paul Surplus Line Insurance Company and Gulf Insurance Company to Century's Motion to Compel Abused in Scouting and Kosnoff Law PLLC and the Coalition to Submit the Disclosures Required by Federal Rule of Bankruptcy Procedure 2019 (D.I. 2183, Filed 2/11/21).

Status:  This matter is going forward.

9.      Motion of Andrews & Thornton, Attorneys at Law and ASK LLP for Entry of an Order Authorizing Filing under Seal of their Objection to Insurers' Rule 2004 Motion (D.I. 2083, Filed 2/5/21).

Objection Deadline:  Objections may be presented at the hearing.

Responses Received:  None.

Related Pleadings:

    a)      [SEALED] Objection of Andrews & Thornton, Attorneys at Law and ASK LLP to Insurers Motion for an Order Authorizing Rule 2004 Discovery (D.I. 2086, Filed 2/5/21).

    b)      [REDACTED] Objection of Andrews & Thornton, Attorneys at Law and Ask LLP to Insurers' Motion for an Order Authorizing Rule 2004 Discovery (D.I. 2095, Filed 2/5/21).

Status:  This matter is going forward.

10.    Motion of the Coalition of Abused Scouts for Justice to File Sur-Reply to Insurers' Reply Brief in Support of Motion for an Order Authorizing Rule 2004 Discovery of Certain Proofs of Claim (D.I. 2196, Filed 2/15/21).

Objection Deadline: Objections may be presented at the hearing.

Responses Received:  None.

Related Pleadings:

a)      Joinder by D. Miller & Associates PLLC to the Coalition's Motion to File Sur-Reply and Proposed Sur-Reply in Support of the Objection of the Coalition of Abused Scouts for Justice to Insurers' Motion for an Order Authorizing Rule 2004 Discovery of Certain Proofs of Claim (D.I. 2197, Filed 2/15/21);

b)      Joinder of Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C. to Motion of the Coalition of Abused Scouts for Justice to File Sur-Reply to Insurers' Motion for an Order Authorizing Rule 2004 Discovery of Certain Proofs of Claim (D.I. 2201, Filed 2/16/21); and

c)      Joinder of Timothy D. Kosnoff, Esquire to Motion of the Coalition of Abused Scouts for Justice to File Sur-Reply to Insurers' Motion for an Order Authorizing Rule 2004 Discovery of Certain Proofs of Claim (D.I. 2207, Filed 2/16/21).

Status: This matter is going forward.

11.     Timothy D. Kosnoff, Esquire's Motion to Strike Insurers' Reply Brief in Support of Motion for an Order Authorizing Rule 2004 Discovery of Certain Proofs of Claim [D.I. 2180] (D.I. 2204, Filed 2/16/21);

Objection Deadline: Objections may be presented at the hearing.

Responses Received:

a)      **Insurers' Opposition to Timothy Kosnoff's Request for Leave to File a (I) Motion to Strike Insurers' Reply Brief in Support of Motion for an Order Authorizing Rule 2004 Discovery of Certain Proofs of Claim; (II) Sur-Reply in Support of Objection to Insurers' Motion for an Order Authorizing Rule 2004 Discovery of Certain Proofs of Claim [D.I. 2204, 22014-1] (D.I. 2230, Filed 2/16/21).**

Related Pleadings: None.

Status: This matter is going forward.

12.     Insurers' Motion for Entry of an Order Authorizing Filing Under Seal Certain Documents Relating to Insurers' Reply Brief in Support of Motion for an Order Authorizing Rule 2004 Discovery of Certain Proofs of Claim [D.I. 1974, Revised Public Version D.I. 2022] (D.I. 2211, Filed 2/16/21).

Objection Deadline: Objections may be presented at the hearing.

Responses Received:  None.

Related Pledgings: None.

Status: This matter is going forward.

FEE APPLICATIONS

13.    Third Interim Fee Application Hearing.

Responses Received:  See attached Exhibit A.

Related Pleadings:  See attached Exhibit A.

Status:  This matter is going forward.

Dated:    February 17, 2021          MORRIS, NICHOLS, ARSHT & TUNNELL LLP
          Wilmington, Delaware

                                      /s/ Paige N. Topper
                                      Derek C. Abbott (No. 3376)
                                      Andrew R. Remming (No. 5120)
                                      Eric W. Moats (No. 6441)
                                      Paige N. Topper (No. 6470)
                                      1201 North Market Street, 16th Floor
                                      P.O. Box 1347
                                      Wilmington, Delaware 19899-1347
                                      Telephone:  (302) 658-9200
                                      Email:  dabbott@morrisnichols.com
                                              aremming@morrisnichols.com
                                              emoats@morrisnichols.com
                                              ptopper@morrisnichols.com

                                      – and –

                                      **WHITE & CASE LLP**
                                      Jessica C. Lauria (admitted *pro hac vice*)
                                      1221 Avenue of the Americas
                                      New York, New York 10020
                                      Telephone:  (212) 819-8200
                                      Email:  jessica.lauria@whitecase.com

                                      – and –

                                      **WHITE & CASE LLP**
                                      Michael C. Andolina (admitted *pro hac vice*)
                                      Matthew E. Linder (admitted *pro hac vice*)
                                      111 South Wacker Drive
                                      Chicago, Illinois 60606

-15-

Telephone:  (312) 881-5400
Email: mandolina@whitecase.com
        mlinder@whitecase.com

*Counsel for the Debtors and Debtors in Possession*