**<u>Exhibit B</u>**

**Phase 2 Fees and Expense Itemization**



**FILE COPY ONLY – BILL
SUBMITTED ELECTRONICALLY
DO NOT SUBMIT TO CLIENT
UNLESS EXPRESSLY
REQUESTED BY CLIENT**

January 27, 2021

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:  (864) 241-1908
www.ogletreedeakins.com

Robyn Jungers
The Boy Scouts of America
Legal Department
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2049

PERSONAL AND CONFIDENTIAL

Bill #  90360898
Client.Matter #  047657.000013

**Re:   BSA General Defense - Bankruptcy (Billiable)**

For professional services rendered through December 31, 2020, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Fees ........................................................................................................................$6,884.50
Expenses....................................................................................................................$0.00

**Total Due This Bill................................................................................................$6,884.50**

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington



Page 2
01/27/21
Bill No. 90360898
047657.000013-BAG



Robyn Jungers
The Boy Scouts of America
Legal Department
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2049

**Re:  BSA General Defense - Bankruptcy (Billiable)**

For professional services rendered through December 31, 2020

| Date | Initials | Stage | Description | Hours | Amount |
|---|---|---|---|---|---|
| 12/01/20 | BAG | PHASE2 | Review/revise 8th interim fee application and related review of invoices to be submitted. | 1.00 | 640.00 |
| 12/01/20 | KAD | PHASE2 | Work on and prepare Ogletree's 8th Monthly Fee Application and invoices. | 2.30 | 437.00 |
| 12/01/20 | KAD | PHASE2 | Email exchange with Eric Moats regarding time range for third interim fee application. | 0.10 | 19.00 |
| 12/01/20 | KAD | PHASE2 | Work on Ogletree's Third Interim Fee Application. | 0.30 | 57.00 |
| 12/02/20 | SEM | PHASE2 | Extensive email discussion with BSA and New Jersey defense counsel regarding P.M.C. case and billing details for the same. | 0.40 | 178.00 |
| 12/02/20 | KAD | PHASE2 | Email exchange with Anna Kutz and Robyn Jungers regarding Chubb claim number for P.M.C. lawsuit and handling of defense counsel's invoices for same. | 0.20 | 38.00 |
| 12/02/20 | KAD | PHASE2 | Continue working on Ogletree's Third Interim Fee Application. | 5.50 | 1,045.00 |
| 12/02/20 | KAD | PHASE2 | Email Eric Moats regarding date range for Third Interim Fee Application. | 0.10 | 19.00 |
| 12/03/20 | KAD | PHASE2 | Email Eric Moats regarding Ogletree's 8th Monthly Fee Application. | 0.10 | 19.00 |



| Date | Initials | Stage | Description | Hours | Amount |
|---|---|---|---|---|---|
| 12/03/20 | KAD | PHASE2 | Finalize Ogletree's 8th Monthly Fee Application. | 0.20 | 38.00 |
| 12/04/20 | KAD | PHASE2 | Email exchange with Yesmy Romero regarding billing information and process for various New York claims. | 0.20 | 38.00 |
| 12/07/20 | BAG | PHASE2 | Complete work on and revisions to third interim fee application. | 0.50 | 320.00 |
| 12/07/20 | KAD | PHASE2 | Email Eric Moats regarding Ogletree's Third Interim Fee Application. | 0.10 | 19.00 |
| 12/07/20 | KAD | PHASE2 | Finalize Ogletree's 3rd Interim Fee Application. | 0.50 | 95.00 |
| 12/08/20 | BAG | PHASE2 | Review and revise third interim fee application and work on completion of same. | 0.50 | 320.00 |
| 12/08/20 | SEM | PHASE2 | Email to White and Case seeking information on the addition of German May to the list of BSA Ordinary Course Professionals for their new assignment of the McGraw case in Missouri. | 0.10 | 44.50 |
| 12/08/20 | KAD | PHASE2 | Email exchange with Eric Moats regarding changes made to Ogletree's 3rd interim fee application. | 0.20 | 38.00 |
| 12/08/20 | KAD | PHASE2 | Analyze changes made by Eric Moats to Ogletree's 3rd interim fee application. | 0.50 | 95.00 |
| 12/08/20 | KAD | PHASE2 | Revise Ogletree's 3rd interim fee application based on comments from Eric Moats. | 0.50 | 95.00 |
| 12/08/20 | KAD | PHASE2 | Receive telephone call from Nicole Liberatore regarding billing process and available coverage for all NY matters assigned to Melick & Porter. | 0.20 | 38.00 |
| 12/08/20 | KAD | PHASE2 | Email exchange with Lynn Richardson regarding year-end invoices. | 0.10 | 19.00 |
| 12/09/20 | KAD | PHASE2 | Email exchange with Lynn | 0.20 | 38.00 |



