# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: D.I. 1972, 2088, & 2107** |

### SUPPLEMENTAL STATEMENT IN SUPPORT OF JOINDER TO PCVA CLAIMANTS' OBJECTIONS TO HARTFORD AND CENTURY'S REQUEST FOR RULE 2004 EXAMINATIONS

Claimant Number 54540, by and through his undersigned counsel, respectfully hereby submits this Supplemental Statement in Support of Joinder to *PCVA Claimants' Objections to Hartford and Century's Request for Rule 2004* Examination, and states as follows:[1]

Hartford's basis for seeking discovery from Claimant Number 54540 is alleged irregularities in one of the six (6) enumerated categories highlighted during the testimony of Dr. Denise Neumann Martin during the February 17, 2021 Omnibus Hearing held in the above-captioned cases.

The Proof of Claim for Claimant Number 54540 filed by Merson Law PLLC has every section completed with substantial information and the relief requested by the Insurance Companies is not warranted. In fact, during the February 17, 2021 hearing, Hartford Insurance Company ("Hartford") could not identify to the Court specific information the requested discovery would provide.

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Merson Law Claimant's Joinder to PCVA Claimant's Objections to Hartford and Century's Request for Rule 2004 Examinations filed on February 6, 2021 as D.I. 2107 (the "Joinder").

Additionally, as set forth in the Joinder, Hartford failed to timely meet and confer regarding the Motion prior to filing as required by the Local Bankruptcy Rules.

Based on the foregoing and the Joinder, the Rule 2004 Motion should be denied.

Dated: February 18, 2021
Wilmington, Delaware

Respectfully submitted,

**CIARDI CIARDI & ASTIN**

*/s/ Daniel K. Astin*
Daniel K. Astin
(No. 4068)
1204 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 658-1100
Facsimile: (302) 658-1300
E-mail: dastin@ciardilaw.com

-and-

Albert A. Ciardi, III, Esq.
Walter W. Gouldsbury III, Esq.
CIARDI CIARDI & ASTIN
1905 Spruce Street
Philadelphia, PA 19103
Telephone: (215) 557-3550
Facsimile: (215) 557-3551
aciardi@ciardilaw.com
wgouldsbury@ciardilaw.com

-and-

Jordan K. Merson
Merson Law, PLLC
950 Third Avenue
18th Floor
New York, New York 10022
(212) 603-9100 Main
(212) 390-1712
(347) 441-4171 Facsimile
jmerson@mersonlaw.com