Attorneys At Law
**McRae Law Offices, P.A.**
5300 West Atlantic Avenue, Suite 412
**Delray Beach, Florida 33484**
Phone: 561-638-6600
Fax: 888-308-6020

Mitchell T. McRae
Steven G. Goerke *

---

* Board Certified Civil Trial Lawyer

FILED
2021 FEB 19  AM 11: 00
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

February 10, 2021

Clerk, Bankruptcy Court
824 Market ST N
3rd Floor
Wilmington, DE 19801

Re:   Creditor: Thomas O. Perry, Jr.
      In re: Boy Scouts of America
      Case No. 20-10343 (LSS)

Dear Clerk:

I am counsel for Thomas O. Perry, Jr. Please note a change in my client's mailing address. His current address is:

Thomas O. Perry, Jr.
Jacket No. 0206998
West Detention Center W-D-01-3-19U-B
P.O. Box 1450
Belle Glade, Florida 33430

Respectfully,

Steven Goerke