**EXHIBIT A**

**COMPENSATION BY PROJECT CATEGORY**

**BOY SCOUTS OF AMERICA**
(Case No. 20-10343 (LSS))

**January 1, 2021 through January 31, 2021**

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Case Administration | 1.50 | 725.00 |
| Asset Dispositions/363 Sales | 2.20 | 1,302.00 |
| Automatic Stay Matters | 6.70 | 3,776.50 |
| Creditor Communications and Meetings | 1.20 | 735.00 |
| Fee Applications (MNAT - Filing) | 3.10 | 1,470.50 |
| Fee Applications (Others - Filing) | 10.90 | 5,242.50 |
| Other Contested Matters | 2.80 | 2,256.50 |
| Financing Matters/Cash Collateral | 0.10 | 87.50 |
| Court Hearings | 7.20 | 3,046.00 |
| Claims Objections and Administration | 17.10 | 9,973.50 |
| Plan and Disclosure Statement | 2.40 | 1,421.00 |
| Litigation/Adversary Proceedings | 7.50 | 4,644.50 |
| Professional Retention (MNAT - Filing) | 1.10 | 654.50 |
| Professional Retention (Others - Filing) | 1.40 | 891.00 |
| General Case Strategy | 0.70 | 536.50 |
| Schedules/SOFA/U.S. Trustee Reports | 0.50 | 297.50 |
| **TOTAL** | **66.40** | **$37,060.00** |

**Time Detail**

**Task Code:**    B110    Case Administration

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 01/04/21 | Topper, Paige | Review C. Bingelli email re: fee estimates for 2021 (.1); emails with D. Abbott, A. Remming and E. Moats re: same (.1); email to C. Bingelli re: same (.1). | 0.3 | 168.00 |
| 01/04/21 | Abbott, Derek C. | correspondence w/Topper re: 2021 fee estimates | 0.1 | 99.50 |
| 01/05/21 | Moats, Eric | Email exchange w/ C. Bingelli re: case fees and 2021 fee apps. | 0.1 | 59.50 |
| 01/06/21 | Remming, Andrew | review email from K Woods re service of documents; review email from E. Moats re same | 0.1 | 87.50 |
| 01/12/21 | Reimann, Glenn | Email communications with chambers regarding unredacted copy of the docketed claimant letter. | 0.2 | 69.00 |
| 01/13/21 | Reimann, Glenn | Draft CNOs. Email communications with P. Topper and E. Moats regarding the filing of CNOs. | 0.4 | 138.00 |
| 01/15/21 | Reimann, Glenn | Email communications with Omni regarding service of orders. | 0.1 | 34.50 |
| 01/19/21 | Reimann, Glenn | Email communications with chambers regarding unredacted copy of claimant letter. | 0.1 | 34.50 |
| 01/28/21 | Malafronti, Emily | Email Court re sealing letter | 0.1 | 34.50 |
| | | **Total** | **1.5** | **725.00** |

**Task Code:**    B130    Asset Dispositions/363 Sales

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 01/26/21 | Topper, Paige | Call with E. Moats re: de minimis sale procedures motion and creditor letter. | 0.2 | 112.00 |
| 01/26/21 | Moats, Eric | Review and comment on de minimis asset sale motion. | 1.1 | 654.50 |
| 01/26/21 | Moats, Eric | Call w/ P. Topper re: de minimis asset motion and claimant letter. | 0.2 | 119.00 |
| 01/26/21 | Moats, Eric | Email exchange w/ B. Warner, C. Tuffey, and M. Linder re: de minimis asset sale motion. | 0.3 | 178.50 |

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 01/26/21 | Moats, Eric | Research re: precedent for de minimis asset sale and price thresholds for same. | 0.4 | 238.00 |
|  |  | **Total** | **2.2** | **1,302.00** |

