**EXHIBIT B**

**EXPENSE SUMMARY**

**BOY SCOUTS OF AMERICA**
**(Case No. 20-10343 (LSS))**

**January 1, 2021 through January 31, 2021**

| Expense Category | Total Expenses |
|---|---|
| Pacer | 365.80 |
| Computer Research - Westlaw | 115.52 |
| **Grand Total Expenses** | **$481.32** |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 12/01/20 | Pacer | 162.0 | 16.20 |
| 12/02/20 | Pacer | 375.0 | 37.50 |
| 12/03/20 | Pacer | 428.0 | 42.80 |
| 12/04/20 | Pacer | 148.0 | 14.80 |
| 12/07/20 | Pacer | 146.0 | 14.60 |
| 12/08/20 | Pacer | 88.0 | 8.80 |
| 12/10/20 | Pacer | 265.0 | 26.50 |
| 12/11/20 | Pacer | 285.0 | 28.50 |
| 12/14/20 | Pacer | 420.0 | 42.00 |
| 12/15/20 | Pacer | 228.0 | 22.80 |
| 12/18/20 | Pacer | 128.0 | 12.80 |
| 12/22/20 | Pacer | 54.0 | 5.40 |
| 12/23/20 | Pacer | 315.0 | 31.50 |
| 12/28/20 | Pacer | 147.0 | 14.70 |
| 12/29/20 | Pacer | 107.0 | 10.70 |
| 12/30/20 | Pacer | 332.0 | 33.20 |
| 12/31/20 | Pacer | 30.0 | 3.00 |
| 01/17/21 | Computer Research - Westlaw | 1.0 | 115.52 |
| | **Total** | | **$481.32** |