# EXHIBIT B

**EXPENSES**
**January 1, 2021 - January 31, 2021**

| Date | Description | Amount |
|---|---|---|
| 1/4/2021 | Lexis | $426.07 |
| 1/13/2021 | Lexis | $413.28 |
| 1/14/2021 | Lexis | $249.25 |
| 1/31/2021 | Westlaw | $595.38 |
| 1/31/2021 | PACER | $73.30 |
| 1/31/2021 | PACER | $8.10 |
| | | $1,765.38 |