# Exhibit A-1

**Summary of Services, December 1 – 31, 2020**



Boy Scouts of America
Attn: Steven P. McGown, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

**REMITTANCE PAGE**

*For Professional Services Through  December 31, 2020*

| | |
|---|---:|
| Total Fees | $301,604.50 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$301,604.50** |
| **Total Invoice Balance Due** | **USD  $301,604.50** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N** ● **SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21465447** ● Client Number **0020234.00024** ● Attorney **Ernest Martin, Jr.**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21465447
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

February 05, 2021
Page 2 of 26

*For Professional Services Through  December 31, 2020*

**Professional Fees**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/01/20 | Adrian Azer | Review ███████████████████, emails with Ms. Green and KCIC ███████████ (.4); conference call with Ms. Green, Mr. Sochurek, Ms. Hanke, and Ms. Klauck to discuss ████████ (.5); conference with Mr. Martin, Ms. Green, Mr. Sochurek, and Ms. Hanke to discuss ███████ (1.5); follow-up emails with Hartford and Liberty regarding ██████████ (.2); review ████ (.3); emails with Ms. Green regarding █████████ (.3); review ██████ (.3); emails with Ms. Green regarding █████ (.2); finalize ████ (.2); emails with KCIC regarding ████ (.3); review █████████ and internal emails related to ███ (.2). | 4.20 | $3,255.00 |
| 12/01/20 | Carla Green | Conference call with Mr. Azer, Ms. Green, Mr. Sochurek, Ms. Hanke, and Ms. Klauck to discuss █████████ (.5); several emails with Mr. Schulman and Mr. Andolina regarding ███ (.3); conference with Mr. Azer, Mr. Martin, Ms. Green, Mr. Sochurek, and Ms. Hanke to discuss ███ (1.5); email with Mr. Dutton regarding ████ (.1); continue draft █████████ (1.6); multiple emails with Mr. Andolina, Mr. Azer and Mr. Martin regarding █████ (.3); review ████ (.3); incorporate revisions to ████ (.3); complete review of ████ (.8); complete █████ (.8); email with Ms. Klauck regarding ████ (.2); review █████ (.3); emails with Ms. Parks regarding ████ (.2); email with Mr. Azer regarding ████ (.2); email with Mr. Andolina and Mr. Linder regarding ████ (.1); final review of ████ (.7). | 8.50 | $5,525.00 |
| 12/01/20 | Ernest Martin, Jr. | Review ████████████ (.1); review ████ (.1); conference call with Mr. Azer, Ms. Green, Mr. Sochurek, and Ms. Hanke to discuss ████████ (1.5). | 1.70 | $1,691.50 |
| 12/01/20 | Brittany Parks | Prepare and write edits to ████████████ (2.4); multiple emails with Ms. Green regarding ████ (.3). | 2.70 | $1,741.50 |

Invoice Number: 21465447
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

February 05, 2021
Page 3 of 26

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/02/20 | Adrian Azer | Email to TCC and FCR providing ▮▮▮▮▮▮ (.5); conference call with Ms. Green regarding ▮▮▮▮▮ (.3); email to counsel to AIG regarding ▮▮▮▮▮ (.1); attend mediation session with insurers (1.0); conference call with Mr. Sochurek, and Ms. Hanke regarding ▮▮▮▮ (.3); prepare for ▮▮▮▮▮ (.5); conference call with Mr. Martin, Ms. Green, Mr. Sochurek, Ms. Hanke, Mr. Andolina, Ms. Boelter and counsels representing the TCC and FCR to discuss ▮▮▮▮ (1.0); conference call with Mr. Martin regarding ▮▮▮▮ (.2); multiple conference calls with Ms. Green regarding ▮▮▮▮ (.4); conference call with Ms. Green ▮▮▮▮ (.6); conference call with J. Schulman and I. Nasatir regarding ▮▮▮▮ (.4); conference call with L. McNally (CNA) regarding ▮▮▮▮ (.3); final review and revisions of ▮▮▮▮ (.5); conference call with Mr. Dutton and Ms. Green to discuss ▮▮▮▮ (.4). | 6.50 | $5,037.50 |
| 12/02/20 | Wesley Dutton | Conferemce call with A. Azer and C. Green to discuss ▮▮▮▮ (.4); research and analyze ▮▮▮▮ (1.5). | 1.90 | $1,035.50 |
| 12/02/20 | Carla Green | Conference call with Mr. Azer regarding ▮▮▮▮ (.3); complete ▮▮▮▮ (.4); coordination of ▮▮▮▮ (1.4); conference call with Mr. Azer, Mr. Martin, Ms. Green, Mr. Sochurek, Ms. Hanke, Mr. Andolina, Ms. Boelter and counsels representing the TCC and FCR to discuss ▮▮▮▮ (1.0); conference call with Mr. Azer ▮▮▮▮ (.6); revision to ▮▮▮▮ (.4); multiple conference calls with Mr. Azer to discuss ▮▮▮▮ (.4); conference call with Ms. Topper regarding ▮▮▮▮ (.2); final revisions ▮▮▮▮ (.7); conference call with Mr. Moates regarding ▮▮▮▮ (.2); final review and edit of ▮▮▮▮ (1.5); emails with Chubb and AIG regarding ▮▮▮▮ (.2); review ▮▮▮▮ (.3); conference call with Mr. Dutton and Mr. Azer to discuss ▮▮▮▮ (.4). | 8.00 | $5,200.00 |
| 12/02/20 | Ernest Martin, Jr. | Participate in conference call with mediators and insurers (1.0); prepare for call with TCC and FCR (.3); conference call with Mr. Azer, Ms. Green, Mr. Sochurek, Ms. Hanke, Mr. Andolina, Ms. Boelter and counsels representing the TCC and FCR to discuss ▮▮▮▮ (1.0); conference call with Mr. Azer regarding ▮▮▮▮ (.2). | 2.50 | $2,487.50 |

Invoice Number: 21465447
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

February 05, 2021
Page 4 of 26

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/02/20 | Brittany Parks | Prepare and write ███████████████████ ████████████. | 1.80 | $1,161.00 |
| 12/03/20 | Adrian Azer | Prepare for ████████████████████████ ██████████ (.2); conference call with Ms. Whitman and Ms. Green regarding ████ (.4); follow-up email regarding ██████ (.2); emails with counsel to the FCR regarding ██████████ (.2); emails with Mr. Andolina regarding ██████ (.2); draft, review and revise ████████████████████ (1.2); email to White and Case regarding ██████ (.2); conference call with Mr. Martin regarding ████████ (.3); review ████████████████████ (.2); emails with Mr. Andolina regarding ██████ (.2); conference call with Mr. Linder regarding ████ (.2); email with Ms. Hanke (KCIC) regarding ████ (.2); review ████████████████ (.5); email to Mr. Dutton regarding ██████ (.1); conference call with counsel to CNA regarding ████ (.2); email confirming ████████████████ (.2); review ████████████████ (.3); multiple conference calls with Ms. Green regarding ████ (.4); multiple emails responding to counsel to Chubb related ████████ (.8). | 6.20 | $4,805.00 |
| 12/03/20 | Wesley Dutton | Research and analyze ███████████████████ ████ (2.7); draft email to A. Azer and C. Green ██████████████████ ████ (.5). | 3.20 | $1,744.00 |
| 12/03/20 | Carla Green | Multiple conference calls with Mr. Azer regarding ████████████ (.4); conference with Mr. Azer to review ██████████████████ (.4); conference call with Mr. Azer, Mr. Andolina, Ms. Boelter, Mr. Linder and counsel for TCC regarding ████████ (1.0); multiple emails with insurers and TCC regarding ████████ (.4); multiple emails with insurers relating to ██████████████ (.5); conference call with Ms. Whitman and Ms. Green regarding ████████ (.4); emails with Ms. Tuffey and Mr. Linder regarding ████ (.1); emails with Mr. Sochurek regarding ██████████ (.2) and review and analysis of ████ (.4). | 3.80 | $2,470.00 |
| 12/03/20 | Ernest Martin, Jr. | Review e-mail from Mr. Smythurst regarding ████ (.1); review e-mails from Mr. Wadley and Mr. Azer regarding ████ (.1); review e-mail from Mr. Wadley regarding ████████ (.1); review ████████████████ (.1); conference call with Mr. Azer regarding ████ (.3). | 0.70 | $696.50 |

