# Exhibit A

## Detailed Description of Fees, Hours, Tasks and Descriptions by Date

| Date | Task | Hours | Consultant | Description of Services |
|---|---|---|---|---|
| 11/20/2020 | Regulatory Analysis | 3.5 | Peach | Search for/review relevant regulations and associated rulings pertinent to analysis of controlled group status of BSA Retirement Plan |
| 11/20/2020 | Document Review | 0.8 | Peach | Review BSA and UCC mediation statements regarding controlled group status of BSA Retirement Plan |
| 11/20/2020 | Document Review | 2.1 | Spencer | Review "Charter and Bylaws of the Boy Scouts of America" dated June, 2019 in detail for information on organizational structure, information on control issues between BSA and local councils, and bylaws regarding funding of pension plan |
| 11/23/2020 | Regulatory Analysis | 1.3 | Peach | Review IRS PLR of 3.16.18 which pertains to controlled group analysis for a hospital group |
| 11/23/2020 | Document Review | 2.2 | Peach | Review of Retirement Plan document to understand all provisions, especially with regard to controlled group status |
| 11/23/2020 | Regulatory Analysis | 2.3 | Spencer | J&S Liability in Non-profits, including 29 USC sections 1082, 1307 and 1362 and potential applicability in BSA Ch. 11. |
| 11/23/2020 | Document Review | 1.2 | Spencer | Local Council Bylaws samples: "BYLAWS TUSCARORA COUNCIL" (a/k/a Tuscarora Council, Inc., Boy Scouts of America) of 2017 (unsigned) for operational control procedures, corporate membership, powers and functions, Executive Board composition and responsibilities and any reference to funding of pension plan(s) |
| 11/23/2020 | Document Review | 2.1 | Spencer | BSA Pension Plan Actuarial Valuation: Willis Towers Watson's "Actuarial Valuation Report" for The Boy Scouts of America Pension Plan dated May, 2019 for plan year ending January 31, 2019, including actuarial calculations of plan assets, liabilities and surplus/shortfall and associated assumptions |
| 11/24/2020 | Document Review | 2.9 | Peach | Review of recent Form 5000 filings; Review of BSA Rules and Regulations; Review of sample Local Council bylaws; Review of recent actuarial valuations and related reports; All with regard to controlled group status and plan minimum funding requirements |

| | | | | |
|---|---|---|---|---|
| 11/24/2020 | Document Review | 1.9 | Spencer | "Controlled Group Rules for Tax-Exempt Organizations" by D. Miller and E. Summers of Conner & Winters, LLP (undated), and review of referenced IRC/ERISA provisions including 401(b), 401(c) and 414(c) and referenced "Exisiting Guidance" (p. 2-3) |
| 11/24/2020 | Document Review | 3.2 | Spencer | Plan document for "Boy Scouts of America Pension Plan for Employees; Amended and Restated Effective as of January 1st, 2019" including eligibility, service, benefits, contributions, plan administration, management of funds and expenses, policies for amendments and appendices |
| 11/24/2020 | Document Review | 1.6 | Spencer | "Boy Scouts of America Retirement Benefit Restoration Plan" signed and effective January 1st, 1993 including intent to maintain non-qualified status, administration, eligibility, benefits and taxation. "Boy Scouts of America Retirement Benefit Restoration Plan" executed December 31st, 2008 and effective January 1st, 2009 including intent to maintain non-qualified status, administration, eligibility, benefits, taxation, and exhibit describing benefit formula |
| 11/25/2020 | Document Review | 1.2 | Spencer | 2018 Schedule H (Form 5500) for Boy Scouts of America Master Pension Trust - Boy Scouts of America Retirement Plan for Employees, "Financial Information," specifically Asset and Liability Statement and Income and Expense Statement; 2018 Schedule SB (Form 5500) Actuarial Information and comparison to Willis Towers Watson's "Actuarial Valuation Report" for plan year ending January 31, 2019 |
| 11/25/2020 | Document Review | 2.2 | Peach | Review of relevant IRS statute and regulations on controlled group status |
| 11/26/2020 | Document Review | 1.8 | Peach | Review of relevant IRS statute and regulations on controlled group status |
| 11/27/2020 | Regulatory Analysis | 2.8 | Peach | Review IRS PLR of 3.16.18 which pertains to controlled group analysis for a hospital group; Review of relevant IRS statute and regulations on controlled group status |
| 11/30/2020 | Document Review | 2.5 | Peach | Organize notes on documents reviewed to date |
| 11/30/2020 | Document Review | 1 | Spencer | Internal Revenue Service Private Letter Ruling (PLR) released 3/16/2018 re: § 149(d)(3)(A)(i) of the Internal Revenue Code, specific facts and representations, legal framework, analysis and conclusion. |
| 11/30/2020 | Regulatory Analysis | 1.5 | Spencer | Analyze applicability of 3/16/2018 IRS PLR with respect to Boy Scouts of America and Local Councils |
| 12/1/2020 | Administrative Duties | 0.8 | Peach | Direct timekeeping set-up |

