# **EXHIBIT A**

26437925.10

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)

TAX I.D. NO. 51-0082644

(302) 571-1253 FAX
www.ycst.com

Writer's Direct Dial
(302) 571-6703

Writer's E-Mail
eharron@ycst.com

Young Conaway
Rodney Square
1000 North King Street
Wilmington, DE 19801

Invoice Date:        February 19, 2021
Invoice Number:              50021773
Matter Number:          077494.1001

Re:  Boy Scouts of America and Delaware BSA
     For the period ending January 31, 2021

**CURRENT INVOICE**

| | | |
|---|---|---|
| Professional Services | $ | 267,530.00 |
| Disbursements | $ | 164.16 |
| Total Due This Invoice | $ | 267,694.16 |

Patton, James L., Jr., Future Claimants' Representative

| | |
|---|---|
| Invoice Date: | February 19, 2021 |
| Invoice Number: | 50021773 |
| Matter Number: | 077494.1001 |

**Time Detail**

**Task Code:**    B001    Case Administration

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/04/21 | RBRAD | Review updated critical dates calendar | 0.10 | 1,075.00 | 107.50 |
| 01/04/21 | CCATH | Prepare and circulate critical dates calendar | 0.10 | 310.00 | 31.00 |
| 01/06/21 | LEDEN | Review 1/6/21 docket report from C. Cathcart re: recently-filed pleadings | 0.10 | 310.00 | 31.00 |
| 01/08/21 | JKOCH | Review documents in data room | 0.20 | 450.00 | 90.00 |
| 01/11/21 | CCATH | Update file with joint interest agreement between FCR and Coalition | 0.10 | 310.00 | 31.00 |
| 01/11/21 | CCATH | Prepare and circulate critical dates calendar | 0.10 | 310.00 | 31.00 |
| 01/11/21 | RBRAD | Review updated critical dates calendar | 0.10 | 1,075.00 | 107.50 |
| 01/12/21 | LEDEN | Review incoming pleadings from Court docket | 0.10 | 310.00 | 31.00 |
| 01/12/21 | LEDEN | Review critical dates memo re: upcoming deadlines and hearing dates | 0.10 | 310.00 | 31.00 |
| 01/13/21 | LEDEN | Update critical dates | 0.10 | 310.00 | 31.00 |
| 01/14/21 | CCATH | Update critical dates calendar | 0.10 | 310.00 | 31.00 |
| 01/19/21 | CCATH | Prepare and circulate critical dates calendar | 0.10 | 310.00 | 31.00 |
| 01/19/21 | LEDEN | Review 1/15/21 docket report re: recently-filed pleadings | 0.10 | 310.00 | 31.00 |
| 01/19/21 | RBRAD | Review updated critical dates calendar | 0.10 | 1,075.00 | 107.50 |
| 01/20/21 | LEDEN | Review 1/19/21 critical dates memo re: upcoming deadlines and hearing dates | 0.10 | 310.00 | 31.00 |
| 01/21/21 | LEDEN | Update critical dates | 0.10 | 310.00 | 31.00 |
| 01/25/21 | SZIEG | Review critical dates and recently-filed pleadings memos | 0.10 | 885.00 | 88.50 |
| 01/25/21 | CCATH | Prepare and circulate critical dates calendar | 0.10 | 310.00 | 31.00 |
| 01/26/21 | LEDEN | Review 1/25/21 docket report re: recently-filed pleadings | 0.10 | 310.00 | 31.00 |
| 01/26/21 | LEDEN | Review memo re: upcoming deadlines and hearing dates | 0.10 | 310.00 | 31.00 |
| 01/26/21 | LEDEN | Review 1/24 docket report re: recently-filed pleadings | 0.10 | 310.00 | 31.00 |
| 01/26/21 | CCATH | Update critical dates calendar | 0.10 | 310.00 | 31.00 |
| 01/27/21 | LEDEN | Review 1/26/21 docket report re: recently-filed pleadings | 0.10 | 310.00 | 31.00 |

Patton, James L., Jr., Future Claimants' Representative

| | | | | | |
|---|---|---|---|---|---|
| | | | Invoice Date: | | February 19, 2021 |
| | | | Invoice Number: | | 50021773 |
| | | | Matter Number: | | 077494.1001 |

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 01/27/21 | CCATH | Update critical dates calendar | 0.10 | 310.00 | 31.00 |
| | | **Total** | **2.50** | | **1,090.00** |

**Task Code:**     B002     Court Hearings

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 01/14/21 | RBRAD | Review omnibus hearing agenda | 0.10 | 1,075.00 | 107.50 |
| | | **Total** | **0.10** | | **107.50** |

**Task Code:**     B003     Cash Collateral/DIP Financing

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 01/05/21 | RBRAD | Correspondence with TCC and UCC re: status further extension of challenge period under DIP order | 0.20 | 1,075.00 | 215.00 |
| 01/08/21 | RBRAD | Correspondence with TCC and UCC counsel re: further extension of challenge period re: JPM under final DIP order | 0.20 | 1,075.00 | 215.00 |
| 01/11/21 | RBRAD | Correspondence with counsel to TCC and UCC re: further extension of challenge period under DIP order | 0.20 | 1,075.00 | 215.00 |
| 01/14/21 | RBRAD | Review final stipulation extending challenge period under final DIP order | 0.20 | 1,075.00 | 215.00 |
| 01/25/21 | RBRAD | Correspondence with counsel to TCC and UCC re: status of response on consensual extension of challenge period in final DIP order | 0.20 | 1,075.00 | 215.00 |
| | | **Total** | **1.00** | | **1,075.00** |

**Task Code:**     B007     Claims Analysis, Objections and Resolutions

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 01/03/21 | EHARR | Review statute of limitations analysis | 1.00 | 1,025.00 | 1,025.00 |
| 01/04/21 | EHARR | Emails with S. Zieg re: statutes of limitations analysis | 0.10 | 1,025.00 | 102.50 |
| 01/04/21 | RBRAD | Review Debtors' motions to approve claim settlements with Gordan and Henderson with proceeds paid from insurance and correspondence with S. Zieg re: same | 0.50 | 1,075.00 | 537.50 |
| 01/04/21 | RBRAD | Review notice of TCC's intent to schedule town hall meetings for survivors and related correspondence | 0.20 | 1,075.00 | 215.00 |

Patton, James L., Jr., Future Claimants' Representative

| | | | | | Invoice Date: | February 19, 2021 |
|---|---|---|---|---|---|---|

Invoice Date: February 19, 2021
Invoice Number: 50021773
Matter Number: 077494.1001

