# **EXHIBIT B**

26437925.10

Patton, James L., Jr., Future Claimants' Representative   Invoice Date: February 19, 2021
Invoice Number: 50021773
Matter Number: 077494.1001

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 12/21/20 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 9.20 |
| 12/22/20 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 3.00 |
| 12/31/20 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 4.02 |
| 01/03/21 | Color Photocopy Charges Duplication Color | 25.00 | 20.00 |
| 01/03/21 | Photocopy Charges Duplication BW | 50.00 | 5.00 |
| 01/03/21 | Photocopy Charges Duplication BW | 111.00 | 11.10 |
| 01/04/21 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 9.65 |
| 01/04/21 | Computerized Legal Research | 1.00 | 0.00 |
| 01/04/21 | Computerized Legal Research | 1.00 | 0.00 |
| 01/04/21 | Computerized Legal Research | 1.00 | 0.00 |
| 01/05/21 | Computerized Legal Research | 1.00 | 0.00 |
| 01/05/21 | Computerized Legal Research | 1.00 | 0.00 |
| 01/06/21 | Computerized Legal Research | 1.00 | 0.00 |
| 01/06/21 | Photocopy Charges Duplication BW | 2.00 | 0.20 |
| 01/06/21 | Computerized Legal Research | 1.00 | 0.00 |
| 01/07/21 | Computerized Legal Research | 1.00 | 0.00 |
| 01/07/21 | Computerized Legal Research | 1.00 | 0.00 |
| 01/08/21 | Computerized Legal Research | 1.00 | 0.00 |
| 01/08/21 | Computerized Legal Research | 1.00 | 0.00 |
| 01/09/21 | Computerized Legal Research | 1.00 | 0.00 |
| 01/09/21 | Computerized Legal Research | 1.00 | 0.00 |
| 01/10/21 | Computerized Legal Research | 1.00 | 0.00 |
| 01/10/21 | Computerized Legal Research | 1.00 | 0.00 |
| 01/10/21 | Computerized Legal Research | 1.00 | 0.00 |
| 01/11/21 | Computerized Legal Research | 1.00 | 0.00 |
| 01/11/21 | Computerized Legal Research | 1.00 | 0.00 |
| 01/11/21 | Computerized Legal Research | 1.00 | 0.00 |
| 01/12/21 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 3.79 |
| 01/12/21 | Computerized Legal Research | 1.00 | 0.00 |
| 01/12/21 | Computerized Legal Research | 1.00 | 0.00 |
| 01/12/21 | Computerized Legal Research | 1.00 | 0.00 |
| 01/13/21 | Photocopy Charges Duplication BW | 37.00 | 3.70 |
| 01/13/21 | Computerized Legal Research | 1.00 | 0.00 |
| 01/13/21 | Computerized Legal Research | 1.00 | 0.00 |
| 01/13/21 | Photocopy Charges Duplication BW | 16.00 | 1.60 |
| 01/13/21 | Postage | 1.00 | 1.20 |

Patton, James L., Jr., Future Claimants' Representative

Invoice Date: February 19, 2021
Invoice Number: 50021773
Matter Number: 077494.1001

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 01/13/21 | Postage | 7.00 | 7.00 |
| 01/13/21 | Computerized Legal Research | 1.00 | 0.00 |
| 01/13/21 | Photocopy Charges Duplication BW | 29.00 | 2.90 |
| 01/15/21 | Computerized Legal Research | 1.00 | 0.00 |
| 01/20/21 | Computerized Legal Research | 1.00 | 0.00 |
| 01/20/21 | Postage | 8.00 | 8.00 |
| 01/20/21 | Computerized Legal Research | 1.00 | 0.00 |
| 01/20/21 | Computerized Legal Research | 1.00 | 0.00 |
| 01/20/21 | Photocopy Charges Duplication BW | 36.00 | 3.60 |
| 01/20/21 | Computerized Legal Research | 1.00 | 0.00 |
| 01/21/21 | Postage | 1.00 | 1.60 |
| 01/21/21 | Photocopy Charges Duplication BW | 10.00 | 1.00 |
| 01/21/21 | Computerized Legal Research | 1.00 | 0.00 |
| 01/21/21 | Computerized Legal Research | 1.00 | 0.00 |
| 01/21/21 | Computerized Legal Research | 1.00 | 0.00 |
| 01/21/21 | Photocopy Charges Duplication BW | 58.00 | 5.80 |
| 01/22/21 | Computerized Legal Research | 1.00 | 0.00 |
| 01/22/21 | Computerized Legal Research | 1.00 | 0.00 |
| 01/22/21 | Computerized Legal Research | 1.00 | 0.00 |
| 01/23/21 | Computerized Legal Research | 1.00 | 0.00 |
| 01/24/21 | Computerized Legal Research | 1.00 | 0.00 |
| 01/25/21 | Computerized Legal Research | 1.00 | 0.00 |
| 01/26/21 | Computerized Legal Research | 1.00 | 0.00 |
| 01/27/21 | Computerized Legal Research | 1.00 | 0.00 |
| 01/27/21 | Photocopy Charges Duplication BW | 325.00 | 32.50 |
| 01/27/21 | Color Photocopy Charges Duplication Color | 23.00 | 18.40 |
| 01/28/21 | Postage | 1.00 | 1.60 |
| 01/28/21 | Photocopy Charges Duplication BW | 7.00 | 0.70 |
| 01/28/21 | Computerized Legal Research | 1.00 | 0.00 |
| 01/28/21 | Photocopy Charges Duplication BW | 8.00 | 0.80 |
| 01/28/21 | Photocopy Charges Duplication BW | 7.00 | 0.70 |
| 01/29/21 | Photocopy Charges Duplication BW | 37.00 | 3.70 |
| 01/29/21 | Photocopy Charges Duplication BW | 9.00 | 0.90 |
| 01/29/21 | Photocopy Charges Duplication BW | 14.00 | 1.40 |
| 01/29/21 | Photocopy Charges Duplication BW | 11.00 | 1.10 |

**Total** **$164.16**

| | |
|---|---|
| Patton, James L., Jr., Future Claimants' Representative | Invoice Date: February 19, 2021 |
| | Invoice Number: 50021773 |
| | Matter Number: 077494.1001 |

**Cost Summary**

| **Description** | **Amount** |
|---|---:|
| Computerized Legal Research | 0.00 |
| Postage | 19.40 |
| Reproduction Charges | 115.10 |
| Teleconference / Video Conference | 29.66 |
| **Total** | **$164.16** |