**ALIXPARTNERS, LLP**

**Exhibit A**

**Detailed Description of Fees, Hours and Descriptions by Matter Category**

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2132361-1 |
|---|---|
| Re: | Mtgs and Communications with UCC & Professionals |
| Client/Matter # | 013446.00102 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 12/03/20 | INI | Participate in internal call with K. McGlynn, S. Weiner and J. Ibanga (all AlixPartners) re: materials for the December 7th Committee update including the Debtors' October Monthly Operating Report and the revised 13-week budget dated November 27th | 0.40 |
| 12/03/20 | KM | Participate in internal call with K. McGlynn, S. Weiner and J. Ibanga (all AlixPartners) re: materials for the December 7th Committee update including the Debtors' October Monthly Operating Report and the revised 13-week budget dated November 27th | 0.40 |
| 12/03/20 | SW | Participate in internal call with K. McGlynn, S. Weiner and J. Ibanga (all AlixPartners) re: materials for the December 7th Committee update including the Debtors' October Monthly Operating Report and the revised 13-week budget dated November 27th | 0.40 |
| 12/03/20 | DM | Review email with attachments from Z. Essner (Kramer Levin) re: BSA updates | 0.40 |
| 12/07/20 | SW | Revise UCC deck per internal comments | 1.40 |
| 12/07/20 | KM | Review weekly liquidity and UCC settlement term sheet | 0.80 |
| 12/07/20 | KM | Prepare for weekly update presentation to the Committee | 0.50 |
| 12/07/20 | INI | Review revised draft of Committee update materials | 0.20 |
| 12/10/20 | KM | Participate in internal call with R. Winning, S. Weiner and J. Ibanga (all AlixPartners) re: the Debtors' MOR, business plan and other case updates | 0.60 |
| 12/10/20 | RBW | Participate in internal call with K. McGlynn, S. Weiner and J. Ibanga (all AlixPartners) re: the Debtors' MOR, business plan and other case updates | 0.60 |
| 12/10/20 | SW | Participate in internal call with K. McGlynn, R. Winning and J. Ibanga (all AlixPartners) re: the Debtors' MOR, business plan and other case updates | 0.60 |
| 12/10/20 | INI | Participate in internal call with K. McGlynn, R. Winning and S. Weiner (all AlixPartners) re: the Debtors' MOR, business plan and other case updates | 0.60 |
| 12/11/20 | DM | Review email with attachments from Z. Essner (Kramer Levin) re: BSA updates | 0.60 |
| 12/14/20 | RC | Participate in call with Committee advisors including D. | 0.60 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2132361-1 |
|---|---|
| Re: | Mtgs and Communications with UCC & Professionals |
| Client/Matter # | 013446.00102 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | MacGreevey, K. McGlynn, R. Winning S. Weiner and J. Ibanga (all AlixPartners), R. Ringer and Z. Essner (both Kramer Levin) and K. Morales (Reed Smith) re: UCC settlement term sheet | |
| 12/14/20 | RC | Participate in conference call with the BSA Official Committee of Unsecured Creditors, K. McGlynn, S. Weiner and J. Ibanga, (all AlixPartners), T. Mayer, R. Ringer, Z. Essner (all Kramer Levin) re: weekly liquidity and UCC settlement term sheet | 0.80 |
| 12/14/20 | DM | Participate in call with Committee advisors including K. McGlynn, R. Collura, S. Weiner, R. Winning and J. Ibanga (all AlixPartners), R. Ringer and Z. Essner (both Kramer Levin) and K. Morales (Reed Smith) re: UCC settlement term sheet | 0.60 |
| 12/14/20 | KM | Revise weekly update presentation to the Committee | 1.70 |
| 12/14/20 | INI | Participate in call with Committee advisors including D. MacGreevey, K. McGlynn, R. Winning, R. Collura and S. Weiner (all AlixPartners), R. Ringer and Z. Essner (both Kramer Levin) and K. Morales (Reed Smith) re: UCC settlement term sheet | 0.60 |
| 12/14/20 | RBW | Participate in call with Committee advisors including D. MacGreevey, K. McGlynn, R. Collura, S. Weiner and J. Ibanga (all AlixPartners), R. Ringer and Z. Essner (both Kramer Levin) and K. Morales (Reed Smith) re: UCC settlement term sheet | 0.60 |
| 12/14/20 | SW | Participate in call with Committee advisors including D. MacGreevey, K. McGlynn, R. Collura, S. Weiner, M. Monger and J. Ibanga (all AlixPartners), R. Ringer, M. Wasson, T. Mayer and Z. Essner (both Kramer Levin) and K. Morales (Reed Smith) re: JPM sheet and other case updates | 0.60 |
| 12/14/20 | SW | Participate in conference call with the BSA Official Committee of Unsecured Creditors,  K. McGlynn,  R. Collura and J. Ibanga, (all AlixPartners), T. Mayer, R. Ringer, Z. Essner (all Kramer Levin) re: weekly liquidity and UCC settlement term sheet | 0.80 |
| 12/14/20 | SW | Revise UCC deck per internal comments | 2.40 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2132361-1 |
| Re: | Mtgs and Communications with UCC & Professionals |
| Client/Matter # | 013446.00102 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 12/14/20 | INI | Prepare analysis of BSA cash flow actuals for Committee update | 1.90 |
| 12/14/20 | INI | Participate in conference call with the BSA Official Committee of Unsecured Creditors, K. McGlynn, R. Collura and S. Weiner (all AlixPartners), T. Mayer, R. Ringer, Z. Essner (all Kramer Levin) re: weekly liquidity and UCC settlement term sheet | 0.80 |
| 12/14/20 | KM | Participate in call with Committee advisors including D. MacGreevey, K. McGlynn, R. Collura, S. Weiner and J. Ibanga (all AlixPartners), R. Ringer and Z. Essner (both Kramer Levin) and K. Morales (Reed Smith) re: UCC settlement term sheet | 0.60 |
| 12/17/20 | DM | Review email with attachments from Z. Essner (Kramer Levin) re: BSA updates | 0.60 |
| 12/17/20 | RC | Review case update materials provided by Kramer Levin | 0.40 |
| 12/18/20 | INI | Participate in internal call with K. McGlynn and S. Weiner (both AlixPartners) re: materials for 12/21 Committee meeting | 0.50 |
| 12/18/20 | SW | Participate in internal call with K. McGlynn and J. Ibanga (both AlixPartners) re: materials for Committee 12/21 meeting | 0.50 |
| 12/18/20 | KM | Participate in internal call with S. Weiner and J. Ibanga (both AlixPartners) re: materials for 12/21 Committee meeting | 0.50 |
| 12/21/20 | MM | Participate in call with Committee advisors including D. MacGreevey, K. McGlynn, R. Collura, S. Weiner, M. Monger, R. Winning and J. Ibanga (all AlixPartners), R. Ringer, M. Wasson, T. Mayer and Z. Essner (both Kramer Levin) and K. Morales (Reed Smith) re: JPM sheet and other case updates | 0.70 |
| 12/21/20 | INI | Participate in call with Committee advisors including D. MacGreevey, K. McGlynn, R. Collura, S. Weiner, M. Monger, R. Winning and J. Ibanga (all AlixPartners), R. Ringer, M. Wasson, T. Mayer and Z. Essner (both Kramer Levin) and K. Morales (Reed Smith) re: JPM sheet and other case updates | 0.70 |
| 12/21/20 | RC | Participate in call with Committee advisors including D. | 0.70 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2132361-1 |
|---|---|
| Re: | Mtgs and Communications with UCC & Professionals |
| Client/Matter # | 013446.00102 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | MacGreevey, K. McGlynn, R. Collura, S. Weiner, M. Monger, R. Winning and J. Ibanga (all AlixPartners), R. Ringer, M. Wasson, T. Mayer and Z. Essner (both Kramer Levin) and K. Morales (Reed Smith) re: JPM sheet and other case updates | |
| 12/21/20 | RC | Participate in conference call with the BSA Official Committee of Unsecured Creditors, D. MacGreevey, K. McGlynn, R. Winning (partial), R. Collura, S. Weiner and J. Ibanga, (all AlixPartners), T. Mayer, R. Ringer, Z. Essner (all Kramer Levin) re: weekly liquidity and UCC settlement term sheet | 1.00 |
| 12/21/20 | RBW | Participate in call with Committee advisors including D. MacGreevey, K. McGlynn, R. Collura, S. Weiner, M. Monger, R. Winning and J. Ibanga (all AlixPartners), R. Ringer, M. Wasson, T. Mayer and Z. Essner (both Kramer Levin) and K. Morales (Reed Smith) re: JPM sheet and other case updates | 0.70 |
