# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>Re: Docket No. 1785 |

**SECOND SUPPLEMENTAL DECLARATION OF THOMAS BAROCH IN SUPPORT OF APPLICATION OF THE OFFICIAL TORT CLAIMANTS' COMMITTEE PURSUANT TO SECTIONS 328(a), 330, AND 331, AND 1103 OF THE BANKRUPTCY CODE, RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND LOCAL RULE 2014-1 FOR AUTHORIZATION TO EMPLOY AND RETAIN CBRE, INC. AS REAL ESTATE APPRAISER, EFFECTIVE AS OF DECEMBER 1, 2020**

I, Thomas Baroch, declare under penalty of perjury as follows:

1. I am a Managing Director of the Valuation and Advisory Services division at CBRE, Inc. ("CBRE" or the "Firm") and submit this second supplemental declaration (the "Second Supplemental Declaration") in support of the *Application of the Official Tort Claimants' Committee Pursuant to Sections 328, 330, 331, and 1103 of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and Retain CBRE, Inc. as Real Estate Appraiser Effective as of December 1, 2020* [Docket No. 1785] (the "Application"),[2] and approved by the *Order Pursuant to Sections 328, 330, 331, and 1103 of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 Authorizing the Employment and Retention of*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms, unless otherwise defined herein, shall have the meanings ascribed to them in the Application.

12417138

*CBRE, Inc. as Real Estate Appraiser, Effective as of December 1, 2020* [Docket No. 1846] (the "Retention Order"). As set forth in the Application, the supporting declarations, and the Retention Order, I am supplementing my original declaration (the "Original Declaration") incorporated into and filed as a part of the Application and the supplemental declaration filed December 12, 2020 [Docket No.1832] (the "Supplemental Declaration").

**Additional Disclosures**

2. The personnel whom CBRE intends to perform the services made the subject of this Application include persons who shortly before December 2020 provided an appraisal for the Cradle of Liberty local council with respect to a property other than one of the properties to be appraised for the TCC.

3. The personnel whom CBRE intends to perform the services made the subject of this Application include persons who in or about August 2014 provided an appraisal for the Michigan Crossroads local council with respect to a property other than one of the properties to be appraised for the TCC.

4. The personnel whom CBRE intends to perform the services made the subject of this Application include persons who in or about August 2020 provided an appraisal for the Sioux local council with respect to a property other than one of the properties to be appraised for the TCC.

5. In or about October 2020, CBRE provided two broker opinions of value for the Debtors with respect to two properties other than the properties to be appraised for the TCC.

6.  Based upon the information available to me as a result of the search procedures described in the Original Declaration and Supplemental Declaration, as well as my discussions with the CBRE personnel who have been and will continue to work on providing services to TCC, except as otherwise provided herein:

(a) CBRE does not hold or represent any interest adverse to the TCC in the matters upon which CBRE is to be employed, and

(b) CBRE is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code and as required by section 327(a) of the Bankruptcy Code.

7. Further, except as set forth in the Original Declaration, Supplemental Declaration, and this Second Supplemental Declaration:

(a) With respect to the CBRE Contact Parties, CBRE has no connection with Debtors, the Interested Parties (including the Local Councils), the U.S. Trustee, and any person employed in the office of the U.S. Trustee,

(b) CBRE is not a creditor, equity security holder or insider of the Debtors,

(c) CBRE is not and was not, since at least January 1, 2017, a director, officer or employee of the Debtors and

(d) CBRE does not have an interest materially adverse to the TCC.

**Continued Diligence and Statement of Disinterestedness**

8. The connections CBRE has with the persons and entities listed on Schedule 3 do not involve the BSA and none of the services provided or being provided to any such persons or entities were or are in any way related to the Debtors or their chapter 11 cases.

9. If CBRE becomes aware of a connection to one of the persons or entities listed in Schedule 1 that has not been previously disclosed, including in Schedule 3, CBRE shall make such disclosures as may be appropriate at that time.

10. Based on the conflicts searches conducted, to the best of my knowledge and insofar as I have been able to ascertain, CBRE is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates.

11. To the extent CBRE becomes aware of any other connection that it has with the Debtors or the Interested Parties that is contrary to or pertinent to the statements made herein, in the Original Declaration or in the Supplemental Declaration, CBRE will file a supplemental declaration disclosing such information to the Court.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 24, 2021

_____
Thomas Baroch, as Agent for CBRE, Inc.

12417138