**Schedule 3**

**Entity Results**

Ace Hardware Corporation
ADP, Inc
Advanced Disposal Services
Advantage Inc
Adventures
Aeroflex Colorado Springs Inc
Aetna, Inc
AIG Global Real Estate Investment Corp.
Alert Logic, Inc
Alixpartners, LLP
All Saints Episcopal Church
Allianz SE
Allied World Assurance Company
Allstream Business US, LLC
Altera Corporation
Alvarez & Marsal
Amazon
American Airlines
American Baptist Churches
American Electric
American Express
American Food and Vending Corporation
American International Realty Corp
AmeriGas Propane
AMS Planning & Research
Ankure Consulting Group LLC
Aramark Uniform & Career Appeal
Arch Insurance Group Inc.
Archdiocese of New York
Arctic Spas Colorado Springs LLC
Arizona State Retirement System
Aspen Insurance
AT&T
Automatic Data Processing, Inc
AXA Financial, Inc
Axis Insurance Company
Banco Popular de Puerto Rico
Bank of America
Bates White LLC
BB&T Corporation
Berkley Insurance Company

Berkshire Hathaway Insurance Group
BlackRock, Inc
Blackstone Group
Blue Ridge
Boxley Aggregates of West Virginia, LLC
Boy Scouts Of America
Branch Banking and Trust Co
CAI
California Department of Justice
California State Board Of Equalization
Catholic Archdiocese of Arlington
Catholic Health Initiatives
Catlin, Inc
CDW Corporation
CenterPoint Energy
Century Casualty Company
CenturyLink
Charles Schwab Corporation
Chubb Limited
CIBC
Cincinnati Insurance Company
CIT Bank, NA
City of Charlotte
City of Chicago
City of Cincinnati
City of Colorado Springs
City of Columbus
City of Detroit
City of Glenn Falls
City of Irwindale
City of Louisville
City of Loveland
City of Seattle
City of Tacoma
CNA Financial Corporation
Cobham Colorado Springs Inc
Coleman Research Group
Colony Capital, Inc
Colorado Springs Investment Group
Columbus Bar Association
Commonwealth of Massachusetts
Commonwealth of Pennsylvania DOT
Compass
Consolidated Communications Holdings, Inc.
Constellation Energy Group
Continental Tire The Americas LLC

County of Montgomery
County of Nassau
County of San Bernardino
Cox Communications
Crest Investment Company
Datavocity West, LLC
Davis Polk & Wardell LLP
Dentons US LLP
Department of Justice
Department of Labor and Industries
Direct Energy Business, LLC
Discover Financial Services
Duke Energy
DuPont
Durham School Services
Earthlink
Eric Young
Euclid Insurance Services Inc
EverBank Commercial Finance, Inc.
Everest National Insurance Company
Evergreen Devco, Inc
Eversource
Facebook, Inc
Federal Insurance Company
FedEx
Fenwick & West LLP
Fidelis Medical Denver Partners LLC
Fidelity Investments
Fifth Third Bank
Fireman's Fund Insurance Company
First Advantage Backtrack Reports LLC
First Bank
First Baptist Church
First Presbyterian Church USA of Tulsa
First State Bank
First United Methodist
Florida Department of Revenue
Ford Motor Company
Fox Rothschild LLP
Frontier Communications
FTI Consulting
Garden State Mortgage Corporation
Gemini Exchange LLC
Gilbert Healthcare Specialist LLC
Girl Scouts of America
Glass

