## Exhibit B

**Phase 2 Fees and Expense Itemization**



**FILE COPY ONLY – BILL
SUBMITTED ELECTRONICALLY
DO NOT SUBMIT TO CLIENT
UNLESS EXPRESSLY
REQUESTED BY CLIENT**

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:  (864) 241-1908
www.ogletreedeakins.com

February 11, 2021

Robyn Jungers
The Boy Scouts of America
Legal Department
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2049

PERSONAL AND CONFIDENTIAL

Bill #  90368433
Client.Matter #  047657.000013

**Re:   BSA General Defense - Bankruptcy (Billiable)**

For professional services rendered through January 31, 2021, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Fees ...........................................................................................................................$10,451.00
Expenses........................................................................................................................$0.00

**Total Due This Bill...............................................................................................$10,451.00**

| | Fees | Expenses |
|---|---|---|
| Year-To-Date | $(57,778.00) | $(81.19) |
| Life-To-Date | $1,543,282.00 | $2,148.20 |

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington



Robyn Jungers
The Boy Scouts of America
Legal Department
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2049

**Re:  BSA General Defense - Bankruptcy (Billiable)**

---

For professional services rendered through January 31, 2021

| Date | Initials | Stage | Description | Hours | Amount |
|------|----------|-------|-------------|-------|--------|
| 01/04/21 | BAG | PHASE2 | Review email from Carl Binggeli regarding professional fee estimates and attention to same. | 0.50 | 320.00 |
| 01/04/21 | KAD | PHASE2 | Review email from Carl Binggeli regarding processional fees forecast through July 2021. | 0.10 | 19.00 |
| 01/04/21 | KAD | PHASE2 | Calculate the average amount of fees billed for the last 6 months to assist attorney with calculating professional fees forecast through July 2021. | 0.30 | 57.00 |
| 01/04/21 | KAD | PHASE2 | Email exchanges with Ashley Halvorson regarding billing information and instructions for 4 newly filed Arizona lawsuits. | 0.20 | 38.00 |
| 01/04/21 | KAD | PHASE2 | Compile billing information and instructions for defense counsel on 4 newly filed Arizona lawsuits. | 0.50 | 95.00 |
| 01/04/21 | KAD | PHASE2 | Email exchange with Joshua Richards regarding status of payment on outstanding invoices. | 0.10 | 19.00 |
| 01/04/21 | KAD | PHASE2 | Analyze BSA's billing system and determine the status of payment on outstanding invoices for Saul Ewing. | 0.60 | 114.00 |
| 01/04/21 | KAD | PHASE2 | Email exchange with Robyn Jungers and Lynn Richardson regarding Saul Ewing's outstanding invoices and applying retainer to same. | 0.10 | 19.00 |



| Date | Initials | Stage | Description | Hours | Amount |
|------|----------|-------|-------------|-------|--------|
| 01/04/21 | KAD | PHASE2 | Begin preparing Ogletree's Ninth Monthly Fee Application. | 1.00 | 190.00 |
| 01/05/21 | KAD | PHASE2 | Email exchange with Joshua Richards regarding status of payment on outstanding invoices and applying the retainer to same. | 0.10 | 19.00 |
| 01/05/21 | KAD | PHASE2 | Email exchange with Robyn Jungers and Lynn Richardson regarding Saul Ewing's outstanding invoices and applying retainer to same. | 0.10 | 19.00 |
| 01/05/21 | KAD | PHASE2 | Finish preparing Ogletree's Ninth Monthly Fee Application. | 4.60 | 874.00 |
| 01/05/21 | KAD | PHASE2 | Email exchange with Kayron Headley regarding billing claim numbers for M.M. and Adams lawsuits. | 0.10 | 19.00 |
| 01/05/21 | KAD | PHASE2 | Compile billing information requested by Kayron Headley for two lawsuits assigned to Lewis Brisbois. | 0.10 | 19.00 |
| 01/06/21 | KAD | PHASE2 | Review email from Eric Moats regarding Omnibus Fee Hearing. | 0.10 | 19.00 |
| 01/06/21 | KAD | PHASE2 | Email Eric Moats regarding Certificate of No Objection for Ogletree's 8th Monthly Fee Application and submitted LEDES files for same to the fee examiner. | 0.10 | 19.00 |
| 01/06/21 | KAD | PHASE2 | Email exchange with Sean Manning and Ashley Halvorson regarding billing information needed for newly filed Arizona cases. | 0.10 | 19.00 |
| 01/06/21 | KAD | PHASE2 | Work on redaction of invoices in connection with Ogletree's 9th Monthly Fee Application. | 6.90 | 1,311.00 |
| 01/07/21 | KAD | PHASE2 | Email exchanges with Eric Moats and Addie Norton regarding LEDES files and work to be included on same. | 0.30 | 57.00 |
| 01/07/21 | KAD | PHASE2 | Email exchange with Sean Manning and Ashley Halvorson regarding billing information needed for newly filed Arizona cases. | 0.20 | 38.00 |



