## Exhibit D

**Expense Summary**

| Category | Amount |
|---|---:|
| Delivery Services/Messenger | $22.35 |
| Legal Support Services | $81.19 |
| TOTAL: | **$103.54** |

46104619