# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br>(Jointly Administered)<br><br>**Re: Docket No. 2123** |

### CERTIFICATE OF NO OBJECTION TO NINTH MONTHLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the *Ninth Monthly Fee Application of Kramer Levin Naftalis & Frankel LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2020 through November 30, 2020* ("Application"; D.I. 2123) filed on February 9, 2021. The undersigned further certifies that she has reviewed the Court's docket in these cases and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections or responses to the Application were to be filed and served no later than February 23, 2021, at 4:00 p.m.

Pursuant to the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* ("Interim Compensation Order";

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

D.I. 341), the Debtors are authorized to pay the applicant $172,764.80 which represents eighty percent (80%) of the total fees ($215,956.00), and $1,218.41, which represents one hundred percent (100%) of the expenses requested in the Application on an interim basis without further order of the Court.

| | |
|---|---|
| Dated: February 25, 2021<br>Wilmington, Delaware | Respectfully submitted,<br><br>REED SMITH LLP<br><br>By: */s/ Katelin A. Morales*<br>Kurt F. Gwynne (No. 3951)<br>Katelin A Morales (No. 6683)<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 778-7500<br>Facsimile: (302) 778-7575<br>E-mail: kgwynne@reedsmith.com<br>E-mail: kmorales@reedsmith.com<br><br>-and-<br><br>KRAMER LEVIN NAFTALIS<br>  & FRANKEL LLP<br>Thomas Moers Mayer, Esquire<br>Rachael Ringer, Esquire<br>Jennifer R. Sharret, Esquire<br>Megan M. Wasson, Esquire<br>177 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 715-9100<br>Facsimile: (212) 715-8000<br>E-mail: tmayer@kramerlevin.com<br>E-mail: rringer@kramerlevin.com<br>E-mail: jsharret@kramerlevin.com<br>E-mail: mwasson@kramerlevin.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |