February 18, 2021

Clerk of the Bankruptcy Court
824 N. Market Street
3rd Floor
Wilmington, Delaware  19801

IN RE:
BOY SCOUTS OF AMERICAN AND DELAWARE BSA LLC DEBTORS
CHAPTER 11 CASE NO. 2040343 (LSS) (JOINT ADMINISTERED)

To whom it may concern:

I was advised that as Scout Executive and CEO of Greater New York Council, Boy Scouts of America, I was included in the Bankruptcy Court Law Suit between the Boys Scouts of America and Delaware LLC (Debtors) and certain Boy Scouts of America employees in the Restoration Plan Benefit program, which not be provided via the traditional Boy Scout retirement program.

I was informed that a "proof of claims form" would be provided to me and should be completed and returned by         . One week later, I received a proof of claim form without any of my personal information.  I filled it out and put it in the mail.  The following day I received another proof of claim form, this time with my personal information with my claim amount filled in.  I was told to file electronically and that everything would at that time be correct.  Evidently the two "proof of claim" forms were both received by you resulting in the duplication.  I certainly agree that one of the two claims should be disallowed.

In other words, you have duplicate claims.  I AGREE THAT YOU SHOULD DISALLOW ONE.

Sincerely,



FILED
2021 FEB 25 AM 9:48
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Clerk of the
824 N. Market St.
3rd floor
Wilmington, Delaware
19801

9801-302499