**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Boy Scouts of America and Delaware BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | Jointly Administered |
| Debtors. | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission

pro hac vice of Jin Yan of Schiff Hardin LLP to represent Catholic Mutual Relief Society of

America in the above-captioned case and any and all adversary proceedings.

Dated: February 25, 2021          **POTTER ANDERSON & CORROON LLP**
       Wilmington, Delaware

*/s/ D. Ryan Slaugh*
Jeremy W. Ryan (Bar No. 4057)
D. Ryan Slaugh (Bar No. 6325)
1313 N. Market Street, 6th Floor
Wilmington, DE 19801-6108
Telephone:  (302) 984-6000
Facsimile:  (302) 658-1192
Email:  jryan@potteranderson.com
           rslaugh@potteranderson.com

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

10052473v1

IMPAC 7048062v.2

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the *Revised Standing Order for District Court Fund* revised 8/30/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: February 25, 2021                      */s/ Jin Yan*
                                              Jin Yan
                                              Schiff Hardin LLP
                                              233 South Wacker Drive, Suite 7100
                                              Chicago, Illinois 60606
                                              Telephone: 312.258.5847
                                              Email:  jyan@schiffhardin.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

IMPAC 7048062v.2