## Exhibit A

**Fees Statement**

**SIDLEY AUSTIN LLP**

Invoice Number:  41008376
Boy Scouts of America

Chapter 11 Matters

TASK DETAIL

| Date | Name | Narrative | Hours |
|---|---|---|---|
| | | **006 Case Administration** | |
| 01/25/21 | DJ Lutes | Prepare case materials in connection with case closure, data transfer to co-counsel and electronic files (1.1); emails with litigation practice support team and G. Rios regarding same (.2); emails with T. Labuda regarding same (.1) | 1.40 |
| 01/25/21 | TA Labuda | Emails with D. Lutes, M. Linder and B. Warner re litigation data | .10 |
| 01/26/21 | DJ Lutes | Emails with E. Moats regarding docket status (.1); emails with K. Rogers regarding BSA litigation support materials (.2); review materials and approvals for same (.1) | .40 |
| 01/27/21 | DJ Lutes | Prepare electronic files and materials relating to case administration tasks for litigation support materials | .50 |
| | | **Task Subtotal** | **2.40** |
| | | **017 Fee Applications** | |
| 01/04/21 | DJ Lutes | Emails with T. Labuda regarding notice and order status (.1); research materials for same (.2); review monthly fee application materials for compliance (.2) | .50 |
| 01/05/21 | DJ Lutes | Prepare monthly fee application | .30 |
| 01/07/21 | DJ Lutes | Prepare monthly fee application materials and exhibits (.4) | .40 |
| 01/08/21 | DJ Lutes | Prepare monthly fee application materials and exhibits | .50 |
| 01/15/21 | DJ Lutes | Prepare monthly fee application materials and exhibits (1.2); emails with T. Labuda regarding same (.1) | 1.30 |
| 01/15/21 | TA Labuda | Emails with D. Lutes re December fee statement | .10 |
| 01/19/21 | DJ Lutes | Prepare monthly fee application (2.0); call with J. Rucki regarding same (.1); calls with T. Labuda regarding same (.2) | 2.30 |
| 01/19/21 | TA Labuda | Review and work on December fee statement (.3); conferences (2) with D. Lutes re same (.2) | .50 |
| 01/21/21 | DJ Lutes | Prepare monthly fee materials and exhibits (1.3); emails with T. Labuda regarding same (.1) | 1.40 |
| 01/21/21 | TA Labuda | Work on December fee statement (.2); emails with D. Lutes re same (.1) | .30 |
| 01/22/21 | DJ Lutes | Prepare monthly fee materials and exhibits (1.2); emails with T. Labuda regarding same (.1) | 1.30 |
| 01/25/21 | DJ Lutes | Prepare 10th monthly fee application for filing (.5); emails with | .80 |

**SIDLEY AUSTIN LLP**

Invoice Number: 41008376
Boy Scouts of America

Chapter 11 Matters

| Date | Name | Narrative | Hours |
|---|---|---|---|
| | | E. Moats and P. Topper regarding same (.2); emails with T. Labuda regarding same (.1) | |
| 01/25/21 | TA Labuda | Review and comment on 10th fee statement (.2); emails with D. Lutes and Moats re same (.1) | .30 |
| 01/26/21 | TA Labuda | Emails with D. Lutes, E. Moats and J. Rucki re 10th fee statement | .10 |
| | | **Task Subtotal** | **10.10** |
| | | **021 Hearings and Court Matters** | |
| 01/06/21 | TA Labuda | Emails with E. Moats re February omnibus hearing and third interim fee hearing | .10 |
| | | **Task Subtotal** | **.10** |
| | | **036 Fee Examiner Issues and Communications** | |
| 01/26/21 | DJ Lutes | Prepare monthly materials for fee examiner (.2); email to J. Rucki regarding same (.1) | .30 |
| | | **Task Subtotal** | **.30** |
| | | **Total Hours for all Tasks** | **12.90** |