# Exhibit B

**Expense Detail**

**SIDLEY AUSTIN LLP**

Invoice Number:  41008376
Boy Scouts of America

Chapter 11 Matters

E X P E N S E   D E T A I L

| **Date** | **Narrative** | **Amount** |
|---|---|---|
| 01/08/21 | E-Discovery Monthly Service Fee | $500.00 |
| 01/13/21 | Electronic Data Hosting | 441.75 |
| 01/14/21 | 10/22/20-PACER DEDC | 0.50 |
| 01/14/21 | 10/19/20-PACER DEDC | 0.40 |
| 01/14/21 | 10/20/20-PACER DEDC | 0.40 |
| 01/14/21 | 10/21/20-PACER DEDC | 0.40 |
| 01/14/21 | 11/07/20-PACER DEDC | 0.50 |
| 01/14/21 | 11/08/20-PACER DEDC | 0.50 |
| 01/14/21 | 11/09/20-PACER DEDC | 0.50 |
| 01/14/21 | 11/10/20-PACER DEDC | 0.50 |
| 01/14/21 | 11/11/20-PACER DEDC | 0.50 |
| 01/14/21 | 11/12/20-PACER DEDC | 0.50 |
| 01/14/21 | 11/13/20-PACER DEBK | 6.00 |
| 01/14/21 | 11/13/20-PACER DEDC | 0.50 |
| 01/14/21 | 11/14/20-PACER DEDC | 0.50 |
| 01/14/21 | 11/15/20-PACER DEDC | 0.50 |
| 01/14/21 | 11/16/20-PACER DEDC | 0.50 |
| 01/14/21 | 10/23/20-PACER DEDC | 0.50 |
| 01/14/21 | 10/24/20-PACER DEDC | 0.50 |
| 01/14/21 | 10/25/20-PACER DEDC | 0.50 |
| 01/14/21 | 10/26/20-PACER DEBK | 0.10 |
| 01/14/21 | 10/26/20-PACER DEDC | 0.50 |
| 01/14/21 | 10/27/20-PACER DEBK | 0.10 |
| 01/14/21 | 10/27/20-PACER DEDC | 0.50 |
| 01/14/21 | 10/28/20-PACER DEDC | 0.50 |
| 01/14/21 | 10/29/20-PACER DEBK | 0.30 |
| 01/14/21 | 10/29/20-PACER DEDC | 0.50 |
| 01/14/21 | 10/30/20-PACER DEDC | 0.50 |

**SIDLEY AUSTIN LLP**

Invoice Number:  41008376
Boy Scouts of America

Chapter 11 Matters

| **Date** | **Narrative** | **Amount** |
|---|---|---|
| 01/14/21 | 10/31/20-PACER DEDC | 0.50 |
| 01/14/21 | 11/01/20-PACER DEDC | 0.50 |
| 01/14/21 | 11/02/20-PACER DEDC | 0.50 |
| 01/14/21 | 11/03/20-PACER DEDC | 0.50 |
| 01/14/21 | 11/04/20-PACER DEDC | 0.50 |
| 01/14/21 | 11/17/20-PACER DEDC | 0.50 |
| 01/14/21 | 11/18/20-PACER DEDC | 0.50 |
| 01/14/21 | 11/19/20-PACER DEDC | 0.50 |
| 01/14/21 | 11/20/20-PACER DEDC | 0.50 |
| 01/14/21 | 11/21/20-PACER DEDC | 0.50 |
| 01/14/21 | 11/22/20-PACER DEDC | 0.50 |
| 01/14/21 | 11/23/20-PACER DEDC | 0.50 |
| 01/14/21 | 11/24/20-PACER DEDC | 0.50 |
| 01/14/21 | 11/05/20-PACER DEDC | 0.50 |
| 01/14/21 | 11/06/20-PACER DEDC | 0.50 |
| 01/14/21 | 11/25/20-PACER DEDC | 0.50 |
| 01/14/21 | 11/26/20-PACER DEDC | 0.50 |
| 01/14/21 | 11/27/20-PACER DEDC | 0.50 |
| 01/14/21 | 11/28/20-PACER DEDC | 0.50 |
| 01/14/21 | 11/29/20-PACER DEDC | 0.50 |
| 01/14/21 | 11/30/20-PACER DEDC | 0.50 |
| 01/14/21 | 12/01/20-PACER DEDC | 0.50 |
| 01/14/21 | 12/02/20-PACER DEDC | 0.50 |
| 01/14/21 | 12/03/20-PACER DEDC | 0.50 |
| 01/14/21 | 12/04/20-PACER DEDC | 0.50 |
| 01/14/21 | 12/05/20-PACER DEDC | 0.50 |
| 01/14/21 | 12/06/20-PACER DEDC | 0.50 |
| 01/14/21 | 12/07/20-PACER DEDC | 0.50 |
| 01/14/21 | 12/08/20-PACER DEDC | 0.50 |
| 01/14/21 | 12/09/20-PACER DEDC | 0.50 |
| 01/14/21 | 12/10/20-PACER DEDC | 0.50 |

