## SCHEDULE A

## Additional Potential Parties in Interest

**CHARTERED ORGANIZATIONS**
CALIFORNIA-NEVADA ANNUAL CONFERENCE
FLORIDA ANNUAL CONFERENCE
GENERAL COMMISSION ON UNITED METHODIST MEN
GREATER NEW JERSEY ANNUAL CONFERENCE
IOWA ANNUAL CONFERENCE
LOUISIANA ANNUAL CONFERENCE
MICHIGAN ANNUAL CONFERENCE
MOUNTAIN SKY ANNUAL CONFERENCE
NEW ENGLAND ANNUAL CONFERENCE
UNITED METHODIST CHURCH

**PROFESSIONAL RETAINED BY DEBTORS**
JLL VALUATION & ADVISORY SERVICES, LLC

**PROFESSIONALS REPRESENTING CERTAIN PARTIES IN INTEREST**
ALAN GRAY LLC
BABIN LAW, LLC
BAILEY COWAN HECKAMAN PLLC
BAKER TILLY
BODELL BOVE, LLC
BRADLEY ARANT BOULT CUMMINGS LLP
BROOKE F. COHEN LAW
CBRE, INC.
CHRISTINA PENDLETON & ASSOCIATES PLLC
COLTER LEGAL PLLC
COUGHLIN DUFFY
CROCKETT & ASSOCIATES
CUTTER LAW PC
DAMON J. BALONE PLC
DANZIGER & DE LLANO LLP
FORMAN LAW OFFICES, P.A.
FOX SWIBEL LEVIN & CARROLL LLP
GORDON TILDEN THOMAS & CORDELL LLP
HUB ENTERPRISES, INC.
JASON J. JOY & ASSOCIATES, PLLC
JUNELL & ASSOCIATES PLLC
KEEN-SUMMIT CAPITAL PARTNERS LLC
KINSALE MANAGEMENT GROUP
KIRTON MCCONKIE, P.C.
KRAUSE AND KINSMAN LAW FIRM

Krause And Kinsman Law Firm
Latham & Watkins
Levin Papatonio Thomas Mitchell Rafferty & Procter P.A.
Marc J. Bern & Partners LLP
Marsh Law Pc
Motley Rice Llc
Napoli Shkolnik Pllc
Nera Economic Consulting
Novus Law
Osborn Maledon, P.A.
Perkins Coie LLP
Porter & Malouf, P.A.
Potter Anderson & Corroon LLP
Province, LLC
Reger Rizzo & Darnall
Reich & Binstock LLP
Richards, Layton & Finger, P.A.
Robin Russell
Rock Creek Advisors LLC
Stoel Rives LLP
Swenson & Shelley Pllc
The Brattle Group
The Hirsch Law Firm
The Moody Law Firm
The Robert Pahlke Law Group
Walker Wilcox Matousek LLP
Weller Green Toups & Terrell LLP