## SCHEDULE B

### Known Connections to Additional Potential Parties in Interest in Unrelated Matters

**Current and Former Clients of A&M and/or its Affiliates [2]**
Alan Gray LLC
CBRE, Inc.
JLL Valuation & Advisory Services, LLC

**Significant Equity Holders of Current and Former A&M Clients[3]**
CBRE, Inc.
JLL Valuation & Advisory Services, LLC

**Professionals & Advisors[4]**
Baker Tilly
Bradley Arant Boult Cummings LLP
CBRE, Inc.
Cutter Law PC
Gordon Tilden Thomas & Cordell LLP
JLL Valuation & Advisory Services, LLC
Keen-Summit Capital Partners LLC
Latham & Watkins
Motley Rice LLC
Napoli Shkolnik PLLC
NERA Economic Consulting

---

[2] A&M and/ or an affiliate is currently providing or has previously provided certain consulting or interim management services to these parties or their affiliates (or, with respect to those parties that are investment funds or trusts, to their portfolio or asset managers or their affiliates) in wholly unrelated matters.

[3] These parties or their affiliates (or, with respect to those parties that are investment funds or trusts, their portfolio or asset managers or other funds or trusts managed by such managers) are significant equity holders of clients or former clients of A&M or its affiliates in wholly unrelated matters.

[4] These professionals have represented clients in matters where A&M was also an advisor (or provided interim management services) to the same client. In certain cases, these professionals may have engaged A&M on behalf of such client.

Osborn Maledon, P.A.
Perkins Coie LLP
Porter & Malouf, P.A.
Potter Anderson & Corroon LLP
Province, LLC
Richards, Layton & Finger, P.A.
Stoel Rives LLP
The Brattle Group

**A&M Vendors[5]**
Baker Tilly
CBRE, Inc.
JLL Valuation & Advisory Services, LLC
Latham & Watkins
Perkins Coie LLP

---

[5] These parties or their affiliates provide or have provided products, goods and/or services (including but not limited to legal representation) to A&M and/or its affiliates