Your Honor,

Re: Boy Scouts of America (Herein After BSA)
# 20-10343

2.10.21
FILED
2021 MAR -1 PM 11:11
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE
155

My Name is ███████████

I am writing to formally voice my objection to a finalization of any BSA settlement that doesn't include my Name/self.

I'm Aware of the November 2020 Deadline. However, Due to the Covid-19 Pandemic my prison was placed on a Modified lockdown in April 2020. And a full lockdown, Due to Rampant (1,100 plus) Positive cases. Myself included. Visits were cutoff. Phones limited, Zero internet Access. & Little to No law library Access Except for Current cases in motion.

I had to wait until we got off lockdown with Zero Covid-19 Positives... I have Contacted A lawyer firm Dumas & Vaughn in Portland Oregon with No Response. & A Different # 1 800 341 6818 that only takes messeges but Does Not Even return calls!

Page ① of 2

So, please take these extreme
formentioned Conditions into Consideration
for my Objection to settlement

Re:# 20-10343

FoR the Boy scout Abuse,
I have No Idea how to file a
claim, Due to Limited prison
resources, & Knowledge.
Can you please
Send me A packet to Accomplish
Justice & Closure.
Thank you.