IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11 Appeal<br><br>Bankruptcy Case No. 20-10343 (LSS)<br><br>Appeal Case No. 1:20-cv-01643 (RGA)<br><br>Jointly Administered |

**STIPULATION OF DISMISSAL OF BANKRUPTCY APPEAL**

Pursuant to Federal Rule of Bankruptcy Procedure 8023, Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Westchester Fire Insurance Company, and Westchester Surplus Lines Insurance Company ("Appellant") and Boy Scouts of America and Delaware BSA LLC ("Appellee") stipulate to dismissal of the above-referenced appeal. The parties shall bear their own costs. No order of the court is necessary.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | STAMOULIS & WEINBLATT, LLP |
| By: */s/Derek C. Abbott* <br> Derek C. Abbott (No. 3376) <br> Andrew R. Remming (No. 5120) <br> Eric W. Moats (No. 6441) <br> Paige N. Topper (No. 6470) <br> 1201 North Market Street, 16th Floor <br> P.O. Box 1347 <br> Wilmington, Delaware 19899-1347 <br> Telephone: (302) 658-9200 <br> dabbott@morrisnichols.com <br> aremming@morrisnichols.com <br> emoats@morrisnichols.com <br> ptopper@morrisnichols.com <br><br> *Attorneys for the Boy Scouts of America* | By: */s/Stamatios Stamoulis* <br> Stamatios Stamoulis (#4606) <br> Richard C. Weinblatt (#5080) <br> 800 N. West Street, Third Floor <br> Wilmington, DE 19801 <br> (302) 999-1540 <br> stamoulis@swdelaw.com <br> weinblatt@swdelaw.com <br><br> *Attorneys for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Ace Insurance Group Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company* |

SO ORDERED this __1__ day of March, 2021.

                                                                            /s/ Richard G. Andrews <br>
                                                                            Honorable Richard G. Andrews