# EXHIBIT B



Invoice #22757
Date: 12/31/20
Terms: Net 30
Due: 01/30/21
Project: PS-PSZJLaw-BSA-BRG Data Analysis-TECH

| To | From |
|---|---|
| Pachulski Stang Ziehl & Jones LLP | MiPro Consulting |
| 10100 Santa Monica Blvd. | 1100 Corporate Office Dr |
| 13th Floor | Suite 100 |
| Los Angeles, CA 90067 | Milford, MI 48381 |
|  | United States |
|  |  |
|  | Voice: 248 684-1900 |
|  | Fax: 800 774-5187 |

| User | Project | Date | Hours | Rate | Total | Description/Notes |
|---|---|---|---|---|---|---|
| Joshi, Rushikesh | | | | | | |
| | Project: PS-PSZJLaw-BSA-BRG Data Analysis-TECH | | | | | |
| | | 12/1/2020 | 2.6 | $187/hr | $486.20 | Analyzed PeopleSoft financial reports for 30 local councils from December 2019 and August 2020. |
| | | 12/1/2020 | 3 | $187/hr | $561.00 | Analyzed PeopleSoft transaction details in general ledger journal line detail table for balance sheet accounts pursuant to BRG requests. |
| | | 12/2/2020 | 2.2 | $187/hr | $411.40 | Developed preliminary summary of disbursement activity contained in PeopleSoft system based on BRG criteria. |
| | | 12/2/2020 | 2.9 | $187/hr | $542.30 | Developed queries to summarize PeopleSoft data by business unit, year, GL account, class field, and amount. |
| | | 12/3/2020 | 1.1 | $187/hr | $205.70 | Developed PeopleSoft queries to identify report mapping for financial statements. |
| | | 12/3/2020 | 1.3 | $187/hr | $243.10 | Analyzed PeopleSoft balance sheet acocunts in GL Journal Line Detail table for local councils from 2007 through 2020. |

| | | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| | | 12/3/2020 | 1.7 | $187/hr | $317.90 | Investigated unposted journal issues causing data mismatch for Local Council L082. |
| | | 12/9/2020 | 0.4 | $187/hr | $74.80 | Attended weekly meeting with BRG and team to review weekly assignments. |
| | | 12/23/2020 | 0.3 | $187/hr | $56.10 | Attended weekly meeting with BRG and team to review weekly assignments. |
| | | 12/23/2020 | 3 | $187/hr | $561.00 | Developed SQL scripting to capture receipts and disbursement activity from banking module in PeopleSoft. |
| | | 12/23/2020 | 2.7 | $187/hr | $504.90 | Analyzed bank reconciliation processes in PeopleSoft to idnetify table and relationships to voucher data. |
| | | 12/24/2020 | 2.8 | $187/hr | $523.60 | Developed SQL scripting to capture receipts and disbursement activity from banking module in PeopleSoft. |
| | | 12/28/2020 | 2.6 | $187/hr | $486.20 | Created scripts and report for disbursement data for bank account #8433 for 2020 using bank reconciliation tables. |
| | | 12/28/2020 | 3 | $187/hr | $561.00 | Developed SQL scripting to capture receipts and disbursement activity from banking module in PeopleSoft. |
| | | 12/28/2020 | 3 | $187/hr | $561.00 | Analyzed general ledger transaction detail for cash receipts and disbursement analysis pursuant to BRG requests. |
| | | 12/29/2020 | 2.2 | $187/hr | $411.40 | Created scripts and report for disbursement data for bank account #8433 for 2020 using bank reconciliation tables. |
| | | 12/29/2020 | 2.8 | $187/hr | $523.60 | Analyzed general ledger transaction detail for cash receipts and disbursement analysis pursuant to BRG requests. |
| | | 12/29/2020 | 2.4 | $187/hr | $448.80 | Developed SQL scripting to capture receipts and disbursement activity from banking module in PeopleSoft. |
| | | Sub-total | 40 | | $7,480.00 | |
| Total | | | 40 | | $7,480.00 | |