# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## FIRST MEDIATORS' REPORT

The Court appointed the Honorable Kevin J. Carey (Ret.), Paul A. Finn, and Timothy V.P. Gallagher to serve as Mediators in the above-captioned cases under the *Order (I) Appointing Mediators, (II) Referring Certain Matters to Mediation, and (III) Granting Related Relief*, dated June 9, 2020 (Docket No. 812). As of the date of this report, at least twenty-four (24) Mediation Parties are participating in the Mediation. The Mediation occurs by videoconference, and meetings are convened frequently (often on a daily basis) between the Mediators and individual Mediation Parties and among the Mediators and groups of Mediation Parties.

To date, the Mediation has resulted in the Debtors, JPMorgan Chase Bank, N.A. ("JPM"), and the Official Committee of Unsecured Creditors (the "Creditors' Committee") agreeing to a settlement term sheet (the "Settlement Term Sheet"), a copy of which is attached hereto as **Exhibit A**. The Settlement Term Sheet addresses, among other things, the treatment of non-abuse general unsecured claims, non-abuse litigation claims, and JPM's secured claims under an amended plan of reorganization to be filed by the Debtors (the "Amended Plan"). The Settlement Term Sheet also resolves the estates' challenges to JPM's prepetition security interests, including

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

any such challenges that the Creditors' Committee could seek standing to pursue, subject to confirmation of the Amended Plan and the other terms and conditions of the Settlement Term Sheet.

This report is submitted with the consent of the Debtors, JPM and the Creditors' Committee. The Mediators are confident that the Mediation will foster additional constructive discussions between and among the Debtors and other Mediation Parties. Accordingly, the Mediators do not consider the Mediation to be closed.

Dated: March 1, 2021

*/s/ Kevin J. Carey*
Hon. Kevin J. Carey (Ret.), Mediator

*/s/ Paul A. Finn*
Paul A. Finn, Mediator

*/s/ Timothy V.P. Gallagher*
Timothy V.P. Gallagher, Mediator