IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:*<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

**TORT CLAIMANTS' COMMITTEE'S RESPONSE TO FIRST MEDIATORS' REPORT**

The official committee of survivors of childhood sexual abuse (the "**Tort Claimants' Committee**") hereby respond to the First Mediators' Report (the "**First Mediators' Report**") [Docket No. 2292], which outlines a purported settlement term sheet among the Boy Scouts of America (the "**Debtors**"), JPMorgan Chase Bank, N.A. ("**JPM**") and the Official Committee of Unsecured Creditors (the "**Creditors' Committee**"). The Tort Claimants' Committee respectfully represents as follows:

The First Mediators' Report misleadingly states that the Settlement Term Sheet between the Debtors, JPM, and the Creditors' Committee resolves the estates' challenges to JPM's security interests and claims. No such resolution yet has occurred because the Tort Claimants Committee, a necessary party, was excluded from the settlement process.

On April 15, 2020, the Court entered the *Final Order (I) Authorizing the Debtors to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363; (II) Granting Adequate Protection to the Prepetition Secured Party Pursuant to 11 U.S.C. §§ 105(a), 361, 362, 363 and 507; and (III)*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

*Granting Related Relief* [Docket No. 433] (the "**Final Cash Collateral Order**"). The Final Cash Collateral Order provides that the Tort Claimants' Committee, the Future Claims Representative, and the Creditors' Committee have the right to seek standing as to the Debtors, to contest the amount, validity, perfection, enforceability, priority of JPM's alleged secured claims, in addition to other forms of relief. The Creditors' Committee provided JPM a draft joint complaint prepared by the Creditors' Committee, Tort Claimants' Committee, and FCR challenging JPM's claims as part of the negotiation to extend the challenge period. In fact, the challenge deadline was just extended last week by stipulation through March 12, 2021. See [Docket No. 2265] The period for the Tort Claimants' Committee to challenge such claims has not expired and the Tort Claimants' Committee did not delegate to the Creditors' Committee the right to waive any of the Tort Claimants' Committee's rights under the Final Cash Collateral Order. Despite repeated requests to date, neither the Debtor, JPM, the Creditors' Committee, or the Mediators have ever had a single substantive communication with the TCC regarding a settlement of the estate's challenges to JPM's security interests despite the Tort Claimants' Committee's repeated requests for inquiries regarding the status or any purported resolution of the claim preserved under the Final Cash Collateral Order. Instead, the Tort Claimants' Committee had been informed that the Creditors' Committee was negotiating with JPM but the Creditors' Committee refused to provide any information regarding such negotiations other than to confirm that they were occurring.

The Tort Claimants' Committee reserves all rights under the Final Cash Collateral Order and does not consent to or agree with the term sheet attached to the First Mediators' Report or any memorialization of such in the Amended Plan of Reorganization [Docket No. 2293].

| | |
|---|---|
| Dated: March 2, 2021 | PACHULSKI STANG ZIEHL & JONES LLP |
| | |
| | */s/ James E. O'Neill* |
| | James I. Stang (CA Bar No. 94435) (admitted *pro hac vice*) |
| | Robert B. Orgel (CA Bar No. 10187) (admitted *pro hac vice*) |
| | John A. Morris (NY Bar No. 2405397) (admitted *pro hac vice*) |
| | James E. O'Neill (DE Bar No. 4042) |
| | John W. Lucas (CA Bar No.271038) (admitted *pro hac vice*) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email: jstang@pszjlaw.com |
| | rorgel@pszjlaw.com |
| | jmorris@pszjlaw.com |
| | joneill@pszjlaw.com |
| | jlucas@pszjlaw.com |
| | |
| | *Counsel for the Tort Claimants' Committee* |