# **EXHIBIT A**



Ankura Consulting Group LLC
PO Box 74007043
Chicago, IL 60674-7043

# INVOICE

| Date | Invoice Number |
|---|---|
| 03/02/2021 | CI-028231 |

| Payment Terms | Due Date |
|---|---|
| Net 30 | 04/01/2021 |

| FEIN NO.: | 47-2435218 |
|---|---|

**Bill To:**

Young Conaway Stargatt & Taylor, LLP
1100 North Market Street
Wilmington, DE 19801
United States of America

**Project Information:**

| | |
|---|---|
| Project Name: | P-001551 FCR for Boy Scouts of America Bankruptcy Proceedings |
| Project Number: | P-001551 |
| PO Number: | |

Professional Services rendered for period ending January 31, 2021.

| | | |
|---|---|---|
| **Net Amount:** | | 148,702.10 |
| **Tax:** | | |
| **Total Invoice Amount:** | USD | 148,702.10 |

For Billing questions, please contact ankurainvoice@ankura.com.
For wire and ACH payment questions, please contact accounting@ankura.com

**Remittance Information:**

Please call Philip Irvine at (312) 212-6100 for questions or bank wire instructions.

Please make checks/wires payable to 'Ankura Consulting Group, LLC'.

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*



|  |  | Project #: | P-001551 |
|---|---|---|---|
|  |  | Invoice Date: | 3/2/2021 |
|  |  | Invoice Number: | CI-028231 |
|  |  | Professional Services Through: | January 2021 |

**Professional Services - Summary By Person**

| Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| John Ciancanelli | Senior Managing Director | 750.00 | 9.5 | $ 7,125.00 |
| Thomas Vasquez | Senior Managing Director | 750.00 | 9.5 | $ 7,125.00 |
| Amy Brockman | Senior Managing Director | 625.00 | 8.6 | $ 5,375.00 |
| Nicholas Deluca | Senior Managing Director | 500.00 | 42.3 | $ 21,150.00 |
| Zsolt Macskasi | Managing Director | 450.00 | 72.5 | $ 32,625.00 |
| Matthew Burkett | Senior Director | 350.00 | 63.9 | $ 22,365.00 |
| Timothy O'Connor | Senior Director | 350.00 | 6.5 | $ 2,275.00 |
| Michael Northeim | Director | 294.00 | 11.9 | $ 3,498.60 |
| Annabel Maschal | Senior Associate | 265.00 | 1.0 | $ 265.00 |
| Connor Cosenza | Senior Associate | 265.00 | 93.9 | $ 24,883.50 |
| Autumn McCusker | Associate | 175.00 | 77.9 | $ 13,632.50 |
| Caitlin Zaragosa | Associate | 175.00 | 25.6 | $ 4,480.00 |
| Ellen Davis | Associate | 175.00 | 22.3 | $ 3,902.50 |
| **Total** |  |  | **445.4** | **$ 148,702.10** |



|  |  |  |  | Project #: | P-001551 |
|--|--|--|--|--|--|
|  |  |  |  | Invoice Date: | 3/2/2021 |
|  |  |  |  | Invoice Number: | CI-028231 |
|  |  |  |  | Professional Services Through: | January 2021 |

