# **EXHIBIT B**

Ankura did not incur any expenses for the period.