# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: March 16, 2021 at 4:00 p.m. (ET)**<br>**Hearing Date: May 19, 2021 at 10:00 a.m. (ET)** |

**THIRD INTERIM FEE APPLICATION REQUEST OF ANKURA
CONSULTING GROUP, LLC AS CONSULTANTS TO THE LEGAL
REPRESENTATIVE FOR FUTURE CLAIMANTS FOR ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
<u>THE PERIOD FROM NOVEMBER 1, 2020 THROUGH JANUARY 31, 2021</u>**

| | |
|---|---|
| Name of Applicants: | Ankura Consulting Group, LLC |
| Authorized to Provide Professional Services as: | Consultants to the Legal Representative for Future Claimants |
| Date of Retention: | *Nunc Pro Tunc* to April 27, 2020 |
| Period for Which Compensation and Reimbursement is Sought: | November 1, 2020 to January 31, 2021 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $313,074.80 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $0.00 |

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**SUMMARY OF ANKURA'S FEE APPLICATIONS FOR THE INTERIM FEE PERIOD**

| Monthly Fee Application Filing Date & Docket No. | Period Covered | Total Fees Requested | Total Expenses Requested | CNO Filing Date & Docket No. | Amount of Fees Paid or to be Paid (80%) | Amount of Expenses Paid or to be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|---|
| 1/13/21 D.I. 1932 | 11/1/20 – 11/30/20 | $63,052.50 | $0.00 | 1/28/21 D.I. 1992 | $50,442.00 | $0.00 | $12,610.50 |
| 2/16/21 D.I. 2203 | 12/1/20 – 12/31/20 | $101,320.20 | $0.00 | Objection Deadline = 3/2/21 | $81,056.16[2] | $0.00 | $20,264.04[2] |
| 3/2/21 D.I. 2300 | 1/1/21 – 1/31/21 | $148,702.10 | $0.00 | Objection Deadline = 3/16/21 | $118,961.68[2] | $0.00 | $29,740.42[2] |
| | TOTALS | $313,074.80 | $0.00 | | $250,459.84[2] | $0.00 | $62,614.96[2] |

---

[2] Assuming no objections/responses are received and/or filed.