**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------  x
                                                        :
In re:                                                  :      Chapter 11
                                                        :
BOY SCOUTS OF AMERICA AND                               :      Case No. 20-10343 (LSS)
DELAWARE BSA, LLC,[1]                                   :
                                                        :      (Jointly Administered)
                    Debtors.                            :
                                                        :      Ref. Docket Nos. 2292 & 2297
------------------------------------------------------  x
```

## JOINDER OF THE FUTURE CLAIMANTS' REPRESENTATIVE TO THE TORT CLAIMANTS' COMMITTEE'S RESPONSE TO FIRST MEDIATORS' REPORT

James L. Patton, Jr., the Court-appointed legal representative for future claimants (the "Future Claimants' Representative" or "FCR"), by and through his undersigned counsel, hereby joins in the *Tort Claimants' Committee's Response to First Mediators' Report* [Docket No. 2297] (the "Response").[2]  As noted in the Response, the FCR possesses rights under the Final Cash Collateral Order to, *inter alia*, seek standing to contest the amount, validity, perfection, enforceability, and priority of JPM's alleged secured claims.  Like the Torts Claimants' Committee, the FCR has not delegated or waived any of these rights, nor has the FCR agreed to settle any claims against JPM.  The FCR reserves all rights under the Final Cash Collateral Order and does not consent to or agree with the term sheet attached to the First Mediators' Report or any memorialization of such in the Amended Plan of Reorganization.

---

[1]    The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Response.

Dated: March 2, 2021        YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Robert S. Brady*

Robert S. Brady (No. 2847)
Edwin J. Harron (No. 3396)
Sharon M. Zieg (No. 4196)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: rbrady@ycst.com
      eharron@ycst.com
      szieg@ycst.com

*Counsel to the FCR*

27801535.1