## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
|  | **Objection Deadline: March 16, 2021, at 4:00 p.m. (prevailing Eastern Time)** |

**SUMMARY COVER SHEET OF THE FIFTH MONTHLY FEE APPLICATION OF QUINN EMANUEL URQUHART & SULLIVAN, LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD <u>DECEMBER 1, 2020, TO AND INCLUDING DECEMBER 31, 2020</u>**

| | |
|---|---|
| Name of Applicant: | Quinn Emanuel Urquhart & Sullivan, LLP |
| Authorized to Provide Professionals Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | August 1, 2020 (order entered September 18, 2020) |
| Period for Which Compensation and Reimbursement Are Requested: | December 1, 2020, through December 31, 2020 |
| Amount of Compensation Requested: | $425,618.12 (80% of $532,022.65) |
| Amount of Expense Reimbursement Requested: | $32,405.35 |

This is a monthly fee statement.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

## PRIOR MONTHLY FEE STATEMENTS FILED

| Date Filed; ECF No. | Period Covered | Fees Requested | Expenses Requested | Fees Approved | Expenses Approved | Outstanding Fees | Outstanding Expenses |
|---|---|---|---|---|---|---|---|
| 10/12/20; ECF No. 1486 | 08/01/2020-08/31/2020 | $253,452.20 | $6,261.04 | $253,452.20 | $6,261.04 | $129,606.50 | $0.00 |
| 11/10/20; ECF No. 1644 | 09/01/2020-09/30/2020 | $587,436.16 | $8,054.82 | $587,436.16 | $8,054.82 | $317,947.39 | $0.00 |
| 12/08/20; ECF No. 1809 | 10/01/2020-10/31/2020 | $605,752.52 | $9,975.55 | $605,752.52 | $9,975.55 | $357,978.35 | $0.00 |
| 01/14/21; ECF No. 1944 | 11/01/2020-11/30/2020 | $690,108.20 | $7,868.87 | Pending | Pending | Pending | Pending |

## COMPENSATION AND HOURS BY PROFESSIONAL

| Name | Position | Year of Admission/Years of Experience | Discounted Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Rachel Herrick Kassabian | Partner | 1997; 23 years | $1,062.50 | 77.8 | $82,662.50 |
| Margret Caruso | Partner | 1998; 22 years | $1,062.50 | 13.1 | $13,918.75 |
| Patricia B. Tomasco | Partner | 1988; 32 years | $977.50 | .5 | $488.75 |
| Claudia Bogdanos | Counsel | 1996; 24 years | $945.00 | 27.7 | $26,176.50 |
| Todd Anten | Partner | 2007; 13 years | $892.50 | 118.1 | $105,404.25 |
| Sara Jenkins | Counsel | 2004; 16 years | $877.50 | 178.5 | $156,633.75 |
| Donald Reinhard | Associate | 2015; 5 years | $801.00 | 10.3 | $8,250.30 |
| Dylan Scher | Associate | 2019; 2 year | $643.50 | 115.8 | $74,517.30 |
| Allison (Bingxue) Que | Associate | 2018; 2 year | $643.50 | 31.3 | $20,141.55 |
| Roger S. Huddle | Law Clerk | | $390.00 | 21.2 | $8,268.00 |
| Scott Weingrad | Contract Attorney | 2004; 16 years | $295.00 | 70.0 | $20,650.00 |
| Andrew B. Sanford | Contract Attorney | 2000; 20 years | $295.00 | 11.0 | $3,245.00 |
| Barbara J. Howell | Paralegal | 35 years | $330.00 | 16.6 | $5,478.00 |
| Jonathan Land | Litigation Support | | $365.00 | .2 | $73.00 |
| Vince Mesa | Litigation Support | | $250.00 | 6.4 | $1,600.00 |
| Anthony Bentancourt | Litigation Support | | $175.00 | 17.5 | $3,062.50 |
| Joe Liao | Litigation Support | | $175.00 | 5.9 | $1,032.50 |
| Jet Ma | Litigation Support | | $175.00 | 2.4 | $420.00 |
| Total | | | | 724.3 | $532,022.65 |

## COMPENSATION BY PROJECT CATEGORY

| Task Description | Total Hours | Total Compensation |
|---|---|---|
| Employment and Fee Applications | 24.1 | $12,843.25 |
| Litigation – Federal District Court Case | 700.2 | $519,179.40 |
| Total | 724.3 | $532,022.65 |

## EXPENSES BY CATEGORY

| Category | Amount |
|---|---|
| Deposition Transcript of Sarah Butler | $3,393.30 |
| Deposition Transcript of Cate Elsten | $3,297.00 |
| Deposition Transcript of Lauren Kindler | $3,027.05 |
| Deposition Transcript of Eugene Ericksen | $2,706.25 |
| Deposition Transcript of Dr. Erich Joachimsthaler | $3,237.30 |
| Deposition Transcript of Meta Trombley | $2,422.70 |
| Videotaping of Deposition of Lauren Kindler | $1,247.00 |
| Videotaping of Deposition of Sarah Butler | $1,517.00 |
| Videotaping of Deposition of Erich Joachimsthaler | $1,823.00 |
| Videotaping of Deposition of Sarah Butler | $2,544.00 |
| Videotaping of Deposition of Meta Trombley | $863.50 |
| Document Services | $100.75 |
| Hosting per GB – 3.50 | $6,226.50 |
| Total | $32,405.35 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
|  | **Objection Deadline: March 16, 2021, at 4:00 p.m. (prevailing Eastern Time)** |

**FIFTH MONTHLY FEE APPLICATION
OF QUINN EMANUEL URQUHART & SULLIVAN, LLP FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT
OF EXPENSES FOR THE PERIOD FROM DECEMBER 1, 2020,
TO AND INCLUDING DECEMBER 31, 2020**

COMES NOW, Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), special litigation counsel for the Boy Scouts of America and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors-in-possession (together, the "Debtors") in the above-captioned chapter 11 cases, and hereby submits this fifth monthly fee application (this "Application") for (a) interim allowance and payment of compensation for professional services to the Debtors during the period from December 1, 2020, to and including December 31, 2020 (the "Fee Period"), in the amount of $425,618.12, representing 80% of the $532,022.65 of fees earned by Quinn Emanuel for professional services to the Debtors during the Fee Period and (b) reimbursement of 100% of the actual and necessary expenses incurred by Quinn Emanuel during the Fee Period in connection with such services in the amount of $32,405.35.  In support of this Application, Quinn Emanuel respectfully represents as follows:

---

[1]    The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

## JURISDICTION AND VENUE

1.       The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

2.       The statutory and other bases for the relief requested herein are sections 330 and 331 of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* (ECF No. 341) (the "Compensation Procedures Order").

## BACKGROUND

3.       The Debtors commenced these cases on February 18, 2020 (the "Petition Date"), and they continue to operate their non-profit organization and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  These chapter 11 cases are being jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1.

4.       On March 5, 2020, the United States Trustee for the District of Delaware appointed an official committee of tort claimants and an official committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code.

5.      On April 24, 2020, the Court appointed James L. Patton, Jr. as the representative of future abuse claimants pursuant to sections 105(a) and 1109(b) of the Bankruptcy Code.

6.      The Court has authorized the Debtors to retain and employ Quinn Emanuel as their special litigation counsel, *nunc pro tunc* to August 1, 2020, pursuant to the *Order Authorizing the Retention and Employment of Quinn Emanuel Urquhart & Sullivan, LLP as Special Litigation Counsel for the Debtors and Debtors in Possession, Nunc Pro Tunc to August 1, 2020* (ECF No. 1343) (the "Retention Order"). The Retention Order authorizes the Debtors to compensate and reimburse Quinn Emanuel in accordance with the terms and conditions as set forth in the Debtors' application to retain Quinn Emanuel, subject to Quinn Emanuel's application to the Court.

