**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Ref. Docket No. 2019 |

**CERTIFICATION OF COUNSEL REGARDING DEBTORS' FIRST
OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CERTAIN
(I) EXACT DUPLICATE CLAIMS, (II) AMENDED AND SUPERSEDED
CLAIMS, AND (III) INCORRECT DEBTOR CLAIMS (NON-ABUSE CLAIMS)**

The undersigned counsel to the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies as follows:

1. On February 3, 2021, the Debtors filed the *Debtors' First Omnibus (Non-Substantive) Objection to Certain (I) Exact Duplicate Claims, (II) Amended and Superseded Claims, and (III) Incorrect Debtor Claims (Non-Abuse Claims)* [D.I. 2019] (the "Omnibus Objection").[2]

2. The deadline for responses to the Omnibus Objection was February 23, 2021, at 4:00 p.m. (ET) (the "Response Deadline").

3. Prior to the Response Deadline, the Debtors received informal responses to the Omnibus Objection (each, an "Informal Response" and collectively, the "Informal Responses") from the following parties: (a) Richard Lehr and (b) CPC Neutek. No other responses to the Omnibus Objection were received by the Debtors prior to the Response Deadline.

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Omnibus Objection.

4.	The Debtors have resolved the Informal Responses through revisions to the Proposed Order (the "Revised Proposed Order").[3]

5.	A copy of the Revised Proposed Order reflecting the agreed-upon revisions to the related exhibits is attached hereto as **Exhibit A**.[4]

6.	For the convenience of the Court and parties in interest, a redline comparing the Revised Proposed Order against the Proposed Order attached to the Omnibus Objection is attached hereto as **Exhibit B**.

WHEREFORE, the Debtors respectfully request that the Court enter the Revised Proposed Order at its earliest convenience.

*[Remainder of Page Intentionally Left Blank]*

---

[3]  Additionally, the Debtors have also of their own accord removed the claim of Edward G. Mills II from Schedule 1, which is subject to the Debtors' further objection on any grounds, as reflected in the Revised Proposed Order and redline.

[4]  The Debtors reserve the right to object to any claims removed from the Revised Proposed Order on any grounds permitted under applicable law.

| | |
|---|---|
| Dated: March 3, 2021<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Eric W. Moats (No. 6441)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone:  (302) 658-9200<br>Email:  dabbott@morrisnichols.com<br>   aremming@morrisnichols.com<br>   emoats@morrisnichols.com<br>   ptopper@morrisnichols.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Jessica C. Lauria (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone:  (212) 819-8200<br>Email:  jessica.lauria@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone:  (212) 881-5400<br>Email: mandolina@whitecase.com<br>   mlinder@whitecase.com<br><br>*Counsel for the Debtors and Debtors in Possession* |