**Exhibit A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 2019** |

**ORDER SUSTAINING DEBTORS' FIRST OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CERTAIN (I) EXACT DUPLICATE CLAIMS (II) AMENDED AND SUPERSEDED CLAIMS AND (III) INCORRECT DEBTOR CLAIMS
(NON-ABUSE CLAIMS)**

Upon the *Debtors' First Omnibus (Non-Substantive) Objection to Certain (I) Exact Duplicate Claims (II) Incorrect Debtor Claims and (III) Amended and Superseded Claims* (the "Objection"),[2] of the debtors and debtors in possession (together, the "Debtors") in the above-captioned chapter 11 cases, pursuant to Bankruptcy Code sections 105 and 502, Bankruptcy Rule 3007, and Local Rule 3007-1; and the Court having jurisdiction to consider the Objection and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated as of February 29, 2012; and consideration of the Objection and the relief requested therein being a core proceeding in accordance with 28 U.S.C. § 157(b)(2); and venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Objection being adequate and appropriate under the particular circumstances; and the Court having considered the Phillips Declaration and found and determined that the relief sought in the Objection is in the best interests of the Debtors, the Debtors' estates and creditors, and other parties in interest and that

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Objection is sustained as provided herein.

2. Any Response to the Objection not otherwise withdrawn, resolved, or adjourned is overruled on the merits.

3. Each Exact Duplicate Claim listed in the column titled "Duplicate Claim to be Disallowed" identified on **Schedule 1** hereto is disallowed and expunged in its entirety. The Exact Duplicate Claims listed in the column titled "Remaining Claim" identified on **Schedule 1** hereto shall remain on the Claims Register, subject to the Debtors' further objections on any substantive or non-substantive grounds and further order of the Court.

4. Each Amended and Superseded Claim listed in the column titled "Amended Claim to be Disallowed" identified on **Schedule 2** hereto is disallowed and expunged in its entirety. The Amended and Superseded Claims listed in the column titled "Surviving Claim" identified on **Schedule 2** hereto shall remain on the Claim Register, subject to the Debtors' further objections on any substantive or non-substantive grounds.

5. Each Incorrect Debtor Claim identified on **Schedule 3** hereto is reassigned as a claim against the correct Debtor or Debtors, as noted in the column marked "Correct Debtor" on **Schedule 3** hereto, provided, however, that such Incorrect Debtor Claims may be subject to further modification or disallowance by an order of the Court upon further objection by the Debtors on any substantive or non-substantive grounds.

6. The objection by the Debtors to the Disputed Claims, as addressed in the Objection and the schedules hereto, constitutes a separate contested matter with respect to each

such claim, as contemplated by Bankruptcy Rule 9014 and Local Rule 3007-1. This Order shall be deemed a separate Order with respect to each Disputed Claim.

7. Any stay of this Order pending appeal by any holder of a Disputed Claim or any other party with an interest in such claims that are subject to this Order shall only apply to the contested matter which involves such party and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters arising from the Objection or this Order.

8. The Debtors, Omni, and the Clerk of this Court are authorized to modify the official Claims Register for these chapter 11 cases in compliance with the terms of this Order and to take all steps necessary or appropriate to carry out the relief granted in this Order.

9. Nothing in this Order or the Objection is intended or shall be construed as a waiver of any of the rights the Debtors may have to enforce rights of setoff against the claimants.

10. Nothing in the Objection or this Order, nor any actions or payments made by the Debtors pursuant to this Order, shall be construed as: (a) an admission as to the amount of, basis for, or validity of any claim against the Debtors under the Bankruptcy Code or other applicable nonbankruptcy law; (b) a waiver of the Debtors' or any other party in interest's right to dispute any claim; (c) a promise or requirement to pay any particular claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Order; (e) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; or (f) a waiver of any claims or causes of action which may exist against any entity under the Bankruptcy Code or any other applicable law.

