IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE



FILED
2021 MAR -4  AM 9:19
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |
|---|---|

### AFFIDAVIT OF SERVICE

I, ████████████ depose and say that I am abuse claimant 242 in the above-captioned case, and am not represented by counsel.

On February 10th, 2021, I served true and correct copies of the following document by email upon the persons set forth in the attached **Exhibit A**, and by First Class mail, postage prepaid, upon the persons set forth in the attached **Exhibit B**.

- **Response of Abuse Claimant 242 to the Objections of the Coalition of Abused Scouts for Justice and other counsel and claimants to Insurers' Motions for certain Discovery, and Joinder to the Motions of certain insurers and to Comments by the Church of Jesus Christ of Latter-day Saints in their Statement of Interest [Doc. No. 2241]**

| *Dated:* February 27th, 2021<br><br>State of Michigan<br><br>County of Ingham | [signature redacted] |
|---|---|

Subscribed and sworn to (or affirmed) before me on this 27th day of February, 20 21, by ████████████ proved to me on the basis of satisfactory evidence to be the person who appeared before me.

[Notary signature]
Notary Public

ELIZABETH ELGAS
Notary Public - State of Michigan
County of Clinton
My Commission Expires Jun 26, 2025
Acting in the County of Ingham

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

# Exhibit A: Email Service List

| D.I. # | Party | Law Firm | Contact | Email |
|---|---|---|---|---|
| 1972 | Century | THE LAW OFFICES OF JOYCE, LLC | Michael J Joyce | mjoyce@mjlawoffices.com |
| 2008 | TRAVELERS CASUALTY AND SURETY COMPANY | REGER RIZZO & DARNALL LLP | Louis J. Rizzo, Jr., Esquire (#3374) | lrizzo@regerlaw.com |
| 2022 | Century | BAYARD, P.A. | Erin R. Fay (No. 5268) | l: efay@bayardlaw.com |
| 2022 | Century | BAYARD, P.A. | Gregory J. Flasser (No. 6154) | gflasser@bayardlaw.com |
| | | RICHARDS, LAYTON & | Michael J. Merchant (No. | |

[rows redacted]

| | | | David M. Klauder, Esquire | |

[rows redacted]

| 2090 | | Napoli Shkolnik PLLC | R Joseph Hrubiec | RHrubiec@NapoliLaw.com |
| | Coalition | MONZACK MERSKY AND BROWDER, P.A. | Rachel B. Mersky (DE No. 2049) | rmersky@monlaw.com |
| | Coalition | BROWN RUDNICK LLP | David J. Molton, Esq | DMolton@BrownRudnick.com |
| | Coalition | BROWN RUDNICK LLP | Sunni P. Beville, Esq. | SBeville@BrownRudnick.com |
| | Coalition | BROWN RUDNICK LLP | Tristan G. Axelrod, Esq. | TAxelrod@BrownRudnick.com |
| | Coalition | Blank Rome LLP | Stanley B. Tarr, Esq. | tarr@blankrome.com |
| | Chase | NORTON ROSE FULBRIGHT US LLP | Louis R. Strubeck, Jr. | louis.strubeck@nortonrosefulbright. |
| | | WOMBLE BOND DICKINSON (US) | Matthew P. Ward | matthew.ward@wbd-us.com |
| | GSUSA | Dorsey & Whitney (Delaware) LLP | Alessandra Glorioso | glorioso.alessandra@dorsey.com |
| | GSUSA | Dorsey & Whitney LLP | Bruce R. Ewing | ewing.bruce@dorsey.com |
| | Synchrony Bank | PRA RECEIVABLES MANAGEMENT, LLC | Valerie Smith | claims@recoverycorp.com |
| | TCC | Pachulski Stang Ziehl & Jones LLP | James I. Stang | jstang@pszjlaw.com |

# Exhibit B: Postal Service List

| | | | |
|---|---|---|---|
| 2022 Century | STAMOULIS & WEINBLATT LLC | Stamatios Stamoulis (#4606) | 800 N. West Street Third Floor Wilmington, Delaware 19801 |
| Trustee | | | Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 |