IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 2292, 2297, 2305** |

**JOINDER AND STATEMENT OF SUPPORT
OF THE COALITION OF ABUSED SCOUTS FOR JUSTICE
REGARDING OBJECTIONS TO FIRST MEDIATORS' REPORT**

The Coalition of Abused Scouts for Justice (the "Coalition"), by its undersigned counsel, hereby states its support for, and to the extent applicable joins in, the *Tort Claimants' Committee's Response to First Mediators' Report* [Docket No. 2297] and the *Joinder of the Future Claimants' Representative to the Tort Claimants' Committee's Response to First Mediators' Report* [Docket No. 2305].

1. The *First Mediators' Report* [Docket No. 2292] outlines a purported settlement term sheet among the Debtors, JPMorgan Chase Bank, N.A., and the Official Committee of Unsecured Creditors, which settlement appears to be further reflected in the Debtors' proposed plan filed on March 1, 2021 [Docket No. 2293].

2. The Debtors excluded the Tort Claimants Committee ("TCC"), Future Claimants' Representative (the "FCR"), and Coalition from the settlement process. The Coalition has not consented to the purported settlement. The Coalition joins with the TCC and FCR in their

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

{00222693-1}

objections and reservation of rights and in demanding that sexual abuse survivors' interests be represented in the settlement process.

Dated: March 4, 2021  
Wilmington, Delaware

**MONZACK MERSKY & BROWDER, P.A.**

*/s/ Rachel B. Mersky*
Rachel Mersky (DE No. 2049)
1201 N. Orange Street, Suite 400
Wilmington, Delaware 19801
Telephone:   (302) 656-8162
Facsimile:    (302) 656-2769
E-mail:        rmersky@monlaw.com

-and-

**BROWN RUDNICK LLP**
David J. Molton, Esquire
Eric R. Goodman
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
E-mail: dmolton@brownrudnick.com
E-mail: egoodman@brownrudnick.com

-and-

Sunni P. Beville, Esquire
Tristan G. Axelrod, Esquire
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
E-mail: sbeville@brownrudnick.com
E-mail: taxelrod@brownrudnick.com

*Co-Counsel to the Coalition of Abused Scouts for Justice*