## Schedule 1

**Exact Duplicate Claims**

First Omnibus Objection (Non-Substantive)
Schedule 1 - Exact Duplicate Claims

| | DUPLICATE CLAIM TO BE DISALLOWED | | | | REMAINING CLAIM | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 CITY OF MEMPHIS<br>ATTN: KITRICIA MCCLELLAN<br>P.O. BOX 185<br>MEMPHIS, TN 38101 | 08/18/20 | Boy Scouts of America 20-10343 (LSS) | C343-244 | $150.53* | CITY OF MEMPHIS<br>P.O. BOX 185<br>MEMPHIS, TN 38101 | 08/18/20 | Boy Scouts of America 20-10343 (LSS) | C343-248 | $150.53* |
| Reason: Proof of Claim asserts liabilities which are duplicative another filed Proof of Claim | | | | | | | | | |
| 2 CLAIM [263] REDACTED PER COURT ORDER, DKT 72<br>ADDRESS REDACTED | 08/24/20 | Boy Scouts of America 20-10343 (LSS) | C343-263 | $500,000.00 | CREDITOR 269<br>ADDRESS REDACTED | 08/24/20 | Boy Scouts of America 20-10343 (LSS) | C343-269 | $500,000.00 |
| Reason: Proof of Claim asserts liabilities which are duplicative another filed Proof of Claim | | | | | | | | | |
| 3 DAVID GAYDEN<br>C/O CUTLER LAW PC<br>ATTN: JENN DOMER<br>401 WATT AVE<br>SACRAMENTO, CA 95864 | 11/13/20 | Boy Scouts of America 20-10343 (LSS) | C343-13557 | $0.00 | DAVID GAYDEN<br>C/O CUTTER LAW PC<br>ATTN: JEAN DOMER<br>401 WATT AVE<br>SACRAMENTO, CA 95864 | 11/16/20 | Boy Scouts of America 20-10343 (LSS) | C343-13414 | Undetermined* |
| Reason: Proof of Claim asserts liabilities which are duplicative another filed Proof of Claim | | | | | | | | | |
| 4 FITZGIBBON, THOMAS H<br>ADDRESS REDACTED | 10/19/20 | Boy Scouts of America 20-10343 (LSS) | C343-1401 | $353,449.14 | FITZGIBBON, THOMAS H<br>ADDRESS REDACTED | 10/19/20 | Boy Scouts of America 20-10343 (LSS) | C343-1475 | $353,449.14 |
| Reason: Proof of Claim asserts liabilities which are duplicative another filed Proof of Claim | | | | | | | | | |
| 5 GASPARO, DANIEL R<br>ADDRESS REDACTED | 08/21/20 | Boy Scouts of America 20-10343 (LSS) | C343-301 | $224,763.44 | GASPARO, DANIEL R<br>ADDRESS REDACTED | 09/21/20 | Boy Scouts of America 20-10343 (LSS) | C343-355 | $224,763.44 |
| Reason: Proof of Claim asserts liabilities which are duplicative another filed Proof of Claim | | | | | | | | | |

This Schedule contains certain redactions to personal contact information in compliance with the confidentiality procedures, as set forth in the *Final Order (I) Authorizing Debtors to File (A) A Consolidated List of Counsel Representing the Largest Numbers of Abuse Victims and (B) A Consolidated List of Other Unsecured Creditors of the Debtors, (II) Authorizing and Approving Special Noticing and Confidentiality Procedures, and (III) Granting Related Relief* [Docket No. 274].

