## Schedule 2

**Amended and Superseded Claims**

Case 20-10343-LSS    Doc 2323-2    Filed 03/05/21    Page 1 of 5

First Omnibus Objection (Non-Substantive)
Schedule 2 - Amended and Superseded Claims

| | AMENDED CLAIM TO BE DISALLOWED | | | | SURVIVING CLAIM | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 2CIMPLE, INC C/O FAIR HARBOR CAPITAL LLC ATTN: VICTOR KNOX P.O. BOX 237037 NEW YORK, NY 10023 Reason: Amended Claim | 10/19/20 | Boy Scouts of America 20-10343 (LSS) | C343-426 | $ 2,500.00 | 2CIMPLE, INC C/O FAIR HARBOR CAPITAL LLC ATTN: VICTOR KNOX P.O. BOX 237037 NEW YORK, NY 10023 | 10/19/20 | Boy Scouts of America 20-10343 (LSS) | C343-428 | $ 2,500.00 |
| 2 CLAIM [13] REDACTED PER COURT ORDER, DKT 72 ADDRESS REDACTED Reason: Amended Claim | 09/26/20 | Delaware BSA, LLC 20-10342 (LSS) | C342-13 | $ 1,000,000.00 | REDACTED CLAIM 364 ADDRESS REDACTED | 09/26/20 | Boy Scouts of America 20-10343 (LSS) | C343-364 | $ 10,000,000.00 |
| 3 ELEANOR MORRISON C/O BOY SCOUTS OF AMERICA ATTN: CHASE KOONTZ 1325 W WALNUT HILL LN IRVING, TX 75015 Reason: Amended Claim | 11/03/20 | Boy Scouts of America 20-10343 (LSS) | C343-1914 | Undetermined* | ELEANOR MORRISON C/O BOY SCOUTS OF AMERICA ATTN: CHASE KOONTZ 1325 W WALNUT HILL LN IRVING, TX 75015 | 11/04/20 | Boy Scouts of America 20-10343 (LSS) | C343-2181 | Undetermined* |
| 4 FRANK D TSURU C/O BOY SCOUTS OF AMERICA ATTN: CHASE KOONTZ 1325 W WALNUT HILL LN IRVING, TX 75015 Reason: Amended Claim | 11/03/20 | Boy Scouts of America 20-10343 (LSS) | C343-1865 | Undetermined* | FRANK D TSURU C/O BOY SCOUTS OF AMERICA ATTN: CHASE KOONTZ 1325 W WALNUT HILL LN IRVING, TX 75015 | 11/03/20 | Boy Scouts of America 20-10343 (LSS) | C343-1960 | Undetermined* |

This Schedule contains certain redactions to personal contact information in compliance with the confidentiality procedures, as set forth in the *Final Order (I) Authorizing Debtors to File (A) A Consolidated List of Counsel Representing the Largest Numbers of Abuse Victims and (B) A Consolidated List of Other Unsecured Creditors of the Debtors, (II) Authorizing and Approving Special Noticing and Confidentiality Procedures, and (III) Granting Related Relief* [Docket No. 274].

* Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 4

First Omnibus Objection (Non-Substantive)
Schedule 2 - Amended and Superseded Claims

| | AMENDED CLAIM TO BE DISALLOWED | | | | SURVIVING CLAIM | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 5 GLENN A ADAMS<br>C/O BOY SCOUTS OF AMERICA<br>ATTN: CHASE KOONTZ<br>1325 W WALNUT HILL LN<br>IRVING, TX 75015<br><br>Reason: Amended Claim | 11/03/20 | Boy Scouts of America 20-10343 (LSS) | C343-1925 | Undetermined* | GLENN A ADAMS<br>C/O BOY SCOUTS OF AMERICA<br>ATTN: CHASE KOONTZ<br>1325 W WALNUT HILL LN<br>IRVING, TX 75015 | 11/04/20 | Boy Scouts of America 20-10343 (LSS) | C343-2176 | Undetermined* |
| 6 INDIANA DEPARTMENT OF REVENUE<br>ATTN: STEPHANIE WILLIAMS<br>100 N SENATE AVE, N240<br>MS 108<br>INDIANAPOLIS, IN 46204<br><br>Reason: Amended Claim | 03/02/20 | Boy Scouts of America 20-10343 (LSS) | C343-10 | $ 10,558.71 | INDIANA DEPARTMENT OF REVENUE<br>ATTN: STEPHANIE WILLIAMS<br>100 N SENATE AVE, N240<br>MS 108<br>INDIANAPOLIS, IN 46204 | 03/23/20 | Boy Scouts of America 20-10343 (LSS) | C343-35 | $ 1,039.72 |
| 7 JEFFREY A H WAY<br>C/O CHILLY DOGS SLED DOG KENNEL<br>1557 ESTERBERG RD<br>ELY, MN 55731<br><br>Reason: Amended Claim | 11/02/20 | Boy Scouts of America 20-10343 (LSS) | C343-1681 | $ 12,915.00 | JEFFREY A H WAY<br>C/O CHILLY DOGS SLED DOG KENNEL<br>1557 ESTERBERG RD<br>ELY, MN 55731 | 11/06/20 | Boy Scouts of America 20-10343 (LSS) | C343-2824 | $ 16,807.00 |
| 8 JOHN C CUSHMAN III<br>C/O BOY SCOUTS OF AMERICA<br>ATTN: CHASE KOONTZ<br>1325 W WALNUT HILL LN<br>IRVING, TX 75015<br><br>Reason: Amended Claim | 11/03/20 | Boy Scouts of America 20-10343 (LSS) | C343-1882 | Undetermined* | JOHN C CUSHMAN III<br>C/O BOY SCOUTS OF AMERICA<br>ATTN: CHASE KOONTZ<br>1325 W WALNUT HILL LN<br>IRVING, TX 75015 | 11/04/20 | Boy Scouts of America 20-10343 (LSS) | C343-2188 | Undetermined* |

