## **Exhibit A**

**Summary of Time Detail by Task**

*Exhibit A*

**Boy Scouts of America and Delaware BSA, LLC**
**Summary of Time Detail by Task**
**November 1, 2020 through November 30, 2020**

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Bankruptcy Support | 69.0 | $46,587.50 |
| Cash | 94.3 | $56,757.50 |
| Claims | 169.7 | $86,905.00 |
| Contracts | 1.5 | $1,087.50 |
| Court | 2.5 | $2,112.50 |
| Employee | 7.0 | $5,030.00 |
| Fee Applications | 1.0 | $325.00 |
| Financial Analysis | 633.3 | $355,320.00 |
| Info Req | 162.6 | $92,055.00 |
| Litigation | 9.0 | $7,775.00 |
| MOR | 9.6 | $5,752.50 |
| Motions/Orders | 3.6 | $2,250.00 |
| Plan DS | 30.3 | $24,142.50 |
| Retention | 1.3 | $1,105.00 |
| Status Meeting | 69.8 | $52,030.00 |
| Travel | 4.0 | $2,900.00 |
| Vendor Management | 6.7 | $4,730.00 |
| **Total** | **1,275.2** | **$746,865.00** |