**<u>Exhibit B</u>**

**Summary of Time Detail by Professional**

*Exhibit B*

**Boy Scouts of America and Delaware BSA, LLC**
**Summary of Time Detail by Professional**
**November 1, 2020 through November 30, 2020**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $1,025.00 | 93.4 | $95,735.00 |
| Erin McKeighan | Managing Director | $850.00 | 14.7 | $12,495.00 |
| Trevor Phillips | Managing Director | $725.00 | 1.6 | $1,160.00 |
| Carl Binggeli | Director | $725.00 | 212.8 | $154,280.00 |
| Robert Edgecombe | Director | $525.00 | 81.2 | $42,630.00 |
| Scott Blasingame | Manager | $475.00 | 16.0 | $7,600.00 |
| Ryan Walsh | Senior Associate | $650.00 | 202.2 | $131,430.00 |
| Tim Deters | Senior Associate | $650.00 | 65.4 | $42,510.00 |
| Julio Cifuentes | Associate | $575.00 | 8.9 | $5,117.50 |
| Christian Schoerner | Associate | $375.00 | 7.5 | $2,812.50 |
| Trevor DiNatale | Consultant | $550.00 | 42.0 | $23,100.00 |
| Gerard Gigante | Analyst | $475.00 | 83.0 | $39,425.00 |
| Davis Jochim | Analyst | $425.00 | 169.4 | $71,995.00 |
| Lewis Kordupel | Analyst | $425.00 | 232.4 | $98,770.00 |
| Cally McGee | Analyst | $400.00 | 43.7 | $17,480.00 |
| Nicole Vander Veen | Paraprofessional | $325.00 | 1.0 | $325.00 |
| | | ***Total*** | **1,275.2** | **$746,865.00** |