## Exhibit C

**Summary of Time Detail by Task by Professional**

*Exhibit C*

**Boy Scouts of America and Delaware BSA, LLC**
**Summary of Time Detail by Professional**
**November 1, 2020 through November 30, 2020**

**Bankruptcy Support**   Advise and assist the Debtors on matters concerning operating the business under Chapter 11 including accounting cutoff, development and execution of work plans, review of court documents and general case management, reporting requirements, and support counsel and others for Chapter 11 related items; communications; other general administrative tasks related to any Ch. 11 proceeding specific to Debtor's enterprise.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $1,025 | 10.9 | $11,172.50 |
| Erin McKeighan | Managing Director | $850 | 3.8 | $3,230.00 |
| Carl Binggeli | Director | $725 | 27.1 | $19,647.50 |
| Robert Edgecombe | Director | $525 | 0.4 | $210.00 |
| Ryan Walsh | Senior Associate | $650 | 0.9 | $585.00 |
| Davis Jochim | Analyst | $425 | 11.2 | $4,760.00 |
| Gerard Gigante | Analyst | $475 | 14.7 | $6,982.50 |
| | | | 69.0 | $46,587.50 |
| | *Average Billing Rate* | | | $675.18 |

*Exhibit C*

### Boy Scouts of America and Delaware BSA, LLC
### Summary of Time Detail by Professional
### November 1, 2020 through November 30, 2020

**Cash**                    Assist the Debtors with the 13 week cash flow forecast, plan versus actual, DIP reporting requirements, covenant compliance, and other financial analyses.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $1,025 | 1.1 | $1,127.50 |
| Carl Binggeli | Director | $725 | 14.3 | $10,367.50 |
| Ryan Walsh | Senior Associate | $650 | 47.2 | $30,680.00 |
| Julio Cifuentes | Associate | $575 | 7.4 | $4,255.00 |
| Davis Jochim | Analyst | $425 | 24.3 | $10,327.50 |
| | | | 94.3 | $56,757.50 |
| | *Average Billing Rate* | | | $601.88 |

*Exhibit C*

**Boy Scouts of America and Delaware BSA, LLC**
**Summary of Time Detail by Professional**
**November 1, 2020 through November 30, 2020**

**Claims**          Assist the Debtors with claims planning process, review of claims filed against the Debtors', claim reconciliation, and related work including submission of related motions to the court.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $1,025 | 4.5 | $4,612.50 |
| Erin McKeighan | Managing Director | $850 | 9.2 | $7,820.00 |
| Carl Binggeli | Director | $725 | 2.0 | $1,450.00 |
| Trevor DiNatale | Consultant | $550 | 42.0 | $23,100.00 |
| Cally McGee | Analyst | $400 | 43.7 | $17,480.00 |
| Gerard Gigante | Analyst | $475 | 68.3 | $32,442.50 |
| | | | 169.7 | $86,905.00 |
| | *Average Billing Rate* | | | $512.11 |

*Exhibit C*

*Boy Scouts of America and Delaware BSA, LLC*
*Summary of Time Detail by Professional*
*November 1, 2020 through November 30, 2020*

**Contracts**                    **Assist the Debtors with contract analyses and the potential assumption or rejection of contracts.**

| *Professional* | *Position* | *Billing Rate* | *Sum of Hours* | *Sum of Fees* |
|---|---|---|---|---|
| Carl Binggeli | Director | $725 | 1.5 | $1,087.50 |
|  |  |  | 1.5 | $1,087.50 |
|  |  | *Average Billing Rate* |  | $725.00 |

*Exhibit C*

**Boy Scouts of America and Delaware BSA, LLC**
**Summary of Time Detail by Professional**
**November 1, 2020 through November 30, 2020**

**Court**                    **Prepare for and attend the Debtors' hearings.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $1,025 | 1.0 | $1,025.00 |
| Carl Binggeli | Director | $725 | 1.5 | $1,087.50 |
| | | | 2.5 | $2,112.50 |
| | *Average Billing Rate* | | | $845.00 |

