## **Exhibit E**

**Summary of Expense Detail by Category**

*Exhibit E*

***Boy Scouts of America and Delaware BSA, LLC***
***Summary of Expense Detail by Category***
***November 1, 2020 through November 30, 2020***

| *Expense Category* | *Sum of Expenses* |
|---|---|
| Airfare | $620.70 |
| Lodging | $377.20 |
| Meals | $202.47 |
| Miscellaneous | $262.38 |
| Transportation | $105.12 |
| ***Total*** | **$1,567.87** |