## Exhibit F

**Expense Detail by Category Professional**

*Exhibit F*

**Boy Scouts of America and Delaware BSA, LLC**
*Expense Detail by Category*
*November 1, 2020 through November 30, 2020*

### Airfare

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Carl Binggeli | 10/30/2020 | $620.70 | Airfare roundtrip coach Charlottesville/Dallas (11/2/2020 & 11/6/2020). |
| **Expense Category Total** | | **$620.70** | |

### Lodging

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Carl Binggeli | 11/5/2020 | $377.20 | Hotel in Dallas - 4 nights. |
| **Expense Category Total** | | **$377.20** | |

### Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Carl Binggeli | 11/2/2020 | $9.42 | Out of town breakfast - C. Binggeli. |
| Carl Binggeli | 11/2/2020 | $30.37 | Out of town dinner - C. Binggeli. |
| Carl Binggeli | 11/3/2020 | $17.66 | Out of town breakfast - C. Binggeli. |
| Carl Binggeli | 11/3/2020 | $28.07 | Out of town dinner - C. Binggeli. |
| Carl Binggeli | 11/4/2020 | $21.96 | Out of town breakfast - C. Binggeli. |
| Carl Binggeli | 11/4/2020 | $27.61 | Out of town dinner - C. Binggeli. |
| Carl Binggeli | 11/5/2020 | $42.65 | Out of town dinner - C. Binggeli. |
| Carl Binggeli | 11/5/2020 | $24.73 | Out of town breakfast - C. Binggeli. |
| **Expense Category Total** | | **$202.47** | |

### Miscellaneous

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Ryan Walsh | 11/3/2020 | $2.25 | WebEx Charges. |
| Erin McKeighan | 11/30/2020 | $260.13 | CMS Monthly Data Storage Fee. |
| **Expense Category Total** | | **$262.38** | |

*Exhibit F*

## Boy Scouts of America and Delaware BSA, LLC
### Expense Detail by Category
### November 1, 2020 through November 30, 2020

### Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Carl Binggeli | 11/2/2020 | $22.38 | Taxi from Dallas Airport to client. |
| Carl Binggeli | 11/6/2020 | $65.00 | Parking at Charlottesville Airport. |
| Carl Binggeli | 11/6/2020 | $17.74 | Taxi from hotel to Dallas Airport. |
| **Expense Category Total** | | **$105.12** | |
| *Grand Total* | | **$1,567.87** | |