**Exhibit A**

## DEBTORS' PROFESSIONALS

| (1) Applicant | (2) Interim Period | (3) Total Fees Requested for the Interim Period | (4)[3] Amount of Fees Requested in Monthly Applications (80%) | (5) Amount of Holdback Fees Requested (20%) | (6) Total Expenses Requested for the Interim Period (100%) | (7) Total Amount Requested for the Interim Period (Fees and Expenses) | (8) Total Amount Disallowed or Waived for the Interim Period | (9) Total Amount Authorized for the Interim Period | (10) Total Amount Requested in Cases (Fees and Expenses) thru the Interim Period | (11) Total Amount Authorized Per Court Order to Date (Fees and Expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Alvarez & Marsal North America, LLC | 5/1/20-7/31/20 | $979,723.27[4] | $783,778.62 | $195,944.65 | $638.56 | $980,361.83 | $35,966.07[5] | $944,395.76 | $2,949,881.50 | $2,913,915.43 |
| Bates White, LLC | 5/1/20-7/31/20 | $44,788.00 | $35,830.40 | $8,957.60 | $0.00 | $44,788.00 | $6,188.00[6] | $38,600.00 | $294,807.00 | $288,619.00 |
| Haynes and Boone, LLP | 5/1/20-7/31/20 | $477,056.00 | $381,644.80 | $95,411.20 | $1,096.00 | $478,152.00 | $15,828.50[7] | $462,323.50 | $789,878.14 | $774,049.64 |
| KCIC, LLC | 5/1/20-7/31/20 | $9,764.50 | $7,811.60 | $1,952.90 | $0.00 | $9,764.50 | $0.00 | $9,764.50 | $20,880.50 | $20,880.50 |
| Morris, Nichols, Arsht & Tunnell LLC | 5/1/20-7/31/20 | $308,202.50 | $246,562.00 | $61,640.50 | $15,587.24 | $323,789.74 | $27,276.29[8] | $296,513.45 | $860,615.51 | $833,339.22 |
| Ogletree, Deakins, Nash, Smoak & Stewart, P.C. | 5/1/20-7/31/20 | $398,802.75 | $319,042.20 | $79,760.55 | $790.19 | $399,592.94 | $29,255.00[9] | $370,337.94 | $940,718.22 | $911,463.22 |
| Sidley Austin LLP | 5/1/20-7/31/20 | $4,094,602.50[10] | $3,275,682.00 | $818,920.50 | $60,904.93 | $4,155,507.43 | $169,977.40[11] | $3,985,530.03 | $8,406,246.69 | $8,236,269.29 |
| **SUB TOTALS** | | **$6,312,939.52** | **$5,050,351.62** | **$1,262,587.90** | **$79,016.92** | **$6,391,956.44** | **$284,491.26** | **$6,107,465.18** | **$14,263,027.56** | **$13,978,536.30** |

---

[3] Please note that the listing in Columns (4) and (6) are amounts of fees and expenses for which payment was requested in monthly applications and is not intended to and should not be construed as a finding by the Court or admission by the Applicant that such amounts were actually paid by the Debtors.

[4] A&M agreed to a voluntary reduction of fees in the amount of $47,146.73 (89.4 hours) as per D.I. 1059 and $16,982.50 (30.2 hours) as per D.I. 1191. The amount reflected herein includes these reductions.

[5] Total amount reduced per Fee Examiner's Final Fee Report (D.I. 1838), of $35,685.77 in fees and $280.30 in expenses.

[6] Total fee amount reduced per Fee Examiner's Final Fee Report (D.I. 1831).

[7] Total fee amount reduced per Fee Examiner's Final Fee Report (D.I. 1821).

[8] Total amount reduced per Fee Examiner's Final Fee Report (D.I. 1822), of $18,594.50 in fees and $16.79 in expenses. It also includes a voluntary reduction of $8,665 in fees pursuant to an agreement with the Debtor.

[9] Total fee amount reduced per Fee Examiner's Final Fee Report (D.I. 1823).

[10] Sidley agreed to a voluntary reduction of $35,000 pursuant to an agreement with the Debtor. The amount reflected herein includes this reduction.

[11] Total fee amount reduced per Fee Examiner's Final Fee Report (D.I. 1825).

