# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA and DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | **Ref. Docket No. 2316** |

## THE ALLIANZ INSURERS' JOINDER TO CENTURY AND HARTFORD'S STATEMENT REGARDING THE RECENTLY-FILED PLAN OF REORGANIZATION AND PENDING RULE 2004 MOTIONS [DKT. NOS. 1972, 1974]

Allianz Global Risks US Insurance Company ("Allianz"), National Surety Corporation, and Interstate Fire & Casualty Company (collectively, "NSC"; together with Allianz, the "Allianz Insurers"), by and through undersigned counsel, hereby file this joinder (the "Joinder") to *Century and Hartford's Statement Regarding the Recently-Filed Plan of Reorganization and Pending Rule 2004 Motions [Dkt. Nos. 1972, 1974]* [D.I. 2316] (the "Statement") filed by Century and Hartford on March 4, 2021. In support hereof, the Allianz Insurers respectfully represent the following:

## JOINDER

The Allianz Insurers hereby join in the Statement, particularly as it relates to the FED. R. BANKR. P. 2004 discovery requested previously by Century and Hartford (and the Allianz Insurers, via joinder). As set forth in the Statement, the requested discovery is necessary for these Chapter 11 cases to progress meaningfully.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

#114005744 v2

Dated:     March 8, 2021
           Wilmington, Delaware

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: /s/ *David M. Fournier*
    David M. Fournier (DE No. 2812)
    Marcy J. McLaughlin Smith (DE No. 6184)
    Hercules Plaza
    1313 Market Street
    Suite 5100
    P.O. Box 1709
    Wilmington, DE 19899-1709
    Telephone:  302.777.6500
    Facsimile:  302.421.8390

*-and-*

    Harris B. Winsberg (admitted *pro hac vice*)
    Matthew G. Roberts (admitted *pro hac vice*)
    Bank of America Plaza
    600 Peachtree Street NE
    Suite 3000
    Atlanta, GA  30308-2216
    Telephone:  404.885.3000
    Facsimile:  404.885.3900

*-and-*

    NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP
    Matthew S. Sorem (admitted *pro hac vice*)
    10 S. Wacker Dr.
    21st Floor
    Chicago, IL 60606
    Telephone:  312.585.1433
    Facsimile:  312.585.1401

*-and-*

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: /s/ *David M. Fournier*
    David M. Fournier (DE No. 2812)
    Marcy J. McLaughlin Smith (DE No. 6184)
    Hercules Plaza
    1313 Market Street
    Suite 5100
    P.O. Box 1709
    Wilmington, DE 19899-1709
    Telephone:  302.777.6500
    Facsimile:  302.421.8390

*-and-*

    Harris B. Winsberg (admitted *pro hac vice*)
    Matthew G. Roberts (admitted *pro hac vice*)
    Bank of America Plaza
    600 Peachtree Street NE
    Suite 3000
    Atlanta, GA  30308-2216
    Telephone:  404.885.3000
    Facsimile:  404.885.3900

*-and-*

    BRADLEY RILEY JACOBS PC
    Todd C. Jacobs (admitted *pro hac vice*)
    John E. Bucheit (admitted *pro hac vice*)
    320 W. Ohio Street
    Suite 3W
    Chicago, IL 60654
    Telephone:  312.281.0295

*Attorneys for National Surety Corporation and Interstate Fire & Casualty Company*

#114005744 v2

MCDERMOTT WILL & EMERY LLP
Margaret H. Warner (admitted *pro hac vice*)
Ryan S. Smethurst (admitted *pro hac vice*)
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531
Telephone:   202.756.8228
Facsimile:    202.756.8087

*Attorneys for Allianz Global Risks US Insurance Company*