# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA and DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | **Related to Docket No. 2331** |

## CERTIFICATE OF SERVICE

I, Marcy J. McLaughlin Smith, hereby certify that on the 8th day of March, 2021, I caused *The Allianz Insurers' Joinder to Century and Hartford's Statement Regarding the Recently-Filed Plan of Reorganization and Pending Rule 2004 Motions [DKT. Nos. 1972, 1974]* (Docket No. 2331) to be served upon the following parties by email, and all ECF participants in this case were served electronically through the Court's ECF noticing system, at their respective email addresses registered with the Court:

Derek C. Abbott, Andrew R. Remming, Eric W. Moats, and Paige N. Topper
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
dabbott@mnat.com; aremming@mnat.com;
emoats@mnat.com; ptopper@mnat.com

Jessica C. Lauria
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020
jessica.lauria@whitecase.com

Michael C. Andolina, Matthew E. Linder, and Blair Warner
WHITE & CASE LLP
111 South Wacker Drive
Chicago, Illinois 60606
mandolina@whitecase.com; mlinder@whitecase.com;
blair.warner@whitecase.com

David L. Buchbinder
Hannah Mufson McCollum
Office of the United States Trustee for the District of Delaware
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
David.L.Buchbinder@usdoj.gov;
hannah.mccollum@usdoj.gov

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

1

| | |
|---|---|
| Stamatios Stamoulis<br>STAMOULIS & WEINBLATT LLC<br>800 N. West Street<br>Third Floor<br>Wilmington, Delaware 19801<br>stamoulis@swdelaw.com | Tancred Schiavoni, Gary Svirsky, and Andrew Kirschenbaum<br>O'MELVENY & MYERS LLP<br>Times Square Tower<br>7 Times Square<br>New York, New York 10036-6537<br>tschiavoni@omm.com; gsvirsky@omm.com; akirschenbaum@omm.com |
| Erin R. Fay and Gregory J. Flasser<br>BAYARD, P.A.<br>600 North King Street, Suite 400<br>Wilmington, Delaware 19801<br>efay@bayardlaw.com; gflasser@bayardlaw.com | James P. Ruggeri, Joshua D. Weinberg, and Michele Backus Konigsberg<br>SHIPMAN & GOODWIN LLP<br>1875 K Street, NW, Suite 600<br>Washington, D.C. 20003<br>jruggeri@goodwin.com; jweinberg@goodwin.com; mbackus@goodwin.com |
| Philip D. Anker<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, N.Y. 10007<br>philip.anker@wilmerhale.com | Danielle Spinelli and Joel Millar<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>1875 Pennsylvania Avenue<br>Washington, D.C. 20006<br>danielle.spinelli@wilmerhale.com; Joel.Millar@wilmerhale.com |
| Michael J. Joyce<br>THE LAW OFFICES OF JOYCE, LLC<br>1225 King Street, Suite 800<br>Wilmington, DE 19801<br>mjoyce@mjlawoffices.com | Kevin T. Coughlin, Lorraine M. Armenti, and Michael E. Hrinewski<br>COUGHLIN DUFFY, LLP<br>350 Mount Kemble Ave.<br>PO Box 1917<br>Morristown, NJ 07962<br>kcoughlin@coughlinduffy.com; larmenti@coughlinduffy.com; mhrinewski@coughlinduffy.com |
| James I. Stang, John A. Morris, James E. O'Neill, and John Lucas<br>PACHULSKI STANG ZIEHL & JONES LLP<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19801<br>jstang@pszjlaw.com; jmorris@pszjlaw.com; joneill@pszjlaw.com; jlucas@pszjlaw.com | Thomas Moers Mayer, Rachael Rinder, David E. Blabey, Jr., Jennifer R. Sharret, and Megan M. Wasson<br>KRAMER LEVING NAFTALIS & FRANKEL LLP<br>1177 Abenue of the Americas<br>New York, NY 10036<br>tmayer@kramerlevin.com; rringer@kramerlevin.com; dblabey@kramerlevin.com; jsharret@kramerlevin.com; mwasson@kramerlevin.com |
| Robert S. Brady, Edwin J. Harron, and Sharon M. Zieg<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>1000 North King Street<br>Wilmington, Delaware 19801<br>rbrady@ycst.com; eharron@ycst.com; szieg@ycst.com | Louis R. Strubeck and Kristian W. Gluck<br>Norton Rose Fulbright US LLP,<br>2200 Ross Avenue,<br>Dallas, Texas 75201-7932<br>louis.strubeck@nortonrosefulbright.com; kristian.gluck@nortonrosefulbright.com |
| Rachel B. Mersky<br>MONZACK MERSKY & BROWDER, P.A.<br>1201 N. Orange Street, Suite 400<br>Wilmington, Delaware 19801<br>rmersky@monlaw.com | David J. Molton, and Eric R. Goodman<br>BROWN RUDNICK LLP<br>Seven Times Square<br>New York, New York 10036<br>dmolton@brownrudnick.com; egoodman@brownrudnick.com |

Sunni P. Beville and Tristan G. Axelrod
BROWN RUDNICK LLP
One Financial Center
sbeville@brownrudnick.com;
taxelrod@brownrudnick.com

Dated:      March 8, 2021
            Wilmington, Delaware

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: /s/ *Marcy J. McLaughlin Smith*
    David M. Fournier (DE No. 2812)
    Marcy J. McLaughlin Smith (DE No. 6184)
    Hercules Plaza
    1313 Market Street
    Suite 5100
    P.O. Box 1709
    Wilmington, DE 19899-1709
    Telephone:   302.777.6500
    Facsimile:    302.421.8390

-and-

    Harris B. Winsberg (admitted *pro hac vice*)
    Matthew G. Roberts (admitted *pro hac vice*)
    Bank of America Plaza
    600 Peachtree Street NE
    Suite 3000
    Atlanta, GA  30308-2216
    Telephone:   404.885.3000
    Facsimile:    404.885.3900

-and-

    NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP
    Matthew S. Sorem (admitted *pro hac vice*)
    10 S. Wacker Dr.
    21st Floor
    Chicago, IL 60606
    Telephone:   312.585.1433
    Facsimile:    312.585.1401

-and-

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: /s/ *Marcy J. McLaughlin Smith*
    David M. Fournier (DE No. 2812)
    Marcy J. McLaughlin Smith (DE No. 6184)
    Hercules Plaza
    1313 Market Street
    Suite 5100
    P.O. Box 1709
    Wilmington, DE 19899-1709
    Telephone:   404.885.3000
    Facsimile:    404.885.3900

-and-

    Harris B. Winsberg (admitted *pro hac vice*)
    Matthew G. Roberts (admitted *pro hac vice*)
    Bank of America Plaza
    600 Peachtree Street NE
    Suite 3000
    Atlanta, GA  30308-2216
    Telephone:   404.885.3000
    Facsimile:    404.885.3900

-and-

    BRADLEY RILEY JACOBS PC
    Todd C. Jacobs (admitted *pro hac vice*)
    John E. Bucheit (admitted *pro hac vice*)
    320 W. Ohio Street
    Suite 3W
    Chicago, IL 60654
    Telephone:   312.281.0295

*Attorneys for National Surety Corporation and Interstate Fire & Casualty Company*

MCDERMOTT WILL & EMERY LLP
Margaret H. Warner (admitted *pro hac vice*)
Ryan S. Smethurst (admitted *pro hac vice*)
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531
Telephone:   202.756.8228
Facsimile:    202.756.8087

*Attorneys for Allianz Global Risks US Insurance Company*