**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| BOY SCOUTS OF AMERICA | § | |
| | § | CASE NO. 20-10343 |
| DEBTOR | § | |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**

NOW COMES Ector CAD, a secured creditor herein, and notifies the Court and all other parties that it is withdrawing its secured claim in this case. Ector CAD filed its secured claim on July 8, 2020, in the amount of $112.09, which claim is designated as claim number 115 with the claims agent. That claim is paid in full. Therefore, Ector CAD hereby withdraws its claim number 115.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of March, 2021, a true and correct copy of the above and foregoing document was filed with the Court and served via the Court's electronic noticing system upon all parties hereto.

Respectfully submitted,

**LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP**
112 E. Pecan Street, Suite 2200
San Antonio, TX  78205
(210) 225-6763 - *Telephone*
(210) 225-6410 - *Fax*

By:   __/s/ Don Stecker_____
David G. Aelvoet (SBN 00786959)
Don Stecker (SBN 19095300)
Attorney for Ector CAD

1