

March 4, 2021

FILED

2021 MAR -9  AM 8:59

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

**Judge Laurie Selber Silverstein**

**District of Delaware**

**824 N. Market Street**

**6th Floor, Courtroom #2**

**Wilmington, DE 19801**

**Dear Judge Silverstein:**

I realize you will be the presiding judge in the case of the Boy Scouts of America bankruptcy. I would like to share that the abuse of one child in the BSA program is heartbreaking. My family has experienced life-changing rewards from the Scouting program. My two sons have benefitted from the complete Scouting program from Cub Scouts to Boy Scouts to career Exploring. They were both able to attain exposure through career exploration, the extensive merit badge program, and wonderful experiences in life through local Scout camps and national high adventure programs. They have discovered rewarding careers through their Scouting exposure. Both are Eagle Scouts and contribute to life through a health career and a public service career.

Your decision is a difficult one. I am hopeful the core elements of the Scouting program will be protected in your ruling, so the vast majority of America's youth will continue to benefit from the amazing character-building experience my two sons and their contemporaries enjoyed. Those core elements of local Scout Camps and National High Adventure bases really need to be preserved to insure the life-changing moments that Scouting has provided my family and friends will continue to serve countless Scouts and their families in the future.

**Thank you for your consideration and service.**

**Yours truly,**

