## Exhibit B

**Interim Application Summary**

**Cover Sheet of Fee Application (UST Guidelines Exhibit E)**

| SUMMARY OF FOURTH INTERIM APPLICATION | |
|---|---|
| Name of Applicant | Sidley Austin LLP |
| Name of Client | Boy Scouts of America and Delaware BSA, LLC |
| Time period covered by Application | November 1, 2020 to January 31, 2021 |
| Total compensation sought during the Application Period | $95,631.50 |
| Total expenses sought during the Application Period | $4,135.37 |
| Petition Date | February 18, 2020 |
| Retention Date | June 2, 2020 *nunc pro tunc* to February 18, 2020 |
| Date of order approving employment | June 2, 2020 |
| Total compensation approved by interim order to date | $4,196,866.00 |
| Total expenses approved by interim order to date | $53,873.26 |
| Total allowed compensation paid to date | $8,917,432.61 |
| Total allowed expenses paid to date | $161,685.35 |
| Blended rate in the Application for all attorneys | $1,061.04 |
| Blended rate in the Application for all timekeepers | $680.17 |
| Compensation sought in the Application already paid pursuant to a monthly compensation order but not yet allowed | $48,216.00 |
| Expenses sought in the Application already paid pursuant to a monthly compensation order but not yet allowed | $1,886.90 |
| Number of professionals included in the Application | 6 |
| If applicable, number of professionals in the Application not included in staffing plan approved by client | 0 |
| If applicable, difference between fees budgeted and compensation sought during the Application Period | Amount Budgeted: $3,825,000.00 Amount Sought: $95,631.50 |
| Number of professionals billing fewer than 15 hours to the case during the Application Period | 4 |
| Are any rates higher than those approved or disclosed at retention? | No |