## **Exhibit C**

## **Budget and Staffing Plan**

| Category | Project Category Description | Hours Budgeted | Total Compensation Budgeted[1] |
|---|---|---|---|
| 1 | Administrative Expense Claims | 0.00 | $0.00 |
| 2 | Adversary Proceedings and Bankruptcy Litigation | 25 – 30 | $15,000 - $18,000 |
| 3 | Asset Dispositions | 0.00 | $0.00 |
| 4 | Automatic Stay | 20 - 30 | $22,000 - $33,000 |
| 5 | Bar Date, Noticing and Claims Reconciliation | 0.00 | $0.00 |
| 6 | Case Administration | 5 – 10 | $2,900 - $5,800 |
| 7 | Chapter 11 Plan Matters | 0.00 | $0.00 |
| 8 | Communications with Client | 0.00 | $0.00 |
| 9 | Corporate Governance and Board Matters | 0.00 | $0.00 |
| 10 | Customer and Vendor Issues | 0.00 | $0.00 |
| 11 | Disclosure Statement | 0.00 | $0.00 |
| 12 | Donor Issues | 0.00 | $0.00 |
| 13 | Employee and Labor Issues | 0.00 | $0.00 |
| 14 | Exclusivity | 0.00 | $0.00 |
| 15 | Executory Contracts and Leases | 0.00 | $0.00 |
| 16 | FCR Issues and Communications | 0.000.00 | $0.00 |
| 17 | Fee Applications | 60 – 75 | $33,000 – $41,250 |
| 18 | Financing Matters and Cash Collateral | 5 – 10 | $4,600 - $9,200 |
| 19 | First Day and Second Day Motions | 0.00 | $0.00 |
| 20 | General Case Strategy | 0.00 | $0.00 |
| 21 | Hearings and Court Matters | 4 - 6 | $4,360 - $6,540 |
| 22 | Insurance Issues | 0 – 3 | $0.00 – $3,150 |

---

[1] Budgeted numbers do not necessarily amount to a 1:1 ratio because they reflect a blended hourly rate and a variable allocation of timekeepers and hours, depending on the needs for each category. Also the budgeted hours and amounts also reflect reduced calculations due to the departure of timekeepers from Sidley during this interim period.

| Category | Project Category Description | Hours Budgeted | Total Compensation Budgeted[1] |
|---|---|---|---|
| 23 | Non-Bankruptcy Litigation | 0 – 3 | $0.00 - $1,710.00 |
| 24 | Non-Working Travel[2] | 0.00 | $0.00 |
| 25 | Professional Retention | 0.00 | $0.00 |
| 26 | Public Relation Issues | 0.00 | $0.00 |
| 27 | Schedules and Statements | 0.00 | $0.00 |
| 28 | Tax Issues | 0.00 | $0.00 |
| 29 | Unsecured Creditor Issues and Communications | 0 – 3 | $0.00 - $1,020 |
| 30 | UST Issues and Reporting | 0.00 | $0.00 |
| 31 | Utility Issues and Adequate Assurance | 0.00 | $0.00 |
| 32 | Local Council Issues and Communications | 0 – 3 | $0.00 - $1,020 |
| 33 | Property of the Estate Issues | 0.00 | $0.00 |
| 34 | Bankruptcy Appeals | 0.00 | $0.00 |
| 35 | Mediation | 0 – 3 | $0.00 - $3,840 |
| 36 | Fee Examiner Issues and Communications | 10 – 20 | $8,000 – $16,000 |
|  | **Total Amount Budgeted** | **4,500.00** | **$3,825,000.00** |
|  | **Total Amount Sought** | **140.60** | **$95,631.50** |

---

[2] Sidley charges non-working travel time at 50% of regular hourly rates in accordance with Local Rule 2016-2(d)(viii).

**Staffing Across All Matter Categories for the Period from November 1, 2020 to and Including January 31, 2021**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work Across All Matter Categories During the Application Period | Average Hourly Rate[3] |
|---|---|---|
| Partner | 1 - 2 | $1,272 |
| Senior Counsel/Counsel | 0 - 1 | $1,000 |
| Associate (>3 years since first admission) | 1 - 2 | $921 |
| Jr. Associate (1–3 years since first admission) | 0 - 1 | $570 |
| Paraprofessionals | 2 - 3 | $442 |
| Support Staff | 1 - 2 | $250 |
| **Total Attorney** | **2 - 5** | **$1,061** |
| **Total Non-Attorney** | **3 - 5** | **$427** |
| **Total** | **5 - 10** | **$680** |

---

[3] The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of chargeable hours worked by, each timekeeper over the course of the chapter 11 cases.