## **Exhibit A**

## **Summary of Time Detail by Task**

| Task Description | Total Hours | Total Compensation |
|---|---:|---:|
| Allocations | 488.0 | $168,447.00 |
| Coverage Analysis | 349.5 | $146,822.50 |
| Exhaustion Analysis | 134.4 | $38,858.00 |
| Fee Applications | 13.2 | $3,995.00 |
| LC Notice | 42.4 | $17,735.00 |
| Local Council | 1,219.3 | $397,699.50 |
| Local Council Notice | 12.6 | $5,162.00 |
| Retention | 1.6 | $938.00 |
| **TOTAL:** | **2,261.0** | **$779,657.00** |