**Exhibit B**

**Summary of Time Detail by Professional**

| Name | Position Area of Expertise | Year of Admission / Years of Experience | Hourly Rate[1] | Total Hours[2] | Total Compensation |
|---|---|---|---|---|---|
| Monroe, Kelly | Consultant | Less than 1 year | $183.91 | 249.5 | $45,886.00 |
| Minter, Matthew | Consultant | Less than 1 year | $188.10 | 123.9 | $23,306.00 |
| Yang, Justin | Consultant | Less than 1 year | $188.59 | 59.6 | $11,240.00 |
| Dettloff, Scott | Consultant | Less than 1 year | $200.00 | 33.8 | $6,760.00 |
| Butterworth, Luke | Consultant | 1.5 years | $234.56 | 244.6 | $57,374.00 |
| Grehan, Julia | Consultant | 1.5 years | $239.36 | 186.4 | $44,616.00 |
| Vegliante, Andrew | Senior Consultant | 2.5 years | $270.00 | 60.4 | $16,308.00 |
| Gwin, J. Lott | Consultant | 2.5 years | $291.42 | 36.0 | $10,491.00 |
| Austin, Carrington | Senior Consultant | 4 years | $330.00 | 2.4 | $792.00 |
| Charlton, Patrick | Senior Consultant | 4 years | $330.00 | 5.3 | $1,749.00 |
| Allen, Andrew | Business Intelligence Analyst | 6 years | $330.00 | 3.0 | $990.00 |
| Klauck, Sheila | Senior Consultant | 5.5 years | $370.62 | 442.2 | $163,888.00 |
| Taylor, Victor | Manager | 7 years | $409.60 | 329.5 | $134,962.00 |
| Hashemi, Kathrin | Manager | 7 years | $451.29 | 24.8 | $11,192.00 |
| Sochurek, Nicholas | Vice President | 16 years | $526.55 | 300.5 | $158,229.00 |
| Hanke, Elizabeth | Vice President | 20+ years | $553.72 | 132.5 | $73,368.00 |
| Terrell, Jonathan | President | 25+ years | $695.71 | 26.6 | $18,506.00 |
| | | | **Total** | **2,261.0** | **$779,657.00** |

---

[1] As of January 1, 2021, KCIC implemented a scheduled adjustment to hourly rates for many of its employees. Such adjustments are included in the average hourly rate figures in this column.

[2] KCIC, LLC charged the Debtors for 50% of non-working travel time in compliance with Local Rule 2016-2(d)(viii). Such reductions are reflected in the figures in this column.