## Exhibit C

### Summary of Expense Detail by Category

| Category | Amount |
|---|---:|
| Research: Online Research | $261.95 |
| **TOTAL:** | **$261.95** |