## **Exhibit B**

### **Expense Detail**

| Work Date | Timekeeper Name | Description | Bill Amt |
|---|---|---|---|
| 1/13/2021 | Boone, Robbie | Printing | 15.40 |
| 1/14/2021 | Boone, Robbie | Printing | 16.10 |
| 1/14/2021 | Lattner, Ali | Court Costs | 143.25 |
| 1/18/2021 | Lattner, Ali | Court Costs | 101.25 |
| 1/26/2021 | Lattner, Ali | Court Costs | 75.00 |
| 1/21/2021 | Mezei, Livy | Outsourced WP Center | 35.00 |
| 1/26/2021 | Lauria (Boelter), Jessica | Printing | 0.28 |
| 1/28/2021 | Linder, Matthew | Miscellaneous Other | 50.00 |
| 1/28/2021 | Linder, Matthew | Miscellaneous Other | 43.00 |
| | | | **479.28** |