## **Exhibit B**

## **Expense Detail**

| Date | Name | Expense Category | Expense Description | Total |
|---|---|---|---|---|
| 1/11/2021 | Sochurek, Nicholas | Research: Online Research | Century Indemnity statutory financial filings. | $28.75 |
| 1/13/2021 | Sochurek, Nicholas | Research: Online Research | Century Indemnity research for credit analysis. | $95.40 |
| 1/13/2021 | Sochurek, Nicholas | Research: Online Research | Chubb research for credit analysis. | $137.80 |
| | | | **Total:** | **$261.95** |