FILED
2021 MAR 11 AM 9:07
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

UNITED STATES BANKRUPTCY COURT
OF WILMINGTON
DISTRICT OF DELAWARE.

▮▮▮

v.

BOY SCOUTS OF AMERICA.
AND DELAWARE, BSA, LCC.
DEFENDANTS

CASE: 20-10343 (LSS)
BANKRUPTCY COURT, AND
▮▮▮

RE: ▮▮▮

YOUR HONOR, ▮▮▮ IS MOVING WITH THIS LEGAL INSTRUMENT PROSE, AND HUMBLY MOVES WITHIN THIS HONORABLE UNITED STATES BANKRUPTCY COURT AT WILMINGTON, DEL. OF DELAWARE, UNITED STATES OF AMERICA, IN REGARDS OF THEE ABOVE ENTITLEMENT CASE[S], AND ABOVE RE:— CLAIM ID. CASE FILE NO: TO WIT: ▮▮▮. NOW YOUR HONOR, I AT ORIGIN SAW THE TELEVISION BROADCAST OF "BSA," USA BANKR. COURT, AND CLAIMS, ETC ON "TV" WHILE I WAS BEING HELD ▮▮▮ CONTACTING ATTNY— LAW FIRM TO WIT: AVA LAW GROUP, INC. ▮▮▮ NOW THIS ATTNY NAMED: ▮▮▮ WAS PROVIDED TO ME BY AN ASSOCIATE ▮▮▮ OF ▮▮▮ ! AND SIMULARILY SOUNDS LIKE SUCH—

1

NAME AS ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ NO PARANOIA BUT IS IRONIC NON TO SAY YOUR HONOR. YET, WHATS EVEN SOMEWHAT MORE IRONIC IS I WAS PROVIDED SAID ADDRESS OF ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ AT ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ LEG▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ NOW ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ FROM MT... AND THERE WAS A ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ SUPPORT @ IVA. LAW. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ IN WITH THIS RESPONSE; YOUR HONOR - IN REGARDS TO THE BSA. & BANKRUPTCY COURT ETC...! BUT THIS WAS SENT IN TO ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ AND NEVER HEARD NOTHING FORE QUIETE SOMETIME — COULDNT FIND THE ADDRESS IN ALL OF MY PAPERS SO I HAD OBTAINED SUCH ADDRESS FROM ▇▇▇▇▇▇▇▇▇▇ — YET THIS ADDRESS WAS A ADDRESS AS PRIOR EXPOUNDED ON IN BILLINGS, MT. USA — SO, YES THIS WAS NOW FOUND TO BE SOMEWHAT STRANGE AND OR PECULIAR BECAUSE I WAS FROM MT. STATE VIA (ICC) AS AFORE EXPLAINED...! I DID SEND RESPONSE TO SUCH; AND ACTUALLY YOUR HONOR. MY ACTUAL DATES OF ORIGIN OF CONTACT OF ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ AB▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ N▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ 26, 2021... AGAIN ▇▇▇▇▇▇ WAS STATING THAT IN ONE LETTER SADLER STATED HED LIKE TO MAKE IT BACK TOO MT.

2

AT "M.S.P."... ▉▉▉▉▉ WAS ALREADY IN COURT IN ALL REGARDS OF SUCH IN ▉▉▉▉▉▉▉▉▉▉ — ▉▉▉▉▉▉▉▉▉▉▉▉ — AND WHY YOUR HONOR FROM THIS ▉▉▉▉▉▉▉▉, HE NEVER ANSWERS LETTERS THATS SENT NOR RESPONDS OF SUCH WHEN HE DOES ENSCRIBE SUCH LETTER — WHICH IS SELDOM — BUT — WHAT I FIND REALL IRONIC IS THAT ONLY ONE TIME WAS ONE SMALL LETTER ACTUALLY SIGNED NEVER DATED — THE SAME TYPE OF BUSINESS HEADING WHICH IS AIS ABUSED IN SCOUTING. TO THE LEFT EISENBERG, ROTHWEILER KOSNOFF LAW AVA LAW GROUP, INC. NO ADDRESSES ON EISENBERG — KOSNOFF, ONLY THE WORDS UNDER EISENBERG — PHILADELPHIA, UNDER KOSNOFF, SAN JUAN PR — AND UNDER AVA LAW GROUP, INC — SAN DIEGO, CA. — ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ NEVER A DATE AS TO WRITTEN ETC. THE LAST LETTER — FEBRUARY 26, 2021 THAT I OBTAINED HERE AT M.S.P SINCE IVE BEEN HERE —. WHICH I ORIGINALLY NOTIFIED ADDRESS CHANGE 1/21/2021. ANY WAY, BUSINESS HEADING DATE, THE SAME AS USUAL AT WHAT I FEEL IS THE SAME OLE STUFF OVER ABOUT REORGANIZATION ETC — AND THIS TIME DIDNT EVEN MENTION BANKR. COURT OR NOTHING NOR ANYTHING ELSE — WELL MY CONCERN IS THAT IVE PRIOR SENT IN CLAIM/PROOF OF CLAIM ETC, BUT WHAT HAPPENED TO ME YOUR HONOR, HAPPENED AND DID OCCURR AGAINST ME IN (▉▉▉▉▉▉▉▉▉▉▉▉) YOUR HON. ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ AND NOTHING NEVER COMES FROM ATTORNEYS ETC FROM ▉▉▉▉▉▉▉▉▉▉▉▉ AND THIS HITS ME STRANGLEY YET AGAIN YOUR HONOR — . I PRIOR ALSO WROTE BSA CLAIM PROCESSING %0 OMNI AGENT SOLUTIONS, 5955 DESOTO, AVE, SUIT. "100 —

