Date: 2-23-21

CASE NO. 20-10343 (LSS)

To: U.S. BANKRUPTCY JUDGE, LAURIE SELBER SILVERSTEIN
DELAWARE DISTRICT COURT
J. CALEB BOGGS FEDERAL BUILDING
844 N. KING STREET, LOCKBOX 18
WILMINGTON, DE. 19801
PH. # 302-573-6170

FILED 2021 MAR 11 AM 11:33
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

FROM: ████████████████ CLAIMANT/CREDITOR
████████████████████

## MOTION FOR APPOINTMENT OF COUNSEL

I PRAY THIS COURT WILL APPOINT CLAIMANT
COUNSEL FOR THE FOLLOWING REASONS. I HAVE
NO MONEY, HOUSE, CAR, BANK ACCOUNT, OR ANYTHING
OF VALUE TO PAY FOR AN ATTORNEY.

ATTORNEY(S) PACHULSKI, STANG, ZIEHL, JONES.
LLP., SENT CLAIMANT A NOTICE OF VIRTUAL
TOWN HALL MEETING, (POSTMARKED 1-5-21, RECEIVED
1-12-21) HOSTED BY THE OFFICIAL "TORT CLAIMANTS"
COMMITTEE, AND INFORMED CLAIMANT TO TAKE
FURTHER NOTICE ABOUT MEETINGS EVERY SECOND
THURSDAY OF EVERY MONTH.

I WROTE TO ATTORNEY(S) PACHULSKI, STANG,
ZIEHL, JONES. LLP., (████████████████
TRANSACTION RECEIPT TIMESTAMPED 1-14-21 @ 10:50:34.)
AND INQUIRED (EXHIBIT "A") OF THEM, IF THEY ARE
MY ATTORNEY IN THIS MATTER, AND THAT I
WOULD LIKE ALL TRANSCRIPTS TO THE TOWN HALL

meetings.

I HAVE RECEIVED NO TRANSCRIPTS AND NO ANSWER TO "ARE YOU MY ATTORNEY", AND "WHAT DO I NEED TO DO FOR YOU?"

THEREFORE I PRAY THIS COURT WILL GRANT THIS MOTION FOR COUNSEL.

CERTIFICATION/OATH 28 USC 1746

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA U.S. LEGAL MAIL ON THIS DATE: 2-23-21 , (AND) UNDER THE PENALTY OF PERJURY I DECLARE ALL STATEMENTS, FACTS, AND EXHIBITS ARE TRUE AND CORRECT, (AND) SENT TO:

CC: U.S. BANKRUPTCY JUDGE LAURIE SELBER SILVERSTEIN DELAWARE DISTRICT COURT, J. CALEB BOGGS FEDERAL BUILDING, 844 N. KING STREET, LOCKBOX 18, WILMINGTON, DE. 19801



EXHiBiT
A

Date: 1-13-21

Case No. 20-10343 (LSS)

To: Attorney(s)
Pachulski, Stang, Ziehl, Jones. LLP
James E. O'Neill
John W. Lucas
919 North Market Street 17th Floor
P.O. Box 8705
Wilmington, DE. 19899-8705 (Courier 19801)

████████████    Survivor / U.S.N. Veteran
████████████

Re:    I am in receipt of your 1-4-21, "Notice
of Virtual Town Hall Meetings Hosted By
the Official Tort Claimants Committee".
 I am a lamen person, could you explain
it to me in a letter. I would like all the
transcripts to the Town Hall Meeting if
you could send me them. Are you my Attorney
in this matter? Because I need one as I
don't understand all the legal language.
What do I need to do for you?

CASE NO: 20-10343(LSS)    19801-357099

2021 MAR -3 PM 2:18

FILED
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

JUDGE LAURIE SELBER SILVERSTEIN
DELAWARE DISTRICT COURT
J. CALEB BOGGS FEDERAL BUILDING
844 N. KING STREET, LOCKBOX 18
WILMINGTON, DE. 19801

U.S.M.S.
X-RAY



Hasler
02/24/2021
US POSTAGE $000.50⁰
ZIP 32583
011E11685630



Tiffany Lamp