**Exhibit A**

**Summary of Time Detail by Task**

*Exhibit A*

**Boy Scouts of America and Delaware BSA, LLC**
**Summary of Time Detail by Task**
**December 1, 2020 through December 31, 2020**

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Bankruptcy Support | 35.1 | $20,955.00 |
| Cash | 64.2 | $38,092.50 |
| Claims | 198.0 | $93,245.00 |
| Employee | 4.6 | $3,125.00 |
| Fee Applications | 7.7 | $3,412.50 |
| Financial Analysis | 791.3 | $466,597.50 |
| Info Req | 106.2 | $70,327.50 |
| Litigation | 32.4 | $29,910.00 |
| MOR | 6.1 | $3,380.00 |
| Motions/Orders | 5.9 | $3,445.00 |
| Plan DS | 87.4 | $62,352.50 |
| Retention | 0.6 | $375.00 |
| Status Meeting | 66.3 | $53,272.50 |
| Vendor Management | 5.9 | $4,277.50 |
| **Total** | **1,411.7** | **$852,767.50** |