## Exhibit B

**Summary of Time Detail by Professional**

*Exhibit B*

***Boy Scouts of America and Delaware BSA, LLC***
***Summary of Time Detail by Professional***
***December 1, 2020 through December 31, 2020***

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---:|---:|---:|
| Brian Whittman | Managing Director | $1,025.00 | 135.9 | $139,297.50 |
| Erin McKeighan | Managing Director | $850.00 | 10.9 | $9,265.00 |
| Trevor Phillips | Managing Director | $725.00 | 0.4 | $290.00 |
| Carl Binggeli | Director | $725.00 | 226.0 | $163,850.00 |
| Robert Edgecombe | Director | $525.00 | 40.6 | $21,315.00 |
| Ryan Walsh | Senior Associate | $650.00 | 255.6 | $166,140.00 |
| Tim Deters | Senior Associate | $650.00 | 155.4 | $101,010.00 |
| Julio Cifuentes | Associate | $575.00 | 6.6 | $3,795.00 |
| Christian Schoerner | Associate | $375.00 | 30.4 | $11,400.00 |
| Trevor DiNatale | Consultant | $550.00 | 16.5 | $9,075.00 |
| Gerard Gigante | Analyst | $475.00 | 71.7 | $34,057.50 |
| Davis Jochim | Analyst | $425.00 | 122.0 | $51,850.00 |
| Lewis Kordupel | Analyst | $425.00 | 238.2 | $101,235.00 |
| Cally McGee | Analyst | $400.00 | 96.0 | $38,400.00 |
| Nicole Vander Veen | Paraprofessional | $325.00 | 5.5 | $1,787.50 |
| | | ***Total*** | **1,411.7** | **$852,767.50** |