## Exhibit E

**Summary of Expense Detail by Category**

*Exhibit E*

**Boy Scouts of America and Delaware BSA, LLC**
*Summary of Expense Detail by Category*
*December 1, 2020 through December 31, 2020*

| Expense Category | Sum of Expenses |
|---|---|
| Miscellaneous | $452.81 |
| **Total** | **$452.81** |