# Exhibit F

**Expense Detail by Category Professional**

*Exhibit F*

**Boy Scouts of America and Delaware BSA, LLC**
*Expense Detail by Category*
*December 1, 2020 through December 31, 2020*

### Miscellaneous

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Ryan Walsh | 12/1/2020 | $15.18 | WebEx Charges. |
| Erin McKeighan | 12/31/2020 | $437.63 | CMS Monthly Data Storage Fee. |
| **Expense Category Total** | | **$452.81** | |
| *Grand Total* | | **$452.81** | |