## **Schedule 1**

Additional Potential Parties in Interest

Andrews & Thornton
Appraisers of the Keys, Inc.
ASK LLP
Bayard, P.A.
Bradley Riley Jacobs PC
Brown Rudnick LLP
BW Ferguson & Associates Ltd.
CBRE, Inc.
Choate, Hall & Stewart LLP
Clyde & Co.
Commonwealth Mediation & Conciliation, Inc.
Dawn M. Powell Appraisals Inc.
Diocese of Rockville Centre
Dr. Jon R. Conte, Ph.D.
F.I. Salter, Inc.
Fineman Krekstein & Harris PC
Foran Glennon Palandech Ponzi & Rudloff P.C.
Hogan Lovells US LLP
Hon. Kevin Carey (Ret.)
Hotel & Leisure Advisors
JLL Valuation & Advisory Services, LLC
Keen-Summit Capital Partners LLC
Loeb & Loeb
McDermott Will & Emery LLP
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
Monzack Mersky Browder and Hochman, P.A.
NextClaim
Nicolaides Fink Thorpe Michaelides Sullivan LLP
O'Melveny & Myers LLP
Paul Finn
Pepper Hamilton LLP
Reed Smith LLP
Seitz, Van Ogtrop & Green, P.A.
Shipman & Goodwin LLP
Slater Slater Schulman LLP
St. Brigid Roman Catholic Church
Stampoulis & Weinblatt LLC

The Brattle Group
The Gallagher Law Group
The Gallagher Law Group (DUP)
Timothy Gallagher
Troutman Sanders LLP
Walker Wilcox Matousek LLP
White & Case LLP
Wiley Rein LLP
Wilmer Cutler Pickering Hale and Dorr LLP