## Schedule 2

Morris Nichols represents the Potential Parties in Interest and/or affiliates thereof identified below on matters unrelated to these chapter 11 cases.

Loeb & Loeb
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
Facebook, Inc.
CIT Bank N.A.
Anadarko Petroleum Corporation