**Schedule 3**

Morris Nichols formerly represented the Potential Parties in Interest and/or affiliates thereof identified below on matters unrelated to these chapter 11 cases.

McDermott Will & Emery LLP
O'Melveny & Myers LLP
Reed Smith LLP