**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No.: 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Ashley L. Criss of Wiley Rein LLP to represent General Star Indemnity Company.

Dated: March 15, 2021          SMITH, KATZENSTEIN & JENKINS LLP

                         */s/ Kathleen M. Miller*
                         Kathleen M. Miller (No. 2898)
                         1000 West Street, Suite 1501
                         Wilmington, DE  19801
                         Telephone: (302) 652-8400
                         Email: KMM@skjlaw.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the District of Columbia and Maryland, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Revised Standing Order for District Court Fund, effective 8/30/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Date:  March 10, 2021          Signed: /s/ Ashley L. Criss
                         Ashley L. Criss
                         WILEY REIN LLP
                         1776 K Street NW
                         Washington, DC 20006
                         Telephone: (202) 719-7000
                         E-mail: acriss@wiley.law

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.