# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No.: 20-10343 (LSS)<br><br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Gary P. Seligman of Wiley Rein LLP to represent General Star Indemnity Company.

Dated: March 15, 2021         SMITH, KATZENSTEIN & JENKINS LLP

         */s/ Kathleen M. Miller*
         Kathleen M. Miller (No. 2898)
         1000 West Street, Suite 1501
         Wilmington, DE  19801
         Telephone: (302) 652-8400
         Email: KMM@skjlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the District of Columbia, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Revised Standing Order for District Court Fund, effective 8/30/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Date:  March 10, 2021         Signed: /s/ Gary P. Seligman
         Gary P. Seligman
         WILEY REIN LLP
         1776 K Street NW
         Washington, DC 20006
         Telephone: (202) 719-7000
         E-mail: gseligman@wiley.law

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

1