

FILED
MAR 15 AM 9:20
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

*ATTENTION

==Clerk of the Court==
U.S. Bankruptcy Court
for the District of Delaware
824 North Market Street, 6th Floor
Wilmington DE 19801


RE: Case# 20-10343(LSS)
    Boy Scouts of America
    and Delaware BSA, LLC


Dear sir:

   One month ago, (at or about), January 29, 2021, I mailed two letters to this court addressed to the Judge of the U.S. Bankruptcy Court for this district.  In my letters I asked the court that the letters be treated as "motions to the court." At this time I'm inquiring as to the status of this correspondence, (communication), to the court.

        1) Has the court received the letters?
        2) Have they been filed with the court to be heard?
        3) What is the date of the hearing?

   I anticipate you answer.  Please feel free to write me at the address above.



LEGAL MAIL

DENVER CO 802
8 MAR 2021 PM 3 L

Clerk of the Court
U.S. Bankruptcy Court
for the District of Delaware
824 North Market Street, 6th Floor
WILMINGTON DE 19801

19801-302499