FILED

2021 MAR 15  AM 9: 24

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

March 7, 2021

Judge Laurie Selber Silverstein
District of Delaware
824 North Market Street
6th Floor, Courtroom #2
Wilmington, DE 19801

Dear Judge Silverstein,

I wanted to reach out and ask you for your help. I know that its your job to make sure everyone in a Bankruptcy gets what they deserve or not deserve. I believe there is a purpose for the legal system and that you have taken an oath to do your best for all at hand and to be fair in the process.

I just wish that all the attorneys in the United States believed the way you do and that they all were Trustworthy and Loyal to organizations that are trying hard to make a difference in young people's lives. Before you toss this letter please give me a chance to make a comment. I'm employed by the Boy Scouts of America, (29+ years) and I'm writing you to open your heart and think about how these bankruptcy cases are going for all at hand. I'm sorry that individuals weren't treated right by their adult leadership guides. (Why aren't Attorney's going after the accused)

I was a Cub Scout in the 1967-1973 in Hutchinson Kansas, with out the Scouting program I wouldn't be the person that I am today. I remember doing the pine-wood derby races with my dad and each year we took a place, family campouts, and Scout Baseball was a big thing back in my time of growing up in Hutchinson. I remember doing all kinds of different thing with friends and families. My wife, son and I have been doing active in Scouts for several years. Both my wife and I have been leaders for our son's pack, troop, and outdoor programs. Our Cub Scout Den of 12 over the years had 7 individuals earn the rank of Eagle Scout.

Its not like today where everything is done on the computer systems. However, Scouting still has the outdoor programs for all ages of youth. I've given most of my life to make sure that Scouting youth have been safe, they have fun and everyone in the family are involved. There aren't many family organizations left in the USA. Where mom's, dad's, brother, and sisters can all participate in the fund activities and learn things together. Without the Scouting program I don't really know what will happen to our society, its already heading down the wrong path with all the crime in the inter/outer cities, video's games showing its ok to shoot individuals, bad police officer's and parents alike. Scouting given the chance has and will continue to make life positive for several young men and women in our society. We need your help right now more then every, only you and God can make the decision of the future of the Boy Scouts of America/ScoutingUSA. I beg you to do the right thing for the generations now and the

future generations of young people.  Don't let these attorney's or others pull the rug right out from under the Scouting programs because of greed.

Thought out my career with the BSA I've seen a lot of great things happing and have seen a few things not so great but have been able to help correct these issues.  The National Council for the BSA has been making promises to the professional staff like me for at least 30+ years.
Telling us that when you get ready to retire at the rule of 85 with age and time in you will have a great pension plan. (As all organizations I know there are always a few bad apples) I'm now ready to retire at the age of 60 with 29 years in the plan and find out that the bankrupts may not be able to keep the pension plan going.  The big guys' at the National Office are saying that there isn't enough funding and that if councils don't help bail out what's happening at the National Office due to funding and miss management of funds then the Government will have to take over the pension and all the money that several individuals including myself wont be there to fund.  Lots to think about on your end, big decisions for several opportunities to make Scouting right for young boys and girls, families and those who can retire and have been retired for a long time.  I know that God will help you make the right choices/decisions so that we will continue the right paths for a better program, retirement for those who have given their lives and future individuals.

Thank you for your time,  Please Help us all with these tough decisions and help us to take the right path!

Judge Laurie Selber Silverstein
District of Delaware
825 N. Market Street
6th floor, Courtroom #2
Wilmington DE 19801



BATON ROUGE LA 707
8 MAR 2021 PM 1 L