## <u>Exhibit B</u>

**Interim Application Summary**


**Cover Sheet of Fee Application (UST Guidelines Exhibit E)**

| SUMMARY OF FOURTH INTERIM APPLICATION | |
|---|---|
| Name of Applicant | Haynes and Boone, LLP |
| Name of Client | Debtors and Debtors in Possession |
| Time period covered by Fourth Interim Application | November 1, 2020 to January 31, 2021 |
| Total compensation sought during the Application Period (fees) | $1,048,332.00 |
| Total expenses sought during the Application Period | $442.20 |
| Petition Date | February 18, 2020 |
| Retention Date | February 18, 2020 |
| Date of order approving employment | April 20, 2020 |
| Total compensation approved by interim order to date | $630,077.60 |
| Total expenses approved by interim order to date | $2,281.14 |
| Total allowed compensation paid to date (fees) | $1,352,530.00 |
| Total allowed expenses paid to date | $2,281.14 |
| Blended rate in the 4th Interim Application for all attorneys | $703.77 |
| Blended rate in the 4th Interim Application for all timekeepers | $696.60 |
| Compensation sought in the 4th Interim Application already paid pursuant to a monthly compensation order but not yet allowed | $256,168.00 |
| Expenses sought in the 4th Interim Application already paid pursuant to a monthly compensation order but not yet allowed | $0.00 |
| Number of professionals included in the 4th Interim Application | 12 (including paraprofessionals) |
| If applicable, number of professionals in the 4th Interim Application not included in staffing plan approved by client | No additional professionals |
| If applicable, difference between fees budgeted and compensation sought during the Application Period | Amt. Budgeted: No difference Amt. Sought: No difference |
| Number of professionals billing fewer than 15 hours to the case during the Application Period | 3 |
| Are any rates higher than those approved or disclosed at retention? | Yes, rate increase |