## **Exhibit A**

## **Summary of Time Detail by Task**

| Task Description | Total Hours | Total Compensation |
|---|---:|---:|
| Analysis | 797.6 | $356,692.50 |
| Claim File Review | 4,274.5 | $920,322.50 |
| Communication with Counsel | 31.2 | $19,213.50 |
| Data Gathering & Processing | 1,512.4 | $663,844.50 |
| Fee Request Preparation | 42.8 | $22,848.00 |
| Project Management | 63.5 | $35,943.50 |
| Settlement Mediation & Support | 24.9 | $15,858.50 |
| **Grand Total** | **6,746.9** | **$2,034,723.00** |