## Exhibit B

## Summary of Time Detail by Professional

| Name[1] | Position Area of Expertise | Year of Admission / Years of Experience | Hourly Rate | Total Hours[2] | Total Compensation |
|---|---|---|---|---|---|
| Evans, Andrew | Partner | | $725 | 175.9 | $127,527.50 |
| Evans, Andrew | Partner | | $750 | 87.8 | $65,850.00 |
| Reppert, Wesley | Principal | | $600 | 43.8 | $26,280.00 |
| Reppert, Wesley | Principal | | $650 | 33.5 | $21,775.00 |
| Johnson, Samantha | Manager | | $475 | 224.9 | $106,827.50 |
| Johnson, Samantha | Manager | | $485 | 44.6 | $21,631.00 |
| Murray, Makeda | Manager | | $475 | 424.5 | $201,637.50 |
| Murray, Makeda | Manager | | $560 | 165.8 | $92,848.00 |
| Shipp, Kory | Manager | | $475 | 140.5 | $66,737.50 |
| Shipp, Kory | Manager | | $485 | 131.7 | $63,874.50 |
| Ameri, Armin | Consultant II | | $370 | 245.4 | $90,798.00 |
| Ameri, Armin | Consultant II | | $375 | 133.1 | $49,912.50 |
| Dhuri, Yash | Consultant I | | $350 | 18.4 | $6,440.00 |
| Farrell, Emma | Consultant I | | $345 | 321.8 | $111,021.00 |
| Farrell, Emma | Consultant I | | $350 | 142.0 | $49,700.00 |
| Wang, Derrick | Consultant I | | $345 | 315.3 | $108,778.50 |
| Wang, Derrick | Consultant I | | $350 | 154.8 | $54,180.00 |
| Atsalis, Andrew | Research Assistant | | $195 | 265.1 | $51,694.50 |
| Elbitar-Hartwell, Amiel | Research Assistant | | $195 | 439.9 | $85,780.50 |
| French, Eli | Research Assistant | | $195 | 196.0 | $38,220.00 |
| Gelfand, Mike | Research Assistant | | $195 | 408.6 | $79,677.00 |
| Jones, Alyssa | Research Assistant | | $195 | 541.8 | $105,651.00 |
| Linden, Annika | Research Assistant | | $195 | 567.1 | $110,584.50 |
| Martinez, Kelly | Research Assistant | | $195 | 92.6 | $18,057.00 |
| Reiss, Jack | Research Assistant | | $195 | 254.5 | $49,627.50 |
| Scarpignato, Curtis | Research Assistant | | $195 | 597.2 | $116,454.00 |
| Wagoner, Emma | Research Assistant | | $195 | 304.1 | $59,299.50 |
| Zaiets, Vlad | Research Assistant | | $195 | 276.2 | $53,859.00 |
| | | | **Total** | **6,746.9** | **$2,034,723.00** |

---

[1] Bates White updated its employee bill rates as of January 1, 2021. As such, there are two entries each in this table for Andrew Evans, Wesley Reppert, Samantha Johnson, Makeda Murray, Kory Shipp, Armin Ameri, Emma Farrell, and Derrick Wang; the first reflecting the 2020 bill rates and hours for November and December 2020, the second reflecting the 2021 bill rates and hours for January 2021.

[2] Bates White would have charged the Debtors for 50% of non-working travel time in compliance with Local Rule 2016-2(d)(viii), but no such charges were incurred in this time period. Such reductions are reflected in the figures in this column.