# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Hearing Date: May 19, 2021 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 29, 2021 at 4:00 p.m. (ET)** |

## SECOND INTERIM FEE APPLICATION REQUEST OF PRICEWATERHOUSECOOPERS LLP, AS INDEPENDENT AUDITOR AND TAX COMPLIANCE SERVICES PROVIDER FOR THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM NOVEMBER 1, 2020 TO AND INCLUDING JANUARY 31, 2021

| | |
|---|---|
| Name of Applicant: | PricewaterhouseCoopers LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | February 18, 2020 |
| Period for Which Compensation and Reimbursement Are Requested: | November 1, 2020 – January 31, 2021[2] |
| Amount of Compensation Requested: | $197,030.00 |
| Amount of Expense Reimbursement Requested: | $0.00 |

This is a(n):   monthly ____   interim  x    final application ____

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] The applicant reserves the right to include any time expended in the period indicated above in future application(s) if it is not included herein.

## PRIOR INTERIM FEE APPLICATIONS FILED

| Fee Statement Period, Docket # & Filing Date | Total Fees Requested | Total Expenses Requested |
|---|---|---|
| 02/18/2020 – 10/31/2020 (D.I. 1922, 01/11/2021) | $135,936.00 | $0.00 |

## MONTHLY APPLICATIONS FILED

| Fee Statement Period, Docket # & Filing Date | Total Fees Requested | Total Expenses Requested | CNO Date & Docket # | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|
| 11/01/2020-01/31/2021 (D.I. 2361, 03/11/2021) | $197,030.00 | $0.00 | CNO Expires 03/25/2021 | $0.00 | $0.00 | $0.00 |

## COMPENSATION AND HOURS BY PROFESSIONAL

**Fixed Fee Services**

| Project Category and Professional | Position | Hours | Total Compensation |
|---|---|---|---|
| *Tax Compliance Services* | | | |
| Travis L Patton | Partner | 6.50 | |
| Eric M McNeil | Director | 19.40 | |
| Julie Sorenson | Senior Associate | 21.00 | |
| Timothy A Galaz | Senior Associate | 25.80 | |
| ***Subtotal - Tax Compliance Services*** | | ***72.70*** | ***$43,000.00*** |
| *Attestation Services* | | | |
| Christopher M Williams | Partner | 8.00 | |
| Shawn Marie Magee | Director | 50.50 | |
| Miguel Vicente | Manager | 30.00 | |
| Ricardo J Malave | Manager | 73.80 | |
| Stephanie White Doyle | Manager | 0.30 | |
| Rose-Agnes Pardo | Senior Associate | 8.80 | |
| Zhenyu Tian | Senior Associate | 79.40 | |
| Jingting Zhao | Associate | 176.30 | |
| Suha Atshan | Associate | 338.00 | |
| Yuki Saito | Associate | 14.40 | |
| ***Subtotal - Attestation Services*** | | ***779.50*** | ***$151,500.00*** |
| **Subtotal - Hours and Compensation - Fixed Fee Services** | | **852.20** | **$194,500.00** |

ii

**Case Administration (Variable Fee Services)**

| Project Category and Professional | Position | | Hours | Total Compensation |
|---|---|---|---|---|
| **Case Administration** | | | | |
| *Bankruptcy Requirements and Other Court Obligations* | | | | |
| Andrea Clark Smith | Director | $550 | 3.70 | $2,035.00 |
| Jill B. Bienstock | Director | $550 | 0.90 | $495.00 |
| *Subtotal - Bankruptcy Requirements and Other Court Obligations* | | | *4.60* | *$2,530.00* |
| **Subtotal - Case Administration** | | | **4.60** | **$2,530.00** |

## COMPENSATION AND EXPENSES BY PROJECT CATEGORY

**Fixed Fee Services**

| Project Category and Professional | Position | Hours | Total Compensation |
|---|---|---|---|
| *Tax Compliance Services* | | | |
| 2019 Tax Compliance Services | | 72.70 | $43,000.00 |
| *Subtotal - Tax Compliance Services* | | *72.70* | *$43,000.00* |
| *Attestation Services* | | | |
| PeopleSoft Financials Services | | 190.30 | $48,500.00 |
| Program Administration Systems Services | | 242.80 | $55,500.00 |
| Blackbaud CRM System For Fund Raising Activities Services | | 346.40 | $47,500.00 |
| *Subtotal - Attestation Services* | | *779.50* | *$151,500.00* |
| **Subtotal - Hours and Compensation - Fixed Fee Services** | | **852.20** | **$194,500.00** |

**Case Administration (Variable Fee Services)**

| Project Category and Professional | Position | Hours | Total Compensation |
|---|---|---|---|
| *Bankruptcy Requirements and Other Court Obligations* | | | |
| Employment Applications and Other Court Filings | | 0.90 | $495.00 |
| Monthly, Interim and Final Fee Applications | | 3.70 | $2,035.00 |
| *Subtotal - Bankruptcy Requirements and Other Court Obligations* | | *4.60* | *$2,530.00* |
| **Subtotal - Hours and Compensation - Case Administration** | | **4.60** | **$2,530.00** |

## EXPENSES BY CATEGORY

PwC has no expenses during the Compensation Period.

iii

Annexed hereto are the following schedules for compensation and reimbursement of expenses sought by PwC for the period from November 1, 2020 to and including January 31, 2021:

Exhibit A     Summary of Time Detail by Task
Exhibit B     Summary of Time Detail by Professional

