# Exhibit A

## Summary of Time Detail by Task

| Project Category and Billing Category | Hours | Total Compensation |
|---|---|---|
| **Fixed Fee Services** | | |
| *Tax Compliance Services* | | |
| 2019 Tax Compliance Services | 72.70 | $43,000.00 |
| ***Subtotal - Tax Compliance Services*** | ***72.70*** | ***$43,000.00*** |
| *Attestation Services* | | |
| PeopleSoft Financials Services | 190.30 | $48,500.00 |
| Program Administration Systems Services | 242.80 | $55,500.00 |
| Blackbaud CRM System For Fund Raising Activities Services | 346.40 | $47,500.00 |
| ***Subtotal - Attestation Services*** | ***779.50*** | ***$151,500.00*** |
| **Subtotal - Hours and Compensation - Fixed Fee Services** | **852.20** | **$194,500.00** |
| **Case Administration** | | |
| *Bankruptcy Requirements and Other Court Obligations* | | |
| Employment Applications and Other Court Filings | 0.90 | $495.00 |
| Monthly, Interim and Final Fee Applications | 3.70 | $2,035.00 |
| ***Subtotal - Bankruptcy Requirements and Other Court Obligations*** | ***4.60*** | ***$2,530.00*** |
| **Subtotal - Hours and Compensation - Case Administration** | **4.60** | **$2,530.00** |
| **Total - Hours and Compensation Sought for Reimbursement** | **856.80** | **$197,030.00** |