## Exhibit B

### Summary of Time Detail by Professional

| Project Category and Professional | Position | | Hours | Total Compensation |
|---|---|---|---|---|
| **Fixed Fee Services** | | | | |
| *Tax Compliance Services* | | | | |
| Travis L Patton | Partner | | 6.50 | |
| Eric M McNeil | Director | | 19.40 | |
| Julie Sorenson | Senior Associate | | 21.00 | |
| Timothy A Galaz | Senior Associate | | 25.80 | |
| ***Subtotal - Tax Compliance Services*** | | | *72.70* | *$43,000.00* |
| *Attestation Services* | | | | |
| Christopher M Williams | Partner | | 8.00 | |
| Shawn Marie Magee | Director | | 50.50 | |
| Miguel Vicente | Manager | | 30.00 | |
| Ricardo J Malave | Manager | | 73.80 | |
| Stephanie White Doyle | Manager | | 0.30 | |
| Rose-Agnes Pardo | Senior Associate | | 8.80 | |
| Zhenyu Tian | Senior Associate | | 79.40 | |
| Jingting Zhao | Associate | | 176.30 | |
| Suha Atshan | Associate | | 338.00 | |
| Yuki Saito | Associate | | 14.40 | |
| ***Subtotal - Attestation Services*** | | | *779.50* | *$151,500.00* |
| **Subtotal – Fixed Fee Services** | | | **852.20** | **$194,500.00** |
| **Case Administration** | | | | |
| *Bankruptcy Requirements and Other Court Obligations* | | | | |
| Andrea Clark Smith | Director | $550 | 3.70 | $2,035.00 |
| Jill B. Bienstock | Director | $550 | 0.90 | $495.00 |
| ***Subtotal - Bankruptcy Requirements and Other Court Obligations*** | | | *4.60* | *$2,530.00* |
| **Subtotal - Case Administration** | | | **4.60** | **$2,530.00** |
| **Total - Hours and Compensation Sought for Reimbursement** | | | **856.80** | **$197,030.00** |