**EXHIBIT A**

|  |  |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

**Enclosure:**

PricewaterhouseCoopers LLP invoice for professional fees rendered and expenses incurred
For the Period February 1, 2021 through February 28, 2021



| Fees | $26,940.00 |
| Expenses | $0.00 |

**<u>Hours and Compensation:</u>**            **<u>Exhibits:</u>**

| Summary by Project Category | 1 |
|---|---|

***Estimated "Fixed Fee" Service***

| Summary of Hours by Project and Professional | 2 |
|---|---|
| Professional Services by Project, Professional and Date | 3 |

***Hourly Services***

| Summary of Hours and Fees by Project and Professional | 4 |
|---|---|
| Professional Services by Project, Professional and Date | 5 |

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC (Case No. 20-10343 (LSS))    Exhibit 1**
**PwC LLP  - Independent Auditor and Tax Compliance Services Provider to the Debtors**
**Summary by Project Category and Billing Category**
**For the Period February 1, 2021 through February 28, 2021**

| Project Category and Billing Category | Hours | Total Compensation |
|---|---|---|
| **Fixed Fee Services** | | |
| *Attestation Services* | | |
| PeopleSoft Financials Services | 92.00 | $8,500.00 |
| Program Administration Systems Services | 130.30 | $10,500.00 |
| Blackbaud CRM System For Fund Raising Activities Services | 73.30 | $7,500.00 |
| *Subtotal - Attestation Services* | *295.60* | *$26,500.00* |
| **Subtotal - Hours and Compensation - Fixed Fee Services** | **295.60** | **$26,500.00** |
| **Case Administration** | | |
| *Bankruptcy Requirements and Other Court Obligations* | | |
| Monthly, Interim and Final Fee Applications | 0.80 | $440.00 |
| *Subtotal - Bankruptcy Requirements and Other Court Obligations* | *0.80* | *$440.00* |
| **Subtotal - Hours and Compensation - Case Administration** | **0.80** | **$440.00** |
| **Total - Hours and Compensation Sought for Reimbursement** | **296.40** | **$26,940.00** |

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC (Case No. 20-10343 (LSS)) Exhibit 2**
**PwC LLP - Independent Auditor and Tax Compliance Services Provider to the Debtors**
**Fixed Fee Services - Summary of Hours and Fees by Project and Professional**
**For the Period February 1, 2021 through February 28, 2021**

| Project Category and Professional | Position | Hours | Total Compensation |
|---|---|---:|---:|
| *Attestation Services* | | | |
| Christopher M Williams | Partner | 10.00 | |
| Paul M Dickinson | Partner | 1.50 | |
| Shawn Marie Magee | Director | 28.00 | |
| Miguel Vicente | Manager | 20.00 | |
| Ricardo J Malave | Manager | 22.50 | |
| Zhenyu Tian | Senior Associate | 40.70 | |
| Aurora Ali | Associate | 4.30 | |
| Jingting Zhao | Associate | 8.30 | |
| Nareg Sokonian | Associate | 21.00 | |
| Suha Atshan | Associate | 139.30 | |
| *Subtotal - Attestation Services* | | *295.60* | *$26,500.00* |
| **Total - Hours and Compensation** | | **295.60** | **$26,500.00** |

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC (Case No. 20-10343 (LSS))**

**Exhibit 3**

**PwC LLP - Independent Auditor and Tax Compliance Services Provider to the Debtors**

**Fixed Fee Services - Professional Services by Project, Professional and Date**

**For the Period February 1, 2021 through February 28, 2021**

| Date | Name | Position | Description | Hours |
|------|------|----------|-------------|-------|
| *Attestation Services* | | | | |
| *PeopleSoft Financials Services* | | | | |
| 1/5/2021 | Suha Atshan | Associate | 0221F0001: Engagement Management - Project Management - Project Management - Status Update - Planning for Completion. | 0.50 |
| 1/6/2021 | Shawn Marie Magee | Director | 0221F0002: Engagement Management - Project Management - Project Management - Status Update - Planning for Completion. | 0.50 |
| 1/7/2021 | Shawn Marie Magee | Director | 0221F0003: Information Technology General Controls - Risk Assurance - Access Programs & Data - Cyber Discussion, SolarWinds, Cyber Update - With Management. | 0.50 |
| 1/7/2021 | Suha Atshan | Associate | 0221F0004: Controls testing - Entity-Level Controls - Entity Level Controls - Operating Effectiveness Testing. | 2.00 |
| 1/7/2021 | Suha Atshan | Associate | 0221F0005: Information Technology General Controls - Risk Assurance - Access Programs & Data - Access Testing Operating Effectiveness. | 3.00 |
| 1/7/2021 | Suha Atshan | Associate | 0221F0006: Information Technology General Controls - Risk Assurance - Access Programs & Data - Access Testing Operating Effectiveness - Review and Updating. | 2.00 |
| 1/7/2021 | Suha Atshan | Associate | 0221F0007: Information Technology General Controls - Risk Assurance - Program Changes - Change Testing Operating Effectiveness. | 2.00 |
| 1/7/2021 | Zhenyu Tian | Senior Associate | 0221F0008: Controls testing - Risk Assurance - Manual Controls - Update Procedures for ITGCs through year end. | 2.10 |
| 1/8/2021 | Suha Atshan | Associate | 0221F0009: Information Technology General Controls - Risk Assurance - Access Programs & Data - Access Testing Operating Effectiveness - Application. | 3.00 |

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC (Case No. 20-10343 (LSS))**  **Exhibit 3**
**PwC LLP - Independent Auditor and Tax Compliance Services Provider to the Debtors**
**Fixed Fee Services - Professional Services by Project, Professional and Date**
**For the Period February 1, 2021 through February 28, 2021**

