**FILED**
2021 MAR 16 AM 8:38
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE



Dear your Honorable Judge Laurie Selber Silverstein,

My name is ███████████████████████████████ in the In re Boy Scouts of America and Delaware BSA, LLC, No. 20-10343.

I write to you today to inform you that there may be a large number of people who are incarcerated in the Pennsylvania Department of Corrections who are unaware of this case because the Department of Corrections told their employees to stay out of this or the indivisaul was NOT told about this due to little no outside support, no access to a Television or other forms of media due to many thing such as but not limited to Restricted Housing unit status, Behavior Modification Unit, Specail Needs Unit.

I believe every person who has survived the horrific and tramatic actions caused by the men and Women of the Boy scouts of America should have the same oppertunities as those who are lucky enough to have access to outside information.

As a survivor myself from two men while in both the Cub Scouts then years later in the boy scouts, I believe that the Boy Scouts should be able to reopen but with certian requirements such as intense training by anyone wishing to become a scout leader, yearly review done by local agentcys to make sure scouts are safe as well as a toll free hotline to report any situations as well as a website. Minus the abuse I survived while in Scouting being a Scout was some of the best times I had and I was taught many skills that I believe every young person should know.

I pray for an outcome that will be in favor for the 100,000 plus people who have bravely submitted a claim and those who are unable to submit a claim.

I would also like to know if and when any hearings are for the victims and survivors are so I can either submit a hand written letter or send information to whom ever on how to set up a video conferance if I am still incarcerated.

Respectfully

Legal Mail

INMATE MAIL
PA DEPT OF CORRECTIONS



U.S. POSTAGE >> PITNEY BOWES
ZIP 17932
02 4W
0000364159 MAR 12 2021
$ 000.51⁰

Judge Laurie Selber Silverstein
United States Bankruptcy court for the
District of Delaware
824 N. Market Street
Wilmington DE 19801

Legal Mail