IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

**FILED**

2021 MAR 16 AM 8:38

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Provided to Florida State Prison on
3/11/21 for mailing by _____

IN RE:
BOY SCOUTS OF AMERICA, AND,
DELAWARE BSA, LLC.

DEBTORS

CHAPTER 11

CASE No. 20-10343 (LSS)

(JOINTLY ADMINISTERED)

## NOTICE OF APPEARANCE

COMES NOW, WILLIAM RUSSELL HILL, PRO SE, IN
THE ABOVE STYLED CAUSE, AND SUBMITS TO THIS
HONORABLE COURT, THIS NOTICE OF APPEARANCE.

THIS NOTICE IS FILED BASED ON THE FOREGOING FACTS,
(A) THE INSTANT PARTY HAS A TIMELY FILED
ABUSE CLAIM, FILED WITH "OMNI AGENT SOLUTIONS".

(B) THE INSTANT PARTY IS NOT REPRESENTED BY COUNSEL
IN THIS CAUSE, AND PROCEEDS IN PRO SE STATUS.

(C) THE INSTANT PARTY CALLS ALL PARTIES HEREIN TO
TAKE NOTICE, AND CONDUCT THEMSELVES ACCORDINGLY.

WHEREFORE THIS NOTICE OF APPEARANCE IS FILED IN
THIS HONORABLE COURT AT THIS TIME.

RESPECTFULLY SUBMITTED BY,

WILLIAM RUSSELL HILL,
DC# 875698
FLORIDA STATE PRISON
P.O. BOX 800
RAIFORD, FL. 32083-0800

CC/ ALL PARTIES

WILLIAM R. HILL
#875698
FLORIDA STATE PRISONS
P.O. BOX 800
RAIFORD, FL 32083-0800

LEGAL MAIL

# LEGAL MAIL

Mailed From A State
Correctional Institution



19801830024  0012

TO: HONORABLE LAURIE SELBER SILVERSTEIN
U.S. BANKRUPTCY JUDGE
824 N. MARKET ST, 6TH FLOOR
COURTROOM NO. 2
WILMINGTON, DELAWARE

19801