# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | **Ref. Docket No. 1931** |

**CERTIFICATE OF NO OBJECTION REGARDING THE COMBINED SECOND INTERIM AND FINAL FEE APPLICATION OF HOTEL & LEISURE ADVISORS, LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR APPRAISAL SERVICES RENDERED**

The undersigned hereby certifies that, as of the date hereof, Hotel & Leisure Advisors, LLC ("H&LA"), has received no answer, objection or other responsive pleading to the **Combined Second Interim and Final Fee Application of Hotel & Leisure Advisors, LLC for Allowance of Compensation and Reimbursement of Expenses for Appraisal Services Rendered** [D.I. 1931] (the "Application"), filed on January 12, 2021.

The undersigned further certifies that H&LA has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice, objections to the Application were to be filed and served no later than January 26, 2021 at 4:00 p.m. (ET).

The Fee Examiner requested additional information regarding certain of the expenses sought in the Application, and following receipt of additional information has informed

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

the Debtors that the Fee Examiner has no requested reductions to the fees or expenses sought in the Application, and recommends final approval of the fees and expenses sought in the Application in accordance with section 328 of the Bankruptcy Code and the terms of H&LA's engagement letters. Given the Fee Examiner's recommendation, the size of H&LA's fees/expenses and the nature of this engagement, the Fee Examiner has elected not to file a formal report with respect to the Application. The Fee Examiner reserves its rights with respect to any supplemental fee applications filed by H&LA with respect to supplemental fees sought by H&LA for subsequent testimony or other out-of-scope work.

WHEREFORE, H&LA respectfully requests the Court enter an order approving the fees and expenses set forth in the Application at its earliest convenience.

Dated: March 16, 2021   HOTEL & LEISURE ADVISORS, LLC
Cleveland, Ohio

*/s/ David J. Sangree*
David J. Sangree
President