## Exhibit A

**Customary and Comparable Compensation Disclosures**

## Customary and Comparable Compensation Disclosures for White & Case

The blended hourly rate for White & Case timekeepers (including both professionals and paraprofessionals) who have billed time to the Debtors during the Application Period was approximately $929 per hour (the "Debtor Blended Rate").[1]

The non-bankruptcy blended hourly rate for White & Case's timekeepers during the 12-month period from February 1, 2020 to and including January 31, 2021 (the "Comparable Period")[2] was, in the aggregate, approximately $821 per hour (the "Non-Bankruptcy Blended Rate").[3]

A detailed comparison of these rates is as follows:

| Category of Timekeeper | Debtor Blended Rate | Non-Bankruptcy Blended Rate |
|---|---|---|
| **Partner** | $1,230 | $1,107 |
| **Counsel** | $999 | $870 |
| **Associate**[4] | $831 | $720 |
| **Paraprofessional** | $318 | $311 |
| **Aggregate** | **$929** | **$821** |

---

[1] White & Case calculated the blended rate for timekeepers who billed to the Debtors by dividing the total dollar amount billed by such timekeepers during the Application Period by the total number of hours billed by such timekeepers during the Application Period.

[2] On an annual basis, White & Case reexamines and adjusts for increases in seniority and changes in experience, expertise, and status in January of each year the rates for lawyers and paraprofessionals. The calculation of the Non-Bankruptcy Blended Hourly Rate includes the rates White & Case billed in 2020.

[3] White & Case calculated the Non-Bankruptcy Blended Hourly Rate by dividing the total dollar amount billed by non-bankruptcy timekeepers in the applicable offices to all matters during the Comparable Period by the total number of hours billed by non-bankruptcy timekeepers in the applicable offices to all matters during the Comparable Period. For purposes of the foregoing calculation, White & Case included New York, Miami and Chicago as the applicable offices.

[4] Includes staff attorneys.