<u>**Exhibit C**</u>

**Budget and Staffing Plan**

| Cat. No. | Project Category Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| 001 | Administrative Expense Claims | 0-10 | $0-13,110 |
| 002 | Adversary Proceedings and Bankruptcy Litigation | 590-990 | $346,920-1,297,890 |
| 003 | Asset Dispositions | 10-30 | $5,880-39,330 |
| 004 | Automatic Stay | 60-110 | $35,280-144,210 |
| 005 | Bar Date, Noticing and Claims Reconciliation Issues | 230-400 | $135,240-524,400 |
| 006 | Case Administration (e.g., WIP, case calendar, general tasks) | 50-100 | $29,400-131,100 |
| 007 | Chapter 11 Plan Matters | 480-820 | $282,240-1,075,020 |
| 008 | Communication with Client | 100-180 | $58,800-235,980 |
| 009 | Corporate Governance and Board Matters | 140-250 | $82,320-327,750 |
| 010 | Customer and Vendor Issues | 0-0 | $0-0 |
| 011 | Disclosure Statement | 500-850 | $294,000-1,114,350 |
| 012 | Donor Issues | 0-10 | $0-13,110 |
| 013 | Employee and Labor Issues | 20-50 | $11,760-65,550 |
| 014 | Exclusivity | 0-10 | $0-13,110 |
| 015 | Executory Contracts and Leases | 0-20 | $0-26,220 |
| 016 | FCR Issues and Communications | 0-10 | $0-13,110 |
| 017 | Fee Applications | 70-140 | $41,160-183,540 |
| 018 | Financing Matters and Cash Collateral | 10-30 | $5,880-39,330 |
| 019 | First and Second Day Motions | 0-0 | $0-0 |
| 020 | General Case Strategy | 20-50 | $11,760-65,550 |
| 021 | Hearing and Court Matters | 40-90 | $23,520-117,990 |
| 022 | Insurance Issues | 100-180 | $58,800-235,980 |
| 023 | Non-Bankruptcy Litigation | 50-90 | $29,400-117,990 |
| 024 | Non-Working Travel | 0-0 | $0-0 |
| 025 | Professional Retention | 130-230 | $76,440-301,530 |
| 026 | Public Relations Issues | 0-20 | $0-26,220 |
| 027 | Schedules and Statements | 0-0 | $0-0 |
| 028 | Tax Issues | 0-20 | $0-26,220 |
| 029 | Unsecured Creditors and Issues and Communications | 100-180 | $58,800-235,980 |
| 030 | U.S. Trustee Issues and Reporting | 0-0 | $0-0 |
| 031 | Utility Issues and Adequate and Assurance | 0-0 | $0-0 |
| 032 | Local Council Issues and Communications | 210-360 | $123,480-471,960 |
| 033 | Property of the Estate Issues | 260-450 | $152,880-589,950 |
| 034 | Bankruptcy Appeals | 10-30 | $5,880-39,330 |
| 035 | Mediation | 350-600 | $205,800-786,600 |
| 036 | Fee Examiner Issues and Communications | 0-0 | $0-0 |
| | **Total Amount Budgeted** | **4,900.0** | **$4,550,000.00** |
| | **Total Amount Sought** | **4,907.20** | **$4,557,202.50** |

**Staffing Across All Matter Categories for the Period from
November 1, 2020 to and Including January 31, 2021**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work Across All Matter Categories During the Application Period | Average Hourly Rate[1] |
|---|---|---|
| Partner | 7 | $1,223 |
| Counsel | 4 | $996 |
| Associate | 25 | $842 |
| Paraprofessionals | 1 | $315 |
| **Total Attorney** | **36** | **$937** |
| **Total Non-Attorney** | **1** | **$315** |
| **Total** | **37** | **$929** |

---

[1]  The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of chargeable hours worked by, each timekeeper during the applicable compensation period.