# EXHIBIT A

## PROPOSED ORDER

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. _____ (___) |

### ORDER, PURSUANT TO 28 U.S.C. § 157(d) AND BANKRUPTCY RULE 5011(a), WITHDRAWING THE REFERENCE OF PROCEEDINGS INVOLVING THE ESTIMATION OF PERSONAL INJURY CLAIMS

Upon the Motion,[2] dated March 17, 2021 (the "Motion"), of the Future Claimants' Representative (the "FCR"), the Official Committee of Tort Claimants (the "TCC") and the Coalition of Abused Scouts for Justice (the "Coalition"), pursuant to 28 U.S.C. § 157(d) and Bankruptcy Rule 5011(a), for entry of any order by the United States District Court for the District of Delaware withdrawing the reference of the contested matter pending in the United States Bankruptcy Court for the District of Delaware involving the estimation of current and future personal injury tort claims involving sexual abuse under sections 105(a) and 502(c) of the Bankruptcy Code (the "Estimation Proceeding"); and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having reviewed the Motion; the Court having held a hearing to consider the relief requested in the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted therein; and after due deliberation and sufficient cause appearing therefor,

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Motion.

2

**IT IS HEREBY ORDERD THAT**:

1. The Motion is granted to the extent set forth herein.

2. The Estimation Proceeding is hereby withdrawn pursuant to 28 U.S.C. § 157(d).

3. The Bankruptcy Court is hereby stayed from further consideration of the Estimation Proceeding.

4. This Court shall retain jurisdiction to resolve any disputes arising from or related to this Order, and to interpret, implement and enforce the provisions of this Order.

Dated:

_____
United States District Judge