**<u>Exhibit A</u>**

**Summary of Time Detail by Task**

*Exhibit A*

**Boy Scouts of America and Delaware BSA, LLC**
**Summary of Time Detail by Task**
**January 1, 2021 through January 31, 2021**

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Bankruptcy Support | 46.7 | $27,422.50 |
| Cash | 66.8 | $40,527.50 |
| Claims | 257.9 | $139,237.50 |
| Contracts | 3.7 | $2,040.00 |
| Employee | 4.3 | $3,452.50 |
| Fee Applications | 2.0 | $650.00 |
| Financial Analysis | 716.9 | $430,067.50 |
| Info Req | 117.3 | $80,370.00 |
| Litigation | 72.7 | $66,995.00 |
| MOR | 5.5 | $3,072.50 |
| Motions/Orders | 4.1 | $2,682.50 |
| Plan DS | 206.4 | $136,827.50 |
| Status Meeting | 62.7 | $53,277.50 |
| Vendor Management | 3.0 | $2,310.00 |
| **Subtotal** | **1,570.0** | **$988,932.50** |
| **Voluntary Reduction - General** | **-18.1** | **-$9,300.00** |
| **Total** | **1,551.9** | **$979,632.50** |