**Exhibit B**

**Summary of Time Detail by Professional**

*Exhibit B*

### Boy Scouts of America and Delaware BSA, LLC
### Summary of Time Detail by Professional
### January 1, 2021 through January 31, 2021

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---:|---:|---:|
| Brian Whittman | Managing Director | $1,075.00 | 156.6 | $168,345.00 |
| Erin McKeighan | Managing Director | $900.00 | 32.2 | $28,980.00 |
| Trevor Phillips | Managing Director | $725.00 | 0.7 | $507.50 |
| Carl Binggeli | Director | $750.00 | 216.3 | $162,225.00 |
| Mark Zeiss | Director | $675.00 | 3.4 | $2,295.00 |
| Robert Edgecombe | Director | $525.00 | 88.0 | $46,200.00 |
| Scott Blasingame | Manager | $475.00 | 7.6 | $3,610.00 |
| Ryan Walsh | Senior Associate | $675.00 | 217.6 | $146,880.00 |
| Tim Deters | Senior Associate | $650.00 | 167.7 | $109,005.00 |
| Julio Cifuentes | Associate | $600.00 | 5.4 | $3,240.00 |
| Christian Schoerner | Associate | $375.00 | 27.6 | $10,350.00 |
| Trevor DiNatale | Consultant | $575.00 | 71.5 | $41,112.50 |
| Gerard Gigante | Consultant | $525.00 | 39.0 | $20,475.00 |
| Davis Jochim | Analyst | $475.00 | 176.6 | $83,885.00 |
| Lewis Kordupel | Analyst | $475.00 | 240.7 | $114,332.50 |
| Cally McGee | Analyst | $400.00 | 117.1 | $46,840.00 |
| Nicole Vander Veen | Paraprofessional | $325.00 | 2.0 | $650.00 |
| | | *Subtotal* | 1,570.0 | $988,932.50 |
| | | *Voluntary Reduction - General* | -18.1 | -$9,300.00 |
| | | *Total* | 1,551.9 | $979,632.50 |