# Exhibit E

## Summary of Expense Detail by Category

*Exhibit E*

## Boy Scouts of America and Delaware BSA, LLC
### Summary of Expense Detail by Category
### January 1, 2021 through January 31, 2021

| *Expense Category* | *Sum of Expenses* |
|---|---|
| Miscellaneous | $571.84 |
| **Total** | **$571.84** |