## Exhibit F

**Expense Detail by Category Professional**

*Exhibit F*

## Boy Scouts of America and Delaware BSA, LLC
### Expense Detail by Category
### January 1, 2021 through January 31, 2021

### *Miscellaneous*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Ryan Walsh | 1/4/2021 | $15.99 | WebEx Charges. |
| Erin McKeighan | 1/31/2021 | $555.85 | CMS Monthly Data Storage Fee. |
| **Expense Category Total** | | **$571.84** | |
| *Grand Total* | | $571.84 | |