**<u>Exhibit B</u>**

**Phase 2 Fees and Expense Itemization**



**FILE COPY ONLY – BILL
SUBMITTED ELECTRONICALLY
DO NOT SUBMIT TO CLIENT
UNLESS EXPRESSLY
REQUESTED BY CLIENT**

March 10, 2021

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:  (864) 241-1908
www.ogletreedeakins.com

Robyn Jungers
The Boy Scouts of America
Legal Department
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2049

PERSONAL AND CONFIDENTIAL

Bill #  90385205
Client.Matter #  047657.000013

**Re:   BSA General Defense - Bankruptcy (Billiable)**

For professional services rendered through February 28, 2021, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Fees ..................................................................................................................................$6,618.00
Expenses.............................................................................................................................$0.00

**Total Due This Bill....................................................................................................$6,618.00**

|  | Fees | Expenses |
|---|---|---|
| Year-To-Date | $(34,639.50) | $(58.84) |
| Life-To-Date | $1,668,195.00 | $2,251.74 |

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington



Robyn Jungers
The Boy Scouts of America
Legal Department
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2049

**Re:  BSA General Defense - Bankruptcy (Billiable)**

For professional services rendered through February 28, 2021

| Date | Initials | Stage | Description | Hours | Amount |
|------|----------|-------|-------------|-------|--------|
| 02/01/21 | SEM | PHASE2 | Review BSA and insurance carrier billing information for a variety of new Arizona lawsuits. | 0.30 | 133.50 |
| 02/01/21 | KAD | PHASE2 | Review as-filed certificate of no objection for Ogletree's 9th fee application and email from Desiree Vale regarding same. | 0.10 | 19.00 |
| 02/01/21 | KAD | PHASE2 | Email exchange with Ashley Halvorson regarding billing information and instructions on various AZ lawsuits and alleged perpetrators for conflicts check. | 0.20 | 38.00 |
| 02/01/21 | KAD | PHASE2 | Email exchange with Anna Kutz and Robyn Jungers regarding invoices for a claim that falls in the 1985 policy year. | 0.10 | 19.00 |
| 02/02/21 | BAG | PHASE2 | Telephone conference with K. Murray and K. Davis to discuss Fee Examiner Report in preparation for telephone conference with Fee Examiner. | 0.50 | 320.00 |
| 02/02/21 | KAD | PHASE2 | Email exchange with Melissa Ward regarding billing instructions on various AZ claims. | 0.10 | 19.00 |
| 02/02/21 | KAD | PHASE2 | Conference call with Bruce Griggs and Katie Murray to review and discuss fee examiner's report. | 0.50 | 95.00 |
| 02/02/21 | KAD | PHASE2 | Email Ashley Halvorson regarding | 0.10 | 19.00 |



| Date | Initials | Stage | Description | Hours | Amount |
|------|----------|-------|-------------|-------|--------|
| | | | billing information and instructions for John DC Doe lawsuit. | | |
| 02/02/21 | KAD | PHASE2 | Email exchange with Carla Green regarding Arizona lawsuit billing issues for Chubb. | 0.10 | 19.00 |
| 02/02/21 | KJM | PHASE2 | Review and redact December fee statement in preparation for submission of Ogletree's 10th monthly fee application. | 4.50 | 675.00 |
| 02/02/21 | KJM | PHASE2 | Video Conference with Bruce Griggs and Kelci Davis to discuss fee examiner's initial report regarding Ogletree's third quarterly fee application. | 0.50 | 75.00 |
| 02/03/21 | KAD | PHASE2 | Email exchange with Yienta Saepharn regarding billing information and instructions on D.H. (OR) claim. | 0.10 | 19.00 |
| 02/04/21 | KAD | PHASE2 | Email exchange with Carl Binggeli, Eric Moats and Bruce Griggs regarding the difference in the expense amount from Ogletree's 9th application and the CNO. | 0.20 | 38.00 |
| 02/04/21 | KAD | PHASE2 | Exchange messages with Robyn Jungers and Lynn Richardson via Chatter in Riskonnect regarding where invoices for the John Doe (GA) lawsuit should be submitted. | 0.20 | 38.00 |
| 02/04/21 | KAD | PHASE2 | Review and approve revised CNO for Ogletree's 9th monthly fee application. | 0.10 | 19.00 |
| 02/04/21 | KAD | PHASE2 | Exchange messages with Robyn Jungers via Skype regarding invoices submitted for A.N. (WA) lawsuit and insurance coverage for the 1980 policy year. | 0.10 | 19.00 |
| 02/04/21 | KAD | PHASE2 | Email exchange with Eric Moats regarding interim fee application. | 0.10 | 19.00 |
| 02/05/21 | BAG | PHASE2 | Review comments received from Justin Rucki regarding fee | 0.20 | 128.00 |


