## **Exhibit C**

| Category | Amount |
|---|---:|
| Legal Support Services | $81.19 |
| Other (Immigration related) | $1960.00 |
| **TOTAL:** | **$2,041.19** |



Submit Via E-Mail Only –
Do Not Send Hard Copy

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:  (864) 241-1908
www.ogletreedeakins.com

March 11, 2021

Kenneth Ceaser
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079
Kenneth.Ceaser@scouting.org

PERSONAL AND CONFIDENTIAL

Bill #  90385389
Client.Matter #  083331.000024

**Re:**  REDACTED

For professional services rendered through March 4, 2021, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Flat Rate Legal Fee..................................................................................................................$0.00
Associated Expenses ...........................................................................................................$1,960.00

**Total Due This Bill**....................................................................................................**$1,960.00**

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington



Page 2<br>
03/11/21<br>
Bill No. 90385389<br>
083331.000024-LNG

Kenneth Ceaser  
Boy Scouts of America, The - DIP  
1325 West Walnut Hill Lane  
P.O. Box 152079  
Irving, TX  75015-2079  
Kenneth.Ceaser@scouting.org

**Re:** **REDACTED**

---

For professional services rendered through March 4, 2021

## Expenses

| Description | Amount |
|---|---:|
| VENDOR: U.S. Department of Homeland Security INVOICE#: CW106455 DATE: 2/23/2021 | 460.00 |
| Prepare H-1B Extension Petition. Requested by Monica Patino-Zuniga File H-1B with USCIS BASKARAN, Sundara Vinayagam  Matter: 083331.000024 | |
| VENDOR: U.S. Department of Homeland Security INVOICE#: CW106456 DATE: 2/23/2021 | 1,500.00 |
| Prepare H-1B Extension Petition. Requested by Monica Patino-Zuniga H-1B USCIS Training Fee for CO. with MORE than 25 employees BASKARAN, Sundara Vinayagam Matter: 083331.000024 | |
| Total Expenses | 1,960.00 |

|  |  |
|---:|---:|
| TOTAL FEES | $0.00 |
| TOTAL EXPENSES | $1,960.00 |
| TOTAL THIS BILL | $1,960.00 |