## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

Future Claimants' Representative et al v. Boy Scouts of America and Delaware BSA, LLC

| | |
|---|---|
| Future Claimants' Representative, | ) Civil Action No.  21-392-UNA |
| Tort Claimants' Committee, and | ) |
| Coalition of Abused Scouts for Justice, | ) Bankruptcy Case No. 20-10343 (LSS) |
| | ) |
| Petitioners, | ) |
| v. | ) |
| | ) |
| Boy Scouts of American and Delaware BSA, LLC, | ) |
| | ) |
| Respondent. | ) |
| | ) |

### NOTICE

A Motion to Withdraw the Reference to the Bankruptcy Court was docketed in the U.S. District Court on **3/18/2021**.  **Upon assignment of this case, counsel shall submit to the Clerk's Office of the U.S. District Court courtesy copies of the Motion to Withdraw and any related briefing**.

When filing papers, please include the case caption, civil action number, and the initials of the Judge assigned.   Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

John A. Cerino
Clerk of Court

Date:   March 18, 2021
cc:     U.S. Bankruptcy Court
        Counsel