# EXHIBIT A

# PASICH LLP

10880 Wilshire Boulevard, Suite 2000
Los Angeles, CA 90024
(424) 313-7860
www.pasichllp.com
Federal Tax ID:
82-2096928

BSA Tort Claimants  
c/o John W. Lucas  
Pachulski Stang Ziehl & Jones LLP

March 11, 2021  
Invoice #  14684

In Reference To: Tort Claims--Insurance  
Our File No.:    B029.001

**Professional Services**

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| | **Compensation of Professionals** | | | |
| 2/4/2021 JLS | Review/Analyze invoice for submission to TCC and for fee application, | | 0.60 | 372.00 |
| 2/10/2021 JLS | Draft/Revise monthly fee application and redact invoice for same. | | 1.80 | 1,116.00 |
| 2/23/2021 JLS | Draft/Revise quarterly fee application. | | 0.80 | 496.00 |
| 2/26/2021 JLS | Draft/Revise quarterly fee application. | | 0.50 | 310.00 |
| | **SUBTOTAL:** | [ | 3.70 | 2,294.00] |
| | **General Committee** | | | |
| 2/1/2021 JLS | Appear for/Attend TCC working group meeting (1.7) and prepare for same (.6). | | 2.30 | 1,426.00 |
| 2/4/2021 JLS | Appear for/Attend mediation session (1); appear for/attend TCC meeting (1.5). | | 2.50 | 1,550.00 |
| KAP | Conference with state court counsel (1.7); conference with mediators (1.0); conference with Tort Claimants Committee (1.5) | | 4.20 | 4,095.00 |
| 2/8/2021 JLS | Appear for/Attend insurance working group meeting (1.3) and prepare for same (.4). | | 1.70 | 1,054.00 |
| 2/9/2021 JLS | Appear for/Attend state court counsel meeting (1.5) and prepare for same (.3). | | 1.80 | 1,116.00 |

BSA Tort Claimants                                                                                                             Page    2

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 2/10/2021 | JLS | Appear for/Attend meeting ▮▮▮ regarding ▮▮▮ (2); and prepare for same (.4). | 2.40 | 1,488.00 |
|  | KAP | Attend mediation conference ▮▮▮ (2.0) | 2.00 | 1,950.00 |
| 2/15/2021 | JLS | Appear for/Attend working group call (1.1) and prepare for same (.4); appear for/attend call with ▮▮▮ (.8) and prepare for same (.4) | 2.70 | 1,674.00 |
| 2/16/2021 | JLS | Appear for/Attend state court counsel meeting (1.5) and prepare for same (.6). | 2.10 | 1,302.00 |
| 2/18/2021 | JLS | Appear for/Attend TCC meeting (1.6) and prepare for same (.4). | 2.00 | 1,240.00 |
|  | KAP | Attend TCC meeting (1.6) | 1.60 | 1,560.00 |
| 2/23/2021 | JLS | Appear for/Attend state court counsel meeting (2.1)(partial) and prepare for same (1.3) | 3.40 | 2,108.00 |
| 2/24/2021 | JLS | Appear for/Attend Bates White valuation presentation. | 1.60 | 992.00 |
| 2/25/2021 | JLS | Appear for/Attend mediation session. | 0.80 | 496.00 |
|  | JLS | Appear for/Attend TCC meeting (1.3) and prepare for same (.5). | 1.80 | 1,116.00 |
|  | KAP | Conference with mediators and TCC (0.8); conference with TCC (1.3) | 2.10 | 2,047.50 |
|  | **SUBTOTAL:** |  | [ 35.00 | 25,214.50] |

### Insurance Coverage

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 2/1/2021 | JLS | Research ▮▮▮ | 1.40 | 868.00 |
|  | JLS | Confer with TCC ▮▮▮ | 1.60 | 992.00 |
|  | KAP | Conference with Insurance Working Group (1.7); review ▮▮▮ (0.4) | 2.10 | 2,047.50 |
|  | CO | Research ▮▮▮ (1.1). | 1.10 | 286.00 |
|  | MCW | Conduct research regarding ▮▮▮ (2.6); draft memo for Mr. Pasich regarding same (1.5); review ▮▮▮ (.7). | 4.80 | 2,400.00 |
| 2/2/2021 | JLS | Confer ▮▮▮ (.9); review ▮▮▮ in preparation for same (2.4); further strategy discussions ▮▮▮ .5). | 3.80 | 2,356.00 |

