# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Ref. Docket Nos. 2020 & 2315 |

### CERTIFICATION OF COUNSEL REGARDING ORDER SUSTAINING THE DEBTORS' SECOND OMNIBUS (SUBSTANTIVE) OBJECTION TO CERTAIN (I) NO LIABILITY CLAIMS, (II) MISCLASSIFIED CLAIMS, AND (III) REDUCE AND ALLOW CLAIMS (NON-ABUSE CLAIMS)

The undersigned counsel to the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies as follows:

1. On February 3, 2021, the Debtors filed the *Debtors' Second Omnibus (Substantive) Objection to Certain (I) Cross-Debtor Duplicate Claims, (II) Substantive Duplicate Claims, (III) No Liability Claims, (IV) Misclassified Claims, and (V) Reduce and Allow Claims (Non-Abuse Claims)* [D.I. 2020] (the "Omnibus Objection").[2]

2. The deadline for responses to the Omnibus Objection was February 23, 2021, at 4:00 p.m. (ET) (the "Response Deadline").

3. The Debtors received informal responses to the Omnibus Objection (each, an "Informal Response" and collectively, the "Informal Responses") prior to the Response Deadline from the following parties: (a) Jeffrey Hway, (b) White Wilderness Inc., (c) Joseph Coco, and (d) Los Angeles County Treasurer and Tax Collector. After the Response Deadline, the Debtors received an

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Omnibus Objection.

Informal Response to the Omnibus Objection from SupplyOne Rockwell, Inc. No other responses to the Omnibus Objection were received by the Debtors.

4. The Debtors resolved the Informal Responses of Jeffery Hway, White Wilderness, Joseph Coco, and Los Angeles County Treasurer and Tax Collector without any revisions to the Proposed Order (the "Revised Proposed Order") being required. The Debtors resolved the Informal Response of SupplyOne Rockwell, Inc. through revisions to the Revised Proposed Order.[3]

5. On March 17, 2021, the Court held a hearing (the "Hearing") on the Omnibus Objection and inquired as to the Debtors' grounds for objecting to the Proofs of Claim listed on **Schedule 1** and **Schedule 2**. The Court requested that the Debtors address the Court's concerns in one or more supplemental declarations detailing the bases for the Debtors' objection to these claims, and asked that the Debtors submit a further Revised Proposed Order under certification of counsel excluding the claims listed on **Schedule 1** and **Schedule 2**.

6. A copy of the Revised Proposed Order reflecting these revisions to the related exhibits is attached hereto as **Exhibit A**. The Debtors intend to file a supplemental declaration with respect to the Proofs of Claim listed on **Schedule 1** and **Schedule 2** at a later date addressing the Court's concerns with respect to these claims.

7. For the convenience of the Court and parties in interest, a redline comparing the Revised Proposed Order against the Proposed Order attached to the Omnibus Objection is attached hereto as **Exhibit B.**

WHEREFORE, the Debtors respectfully request that the Court enter the Revised Proposed Order at its earliest convenience.

---

[3] The Debtors reserve the right to object to any claims removed from the Revised Proposed Order on any grounds permitted under applicable law.

Dated: March 18, 2021
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Eric W. Moats*

Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Eric W. Moats (No. 6441)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Email: dabbott@morrisnichols.com
aremming@morrisnichols.com
emoats@morrisnichols.com
ptopper@morrisnichols.com

– and –

**WHITE & CASE LLP**
Jessica C. Lauria (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: jessica.lauria@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (212) 881-5400
Email: mandolina@whitecase.com
mlinder@whitecase.com
laura.baccash@whitecase.com
blair.warner@whitecase.com

*Attorneys for the Debtors and Debtors in Possession*