# EXHIBIT B

**EXPENSES**
**February 1, 2021 - February 28, 2021**

| Date | Description | Amount |
|---|---|---|
| 2/17/2021 | Conference Call / CourtCall / K. Quinn / Attend Hearing / 02/17/2021 | $201.00 |
| 2/17/2021 | Conference Call / CourtCall / M. Neely / Attend Hearing / 02/17/2021 | $180.00 |
| 2/28/2021 | Westlaw | $884.82 |
| 2/28/2021 | PACER | $152.60 |
| 2/28/2021 | PACER | $9.70 |
| | | $1,428.12 |