# EXHIBIT B



Invoice #22847
Date: 01/31/21
Terms: Net 30
Due: 03/02/21
Project: PS-PSZJLaw-BSA-BRG Data Analysis-TECH

| To | From |
|---|---|
| Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd.<br>13th Floor<br>Los Angeles, CA 90067 | MiPro Consulting<br>1100 Corporate Office Dr<br>Suite 100<br>Milford, MI 48381<br>United States<br><br>Voice: 248 684-1900<br>Fax: 800 774-5187 |

| User | Project | Date | Hours | Rate | Total | Description/Notes |
|---|---|---|---|---|---|---|
| Joshi, Rushikesh | | | | | | |
| | Project: PS-PSZJLaw-BSA-BRG Data Analysis-TECH | | | | | |
| | | 1/7/2021 | 1.1 | $187/hr | $205.70 | Attended weekly meeting with BRG and team to review weekly assignments. |
| | | 1/7/2021 | 2.7 | $187/hr | $504.90 | Analyzed available PeopleSoft tables for identification of cash receipts and disbursement transactions pursuant ot BRG requests. |
| | | 1/8/2021 | 1.8 | $187/hr | $336.60 | Attended meeting with BRG team to discuss BSA claims data requirements in preparation for mediation. |
| | | 1/8/2021 | 2.9 | $187/hr | $542.30 | Analyzed disbursement activity for 2020 with formated columns for dates and amount fields. |
| | | 1/11/2021 | 2.2 | $187/hr | $411.40 | Analyzed BSA claims data to separate local council names into separate fields for western councils. |

| | | | | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| | | | | 1/11/2021 | 2.8 | $187/hr | $523.60 | Analyzed BSA claims data to evaluate location and level of abuse data issues. |
| | | | | 1/11/2021 | 3 | $187/hr | $561.00 | Analyzed BSA claims data to separate local council names into separate fields for eastern councils. |
| | | | | 1/12/2021 | 2.6 | $187/hr | $486.20 | Analyzed BSA claims data to separate local council names into separate fields for western councils. |
| | | | | 1/12/2021 | 3 | $187/hr | $561.00 | Analyzed BSA claims data to separate local council names into separate fields for eastern councils. |
| | | | | 1/13/2021 | 0.6 | $187/hr | $112.20 | Addressed VPN access issues with BSA. |
| | | | | 1/13/2021 | 3 | $187/hr | $561.00 | Analyzed "batch" disbursements report for JP Morgan Chase account from PeopleSoft. |
| | | | | 1/14/2021 | 2.3 | $187/hr | $430.10 | Developed disbursement queries for JP Morgan Chase account for specific 2020 dates between January and February requested by BRG team. |
| | | | | 1/14/2021 | 3 | $187/hr | $561.00 | Developed disbursement queries for JP Morgan Chase account for specific 2020 dates in June 2020 requested by BRG team. |
| | | | | 1/14/2021 | 3 | $187/hr | $561.00 | Developed disbursement queries for JP Morgan Chase account for specific 2020 dates in July 2020 requested by BRG team. |
| | | | | 1/18/2021 | 3 | $187/hr | $561.00 | Developed PeopleSoft query for ACH report at request of BRG team. |
| | | | | 1/19/2021 | 2 | $187/hr | $374.00 | Evaluated balance differenced in BRG disbursement database compared to PeopleSoft data. |

| | | | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|---|
| | | | 1/19/2021 | 2.8 | $187/hr | $523.60 | Evaluated balance differenced in BRG receipts database compared to PeopleSoft data. |
| | | | | | | | Analyzed balance differences in BRG database |
| | | | 1/20/2021 | 2.3 | $187/hr | $430.10 | Evaluated balance differenced in BRG disbursement database compared to PeopleSoft data. |
| | | | 1/21/2021 | 2.7 | $187/hr | $504.90 | Developed queries for general ledger activity for local council business units beginning with J, F, and T. |
| | | | 1/21/2021 | 2.2 | $187/hr | $411.40 | Created queries to identify deposit activity from PeopleSoft banking and general ledger modues. |
| | | | 1/25/2021 | 0.7 | $187/hr | $130.90 | Attended weekly status meeting with BRG team. |
| | | | 1/25/2021 | 2 | $187/hr | $374.00 | Analyzed receipts and deposit transaction activity in treasury module for BSA accounts included in PeopleSoft system. |
| | | | 1/25/2021 | 3 | $187/hr | $561.00 | Analyzed disbursement transaction activity in banking/general ledger for BSA accounts included in PeopleSoft system. |
| | | | 1/25/2021 | 2.8 | $187/hr | $523.60 | Analyzed receipts and deposit transaction activity in general ledger for BSA accounts included in PeopleSoft system. |
| | | Sub-total | | 57.5 | | $10,752.50 | |
| Total | | | | 57.5 | | $10,752.50 | |