## Exhibit B

## March 17 Mediator Communication

TO: ALL BSA MEDIATION PARTIES
FROM: THE BSA MEDIATORS
DATE: MARCH 17, 2021

RE: ALL-HANDS MEDIATION SESSIONS MARCH 30, 31 AND APRIL 1

The Mediators have set aside, and, consistent with Judge Silverstein's comments at the March 17, 2021 hearing, the Mediators expect, all Mediation Parties to hold the dates of March 30, 31 and April 1 for concentrated mediation sessions. Decision makers are required to be available to the Mediators during these days.

Mediation sessions will be held both in-person and by Zoom meeting. In-person sessions will be held at the Miami offices of White & Case (200 S. Biscayne Blvd, Miami, Florida 33131) in accordance with the Firm's social distancing protocols, which will be provided in advance of March 29. Due to social distancing considerations, each mediation party that plans to attend in person should limit the number of representatives to no more than three, unless cleared in advance by the Mediators. The names of representatives should be sent no later than Monday, March 22 to Matt Linder of White & Case (mlinder@whitecase.com), and to the Mediators (PFinn@commonwealthmediation.com, kevin.carey@hoganlovells.com and timg@thegallaghergroup.com).

Understanding that certain individuals are not able or willing to travel in the current environment, mediation parties not attending in person should plan to be available to the Mediators by Zoom during the three days. There is no limit to the number of representatives of a mediation party who may attend by Zoom. Mediation parties planning to attend only (or in part) by Zoom should so indicate to Mr. Linder and the Mediators no later than Monday, March 22, so that the necessary Zoom invitations and instructions can be timely issued.

At the March 17 hearing, the Judge also scheduled a status hearing for April 12 or 13 (definitive timing forthcoming) to allow time for the mediation sessions to take place and for any follow up discussions the parties may

need to finalize consensus on a chapter 11 plan. In addition, to allow more time for the mediation process, the Judge rescheduled the hearing on the debtor's disclosure statement for April 29 and 30; however, it is clear to the Mediators that the Judge expects the Mediation Parties to make substantial progress at the upcoming mediation sessions and before the April 12/13 status hearing.

Notice of more targeted, party-specific session scheduling will follow shortly. The Mediators are available for – and encourage – continued discussions with Mediation Parties prior to March 29.