**Exhibit C**

**March 21 Mediator Communication**

TO: ALL BSA MEDIATION PARTIES
FROM: THE BSA MEDIATORS
DATE: MARCH 21, 2021

RE: FOLLOW UP REGARDING ALL-HANDS MEDIATION SESSIONS MARCH 30, 31 AND APRIL 1

We have heard from several Mediation Parties about next week's mediation and wish to follow-up and clarify our message of March 17. **This will be a virtual mediation and we will have full Zoom capabilities for all Mediation Parties. In-person attendance is not required by any Mediation Party.** Certain parties would like to meet in person and the Mediators intend to accommodate such requests.

Attached is additional information regarding the COVID-19 protocols at the White & Case offices for those of you considering participating in person. We request responses regarding attendance by tomorrow at 3 pm EDT so that the Debtors can make appropriate arrangements.

To be clear, consistent with Judge Silverstein's comments, participation in the mediation is expected from all Mediation Parties. We will provide a more comprehensive schedule in the coming days, but please plan to be available throughout March 30 - April 1.

Please let the mediators know if you have any questions or concerns.

WHITE & CASE

# COVID-19 Protocol and Guidelines

The following provides instructions and protocols regarding the meetings set for March 30 – April 1 for all Boy Scouts of America mediation parties. **Please note that in-person attendance for the mediation is entirely optional.**

**Mediation Structure**

The mediation will be a combination of in-person and virtual meeting spaces. Our main conference room and all other in-person meeting rooms will be socially distanced and set up with video for Zoom attendees. As many as ten separate breakout conference rooms will be available and designated for groups of mediation participants. Each room will have video for Zoom attendees.

**Pre-Office Visit Questionnaire**

To reduce the potential risk of COVID-19 exposure, we are asking all in-person visitors for the BSA mediation to complete a brief questionnaire (attached) prior to coming to the Miami office, which will help protect you and everyone in our office. Please note that we keep a record of attendance for all meetings and events held in this location and will use the data provided on the questionnaire for contact tracing purposes if necessary but for no other purpose. For detail on how we may collect and use information that we obtain about you, and your rights in relation to that information, please see our Privacy Policy at www.whitecase.com.

If you have come into contact with anyone who has COVID-19, or who is suspected of having it, please avoid visiting any White & Case office or holding face-to-face meetings with our people for 14 days after your last contact with the affected person. Please do not attend the meetings in person if you have cold symptoms, such as cough/sneezing/fever, or feel poorly.

**Social Distancing and COVID-19 Hygiene**

All mediation participants should adhere to social distancing guidelines; in particular please keep at least a six-foot distance from others and refrain from shaking hands. Conference room chairs in all rooms will be spaced for social distancing. Note that the office strictly follows guidance from the Centers for Disease Control and Prevention and local regulations regarding social distancing, cleaning and hygiene, including guidance for cleaning common areas and the daily cleaning of all conference rooms. Common areas and restrooms are cleaned continuously throughout the day. In addition, all staff at the Miami office will be wearing masks at all times.

We ask all visitors to wear masks throughout the office and in meetings. Please wash your hands and use hand sanitizer regularly, and please wash your hands before eating and after coughing or sneezing into your hands following a 20-second hand-washing rule. Please cough or sneeze into your sleeve/elbow. If you use a tissue, please discard it properly and clean/sanitize your hands immediately after. Please avoid touching your face, particularly eyes, nose and mouth, with your hands as much as possible.

Disinfecting wipes and hand sanitizer will be readily available on each table in each room.

**Food**

Lunch and snacks will be provided. Available choices will also include a vegetarian, kosher, and gluten-free option. There will be bottled water, soft drinks, and coffee available in the conference rooms. Lunches and snacks will be individually wrapped and separated and available in each conference room.

Thank you for your cooperation.

**WHITE & CASE**

# White & Case COVID-19 Visitor Questionnaire

Updated as of 07/01/2020

We have implemented precautionary measures that govern all visitor access to our premises and meetings with our people globally. These measures apply to clients, vendors and other third parties, and are in line with the expectations currently in place for our own people, which in turn are closely aligned with guidance from the Centers for Disease Control and Prevention (CDC). To reduce the potential risk of COVID-19 exposure, we ask you to complete a simple screening questionnaire. Your cooperation is important to help us take measures to protect you and everyone in this building. Thank you for your cooperation.

**Visitor's Name:** _____    **Phone Number:** _____

**Visitor's Company/Organization:** _____    **Host's Name:** _____

**W&C Office Location:** _____

## Self-Declaration by Visitor

1. Have you, a family member or other contact been diagnosed with COVID-19 in the last 14 days?
   - ☐ Yes
   - ☐ No

2. Have you had close contact with or cared for someone diagnosed with COVID-19 within the last 14 days?
   - ☐ Yes
   - ☐ No

3. Are you unable/unwilling to comply with all social distancing and protective measures while in our office?
   - ☐ Yes
   - ☐ No

4. Have you traveled internationally in the last 14 days and if so, are you subject to any quarantine or self-isolation requirements?
   - ☐ Yes
   - ☐ No

If the answer is "yes" to any of the questions above, we will unfortunately not be able to give you access to our premises. In that case, we will provide you with access to your meeting via Webex or other online meeting tools.

**Signature (visitor):** _____    **Date:** _____

Note: If you plan to be onsite for consecutive days, please immediately advise your White & Case host if any of your responses change. The information collected on this form will be used to determine your ability to access White & Case premises and if necessary, to enable a coronavirus track and trace process which may affect you and will not be shared with any third party.