# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |
| | **RE: D.I. 2327** |

### CERTIFICATE OF NO OBJECTION REGARDING THE EIGHTH MONTHLY APPLICATION OF ALVAREZ & MARSAL NORTH AMERICA, LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM NOVEMBER 1, 2020 TO AND INCLUDING NOVEMBER 30, 2020

The undersigned hereby certifies that, as of the date hereof, Alvarez & Marsal North America, LLC ("A&M") has received no answer, objection or other responsive pleading to the **Eighth Monthly Application of Alvarez & Marsal North America, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2020 to and Including November 30, 2020** (the "Application") (D.I. 2327), filed on March 5, 2021.

The undersigned further certifies that A&M has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice, objections to the Application were to be filed and served no later than March 19, 2021 at 4:00 p.m. (ET).

Accordingly, pursuant to the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense*

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

*Reimbursement for Official Committee Members and (II) Granting Related Relief* (D.I. 341) entered on April 6, 2020, the Debtors are authorized to pay the amount indicated below without any further court order.

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Debtors are Authorized to Pay ( (2) + (3) ) |
|---|---|---|---|
| $746,865.00 | $1,567.87 | $597,492.00 | $599,059.87 |

WHEREFORE, A&M respectfully requests that the Application be approved.

Dated: March 23, 2021  
Chicago, Illinois

ALVAREZ & MARSAL NORTH AMERICA, LLC

*/s/ Brian Whittman*  
Brian Whittman  
Managing Director  
540 W Madison  
18th Floor  
Chicago, Illinois 60661  
Telephone: (312) 601-4227  
Email: bwhittman@alvarezandmarsal.com

FINANCIAL ADVISORS TO THE DEBTORS AND DEBTORS IN POSSESSION