# Exhibit A

## Summary of Time Detail by Task

*Exhibit A*

**Boy Scouts of America and Delaware BSA, LLC**
**Summary of Time Detail by Task**
**November 1, 2020 through January 31, 2021**

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Bankruptcy Support | 150.8 | $94,965.00 |
| Cash | 225.3 | $135,377.50 |
| Claims | 625.6 | $319,387.50 |
| Contracts | 5.2 | $3,127.50 |
| Court | 2.5 | $2,112.50 |
| Employee | 15.9 | $11,607.50 |
| Fee Applications | 10.7 | $4,387.50 |
| Financial Analysis | 2,141.5 | $1,251,985.00 |
| Info Req | 386.1 | $242,752.50 |
| Litigation | 114.1 | $104,680.00 |
| MOR | 21.2 | $12,205.00 |
| Motions/Orders | 13.6 | $8,377.50 |
| Plan DS | 324.1 | $223,322.50 |
| Retention | 1.9 | $1,480.00 |
| Status Meeting | 198.8 | $158,580.00 |
| Travel | 4.0 | $2,900.00 |
| Vendor Management | 15.6 | $11,317.50 |
| **Subtotal** | **4,256.9** | **$2,588,565.00** |
| **Voluntary Reduction - General** | **-18.1** | **-$9,300.00** |
| **Total** | **4,238.8** | **$2,579,265.00** |

*Page 1 of 1*