## Exhibit B

**Summary of Time Detail by Professional**

*Exhibit B*

### Boy Scouts of America and Delaware BSA, LLC
### Summary of Time Detail by Professional
### November 1, 2020 through January 31, 2021

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $1,075.00 | 156.6 | $168,345.00 |
| Brian Whittman | Managing Director | $1,025.00 | 229.3 | $235,032.50 |
| Erin McKeighan | Managing Director | $900.00 | 32.2 | $28,980.00 |
| Erin McKeighan | Managing Director | $850.00 | 25.6 | $21,760.00 |
| Trevor Phillips | Managing Director | $725.00 | 2.7 | $1,957.50 |
| Carl Binggeli | Director | $750.00 | 216.3 | $162,225.00 |
| Carl Binggeli | Director | $725.00 | 438.8 | $318,130.00 |
| Mark Zeiss | Director | $675.00 | 3.4 | $2,295.00 |
| Robert Edgecombe | Director | $525.00 | 209.8 | $110,145.00 |
| Scott Blasingame | Manager | $475.00 | 23.6 | $11,210.00 |
| Ryan Walsh | Senior Associate | $675.00 | 217.6 | $146,880.00 |
| Ryan Walsh | Senior Associate | $650.00 | 457.8 | $297,570.00 |
| Tim Deters | Senior Associate | $650.00 | 388.5 | $252,525.00 |
| Julio Cifuentes | Associate | $600.00 | 5.4 | $3,240.00 |
| Julio Cifuentes | Associate | $575.00 | 15.5 | $8,912.50 |
| Christian Schoerner | Associate | $375.00 | 65.5 | $24,562.50 |
| Trevor DiNatale | Consultant | $575.00 | 71.5 | $41,112.50 |
| Trevor DiNatale | Consultant | $550.00 | 58.5 | $32,175.00 |
| Gerard Gigante | Consultant | $525.00 | 39.0 | $20,475.00 |
| Davis Jochim | Analyst | $475.00 | 176.6 | $83,885.00 |
| Gerard Gigante | Analyst | $475.00 | 154.7 | $73,482.50 |
| Lewis Kordupel | Analyst | $475.00 | 240.7 | $114,332.50 |
| Davis Jochim | Analyst | $425.00 | 291.4 | $123,845.00 |
| Lewis Kordupel | Analyst | $425.00 | 470.6 | $200,005.00 |
| Cally McGee | Analyst | $400.00 | 256.8 | $102,720.00 |
| Nicole Vander Veen | Paraprofessional | $325.00 | 8.5 | $2,762.50 |
| | | *Subtotal* | 4,256.9 | $2,588,565.00 |
| | | *Voluntary Reduction - General* | -18.1 | -$9,300.00 |
| | | *Total* | 4,238.8 | $2,579,265.00 |