## Exhibit C

**Summary of Expense Detail by Category**

*Exhibit C*

### Boy Scouts of America and Delaware BSA, LLC
### Summary of Expense Detail by Category
### November 1, 2020 through January 31, 2021

| Expense Category | Sum of Expenses |
|---|---|
| Airfare | $620.70 |
| Lodging | $377.20 |
| Meals | $202.47 |
| Miscellaneous | $1,287.03 |
| Transportation | $105.12 |
| *Total* | **$2,592.52** |