IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>Debtors | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 2427, 2428** |

**ORDER DENYING:**

I. **MOTION OF THE OFFICIAL TORT CLAIMANTS' COMMITTEE FOR ORDER REQUIRING THAT MEDIATION BE CONDUCTED EXCLUSIVELY BY ZOOM; AND**

II. **MOTION TO SHORTEN NOTICE PERIOD AND SCHEDULE HEARING ON THE MOTION OF THE OFFICIAL TORT CLAIMANTS' COMMITTEE FOR ORDER REQUIRING THAT MEDIATION BE CONDUCTED EXCLUSIVELY BY ZOOM**

Upon consideration of the Motion of the Official Tort Claimants' Committee for Order Requiring that Mediation be Conducted Exclusively by Zoom filed by the Official Committee of Unsecured Creditors of Boy Scouts of America and Delaware BSA, LLC (the "Debtors") and the related motion to shorten (collectively, "Motions") as well as the Debtors' response thereto, and having jurisdiction to consider the Motions and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motions being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that no other or further notice need be provided and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY DETERMINED THAT:**

1. No hearing is needed.

2. The March 30, 2021 – April 1, 2021 Mediation shall be conducted as determined by the Mediators.

3. All Mediation Parties shall participate—meaningfully—in the March 30, 2021 – April 1, 2021 Mediation by Zoom or in person.[1]

4. A status conference will be held on April 12, 2021 at 3:00 p.m.

**THEREFORE, IT IS HEREBY ORDERED THAT the Motions are DENIED.**

Dated: March 24, 2021

*[signature]*
Laurie Selber Silverstein
United States Bankruptcy Judge

---

[1] As the Mediators have clarified: **"This will be a virtual meditation and we will have full Zoom capabilities for all Mediation Parties. In-person attendance is not required by any Mediation Party.** Certain parties would like to meet in person and the Mediators intend to accommodate such requests." D.I. 2427-2 Ex. 8 (emphasis in original).