# EXHIBIT B

UST Form 11-330-B (2013)

**EXHIBIT B**

**SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION**

| | NAME | TITLE OR POSITION | DEPARTMENT, GROUP, OR SECTION | DATE OF FIRST ADMISSION[1] | FEES BILLED IN THIS APPLICATION | HOURS BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN FIRST INTERIM APPLICATION | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|---|
| Delete | James I. Stang | Partner | Bankruptcy | 1980 | $326,593.50 | 273.30 | $1,195.00 | $1,195.00 | 0 |
| Delete | Robert B. Orgel | Partner | Bankruptcy | 1981 | $197,283.50 | 172.30 | $1,145.00 | $1,145.00 | 0 |
| Delete | Richard J. Gruber | Of Counsel | Bankruptcy | 1982 | $50,737.50 | 45.10 | $1,025.00 | $0.00 | 0 |
| Delete | Debra I. Grassgreen | Partner | Bankruptcy | 1992 | $107,419.50 | 98.10 | $1,095.00 | $0.00 | 0 |
| Delete | Henry C. Kevane | Partner | Bankruptcy | 1986 | $22,360.00 | 20.80 | $1,075.00 | $1,075.00 | 0 |
| Delete | John A. Morris | Partner | Bankruptcy | 1991 | $10,535.00 | 9.80 | $1,075.00 | $1,075.00 | 0 |
| Delete | Karen B. Dine | Of Counsel | Bankruptcy | 1994 | $83,097.50 | 77.30 | $1,075.00 | $1,075.00 | 0 |
| Delete | Iain A.W. Nasatir | Partner | Bankruptcy | 1983 | $183,065.00 | 178.60 | $1,025.00 | $1,025.00 | 0 |
| Delete | Kenneth H. Brown | Partner | Bankruptcy | 1981 | $4,577.00 | 4.60 | $995.00 | $995.00 | 0 |
| Delete | Daryl G. Parker | Of Counsel | Bankruptcy | 1970 | $151,638.00 | 152.40 | $995.00 | $0.00 | 0 |
| Delete | Mary F. Caloway | Of Counsel | Bankruptcy | 1992 | $597.00 | 0.60 | $995.00 | $0.00 | 0 |
| Delete | Maxim B. Litvak | Partner | Bankruptcy | 1997 | $9,880.00 | 10.40 | $950.00 | $950.00 | 0 |

Case Name:   Boy Scouts of American and Delaware BSA, LLC
Case Number:   20-10343 (LSS)
Applicant's Name:   Pachulski Stang Ziehl & Jones LLP
Date of Application:   03/24/2021

UST Form 11-330-B (2013)

Interim or Final:        Interim

UST Form 11-330-B (2013)

**EXHIBIT B (Continued)**

**SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION**

| | NAME | TITLE OR POSITION | DEPARTMENT, GROUP, OR SECTION | DATE OF FIRST ADMISSION[1] | FEES BILLED IN THIS APPLICATION | HOURS BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN FIRST INTERIM APPLICATION | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|---|
| Delete | James E. O'Neill | Partner | Bankruptcy | 1985 | $29,415.00 | 31.80 | $925.00 | $925.00 | 0 |
| Delete | Jonathan J. Kim | Of Counsel | Bankruptcy | 1995 | $179,358.00 | 200.40 | $895.00 | $895.00 | 0 |
| Delete | Jason S. Pomerantz | Partner | Bankruptcy | 1991 | $188,445.00 | 221.70 | $850.00 | $0.00 | 0 |
| Delete | John W. Lucas | Partner | Bankruptcy | 2004 | $412,830.00 | 500.40 | $825.00 | $825.00 | 0 |
| Delete | Robert M. Saunders | Of Counsel | Bankruptcy | 1984 | $55,192.50 | 66.90 | $825.00 | $0.00 | 0 |
| Delete | Beth E. Levine | Of Counsel | Bankruptcy | 1992 | $16,087.50 | 19.50 | $825.00 | $0.00 | 0 |
| Delete | Ilan D. Scharf | Partner | Bankruptcy | 2002 | $2,146.50 | 2.70 | $795.00 | $795.00 | 0 |
| Delete | Miriam P. Manning | Of Counsel | Bankruptcy | 1995 | $82,521.00 | 103.80 | $795.00 | $0.00 | 0 |
| Delete | William L. Ramseyer | Of Counsel | Bankruptcy | 1980 | $10,152.50 | 13.10 | $775.00 | $0.00 | 0 |
| Delete | Brittany M. Michael | Of Counsel | Bankruptcy | 2015 | $33,345.00 | 51.30 | $650.00 | $0.00 | 0 |
| Delete | Steven W. Golden | Associate | Bankruptcy | 2015 | $44,875.00 | 71.80 | $625.00 | $0.00 | 0 |

Case Name: Boy Scouts of American and Delaware BSA, LLC
Case Number: 20-10343 (LSS)
Applicant's Name: Pachulski Stang Ziehl & Jones LLP
Date of Application: 03/24/2021
Interim or Final: Interim

UST Form 11-330-B (2013)

**EXHIBIT B (Continued)**

**SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION**

| | NAME | TITLE OR POSITION | DEPARTMENT, GROUP, OR SECTION | DATE OF FIRST ADMISSION[1] | FEES BILLED IN THIS APPLICATION | HOURS BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN FIRST INTERIM APPLICATION | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|---|
| Delete | Leslie A. Forrester | Law Library Director | Bankruptcy | | $3,915.00 | 8.70 | $450.00 | $450.00 | 0 |
| Delete | Patricia J. Jeffries | Paralegal | Bankruptcy | | $2,762.50 | 6.50 | $425.00 | $425.00 | 0 |
| Delete | Karina K. Yee | Paralegal | Bankruptcy | | $18,657.50 | 43.90 | $425.00 | $425.00 | 0 |
| Delete | Beth D. Dassa | Paralegal | Bankruptcy | | $42.50 | 0.10 | $425.00 | $425.00 | 0 |
| Delete | Elizabeth C. Thomas | Paralegal | Bankruptcy | | $297.50 | 0.70 | $425.00 | $425.00 | 0 |
| Delete | Cheryl A. Knotts | Paralegal | Bankruptcy | | $4,937.50 | 12.50 | $395.00 | $0.00 | 0 |
| Delete | Melisa DesJardien | Legal Assistant | Bankruptcy | | $2,212.00 | 5.60 | $395.00 | $0.00 | 0 |
| Delete | Diane H. Hinojosa | Legal Assistant | Bankruptcy | | $316.00 | 0.80 | $395.00 | $0.00 | 0 |
| Delete | Charles J. Bouzoukis | Case Management Assistant | Bankruptcy | | $1,785.00 | 5.10 | $350.00 | $0.00 | 0 |
| Delete | Karen S. Neil | Case Management Assistant | Bankruptcy | | $6,475.00 | 18.50 | $350.00 | $350.00 | 0 |

Case Name:         Boy Scouts of American and Delaware BSA, LLC
Case Number:       20-10343 (LSS)
Applicant's Name:  Pachulski Stang Ziehl & Jones LLP
Date of Application: 03/24/2021
Interim or Final:  Interim

UST Form 11-330-B (2013)