# "
# GZJ KDKV'F "

# EXHIBIT D -1
## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

**Privacy Act Statement.** 28 U.S.C. § 586(a)(3)(A) authorizes the collection of this information. The United States Trustee will use the information contained in this form to evaluate whether compensation and reimbursement of expenses filed by attorneys in larger chapter 11 cases  - those cases with $50 million or more in assets and $50 million or more in liabilities  - are appropriate and reasonable pursuant to 11 U.S.C. § 330.  Disclosure of this information may be to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes.  For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  See 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: **https://www.gpo.gov/fdsys/pkg/FR-2006-10-11/pdf/E6-16814.pdf**.

Failure to provide this information could result in an objection to your fee application, or other action by the United States Trustee. 11 U.S.C. § 330.

(*See* Guidelines ¶ C.8. for project category information.)

| | PROJECT CATEGORY | HOURS BUDGETED[1] | FEES BUDGETED[1] | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|---|
| | Asset Analysis and Recovery | 900.00 | $832,500.00 | 876.30 | $810,368.50 |
| | Asset Disposition | | | | |
| | Assumption and Rejection of Leases and Contracts | | | | |
| | Avoidance Action Analysis | | | | |
| | Budgeting (Case) | | | | |
| | Business Operations | | | | |
| | Case Administration | 50.00 | $20,000.00 | 43.40 | $18,287.00 |
| | Claims Administration and Objections | 250.00 | $231,250.00 | 244.00 | $202,855.00 |
| | Corporate Governance and Board Matters | | | | |
| | Employee Benefits and Pensions | | | | |
| | Employment and Fee Applications | 150.00 | $120,000.00 | 148.50 | $111,744.00 |
| | Employment and Fee Application Objections | | | | |
| | Financing and Cash Collateral | 40.00 | $37,000.00 | 34.20 | $34,660.00 |
| | Litigation: Contested Matters and Adversary Proceedings (not otherwise within a specific project category) - identify each separately by caption and adversary number, or title of motion or application and docket number | | | | |
| Delete | Bankruptcy Litigation | 150.00 | $138,750.00 | 151.50 | $125,114.50 |
| Delete | General Creditors Committee | 400.00 | $400,000.00 | 405.70 | $403,882.50 |
| Delete | Hearings | | | 4.20 | $3,665.00 |
| Delete | Insurance Coverage | 175.00 | $161,875.00 | 154.90 | $157,721.50 |

Case Name:         Boy Scouts of American and Delaware BSA, LLC
Case Number:       20-10343 (LSS)
Applicant's Name:  Pachulski Stang Ziehl & Jones LLP
Date of Application: 03/24/2021
Interim or Final:  Interim

UST Form 11-330-D (2013)

## EXHIBIT D -1 (Continued)
## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

(*See* Guidelines ¶ C.8. for project category information.)

| | PROJECT CATEGORY | HOURS BUDGETED[1] | FEES BUDGETED[1] | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|---|
| Delete | Mediation | 200.00 | $185,000.00 | 158.00 | $166,562.50 |
| Add | *Click Add button to add a litigation entry* | | | | |
| | Meetings and Communications with Creditors | | | | |
| | Non-Working Travel | | | | |
| | Plan and Disclosure Statement | 200.00 | $200,000.00 | 202.40 | $204,710.50 |
| | Real Estate | | | | |
| | Relief from Stay and Adequate Protection | 10.00 | $9,250.00 | 6.00 | $3,981.00 |
| | Reporting | | | | |
| | Tax | | | | |
| | Valuation | | | | |
| | **TOTAL** | 2,525.00 | $2,335,625.00 | 2,429.10 | $2,243,552.00 |

[1] If applicable

Case Name:         Boy Scouts of American and Delaware BSA, LLC
Case Number:       20-10343 (LSS)
Applicant's Name:  Pachulski Stang Ziehl & Jones LLP
Date of Application: 03/24/2021
Interim or Final:  Interim

UST Form 11-330-D (2013)

**EXHIBIT D -2**
**SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY**
(*See* Guidelines ¶ C.8. for project category information.)

| | CATEGORY | AMOUNT |
|---|---|---|
| | Copies | $1,853.20 |
| | Outside Printing | |
| | Telephone | $584.36 |
| | Facsimile | |
| | Online Research | $444.90 |
| | Delivery Services/Couriers | $7.50 |
| | Postage | $3,278.53 |
| | Local Travel | |
| | Out-of-Town Travel: | |
| | (a) Transportation | $147.93 |
| | (b) Hotel | |
| | (c) Meals | $74.29 |
| | (d) Ground Transportation | |
| Delete | Attorney Service | $2,250.00 |
| Delete | Federal Express | $1,074.83 |
| Delete | Lexis/Nexis | $290.44 |
| Delete | Outside Services | $32,001.60 |
| Delete | Research | $665.69 |
| Add | *Click Add button to add an out of town travel category* | |
| | Meals (local) | |
| | Court Fees | $350.00 |
| | Subpoena Fees | |
| | Witness Fees | |
| | Deposition Transcripts | $439.00 |
| | Trial Transcripts | |
| | Trial Exhibits | |
| | Litigation Support Vendors | |
| | Experts | |
| | Investigators | |

Case Name: Boy Scouts of American and Delaware BSA, LLC
Case Number: 20-10343 (LSS)
Applicant's Name: Pachulski Stang Ziehl & Jones LLP
Date of Application: 03/24/2021
Interim or Final: Interim

UST Form 11-330-D (2013)

**EXHIBIT D -2 (Continued)**
**SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY**

(*See* Guidelines ¶ C.8. for project category information.)

|  | CATEGORY | AMOUNT |
|---|---|---|
|  | Arbitrators/Mediators |  |
| Delete | Other (please specify) |  |
| Add | *Click Add button to add another category* |

Case Name:        Boy Scouts of American and Delaware BSA, LLC
Case Number:      20-10343 (LSS)
Applicant's Name: Pachulski Stang Ziehl & Jones LLP
Date of Application: 03/24/2021
Interim or Final: Interim

UST Form 11-330-D (2013)