
# EXHIBIT E

**EXHIBIT E**
**SUMMARY COVER SHEET OF FEE APPLICATION**

**Privacy Act Statement.** 28 U.S.C. § 586(a)(3)(A) authorizes the collection of this information. The United States Trustee will use the information contained in this form to evaluate whether compensation and reimbursement of expenses filed by attorneys in larger chapter 11 cases - those cases with $50 million or more in assets and $50 million or more in liabilities - are appropriate and reasonable pursuant to 11 U.S.C. § 330. Disclosure of this information may be to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." See 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: https://www.gpo.gov/fdsys/pkg/FR-2006-10-11/pdf/E6-16814.pdf.

Failure to provide this information could result in an objection to your fee application, or other action by the United States Trustee. 11 U.S.C. § 330.

| | |
|---|---|
| Name of applicant | Pachulski Stang Ziehl & Jones LLP |
| Name of client | Boy Scouts of American and Delaware BSA, LLC |
| Time period covered by this application | Start    11/01/2020  End    01/31/2021 |
| Total compensation sought this period | $2,243,552.00 |
| Total expenses sought this period | $43,462.27 |
| Petition date | 02/18/2020 |
| Retention date | 03/04/2020 |
| Date of order approving employment | 04/11/2020 |
| Total compensation approved by interim order to date | $2,062,558.30 |
| Total expenses approved by interim order to date | $24,557.26 |
| Total allowed compensation paid to date | $1,279,235.20 |
| Total allowed expenses paid to date | $9,110.82 |
| Blended rate in this application for all attorneys | $962.30 |
| Blended rate in this application for all timekeepers | $923.62 |
| Compensation sought in this application already paid pursuant to a monthly compensation order but not yet allowed | $403,583.20 |
| Expenses sought in this application already paid pursuant to a monthly compensation order but not yet allowed | $11,755.14 |
| Number of professionals included in this application | 33 |
| If applicable, number of professionals in this application not included in staffing plan approved by client | 0 |
| If applicable, difference between fees budgeted and compensation sought for this period | ($92,073.00) |
| Number of professionals billing fewer than 15 hours to the case during this period | 14 |
| Are any rates higher than those approved or disclosed at retention? If yes, calculate and disclose the total compensation sought in this application using the rates originally disclosed in the retention application | ○ yes        ● no |

Case Name:        Boy Scouts of American and Delaware BSA, LLC
Case Number:     20-10343 (LSS)
Applicant's Name: Pachulski Stang Ziehl & Jones LLP
Date of Application: 03/24/2021
Interim or Final:    Interim

UST Form 11-330-E (2013)