# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**RE: ECF No. 2345** |

### CERTIFICATE OF NO OBJECTION REGARDING THE SIXTH MONTHLY FEE APPLICATION OF QUINN EMANUEL URQUHART & SULLIVAN, LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JANUARY 1, 2021, TO AND INCLUDING JANUARY 31, 2021

The undersigned hereby certifies that, as of the date herein, Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel") has received no answer, objection, or other responsive pleading to the Sixth Monthly Fee Application of Quinn Emanuel Urquhart & Sullivan, LLP for Allowance of Compensation and Reimbursement of Expenses for the Period from January 1, 2021, to and including January 31, 2021 (the "Application") (ECF No. 2345), filed on March 9, 2021.

The undersigned further certifies that Quinn Emanuel has caused the review of the Court's docket in these cases and that no answer, objection, or other responsive pleading to the Application appears thereon. Pursuant to the Notice, objections to the Application were to be filed and served no later than 4:00 p.m. (prevailing Eastern Time) on March 23, 2021.

Accordingly, pursuant to the Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

05621-00003/12614797.1

Reimbursement for Official Committee Members and (II) Granting Related Relief (ECF No. 341) entered on April 6, 2020, the Debtors are authorized to pay the amount indicated below.

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of the Requested Fees | Total Debtors are Authorized to Pay ((2) + (3)) |
|---|---|---|---|
| $1,043,735.87 | $6,799.81 | $834,988.70 | $841,788.51 |

WHEREFORE, Quinn Emanuel respectfully requests that the Application be approved.

Respectfully submitted this 24th day of March, 2021.

        QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/  Patricia B. Tomasco*
        Patricia B. Tomasco
        711 Louisiana, Suite 500
        Houston, Texas 77002
        Telephone: 713-221-7000
        Facsimile:  713-221-7100
        Email: pattytomasco@quinnemanuel.com

-and-

        Rachel Herrick Kassabian
        555 Twin Dolphin Drive, 5th Floor
        Redwood Shores, California 94065
        Telephone: 650-801-5005
        Email: rachelkassabian@quinnemanuel.com

-and-

        Todd Anten
        51 Madison Avenue, 22nd Floor
        New York, New York 10010
        Telephone: 212-849-7192
        Email: toddanten@quinnemanuel.com

SPECIAL LITIGATION COUNSEL FOR THE BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC