# **<u>EXHIBIT A</u>**

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)

TAX I.D. NO. 51-0082644

(302) 571-1253 FAX
www.ycst.com

Writer's Direct Dial
(302) 571-6703

Writer's E-Mail
eharron@ycst.com

| | |
|---|---|
| Young Conaway | Invoice Date: March 23, 2021 |
| Rodney Square | Invoice Number: 50022424 |
| 1000 North King Street | Matter Number: 077494.1001 |
| Wilmington, DE 19801 | |

Re:  Boy Scouts of America and Delaware BSA
For the period ending February 28, 2021

**CURRENT INVOICE**

| | | |
|---|---|---|
| Professional Services | $ | 264,355.00 |
| Disbursements | $ | 675.70 |
| Total Due This Invoice | $ | 265,030.70 |

Patton, James L., Jr., Future Claimants' Representative

| | |
|---|---|
| Invoice Date: | March 23, 2021 |
| Invoice Number: | 50022424 |
| Matter Number: | 077494.1001 |

**Time Detail**

**Task Code:**  B001  Case Administration

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/01/21 | CCATH | Prepare and circulate critical dates calendar | 0.10 | 310.00 | 31.00 |
| 02/01/21 | RBRAD | Review updated critical dates calendar | 0.10 | 1,075.00 | 107.50 |
| 02/02/21 | LEDEN | Review critical dates memo re: upcoming deadlines and hearing dates | 0.10 | 310.00 | 31.00 |
| 02/02/21 | LEDEN | Review 2/2/21 docket report re: recently filed pleadings | 0.10 | 310.00 | 31.00 |
| 02/02/21 | CCATH | Update critical dates calendar | 0.10 | 310.00 | 31.00 |
| 02/04/21 | LEDEN | Review 2/4/21 docket report re: recently filed pleadings | 0.10 | 310.00 | 31.00 |
| 02/04/21 | CCATH | Update critical dates calendar | 0.10 | 310.00 | 31.00 |
| 02/05/21 | CCATH | Update critical dates calendar | 0.20 | 310.00 | 62.00 |
| 02/09/21 | CCATH | Prepare and circulate critical dates calendar | 0.20 | 310.00 | 62.00 |
| 02/09/21 | LEDEN | Review 2/5/21 docket report re: recently filed pleadings | 0.10 | 310.00 | 31.00 |
| 02/09/21 | LEDEN | Review critical dates memo re: upcoming deadlines and hearing dates | 0.10 | 310.00 | 31.00 |
| 02/09/21 | LEDEN | Review 2/9/21 docket report re: recently filed pleadings | 0.10 | 310.00 | 31.00 |
| 02/10/21 | CCATH | Update critical dates calendar | 0.10 | 310.00 | 31.00 |
| 02/10/21 | APAPA | Emails with C. Cathcart, K. Dorvilier, and A. Jacobs re: critical dates and case time line | 0.30 | 425.00 | 127.50 |
| 02/11/21 | CCATH | Update critical dates calendar | 0.10 | 310.00 | 31.00 |
| 02/11/21 | LEDEN | Review 2/10/21 docket report re: recently filed pleadings | 0.10 | 310.00 | 31.00 |
| 02/15/21 | SZIEG | Review memo re: recently filed pleadings and upcoming deadlines | 0.10 | 885.00 | 88.50 |
| 02/15/21 | RBRAD | Review updated critical dates calendar | 0.10 | 1,075.00 | 107.50 |
| 02/15/21 | CCATH | Prepare and circulate critical dates calendar | 0.10 | 310.00 | 31.00 |
| 02/16/21 | LEDEN | Review 2/15/21 critical dates re: upcoming deadlines | 0.10 | 310.00 | 31.00 |
| 02/16/21 | LEDEN | Review 2/11/21 docket report re: recently filed pleadings | 0.10 | 310.00 | 31.00 |
| 02/16/21 | LEDEN | Update critical dates | 0.10 | 310.00 | 31.00 |
| 02/16/21 | LEDEN | Review 2/15/21 docket report re: recently filed pleadings | 0.10 | 310.00 | 31.00 |

Patton, James L., Jr., Future Claimants' Representative

| | | Invoice Date: | March 23, 2021 |
| | | Invoice Number: | 50022424 |
| | | Matter Number: | 077494.1001 |

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 02/17/21 | AJACO | Review/revise estimation motion (.9); multiple emails with E. Harron, TCC, and Coalition re: estimation motion (.2); review precedent re: estimation procedures (3.1); review/revise estimation procedures order (.9) | 5.10 | 645.00 | 3,289.50 |
| 02/17/21 | LEDEN | Review incoming pleadings and correspondence; update electronic files re: same | 0.10 | 310.00 | 31.00 |
| 02/22/21 | CCATH | Prepare and circulate critical dates calendar | 0.10 | 310.00 | 31.00 |
| 02/23/21 | LEDEN | Review 2/22/21 docket report re: recently filed pleadings | 0.10 | 310.00 | 31.00 |
| 02/24/21 | CCATH | Update critical dates calendar | 0.10 | 310.00 | 31.00 |
| 02/24/21 | LEDEN | Review 2/24/21 docket report re: recently filed pleadings | 0.10 | 310.00 | 31.00 |
| 02/24/21 | LEDEN | Update critical dates | 0.10 | 310.00 | 31.00 |
| 02/25/21 | LEDEN | Review incoming correspondence; update electronic files re: same | 0.10 | 310.00 | 31.00 |
| | | **Total** | **8.50** | | **4,588.50** |

**Task Code:**    B002    Court Hearings

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 02/13/21 | RBRAD | Review agenda for 2/17/21 hearing | 0.20 | 1,075.00 | 215.00 |
| 02/15/21 | CCATH | Preparations for 2/17/21 hearing | 0.50 | 310.00 | 155.00 |
| 02/16/21 | CCATH | Preparations for 2/17/21 hearing | 2.30 | 310.00 | 713.00 |
| 02/17/21 | RBRAD | Prepare for (.3) and attend portion of omnibus hearing (2.9) | 3.20 | 1,075.00 | 3,440.00 |
| 02/17/21 | CCATH | Preparations for 2/17/21 hearing | 0.10 | 310.00 | 31.00 |
| 02/17/21 | EHARR | Attend hearing re: insurer discovery | 4.80 | 1,025.00 | 4,920.00 |
| | | **Total** | **11.10** | | **9,474.00** |

Patton, James L., Jr., Future Claimants' Representative

| | |
|---|---|
| Invoice Date: | March 23, 2021 |
| Invoice Number: | 50022424 |
| Matter Number: | 077494.1001 |

**Task Code:**   B003   Cash Collateral/DIP Financing

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 02/11/21 | RBRAD | Correspondence with counsel to TCC and UCC re: JPM agreement to further extend the challenge period under DIP financing order (.2); review revised stipulation and TCC comments (.2); confirm authority to sign for FCR (.1) | 0.50 | 1,075.00 | 537.50 |
| 02/24/21 | RBRAD | Review correspondence from TCC and UCC re: JPM agreement to extend challenge period under final DIP order | 0.20 | 1,075.00 | 215.00 |
| | | **Total** | **0.70** | | **752.50** |

