# **EXHIBIT B**

Patton, James L., Jr., Future Claimants' Representative

Invoice Date: March 23, 2021
Invoice Number: 50022424
Matter Number: 077494.1001

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 01/04/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 01/04/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 01/04/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 01/04/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/04/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 01/04/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 01/05/21 | Docket Retrieval / Search | 13.00 | 1.30 |
| 01/05/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/05/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 01/05/21 | Docket Retrieval / Search | 8.00 | 0.80 |
| 01/05/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/05/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/05/21 | Docket Retrieval / Search | 9.00 | 0.90 |
| 01/05/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 01/05/21 | Docket Retrieval / Search | 13.00 | 1.30 |
| 01/05/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/05/21 | Docket Retrieval / Search | 21.00 | 2.10 |
| 01/05/21 | Docket Retrieval / Search | 28.00 | 2.80 |
| 01/05/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 01/05/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 01/05/21 | Docket Retrieval / Search | 9.00 | 0.90 |
| 01/05/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/05/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/05/21 | Docket Retrieval / Search | 14.00 | 1.40 |
| 01/05/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 01/05/21 | Docket Retrieval / Search | 28.00 | 2.80 |
| 01/05/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 01/05/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 01/05/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/05/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/06/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/06/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/06/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/06/21 | Docket Retrieval / Search | 19.00 | 1.90 |
| 01/06/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 01/06/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 01/06/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 01/06/21 | Docket Retrieval / Search | 30.00 | 3.00 |

Patton, James L., Jr., Future Claimants' Representative      Invoice Date:      March 23, 2021
                                                             Invoice Number:       50022424
                                                             Matter Number:      077494.1001

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 01/06/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 01/06/21 | Docket Retrieval / Search | 7.00 | 0.70 |
| 01/08/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 01/08/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/08/21 | Docket Retrieval / Search | 20.00 | 2.00 |
| 01/08/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 01/11/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 01/11/21 | Docket Retrieval / Search | 7.00 | 0.70 |
| 01/11/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 01/11/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 01/11/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/11/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 01/11/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/11/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/12/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 01/12/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 01/12/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 01/13/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 01/13/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/13/21 | Docket Retrieval / Search | 14.00 | 1.40 |
| 01/13/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/14/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 01/14/21 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 3.95 |
| 01/14/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 01/15/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 01/15/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 01/15/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 01/15/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 01/15/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/15/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/18/21 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 5.83 |
| 01/19/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/19/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 01/19/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 01/19/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/19/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 01/19/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/19/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 01/19/21 | Docket Retrieval / Search | 2.00 | 0.20 |

| | | | |
|---|---|---|---|
| Patton, James L., Jr., Future Claimants' Representative | Invoice Date: | | March 23, 2021 |
| | Invoice Number: | | 50022424 |
| | Matter Number: | | 077494.1001 |

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 01/20/21 | Docket Retrieval / Search | 11.00 | 1.10 |
| 01/21/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/21/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 01/21/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 01/21/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 01/21/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/22/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 01/22/21 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 2.64 |
| 01/25/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 01/25/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 01/25/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 01/25/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 01/25/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 01/25/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/25/21 | Docket Retrieval / Search | 10.00 | 1.00 |
| 01/25/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/25/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 01/25/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/26/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/26/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 01/26/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/26/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/26/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/27/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/27/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/27/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 01/28/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 01/28/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 01/28/21 | Docket Retrieval / Search | 10.00 | 1.00 |
| 01/28/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 01/28/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/29/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 01/29/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 01/29/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 02/01/21 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 4.87 |
| 02/01/21 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 3.29 |
| 02/01/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 02/01/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/01/21 | Docket Retrieval / Search | 3.00 | 0.30 |

| | | | |
|---|---|---|---|
| Patton, James L., Jr., Future Claimants' Representative | | Invoice Date: | March 23, 2021 |
| | | Invoice Number: | 50022424 |
| | | Matter Number: | 077494.1001 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 02/02/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 02/02/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/02/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/02/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 02/03/21 | Photocopy Charges Duplication BW | 20.00 | 2.00 |
| 02/04/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/04/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/04/21 | Postage | 1.00 | 1.00 |
| 02/04/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 02/04/21 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 1.14 |
| 02/04/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 02/04/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 02/04/21 | Photocopy Charges Duplication BW | 2.00 | 0.20 |
| 02/04/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 02/04/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/04/21 | Docket Retrieval / Search | 11.00 | 1.10 |
| 02/05/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/05/21 | Photocopy Charges Duplication BW | 24.00 | 2.40 |
| 02/05/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/05/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/05/21 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 8.00 |
| 02/05/21 | Photocopy Charges Duplication BW | 15.00 | 1.50 |
| 02/05/21 | Photocopy Charges Duplication BW | 247.00 | 24.70 |
| 02/05/21 | Photocopy Charges Duplication BW | 28.00 | 2.80 |
| 02/05/21 | Photocopy Charges Duplication BW | 247.00 | 24.70 |
| 02/05/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 02/05/21 | Docket Retrieval / Search | 8.00 | 0.80 |
| 02/05/21 | Photocopy Charges Duplication BW | 5.00 | 0.50 |
| 02/06/21 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 5.93 |
| 02/08/21 | Photocopy Charges Duplication BW | 18.00 | 2.16 |
| 02/08/21 | Photocopy Charges Duplication BW | 14.00 | 1.40 |
| 02/08/21 | Photocopy Charges Duplication BW | 25.00 | 2.50 |
| 02/08/21 | Photocopy Charges Duplication BW | 23.00 | 2.30 |
| 02/08/21 | Photocopy Charges Duplication BW | 6.00 | 0.60 |
| 02/08/21 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 5.93 |
| 02/08/21 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 7.40 |
| 02/08/21 | Photocopy Charges Duplication BW | 38.00 | 3.80 |
| 02/08/21 | Photocopy Charges Duplication BW | 40.00 | 4.00 |
| 02/08/21 | Photocopy Charges Duplication BW | 8.00 | 0.80 |

