**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, depose and say that I am employed by Omni Agent Solutions (**"Omni"**), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On March 23, 2021, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following document to be served via the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- **Debtors' Response to (I) Motion of the Official Tort Claimants' Committee for Order Requiring that Mediation be Conducted Exclusively by Zoom and (II) Motion to Shorten Notice Period and Schedule Hearing on the Motion of the Official Tort Claimants' Committee for Order Requiring that Mediation be Conducted Exclusively by Zoom [Docket No. 2434].**

Dated: March 24, 2021

Randy Lowry
Omni Agent Solutions
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
(818) 906-8300

{State of California        }
{                                    } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 24th day of March, 2021, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

DARLEEN SAHAGUN
Notary Public – California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

# EXHIBIT A

**Exhibit A**
Core/2002 Service List
Served as set forth below

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Notice of Appearance and Request for Notices Counsel to Collin County Tax Assessor/Collector | Abernathy, Roeder, Boyd & Hullett, P.C. | Attn: Chad Timmons Attn: Larry R. Boyd Attn: Emily M. Hahn 1700 Redbud Blvd, Ste 300 McKinney, TX 75069 | 214-544-4040 | ctimmons@abernathylaw.com bankruptcy@abernathylaw.com ehahn@abernathy-law.com | Email |
| Notice of Appearance/Request for Notices. Counsel to Chickasaw Council, Boy Scouts of America, Inc. | Adams and Reese LLP | Attn: Henry C. Shelton, III 6075 Poplar Ave, Ste 700 Memphis, TN 38119 | | Henry.Shelton@arlaw.com | Email |
| Notice of Appearance/Request for Notices Counsel for various child sexual abuse tort claimants and as a party-in-interest in proceedings | Andrus Wagstaff, PC | Attn: Aimee H. Wagstaff 7171 W Alaska Dr Lakewood, CO 80226 | 303-376-6361 | aimee.wagstaff@andruswagstaff.com | Email |
| Notice of Appearance and Request for Notices Counsel for Del-Mar-Va Council, Inc., Boy Scouts of America | Ashby & Geddes, P.A. | Attn: Bill Bowden 500 Delaware Avenue, 8th Floor P.O. Box 1150 Wilmington, DE  19899-1150 | 302-654-2067 | wbowden@ashbygeddes.com | Email |
| Notice of Appearance and Request for Notices Counsel to several sexual abuse survivor claimants | Baird Mandalas Brockstedt, LLC | Attn: Stephen W. Spence 1413 Savannah Rd, Ste 1 Lewes, DE 19958 | 302-644-0306 | sws@bmbde.com | Email |
| Notice of Appearance/Request for Notices Counsel for Sequoia Council of Boy Scouts, Inc. | Baker Manock & Jensen, PC | Attn: Jan T. Perkins 5260 North Palm Avenue, Suite 421 Fresno, CA 93704 | | jperkins@bakermanock.com | Email |
| Notice of Appearance/Request for Notices Counsel for Clarendon America Insurance Company | Ballard Spahr LLP | Attn: Matthew G. Summers Attn: Chantelle D. McClamb 919 N. Market St, 11th Fl Wilmington, DE 19801-3034 | 302-252-4466 | summersm@ballardspahr.com mcclambc@ballardspahr.com | Email |
| Notice of Appearance/Request for Notices Counsel for Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Fire Insurance Company | Bayard, P.A. | Attn: Erin R. Fay Attn: Gregory J. Flasser 600 N King St, Ste 400 Wilmington, DE 19801 | | efay@bayardlaw.com gflasser@bayardlaw.com | Email |
| Notice of Appearance/Request for Notices Counsel for Various Tort Claimants | Bielli & Klauder, LLC | Attn: David M. Klauder 1204 N. King Street Wilmington, DE 19801 | 302-397-2557 | tbielli@bk-legal.com dklauder@bk-legal.com | Email |
| Notice of Appearance and Request for Notices Counsel for Agricultural Insurance Company | Bodell Bove, LLC | Attn: Bruce W. McCullough 1225 N King St, Ste 1000 Wilmington, DE 19801 | 302-655-6827 | bmccullough@bodellbove.com | Email |
| Notice of Appearance/Request for Notices Counsel for the United Methodist Ad Hoc Committee Counsel for the Florida Conference of the United Methodist Church and Various Churches in the Conference that are Chartered Organizations | Bradley Arant Boult Cummings LLP | Attn: Edwin Rice Attn: Elizabeth Brusa 100 N Tampa St, Ste 2200 Tampa, FL 33602 | | eRice@bradley.com ebrusa@bradley.com ddecker@bradley.com | Email |
| Notice of Appearance/Request for Notices Counsel for the National Surety Corporation | Bradley Riley Jacobs PC | Attn: Todd C. Jacobs 320 W Ohio St, Ste 3W Chicago, IL 60654 | | tjacobs@bradleyriley.com | Email |
| Notice of Appearance and Request for Notices Counsel to the Coalition of Abused Scouts for Justice | Brown Rudnick LLP | Attn: David J. Molton 7 Times Square New York, NY 10036 | | EGoodman@brownrudnick.com DMolton@brownrudnick.com | Email |
| Notice of Appearance/Request for Notices Counsel to the Coalition of Abused Scouts for Justice | Brown Rudnick LLP | Attn: Sunni P. Beville Attn: Tristan G. Axelrod 1 Financial Ctr Boston, MA 02111 | | sbeville@brownrudnick.com taxelrod@brownrudnick.com | Email |
| Notice of Appearance/Request for Notices Counsel for Oracle America, Inc | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson 55 Second Street, 17th Floor San Francisco, California  94105-3493 | 415-227-0770 | schristianson@buchalter.com | Email |
| Notice of Appearance/Request for Notices Counsel for Chicksaw Council, BSA, Inc. | Butler Snow LP | Attn: Daniel W. Van Horn P.O. Box 171443 Memphis, TN 38187-1443 | | Danny.VanHorn@butlersnow.com | Email |
| Notice of Appearance/Request for Notices Counsel for Arrowood Indemnity Company | Carruthers & Roth, P.A. | Attn: Britton C. Lewis 235 N. Edgeworth St. P.O. Box 540 Greensboro, NC 27401 | 336-478-1145 | bcl@crlaw.com | Email |
| Notice of Appearance/Request for Notices Counsel for Jane Doe, Party in Interest | Chipman, Brown, Cicero & Cole, LLP | Attn: Mark Desgrosseilliers 1313 N Market St, Ste 5400 Wilmington, DE 19801 | 302-295-0199 | degross@chipmanbrown.com | Email |
| Notice of Appearance/Request for Notices Counsel for Liberty Mutual Insurance Company | Choate, Hall & Stewart LLP | Attn: Douglas R. Gooding Attn: Jonathan D. Marshall Attn: Michael J. Foley, Jr. | 617-248- 4000 | dgooding@choate.com jmarshall@choate.com mjfoley@choate.com | Email |
| Notice of Appearance/Request for Notices - Authorized Agent for the Commonwealth of Pennsylvania, Dept of Labor and Industry, Office of Unemployment Compensation Tax Services (UCTS) | Commonwealth of Pennsylvania | Dept of Labor & Industry Attn: Deb Secrest/Collections Support Unit 651 Boas St, Rm 925 Harrisburg, PA 17121 | 717-787-7671 | ra-li-ucts-bankrupt@state.pa.us | Email |
| Notice of Appearance/Request for Notices Counsel for IRC Burnsville Crossing, LLC | Connolly Gallagher, LLP | Attn: Karen C. Bifferato Attn: Kelly M. Conlan 1201 N Market St, 20th Fl Wilmington, DE 19801 | | kbifferato@connollygallagher.com kconlan@connollygallagher.com | Email |
| Notice of Appearance/Request for Notices Counsel for Arrowood Indemnity Company | Coughlin Duffy, LLP | Attn: Kevin Coughlin Attn: Lorraine Armenti Attn: Michael Hrinewski 350 Mount Kemble Ave. PO Box 1917 Morristown, NJ 0796 | 973-267-6442 | kcoughlin@coughlinduffy.com larmenti@coughlinduffy.com mhrinewski@coughlinduffy.com | Email |

