**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

**CERTIFICATE OF SERVICE**

I, R. Charles Beckett, hereby certify that on the 24th day of March, 2021, I caused a copy of

the following document to be served on the individual(s) on the attached service list(s) via Email:

**OBJECTION OF VARIOUS CLAIMANTS AS TO THE ADEQUACY OF DEBTORS' DISCLOSURE STATEMENT IN SUPPORT OF AMENDED CHAPTER 11 PLAN OF REORGANIZATION**

/s/ R. Charles Beckett
R. Charles Beckett (admitted *Pro Hac Vice*)

WHITE & CASE LLP
Jessica C. Lauria (jessica.lauria@white.com)
1221 Avenue of the Americas
New York, NY 1020

-and-

WHITE & CASE LLP
Michael C. Andolina
(mandolina@whitecase.com)
Matthew E. Linder (mlinder@whitecase.com)
Blair Warner (blair.warner@whitecase.com)
111 South Wacker Dr.
Chicago, IL 60606

-and-

MORRIS, NICHOLS, ARSHT & TUNNELL
LLP
Derek C. Abbott (dabbott@morrisnichols.com)
Andrew R. Remming
(aremming@morrisnichols.com)
Eric W. Moats (emoats@morrisnichols.com)
Paige N. Topper (ptopper@morrisnichols.com)
1201 N Market St., 16th Floor
PO Box 1347
Wilmington, DE 19899-1347

*Counsel to Debtors BSA and Delaware, BSA LLC*

OFFICE OF THE UNITED STATES TRUSTEE
David L. Buchbinder
(david.l.buchbinder@usdoj.gov)
Hannah M. McCollum
(hannah.mccollum@usdoj.gov)
844 King St., Ste. 2207
Lockbox 35
Wilmington, DE 19801

PACHULSKI STANG ZIEHL & JONES
James I. Stang (jstang@pszjlaw.com)
John A. Morris (jmorris@pszjlaw.com)
James E. O'Neill (joneill@pszjlaw.com)
John W. Lucas (jlucas@pszjlaw.com)
919 N Market St., 17th Floor
PO Box 8705
Wilmington, DE 19801
*Counsel to the Tort Claimants' Committee*

YOUNG CONAWAY STARGATT & TAYLOR
Robert C. Brady (rbrady@ycst.com)
Sharon M. Zieg (szieg@ycst.com)
1000 N King St.
Wilmington, DE 19801
*Counsel to the Future Claimants' Representative*

NORTON ROSE FULBRIGHT US LLP
Louis R. Strubeck
(louis.strubeck@nortonrosefulbright.com)
Kristian W. Gluck
(kristian.gluck@nortonrosefulbright.com)
2200 Ross Avenue
Dallas, TX 75201-7932
*Counsel to JPMorgan Chase Bank Nat. Assn.*