| Date | Initials | Stage | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | Richardson regarding end-of-year invoices email to all defense counsel. | | |
| 12/09/20 | KAD | PHASE2 | Draft language for email to all defense counsel regarding end-of-year invoices. | 0.50 | 95.00 |
| 12/09/20 | KAD | PHASE2 | Conference call with Lynn Richardson and Robyn Jungers regarding end-of-year invoice email to defense counsel. | 0.20 | 38.00 |
| 12/09/20 | KAD | PHASE2 | Review and submit Epic invoice for processing and payment. | 0.10 | 19.00 |
| 12/10/20 | SEM | PHASE2 | Review 56 page Fee Examiners Initial Report Regarding First and Second Quarterly Fee Applications of Ogletree, Deakins to determine areas of concern with billing entries for better service to client and trustee. | 0.50 | 222.50 |
| 12/10/20 | KAD | PHASE2 | Email exchange with Lynn Richardson regarding end-of-year invoice email to defense counsel. | 0.20 | 38.00 |
| 12/10/20 | KAD | PHASE2 | Begin compiling billing information and instructions for New York claims assigned to Melick & Porter and prepare a report of same. | 0.50 | 95.00 |
| 12/11/20 | BAG | PHASE2 | Telephone conference with Justin Ricky regarding fee application. | 0.30 | 192.00 |
| 12/11/20 | SEM | PHASE2 | Email exchange with Ohio defense counsel and BSA regarding billing and file matters for new J.T. case. | 0.30 | 133.50 |
| 12/11/20 | KAD | PHASE2 | Email exchanges with Robyn Jungers and Lynn Richardson regarding end-of-year invoice and sending email regarding same to all defense counsel. | 0.20 | 38.00 |
| 12/11/20 | KAD | PHASE2 | Email all defense counsel regarding deadline for submission of 2020 invoices per Lynn Richardson's request. | 0.40 | 76.00 |
| 12/11/20 | KAD | PHASE2 | Email exchange with Michael | 0.20 | 38.00 |



| Date | Initials | Stage | Description | Hours | Amount |
|------|----------|-------|-------------|-------|--------|
| | | | Mazurczak regarding outstanding invoices and where to submit same. | | |
| 12/11/20 | KAD | PHASE2 | Finish compiling billing information and instructions for New York claims assigned to Melick & Porter and prepare a report of same. | 1.00 | 190.00 |
| 12/11/20 | KAD | PHASE2 | Conduct first review/analysis of billing entries for inclusion in Ogletree's Ninth Monthly Fee Application. | 4.10 | 779.00 |
| 12/14/20 | KAD | PHASE2 | Email exchanges with Kayron Headley regarding process and instructions on how to submit invoices for Robert Levine lawsuit. | 0.20 | 38.00 |
| 12/14/20 | KAD | PHASE2 | Email exchanges with Carl Binggeli, Bruce Griggs and Addie Norton regarding adding immigration bills to monthly fee applications. | 0.20 | 38.00 |
| 12/14/20 | KAD | PHASE2 | Review lengthy email from Robyn Jungers to Yienta Saepharn regarding Markowitz Herbold account reconciliation. | 0.10 | 19.00 |
| 12/15/20 | SEM | PHASE2 | Email exchange with Hawaii defense counsel regarding further discussion regarding billing for the Redacted matter. | 0.30 | 133.50 |
| 12/15/20 | KAD | PHASE2 | Email exchanges with Robyn Jungers, Lynn Richardson and Anna Kutz regarding billing instructions for defense counsel in connection with John GG Doe lawsuit. | 0.20 | 38.00 |
| 12/15/20 | KAD | PHASE2 | Analyze John GG Doe claim record to determine available coverage and billing process for defense counsel's invoices. | 0.10 | 19.00 |
| 12/15/20 | KAD | PHASE2 | Email exchange with Kimberly McKinley regarding available coverage and billing process for invoices pertaining to the John GG Doe lawsuit. | 0.10 | 19.00 |
| 12/15/20 | KAD | PHASE2 | Email exchange with Anna Kutz, Lynn | 0.10 | 19.00 |