**Task Code:**  B140  Automatic Stay Matters

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 01/04/21 | Moats, Eric | Draft COC and proposed order re: TCC MTC stay motion stipulation. | 1.1 | 654.50 |
| 01/04/21 | Moats, Eric | Revise TCC automatic stay motion stip re: comments from M. Linder. | 0.2 | 119.00 |
| 01/04/21 | Moats, Eric | Review stipulation to resolved TCC automatic stay motion. | 0.4 | 238.00 |
| 01/05/21 | Moats, Eric | Email TCC and UCC re: draft of COC for TCC MTC stipulation. | 0.2 | 119.00 |
| 01/10/21 | Moats, Eric | Email exchange w/ M. Linder re: COC re: TCC stipulation for MTC. | 0.1 | 59.50 |
| 01/11/21 | Remming, Andrew | review COC and stipulation re MTC | 0.3 | 262.50 |
| 01/11/21 | Moats, Eric | Email exchange w/ M. Linder re: further revisions to TCC MTC stipulation/COC/proposed order (.2) and coordinate w/ M. Leyh re: filing of same (.2). | 0.4 | 238.00 |
| 01/11/21 | Moats, Eric | Revise and finalize COC, order, and stipulation re: TCC MTC stipulation. | 0.6 | 357.00 |
| 01/11/21 | Leyh, Meghan | file CoC; upload Proposed Order and Stipulation re: MTC | 0.3 | 103.50 |
| 01/13/21 | Malafronti, Emily | File Certificate of No Objection re Gordon Settlement | 0.1 | 34.50 |
| 01/13/21 | Malafronti, Emily | Upload Order re Henderson Settlement | 0.1 | 34.50 |
| 01/13/21 | Malafronti, Emily | File Certificate of No Objection re Henderson Settlement | 0.1 | 34.50 |
| 01/13/21 | Malafronti, Emily | Upload Order re Gordon Settlement | 0.1 | 34.50 |
| 01/13/21 | Moats, Eric | Email exchange w/ M. Linder re: CNOs for settlement motions and removal deadline extension. | 0.1 | 59.50 |
| 01/13/21 | Moats, Eric | Review CNOs for Henderson and Gordon settlement motions. | 0.1 | 59.50 |
| 01/26/21 | Moats, Eric | Draft email M. Linder re: comments to Neyrey settlement motion. | 0.3 | 178.50 |

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 01/26/21 | Moats, Eric | Email D. Abbott and P. Topper re: comments to Neyrey settlement motion. | 0.2 | 119.00 |
| 01/26/21 | Moats, Eric | Review Neyrey settlement motion and comment on same. | 0.6 | 357.00 |
| 01/27/21 | Moats, Eric | Finalize Neyrey settlement motion (.3) and email exchange w/ M. Leyh re: filing and service of same (.2). | 0.5 | 297.50 |
| 01/27/21 | Leyh, Meghan | draft Notice for Neyrey Settlement motion (.2); prepare and send to E. Moats (.1); file Neyrey Settlement motion and forward to Omni for service (.4) | 0.7 | 241.50 |
| 01/27/21 | Remming, Andrew | review Neyrey 9019 motion | 0.2 | 175.00 |
| | | **Total** | **6.7** | **3,776.50** |

**Task Code:**     B150     Creditor Communications and Meetings

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 01/04/21 | Remming, Andrew | review email from K. Yee re virtual town meetings | 0.1 | 87.50 |
| 01/05/21 | Moats, Eric | Review TCC town hall notice. | 0.1 | 59.50 |
| 01/06/21 | Moats, Eric | Email exchange w/ Syracuse University and Omni re: receipt of service documents. | 0.6 | 357.00 |
| 01/29/21 | Moats, Eric | Call with P. Topper re: sexual abuse claimant letter. | 0.2 | 119.00 |
| 01/29/21 | Topper, Paige | Call with E. Moats re: sexual abuse claimant letter. | 0.2 | 112.00 |
| | | **Total** | **1.2** | **735.00** |

**Task Code:**     B160     Fee Applications (MNAT - Filing)

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 01/11/21 | Vale, Desiree | Review and update Morris Nichols Third Interim Fee Application | 0.2 | 69.00 |
| 01/12/21 | Moats, Eric | Further and final review of MNAT third interim fee app and email exchange w/ D. Vale re: filing and service of same. | 0.4 | 238.00 |
| 01/12/21 | Vale, Desiree | Correspondence with E. Moats re Morris Nichols Third Interim Fee Application (.2); update same (.3); e-file same (.2) | 0.7 | 241.50 |