Invoice Number: 21465447
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

February 05, 2021
Page 5 of 26

| <u>Date</u> | <u>Timekeeper</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 12/04/20 | Adrian Azer | Attend portion of mediation related to BSA's Assets (1.0); conference call with Ms. Green to discuss ███████ (.2); conference call with Ms. Green, Mr. Andolina, Mr. Linder, Mr. Sochurek, Ms. Hanke and Mr. Celentino (Ad Hoc Committee) to discuss ███████ (.3); prepare for weekly insurer call, including ███████ (.1); emails with J. Boelter and M. Andolina (White and Case) regarding ███████ (.3); conference call with counsel to CNA (L. McNally) regarding ███████ (.2); conference call with Ms. Green, Mr. Martin, Mr. Andolina, Mr. Linder, Ms. Boelter and the insurers to discuss ███████ (1.0); conference call with Ms. Green to discuss ███████ (.4); conference call with Ms. Green and counsel for AIG to discuss ███████ (.4); post-conference call with Ms. Green regarding ███ (.2); emails with counsel to AIG (S. Gummow) regarding ███████ (.3); conference call with counsel to Liberty Mutual, K. Marrkand, regarding ███████ (.4); conference call with counsel to Chubb, Chris Wadley (.4); conference call with counsel to Hartford, Jim Ruggeri (.5); conference call with Mr. Martin regarding ███████ (.2); finalize ███████ (.3); email to R. Smethurst (Allianz) regarding ███████ (.4); conference call with counsel to the TCC, Jeff Schulman (.3); emails with J. Schulman regarding ███████ (.3); conference call with Ms. Green regarding ███████ (.3); conference call with T. Gallagher regarding ███ (.4); review ███ (.3); email with C. Wadley (Chubb) regarding ███████ (.2); email with Ms. Green regarding ███████ (.2). | 8.60 | $6,665.00 |
| 12/04/20 | Carla Green | Conference call with Mr. Azer to discuss ███████ (.2); begin review of ███████ (1.4); conference with Mr. Sochurek, Ms. Hanke, Ms. Klauck, Ms. Murray and Mr. Evans to discuss ███████ (.5); multiple emails with Mr. Sochurek and Ms. Klauck regarding ███████ (.3); conference with Mr. Azer, Mr. Andolina, Mr. Linder, Mr. Sochurek, Ms. Hanke and Mr. Celentino (Ad Hoc Committee) to discuss ███████ (.3); conference call with Mr. Azer, Mr. Martin, Mr. Andolina, Mr. Linder, Ms. Boelter and the insurers to discuss ███████ (1.0); conference call with Mr. Azer to discuss ███████ (.4); begin revisions ███████ (1.0); conference call with Mr. Azer and counsel for AIG to discuss ███████ (.4); post-conference call with Mr. Azer regarding ███ (.2); conference call with Mr. Azer regarding ███████ (.3). | 6.00 | $3,900.00 |

Invoice Number: 21465447
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

February 05, 2021
Page 6 of 26

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/04/20 | Ernest Martin, Jr. | Participate in mediation call regarding █████████████ (1.0); participate in call with insurers and Mr. Gallagher to discuss ████████ (1.0); conference call with Mr. Azer regarding ████████ (.2); review ████████ (.1). | 2.30 | $2,288.50 |
| 12/04/20 | Mike Stoner | Work on revisions █████████████ (.7); work on revisions to ████████ (1.1); analysis regarding ████████ (.5). | 2.30 | $1,552.50 |
| 12/06/20 | Adrian Azer | Response to Mr. Curtin (Sidley Austin) regarding ████████ (.4); emails with insurers regarding ████████ (.2). | 0.60 | $465.00 |
| 12/07/20 | Adrian Azer | Conference call with Ms. Green and counsel for AIG to discuss ████ (.5); conference call with Ms. Green to discuss ████████ (.3); conference call with Ms. Green to discuss ████████ (.1); conference call with Ms. Green and Mr. Moates to discuss ████████ (.3); post-conference call with Ms. Green to discuss ████████ (.1); conference call with Mr. Schulman and Mr. Nasatir regarding ████████ (.4); emails with various insurers ████████ (1.1); conference calls with counsel to AIG and CNA regarding ████ (.5); conference call with counsel to Chubb regarding ████ (.2); multiple emails with KCIC regarding ████ (.4); email to Mr. Martin regarding ████ (.3); emails with Ms. Green regarding ████ (.3); review ████████ (.5); conference call with Mr. Martin regarding ████ (.5). | 5.40 | $4,185.00 |
| 12/07/20 | Carla Green | Conference call with Mr. Azer and counsel for AIG to discuss ████ (.5); conference call with Mr. Azer to discuss ████████ (.3); continue revisions to ████████ (1.0); review and analyze ████ (.4); multiple emails with Mr. Azer to discuss ████ (.3); continue revisions to ████ (.8); conference call with Mr. Azer to discuss ████████ (.1); conference call with Mr. Azer and Mr. Moates to discuss ████ (.3); post-conference call with Mr. Azer to discuss ████ (.1); complete review ████████ (1.6); email to Mr. Azer to discuss ████ (.2). | 5.60 | $3,640.00 |

Invoice Number: 21465447
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

February 05, 2021
Page 7 of 26

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/07/20 | Ernest Martin, Jr. | Conference call with Mr. Azer regarding ██████████ █████ (.5); review ████████████████████████ (.2). | 0.70 | $696.50 |
| 12/07/20 | Mike Stoner | Edit and revise ████████████████ (.8); analysis regarding ████████████ ████████████████ (1.3). | 2.10 | $1,417.50 |
| 12/08/20 | Adrian Azer | Conference call with Ms. Green, Mr. Martin, Ms. Boelter, Mr. Linder and counsel for Chubb, Hartford, and Liberty Mutual to discuss █████ ████████ (.5); conference call with Mr. Martin regarding █████ (.2); conference call with Ms. Green, Mr. Andolina and counsel for Chubb to discuss ████████ ████ (.1); email to KCIC regarding ████████████ ████ (.2); conference call with Ms. Green, Mr. Sochurek, Ms. Hanke and Ms. Klauck to discuss ████████████ ██████████ (1.3); conference call with Mr. Stoner regarding ████████ (.4); conference call with Ms. Green and Mr. Stoner to discuss ████████ (.4); email to M. Andolina and M. Linder regarding ████████████ (.2); conference call with Ms. Green, Mr. Andolina and Mr. Linder to discuss ████ (.4); email to Mr. Martin ████████████████ (.4); email to counsel to the TCC regarding ████ (.2); email to Mr. Martin regarding ████ (.2); multiple emails with counsel to Chubb, Hartford, and Liberty regarding ████████ (.5); review ████████████████████ (.3); draft, review and revise ████ (.4); emails with S. Gummow (AIG) regarding ████ (.3); email S. McGowan ████ (.2); review ████ (.2); review ████████ (.5); review ████████████ (.6). | 7.50 | $5,812.50 |