| Date | Category | Hours | Person | Description |
|---|---|---|---|---|
| 12/1/2020 | Internal Communications | 1.2 | Peach | Review BSA Potential Interested Parties List for possible conflicts |
| 12/1/2020 | Administrative Duties | 1.3 | Spencer | Review & Edit Application for Retention and Employment of Rock Creek Advisors as Pension Financial Advisors to the Official Tort Claimants' Committee as drafted by Pachulski Stang Ziehl & Jones LLP (PSZJ) |
| 12/1/2020 | Administrative Duties | 1.5 | Spencer | Review & Edit Declaration of John L. Spencer III in Support of Application for Retention as drafted by Pachulski Stang Ziehl & Jones LLP (PSZJ) |
| 12/1/2020 | Administrative Duties | 0.5 | Spencer | Establish time-keeping procedures for new engagement and develop and disseminate categories for tasks |
| 12/1/2020 | Administrative Duties | 1.3 | Spencer | Review Potential Interested Parties List for conflicts |
| 12/1/2020 | Internal Communications | 0.8 | Spencer | Calls with H. Lipton and T. Peach (both of Rock Creek Advisors) re: screening for conflicts using Potential Interested Parties List |
| 12/1/2020 | Meetings - with Counsel | 0.3 | Spencer | Call w/J. Lucas (of PSZJ) re: edits to Application for Retention and Spencer Declaration |
| 12/2/2020 | Administrative Duties | 1 | Lipton | Send out conflicts emails to all Rock Creek employees. Review responses from all. Put together a synopsis of conflicts for the team. |
| 12/2/2020 | Administrative Duties | 0.9 | Peach | Review draft retention agreement documentation |
| 12/2/2020 | Document Review | 0.7 | Peach | Direct timekeeping set-up |
| 12/2/2020 | Document Review | 1.3 | Spencer | "Issues Concerning The Boy Scouts of America Retirement Plan For Employees" dated November 9, 2020 to understand BSA position with respect to the BSA pension plan and controlled group relationship between BSA and Local Councils |
| 12/2/2020 | Document Review | 1.6 | Spencer | "In re: Boy Scouts of America and Delaware BSA, LLC (the "Debtors"), Case No. 20-10343 (LSS)" by Kramer Levin dated 11.10.20 to understand Unsecured Creditors Committee's position with respect to the BSA pension plan and controlled group relationship between BSA and Local Councils |
| 12/2/2020 | Document Review | 1 | Spencer | "Disclosure Statement for the Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC" filed 2/18/2020 for treatment of pension plan post-emergence and information pertaining to controlled group relationship between BSA and Local Councils |
| 12/2/2020 | Document Review | 1.1 | Spencer | "Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC" filed 2/18/2020 for treatment of pension plan post-emergence and information pertaining to controlled |