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 01/04/21 | MNEMI | Update statute of limitations analysis (2.2); call with S. Zieg, J. Ecker, S. Patel, and N. Picollelli re: additional research (.5); call with J. Ecker, S. Patel, and N. Picollelli re: same (.4) re: tort claims analysis | 3.10 | 425.00 | 1,317.50 |
| 01/04/21 | SPATE | Teleconference with YCST team re: follow-up research on statute of limitations (1.0); teleconference with M. Neminski re: research (.2); research re: borrowing statutes in 53 jurisdictions (3.0) re: tort claims analysis | 4.20 | 425.00 | 1,785.00 |
| 01/04/21 | RBRAD | Correspondence with Bates White and N. Deluca re: abuse claims data | 0.30 | 1,075.00 | 322.50 |
| 01/04/21 | JECKE | Phone call with S. Zieg to discuss choice of law and borrowing statutes research | 1.80 | 400.00 | 720.00 |
| 01/04/21 | SZIEG | Teleconference with S. Patel, M. Neminski, J. Ecker, and N. Picollelli re: analysis related to statute of limitation issues (.5); preparation for same (.6); review and analyze research re: same (1.3) | 2.40 | 885.00 | 2,124.00 |
| 01/04/21 | JKOCH | Review claims data from data room | 0.50 | 450.00 | 225.00 |
| 01/04/21 | NPICO | Communicate with S. Zieg and team re: additional personal jurisdiction and choice of law research re: tort claims analysis | 0.70 | 400.00 | 280.00 |
| 01/04/21 | NPICO | Research re: additional personal jurisdiction and choice of law research needed for this case re: tort claims analysis | 6.30 | 400.00 | 2,520.00 |
| 01/05/21 | SPATE | Research re: borrowing statutes in 53 jurisdictions re: tort claims analysis | 1.70 | 425.00 | 722.50 |
| 01/05/21 | MNEMI | Compare YCST statute of limitations analysis to statute of limitations analysis produced by Child Inc. re: tort claims analysis | 6.30 | 425.00 | 2,677.50 |
| 01/05/21 | NPICO | Research re: additional personal jurisdiction and choice of law re: tort claims analysis | 8.50 | 400.00 | 3,400.00 |
| 01/06/21 | REAST | Email correspondence with N. Picollelli, S. Zieg, S. Patel, and M. Neminski re: research assignments and assignment outlines (.5); review chart re: choice of law analysis (.2) re: tort claims analysis | 0.70 | 450.00 | 315.00 |
| 01/06/21 | MNEMI | Review and edit statute of limitations analysis re: tort claims analysis | 1.00 | 425.00 | 425.00 |

Patton, James L., Jr., Future Claimants' Representative

| | Invoice Date: | February 19, 2021 |
|---|---|---|
| | Invoice Number: | 50021773 |
| | Matter Number: | 077494.1001 |

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/07/21 | SPATE | Research re: borrowing statutes in 53 jurisdictions re: tort claims analysis | 4.60 | 425.00 | 1,955.00 |
| 01/07/21 | NPICO | Research re: additional personal jurisdiction and choice of law research needed for this case re: tort claims analysis | 6.40 | 400.00 | 2,560.00 |
| 01/07/21 | RBRAD | Correspondence with Debtors and TCC re: claims information requested by Methodist Church mediation parties (.2); correspondence with J. Patton re: same (.1) | 0.30 | 1,075.00 | 322.50 |
| 01/08/21 | RBRAD | Correspondence with Ankura re: statute of limitation research and issues in connection with analysis of abuse claims | 0.40 | 1,075.00 | 430.00 |
| 01/08/21 | AHUBB | Research choice of law provisions in priority states re: tort claims analysis | 1.70 | 400.00 | 680.00 |
| 01/08/21 | SPATE | Research re: borrowing statutes in 53 jurisdictions re: tort claims analysis | 2.60 | 425.00 | 1,105.00 |
| 01/08/21 | NPICO | Research re: additional personal jurisdiction and choice of law research needed for this case re: tort claims analysis | 9.10 | 400.00 | 3,640.00 |
| 01/09/21 | EHARR | Call with Coalition re: mediation strategy | 2.00 | 1,025.00 | 2,050.00 |
| 01/10/21 | RBRAD | Review TCC adversary proceeding re: declaratory judgment that certain funds are unrestricted and available to pay creditors | 0.90 | 1,075.00 | 967.50 |
| 01/10/21 | NPICO | Research re: additional personal jurisdiction and choice of law research needed for this case re: tort claims analysis | 8.20 | 400.00 | 3,280.00 |
| 01/11/21 | SZIEG | Review and comment re: statute of limitations analysis and related issues for mediation (2.2); correspondence from R. Brady, M. Neminski, N. Picollelli, and S. Patel re: same (.3) | 2.50 | 885.00 | 2,212.50 |
| 01/11/21 | AHUBB | Research and create chart detailing choice of law analysis in target states re: tort claims analysis | 2.30 | 400.00 | 920.00 |
| 01/11/21 | AHUBB | Teleconference with S. Patel re: choice of law issues in target states re: tort claims analysis | 0.20 | 400.00 | 80.00 |

Patton, James L., Jr., Future Claimants' Representative

| | | | | Invoice Date: | February 19, 2021 |
| | | | | Invoice Number: | 50021773 |
| | | | | Matter Number: | 077494.1001 |

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 01/11/21 | SPATE | Teleconference with A. Hubbi re: conflicts of laws analysis (.2); research re: interplay of borrowing statutes and conflict of laws in 53 jurisdictions re: tort claims analysis (7.6) | 7.80 | 425.00 | 3,315.00 |
| 01/11/21 | NPICO | Research re: additional personal jurisdiction and choice of law research needed for this case re: tort claims analysis | 8.90 | 400.00 | 3,560.00 |
| 01/11/21 | EHARR | Call with Ankura re: claims forecast | 0.20 | 1,025.00 | 205.00 |
| 01/12/21 | AHUBB | Research and create chart detailing choice of law analysis in target states re: tort claims analysis | 0.60 | 400.00 | 240.00 |
| 01/12/21 | SPATE | Teleconference with A. Hubbi re: conflicts of laws analysis (.4); research re: interplay of borrowing statutes and conflict of laws in 53 jurisdictions (2.3) re: tort claims analysis | 2.70 | 425.00 | 1,147.50 |
| 01/12/21 | NPICO | Research re: additional personal jurisdiction and choice of law research needed for this case re: tort claims analysis | 7.90 | 400.00 | 3,160.00 |
| 01/12/21 | NPICO | Draft memo re: personal jurisdiction as to BSA | 2.50 | 400.00 | 1,000.00 |
| 01/12/21 | AHUBB | Teleconference with S. Patel re:conflicts of law in priority states re: tort claims analysis | 0.40 | 400.00 | 160.00 |
| 01/13/21 | NPICO | Revise memo re: personal jurisdiction issues re: tort claims analysis | 7.90 | 400.00 | 3,160.00 |
| 01/13/21 | JKOCH | Research re: state court litigation re: tort claims analysis | 1.40 | 450.00 | 630.00 |
| 01/13/21 | CCATH | Research re: fraudulent concealment re: tort claims analysis | 1.20 | 310.00 | 372.00 |
| 01/13/21 | MNEMI | Call with S. Patel re: statute of limitations analysis re: tort claims analysis | 0.20 | 425.00 | 85.00 |
| 01/13/21 | REAST | Email correspondence with N. Picollelli and M. Neminski re: investigative chart updates re: tort claims analysis | 0.20 | 450.00 | 90.00 |
| 01/14/21 | JBROO | Conference call with R. Brady, E. Harron, and K. Dorvilier re: follow-up on tort claims analysis memo | 0.80 | 400.00 | 320.00 |
| 01/14/21 | JBROO | Research re: claims viability re: tort claims analysis | 1.50 | 400.00 | 600.00 |
| 01/14/21 | MNEMI | Draft updated statute of limitations analysis re: tort claims analysis | 0.30 | 425.00 | 127.50 |