| 12/21/20 | RBW | Participate in conference call with the BSA Official Committee of Unsecured Creditors, D. MacGreevey, K. McGlynn, R. Winning (partial), R. Collura, S. Weiner and J. Ibanga, (all AlixPartners), T. Mayer, R. Ringer, Z. Essner (all Kramer Levin) re: weekly liquidity and UCC settlement term sheet | 0.60 |
| 12/21/20 | KM | Prepare for weekly presentation to the Committee | 0.90 |
| 12/21/20 | KM | Participate in call with Committee advisors including D. MacGreevey, K. McGlynn, R. Collura, S. Weiner, M. Monger, R. Winning and J. Ibanga (all AlixPartners), R. Ringer, M. Wasson, T. Mayer and Z. Essner (both Kramer Levin) and K. Morales (Reed Smith) re: JPM sheet and other case updates | 0.70 |
| 12/21/20 | KM | Participate in conference call with the BSA Official Committee of Unsecured Creditors, D. MacGreevey, K. McGlynn, R. Winning (partial), R. Collura, S. Weiner and J. Ibanga, (all AlixPartners), T. Mayer, R. Ringer, Z. Essner (all Kramer Levin) re: weekly liquidity and UCC settlement term sheet | 1.00 |
| 12/21/20 | KM | Revise weekly Committee update presentation | 1.30 |
| 12/21/20 | SW | Participate in call with Committee advisors including D. | 0.70 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2132361-1 |
| Re: | Mtgs and Communications with UCC & Professionals |
| Client/Matter # | 013446.00102 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | MacGreevey, K. McGlynn, R. Collura, S. Weiner, M. Monger, R. Winning and J. Ibanga (all AlixPartners), R. Ringer, M. Wasson, T. Mayer and Z. Essner (both Kramer Levin) and K. Morales (Reed Smith) re: JPM sheet and other case updates | |
| 12/21/20 | SW | Participate in conference call with the BSA Official Committee of Unsecured Creditors, D. MacGreevey, K. McGlynn, R. Winning (partial), R. Collura, S. Weiner and J. Ibanga, (all AlixPartners), T. Mayer, R. Ringer, Z. Essner (all Kramer Levin) re: weekly liquidity and UCC settlement term sheet | 1.00 |
| 12/21/20 | SW | Revise UCC deck per internal comments | 1.70 |
| 12/21/20 | DM | Participate in call with Committee advisors including D. MacGreevey, K. McGlynn, R. Collura, S. Weiner, M. Monger, R. Winning and J. Ibanga (all AlixPartners), R. Ringer, M. Wasson, T. Mayer and Z. Essner (both Kramer Levin) and K. Morales (Reed Smith) re: JPM sheet and other case updates | 0.70 |
| 12/21/20 | DM | Participate in conference call with the BSA Official Committee of Unsecured Creditors, D. MacGreevey, K. McGlynn, R. Winning (partial), R. Collura, S. Weiner and J. Ibanga, (all AlixPartners), T. Mayer, R. Ringer, Z. Essner (all Kramer Levin) re: weekly liquidity and UCC settlement term sheet | 1.00 |
| 12/21/20 | DM | Prepare oral remarks for BSA UCC meeting | 0.30 |
| 12/21/20 | INI | Participate in conference call with the BSA Official Committee of Unsecured Creditors, D. MacGreevey, K. McGlynn, R. Winning (partial), R. Collura, S. Weiner and J. Ibanga, (all AlixPartners), T. Mayer, R. Ringer, Z. Essner (all Kramer Levin) re: weekly liquidity and UCC settlement term sheet | 1.00 |
| 12/28/20 | DM | Call with K. Carey, P. Finn, T. Gallagher, R. Ringer, T. Mayer, M. Wasson (all Kramer Levin), and D. MacGreevey and K. McGlynn (both AlixPartners) to discuss UCC proposal, case status and next steps | 0.40 |
| 12/28/20 | KM | Call with K. Carey, P. Finn, T. Gallagher, R. Ringer, T. Mayer, M. Wasson (all Kramer Levin), and D. MacGreevey and K. McGlynn (both AlixPartners) to discuss UCC | 0.40 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice #          | 2132361-1                                        |
|--------------------|--------------------------------------------------|
| Re:                | Mtgs and Communications with UCC & Professionals |
| Client/Matter #    | 013446.00102                                     |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | proposal, case status and next steps | |
| 12/31/20 | INI | Participate in internal call with K. McGlynn, S. Weiner, R. Winning and J. Ibanga (all AlixPartners) re: deliverables by workstream for upcoming Committee meeting | 0.40 |
| 12/31/20 | SW | Participate in internal call with K. McGlynn, S. Weiner, R. Winning and J. Ibanga (all AlixPartners) re: deliverables by workstream for upcoming Committee meeting | 0.40 |
| 12/31/20 | RBW | Participate in internal call with K. McGlynn, S. Weiner, R. Winning and J. Ibanga (all AlixPartners) re: deliverables by workstream for upcoming Committee meeting | 0.40 |
| 12/31/20 | KM | Participate in internal call with K. McGlynn, S. Weiner, R. Winning and J. Ibanga (all AlixPartners) re: deliverables by workstream for upcoming Committee meeting | 0.40 |
| | | **Total** | **39.10** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2132361-1 |
| Re: | Mtgs and Communications with UCC & Professionals |
| Client/Matter # | 013446.00102 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Joy N Ibanga | 7.10 | 515.00 | 3,656.50 |
| Scott Weiner | 10.50 | 645.00 | 6,772.50 |
| Robert B Winning | 2.90 | 910.00 | 2,639.00 |
| Kathryn McGlynn | 9.80 | 1,025.00 | 10,045.00 |
| David MacGreevey | 4.60 | 1,090.00 | 5,014.00 |
| Richard Collura | 3.50 | 1,090.00 | 3,815.00 |
| Meade Monger | 0.70 | 1,175.00 | 822.50 |
| **Total Hours & Fees** | **39.10** | | **32,764.50** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | | |
|---|---|---|
| Invoice # | 2132361-1 | |
| Re: | Mtgs and Communications with Mgmt & Debtors' Professionals | |
| Client/Matter # | 013446.00103 | |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 12/04/20 | INI | Participate in conference call with C. Binggeli, R. Walsh (both A&M), K. McGlynn, S. Weiner and J. Ibanga (all AlixPartners) re: general case updates and weekly variance report the week ended Nov 27 | 0.60 |
| 12/04/20 | SW | Participate in conference call with C. Binggeli, R. Walsh (both A&M), K. McGlynn, S. Weiner and J. Ibanga (all AlixPartners) re: general case updates and weekly variance report the week ended Nov 27 | 0.60 |
| 12/04/20 | KM | Participate in conference call with C. Binggeli, R. Walsh (both A&M), K. McGlynn, S. Weiner and J. Ibanga (all AlixPartners) re: general case updates and weekly variance report the week ended Nov 27 | 0.60 |
| 12/04/20 | KM | Prepare questions for A&M in advance of weekly call | 0.40 |
| 12/11/20 | INI | Participate in conference call with C. Binggeli and R. Walsh (both A&M), K. McGlynn, R. Winning and S. Weiner (all AlixPartners) re: weekly variance report for the week ended Dec 4, RIFs and general case updates | 0.60 |
| 12/11/20 | KM | Participate in conference call with C. Binggeli and R. Walsh (both A&M), R. Winning, S. Weiner and J. Ibanga (all AlixPartners) re: weekly variance report for the week ended Dec 4, RIFs and general case updates | 0.60 |
| 12/11/20 | RBW | Participate in conference call with C. Binggeli and R. Walsh (both A&M), K. McGlynn, S. Weiner and J. Ibanga (all AlixPartners) re: weekly variance report for the week ended Dec 4, RIFs and general case updates | 0.60 |
| 12/11/20 | SW | Participate in conference call with C. Binggeli and R. Walsh (both A&M), K. McGlynn, R. Winning and J. Ibanga (all AlixPartners) re: weekly variance report for the week ended Dec 4, RIFs and general case updates | 0.60 |
| 12/18/20 | SW | Call with D. MacGreevey, K. McGlynn, S. Weiner, R. Winning (partial) and  J. Ibanga (all AlixPartners), B. Whittman and C. Binggeli, R. Walsh (all A&M), T. Gallagher (the Gallagher Group), R. Ringer, T. Mayer, N. Hamerman and Z. Essner (all Kramer Levin), J. Stang (all Pachulski Stang Ziehl & Jones), L. Baccash, M. Andolina and M. Linder (White Case), K. Gluck (Norton Rose), K. Carey (Hogan Lovells), K. Rothweiler (Eisenberg, Rothweiler), P. Finn (Commonwealth Mediation) regarding | 1.80 |