Global Payments, Inc
Goldman Sachs Group
Golin
Great American Insurance Group
Gregg, Hunt, Ahern & Embry
GSA-Pension Benefit Guaranty Co
Hartford
Haynes & Boone, LLP
Hinshaw & Culbertson LLP
IBM
Infosys Limited
Insight Investments, LLC
Insurance Auto Auctions Inc
Internal Revenue Service
Iowa Finance Authority
IRC Retail Centers
Jefferson County
JP Morgan Chase
Key Energy Services, Inc
Keybank National Association
Keystone
Kuehne + Nagel, Inc.
Leatherman Tool Group, Inc
Level 3 Communication
Lexington Insurance Group
Lexmark
Liberty Mutual Insurance Company
Lloyd's Bank PLC
LMP-Tuscaloosa Property Owner II, LLC
Locke Lord LLP
Lowe's Companies Inc
Lumos Labs, Inc
Markowitz Herbold Glade & Mehlhaf P.C
Marriott International, Inc
Marsh & Mclennan Companies
MB Financial, Inc
McGuire Woods LLP
Mead & Hunt, Inc
Mercer Investment Consulting, Inc.
Merrill Lynch
MetLife
Metropolitan Insurance Company
Michael Johnson
Michael Valmores & Robert Jones
Microsoft Corporation
Milliman, Inc

8

Montgomery County Government
Mountaineer NGL Storage, LLC
Mulesoft, Inc
Munich RE
Mutual of Omaha Insurance Company
National Grid PLC
National Union Fire Insurance Company
NCS Pearson Inc
Nichols Kaster PPLP
Nigro Karlin Segal & Feldstein
Northern Trust Company
Norton Rose Fulbright LLP
NTT Data Services
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Ohio Police & Fire
Ohio National Life Insurance Company
Old Republic National Title Insurance Company
Optum, Inc
Oracle Corporation
Orkin, LLC
Our Lady Queen of Peace Parish
Our Savior's Lutheran Church
Pacific Indemnity Company
Paymentech, LP
Paypal, Inc
Peak Industries Incorporated
Pension Benefit Guaranty Corp
Perimeter International, Inc
Perkins Coie LLP
Philadelphia
PNC Bank National Association
Pomeroy Technologies LLC
Pontiac Police & Fire Retirement Systems
PricewaterhouseCoopers LLP
Progressive Casualty Insurance
Quad Graphics
Quinn Emanuel Urquhart & Sullivan, LLP
Reckson Operating Partnerships LP
Red Mountain Asset Fund, LLC
Regions Bank
Republic Services, Inc
Riddle & Williams, PC
Riskonnect, Inc
Robert Reynolds
Robins Kaplan LLP
Roman Catholic Diocese of Brooklyn

9

Royal Bank of Canada
R-T Specialty, LLC
Ryder System, Inc
Saul Ewing, LLP
San Gabriel Valley Council of Government
Savage Family LLC
Shamrock Foods Company
Sheraton Grand
Shopify, Inc
Shutterstock Inc
Sidley Austin LLP
South Carolina Department of Administration
Sovos Compliance, LLC
St. Paul Fire and Marine Insurance Company
State of Arizona
State of Connecticut
State of Delaware
State of Florida
State of Maryland
State of Minnesota
State of New Jersey
State of New York
State of Ohio
State of South Carolina
State of Tennessee
State of Washington
State Street Bank
Steptoe & Johnson LLC
Steve & Sharon Priddle Trust
Steven Harrison
Stites & Harbison PLLC
Stripe, Inc
Sun Life Assurance Company of Canada
Sunbelt rentals, Inc
Swiss RE
Sysco Corporation
TD Bank
Teachers Insurance & Annuity Association
Thackeray Partners
The Church of Jesus Christ of Latter-day Saints
The Claro Group
The State Bar of California
Thompson Coe Cousins Irons L.L.P.
TIAA Commercial Finance Inc
Time Warner Inc
Towers Watson & Co.

Travelers Indemnity Company
Trojan Storage of Colorado Springs LLC
Trophy Club 18 LLC
Truist Bank
TSA Griddle Systems
United Health Group
United Services Automobile Association
United States Department Of Homeland Security
United States Postal Office
UNUM
US Bank National Association
US Foods, Inc
USAA Real Estate Company
Verifone
Verizon Wireless
Vinson & Elkins LLP
Visa, Inc
VSP
W H Pugh Oil Company
Wachtell, Lipton, Rosen & Katz
Wageworks, Inc
Wagner Equipment Co
Walder Hayden, PA
Walgreen Company
Waste Management
Wells Fargo
Weston, Inc
Windstream
Winston & Strawn LLP
XL Group
Yeti Coolers LLC
Zurich Alternative Asset Management