| Date | Initials | Stage | Description | Hours | Amount |
|------|----------|-------|-------------|-------|--------|
| 01/07/21 | KAD | PHASE2 | Prepare Ogletree's expense and fee detail for fee examiner in connection with the 8th Monthly Fee Application. | 0.30 | 57.00 |
| 01/07/21 | KAD | PHASE2 | Email Justin Rucki regarding Ogletree's fee and expense detail for the 8th Monthly Fee Application. | 0.10 | 19.00 |
| 01/07/21 | KAD | PHASE2 | Compile billing information for defense counsel on 7 newly filed Arizona lawsuits. | 1.00 | 190.00 |
| 01/07/21 | KAD | PHASE2 | Email UST's office regarding Ogletree's fee and expense detail for the 8th monthly fee application. | 0.10 | 19.00 |
| 01/07/21 | KAD | PHASE2 | Email exchange with Robyn Jungers, Lynn Richardson and Anna Kutz regarding Chubb's coverage on various claims with pending invoices submitted to BSA. | 0.20 | 38.00 |
| 01/07/21 | KAD | PHASE2 | Analyze report from Robyn Jungers regarding invoices submitted to BSA that should be paid by Chubb and Chubb's coverage for those claims and investigate same. | 1.50 | 285.00 |
| 01/08/21 | KAD | PHASE2 | Email exchange with Robyn Jungers regarding new field created in Riskonnect for claims where BSA is paying the expenses. | 0.10 | 19.00 |
| 01/08/21 | KAD | PHASE2 | Email exchange with Justin Rucki regarding BSA's fee and expense report for the 8th monthly fee application. | 0.10 | 19.00 |
| 01/08/21 | KAD | PHASE2 | Work on Ogletree's fee and expense detail for the 8th monthly fee application. | 0.30 | 57.00 |
| 01/08/21 | KAD | PHASE2 | Continue analyzing report from Robyn Jungers regarding invoices submitted to BSA that should be paid by Chubb and Chubb's coverage for those claims and investigate same. | 1.30 | 247.00 |
| 01/08/21 | KAD | PHASE2 | Email exchange with Robyn Jungers regarding report of outstanding | 0.10 | 19.00 |