**SIDLEY AUSTIN LLP**

Invoice Number: 41008376
Boy Scouts of America

Chapter 11 Matters

| Date | Narrative | Amount |
|---|---|---|
| 01/14/21 | 12/11/20-PACER DEDC | 0.50 |
| 01/14/21 | 12/12/20-PACER DEDC | 0.50 |
| 01/14/21 | 12/13/20-PACER DEDC | 0.50 |
| 01/14/21 | 12/14/20-PACER DEDC | 0.50 |
| 01/14/21 | 12/15/20-PACER DEDC | 0.50 |
| 01/14/21 | 12/17/20-PACER DEDC | 0.50 |
| 01/14/21 | 12/18/20-PACER DEDC | 0.50 |
| 01/14/21 | 12/19/20-PACER DEDC | 0.50 |
| 01/14/21 | 12/20/20-PACER DEDC | 0.50 |
| 01/14/21 | 12/21/20-PACER DEDC | 0.50 |
| 01/14/21 | 12/22/20-PACER DEDC | 0.50 |
| 01/14/21 | 12/23/20-PACER DEDC | 0.50 |
| 01/14/21 | 12/24/20-PACER DEDC | 0.50 |
| 01/14/21 | 12/25/20-PACER DEDC | 0.50 |
| 01/14/21 | 12/26/20-PACER DEDC | 0.50 |
| 01/14/21 | 12/27/20-PACER DEDC | 0.50 |
| 01/14/21 | 12/28/20-PACER DEDC | 0.50 |
| 01/14/21 | 12/29/20-PACER DEDC | 0.50 |
| 01/14/21 | 12/30/20-PACER DEDC | 0.50 |
| 01/14/21 | 12/31/20-PACER DEDC | 0.50 |
| 01/14/21 | 10/01/20-PACER DEDC | 0.40 |
| 01/14/21 | 10/02/20-PACER DEDC | 0.40 |
| 01/14/21 | 10/03/20-PACER DEDC | 0.40 |
| 01/14/21 | 10/04/20-PACER DEBK | 3.00 |
| 01/14/21 | 10/04/20-PACER DEDC | 0.40 |
| 01/14/21 | 10/05/20-PACER DEBK | 15.10 |
| 01/14/21 | 10/05/20-PACER DEDC | 0.40 |
| 01/14/21 | 10/06/20-PACER DEDC | 0.40 |
| 01/14/21 | 10/07/20-PACER DEDC | 0.40 |
| 01/14/21 | 10/08/20-PACER DEDC | 0.40 |
| 01/14/21 | 10/09/20-PACER DEDC | 0.40 |

**SIDLEY AUSTIN LLP**

Invoice Number: 41008376
Boy Scouts of America

Chapter 11 Matters

| Date | Narrative | Amount |
|---|---|---|
| 01/14/21 | 10/10/20-PACER DEDC | 0.40 |
| 01/14/21 | 10/11/20-PACER DEDC | 0.40 |
| 01/14/21 | 10/12/20-PACER DEDC | 0.40 |
| 01/14/21 | 10/13/20-PACER DEBK | 31.10 |
| 01/14/21 | 10/13/20-PACER DEDC | 0.40 |
| 01/14/21 | 12/16/20-PACER DEDC | 0.50 |
| 01/14/21 | 10/14/20-PACER DEDC | 0.40 |
| 01/14/21 | 10/15/20-PACER DEDC | 0.40 |
| 01/14/21 | 10/16/20-PACER DEDC | 0.40 |
| 01/14/21 | 10/17/20-PACER DEDC | 0.40 |
| 01/14/21 | 10/18/20-PACER DEDC | 0.40 |
| 01/14/21 | 10/15/20-PACER DEBK | 0.60 |
| 01/14/21 | 10/14/20-PACER DEBK | 6.40 |
| 01/14/21 | 12/16/20-PACER DEBK | 3.90 |
| 01/14/21 | 10/13/20-PACER DEBK | 4.80 |
| 01/14/21 | 10/13/20-PACER MADC | 0.80 |
| 01/14/21 | 10/05/20-PACER DEBK | 3.30 |
| 01/14/21 | 12/31/20-PACER DEBK | 4.70 |
| 01/14/21 | 12/24/20-PACER 07CA | 4.90 |
| 01/14/21 | 12/24/20-PACER DEBK | 6.50 |
| 01/14/21 | 12/22/20-PACER DEBK | 1.10 |
| 01/14/21 | 12/15/20-PACER DEBK | 2.70 |
| 01/14/21 | 12/11/20-PACER DEBK | 2.10 |
| 01/14/21 | 12/07/20-PACER DEBK | 0.40 |
| 01/14/21 | 12/03/20-PACER DEBK | 3.70 |
| 01/14/21 | 12/02/20-PACER DEBK | 10.40 |
| 01/14/21 | 12/01/20-PACER DEBK | 0.30 |
| 01/14/21 | 11/25/20-PACER DEBK | 2.00 |
| 01/14/21 | 11/06/20-PACER DEBK | 7.20 |
| 01/14/21 | 11/24/20-PACER DEBK | 8.50 |
| 01/14/21 | 11/04/20-PACER DEBK | 11.00 |

**SIDLEY AUSTIN LLP**

Invoice Number:  41008376
Boy Scouts of America

Chapter 11 Matters

| Date | Narrative | Amount |
|---|---|---|
| 01/14/21 | 11/16/20-PACER DEBK | 0.80 |
| 01/14/21 | 10/21/20-PACER DEBK | 0.90 |
| 01/14/21 | 10/22/20-PACER DEBK | 3.40 |
| | **Total** | **$1,131.75** |