*Time Detail by Phase, Task, and Date*

| Phase - B007 | Task | Date | Name | Time Narrative | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Actuarial and other Analyses | Complie database(s) | 1/15/2021 | Annabel Maschal | Documented extracting and compiling data from fee statement documents | 265.00 | 0.6 | $ 159.00 |
| Actuarial and other Analyses | Complie database(s) | 1/19/2021 | Annabel Maschal | Conducted background research to be used in future claims forecast. | 265.00 | 0.4 | $ 106.00 |
| Actuarial and other Analyses | Complie database(s) | 1/19/2021 | Caitlin Zaragosa | Conduct analysis of claims data to identify trends. | 175.00 | 3.3 | $ 577.50 |
| Actuarial and other Analyses | Complie database(s) | 1/20/2021 | Caitlin Zaragosa | Conduct review of POC claims data to identify patterns. | 175.00 | 4.6 | $ 805.00 |
| Actuarial and other Analyses | Complie database(s) | 1/25/2021 | Caitlin Zaragosa | Conduct review of POC claims data to identify patterns. | 175.00 | 5.7 | $ 997.50 |
|  | **Complie database(s) Total** |  |  |  |  | **14.6** | **$ 2,645.00** |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/4/2021 | John Ciancanelli | Mediation call. | 750.00 | 0.8 | $ 600.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/4/2021 | Nicholas Deluca | Conduct analysis of claims data for use in claim forecasting. | 500.00 | 2.3 | $ 1,150.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/4/2021 | Zsolt Macskasi | Conduct background research for use in claim forecast model creation. | 450.00 | 5.0 | $ 2,250.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/4/2021 | Matthew Burkett | Perform analysis of claims and future claim trends. | 350.00 | 5.5 | $ 1,925.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/4/2021 | Michael Northeim | Review patterns in claims data. | 294.00 | 0.5 | $ 147.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/4/2021 | Connor Cosenza | Conduct research on claim eligibility trends in litigation. | 265.00 | 6.5 | $ 1,722.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/4/2021 | Connor Cosenza | Particpate in internal status meeting to provide updates on progress. | 265.00 | 0.8 | $ 212.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/4/2021 | Autumn McCusker | Conduct review of new data. | 175.00 | 2.0 | $ 350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/4/2021 | Autumn McCusker | Perform preliminary data analysis of new data. | 175.00 | 2.0 | $ 350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/4/2021 | Autumn McCusker | Background research on abuse patterns. | 175.00 | 2.0 | $ 350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/4/2021 | Autumn McCusker | Analyze POC claim data. | 175.00 | 1.6 | $ 280.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/4/2021 | Caitlin Zaragosa | Participate in internal status meeting to discuss forecast methodology. | 175.00 | 1.0 | $ 175.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/4/2021 | Ellen Davis | Particpate in internal status meeting to provide updates on progress. | 175.00 | 0.5 | $ 87.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/4/2021 | Ellen Davis | Analyze abuse patterns to help forecast future claims. | 175.00 | 1.5 | $ 262.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/4/2021 | Ellen Davis | Conduct analysis of claims data for use in claim forecasting. | 175.00 | 2.0 | $ 350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/4/2021 | Ellen Davis | Background research on abuse patterns. | 175.00 | 2.5 | $ 437.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/5/2021 | Nicholas Deluca | Analyze claims for use in forecasting future claims. | 500.00 | 3.5 | $ 1,750.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/5/2021 | Zsolt Macskasi | Conduct background research for use in claim forecast model creation. | 450.00 | 2.0 | $ 900.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/5/2021 | Matthew Burkett | Perform analysis of claims and future claim trends. | 350.00 | 6.5 | $ 2,275.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/5/2021 | Connor Cosenza | Research litigation trends for use in future claims modeling. | 265.00 | 6.4 | $ 1,696.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/5/2021 | Connor Cosenza | Analyze claims to develop future claims forecast model. | 265.00 | 0.9 | $ 238.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/5/2021 | Autumn McCusker | Conduct review of POC claims data to identify patterns. | 175.00 | 2.0 | $ 350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/5/2021 | Autumn McCusker | Conduct background research to use in forecast model. | 175.00 | 2.0 | $ 350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/5/2021 | Autumn McCusker | Reviewed trend forecast model methodology. | 175.00 | 2.0 | $ 350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/5/2021 | Autumn McCusker | Analyze abuse patterns to help forecast future claims. | 175.00 | 1.2 | $ 210.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/5/2021 | Caitlin Zaragosa | Conduct review of POC claims data to identify patterns. | 175.00 | 6.8 | $ 1,190.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/5/2021 | Ellen Davis | Analyze abuse patterns to help forecast future claims. | 175.00 | 3.0 | $ 525.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/5/2021 | Ellen Davis | Conduct analysis of claims data for use in claim forecasting. | 175.00 | 1.5 | $ 262.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/6/2021 | Nicholas Deluca | Analyze claims for use in forecasting future claims. | 500.00 | 1.3 | $ 650.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/6/2021 | Zsolt Macskasi | Develop future claims forecast model. | 450.00 | 4.0 | $ 1,800.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/6/2021 | Matthew Burkett | Perform analysis of recent BW data and results. | 350.00 | 4.9 | $ 1,715.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/6/2021 | Timothy O'Connor | Create documentation on Core Value Note. | 350.00 | 2.5 | $ 875.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/6/2021 | Connor Cosenza | Perform analysis of claims forecast model. | 265.00 | 1.1 | $ 291.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/6/2021 | Connor Cosenza | Perform background research for use in model development. | 265.00 | 4.7 | $ 1,245.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/6/2021 | Autumn McCusker | Analyze abuse patterns to help forecast future claims. | 175.00 | 2.0 | $ 350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/6/2021 | Autumn McCusker | Conduct review of POC claims data to identify patterns. | 175.00 | 2.0 | $ 350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/6/2021 | Caitlin Zaragosa | Conduct review of POC claims data to identify patterns. | 175.00 | 2.3 | $ 402.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/6/2021 | Ellen Davis | Analyze abuse patterns to help forecast future claims. | 175.00 | 1.0 | $ 175.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/6/2021 | Ellen Davis | Conduct analysis of claims data for use in claim forecasting. | 175.00 | 0.8 | $ 140.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/7/2021 | John Ciancanelli | Review 5 year plan model, call with Bob Brady. | 750.00 | 1.8 | $ 1,350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/7/2021 | Amy Brockman | Review mediation presentation from Bates White. | 625.00 | 1.0 | $ 625.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/7/2021 | Amy Brockman | Review Tranche 3 data from BW | 625.00 | 1.2 | $ 750.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/7/2021 | Nicholas Deluca | BSA Mediation  (1.0) data analysis (1.0) | 500.00 | 2.0 | $ 1,000.00 |