7.      On April 6, 2020, the Court entered the Compensation Procedures Order. The Compensation Procedures Order provides, among other things, that each professional shall be entitled, on or as soon as practicable after the fifteenth (15th) day of each month following the month for which compensation and/or expense reimbursement is sought, to file and serve an application for interim allowance of compensation earned and reimbursement of expenses incurred during the preceding month (each a "Monthly Fee Application"). Parties shall have 14 days after service of a Monthly Fee Application to object thereto (the "Objection Deadline"). Upon the expiration of the Objection Deadline, the applicant may file a certificate of no objection (a "CNO") with the Court with respect to the unopposed portion of the fees and/or expenses requested in the applicable Monthly Fee Application. After the filing of a CNO, the Debtors are authorized and directed to pay the applicant an amount equal to 80% of the fees and 100% of the expenses requested in the applicable Monthly Fee Application not subject to an objection.

8.      On September 18, 2020, the Court entered an order appointing Justin H. Rucki of Rucki Fee Review, LLC as the fee examiner in these chapter 11 cases.

## RELIEF REQUESTED

9.      By this Application, in accordance with the Compensation Procedures Order, Quinn Emanuel requests payment in the amount of $425,618.12, which is equal to (a) 80% of the $532,022.65 earned by Quinn Emanuel for professional services to the Debtors during the Fee Period and (b) 100% of the $32,405.35 of actual and necessary expenses incurred by Quinn Emanuel during the Fee Period in connection with its services to the Debtors.

## SUMMARY OF SERVICES RENDERED

10.     Attached hereto as **Exhibit A** is a detailed statement of the time expended and compensation earned by Quinn Emanuel during the Fee Period.  Quinn Emanuel's professionals expended a total of 724.3 hours in connection with these chapter 11 cases during the Fee Period.  All services for which Quinn Emanuel is requesting compensation were performed for or on behalf of the Debtors.  The services rendered by Quinn Emanuel during the Fee Period are categorized as set forth in **Exhibit A** and in the summary cover sheet prefixed to this Application.  The professionals who provided services to the Debtors during the Fee Period are also identified in **Exhibit A** and in the summary cover sheets.

## ACTUAL AND NECESSARY EXPENSES

11.     Quinn Emanuel also incurred certain necessary expenses during the Fee Period for which it is entitled to reimbursement under the terms of its retention.  Attached hereto as **Exhibit A** is a detailed statement of Quinn Emanuel's out-of-pocket expenses incurred during the Fee Period, totaling $32,405.35.  These expenses include, but are not limited to, reprographics and document services and hosting services.

## VALUATION OF SERVICES

12.     As noted above, the amount of time spent by each Quinn Emanuel professional providing services to the Debtors during the Fee Period is set forth in the summary attached hereto

as **Exhibit A**.  The rates reflected on **Exhibit A** are Quinn Emanuel's customary hourly rates for work of this character.  The reasonable value of the services rendered by Quinn Emanuel for the Fee Period as special litigation counsel to the Debtors in these chapter 11 cases is $532,022.65.

13.     In accordance with the factor enumerated in section 330 of the Bankruptcy Code, the fees requested are fair and reasonable given (a) the complexity of these chapter 11 cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

14.     Although Quinn Emanuel has made every effort to include all fees and expenses incurred during the Fee Period in this Application, some fees and expenses might not be included in this Application due to delays caused by accounting and processing during the Fee Period. Quinn Emanuel reserves the right to make further applications to this Court for allowance of such fees and expenses not included herein.  Subsequent fee applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the Compensation Procedures Order.

## <u>CERTIFICATE OF COMPLIANCE</u>

15.     The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies that, to the best of her knowledge, information, and belief, this Application complies with the requirements of that Local Rule.

*[Remainder of Page Intentionally Left Blank]*

WHEREFORE, Quinn Emanuel requests allowance and payment of compensation for professional services to the Debtors during the Fee Period in the amount of $425,618.12, representing 80% of the $532,022.65 of fees earned by Quinn Emanuel for professional services to the Debtors during the Fee Period, and reimbursement of 100% of the actual and necessary expenses incurred by Quinn Emanuel during the Fee Period in connection with such services in the amount of $32,405.35.

Respectfully submitted this 2nd day of March, 2021.

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

*/s/ Patricia B. Tomasco*
Patricia B. Tomasco
711 Louisiana, Suite 500
Houston, Texas 77002
Telephone:  (713) 221-7000
Email:  pattytomasco@quinnemanuel.com

– and –

Rachel Herrick Kassabian
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5005
Email: rachelkassabian@quinnemanuel.com

– and –

Todd Anten
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7192
Email: toddanten@quinnemanuel.com

SPECIAL LITIGATION COUNSEL FOR THE
DEBTORS AND DEBTORS IN POSSESSION

## Exhibit A

**Fees Statement and Expense Detail**

# quinn emanuel trial lawyers

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY |
CHICAGO | DC | LONDON | MANNHEIM | TOKYO | HAMBURG |
PARIS | MUNICH | SYDNEY | HONG KONG | HOUSTON | BOSTON |
BRUSSELS | SEATTLE | ZURICH | SHANGHAI |STUTTGART |PERTH|
SALT LAKE CITY |

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

January 26, 2021

Steve P. McGowan, General Counsel
Legal Department
Boy Scouts of America
1325 W. Walnut Hill Lane
P.O. Box 152079
Irving, Texas 75015

Matter #: 05621-00003
Invoice Number: 101-0000112454
Responsible Attorney: Rachel Herrick Kassabian

<u>Girl Scouts of the United States of America v. Boy Scouts of America</u>

For Professional Services through January 08, 2021 in connection with defending Boy Scouts of America against Girls Scouts of the United States of America.

| | |
|---|---:|
| Fees | $532,022.65 |
| Expenses | $32,405.35 |
| Net Amount | $564,428.00 |
| Total Due This Invoice | $564,428.00 |

**Confidential – May include attorney-client privileged and work-product information**

los angeles | new york | san francisco | silicon valley | chicago | dc | london | mannheim | tokyo| hamburg | paris | munich | sydney | hong kong | houston | brussels | seattle | zurich | shanghai | stuttgart | perth | boston | salt lake city

**quinn emanuel** trial lawyers

## Statement Detail

<u>**02   Employment and Fee Applications**</u>

| | | | | |
|---|---|---|---|---|
| 12/01/20 | BH2 | Continue to draft the First Interim Fee Application (4.9). | 4.90 | 1,617.00 |
| 12/01/20 | RHK | Analysis re QE Interim Fee Application (.2);  email correspondence with T. Anten and B. Howell re same (.3); prepare same (.4). | 0.90 | 956.25 |
| 12/02/20 | TA | Review and revise First Interim Compensation Application for submission to bankruptcy court; (0.8); email to B.Howell & P.Tomasco re: First Interim Compensation Application for submission to bankruptcy court (0.2). | 1.00 | 892.50 |
| 12/02/20 | PT | Emails with T. Anten regarding fee application draft and responses to standard questions and application of payments (0.5). | 0.50 | 488.75 |
| 12/02/20 | BH2 | Review email from T. Anten regarding the first interim fee application (.1) and respond to same (.4). | 0.50 | 165.00 |
| 12/02/20 | RHK | Review interim fee application (.4); email correspondence with Barbara Howell and Todd Anten re same (.5). | 0.90 | 956.25 |
| 12/03/20 | TA | Review and further revise First Interim Compensation Application for submission to bankruptcy court (0.4). | 0.40 | 357.00 |
| 12/03/20 | BH2 | Work with T.Anten & R.Kassabian to finalize the first interim fee application (2.5); file the first interim fee application (.3) and coordinate service with Omni (.1). | 2.90 | 957.00 |
| 12/03/20 | RHK | Revise and finalize first interim fee application (.8); email correspondence with T. Anten and B. Howell re same (.4). | 1.20 | 1,275.00 |