11. This Order is immediately effective and enforceable.

12. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

## Schedule 1

**Exact Duplicate Claims**

First Omnibus Objection (Non-Substantive)
Schedule 1 - Exact Duplicate Claims

| | DUPLICATE CLAIM TO BE DISALLOWED | | | | | REMAINING CLAIM | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | CITY OF MEMPHIS<br>ATTN: KITRICIA MCCLELLAN<br>P.O. BOX 185<br>MEMPHIS, TN 38101 | 08/18/20 | Boy Scouts of America<br>20-10343 (LSS) | C343-244 | $ 150.53* | CITY OF MEMPHIS<br>P.O. BOX 185<br>MEMPHIS, TN 38101 | 08/18/20 | Boy Scouts of America<br>20-10343 (LSS) | C343-248 | $ 150.53* |
| | Reason: Proof of Claim asserts liabilities which are duplicative another filed Proof of Claim | | | | | | | | | |
| 2 | CLAIM [263] REDACTED PER COURT ORDER, DKT 72<br>ADDRESS REDACTED | 08/24/20 | Boy Scouts of America<br>20-10343 (LSS) | C343-263 | $ 500,000.00 | CREDITOR 269<br>ADDRESS REDACTED | 08/24/20 | Boy Scouts of America<br>20-10343 (LSS) | C343-269 | $ 500,000.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative another filed Proof of Claim | | | | | | | | | |
| 3 | DAVID GAYDEN<br>C/O CUTLER LAW PC<br>ATTN: JENN DOMER<br>401 WATT AVE<br>SACRAMENTO, CA 95864 | 11/13/20 | Boy Scouts of America<br>20-10343 (LSS) | C343-13557 | $ 0.00 | DAVID GAYDEN<br>C/O CUTLER LAW PC<br>ATTN: JEAN DOMER<br>401 WATT AVE<br>SACRAMENTO, CA 95864 | 11/16/20 | Boy Scouts of America<br>20-10343 (LSS) | C343-13414 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative another filed Proof of Claim | | | | | | | | | |
| 4 | FITZGIBBON, THOMAS H<br>ADDRESS REDACTED | 10/19/20 | Boy Scouts of America<br>20-10343 (LSS) | C343-1401 | $ 353,449.14 | FITZGIBBON, THOMAS H<br>ADDRESS REDACTED | 10/19/20 | Boy Scouts of America<br>20-10343 (LSS) | C343-1475 | $ 353,449.14 |
| | Reason: Proof of Claim asserts liabilities which are duplicative another filed Proof of Claim | | | | | | | | | |
| 5 | GASPARO, DANIEL R<br>ADDRESS REDACTED | 08/21/20 | Boy Scouts of America<br>20-10343 (LSS) | C343-301 | $ 224,763.44 | GASPARO, DANIEL R<br>ADDRESS REDACTED | 09/21/20 | Boy Scouts of America<br>20-10343 (LSS) | C343-355 | $ 224,763.44 |
| | Reason: Proof of Claim asserts liabilities which are duplicative another filed Proof of Claim | | | | | | | | | |

This Schedule contains certain redactions to personal contact information in compliance with the confidentiality procedures, as set forth in the *Final Order (I) Authorizing Debtors to File (A) A Consolidated List of Counsel Representing the Largest Numbers of Abuse Victims and (B) A Consolidated List of Other Unsecured Creditors of the Debtors, (II) Authorizing and Approving Special Noticing and Confidentiality Procedures, and (III) Granting Related Relief* [Docket No. 274].