* Indicates claim contains unliquidated and/or undetermined amounts

First Omnibus Objection (Non-Substantive)
Schedule 1 - Exact Duplicate Claims

| | DUPLICATE CLAIM TO BE DISALLOWED | | | | | REMAINING CLAIM | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 6 | HARTFORD FIRE INSURANCE COMPANY AS ASSIGNEE OF HARTFORD SPECIALTY COMPANY BANKRUPTCY, UNIT HO2-R HOME OFFICE HARTFORD, CT 06155 | 03/02/20 | Boy Scouts of America 20-10343 (LSS) | C343-13 | Undetermined* | HARTFORD FIRE INSURANCE CO ATTN: HANK HOFFMAN AS ASSIGNEE OF HARTFORD SPECIALTY CO ONE HARTFORD PLAZA BANKRUPTCY, UNIT HO2-R, HOME OFFICE HARTFORD, CT 06155 | 03/10/20 | Boy Scouts of America 20-10343 (LSS) | C343-26 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative another filed Proof of Claim | | | | | | | | | |
| 7 | OATS, RON ADDRESS REDACTED | 08/21/20 | Boy Scouts of America 20-10343 (LSS) | C343-293 | $ 124,498.68 | RON OATS ADDRESS REDACTED | 10/30/20 | Boy Scouts of America 20-10343 (LSS) | C343-1394 | $ 124,498.68 |
| | Reason: Proof of Claim asserts liabilities which are duplicative another filed Proof of Claim | | | | | | | | | |
| 8 | OKLAHOMA TAX COMMISSION GENERAL COUNSEL'S OFFICE ATTN: SEAN R MCFARLAND 100 N BROADWAY AVE, STE 1500 OKLAHOMA CITY, OK 73102 | 03/27/20 | Boy Scouts of America 20-10343 (LSS) | C343-36 | $ 321.13 | OKLAHOMA TAX COMMISSION GENERAL COUNSEL'S OFFICE ATTN: SEAN MCFARLAND 100 N BROADWAY AVE, STE 1500 OKLAHOMA CITY, OK 73102 | 06/01/20 | Boy Scouts of America 20-10343 (LSS) | C343-68 | $ 321.13 |
| | Reason: Proof of Claim asserts liabilities which are duplicative another filed Proof of Claim | | | | | | | | | |
| 9 | PIEDMONT NATURAL GAS ATTN: LASHAWNDA FREEMAN BANKRUPTCY 4339 S TRYON ST CHARLOTTE, NC 28217 | 06/09/20 | Boy Scouts of America 20-10343 (LSS) | C343-83 | $ 3,053.92 | PIEDMONT NATURAL GAS ATTN: LASHAWNDA FREEMAN 4339 S TRYON ST CHARLOTTE, NC 28217 | 07/08/20 | Boy Scouts of America 20-10343 (LSS) | C343-114 | $ 3,053.92 |
| | Reason: Proof of Claim asserts liabilities which are duplicative another filed Proof of Claim | | | | | | | | | |

This Schedule contains certain redactions to personal contact information in compliance with the confidentiality procedures, as set forth in the *Final Order (I) Authorizing Debtors to File (A) A Consolidated List of Counsel Representing the Largest Numbers of Abuse Victims and (B) A Consolidated List of Other Unsecured Creditors of the Debtors, (II) Authorizing and Approving Special Noticing and Confidentiality Procedures, and (III) Granting Related Relief* [Docket No. 274].

\* Indicates claim contains unliquidated and/or undetermined amounts

First Omnibus Objection (Non-Substantive)
Schedule 1 - Exact Duplicate Claims

| | DUPLICATE CLAIM TO BE DISALLOWED | | | | | REMAINING CLAIM | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 10 | RED MOUNTAIN APPRAISAL SERVICES ATTN: EDMUND FLOYD 116 S 2ND ST RATON, NM 87740 | 06/15/20 | Boy Scouts of America 20-10343 (LSS) | C343-187 | $ 5,174.35 | RED MOUNTAIN APPRAISAL SERVICES, LLC 116 S 2ND ST RATON, NM 87740 | 08/15/20 | Boy Scouts of America 20-10343 (LSS) | C343-261 | $ 5,174.35 |
| | Reason: Proof of Claim asserts liabilities which are duplicative another filed Proof of Claim | | | | | | | | | |
| 11 | ROSSER, MARY MARGARET ADDRESS REDACTED | 07/20/20 | Boy Scouts of America 20-10343 (LSS) | C343-325 | $ 134,158.56 | ROSSER, MARY MARGARET ADDRESS REDACTED | 07/24/20 | Boy Scouts of America 20-10343 (LSS) | C343-213 | $ 134,158.56 |
| | Reason: Proof of Claim asserts liabilities which are duplicative another filed Proof of Claim | | | | | | | | | |
| 12 | SHELBY COUNTY TRUSTEE ATTN: KITRICIA JACKSON P.O. BOX 2751 MEMPHIS, TN 38101 | 08/18/20 | Boy Scouts of America 20-10343 (LSS) | C343-243 | $ 190.76* | SHELBY COUNTY TRUSTEE P.O. BOX 2751 MEMPHIS, TN 38101-2751 | 08/18/20 | Boy Scouts of America 20-10343 (LSS) | C343-247 | $ 190.76* |
| | Reason: Proof of Claim asserts liabilities which are duplicative another filed Proof of Claim | | | | | | | | | |
| | | | Total | | $ 1,345,760.51* | | | Total | | $ 1,345,760.51* |

This Schedule contains certain redactions to personal contact information in compliance with the confidentiality procedures, as set forth in the *Final Order (I) Authorizing Debtors to File (A) A Consolidated List of Counsel Representing the Largest Numbers of Abuse Victims and (B) A Consolidated List of Other Unsecured Creditors of the Debtors, (II) Authorizing and Approving Special Noticing and Confidentiality Procedures, and (III) Granting Related Relief* [Docket No. 274].

* Indicates claim contains unliquidated and/or undetermined amounts