This Schedule contains certain redactions to personal contact information in compliance with the confidentiality procedures, as set forth in the *Final Order (I) Authorizing Debtors to File (A) A Consolidated List of Counsel Representing the Largest Numbers of Abuse Victims and (B) A Consolidated List of Other Unsecured Creditors of the Debtors, (II) Authorizing and Approving Special Noticing and Confidentiality Procedures, and (III) Granting Related Relief* [Docket No. 274].

\* Indicates claim contains unliquidated and/or undetermined amounts

First Omnibus Objection (Non-Substantive)
Schedule 2 - Amended and Superseded Claims

| | AMENDED CLAIM TO BE DISALLOWED | | | | | SURVIVING CLAIM | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 9 | RAYMOND E GALLISON JR<br>ADDRESS REDACTED | 10/17/20 | Boy Scouts of America 20-10343 (LSS) | C343-422 | Undetermined* | RAYMOND E GALLISON JR<br>ADDRESS REDACTED | 10/29/20 | Boy Scouts of America 20-10343 (LSS) | C343-1081 | Undetermined* |
| | Reason: Amended Claim | | | | | | | | | |
| 10 | STATE OF WYOMING, DEPARTMENT OF REVENUE<br>ATTN: DONNA CAMPBELL<br>122 W 25TH ST<br>CHEYENNE, WY 82002-0110 | 03/03/20 | Boy Scouts of America 20-10343 (LSS) | C343-15 | $ 247.98 | STATE OF WYOMING DEPT OF REVENUE<br>ATTN: DONNA CAMPBELL<br>EXCISE TAX DIV<br>122 W 25TH ST<br>CHEYENNE, WY 82002-0110 | 04/14/20 | Boy Scouts of America 20-10343 (LSS) | C343-51 | Undetermined* |
| | Reason: Amended Claim | | | | | | | | | |
| 11 | TANYA ACKER<br>C/O BOY SCOUTS OF AMERICA<br>ATTN: CHASE KOONTZ<br>1325 W WALNUT HILL LN<br>IRVING, TX 75015 | 11/03/20 | Boy Scouts of America 20-10343 (LSS) | C343-1919 | Undetermined* | TANYA ACKER<br>C/O BOY SCOUTS OF AMERICA<br>ATTN: CHASE KOONTZ<br>1325 W WALNUT HILL LN<br>IRVING, TX 75015 | 11/04/20 | Boy Scouts of America 20-10343 (LSS) | C343-2174 | Undetermined* |
| | Reason: Amended Claim | | | | | | | | | |
| 12 | TARGET CREATIVE GROUP, INC<br>151 N NOB HILL RD<br>PLANTATION, FL 33324 | 11/10/20 | Boy Scouts of America 20-10343 (LSS) | C343-3714 | $ 2,879.65 | TARGET CREATIVE GROUP, INC<br>TARGET CREATIVE GROUP, INC<br>151 N NOBHILL RD<br>PLANTATION, FL 33324-7708 | 11/13/20 | Boy Scouts of America 20-10343 (LSS) | C343-12620 | $ 2,879.65 |
| | Reason: Amended Claim | | | | | | | | | |

This Schedule contains certain redactions to personal contact information in compliance with the confidentiality procedures, as set forth in the *Final Order (I) Authorizing Debtors to File (A) A Consolidated List of Counsel Representing the Largest Numbers of Abuse Victims and (B) A Consolidated List of Other Unsecured Creditors of the Debtors, (II) Authorizing and Approving Special Noticing and Confidentiality Procedures, and (III) Granting Related Relief* [Docket No. 274].

\* Indicates claim contains unliquidated and/or undetermined amounts

First Omnibus Objection (Non-Substantive)
Schedule 2 - Amended and Superseded Claims

| | AMENDED CLAIM TO BE DISALLOWED | | | | SURVIVING CLAIM | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 13 WILLIAM W STARK JR C/O BOY SCOUTS OF AMERICA ATTN: CHASE KOONTZ 1325 W WALNUT HILL LN IRVING, TX 75015 | 11/03/20 | Boy Scouts of America 20-10343 (LSS) | C343-1910 | Undetermined* | WILLIAM W STARK JR C/O BOY SCOUTS OF AMERICA ATTN: CHASE KOONTZ 1325 W WALNUT HILL LN IRVING, TX 75015 | 11/04/20 | Boy Scouts of America 20-10343 (LSS) | C343-2184 | Undetermined* |

Reason: Amended Claim

This Schedule contains certain redactions to personal contact information in compliance with the confidentiality procedures, as set forth in the *Final Order (I) Authorizing Debtors to File (A) A Consolidated List of Counsel Representing the Largest Numbers of Abuse Victims and (B) A Consolidated List of Other Unsecured Creditors of the Debtors, (II) Authorizing and Approving Special Noticing and Confidentiality Procedures, and (III) Granting Related Relief* [Docket No. 274].

* Indicates claim contains unliquidated and/or undetermined amounts