*Exhibit C*

### Boy Scouts of America and Delaware BSA, LLC
### Summary of Time Detail by Professional
### November 1, 2020 through November 30, 2020

**Employee**                    **Employee matters including pension plan and severance.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $1,025 | 0.6 | $615.00 |
| Carl Binggeli | Director | $725 | 4.9 | $3,552.50 |
| Julio Cifuentes | Associate | $575 | 1.5 | $862.50 |
| | | | 7.0 | $5,030.00 |
| | *Average Billing Rate* | | | $718.57 |

*Exhibit C*

**Boy Scouts of America and Delaware BSA, LLC**
**Summary of Time Detail by Professional**
**November 1, 2020 through November 30, 2020**

**Fee Applications**          Prepare the month and interim fee applications in accordance with Court guidelines.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Nicole Vander Veen | Paraprofessional | $325 | 1.0 | $325.00 |
| | | | 1.0 | $325.00 |
| | *Average Billing Rate* | | | $325.00 |

*Exhibit C*

**Boy Scouts of America and Delaware BSA, LLC**
**Summary of Time Detail by Professional**
**November 1, 2020 through November 30, 2020**

**Financial Analysis**          Ad-hoc financial analyses made at the request of various constituencies, including the Debtor including analysis of local council assets, preparation of the 5 year business plan, and analysis of potential trust contributions.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $1,025 | 31.6 | $32,390.00 |
| Trevor Phillips | Managing Director | $725 | 1.6 | $1,160.00 |
| Carl Binggeli | Director | $725 | 95.3 | $69,092.50 |
| Robert Edgecombe | Director | $525 | 80.8 | $42,420.00 |
| Scott Blasingame | Manager | $475 | 16.0 | $7,600.00 |
| Ryan Walsh | Senior Associate | $650 | 81.8 | $53,170.00 |
| Tim Deters | Senior Associate | $650 | 49.9 | $32,435.00 |
| Christian Schoerner | Associate | $375 | 7.5 | $2,812.50 |
| Davis Jochim | Analyst | $425 | 41.6 | $17,680.00 |
| Lewis Kordupel | Analyst | $425 | 227.2 | $96,560.00 |
| | | | 633.3 | $355,320.00 |

*Average Billing Rate*          $561.06

*Exhibit C*

### Boy Scouts of America and Delaware BSA, LLC
### Summary of Time Detail by Professional
### November 1, 2020 through November 30, 2020

**Info Req**     Address information requests from, and attend meetings and calls with, various constituencies including lenders, unsecured creditors committee, tort claimants committee, and advisors.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $1,025 | 8.5 | $8,712.50 |
| Carl Binggeli | Director | $725 | 24.1 | $17,472.50 |
| Ryan Walsh | Senior Associate | $650 | 47.2 | $30,680.00 |
| Davis Jochim | Analyst | $425 | 82.8 | $35,190.00 |
| | | | 162.6 | $92,055.00 |
| | *Average Billing Rate* | | | $566.14 |

*Exhibit C*

*Boy Scouts of America and Delaware BSA, LLC*
*Summary of Time Detail by Professional*
*November 1, 2020 through November 30, 2020*

**Litigation**                    **Support negotiations with Tort Claimants including any document discovery,**
                                   **mediation process, abuse claims estimation.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $1,025 | 4.0 | $4,100.00 |
| Erin McKeighan | Managing Director | $850 | 0.4 | $340.00 |
| Carl Binggeli | Director | $725 | 4.6 | $3,335.00 |
| | | | 9.0 | $7,775.00 |
| | *Average Billing Rate* | | | $863.89 |

*Exhibit C*

### Boy Scouts of America and Delaware BSA, LLC
### Summary of Time Detail by Professional
### November 1, 2020 through November 30, 2020

**MOR**          Assist the Debtors with the preparation of the Initial Debtor Interview requirements, Initial Operating Report, Monthly Operating Report, and other related matters for the US Trustee.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $1,025 | 0.2 | $205.00 |
| Carl Binggeli | Director | $725 | 3.3 | $2,392.50 |
| Ryan Walsh | Senior Associate | $650 | 2.5 | $1,625.00 |
| Davis Jochim | Analyst | $425 | 3.6 | $1,530.00 |
| | | | 9.6 | $5,752.50 |
| | *Average Billing Rate* | | | $599.22 |