**Exhibit B**

| (1) Applicant | (2) Interim Period | (3) Total Fees Requested for the Interim Period | (4)[12] Amount of Fees Requested in Monthly Applications (80%) | (5) Amount of Holdback Fees Requested (20%) | (6) Total Expenses Requested for the Interim Period (100%) | (7) Total Amount Requested for the Interim Period (Fees and Expenses) | (8) Total Amount Disallowed or Waived for the Interim Period | (9) Total Amount Authorized for the Interim Period | (10) Total Amount Requested in Cases (Fees and Expenses) thru the Interim Period | (11) Total Amount Authorized Per Court Order to Date (Fees and Expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| **TORT COMMITTEE'S COUNSEL** | | | | | | | | | | |
| Pachulski Stang Ziehl & Jones LLP | 5/1/20-7/31/20 | $1,813,921.50 | $1,451,137.20 | $362,784.30 | $15,945.14 | $1,829,866.64 | $40,498.70[13] | $1,789,367.94 | $3,259,905.46 | $3,217,406.76 |
| Berkeley Research Group, LLC | 3/6/20-4/30/20 | $672,010.00 | $537,608.00 | $134,402.00 | | $672,523.74 | $4,682.50[14] | $667,841.24 | $672,523.74 | $667,841.24 |
| **SUB TOTALS** | | $2,485,931.50 | $1,988,745.20 | $497,186.30 | $16,458.88 | $2,502,390.38 | $45,181.20 | $2,457,209.18 | $3,932,429.20 | $3,885,248.00 |
| **OFFICIAL COMMITTEE OF UNSECURED CREDITORS** | | | | | | | | | | |
| AlixPartners, LLP | 5/1/20-7/31/20 | $833,082.50 | $666,466.00 | $166,616.50 | $0.00 | $833,082.50 | $34,528.70[15] | $798,553.80 | $1,760,112.00 | $1,725,583.30 |
| Kramer Levin Naftalis & Frankel LLP | 5/1/20-7/31/20 | $1,326,910.50 | $1,061,528.40 | $265,382.10 | $24,484.20 | $1,351,394.70 | $40,077.99[16] | $1,311,316.71 | $2,461,115.74 | $2,421,037.75 |
| Reed Smith LLP | 5/1/20-7/31/20 | $80,396.50[17] | $64,317.20 | $16,079.30 | $2,241.60 | $82,638.10 | $2,071.00[18] | $80,567.10 | $179,847.60 | $177,776.60 |
| **SUB TOTALS** | | $2,240,389.50 | $1,792,311.60 | $448,077.90 | $26,725.80 | $2,267,115.30 | $76,677.69 | $2,190,437.61 | $4,401,075.34 | $4,324,397.65 |

---

[12] Please note that the listing in Columns (4) and (6) are amounts of fees and expenses for which payment was requested in monthly applications and is not intended to and should not be construed as a finding by the Court or admission by the Applicant that such amounts were actually paid by the Debtor
[13] Total amount reduced per Fee Examiner's Final Fee Report (D.I. 1837), of $40,000.00 in fees and $498.70 in expenses.
[14] Total fee amount reduced per Fee Examiner's Final Fee Report (D.I. 1830).
[15] Total fee amount reduced per Fee Examiner's Final Fee Report (D.I. 1819).
[16] Total amount reduced per Fee Examiner's Final Fee Report (D.I. 1839), of $39,270.50 in fees and $807.49 in expenses.
[17] Reed Smith LLP has voluntarily reduced the amount of compensation sought as actual by $8,526.00 (D.I. 1135) and by $4,378.50 (D.I. 1213). The amount reflected herein includes these reductions.
[18] Total fee amount reduced per Fee Examiner's Final Fee Report (D.I. 1824).

2

## Exhibit C

### FUTURE CLAIMANT'S REPRESENTATIVE

| (1) Applicant | (2) Interim Period | (3) Total Fees Requested for the Interim Period | (4)[19] Amount of Fees Requested in Monthly Applications (80%) | (5) Amount of Holdback Fees Requested (20%) | (6) Total Expenses Requested for the Interim Period (100%) | (7) Total Amount Requested for the Interim Period (Fees and Expenses) | (8) Total Amount Disallowed or Waived for the Interim Period | (9) Total Amount Authorized for the Interim Period | (10) Total Amount Requested in Cases (Fees and Expenses) thru the Interim Period | (11) Total Amount Authorized Per Court Order to Date (Fees and Expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Ankura Consulting Group, LLC | 4/27/20-7/31/20 | $11,204.50 | $8,963.60 | $2,240.90 | $0.00 | $11,204.50 | $0.00 | $11,204.50 | $11,204.50 | $11,204.50 |
| Gilbert, LLP | 3/19/20-7/31/20 | $138,906.50 | $111,125.20 | $27,781.30 | $3,253.85 | $142,160.35 | $5,542.50[20] | $136,617.85 | $142,160.35 | $136,617.85 |
| James L. Patton, Jr. | 5/1/20-7/31/20 | $26,320.00 | $21,056.00 | $5,264.00 | $0.00 | $26,320.00 | $0.00 | $26,320.00 | $46,200.00 | $46,200.00 |
| Young Conaway Stargatt & Taylor, LLP | 5/1/20-7/31/20 | $246,758.00 | $197,406.40 | $49,351.60 | $4,997.22 | $251,755.22 | $9,464.75[21] | $242,290.47 | $439,759.39 | $422,294.64 |
| SUB TOTALS | | $423,189.00 | $338,551.20 | $84,637.80 | $8,251.07 | $431,440.07 | $15,007.25 | $416,432.82 | $639,324.24 | $616,316.99 |
| GRAND TOTAL | | $11,462,449.52 | $9,169,959.62 | $2,292,489.90 | $130,452.67 | $11,592,902.19 | $421,357.40 | $11,171,544.79 | $23,235,856.34 | $22,804,498.94 |

---

[19] Please note that the listing in Columns (4) and (6) are amounts of fees and expenses for which payment was requested in monthly applications and is not intended to and should not be construed as a finding by the Court or admission by the Applicant that such amounts were actually paid by the Debtor

[20] Total fee amount reduced per Fee Examiner's Final Fee Report (D.I. 1820).

[21] Total amount reduced per Fee Examiner's Final Fee Report (D.I. 1829), of $7,323.00 in fees and $2,141.75 in expenses.

3