WOODLAND HILLS, CALIFORNIA 91367., AND ALSO THEY(V@) NEVER ANSWERED BACK WHEN I WROTE THEM A LETTER PRO SE VIA DUE PROCESS AS I WANTED TO VALIDIATE MY PROOF OF CLAIM BEING FILED, BUT THIS ATTORNEY SEEMED AS MADE BECAUSE HE NEVER WROTE BACK FORE SOMETIME SO I WROTE TO BOYS SCOUTS OF AMERICA NATIONAL SERVICE ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ AND THEN I OBTAINED ANOTHER PROOF OF CLAIM TO FILL OUT.— BUT — AFTER A FEW WEEKS I GOT A LETTER FROM THIS ▮▮▮▮▮▮ YOUR HONOR WHICH I HAVE ALL THAT WAS SENT AN EXCEPTION OF 1 LETTER AT WHICH IVE PRIOR EXPOUNDED ON. SO IVE VIA TABLET THAT MT. MOAC, MSP PROVIDES EVERY OTHER DAY, VIA ▮▮▮▮▮▮▮▮ AND FOUND 2020, 2021 CASES OF BANKR. & US. DIST. COURT ON SUCH TO ATTEMPT TO FOLLOW. TO MY SURPRISE HIS OR THE OTHER ATTORNEYS AND OR GROUPS, FIRMS, INCS, (ATTNYS) NAME ARE NOT ON SUCH CASES, NOR CAN SADLER FIND ANYTHING ON ABOVE CLAIM NO. SA-67482. AND NOW THIS ATTNY PROVIDES AS A RETURN ADDRESS THE EXACT SAME BILLINGS. ADD.— BUT HE HAS CHANGE SUCH ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ ! THIS TO IS STRANGE WHY WOULD A LUCRITIVE ATTNY LAW GROUP ALL OF A SUDDEN DO SUCH CHANGE AND NOT INFORM ME OF HAPPENING OF CASE ETC, BUT ONLY MENTIONED CH. 11, & LIQUIDATION KINDA AT FIRST AND NOW AFTER SAID HEARING JUNE 20, 2020 AND RECIENTLY JAN. 26, 2021 MENTIONS NOTHING AT ALL ON EXCEPTION EXCEPT NOW BANKR. COURT, AND NOW ABOUT APRIL NEXT HEARING ETC AND ABOUT AGAIN—

4

THERE REORGANIZATION, WHICH MONTHS AGO THIS WAS TO OF TOOK PLACE — S[REDACTED] TABLET ONLY REVEALS SO MUCH ABOUT SAID CASE YOUR HONOR. I FEEL DUE PROCESS IS VIOLATED — AND IVE NOT OPTED OUT AND NOT GOING TO NEITHER YOUR HON. AND I FEEL LIKE THIS [REDACTED] WAS, DID SUCH AS TO MAKE KINDA THREATS TO ME IN REGARDS OF SAID CASE NOW SINCE ITS FILED MY PROOF OF CLAIM YOUR HONOR AND THAT IS NOT GOING TO HAPPEN — IT SEEMS LIKE THERES SOMETHING WIERD GOING ON HERE YOUR HONOR — TO SHOW THIS MATTER OF BSA IN FLA. NOT MT. AND WHAT HAPPENED TO ME WAS IN [REDACTED], NOT MT. — SO IM BRINGING THIS TO YOUR ATTENTION MA'AM — IVE NOT OPTED OUT, NOR MADE NO STATEMENT TO SUCH TO. THIS [REDACTED] AND IM UNSURE IF THIS WHAT WOULD SEAM AS AN (RANCE QUINSEDENCE) OF HIS NAME [REDACTED] AND THE MATTER IN [REDACTED], IS, WELL YOUR HONOR IT JUST DOESNT SEAM RIGHT, NOR THE FEELING IN MY GUT, AND INTELLECTUAL AVENUE OF MY MIND. AND THERE WERE ARE ALL OF ABOVE AS WELL IN REGARDS — IF THIS HON. COURT & HON. JUDGE FINDS SUCH REASONING TO LOOK INTO SUCH MATTERS IT WILL BE APPRECIATED AND AND IF YOU COULD LET ME KNOW AT WHATS ACTUALLY GOING ON WITH MY CLAIM ID CASE [REDACTED] AT EARLIEST POSSIBLE TIME, AND OR WORKABLE CONVENIENCE.

PS IVE NOT FIRED THIS ATTNY AS OF THE TIME AS IM (ATTMPTING) TO INVESTIGATE [REDACTED] ALSO ON MY OWN

RESPECTFULLY,
SINCERELY

5.

CERTIFICATE of SERVICE

I ███████████ SWEARS By penalty of perjury that MAILED A LETTER of (5 pcs) IN REGARDS TO BSA

to: UNITED STATES BANKRUPTCY COURT
DISTRICT of WILINGTON DEL
824. N. MARKET ST.
WILFNGTON, DE- 19801



1



U.S. MAIL BOX RULE!
LEGAL MAIL

ATTN: UNITED STATES BANKRUPTCY COURT
DISTRICT OF WILMINGTON DEL
824 N. MARKET STREET
Wilmington, DELAWARE 19801