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**SECOND INTERIM FEE APPLICATION OF
PRICEWATERHOUSECOOPERS LLP FOR PAYMENT OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES AS INDEPENDENT AUDITOR AND TAX
COMPILANCE SERVICES PROVIDER TO THE DEBTORS FOR THE PERIOD
FROM NOVEMBER 1, 2020 TO JANUARY 31, 2021**

PricewaterhouseCoopers LLP ("PwC"), independent auditor and tax compliance services provider for the Boy Scouts of America and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession (together, the "Debtors") in the above-captioned chapter 11 cases, hereby submits this Second interim application (this "Application") for entry of an order, pursuant to section 331 of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), granting interim compensation and reimbursement of expenses for the period from November 1, 2020 to and including January 31, 2021. In support of this Application, PwC respectfully represents as follows:

**JURISDICTION AND VENUE**

1.      The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29,

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

2012.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory and other bases for the relief requested herein are sections 330 and 331 of the Bankruptcy Code, rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* [Docket No. 341] (the "Compensation Procedures Order").

## BACKGROUND

3. On February 18, 2020 (the "Petition Date"), each of the Debtors filed a voluntary petition with the Court for relief under chapter 11 of the Bankruptcy Code.  The Debtors continue to operate and maintain their non-profit organization and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On February 19, 2020, the Court entered an order [Docket No. 61] authorizing the joint administration and procedural consolidation of the chapter 11 cases pursuant to Bankruptcy Rule 1015(b).

4. The Debtors retained PwC as their independent auditor and tax compliance services provider, *nunc pro tunc* to the Petition Date, pursuant to the *Order Authorizing the Retention and Employment of PricewaterhouseCoopers LLP as Independent Auditor and Tax Compliance Services Provider for the Debtors and Debtors in Possession, Effective as of February 18, 2020* [Docket No. 889] (the "Retention Order").  The Retention Order authorizes the Debtors to compensate and reimburse PwC in accordance with the terms and conditions set forth in the Debtors' application to retain PwC, subject to PwC's application to the Court.

5.      On October 22, 2020, PwC filed the *Supplemental Declaration of Romaldo Francis DeSouza, Jr. in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of PricewaterhouseCoopers LLP as Independent Auditor and Tax Compliance Services Provider for the Debtors and Debtors in Possession, Effective as of February 18, 2020* (Docket No. 1562) (the "Supplemental Declaration").

6.      PwC has rendered services on behalf of the debtors for the period from November 1, 2020 through January 31, 2021 (the "Compensation Period"), totaling 856.8 hours of professional time.

7.      Attached hereto as **Exhibits A–B** is a summary of professional services rendered and expenses incurred by each PwC professional and by category during the Compensation Period.

8.      The total sum due to PwC for professional services rendered on behalf of the Debtors for the Compensation Period is $197,030.00.  PwC submits that the professional services it rendered on behalf of the debtors during this time were reasonable and necessary.

9.      **Tax Compliance Services, $43,000  (Fixed Fee)** – PwC professionals provided tax compliance services including review and sign as preparer the Forms 990 and Forms 990-T for the Debtors.

10.     **Attestation Services, $151,500 (Fixed Fee)[2]** – On an annual basis, PwC issues a System and Organization Controls ("SOC") report for the Program Administration System, PeopleSoft Financial System, and Blackbaud CRM System.  PwC performed design and operating effectiveness controls testing supporting the attest opinion for the three reports, based on AICPA standards, for the period January 1, 2020 to December 31, 2020. The Debtors are required to issue the SOC reports to the Local Councils to support the preparation of the Local Council financial

---

[2] PwC has one additional payment associated with the completion of the SOC reports, totaling $26,500.

statements. The reports are issued to the Local Councils in lieu of Local Council external auditors inquiring of or requesting documentation from the National Council related to their internal controls. These services will be completed in March 2021 and April 2021.

11. **Case Administration, $2,530** – The PwC professionals providing services to the Debtors consulted with and utilized internal PwC professionals responsible for preparation of compensation related materials, to facilitate compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the Interim Compensation Order, Fee Guidelines and any other applicable procedures and orders of the Court. The hours and fees associated with this category represent the services provided by such professionals including preparation of supplemental declaration expanding PwC's services and fee statements.

12. PwC did not expend any costs on behalf of the Debtors during the Compensation Period.

13. PwC accordingly seeks allowance of the sum of $197,030.00 in fees and $0.00 in expenses, for a total of $197,030.00.

14. The undersigned hereby attests that he has reviewed the requirements of Local Rule 2016-2 and this Application conforms to such requirements.

## **CERTIFICATION OF COMPLIANCE**

15. The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies that, to the best of his knowledge, information and belief, this Application complies with that rule.

*[Remainder of Page Intentionally Left Blank]*

WHEREFORE, PwC requests (i) allowance on an interim basis of compensation for necessary and valuable professional services rendered to the Debtors in the sum of $197,030.00 and reimbursement of actual and necessary expenses incurred in the sum of $0.00 for the period from November 1, 2020 to and including January 31, 2021, (ii) payment in the amount of $39,406.00 representing the 20% holdback, and (iii) such other relief as this Court deems just and proper.

Dated: March 15, 2021
       Dallas, Texas

**PRICEWATERHOUSECOOPERS LLP**

Francis DeSouza, Jr, Partner
PricewaterhouseCoopers LLP
2121 North Peral Street, Suite 2000
Dallas, Texas 75201
(214) 695-0663
*Independent Auditor and Tax Compliance Services*
*Provider for the Debtors and Debtors in Possession*