| Date | Name | Position | Description | Hours |
|------|------|----------|-------------|-------|
| 1/8/2021 | Suha Atshan | Associate | 0221F0010: Information Technology General Controls - Risk Assurance - Access Programs & Data - Access Testing Operating Effectiveness - Database. | 3.00 |
| 1/8/2021 | Suha Atshan | Associate | 0221F0011: Information Technology General Controls - Risk Assurance - Access Programs & Data - Access Testing Operating Effectiveness - OS/Server. | 2.50 |
| 1/11/2021 | Shawn Marie Magee | Director | 0221F0012: Information Technology General Controls - Risk Assurance - Access Programs & Data - Cyber Discussion, SolarWinds, Cyber Update - With Management. | 0.50 |
| 1/11/2021 | Shawn Marie Magee | Director | 0221F0013: Engagement Management - Project Management - Project Management, Staffing, and billing. | 0.50 |
| 1/11/2021 | Suha Atshan | Associate | 0221F0014: Controls testing - Entity-Level Controls - Entity Level Controls - Operating Effectiveness Testing. | 2.00 |
| 1/12/2021 | Christopher M Williams | Partner | 0221F0015: Lead Engagement Partner Time - Review and Supervision - Partner Time - Partner Supervision and Review - Internal Meetings. | 1.00 |
| 1/13/2021 | Christopher M Williams | Partner | 0221F0016: Lead Engagement Partner Time - Review & Supervision - Partner Supervision and Review - Internal Meetings. | 0.50 |
| 1/13/2021 | Shawn Marie Magee | Director | 0221F0017: Engagement Management - Project Management - Review and updating timeline for reporting/plan to completion. | 0.50 |
| 1/13/2021 | Suha Atshan | Associate | 0221F0018: Information Technology General Controls - Risk Assurance - Access Programs & Data - Access Testing Operating Effectiveness. | 1.00 |
| 1/13/2021 | Suha Atshan | Associate | 0221F0019: Information Technology General Controls - Risk Assurance - Program Changes - Change Testing Operating Effectiveness. | 2.00 |

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC (Case No. 20-10343 (LSS))**  **Exhibit 3**
**PwC LLP - Independent Auditor and Tax Compliance Services Provider to the Debtors**
**Fixed Fee Services - Professional Services by Project, Professional and Date**
**For the Period February 1, 2021 through February 28, 2021**

| Date | Name | Position | Description | Hours |
|------|------|----------|-------------|-------|
| 1/14/2021 | Miguel Vicente | Manager | 0221F0020: Review and Supervision - Review and Supervision - Manager Only - Manager Review and Supervision - Review of Workpapers/Testing Access-Changes-Ops. | 2.00 |
| 1/14/2021 | Miguel Vicente | Manager | 0221F0021: Review and Supervision - Review and Supervision - Manager Only - Status update - Internal Team meeting and Coaching Note Discussion. | 0.50 |
| 1/14/2021 | Suha Atshan | Associate | 0221F0022: Information Technology General Controls - Risk Assurance - Computer Operations - Operating Effectivess Fundraising Controls. | 0.50 |
| 1/14/2021 | Suha Atshan | Associate | 0221F0023: Information Technology General Controls - Risk Assurance - Access Programs & Data - Evaluate sub service org providers - SOC. | 2.50 |
| 1/14/2021 | Suha Atshan | Associate | 0221F0024: Information Technology General Controls - Risk Assurance - Access Programs & Data - Evaluate sub service org providers -CEUC. | 2.00 |
| 1/14/2021 | Suha Atshan | Associate | 0221F0025: Completion and reporting - Client Communications and Reporting - Draft Initial Report. | 1.00 |
| 1/15/2021 | Miguel Vicente | Manager | 0221F0026: Review and Supervision - Review and Supervision - Manager Only - Manager Review and Supervision - Review of Workpapers/Testing Access-Changes-Ops. | 3.00 |
| 1/15/2021 | Shawn Marie Magee | Director | 0221F0027: Review and Supervision - Review and Supervision - Manager Only - Planning Supervision and Review - final sign off. | 0.50 |
| 1/15/2021 | Shawn Marie Magee | Director | 0221F0028: Engagement Management - Project Management - Project Management-staffing and timing of execution. | 0.50 |
| 1/15/2021 | Suha Atshan | Associate | 0221F0029: Information Technology General Controls - Risk Assurance - Access Programs & Data - Evaluate sub service org providers - SOC. | 0.50 |
| 1/15/2021 | Suha Atshan | Associate | 0221F0030: Information Technology General Controls - Risk Assurance - Access Programs & Data - Evaluate Results and Conclusions on Controls Testing. | 1.00 |

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC (Case No. 20-10343 (LSS))**   **Exhibit 3**
**PwC LLP - Independent Auditor and Tax Compliance Services Provider to the Debtors**
**Fixed Fee Services - Professional Services by Project, Professional and Date**
**For the Period February 1, 2021 through February 28, 2021**

| Date | Name | Position | Description | Hours |
|------|------|----------|-------------|-------|
| 1/15/2021 | Suha Atshan | Associate | 0221F0031: Completion and reporting - Client Communications and Reporting - Client Communication and Reporting - Discuss Draft Reprot. | 0.50 |
| 1/15/2021 | Zhenyu Tian | Senior Associate | 0221F0032: Controls testing - Risk Assurance - Manual Controls - Project Management Internal Meeting - Next steps. | 0.50 |
| 1/19/2021 | Ricardo J Malave | Manager | 0221F0033: Controls testing - Risk Assurance - Manual Controls - Project Management - Team Internal Discussion. | 0.50 |
| 1/19/2021 | Shawn Marie Magee | Director | 0221F0034: Information Technology General Controls - Risk Assurance - Access Programs & Data - Security Testing Review. | 0.50 |
| 1/19/2021 | Suha Atshan | Associate | 0221F0035: Completion and reporting - Client Communications and Reporting - Evaluate Results and Conclusions on Controls Testing-Discussion with client. | 2.00 |
| 1/20/2021 | Shawn Marie Magee | Director | 0221F0036: Review and Supervision - Review and Supervision - Manager Only - Final Review-updates- Planning and Testing Conclusions-Security&Auto Controls. | 0.50 |
| 1/20/2021 | Shawn Marie Magee | Director | 0221F0037: Engagement Management - Project Management - Engagement Management status conclusions discussion. | 0.50 |
| 1/20/2021 | Suha Atshan | Associate | 0221F0038: Engagement Management - Project Management - Conference Call - Internal - Status Update, Next Steps for Completion. | 0.50 |
| 1/21/2021 | Shawn Marie Magee | Director | 0221F0039: Information Technology General Controls - Risk Assurance - Program Changes - Change Management Testing - Client Discussion. | 0.50 |
| 1/22/2021 | Ricardo J Malave | Manager | 0221F0040: Controls testing - Risk Assurance - Manual Controls - Access Control Testing-Review. | 1.00 |
| 1/22/2021 | Shawn Marie Magee | Director | 0221F0041: Information Technology General Controls - Risk Assurance - Access Programs & Data - Testing Review and Discussion. | 0.50 |