**Ogletree Deakins**

Page 4
03/10/21
Bill No. 90385205
047657.000013-BAG

| Date | Initials | Stage | Description | Hours | Amount |
|------|----------|-------|-------------|-------|--------|
| | | | application. | | |
| 02/05/21 | BAG | PHASE2 | Telephone conference with Justin Rucki regarding fee application. | 0.20 | 128.00 |
| 02/08/21 | BAG | PHASE2 | Work on 10th monthly fee application. | 1.00 | 640.00 |
| 02/08/21 | KAD | PHASE2 | Email exchange with Robyn Jungers regarding billing notice to defense counsel from last year. | 0.20 | 38.00 |
| 02/08/21 | KAD | PHASE2 | Review file to determine which billing notices were sent to Boone Karlberg last year per Robyn Jungers request. | 0.50 | 95.00 |
| 02/08/21 | KAD | PHASE2 | Exchange messages with Robyn Jungers and Lynn Richardson via Chatter in Riskonnect regarding invoices submitted by Wilson Elser and Chubb's coverage of same. | 0.10 | 19.00 |
| 02/08/21 | KAD | PHASE2 | Exchange messages with Robyn Jungers and Lynn Richardson via Chatter in Riskonnect regarding invoices submitted by Saul Ewing and Chubb's coverage of same. | 0.10 | 19.00 |
| 02/08/21 | KJM | PHASE2 | Begin review and analysis of all billing entries for inclusion of OD 11th fee application. | 1.50 | 225.00 |
| 02/09/21 | BAG | PHASE2 | Review Fee Examiner's Final Report on Third Quarterly Fee Application. | 0.50 | 320.00 |
| 02/09/21 | BAG | PHASE2 | Email to Fee Examiner regarding Final Report Regarding on Third Quarterly Fee Application. | 0.10 | 64.00 |
| 02/09/21 | KAD | PHASE2 | Exchange messages with Anna Kutz and Lynn Richardson via Chatter in Riskonnect regarding invoices submitted by Saul Ewing and Chubb's coverage of same. | 0.10 | 19.00 |
| 02/09/21 | KJM | PHASE2 | Continue review and analysis of January fee statement for inclusion of 10th fee application. | 1.30 | 195.00 |
| 02/11/21 | KAD | PHASE2 | Email exchange with Sean Manning and Anna Kutz regarding rejection of | 0.10 | 19.00 |