BSA Tort Claimants                                                                                                           Page     3

|            |     |                                                                                                                                                                    | Hours | Amount   |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 2/2/2021   | JLS | Research ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (1.3) and confer with the TCC regarding same (.4).                                                                               | 1.70  | 1,054.00 |
|            | JLS | Appear for/Attend TCC meeting (1.7) and prepare for same (.8).                                                                                                     | 2.50  | 1,550.00 |
|            | JLS | Confer ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ regarding ▓▓▓▓▓▓▓▓▓▓▓ (.5) and prepare for same (.5).                                                                                   | 1.00  | 620.00   |
|            | JLS | Confer with Messrs. Stang and Lucas regarding ▓▓▓▓▓▓.                                                                                                              | 0.40  | 248.00   |
|            | KAP | Conference with State Court Counsel (0.3) (partial); research and review ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (0.9); review e-mails re ▓▓▓▓▓ (0.2)                                    | 1.40  | 1,365.00 |
|            | MCW | Draft and transmit ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (.6); draft e-mail to ▓▓▓▓ regarding ▓▓▓▓ (.3); draft follow-up e-mail ▓▓▓▓ (.4); draft e-mail to Mr. Pasich regarding ▓▓▓▓ (.6); draft e-mail to ▓▓▓▓ (.8); review and analyze ▓▓▓▓ (2.3); draft ▓▓▓▓ (.7). | 5.70  | 2,850.00 |
| 2/3/2021   | JLS | Confer ▓▓▓ regarding ▓▓▓▓ (.8) and prepare for same (.5).                                                                                                           | 1.30  | 806.00   |
|            | JLS | Review/Analyze ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                                                                                                                                  | 2.20  | 1,364.00 |
|            | MCW | Analyze ▓▓▓▓▓▓▓▓▓▓ (.7); participate in telephone conference with Mr. Schulman regarding same (.2); draft response e-mail ▓▓▓▓ (.2); review and analyze ▓▓▓▓ (.2). | 1.30  | 650.00   |
| 2/4/2021   | JLS | Review/Analyze ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.                                                                                                                                    | 0.70  | 434.00   |
|            | JLS | Review/Analyze ▓▓▓▓▓▓▓▓▓ (.5) and emails regarding same (.3); confer with the state court counsel regarding same (1.7); research regarding ▓▓▓▓ (1.3).             | 3.80  | 2,356.00 |
|            | JLS | Review/Analyze ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (1.3); review/analyze ▓▓▓▓ regarding ▓▓▓▓ (1.1).                                                                                      | 2.40  | 1,488.00 |
|            | CO  | Review and analyze ▓▓▓▓▓▓▓▓▓▓▓▓ (0.2); type a case summary regarding same (0.1).                                                                                   | 0.30  | 78.00    |

BSA Tort Claimants                                                                                                Page    4

|  |  |  |  | Hours | Amount |
|---|---|---|---|---|---|
| 2/4/2021 | CO | Research ▉ (0.1). | | 0.10 | 26.00 |
| 2/5/2021 | JLS | Draft/Revise ▉ (.9) and legal research regarding same (2). | | 2.90 | 1,798.00 |
| | JLS | Review/Analyze ▉ | | 2.80 | 1,736.00 |
| | JLS | Review/Analyze ▉. | | 1.50 | 930.00 |
| | KAP | Review ▉ (0.9); review ▉ (0.2); outline key arguments re ▉ (0.6) | | 1.70 | 1,657.50 |
| | MCW | Analyze ▉ (.5). | | 0.50 | 250.00 |
| 2/6/2021 | JLS | Confer ▉ | | 0.40 | 248.00 |
| | KAP | Conference with Mr. Schulman re ▉ (0.1); review e-mails (0.2) | | 0.30 | 292.50 |
| | JLS | Review/Analyze ▉ | | 4.30 | 2,666.00 |
| | MCW | Analyze ▉ (2.3). | | 2.30 | 1,150.00 |
| 2/7/2021 | JLS | Review/Analyze ▉ (3.7); review/analyze ▉ (4.2). | | 7.90 | 4,898.00 |
| | KAP | Review and analyze ▉ (1.9); review and revise ▉ (0.2) | | 2.10 | 2,047.50 |
| | MCW | Analyze ▉ (2.1); participate in telephone conference with Mr. Schulman regarding same (.3). Edit ▉ (.7). | | 3.10 | 1,550.00 |
| 2/8/2021 | JLS | Review/Analyze ▉ (3.3); continued analysis ▉ (2.6). | | 5.90 | 3,658.00 |