**Task Code:**   B009   Stay Relief Matters

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 02/23/21 | RBRAD | Review Debtors' motion to extend stay to Local Councils | 0.30 | 1,075.00 | 322.50 |
| | | **Total** | **0.30** | | **322.50** |

**Task Code:**   B012   Plan and Disclosure Statement

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 01/11/21 | JKOCH | Research re: claims estimation statute of limitations | 0.40 | 450.00 | 180.00 |
| 02/01/21 | JPATT | Plan strategy meeting with Coalition | 0.50 | 1,475.00 | 737.50 |
| 02/01/21 | JPATT | Work on plan mediation strategy | 2.80 | 1,475.00 | 4,130.00 |
| 02/01/21 | JPATT | Draft Coalition plan term sheet call with legal team and follow-up | 0.90 | 1,475.00 | 1,327.50 |
| 02/01/21 | JPATT | Touch base with YCST team on plan term sheet and official committee | 0.50 | 1,475.00 | 737.50 |
| 02/01/21 | RBRAD | Conference call with Coalition and FCR advisors re: plan strategies | 1.30 | 1,075.00 | 1,397.50 |
| 02/01/21 | RBRAD | Conference call with J. Patton, E. Harron, K. Quinn, and M. Neely re: plan negotiations and strategy | 0.60 | 1,075.00 | 645.00 |
| 02/01/21 | RBRAD | Review potential strategies in connection with insurance coverage and chapter 11 plan | 0.40 | 1,075.00 | 430.00 |
| 02/01/21 | RBRAD | Conference call with J. Patton and E. Harron re: strategy in connection with plan negotiations (.6) and follow-up correspondence with E. Harron re: same (.2) | 0.80 | 1,075.00 | 860.00 |

Patton, James L., Jr., Future Claimants' Representative

| | Invoice Date: | March 23, 2021 |
|---|---|---|
| | Invoice Number: | 50022424 |
| | Matter Number: | 077494.1001 |

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 02/01/21 | EHARR | Call with J. Patton and R. Brady (.5), call with Coalition (1.0); review edits to term sheet re: plan term sheet (.6); call with J. Patton, R. Brady, K. Quinn, and E. Grimm re: same (.5) | 2.60 | 1,025.00 | 2,665.00 |
| 02/02/21 | RBRAD | Review finalized Coalition plan term sheet and correspondence to the Debtors re: same (.3); correspondence with E. Harron re: response to Debtors' inquiry on comments to draft plan (.1) | 0.40 | 1,075.00 | 430.00 |
| 02/02/21 | RBRAD | Review and consider issues and strategy re: potential estimation motion (.5) and conference with E. Harron re: same (.3) | 0.80 | 1,075.00 | 860.00 |
| 02/02/21 | EHARR | Review edits to Coalition plan term sheet | 1.00 | 1,025.00 | 1,025.00 |
| 02/03/21 | JPATT | Attend Coalition call re: plan term sheet | 1.00 | 1,475.00 | 1,475.00 |
| 02/03/21 | JPATT | Work on negotiating strategy and litigation strategy re: plan mediation | 2.80 | 1,475.00 | 4,130.00 |
| 02/03/21 | RBRAD | Review Coalition counsel correspondence re: plan term sheet (.2) and conference call with Debtors, Coalition and FCR re: same (.7); follow-up call with J. Patton and E. Harron re: same (.2) | 1.10 | 1,075.00 | 1,182.50 |
| 02/03/21 | EHARR | Emails with J. Patton, R. Brady and K. Quinn re: plan term sheet (.4); call with Debtor and Coalition representatives re: same (.6) | 1.00 | 1,025.00 | 1,025.00 |
| 02/04/21 | RBRAD | Prepare for (.2) and attend conference call with Debtors, Coalition and FCR re: plan term sheet (1.3) | 1.50 | 1,075.00 | 1,612.50 |
| 02/04/21 | EHARR | Call with Coalition and Debtors re: plan term sheet (.7); emails re: same (.3) | 1.00 | 1,025.00 | 1,025.00 |
| 02/05/21 | JPATT | Call with D. Golden and L. Robbins re: plan strategy | 0.90 | 1,475.00 | 1,327.50 |
| 02/05/21 | EHARR | Review objections to Hartford's 2004 discovery motions | 0.50 | 1,025.00 | 512.50 |
| 02/05/21 | EHARR | Call with J. Patton re: 502(c) estimation | 0.30 | 1,025.00 | 307.50 |
| 02/05/21 | JBROO | Research re: insurance carrier arguments re: plan and discovery | 0.50 | 400.00 | 200.00 |
| 02/05/21 | RBRAD | Review Coalition objection to Insurers' motion for Rule 2004 examination and review exhibits to Insurers' Rule 2004 motion | 0.80 | 1,075.00 | 860.00 |
| 02/05/21 | RBRAD | Review Hartford response to settlement offer and correspondence with E. Harron and K. Quinn re: same | 0.30 | 1,075.00 | 322.50 |

Patton, James L., Jr., Future Claimants' Representative

| | | | Invoice Date: | March 23, 2021 |
| | | | Invoice Number: | 50022424 |
| | | | Matter Number: | 077494.1001 |

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/05/21 | RBRAD | Review Insurers motions to compel certain law firms to submit Rule 2019 disclosures (.6) and correspondence with Jim Patton and Ed Harron re: same (.3) | 0.90 | 1,075.00 | 967.50 |
| 02/05/21 | TBUCH | Teleconference with J. Brooks re: research related to insurance issues re: plan and discovery | 0.40 | 645.00 | 258.00 |
| 02/06/21 | RBRAD | Conference call with J. Patton, K. Quinn and E. Harron re: plan strategy (.9) and review correspondence to Coalition counsel re: same (.1) | 1.00 | 1,075.00 | 1,075.00 |
| 02/06/21 | RBRAD | Conference with E. Harron re: plan strategy | 0.20 | 1,075.00 | 215.00 |
| 02/06/21 | EHARR | Call with J. Patton, R. Brady, and K. Quinn re: plan strategy | 0.90 | 1,025.00 | 922.50 |
| 02/06/21 | JBROO | Research re: insurance carrier arguments re: plan and discovery | 4.60 | 400.00 | 1,840.00 |
| 02/06/21 | JPATT | Call with K. Quinn and R. Brady re: plan strategy | 0.90 | 1,475.00 | 1,327.50 |
| 02/06/21 | TBUCH | Research and analysis related to insurance issues | 0.60 | 645.00 | 387.00 |
| 02/07/21 | KDORV | Email E. Harron, R. Brady, and A. Papa re: claims estimation for plan confirmation | 0.10 | 400.00 | 40.00 |
| 02/07/21 | RBRAD | Review correspondence from K. Quinn, E. Harron, and J. Patton re: plan strategy (.3) and conference call with Coalition advisors, E. Harron, and K. Quinn re: same (1.4); follow-up call with E. Harron re: same (.2); review research results re: same (.2) | 2.10 | 1,075.00 | 2,257.50 |
| 02/07/21 | APAPA | Emails with E. Harron and K. Dorvilier re: claims estimation for plan confirmation | 0.10 | 425.00 | 42.50 |
| 02/07/21 | JBROO | Research re: insurance carrier plan and discovery arguments | 2.00 | 400.00 | 800.00 |
| 02/07/21 | EHARR | Call with R. Brady, K. Quinn, E. Grim, D. Molton, E. Goodman, and other Coalition representatives re: plan strategy (1.4); call with K. Quinn and E. Goodman re: same (.2); call with K. Quinn and D. Golden re: same (.3); review research results re: same (.6); call with R. Brady re: same (.2) | 2.70 | 1,025.00 | 2,767.50 |
| 02/07/21 | TBUCH | Research and analysis related to plan and discovery insurance issues | 2.30 | 645.00 | 1,483.50 |