| Patton, James L., Jr., Future Claimants' Representative | Invoice Date: | March 23, 2021 |
|---|---|---|
| | Invoice Number: | 50022424 |
| | Matter Number: | 077494.1001 |

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 02/08/21 | Photocopy Charges Duplication BW | 21.00 | 2.10 |
| 02/08/21 | Photocopy Charges Duplication BW | 25.00 | 2.50 |
| 02/09/21 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 6.78 |
| 02/09/21 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 14.89 |
| 02/09/21 | Docket Retrieval / Search | 7.00 | 0.70 |
| 02/09/21 | Photocopy Charges Duplication BW | 8.00 | 0.80 |
| 02/09/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 02/09/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/09/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 02/09/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 02/09/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 02/09/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/10/21 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 1.74 |
| 02/10/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 02/10/21 | Photocopy Charges Duplication BW | 21.00 | 2.10 |
| 02/10/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/10/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 02/11/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 02/12/21 | Photocopy Charges Duplication BW | 11.00 | 1.10 |
| 02/12/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/12/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/12/21 | Photocopy Charges Duplication BW | 68.00 | 6.80 |
| 02/12/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 02/12/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/12/21 | Photocopy Charges Duplication BW | 73.00 | 7.30 |
| 02/12/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/12/21 | Photocopy Charges Duplication BW | 34.00 | 3.40 |
| 02/12/21 | Photocopy Charges Duplication BW | 6.00 | 0.60 |
| 02/12/21 | Photocopy Charges Duplication BW | 23.00 | 2.30 |
| 02/12/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 02/12/21 | Photocopy Charges Duplication BW | 6.00 | 0.60 |
| 02/12/21 | Photocopy Charges Duplication BW | 28.00 | 2.80 |
| 02/12/21 | Photocopy Charges Duplication BW | 15.00 | 1.50 |
| 02/12/21 | Photocopy Charges Duplication BW | 22.00 | 2.20 |
| 02/12/21 | Photocopy Charges Duplication BW | 24.00 | 2.40 |
| 02/12/21 | Photocopy Charges Duplication BW | 10.00 | 10.00 |
| 02/12/21 | Photocopy Charges Duplication BW | 18.00 | 1.80 |
| 02/12/21 | Photocopy Charges Duplication BW | 82.00 | 8.20 |
| 02/12/21 | Docket Retrieval / Search | 9.00 | 0.90 |

| | Patton, James L., Jr., Future Claimants' Representative | Invoice Date: | March 23, 2021 |
|---|---|---|---|
| | | Invoice Number: | 50022424 |
| | | Matter Number: | 077494.1001 |

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 02/12/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/12/21 | Photocopy Charges Duplication BW | 111.00 | 11.10 |
| 02/12/21 | Photocopy Charges Duplication BW | 20.00 | 2.00 |
| 02/12/21 | Photocopy Charges Duplication BW | 22.00 | 2.20 |
| 02/12/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 02/14/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/14/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/15/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 02/15/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 02/15/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 02/15/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 02/15/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 02/15/21 | Facsimile 8665332946 001Pgs .00Phone | 1.00 | 0.25 |
| 02/15/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 02/16/21 | Postage | 1.00 | 1.20 |
| 02/16/21 | Photocopy Charges Duplication BW | 139.00 | 13.90 |
| 02/16/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 02/16/21 | Photocopy Charges Duplication BW | 90.00 | 9.00 |
| 02/16/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 02/16/21 | Photocopy Charges Duplication BW | 18.00 | 1.80 |
| 02/16/21 | Photocopy Charges Duplication BW | 64.00 | 6.40 |
| 02/16/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 02/16/21 | Postage | 7.00 | 7.00 |
| 02/16/21 | Photocopy Charges Duplication BW | 14.00 | 1.40 |
| 02/16/21 | Photocopy Charges Duplication BW | 16.00 | 1.60 |
| 02/16/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 02/16/21 | Photocopy Charges Duplication BW | 35.00 | 3.50 |
| 02/16/21 | Photocopy Charges Duplication BW | 19.00 | 1.90 |
| 02/16/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 02/16/21 | Photocopy Charges Duplication BW | 14.00 | 1.40 |
| 02/16/21 | Photocopy Charges Duplication BW | 15.00 | 1.50 |
| 02/17/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 02/17/21 | Photocopy Charges Duplication BW | 44.00 | 4.40 |
| 02/17/21 | Photocopy Charges Duplication BW | 15.00 | 1.50 |
| 02/17/21 | Photocopy Charges Duplication BW | 17.00 | 1.70 |
| 02/18/21 | Teleconference / Video Conference Case Num: Boy Scouts of America / CCID 11096053 Appr Atty: Edwin Harron Court Call | 1.00 | 96.00 |
| 02/18/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/18/21 | Docket Retrieval / Search | 7.00 | 0.70 |