**Exhibit A**
Core/2002 Service List
Served as set forth below

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| NOA - Counsel for Junell & Associates, PLLC | Cousins Law LLC | Attn: Scott D. Cousins<br>Brandywine Plaza W<br>1521 West Concord Pike, Ste 301<br>Wilmington, DE 19803 | 302-295-0331 | scott.cousins@cousins-law.com | Email |
| Notice of Appearance and Request for Notices<br>Counsel to Abuse Victims | Crew Janci LLP | Attn: Stephen Crew<br>Attn: Peter Janci<br>1200 NW Naito Pkwy, Ste 500<br>Portland, OR 97209 | | peter@crewjanci.com<br>steve@crewjanci.com | Email |
| *NOA - Counsel to Appellee Sidley Austin LLP | Cross & Simon, LLC | Attn: Christopher Simon<br>Attn: Kevin Mann<br>1105 N Market St, Ste 901<br>Wilmington, DE 19801 | 302-777-4224 | csimon@crosslaw.com<br>kmann@crosslaw.com | Email |
| Notice of Appearance and Request for Notices<br>Counsel to American Zurich Insurance Company | Crowell & Moring LLP | Attn: Mark D. Plevin<br>Attn: Austin J. Sutta<br>3 Embarcadero Center, 26th Fl<br>San Francisco, CA 94111 | 415-986-2827 | mplevin@crowell.com<br>asutta@crowell.com | Email |
| Notice of Appearance and Request for Notices<br>Counsel to American Zurich Insurance Company | Crowell & Moring LLP | Attn: Tacie H. Yoon<br>1001 Pennsylvania Ave, NW<br>Washington, D.C. 20004 | 202-628-5116 | tyoon@crowell.com | Email |
| Notice of Appearance/Request for Notices<br>Counsel for St. Stephen's Episcopal Church | Davidoff Hutcher & Citron LLP | Attn: Jonathan S. Pasternak<br>Attn: James B. Glucksman<br>Attn: Robert L. Rattet<br>605 3rd Ave<br>New York, NY 10158 | 914-381-7406 | jsp@dhclegal.com<br>jbg@dhclegal.com<br>rlr@dhclegal.com | Email |
| Notice of Appearance/Request for Notices<br>Counsel for Chickasaw Council, BSA, Inc. | Davies Hood PLLC | Attn: Jason P. Hood<br>22 North Front Street, Suite 620<br>Memphis, TN 38103-2100 | | Jason.Hood@davieshood.com | Email |
| Notice of Appearance/Request for Notices<br>Counsel for Girl Scouts of the United States of<br>America | Dorsey & Whitney LLP | Attn: Bruce R. Ewing<br>Attn: Eric Lopez Schnabel<br>51 W 52nd St<br>New York, NY 10019 | | ewing.bruce@dorsey.com<br>schnabel.eric@dorsey.com | Email |
| Notice of Appearance/Request for Notices<br>Counsel for Girl Scouts of the United States of<br>America | Dorsey & Whitney LLP | Attn: Eric Lopez Schnabel<br>Attn: Alessandra Glorioso<br>300 Delaware Ave, Ste 1010<br>Wilmington, DE 19801 | | schnabel.eric@dorsey.com<br>glorioso.alessandra@dorsey.com | Email |
| Notice of Appearance and Request for Notices<br>Counsel to Oracle America, Inc. | Doshi Legal Group, P.C. | Attn: Amish R. Doshi<br>1979 Marcus Ave, Ste 210E<br>Lake Success, NY 11042 | | amish@doshilegal.com | Email |
| Notice of Appearance/Request for Notices<br>Counsel for The Roman Catholic Diocese of<br>Brooklyn, New York | Faegre Drinker Biddle & Reath LLP | Attn: Michael P. Pompeo<br>1177 Avenue of the Americas, 41st Floor<br>New York, NY 10036-2714 | 317-569-4800 | michael.pompeo@faegredrinker.com | Email |
| Notice of Appearance/Request for Notices<br>Counsel for The Roman Catholic Diocese of<br>Brooklyn, New York | Faegre Drinker Biddle & Reath LLP | Attn: Patrick A. Johnson<br>Attn: Kaitlin W. MacKenzie<br>222 Delaware Ave, Ste 1410<br>Wilmington, DE 19801-1621 | 302-467-4201 | patrick.jackson@faegredrinker.com<br>kaitlin.mackenzie@faegredrinker.com | Email |
| Notice of Appearance/Request for Notices<br>Counsel for Simon Kenton Council | Ferry Joseph, PA | Attn: John D. McLaughlin, Jr.<br>824 N Market St, Ste 1000<br>Wilmington, DE 19801 | 302-575-1714 | jmclaughlin@ferryjoseph.com | Email |
| Notice of Appearance/Request for Notices<br>Counsel for National Union Fire Insurance Co of<br>PA, AIG | Fineman Krekstein & Harris, PC | Attn: Dierdre M. Richards<br>1300 N King St<br>Wilmington, DE 19801 | 302-394-9228 | drichards@finemanlawfirm.com | Email |
| Notice of Appearance and Request for Notices<br>Counsel for Trennie L. Williams and Kiwayna H.<br>Williams, jointly as Parents, Legal Guardians and<br>Next Friends of T.Q.W., a Minor | Flordia M. Henderson | P.O. Box 30604<br>Memphis, TN 38130-0604 | 901-348-4409 | flordia@fhendersonlaw.net | Email |
| Notice of Appearance - Pro Se Counsel for Abuse<br>Claimant | Florida State Prison | Attn: William Russel Hill<br>PO Box 800<br>Raiford, FL 32083-0800 | | | First Class Mail |
| Notice of Appearance/Request for Notices<br>Counsel for Boys Scouts of America San Diego | Foley & Lardner LLP | Attn: Richard J. Bernard<br>90 Park Ave<br>New York, NY 10016 | 212-687-2329 | rbernard@foley.com | Email |
| Notice of Appearance/Request for Notices<br>Counsel for Boys Scouts of America San Diego | Foley & Lardner LLP | Attn: Victor Vilaplana<br>3579 Valley Centre Dr, Ste 300<br>San Diego, CA 92130 | 858-792-6773 | vavilaplana@foley.com | Email |
| Notice of Appearance/Request for Notices<br>Counsel for National Union Fire Insurance Co of<br>PA, AIG | Foran Glennon Planadech Ponzi & Rudloff, P.C. | Attn: Susan N K Gummow<br>Attn: Igor Shleypak<br>222 N LaSalle St, Ste 1400<br>Chicago, IL 60614 | 312-863-5000 | sgummow@fgppr.com<br>ishleypak@fgppr.com | Email |
| Notice of Appearance/Request for Notices<br>Counsel for Old Republic Insurance Company | Fox Swibel Levin & Carroll LLP | Attn: Margaret M. Anderson<br>200 W Madison St, Ste 3000<br>Chicago, IL 60606 | 312-224-1201 | panderson@foxswibel.com | Email |
| Notice of Appearance/Request for Notices<br>Counsel for Future Claimants' Representative | Gilbert LLP | Attn: Kami Quinn<br>Attn: Meredith Neely<br>Attn: Emily Grim<br>Attn: Jasmine Chalashtori<br>700 Pennsylvania Ave, SE Ste 400<br>Washington, DC 20003 | | chalashtorij@gilbertlegal.com<br>quinnk@gilbertlegal.com<br>neelym@gilbertlegal.com<br>grime@gilbertlegal.com | Email |
| Notice of Appearance and Request for Notices<br>Counsel for Bay-Lakes Council | Godfrey & Kahn, SC | Attn: Erin A. West<br>1 E Main St, Ste 500<br>P.O. Box 2719<br>Madison, WI 53701-2719 | 608-257-0609 | ewest@gklaw.com | Email |
| Notice of Appearance and Request for Notices<br>Counsel for Bay-Lakes Council | Godfrey & Kahn, SC | Godfrey & Kahn, SC<br>Attn: Timothy F. Nixon<br>200 S Washington St, Ste 100<br>Green Bay, WI 54301-4298 | 920-436-7988 | tnixon@gklaw.com | Email |
| NOA - Counsel for Junell & Associates, PLLC | Hicks Thomas LLP | Attn: John B. Thomas<br>Attn: Allison Fisher<br>700 Louisiana St., Suite 2300<br>Houston, TX 77002 | 713-547-9150 | jthomas@hicks-thomas.com<br>afisher@hicks-thomas.com | Email |