| Date | Initials | Stage | Description | Hours | Amount |
|------|----------|-------|-------------|-------|--------|
| | | | Richardson and Robyn Jungers regarding billing instructions for work performed on document recovery confirmation. | | |
| 12/15/20 | KAD | PHASE2 | Email exchange with Bill Glahn regarding billing instructions for work performed on document recovery confirmation. | 0.10 | 19.00 |
| 12/16/20 | SEM | PHASE2 | Email exchange with BSA and White and Case regarding details necessary for amending the Ordinary Course Professional pleading to add German May in Missouri. | 0.30 | 133.50 |
| 12/16/20 | KAD | PHASE2 | Email exchange with Kimberly McKinley regarding invoice submission deadline. | 0.10 | 19.00 |
| 12/16/20 | KAD | PHASE2 | Analyze draft third omnibus fee order and confirm amounts/numbers are correct. | 0.70 | 133.00 |
| 12/16/20 | KAD | PHASE2 | Email exchange with Eric Moats regarding third omnibus fee order. | 0.10 | 19.00 |
| 12/16/20 | KAD | PHASE2 | Email exchange with Robyn Jungers regarding retention of German May and OCP declaration. | 0.10 | 19.00 |
| 12/16/20 | KAD | PHASE2 | Email exchange with Carl Binggeli regarding OCP declaration for German May. | 0.10 | 19.00 |
| 12/17/20 | SEM | PHASE2 | Email exchange with White and Case regarding assigned and anticipated work for German May in Missouri for use in the Ordinary Course Professional  pleading. | 0.20 | 89.00 |
| 12/17/20 | KAD | PHASE2 | Email exchange with Sean Manning and Blair Warner regarding anticipated monthly expenses for German May. | 0.10 | 19.00 |
| 12/18/20 | KAD | PHASE2 | Email exchange with Bruce Griggs and Desiree Vale regarding confirmation of no objection to | 0.10 | 19.00 |



| Date | Initials | Stage | Description | Hours | Amount |
|------|----------|-------|-------------|-------|--------|
| | | | Ogletree's 8th fee application. | | |
| 12/18/20 | KAD | PHASE2 | Email exchange with Ashley Halvorson and Anna Kutz regarding billing instructions for newly filed Arizona lawsuits. | 0.10 | 19.00 |
| 12/22/20 | SEM | PHASE2 | Telephone call from Arizona defense counsel to discuss the handling of all the new lawsuits including billing and reporting matters. | 0.20 | 89.00 |
| 12/28/20 | KAD | PHASE2 | Email exchange with Yesmy Romero regarding billing information needed for newly assigned New York lawsuits. | 0.10 | 19.00 |
| 12/28/20 | KAD | PHASE2 | Email exchange with Addie Norton and Carl Binggeli regarding incorporation of immigration work into monthly fee application. | 0.10 | 19.00 |
| 12/29/20 | KAD | PHASE2 | Compile billing information and instructions on various New York lawsuits assigned to Wiggin and Dana. | 1.50 | 285.00 |
| 12/29/20 | KAD | PHASE2 | Email exchange with Yesmy Romero regarding billing information and instructions on various New York lawsuits assigned to Wiggin and Dana. | 0.10 | 19.00 |
| 12/29/20 | KAD | PHASE2 | Email exchange with Geoffrey Sasso regarding outstanding invoices and submitting same to Chubb. | 0.10 | 19.00 |
| | | | Total Services: | 27.70 | 6,884.50 |

### Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|------------|-------|------|-------|--------|
| Bruce A. Griggs | Shareholder | 640.00 | 2.30 | 1,472.00 |
| Sean E. Manning | Of Counsel | 445.00 | 2.30 | 1,023.50 |
| Kelci A. Davis | Paralegal | 190.00 | 23.10 | 4,389.00 |



| | |
|---|---|
| TOTAL FEES | $6,884.50 |
| TOTAL EXPENSES | $0.00 |
| TOTAL THIS BILL | $6,884.50 |