4

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 01/12/21 | Vale, Desiree | Draft CNO to Morris Nichols October Fee Application | 0.2 | 69.00 |
| 01/13/21 | Vale, Desiree | Correspondence (3x) with E. Moats re Morris Nichols Third Interim fees and expense detail to US Trustee and Fee Examiner | 0.2 | 69.00 |
| 01/28/21 | Topper, Paige | Review November monthly fee application. | 1.4 | 784.00 |
| | | **Total** | **3.1** | **1,470.50** |

**Task Code:** B165    Fee Applications (Others - Filing)

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 01/04/21 | Remming, Andrew | review email from P. Topper re request from A&M; review email from DCA re same | 0.1 | 87.50 |
| 01/04/21 | Leyh, Meghan | draft and send email to Chambers re: outstanding CoC orders and omnibus hearing date for February | 0.2 | 69.00 |
| 01/04/21 | Moats, Eric | Email exchange w/ J. O'Neill re: third omnibus fee hearing status and date. | 0.1 | 59.50 |
| 01/04/21 | Moats, Eric | Email exchange w/ M. Leyh re: omnibus fee order, fee hearing dates, and Ferguson fee order status (and email to Chambers re: same). | 0.2 | 119.00 |
| 01/04/21 | Moats, Eric | Email exchange w/ C. Bingelli re: OCP quarterly payments. | 0.1 | 59.50 |
| 01/06/21 | Moats, Eric | Email exchange w/ B. Howell re: QE first omnibus fee app and omnibus fee hearing. | 0.2 | 119.00 |
| 01/06/21 | Vale, Desiree | Draft CNO to Sidley Ninth Fee Application (.2); correspondence with Sidley (.1); e-file same (.2) | 0.5 | 172.50 |
| 01/06/21 | Moats, Eric | Review Dawn Appraiser first/final fee app and comment on same. | 0.3 | 178.50 |
| 01/06/21 | Moats, Eric | Email exchange w/ K. Davis and C. Bingelli re: Ogletree fee payments and information to fee examiner. | 0.1 | 59.50 |
| 01/07/21 | Moats, Eric | Email exchange w/ K. Davis re: Ogletree fee examiner data and communications. | 0.1 | 59.50 |
| 01/07/21 | Moats, Eric | Email exchange w/ A. Clark-Smith re: PWC interim fee application. | 0.1 | 59.50 |

5

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 01/08/21 | Moats, Eric | Email exchange w/ A. Clark-Smith re: PwC first interim fee application and revisions to same. | 0.2 | 119.00 |
| 01/08/21 | Moats, Eric | Review and comment on PwC first interim fee application. | 0.2 | 119.00 |
| 01/11/21 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of fee application (.1); prepare & efile First Interim Fee Application Request of PricewaterhouseCoopers LLP for the Period February 18, 2020 through October 31, 2020 (.3) | 0.4 | 138.00 |
| 01/11/21 | Moats, Eric | Revise PwC interim fee app and email exchange w/ A. Clark-Smith re: revisions to same. | 0.2 | 119.00 |
| 01/11/21 | Moats, Eric | Finalize PwC interim fee app (.2); further email exchange w/ A. Clark-Smith re: revisions to same (.2); and coordinate w/ T. Naimoli re: filing and service of same (.1). | 0.5 | 297.50 |
| 01/11/21 | Moats, Eric | Review and revise MNAT third interim fee app. | 0.4 | 238.00 |
| 01/12/21 | Moats, Eric | Review H&LA Final fee app. | 0.4 | 238.00 |
| 01/12/21 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of fee application (.1); prepare & efile First and Final Fee Application of Dawn M. Powell Appraisals Inc. for the Period June 18, 2020 through November 30, 2020 (.2) | 0.3 | 103.50 |
| 01/12/21 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing of certificate (.1); prepare & efile Certificate of No Objection Regarding Seventh Monthly Application of Alvarez & Marsal North America, LLC for the Period from October 1, 2020 to and Including October 31, 2020 (.3) | 0.4 | 138.00 |
| 01/12/21 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of fee application (.1); prepare & efile Combined Second Interim and Final Fee Application of Hotel & Leisure Advisors, LLC for the Period June 18, 2020 through November 13, 2020 (.3) | 0.4 | 138.00 |
| 01/12/21 | Vale, Desiree | Draft CNO to Haynes and Boone November Fee Application | 0.2 | 69.00 |