Invoice Number: 21465447
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

February 05, 2021
Page 8 of 26

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/08/20 | Carla Green | Conference call with Ms. Green, Mr. Martin, Ms. Boelter, Mr. Linder and counsel for Chubb, Hartford and Liberty Mutual to discuss ███ (.5); conference call with Mr. Azer, Mr. Andolina and counsel for Chubb to discuss ███ (.1); conference call with Mr. Azer, Mr. Sochurek, Ms. Hanke and Ms. Klauck to discuss ███ (1.3); conference call with Mr. Azer and Mr. Stoner to discuss ███ (.4); conference call with Mr. Azer, Mr. Andolina and Mr. Linder to discuss ███ (.4); continue revisions to ███ (1.3); emails with Mr. Stoner regarding ███ (.2); coordinate documents ███ (.4); email with Mr. Azer regarding ███ (.2); correspondence with Ms. Whitman (TCC counsel) regarding ███ (.2); finalize review of ███ (.8); multiple correspondences with Mr. Andolina, Mr. Linder and Ms. Kutz regarding ███ (.4); email with Hartford regarding ███ (.2); coordinate ███ (.3); email with Travelers counsel regarding ███ (.1); email with Mr. Sochurek regarding ███ (.1); review and analyze ███ (.3). | 7.20 | $4,680.00 |
| 12/08/20 | Ernest Martin, Jr. | Participate in conference call with Mr. Ruggeri, Mr. Wadley, Ms. Marrkand, and Mr. Linder to discuss ███ (.5); discussion with Mr. Azer regarding ███ (.2); review ███ (.1); review ███ (.1); review ███ (.1). | 1.00 | $995.00 |
| 12/08/20 | Brittany Parks | Begin to read and analyze ███ (2.1); begin to prepare and write ███ (.8). | 2.90 | $1,870.50 |
| 12/08/20 | Mike Stoner | Conference call with Mr. Azer concerning ███ (.4); conference call with Ms. Green and Mr. Azer to discuss ███ (.4); organize and review ███ (.9); work on ███ (2.7); conference call with Ms. Green and Mr. Azer to discuss ███ (.4). | 4.30 | $2,902.50 |

Invoice Number: 21465447
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

February 05, 2021
Page 9 of 26

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/09/20 | Adrian Azer | Conference call with Ms. Green to discuss ███████ (.5); conference call with Ms. Green to discuss ███████ (.2); email with S. Gummow (AIG) regarding ███████ (.1); review ███████ (.2); internal emails to Mr. Martin and Ms. Green regarding ███████ (.2); emails with J. Schulman (TCC) regarding ███████ (.2); conference call with Ms. Green to discuss ███████ (.1); prepare for ███████ (.4); conference call with Mr. Martin, Ms. Green, Ms. Parks, Mr. Stoner and Mr. Dutton to discuss ███████ (1.6); review ███████ (.5); review and revise ███████ (.3); email with M. Whitman (TCC) regarding ███████ (.2); review ███████ (.2); email to N. Sochurek and E. Hanke regarding ███████ (.1). | 4.80 | $3,720.00 |
| 12/09/20 | Wesley Dutton | Draft ███████ (1.8); attend call with Mr. Azer, Mr. Martin, Ms. Green, Mr. Stoner and Ms. Parks regarding ███████ (1.6). | 3.40 | $1,853.00 |
| 12/09/20 | Carla Green | Conference call with Mr. Azer to discuss ███████ (.5); conference call with Mr. Stoner to discuss ███████ (.5); conference call with Mr. Azer to discuss ███████ (.2); conference call with Mr. Azer to discuss ███████ (.1); conference call with Mr. Martin, Mr. Azer, Ms. Parks, Mr. Stoner and Mr. Dutton to discuss ███████ (1.6); email with Mr. Azer regarding ███████ (.2); email with counsel to Allianz regarding ███████ (.2); update ███████ (.8); multiple correspondence with Ms. Topper and Mr. Moates to ███████ (.4). | 4.50 | $2,925.00 |
| 12/09/20 | Ernest Martin, Jr. | Review e-mail from Ms. McNally regarding ███████ (.1); e-mail to Mr. Azer regarding ███ (.1); conference call with Mr. Azer, Ms. Green, Mr. Stoner, Ms. Parks, and Mr. Dutton to discuss ███████ (1.6). | 1.80 | $1,791.00 |
| 12/09/20 | Brittany Parks | Conference call with Mr. Martin, Mr. Azer, Ms. Green, Mr. Stoner, and Mr. Dutton regarding ███████. | 1.60 | $1,032.00 |
| 12/09/20 | Mike Stoner | Conference call with Ms. Green regarding ███████ (.5); work on ███████ (.4); conference call with Mr. Martin, Mr. Azer, Ms. Green, Mr. Dutton, and Ms. Parks regarding ███████ (1.6). | 2.50 | $1,687.50 |

Invoice Number: 21465447
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

February 05, 2021
Page 10 of 26

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/10/20 | Adrian Azer | Conference with J. Celentino and R. Mason (Ad Hoc Committee); J. Boelter, M. Andolina, and M. Linder (White and Case), B. Whitman (A&M), and N. Sochurek and E. Hanke (KCIC) regarding ███████ (1.5); follow-up call with Ms. Hanke ███████ (.1); review ███████ (.2); review ███████ (.2); email to Ms. Kutz regarding ███ (.1); emails with insurers regarding ███████ (.2); email to UCC regarding ███ (.1); conference with Mr. Gallagher (.3); email to Mr. Andolina and Mr. Linder regarding ███████ (.3); review ███████ (.7); email to Mr. McGowan regarding ███████ (.4); draft ███████ (.3). | 4.40 | $3,410.00 |
| 12/10/20 | Ernest Martin, Jr. | Conference call with Mr. Azer regarding ███████ (.1); prepare ███████ (.1). | 0.20 | $199.00 |
| 12/10/20 | Mike Stoner | Work on preparing ███████ (.4); work on ███████ (.5); analysis regarding ███████ (.8). | 1.70 | $1,147.50 |
| 12/11/20 | Adrian Azer | Conference call with Ms. Green, Ms. Hanke, Ms. Klauck, Mr. Evans and Ms. Murray relating to ███████ (.6); emails with Mr. Martin in preparation for ███████ (.3); conference call with Ms. Green, Mr. Martin, Mr. Andolina, Ms. Boelter, Mr. Linder, mediators and counsel for insurers to discuss ███████ (1.0, in part); conference call with Ms. Green to discuss ███████ (.2); conference call with Ms. Green and counsel for Travelers regarding ███████ (.7); post-conference call with Ms. Green regarding ███████ (.1); conference call with Ms. Green, Ms. Klauck, and Mr. Sochurek to discuss ███████ (.2); conference call with Mr. Stoner, Ms. Hanke and Ms. Klauck regarding ███████ (.5); emails with Mr. Andolina and Mr. Linder regarding ███████ (.2); email to Ms. Green regarding ███████ (.3); draft, review and revise ███████ (.4); email to Ad Hoc Committee regarding ███████ (.2); revise ███████ (.2); review ███████ (.2); conference call with Mr. Martin regarding ███████ (.3); conference call with Mr. Martin regarding ███████ (.2). | 6.10 | $4,727.50 |

Invoice Number: 21465447
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

February 05, 2021
Page 11 of 26

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/11/20 | Carla Green | Conference call with Mr. Azer, Ms. Hanke, Ms. Klauck, Mr. Evans and Ms. Murray relating to ▬▬▬ (.6); email with Mr. Stoner regarding ▬▬▬ (.2); conference call with Mr. Azer, Mr. Martin, Mr. Andolina, Ms. Boelter, Mr. Linder, mediators and counsel for insurers to discuss ▬▬▬ (1.5); conference call with Mr. Azer to discuss ▬▬▬ (.2); conference call with Mr. Azer and counsel for Travelers regarding ▬▬▬ (.7); post-conference call with Mr. Azer regarding ▬▬▬ (.1); draft ▬▬▬ (.6); review ▬▬▬ (1.4); review and analyze ▬▬▬ (1.0); email to Ms. Kutz regarding ▬▬▬ (.1); conference call with Mr. Azer, Ms. Klauck, and Mr. Sochurek to discuss ▬▬▬ (.7); emails with Mr. Stoner regarding ▬▬▬ (.2); review and analyze ▬▬▬ (.4); follow up correspondence with Mr. Stoner regarding ▬▬▬ (.2); email with Mr. Smethurst (Allianz) regarding ▬▬▬ (.2); review ▬▬▬ (.3). | 8.60 | $5,590.00 |
| 12/11/20 | Ernest Martin, Jr. | Participate in weekly call with insurers and mediators (1.0, in part); conference call with Mr. Azer regarding ▬▬▬ (.2). | 1.20 | $1,194.00 |
| 12/11/20 | Mike Stoner | Review ▬▬▬ (.1); conference call with Mr. Azer regarding ▬▬▬ (.2); prepare ▬▬▬ (.4); conference call with Ms. Hanke, Mr. Sochurek, and Mr. Azer regarding ▬▬▬ (.5); review ▬▬▬ (.2); edit and revise ▬▬▬ (.4). | 1.80 | $1,215.00 |