| | | | | |
|---|---|---|---|---|
| | | | | group relationship between BSA and Local Councils |
| 12/2/2020 | Regulatory Analysis | 1 | Spencer | Additional notes to BSA and UCC "Mediation Statements" regarding pension plan termination procedures and joint and several liability for controlled groups |
| 12/7/2020 | Administrative Duties | 0.2 | Peach | Review draft retention agreement documentation |
| 12/10/2020 | Administrative Duties | 0.8 | Peach | Review Retention Agreement/Spencer Declaration review |
| 12/10/2020 | Administrative Duties | 0.5 | Spencer | Final review and edits to Application for Retention (of Rock Creek Advisors) and Spencer Declaration |
| 12/11/2020 | Business Analysis | 0.8 | Spencer | Pension Benefit Guaranty Corporation Proof of Claim filed October 29, 2020 for the BSA Pension Plan's estimated Unfunded Benefit Liabilities asserting tax priority under 11 U.S.C. § 507(a)(8) |
| 12/11/2020 | Business Analysis | 0.4 | Spencer | Email exchange with J. Lucas (PSZJ) re: potential PBGC lien filing |
| 12/11/2020 | Business Analysis | 1.2 | Spencer | Evaluate PBGC claim, Willis Towers Watson (WTW) "Actuarial Valuation Report" and WTW "Five-Year Minimum Required Contribution Projections - PBGC Request" dated March 12, 2020 for likelihood of PBGC lien filing at BSA or Local Councils |
| 12/13/2020 | Regulatory Analysis | 1.2 | Peach | PBGC Claim/Lien Policy Review to understand the nature and status of the PBGC's contingent bankruptcy claim on BSA |
| 12/14/2020 | Meetings - with Counsel | 0.7 | Gansman | Kickoff call w/ Pachulski, John and Tim |
| 12/14/2020 | Regulatory Analysis | 0.7 | Peach | PBGC Claim/Lien Policy Review to understand the nature and status of the PBGC's contingent claim in the BSA bankruptcy |
| 12/14/2020 | Meetings - with Counsel | 1.3 | Peach | Preparation for and Call with J. Stang and J. Lucas |
| 12/14/2020 | Internal Communications | 0.9 | Peach | Call with J. Spencer re: Pachulski call |
| 12/14/2020 | Business Analysis | 0.7 | Peach | Review Shared Services Motion re relevancy to determination of controlled group status between BSA and Local Councils |
| 12/14/2020 | Meetings - Other | 0.4 | Peach | Call w/M. Babcock, D. Judd, J. Lucas re: BSA financials |
| 12/14/2020 | Regulatory Analysis | 0.8 | Spencer | PBGC Claim/Lien statutory framework, including ERISA 4068(b) and (c) and Internal Revenue Code (IRC) 6323(a) with respect to notice and perfection of PBGC liens |

| | | | | |
|---|---|---|---|---|
| 12/14/2020 | Meetings - with Counsel | 0.8 | Spencer | Prepare for call with James Stang and John Lucas (of PSZJ) and including call with Tim Peach (of Rock Creek Advisors), to analyze and outline different tranches of PBGC claims for pension-related liabilities (unfunded benefit liabilities, missed minimum funding contributions, annual fixed and variable rate premiums, and termination premiums) |
| 12/14/2020 | Meetings - with Counsel | 0.8 | Spencer | Call with James Stang and John Lucas (of PSZJ) and Tim Peach (of Rock Creek Advisors), to outline different tranches of PBGC claims for pension-related liabilities (unfunded benefit liabilities, missed minimum funding contributions, annual fixed and variable rate premiums, and termination premiums) to describe likelihood of assertion by PBGC of each category of claim and/or lien |
| 12/14/2020 | Meetings - with Counsel | 0.4 | Spencer | Follow-up to call with Jim Stang and John Lucas (of PSZJ) and T. Peach (of Rock Creek Advisors), to record follow-up items related to PBGC claims, BSA financials, Shared Services Motion, connection with BRG, etc. |
| 12/14/2020 | Business Analysis | 0.9 | Spencer | Review DEBTORS' MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTORS TO PAY CERTAIN PREPETITION OBLIGATIONS UNDER SHARED SERVICES ARRANGEMENTS, (II) AUTHORIZING CONTINUED PERFORMANCE OF OBLIGATIONS UNDER SHARED SERVICES ARRANGEMENTS, AND (III) GRANTING RELATED RELIEF Filed 2/18/20 ("Shared Services Motion") for information related to controlled group relationship and operational control |
| 12/14/2020 | Meetings - Other | 0.4 | Spencer | Call with Matt Babcock and Dave Judd (both of BRG), John Lucas (of PSZJ) and Tim Peach (of Rock Creek) to discuss format of BSA financials, specifically roll-up, consolidation and availability of information on non-debtor entities |
| 12/14/2020 | Internal Communications | 0.9 | Spencer | Call with Tim Peach (of Rock Creek) to follow up on PSZJ call and discuss Shared Services Agreement, controlled group issues, BSA Financials and other pending tasks |
| 12/14/2020 | Administrative Duties | 0.2 | Spencer | Revisions and edits to Engagement Letter (between TCC and Rock Creek Advisors, LLC) |
| 12/15/2020 | Regulatory Analysis | 1.2 | Peach | Review of regulations and relevant examples of controlled group status analysis |