Patton, James L., Jr., Future Claimants' Representative

Invoice Date: February 19, 2021
Invoice Number: 50021773
Matter Number: 077494.1001

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/15/21 | MNEMI | Draft updated statute of limitations analysis re: tort claims analysis | 3.00 | 425.00 | 1,275.00 |
| 01/18/21 | EHARR | Call with J. Patton, R. Brady, A. Brockman, and T. Vasquez re: claims forecast | 0.30 | 1,025.00 | 307.50 |
| 01/19/21 | JKOCH | Review pension claims and email correspondence (multiple) with R. Brady and E. Harron re: same | 0.30 | 450.00 | 135.00 |
| 01/19/21 | TSNYD | Emails from/to R. Brady and J. Kochenash re: PBGC claims control group issues | 0.90 | 625.00 | 562.50 |
| 01/19/21 | REAST | Email correspondence with M. Neminski, N. Picollelli, A. Hubbi, S. Patel, and J. Ecker re: legal research allocation for research chart re: tort claims analysis | 0.40 | 450.00 | 180.00 |
| 01/19/21 | TSNYD | Review PBGC claims | 0.20 | 625.00 | 125.00 |
| 01/19/21 | MNEMI | Emails with YCST team re: opening statute of limitations revival period re: tort claims analysis | 0.70 | 425.00 | 297.50 |
| 01/19/21 | APAPA | Emails with B. Brady and E. Harron re: charitable immunity defense memo | 0.20 | 425.00 | 85.00 |
| 01/19/21 | RBRAD | Review and analyze PBGC-filed claims and follow-up call with M. Linder re: same (.7); draft memo to FCR and follow up with T. Snyder for review (.2) | 0.90 | 1,075.00 | 967.50 |
| 01/20/21 | TSNYD | Email from J. Kochenash related to PBGC claim control group issues for pension plan (.2); begin reviewing documents such as actuarial valuation and articles and bylaws templates (1.2) | 1.40 | 625.00 | 875.00 |
| 01/20/21 | NPICO | Research re: constitutional amendment requirements for reopening statutes of limitations re: tort claims analysis | 6.70 | 400.00 | 2,680.00 |
| 01/20/21 | JKOCH | Research re: pension plan | 0.80 | 450.00 | 360.00 |
| 01/20/21 | MNEMI | Research re: opening statute of limitations revival period re: tort claims analysis | 0.80 | 425.00 | 340.00 |
| 01/20/21 | APAPA | Analyze Local Council presentation in connection with charitable immunity defense memo (.5); draft memo re: 50-state survey on charitable immunity defense (1.6); research legal contentions of the Ad Hoc Committee of Local Councils in connection with memo (1.5); research nonprofit corporation acts of 10 states (1.9) | 5.50 | 425.00 | 2,337.50 |

Patton, James L., Jr., Future Claimants' Representative

| | | | | | Invoice Date: | February 19, 2021 |
| | | | | | Invoice Number: | 50021773 |
| | | | | | Matter Number: | 077494.1001 |

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 01/20/21 | SPATE | Research re: constitutionality of state revival periods re: tort claims analysis | 4.40 | 425.00 | 1,870.00 |
| 01/21/21 | RBRAD | Review and consider research results on PBGC claims and related back-up documents | 0.50 | 1,075.00 | 537.50 |
| 01/21/21 | TSNYD | Review retirement plan document, BSA rules and regulations and research ERISA single employer/multiple employer plan rules on termination (1.2); email to E. Harron and R. Brady re: PBGC claims control group issues (1.4) | 2.60 | 625.00 | 1,625.00 |
| 01/21/21 | REAST | Email correspondence with M. Neminski, N. Picollelli, S. Patel and J. Ecker re: additional research for chart (.3); call with B. Picollelli re: research parameters (.3); email correspondence with N. Picollelli re: same (.1); legal research re: statute of limitations and constitutionality of window legislation in multiple sates (4.9) re: tort claims analysis | 5.60 | 450.00 | 2,520.00 |
| 01/21/21 | RBRAD | Research issues re: PBGC claims | 0.40 | 1,075.00 | 430.00 |
| 01/21/21 | JKOCH | Email correspondence with R. Brady and T. Snyder re: pension plan | 0.10 | 450.00 | 45.00 |
| 01/21/21 | MNEMI | Research re: opening statute of limitations revival period re: tort claims analysis | 1.50 | 425.00 | 637.50 |
| 01/21/21 | APAPA | Research doctrine of charitable immunity in Alabama and Arkansas (1.0); additional drafting of 50-state survey of charitable immunity doctrine (6.3) | 7.30 | 425.00 | 3,102.50 |
| 01/22/21 | REAST | Additional legal research and chart updates re: statute of limitations and constitutionality of window legislation in various states (.7); email correspondence with M. Neminski re: same (.1); email correspondence with M. Neminski, N. Picollelli, and J. Ecker re: final chart updates (.3) re: tort claims analysis | 1.10 | 450.00 | 495.00 |
| 01/22/21 | MNEMI | Research re: opening statute of limitations revival period (1.5); call with S. Patel re: same (.2) re: tort claims analysis | 1.70 | 425.00 | 722.50 |

Patton, James L., Jr., Future Claimants' Representative    Invoice Date:        February 19, 2021
                                                          Invoice Number:              50021773
                                                          Matter Number:            077494.1001