909 Third Avenue
New York, NY 10022    **T** 212.490.2500
**F** 212.490.1344
**alixpartners.com**

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2132361-1 |
| Re: | Mtgs and Communications with Mgmt & Debtors' Professionals |
| Client/Matter # | 013446.00103 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | BSA's 2021 business plan | |
| 12/18/20 | RBW | Call with D. MacGreevey, K. McGlynn, S. Weiner, R. Winning (partial) and  J. Ibanga (all AlixPartners), B. Whittman and C. Binggeli, R. Walsh (all A&M), T. Gallagher (the Gallagher Group), R. Ringer, T. Mayer, N. Hamerman and Z. Essner (all Kramer Levin), J. Stang (all Pachulski Stang Ziehl & Jones), L. Baccash, M. Andolina and M. Linder (White Case), K. Gluck (Norton Rose), K. Carey (Hogan Lovells), K. Rothweiler (Eisenberg, Rothweiler), P. Finn (Commonwealth Mediation) regarding BSA's 2021 business plan | 1.00 |
| 12/18/20 | DM | Call with D. MacGreevey, K. McGlynn, S. Weiner, R. Winning (partial) and  J. Ibanga (all AlixPartners), B. Whittman and C. Binggeli, R. Walsh (all A&M), T. Gallagher (the Gallagher Group), R. Ringer, T. Mayer, N. Hamerman and Z. Essner (all Kramer Levin), J. Stang (all Pachulski Stang Ziehl & Jones), L. Baccash, M. Andolina and M. Linder (White Case), K. Gluck (Norton Rose), K. Carey (Hogan Lovells), K. Rothweiler (Eisenberg, Rothweiler), P. Finn (Commonwealth Mediation) regarding BSA's 2021 business plan | 1.80 |
| 12/18/20 | KM | Call with D. MacGreevey, K. McGlynn, S. Weiner, R. Winning (partial) and  J. Ibanga (all AlixPartners), B. Whittman and C. Binggeli, R. Walsh (all A&M), T. Gallagher (the Gallagher Group), R. Ringer, T. Mayer, N. Hamerman and Z. Essner (all Kramer Levin), J. Stang (all Pachulski Stang Ziehl & Jones), L. Baccash, M. Andolina and M. Linder (White Case), K. Gluck (Norton Rose), K. Carey (Hogan Lovells), K. Rothweiler (Eisenberg, Rothweiler), P. Finn (Commonwealth Mediation) regarding BSA's 2021 business plan | 1.80 |
| 12/18/20 | INI | Call with D. MacGreevey, K. McGlynn, S. Weiner, R. Winning (partial) and  J. Ibanga (all AlixPartners), B. Whittman and C. Binggeli, R. Walsh (all A&M), T. Gallagher (the Gallagher Group), R. Ringer, T. Mayer, N. Hamerman and Z. Essner (all Kramer Levin), J. Stang (all Pachulski Stang Ziehl & Jones), L. Baccash, M. Andolina and M. Linder (White Case), K. Gluck (Norton Rose), K. Carey (Hogan Lovells), K. Rothweiler (Eisenberg, | 1.80 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | | |
|---|---|---|
| Invoice # | 2132361-1 | |
| Re: | Mtgs and Communications with Mgmt & Debtors' Professionals | |
| Client/Matter # | 013446.00103 | |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | Rothweiler), P. Finn (Commonwealth Mediation) regarding BSA's 2021 business plan | |
| 12/21/20 | KM | Participate in call with D. MacGreevey, K. McGlynn, R. Winning (partial), J. Ibanga and S. Weiner (all AlixPartners) and Debtors' advisors B. Whittman, C. Binggeli and R. Walsh(all A&M) to discuss follow-up questions regarding BSA's 2021 plan | 1.60 |
| 12/21/20 | INI | Participate in call with D. MacGreevey, K. McGlynn, R. Winning (partial), J. Ibanga and S. Weiner (all AlixPartners) and Debtors' advisors B. Whittman, C. Binggeli and R. Walsh (all A&M) to discuss follow-up questions regarding BSA's 2021 plan | 1.60 |
| 12/21/20 | DM | Participate in call with D. MacGreevey, K. McGlynn, R. Winning (partial), J. Ibanga and S. Weiner (all AlixPartners) and Debtors' advisors B. Whittman, C. Binggeli and R. Walsh (all A&M) to discuss follow-up questions regarding BSA's 2021 plan | 1.60 |
| 12/21/20 | RBW | Participate in call with D. MacGreevey, K. McGlynn, R. Winning (partial), J. Ibanga and S. Weiner (all AlixPartners) and Debtors' advisors B. Whittman, C. Binggeli and R. Walsh(all A&M) to discuss follow-up questions regarding BSA's 2021 plan | 1.00 |
| 12/21/20 | SW | Participate in call with D. MacGreevey, K. McGlynn, R. Winning (partial), J. Ibanga and S. Weiner (all AlixPartners) and Debtors' advisors B. Whittman, C. Binggeli and R. Walsh(all A&M) to discuss follow-up questions regarding BSA's 2021 plan | 1.60 |
| 12/29/20 | KS | Participate in mediation session with A. Evans (Bates White), M. Andolina, B. Warner, M. Linder (all White & Case), C. Binggeli (A&M), K. Carey, P. Finn, T. Gallagher (all Mediators), N. Hamerman, M. Wasson, R. Ringer, Z. Essner (all Kramer Levin), J. Lucas (Pachulski), K. McGlynn, D. MacGreevey, R. Collura, M. Monger, and K. Shibuya (all AlixPartners), UCC members, TCC members, and coalition members re: update of abuse claims data | 1.50 |
| 12/29/20 | MM | Participate in mediation session with A. Evans (Bates White), M. Andolina, B. Warner, M. Linder (all White & Case), C. Binggeli (A&M), K. Carey, P. Finn, T. Gallagher | 1.50 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2132361-1 |
|---|---|
| Re: | Mtgs and Communications with Mgmt & Debtors' Professionals |
| Client/Matter # | 013446.00103 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | (all Mediators), N. Hamerman, M. Wasson, R. Ringer, Z. Essner (all Kramer Levin), J. Lucas (Pachulski), K. McGlynn, D. MacGreevey, R. Collura, M. Monger, and K. Shibuya (all AlixPartners), UCC members, TCC members, and coalition members re: the update of abuse claims data | |
| 12/29/20 | RC | Participate in mediation session with A. Evans (Bates White), M. Andolina, B. Warner, M. Linder (all White & Case), C. Binggeli (A&M), K. Carey, P. Finn, T. Gallagher (all Mediators), N. Hamerman, M. Wasson, R. Ringer, Z. Essner (all Kramer Levin), J. Lucas (Pachulski), K. McGlynn, D. MacGreevey, R. Collura, M. Monger, and K. Shibuya (all AlixPartners), UCC members, TCC members, and coalition members re: the update of abuse claims data | 1.50 |
| 12/29/20 | KM | Participate in mediation session with A. Evans (Bates White), M. Andolina, B. Warner, M. Linder (all White & Case), C. Binggeli (A&M), K. Carey, P. Finn, T. Gallagher (all Mediators), N. Hamerman, M. Wasson, R. Ringer, Z. Essner (all Kramer Levin), J. Lucas (Pachulski), K. McGlynn, D. MacGreevey, R. Collura, M. Monger, and K. Shibuya (all AlixPartners), UCC members, TCC members, and coalition members re: the update of abuse claims data | 1.50 |
| 12/29/20 | DM | Participate in mediation session with A. Evans (Bates White), M. Andolina, B. Warner, M. Linder (all White & Case), C. Binggeli (A&M), K. Carey, P. Finn, T. Gallagher (all Mediators), N. Hamerman, M. Wasson, R. Ringer, Z. Essner (all Kramer Levin), J. Lucas (Pachulski), K. McGlynn, D. MacGreevey, R. Collura, M. Monger, and K. Shibuya (all AlixPartners), UCC members, TCC members, and coalition members re: the update of abuse claims data | 1.50 |
| 12/31/20 | KM | Participate in call with K. McGlynn, J. Ibanga and S. Weiner (all AlixPartners) and the Debtors' advisor C. Bingelli, D. Jochin and R. Walsh (all A&M) re: Debtors' revised 13-week cash flow forecast dated 12/25 | 0.60 |
| 12/31/20 | INI | Participate in call with K. McGlynn, J. Ibanga and S. Weiner (all AlixPartners) and the Debtors' advisor C. | 0.60 |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2132361-1 |
| Re: | Mtgs and Communications with Mgmt & Debtors' Professionals |
| Client/Matter # | 013446.00103 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | Bingelli, D. Jochin and R. Walsh (all A&M) re: Debtors' revised 13-week cash flow forecast dated 12/25 | |
| 12/31/20 | SW | Participate in call with K. McGlynn, J. Ibanga and S. Weiner (all AlixPartners) and the Debtors' advisor C. Bingelli, D. Jochin and R. Walsh (all A&M) re: Debtors' revised 13-week cash flow forecast dated 12/25 | 0.60 |
| | | **Total** | **29.50** |