| Date | Initials | Stage | Description | Hours | Amount |
|------|----------|-------|-------------|-------|--------|
| | | | invoices that should be paid by Chubb. | | |
| 01/08/21 | KAD | PHASE2 | Email exchange with Anna Kutz regarding order appointing Ogletree as special counsel. | 0.10 | 19.00 |
| 01/08/21 | KAD | PHASE2 | Email exchange with Ashley Halvorson regarding billing process and instructions for Lewis, et al and Caulde cases. | 0.10 | 19.00 |
| 01/08/21 | KAD | PHASE2 | Compile billing information and instructions for defense counsel on Lewis, et al and Caudle cases. | 0.30 | 57.00 |
| 01/12/21 | BAG | PHASE2 | Work on/revise ninth monthly fee application, including final review of all invoices to be submitted for redaction purposes. | 1.50 | 960.00 |
| 01/12/21 | KAD | PHASE2 | Email exchange with Ashley Halvorson regarding billing information on Ptak and Martin lawsuits. | 0.10 | 19.00 |
| 01/12/21 | KAD | PHASE2 | Compile billing information on Ptak and Martin lawsuits for defense counsel. | 0.20 | 38.00 |
| 01/12/21 | KAD | PHASE2 | Finalize Ogletree's 9th monthly fee application. | 0.40 | 76.00 |
| 01/12/21 | KAD | PHASE2 | Email Eric Moats regarding Ogletree's 9th monthly fee application. | 0.10 | 19.00 |
| 01/13/21 | KAD | PHASE2 | Email exchange with Veronica Papile regarding billing information and instructions in connection with the DiLorenzo lawsuit. | 0.10 | 19.00 |
| 01/13/21 | KAD | PHASE2 | Conference call with Debbie Nelson regarding billing process and instructions for Mark Does 1-12 lawsuit. | 0.10 | 19.00 |
| 01/13/21 | KAD | PHASE2 | Email exchanges with Debbie Nelson regarding billing process and instructions for Mark Does 1-12 | 0.20 | 38.00 |



| Date | Initials | Stage | Description | Hours | Amount |
|------|----------|-------|-------------|-------|--------|
| | | | lawsuit. | | |
| 01/13/21 | KAD | PHASE2 | Compile billing information requested by Debbie Nelson in connection with the Mark Does 1-12 lawsuit. | 0.30 | 57.00 |
| 01/14/21 | BAG | PHASE2 | Review revisions to Ninth Monthly Fee Application received from Eric Moats. | 0.20 | 128.00 |
| 01/14/21 | BAG | PHASE2 | Email communications with Kelci Davis regarding revisions to Ninth Monthly Fee Application. | 0.10 | 64.00 |
| 01/14/21 | KAD | PHASE2 | Email exchanges with Eric Moats regarding changes to Ogletree's 9th monthly fee application. | 0.20 | 38.00 |
| 01/14/21 | KAD | PHASE2 | Review changes made by MNAT to Ogletree's 9th monthly fee application. | 0.40 | 76.00 |
| 01/14/21 | KAD | PHASE2 | Redact privileged information from phase 5 bills in connection with Ogletree's 9th monthly fee application. | 1.20 | 228.00 |
| 01/15/21 | KAD | PHASE2 | Email Ashley Halvorson regarding billing instructions and BSA claim number for R.A. lawsuit. | 0.10 | 19.00 |
| 01/15/21 | KAD | PHASE2 | Email Ashley Halvorson regarding billing instructions and BSA claim number for M.C. lawsuit. | 0.10 | 19.00 |
| 01/15/21 | KAD | PHASE2 | Email Ashley Halvorson regarding billing instructions and BSA claim number for A.H. lawsuit. | 0.10 | 19.00 |
| 01/15/21 | KAD | PHASE2 | Email Ashley Halvorson regarding billing instructions and BSA claim number for C.J. lawsuit. | 0.10 | 19.00 |
| 01/15/21 | KAD | PHASE2 | Email Ashley Halvorson regarding billing instructions and BSA claim number for John AW Doe lawsuit. | 0.10 | 19.00 |
| 01/20/21 | SEM | PHASE2 | Further review of CHUBB insurance issues and payment of BSA defense counsel fees with BSA and Haynes | 0.20 | 89.00 |