|  |  | Project #: | P-001551 |
|---|---|---|---|
|  |  | Invoice Date: | 3/2/2021 |
|  |  | Invoice Number: | CI-028231 |
|  |  | Professional Services Through: | January 2021 |

*Time Detail by Phase, Task, and Date*

| Phase - B007 | Task | Date | Name | Time Narrative | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/7/2021 | Zsolt Macskasi | Develop future claims forecast model. | 450.00 | 4.0 | $ 1,800.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/7/2021 | Timothy O'Connor | Create documentation on Core Value Note and forecast model. | 350.00 | 1.5 | $ 525.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/7/2021 | Connor Cosenza | Perform cleaning of BW data. | 265.00 | 3.3 | $ 874.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/7/2021 | Autumn McCusker | Conduct review of POC claims data to identify patterns. | 175.00 | 1.5 | $ 262.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/8/2021 | John Ciancanelli | Review 5 year plan model, develop list of questions, call with A&M. | 750.00 | 1.2 | $ 900.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/8/2021 | Nicholas Deluca | Analyze claims for use in forecasting future claims. | 500.00 | 1.4 | $ 700.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/8/2021 | Zsolt Macskasi | Conduct future claims forecast analysis. | 450.00 | 6.0 | $ 2,700.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/8/2021 | Matthew Burkett | Reconciliation of BW data with OMNI records. | 350.00 | 1.9 | $ 665.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/8/2021 | Timothy O'Connor | build sensitivity in forecast model, call with A&M | 350.00 | 2.5 | $ 875.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/8/2021 | Connor Cosenza | Conduct background litigation research on SOL. | 265.00 | 0.4 | $ 106.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/8/2021 | Connor Cosenza | Perform cleaning of BW data. | 265.00 | 3.1 | $ 821.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/8/2021 | Ellen Davis | Conduct analysis of historical BSA data. | 175.00 | 2.5 | $ 437.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/8/2021 | Ellen Davis | Analyze abuse patterns to help forecast future claims. | 175.00 | 1.0 | $ 175.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/11/2021 | Nicholas Deluca | Call with FCR counsel re: futures forecast | 500.00 | 0.4 | $ 200.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/11/2021 | Nicholas Deluca | Conduct future claims forecast analysis. | 500.00 | 2.4 | $ 1,200.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/11/2021 | Zsolt Macskasi | Conduct future claims forecast analysis. | 450.00 | 5.5 | $ 2,475.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/11/2021 | Matthew Burkett | Prepare summary presentation for discussion with counsel. | 350.00 | 6.2 | $ 2,170.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/11/2021 | Michael Northeim | Analyze future claims forecast methodology. | 294.00 | 1.2 | $ 352.80 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/11/2021 | Connor Cosenza | Prepare status update for internal discussion. | 265.00 | 5.5 | $ 1,457.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/11/2021 | Autumn McCusker | Review abuse patterns to be used in model parameters. | 175.00 | 1.5 | $ 262.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/11/2021 | Ellen Davis | Conduct analysis of historical BSA data. | 175.00 | 1.0 | $ 175.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/11/2021 | Ellen Davis | Analyze abuse patterns to help forecast future claims. | 175.00 | 1.0 | $ 175.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/12/2021 | Nicholas Deluca | Analyze claims for use in forecasting future claims. | 500.00 | 1.5 | $ 750.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/12/2021 | Zsolt Macskasi | Conduct future claims forecast analysis. | 450.00 | 6.0 | $ 2,700.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/12/2021 | Matthew Burkett | Analyze claims for use in forecasting future claims. | 350.00 | 4.3 | $ 1,505.