**quinn emanuel** trial lawyers

January 26, 2021                                                  Matter #: 05621-00003
Page 3                                                  Invoice Number: 101-0000112454

| 12/04/20 | BH2 | Draft the Third Monthly Fee Statement on behalf of Quinn Emanuel (4.1). | 4.10 | 1,353.00 |
|---|---|---|---|---|
| 12/06/20 | TA | Review and revise privilege redactions to bankruptcy statement for public filing to bankruptcy court (1.0). | 1.00 | 892.50 |
| 12/07/20 | TA | Revise privilege redactions to bankruptcy statement for public filing to bankruptcy court (0.5). | 0.50 | 446.25 |
| 12/07/20 | RHK | Review redactions to fee application (.2); email correspondence with T. Anten re same (.1). | 0.30 | 318.75 |
| 12/08/20 | TA | Review and revise October Fee Statement for filing to bankruptcy court. | 0.40 | 357.00 |
| 12/08/20 | BH2 | Finalize (.8) and file the Third Monthly Fee Statement (.3); distribute to all parties listed in the Interim Compensation Order (.1); forward the Fee Statement and Ledes Data to the U.S. Trustee and the Fee Examiner (.2). | 1.40 | 462.00 |
| 12/08/20 | RHK | Review October fee statement and notice re same (.2); email correspondence with T. Anten and B. Howell re same (.2). | 0.40 | 425.00 |
| 12/23/20 | BH2 | Review Pacer docket to verify absence of objections to the First Interim Fee Application filed by Quinn Emanuel (.3); review Certificate filed by Debtors' bankruptcy counsel (.2); draft Certificate of No Objection (.6); and forward to attorneys for review (.1). | 1.20 | 396.00 |
| 12/28/20 | BH2 | Email communication with Rachel Kassabian regarding the Certificate of No Objection to the First Interim Fee Application filed by Quinn Emanuel (.3); finalize (.1) and file the Certificate of No Objection (.3). | 0.70 | 231.00 |

# quinn emanuel trial lawyers

January 26, 2021
Page 4

Matter #: 05621-00003
Invoice Number: 101-0000112454

| 12/29/20 | BH2 | Review Pacer docket to verify absence of objections/comments to Quinn Emanuel's Third Monthly Fee Statement (.2) and draft Certificate of No Objection for same (.4); file the Certificate of No Objection (.3). | 0.90 | 297.00 |

| | | **SUBTOTAL** | 24.10 | 12,843.25 |

### 03   Litigation - Federal District Court Case

| 12/01/20 | DS6 | Revise ███████ (0.7); prepare ███████ (6.9). | 7.60 | 4,890.60 |
| 12/01/20 | SJ1 | Review and revise ███████ (1.6); analysis re: ███████ (.8); review and revise ███████ (1.1); analysis re: ███████ (2.6). | 6.10 | 5,352.75 |
| 12/01/20 | RHK | Analysis re ███████ (.5); email correspondence with Todd Anten ███████ (.4); call with M. Caruso re ███████ (.2); correspondence ███████ (.9); email correspondence with client re ███████ (.5); correspondence with ███████ (.5). | 3.00 | 3,187.50 |
| 12/01/20 | CTB | Review email ███████ (.3); draft email response re ███████ (.5). | 0.80 | 756.00 |
| 12/01/20 | MMC | Teleconference with R.Kassabian re: ███████ (0.2). | 0.20 | 212.50 |
| 12/01/20 | TA | Review and revise ███████ | 6.60 | 5,890.50 |

**quinn emanuel** trial lawyers

January 26, 2021                                                                 Matter #: 05621-00003
Page 5                                                                   Invoice Number: 101-0000112454



| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | ████ (4.2); email correspondence ████ (0.6); draft and revise ████ (0.9); email correspondence with R.Kassabian ████ (0.2); email correspondence ████ (0.3); review ████ (0.4). | | |
| 12/02/20 | SJ1 | Review and revise ████ (.9); analysis re: ████ (1.6); analysis re: ████ (.6). | 3.10 | 2,720.25 |
| 12/02/20 | DS6 | Review and revise ████ (3.0); email correspondence with R. Kassabian and T. Anten re: ████ (0.4); prepare ████ (2.2); prepare memo re: ████ (1.3); analysis re: ████ (0.8). | 7.70 | 4,954.95 |
| 12/02/20 | ABQ | Conduct legal research ████ (0.5), revise ████ (0.1) | 0.60 | 386.10 |
| 12/02/20 | TA | Revise ████ (4.8); review and revise ████ (0.6). | 5.40 | 4,819.50 |
| 12/02/20 | RHK | Call ████ (.8); revise ████ (1.8); email correspondence with T. Anten and D. Scher re ████ (.5); analysis re | 3.90 | 4,143.75 |

**quinn emanuel** trial lawyers

January 26, 2021                                                                                    Matter #: 05621-00003
Page 6                                                                                        Invoice Number: 101-0000112454

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | ███████████████████ (.8). |  |  |
| 12/03/20 | DS6 | Review and revise ████████████ (3.3); email correspondence with R. Kassabian and T. Anten re: ████ (0.5); review and revise ███████████ (0.8); revise ████████████████████ (2.5); email correspondence with T. Anten re: ██ (0.5). | 7.60 | 4,890.60 |
| 12/03/20 | SJ1 | Review and revise ████████ (1.3); analysis re: ████████████ (1.4); analysis re: ████ (2.8). | 5.50 | 4,826.25 |
| 12/03/20 | RHK | Revise ████████ (3.0); email correspondence with D. Scher, T. Anten, S. Jenkins ██████ ███ (.6). | 3.60 | 3,825.00 |
| 12/03/20 | TA | Review and revise ██████████ (1.4); email correspondence with R.Kassabian & D.Scher re: ███████ (0.5); email correspondence ████████████ (0.3); review and revise ████████████ (4.0); email correspondence ████████████ (0.4). | 6.60 | 5,890.50 |
| 12/04/20 | SJ1 | Analysis re: ██████ (.8); analysis re: ██████████ ██████████ (1.7). | 2.50 | 2,193.75 |
| 12/04/20 | DS6 | Prepare ████████ (4.6); analysis ████████████ (1.0); email correspondence with R. Kassabian | 7.50 | 4,826.25 |

# quinn emanuel trial lawyers

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | and T. Anten re: ▇▇▇▇ (0.9); analysis re: ▇▇▇▇ ▇▇▇▇ (1.0). |  |  |
| 12/04/20 | AB2 | Emails with DS6 re: ▇▇▇▇ (.6); prepare for review re: ▇▇ (2.5); provide documents ▇ (1); emails with DS6 re: ▇▇▇▇ (.2); generate ▇▇ (.2). | 4.50 | 787.50 |
| 12/04/20 | TA | Revise ▇▇▇▇ (1.8); email correspondence with R.Kassabian re: ▇▇▇ (0.4); review ▇▇ (0.2); email correspondence with R.Kassabian re: (0.1); review ▇▇ (0.5). | 3.00 | 2,677.50 |
| 12/04/20 | RHK | Review ▇▇▇ (.3); correspond with T. Anten re ▇ (.2); review ▇▇ (.4); review and revise ▇▇ (.3); review ▇▇ (.1); correspond ▇▇ ▇ (.3); correspondence with T. Anten and D. Scher ▇▇ (.5). | 2.10 | 2,231.25 |
| 12/07/20 | DS6 | Analysis of ▇▇▇ (1.9); email correspondence with team re: ▇▇ (0.4); review and revise ▇▇ (0.6); analysis of ▇▇ (0.3) | 3.20 | 2,059.20 |
| 12/07/20 | RHK | Email correspondence with D. Scher | 0.30 | 318.75 |

**quinn emanuel** trial lawyers

re ███████ .

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 12/08/20 | DS6 | Analysis ████████ (1.7); email correspondence with R. Kassabian re: ████████ (0.3); email correspondence with T. Anten re: █ ████████ (0.4). | 2.40 | 1,544.40 |
| 12/08/20 | SJ1 | Review ████ ████████ ████ (3.4). | 3.40 | 2,983.50 |
| 12/08/20 | RHK | Email correspondence with D. Scher and T. Anten re ████ (.4); email correspondence with S. Jenkins and D. Scher re ████ ████████ ████████ (.6). | 1.00 | 1,062.50 |
| 12/08/20 | TA | Review and assess ████ ████████ (1.0); review and revise ████ ████ (0.4); review and revise ████ (0.5); research ████ ████ (2.0). | 3.90 | 3,480.75 |
| 12/09/20 | DS6 | Analysis re: ████████ (4.4); email communication with R. Huddle and T. Anten re: ████████ (0.3); analysis re: ████ ████████ ████████ ████ (0.7); analysis re: ████ (0.4). | 5.80 | 3,732.30 |
| 12/09/20 | TA | Review and revise ████ (0.3); develop arguments re: ████ (0.7); email | 6.80 | 6,069.00 |

**quinn emanuel** trial lawyers

January 26, 2021                                                                    Matter #: 05621-00003
Page 9                                                                   Invoice Number: 101-0000112454



correspondence with D.Scher & R.Huddle re ███ (0.3); assess ███ (0.4); prepare ███ (1.3); review and revise ███ (2.0); review and revise ███ (1.8).