\* Indicates claim contains unliquidated and/or undetermined amounts

First Omnibus Objection (Non-Substantive)
Schedule 1 - Exact Duplicate Claims

| | DUPLICATE CLAIM TO BE DISALLOWED | | | | | REMAINING CLAIM | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 6 HARTFORD FIRE INSURANCE COMPANY AS ASSIGNEE OF HARTFORD SPECIALTY COMPANY BANKRUPTCY, UNIT HO2-R HOME OFFICE HARTFORD, CT 06155 | 03/02/20 | Boy Scouts of America 20-10343 (LSS) | C343-13 | Undetermined* | HARTFORD FIRE INSURANCE CO ATTN: HANK HOFFMAN AS ASSIGNEE OF HARTFORD SPECIALTY CO ONE HARTFORD PLAZA BANKRUPTCY, UNIT HO2-R, HOME OFFICE HARTFORD, CT 06155 | 03/10/20 | Boy Scouts of America 20-10343 (LSS) | C343-26 | Undetermined* |
| Reason: Proof of Claim asserts liabilities which are duplicative another filed Proof of Claim | | | | | | | | | |
| 7 OATS, RON ADDRESS REDACTED | 08/21/20 | Boy Scouts of America 20-10343 (LSS) | C343-293 | $ 124,498.68 | RON OATS ADDRESS REDACTED | 10/30/20 | Boy Scouts of America 20-10343 (LSS) | C343-1394 | $ 124,498.68 |
| Reason: Proof of Claim asserts liabilities which are duplicative another filed Proof of Claim | | | | | | | | | |
| 8 OKLAHOMA TAX COMMISSION GENERAL COUNSEL'S OFFICE ATTN: SEAN R MCFARLAND 100 N BROADWAY AVE, STE 1500 OKLAHOMA CITY, OK 73102 | 03/27/20 | Boy Scouts of America 20-10343 (LSS) | C343-36 | $ 321.13 | OKLAHOMA TAX COMMISSION GENERAL COUNSEL'S OFFICE ATTN: SEAN MCFARLAND 100 N BROADWAY AVE, STE 1500 OKLAHOMA CITY, OK 73102 | 06/01/20 | Boy Scouts of America 20-10343 (LSS) | C343-68 | $ 321.13 |
| Reason: Proof of Claim asserts liabilities which are duplicative another filed Proof of Claim | | | | | | | | | |
| 9 PIEDMONT NATURAL GAS ATTN: LASHAWNDA FREEMAN BANKRUPTCY 4339 S TRYON ST CHARLOTTE, NC 28217 | 06/09/20 | Boy Scouts of America 20-10343 (LSS) | C343-83 | $ 3,053.92 | PIEDMONT NATURAL GAS ATTN: LASHAWNDA FREEMAN 4339 S TRYON ST CHARLOTTE, NC 28217 | 07/08/20 | Boy Scouts of America 20-10343 (LSS) | C343-114 | $ 3,053.92 |
| Reason: Proof of Claim asserts liabilities which are duplicative another filed Proof of Claim | | | | | | | | | |

This Schedule contains certain redactions to personal contact information in compliance with the confidentiality procedures, as set forth in the *Final Order (I) Authorizing Debtors to File (A) A Consolidated List of Counsel Representing the Largest Numbers of Abuse Victims and (B) A Consolidated List of Other Unsecured Creditors of the Debtors, (II) Authorizing and Approving Special Noticing and Confidentiality Procedures, and (III) Granting Related Relief* [Docket No. 274].

\* Indicates claim contains unliquidated and/or undetermined amounts

First Omnibus Objection (Non-Substantive)
Schedule 1 - Exact Duplicate Claims

| | DUPLICATE CLAIM TO BE DISALLOWED | | | | | REMAINING CLAIM | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 10 | RED MOUNTAIN APPRAISAL SERVICES ATTN: EDMUND FLOYD 116 S 2ND ST RATON, NM 87740 | 06/15/20 | Boy Scouts of America 20-10343 (LSS) | C343-187 | $ 5,174.35 | RED MOUNTAIN APPRAISAL SERVICES, LLC 116 S 2ND ST RATON, NM 87740 | 08/15/20 | Boy Scouts of America 20-10343 (LSS) | C343-261 | $ 5,174.35 |
| | Reason: Proof of Claim asserts liabilities which are duplicative another filed Proof of Claim | | | | | | | | | |
| 11 | ROSSER, MARY MARGARET ADDRESS REDACTED | 07/20/20 | Boy Scouts of America 20-10343 (LSS) | C343-325 | $ 134,158.56 | ROSSER, MARY MARGARET ADDRESS REDACTED | 07/24/20 | Boy Scouts of America 20-10343 (LSS) | C343-213 | $ 134,158.56 |
| | Reason: Proof of Claim asserts liabilities which are duplicative another filed Proof of Claim | | | | | | | | | |
| 12 | SHELBY COUNTY TRUSTEE ATTN: KITRICIA JACKSON P.O. BOX 2751 MEMPHIS, TN 38101 | 08/18/20 | Boy Scouts of America 20-10343 (LSS) | C343-243 | $ 190.76* | SHELBY COUNTY TRUSTEE P.O. BOX 2751 MEMPHIS, TN 38101-2751 | 08/18/20 | Boy Scouts of America 20-10343 (LSS) | C343-247 | $ 190.76* |
| | Reason: Proof of Claim asserts liabilities which are duplicative another filed Proof of Claim | | | | | | | | | |
| | | | Total | | $ 1,345,760.51* | | | Total | | $ 1,345,760.51* |

This Schedule contains certain redactions to personal contact information in compliance with the confidentiality procedures, as set forth in the *Final Order (I) Authorizing Debtors to File (A) A Consolidated List of Counsel Representing the Largest Numbers of Abuse Victims and (B) A Consolidated List of Other Unsecured Creditors of the Debtors, (II) Authorizing and Approving Special Noticing and Confidentiality Procedures, and (III) Granting Related Relief* [Docket No. 274].