*Exhibit C*

## Boy Scouts of America and Delaware BSA, LLC
### Summary of Time Detail by Professional
### November 1, 2020 through November 30, 2020

**Motions/Orders**          **Complete analyses and assist the Debtors on various motions filed, and on entry of Orders to implement required reporting and other activities contemplated by the various filed motions.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Carl Binggeli | Director | $725 | 0.9 | $652.50 |
| Ryan Walsh | Senior Associate | $650 | 2.0 | $1,300.00 |
| Davis Jochim | Analyst | $425 | 0.7 | $297.50 |
| | | | 3.6 | $2,250.00 |
| | *Average Billing Rate* | | | $625.00 |

*Exhibit C*

**Boy Scouts of America and Delaware BSA, LLC**
**Summary of Time Detail by Professional**
**November 1, 2020 through November 30, 2020**

**Plan DS**          Complete analysis and assist the Debtors with the Plan of Reorganization and
                     Disclosure Statement; assist the Debtors with preparation of the Liquidation
                     Analysis.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $1,025 | 10.8 | $11,070.00 |
| Carl Binggeli | Director | $725 | 5.3 | $3,842.50 |
| Tim Deters | Senior Associate | $650 | 14.2 | $9,230.00 |
| | | | 30.3 | $24,142.50 |
| | *Average Billing Rate* | | | $796.78 |

*Exhibit C*

**Boy Scouts of America and Delaware BSA, LLC**
**Summary of Time Detail by Professional**
**November 1, 2020 through November 30, 2020**

**Retention**                    **Prepare documents in compliance with Court retention requirements.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Erin McKeighan | Managing Director | $850 | 1.3 | $1,105.00 |
| | | | 1.3 | $1,105.00 |
| | | *Average Billing Rate* | | $850.00 |

*Exhibit C*

### Boy Scouts of America and Delaware BSA, LLC
### Summary of Time Detail by Professional
### November 1, 2020 through November 30, 2020

**Status Meeting**            Prepare for and participate in the Debtors regular status meetings including BOD meetings, update meetings with management, and strategic meetings with Debtor counsel and advisors.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $1,025 | 20.2 | $20,705.00 |
| Carl Binggeli | Director | $725 | 19.0 | $13,775.00 |
| Ryan Walsh | Senior Associate | $650 | 18.9 | $12,285.00 |
| Tim Deters | Senior Associate | $650 | 1.3 | $845.00 |
| Davis Jochim | Analyst | $425 | 5.2 | $2,210.00 |
| Lewis Kordupel | Analyst | $425 | 5.2 | $2,210.00 |
|  |  |  | 69.8 | $52,030.00 |
|  | *Average Billing Rate* |  |  | $745.42 |

*Exhibit C*

**Boy Scouts of America and Delaware BSA, LLC**
**Summary of Time Detail by Professional**
**November 1, 2020 through November 30, 2020**

**Travel**                              Billable travel time (reflects 50% of time incurred).

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Carl Binggeli | Director | $725 | 4.0 | $2,900.00 |
| | | | 4.0 | $2,900.00 |
| | | *Average Billing Rate* | | $725.00 |

*Exhibit C*

**Boy Scouts of America and Delaware BSA, LLC**
**Summary of Time Detail by Professional**
**November 1, 2020 through November 30, 2020**

**Vendor Management**        Assist the Debtors with all vendor related items including, but not limited to vendor strategy, negotiation, settlements, stipulations, critical vendors and shippers/warehouseman agreements, and advising Debtors' on general accounts payable questions.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Carl Binggeli | Director | $725 | 5.0 | $3,625.00 |
| Ryan Walsh | Senior Associate | $650 | 1.7 | $1,105.00 |
| | | | 6.7 | $4,730.00 |
| | *Average Billing Rate* | | | $705.97 |