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC (Case No. 20-10343 (LSS))**          **Exhibit 3**
**PwC LLP - Independent Auditor and Tax Compliance Services Provider to the Debtors**
**Fixed Fee Services - Professional Services by Project, Professional and Date**
**For the Period February 1, 2021 through February 28, 2021**

| Date | Name | Position | Description | Hours |
|------|------|----------|-------------|-------|
| 1/24/2021 | Suha Atshan | Associate | 0221F0042: Information Technology General Controls - Risk Assurance - Access Programs & Data - Evaluate Results and Conclusions on Controls Testing - Access Testing. | 2.00 |
| 1/24/2021 | Suha Atshan | Associate | 0221F0043: Information Technology General Controls - Risk Assurance - Program Changes - Evaluate Results and Conclusions on Controls Testing - Change Testing. | 1.00 |
| 1/25/2021 | Nareg Sokonian | Associate | 0221F0044: Information Technology General Controls - Risk Assurance Procedures - Update Procedures for ITGCs through year end. | 3.00 |
| 1/25/2021 | Ricardo J Malave | Manager | 0221F0045: Controls testing - Risk Assurance - Manual Controls - Change Control Testing-Review. | 2.00 |
| 1/26/2021 | Suha Atshan | Associate | 0221F0046: Information Technology General Controls - Risk Assurance - Computer Operations - Evaluate Results and Conclusions on Controls Testing - Computer Operations. | 1.50 |
| 1/26/2021 | Suha Atshan | Associate | 0221F0047: Completion and reporting - Completion Activities - Completion Activities - Subsequent Procedures, Entites, Fraud Inquiries, Ect. | 1.00 |
| 1/26/2021 | Suha Atshan | Associate | 0221F0048: Completion and reporting - Client Communications and Reporting - Client Communicagtion and Reporting - Review of Draft Report, Section III, Mgmt Assertion. | 2.00 |
| 1/26/2021 | Zhenyu Tian | Senior Associate | 0221F0049: Information Technology General Controls - Risk Assurance Procedures - Update Procedures for ITGCs through year end. | 1.80 |
| 1/27/2021 | Shawn Marie Magee | Director | 0221F0050: Review and Supervision - Review and Supervision - Manager Only - Review ITGC Execution Egas and Plan for Final Review/Completion. | 0.50 |
| 1/27/2021 | Suha Atshan | Associate | 0221F0051: Engagement Management - Project Management - Project Management, Completion Activities and finalization, next steps. | 1.00 |

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC (Case No. 20-10343 (LSS))**                    **Exhibit 3**
**PwC LLP - Independent Auditor and Tax Compliance Services Provider to the Debtors**
**Fixed Fee Services - Professional Services by Project, Professional and Date**
**For the Period February 1, 2021 through February 28, 2021**

| Date | Name | Position | Description | Hours |
|------|------|----------|-------------|-------|
| 1/28/2021 | Zhenyu Tian | Senior Associate | 0221F0052: Controls testing - Risk Assurance - Manual Controls - Auto Control Update Procedures. | 0.50 |
| 1/29/2021 | Nareg Sokonian | Associate | 0221F0053: Information Technology General Controls - Risk Assurance Procedures - 3 way match tie out - Section III, Report Draft and Procedures. | 3.50 |
| 1/29/2021 | Ricardo J Malave | Manager | 0221F0054: Controls testing - Risk Assurance - Manual Controls - Access Control Testing-Review. | 4.00 |
| 1/29/2021 | Shawn Marie Magee | Director | 0221F0055: Review and Supervision - Review and Supervision - Manager Only - Workpaper discussion, Completion Planning, Section 3 review. | 0.50 |
| 2/2/2021 | Ricardo J Malave | Manager | 0221F0056: Controls testing - Risk Assurance - Manual Controls - Computer Operations Testing - Review. | 1.00 |
| 2/2/2021 | Shawn Marie Magee | Director | 0221F0057: Information Technology General Controls - Risk Assurance - Access Programs & Data - Reviewing Section III-edits. | 0.50 |
| 2/3/2021 | Christopher M Williams | Partner | 0221F0058: Client management - Client Meetings - Client Meeting - Status Update, Review of SOC Report Draft. | 0.50 |
| 2/3/2021 | Paul M Dickinson | Partner | 0221F0059: Lead Engagement Partner Time - Review & Supervision - Partner Supervision and Review - Internal Meetings - QRP. | 0.50 |
| 2/4/2021 | Ricardo J Malave | Manager | 0221F0060: Controls testing - Risk Assurance - Manual Controls - Business Process Controls Testing - Review. | 1.00 |
| 2/4/2021 | Shawn Marie Magee | Director | 0221F0061: Completion and reporting - Client Communications and Reporting - Meeting with client to review Section III. | 0.50 |
| 2/16/2021 | Shawn Marie Magee | Director | 0221F0062: Completion and reporting - Client Communications and Reporting - Section III Update. | 0.50 |
| 2/17/2021 | Shawn Marie Magee | Director | 0221F0063: Information Technology General Controls - Risk Assurance - Access Programs & Data - workpaper review-final review. | 2.00 |

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC (Case No. 20-10343 (LSS))**                **Exhibit 3**
**PwC LLP - Independent Auditor and Tax Compliance Services Provider to the Debtors**
**Fixed Fee Services - Professional Services by Project, Professional and Date**
**For the Period February 1, 2021 through February 28, 2021**

| Date | Name | Position | Description | Hours |
|------|------|----------|-------------|-------|
| 2/17/2021 | Shawn Marie Magee | Director | 0221F0064: Information Technology General Controls - Risk Assurance - Program Changes - workpaper review-final review. | 1.50 |
| 2/18/2021 | Zhenyu Tian | Senior Associate | 0221F0065: Information Technology General Controls - Risk Assurance Procedures - Create Draft Report SOC Report, Section III, Mgmt Assertion. | 3.10 |
| 2/19/2021 | Zhenyu Tian | Senior Associate | 0221F0066: Controls testing - Risk Assurance - Manual Controls - SOC Report 3 way match: DA, Procedures, Report. | 2.30 |
| 2/23/2021 | Zhenyu Tian | Senior Associate | 0221F0067: Controls testing - Risk Assurance - Manual Controls - SOC Report - Doc Compare prior year. | 0.50 |
| 2/24/2021 | Zhenyu Tian | Senior Associate | 0221F0068: Controls testing - Risk Assurance - Manual Controls - Review comments,update report and combine draft reprots. | 0.70 |
| 2/24/2021 | Zhenyu Tian | Senior Associate | 0221F0069: Controls testing - Risk Assurance - Manual Controls - Completion Procedures - update for completion steps and update EGAs. | 2.00 |
| 2/25/2021 | Shawn Marie Magee | Director | 0221F0070: Completion and reporting - Client Communications and Reporting - Draft Reporting. | 0.50 |