| Date | Initials | Stage | Description | Hours | Amount |
|------|----------|-------|-------------|-------|--------|
| | | | MI defense counsel's invoices. | | |
| 02/15/21 | KJM | PHASE2 | Begin preparation of 11th monthly fee application materials and exhibits. | 1.30 | 195.00 |
| 02/16/21 | KJM | PHASE2 | Email exchange with Eric Moats regarding 10th monthly fee application. | 0.10 | 15.00 |
| 02/16/21 | KJM | PHASE2 | Review and redact January fee statement in preparation for submission of 11th monthly fee application. | 1.50 | 225.00 |
| 02/16/21 | KJM | PHASE2 | Continue to review and redact January fee statement in preparation for submission of 11th monthly fee application. | 1.00 | 150.00 |
| 02/16/21 | KJM | PHASE2 | Email to E. Moats and P. Topper regarding 10th monthly fee application for filing. | 0.10 | 15.00 |
| 02/16/21 | KJM | PHASE2 | Email communication with Bruce Griggs regarding 10th monthly fee application. | 0.10 | 15.00 |
| 02/16/21 | KJM | PHASE2 | Email communication with Eric Moats regarding exhibit to 10th monthly fee application. | 0.10 | 15.00 |
| 02/17/21 | KJM | PHASE2 | Continue to work on 11th monthly fee application materials and exhibits. | 0.40 | 60.00 |
| 02/18/21 | KAD | PHASE2 | Email exchange with Debbie Nelson regarding BSA's invoice portal. | 0.10 | 19.00 |
| 02/18/21 | KAD | PHASE2 | Email exchange with John Anselmo regarding billing information and instructions on three New York lawsuits. | 0.10 | 19.00 |
| 02/18/21 | KAD | PHASE2 | Compile billing information for defense counsel, John Anselmo. | 0.30 | 57.00 |
| 02/18/21 | KAD | PHASE2 | Email Ashley Halvorson regarding billing information and instructions for Heidi Plowman lawsuit. | 0.10 | 19.00 |
| 02/18/21 | KJM | PHASE2 | Email exchange with Eric Moats | 0.10 | 15.00 |



| Date | Initials | Stage | Description | Hours | Amount |
|------|----------|-------|-------------|-------|--------|
| | | | regarding 10th monthly fee application. | | |
| 02/23/21 | BAG | PHASE2 | Review redacted invoices in preparation for inclusion in the 11th monthly fee application. | 0.50 | 320.00 |
| 02/23/21 | SEM | PHASE2 | Review BSA billing information related to more new Arizona cases sent to Arizona defense counsel. | 0.10 | 44.50 |
| 02/23/21 | SEM | PHASE2 | Email from Arizona defense counsel with questions regarding billing to BSA and review of billing records provided as examples. | 0.20 | 89.00 |
| 02/23/21 | KAD | PHASE2 | Email Ashley Halvorson regarding billing information for various AZ lawsuits. | 0.10 | 19.00 |
| 02/23/21 | KJM | PHASE2 | Final review of 11th monthly fee application and exhibits. | 0.50 | 75.00 |
| 02/23/21 | KJM | PHASE2 | Email to E. Moats and P. Topper regarding same. | 0.20 | 30.00 |
| 02/24/21 | SEM | PHASE2 | Email from BSA regarding decision on billing multi-plaintiff cases in Arizona. | 0.10 | 44.50 |
| 02/24/21 | SEM | PHASE2 | Email discussion with BSA regarding the issues of billing and carrier responsibility for all new Arizona lawsuits. | 0.30 | 133.50 |
| 02/24/21 | SEM | PHASE2 | Review email to Arizona defense counsel with additional updated billing information for new claims there. | 0.10 | 44.50 |
| 02/24/21 | KAD | PHASE2 | Email Ashley Halvorson regarding billing information for various AZ lawsuits. | 0.10 | 19.00 |
| 02/24/21 | KAD | PHASE2 | Email exchange with Eric Moats regarding the 4th interim fee application. | 0.10 | 19.00 |
| 02/24/21 | KAD | PHASE2 | Email exchange with Anna Kutz and Robyn Jungers regarding billing process for Arizona lawsuits and | 0.30 | 57.00 |