BSA Tort Claimants                                                                                                                    Page    5

|   |   |   | Hours | Amount |
|---|---|---|---|---|
| 2/8/2021 | KAP | Conference with Insurance Working Group (1.2); e-mails with Mr. Schulman and Ms. Whitman re ███████ (0.2); review ███████ (1.7) | 3.10 | 3,022.50 |
|   | JLS | Review/Analyze (continued) of ███████ | 3.90 | 2,418.00 |
|   | MCW | Analyze ███████ (.6); edit chart regarding same (1.2); conduct legal research regarding ███████ (2.2); draft legal research memo regarding the same (1.4). | 8.70 | 4,350.00 |
| 2/9/2021 | JLS | Research ███████. | 3.20 | 1,984.00 |
|   | KAP | Conference with State Court Counsel re ███████ (1.5) | 1.50 | 1,462.50 |
|   | MCW | Review and analyze ███████ (1.2); conduct legal research regarding ███████ (2.9); conduct legal research regarding ███████ (3.7). | 7.80 | 3,900.00 |
| 2/10/2021 | JLS | Confer ███████ regarding ███████ (.5); confer with Mr. Nasatir following same (.3); prepare for same (.3). | 1.10 | 682.00 |
|   | MCW | Conduct legal research regarding ███████ (2.7); draft research memo regarding the same (1.9); conduct legal research regarding ███████ (3.3). | 7.90 | 3,950.00 |
| 2/11/2021 | JLS | Review/Analyze ███████. | 0.70 | 434.00 |
|   | JLS | Appear for/Attend deposition of Dr. Martin (1.7); review declaration and exhibits in preparation for same (.9). | 2.60 | 1,612.00 |
|   | JLS | Review/Analyze ███████ | 0.40 | 248.00 |
|   | JLS | Review/Analyze ███████ | 4.30 | 2,666.00 |

BSA Tort Claimants                                                                                                          Page    6

|            |     |                                                                                                                                                                                   | Hours | Amount   |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 2/11/2021  | MCW | Conduct legal research regarding ▓▓▓ (2.1); draft research memo regarding the same (2.3); prepare for call with ▓▓▓ (.2); participate in conference with ▓▓▓ (.1).                                  | 4.70  | 2,350.00 |
| 2/12/2021  | JLS | Confer with Mr. Lucas regarding ▓▓▓ (.1) and review ▓▓▓ regarding same (.6).                                                                                                                       | 0.70  | 434.00   |
|            | JLS | Review/Analyze ▓▓▓                                                                                                                                                                                 | 4.40  | 2,728.00 |
|            | MCW | Conduct legal research regarding ▓▓▓ (2.4); draft legal research memo regarding the same (3.7).                                                                                                    | 6.10  | 3,050.00 |
| 2/14/2021  | JLS | Review/Analyze ▓▓▓                                                                                                                                                                                 | 3.30  | 2,046.00 |
| 2/16/2021  | KAP | Conference with Insurance Working Group (1.0)                                                                                                                                                      | 1.00  | 975.00   |
|            | JLS | Appear for/Attend meeting ▓▓▓ (.7) and review ▓▓▓ in preparation for same (.8).                                                                                                                    | 1.50  | 930.00   |
|            | JLS | Review/Analyze ▓▓▓                                                                                                                                                                                 | 2.70  | 1,674.00 |
| 2/17/2021  | JLS | Appear for/Attend court hearing (partial).                                                                                                                                                         | 6.60  | 4,092.00 |
| 2/18/2021  | JLS | Confer ▓▓▓ regarding ▓▓▓ (.5) and prepare for same (.3); further discussion with Mr. Nasatir following same (.2).                                                                                  | 1.00  | 620.00   |
|            | MCW | Conduct legal research regarding ▓▓▓ (1.6); draft legal research memo regarding the same (1.9); conduct legal research regarding ▓▓▓ (.2).                                                         | 3.90  | 1,950.00 |
| 2/19/2021  | JLS | Research ▓▓▓                                                                                                                                                                                       | 1.70  | 1,054.00 |
|            | JLS | Confer ▓▓▓ (.3); confer with Messrs. Nasatir and Lucas regarding same (.2).                                                                                                                        | 0.50  | 310.00   |
|            | MCW | Review and update ▓▓▓ (.9); conduct legal research regarding ▓▓▓ (1.6); draft legal research memo regarding same (1.2).                                                                            | 3.70  | 1,850.00 |