| Patton, James L., Jr., Future Claimants' Representative | | | Invoice Date: | | March 23, 2021 |
| | | | Invoice Number: | | 50022424 |
| | | | Matter Number: | | 077494.1001 |

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 02/08/21 | EHARR | Emails from M. Linder re: claims diligence and insurance update | 0.20 | 1,025.00 | 205.00 |
| 02/08/21 | RBRAD | Review correspondence with Coalition re: meeting with TCC re: plan strategy | 0.20 | 1,075.00 | 215.00 |
| 02/08/21 | RBRAD | Review and comment on draft procedures order re: estimation of abuse claims | 0.20 | 1,075.00 | 215.00 |
| 02/08/21 | RBRAD | Conference call with E. Harron, A. Jacobs, K. Dorvilier and A. Papa re: plan and estimation motion strategy (.7) and follow-up correspondence to team (.2) | 0.90 | 1,075.00 | 967.50 |
| 02/08/21 | RBRAD | Research case law re: plan and estimation motion strategy (2.3) and conference with E. Harron re: same (.3) | 2.60 | 1,075.00 | 2,795.00 |
| 02/08/21 | RBRAD | Conference call with M. Andolina, J. Lauria and E. Harron re: plan negotiations and strategy (1.0) and follow-up correspondence with J. Patton, K. Quinn and E. Harron re: same (.2) | 1.20 | 1,075.00 | 1,290.00 |
| 02/08/21 | AJACO | Call with E. Harron, R. Brady, K. Dorvilier, A. Papa re: estimation motion (.7); discuss estimation motion with A. Papa (.1); review background re: estimation motion (.3) | 1.10 | 645.00 | 709.50 |
| 02/08/21 | EHARR | Call with R. Brady, A. Jacobs, K. Dorvilier, and A. Papa re: plan and estimation strategy | 0.70 | 1,025.00 | 717.50 |
| 02/08/21 | EHARR | Call with R. Brady, J. Lauria, and M. Andolina re: plan strategy | 0.90 | 1,025.00 | 922.50 |
| 02/08/21 | APAPA | Meet with YCST team re: estimation trial (.7); meet with A. Jacobs re: estimation case research (.2); emails with C. Cathcart (.2) | 1.10 | 425.00 | 467.50 |
| 02/08/21 | CCATH | Plan and estimation research per request of K. Dorvilier | 0.10 | 310.00 | 31.00 |
| 02/08/21 | KDORV | Call with R. Brady, E. Harron, A. Jacobs, and A. Papa re: plan and estimation strategy | 0.70 | 400.00 | 280.00 |
| 02/08/21 | KDORV | Review and revise memo re: non consensual third-party releases re: plan strategy | 0.40 | 400.00 | 160.00 |
| 02/09/21 | JPATT | Call with Ad Hoc Committee re: estimation and plan strategy, and follow up | 1.40 | 1,475.00 | 2,065.00 |

Patton, James L., Jr., Future Claimants' Representative

| | | | | | |
|---|---|---|---|---|---|
| | | | Invoice Date: | | March 23, 2021 |
| | | | Invoice Number: | | 50022424 |
| | | | Matter Number: | | 077494.1001 |

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 02/09/21 | JPATT | Call with YCST team and Gilbert teams re: estimation timing and strategy, and follow-up | 0.80 | 1,475.00 | 1,180.00 |
| 02/09/21 | CCATH | Plan/estimation-related research per request of A. Papa | 0.20 | 310.00 | 62.00 |
| 02/09/21 | AJACO | Review background re: estimation | 0.10 | 645.00 | 64.50 |
| 02/09/21 | RBRAD | Conference call with mediators and E. Harron and Gilbert team re: plan issues and negotiations | 1.00 | 1,075.00 | 1,075.00 |
| 02/09/21 | RBRAD | Conference call with J. Patton, E. Harron, K. Quinn, and M. Neely re: plan and estimation strategy | 0.70 | 1,075.00 | 752.50 |
| 02/09/21 | RBRAD | Review research memo on issues for plan negotiations | 0.60 | 1,075.00 | 645.00 |
| 02/09/21 | RBRAD | Conference call with J. Patton, E. Harron, K. Quinn and Coalition advisors re: plan and estimation strategy | 1.20 | 1,075.00 | 1,290.00 |
| 02/09/21 | APAPA | Research re: claims estimation for plan confirmation | 1.70 | 425.00 | 722.50 |
| 02/09/21 | JPATT | Work on plan and estimation strategy | 2.90 | 1,475.00 | 4,277.50 |
| 02/09/21 | KDORV | Research re: claims estimation for plan confirmation | 4.20 | 400.00 | 1,680.00 |
| 02/09/21 | KDORV | Draft motion re: abuse claims estimation for plan confirmation | 3.10 | 400.00 | 1,240.00 |
| 02/09/21 | EHARR | Call with K. Quinn, J. Patton, R. Brady, and E. Grim (.7), call with K. Quinn, R. Brady, E. Grim, and mediators (1.0), and call with K. Quinn, J. Patton, R. Brady, E. Grim, and Coalition representatives (1.0) re: plan and estimation litigation strategy | 2.70 | 1,025.00 | 2,767.50 |
| 02/10/21 | KENOS | Confer with J. Brooks re: reference withdrawal and estimation research issues for plan confirmation | 0.20 | 750.00 | 150.00 |
| 02/10/21 | AJACO | Brief review of recently filed pleadings re: estimation | 0.10 | 645.00 | 64.50 |
| 02/10/21 | KENOS | Call with E. Harron, R. Brady and J. Brooks re: plan and estimation litigation strategy (.3) and follow up re: same (.2) | 0.50 | 750.00 | 375.00 |
| 02/10/21 | RBRAD | Conference call with TCC, Coalition, and FCR advisors re: plan negotiations and strategies | 2.10 | 1,075.00 | 2,257.50 |
| 02/10/21 | EHARR | Call with R. Brady, K. Enos, and J. Brooks re: plan and estimation litigation strategy | 0.30 | 1,025.00 | 307.50 |

Patton, James L., Jr., Future Claimants' Representative

| | | | Invoice Date: | March 23, 2021 |
| | | | Invoice Number: | 50022424 |
| | | | Matter Number: | 077494.1001 |