| | | | |
|---|---|---|---|
| Patton, James L., Jr., Future Claimants' Representative | Invoice Date: | | March 23, 2021 |
| | Invoice Number: | | 50022424 |
| | Matter Number: | | 077494.1001 |

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 02/18/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/19/21 | Photocopy Charges Duplication BW | 25.00 | 2.50 |
| 02/19/21 | Photocopy Charges Duplication BW | 31.00 | 3.10 |
| 02/19/21 | Photocopy Charges Duplication BW | 25.00 | 2.50 |
| 02/19/21 | Photocopy Charges Duplication BW | 7.00 | 0.70 |
| 02/19/21 | Photocopy Charges Duplication BW | 22.00 | 2.20 |
| 02/19/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 02/22/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 02/22/21 | Postage | 1.00 | 1.80 |
| 02/22/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 02/22/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 02/22/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 02/22/21 | Postage | 1.00 | 1.80 |
| 02/23/21 | Photocopy Charges Duplication BW | 6.00 | 0.60 |
| 02/23/21 | Photocopy Charges Duplication BW | 15.00 | 1.50 |
| 02/23/21 | Photocopy Charges Duplication BW | 8.00 | 0.80 |
| 02/23/21 | Photocopy Charges Duplication BW | 146.00 | 14.60 |
| 02/23/21 | Photocopy Charges Duplication BW | 16.00 | 1.60 |
| 02/23/21 | Photocopy Charges Duplication BW | 213.00 | 21.30 |
| 02/23/21 | Photocopy Charges Duplication BW | 271.00 | 27.10 |
| 02/23/21 | Photocopy Charges Duplication BW | 24.00 | 2.40 |
| 02/23/21 | Photocopy Charges Duplication BW | 23.00 | 2.30 |
| 02/23/21 | Photocopy Charges Duplication BW | 35.00 | 3.50 |
| 02/23/21 | Photocopy Charges Duplication BW | 69.00 | 6.90 |
| 02/23/21 | Photocopy Charges Duplication BW | 34.00 | 3.40 |
| 02/23/21 | Photocopy Charges Duplication BW | 39.00 | 3.90 |
| 02/24/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 02/24/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 02/24/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 02/24/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 02/24/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/24/21 | Postage | 1.00 | 1.60 |
| 02/24/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 02/24/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/24/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 02/24/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/24/21 | Postage | 1.00 | 1.00 |
| 02/24/21 | Photocopy Charges Duplication BW | 17.00 | 1.70 |
| 02/24/21 | Photocopy Charges Duplication BW | 86.00 | 8.60 |

| | | | |
|---|---|---|---|
| Patton, James L., Jr., Future Claimants' Representative | Invoice Date: | | March 23, 2021 |
| | Invoice Number: | | 50022424 |
| | Matter Number: | | 077494.1001 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 02/26/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 02/26/21 | Photocopy Charges Duplication BW | 7.00 | 0.70 |
| 02/26/21 | Photocopy Charges Duplication BW | 32.00 | 3.20 |
| 02/26/21 | Photocopy Charges Duplication BW | 27.00 | 2.70 |
| 02/26/21 | Photocopy Charges Duplication BW | 67.00 | 6.70 |
| 02/26/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 02/26/21 | Photocopy Charges Duplication BW | 17.00 | 1.70 |
| 02/26/21 | Photocopy Charges Duplication BW | 140.00 | 14.00 |
| 02/26/21 | Photocopy Charges Duplication BW | 58.00 | 5.80 |
| 02/26/21 | Photocopy Charges Duplication BW | 42.00 | 4.20 |
| 02/28/21 | Photocopy Charges Duplication BW | 39.00 | 3.90 |
| 02/28/21 | Photocopy Charges Duplication BW | 16.00 | 1.60 |
| 02/28/21 | Photocopy Charges Duplication BW | 34.00 | 3.40 |
| | **Total** | | **$675.70** |

**Cost Summary**

| Description | Amount |
|---|---:|
| Docket Retrieval / Search | 132.40 |
| Facsimile | 0.25 |
| Postage | 15.40 |
| Reproduction Charges | 359.26 |
| Teleconference / Video Conference | 168.39 |
| **Total** | **$675.70** |