**Exhibit A**
Core/2002 Service List
Served as set forth below

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Notice of Appearance/Request for Notices Counse on behalf of Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C. ("Eisenberg"), counsel for various child sexual abuse tort claimants | Hogan ◆ McDaniel | Attn: Daniel K. Hogan<br>Attn: Garvan F. McDaniel<br>1311 Delaware Avenue<br>Wilmington, DE 19806 | 302-656-7599 | dkhogan@dkhogan.com<br>gfmcdaniel@dkhogan.com | Email |
| Notice of Appearance and Request for Notices Counsel for the Chapelwood United Methodist Church | Hoover & Slovacek, LLP | Attn: Steven A. Leyh<br>Galleria Tower II<br>5051 Westheimer Rd, Ste 1200<br>Houston, TX 77056 | 713-977-5395 | leyh@hooverslovacek.com | Email |
| Notice of Appearance/Request for Notices Counsel for Simon Kenton Council | Ice Miller | Attn: Daniel R. Swetnam<br>Arena District<br>250 West St<br>Columbus, OH 43215 | 614-224-3568 | daniel.swetnam@icemiller.com | Email |
| Notice of Appearance/Request for Notices Counsel on behalf of various child sexual abuse tort claimants | Ichor Consulting, LLC | Attn: J. Chad Edwards<br>3626 N Hall St (Two Oak Lawn) Ste 610<br>Dallas, TX 75219 | 866-606-9002 | chad@IchorConsulting.com | Email |
| Core Parties<br>Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | 855-235-6787 | | First Class Mail |
| Notice of Appearance/Request for Notices Counsel for Certain Claimants | Jacobs & Crumplar, P.A. | Attn: Reann Warner<br>Attn: Thomas C. Crumplar<br>750 Shipyard Dr., Suite 200<br>Wilmington, DE 19801 | 302-656-5875 | raeann@jcdelaw.com<br>tom@jcdelaw.com | Email |
| Notice of Appearance and Request for Notices Counsel to Certain Tort Claimants | James, Vernon & Weeks, P.A. | Attn: Leander L. James<br>Attn: Craig K. Vernon<br>Attn: R. Charlie Beckett<br>1626 Lincoln Wy<br>Coeur d'Alene, ID 83815 | 208-664-1684 | ljames@jvwlaw.net<br>cvernon@jvwlaw.net<br>rbeckett@jvwlaw.net | Email |
| Notice of Appearance/Request for Notices Counsel for Claimant J.M. as party in interest | Janet, Janet & Scuggs, LLC | Attn: Gerald D. Jowers, Jr<br>500 Taylor St, Ste 301<br>Columbia, SC 29201 | 803-727-1059 | gjowers@JJSJustice.com | Email |
| Bank Debt | JPMorgan Chase Bank, NA | Attn: Phil Martin<br>Attn: Louis Strubeck<br>10 S Dearborn St<br>Mail Code Il1-1415<br>Chicago, Il 60603 | | louis.strubeck@nortonrosefulbright.com | First Class Mail<br>Email |
| Notice of Appearance/Request for Notices Counsel for Chief Seattle Council, Boy Scouts of America | Karr Tuttle Campbell, PS | Attn: Bruce W. Leaverton<br>701 5th Ave, Ste 3300<br>Seattle, WA 98104 | 206-682-7100 | bleaverton@karrtuttle.com | Email |
| Notice of Appearance/Request for Notices Counsel to Buffalo Trail Council, Inc. | Kelly, Morgan, Dennis, Corzine & Hansen, P.C. | Attn: Michael G. Kelly<br>P.O. Box 1311<br>Odessa, TX 79760-1311 | 432-363-9121 | mkelly@kmdfirm.com | Email |
| Notice of Appearance/Request for Notices Counsel to Abuse Victims | Klehr Harrison Harvey Branzburg LLP | Attn: Domenic E. Pacitti<br>919 Market St, Ste 1000<br>Wilmington, DE 19801 | | dpacitti@klehr.com | Email |
| Notice of Appearance/Request for Notices Counsel to Abuse Victims | Klehr Harrison Harvey Branzburg LLP | Attn: Morton R. Branzburg<br>1835 Market St, Ste 1400<br>Philadelphia, PA 19103 | | mbranzburg@klehr.com | Email |
| Notice of Appearance/Request for Notices Counsel for the Official Committee of Unsecured Creditors | Kramer Levin Naftalis & Frankel LLP | Attn: Thomas Moers Mayer<br>Attn: Rachel Ringer<br>Attn: David E. Blabey Jr.<br>Attn: Jennifer R. Sharret<br>Attn: Megan M. Wasson<br>177 Ave of the Americas<br>New York, NY 10036 | 212-715-8000 | tmayer@kramerlevin.com<br>rringer@kramerlevin.com<br>dblabey@kramerlevin.com<br>jsharret@kramerlevin.com<br>mwasson@kramerlevin.com | Email |
| Notice of Appearance/Request for Notices Counsel for The Church of Jesus Christ of Latter-day Saints | Latham & Watkins LLP | Attn: Adam J. Goldberg<br>885 3rd Ave<br>New York, NY 10022-4834 | 212-751-4864 | adam.goldberg@lw.com | Email |
| Notice of Appearance/Request for Notices Counsel for The Church of Jesus Christ of Latter-day Saints | Latham & Watkins LLP | Attn: Jeffrey E Bjork<br>Attn: Kimberly A Posin<br>355 S Grand Ave, Ste 100<br>Los Angeles, CA 90071-1560 | 213-891-8763 | jeff.bjork@lw.com<br>kim.posin@lw.com | Email |
| Notice of Appearance and Request for Notices Counsel to Ector CAD | Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker<br>112 E Pecan St, Ste 2200<br>San Antonio, TX 78205 | 210-225-6410 | sanantonio.bankruptcy@publicans.com | Email |
| Notice of Appearance/Request for Notices Counsel for Dallas County | Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller<br>2777 N. Stemmons Fwy, Ste 1000<br>Dallas, TX 75207 | 469-221-5003 | dallas.bankruptcy@publicans.com | Email |
| Notice of Appearance/Request for Notices Counsel for Houston Liens, Harris County, Cleveland ISD, Montgomery County, Orange County, and Montgomery County | Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman<br>P.O. Box 3064<br>Houston, TX 77253-3064 | 713-844-3503 | houston_bankruptcy@publicans.com | Email |
| Notice of Appearance/Request for Notices Counsel for AmTrust North America, Inc. on behalf of Wesco Insurance Company | Maurice Wutscher LLP | Attn: Alan C. Hochheiser<br>23611 Chagrin Blvd. Suite 207<br>Beachwood, OH 44123 | 216-472-8510 | ahochheiser@mauricewutscher.com | Email |
| Notice of Appearance/Request for Notices Counsel for The County of Anderson, Texas, The County of Denton, Texas, Harrison Central Appraisal District, The County of Harrison, Texas, The County of Henderson, Texas, Midland Central Appraisal District, The County of Milam, Texas, Terry County Appraisal District and The County of Williamson, Texas | McCreary, Veselka, Bragg & Allen, PC | Attn: Tara LeDay<br>P.O. Box 1269<br>Round Rock, TX 78680 | 512-323-3205 | tleday@mvbalaw.com | Email |
| Notice of Appearance/Request for Notices Counsel for Allianz Global Risks US Insurance Company | McDermott Will & Emery LLP | Attn: Ryan S. Smethurst<br>Attn: Margaret H. Warner<br>The McDermott Building<br>500 North Capitol Street, NW<br>Washington, DC 20001-1531 | 202-756-8087 | rsmethurst@mwe.com<br>mwarner@mwe.com | Email |