6

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 01/12/21 | Moats, Eric | Email exchange w/ T. Naimoli re: filing and service of H&LA final fee app. | 0.1 | 59.50 |
| 01/12/21 | Moats, Eric | Further review of Powell first and final fee app (.1); email exchange w/ B. Warner re: same (.1); and email exchange w/ T. Naimoli re: filing and service of same (.1). | 0.3 | 178.50 |
| 01/13/21 | Moats, Eric | Review and revise Ogletree November fee app (.3) and email B. Warner re: immigration edits to same (.1) | 0.4 | 238.00 |
| 01/13/21 | Moats, Eric | Email exchange w/ C. Bingelli re: A&M 3rd interim fee app and fee and communications w/ Fee Examiner and UST re: same. | 0.2 | 119.00 |
| 01/13/21 | Vale, Desiree | Correspondence with C. Bingelli re CNOs to Morris Nichols and Alvarez Marsal | 0.2 | 69.00 |
| 01/14/21 | Vale, Desiree | Draft CNO to White & Case Second Fee Application (.2); correspondence with M. Linder (.1) | 0.3 | 103.50 |
| 01/14/21 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing of certificate (.1); prepare & efile Certificate of No Objection Regarding Second Monthly Application of White & Case LLP for the Period from November 1, 2020 to and Including November 30, 2020 (.2) | 0.3 | 103.50 |
| 01/14/21 | Moats, Eric | Email exchange w/ K. Davis re: Ogletree November fee app revisions. | 0.1 | 59.50 |
| 01/14/21 | Vale, Desiree | Review and respond to E. Moats re Ogletree Ninth Fee Application e-filing (.1); draft Notice (.1); prepare and e-file same (.3) | 0.5 | 172.50 |
| 01/19/21 | Moats, Eric | Review H&B November fee app CNO and email exchange w/ D. Vale re: filing of same. | 0.1 | 59.50 |
| 01/19/21 | Vale, Desiree | Communication with Haynes & Boone re CNO to Sixth Fee Application (.1); update same and e-file (.2); communication with Alvarez Marsal re processing (.1) | 0.4 | 138.00 |
| 01/22/21 | Topper, Paige | Review and revise notice re: Bates White November fee application and confer with D. Vale re: same. | 0.1 | 56.00 |

7

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 01/22/21 | Topper, Paige | Review and revise Bates White November fee application (.3) and email to M. Murray, A. Evans and E. Moats re: comments to same (.1). | 0.4 | 224.00 |
| 01/25/21 | Moats, Eric | Email exchange w/ J. Rucki re: third interim initial reports and status of same. | 0.2 | 119.00 |
| 01/26/21 | Topper, Paige | Confer with D. Vale re: PWC first interim fee application. | 0.1 | 56.00 |
| 01/26/21 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of fee application (.1); prepare & efile Tenth Monthly Application of Sidley Austin LLP for the Period from December 1, 2020 to December 31, 2020 (.3) | 0.4 | 138.00 |
| 01/26/21 | Moats, Eric | Review Sidley December fee app, email exchange w/ D. Lutes re: same, and coordinate w/ T. Naimoli re: filing and service of same. | 0.3 | 178.50 |
| 01/26/21 | Vale, Desiree | Confer with P. Topper re: PWC first interim fee application. | 0.1 | 34.50 |
| 01/27/21 | Moats, Eric | Review CNOs for appraiser final fee applications and email J. Rucki re: same. | 0.2 | 119.00 |
| 01/27/21 | Vale, Desiree | Communications with E. Moats re Hotel Leisure and Dawn Powell CNOs for their Final Fee Applications (.1); Draft same for Fee Examiner review (.3) | 0.4 | 138.00 |
| 01/28/21 | Moats, Eric | Email exchange w/ B. Griggs re: rate increases and disclosure of same. | 0.2 | 119.00 |
| | | **Total** | **10.9** | **5,242.50** |