Invoice Number: 21465447
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

February 05, 2021
Page 12 of 26

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/14/20 | Adrian Azer | Prepare for conference with the TCC regarding ██████████ (.2); conference call with J. Schulman and I. Nasatir (TCC) regarding ██████████ (.5); conference call with Ms. Parks regarding ██████████ (.2); emails with Ms. Green regarding ██████████ (.2); email to client related to ██████████ (.3); review email from KCIC related to ██████████ (.2); email to J. Schulman (TCC) regarding ██████ (.2); email to M. Wasson (UCC) regarding ██████████ (.2); emails to N. Sochurek regarding ██████████ (.4); email to Mr. Andolina regarding ██████ (.2); review ██████████ (.3); emails with D. Evans (Bates and White) regarding ██████████ (.3); review ██████ (.3); review ██████████ (.2); conference call with Ms. Green regarding ██████████ (.4). | 4.10 | $3,177.50 |
| 12/14/20 | Carla Green | Email with Hartford regarding ██████████ (.3); email with AIG regarding ██████ (.3); email with CNA regarding ██████████ (.3); email with Liberty Mutual regarding ██████████ (.3); email with Ms. Richardson regarding ██████ (.2); conference call with Mr. Azer regarding ██████████ (.4); email with Ms. Klauck regarding ██████████ (.2). | 2.00 | $1,300.00 |
| 12/14/20 | Brittany Parks | Conference call with Mr. Azer regarding ██████████ (.2). | 0.20 | $129.00 |
| 12/14/20 | Mike Stoner | Work on ██████████ (2.0); compare ██████████ (1.9). | 3.90 | $2,632.50 |

Invoice Number: 21465447
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

February 05, 2021
Page 13 of 26

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/15/20 | Adrian Azer | Conference call with Mr. Ruggeri (counsel to Hartford), Mr. Wadley (counsel to Chubb), and Ms. Marrkand (counsel to Liberty) regarding ███ (.1); review ███████ (.8); conference call with Ms. Green, Mr. Martin, and Ms. Klauck regarding ███ (.5); follow-up conference call with Ms. Green and Ms. Klauck regarding ███ (.4); prepare for ███████ (.4); conference call with Ms. Green, Ms. Boelter, Mr. Andolina, and Hartford regarding ███████ (1.3); begin to review ███████ (.5); conference call with Ms. Green to discuss ███████ (.5); conference call with Mr. Martin regarding ███████ (.2); conference call with Mr. Linder regarding ███ (.2); conference call with Ms. Green regarding ███████ (.3); emails with Mr. Evans (Bates and White) regarding ███████ (.4); review ███████ (.4); review email from M. Stoner related to ███████ (.2); conference call with Ms. Green and Ms. Klauck to ███████ (1.0). | 7.40 | $5,735.00 |
| 12/15/20 | Carla Green | Conference call with Mr. Azer, Mr. Martin, and Ms. Klauck regarding ███████ (.5); follow-up conference call with Mr. Azer and Ms. Klauck regarding ███████ (.4); conference call with Mr. Azer to discuss ███████ (.5); email with Ms. Klauck regarding ███████ (.2); review and analyze ███████ (1.3); review and analyze ███████ (.5); email with Mr. Martin, Mr. Azer and Mr. Stoner regarding ███████ (.1); multiple emails with Mr. Azer regarding ███████ (.4); conference call with Ms. Klauck to ███████ (2.3); conference call with Mr. Martin, Mr. Azer and Ms. Klauck to discuss ███████ (.5); conference call with Mr. Azer regarding ███████ (.3); email with Mr. Azer regarding ███████ (.2); review ███████ (.8); multiple correspondences with Ms. Klauck regarding ███ (.4); email with Mr. Sochurek and Ms. Hanke regarding ███████ (.2); conference call with Mr. Azer and Ms. Klauck to ███████ (1.0); final ███████ (.4). | 10.00 | $6,500.00 |

Invoice Number: 21465447
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

February 05, 2021
Page 14 of 26

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/15/20 | Ernest Martin, Jr. | Conference call with Mr. Azer regarding ███████ (.2); conference call with Mr. Azer, Ms. Green and Ms. Klauck to discuss █████████ (.5). | 0.70 | $696.50 |
| 12/15/20 | Mike Stoner | Continue analyzing █████████ (1.4); analysis and preparation of █████████ (1.8); prepare email to Ms. Green and Mr. Azer concerning █████ (.4); work on ███ (.4); analysis regarding █████████ (2.1). | 6.10 | $4,117.50 |
| 12/16/20 | Adrian Azer | Conference with J. Zirkman regarding ██████ (.3); emails with Ms. Green regarding ██████ (.2). | 0.50 | $387.50 |
| 12/16/20 | Wesley Dutton | Review ██████████ | 1.80 | $981.00 |
| 12/16/20 | Carla Green | Conference call with Mr. Azer, Mr. Sochurek, Ms. Hanke and Ms. Klauck regarding █████████ (1.2); post-conference call with Mr. Azer regarding ████ (.2); email with Ms. Klauck relating to ████ (.3); conference call with E. Hanke, N. Sochurek, and S. Klauck (KCIC) and Mr. Azer regarding █ (1.3); final review of ██████ (.6); email with Ms. Marrkand (Liberty Mutual) regarding ████ (.2); draft correspondence to Hartford █████████ (.5); email with Mr. Azer regarding ███ (.2); update and revise █████ (.7); email with Ms. McNally (CNA) regarding █████ (.2); email with Mr. Stoner regarding █████ (.1); conference call with Mr. Azer, Ms. Klauck and counsels for Hartford to discuss ████ (1.0); email with Mr. Martin, Mr. Azer and Mr. Stoner regarding ██████ (.2); email with Ms. Klauck regarding ██████ (.2); email with Ms. Whitman (TCC) regarding ████ (.2); review correspondence from Mr. Stoner regarding ██████ (.3); email with Mr. Stoner regarding ███ (.1). | 7.50 | $4,875.00 |
| 12/16/20 | Ernest Martin, Jr. | Review ██████ (.6). | 0.60 | $597.00 |

Invoice Number: 21465447
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

February 05, 2021
Page 15 of 26

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/16/20 | Mike Stoner | Conference call with Mr. Sochurek, Ms. Hanke, and Mr. Celentino regarding ███████████████████ (.7); continue working on ████████ (.8); prepare email to Ms. Kutz concerning ██████████ (.1); attend to █████ (.3); work on ████ (.3); review ████ (.1); additional analysis regarding ███████████████ (.2). | 2.50 | $1,687.50 |
| 12/17/20 | Adrian Azer | Review ████████████████ (.3); email Mr. Linder regarding ████████ (.2); email to P. Laun (Circle Ten Council) regarding ████████ (.3); conference call with Mr. Martin regarding ████████ (.4); review ████████ (.2); review ████████ (.3); continue review ████████ (3.2). | 4.90 | $3,797.50 |
| 12/17/20 | Wesley Dutton | Research and analyze ████████████████████. | 2.50 | $1,362.50 |
| 12/17/20 | Carla Green | Email with Ms. Klauck regarding ████████ (.3); begin review of ████████ (.4); multiple emails with Mr. Sochurek and Ms. Whitman regarding ████████ (.3); email with Mr. Sochurek regarding ████████ (.3); begin extensive review ████████ (3.2); begin draft ████████ (1.3). | 5.80 | $3,770.00 |
| 12/17/20 | Ernest Martin, Jr. | Conference call with Mr. Azer regarding ████████ ████. | 0.40 | $398.00 |
| 12/17/20 | Mike Stoner | Work on ████████████████ (1.5); analysis regarding ████████ (.4); analysis regarding ████████ (.5); analysis regarding ████████ (.7). | 3.10 | $2,092.50 |