| 12/15/2020 | Business Analysis | 1.1 | Spencer | Review and analysis of "CONSOLIDATED CONDENSED STATEMENT OF FINANCIAL POSITION As of December 31, 2018" (undated) and "CONSOLIDATED CONDENSED STATEMENT OF FINANCIAL POSITION As of January 31, 2020" (undated), in particular for assets at non-debtor entities |
|---|---|---|---|---|
| 12/16/2020 | Internal Communications | 0.6 | Peach | Call with J. Spencer on regulatory analysis and work plan |
| 12/16/2020 | Regulatory Analysis | 0.8 | Peach | Review of regulations and relevant examples of controlled group status analysis |
| 12/16/2020 | Document Review | 0.7 | Spencer | Additional notes and comments to BSA Mediation Statement of 11.9.20 regarding pension plan termination procedures and joint and several liability for controlled groups |
| 12/16/2020 | Document Review | 1.1 | Spencer | Additional notes and comments to UCC Mediation Statement of 11.10.20 regarding pension plan termination procedures and joint and several liability for controlled groups |
| 12/16/2020 | Internal Communications | 0.6 | Spencer | Call with Tim Peach (of Rock Creek) to discuss BSA and UCC Mediation Statements and construction of "Mediation Statement" outline |
| 12/17/2020 | Document Review | 2.2 | Peach | Assembling list of points from BSA and UCC memos with comments -- memos covered analysis of BSA controlled group status |
| 12/17/2020 | Internal Communications | 0.3 | Gansman | Call w/ John re BSA memo and viewpoint |
| 12/17/2020 | Regulatory Analysis | 2.1 | Spencer | Develop outline of points in response to BSA "Mediation Statement" pertaining to controlled group issues and type/status of pension plan |
| 12/20/2020 | Regulatory Analysis | 0.8 | Peach | Review BSA and UCC mediation statements (dated Nov 9 and Nov 10, 2020) |
| 12/21/2020 | Internal Communications | 0.4 | Peach | Call with J Spencer -- preparation for call with Pachulski |
| 12/21/2020 | Meetings - with Counsel | 1.1 | Peach | Call w/J. Stang & J. Lucas on pension questions (BSA Retirement Plan status) |
| 12/21/2020 | Business Analysis | 0.3 | Peach | Prepare questions for BSA plan actuary (WTW) regarding projected minimum contribution requirements for the BSA Retirement Plan |
| 12/21/2020 | Meetings - with Counsel | 1.1 | Spencer | Call with James Stang and John Lucas (of PSZJ) and Tim Peach (of Rock Creek Advisors) about BSA pension plan minimum funding contributions and change in employer matching policy , "BSA Business Plan" (treatment of pension plan), BSA pension plan funding policy history and information request to BSA |
| 12/22/2020 | Regulatory Analysis | 1.9 | Spencer | Develop outline of points in response to UCC "Mediation Statement" pertaining |

|  |  |  | to controlled group issues and type/status of pension plan |
|--|--|--|--|