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 01/22/21 | JECKE | Research constitutionality of revival windows for claims with expired statutes of limitations in Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, and Maine | 5.90 | 400.00 | 2,360.00 |
| 01/22/21 | SPATE | Research re: constitutionality of state revival periods re: tort claims analysis | 1.20 | 425.00 | 510.00 |
| 01/22/21 | JPATT | Evaluate plan negotiation strategy re: mediation | 3.40 | 1,475.00 | 5,015.00 |
| 01/22/21 | NPICO | Research re: constitutional amendment requirements for reopening statutes of limitations re: tort claims analysis | 6.20 | 400.00 | 2,480.00 |
| 01/22/21 | APAPA | Research charitable immunity in New Jersey (1.4), Texas (1.1), Utah (.3), Virginia (.5), Wyoming (1.2), Rhode Island, Hawaii (.2), Idaho (.2), Maine (.9), and 15 other states (1.7) | 8.80 | 425.00 | 3,740.00 |
| 01/23/21 | APAPA | Research Alabama law re: charitable immunity (.2); research charitable immunity in South Carolina (.8); research Colorado, Arkansas, and nonprofit associations and corporations acts (1.2), Wyoming state law (.4), North Dakota charitable immunity law (.3), and nonprofit associations laws and charitable immunity for 30 states (5.0); additional drafting of charitable immunity memo (1.0)) | 8.90 | 425.00 | 3,782.50 |
| 01/24/21 | APAPA | Additional drafting of 50-state survey of charitable immunity memo (4.8) ; research charitable immunity in Texas (.4) and Maryland (.3); research Mississippi charitable immunity doctrine (.4) , New Jersey case law (.8), Texas (.3, Virginia (.4), Massachusetts (.5, Utah (.3), and North Dakota (.5) charitable immunity law re: preparation of memo | 8.70 | 425.00 | 3,697.50 |
| 01/25/21 | APAPA | Additional drafting of 50-state survey memo on charitable immunity (.7); emails with R. Brady and E. Harron re: same (.1) | 0.80 | 425.00 | 340.00 |
| 01/25/21 | RBRAD | Review Certain Insurers motion for Rule 2004 exam to examine proof of claims and filing process and correspondence with Ankura and Gilbert re: same | 0.40 | 1,075.00 | 430.00 |
| 01/26/21 | RBRAD | Continue review of Certain Insurers motion for Rule 2004 examinations re: abuse claims and process | 0.80 | 1,075.00 | 860.00 |

Patton, James L., Jr., Future Claimants' Representative

Invoice Date: February 19, 2021
Invoice Number: 50021773
Matter Number: 077494.1001

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/27/21 | LEDEN | Research and follow-up with YCST team re: withdrawal of Ankura's proof of claim | 0.30 | 310.00 | 93.00 |
| 01/27/21 | LEDEN | Email from and to C. Bingelli re: withdrawal of Ankura's proof of claim | 0.20 | 310.00 | 62.00 |
| | | **Total** | **217.90** | | **102,971.00** |

| Task Code: | B009 | Stay Relief Matters | | | |
|------------|------|---------------------|---|---|---|

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/05/21 | EHARR | Emails re: Henderson and Gordon lift stay motions | 0.20 | 1,025.00 | 205.00 |
| 01/11/21 | RBRAD | Review stipulation between Debtors, Middle Tennessee Council, TCC, and UCC resolving TCC motion to enforce automatic stay against MTC | 0.30 | 1,075.00 | 322.50 |
| | | **Total** | **0.50** | | **527.50** |

| Task Code: | B012 | Plan and Disclosure Statement | | | |
|------------|------|-------------------------------|---|---|---|

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/02/21 | RBRAD | Review correspondence from BSA and Gilbert re: plan mediation issues | 0.40 | 1,075.00 | 430.00 |
| 01/03/21 | SZIEG | Perform analysis and develop potential structure re: TDP | 3.70 | 885.00 | 3,274.50 |
| 01/03/21 | EHARR | Review TCC's demand letter re: plan mediation | 0.30 | 1,025.00 | 307.50 |
| 01/03/21 | RBRAD | Review plan mediation materials re: BSA business plan | 1.20 | 1,075.00 | 1,290.00 |
| 01/03/21 | RBRAD | Continue review of revised chapter 11 plan | 1.60 | 1,075.00 | 1,720.00 |
| 01/04/21 | RBRAD | Review and comment on proposed common interest agreement with Coalition re: mediation and correspondence with E. Harron and S. Zieg re: same | 0.30 | 1,075.00 | 322.50 |
| 01/04/21 | RBRAD | Prepare for and attend mediation session re: 5 year business plan (.7); follow-up correspondence with E. Harron and J. Patton re: same (.2) | 0.90 | 1,075.00 | 967.50 |
| 01/04/21 | EHARR | Review K. Quinn's edits to joint interest agreement (.2); follow-up emails re: same (.2) | 0.40 | 1,025.00 | 410.00 |

Patton, James L., Jr., Future Claimants' Representative

| | | Invoice Date: | February 19, 2021 |
|---|---|---|---|
| | | Invoice Number: | 50021773 |
| | | Matter Number: | 077494.1001 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/04/21 | EHARR | Prepare for (.5) and call with K. Quinn, S. Beville, D. Molton, and M. Neely (.5) re: insurance plan mediation strategy | 1.00 | 1,025.00 | 1,025.00 |
| 01/04/21 | EHARR | Review Coalition's plan settlement demand | 0.20 | 1,025.00 | 205.00 |
| 01/04/21 | EHARR | Confer with R. Brady re: draft plan | 0.20 | 1,025.00 | 205.00 |
| 01/04/21 | RBRAD | Review Coalition settlement demand to Debtors and correspondence with J. Patton, E. Harron and K. Quinn re: same | 0.50 | 1,075.00 | 537.50 |
| 01/04/21 | JPATT | Work on plan mediation strategy | 1.80 | 1,475.00 | 2,655.00 |
| 01/04/21 | CCATH | Research re: prior trust distribution protocols and assemble e-binder for S. Zieg | 0.60 | 310.00 | 186.00 |
| 01/05/21 | JPATT | Work on plan mediation strategy | 2.20 | 1,475.00 | 3,245.00 |
| 01/05/21 | TBUCH | Teleconference with E. Harron re: analysis of insurance issues related to plan (.2); prepare for and attend teleconference with K. Dorvilier re: same (.7) | 0.90 | 645.00 | 580.50 |
| 01/05/21 | RBRAD | Correspondence with J. Ciancanelli re: chapter 11 plan and 5 year business plan issues and questions | 0.30 | 1,075.00 | 322.50 |
| 01/05/21 | RBRAD | Correspondence with K. Quinn re: draft chapter 11 plan | 0.30 | 1,075.00 | 322.50 |
| 01/05/21 | EHARR | Call with K. Quinn, R. Brady, S. Beville, M. Neely, and others re: insurance mediation strategy | 1.00 | 1,025.00 | 1,025.00 |
| 01/05/21 | EHARR | Call with T. Buchanan re: plan's treatment of insurance issues | 0.30 | 1,025.00 | 307.50 |
| 01/05/21 | KDORV | Call with T. Buchanan re: insurance assets memo | 0.70 | 400.00 | 280.00 |
| 01/05/21 | KDORV | Email to T. Buchanan re: insurance assets memo | 0.10 | 400.00 | 40.00 |
| 01/05/21 | KDORV | Research re: insurance assets in mass tort insolvencies | 2.80 | 400.00 | 1,120.00 |
| 01/05/21 | CCATH | Research re: prior trust distribution protocols and assemble e-binder for S. Zieg | 1.60 | 310.00 | 496.00 |
| 01/05/21 | RBRAD | Review outline from K. Quinn re: potential plan structure and conference with E. Harron re: same (.5); conference call with Coalition counsel re: same (1.0); correspondence with J. Patton and E. Harron re: same (.2) | 1.70 | 1,075.00 | 1,827.50 |
| 01/05/21 | JPATT | Review TDP and trust structure issues | 1.90 | 1,475.00 | 2,802.50 |