909 Third Avenue      **T** 212.490.2500
New York, NY 10022    **F** 212.490.1344
                      **alixpartners.com**

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | | |
|---|---|---|
| Invoice # | 2132361-1 | |
| Re: | Mtgs and Communications with Mgmt & Debtors' Professionals | |
| Client/Matter # | 013446.00103 | |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Joy N Ibanga | 5.20 | 515.00 | 2,678.00 |
| Scott Weiner | 5.20 | 645.00 | 3,354.00 |
| Kyoko Shibuya | 1.50 | 645.00 | 967.50 |
| Robert B Winning | 2.60 | 910.00 | 2,366.00 |
| Kathryn McGlynn | 7.10 | 1,025.00 | 7,277.50 |
| David MacGreevey | 4.90 | 1,090.00 | 5,341.00 |
| Richard Collura | 1.50 | 1,090.00 | 1,635.00 |
| Meade Monger | 1.50 | 1,175.00 | 1,762.50 |
| **Total Hours & Fees** | **29.50** | | **25,381.50** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2132361-1 |
| Re: | Mtgs and Communications with Tort Committee |
| Client/Matter # | 013446.00105 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 12/30/20 | DM | Review TCC's mediation demand letter | 0.20 |
| 12/30/20 | RC | Review TCC's mediation demand letter | 0.20 |
| | | **Total** | **0.40** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2132361-1 |
| Re: | Mtgs and Communications with Tort Committee |
| Client/Matter # | 013446.00105 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| David MacGreevey | 0.20 | 1,090.00 | 218.00 |
| Richard Collura | 0.20 | 1,090.00 | 218.00 |
| **Total Hours & Fees** | **0.40** | | **436.00** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2132361-1 |
|---|---|
| Re: | Analysis of Liquidity and Cash Management |
| Client/Matter # | 013446.00107 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 12/01/20 | INI | Review revised 13-week cash flow forecast dated Nov 27 | 2.50 |
| 12/01/20 | DM | Review BSA budget roll forward | 0.70 |
| 12/01/20 | SW | Review and analyze revised cash collateral budget | 0.70 |
| 12/01/20 | SW | Compare overlapping periods of updated and prior cash collateral budget to identify areas with changes | 1.40 |
| 12/03/20 | INI | Prepare slide bridging between Oct 30th and Nov 27th 13-week cash flow budgets for Committee update | 1.40 |
| 12/03/20 | INI | Analyze the Debtors' revised 13-week cash flow forecast dated November 27th | 0.90 |
| 12/03/20 | INI | Prepare slides for new 13-week budget dated Nov 27th | 0.90 |
| 12/04/20 | INI | Review and analyze cash variance report for the week ended November 27th | 2.40 |
| 12/04/20 | KM | Review and analyze Debtors' weekly liquidity updates and revised budget | 1.30 |
| 12/07/20 | SW | Review UCC presentation slides pertaining to updated collateral budget | 1.20 |
| 12/08/20 | DM | Review BSA budget variance w/e 11.27 | 0.40 |
| 12/11/20 | DM | Review BSA budget variance week ended 12.04 | 0.40 |
| 12/11/20 | SW | Review weekly variance report and create question list for Debtors' advisor | 0.50 |
| 12/11/20 | INI | Review cash flow variance report for the week ended December 4th | 1.10 |
| 12/11/20 | INI | Prepare cash flow variance summary for the week ended December 4th for 12/14 Committee update | 0.70 |
| 12/11/20 | KM | Review Debtors' weekly liquidity updates and prepare questions in advance of call with Debtors' advisor | 0.80 |
| 12/14/20 | RBW | Review weekly presentation to Committee on liquidity, budget, and MOR | 0.70 |
| 12/18/20 | DM | Review BSA budget variance week ended 12.11 | 0.30 |
| 12/18/20 | INI | Prepare weekly cash flow variance report for the week ended December 11th | 1.30 |
| 12/28/20 | INI | Review weekly cash flow variance report for week ended December 18th | 0.60 |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2132361-1 |
|---|---|
| Re: | Analysis of Liquidity and Cash Management |
| Client/Matter # | 013446.00107 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 12/28/20 | INI | Prepare weekly cash flow variance report for Committee update | 1.00 |
| 12/31/20 | KM | Analyze Debtors' updated 13-week cash flow forecast | 0.90 |
| 12/31/20 | KM | Review Debtors' weekly liquidity updates | 0.70 |
| 12/31/20 | DM | Review BSA budget variance week ended 12.25 | 0.30 |
| | | **Total** | **23.10** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2132361-1 |
| Re: | Analysis of Liquidity and Cash Management |
| Client/Matter # | 013446.00107 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Joy N Ibanga | 12.80 | 515.00 | 6,592.00 |
| Scott Weiner | 3.80 | 645.00 | 2,451.00 |
| Robert B Winning | 0.70 | 910.00 | 637.00 |
| Kathryn McGlynn | 3.70 | 1,025.00 | 3,792.50 |
| David MacGreevey | 2.10 | 1,090.00 | 2,289.00 |
| **Total Hours & Fees** | **23.10** | | **15,761.50** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2132361-1 |
| Re: | Business and Strategic Plan Analysis |
| Client/Matter # | 013446.00109 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 12/14/20 | INI | Participate in internal call between J. Ibanga and S. Weiner (both AlixPartners) re: strategy for review of Debtors' business plan | 0.20 |
| 12/14/20 | SW | Participate in internal call between J. Ibanga and S. Weiner (both AlixPartners) re: strategy for review of Debtors' business plan | 0.20 |
| 12/16/20 | SW | Analyze actual 2020 YTD cash flows and change in unrestricted liquidity | 1.90 |
| 12/16/20 | SW | Prepare exhibit comparing 2020 cash flow projections provided by the Debtors | 1.20 |
| 12/16/20 | SW | Prepare exhibit comparing 2020 unrestricted liquidity projections provided by the Debtors | 1.70 |
| 12/16/20 | SW | Prepare exhibit comparing 2021 unrestricted liquidity projections provided by the Debtors | 1.80 |
| 12/17/20 | SW | Review and analyze Update 2021 Business Plan | 2.80 |
| 12/17/20 | SW | Prepare diligence question list related to updated 2021 Business Plan for internal review | 2.50 |
| 12/17/20 | SW | Compare 2021 cash flow projections in updated plan to those previously presented to isolate differences | 1.70 |
| 12/17/20 | SW | Compare 2021 registration data in updated plan to those previously presented to isolate differences | 1.40 |
| 12/17/20 | SW | Prepare question list to Debtors' advisor re: 2021 business plan | 0.70 |
| 12/17/20 | RBW | Participate in internal call with K. McGlynn, S. Weiner and J. Ibanga (all AlixPartners) re: the Debtors' revised business plan | 0.50 |
| 12/17/20 | KM | Participate in internal call with R. Winning, S. Weiner and J. Ibanga (all AlixPartners) re: the Debtors' revised business plan | 0.50 |
| 12/17/20 | KM | Analyze Debtors' 2021 business plan | 2.10 |
| 12/17/20 | KM | Revise initial list of questions to send to Debtors' re: 2021 business plan ahead of presentation | 0.90 |
| 12/17/20 | SW | Participate in internal call with K. McGlynn, R. Winning and J. Ibanga (all AlixPartners) re: the Debtors' revised business plan | 0.50 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2132361-1 |
| Re: | Business and Strategic Plan Analysis |
| Client/Matter # | 013446.00109 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 12/17/20 | INI | Participate in internal call with K. McGlynn, R. Winning and S. Weiner (all AlixPartners) re: the Debtors' revised business plan | 0.50 |
| 12/17/20 | DM | Review BSA business plan presentation | 0.90 |
| 12/17/20 | RC | Review updated business plan information provided by the debtors | 1.00 |
| 12/17/20 | INI | Review correspondence from internal team re: Debtors' revised long-range business plan | 0.70 |
| 12/17/20 | INI | Review Debtors' 5-year business plan | 0.60 |
| 12/18/20 | KM | Revise detailed list of questions to send to Debtors' ahead of follow-up meeting re: 2021 business plan | 1.10 |
| 12/18/20 | KM | Analyze sensitivity analyses related to the 2021 business plan | 1.10 |
| 12/18/20 | RBW | Review 2021 business plan | 1.20 |
| 12/18/20 | SW | Process internal edits for 2021 business plan and send list to Debtors' advisor for discussion on 12/21 | 0.80 |
| 12/18/20 | SW | Prepare slide detailing additional context on business plan provided during mediation call | 1.30 |
| 12/18/20 | SW | Prepare exhibit detailing changes in renewal revenue and members in new 2021 plan vs plan provided in August | 1.20 |
| 12/18/20 | SW | Prepare exhibit providing a sensitivity analysis detailing impact on revenue from variances in Cub Scout and Scout BSA renewal rates per 2021 business plan | 1.20 |
| 12/18/20 | SW | Prepare commentary for presentation slide detailing revised renewal guidance and revenue sensitivity | 0.80 |
| 12/18/20 | SW | Prepare exhibit providing illustrative downside case for 2021 business plan assuming a 12/31/21 emergence date | 1.30 |
| 12/18/20 | SW | Prepare commentary for slide providing illustrative downside case through 12/31/21 | 1.30 |
| 12/18/20 | INI | Review the Debtors' revised 5-year business plan | 1.30 |
| 12/21/20 | SW | Respond to internal questions related to business plan diligence list | 1.40 |
| 12/21/20 | RC | Review business plan information provided by the Debtors | 0.80 |
| 12/22/20 | SW | Review dataroom documents to confirm aspects of A&M | 1.70 |