| Date | Initials | Stage | Description | Hours | Amount |
|------|----------|-------|-------------|-------|--------|
| | | | and Boone. | | |
| 01/20/21 | KAD | PHASE2 | Email exchanges with Anna Kutz, Sean Manning, Haynes and Boone and White and Case regarding process for defense counsel to bill on multi-plaintiff cases and Chubb's coverage of same. | 0.20 | 38.00 |
| 01/21/21 | KAD | PHASE2 | Email exchange with Anna Kutz, Sean Manning, White and Case, and Haynes Boone regarding process for defense counsel, Hawley Troxell, to bill on multi-plaintiff lawsuits. | 0.10 | 19.00 |
| 01/25/21 | KAD | PHASE2 | Email exchange with Ashley Halvorson regarding billing instructions and information on various Arizona cases. | 0.10 | 19.00 |
| 01/25/21 | KAD | PHASE2 | Begin first review/analysis of billing entries for inclusion in Ogletree's 10th fee application. | 0.80 | 152.00 |
| 01/25/21 | KJM | PHASE2 | Conduct review and analysis of billing entries for inclusion of Ogletree's 10th Monthly Fee Application and email to Kelci Davis regarding same. | 2.80 | 420.00 |
| 01/26/21 | BAG | PHASE2 | Work on Monthly Fee Application. | 1.50 | 960.00 |
| 01/26/21 | SEM | PHASE2 | Review billing information for 12 Andreozzi and Foote cases filed in Arizona. | 0.20 | 89.00 |
| 01/26/21 | KAD | PHASE2 | Finish first review/analysis of billing entries for inclusion in Ogletree's 10th fee application. | 1.80 | 342.00 |
| 01/26/21 | KAD | PHASE2 | Email Ashley Halvorson regarding billing information and instructions on various single-plaintiff (AZ) lawsuits. | 0.10 | 19.00 |
| 01/27/21 | KAD | PHASE2 | Email Ashley Halvorson regarding billing information and instructions on various single-plaintiff (AZ) lawsuits. | 0.10 | 19.00 |
| 01/27/21 | KAD | PHASE2 | Conference call with Haynes Boone and BSA regarding billing process for multi-plaintiff Arizona lawsuits. | 0.40 | 76.00 |



Page 8
02/11/21
Bill No. 90368433
047657.000013-BAG

| Date | Initials | Stage | Description | Hours | Amount |
|------|----------|-------|-------------|-------|--------|
| 01/28/21 | BAG | PHASE2 | Review and redact invoices in preparation for submission of monthly fee application. | 1.50 | 960.00 |
| 01/28/21 | KAD | PHASE2 | Email Ashley Halvorson regarding billing information and instructions on various single-plaintiff (AZ) lawsuits. | 0.10 | 19.00 |
| 01/28/21 | KAD | PHASE2 | Email exchange with Bruce Griggs and Eric Moats regarding increase in Ogletree's rates. | 0.10 | 19.00 |
| 01/28/21 | KJM | PHASE2 | Review/analyze Fee Examiner's Initial Report regarding Ogletree's Third Quarterly Fee Application and prepare chart for Bruce Griggs summarizing same. | 3.30 | 495.00 |
| 01/29/21 | KAD | PHASE2 | Email Adrian Azer regarding multi-plaintiff cases in Arizona and billing issues with same. | 0.10 | 19.00 |
| 01/31/21 | KAD | PHASE2 | Work on and prepare monthly fee application. | 2.50 | 475.00 |
| | | | Total Services: | 43.20 | 10,451.00 |

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|------------|-------|------|-------|--------|
| Bruce A. Griggs | Shareholder | 640.00 | 5.30 | 3,392.00 |
| Sean E. Manning | Of Counsel | 445.00 | 0.40 | 178.00 |
| Kelci A. Davis | Paralegal | 190.00 | 31.40 | 5,966.00 |
| Katie J. Murray | Other | 150.00 | 6.10 | 915.00 |

|  |  |
|--|--|
| TOTAL FEES | $10,451.00 |
| TOTAL EXPENSES | $0.00 |
| TOTAL THIS BILL | $10,451.00 |