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/12/2021 | Michael Northeim | Analyze future claims forecast methodology. | 294.00 | 2.6 | $ 764.40 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/12/2021 | Connor Cosenza | Meeting with M. Burkett N. Deluca Z. Macskasi, M. Northeim, A. McCusker, C. Zaragosa, and E. Davis Re: Model Development | 265.00 | 1.5 | $ 397.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/12/2021 | Autumn McCusker | Analyze abuse patterns to help forecast future claims. | 175.00 | 2.0 | $ 350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/12/2021 | Autumn McCusker | Reviewed trend forecast model methodology. | 175.00 | 1.0 | $ 175.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/12/2021 | Caitlin Zaragosa | Meeting to discuss forecasting methodology | 175.00 | 0.9 | $ 157.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/12/2021 | Ellen Davis | Particpate in internal status meeting to provide updates on progress. | 175.00 | 1.0 | $ 175.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/13/2021 | Nicholas Deluca | Analyze claims for use in forecasting future claims. | 500.00 | 1.8 | $ 900.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/13/2021 | Zsolt Macskasi | Conduct future claims forecast analysis. | 450.00 | 4.0 | $ 1,800.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/13/2021 | Matthew Burkett | Conduct analysis of the patterns of abuse. | 350.00 | 2.9 | $ 1,015.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/13/2021 | Connor Cosenza | Analyze claims data to identify patterns. | 265.00 | 1.5 | $ 397.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/13/2021 | Connor Cosenza | Perform analysis of claims forecast model. | 265.00 | 2.0 | $ 530.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/13/2021 | Connor Cosenza | Create revised datasets to incorporate data updates. | 265.00 | 1.0 | $ 265.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/13/2021 | Autumn McCusker | Conduct review of POC claims data to identify patterns. | 175.00 | 1.8 | $ 315.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/14/2021 | John Ciancanelli | Mediation sessions and document review. | 750.00 | 3.0 | $ 2,250.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/14/2021 | Thomas Vasquez | Perform analysis of POC claim filings and future claims forecast. | 750.00 | 3.5 | $ 2,625.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/14/2021 | Nicholas Deluca | Analyze claims for use in forecasting future claims. | 500.00 | 2.5 | $ 1,250.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/14/2021 | Zsolt Macskasi | Conduct future claims forecast analysis. | 450.00 | 7.0 | $ 3,150.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/14/2021 | Matthew Burkett | Review methodology used in future claims forecast. | 350.00 | 2.6 | $ 910.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/14/2021 | Michael Northeim | Analyze future claims forecast methodology. | 294.00 | 2.8 | $ 823.20 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/14/2021 | Connor Cosenza | Perform analysis of claims forecast model. | 265.00 | 1.5 | $ 397.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/14/2021 | Connor Cosenza | Perform analysis of claims forecast model. | 265.00 | 2.5 | $ 662.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/14/2021 | Autumn McCusker | Conduct review of POC claims data to identify patterns. | 175.00 | 2.0 | $ 350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/14/2021 | Autumn McCusker | Review abuse patterns to be used in model parameters. | 175.00 | 1.3 | $ 227.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/15/2021 | Nicholas Deluca | Analyze claims for use in forecasting future claims. | 500.00 | 5.5 | $ 2,750.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/15/2021 | Zsolt Macskasi | Future claims forecast analysis | 450.00 | 3.0 | $ 1,350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/15/2021 | Matthew Burkett | Conduct analysis of the patterns of abuse. | 350.00 | 3.3 | $ 1,155.00 |