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 12/09/20 | ABQ | Prepare ███ | 2.00 | 1,287.00 |
| 12/09/20 | SJ1 | Review and revise ███ (2.3); analysis regarding ███ (3.4). | 5.70 | 5,001.75 |
| 12/09/20 | RSH | Researched ███ (2.5); email communication with T. Anten and D. Scher re ███ (0.3). | 2.80 | 1,092.00 |
| 12/09/20 | JM7 | Prepare documents ███ | 2.40 | 420.00 |
| 12/09/20 | RHK | Review ███ (.3); email correspondence ███ (.5); review and revise ███ (1.0); email correspondence with T. Anten and D. Scher re ███ (.2). | 2.00 | 2,125.00 |
| 12/10/20 | DS6 | Prepare ███ (0.5); analysis re: ███ (0.6). | 1.10 | 707.85 |

# quinn emanuel trial lawyers

January 26, 2021                                                    Matter #: 05621-00003
Page 10                                               Invoice Number: 101-0000112454

| Date | | | | | |
|---|---|---|---|---|---|
| 12/10/20 | TA | Revise ███████████████ (.0.6); revise ████████ (0.6); incorporate revisions re: ██████ (0.4); revise ████████████ (1.4); revise ██████ (0.3); draft ████████ (1.1). | | 4.40 | 3,927.00 |
| 12/10/20 | AB2 | Emails with SJ1 re: ████████ (.3); capture ████████ ██ (.9). | | 1.20 | 210.00 |
| 12/10/20 | VM1 | Prepare ████████ ████████████ ████. | | 3.30 | 825.00 |
| 12/10/20 | RHK | Analysis re ████████████ ██████ (.9); email correspondence with T. Anten, D. Scher and S. Jenkins re ████ (.2). | | 1.10 | 1,168.75 |
| 12/11/20 | DS6 | Email correspondence with R. Kassabian re: ████████████ (0.7); analysis re: ██████ (0.7); analysis re: ██████ (0.9). | | 2.30 | 1,480.05 |
| 12/11/20 | AB2 | Emails with SJ1 re: ████████ ██████ (.4); prepare ████████ (1.1); finalize ████████ ██████ (1.3). | | 2.80 | 490.00 |
| 12/11/20 | ABQ | Teleconference with T. Anten re. ████ ██████ (0.3); conduct legal research re. ████████ ████████ (0.9) | | 1.20 | 772.20 |
| 12/11/20 | JL9 | Prepare ████████ | | 1.10 | 192.50 |

**quinn emanuel** trial lawyers

January 26, 2021                                                                 Matter #: 05621-00003
Page 11                                                            Invoice Number: 101-0000112454

| Date | | | Hours | Amount |
|---|---|---|---|---|
| | | ██████████████████ ██████. | | |
| 12/11/20 | SJ1 | Analysis re: ██████████████ (3.3); analysis re: ████████ (.9). | 4.20 | 3,685.50 |
| 12/11/20 | VM1 | Prepare ███████████████ ███████████████ ███████████ ████. | 3.10 | 775.00 |
| 12/11/20 | TA | Draft and revise ██████████ ████████ (1.7); teleconference with A.Que re: ████████ (0.3); draft ████████████ ████████ (0.5); finalize ████████████████ ████████████ (0.1); finalize ██████████████ ████████ (0.1); finalize ███████ ████████ (0.1). | 2.80 | 2,499.00 |
| 12/11/20 | MMC | Email correspondence with R.Kassabian re: ████████████ (.3). | 0.30 | 318.75 |
| 12/11/20 | RHK | Review and revise ████████ (.7); analysis re ██████████ (.5); email correspondence ██████████ (.5); call with J. ████ ██ (.4). | 2.10 | 2,231.25 |
| 12/14/20 | DS6 | Review ██████████████ (1.0); prepare ██████ (0.3); email correspondence with S. Jenkins re: ██████████ ██████████ (0.4); analysis ████████ ██████████████ ██████████ ██████ (1.7). | 3.40 | 2,187.90 |

# quinn emanuel trial lawyers

January 26, 2021                                                                  Matter #: 05621-00003
Page 12                                                                Invoice Number: 101-0000112454

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 12/14/20 | SJ1 | Analysis re: ███████████ ███████████ (3.9); prepare ███████████ (.6); analysis re: ███████████ ███████████ (4.1). | 8.60 | 7,546.50 |
| 12/14/20 | SW2 | Analyze ███████ ███████ ██. | 3.00 | 885.00 |
| 12/14/20 | ABQ | Teleconference with T. Anten re. ███████ (0.5); email correspondence with R. Kassabian re. ████ (1.0) | 1.50 | 965.25 |
| 12/14/20 | MMC | Teleconference with R.Kassabian re: ████ (.3). | 0.30 | 318.75 |
| 12/14/20 | TA | Review and revise ████████ (0.2); review ███████ (0.2); teleconference with A.Que re: ████████ (0.5); email correspondence with R.Kassabian re: ███████ (0.4); draft ████████ (0.4); review and revise ███████ ███████ (0.4). | 2.10 | 1,874.25 |
| 12/14/20 | RHK | Email correspondence ██████ █ (.5); analysis re ████████ (1.0) email correspondence ████████ █ (1.0); call with M. Caruso re █ (.3); email correspondence with S. Jenkins and T. Anten ████████ (.6); email correspondence | 3.60 | 3,825.00 |

**quinn emanuel** trial lawyers

January 26, 2021                                                                                    Matter #: 05621-00003
Page 13                                                                                    Invoice Number: 101-0000112454

|            |     |                                                                                                   |       |          |
|------------|-----|---------------------------------------------------------------------------------------------------|-------|----------|
|            |     | ██████████████ (.2).                                                                               |       |          |
| 12/14/20   | CTB | Review ██████████ (1.5); email to T. Anten re ████ (.1); email to R. Kassabian re ████ (.6).       | 2.20  | 2,079.00 |
| 12/15/20   | DS6 | Analysis for ████████████ (3.0); revise correspondence to ████████████ ████ (0.8); TC with T. Anten and A. Que re: ████ (0.8); email correspondence with R. Kassabian and M. Caruso re: ████████ (0.5). | 5.10  | 3,281.85 |
| 12/15/20   | AB2 | Emails with SJ1 re: ████████ (.1); generate ████████████ (.3); prepare ██████████ (.2); emails with SW2 re: ████████ (.1); provide documents ████████ (.3). | 1.00  | 175.00   |
| 12/15/20   | SJ1 | Review and revise ██████████ ████████ (2.4); prepare ██████████ ██ █████████ (1.1); analysis re: ████████████ ████████████ ████████ (5.8); prepare ██████████ ████ ████████ (.8). | 10.10 | 8,862.75 |
| 12/15/20   | ABQ | Prepare ████████ ██████████ (3.7); teleconference with S. Jenkins and T. Anten re. ████████████ (0.8) | 4.50  | 2,895.75 |
| 12/15/20   | CTB | Emails with R. Kassabian re ████ ██.                                                               | 0.70  | 661.50   |
| 12/15/20   | SW2 | Analyze and review documents ████████ ████████████ ██████████ (5.0); review and analyze documents ████████████ | 8.00  | 2,360.00 |

**quinn emanuel trial lawyers**

January 26, 2021                                                Matter #: 05621-00003
Page 14                                              Invoice Number: 101-0000112454