\* Indicates claim contains unliquidated and/or undetermined amounts

**Schedule 2**

**Amended and Superseded Claims**

First Omnibus Objection (Non-Substantive)
Schedule 2 - Amended and Superseded Claims

| | | AMENDED CLAIM TO BE DISALLOWED | | | | SURVIVING CLAIM | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | 2CIMPLE, INC C/O FAIR HARBOR CAPITAL LLC ATTN: VICTOR KNOX P.O. BOX 237037 NEW YORK, NY 10023 Reason: Amended Claim | 10/19/20 | Boy Scouts of America 20-10343 (LSS) | C343-426 | $ 2,500.00 | 2CIMPLE, INC C/O FAIR HARBOR CAPITAL LLC ATTN: VICTOR KNOX P.O. BOX 237037 NEW YORK, NY 10023 | 10/19/20 | Boy Scouts of America 20-10343 (LSS) | C343-428 | $ 2,500.00 |
| 2 | CLAIM [13] REDACTED PER COURT ORDER, DKT 72 ADDRESS REDACTED Reason: Amended Claim | 09/26/20 | Delaware BSA, LLC 20-10342 (LSS) | C342-13 | $ 1,000,000.00 | REDACTED CLAIM 364 ADDRESS REDACTED | 09/26/20 | Boy Scouts of America 20-10343 (LSS) | C343-364 | $ 10,000,000.00 |
| 3 | ELEANOR MORRISON C/O BOY SCOUTS OF AMERICA ATTN: CHASE KOONTZ 1325 W WALNUT HILL LN IRVING, TX 75015 Reason: Amended Claim | 11/03/20 | Boy Scouts of America 20-10343 (LSS) | C343-1914 | Undetermined* | ELEANOR MORRISON C/O BOY SCOUTS OF AMERICA ATTN: CHASE KOONTZ 1325 W WALNUT HILL LN IRVING, TX 75015 | 11/04/20 | Boy Scouts of America 20-10343 (LSS) | C343-2181 | Undetermined* |
| 4 | FRANK D TSURU C/O BOY SCOUTS OF AMERICA ATTN: CHASE KOONTZ 1325 W WALNUT HILL LN IRVING, TX 75015 Reason: Amended Claim | 11/03/20 | Boy Scouts of America 20-10343 (LSS) | C343-1865 | Undetermined* | FRANK D TSURU C/O BOY SCOUTS OF AMERICA ATTN: CHASE KOONTZ 1325 W WALNUT HILL LN IRVING, TX 75015 | 11/03/20 | Boy Scouts of America 20-10343 (LSS) | C343-1960 | Undetermined* |

This Schedule contains certain redactions to personal contact information in compliance with the confidentiality procedures, as set forth in the *Final Order (I) Authorizing Debtors to File (A) A Consolidated List of Counsel Representing the Largest Numbers of Abuse Victims and (B) A Consolidated List of Other Unsecured Creditors of the Debtors, (II) Authorizing and Approving Special Noticing and Confidentiality Procedures, and (III) Granting Related Relief* [Docket No. 274].

\* Indicates claim contains unliquidated and/or undetermined amounts

First Omnibus Objection (Non-Substantive)
Schedule 2 - Amended and Superseded Claims