***Program Administration Systems Services***

| Date | Name | Position | Description | Hours |
|------|------|----------|-------------|-------|
| 1/5/2021 | Suha Atshan | Associate | 0221F0071: Client management - Client Meetings - Project Management-Status Update - Clienent Meeting. | 0.50 |
| 1/5/2021 | Zhenyu Tian | Senior Associate | 0221F0072: Controls testing - Risk Assurance - Manual Controls - Update Procedures for ITGCs through year end. | 2.00 |
| 1/6/2021 | Ricardo J Malave | Manager | 0221F0073: Controls testing - Risk Assurance - Manual Controls - Access Control Testing-Review. | 3.00 |
| 1/6/2021 | Ricardo J Malave | Manager | 0221F0074: Controls testing - Risk Assurance - Manual Controls - Change Control Testing-Review. | 3.00 |

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC (Case No. 20-10343 (LSS))**
**Exhibit 3**
**PwC LLP - Independent Auditor and Tax Compliance Services Provider to the Debtors**
**Fixed Fee Services - Professional Services by Project, Professional and Date**
**For the Period February 1, 2021 through February 28, 2021**

| Date | Name | Position | Description | Hours |
|---|---|---|---|---|
| 1/6/2021 | Shawn Marie Magee | Director | 0221F0075: Engagement Management - Project Management - Project Management - Status Update - Planning for Completion. | 0.50 |
| 1/6/2021 | Suha Atshan | Associate | 0221F0076: Controls testing - Financing - Operating Effectivess Fundraising Controls. | 2.00 |
| 1/6/2021 | Suha Atshan | Associate | 0221F0077: Information Technology General Controls - Risk Assurance - Computer Operations - Computer Operations OE Testing Work In Progress BB2. | 2.00 |
| 1/6/2021 | Suha Atshan | Associate | 0221F0078: Information Technology General Controls - Risk Assurance - Access Programs & Data - Access Testing Operating Effectiveness. | 3.00 |
| 1/6/2021 | Zhenyu Tian | Senior Associate | 0221F0079: Controls testing - Risk Assurance - Manual Controls - Project Management Internal Meeting - Next steps. | 0.20 |
| 1/7/2021 | Jingting Zhao | Associate | 0221F0080: Controls testing - Risk Assurance - Manual Controls - Access Controls Testing. | 2.00 |
| 1/11/2021 | Ricardo J Malave | Manager | 0221F0081: Controls testing - Risk Assurance - Manual Controls - Access Control Testing-Review. | 1.50 |
| 1/11/2021 | Shawn Marie Magee | Director | 0221F0082: Engagement Management - Project Management - Project Management, Staffing, and billing. | 0.50 |
| 1/11/2021 | Suha Atshan | Associate | 0221F0083: Information Technology General Controls - Risk Assurance - Access Programs & Data - Access Testing Operating Effectiveness - Application. | 3.00 |
| 1/11/2021 | Suha Atshan | Associate | 0221F0084: Information Technology General Controls - Risk Assurance - Access Programs & Data - Access Testing Operating Effectiveness - Database/OS/Server. | 3.50 |
| 1/12/2021 | Christopher M Williams | Partner | 0221F0085: Lead Engagement Partner Time - Review and Supervision - Partner Time - Partner Supervision and Review - Internal Meetings. | 1.50 |

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC (Case No. 20-10343 (LSS))**                          **Exhibit 3**
**PwC LLP - Independent Auditor and Tax Compliance Services Provider to the Debtors**
**Fixed Fee Services - Professional Services by Project, Professional and Date**
**For the Period February 1, 2021 through February 28, 2021**

| Date | Name | Position | Description | Hours |
|------|------|----------|-------------|-------|
| 1/12/2021 | Ricardo J Malave | Manager | 0221F0086: Controls testing - Risk Assurance - Manual Controls - Change Control Testing-Review. | 2.00 |
| 1/12/2021 | Suha Atshan | Associate | 0221F0087: Controls testing - Financing - Operating Effectivess Fundraising Controls. | 3.50 |
| 1/12/2021 | Suha Atshan | Associate | 0221F0088: Information Technology General Controls - Risk Assurance - Access Programs & Data - Access Testing Operating Effectiveness - Application. | 2.50 |
| 1/12/2021 | Suha Atshan | Associate | 0221F0089: Information Technology General Controls - Risk Assurance - Access Programs & Data - Access Testing Operating Effectiveness - Database/OS/Server. | 2.00 |
| 1/12/2021 | Suha Atshan | Associate | 0221F0090: Information Technology General Controls - Risk Assurance - Computer Operations - Computer Operations OE Testing Work In Progress BB2. | 1.00 |
| 1/13/2021 | Paul M Dickinson | Partner | 0221F0091: Lead Engagement Partner Time - Review & Supervision - Partner Supervision and Review - Internal Meetings - QRP. | 0.50 |
| 1/13/2021 | Ricardo J Malave | Manager | 0221F0092: Controls testing - Risk Assurance - Manual Controls - Computer Operations Testing - Review. | 2.50 |
| 1/13/2021 | Shawn Marie Magee | Director | 0221F0093: Engagement Management - Project Management - Review and updating timeline for reporting/plan to completion. | 0.50 |
| 1/13/2021 | Suha Atshan | Associate | 0221F0094: Controls testing - Financing - Operating Effectivess Business process Controls. | 1.30 |
| 1/13/2021 | Suha Atshan | Associate | 0221F0095: Engagement Management - Project Management - Conference Call - Internal - Status Update, Next Steps for Completion. | 1.00 |
| 1/13/2021 | Suha Atshan | Associate | 0221F0096: Completion and reporting - Completion Activities - Completion Activities- Subsequent events, fraud inquiries, ect. | 2.00 |

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC (Case No. 20-10343 (LSS))**                    **Exhibit 3**
**PwC LLP - Independent Auditor and Tax Compliance Services Provider to the Debtors**
**Fixed Fee Services - Professional Services by Project, Professional and Date**
**For the Period February 1, 2021 through February 28, 2021**