| Date | Initials | Stage | Description | Hours | Amount |
|------|----------|-------|-------------|-------|--------|
| | | | entering same into Riskonnect. | | |
| 02/24/21 | KJM | PHASE2 | Review email correspondence from Eric Moats regarding 4th interim fee application. | 0.10 | 15.00 |
| 02/24/21 | KJM | PHASE2 | Prepare 4th interim fee application. | 2.50 | 375.00 |
| 02/24/21 | KJM | PHASE2 | Analyze and review data spreadsheet. | 0.50 | 75.00 |
| 02/24/21 | KJM | PHASE2 | review and verify calculations regarding same. | 0.50 | 75.00 |
| 02/25/21 | SEM | PHASE2 | Email discussion with BSA regarding the ongoing issue of billing and handling multi-plaintiff Arizona cases and potential solutions to the same. | 0.30 | 133.50 |
| 02/25/21 | KAD | PHASE2 | Email Ashley Halvorson regarding billing information for various AZ lawsuits. | 0.10 | 19.00 |
| 02/25/21 | KAD | PHASE2 | Email exchange with Robyn Jungers, Lynn Richardson and Adrian Azer regarding AZ lawsuit billing issues. | 0.10 | 19.00 |
| 02/25/21 | KJM | PHASE2 | Email exchanges with B. Griggs regarding exhibits to interim fee application. | 0.10 | 15.00 |
| 02/25/21 | KJM | PHASE2 | analyze and verify numbers for same. | 0.20 | 30.00 |
| 02/26/21 | SEM | PHASE2 | Telephone call with White and Case regarding billing issue for JFH case in Missouri. | 0.10 | 44.50 |
| 02/26/21 | SEM | PHASE2 | Review change to Arizona billing policy from BSA as revised from today's conference call. | 0.20 | 89.00 |
| 02/26/21 | SEM | PHASE2 | Review correspondence between BSA and Arizona defense counsel regarding billing claims to CHUBB Insurance. | 0.20 | 89.00 |
| 02/26/21 | SEM | PHASE2 | Conference call with Arizona defense counsel to explain new BSA billing guidelines and procedures. | 0.30 | 133.50 |
| 02/26/21 | KAD | PHASE2 | Email Ashley Halvorson regarding | 0.10 | 19.00 |



| Date | Initials | Stage | Description | Hours | Amount |
|------|----------|-------|-------------|-------|--------|
| | | | billing information for various AZ lawsuits. | | |
| 02/26/21 | KAD | PHASE2 | Conference call with Lynn Richardson, Anna Kutz, Adrian Azer, Robyn Jungers, Katie Murray and Sean Manning regarding AZ lawsuit billing issues. | 0.50 | 95.00 |
| 02/26/21 | KAD | PHASE2 | Email Eric Moats regarding budget for interim fee application. | 0.10 | 19.00 |
| 02/26/21 | KAD | PHASE2 | Conference call with Ashley Halvorson and Sean Manning regarding Arizona lawsuit billing issues. | 0.30 | 57.00 |
| 02/26/21 | KAD | PHASE2 | Send lengthy email to Ashley Halvorson regarding resolution of Arizona lawsuit billing issues. | 0.10 | 19.00 |
| 02/26/21 | KJM | PHASE2 | Teleconference with BSA legal and Adrian Azer regarding Arizona multi-plaintiff cases billing discussion and possible resolution. | 0.50 | 75.00 |
| 02/26/21 | KJM | PHASE2 | Email exchanges with B. Griggs regarding data needed for exhibit to 4th interim fee application. | 0.10 | 15.00 |
| | | | Total Services: | 28.50 | 6,618.00 |

### Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|------------|-------|------|-------|--------|
| Bruce A. Griggs | Shareholder | 640.00 | 3.00 | 1,920.00 |
| Sean E. Manning | Of Counsel | 445.00 | 2.20 | 979.00 |
| Kelci A. Davis | Paralegal | 190.00 | 5.60 | 1,064.00 |
| Katie J. Murray | Other | 150.00 | 17.70 | 2,655.00 |

| | | |
|---|---|---|
| TOTAL FEES | | $6,618.00 |
| TOTAL EXPENSES | | $0.00 |
| TOTAL THIS BILL | | $6,618.00 |