BSA Tort Claimants                                                                                                       Page    7

|  |  |  |  | Hours | Amount |
|---|---|---|---|---|---|
| 2/22/2021 | JLS | Confer ▓▓▓ regarding ▓▓▓ (.4) and prepare for same (.2). | | 0.60 | 372.00 |
|  | JLS | Review/Analyze ▓▓▓ | | 0.40 | 248.00 |
|  | KAP | Conference with Insurance Working Group re ▓▓▓ (0.7); e-mails with ▓▓▓ (0.1) | | 0.80 | 780.00 |
| 2/23/2021 | JLS | Confer ▓▓▓ regarding ▓▓▓ (.2) and review ▓▓▓ regarding same (1.2). | | 1.40 | 868.00 |
|  | JLS | Review/Analyze ▓▓▓ | | 0.30 | 186.00 |
|  | KAP | Telephone conference ▓▓▓ (0.5); draft e-mail re same (0.1) | | 0.60 | 585.00 |
| 2/24/2021 | JLS | Review/Analyze ▓▓▓ | | 2.60 | 1,612.00 |
|  | JLS | Research ▓▓▓ | | 0.80 | 496.00 |
|  | MCW | Conduct legal research regarding ▓▓▓ (2.4); draft e-mail to Mr. Schulman regarding ▓▓▓ (1.2). | | 3.60 | 1,800.00 |
| 2/25/2021 | JLS | Review/Analyze ▓▓▓ | | 0.30 | 186.00 |
| 2/26/2021 | JLS | Confer with ▓▓▓ regarding ▓▓▓ (.1) and update TCC regarding same (.1). | | 0.20 | 124.00 |
|  | JLS | Review/Analyze ▓▓▓ | | 0.40 | 248.00 |
|  | JLS | Review/Analyze ▓▓▓ | | 1.30 | 806.00 |
|  | **SUBTOTAL:** | | [ | 175.60 | 105,823.00] |

| | |
|---|---|
| **Subtotal of charges** | $133,331.50 |
| Courtesy Deduction of Time | ($3,120.00) |
| **For professional services rendered** | 214.30  $130,211.50 |

BSA Tort Claimants                                                                                              Page    8

| | Expenses | Amount |
|---|---|---:|
| | **Compensation of Professionals** | |
| 2/24/2021 | Deposition transcripts: Lexitas Inv 1124471, transcript services regarding Dr. Denise Neumann Martin on 2/11/2021 | 1,958.30 |
| | **SUBTOTAL:** | [    1,958.30] |
| | **Total expenses** | $1,958.30 |
| | **Total amount of this bill** | $132,169.80 |
| | **Previous balance** | $659,584.51 |
| | **Accounts receivable transactions** | |
| 2/22/2021 | Payment – Thank you. Check No. EFT | ($227,800.80) |
| | **Total payments and adjustments** | ($227,800.80) |
| | **Balance due** | **$563,953.51** |

| | |
|---|---:|
| Courtesy Deduction of Time: | $3,120.00 |
| Discount on Rates: | $37,161.00 |
| **Total Deduction/Discount:** | **$40,281.00** |

Timekeeper Summary

| Name | Hours | Regular Rate | 20% Discounted Rate | Total Full | Total Discounted | Difference |
|---|---:|---:|---:|---:|---:|---:|
| Caitlin Oswald | 1.5 | 325 | 260 | 487.50 | 390.00 | 97.50 |
| Donald K. Piper | 0 | 290 | 260 | 0.00 | 0.00 | 0.00 |
| Jeffrey L. Schulman | 124.2 | 775 | 620 | 96,255.00 | 77,004.00 | 19,251.00 |
| Kirk A. Pasich | 24.5 | 1,375.00 | 975 | 33,687.50 | 23,887.50 | 9,800.00 |
| Mikaela C. Whitman | 64.1 | 625 | 500 | 40,062.50 | 32,050.00 | 8,012.50 |
| TOTAL | 214.3 | | | $170,492.50 | $133,331.50 | $37,161.00 |