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/10/21 | EHARR | Call with Coalition, TCC, K. Quinn, J. Patton, and R. Brady re: plan and estimation strategy | 2.00 | 1,025.00 | 2,050.00 |
| 02/10/21 | JBROO | Research re: estimation of claims for plan confirmation | 2.60 | 400.00 | 1,040.00 |
| 02/10/21 | JBROO | Call with K. Enos re: estimation memo and plan strategy | 0.10 | 400.00 | 40.00 |
| 02/10/21 | JBROO | Conference call with R. Brady, E. Harron and K. Enos re: plan and estimation of claims | 0.30 | 400.00 | 120.00 |
| 02/10/21 | CCATH | Plan and estimation research per request of A. Jacobs | 0.10 | 310.00 | 31.00 |
| 02/10/21 | RBRAD | Teleconference with E. Harron, K. Enos and J. Brooks re: plan and estimation litigation strategy (.3) and follow-up discussion with K. Enos re: same (.3) | 0.60 | 1,075.00 | 645.00 |
| 02/10/21 | KDORV | Review and revise motion re: claims estimation for plan confirmation | 5.20 | 400.00 | 2,080.00 |
| 02/10/21 | KDORV | Research re: claims estimation pursuant to 11 U.S.C. § 502(c) for plan confirmation | 1.30 | 400.00 | 520.00 |
| 02/10/21 | JPATT | Work on strategy re: mediation and plan process | 3.30 | 1,475.00 | 4,867.50 |
| 02/11/21 | AJACO | Emails with K. Dorvilier re: estimation motion for plan confirmation | 0.10 | 645.00 | 64.50 |
| 02/11/21 | KENOS | Research re: claims estimation/plan confirmation considerations | 1.80 | 750.00 | 1,350.00 |
| 02/11/21 | RBRAD | Continue to work on outline re: estimation and plan strategies | 0.50 | 1,075.00 | 537.50 |
| 02/11/21 | KDORV | Further draft motion re: claims estimation for plan confirmation | 3.10 | 400.00 | 1,240.00 |
| 02/11/21 | JPATT | Call with D. Gold re: plan strategy | 1.00 | 1,475.00 | 1,475.00 |
| 02/11/21 | KDORV | Review and revise motion re: claims estimation | 0.90 | 400.00 | 360.00 |
| 02/11/21 | KDORV | Supplemental research re: claims estimation pursuant to § 502(c) for plan confirmation | 1.50 | 400.00 | 600.00 |
| 02/12/21 | RBRAD | Review Insurers' reply brief in support of Rule 2004 motion seeking discovery from Coalition law firms and related supporting declarations and exhibits | 1.20 | 1,075.00 | 1,290.00 |
| 02/12/21 | RBRAD | Correspondence with M. Linder re: mediation parties and related issues (.3); correspondence with J. Patton and E. Harron re: same (.1) | 0.40 | 1,075.00 | 430.00 |

Patton, James L., Jr., Future Claimants' Representative

| | | | Invoice Date: | | March 23, 2021 |
| | | | Invoice Number: | | 50022424 |
| | | | Matter Number: | | 077494.1001 |

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/12/21 | AJACO | Review/revise estimation motion (6.3); discuss same with K. Dorvilier (.3) | 6.60 | 645.00 | 4,257.00 |
| 02/12/21 | CCATH | Plan and estimation research per request of A. Jacobs | 0.50 | 310.00 | 155.00 |
| 02/12/21 | KENOS | Research re: claims estimation proceedings | 1.60 | 750.00 | 1,200.00 |
| 02/12/21 | KENOS | Review Coalition strategy memo re: estimation process and confer with R. Brady re: same | 0.40 | 750.00 | 300.00 |
| 02/12/21 | JBROO | Research re: estimation of claims for plan confirmation | 3.80 | 400.00 | 1,520.00 |
| 02/12/21 | KDORV | Further draft motion re: estimation for plan confirmation | 3.80 | 400.00 | 1,520.00 |
| 02/12/21 | KDORV | Research re: estimation motions in other mass-tort contexts | 0.60 | 400.00 | 240.00 |
| 02/12/21 | JPATT | Strategy review re: plan mediation and litigation | 3.80 | 1,475.00 | 5,605.00 |
| 02/12/21 | APAPA | Emails with A. Jacobs and K. Dorvilier re: estimation motion for plan confirmation (.6); research cases re: same (1.6); meet with K. Dorvilier re: same (.1); emails with A. Jacobs and K. Dorvilier re: same (.1) | 2.40 | 425.00 | 1,020.00 |
| 02/13/21 | RBRAD | Continue review of Insurer reply briefs in support of Rule 2004 discovery and to permit the filing of substantive claim objections | 1.80 | 1,075.00 | 1,935.00 |
| 02/13/21 | RBRAD | Review Insurers' reply in support of motion to compel certain law firms to file Rule 2019 disclosures | 0.20 | 1,075.00 | 215.00 |
| 02/13/21 | RBRAD | Review Liberty Mutual's joinder to Insurers' motions to compel Rule 2004 discovery to and to permit filing of substantive claim objections | 0.10 | 1,075.00 | 107.50 |
| 02/14/21 | RBRAD | Review Coalition's supplement to objection to Hartford and Century's Rule 2004 motion and related exhibits | 0.40 | 1,075.00 | 430.00 |
| 02/14/21 | AJACO | Review/revise estimation motion for plan confirmation | 6.20 | 645.00 | 3,999.00 |
| 02/15/21 | AJACO | Review/revise estimation motion (7.2); call with K. Dorvilier re: same (.1); multiple emails with K. Dorvilier re: estimation motion (.1) | 7.40 | 645.00 | 4,773.00 |
| 02/15/21 | KDORV | Further drafting of memo re: non-consensual third-party releases | 2.10 | 400.00 | 840.00 |

Patton, James L., Jr., Future Claimants' Representative

| | | | | | | Invoice Date: | March 23, 2021 |
| | | | | | | Invoice Number: | 50022424 |
| | | | | | | Matter Number: | 077494.1001 |