**Exhibit A**
Core/2002 Service List
Served as set forth below

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Notice of Appearance and Request for Notices Counsel to Stryker Medical | Miller, Canfield, Paddock and Stone, P.L.C. | Attn: Danielle Mason Anderson 277 S Rose St, Ste 5000 Kalamazoo, MI 49007 | 269-382-0244 | andersond@millercanfield.com | Email |
| Notice of Appearance/Request for Notices Counsel for Liberty Mutual Insurance Organizations | Mintz, Levin, Cohn, Ferris, Glovsky And Popeo, P.C. | Attn: Kim V. Marrkand Attn: Nancy D. Adams Attn: Laura Bange Stephens One Financial Ctr Boston, MA 02111 | 617-542- 2241 | kmarrkand@mintz.com ndadams@mintz.com lbstephens@mintz.com | Email |
| Notice of Appearance/Request for Notices Counsel for Sun Life Assurance Company of Canada | Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Kate P Foley 1800 W Park Dr, Ste 400 Westborough, MA 01581 | 508-898-1502 | kfoley@mirickoconnell.com | Email |
| Notice of Appearance/Request for Notices Counsel for Sun Life Assurance Company of Canada | Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Paul W Carey 100 Front St Worcester, MA 01608 | 508-791-8502 | pcarey@mirickoconnell.com | Email |
| Notice of Appearance/Request for Notices Counsel for Missouri Department of Revenue | Missouri Department of Revenue | Bankruptcy Unit Attn: Steven A. Ginther PO Box 475 Jefferson City, MO  65105-0475 | 573-751-7232 | deecf@dor.mo.gov | Email |
| Notice of Appearance and Request for Notices Counsel to the Coalition of Abused Scouts for Justice | Monzack Mersky Browder and Hochman, P.A. | Attn: Rachel B. Mersky 1201 N Orange St, Ste 400 Wilmington, DE 19801 | | rmersky@monlaw.com | Email |
| Notice of Appearance/Request for Notices Counsel for Waste Management | Monzack Mersky McLaughlin & Browder, PA | Attn: Brian McLaughlin Attn: Rachel Mersky 1201 N Orange St, Ste 400 Wilmington, DE 19801 | 302-656-2769 | bmclaughlin@monlaw.com rmersky@monlaw.com | Email |
| Notice of Appearance/Request for Notices Counsel for the Florida Conference of the United Methodist Church and Various Churches in the Conference that are Chartered Organizations | Moore & Rutt, PA | Attn: David N. Rutt Attn: Scott G. Wilcox 122 N Market St P.O. Box 554 | | dnrutt@mooreandrutt.com swilcox@mooreandrutt.com | Email |
| Notice of Appearance/Request for Notices Counsel for Pearson Education, Inc. and NCS Pearson, Inc. | Morris James LLP | Attn: Jeffrey R. Waxman Attn: Eric J. Monso 500 Delaware Ave, Ste 1500 P.O. Box 2306 | 302-571-1750 | jwaxman@morrisjames.com emonzo@morrisjames.com | Email |
| Notice of Appearance/Request for Notices Counsel for Old Republic Insurance Company | Morris James LLP | Attn: Brett D. Fallon Attn: Brya M. Keilson 500 Delaware Ave, Ste 1500 P.O. Box 2306 Wilmington, DE 19899-2306 | 302-571-1750 | bfallon@morrisjames.com bkeilson@morrisjames.com | Email |
| Notice of Appearance/Request for Notices Counsel for Old Republic Insurance Company | Morris James LLP | Attn: Stephen M. Miller 500 Delaware Ave, Ste 1500 Wilmington, DE 19801 | 302-571-1750 | smiller@morrisjames.com | Email |
| Core Parties Counsel for Debtor | Morris, Nichols, Arsht & Tunnell | Attn: Derek C. Abbott Attn: Joseph Charles Barsalona II Attn: Eric Moats Attn: Andrew R. Remming Attn: Paige N. Topper 1201 N. Market Street P.O. Box 1347 Wilmington, DE, 19899 | 302-658-7036 | dabbott@mnat.com jbarsalona@mnat.com emoats@mnat.com aremming@mnat.com ptopper@mnat.com | Email |
| Notice of Appearance/Request for Notices Counsel for various child sexual abuse tort claimants | Motley Rice LLC | Attn: Daniel R. Lapinksi 210 Lake Dr E, Ste 101 Cherry Hill, NJ 08002 | 856-667-5133 | dlapinski@motleyrice.com | Email |
| Notice of Appearance/Request for Notices Counsel for various child sexual abuse tort claimants | Motley Rice LLC | Attn: Joseph F. Rice 28 Bridgeside Blvd Mt Pleasant, SC 29464 | 843-216-9290 | jrice@motleyrice.com | Email |
| Notice of Appearance/Request for Notices Counsel for Jack Doe, Creditor and Defendant in Adversary Case | Nagel Rice LLP | Attn: Bradley L Rice 103 Eisenhower Pkwy Roseland, NJ 07068 | 973-618-9194 | brice@nagelrice.com | Email |
| Notice of Appearance and Request for Notices Counsel to Claimant J.M. | Napoli Shkolnnik PLLC | Attn: R. Joseph Hrubiec 919 N Market St, Ste 1801 Wilmington, DE 19801 | | RHrubiec@NapoliLaw.com | Email |
| Notice of Appearance/Request for Notices Counsel for Ventura County Council of BSA | Nelson Comis Kettle & Kinney, LLP | Attn: William E. Winfield 300 E Esplande Dr, Ste 1170 Oxnard, CA 93036 | 805-604- 4150 | wwinfield@calattys.com | Email |
| Notice of Appearance/Request for Notices Counsel for Indian Waters Council | Nelson Mullins Riley & Scarborough LLP | Attn: David Barnes, Jr 101 Constitution Ave NW, Ste 900 Washington, DC 20001 | 202-689-2860 | david.barnes@nelsonmullins.com | Email |
| Notice of Appearance/Request for Notices Counsel for Allianz Global Risks US Insurance Company | Nicolaides Fink Thorpe Michaelides Sullivan LLP | Attn: Matthew S. Sorem 10 S. Wacker Dr., 21st Floor Chicago, IL 60606 | 312-585-1401 | msorem@nicolaidesllp.com | Email |
| Notice of Appearance/Request for Notices Counsel for JPMorgan Chase Bank, National Association | Norton Rose Fulbright Us LLP | Attn: Louis R. Strubeck, Jr. 1301 Ave of the Americas New York, NY 10019-6022 | | louis.strubeck@nortonrosefulbright.com | Email |
| Notice of Appearance/Request for Notices Counsel for JPMorgan Chase Bank, National Association | Norton Rose Fulbright Us LLP | Attn: Louis R. Strubeck, Jr Attn: Kristian W. Gluck Attn: Ryan E. Manns 2200 Ross Avenue, Suite 3600 Dallas, TX 75201-7933 | 214-855-8200 | louis.strubeck@nortonrosefulbright.com kristian.gluck@nortonrosefulbright.com ryan.manns@nortonrosefulbright.com | Email |