**Task Code:**    B190    Other Contested Matters

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 01/04/21 | Moats, Eric | Email exchange w/ C. Green and P. Topper re: Rule 2004 motion and meet and confer requirements. | 0.1 | 59.50 |
| 01/04/21 | Topper, Paige | Review C. Green email re: 2004 motion, review Local Rules re: same, and email to E. Moats re: same. | 0.1 | 56.00 |
| 01/13/21 | Malafronti, Emily | Upload Order re Third Motion to Extend Removal Deadline | 0.1 | 34.50 |
| 01/13/21 | Malafronti, Emily | File Certificate of No Objection re Third Motion to Extend Removal Deadline | 0.1 | 34.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 01/13/21 | Moats, Eric | Review CNO for motion to extend time to remove civil actions. | 0.1 | 59.50 |
| 01/22/21 | Remming, Andrew | emails w/ PNT re insurers' motion | 0.1 | 87.50 |
| 01/25/21 | Remming, Andrew | review Century/Hartford objection and discovery motion (redacted) | 0.8 | 700.00 |
| 01/25/21 | Remming, Andrew | review joinder to Century/Hartford discovery and objection motion | 0.1 | 87.50 |
| 01/26/21 | Remming, Andrew | review email from C. Moxley re discovery requests | 0.1 | 87.50 |
| 01/29/21 | Remming, Andrew | review Coalition discovery requests to insurers | 0.3 | 262.50 |
| 01/29/21 | Remming, Andrew | review insurers 2004 motion re survivor claims, including supporting declarations | 0.6 | 525.00 |
| 01/29/21 | Remming, Andrew | review Insurers motion to seal re 2004 motion | 0.1 | 87.50 |
| 01/30/21 | Remming, Andrew | review amended Coalition 2019 statement | 0.2 | 175.00 |
| | | **Total** | **2.8** | **2,256.50** |

**Task Code:**   B230   Financing Matters/Cash Collateral

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 01/28/21 | Remming, Andrew | review UCC/lender stip | 0.1 | 87.50 |
| | | **Total** | **0.1** | **87.50** |

**Task Code:**   B300   Court Hearings

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 01/06/21 | Moats, Eric | Draft email to debtor professionals re: third interim omnibus fee hearing, date, and timing for same. | 0.3 | 178.50 |
| 01/06/21 | Moats, Eric | Draft email to UCC, TCC, and FCR professionals re: third interim omnibus fee hearing, date, and timing for same. | 0.4 | 238.00 |
| 01/06/21 | Moats, Eric | Email exchange w/ L. Eden of YCST re: third omnibus fee order hearing date. | 0.1 | 59.50 |
| 01/12/21 | Reimann, Glenn | Draft January 19 agenda. | 1.5 | 517.50 |
| 01/13/21 | Reimann, Glenn | Draft January 19 agenda. | 0.7 | 241.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 01/13/21 | Moats, Eric | Email exchange w/ M. Linder and B. Warner re: 1.19 hearing, agenda, and status. | 0.1 | 59.50 |
| 01/13/21 | Moats, Eric | Review and comment on 1.19 agenda. | 0.2 | 119.00 |
| 01/14/21 | Remming, Andrew | review agenda for 1/19 hearing | 0.1 | 87.50 |
| 01/14/21 | Leyh, Meghan | email to Chambers re: cancel Jan. 19 hearing (.1); revise and hyperlink agenda (.8); review and respond to emails from Chambers re: agenda extension (.2); add Zoom information to Agenda (.1) | 1.2 | 414.00 |
| 01/14/21 | Moats, Eric | Emails w/ M. Leyh re: status of 1.19 hearing and correspondence to chambers re: canceling same. | 0.1 | 59.50 |
| 01/14/21 | Reimann, Glenn | Draft January 19 agenda. | 0.7 | 241.50 |
| 01/15/21 | Reimann, Glenn | Draft amended January 19 agenda. | 0.5 | 172.50 |
| 01/15/21 | Remming, Andrew | review hearing cancellation notice | 0.1 | 87.50 |
| 01/15/21 | Moats, Eric | Review amended 1.15 agenda and email exchange w/ G. Reimann re: revisions to same. | 0.2 | 119.00 |
| 01/15/21 | Leyh, Meghan | File Amended Agenda; send to Omni for service; forward hyperlinked agenda to Chambers | 0.3 | 103.50 |
| 01/19/21 | Remming, Andrew | review email from N. Selmyer re oral argument | 0.1 | 87.50 |
| 01/25/21 | Malafronti, Emily | Draft 2/17 agenda | 0.4 | 138.00 |
| 01/26/21 | Remming, Andrew | review email from S. Stamoulis re hearing date | 0.1 | 87.50 |
| 01/28/21 | Malafronti, Emily | Email Chambers re March hearing | 0.1 | 34.50 |
| | | **Total** | **7.2** | **3,046.00** |