Invoice Number: 21465447
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

February 05, 2021
Page 16 of 26

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/18/20 | Adrian Azer | Attend mediation regarding ████████████ (part) (1.7); conference call with D. Evans (Bates and White) and M. Linder (White and Case) regarding ████████████ (.3); emails with White and Case regarding ████████████ (.4); attend weekly insurer call (.5); prepare for ████████████ (.4); conference with Mr. Martin, Mr. Sochurek, Ms. Hanke, and Ms. Green regarding ████████████ (.8); review ████ ████████████ (.4); emails with E. Hanke addressing ████████ (.4); review emails from T. Schiavoni regarding ████████████ (.3); review ████████████ (.2); review ████████████ (.2); continue to review ████████████ (1.3). | 6.90 | $5,347.50 |
| 12/18/20 | Carla Green | Conference call with Mr. Martin, Mr. Azer, Ms. Hanke, Mr. Sochurek and Ms. Klauck relating to ████████████. | 1.00 | $650.00 |
| 12/18/20 | Carla Green | Review and analyze ████████████ (1.0); email with Mr. Azer regarding ████████████ (.2); conference with Mr. Evans, Ms. Murray, Mr. Sochurek, Ms. Klauck and Mr. Azer to discuss ████████████ (.5); email with Mr. Sochurek regarding ████████████ (.2); calendar all ████████████ (.4); follow up email with AIG and CNA regarding ████████████ (.2); attend weekly insurer call (.5); review ████████████ (.4) email to Ms. Backus regarding ████ (.3); continue to review ████████████ (1.4). | 5.10 | $3,315.00 |
| 12/18/20 | Ernest Martin, Jr. | Attend weekly call with insurers and Mr. Gallagher (.5); review e-mail from Ms. Hanke regarding ████████████ (.1); conference call with Ms. Hanke, Mr. Sochurek, Ms. Klauck, Mr. Azer and Ms. Green to discuss ████████████ (.8). | 1.40 | $1,393.00 |
| 12/18/20 | Mike Stoner | Analysis concerning ████████████ (.6); analysis concerning ████████████ (.5); analysis regarding ████████████ (.4); work on ████████████ (.6). | 2.10 | $1,417.50 |
| 12/19/20 | Adrian Azer | Conference call with Mr. Andolina and counsel to Hartford regarding ████████████ (.3); post-conference call with Mr. Andolina regarding ████████████ (.1); conference call with Mr. Stoner regarding ████████████ (.4); continue to review ████████████ (2.3). | 3.10 | $2,402.50 |

Invoice Number: 21465447
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

February 05, 2021
Page 17 of 26

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 12/19/20 | Carla Green | Email with Ms. Klauck regarding ██████████████ (.2); email with Hartford regarding ████ (.2); continue review and analysis of ██████████ (3.6); continue draft of ██████████ (1.4). | 5.40 | $3,510.00 |
| 12/19/20 | Mike Stoner | Conference call with Mr. Azer regarding ██████████ (.4). | 0.40 | $270.00 |
| 12/20/20 | Adrian Azer | Continue to review ██████████████ (1.8); conference calls with Ms. Green regarding ██████████ (2.1); conference call with Mr. Martin and Ms. Green regarding ██████ (1.1). | 5.00 | $3,875.00 |
| 12/20/20 | Carla Green | Continue review ██████████ (2.2); continue draft ████ (1.0); conference call with Mr. Azer to ██████████ (2.1); email with Mr. Martin regarding ██████ (.2); conference call with Mr. Martin and Mr. Azer to discuss ████ (1.1). | 6.60 | $4,290.00 |
| 12/20/20 | Ernest Martin, Jr. | Review draft ██████ (3.0); conference call with Mr. Azer and Ms. Green regarding ██████ (1.1). | 4.10 | $4,079.50 |
| 12/21/20 | Adrian Azer | Conference call with J. Schulman and I. Nasatir (TCC) regarding ██████ (.6); prepare for conference with Mr. Martin and Ms. Green regarding ██████ (.5); conference call with Mr. Martin and Ms. Green regarding ████ (.1); prepare for ██████████ (1.0); conference call with Ms. Boelter, Mr. Linder, and Ms. Green regarding ██████ (1.1); post-conference call with Ms. Green regarding ██████████ (.3); prepare for conference with ██████ (.2); conference call with counsel to LDS and Mr. Linder regarding ████ (.3); review ██████ (.3); review ██████████ (.7); emails with Ms. Boelter regarding ████ (.2); conference call with Ms. Boelter regarding ██ (.1); conference call with Ms. Green regarding ████ (.2); review ██████████ (.4); review ██████████ (.5); review ██████ (.2); review ██████████ (.2); review ██████ (.4); emails with Ms. Hanke (KCIC) regarding ██ (.3). | 7.60 | $5,890.00 |

Invoice Number: 21465447
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

February 05, 2021
Page 18 of 26

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/21/20 | Wesley Dutton | Research and analyze █████████████████ ███████████████████ | 4.10 | $2,234.50 |
| 12/21/20 | Carla Green | Revise ████████████████ (2.4); conference call with Mr. Martin and Mr. Azer regarding ████████████ (.1); email with Mr. Azer regarding ████████ (.2); email with Ms. Parks regarding ████████████████ (.2); conference call with Mr. Azer to discuss ██████ (.2); email with Mr. Dutton regarding ████████ (2); finalize ██████████████████ (2.9); conference call with Mr. Linder, Ms. Boelter and Mr. Azer to discuss ██████████ (1.1); post-conference call with Mr. Azer regarding ████████ (.3); conference call with Mr. Azer regarding ████ (.2). | 7.80 | $5,070.00 |
| 12/21/20 | Ernest Martin, Jr. | Review ████████████████ ███████████ | 0.10 | $99.50 |
| 12/21/20 | Brittany Parks | Email correspondence to Ms. Green regarding ████████ ██████. | 0.30 | $193.50 |
| 12/21/20 | Mike Stoner | Prepare email to Mr. Azer concerning ████████ ██████ (.9). | 0.90 | $607.50 |
| 12/22/20 | Adrian Azer | Conference call with Mr. Dutton regarding ████████ ███████████ (.3); conference call with Mr. Dutton to discuss ████████████ (.4); conference call with Ms. Parks regarding ████████ (.3); conference call with Mr. Evans and Ms. Murray (Bates and White), Mr. Andolina and Mr. Linder (White and Case), and Mr. Manning (Ogletree) regarding ████ ████████ (.4); conference call with R. Boone and A. Lattner (White and Case) regarding ██████ (.5); review ████ ████████████ (.3); conference call with Ms. Parks regarding ████ (.2); review ████ ██████████ (.3); emails with Mr. Sochurek (KCIC) regarding ██ (.2); emails with Mr. Taylor (KCIC) regarding ████ (.3); email to Mr. Stoner related to ██████ (.2); conference call with Mr. Stoner regarding ████ (.3); review email from Mr. Stoner to Mr. Linder regarding ██████ (.2); review ████ (.3); begin to review ████ (.4); continue to address ████████ (.8); conference call with Mr. Martin regarding ████ (.3). | 5.70 | $4,417.50 |