Patton, James L., Jr., Future Claimants' Representative

| | | | | Invoice Date: | February 19, 2021 |
|---|---|---|---|---|---|
| | | | | Invoice Number: | 50021773 |
| | | | | Matter Number: | 077494.1001 |

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 01/06/21 | KENOS | Review informational memo and first day declaration re: case background in connection with plan process re: plan mediation strategy re: plan mediation strategy | 1.20 | 750.00 | 900.00 |
| 01/06/21 | EHARR | Call with J. Patton and R. Brady re: plan and TDP | 0.30 | 1,025.00 | 307.50 |
| 01/06/21 | KDORV | Research re: insurance assets in mass tort insolvencies | 2.40 | 400.00 | 960.00 |
| 01/06/21 | SZIEG | Teleconference with counsel for Coalition, E. Harron, R. Brady, and K. Quinn re: potential trust structure and mediation-related issues (.4); correspondence re: same (.6); preparation for same (.9) | 1.90 | 885.00 | 1,681.50 |
| 01/06/21 | RBRAD | Review and consider revised mediation schedule from mediators and correspondence with FCR advisors re: same | 0.50 | 1,075.00 | 537.50 |
| 01/06/21 | RBRAD | Conference call with J. Patton and E. Harron re: plan and TDP | 0.30 | 1,075.00 | 322.50 |
| 01/07/21 | RBRAD | Conference call with J. Ciancanelli and Ankura team re: chapter 11 plan and business plan issues (.5); follow-up correspondence with M. Linder and A&M re: same (.2) | 0.70 | 1,075.00 | 752.50 |
| 01/07/21 | JPATT | Work on mediation and plan issues | 3.40 | 1,475.00 | 5,015.00 |
| 01/07/21 | RBRAD | Review research memos in preparation for plan mediation | 0.60 | 1,075.00 | 645.00 |
| 01/07/21 | JPATT | Attend Bates White mediation presentation | 0.90 | 1,475.00 | 1,327.50 |
| 01/07/21 | KDORV | Further drafting of memo re: insurance assets in mass tort insolvencies | 2.50 | 400.00 | 1,000.00 |
| 01/07/21 | RBRAD | Review Bates White materials (.7) and attend mediation session (1.0) | 1.70 | 1,075.00 | 1,827.50 |
| 01/08/21 | RBRAD | Draft plan summary memo for FCR | 1.90 | 1,075.00 | 2,042.50 |
| 01/08/21 | JPATT | Work on plan negotiation strategy | 2.10 | 1,475.00 | 3,097.50 |
| 01/09/21 | RBRAD | Prepare for and attend conference call with Coalition re: strategy for plan mediation (2.6) follow up call with J. Patton and E. Harron re: same (.3) | 2.90 | 1,075.00 | 3,117.50 |
| 01/09/21 | KENOS | Review draft plan and assist with drafting summary of same | 2.10 | 750.00 | 1,575.00 |
| 01/09/21 | EHARR | Review summary of draft plan (.4); call with J. Patton and R. Brady re: mediation strategy and draft plan (.4) | 0.80 | 1,025.00 | 820.00 |

Patton, James L., Jr., Future Claimants' Representative

| | | | | Invoice Date: | February 19, 2021 |
| | | | | Invoice Number: | 50021773 |
| | | | | Matter Number: | 077494.1001 |

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 01/09/21 | JPATT | Mediation strategy session with Coalition, R. Brady and E. Harron | 2.10 | 1,475.00 | 3,097.50 |
| 01/10/21 | TBUCH | Review and revise memo re: insurance issues related to plan | 0.10 | 645.00 | 64.50 |
| 01/11/21 | JPATT | Mediation preparation call with R. Brady, E. Harron, K. Quinn, M. Neely, and E. Grim | 0.80 | 1,475.00 | 1,180.00 |
| 01/11/21 | JKOCH | Call with R. Brady and K. Dorvilier re: case status | 0.20 | 450.00 | 90.00 |
| 01/11/21 | TBUCH | Review and revise memo re: insurance issues related to plan (.9); teleconference with K. Dorvilier re: same (.7) | 1.60 | 645.00 | 1,032.00 |
| 01/11/21 | JPATT | Work on plan negotiating strategy | 1.80 | 1,475.00 | 2,655.00 |
| 01/11/21 | RBRAD | Conference call with J. Patton, E. Harron, K. Quinn, M. Neely, and E. Grim re: preparation for plan mediation | 1.00 | 1,075.00 | 1,075.00 |
| 01/11/21 | RBRAD | Teleconference with J. Kochenash and K. Dorvilier re: legal research in preparation for plan mediation (.2) and follow-up correspondence re: same (.2) | 0.40 | 1,075.00 | 430.00 |
| 01/11/21 | EHARR | Call with K. Quinn, R. Brady, J. Patton, M. Neely, and E. Grim re: mediation preparation | 0.50 | 1,025.00 | 512.50 |
| 01/11/21 | KDORV | Call with T. Buchanan re: insurance assets memo | 0.60 | 400.00 | 240.00 |
| 01/11/21 | KDORV | Call with R. Brady and J. Kochenash re: plan draft and jurisdiction memo | 0.20 | 400.00 | 80.00 |
| 01/11/21 | RBRAD | Review revised mediation schedule and correspondence with M. Linder re: same | 0.20 | 1,075.00 | 215.00 |
| 01/11/21 | RBRAD | Conference call with E. Harron and Ankura team re: preparation for plan mediation | 0.40 | 1,075.00 | 430.00 |
| 01/12/21 | TBUCH | Review and revise memo re: insurance issues related to plan (1.7); teleconference with K. Dorvilier re: same (.8) | 2.50 | 645.00 | 1,612.50 |
| 01/12/21 | RBRAD | Review research memo re: issues for discussion at mediation and review follow-up email from J. Patton | 0.80 | 1,075.00 | 860.00 |
| 01/12/21 | JPATT | Conference with D. Molton and team re: negotiations | 0.60 | 1,475.00 | 885.00 |
| 01/12/21 | RBRAD | Conference call with J. Patton and E. Harron re: mediation and plan negotiation strategy | 0.50 | 1,075.00 | 537.50 |
| 01/12/21 | JPATT | Work on mediation strategy | 2.90 | 1,475.00 | 4,277.50 |

Patton, James L., Jr., Future Claimants' Representative

| | | Invoice Date: | February 19, 2021 |
| | | Invoice Number: | 50021773 |
| | | Matter Number: | 077494.1001 |