909 Third Avenue
New York, NY 10022

**T** 212.490.2500
**F** 212.490.1344
**alixpartners.com**

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2132361-1 |
| Re: | Business and Strategic Plan Analysis |
| Client/Matter # | 013446.00109 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | responses to diligence questions related to the 2021 Business Plan | |
| 12/22/20 | SW | Detail review of A&M responses to diligence questions related to the 2021 Business Plan | 2.80 |
| 12/23/20 | SW | Review of Trust Funding Presentation to confirm business plan responses provided by the Debtors' advisor | 1.80 |
| 12/31/20 | KM | Review Debtors' 5-year business plan | 0.40 |
| 12/31/20 | RC | Review BSA's 5-YR business plan as of 12/31/2020 and supplemental materials | 0.70 |
| | | **Total** | **46.50** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2132361-1 |
| Re: | Business and Strategic Plan Analysis |
| Client/Matter # | 013446.00109 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---:|---:|---:|
| Joy N Ibanga | 3.30 | 515.00 | 1,699.50 |
| Scott Weiner | 32.00 | 645.00 | 20,640.00 |
| Robert B Winning | 1.70 | 910.00 | 1,547.00 |
| Kathryn McGlynn | 6.10 | 1,025.00 | 6,252.50 |
| David MacGreevey | 0.90 | 1,090.00 | 981.00 |
| Richard Collura | 2.50 | 1,090.00 | 2,725.00 |
| **Total Hours & Fees** | **46.50** | | **33,845.00** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2132361-1 |
|---|---|
| Re: | Financial and Other Diligence |
| Client/Matter # | 013446.00112 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 12/01/20 | SW | Review and analyze October 2020 MOR | 1.20 |
| 12/01/20 | SW | Prepare diligence questions for Debtors' advisor regarding trust funding presentation, MOR, and updated cash collateral budget | 1.10 |
| 12/01/20 | RC | Review Local Council financial data provided in the data room | 0.30 |
| 12/01/20 | RC | Review summary of high adventure base appraisal information | 0.40 |
| 12/01/20 | KS | Review appraisal reports for Florida Sea Base | 2.40 |
| 12/01/20 | KS | Review appraisal report for the Summit | 1.10 |
| 12/02/20 | KS | Review valuation report for the Summit and Florida Sea Base | 1.50 |
| 12/02/20 | SW | Update list of diligence questions for Debtors' advisor regarding trust funding presentation, MOR, and updated cash collateral budget | 1.70 |
| 12/02/20 | SW | Analyze October 2019 Grey Book and bridge to provide comparison to October 2020 MOR | 1.90 |
| 12/02/20 | SW | Prepare exhibit detailing October 2020 MOR income statement and case to date income | 1.60 |
| 12/02/20 | SW | Prepare exhibit detailing October 2020 MOR balance sheet and balance sheet as of petition date | 1.50 |
| 12/02/20 | SW | Prepare exhibit detailing composition of aged payables detailed in October 2020 MOR | 0.80 |
| 12/02/20 | SW | Prepare exhibit detailing composition of aged payables for each month of the case as detailed in the MORs | 0.70 |
| 12/03/20 | SW | Finalize exhibit detailing composition of aged payables for each month of the case as detailed in the MORs | 0.50 |
| 12/03/20 | SW | Prepare several exhibits detailing composition and ageing of receivables for each month of the case as detailed in the MORs | 2.90 |
| 12/03/20 | SW | Prepare commentary on slide detailing composition and ageing of receivables for each month of the case as detailed in the MORs | 0.50 |
| 12/03/20 | SW | Assess October 2019 Grey Book and complete bridge providing comparison to October 2020 MOR | 1.60 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038