|  |  |  |  |
|---|---|---|---|
|  |  | Project #: | P-001551 |
|  |  | Invoice Date: | 3/2/2021 |
|  |  | Invoice Number: | CI-028231 |
|  |  | Professional Services Through: | January 2021 |

*Time Detail by Phase, Task, and Date*

| Phase - B007 | Task | Date | Name | Time Narrative | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/15/2021 | Michael Northeim | Analyze future claims forecast methodology. | 294.00 | 1.4 | $ 411.60 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/15/2021 | Connor Cosenza | Analyze claims data to identify patterns. | 265.00 | 3.8 | $ 1,007.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/15/2021 | Connor Cosenza | Perform analysis of claims forecast model. | 265.00 | 2.5 | $ 662.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/15/2021 | Autumn McCusker | Reviewed trend forecast model methodology. | 175.00 | 2.0 | $ 350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/15/2021 | Autumn McCusker | Analyze abuse patterns to help forecast future claims. | 175.00 | 2.0 | $ 350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/15/2021 | Autumn McCusker | Conduct review of POC claims data to identify patterns. | 175.00 | 2.0 | $ 350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/15/2021 | Autumn McCusker | Review abuse patterns to be used in model parameters. | 175.00 | 0.6 | $ 105.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/18/2021 | John Ciancanelli | Document Review Summit Appraisal, Mediation call. | 750.00 | 1.7 | $ 1,275.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/18/2021 | Amy Brockman | Review of forecast issues. | 625.00 | 0.6 | $ 375.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/19/2021 | Thomas Vasquez | Perform analysis of POC claim filings and future claims forecast. | 750.00 | 2.5 | $ 1,875.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/19/2021 | Nicholas Deluca | Analyze claims for use in forecasting future claims. | 500.00 | 3.5 | $ 1,750.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/19/2021 | Zsolt Macskasi | Create future claims forecast | 450.00 | 4.0 | $ 1,800.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/19/2021 | Matthew Burkett | Conduct analysis of the patterns of abuse. | 350.00 | 4.3 | $ 1,505.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/19/2021 | Connor Cosenza | Analyze claims data to identify patterns. | 265.00 | 4.1 | $ 1,086.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/19/2021 | Connor Cosenza | Perform analysis of claims forecast model. | 265.00 | 1.0 | $ 265.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/19/2021 | Autumn McCusker | Analyze abuse patterns to help forecast future claims. | 175.00 | 2.0 | $ 350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/19/2021 | Autumn McCusker | Conduct background research to use in forecast model. | 175.00 | 1.8 | $ 315.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/19/2021 | Caitlin Zaragosa | Meeting to discuss project updates with M. Burkett, N. DeLuca, M. Northeim, Z. Macskasi, A. McCusker, E. Davis, and C. Cosenza | 175.00 | 1.0 | $ 175.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/19/2021 | Ellen Davis | Particpate in internal status meeting to provide updates on progress. | 175.00 | 1.0 | $ 175.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/20/2021 | Thomas Vasquez | Perform analysis of POC claim filings and future claims forecast. | 750.00 | 1.5 | $ 1,125.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/20/2021 | Nicholas Deluca | Analyze claims for use in forecasting future claims. | 500.00 | 3.6 | $ 1,800.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/20/2021 | Zsolt Macskasi | Create future claims forecast | 450.00 | 4.0 | $ 1,800.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/20/2021 | Matthew Burkett | Analyze claims for use in forecasting future claims. | 350.00 | 4.5 | $ 1,575.