█████████████████████████████.
(3.0)

| 12/15/20 | TA | Draft ████ █ ██████ ████ (0.8); email correspondence with R.Kassabian re: ████████ (0.2); review █████████ █████ (1.2); teleconference with D.Scher, A.Que re: ████ (0.8); review and revise █████████ (0.3); email correspondence with R.Kassabian re; █████ (0.1). | 3.40 | 3,034.50 |
| --- | --- | --- | --- | --- |
| 12/15/20 | MMC | Review ██████ (.9); email correspondence with R.Kassabian and D.Scher re: █████ (.5). | 1.40 | 1,487.50 |
| 12/15/20 | RHK | Analysis re ████████ (.5); email correspondence with S. Jenkins and T. Anten re ████ (.3); revise ██████████ .2); email correspondence with T. Anten re ███ (.4); analysis re ████████ (.4); call ████ █ █████ █████ (.6); revise ███████ (1.1); email correspondence with M. Caruso and C. Bogdanos re ████ ███ (.3). | 3.80 | 4,037.50 |
| 12/16/20 | DS6 | Analysis ████████████ (1.2); email correspondence to S. Jenkins re: █████ (0.3); analysis re: █████████ ██████████ (0.5); analysis re: ████████ ██████████ (1.7); TC with R. | 6.00 | 3,861.00 |

**quinn emanuel** trial lawyers

|            |      | Kassabian, M.Caruso & C.Bodanos re: ███████ (0.6); revise ███████ (1.7). |      |          |
|------------|------|-------------------------------------------------------------------------|------|----------|
| 12/16/20   | ABQ  | Prepare ████████████ (4.8); email correspondence with T. Anten re. ██████ (0.1) | 4.90 | 3,153.15 |
| 12/16/20   | SJ1  | Factual research re: ████████ ████████ (4.8); review and revise ████████ (3.3); analysis of ████████ ████████ ████████ (1.6). | 9.70 | 8,511.75 |
| 12/16/20   | AB2  | Emails with SJ1 re: ██████ ██████ (.2); research and reporting re: ████ (.6); prepare ████████ ████ (.7). | 1.50 | 262.50 |
| 12/16/20   | CTB  | Telephone call with R. Kassabian, D.Scher & M. Caruso re ████████ (.6); emails with R. Kassabian re ██████ (.2). | 0.80 | 756.00 |
| 12/16/20   | SW2  | Review and analyze ████████ ████████ ████████ (8.0). | 8.00 | 2,360.00 |
| 12/16/20   | TA   | Email correspondence with R.Kassabian re: ████████ ██████ (0.2); email correspondence with A.Que re: ████████ (0.1); develop ████ ████████ ████████ (2.6). | 2.90 | 2,588.25 |
| 12/16/20   | RHK  | Call with M. Caruso, D. Scher & C.Bogdanos re ████████ (.6); revise ████ (.4); review ████████ (.4); email correspondence with D. Scher re ████ (.3); analysis re ████████ ████████ (1.0); email | 3.50 | 3,718.75 |

# quinn emanuel trial lawyers

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | correspondence with T. Anten re ████ (.4); call ████████ ████████████ (.4). |  |  |
| 12/16/20 | MMC | Review ████████████████████ ████████████████████████ ████ (1.7); teleconference with R.Kassabian, D.Scher and C.Bogdanos re: ████████ (.6); email correspondence with R.Kassabian re: ████████ (.2). | 2.50 | 2,656.25 |
| 12/17/20 | DS6 | Review and revise ████████ (1.5); email correspondence with S. Jenkins re: ████████████████ ████████████████ ████████ (0.3). | 1.80 | 1,158.30 |
| 12/17/20 | TA | Draft and revise ████████████ (1.7); review and revise ████ (2.0); assess ████████████████ (0.4); email correspondence with R.Kassabian re: ████████ (0.2). | 4.30 | 3,837.75 |
| 12/17/20 | SJ1 | Prepare analysis re: ████████ ████████████████ (3.6); email correspondence with R. Kassabian and T. Anten re ████ (.2); factual research re: ████████ ████████████ (3.5); prepare ████████████████ (1.8). | 9.10 | 7,985.25 |
| 12/17/20 | SW2 | Review and analyze ████████ ████████████ (8.0). | 8.00 | 2,360.00 |
| 12/17/20 | MMC | Review and revise ████████ (.5); review ████████ (.2). | 0.70 | 743.75 |

los angeles | new york | san francisco | silicon valley | chicago | dc | london | mannheim | tokyo | hamburg | paris | munich
sydney | hong kong | houston | brussels | seattle | zurich | shanghai | stuttgart | perth | boston | salt lake city

**quinn emanuel** trial lawyers

January 26, 2021                                                    Matter #: 05621-00003
Page 17                                           Invoice Number: 101-0000112454

| | | | | |
|---|---|---|---|---|
| 12/17/20 | RSH | Prepared ███████████████ . .7. | 0.70 | 273.00 |
| 12/17/20 | RHK | Analysis re ████████ (.7); email and correspondence with S. Jenkins and T. Anten re ████ (.2); prepare ███████████████████ (.7); prepare ██████ ████████████ ██████████████████ ███████ (.6). | 2.20 | 2,337.50 |
| 12/18/20 | SJ1 | Review and revise analysis re: ████ ████████████ (3.6); factual research re: ████ ██████████████ (4.9); prepare ████████████ ██████████████████ ████████████ (1.8). | 10.30 | 9,038.25 |
| 12/18/20 | TA | Review and revise : ████████████ ██████ (4.4); email correspondence with ████████████████ (0.4); email correspondence with R.Kassabian re: ██████████ (0.1); review and revise ████████████ (0.3); review letter re: ████████████ ███████ (0.8); email correspondence with R.Kassabian re: ████████████ ███████ (0.2); review and assess ██████████████ ██████████████ (1.5). | 7.70 | 6,872.25 |
| 12/18/20 | DS6 | Email correspondence with C. Bogdanos re: ████████ (0.3); email correspondence with R. Kassabian re: ██████████ (0.9). | 1.20 | 772.20 |
| 12/18/20 | AB2 | Emails with DS6 re: ████████ ████████████ | 1.30 | 227.50 |

# quinn emanuel trial lawyers

January 26, 2021                                                                                            Matter #: 05621-00003
Page 18                                                                                        Invoice Number: 101-0000112454

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | █████████ (.3); prepare for review re: ████ (1). |  |  |
| 12/18/20 | RSH | Reviewed and █████████████ ██████████████ . .5. | 0.50 | 195.00 |
| 12/18/20 | RHK | Review and revise ████████ █████████████ ███████ (1.0); email correspondence with T. Anten and S. Jenkins re (.7); revise ████████████ ██████████████ (.6);  email correspondence ██████████ (.2); email correspondence with T. Anten re ███████████████ ████████████ (.3); finalize ████ (.3). | 3.10 | 3,293.75 |
| 12/18/20 | SW2 | Review and analyze ███████ ███████████████ ██████████████████ (4.0). | 4.00 | 1,180.00 |
| 12/18/20 | MMC | Review ████████████ ██████ (.3). | 0.30 | 318.75 |
| 12/18/20 | ABS | Review █████████████ ██████████ (3.5). | 3.50 | 1,032.50 |
| 12/19/20 | SJ1 | Factual analysis re: ████████ ████████████ (6.1); prepare ██████████████████ █ █ ████████████ ███████████████ (1.3). | 7.40 | 6,493.50 |
| 12/19/20 | JL9 | Process ████████████ ██████████████ (0.4). | 0.40 | 70.00 |
| 12/19/20 | SW2 | Review and analyze ███████ ██████████████ ███████████████ (4.0). | 4.00 | 1,180.00 |
| 12/20/20 | SJ1 | Review and revise █████████ █████████████ | 10.50 | 9,213.75 |