| | AMENDED CLAIM TO BE DISALLOWED | | | | SURVIVING CLAIM | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 5 GLENN A ADAMS<br>C/O BOY SCOUTS OF AMERICA<br>ATTN: CHASE KOONTZ<br>1325 W WALNUT HILL LN<br>IRVING, TX 75015<br><br>Reason: Amended Claim | 11/03/20 | Boy Scouts of America 20-10343 (LSS) | C343-1925 | Undetermined* | GLENN A ADAMS<br>C/O BOY SCOUTS OF AMERICA<br>ATTN: CHASE KOONTZ<br>1325 W WALNUT HILL LN<br>IRVING, TX 75015 | 11/04/20 | Boy Scouts of America 20-10343 (LSS) | C343-2176 | Undetermined* |
| 6 INDIANA DEPARTMENT OF REVENUE<br>ATTN: STEPHANIE WILLIAMS<br>100 N SENATE AVE, N240 MS 108<br>INDIANAPOLIS, IN 46204<br><br>Reason: Amended Claim | 03/02/20 | Boy Scouts of America 20-10343 (LSS) | C343-10 | $ 10,558.71 | INDIANA DEPARTMENT OF REVENUE<br>ATTN: STEPHANIE WILLIAMS<br>100 N SENATE AVE, N240 MS 108<br>INDIANAPOLIS, IN 46204 | 03/23/20 | Boy Scouts of America 20-10343 (LSS) | C343-35 | $ 1,039.72 |
| 7 JEFFREY A HWAY<br>C/O CHILLY DOGS SLED DOG KENNEL<br>1557 ESTERBERG RD<br>ELY, MN55731<br><br>Reason: Amended Claim | 11/02/20 | Boy Scouts of America 20-10343 (LSS) | C343-1681 | $ 12,915.00 | JEFFREY A HWAY<br>C/O CHILLY DOGS SLED DOG KENNEL<br>1557 ESTERBERG RD<br>ELY, MN55731 | 11/06/20 | Boy Scouts of America 20-10343 (LSS) | C343-2824 | $ 16,807.00 |
| 8 JOHN C CUSHMAN III<br>C/O BOY SCOUTS OF AMERICA<br>ATTN: CHASE KOONTZ<br>1325 W WALNUT HILL LN<br>IRVING, TX 75015<br><br>Reason: Amended Claim | 11/03/20 | Boy Scouts of America 20-10343 (LSS) | C343-1882 | Undetermined* | JOHN C CUSHMAN III<br>C/O BOY SCOUTS OF AMERICA<br>ATTN: CHASE KOONTZ<br>1325 W WALNUT HILL LN<br>IRVING, TX 75015 | 11/04/20 | Boy Scouts of America 20-10343 (LSS) | C343-2188 | Undetermined* |

This Schedule contains certain redactions to personal contact information in compliance with the confidentiality procedures, as set forth in the *Final Order (I) Authorizing Debtors to File (A) A Consolidated List of Counsel Representing the Largest Numbers of Abuse Victims and (B) A Consolidated List of Other Unsecured Creditors of the Debtors, (II) Authorizing and Approving Special Noticing and Confidentiality Procedures, and (III) Granting Related Relief* [Docket No. 274].

* Indicates claim contains unliquidated and/or undetermined amounts

First Omnibus Objection (Non-Substantive)
Schedule 2 - Amended and Superseded Claims

| | AMENDED CLAIM TO BE DISALLOWED | | | | SURVIVING CLAIM | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 9 RAYMOND E GALLISON JR<br>ADDRESS REDACTED | 10/17/20 | Boy Scouts of America 20-10343 (LSS) | C343-422 | Undetermined* | RAYMOND E GALLISON JR<br>ADDRESS REDACTED | 10/29/20 | Boy Scouts of America 20-10343 (LSS) | C343-1081 | Undetermined* |
| Reason: Amended Claim | | | | | | | | | |
| 10 STATE OF WYOMING, DEPARTMENT OF REVENUE<br>ATTN: DONNA CAMPBELL<br>122 W 25TH ST<br>CHEYENNE, WY 82002-0110 | 03/03/20 | Boy Scouts of America 20-10343 (LSS) | C343-15 | $ 247.98 | STATE OF WYOMING DEPT OF REVENUE<br>ATTN: DONNA CAMPBELL<br>EXCISE TAX DIV<br>122 W 25TH ST<br>CHEYENNE, WY 82002-0110 | 04/14/20 | Boy Scouts of America 20-10343 (LSS) | C343-51 | Undetermined* |
| Reason: Amended Claim | | | | | | | | | |
| 11 TANYA ACKER<br>C/O BOY SCOUTS OF AMERICA<br>ATTN: CHASE KOONTZ<br>1325 W WALNUT HILL LN<br>IRVING, TX 75015 | 11/03/20 | Boy Scouts of America 20-10343 (LSS) | C343-1919 | Undetermined* | TANYA ACKER<br>C/O BOY SCOUTS OF AMERICA<br>ATTN: CHASE KOONTZ<br>1325 W WALNUT HILL LN<br>IRVING, TX 75015 | 11/04/20 | Boy Scouts of America 20-10343 (LSS) | C343-2174 | Undetermined* |
| Reason: Amended Claim | | | | | | | | | |
| 12 TARGET CREATIVE GROUP, INC<br>151 N NOB HILL RD<br>PLANTATION, FL33324 | 11/10/20 | Boy Scouts of America 20-10343 (LSS) | C343-3714 | $ 2,879.65 | TARGET CREATIVE GROUP, INC<br>TARGET CREATIVE GROUP, INC<br>151 N NOBHILL RD<br>PLANTATION, FL33324-7708 | 11/13/20 | Boy Scouts of America 20-10343 (LSS) | C343-12620 | $ 2,879.65 |
| Reason: Amended Claim | | | | | | | | | |