| Date | Name | Position | Description | Hours |
|------|------|----------|-------------|-------|
| 1/14/2021 | Aurora Ali | Associate | 0221F0097: Controls testing - Risk Assurance - Manual Controls - Completion EGAs - update and prepare for procedures. | 3.00 |
| 1/14/2021 | Miguel Vicente | Manager | 0221F0098: Review and Supervision - Review and Supervision - Manager Only - Manager Review and Supervision - Review of Workpapers/Testing Access-Changes-Ops. | 3.00 |
| 1/14/2021 | Miguel Vicente | Manager | 0221F0099: Review and Supervision - Review and Supervision - Manager Only - Status update - Internal Team meeting and Coaching Note Discussion. | 1.00 |
| 1/14/2021 | Suha Atshan | Associate | 0221F0100: Completion and reporting - Client Communications and Reporting - Draft Initial Report. | 1.00 |
| 1/14/2021 | Zhenyu Tian | Senior Associate | 0221F0101: Controls testing - Risk Assurance - Manual Controls - Update Procedures for ITGCs through year end. | 2.40 |
| 1/15/2021 | Christopher M Williams | Partner | 0221F0102: Client management - Client Meetings - Client Meeting. | 0.50 |
| 1/15/2021 | Miguel Vicente | Manager | 0221F0103: Review and Supervision - Review and Supervision - Manager Only - Manager Review and Supervision - Review of Workpapers/Testing Access-Changes-Ops. | 3.50 |
| 1/15/2021 | Shawn Marie Magee | Director | 0221F0104: Review and Supervision - Review and Supervision - Manager Only - Final Revivew - Planning documentation. | 0.50 |
| 1/15/2021 | Suha Atshan | Associate | 0221F0105: Controls testing - Financing - Operating Effectivess Business process Controls. | 2.00 |
| 1/15/2021 | Suha Atshan | Associate | 0221F0106: Information Technology General Controls - Risk Assurance - Access Programs & Data - Access Control Testing - PAS PAS-AD PAS-O PAS-UX. | 2.00 |
| 1/15/2021 | Suha Atshan | Associate | 0221F0107: Information Technology General Controls - Risk Assurance - Program Changes - Access Control Testing - PAS PAS-O PAS-UX. | 2.00 |

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC (Case No. 20-10343 (LSS))**

**Exhibit 3**

**PwC LLP - Independent Auditor and Tax Compliance Services Provider to the Debtors**

**Fixed Fee Services - Professional Services by Project, Professional and Date**

**For the Period February 1, 2021 through February 28, 2021**

| Date | Name | Position | Description | Hours |
|------|------|----------|-------------|-------|
| 1/15/2021 | Suha Atshan | Associate | 0221F0108: Completion and reporting - Client Communications and Reporting - Client Communication and Reporting - Discuss Draft Reprot. | 0.50 |
| 1/17/2021 | Suha Atshan | Associate | 0221F0109: Controls testing - Entity-Level Controls - Evaluate Results and Conclusions on Controls Testing. | 4.00 |
| 1/19/2021 | Suha Atshan | Associate | 0221F0110: Information Technology General Controls - Risk Assurance - Access Programs & Data - Access Testing Operating Effectiveness Procedures. | 3.00 |
| 1/19/2021 | Suha Atshan | Associate | 0221F0111: Information Technology General Controls - Risk Assurance - Access Programs & Data - Evaluate Results and Conclusions on Controls Testing - Access Testing. | 2.00 |
| 1/19/2021 | Suha Atshan | Associate | 0221F0112: Engagement Management - Project Management - Status updates internal - conclusions potential exceptions, ect. | 2.00 |
| 1/19/2021 | Suha Atshan | Associate | 0221F0113: Completion and reporting - Client Communications and Reporting - Evaluate Results and Conclusions on Controls Testing- Discssion with Client. | 2.00 |
| 1/20/2021 | Jingting Zhao | Associate | 0221F0114: Controls testing - Risk Assurance - Manual Controls - Change Control Testing. | 1.00 |
| 1/20/2021 | Ricardo J Malave | Manager | 0221F0115: Controls testing - Risk Assurance - Manual Controls - Business Process Controls Testing - Review. | 1.00 |
| 1/20/2021 | Shawn Marie Magee | Director | 0221F0116: Other Audit/Audit Related Activities - Risk Assurance - Automated Controls - PAS-Auto controls Testing. | 1.00 |
| 1/20/2021 | Shawn Marie Magee | Director | 0221F0117: Review and Supervision - Review and Supervision - Manager Only - PAS-Final Review-updates- Planning and Testing Conclusions-Security&Auto Controls. | 0.50 |
| 1/20/2021 | Shawn Marie Magee | Director | 0221F0118: Engagement Management - Project Management - PAS-eng mgmt status conclusions discussion. | 0.50 |

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC (Case No. 20-10343 (LSS))**    **Exhibit 3**
**PwC LLP - Independent Auditor and Tax Compliance Services Provider to the Debtors**
**Fixed Fee Services - Professional Services by Project, Professional and Date**
**For the Period February 1, 2021 through February 28, 2021**

| Date | Name | Position | Description | Hours |
|------|------|----------|-------------|-------|
| 1/20/2021 | Suha Atshan | Associate | 0221F0119: Controls testing - Financing - Evaluate Results and Conclusions on Controls Testing - Business Process Controls. | 4.00 |
| 1/20/2021 | Suha Atshan | Associate | 0221F0120: Information Technology General Controls - Risk Assurance - Access Programs & Data - Evaluate Results and Conclusions on Controls Testing - Access Testing. | 2.00 |
| 1/20/2021 | Suha Atshan | Associate | 0221F0121: Engagement Management - Project Management - Conference Call - Internal - Status Update, Next Steps for Completion. | 0.50 |
| 1/21/2021 | Suha Atshan | Associate | 0221F0122: Controls testing - Financing - Evaluate Results and Conclusions on Controls Testing - Business Process Controls. | 2.00 |
| 1/21/2021 | Suha Atshan | Associate | 0221F0123: Information Technology General Controls - Risk Assurance - Computer Operations - Evaluate Results and Conclusions on Controls Testing - Computer Operations. | 2.00 |
| 1/22/2021 | Jingting Zhao | Associate | 0221F0124: Controls testing - Risk Assurance - Manual Controls - Project Management- Status Update - Internal Meeting. | 0.50 |
| 1/22/2021 | Shawn Marie Magee | Director | 0221F0125: Other Audit/Audit Related Activities - Risk Assurance - Automated Controls - PAS-Testing Review and Discussion. | 0.50 |
| 1/22/2021 | Suha Atshan | Associate | 0221F0126: Controls testing - Financing - Evaluate Results and Conclusions on Controls Testing - Business Process Controls. | 2.50 |
| 1/22/2021 | Suha Atshan | Associate | 0221F0127: Completion and reporting - Client Communications and Reporting - Evaluate Results and Conclusions on Controls Testing- Discssion with Client. | 1.00 |
| 1/24/2021 | Suha Atshan | Associate | 0221F0128: Controls testing - Financing - Evaluate Results and Conclusions on Controls Testing - Business Process Controls. | 1.00 |
| 1/26/2021 | Shawn Marie Magee | Director | 0221F0129: Other Audit/Audit Related Activities - Risk Assurance - Automated Controls - PAS-Auto Control Testing Review. | 0.50 |