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/15/21 | KDORV | Call with A. Jacobs re: estimation motion (.1); review and revise estimation motion (2.0); email to E. Harron, R. Brady, A. Jacobs, and A. Papa re: same (.1); emails with A. Jacobs re: same (.1) | 2.30 | 400.00 | 920.00 |
| 02/15/21 | KENOS | Review and comment on memo outline re: reference withdrawal process | 0.40 | 750.00 | 300.00 |
| 02/15/21 | KENOS | Research re: insurance neutrality and claims estimation issues | 1.60 | 750.00 | 1,200.00 |
| 02/15/21 | JBROO | Research estimation of claims for plan confirmation | 3.30 | 400.00 | 1,320.00 |
| 02/15/21 | RBRAD | Review additional filings re: Hartford and Century's Rule 2004 motion and related discovery issues | 0.30 | 1,075.00 | 322.50 |
| 02/15/21 | APAPA | Emails with K. Dorvilier, A. Jacobs, E. Harron, and B. Brady re: estimation motion for plan confirmation | 0.10 | 425.00 | 42.50 |
| 02/16/21 | KDORV | Supplemental research re: estimation motion for plan confirmation (.4); call with E. Harron, R. Brady, A. Jacobs, and A. Papa re: same (.5); call with A. Jacobs re: same (.1); review and revise same (3.0) | 4.00 | 400.00 | 1,600.00 |
| 02/16/21 | JBROO | Research re: estimation of claims for plan confirmation | 7.10 | 400.00 | 2,840.00 |
| 02/16/21 | RBRAD | Review and consider draft estimation motion (1.0); conference call with E. Harron, A. Jacobs and K. Dorvilier re: same (.5) | 1.50 | 1,075.00 | 1,612.50 |
| 02/16/21 | EHARR | Review and edit draft estimation motion (.6); call with R. Brady, A. Papa, A. Jacobs, and K. Dorvilier re: same (.5) | 1.10 | 1,025.00 | 1,127.50 |
| 02/16/21 | KENOS | Review and comment on memo re: withdraw reference of estimation proceeding for plan confirmation | 0.80 | 750.00 | 600.00 |
| 02/16/21 | CCATH | Plan and estimation related research per request of J. Brooks | 0.20 | 310.00 | 62.00 |
| 02/16/21 | AJACO | Call with E. Harron, R. Brady, K. Dorvilier, A. Papa re: estimation motion (.5); review/revise estimation motion (5.3); review/analyze estimation issues (3.7) | 9.50 | 645.00 | 6,127.50 |

Patton, James L., Jr., Future Claimants' Representative

| | | | Invoice Date: | March 23, 2021 |
| | | | Invoice Number: | 50022424 |
| | | | Matter Number: | 077494.1001 |

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/16/21 | APAPA | Emails with YCST team re: estimation motion for plan confirmation (.1); review motion (.1); meet with YCsT team re: estimation motion for plan confirmation (.5); emails with A. Jacobs re: estimation scheduling orders (.1); research re: sample scheduling orders (2.2); organize scheduling orders into zip folder and email to A. Jacobs re: findings (.3); emails with A. Jacobs re: scheduling order summaries and other cases (.1) | 3.40 | 425.00 | 1,445.00 |
| 02/17/21 | APAPA | Emails with YCST team re: estimation motion revisions for plan confirmation (.2); emails with A. Jacobs and K. Dorvilier re: reviewing bar date pleadings and transcripts for same (.1) | 0.30 | 425.00 | 127.50 |
| 02/17/21 | KDORV | Review bar date pleadings re: estimation strategy | 1.20 | 400.00 | 480.00 |
| 02/17/21 | LEDEN | Research and email to K. Dorvilier re: sample plan and TDP memos to client | 0.50 | 310.00 | 155.00 |
| 02/17/21 | KDORV | Email to A. Jacobs and A. Papa re: review of pleadings related to estimation motion | 0.10 | 400.00 | 40.00 |
| 02/17/21 | JBROO | Research re: estimation of claims for plan confirmation | 1.70 | 400.00 | 680.00 |
| 02/17/21 | EHARR | Edit draft estimation motion (1.5); emails with J. Patton, R. Brady, and K. Quinn re: estimation motion (.4); emails with J. Stang and D. Molton re: draft estimation motion (.2) | 2.10 | 1,025.00 | 2,152.50 |
| 02/17/21 | RBRAD | Review and comment on revised draft estimation motion and conference with E. Harron re: same (2x) (.9); review comments from Gilbert firm (.2); review revised draft (.3); review correspondence with TCC and Coalition re: same (.2) | 1.60 | 1,075.00 | 1,720.00 |
| 02/17/21 | KENOS | Review and comment on estimation proceeding memo | 0.90 | 750.00 | 675.00 |
| 02/17/21 | CCATH | Plan and estimation related research per request of A. Jacobs | 0.10 | 310.00 | 31.00 |
| 02/17/21 | JPATT | Work on plan litigation strategy | 3.70 | 1,475.00 | 5,457.50 |

Patton, James L., Jr., Future Claimants' Representative

| | Invoice Date: | March 23, 2021 |
| | Invoice Number: | 50022424 |
| | Matter Number: | 077494.1001 |

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 02/18/21 | APAPA | Emails with A. Jacobs and K. Dorvilier re: claims estimation for plan confirmation (.2); research re: same (1.4); emails with A. Jacobs re: scheduling order status (.2); draft summary of scheduling orders (1.4) | 3.20 | 425.00 | 1,360.00 |
| 02/18/21 | AJACO | Research precedent re: estimation procedures (3.7); review/revise estimation procedures order (.9); emails with E. Harron and A. Papa re: estimation procedures order (.2); review bar date pleadings (.8) and emails with K. Dorvilier and A. Papa re: same (.2); review pleadings re: estimation issues (.9) | 6.70 | 645.00 | 4,321.50 |
| 02/18/21 | JPATT | Develop plan, estimation, and TDP issues and strategy | 3.80 | 1,475.00 | 5,605.00 |
| 02/18/21 | RBRAD | Review summary from K. Quinn re: potential settlement demand to insurance company and correspondence with J. Patton and E. Harron re: same | 0.30 | 1,075.00 | 322.50 |
| 02/18/21 | RBRAD | Review correspondence with D. Molton and E. Harron re: estimation motion strategy for plan confirmation | 0.20 | 1,075.00 | 215.00 |
| 02/18/21 | CCATH | Plan and estimation related research per request of A. Jacobs | 0.40 | 310.00 | 124.00 |
| 02/18/21 | JBROO | Research re: estimation of claims for plan confirmation | 1.60 | 400.00 | 640.00 |
| 02/19/21 | EHARR | Edit draft estimation motion (.6); call with Brown Rudnick lawyers, Gilbert lawyers, R. Brady, K. Enos, and A. Jacobs re: same (.6); call with R. Brady, A. Jacobs, and A. Papa re: same (.4); review draft estimation procedures (.5); | 2.10 | 1,025.00 | 2,152.50 |
| 02/19/21 | JBROO | Draft motion for withdrawal of reference to estimate claims for distribution for plan confirmation | 4.30 | 400.00 | 1,720.00 |
| 02/19/21 | KENOS | Meet with R. Brady re: estimation and withdrawal issues for plan confirmation (.2); revise memo re: withdrawal of reference (1.8); call with YCST team and Coalition counsel re: estimation motion considerations (.4); review claims estimation motions and comments to same (.6); research and review precedent re: motion to withdraw reference (.9) | 3.90 | 750.00 | 2,925.00 |

Patton, James L., Jr., Future Claimants' Representative

| | Invoice Date: | March 23, 2021 |
| :--- | :--- | ---: |
| | Invoice Number: | 50022424 |
| | Matter Number: | 077494.1001 |