**Exhibit A**

Core/2002 Service List

Served as set forth below

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Notice of Appearance and Request for Notices Counsel for various child sexual abuse tort claimants | Nye, Stirling, Hale & Miller LLP | Attn: Joel M. Walker 1145 Bower Hill Rd, Ste 104 Pittsburgh, PA 15243 | 412-857-5350 | jmwalker@nshmlaw.com | Email |
| Notice of Appearance and Request for Notices Counsel to Boy Scouts of America for Hawaii and Guam Chapter | O'Connor Playdon Guben & Inouye LLP | Attn: Jerrold K. Guben Makai Tower, Ste 2400 733 Bishop St Honolulu, HI 96813 | 808-531-8628 | JKG@opgilaw.com | Email |
| Notice of Appearance and Request for Notices Counsel to for Century Indemnity Company, as successor to Cigna Specialty Insurance Company f/k/a California Union Insurance Company, and CCI Insurance Company as successor to Insurance Company of North America, et al. | O'Melveny & Myers LLP | Attn: Tancred Schiavoni Times Square Tower 7 Times Square New York, NY 10036-6537 | | | First Class Mail |
| Notice of Appearance and Request for Notices Counsel for the Texas Workforce Commission | Office of the Attorney General | Attn: Christopher S. Murphy Attn: Sherri K. Simpson Bankruptcy & Collections Division P.O. Box 12548 Austin, TX 78711-2548 | 512-936- 1409 | christopher.murphy@oag.texas.gov sherri.simpson@oag.texas.gov | Email |
| Core Parties Office of the United States Trustee | Office of the United States Trustee | Attn: David L. Buchbinder Attn: Hannah Mufson McCollum 844 King St, Suite 2207 Lockbox 35 Wilmington, DE 19801 | 302-573-6497 | david.l.buchbinder@usdoj.gov hannah.mccollum@usdoj.gov | First Class Mail Email |
| Notice of Appearance/Request for Notices Counsel to the Tort Claimants' Committee | Pachulski Stang Ziehl & Jones LLP | Attn: James I. Stang Attn: Linda F. Cantor 10100 Santa Monica Blvd, 13th Fl Los Angeles, CA 90067-4003 | 302-652-4400 | jstang@pszjlaw.com lcantor@pszjlaw.com | Email |
| Notice of Appearance/Request for Notices Counsel for the Tort Claimants' Committee | Pachulski Stang Ziehl & Jones LLP | Attn: Robert Orgel Attn: James O'Neill Attn: John Lucas Attn: Ilan Scharf 919 N Market St.,17th Floor P.O. Box 8705 Wilmington, DE 19899-8705 | 302-652-4400 | rorgel@pszjlaw.com joneill@pszjlaw.com jlucas@pszjlaw.com ischarf@pszjlaw.com | Email |
| Notice of Appearance and Request for Notices Counsel to Abuse Victims | Paul Mones PC | Attn: Paul Mones 13101 Washington Blvd Los Angeles, CA 90066 | | paul@paulmones.com | Email |
| Notice of Appearance and Request for Notices Counsel for the Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn: Patricia Kelly, CFO Attn: Cassandra Burton, Attorney Attn: Craig Fessenden 1200 K St NW Washington, DC 20005 | 202-326-4112 | kelly.patricia@pbgc.Gov burton.cassandra@pbgc.gov fessenden.craig@pbgc.gov | Email |
| Notice of Appearance and Request for Notices Counsel for Burleson County Tax Office, Luling ISD Tax Office, Colorado County Tax Office, Fayette County Tax Office, Milano ISD Tax Office, and Gause ISD Tax Office | Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: John T. Banks 3301 Northland Dr, Ste 505 Austin, TX 78731 | 512-302-1802 | jbanks@pbfcm.com | Email |
| Notice of Appearance/Request for Notices Counsel for Various Tort Claimants | Pfau Cochran Vertetis Amala PLLC | Attn: Michael T. Pfau Attn: Jason P. Amala Attn: Vincent T. Nappo 403 Columbia Street, Suite 500 Seattle, WA 98104 | 206-623-3624 | michael@pcvalaw.com jason@pcvalaw.com vnappo@pcvalaw.com | Email |
| Notice of Appearance/Request for Notices Counsel for Pearsons Education, Inc. and NSC Pearsons, Inc. | Phillips Lytle LLP | Attn: Angela Z Miller One Canalside, 125 Main St Buffalo, NY 14203, | 716-852-6100 | amiller@phillipslytle.com | Email |
| Notice of Appearance and Request for Notice Counsel for the United Methodist Ad Hoc Committee/Counsel to Catholic Mutual Relief Society of America | Potter Anderson & Corroon LLP | Attn: Jeremy Ryan Attn: D. Ryan Slaugh 1313 N Market St, 6th FL P.O. Box 951 Wilmington, DE 19899 | 302-658-1192 | jryan@potteranderson.com rslaugh@potteranderson.com | Email |
| ENR | Raul Diaz | | | rauldiaz2503@gmail.com | Email |
| Notice of Appearance/Request for Notices Counsel to the Official Committee of Unsecured Creditors | Reed Smith LLP | Attn: Kurt F. Gwynne Attn: Katelin A. Morales 120 N Market St, Ste 1500 Wilmington, DE 19801 | 302-778-7575 | kgwynne@reedsmith.com kmorales@reedsmith.com | Email |
| Notice of Appearance/Request for Notices Counsel for Travelers Casualty and Surety Company, Inc. (fka Aetna Casualty & Surety Company), St. Paul Surplus Lines Insurance Company, and Gulf Insurance Company | Reger Rizzo & Darnall LLP | Attn: Louis J. Rizzo, Jr 1521 Concord Pike, Ste 305 Brandywine Plaza West Wilmington, DE 19803 | | lrizzo@regerlaw.com | Email |
| Notice of Appearance/Request for Notices Counsel for The Church of Jesus Christ of Latter-day Saints | Richards, Layton & Finger, PA | Attn: Michael Merchant Attn: Brett Haywood One Rodney Square 920 N King St Wilmington, DE 19801 | 302-651-7701 | merchant@rlf.com haywood@rlf.com | Email |
| Notice of Appearance/Request for Notices Counsel to Catholic Mutual Relief Society of America | Schiff Hardin LLP | Attn: Everett Cygal Attn: Joseph Mark Fisher Attn: Daniel Schufreider Attn: Jin Yan 233 S Wacker Dr, Ste 7100 Chicago, IL 60606 | 312-258-5600 | ecygal@schiffhardin.com mfisher@schiffhardin.com dschufreider@schiffhardin.com jyan@schiffhardin.com | Email |
| *NOA - Counsel for Courtney and Stephen Knight, Jointly as the Surviving Parents of E.J.K., a Minor Child | Schnader Harrison Segal & Lewis LLP | Attn: Richard A. Barkasy, Esq. Attn: Kristi J. Doughty, Esq. | 302-888-1696 | rbarkasy@schnader.com kdoughty@schnader.co | Email |