**Task Code:**    B310    Claims Objections and Administration

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 01/04/21 | Moats, Eric | Further phone calls (x16) to claimants re: notice of additional parties to mediation. | 1.1 | 654.50 |

10

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 01/06/21 | Reimann, Glenn | Email communications with P. Topper and E. Moats regarding claimant voicemails. | 0.4 | 138.00 |
| 01/06/21 | Moats, Eric | Phone calls (x8) to claimants re: notice of additional party to mediation. | 0.5 | 297.50 |
| 01/07/21 | Reimann, Glenn | Email communications with P. Topper and E. Moats regarding claimant voicemails. | 0.3 | 103.50 |
| 01/08/21 | Moats, Eric | Phone calls (x22) w/ claimants re: notice of additional party added to mediation. | 1.3 | 773.50 |
| 01/08/21 | Reimann, Glenn | Email communications with P. Topper and E. Moats regarding claimant voicemails. | 0.4 | 138.00 |
| 01/11/21 | Moats, Eric | Phone calls (x11) w/ claimants re: notice of additional party to mediation. | 1.2 | 714.00 |
| 01/11/21 | Reimann, Glenn | Email communications with P. Topper and E. Moats regarding claimant voicemails. | 0.2 | 69.00 |
| 01/12/21 | Reimann, Glenn | Email communications with P. Topper and E. Moats regarding claimant voicemails. | 0.2 | 69.00 |
| 01/12/21 | Moats, Eric | Research re: satisfied claims and splits between scheduled and filed claim requirements. | 0.5 | 297.50 |
| 01/12/21 | Moats, Eric | Email exchange w/ C. Tuffey and L. Baccash re: claims objections and notices of satisfaction. | 0.3 | 178.50 |
| 01/15/21 | Reimann, Glenn | Email communications with P. Topper and E. Moats regarding claimant voicemails. | 0.2 | 69.00 |
| 01/20/21 | Reimann, Glenn | Email communications with P. Topper and E. Moats regarding claimant voicemails. | 0.2 | 69.00 |
| 01/26/21 | Moats, Eric | Email exchange w/ C. Tuffey re: sexual abuse claimant letter. | 0.1 | 59.50 |
| 01/26/21 | Moats, Eric | Email exchange w/ C. Tuffey re: further info on split notice for filed vs. scheduled claims. | 0.1 | 59.50 |
| 01/26/21 | Moats, Eric | Further research re: claims objections | 0.4 | 238.00 |
| 01/27/21 | Moats, Eric | Review and comment on first notice of satisfied claims. | 0.9 | 535.50 |
| 01/27/21 | Moats, Eric | Phone call w/ P. Topper re: omnibus claims objection, estimation research, solicitation procedures, and procedures for adv. pro. service. | 0.4 | 238.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 01/27/21 | Moats, Eric | Review omnibus claims objections and requirements for same. | 0.8 | 476.00 |
| 01/27/21 | Topper, Paige | Call with E. Moats re: omnibus claims objection, estimation research, solicitation procedures, and procedures for PI adversary proceeding. | 0.4 | 224.00 |
| 01/27/21 | Moats, Eric | Emails w/ C. Tuffey re: revisions to notice of satisfaction of claims. | 0.2 | 119.00 |
| 01/27/21 | Remming, Andrew | correspondence w/ W. Ourand and M. Linder re proof of claim stip | 0.1 | 87.50 |
| 01/27/21 | Remming, Andrew | review bar date notice re add'l party | 0.1 | 87.50 |
| 01/28/21 | Moats, Eric | Further review and comment to substantive and non-substantive claims objections and accompanying schedules. | 1.6 | 952.00 |
| 01/28/21 | Turlington, Brett | Research claims estimation motions (0.6); email to E. Moats re: same (0.1) | 0.7 | 374.50 |
| 01/28/21 | Turlington, Brett | Call w/ E. Moats re: motion to estimate claims | 0.1 | 53.50 |
| 01/28/21 | Remming, Andrew | Review email from E. Moats re research re estimation; review email from M. Linder re same | 0.1 | 87.50 |
| 01/28/21 | Moats, Eric | Call w/ B. Turlington re: motion to estimate claims | 0.1 | 59.50 |
| 01/28/21 | Moats, Eric | Email exchange w/ D. Abbott and P. Topper re: claims estimation research. | 0.1 | 59.50 |
| 01/28/21 | Moats, Eric | Research re: claims estimation motions. | 2.3 | 1,368.50 |
| 01/28/21 | Remming, Andrew | review research re claim estimation | 0.5 | 437.50 |
| 01/29/21 | Remming, Andrew | review email from E. Moats re further research re estimation | 0.1 | 87.50 |
| 01/29/21 | Moats, Eric | Email M. Linder re: further results from motion to estimate claims research. | 0.2 | 119.00 |
| 01/29/21 | Moats, Eric | Further research on motion to estimate claims. | 0.7 | 416.50 |
| 01/29/21 | Remming, Andrew | review additional research re estimation issue | 0.3 | 262.50 |
| | | **Total** | **17.1** | **9,973.50** |