Invoice Number: 21465447
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

February 05, 2021
Page 19 of 26

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/22/20 | Wesley Dutton | Conference call with Mr. Azer regarding ███████ (.3); review ███████████ (.3); conference call with Mr. Azer to discuss ███████ (.4); draft ██████████████ (.3); research and analyze ██████████ (2.4). | 3.70 | $2,016.50 |
| 12/22/20 | Brittany Parks | Conference call with Mr. Azer regarding ███████ (.2); conference call with Mr. Azer regarding ████████ (.2); begin to prepare and write ███████ (1.0). | 1.40 | $903.00 |
| 12/22/20 | Mike Stoner | Conference call with Mr. Azer regarding ███████ (.1); prepare email to Ms. Parks regarding ███████ (.1); attend to emails with Ms. Kutz regarding ███████ l (.1); work on ██████████ (.4); prepare email to Mr. Linder concerning ██████████ (.2); continue working on ██████████ (2.3). | 3.20 | $2,160.00 |
| 12/23/20 | Adrian Azer | Prepare for conference call with KCIC regarding ███████ (.4); conference with Mr. Sochurek, Ms. Hanke, Mr. Taylor and Ms. Klauck regarding ███ (1.4); prepare for conference with Mr. Taylor ███████ (.5); conference call with Mr. Taylor to review ███████ (2.0); review ██████████ (.2); respond to ███████ (.1); review and revise ███████ (.5); email to White and Case regarding ███████ (.1); emails with KCIC related to ██████████ (.2). | 5.40 | $4,185.00 |
| 12/23/20 | Wesley Dutton | Research and analyze ██████████ | 0.60 | $327.00 |
| 12/23/20 | Brittany Parks | Email correspondence to Ms. Backus regarding ███████ (.1); email communications with N. Sochurek regarding ███████ (.3). | 0.40 | $258.00 |
| 12/23/20 | Mike Stoner | Prepare email to Ms. Green regarding ███████ (.1); review ██████████ (1.4); work on ████████ (.5). | 2.00 | $1,350.00 |

Invoice Number: 21465447
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

February 05, 2021
Page 20 of 26

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/24/20 | Adrian Azer | Review ███████████████████████████ (.3); email to Mr. Linder summarizing ████████████ (.2); review emails from White and Case related to ███████ (.2). | 0.70 | $542.50 |
| 12/27/20 | Adrian Azer | Review ██████████████████ (.5); conference call with Mr. Martin and Ms. Green regarding ███████████ (.4); conference call with Bates and White, White and Case, Mr. Martin and Ms. Green regarding ████████████ (.9); conference call with Mr. Martin and Ms. Green to discuss ██████████ (.5); conference call with Mr. Gallagher, Mr. Andolina, Mr. Linder, Mr. Martin, and Ms. Green regarding █████████ (.9); review █████ (.2); email to Mr. Gallagher regarding █████ (.1); conference call with Mr. Martin regarding ███ (.2); conference call with Ms. Green regarding ██████ (.2); conference call with Ms. Green, Mr. Gallagher, Mr. Linder regarding █████████ (.3). | 4.20 | $3,255.00 |
| 12/27/20 | Wesley Dutton | Research and analyze ████████████████████ | 2.40 | $1,308.00 |
| 12/27/20 | Carla Green | Conference call with Mr. Azer and Mr. Martin to discuss ██████████ (.4); review and analyze ████████████ (.4); conference call with Mr. Martin and Mr. Azer to discuss ████████ (.5); conference call with Mr. Evans, Ms. Murray, Mr. Martin, Mr. Azer, Mr. Andolina and Mr. Linder to discuss ███████ (.9); conference call with Mr. Azer, Mr. Gallagher, Mr. Linder regarding ██████ (.3); conference call with Mr. Azer regarding ████████ (.2). | 2.70 | $1,755.00 |
| 12/27/20 | Ernest Martin, Jr. | Conference call with Mr. Azer and Ms. Green regarding ██████████ (.4); conference call with Mr. Olson, Mr. Andolina, Mr. Linder, Ms. Warner to discuss ████ (.9); conference call with Mr. Gallagher (.2); conference call with Mr. Azer regarding ████ (.2). | 1.70 | $1,691.50 |

Invoice Number: 21465447
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

February 05, 2021
Page 21 of 26

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/28/20 | Adrian Azer | Conference call with Ms. Boelter, Mr. Linder, and Ms. Green regarding ███████ (.4); conference call with Ms. Green to discuss ███████ (.3); conference call with mediators, insurers, Mr. Martin, and White and Case (.2); post-conference call with Mr. Martin regarding ███ (.3); conference call with Mr. Schulman and Mr. Nasatir (.6); conference call with Mr. Sochurek, Ms. Hanke, Ms. Klauck, and Mr. Taylor regarding ███ (1.0); review ███ (.3); begin to review ███ (.4); review ███ (.3); emails related to ███ (.7); review and comment on ███ (.5); emails with counsel to AIG regarding ███ (.4); multiple emails with Ms. Hanke and Mr. Sochurek regarding ███ (.4); emails with White and Case regarding ███ (.3); review ███ (.5); multiple emails with Ms. Green regarding ███ (.5); conference call with Ms. Green to discuss ███ (.3); review ███ (1.4); review ███ (.4); emails with KCIC regarding ███ (.3). | 9.50 | $7,362.50 |
| 12/28/20 | Wesley Dutton | Research and analyze ███ (3.6); conference call with Ms. Green regarding ███ (.2). | 3.80 | $2,071.00 |

Invoice Number: 21465447
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

February 05, 2021
Page 22 of 26

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/28/20 | Carla Green | Conference call with Mr. Azer to discuss ███████████ (.3); email with Mr. Stoner regarding █████████ (.2); review and analyze ████████ (.5); conference call with Mr. Linder, Ms. Boelter and Mr. Azer to discuss █████████ (.4); email with Mr. Martin regarding ███████ (.2); correspondence and summary of █████████ (.4); email with Ms. Parks ████████ (.3); review and send ████ (.3); conference call with Mr. Dutton regarding ████ (.2); continue extensive ████████ (2.8); conference call with Mr. Azer regarding █████ (.2); multiple emails with Mr. Azer regarding █████ (.5); conference call with Mr. Azer to discuss ██████ (.3); email correspondence with Mr. Schindler regarding ██████ (.2). | 6.80 | $4,420.00 |
| 12/28/20 | Ernest Martin, Jr. | Review communication with Ms. Gummow of AIG regarding ████ (.1); conference call with mediators, insurers, Mr. Azer, and White and Case (.2); post-conference call with Mr. Azer regarding ██████ (.3); conference call with insurers and mediators (.2); conference call with Mr. Azer regarding ████ (.3); review ██████ (.1); review ████████ (.1); review ████ (.2); review ████ (.2); review ████ (.2). | 1.90 | $1,890.50 |
| 12/28/20 | Brittany Parks | Prepare and write █████████ (5.1), including review of ████████ (2.0); email communications to Ms. Green regarding ████ (.2); email communications to (.2) and telephone conference with (.2) Mr. Sochurek regarding ████. | 7.70 | $4,966.50 |
| 12/28/20 | Benjamin Schindler | Review and analyze ████████ (.3); discuss ████████ (.2); legal research regarding ████████ (2.0). | 2.50 | $1,125.00 |
| 12/28/20 | Mike Stoner | Prepare ████████ (.4); prepare ████████ (.5); prepare ████████ (.8); prepare ████████ (.9); edit and revise ████████ (.6); prepare email to Mr. Azer and Ms. Green regarding ████ (.1). | 3.30 | $2,227.50 |

Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/29/20 | Adrian Azer | Review and revise ███████ (3.7); ███████ (.2); multiple conference call with Mr. Linder regarding ███████ conference calls with Ms. Green regarding ███████ (1.8); conference call with Ms. Green and Mr. Stoner regarding ███████ (.3); conference call with Ms. Green regarding ███████ (.2); attend mediation session related to ███████ (1.5); conference call with Mr. Sochurek, Ms. Klauck, and Ms. Hanke (for part) related to ███████ (.3); review ███████ (.9); conference call with Mr. Martin in preparation for ███████ (.2); attend NEC meeting, along with Mr. Martin, Mr. Andolina, Ms. Boelter, and Mr. Linder (2.0); review ███████ (.2); review ███████ (.2); review ███████ (.2); emails with Mr. McGowan and Mr. Andolina regarding ███████ (.4); review ███████ (.3); conference call with Ms. Green regarding ███████ (.3). | 12.70 | $9,842.50 |
| 12/29/20 | Wesley Dutton | Review ███████ (2.7); research and analyze ███████ (1.8). | 4.50 | $2,452.50 |
| 12/29/20 | Carla Green | Conference call with Mr. Azer to discuss ███████ (1.8); review and analyze ███████ (.4); email with Mr. Schindler regarding ███████ (.2); conference call with Mr. Azer regarding ███████ (.2); conference call with Mr. Azer and Mr. Stoner regarding ███████ (.3); follow up email with Mr. Schindler regarding ███████ (.2); begin review and revisions ███████ (.5); conference call with Mr. Stoner and Mr. Azer to discuss ███████ (.3); email with Mr. Stoner regarding ███████ (.2); conference call with Mr. Azer regarding ███████ (.3); finalize ███████ (1.7); email with Mr. Linder regarding ███████ (.4); draft ███████ (2.6). | 9.10 | $5,915.00 |

Invoice Number: 21465447
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

February 05, 2021
Page 24 of 26

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/29/20 | Ernest Martin, Jr. | Review █████████████ (.2); review █████████████ (.1); review ███████████ (.2); attend NEC meeting along with Mr. Azer, Mr. Andolina, Ms. Boelter, and Mr. Linder (2.0); participate in ████████████ (1.5); conference call with Mr. Azer regarding ████████ (.2); review ████████ (.1); review ███████████ (.2). | 4.50 | $4,477.50 |
| 12/29/20 | Brittany Parks | Prepare and write ███████████████. | 2.00 | $1,290.00 |
| 12/29/20 | Mike Stoner | Analysis regarding ████████████ (.4); conference call with Ms. Green and Mr. Azer concerning ███████████ (.3); review ████████ (.3). | 1.00 | $675.00 |
| 12/30/20 | Adrian Azer | Prepare for ███████████████ (.2); conference call with Mr. Sochurek, Ms. Hanke, and Ms. Klauck ████████ (.7); prepare for ███████ (.3); conference call with counsel to Hartford, Ms. Green, and Mr. Taylor regarding ███ (1.0); post-conference call with Mr. Martin regarding ████ (.3); conference call with Mr. Andolina regarding ████████ (.2); conference call with Mr. Martin and Ms. Green regarding █████████ (.3); prepare for conference with Mr. Linder regarding ████████ (.8); conference call with Mr. Linder, Ms. Green and Ms. Baccash regarding ████ (.9); multiple follow-up conference calls with Mr. Linder regarding █████ (.3); review ██████████ (.1); email to Mr. Linder regarding ████ (.1); review ██████ (.2); per the request of Ms. Kutz (BSA), review ████████ (.5); draft, review and revise ██████████ (.5); multiple conference calls with Ms. Green regarding ███████ (.4); review ██████ (.5); begin to review ████ (.4); review ██████ (.3). | 8.00 | $6,200.00 |
| 12/30/20 | Wesley Dutton | Research and analyze ████████████████ (3.7); review █████████ (2.2); draft ████████ (2.0). | 7.90 | $4,305.50 |

Invoice Number: 21465447
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

February 05, 2021
Page 25 of 26

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/30/20 | Carla Green | Conference call with Mr. Linder and Mr. Azer to discuss [redacted] (1.0); email with Mr. Martin regarding [redacted] (.2); continue [redacted] (1.6); conference call with Mr. Martin to [redacted] (.5); follow up conference call with Hartford regarding [redacted] (1.0); email with KCIC regarding [redacted] (.2); conference call with Mr. Azer and Mr. Martin regarding [redacted] (.3); briefly review [redacted] (.4); review [redacted] (.3); revise [redacted] (.3); email with Mr. Linder regarding [redacted] (.2). | 6.00 | $3,900.00 |
| 12/30/20 | Ernest Martin, Jr. | Review [redacted] (1.3); conference call with Mr. Azer and Ms. Green regarding [redacted] (.9); conference call with Mr. Azer regarding [redacted] (.2). | 2.40 | $2,388.00 |
| 12/30/20 | Ernest Martin, Jr. | Review [redacted] (.1); conference with Mr. Azer and Ms. Green regarding [redacted] (.3). | 0.40 | $398.00 |
| 12/30/20 | Benjamin Schindler | Legal research regarding [redacted] (2.8); draft email memo regarding [redacted] (2.3). | 5.10 | $2,295.00 |
| 12/30/20 | Mike Stoner | Review [redacted] (.3); work on [redacted] (3.2). | 3.50 | $2,362.50 |
| 12/31/20 | Adrian Azer | Review [redacted] (.4); respond to multiple emails from Mr. Taylor related to [redacted] (.5); review [redacted] (.3); emails with Mr. Andolina regarding [redacted] (.3); email to insurers regarding [redacted] (.1); email to Mr. Martin related to [redacted] (.2); begin to review [redacted] (.3); email to Mr. Martin regarding [redacted] (.1); review [redacted] (.5); emails with Mr. Stoner and Ms. Green regarding [redacted] (.2); emails with Ms. Green and Mr. Sochurek regarding [redacted] (.3); review [redacted] (.2); email with Ms. Green regarding [redacted] (.1). | 3.50 | $2,712.50 |

Invoice Number: 21465447
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

February 05, 2021
Page 26 of 26

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/31/20 | Carla Green | Review ███████ (.3); email with Mr. Azer discussing ███████ (.2); complete review and revisions ███████ (1.7); review of ███████ (.3); correspondence with Travelers regarding ███████ (.2); multiple emails with Mr. Taylor regarding ███████ (.5); final review of ███████ (1.2); draft ███████ (.4); draft ███████ (.3); multiple emails with Mr. Sochurek and Mr. Azer regarding ███████ (.4); email with Ms. Marrkand (Liberty Mutual) regarding ███████ (.2); email with AIG counsel regarding ███████ (.4); begin review of ███████ (.4); email with Mr. Azer and Mr. Sochurek regarding ███████ (.2). | 6.70 | $4,355.00 |
| 12/31/20 | Ernest Martin, Jr. | Review ███████ (.1); review ███████ (.1); review ███████ (.1); review ███████ (.2); review ███████ (.4); review ███████ (.4). | 1.30 | $1,293.50 |
| 12/31/20 | Brittany Parks | Read, analyze, ███████. | 0.70 | $451.50 |
| 12/31/20 | Benjamin Schindler | Draft ███████ (1.7). | 1.70 | $765.00 |

**Total Fees**      **$301,604.50**

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|-----------|-------|-------|------|--------|
| Adrian Azer | Partner | 143.50 | $775.00 | $111,212.50 |
| Ernest Martin, Jr. | Partner | 31.60 | $995.00 | $31,442.00 |
| Benjamin Schindler | Associate | 9.30 | $450.00 | $4,185.00 |
| Brittany Parks | Associate | 21.70 | $645.00 | $13,996.50 |
| Carla Green | Associate | 134.70 | $650.00 | $87,555.00 |
| Mike Stoner | Associate | 46.70 | $675.00 | $31,522.50 |
| Wesley Dutton | Associate | 39.80 | $545.00 | $21,691.00 |

**Total Professional Summary**      **$301,604.50**

**Total Fees, Expenses and Charges**      **$301,604.50**

**Total Amount Due**      **USD $301,604.50**



Invoice Number: 21465448
Invoice Date:  February 05, 2021
Matter Name: GSUSA Insurance Issues
Client/Matter Number: 0020234.00029
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

### REMITTANCE PAGE

*For Professional Services Through  December 31, 2020*

| | |
|---|---|
| Total Fees | $3,485.50 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$3,485.50** |
| **Total Invoice Balance Due** | **USD  $3,485.50** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N ● SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21465448** ● Client Number **0020234.00029** ● Attorney **Ernest Martin, Jr.**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21465448
Matter Name: GSUSA Insurance Issues
Client/Matter Number: 0020234.00029
Billing Attorney: Ernest Martin, Jr.