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 01/12/21 | KDORV | Call with T. Buchanan re: insurance assets memo | 0.80 | 400.00 | 320.00 |
| 01/13/21 | JPATT | Work on plan negotiation strategy | 1.80 | 1,475.00 | 2,655.00 |
| 01/13/21 | RBRAD | Prepare for and attend mediation sessions and follow-up work to prepare for next sessions (includes teleconferences with E. Harron) | 3.80 | 1,075.00 | 4,085.00 |
| 01/13/21 | JPATT | Attend plan mediation sessions | 2.20 | 1,475.00 | 3,245.00 |
| 01/13/21 | EHARR | Attend plan mediation sessions (2.0); mediation preparation call with R. Brady (.2) | 2.20 | 1,025.00 | 2,255.00 |
| 01/13/21 | KDORV | Call with J. Brooks re: non consensual third party release memo | 0.40 | 400.00 | 160.00 |
| 01/13/21 | KDORV | Research re: non consensual third party releases | 1.70 | 400.00 | 680.00 |
| 01/13/21 | KDORV | Email R. Brady, E. Harron, and J. Brooks re: third party release memo | 0.10 | 400.00 | 40.00 |
| 01/14/21 | JPATT | Attend afternoon plan mediation session | 1.10 | 1,475.00 | 1,622.50 |
| 01/14/21 | EHARR | Attend afternoon plan mediation session | 1.00 | 1,025.00 | 1,025.00 |
| 01/14/21 | RBRAD | Conference call with J. Brooks, K. Dorvilier and E. Harron re: research for plan negotiations and follow-up review of legal issues re: same | 0.90 | 1,075.00 | 967.50 |
| 01/14/21 | RBRAD | Attend plan mediation session | 1.30 | 1,075.00 | 1,397.50 |
| 01/14/21 | KENOS | Call with YCST team, Debtor's counsel, and mediators re: FCR plan issues (.5) and review plan in preparation for/follow up of same (1.4) | 1.90 | 750.00 | 1,425.00 |
| 01/14/21 | RBRAD | Prepare for and attend plan mediation session | 2.20 | 1,075.00 | 2,365.00 |
| 01/14/21 | EHARR | Attend morning plan mediation session | 1.20 | 1,025.00 | 1,230.00 |
| 01/14/21 | JPATT | Attend morning plan mediation session | 0.80 | 1,475.00 | 1,180.00 |
| 01/14/21 | KDORV | Research re: non consensual third party release memo (.4); call with J. Brooks re: same (.3); call with R. Brady, E. Harron, and J. Brooks re: same (.4) re: plan issues | 1.10 | 400.00 | 440.00 |
| 01/14/21 | EHARR | Call with R. Brady, K. Dorvilier, and J. Brooks re: research on plan releases | 0.50 | 1,025.00 | 512.50 |
| 01/15/21 | RBRAD | Review research in connection with plan negotiations | 0.80 | 1,075.00 | 860.00 |
| 01/15/21 | KDORV | Email to T. Buchanan re: insurance assets memo | 0.10 | 400.00 | 40.00 |
| 01/15/21 | KDORV | Further drafting of memo re: insurance assets | 2.80 | 400.00 | 1,120.00 |

Patton, James L., Jr., Future Claimants' Representative

| | Invoice Date: | February 19, 2021 |
|---|---|---|
| | Invoice Number: | 50021773 |
| | Matter Number: | 077494.1001 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/15/21 | TBUCH | Analyze insurance issues related to plan | 1.30 | 645.00 | 838.50 |
| 01/16/21 | KDORV | Email E. Harron and T. Buchanan re: insurance assets memo | 0.10 | 400.00 | 40.00 |
| 01/16/21 | KDORV | Review and revise memo re: insurance assets | 3.30 | 400.00 | 1,320.00 |
| 01/16/21 | TBUCH | Review and revise memo re: insurance issues related to plan (.3); teleconference with K. Dorvilier re: same (1.0) | 1.30 | 645.00 | 838.50 |
| 01/16/21 | KDORV | Call with T. Buchanan re: insurance assets memo | 1.00 | 400.00 | 400.00 |
| 01/17/21 | RBRAD | Work on chapter 11 plan analysis and mediation issues | 2.40 | 1,075.00 | 2,580.00 |
| 01/18/21 | KENOS | Call with M. Linder and R. Brady re: plan comments | 1.10 | 750.00 | 825.00 |
| 01/18/21 | JPATT | Develop plan mediation | 2.90 | 1,475.00 | 4,277.50 |
| 01/18/21 | EHARR | Attend Local Councils' mediation presentation | 2.00 | 1,025.00 | 2,050.00 |
| 01/18/21 | RBRAD | Attend mediation session with Ad Hoc Committee of Local Councils and follow-up correspondence with J. Patton re: same | 2.00 | 1,075.00 | 2,150.00 |
| 01/18/21 | RBRAD | Review plan issues and conference call with M. Linder and K. Enos re: same | 1.20 | 1,075.00 | 1,290.00 |
| 01/18/21 | RBRAD | Conference call with J. Patton, E. Harron and Ankura re: future claimant analysis and follow-up discussion with E. Harron re: same | 0.40 | 1,075.00 | 430.00 |
| 01/19/21 | JPATT | Work on TDP negotiation issues | 1.80 | 1,475.00 | 2,655.00 |
| 01/19/21 | RBRAD | Review and consider research results for mediation negotiations and follow up with additional information requests and clarifications | 1.90 | 1,075.00 | 2,042.50 |
| 01/20/21 | JPATT | Work on mediation strategy and TDP issues | 2.40 | 1,475.00 | 3,540.00 |
| 01/21/21 | RBRAD | Review updated mediation schedule and correspondence with K. Quinn and A. Brockman re: same | 0.40 | 1,075.00 | 430.00 |
| 01/21/21 | RBRAD | Review and consider draft settlement proposal to insurer and correspondence with K. Quinn, J. Patton and E. Harron re: same | 0.50 | 1,075.00 | 537.50 |
| 01/22/21 | JPATT | Call with counsel re: Hartford plan negotiations | 0.50 | 1,475.00 | 737.50 |

Patton, James L., Jr., Future Claimants' Representative

| | Invoice Date: | February 19, 2021 |
| --- | --- | --- |
| | Invoice Number: | 50021773 |
| | Matter Number: | 077494.1001 |