| | | | |
|---|---|---|---|
| Invoice # | | 2132361-1 | |
| Re: | | Financial and Other Diligence | |
| Client/Matter # | | 013446.00112 | |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 12/03/20 | SW | Finalize exhibit comparing October 2020 MOR income statement to October 2019 Grey Book Income Statement | 0.90 |
| 12/03/20 | RC | Review mediation presentation and prepare questions for A&M re: projected post-petition working capital requirements | 0.30 |
| 12/03/20 | KS | Review the appraisal report for the Summit and Florida Sea base | 1.40 |
| 12/04/20 | KS | Review Greybook as of 10/31/2020 | 1.20 |
| 12/04/20 | KS | Review Greybooks of 3/31/2020 and 6/30/2020 to update changes in GLIP and Endowment Fund | 1.60 |
| 12/04/20 | SW | Finalize drafting commentary for slide detailing composition and ageing of receivables for each month of the case as detailed in the MORs | 0.60 |
| 12/04/20 | SW | Prepare commentary for slide detailing composition and ageing of payables for each month of the case as detailed in the MORs | 0.80 |
| 12/04/20 | SW | Prepare commentary for slide detailing October 2020 MOR balance sheet | 1.10 |
| 12/04/20 | SW | Prepare commentary for slide detailing October 2020 MOR income statement and income statement for the case to date period | 1.60 |
| 12/04/20 | SW | Prepare commentary for slide detailing October 2020 MOR income statement versus October 2019 Grey Book income statement | 1.90 |
| 12/04/20 | SW | Review recently posted October 2020 Grey Book and compare to MOR | 1.70 |
| 12/07/20 | KS | Review Greybook as of 10/30/2020 for GLIP income statement | 0.70 |
| 12/07/20 | SW | Participate in internal call with R. Winning (AlixPartners) to review and revise slides related to the Debtors' October Monthly Operating Report | 0.60 |
| 12/07/20 | RBW | Participate in internal call with S. Weiner (AlixPartners) to review and revise slides related to the Debtors' October Monthly Operating Report | 0.60 |
| 12/07/20 | SW | Continue review of October 2020 MOR | 1.30 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | | |
|---|---|---|
| Invoice # | 2132361-1 | |
| Re: | Financial and Other Diligence | |
| Client/Matter # | 013446.00112 | |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 12/07/20 | SW | Review dataroom documents relating to the BSA National and Local Council GLIP premium funding arrangement | 2.30 |
| 12/07/20 | SW | Begin to review dataroom documents to substantiate values included in the Trust Funding presentation | 1.20 |
| 12/08/20 | SW | Review and analyze dataroom documents to substantiate values included in the Trust Funding presentation | 1.90 |
| 12/10/20 | KS | Review appraisal report for Florida Sea Base | 0.70 |
| 12/11/20 | SW | Review Debtors' advisor responses to outstanding questions related to Trust Funding presentation and October MOR | 0.60 |
| 12/11/20 | SW | Update October MOR slides to reflect information provided by Debtors' advisor | 1.20 |
| 12/14/20 | KS | Review Greybook as of 10/31/2020 | 1.20 |
| 12/15/20 | RC | Review appraisal information provided for high adventure camps | 0.70 |
| 12/15/20 | SW | Review internal GLIP analysis | 2.60 |
| 12/16/20 | SW | Prepare exhibit comparing three 2021 cash flow projections provided by the Debtors | 1.40 |
| 12/16/20 | RC | Review local councils asset information | 0.80 |
| 12/17/20 | INI | Review Greybook for historical profitability by high adventure bases | 1.50 |
| 12/18/20 | INI | Review Greybook for historical profitability by high adventure base | 1.40 |
| 12/21/20 | RC | Analyze financial information provided by the Local Councils | 1.00 |
| 12/21/20 | SW | Review Middle Tennessee stipulation draft | 0.40 |
| 12/21/20 | RBW | Analyze October MOR | 0.60 |
| 12/21/20 | RBW | Update Committee presentation re: liquidity and October MOR | 0.40 |
| | | **Total** | **57.90** |

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2132361-1 |
|---|---|
| Re: | Financial and Other Diligence |
| Client/Matter # | 013446.00112 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Joy N Ibanga | 2.90 | 515.00 | 1,493.50 |
| Kyoko Shibuya | 11.80 | 645.00 | 7,611.00 |
| Scott Weiner | 38.10 | 645.00 | 24,574.50 |
| Robert B Winning | 1.60 | 910.00 | 1,456.00 |
| Richard Collura | 3.50 | 1,090.00 | 3,815.00 |
| **Total Hours & Fees** | **57.90** | | **38,950.00** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2132361-1 |
| --- | --- |
| Re: | Collateral Analysis |
| Client/Matter # | 013446.00113 |

| Date | Consultant | Description of Services | Hours |
| --- | --- | --- | --- |
| 12/01/20 | INI | Review Northern Tier high adventure base appraisal | 1.40 |
| 12/04/20 | INI | Review Northern Tier appraisal document to understand valuation | 1.70 |
| 12/04/20 | INI | Prepare slides summarizing appraisal of Northern Tier property for Committee update | 1.90 |
| | | **Total** | **5.00** |

909 Third Avenue          **T** 212.490.2500
New York, NY 10022     **F** 212.490.1344
                                    **alixpartners.com**

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

Invoice #            2132361-1

Re:                 Collateral Analysis
Client/Matter #     013446.00113

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Joy N Ibanga | 5.00 | 515.00 | 2,575.00 |
| **Total Hours & Fees** | **5.00** | | **2,575.00** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2132361-1 |
|---|---|
| Re: | Forensic Analysis |
| Client/Matter # | 013446.00114 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 12/01/20 | KS | Prepare slides to summarize appraised valuations for the BSA's high adventure facilities | 2.30 |
| 12/01/20 | KS | Update tables detailing GLIP payments and endowment fund with the financial information as of 9/30/2020 | 1.50 |
| 12/02/20 | KS | Update investigation update slides relating to GLIP payments and unrestricted endowment funds | 2.20 |
| 12/02/20 | KS | Update schedule of unrestricted endowment funds with 9/30/2020 financial information | 1.40 |
| 12/03/20 | KS | Update schedules of GLIP payments and Endowment Funds with 9/30/2020 Greybook data | 1.50 |
| 12/03/20 | KS | Update investigation summary material related to GLIP payments and the Endowment Fund | 1.20 |
| 12/04/20 | KS | Update slides with 9/30/2020 financial information of GLIP and Endowment Fund | 2.30 |
| 12/10/20 | KS | Update settlement analysis based on latest processing of claims data | 2.60 |
| 12/10/20 | KS | Update investigation summary materials to reflect revised coalition claims | 2.30 |
| 12/11/20 | KS | Develop settlement scenario based on the coalition claims | 2.60 |
| 12/14/20 | KS | Update Local Councils' net assets and coalition claims | 1.80 |
| 12/15/20 | LH | Call between R. Collura and L. Hill (both AlixPartners) to discuss UCC settlement term sheet and recent document productions | 0.40 |
| 12/15/20 | RC | Call between R. Collura and L. Hill (both AlixPartners) to discuss UCC settlement term sheet and recent document productions | 0.40 |
| 12/15/20 | RC | Participate in internal call with S. Weiner (AlixPartners) re: GLIP, Trust Funding, and other case updates | 0.50 |
| 12/15/20 | KS | Update Local Councils' financial information and claims named as a defendant | 2.20 |
| 12/15/20 | SW | Participate in internal call with R. Collura (AlixPartners) re: GLIP, Trust Funding, and other case updates | 0.50 |
| 12/21/20 | RC | Review appraisal information for Summit and other high adventure camps | 0.70 |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038