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/20/2021 | Michael Northeim | Analyze future claims forecast methodology. | 294.00 | 1.3 | $ 382.20 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/20/2021 | Connor Cosenza | Analyze claims data to identify patterns. | 265.00 | 5.8 | $ 1,537.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/20/2021 | Connor Cosenza | Perform analysis of claims forecast model. | 265.00 | 1.0 | $ 265.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/20/2021 | Autumn McCusker | Meetings | 175.00 | 1.8 | $ 315.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/20/2021 | Autumn McCusker | Analyze abuse patterns to help forecast future claims. | 175.00 | 1.7 | $ 297.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/21/2021 | Thomas Vasquez | Perform analysis of POC claim filings and future claims forecast. | 750.00 | 2.0 | $ 1,500.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/21/2021 | Amy Brockman | Data analysis for forecast. | 625.00 | 1.8 | $ 1,125.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/21/2021 | Nicholas Deluca | Analyze claims for use in forecasting future claims. | 500.00 | 1.9 | $ 950.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/21/2021 | Zsolt Macskasi | Create future claims forecast | 450.00 | 3.0 | $ 1,350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/21/2021 | Matthew Burkett | Conduct analysis of the patterns of abuse. | 350.00 | 2.1 | $ 735.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/21/2021 | Connor Cosenza | Analyze claims to develop future claims forecast model. | 265.00 | 7.5 | $ 1,987.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/21/2021 | Autumn McCusker | Analyze abuse patterns to help forecast future claims. | 175.00 | 2.0 | $ 350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/21/2021 | Autumn McCusker | Conduct review of POC claims data to identify patterns. | 175.00 | 2.0 | $ 350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/21/2021 | Autumn McCusker | Conduct research on trends of abuse. | 175.00 | 0.5 | $ 87.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/22/2021 | Zsolt Macskasi | Create future claims forecast | 450.00 | 3.0 | $ 1,350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/22/2021 | Matthew Burkett | Analyze claims for use in forecasting future claims. | 350.00 | 3.9 | $ 1,365.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/22/2021 | Michael Northeim | Analyze future claims forecast methodology. | 294.00 | 0.7 | $ 205.80 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/22/2021 | Connor Cosenza | Analyze claims to develop future claims forecast model. | 265.00 | 4.2 | $ 1,113.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/22/2021 | Connor Cosenza | Perform analysis of claims forecast model. | 265.00 | 1.0 | $ 265.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/22/2021 | Autumn McCusker | Reviewed trend forecast model methodology. | 175.00 | 2.0 | $ 350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/22/2021 | Autumn McCusker | Analyze abuse patterns to help forecast future claims. | 175.00 | 2.0 | $ 350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/22/2021 | Autumn McCusker | Conduct background research to use in forecast model. | 175.00 | 1.5 | $ 262.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/25/2021 | Amy Brockman | Review of motion from insurers. | 625.00 | 0.8 | $ 500.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/25/2021 | Nicholas Deluca | Analyze claims for use in forecasting future claims. | 500.00 | 4.9 | $ 2,450.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/25/2021 | Zsolt Macskasi | Create future claims forecast | 450.00 | 2.0 | $ 900.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/25/2021 | Matthew Burkett | Conduct analysis of the patterns of abuse. | 350.00 | 3.4 | $ 1,190.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/25/2021 | Michael Northeim | Analyze future claims forecast methodology. | 294.00 | 1.4 | $ 411.60 |