**quinn emanuel** trial lawyers

January 26, 2021                                                                 Matter #: 05621-00003
Page 19                                                              Invoice Number: 101-0000112454

|          |     |                                                                                                           |        |          |
|----------|-----|-----------------------------------------------------------------------------------------------------------|--------|----------|
|          |     | ████ (4.9); analysis re: ████ ████████████████ (.4); analysis re: █████████████ (5.2).                     |        |          |
| 12/20/20 | MMC | Review ████████████ (.2); email correspondence with R.Kassabian re: ████████████████ (.3).                 | 0.50   | 531.25   |
| 12/20/20 | TA  | Draft and revise ████████████ ████ (4.0); email correspondence with R.Kassabian re: ████████ (0.2).        | 4.20   | 3,748.50 |
| 12/20/20 | RHK | Revise ████████████████ (2.0); email correspondence with T. Anten and S. Jenkins re ████ (.5); email correspondence with M. Caruso re ████████████ (.3). | 2.80   | 2,975.00 |
| 12/21/20 | DS6 | Review and revise ████████ (0.7); revise ████████████ (0.3); prepare █ ██████████████ (0.5); prepare ████████████████ ██████ (0.4). | 1.90   | 1,222.65 |
| 12/21/20 | ABS | Review ████████████ ████████████████ (4.6).                                                                | 4.60   | 1,357.00 |
| 12/21/20 | TA  | Draft and revise ████████ ████████████████ ██ (5.5); email correspondence with A.Que & S.Jenkins re: (0.2); email correspondence with R.Kassabian re: ████████████ (0.1); review ████████████ (0.2); draft ████████████████ ██████ | 6.30   | 5,622.75 |

**quinn emanuel** trial lawyers

███████████████ (0.3).

| 12/21/20 | SJ1 | Review and revise ███████████ (4.6); email correspondence with T.Anten & A.Que re: ████ (0.2); review and revise ██████████████ (.9); factual analysis re: ████████████ ███████████ (4.3); email correspondence ████████████ ███████████████ ██████████ (.7); prepare ████████████ (1.4). | 12.10 | 10,617.75 |
|---|---|---|---|---|
| 12/21/20 | AB2 | Emails with SJ1 re: ████████ ██████ (.4); generate ████████████ (.8); provide ████████ (.8); emails with DS6 re: ██████████ (.2); prepare ████████ (.6). | 2.80 | 490.00 |
| 12/21/20 | ABQ | Email with T. Anten and S. Jenkins re. ████████ (0.2); prepare ██████████████ (1.7). | 1.90 | 1,222.65 |
| 12/21/20 | JL9 | Conduct ██████████ (.9); generate ████████████ ████████ (1.3). | 2.20 | 385.00 |
| 12/21/20 | RHK | Email correspondence with S. Jenkins and T. Anten re ████████ ██████████ (.6); analysis re ████████ ████████ (1.3); email correspondence with S. Jenkins and D. Scher re ████ (0.3); analysis re ████████ | 2.90 | 3,081.25 |

**quinn emanuel** trial lawyers

January 26, 2021
Page 21

Matter #: 05621-00003
Invoice Number: 101-0000112454

(.7).

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 12/21/20 | SW2 | Review and analyze ██████████ (7.8); email correspondence with S. Jenkins re ██████ (0.2). | 8.00 | 2,360.00 |
| 12/21/20 | RSH | Prepared ██████. 1.1. | 1.10 | 429.00 |
| 12/21/20 | MMC | Review ██████ (.4). | 0.40 | 425.00 |
| 12/22/20 | SJ1 | Correspondence ██████ (1.7); review and revise ██ (2.7); factual analysis re: (4.8); review and revise ██████ (1.1). | 10.30 | 9,038.25 |
| 12/22/20 | DS6 | Attend ██████ (0.5); preparation re: ██ (0.5); analysis of ██████ (2.0). | 3.00 | 1,930.50 |
| 12/22/20 | RHK | Email correspondence with T. Anten re ██████. | 0.30 | 318.75 |
| 12/22/20 | SW2 | Review and analyze ██████ (4.0). | 4.00 | 1,180.00 |
| 12/22/20 | TA | Review and revise ██████ (3.0); email correspondence with R.Kassabian re: ██ (0.3); draft email ██████ | 5.50 | 4,908.75 |

**quinn emanuel** trial lawyers

(0.3); review █████████████

███████ (0.7); participate

██████████████

(0.5); review and revise ████████████

████████████

██████████ (0.7).

| 12/22/20 | MMC | Develop ████████████ | 0.20 | 212.50 |
| | | ████████████ | | |
| | | ██████████ (.2). | | |

| 12/23/20 | DS6 | Analysis of ████████████ | 1.80 | 1,158.30 |

(1.0); email correspondence with R.
Kassabian and T. Anten re: ████████
██████████████
██████████████
(0.3); analysis ████████████
██████████ (0.5).

| 12/23/20 | SJ1 | Email correspondence and analysis | 6.80 | 5,967.00 |

re: ████████████
██████████████
(2.4); preparation ████████████
██████████████
██████ (1.3); factual analysis re:
██████████ (3.1).

| 12/23/20 | MMC | Review ████████████ | 0.20 | 212.50 |

████████████ (.1); prepare for
██████████ (.1).

| 12/23/20 | CTB | Review ████████████ | 0.60 | 567.00 |

██████████ (.2);
email to T. Anten re ██████ (.4).

| 12/23/20 | TA | Review and revise ████████ | 5.50 | 4,908.75 |

██████ (1.2); review and assess
████████████
██████████ (1.1);
email correspondence with
R.Kassabian re: ████████████
██████████ (0.2); email
correspondence with C.Bogdanos re:
██████████████

**quinn emanuel** trial lawyers

| | | | | |
|---|---|---|---|---|
| | | ██████ (0.2); draft email correspondence ████████ ██████ (0.8); telephone call ██████ (0.4); email correspondence ████ ███████ (0.3); revise ████████ (0.3); review █████ (0.5); review ████ (05). | | |
| 12/23/20 | RHK | Correspondence with T. Anten and D. Scher re █████ (.6); email correspondence with T. Anten re ██████ ██████ (.4). | 1.00 | 1,062.50 |
| 12/24/20 | SJ1 | Review and analysis █████ ████ (1.8); review and analysis ██████ (.7). | 2.50 | 2,193.75 |
| 12/24/20 | RHK | Review █████ ██. | 1.20 | 1,275.00 |
| 12/24/20 | TA | Review ████ (1.5); outline █████ ████ (1.5). | 3.00 | 2,677.50 |
| 12/26/20 | DS6 | Analysis of ██████ ██████ (5.1); prepare ███ ███ ██████ (4.4). | 9.50 | 6,113.25 |
| 12/26/20 | MMC | Develop ████ (.2). | 0.20 | 212.50 |
| 12/26/20 | TA | Review █████ (1.2); develop ████ | 3.20 | 2,856.00 |

**quinn emanuel** trial lawyers

January 26, 2021                                         Matter #: 05621-00003
Page 24                                        Invoice Number: 101-0000112454

█████████████████████████
██ (1.4); email correspondence
with R.Kassabian ███████████
████████████████████████
██████████ (0.6).

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 12/26/20 | RHK | Email correspondence ████████ ████████████████████████ ███████████████████████ ████████ (2.5); call ███████ ██████ ███ (.3). | 2.80 | 2,975.00 |
| 12/27/20 | DS6 | Analysis of ███████████████ ████████████ (1.7); revise ██████████████████ (5.0); prepare ████████████ ██████████ (3.0). | 9.70 | 6,241.95 |
| 12/27/20 | SW2 | Review and analyze ██████████ ████████████████ (3.0). | 3.00 | 885.00 |
| 12/27/20 | TA | Draft ████████████████ ██ (2.0). | 2.00 | 1,785.00 |
| 12/27/20 | ABQ | Prepare █████████████ █████████████ ██████ | 7.00 | 4,504.50 |
| 12/27/20 | SJ1 | Prepare █████████████ █ ████████████ ██████ (.6); review and revise ███████████████ (3.1); preparation ████████████ (2.4). | 6.10 | 5,352.75 |
| 12/27/20 | RHK | Email correspondence with S. Jenkins and T. Anten re ███████████ (.4); prepare ████████████ (.8); review ████████████████ (1.5); outline | 4.30 | 4,568.75 |

**quinn emanuel** trial lawyers

January 26, 2021                                                    Matter #: 05621-00003
Page 25                                                    Invoice Number: 101-0000112454