This Schedule contains certain redactions to personal contact information in compliance with the confidentiality procedures, as set forth in the *Final Order (I) Authorizing Debtors to File (A) A Consolidated List of Counsel Representing the Largest Numbers of Abuse Victims and (B) A Consolidated List of Other Unsecured Creditors of the Debtors, (II) Authorizing and Approving Special Noticing and Confidentiality Procedures, and (III) Granting Related Relief* [Docket No. 274].

* Indicates claim contains unliquidated and/or undetermined amounts

First Omnibus Objection (Non-Substantive)
Schedule 2 - Amended and Superseded Claims

| | | AMENDED CLAIM TO BE DISALLOWED | | | | SURVIVING CLAIM | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 13 WILLIAM W STARK JR C/O BOY SCOUTS OF AMERICA ATTN: CHASE KOONTZ 1325 W WALNUT HILL LN IRVING, TX 75015<br><br>Reason: Amended Claim | 11/03/20 | Boy Scouts of America 20-10343 (LSS) | C343-1910 | Undetermined* | WILLIAM W STARK JR C/O BOY SCOUTS OF AMERICA ATTN: CHASE KOONTZ 1325 W WALNUT HILL LN IRVING, TX 75015 | 11/04/20 | Boy Scouts of America 20-10343 (LSS) | C343-2184 | Undetermined* |

This Schedule contains certain redactions to personal contact information in compliance with the confidentiality procedures, as set forth in the *Final Order (I) Authorizing Debtors to File (A) A Consolidated List of Counsel Representing the Largest Numbers of Abuse Victims and (B) A Consolidated List of Other Unsecured Creditors of the Debtors, (II) Authorizing and Approving Special Noticing and Confidentiality Procedures, and (III) Granting Related Relief* [Docket No. 274].

\* Indicates claim contains unliquidated and/or undetermined amounts

**<u>Schedule 3</u>**

**Incorrect Debtor Claims**

First Omnibus Objection (Non-Substantive)
Schedule 3 - Incorrect Debtor Claims

| | NAME | CLAIM# | ASSERTED | | | CORRECT DEBTOR | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 1 | ALAN PLUMMER ASSOCIATES<br>ATTN: BEVERLEY WASSMUND<br>1221 AURARIA PKWY<br>DENVER, CO 80128 | C342-6 | Delaware BSA, LLC | 503(b)(9) | $169.46 | Boy Scouts of America | 503(b)(9) | $169.46 |
| | Reason: Proof of claim asserts liability against Delaware BSA, LLC. The Debtors' books and records show this liability to reside under Boy Scouts of America. | | | | | | | |
| 2 | OFD FOODS LLC<br>ATTN: CHRISTINE MARIE YOUNG<br>252 25TH AVE<br>ALBANY, OR 97321 | C342-1244 | Delaware BSA, LLC | Unsecured | $9,685.10* | Boy Scouts of America | Unsecured | $9,685.10* |
| | Reason: Proof of claim asserts liability against Delaware BSA, LLC. The Debtors' books and records show this liability to reside under Boy Scouts of America. | | | | | | | |
| | | | TOTAL | | $ 9,854.56* | TOTAL | | $ 9,854.56* |

This Schedule contains certain redactions to personal contact information in compliance with the confidentiality procedures, as set forth in the *Final Order (I) Authorizing Debtors to File (A) A Consolidated List of Counsel Representing the Largest Numbers of Abuse Victims and (B) A Consolidated List of Other Unsecured Creditors of the Debtors, (II) Authorizing and Approving Special Noticing and Confidentiality Procedures, and (III) Granting Related Relief* [Docket No. 274].

* Indicates claim contains unliquidated and/or undetermined amounts