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC (Case No. 20-10343 (LSS))**  **Exhibit 3**
**PwC LLP - Independent Auditor and Tax Compliance Services Provider to the Debtors**
**Fixed Fee Services - Professional Services by Project, Professional and Date**
**For the Period February 1, 2021 through February 28, 2021**

| Date | Name | Position | Description | Hours |
|---|---|---|---|---|
| 1/26/2021 | Suha Atshan | Associate | 0221F0130: Completion and reporting - Completion Activities - Completion Activities - Subsequent Procedures, Entites, Fraud Inquiries, Ect. | 1.00 |
| 1/27/2021 | Zhenyu Tian | Senior Associate | 0221F0131: Controls testing - Risk Assurance - Manual Controls - Auto Control Update Procedures. | 0.90 |
| 1/28/2021 | Nareg Sokonian | Associate | 0221F0132: Information Technology General Controls - Risk Assurance Procedures - Update Procedures for ITGCs through year end. | 4.00 |
| 1/28/2021 | Suha Atshan | Associate | 0221F0133: Completion and reporting - Client Communications and Reporting - Completion Activities - Subsequent Procedures, Entites, Fraud Inquiries, Ect. | 1.50 |
| 1/29/2021 | Nareg Sokonian | Associate | 0221F0134: Information Technology General Controls - Risk Assurance Procedures - 3 way match tie out - Section III, Report Draft and Procedures. | 4.00 |
| 1/29/2021 | Shawn Marie Magee | Director | 0221F0135: Review and Supervision - Review and Supervision - Manager Only - PAS-Workpaper discussion, Completion Planning, Section 3 review. | 0.50 |
| 2/3/2021 | Christopher M Williams | Partner | 0221F0136: Client management - Client Meetings - Client Meeting - Status Update, Review of SOC Report Draft. | 0.50 |
| 2/4/2021 | Shawn Marie Magee | Director | 0221F0137: Completion and reporting - Client Communications and Reporting - PAS-Meeting with client to review Section III. | 0.50 |
| 2/11/2021 | Shawn Marie Magee | Director | 0221F0138: Completion and reporting - Client Communications and Reporting - PAS Completion and Reporting Timeline. | 0.50 |
| 2/16/2021 | Shawn Marie Magee | Director | 0221F0139: Completion and reporting - Client Communications and Reporting - PAS-Section III Update. | 0.50 |

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC (Case No. 20-10343 (LSS))**                              **Exhibit 3**
**PwC LLP - Independent Auditor and Tax Compliance Services Provider to the Debtors**
**Fixed Fee Services - Professional Services by Project, Professional and Date**
**For the Period February 1, 2021 through February 28, 2021**

| Date | Name | Position | Description | Hours |
|------|------|----------|-------------|-------|
| 2/17/2021 | Zhenyu Tian | Senior Associate | 0221F0140: Information Technology General Controls - Risk Assurance Procedures - Create Draft Report SOC Report, Section III, Mgmt Assertion. | 3.80 |
| 2/17/2021 | Zhenyu Tian | Senior Associate | 0221F0141: Information Technology General Controls - Risk Assurance Procedures - SOC Report 3 way match: DA, Procedures, Report. | 2.00 |
| 2/18/2021 | Zhenyu Tian | Senior Associate | 0221F0142: Information Technology General Controls - Risk Assurance Procedures - Review comments,update report and combine draft reprots. | 1.00 |
| 2/18/2021 | Zhenyu Tian | Senior Associate | 0221F0143: Information Technology General Controls - Risk Assurance Procedures - Completion Procedures - update for completion steps and update EGAs. | 2.00 |
| 2/19/2021 | Jingting Zhao | Associate | 0221F0144: Controls testing - Risk Assurance - Manual Controls - Computer Operations OE Testing Work In Progress. | 1.00 |
| 2/22/2021 | Jingting Zhao | Associate | 0221F0145: Controls testing - Risk Assurance - Manual Controls - Access Control Testing. | 3.80 |
| 2/23/2021 | Zhenyu Tian | Senior Associate | 0221F0146: Controls testing - Risk Assurance - Manual Controls - SOC Report - Doc Compare prior year. | 0.90 |

***Blackbaud CRM System For Fund Raising Activities Services***

| Date | Name | Position | Description | Hours |
|------|------|----------|-------------|-------|
| 1/4/2021 | Shawn Marie Magee | Director | 0221F0147: Engagement Management - Project Management - Project Management - Status Update - Planning for Completion. | 0.50 |
| 1/4/2021 | Suha Atshan | Associate | 0221F0148: Controls testing - Financing - Operating Effectivess Fundraising Controls. | 3.00 |
| 1/4/2021 | Suha Atshan | Associate | 0221F0149: Controls testing - Financing - Operating Effectivess Fundraising Controls - Review and updating. | 2.00 |
| 1/4/2021 | Suha Atshan | Associate | 0221F0150: Information Technology General Controls - Risk Assurance - Access Programs & Data - Access Testing Operating Effectiveness. | 3.00 |

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC (Case No. 20-10343 (LSS))**  Exhibit 3
**PwC LLP - Independent Auditor and Tax Compliance Services Provider to the Debtors**
**Fixed Fee Services - Professional Services by Project, Professional and Date**
**For the Period February 1, 2021 through February 28, 2021**

| Date | Name | Position | Description | Hours |
|------|------|----------|-------------|-------|
| 1/5/2021 | Suha Atshan | Associate | 0221F0151: Information Technology General Controls - Risk Assurance - Program Changes - Change Testing Operating Effectiveness. | 2.00 |
| 1/5/2021 | Suha Atshan | Associate | 0221F0152: Engagement Management - Project Management - Project Management - Status Update - Planning for Completion. | 0.50 |
| 1/5/2021 | Suha Atshan | Associate | 0221F0153: Information Technology General Controls - Risk Assurance - Computer Operations - Computer Operations OE Testing Work In Progress BB2. | 3.50 |
| 1/5/2021 | Zhenyu Tian | Senior Associate | 0221F0154: Controls testing - Risk Assurance - Manual Controls - Update Procedures for ITGCs through year end. | 1.00 |
| 1/6/2021 | Suha Atshan | Associate | 0221F0155: Information Technology General Controls - Risk Assurance - Access Programs & Data - Access Testing Operating Effectiveness. | 2.00 |
| 1/6/2021 | Zhenyu Tian | Senior Associate | 0221F0156: Controls testing - Risk Assurance - Manual Controls - Project Management Internal Meeting - Next steps. | 0.20 |
| 1/7/2021 | Christopher M Williams | Partner | 0221F0157: Lead Engagement Partner Time - Review and Supervision - Partner Time - Partner Supervision and Review - Internal Meetings. | 0.50 |
| 1/7/2021 | Shawn Marie Magee | Director | 0221F0158: Information Technology General Controls - Risk Assurance - Access Programs & Data - Cyber Discussion, SolarWinds, Cyber Update - With Management. | 0.50 |
| 1/8/2021 | Zhenyu Tian | Senior Associate | 0221F0159: Controls testing - Risk Assurance - Manual Controls - Update Procedures for ITGCs through year end. | 2.90 |
| 1/11/2021 | Shawn Marie Magee | Director | 0221F0160: Information Technology General Controls - Risk Assurance - Access Programs & Data - Cyber Discussion, SolarWinds, Cyber Update - With Management. | 0.50 |
| 1/11/2021 | Shawn Marie Magee | Director | 0221F0161: Engagement Management - Project Management - Project Management, Staffing, and billing. | 0.50 |