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
| :--- | :--- | :--- | ---: | ---: | ---: |
| 02/19/21 | APAPA | Draft scheduling order summary (3.0); meet with YCST claims estimation team re: procedures order (.4); emails with A. Jacobs re: summary (.1) | 3.50 | 425.00 | 1,487.50 |
| 02/19/21 | JBROO | Research re: estimation of claims | 4.20 | 400.00 | 1,680.00 |
| 02/19/21 | JPATT | Work on plan mediation and litigation strategies | 2.40 | 1,475.00 | 3,540.00 |
| 02/19/21 | AJACO | Call with E. Harron, R. Brady, and A. Papa re: estimation procedures (.7); call with TCC and YCST teams re: estimation motion (.7); review TCC comments to estimation motion (.4); review precedent re: estimation procedures (1.3) | 3.10 | 645.00 | 1,999.50 |
| 02/19/21 | RBRAD | Conference call with E. Harron and A. Jacobs re: estimation motion strategy | 0.40 | 1,075.00 | 430.00 |
| 02/19/21 | RBRAD | Work on estimation motion strategy (.7) and conference with K. Enos re: same (.2); review revised draft from Coalition counsel (.3) and conference call with Coalition counsel and YCST team re: same (.6); follow-up discussion with E. Harron re: same (.2); review additional revisions from Gilbert and related correspondence (.3) | 2.30 | 1,075.00 | 2,472.50 |
| 02/19/21 | CCATH | Plan and estimation related research per request of A. Jacobs | 0.10 | 310.00 | 31.00 |
| 02/20/21 | APAPA | Research bar date pleadings re: plan and estimation strategy (2.5); research bar date transcripts re: same (1.0) | 3.60 | 425.00 | 1,530.00 |
| 02/20/21 | AJACO | Review/revise motion to estimate claims | 2.40 | 645.00 | 1,548.00 |
| 02/20/21 | KENOS | Research re: withdrawal of reference standards re: estimation | 2.60 | 750.00 | 1,950.00 |
| 02/20/21 | RBRAD | Review case law and research re: estimation motion strategy (.6) and conference with E. Harron re: same (.2) | 0.80 | 1,075.00 | 860.00 |
| 02/21/21 | RBRAD | Review correspondence with M. Linder re: extension of Local Council injunction and conference with E. Harron re: same | 0.20 | 1,075.00 | 215.00 |
| 02/21/21 | RBRAD | Review statement of creditor 242 re: Coalition response to Insurer Rule 2004 discovery motions | 0.20 | 1,075.00 | 215.00 |
| 02/21/21 | KENOS | Research and draft motion to withdraw reference | 1.80 | 750.00 | 1,350.00 |

Patton, James L., Jr., Future Claimants' Representative

| | Invoice Date: | March 23, 2021 |
| --- | --- | --- |
| | Invoice Number: | 50022424 |
| | Matter Number: | 077494.1001 |

| Date | Initials | Description | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| 02/21/21 | RBRAD | Review supplement to joinder filed by claimant 54540 re: Insurer motions for Rule 2004 discovery | 0.20 | 1,075.00 | 215.00 |
| 02/21/21 | APAPA | Review bar date transcripts in connection with claims estimation for plan confirmation | 1.40 | 425.00 | 595.00 |
| 02/22/21 | KENOS | Draft motion re: withdrawal of reference | 2.40 | 750.00 | 1,800.00 |
| 02/22/21 | KDORV | Review pleadings re: estimation strategy for plan confirmation | 1.20 | 400.00 | 480.00 |
| 02/22/21 | KDORV | Confer with A. Papa re: claims estimation motion for plan confirmation | 0.10 | 400.00 | 40.00 |
| 02/22/21 | AJACO | Emails with E. Harron, A. Papa, and K. Dorvilier re: estimation issues; review estimation motion for plan confirmation | 0.30 | 645.00 | 193.50 |
| 02/22/21 | APAPA | Meet with K. Dorvilier re: relevant pleadings in connection with claims estimation for plan confirmation (.1); emails with A. Jacobs and K. Dorvilier re: estimation strategy (.1); review hearing transcripts and create summary (3.3) | 3.50 | 425.00 | 1,487.50 |
| 02/22/21 | EHARR | Review emails from J. Stang re: estimation and plan issues | 0.50 | 1,025.00 | 512.50 |
| 02/22/21 | EHARR | Review issue re: extension of injunction to Local Councils | 0.70 | 1,025.00 | 717.50 |
| 02/23/21 | KENOS | Draft motion to withdraw the reference | 0.90 | 750.00 | 675.00 |
| 02/23/21 | JBROO | Draft motion for withdrawal of reference to estimate claims for distribution for plan confirmation | 4.90 | 400.00 | 1,960.00 |
| 02/23/21 | JPATT | Strategy review re: plan mediation and litigation | 2.60 | 1,475.00 | 3,835.00 |
| 02/23/21 | KENOS | Draft memo in support of motion to withdraw reference | 3.30 | 750.00 | 2,475.00 |
| 02/23/21 | EHARR | Call with M. Andolina re: estimation and plan strategy | 0.50 | 1,025.00 | 512.50 |
| 02/23/21 | KDORV | Review pleadings re: estimation strategy for plan confirmation | 3.60 | 400.00 | 1,440.00 |
| 02/23/21 | AJACO | Review/analyze estimation issues | 4.60 | 645.00 | 2,967.00 |
| 02/23/21 | APAPA | Review bar date documents in connection with claims estimation for plan confirmation (1.9); review pleadings in accordance with comments from A. Jacobs (.1) | 2.00 | 425.00 | 850.00 |

Patton, James L., Jr., Future Claimants' Representative

| | | | Invoice Date: | | March 23, 2021 |
| | | | Invoice Number: | | 50022424 |
| | | | Matter Number: | | 077494.1001 |

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 02/24/21 | EHARR | Call with K. Quinn, R. Brady, E. Goodman, S. Beville, D. Molton, J. Stang, J. Lucas, D. Grassgreen, R. Orgel, A. Jacobs, and K. Enos re: draft estimation motion | 1.30 | 1,025.00 | 1,332.50 |
| 02/24/21 | JPATT | Attend mediation session | 1.50 | 1,475.00 | 2,212.50 |
| 02/24/21 | APAPA | Review pleading in accordance with comments from A. Jacobs (3.6); emails with A. Jacobs and K. Dorvilier re: bar date research report (.1) | 3.70 | 425.00 | 1,572.50 |
| 02/24/21 | AJACO | Review/analyze issues re: estimation of abuse claims (3.3); participate in call with TCC, FCR and Coalition counsel re: estimation proceedings (1.4) | 4.70 | 645.00 | 3,031.50 |
| 02/24/21 | JBROO | Draft motion for withdrawal of reference to estimate claims for distribution for plan confirmation | 2.60 | 400.00 | 1,040.00 |
| 02/24/21 | JPATT | Develop strategy for plan litigation | 2.20 | 1,475.00 | 3,245.00 |
| 02/24/21 | EHARR | Emails with K. Enos re: withdrawal of reference for claims estimation | 0.20 | 1,025.00 | 205.00 |
| 02/24/21 | JBROO | Research re: estimation of claims for plan confirmation | 2.00 | 400.00 | 800.00 |
| 02/24/21 | JBROO | Draft motion for withdrawal of reference to estimate claims for distribution for plan confirmation | 0.50 | 400.00 | 200.00 |
| 02/24/21 | JBROO | Draft motion for withdrawal of reference to estimate claims for distribution for plan confirmation | 0.40 | 400.00 | 160.00 |
| 02/24/21 | KENOS | Call with E. Harron, A. Jacobs, Coalition counsel, and TCC counsel re: estimation process for plan confirmation | 1.40 | 750.00 | 1,050.00 |
| 02/24/21 | RBRAD | Attend mediation session | 1.70 | 1,075.00 | 1,827.50 |
| 02/24/21 | KENOS | Review and revise memo re: withdrawal of reference process and memo in support | 3.20 | 750.00 | 2,400.00 |
| 02/25/21 | KDORV | Confer with A. Jacobs re: estimation strategy for plan confirmation | 0.30 | 400.00 | 120.00 |
| 02/25/21 | JPATT | Discuss strategy with D. Golden | 0.40 | 1,475.00 | 590.00 |
| 02/25/21 | JPATT | Discuss BSA mediation and litigation strategy with YCST team | 0.30 | 1,475.00 | 442.50 |
| 02/25/21 | EHARR | Call with J. Patton and R. Brady re: estimation and plan strategy | 0.20 | 1,025.00 | 205.00 |
| 02/25/21 | EHARR | Emails (.2) and call with D. Molton (.2) re: plan and case strategy | 0.40 | 1,025.00 | 410.00 |
| 02/25/21 | APAPA | Emails with A. Jacobs and K. Dorvilier re: bar date pleadings review (.1) | 0.10 | 425.00 | 42.50 |