**Exhibit A**
Core/2002 Service List
Served as set forth below

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Notice of Appearance/Request for Notices Counsel for Liberty Mutual Insurance Company | Seitz, Van Ogtrop & Green, P.A. | Attn: R. Karl Hill 222 Delaware Ave, Ste 1500 Wilmington, DE 19801 | 302-888- 0606 | khill@svglaw.com | Email |
| Notice of Appearance/Request for Notices Sequoia Council of Boy Scouts, Inc. | Sequoia Council of Boy Scouts, Inc. | Attn: Michael Marchese 6005 N. Tamera Avenue Fresno, CA 93711 | | michael.marchese@scouting.org | Email |
| Notice of Appearance/Request for Notices Counsel for Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Fire Insurance Company | Shipman & Goodwin LLP | Attn: James P. Ruggeri Attn: Joshua D. Weinberg Attn: Michele Backus Konigsberg Attn: Abigail W. Williams 1875 K St NW, Ste 600 Washington, DC 20006-1251 | 202-469-7751 | jruggeri@goodwin.com jweinberg@goodwin.com mkonigsberg@goodwin.com awilliams@goodwin.com | Email |
| Notice of Appearance/Request for Notices Counsel for Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Fire Insurance Company | Shipman & Goodwin LLP | Attn: Eric S. Goldstein One Constitution Plaza Hartford, CT 06103-1919 | 860-251-5218 | egoldstein@goodwin.com bankruptcy@goodwin.com bankruptcyparalegal@goodwin.com | Email |
| Core Parties Counsel for Debtor | Sidley Austin LLP | Attn: Blair Warner Attn: Matthew Evan Linder Attn: Thomas A. Labuda, Jr. Attn: Karim Basaria One South Dearborn Street Chicago, IL 60603 | 312-853-7036 | blair.warner@sidley.com mlinder@sidley.com tlabuda@sidley.com kbasaria@sidley.com | Email |
| Core Parties Counsel for Debtor | Sidley Austin LLP | Attn: Jessica C. Boelter 787 Seventh Avenue New York, NY 10019 | 212-839-5599 | jboelter@sidley.com | Email |
| Notice of Appearance/Request for Notices Counsel for The Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America | Squire Patton Boggs (US) LLP | Attn: Mark A. Salzberg 2550 M St, NW Washington, DC 20037 | 202-457-6315 | mark.salzberg@squirepb.com | Email |
| Notice of Appearance/Request for Notices Counsel for The Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America | Squire Patton Boggs (US) LLP | Attn: Travis A. McRoberts 2000 McKinney Ave, Ste 1700 Dallas, TX 75201 | 214-758-1550 | travis.mcroberts@squirepb.com | Email |
| Notice of Appearance and Request for Notices Counsel to for Century Indemnity Company, as successor to Cigna Specialty Insurance Company f/k/a California Union Insurance Company, and CCI Insurance Company as successor to Insurance Company of North America; Chubb Custom Insurance Company; Federal Insurance Company; Insurance Company of North America; Pacific Employers Insurance Company; Pacific Indemnity Company, as successor to Texas Pacific Indemnity Company; United States Fire Insurance Company; Westchester Fire Insurance Company, by novation for policies issued by Industrial Indemnity Company and International Insurance Company; and Westchester Surplus Lines Insurance Company | Stamoulis & Weinblatt LLC | Stamoulis & Weinblatt LLC Attn: Stamatios Stamoulis Attn: Richard Weinblatt 800 N West St, Ste 800 Wilmington, DE 19801 | | stamoulis@swdelaw.com weinblatt@swdelaw.com | Email |
| Notice of Appearance/Request for Notices Counsel for R.L. and C.L., Plaintiffs in State Court action pending in the Superior Court of New Jersey, Essex County | Stark & Stark, PC | Attn: Joseph H Lemkin P.O. Box 5315 Princeton, NJ 08543 | 609-896-0629 | jlemkin@stark-stark.com | Email |
| Notice of Appearance and Request for Notices Counsel for Clarendon America Insurance Company | Steptoe & Johnson LLP | Attn: Harry Lee Attn: John O'Connor Attn: Brett Grindrod 1330 Connecticut Ave, N.W Washington, DC 20036 | 202-429-3902 | hlee@steptoe.com joconnor@steptoe.com bgrindrod@steptoe.com | Email |
| Notice of Appearance and Request for Notices Counsel for the Presbyterian Church of Lakehurst | Straffi & Straffi, LLC | Attn: Daniel Straffi, Jr 670 Commons Way Toms River, NJ 08755 | 732-341-3548 | bkclient@straffilaw.com | Email |
| Notice of Appearance and Request for Notices Counsel to Eric Pai, as administrator of the Estate of J. Pai | Sullivan Hazeltine Allinson LLC | Attn: William D. Sullivan 919 N Market St, Ste 420 Wilmington, DE 19801 | 302-428-8195 | bsullivan@sha-llc.com | Email |
| Notice of Appearance/Request for Notices Counsel for The Episcopal Diocese of San Diego | Sullivan Hill Lewin Rez & Engel, PLC | Attn: James Hill/ Christopher Hawkins Attn: Kathleen Cashman-Kramer 600 B St, Ste 1700 San Diego, CA 92101 | 619-231-4372 | Hill@SullivanHill.com | Email |
| Notice of Appearance/Request for Notices Counsel for various child sexual abuse tort claimants | Swenson & Shelley, PLLC | Attn: Kevin D. Swenson 107 S 1470 E, Ste 201 St George, UT 84790 | 855-450-8435 | Kevin@swensonshelley.com | Email |
| Notice of Appearance/Request for Notices Authorized Agent for Synchrony Bank | Synchrony Bank | c/o PRA Receivables Management, LLC Attn: Valerie Smith P.O. Box 41021 Norfolk, VA 23541 | 757-351-3257 | claims@recoverycorp.com | Email |
| NOA - Counsel for Bailey Cowan Heckaman PLLC | The Bifferato Firm | Attn: Ian Connor Bifferato 1007 N. Orandge St., 4TH FL Wilmington, DE 19801 | 302-298-0688 | cbifferato@tbf.legal | Email |
| Bonds | The County Commission Of Fayette County | Attn: President P.O. Box 307 Fayetteville, WV 25840 | | | First Class Mail |
| Bonds | The County Commission Of Fayette County | c/o Steptoe & Johnson Pllc Attn: John Stump, Esq. Chase Tower - Eighth Fl 707 Virginia St E. Charleston, WV 25301 | | | First Class Mail |