**Task Code:**   B320   Plan and Disclosure Statement

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 01/25/21 | Topper, Paige | Call with E. Moats re: solicitation procedures and fee examiner initial reports. | 0.2 | 112.00 |
| 01/25/21 | Moats, Eric | Call w/ P. Topper re: solicitation procedures and fee examiner initial reports. | 0.2 | 119.00 |
| 01/28/21 | Moats, Eric | Email exchange w/ E. Malafronti re: hearing for DS motion and sealing of sexual abuse claimant letter docketed by Court. | 0.2 | 119.00 |
| 01/28/21 | Moats, Eric | Review initial DS materials. | 0.7 | 416.50 |
| 01/31/21 | Moats, Eric | Review DS materials. | 1.1 | 654.50 |
| | | **Total** | **2.4** | **1,421.00** |

**Task Code:**     B330          Litigation/Adversary Proceedings

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 12/23/20 | Topper, Paige | Review and finalize notice of amended consent schedule for PI adversary proceeding and email T. Naimoli re: filing and service of same. | 0.4 | 204.00 |
| 01/06/21 | Topper, Paige | Emails with E. Rosenberg and E. Moats re: motion to modify PI and resolution of same. | 0.1 | 56.00 |
| 01/07/21 | Moats, Eric | Call w/ P. Topper re: adversary proceeding/motion to modify PI status. | 0.2 | 119.00 |
| 01/07/21 | Topper, Paige | Call with E. Moats re: motion to modify PI status. | 0.2 | 112.00 |
| 01/08/21 | Remming, Andrew | review TCC complaint for declaratory action | 0.4 | 350.00 |
| 01/08/21 | Moats, Eric | Email exchange w/ B. Warner re: W&C retention appeal status. | 0.1 | 59.50 |
| 01/08/21 | Moats, Eric | Email exchange w/ P. Topper re: TCC adversary proceeding. | 0.2 | 119.00 |
| 01/08/21 | Moats, Eric | Further review of TCC adversary proceeding re: protected assets. | 0.5 | 297.50 |
| 01/12/21 | Moats, Eric | Email exchange w/ P. Topper and E. Rosenberg re: withdrawal of motion to modify preliminary injunction. | 0.1 | 59.50 |
| 01/15/21 | Topper, Paige | Review Bankruptcy Rules re: answer to complaint (.4); call with D. Abbott re: same (.1); draft email response to A. Hammond and R. Tiedemann re: same (.2). | 0.7 | 392.00 |