February 05, 2021
Page 2 of 3

*For Professional Services Through  December 31, 2020*

**Professional Fees**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/09/20 | Adrian Azer | Review ██████████████████████ (.1); email with J. Zirkman (BSA) regarding ████ (.1). | 0.20 | $155.00 |
| 12/10/20 | Adrian Azer | Conference call with J. Zirkman regarding ████████ (.4); emails with Mr. Zirkman regarding ██████ (.2); follow-up emails with insurers regarding ██████ (.2). | 0.80 | $620.00 |
| 12/15/20 | Adrian Azer | Prepare for ███████████ (.3); conference call with Mr. Delhagen, Mr. Beato, Ms. Platt, Mr. Zirkman, Mr. Hardin, and Ms. Parks regarding ███████████ (.5). | 0.80 | $620.00 |
| 12/15/20 | Brittany Parks | Conference call with Mr. Delhagen, Mr. Beato, Ms. Platt, Mr. Zirkman, Mr. Hardin, and Mr. Azer regarding ██████████ (.5). | 0.50 | $322.50 |
| 12/16/20 | Brittany Parks | Prepare and write ████████████████. | 1.00 | $645.00 |
| 12/17/20 | Adrian Azer | Review ██████████ (.2); emails with Ms. Parks regarding ████ (.2). | 0.40 | $310.00 |
| 12/17/20 | Brittany Parks | Prepare and write ████████ (.3); prepare and write ██████████ (.2). | 0.50 | $322.50 |
| 12/17/20 | Brittany Parks | Prepare and write ███████████████. | 0.20 | $129.00 |
| 12/18/20 | Brittany Parks | Prepare email correspondence to counsel for Beazley and RSUI regarding ██████████. | 0.20 | $129.00 |
| 12/30/20 | Adrian Azer | Conference call with Mr. Zirkman regarding ██████████. | 0.10 | $77.50 |
| 12/31/20 | Adrian Azer | Email to insurers regarding ████████ (.2). | 0.20 | $155.00 |

**Total Fees**  $3,485.50

Invoice Number: 21465448
Matter Name: GSUSA Insurance Issues
Client/Matter Number: 0020234.00029
Billing Attorney: Ernest Martin, Jr.

February 05, 2021
Page 3 of 3

## Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Adrian Azer | Partner | 2.50 | $775.00 | $1,937.50 |
| Brittany Parks | Associate | 2.40 | $645.00 | $1,548.00 |
| **Total Professional Summary** | | | | **$3,485.50** |

**Total Fees, Expenses and Charges** $3,485.50

**Total Amount Due** USD **$3,485.50**



Invoice Number: 21465449
Invoice Date:  February 05, 2021
Matter Name: Fee Applications
Client/Matter Number: 0020234.00035
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

### REMITTANCE PAGE
*For Professional Services Through  December 31, 2020*

| | |
|---|---|
| Total Fees | $10,292.50 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$10,292.50** |
| **Total Invoice Balance Due** | **USD  $10,292.50** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N** ● **SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21465449** ●  Client Number **0020234.00035** ●  Attorney **Ernest Martin, Jr.**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21465449
Matter Name: Fee Applications
Client/Matter Number: 0020234.00035
Billing Attorney: Ernest Martin, Jr.

February 05, 2021
Page 2 of 3

*For Professional Services Through December 31, 2020*

**Professional Fees**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/01/20 | Carla Green | Multiple correspondence with Mr. Azer, Mr. Martin and Ms. Stilz regarding ████████████████ (.4); correspondence with Ms. Topper regarding ██████████ (.1). | 0.50 | $325.00 |
| 12/03/20 | Carla Green | Multiple emails with Ms. Stilz and Mr. Azer regarding ████ ██████ (.4). | 0.40 | $260.00 |
| 12/10/20 | Brittany Parks | Begin to review and prepare and write ████████████ ███████. | 2.10 | $1,354.50 |
| 12/14/20 | Carla Green | Final revisions to ██████ (.4); email with Ms. Stilz regarding ████ ██████ (.2). | 0.60 | $390.00 |
| 12/15/20 | Denise A. Stilz | Begin preparation of ██████████████████████ ███████. | 0.60 | $237.00 |
| 12/17/20 | Carla Green | Review and edit ████████ (.3); multiple emails with Ms. Stilz regarding ████████████ (.4). | 0.70 | $455.00 |
| 12/17/20 | Denise A. Stilz | Review ████████████ (.9); email with Ms. Green regarding ████████ (.4). | 1.30 | $513.50 |
| 12/18/20 | Carla Green | Multiple emails with Ms. Stilz regarding ████████ ████████ (.5); email with Mr. Moates regarding ██████ (.2); email with Mr. Azer regarding ██████ (.2). | 0.90 | $585.00 |
| 12/18/20 | Brittany Parks | Review, ████████████████ ██████. | 2.60 | $1,677.00 |
| 12/18/20 | Denise A. Stilz | Review ████████████ (2.7); redact privileged information from November invoices (1.8); email with Ms. Green regarding ████████ (.5) finalize ██ (.6). | 5.60 | $2,212.00 |
| 12/19/20 | Carla Green | Correspondence with Mr. Moates regarding ████████ (.1); send LEDES files to fee examiner (.2). | 0.30 | $195.00 |
| 12/23/20 | Denise A. Stilz | Review ████████████ (.9). | 0.90 | $355.50 |
| 12/24/20 | Adrian Azer | Review ████████ (.4); emails to team regarding ██ (.2). | 0.60 | $465.00 |

Invoice Number: 21465449
Matter Name: Fee Applications
Client/Matter Number: 0020234.00035
Billing Attorney: Ernest Martin, Jr.

February 05, 2021
Page 3 of 3

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/24/20 | Denise A. Stilz | Review ███████████████████████ (.7); prepare ████████████████ (.7). | 1.40 | $553.00 |
| 12/28/20 | Carla Green | Final review of █████████████████████ (.8); email with Mr. Moates regarding ██████████ (.2); resend corrected LEDES files to fee examiner (.1). | 1.10 | $715.00 |

**Total Fees**      **$10,292.50**

## Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Adrian Azer | Partner | 0.60 | $775.00 | $465.00 |
| Brittany Parks | Associate | 4.70 | $645.00 | $3,031.50 |
| Carla Green | Associate | 4.50 | $650.00 | $2,925.00 |
| Denise A. Stilz | Paralegal | 9.80 | $395.00 | $3,871.00 |

**Total Professional Summary**      **$10,292.50**

**Total Fees, Expenses and Charges**      **$10,292.50**

**Total Amount Due**      **USD $10,292.50**



Boy Scouts of America
Attn: Steven P. McGowan
1325 West Walnut Hill Lane
Irving, TX  75015-2079

---

### REMITTANCE PAGE
*For Professional Services Through  December 31, 2020*

| | |
|---|---:|
| Total Fees | $398.00 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$398.00** |
| **Total Invoice Balance Due** | **USD  $398.00** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N ● SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21464498** ● Client Number **0020234.00039** ● Attorney **Ernest Martin, Jr.**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21464498
Matter Name: BSA/Business Loss COVID
Client/Matter Number: 0020234.00039
Billing Attorney: Ernest Martin, Jr.

January 22, 2021
Page 2 of 2

*For Professional Services Through  December 31, 2020*

## Professional Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/01/20 | Ernest Martin, Jr. | Review ███████████████████. | 0.10 | $99.50 |
| 12/19/20 | Ernest Martin, Jr. | Review █████████████ (.1); prepare ███████ ████ (.1). | 0.20 | $199.00 |
| 12/29/20 | Ernest Martin, Jr. | Review ██████████████. | 0.10 | $99.50 |

**Total Fees** $398.00

## Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|-----------|-------|-------|------|--------|
| Ernest Martin, Jr. | Partner | 0.40 | $995.00 | $398.00 |
| **Total Professional Summary** | | | | **$398.00** |

**Total Fees, Expenses and Charges** $398.00

**Total Amount Due** USD  $398.00