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
| --- | --- | --- | --- | --- | --- |
| 01/22/21 | RBRAD | Correspondence with K. Quinn re: Hartford negotiations (.2); conference with J. Patton re: same (.2) and conference call with J. Patton and Gilbert team re: strategy (.4) | 0.80 | 1,075.00 | 860.00 |
| 01/22/21 | EHARR | Emails re: Hartford mediation strategy | 0.20 | 1,025.00 | 205.00 |
| 01/26/21 | CCATH | Obtain plan and trust agreement in USA Gymnastics case for R. Brady | 0.20 | 310.00 | 62.00 |
| 01/26/21 | JPATT | Work on plan strategy re: mediation vs. litigation | 3.80 | 1,475.00 | 5,605.00 |
| 01/26/21 | EHARR | Call with K. Quinn, E. Grim, R. Brady, S. Beville, and M. Atkinson re: plan strategy | 0.80 | 1,025.00 | 820.00 |
| 01/26/21 | RBRAD | Conference call with E. Harron, K. Quinn, E. Grim, S. Beville, and M. Atkinson re: plan strategy | 0.80 | 1,075.00 | 860.00 |
| 01/27/21 | JPATT | Attend Bates White presentation re: mediation | 0.80 | 1,475.00 | 1,180.00 |
| 01/27/21 | CCATH | Confer with R. Brady re: diocesan TDP | 0.10 | 310.00 | 31.00 |
| 01/27/21 | RBRAD | Review Bates White presentation for mediation session (.4); attend mediation session (1.3); review follow-up correspondence from TCC (.2) | 1.90 | 1,075.00 | 2,042.50 |
| 01/27/21 | JPATT | Work on plan strategy re: mediation vs litigation | 2.80 | 1,475.00 | 4,130.00 |
| 01/28/21 | JPATT | Work on plan strategy re: mediation and litigation | 2.60 | 1,475.00 | 3,835.00 |
| 01/28/21 | RBRAD | Review and consider draft plan term sheet between Coalition and FCR and conference with E. Harron re: same (.9) and conference call with Coalition advisors re: same (.5) | 1.40 | 1,075.00 | 1,505.00 |
| 01/28/21 | KENOS | Review and comment on Coalition plan term sheet | 1.10 | 750.00 | 825.00 |
| 01/28/21 | EHARR | Calls with Coalition counsel, K. Quinn, and E. Grim re: plan structure - first call (1.0) and second call (.7); review draft term sheet re: same (1.3) | 3.00 | 1,025.00 | 3,075.00 |
| 01/29/21 | JPATT | Call with E. Harron re: plan strategy | 0.20 | 1,475.00 | 295.00 |
| 01/29/21 | KDORV | Supplemental research re: non consensual third party release | 3.00 | 400.00 | 1,200.00 |
| 01/29/21 | RBRAD | Review revised Coalition plan term sheet and further comments from Coalition counsel (.4); correspondence with E. Harron and J. Patton re: same (.2) | 0.60 | 1,075.00 | 645.00 |

Patton, James L., Jr., Future Claimants' Representative

| | | Invoice Date: | February 19, 2021 |
|---|---|---|---|
| | | Invoice Number: | 50021773 |
| | | Matter Number: | 077494.1001 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/29/21 | KENOS | Review and comment on further revised plan term sheet | 0.80 | 750.00 | 600.00 |
| 01/29/21 | KDORV | Further drafting of memo re: non consensual third party release | 1.00 | 400.00 | 400.00 |
| 01/29/21 | EHARR | Call with J. Patton re: plan strategy | 0.20 | 1,025.00 | 205.00 |
| 01/30/21 | EHARR | Review Coalition's plan term sheet comments | 1.30 | 1,025.00 | 1,332.50 |
| 01/30/21 | RBRAD | Review revised plan term sheet and correspondence with Coalition advisors | 0.60 | 1,075.00 | 645.00 |
| 01/31/21 | EHARR | Review draft plan term sheet (.6); calls with Coalition and Debtor re: same (1.0) | 1.60 | 1,025.00 | 1,640.00 |
| 01/31/21 | RBRAD | Review revised plan term sheet (.6) and conference call with Coalition and FCR professionals re: same (.7); conference call with Debtors, Coalition and FCR professionals re: same (.4); review further revised draft term sheet (.3) | 2.00 | 1,075.00 | 2,150.00 |
| | | **Total** | **157.10** | | **159,862.50** |

**Task Code:**    B017    Retention of Professionals/Fee Issues

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/05/21 | JKOCH | Review CNO for Gilbert's seventh monthly fee application | 0.10 | 450.00 | 45.00 |
| 01/05/21 | LEDEN | Email to C. Bingelli re: YCST's retainer balance | 0.10 | 310.00 | 31.00 |
| 01/06/21 | LEDEN | Research re: Ankura's proof of claim; emails with working group re: same | 0.60 | 310.00 | 186.00 |
| 01/06/21 | LEDEN | Follow-up email to C. Bingelli re: overpayment to YCST | 0.10 | 310.00 | 31.00 |
| 01/06/21 | LEDEN | Draft Ankura's monthly fee statement for November 2020 | 0.60 | 310.00 | 186.00 |
| 01/06/21 | LEDEN | Email to and from E. Moats re: hearing re: third quarterly fee statements | 0.10 | 310.00 | 31.00 |
| 01/06/21 | CCATH | Confer with L. Eden re: scheduling of quarterly fee applications for August-October | 0.20 | 310.00 | 62.00 |
| 01/12/21 | LEDEN | Update Ankura's November 2020 fee statement; email same to A. Brockman | 0.20 | 310.00 | 62.00 |
| 01/13/21 | LEDEN | Finalize, file, and serve Ankura's November 2020 monthly fee statement | 0.50 | 310.00 | 155.00 |
| 01/20/21 | LEDEN | Follow-up re: Gilbert's monthly fee statement for December 2020 | 0.10 | 310.00 | 31.00 |
| 01/20/21 | LEDEN | File and serve Gilbert's monthly fee statement for December 2020 | 0.50 | 310.00 | 155.00 |

Patton, James L., Jr., Future Claimants' Representative

| | | | | | |
|---|---|---|---|---|---|
| | | | Invoice Date: | | February 19, 2021 |
| | | | Invoice Number: | | 50021773 |
| | | | Matter Number: | | 077494.1001 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/20/21 | LEDEN | Finalize, file, and serve Gilbert's notice of rate increase for 2021 | 0.20 | 310.00 | 62.00 |
| 01/28/21 | LEDEN | Draft, file, and serve certificate of no objection re: Ankura's November monthly fee statement | 0.30 | 310.00 | 93.00 |
| 01/28/21 | JKOCH | Review CNO for Ankura's fifth monthly fee application | 0.10 | 450.00 | 45.00 |
| | | **Total** | **3.70** | | **1,175.00** |

**Task Code:** B018    Fee Application Preparation

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/15/21 | EHARR | Review, edit, and finalize YCST December 2020 fee statement re: fee application preparation | 0.30 | 1,025.00 | 307.50 |
| 01/21/21 | LEDEN | Finalize, file, and serve FCR/YCST's monthly fee statement for December 2020 | 0.40 | 310.00 | 124.00 |
| 01/21/21 | LEDEN | Draft FCR/YCST's monthly fee statement for December 2020 | 0.50 | 310.00 | 155.00 |
| 01/21/21 | JKOCH | Review FCR and YCST's combined December fee application | 0.30 | 450.00 | 135.00 |
| | | **Total** | **1.50** | | **721.50** |

Patton, James L., Jr., Future Claimants' Representative

| | Invoice Date: | February 19, 2021 |
|---|---|---|
| | Invoice Number: | 50021773 |
| | Matter Number: | 077494.1001 |