Invoice #            2132361-1

Re:                  Forensic Analysis
Client/Matter #      013446.00114


| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 12/22/20 | KS | Prepare summary table detailing the settlement analysis | 1.30 |
| 12/28/20 | KS | Revise investigation update material with the abuse claims | 1.60 |
| | | **Total** | **29.30** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2132361-1 |
|---|---|
| Re: | Forensic Analysis |
| Client/Matter # | 013446.00114 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Kyoko Shibuya | 26.80 | 645.00 | 17,286.00 |
| Loring Hill | 0.40 | 645.00 | 258.00 |
| Scott Weiner | 0.50 | 645.00 | 322.50 |
| Richard Collura | 1.60 | 1,090.00 | 1,744.00 |
| **Total Hours & Fees** | **29.30** | | **19,610.50** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2132361-1 |
| Re: | Claims Analysis |
| Client/Matter # | 013446.00116 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 12/01/20 | MBB | Prepare claims analysis | 3.70 |
| 12/01/20 | MBB | Review filed claims for basis of claim report | 2.90 |
| 12/01/20 | KS | Review the coalition claims assigned to each Local Council to update the settlement analysis | 0.80 |
| 12/01/20 | SW | Review Trust Funding Presentation | 1.50 |
| 12/03/20 | KS | Analyze coalition claims assigned to the Local Councils to update the settlement analysis | 1.70 |
| 12/03/20 | MBB | Prepare claims analysis | 2.80 |
| 12/03/20 | MBB | Review filed claims for basis of claim report | 2.70 |
| 12/03/20 | MBB | Prepare report on basis of claim for largest claimants | 1.80 |
| 12/04/20 | KS | Review coalition claims assigned to the Local Councils to update the settlement calculation | 1.90 |
| 12/07/20 | KS | Review coalition claims in which Local Councils are named as defendant | 1.10 |
| 12/09/20 | KS | Prepare table of coalition claims for the settlement analysis | 1.50 |
| 12/09/20 | RC | Review information provided by the Debtors in connection with the abuse claims | 0.50 |
| 12/10/20 | MBB | Review filed claims for analysis of basis of claim filed on Zero dollar claims | 2.90 |
| 12/10/20 | KS | Review coalition claims by States | 0.60 |
| 12/11/20 | MBB | Review filed claims for analysis of basis of claim filed on Zero dollar claims | 2.60 |
| 12/11/20 | KS | Review coalition claims by Local Councils | 1.70 |
| 12/14/20 | KM | Review information related to filed claims' buckets and amounts | 0.40 |
| 12/14/20 | KS | Prepare coalition claims data to update the settlement model | 1.60 |
| 12/14/20 | MBB | Review filed claims for analysis of basis of claim filed on Zero dollar claims | 2.40 |
| 12/14/20 | MBB | Review filed claims for basis of claim report | 1.10 |
| 12/15/20 | MBB | Review filed claims for analysis of basis of claim filed on Zero dollar claims | 2.30 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice #         | 2132361-1       |
|-------------------|-----------------|
| Re:               | Claims Analysis |
| Client/Matter #   | 013446.00116    |