|  |  |  |  | Project #: | P-001551 |
|--|--|--|--|--|--|
|  |  |  |  | Invoice Date: | 3/2/2021 |
|  |  |  |  | Invoice Number: | CI-028231 |
|  |  |  |  | Professional Services Through: | January 2021 |

*Time Detail by Phase, Task, and Date*

| Phase - B007 | Task | Date | Name | Time Narrative | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/25/2021 | Connor Cosenza | Analyze claims to develop future claims forecast model. | 265.00 | 6.5 | $ 1,722.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/25/2021 | Autumn McCusker | Participate in internal meeting to discuss workflow status. | 175.00 | 1.5 | $ 262.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/25/2021 | Autumn McCusker | Analyze abuse patterns to help forecast future claims. | 175.00 | 2.0 | $ 350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/25/2021 | Autumn McCusker | Conduct background research to use in forecast model. | 175.00 | 2.0 | $ 350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/25/2021 | Autumn McCusker | Conduct review of POC claims data to identify patterns. | 175.00 | 2.0 | $ 350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/25/2021 | Ellen Davis | Conduct background litigation research. | 175.00 | 2.0 | $ 350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/26/2021 | Zsolt Macskasi | Create future claims forecast | 450.00 | 5.0 | $ 2,250.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/26/2021 | Matthew Burkett | Conduct analysis of the patterns of abuse. | 350.00 | 1.6 | $ 560.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/26/2021 | Connor Cosenza | Perform exploratory data analysis on updated BW data. | 265.00 | 1.7 | $ 450.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/26/2021 | Connor Cosenza | Analyze claims data to identify patterns. | 265.00 | 0.4 | $ 106.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/26/2021 | Connor Cosenza | Analyze claims to develop future claims forecast model. | 265.00 | 3.8 | $ 1,007.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/26/2021 | Autumn McCusker | Reviewed trend forecast model methodology. | 175.00 | 2.0 | $ 350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/26/2021 | Autumn McCusker | Analyze abuse patterns to help forecast future claims. | 175.00 | 2.0 | $ 350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/26/2021 | Autumn McCusker | Conduct background research to use in forecast model. | 175.00 | 1.2 | $ 210.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/27/2021 | John Ciancanelli | Mediation call re: Bates White presentation | 750.00 | 1.0 | $ 750.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/27/2021 | Amy Brockman | Mediation call re: Bates White presentation | 625.00 | 1.0 | $ 625.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/27/2021 | Amy Brockman | Review of data and analysis. | 625.00 | 2.2 | $ 1,375.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/27/2021 | Nicholas Deluca | Mediation call re: Bates White presentation | 500.00 | 1.0 | $ 500.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/27/2021 | Nicholas Deluca | Claims analysis | 500.00 | 2.8 | $ 1,400.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/27/2021 | Zsolt Macskasi | Create future claims forecast | 450.00 | 1.0 | $ 450.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/27/2021 | Matthew Burkett | Conduct analysis of the patterns of abuse. | 350.00 | 2.1 | $ 735.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/27/2021 | Connor Cosenza | Perform background research in abuse trends to use in modeling future claims. | 265.00 | 2.9 | $ 768.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/27/2021 | Connor Cosenza | Analyze claims to develop future claims forecast model. | 265.00 | 0.7 | $ 185.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/27/2021 | Autumn McCusker | Analyze abuse patterns to help forecast future claims. | 175.00 | 2.0 | $ 350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/27/2021 | Autumn McCusker | Conduct research on trends of abuse. | 175.00 | 2.0 | $ 350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/27/2021 | Autumn McCusker | Reviewed trend forecast model methodology. | 175.00 | 1.4 | $ 245.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/28/2021 | Zsolt Macskasi | Research child abuse trends for use in future claims forecasting. | 450.00 | 2.0 | $ 900.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/28/2021 | Matthew Burkett | Analyze claims for use in forecasting future claims. | 350.00 | 1.3 | $ 455.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/28/2021 | Autumn McCusker | Analyze claims and review forecast methodology. | 175.00 | 2.0 | $ 350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/29/2021 | Zsolt Macskasi | Research child abuse trends for use in future claims forecasting. | 450.00 | 2.0 | $ 900.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/29/2021 | Matthew Burkett | Analyze claims for use in forecasting future claims. | 350.00 | 2.6 | $ 910.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/29/2021 | Connor Cosenza | Perform background research in abuse trends to use in modeling future claims. | 265.00 | 4.3 | $ 1,139.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/29/2021 | Autumn McCusker | Conduct research on trends of abuse. | 175.00 | 2.0 | $ 350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 1/29/2021 | Autumn McCusker | Analyze claims and review forecast methodology. | 175.00 | 2.0 | $ 350.00 |
| | **Historical Data Analysis-Model Building Total** | | | | | 430.8 | $ 146,057.10 |
| **Actuarial and other Analyses Total** | | | | | | 445.4 | $ 148,702.10 |
| **Grand Total** | | | | | | 445.4 | $ 148,702.10 |