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| | | ████████ (1.6). | | |
| 12/27/20 | CTB | Review ████████████ (1.5); review ████████ (1.2); review ████████ (2.0). | 4.70 | 4,441.50 |
| 12/27/20 | MMC | Develop ████████ (.1). | 0.10 | 106.25 |
| 12/28/20 | SW2 | Review and analyze ████████ ████████ ████████ (8.0). | 8.00 | 2,360.00 |
| 12/28/20 | DS6 | Revise ████████ (4.5); legal research re: ███ (3.0); email correspondence with R. Huddle re: ███ (0.5); TC with T. Anten re: ████████ (0.7); correspondence with R. Kassabian re: ████████ (0.4). | 9.10 | 5,855.85 |
| 12/28/20 | ABS | Review ████████ ████████ (2.9). | 2.90 | 855.50 |
| 12/28/20 | AB2 | Emails with SJ1 re: ████ (.3); provide ████████ (1.2). | 1.50 | 262.50 |
| 12/28/20 | ABQ | Prepare ████████ ████████. | 0.80 | 514.80 |
| 12/28/20 | JL | Emails with SW re: ████████ ███. | 0.20 | 73.00 |
| 12/28/20 | SJ1 | Review and revise ████████ (2.9); prepare ████████ (1.8); review and revise ████████ (5.2); review and revise ████████ (.7). | 10.60 | 9,301.50 |
| 12/28/20 | JL9 | Conduct ████████ ████████ | 1.60 | 280.00 |

**quinn emanuel** trial lawyers

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | ████████████ (1.6). | | |
| 12/28/20 | CTB | Review ██████████ (1.4); draft email re ████████ ████████████ (2.4) | 3.80 | 3,591.00 |
| 12/28/20 | RHK | Review ████████ ████████████ (2.5); prepare email correspondence ████████ ████ (.6); analysis re ████ ████████████ ████ (1.0). | 4.10 | 4,356.25 |
| 12/28/20 | DR2 | Review emails with TA and case team re: ████████████ (.3); review ████████████ ████████████ ████████ (.6), prepare ████████ ████████ (.2). | 1.10 | 881.10 |
| 12/28/20 | RSH | Analyzed and prepared ████████ ████████. (0.4); legal research of ████████████ ████████. (2.1). | 2.50 | 975.00 |
| 12/28/20 | TA | Draft and revise ████████ (2.5); email correspondence with D.Reinhard & D.Scher re: ████████████ (0.3); teleconference with D.Scher re: ████████ ████ (0.7); draft and revise ████████████ (1.5); review and revise ████ ████████████ (1.0). | 6.00 | 5,355.00 |
| 12/28/20 | MMC | Analyze ████████████ (3.7). | 3.70 | 3,931.25 |
| 12/29/20 | DS6 | Revise ████████████ (2.3); legal research re: ████ (3.2); TC with T. Anten and A. Que re: | 9.30 | 5,984.55 |

**quinn emanuel** trial lawyers

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | ████ (1.0), and analysis re: ███ (0.4); TC with R. Kassabian re: ██████████ (2.4). |  |  |
| 12/29/20 | TA | Teleconference with D.Scher and A.Que re: ██████████ (1.0); review and revise ███████████ (.0.7); call with S.Jenkins and R.Kassabian re: ██ (.3). | 2.00 | 1,785.00 |
| 12/29/20 | ABQ | Teleconference with T. Anten and D. Scher re. ████████ (1.0); prepare ██████ █████████ (4.3) | 5.30 | 3,410.55 |
| 12/29/20 | SJ1 | Review and revise ████████ (2.6); factual analysis re: ██████████ (3.7); review and revise ████████ (1.7); review and revise ████ (.6); prepare correspondence ███████ (1.2); call with T. Anten and R. Kassabian re: ███ (.3); prepare ████████ (2.2). | 12.30 | 10,793.25 |
| 12/29/20 | AB2 | Emails with SJ1 re: █████ (.2); provide █████████ (.7). | 0.90 | 157.50 |
| 12/29/20 | RHK | Call ██████ ████ ██████████ (.9); revise ██████████ (1.0); call with T. Anten and S. Jenkins re ████ (0.3); review and analysis re ████████ ████████ (2.0). | 4.20 | 4,462.50 |
| 12/29/20 | CTB | Review █████████ | 3.20 | 3,024.00 |

**quinn emanuel** trial lawyers

January 26, 2021                                                                 Matter #: 05621-00003
Page 28                                                                 Invoice Number: 101-0000112454

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| | | (1.2); outline ▮ (2.0). | | |
| 12/29/20 | SW2 | Review and analyze ▮▮▮ (4.0). | 4.00 | 1,180.00 |
| 12/29/20 | DR2 | Review ▮▮▮ (1.4); review ▮▮▮▮▮▮▮ (2.1); prepare ▮▮▮ (2.8). | 6.30 | 5,046.30 |
| 12/29/20 | RSH | Analyzed and prepared ▮ (2.8). Legal researched ▮, (2.7). Prepare exhibits ▮ (.6). | 6.10 | 2,379.00 |
| 12/30/20 | SJ1 | Correspondence ▮▮ (.4); review and revise ▮ (1.2); teleconference with R. Kassabian, T. Anten & D. Scher re: ▮ (1.5); review and revise ▮ (2.5); review and revise ▮ (1.1); factual analysis re: ▮ (1.3); preparation of ▮ (3.4). | 11.40 | 10,003.50 |
| 12/30/20 | DS6 | Analysis of ▮ (1.4); | 8.80 | 5,662.80 |

los angeles | new york | san francisco | silicon valley | chicago | dc | london | mannheim | tokyo | hamburg | paris | munich
sydney | hong kong | houston | brussels | seattle | zurich | shanghai | stuttgart | perth | boston | salt lake city

**quinn emanuel** trial lawyers

January 26, 2021                                    Matter #: 05621-00003
Page 29                                    Invoice Number: 101-0000112454

|          |     |                                                                                                                                                                                                                                                                   |       |           |
| -------- | --- | --------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- | ----- | --------- |
|          |     | teleconference with R. Kassabian, T. Anten, and S. Jenkins re: ▮ (1.5); review email correspondence with R.Kassabian, T. Anten, S. Jenkins re ▮ (0.1); revise the ▮ ▮ ▮ (4.8); revise ▮ ▮ (1.0). |       |           |
| 12/30/20 | ABQ | Prepare ▮ ▮ (0.4); email correspondence with T. Anten and S. Jenkins re. ▮ (0.8); prepare ▮ ▮ (0.4). | 1.60  | 1,029.60  |
| 12/30/20 | JL9 | Conduct ▮ ▮ ▮ (0.6). | 0.60  | 105.00    |
| 12/30/20 | RSH | Prepared ▮ ▮ 5.8. | 5.80  | 2,262.00  |
| 12/30/20 | CTB | Draft ▮. | 6.20  | 5,859.00  |
| 12/30/20 | SW2 | Review and analyze ▮ ▮ (5.0). | 5.00  | 1,475.00  |
| 12/30/20 | TA  | Review and revise ▮ ▮ (4.1); email correspondence with S.Jenkins & D.Scher re: ▮ (1.0); teleconference with R.Kassabian, S.Jenkins & D.Scher re: ▮ (0.5); draft, review and revise ▮ ▮ (4.1). | 9.70  | 8,657.25  |
| 12/30/20 | RHK | Revise and finalize ▮ ▮ (7.2); multiple email correspondence with T. Anten, S. | 10.20 | 10,837.50 |

**quinn emanuel** trial lawyers

January 26, 2021                                      Matter #: 05621-00003
Page 30                                      Invoice Number: 101-0000112454

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | Jenkins and D. Scher re ▆▆ (1.5); call with T. Anten, S. Jenkins and D. Scher re ▆▆ (1.5). |  |  |
| 12/31/20 | SJ1 | Review and revise ▆▆▆▆▆ ▆▆▆ (2.9); review and revise ▆▆▆▆▆▆▆▆ (2.3); review and revise ▆▆▆▆▆ (1.2); preparation of ▆▆▆▆▆ ▆▆▆ ▆▆▆▆ (3.8). | 10.20 | 8,950.50 |
| 12/31/20 | RSH | Prepared ▆▆▆▆▆ (1.7.) | 1.70 | 663.00 |
| 12/31/20 | RHK | Finalize ▆▆▆▆▆▆. (5.0). | 5.00 | 5,312.50 |
| 12/31/20 | DR2 | Review ▆▆▆▆ ▆▆▆▆ ▆▆▆▆ ▆▆▆▆ ▆▆▆▆ ▆▆▆▆ (1.4); prepare ▆▆▆▆ ▆▆▆▆ ▆▆ (1.5). | 2.90 | 2,322.90 |
| 12/31/20 | SW2 | Draft ▆▆▆ (0.8), and draft ▆▆▆▆ ▆▆▆▆ (2.2). | 3.00 | 885.00 |
| 12/31/20 | CTB | Draft ▆▆▆▆. (4.7). | 4.70 | 4,441.50 |
| 12/31/20 | TA | Draft and revise ▆▆▆▆ (7.5). | 7.50 | 6,693.75 |
| 12/31/20 | MMC | Revise ▆▆▆▆ (2.1). | 2.10 | 2,231.25 |
|  |  | SUBTOTAL | 700.20 | 519,179.40 |