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC (Case No. 20-10343 (LSS))**                    **Exhibit 3**
**PwC LLP - Independent Auditor and Tax Compliance Services Provider to the Debtors**
**Fixed Fee Services - Professional Services by Project, Professional and Date**
**For the Period February 1, 2021 through February 28, 2021**

| Date | Name | Position | Description | Hours |
|------|------|----------|-------------|-------|
| 1/12/2021 | Christopher M Williams | Partner | 0221F0162: Lead Engagement Partner Time - Review and Supervision - Partner Time - Partner Supervision and Review - Internal Meetings. | 1.00 |
| 1/13/2021 | Paul M Dickinson | Partner | 0221F0163: Lead Engagement Partner Time - Review & Supervision - Partner Supervision and Review - Internal Meetings - QRP. | 0.50 |
| 1/13/2021 | Suha Atshan | Associate | 0221F0164: Engagement Management - Project Management - Conference Call - Internal - Status Update, Next Steps for Completion. | 1.00 |
| 1/14/2021 | Aurora Ali | Associate | 0221F0165: Controls testing - Risk Assurance - Manual Controls - Prepare 3 way match. | 1.30 |
| 1/14/2021 | Miguel Vicente | Manager | 0221F0166: Review and Supervision - Review and Supervision - Manager Only - Manager Review and Supervision - Review of Workpapers/Testing Access-Changes-Ops. | 3.00 |
| 1/14/2021 | Miguel Vicente | Manager | 0221F0167: Review and Supervision - Review and Supervision - Manager Only - Status update - Internal Team meeting and Coaching Note Discussion. | 0.50 |
| 1/14/2021 | Suha Atshan | Associate | 0221F0168: Controls testing - Financing - Operating Effectivess Business process Controls. | 1.00 |
| 1/14/2021 | Suha Atshan | Associate | 0221F0169: Completion and reporting - Client Communications and Reporting - Draft Initial Report. | 1.00 |
| 1/15/2021 | Miguel Vicente | Manager | 0221F0170: Review and Supervision - Review and Supervision - Manager Only - Manager Review and Supervision - Review of Workpapers/Testing Access-Changes-Ops. | 3.50 |
| 1/15/2021 | Shawn Marie Magee | Director | 0221F0171: Information Technology General Controls - Risk Assurance - Program Changes - IBM SOC Report CEUC Client Discussion and documentation. | 1.00 |
| 1/15/2021 | Shawn Marie Magee | Director | 0221F0172: Review and Supervision - Review and Supervision - Manager Only - Planning Final Review. | 0.50 |

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC (Case No. 20-10343 (LSS))**                                       **Exhibit 3**
**PwC LLP - Independent Auditor and Tax Compliance Services Provider to the Debtors**
**Fixed Fee Services - Professional Services by Project, Professional and Date**
**For the Period February 1, 2021 through February 28, 2021**

| Date | Name | Position | Description | Hours |
|------|------|----------|-------------|-------|
| 1/15/2021 | Shawn Marie Magee | Director | 0221F0173: Engagement Management - Project Management - Project Management-staffing and timing of execution. | 0.50 |
| 1/15/2021 | Suha Atshan | Associate | 0221F0174: Completion and reporting - Client Communications and Reporting - Client Communication and Reporting - Discuss Draft Reprot. | 0.50 |
| 1/19/2021 | Shawn Marie Magee | Director | 0221F0175: Information Technology General Controls - Risk Assurance - Program Changes - Change management Testing Review. | 0.50 |
| 1/20/2021 | Christopher M Williams | Partner | 0221F0176: Lead Engagement Partner Time - Review and Supervision - Partner Time - Design Assessment and Review of Workpapers. | 1.00 |
| 1/20/2021 | Shawn Marie Magee | Director | 0221F0177: Review and Supervision - Review and Supervision - Manager Only - Final Review-updates- Planning and Testing Conclusions-Security&Auto Controls. | 0.50 |
| 1/20/2021 | Suha Atshan | Associate | 0221F0178: Engagement Management - Project Management - Conference Call - Internal - Status Update, Next Steps for Completion. | 0.50 |
| 1/21/2021 | Suha Atshan | Associate | 0221F0179: Information Technology General Controls - Risk Assurance - Access Programs & Data - Evaluate Results and Conclusions on Controls Testing - Access Testing. | 1.00 |
| 1/21/2021 | Suha Atshan | Associate | 0221F0180: Information Technology General Controls - Risk Assurance - Program Changes - Evaluate Results and Conclusions on Controls Testing - Change Testing. | 1.00 |
| 1/21/2021 | Suha Atshan | Associate | 0221F0181: Continue: Information Technology General Controls - Risk Assurance - Program Changes - Evaluate Results and Conclusions on Controls Testing - Change Testing. | 4.00 |
| 1/22/2021 | Christopher M Williams | Partner | 0221F0182: Lead Engagement Partner Time - Review and Supervision - Partner Time - Design Assessment and Review of Workpapers. | 0.50 |

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC (Case No. 20-10343 (LSS))**                              **Exhibit 3**
**PwC LLP - Independent Auditor and Tax Compliance Services Provider to the Debtors**
**Fixed Fee Services - Professional Services by Project, Professional and Date**
**For the Period February 1, 2021 through February 28, 2021**

| Date | Name | Position | Description | Hours |
|------|------|----------|-------------|-------|
| 1/22/2021 | Suha Atshan | Associate | 0221F0183: Information Technology General Controls - Risk Assurance - Access Programs & Data - Evaluate Results and Conclusions on Controls Testing - Access Testing. | 1.00 |
| 1/22/2021 | Suha Atshan | Associate | 0221F0184: Information Technology General Controls - Risk Assurance - Program Changes - Evaluate Results and Conclusions on Controls Testing - Change Testing. | 1.50 |
| 1/25/2021 | Nareg Sokonian | Associate | 0221F0185: Information Technology General Controls - Risk Assurance Procedures - Update Procedures for ITGCs through year end. | 2.50 |
| 1/26/2021 | Christopher M Williams | Partner | 0221F0186: Lead Engagement Partner Time - Review and Supervision - Partner Time - Design Assessment and Review of Workpapers. | 1.00 |
| 1/26/2021 | Nareg Sokonian | Associate | 0221F0187: Information Technology General Controls - Risk Assurance Procedures - Update Procedures for ITGCs through year end. | 0.50 |
| 1/26/2021 | Suha Atshan | Associate | 0221F0188: Completion and reporting - Client Communications and Reporting - Client Communicagtion and Reporting - Review of Draft Report, Section III, Mgmt Assertion. | 2.00 |
| 1/27/2021 | Christopher M Williams | Partner | 0221F0189: Lead Engagement Partner Time - Review and Supervision - Partner Time - Design Assessment and Review of Workpapers. | 0.50 |
| 1/27/2021 | Shawn Marie Magee | Director | 0221F0190: Review and Supervision - Review and Supervision - Manager Only - Review ITGC Execution Egas and Plan for Final Review/Completion. | 0.50 |
| 1/27/2021 | Suha Atshan | Associate | 0221F0191: Completion and reporting - Completion Activities - Completion Activities - Subsequent Procedures, Entites, Fraud Inquiries, Ect. | 1.50 |
| 1/28/2021 | Nareg Sokonian | Associate | 0221F0192: Information Technology General Controls - Risk Assurance Procedures - 3 way match tie out - Section III, Report Draft and Procedures. | 3.50 |

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC (Case No. 20-10343 (LSS))**  **Exhibit 3**
**PwC LLP - Independent Auditor and Tax Compliance Services Provider to the Debtors**
**Fixed Fee Services - Professional Services by Project, Professional and Date**
**For the Period February 1, 2021 through February 28, 2021**

| Date | Name | Position | Description | Hours |
|------|------|----------|-------------|-------|
| 1/29/2021 | Christopher M Williams | Partner | 0221F0193: Lead Engagement Partner Time - Review and Supervision - Partner Time - Design Assessment and Review of Workpapers. | 0.50 |
| 1/29/2021 | Shawn Marie Magee | Director | 0221F0194: Review and Supervision - Review and Supervision - Manager Only - Workpaper discussion, Completion Planning, Section 3 review. | 0.50 |
| 1/29/2021 | Zhenyu Tian | Senior Associate | 0221F0195: Controls testing - Risk Assurance - Manual Controls - Create Draft Report SOC Report, Section III, Mgmt Assertion. | 3.90 |
| 1/29/2021 | Zhenyu Tian | Senior Associate | 0221F0196: Controls testing - Risk Assurance - Manual Controls - SOC Report 3 way match: DA, Procedures, Report. | 1.10 |
| 2/2/2021 | Shawn Marie Magee | Director | 0221F0197: Information Technology General Controls - Risk Assurance - Access Programs & Data - Reviewing Section III-edits. | 0.50 |
| 2/2/2021 | Zhenyu Tian | Senior Associate | 0221F0198: Controls testing - Risk Assurance - Manual Controls - SOC Report - Doc Compare prior year. | 0.50 |
| 2/3/2021 | Christopher M Williams | Partner | 0221F0199: Client management - Client Meetings - Client Meeting - Status Update, Review of SOC Report Draft. | 0.50 |
| 2/4/2021 | Shawn Marie Magee | Director | 0221F0200: Completion and reporting - Client Communications and Reporting - Meeting with client to review Section III. | 0.50 |
| 2/4/2021 | Zhenyu Tian | Senior Associate | 0221F0201: Controls testing - Risk Assurance - Manual Controls - Review comments,update report and combine draft reprots. | 1.00 |
| 2/10/2021 | Shawn Marie Magee | Director | 0221F0202: Engagement Management - Project Management - Completion Plan. | 0.50 |
| 2/10/2021 | Zhenyu Tian | Senior Associate | 0221F0203: Controls testing - Risk Assurance - Manual Controls - Completion Procedures - update for completion steps and update EGAs. | 1.10 |
| 2/16/2021 | Zhenyu Tian | Senior Associate | 0221F0204: Controls testing - Risk Assurance - Manual Controls - Completion Procedures - update for completion steps and update EGAs. | 0.30 |

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC (Case No. 20-10343 (LSS))**

**Exhibit 3**

**PwC LLP - Independent Auditor and Tax Compliance Services Provider to the Debtors**

**Fixed Fee Services - Professional Services by Project, Professional and Date**

**For the Period February 1, 2021 through February 28, 2021**

| Date | Name | Position | Description | Hours |
|------|------|----------|-------------|-------|
| 2/17/2021 | Shawn Marie Magee | Director | 0221F0205: Completion and reporting - Client Communications and Reporting - Section III Update. | 0.50 |
| 2/24/2021 | Shawn Marie Magee | Director | 0221F0206: Completion and reporting - Client Communications and Reporting - Draft Report. | 0.50 |
| *Total - Hours - Attestation Services* | | | | *295.60* |
| **Total - Hours - Fixed Fee Services** | | | | **295.60** |

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC (Case No. 20-10343 (LSS)) Exhibit 4**
**PwC LLP - Independent Auditor and Tax Compliance Services Provider to the Debtors**
**Hourly Services and Case Administration - Summary of Hours / Fees by Project and Professional**
**For the Period February 1, 2021 through February 28, 2021**

| Project Category and Professional | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Case Administration** | | | | |
| *Bankruptcy Requirements and Other Court Obligations* | | | | |
| Andrea Clark Smith | Director | $550 | 0.80 | $440.00 |
| *Subtotal - Bankruptcy Requirements and Other Court Obligations* | | | *0.80* | *$440.00* |
| **Subtotal - Case Administration** | | | **0.80** | **$440.00** |
| **Total - Hourly Services and Case Administration** | | | **0.80** | **$440.00** |

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC (Case No. 20-10343 (LSS))**　　　　　**Exhibit 5**
**PwC LLP - Independent Auditor and Tax Compliance Services Provider to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period February 1, 2021 through February 28, 2021**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|

**Case Administration**

***Bankruptcy Requirements and Other Court Obligations***

Monthly, Interim and Final Fee Applications

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 1/8/2021 | Andrea Clark Smith | Director | 0221H0001: Prepare the interim fee application for Court submission. | $550 | 0.80 | $440.00 |
| Subtotal - Hours and Compensation - Monthly, Interim and Final Fee Applications | | | | | 0.80 | $440.00 |
| *Subtotal - Hours and Compensation - Bankruptcy Requirements and Other Court Obligations* | | | | | *0.80* | *$440.00* |
| **Total - Hours and Compensation - Case Administration** | | | | | **0.80** | **$440.00** |
| **Total - Hours and Compensation - Hourly Services and Case Administration** | | | | | **0.80** | **$440.00** |