Patton, James L., Jr., Future Claimants' Representative

| | | Invoice Date: | March 23, 2021 |
|---|---|---|---|
| | | Invoice Number: | 50022424 |
| | | Matter Number: | 077494.1001 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/25/21 | JPATT | Work on mediation and litigation strategy | 2.20 | 1,475.00 | 3,245.00 |
| 02/25/21 | KDORV | Review pleadings re: estimation strategy for plan confirmation | 1.50 | 400.00 | 600.00 |
| 02/25/21 | AJACO | Discuss motion to estimate abuse claims with K. Dorvilier | 0.40 | 645.00 | 258.00 |
| 02/25/21 | RBRAD | Teleconference with J. Patton and E. Harron re: plan issues | 0.40 | 1,075.00 | 430.00 |
| 02/26/21 | RBRAD | Work on motion to withdraw reference and memo of law in support, including review of case law and conferences with E. Harron and K. Enos | 2.40 | 1,075.00 | 2,580.00 |
| 02/26/21 | KENOS | Call with R. Brady re: reference withdrawal issues and review R. Brady comments to memo of law in connection with same | 0.40 | 750.00 | 300.00 |
| 02/26/21 | AJACO | Review/analyze precedent re: estimation strategy for plan confirmation | 1.20 | 645.00 | 774.00 |
| 02/26/21 | JBROO | Review comments from R. Brady re: memo on withdrawal of reference to estimate claims for distribution for plan confirmation | 1.90 | 400.00 | 760.00 |
| 02/26/21 | CCATH | Plan and TDP related research per request of A. Jacobs | 0.60 | 310.00 | 186.00 |
| 02/26/21 | APAPA | Emails with A. Jacobs and K. Dorvilier re: TDP | 0.10 | 425.00 | 42.50 |
| 02/26/21 | KENOS | Research re: core/non-core issues | 0.90 | 750.00 | 675.00 |
| 02/26/21 | KDORV | Email A. Jacobs and A. Papa re: follow-up call | 0.10 | 400.00 | 40.00 |
| 02/27/21 | AJACO | Review/analyze pleadings re: estimation strategy for plan confirmation | 1.20 | 645.00 | 774.00 |
| 02/28/21 | AJACO | Review/analyze issues re: estimation of abuse claims (2.2); review/analyze motion for preliminary injunction (1.1) | 3.30 | 645.00 | 2,128.50 |
| 02/28/21 | RBRAD | Continue work on strategies re: estimation motion and review related case law re: same | 1.20 | 1,075.00 | 1,290.00 |
| | | **Total** | **324.80** | | **246,054.00** |

Patton, James L., Jr., Future Claimants' Representative

| | |
|---|---|
| Invoice Date: | March 23, 2021 |
| Invoice Number: | 50022424 |
| Matter Number: | 077494.1001 |

**Task Code:**    B017    Retention of Professionals/Fee Issues

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/02/21 | LEDEN | Email from and to A&M re: retainer balance as of Ankura's submission of November 2020 monthly fee statement | 0.10 | 310.00 | 31.00 |
| 02/04/21 | LEDEN | Draft certificate of no objection re: Gilbert's monthly fee statement for December 2020 | 0.10 | 310.00 | 31.00 |
| 02/04/21 | JKOCH | Review CNOs for Gilbert and YCST fee applications | 0.10 | 450.00 | 45.00 |
| 02/04/21 | LEDEN | Draft certificate of no objection re: FCR/YCST's monthly fee statement for December 2020 | 0.10 | 310.00 | 31.00 |
| 02/04/21 | JKOCH | Prepare for call with fee examiner (.2); call with fee examiner re: FCR and YCST third quarterly fee application (.3); email correspondence (multiple) with E. Harron, R. Brady, S. Zieg, and fee examiner re: call with fee examiner (.2) | 0.70 | 450.00 | 315.00 |
| 02/04/21 | LEDEN | Finalize, file, and serve certificate of no objection re: Gilbert's monthly fee statement for December 2020 | 0.30 | 310.00 | 93.00 |
| 02/09/21 | JKOCH | Review draft fee examiner report on YCST's third quarterly fee application | 0.20 | 450.00 | 90.00 |
| 02/10/21 | EHARR | Emails with L. Eden re: Ankura's December 2020 fees | 0.10 | 1,025.00 | 102.50 |
| 02/10/21 | LEDEN | Follow-up re: review of Ankura's monthly invoice for December 2020 | 0.10 | 310.00 | 31.00 |
| 02/10/21 | LEDEN | Draft Ankura's monthly fee statement for December 2020 | 0.80 | 310.00 | 248.00 |
| 02/11/21 | LEDEN | Email to A. Brockman re: Ankura's December monthly fee statement | 0.10 | 310.00 | 31.00 |
| 02/16/21 | LEDEN | Finalize, file, and serve Ankura's monthly fee statement for December 2020 | 0.50 | 310.00 | 155.00 |
| 02/22/21 | LEDEN | Finalize, file, and serve Gilbert's monthly fee statement for January 2021 | 0.50 | 310.00 | 155.00 |
| 02/24/21 | LEDEN | Finalize, file, and serve combined monthly fee statement of the FCR/YCST for January 2021 | 0.50 | 310.00 | 155.00 |

Patton, James L., Jr., Future Claimants' Representative

| | | Invoice Date: | | | March 23, 2021 |
| --- | --- | --- | --- | --- | --- |
| | | Invoice Number: | | | 50022424 |
| | | Matter Number: | | | 077494.1001 |

| Date | Initials | Description | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| 02/25/21 | CCATH | Confer with L. Eden re: November-January quarterly fee applications | 0.10 | 310.00 | 31.00 |
| 02/25/21 | LEDEN | Obtain and circulate Excel/LEDES data re: FCR/YCST's monthly fee statement for January 2021 | 0.10 | 310.00 | 31.00 |
| | | **Total** | **4.40** | | **1,575.50** |

**Task Code:**   B018   Fee Application Preparation

| Date | Initials | Description | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| 02/05/21 | CCATH | File and serve certificate of no objection re: FCR/YCST ninth monthly fee application | 0.20 | 310.00 | 62.00 |
| 02/14/21 | EHARR | Review and edit YCST January 2021 fee statement re: fee application preparation | 0.40 | 1,025.00 | 410.00 |
| 02/23/21 | LEDEN | Begin drafting FCR/YCST's combined fourth quarterly fee statement for November 2020-January 2021 | 1.60 | 310.00 | 496.00 |
| 02/23/21 | LEDEN | Draft combined FCR/YCST monthly fee statement for January 2021 | 0.80 | 310.00 | 248.00 |
| 02/24/21 | LEDEN | Revise January 2021 monthly fee statement (re: discrepancy found in invoice) | 0.40 | 310.00 | 124.00 |
| 02/24/21 | LEDEN | Follow-up re: discrepancy found on YCST's January 2021 invoice | 0.10 | 310.00 | 31.00 |
| 02/25/21 | LEDEN | Further revise combined quarterly fee statement for the FCR/YCST | 0.70 | 310.00 | 217.00 |
| | | **Total** | **4.20** | | **1,588.00** |

Patton, James L., Jr., Future Claimants' Representative

| | | |
|---|---|---|
| Invoice Date: | March 23, 2021 |
| Invoice Number: | 50022424 |
| Matter Number: | 077494.1001 |

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| APAPA | Andrew C. Papa | Associate | 30.50 | 425.00 | 12,962.50 |
| AJACO | Ashley E. Jacobs | Associate | 64.10 | 645.00 | 41,344.50 |
| CCATH | Casey Cathcart | Paralegal | 6.70 | 310.00 | 2,077.00 |
| EHARR | Edwin J. Harron | Partner | 31.20 | 1,025.00 | 31,980.00 |
| JPATT | James L. Patton Jr | Partner | 42.60 | 1,475.00 | 62,835.00 |
| JKOCH | Jared W. Kochenash | Associate | 1.40 | 450.00 | 630.00 |
| JBROO | Joshua Brooks | Associate | 48.40 | 400.00 | 19,360.00 |
| KDORV | Kendeil A. Dorvilier | Associate | 41.40 | 400.00 | 16,560.00 |
| KENOS | Kenneth J. Enos | Partner | 29.00 | 750.00 | 21,750.00 |
| LEDEN | Lisa M. Eden | Paralegal | 8.90 | 310.00 | 2,759.00 |
| RBRAD | Robert S. Brady | Partner | 46.40 | 1,075.00 | 49,880.00 |
| SZIEG | Sharon M. Zieg | Partner | 0.10 | 885.00 | 88.50 |
| TBUCH | Travis G. Buchanan | Associate | 3.30 | 645.00 | 2,128.50 |
| **Total** | | | **354.00** | | **$264,355.00** |

Patton, James L., Jr., Future Claimants' Representative

| | |
|---|---|
| Invoice Date: | March 23, 2021 |
| Invoice Number: | 50022424 |
| Matter Number: | 077494.1001 |

## Task Summary

### Task Code:B001 — Case Administration

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Robert S. Brady | Partner | 0.20 | 1,075.00 | 215.00 |
| Sharon M. Zieg | Partner | 0.10 | 885.00 | 88.50 |
| Andrew C. Papa | Associate | 0.30 | 425.00 | 127.50 |
| Ashley E. Jacobs | Associate | 5.10 | 645.00 | 3,289.50 |
| Casey Cathcart | Paralegal | 1.20 | 310.00 | 372.00 |
| Lisa M. Eden | Paralegal | 1.60 | 310.00 | 496.00 |
| **Total** | | **8.50** | | **4,588.50** |

### Task Code:B002 — Court Hearings

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Edwin J. Harron | Partner | 4.80 | 1,025.00 | 4,920.00 |
| Robert S. Brady | Partner | 3.40 | 1,075.00 | 3,655.00 |
| Casey Cathcart | Paralegal | 2.90 | 310.00 | 899.00 |
| **Total** | | **11.10** | | **9,474.00** |

### Task Code:B003 — Cash Collateral/DIP Financing

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Robert S. Brady | Partner | 0.70 | 1,075.00 | 752.50 |
| **Total** | | **0.70** | | **752.50** |

### Task Code:B009 — Stay Relief Matters

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Robert S. Brady | Partner | 0.30 | 1,075.00 | 322.50 |
| **Total** | | **0.30** | | **322.50** |

Patton, James L., Jr., Future Claimants' Representative

| | Invoice Date: | March 23, 2021 |
|---|---|---|
| | Invoice Number: | 50022424 |
| | Matter Number: | 077494.1001 |

### Task Code:B012      Plan and Disclosure Statement

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Edwin J. Harron | Partner | 25.90 | 1,025.00 | 26,547.50 |
| James L. Patton Jr | Partner | 42.60 | 1,475.00 | 62,835.00 |
| Kenneth J. Enos | Partner | 29.00 | 750.00 | 21,750.00 |
| Robert S. Brady | Partner | 41.80 | 1,075.00 | 44,935.00 |
| Andrew C. Papa | Associate | 30.20 | 425.00 | 12,835.00 |
| Ashley E. Jacobs | Associate | 59.00 | 645.00 | 38,055.00 |
| Jared W. Kochenash | Associate | 0.40 | 450.00 | 180.00 |
| Joshua Brooks | Associate | 48.40 | 400.00 | 19,360.00 |
| Kendeil A. Dorvilier | Associate | 41.40 | 400.00 | 16,560.00 |
| Travis G. Buchanan | Associate | 3.30 | 645.00 | 2,128.50 |
| Casey Cathcart | Paralegal | 2.30 | 310.00 | 713.00 |
| Lisa M. Eden | Paralegal | 0.50 | 310.00 | 155.00 |
| **Total** | | **324.80** | | **246,054.00** |

### Task Code:B017      Retention of Professionals/Fee Issues

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Edwin J. Harron | Partner | 0.10 | 1,025.00 | 102.50 |
| Jared W. Kochenash | Associate | 1.00 | 450.00 | 450.00 |
| Casey Cathcart | Paralegal | 0.10 | 310.00 | 31.00 |
| Lisa M. Eden | Paralegal | 3.20 | 310.00 | 992.00 |
| **Total** | | **4.40** | | **1,575.50** |

### Task Code:B018      Fee Application Preparation

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Edwin J. Harron | Partner | 0.40 | 1,025.00 | 410.00 |
| Casey Cathcart | Paralegal | 0.20 | 310.00 | 62.00 |
| Lisa M. Eden | Paralegal | 3.60 | 310.00 | 1,116.00 |
| **Total** | | **4.20** | | **1,588.00** |