**Exhibit A**
Core/2002 Service List
Served as set forth below

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Notice of Appearance and Request for Notices Counsel for Nichole Erickson and Mason Gordon, a minor by his mother Nichole Erickson | The Law Office of James Tobia, LLC | Attn: James Tobia 1716 Wawaset St Wilmington, DE 19806 | 302-656-8053 | jtobia@tobialaw.com | Email |
| Notice of Appearance/Request for Notices Counsel for Arrowood Indemnity Company | The Law Offices of Joyce, LLC | Attn: Michael J. Joyce 1225 King St. Suite 800 Wilmington, DE 19801 | | mjoyce@mjlawoffices.com | Email |
| Notice of Appearance/Request for Notices Counsel for Certain Claimants | The Neuberger Firm | Attn: Thomas S. Neuberger Attn: Stephen J. Neuberger 17 Harlech Dr. Wilmington, DE 19807 | 302-655-0582 | tsn@neubergerlaw.com sjn@neubergerlaw.com | Email |
| Notice of Appearance and Request for Notices Counsel for The Waite and Genevieve Phillips Foundation | The Powell Firm, LLC | Attn: Jason C. Powell Attn: Thomas Reichert 1201 N Orange St, Ste 500 P.O. Box 289 Wilmington, DE 19899 | | jpowell@delawarefirm.com treichert@delawarefirm.com | Email |
| Notice of Appearance/Request for Notices Counsel for Certain Claimants | Thomas Law Office, PLLC | Attn: Tad Thomas Attn: Louis C. Schneider 9418 Norton Commons Blvd, Ste 200 Louisville, KY 40059 | 877-955-7002 | tad@thomaslawoffices.com lou.schneider@thomaslawoffices.com | Email |
| Notice of Appearance and Request for Notices Tennessee Attorney General's Office | TN Dept of Labor - Bureau of Unemployment Insurance | c/o TN Attorney General's Office, Bankruptcy Division Attn: Laura L. McCloud PO Box 20207 Nashville, Tennessee 37202-0207 | 615-741-3334 | AGBankDelaware@ag.tn.gov | Email |
| Notice of Appearance/Request for Notices Counsel for Jane Doe, Party in Interest | Tremont Sheldon Robinson Mahoney PC | Attn: Cindy Robinson Attn: Doug Mahoney 64 Lyon Ter Bridgeport, CT 06604 | 203-366-8503 | crobinson@tremontsheldon.com dmahoney@tremontsheldon.com | Email |
| Notice of Appearance/Request for Notices Counsel for the National Surety Corporation & Allianz Global Risks US Insurance Company | Troutman Pepper Hamilton Sanders LLP | Attn: David M. Fournier Attn: Marcy J. McLaughlin Smith 1313 Market St, Ste 5100 P.O. Box 1709 Wilmington, DE 19899-1709 | 302-421-8390 | david.fournier@troutman.com marcy.smith@troutman.com | Email |
| Notice of Appearance/Request for Notices Counsel for the National Surety Corporation & Allianz Global Risks US Insurance Company | Troutman Pepper Hamilton Sanders LLP | Attn: Harris B. Winsberg Attn: Matthew G. Roberts 600 Peachtree St NE, Ste 3000 Atlanta, GA 30308 | 404-885-3900 | harris.winsberg@troutman.com matthew.roberts2@troutman.com | Email |
| Notice of Appearance/Request for Notices Counsel to an unidentified sexual abuse survivor | Tune, Entrekin & White, PC | Attn: Joseph P. Rusnak 315 Deaderick St, Ste 1700 Nashville, TN 37238 | 615-244-2278 | Jrusnak@tewlawfirm.com | Email |
| Notice of Appearance and Request for Notices Counsel to American Zurich Insurance Company | Tybout, Redfearn & Pell | Attn: Seth J. Reidenberg 750 Shipyard Dr, Ste 400 P.O. Box 2092 Wilmington, DE 19899-2092 | 302-658-4018 | sreidenberg@trplaw.com | Email |
| Core Parties | United States Dept Of Justice | 950 Pennsylvania Ave, Nw Room 2242 Washington, DC 20530-0001 | | | First Class Mail |
| Core Parties | US Attorney For Delaware | Attn: David C Weiss 1007 Orange St, Ste 700 P.O. Box 2046 Wilmington, DE 19899-2046 | 302-573-6220 | usade.ecfbankruptcy@usdoj.gov | Email |
| Core Parties Counsel for Ad Hoc Committee of Local Councils of the Boy Scouts of America | Wachtell, Lipton, Rosen & Katz | Attn: Richard Mason Attn: Douglas Mayer Attn: Joseph C. Celentino 51 W 52nd St New York, NY 10019 | 212-403-2252 | rgmason@wlrk.com dkmayer@wlrk.com jccelentino@wlrk.com | Email |
| NOA - Counsel to D. Miller & Associates PLLC | Walden Macht & Haran LLP | Daniel Miller 2532 Justin Lane Wilmington, DE 19810 | | dmiller@wmhlaw.com | Email |
| Notice of Appearance and Request for Notices Counsel to for Century Indemnity Company, as successor to Cigna Specialty Insurance Company f/k/a California Union Insurance Company, and CCI Insurance Company as successor to Insurance Company of North America; Chubb Custom Insurance Company; Federal Insurance Company; Insurance Company of North America; Pacific Employers Insurance Company; Pacific Indemnity Company, as successor to Texas Pacific Indemnity Company; United States Fire Insurance Company; Westchester Fire Insurance Company, by novation for policies issued by Industrial Indemnity Company and International Insurance Company; and Westchester Surplus Lines Insurance Company | Walker Wilcox Maousek LLP | Attn: Christopher A. Wadley 1 N Franklin, Ste 3200 Chicago, IL 60606 | | cwadley@walkerwilcox.com | Email |
| Notice of Appearance/Request for Notices Counsel for Sequoia Council of Boy Scouts, Inc. | Wanger Jones Helsley, PC | Attn: Riley C. Walter 265 E. River Park Circle, Suite 310 Fresno, CA 93720 | | rwalter@wjhattorneys.com | Email |
| Notice of Appearance/Request for Notices Counsel for East Carolina Council BSA, Inc. | Ward and Smith, P.A. | Attn: Paul A Fanning P.O. Box 8088 Greenville, NC 27835-8088 | 252-215-4077 | paf@wardandsmith.com | Email |
| Notice of Appearance/Request for Notices Boy Scouts of America And Delaware BSA, LLC | White & Case LLP | Attn: Jessica C.K. Boelter 1221 Ave of the Americas New York, NY 10020-1095 | | jessica.boelter@whitecase.com | Email |

**Exhibit A**
Core/2002 Service List
Served as set forth below

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Notice of Appearance/Request for Notices<br>Boy Scouts of America And Delaware BSA, LLC | White & Case LLP | Attn: Michael C. Andolina<br>Attn: Matthew E. Linder<br>111 S Wacker Dr<br>Ste 5100<br>Chicago, IL 60606-4302 | | mandolina@whitecase.com<br>mlinder@whitecase.com | Email |
| Notice of Appearance/Request for Notices<br>Counsel for Baltimore Area Council Boy Scouts of<br>America, Inc. | Whiteford Taylor & Preston LLC | Attn: Richard W. Riley<br>The Renaissance Centre<br>405 North King Street, Suite 500<br>Wilmington, Delaware 19801 | | rriley@wtplaw.com | Email |
| Notice of Appearance/Request for Notices<br>Counsel for Baltimore Area Council Boy Scouts of<br>America, Inc. | Whiteford Taylor & Preston LLP | Attn: Todd M. Brooks<br>Seven Saint Paul Street, 15th Floor<br>Baltimore, Maryland 21202-1626 | | tbrooks@wtplaw.com | Email |
| Notice of Appearance and Request for Notices<br>Counsel for Interested Parties Andrew Van Arsdale<br>and Timothy Kosnoff | Wilks Law, LLC | Attn: David E. Wilks<br>4250 Lancaster Pike, Ste 200<br>Wilmington, DE 19805 | | dwilks@wilks.law | Email |
| Notice of Appearance/Request for Notices<br>Counsel for the Columbia Casualty Company and<br>The Continental Insurance Company | Wilmer Cutler Pickering Hale and Dorr LLP | Attn: Craig Goldblatt<br>1875 Pennsylvania Ave NW<br>Washington, DC 20006 | 202-663-6363 | craig.goldblatt@wilmerhale.com | Email |
| Notice of Appearance/Request for Notices<br>Counsel for JPMorgan Chase Bank, National<br>Association | Womble Bond Dickinson (US) LLP | Attn: Matthew Ward<br>Attn: Morgan Patterson<br>1313 N Market St, Ste 1200<br>Wilmington, DE 19801 | 302-252-4330 | matthew.ward@wbd-us.com<br>morgan.patterson@wbd-us.com | Email |
| Core Parties<br>Counsel for Prepetition Future Claimants'<br>Representative | Young Conaway Stargatt & Taylor | Attn: James L. Patton, Jr<br>Attn: Robert Brady<br>Attn: Edwin Harron<br>Rodney Square<br>1000 N King St<br>Wilmington, DE 19801 | 302-576-3325 | jpatton@ycst.com<br>rbrady@ycst.com<br>eharron@ycst.com | Email |