13

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 01/15/21 | Abbott, Derek C. | Call with P. Topper re: answer to complaint | 0.1 | 99.50 |
| 01/15/21 | Moats, Eric | Email exchange w/ P. Topper re: TCC complaint, claimant calls, and 1.19 hearing status. | 0.2 | 119.00 |
| 01/19/21 | Moats, Eric | Phone call w/ P. Topper re: Sidley retention appeal. | 0.1 | 59.50 |
| 01/19/21 | Topper, Paige | Call with E. Moats re: Sidley retention appeal. | 0.1 | 56.00 |
| 01/19/21 | Abbott, Derek C. | call to J. Ducayet re: Sidley retention appeal | 0.1 | 99.50 |
| 01/26/21 | Abbott, Derek C. | correspondence w/Stamoulis, Ducayet, Guzina re: scheduling Sidley retention appeal argument | 0.2 | 199.00 |
| 01/26/21 | Remming, Andrew | review recommendation re mediation withdrawal | 0.1 | 87.50 |
| 01/27/21 | Moats, Eric | Email exchange w/ E. Rosenberg and B. Warner re: adversary proceeding consent order schedule revisions and service requirements. | 0.2 | 119.00 |
| 01/27/21 | Moats, Eric | Phone call w/ E. Rosenberg re: schedules and consent order service and procedures for same | 0.3 | 178.50 |
| 01/27/21 | Moats, Eric | Review consent schedules and revisions to same throughout adv. case. | 0.6 | 357.00 |
| 01/28/21 | Topper, Paige | Review Tort Committee's complaint for declaratory judgment. | 0.6 | 336.00 |
| 01/29/21 | Topper, Paige | Call with E. Moats re: PI adversary proceeding and MNAT November fee application. | 0.2 | 112.00 |
| 01/29/21 | Topper, Paige | Call with E. Rosenberg, B. Warner, E. Moats, K. Davis, D. Sahagun, K. Nownes and S. Manning re: service in adversary proceeding and consent orders. | 0.5 | 280.00 |
| 01/29/21 | Moats, Eric | Call w/ P. Topper re: follow up on adversary proceeding consent order revisions and MNAT December fee app. | 0.2 | 119.00 |
| 01/29/21 | Moats, Eric | Phone call w/ B. Warner, E. Rosenberg, K. Davis, D. Sahagun, P. Topper, K. Nownes, and S. Manning re: process for adversary proceeding services and revised consent order. | 0.5 | 297.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 01/29/21 | Moats, Eric | Further review re: previous consent orders and schedules, and service demands re: same. | 0.6 | 357.00 |
| | | **Total** | **7.5** | **4,644.50** |

**Task Code:** B340    Professional Retention (MNAT - Filing)

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 01/07/21 | Moats, Eric | Draft supplemental declaration in support of MNAT retention. | 0.3 | 178.50 |
| 01/26/21 | Moats, Eric | Email D. Abbott re: draft of supplement declaration in support of MNAT retention. | 0.2 | 119.00 |
| 01/26/21 | Moats, Eric | Draft supplemental MNAT retention declaration. | 0.6 | 357.00 |
| | | **Total** | **1.1** | **654.50** |

**Task Code:** B360    Professional Retention (Others - Filing)

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 01/06/21 | Leyh, Meghan | file Notice of Revised List of Ordinary Course Professionals | 0.2 | 69.00 |
| 01/06/21 | Moats, Eric | Finalize OCP revised list supplement and email exchange w/ M. Leyh re: filing and service of same. | 0.2 | 119.00 |
| 01/06/21 | Moats, Eric | Review and comment on revised OCP list. | 0.3 | 178.50 |
| 01/11/21 | Moats, Eric | Review OCP order and accompanying quarterly notice (.2) and email exchange w/ C. Bingelli re: same (.2). | 0.4 | 238.00 |
| 01/19/21 | Remming, Andrew | review email from M. Linder re Sidley retention appeal; review email from B. Guzina re same; review email from D. Abbott re same | 0.1 | 87.50 |
| 01/19/21 | Abbott, Derek C. | correspondence re: scheduling argument on Sidley retention appeal | 0.2 | 199.00 |
| | | **Total** | **1.4** | **891.00** |

**Task Code:** B410    General Case Strategy

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 01/08/21 | Moats, Eric | Update critical dates memo. | 0.4 | 238.00 |

15

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 01/19/21 | Abbott, Derek C. | call w/J. Lauria re: case update | 0.3 | 298.50 |
| | | **Total** | **0.7** | **536.50** |

**Task Code:**    B420    Schedules/SOFA/U.S. Trustee Reports

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 01/26/21 | Moats, Eric | Email D. Buchbinder and H. McCollum re: UST fees | 0.2 | 119.00 |
| 01/27/21 | Moats, Eric | Further email w/ C. Bingelli re: UST payment allocations. | 0.1 | 59.50 |
| 01/27/21 | Moats, Eric | Email C. Bingelli re: UST fee, fee app, and other case admin questions. | 0.2 | 119.00 |
| | | **Total** | **0.5** | **297.50** |