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| AHUBB | Adam Hubbi | Law Clerk | 5.20 | 400.00 | 2,080.00 |
| APAPA | Andrew C. Papa | Associate | 40.20 | 425.00 | 17,085.00 |
| CCATH | Casey Cathcart | Paralegal | 4.70 | 310.00 | 1,457.00 |
| EHARR | Edwin J. Harron | Partner | 23.10 | 1,025.00 | 23,677.50 |
| JPATT | James L. Patton Jr | Partner | 47.60 | 1,475.00 | 70,210.00 |
| JKOCH | Jared W. Kochenash | Associate | 4.00 | 450.00 | 1,800.00 |
| JECKE | Joseph F. Ecker | Associate | 7.70 | 400.00 | 3,080.00 |
| JBROO | Joshua Brooks | Associate | 2.30 | 400.00 | 920.00 |
| KDORV | Kendeil A. Dorvilier | Associate | 24.70 | 400.00 | 9,880.00 |
| KENOS | Kenneth J. Enos | Partner | 8.20 | 750.00 | 6,150.00 |
| LEDEN | Lisa M. Eden | Paralegal | 5.80 | 310.00 | 1,798.00 |
| MNEMI | Michael E. Neminski | Associate | 18.60 | 425.00 | 7,905.00 |
| NPICO | Nicholas D. Picollelli, Jr. | Associate | 79.30 | 400.00 | 31,720.00 |
| RBRAD | Robert S. Brady | Partner | 52.30 | 1,075.00 | 56,222.50 |
| REAST | Roxanne M. Eastes | Associate | 8.00 | 450.00 | 3,600.00 |
| SZIEG | Sharon M. Zieg | Partner | 10.60 | 885.00 | 9,381.00 |
| SPATE | Shivani H. Patel | Associate | 29.20 | 425.00 | 12,410.00 |
| TSNYD | Timothy J. Snyder | Partner | 5.10 | 625.00 | 3,187.50 |
| TBUCH | Travis G. Buchanan | Associate | 7.70 | 645.00 | 4,966.50 |
| **Total** | | | **384.30** | | **$267,530.00** |

| Patton, James L., Jr., Future Claimants' Representative | Invoice Date: | February 19, 2021 |
| --- | --- | --- |
| | Invoice Number: | 50021773 |
| | Matter Number: | 077494.1001 |

**Task Summary**

**Task Code:B001**                  **Case Administration**

| Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| Robert S. Brady | Partner | 0.30 | 1,075.00 | 322.50 |
| Sharon M. Zieg | Partner | 0.10 | 885.00 | 88.50 |
| Jared W. Kochenash | Associate | 0.20 | 450.00 | 90.00 |
| Casey Cathcart | Paralegal | 0.80 | 310.00 | 248.00 |
| Lisa M. Eden | Paralegal | 1.10 | 310.00 | 341.00 |
| **Total** | | **2.50** | | **1,090.00** |

**Task Code:B002**                  **Court Hearings**

| Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| Robert S. Brady | Partner | 0.10 | 1,075.00 | 107.50 |
| **Total** | | **0.10** | | **107.50** |

**Task Code:B003**                  **Cash Collateral/DIP Financing**

| Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| Robert S. Brady | Partner | 1.00 | 1,075.00 | 1,075.00 |
| **Total** | | **1.00** | | **1,075.00** |

**Task Code:B007**                  **Claims Analysis, Objections and Resolutions**

| Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| Edwin J. Harron | Partner | 3.60 | 1,025.00 | 3,690.00 |
| James L. Patton Jr | Partner | 3.40 | 1,475.00 | 5,015.00 |
| Robert S. Brady | Partner | 5.60 | 1,075.00 | 6,020.00 |
| Sharon M. Zieg | Partner | 4.90 | 885.00 | 4,336.50 |
| Timothy J. Snyder | Partner | 5.10 | 625.00 | 3,187.50 |
| Andrew C. Papa | Associate | 40.20 | 425.00 | 17,085.00 |
| Jared W. Kochenash | Associate | 3.10 | 450.00 | 1,395.00 |
| Joseph F. Ecker | Associate | 7.70 | 400.00 | 3,080.00 |
| Joshua Brooks | Associate | 2.30 | 400.00 | 920.00 |
| Michael E. Neminski | Associate | 18.60 | 425.00 | 7,905.00 |
| Nicholas D. Picollelli, Jr. | Associate | 79.30 | 400.00 | 31,720.00 |
| Roxanne M. Eastes | Associate | 8.00 | 450.00 | 3,600.00 |
| Shivani H. Patel | Associate | 29.20 | 425.00 | 12,410.00 |
| Casey Cathcart | Paralegal | 1.20 | 310.00 | 372.00 |
| Lisa M. Eden | Paralegal | 0.50 | 310.00 | 155.00 |
| Adam Hubbi | Law Clerk | 5.20 | 400.00 | 2,080.00 |
| **Total** | | **217.90** | | **102,971.00** |

Patton, James L., Jr., Future Claimants' Representative

| | | |
|---|---|---|
| Invoice Date: | | February 19, 2021 |
| Invoice Number: | | 50021773 |
| Matter Number: | | 077494.1001 |

**Task Code:B009**          **Stay Relief Matters**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Edwin J. Harron | Partner | 0.20 | 1,025.00 | 205.00 |
| Robert S. Brady | Partner | 0.30 | 1,075.00 | 322.50 |
| **Total** | | **0.50** | | **527.50** |

**Task Code:B012**          **Plan and Disclosure Statement**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Edwin J. Harron | Partner | 19.00 | 1,025.00 | 19,475.00 |
| James L. Patton Jr | Partner | 44.20 | 1,475.00 | 65,195.00 |
| Kenneth J. Enos | Partner | 8.20 | 750.00 | 6,150.00 |
| Robert S. Brady | Partner | 45.00 | 1,075.00 | 48,375.00 |
| Sharon M. Zieg | Partner | 5.60 | 885.00 | 4,956.00 |
| Jared W. Kochenash | Associate | 0.20 | 450.00 | 90.00 |
| Kendeil A. Dorvilier | Associate | 24.70 | 400.00 | 9,880.00 |
| Travis G. Buchanan | Associate | 7.70 | 645.00 | 4,966.50 |
| Casey Cathcart | Paralegal | 2.50 | 310.00 | 775.00 |
| **Total** | | **157.10** | | **159,862.50** |

**Task Code:B017**          **Retention of Professionals/Fee Issues**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Jared W. Kochenash | Associate | 0.20 | 450.00 | 90.00 |
| Casey Cathcart | Paralegal | 0.20 | 310.00 | 62.00 |
| Lisa M. Eden | Paralegal | 3.30 | 310.00 | 1,023.00 |
| **Total** | | **3.70** | | **1,175.00** |

**Task Code:B018**          **Fee Application Preparation**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Edwin J. Harron | Partner | 0.30 | 1,025.00 | 307.50 |
| Jared W. Kochenash | Associate | 0.30 | 450.00 | 135.00 |
| Lisa M. Eden | Paralegal | 0.90 | 310.00 | 279.00 |
| **Total** | | **1.50** | | **721.50** |