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 12/15/20 | MBB | Review filed claims for basis of claim report | 1.30 |
| 12/15/20 | RC | Review abuse claims data provided by the Debtors and update next steps for further analysis | 0.70 |
| 12/15/20 | KS | Update settlement model with revisions to coalition claims | 2.40 |
| 12/15/20 | MM | Review newly filed claims and analysis update | 2.90 |
| 12/16/20 | MBB | Review filed claims for basis of claim report | 0.70 |
| 12/16/20 | MBB | Review filed claims for analysis of basis of claim filed on Zero dollar claims | 2.90 |
| 12/17/20 | MBB | Review filed claims for analysis of basis of claim filed on Zero dollar claims | 2.70 |
| 12/17/20 | MBB | Review filed claims for basis of claim report | 0.80 |
| 12/18/20 | MBB | Review filed claims for basis of claim report | 1.60 |
| 12/18/20 | MBB | Review filed claims for analysis of basis of claim filed on Zero dollar claims | 2.40 |
| 12/18/20 | MM | Review unliquidated claims for purposes of claims valuation | 2.20 |
| 12/21/20 | MM | Review of top 100 claims for purposes of claims valuation | 4.90 |
| 12/21/20 | MM | Prepare presentation of claims valuation | 2.70 |
| 12/21/20 | RC | Review additional claims data produced by the Debtors | 0.50 |
| 12/21/20 | KM | Review claims analysis and related information | 0.70 |
| 12/21/20 | DM | Review BSA abuse claims data | 0.40 |
| 12/21/20 | DM | Emails with attachments with K. McGlynn and M. Monger (both AlixPartners) re: BSA claims analysis | 0.40 |
| 12/22/20 | DM | Review draft UCC update deck re: claims analysis | 0.60 |
| 12/22/20 | RC | Review additional claims data provided by the BSA | 0.50 |
| 12/29/20 | RC | Review Bates White claims data presentation materials | 0.40 |
| 12/30/20 | KM | Review TCC's mediation demand letter | 0.60 |
| 12/30/20 | KM | Prepare analysis of TCC demand letter settlement request | 0.60 |
| 12/30/20 | SW | Research and analyze settlement comparables to benchmark TCC Demand Note | 2.90 |
| 12/30/20 | SW | Review Bates White proof of claim presentation | 1.00 |
| 12/31/20 | SW | Prepare Chapter 11 tort settlement comparables set | 0.90 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2132361-1 |
|---|---|
| Re: | Claims Analysis |
| Client/Matter # | 013446.00116 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 12/31/20 | SW | Prepare exhibits detailing proposed TCC settlement by claim type and implied claim valuation with discount | 1.40 |
| 12/31/20 | SW | Prepare commentary summarizing TCC Demand Note for UCC presentation | 1.10 |
| 12/31/20 | SW | Prepare commentary summarizing Bates White adjusted claim analysis utilizing TCC Demand Note valuations for UCC presentation | 1.10 |
| 12/31/20 | SW | Prepare analysis and exhibit utilizing Bates White adjusted claim analysis and TCC Demand Note valuations for UCC presentation | 1.10 |
| 12/31/20 | SW | Prepare slide detailing chapter 11 and other abuse claim settlements | 0.80 |
| 12/31/20 | KM | Participate in internal call between K. McGlynn and S. Weiner (both AlixPartners) re: analysis of TCC demand letter | 0.40 |
| 12/31/20 | SW | Participate in internal call between K. McGlynn and S. Weiner (both AlixPartners) re: analysis of TCC demand letter | 0.40 |
| | | **Total** | **82.50** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2132361-1 |
|---|---|
| Re: | Claims Analysis |
| Client/Matter # | 013446.00116 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Mary B Betik | 37.60 | 315.00 | 11,844.00 |
| Scott Weiner | 12.20 | 645.00 | 7,869.00 |
| Kyoko Shibuya | 13.30 | 645.00 | 8,578.50 |
| Kathryn McGlynn | 2.70 | 1,025.00 | 2,767.50 |
| David MacGreevey | 1.40 | 1,090.00 | 1,526.00 |
| Richard Collura | 2.60 | 1,090.00 | 2,834.00 |
| Meade Monger | 12.70 | 1,175.00 | 14,922.50 |
| **Total Hours & Fees** | **82.50** | | **50,341.50** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2132361-1 |
|---|---|
| Re: | RSA, Disclosure Statement, & Plan of Reorganization |
| Client/Matter # | 013446.00117 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 12/03/20 | RC | Review mediation responses from JPMorgan | 0.20 |
| 12/11/20 | KS | Revise settlement analysis | 1.50 |
| 12/14/20 | KM | Call between R. Collura and K. McGlynn (both AlixPartners) to discuss UCC's draft settlement term sheet and other case developments | 0.30 |
| 12/14/20 | RC | Review draft UCC settlement term sheet | 0.20 |
| 12/14/20 | RC | Call between R. Collura and K. McGlynn (both AlixPartners) to discuss UCC's draft settlement term sheet and other case developments | 0.30 |
| 12/14/20 | DM | Review draft BSA term sheet re: JPM negotiations | 0.50 |
| 12/14/20 | INI | Review UCC settlement draft term sheet | 0.30 |
| 12/16/20 | KS | Update settlement analysis | 2.10 |
| 12/17/20 | KS | Update settlement model to reflect revised claims detail | 1.70 |
| 12/21/20 | KM | Review and analyze draft BSA/JPM term sheet | 1.10 |
| 12/21/20 | KS | Update settlement model | 2.10 |
| 12/22/20 | RC | Review documents related to mediation and draft term sheet | 0.40 |
| 12/22/20 | DM | Review BSA / JPM term sheet | 0.30 |
| 12/29/20 | KS | Update settlement analysis | 1.10 |
| 12/31/20 | RC | Review BSA's draft plan of reorganization | 0.40 |
| 12/31/20 | KM | Review Debtors' initial draft Plan of Reorganization | 0.60 |
| | | **Total** | **13.10** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2132361-1 |
| Re: | RSA, Disclosure Statement, & Plan of Reorganization |
| Client/Matter # | 013446.00117 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Joy N Ibanga | 0.30 | 515.00 | 154.50 |
| Kyoko Shibuya | 8.50 | 645.00 | 5,482.50 |
| Kathryn McGlynn | 2.00 | 1,025.00 | 2,050.00 |
| David MacGreevey | 0.80 | 1,090.00 | 872.00 |
| Richard Collura | 1.50 | 1,090.00 | 1,635.00 |
| **Total Hours & Fees** | **13.10** | | **10,194.00** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2132361-1 |
| Re: | Retention Applications & Relationship Disclosure Schedules |
| Client/Matter # | 013446.00118 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 12/11/20 | KAS | Review draft second supplemental declaration | 0.40 |
| 12/15/20 | KAS | Email E. Kardos (AlixPartners) re: status of supplemental declaration | 0.10 |
| 12/16/20 | DM | Review draft second supplemental declaration | 0.40 |
| 12/16/20 | KAS | Email B. Filler and K. McGlynn (both AlixPartners) re: attendance at hearing | 0.20 |
| 12/16/20 | KAS | Update draft supplemental declaration | 0.40 |
| 12/16/20 | BFF | Prepare supplemental declaration per K. Sundt (AlixPartners) | 0.40 |
| | | **Total** | **1.90** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2132361-1 |
| Re: | Retention Applications & Relationship Disclosure Schedules |
| Client/Matter # | 013446.00118 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Brooke F Filler | 0.40 | 445.00 | 178.00 |
| Kaitlyn A Sundt | 1.10 | 510.00 | 561.00 |
| David MacGreevey | 0.40 | 1,090.00 | 436.00 |
| **Total Hours & Fees** | **1.90** | | **1,175.00** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2132361-1 |
|---|---|
| Re: | Fee Statements and Fee Applications |
| Client/Matter # | 013446.00120 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 12/01/20 | ESK | Telephone call with E. Kardos, and B. Filler (all AlixPartners) re: response to the Fee Examiner's Objection to interim fee application | 0.60 |
| 12/01/20 | BFF | Telephone call with E. Kardos and B. Filler (all AlixPartners) re: response to the Fee Examiner's Objection to interim fee application | 0.60 |
| 12/03/20 | BFF | Call with Fee Examiner and E. Kardos and B. Filler (both AlixPartners) re: Fee Examiner's initial report | 1.00 |
| 12/03/20 | BFF | Review Fee Examiner proposed reductions | 0.40 |
| 12/03/20 | ESK | Prepare for meeting with Fee Examiner re: response to objection to fee application | 0.50 |
| 12/03/20 | ESK | Call with Fee Examiner and E. Kardos and B. Filler (both AlixPartners) re: Fee Examiner's initial report | 1.00 |
| 12/04/20 | ESK | Discussion with D. MacGreevey, B. Filler, E. Kardos and K. McGlynn (all AlixPartners) re: update of fee examiner objection to interim fee application | 0.50 |
| 12/04/20 | KM | Discussion with D. MacGreevey, B. Filler, E. Kardos and K. McGlynn (all AlixPartners) re: update of fee examiner objection to interim fee application | 0.50 |
| 12/04/20 | DM | Discussion with D. MacGreevey, B. Filler, E. Kardos and K. McGlynn (all AlixPartners) re: update of fee examiner objection to interim fee application | 0.50 |
| 12/04/20 | BFF | Discussion with D. MacGreevey, B. Filler, E. Kardos and K. McGlynn (all AlixPartners) re: update of fee examiner objection to interim fee application | 0.50 |
| 12/04/20 | BFF | Revise fee examiner's objection to interim fee application | 0.10 |
| 12/11/20 | ESK | Provide comments to the Response to Fee Examiner's Objection | 0.50 |
| 12/13/20 | BFF | Draft supplemental declaration per K. Sundt (AlixPartners) | 0.30 |
| 12/18/20 | LMB | Update fee application status chart | 0.30 |
| 12/21/20 | SW | Prepare professional fees for November 2020 monthly fee statement | 1.30 |
| 12/21/20 | LMB | Prepare professional fees for November 2020 monthly fee statement | 2.80 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2132361-1 |
| Re: | Fee Statements and Fee Applications |
| Client/Matter # | 013446.00120 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 12/21/20 | LMB | Prepare 9th monthly fee application, supporting schedules and exhibits (November 2020) | 1.80 |
| 12/21/20 | KM | Review November professional fees for monthly fee statement | 1.10 |
| 12/22/20 | KM | Revise November monthly fee statement | 1.20 |
| 12/22/20 | LMB | Revise 9th monthly fee application, supporting schedules and exhibits (November 2020) | 0.30 |
| 12/22/20 | LMB | Email to Z. Essner and S. Beck (both Kramer Levin) attaching November monthly fee statement for filing on the Court docket | 0.20 |
| 12/22/20 | DM | Review November 2020 monthly fee statement | 0.50 |
| | | **Total** | **16.50** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | | |
|---|---|---|
| Invoice # | 2132361-1 | |
| Re: | Fee Statements and Fee Applications | |
| Client/Matter # | 013446.00120 | |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Brooke F Filler | 2.90 | 445.00 | 1,290.50 |
| Lisa Marie Bonito | 5.40 | 450.00 | 2,430.00 |
| Scott Weiner | 1.30 | 645.00 | 838.50 |
| Elizabeth S Kardos | 3.10 | 710.00 | 2,201.00 |
| Kathryn McGlynn | 2.80 | 1,025.00 | 2,870.00 |
| David MacGreevey | 1.00 | 1,090.00 | 1,090.00 |
| **Total Hours & Fees** | **16.50** | | **10,720.00** |

*Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330*, adopted September 17, 2013 (the "UST Guidelines").

5.      The fees and out-of-pocket expenses are billed in accordance  with the billing practices described below, and except as  otherwise indicated therein fall within the UST Guidelines. Except to the extent prohibited by the UST Guidelines, the fees and out-of-pocket expenses sought herein have been billed in accordance with practices customarily employed by AlixPartners and accepted by the AlixPartners' clients.

6.      With respect to expenses and reimbursable services incurred for which reimbursement is sought, AlixPartners:

1. Does not make a profit;

2. Does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment or capital outlay; and

3. Seeks reimbursement of services purchased from or contracted for with a third-party vendor only in the amount billed to AlixPartners by and paid or to be paid by the Applicant to the vendor.

I certify, under penalty of perjury, that the foregoing statements made by me are true to the best of my knowledge, information and belief.

Dated:   February 22, 2021

*/s/ David MacGreevey*
By:  David MacGreevey
      Managing Director