**Fee Summary**

| Attorneys | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|

los angeles | new york | san francisco | silicon valley | chicago | dc | london | mannheim | tokyo | hamburg | paris | munich
sydney | hong kong | houston | brussels | seattle | zurich | shanghai | stuttgart | perth | boston | salt lake city

**quinn emanuel trial lawyers**

January 26, 2021                                                  Matter #: 05621-00003
Page 31                                          Invoice Number: 101-0000112454

| Rachel Herrick Kassabian | RHK | Partner | 77.80 | 1,062.50 | 82,662.50 |
|---|---|---|---|---|---|
| Margret Caruso | MMC | Partner | 13.10 | 1,062.50 | 13,918.75 |
| Patty Tomasco | PT | Partner | 0.50 | 977.50 | 488.75 |
| Claudia Bogdanos | CTB | Counsel | 27.70 | 945.00 | 26,176.50 |
| Todd Anten | TA | Partner | 118.10 | 892.50 | 105,404.25 |
| Sara Jenkins | SJ1 | Counsel | 178.50 | 877.50 | 156,633.75 |
| Donald Reinhard | DR2 | Associate | 10.30 | 801.00 | 8,250.30 |
| Dylan Scher | DS6 | Associate | 115.80 | 643.50 | 74,517.30 |
| Allison (Bingxue) Que | ABQ | Associate | 31.30 | 643.50 | 20,141.55 |
| Roger S Huddle | RSH | Law Clerk | 21.20 | 390.00 | 8,268.00 |
| Scott Weingrad | SW2 | Attorney | 70.00 | 295.00 | 20,650.00 |
| Andrew B. Sanford | ABS | Attorney | 11.00 | 295.00 | 3,245.00 |

| Case Assistants | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Barbara J Howell | BH2 | Paralegal | 16.60 | 330.00 | 5,478.00 |

| Litigation Support/Document Management Services | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Jonathan Land | JL | Litigation Support | 0.20 | 365.00 | 73.00 |
| Vince Mesa | VM1 | Litigation Support | 6.40 | 250.00 | 1,600.00 |
| Anthony Bentancourt | AB2 | Litigation Support | 17.50 | 175.00 | 3,062.50 |
| Joe Liao | JL9 | Litigation Support | 5.90 | 175.00 | 1,032.50 |
| Jet Ma | JM7 | Litigation Support | 2.40 | 175.00 | 420.00 |

## Expense Summary

| Description | Amount |
|---|---|
| Deposition transcript | 18,083.60 |
| Online Research | 0.00 |
| Video deposition/Videotaping | 7,994.50 |
| Word processing | 0.00 |
| Document Services | 100.75 |

**Litigation Support Costs**

| Hosting per GB - 3.50 | 6,226.50 |
|---|---|
| Total Expenses | $32,405.35 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: March 16, 2021, at 4:00 p.m. (prevailing Eastern Time)** |

### NOTICE OF THE FIFTH MONTHLY FEE APPLICATION OF QUINN EMANUEL URQUHART & SULLIVAN, LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM DECEMBER 1, 2020, TO AND INCLUDING DECEMBER 31, 2020

PLEASE TAKE NOTICE that today, Quinn Emanuel Urquhart & Sullivan, LLP, as special counsel to the Debtors in the above-captioned case, filed the attached Fifth Monthly Fee Application of Quinn Emanuel Urquhart & Sullivan, LLP for Allowance of Compensation and Reimbursement of Expenses for the Period from December 1, 2020, to and Including December 31, 2020 (the "Application").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Application, must: (a) be filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, by March 16, 2021, at 4:00 p.m. (ET) (the "Objection Deadline"); and (b) be served so as to be received on or before the Objection Deadline by:

a. The Debtors, Boy Scouts of America, 1325 West Walnut Hill Lane, Irving, Texas 75038, Attn: Steven P. McGowan (steve.mcgowan@scouting.org);

b. Counsel to the Debtors – White & Case LLP, 1221 Avenue of the Americas, New York, New York 10020, Attn: Jessica C.K. Boelter (jessica.boelter@whitecase.com) and Matthew E. Linder (mlinder@whitecase.com);

c. Co-counsel to the Debtors - Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, 16th Floor, P.O. Box 1347, Wilmington, Delaware 19899-1347, Attn: Derek C. Abbott (dabbott@mnat.com);

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

d.      The United States Trustee - 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: David Buchbinder, Hannah M. McCollum, and Ramona Vinson      (david.l.buchbinder@usdoj.gov;      hannah.mccollum@usdoj.gov; ramona.vinson@usdoj.gov); Christine Green (Christine.Green@usdoj.gov);

e.      Counsel to the Official Committee of Unsecured Creditors - Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036, Attn: Rachael Ringer and Megan M. Wasson (rringer@kramerlevin.com; mwasson@kramerlevin.com);

f.      Co-counsel to the Official Committee of Unsecured Creditors - Reed Smith LLP, 1201 N. Market Street, Suite 1500, Wilmington, DE 19801, Attn: Kurt F. Gwynne and Katelin A. Morales (kgwynne@reedsmith.com; kmorales@reedsmith.com);

g.      Counsel to the Official Committee of Tort Claimants - Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801, Attn: James E. O'Neill and James I. Stang (joneill@pszjlaw.com; jstang@pszjlaw.com);

h.      Counsel to the Ad Hoc Committee of Local Councils - Wachtell, Lipton, Rosen & Katz, 51 West 52nd Street, New York New York 10019, Attn: Richard G. Mason and Joseph C. Celentino (rgmason@wlrk.com; jccelentino@wlrk.com);

i.      Counsel to JPMorgan Chase Bank, National Association - Norton Rose Fulbright US LLP, 2200 Ross Avenue, Dallas, Texas 75201-7932, Attn: Louis R. Srubeck and Kristian W. Gluck; (kristian.gluck@nortonrosefulbright.com; louis.strubeck@nortonrosefulbright.com);

j.      Counsel to the County Commission of Fayette County (West Virginia) - Steptoe & Johnson PLLC, Chase Tower, 8th Floor, 707 Virginia Street East, Charleston, West Virginia 25301, Attn: John Stump (john.stump@steptoe-johnson.com);

k.      Counsel to the Future Claimants' Representative - Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 N. King Street, Wilmington, Delaware 19801, Attn: Robert S. Brady and Edwin J. Harron (eharron@ycst.com; rbrady@ycst.com); and

l.      Rucki Fee Review, LLC, 1111 Windon Drive, Wilmington, DE 19803, Attn: Justin H. Rucki (justinrucki@ruckifeereview.com).

A HEARING ON THE APPLICATION, IF NECESSARY, WILL BE HELD AT THE CONVENIENCE OF THE COURT AND NOTICE OF ANY SUCH HEARING WILL BE GIVEN ONLY TO THE OBJECTING PARTY OR PARTIES.

IF YOU FILE TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION, WITHOUT FURTHER NOTICE OF HEARING.

Respectfully submitted this 2nd day of March, 2021.

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/  Patricia B. Tomasco*

Patricia B. Tomasco
711 Louisiana, Suite 500
Houston, Texas 77002
Telephone: 713-221-7000
Facsimile:  713-221-7100
Email: pattytomasco@quinnemanuel.com

-and-

Rachel Herrick Kassabian
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: 650-801-5005
Email: rachelkassabian@quinnemanuel.com

-and-

Todd Anten
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: 212-849-7192
Email: toddanten@quinnemanuel.com

SPECIAL LITIGATION COUNSEL FOR THE BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC