**Exhibit C**

**Budget and Staffing Plan**

| Category | Project Category Description | Estimated Hours | Total Estimated Compensation[1] |
|---|---|---|---|
| 1 | Global Insurance Strategy (20234.5) | 0 hours | $0 |
| 2 | Illinois-DJ (20234.15) | 0 hours | $0 |
| 3 | Hartford Litigation (20234.18) | 0 hours | $0 |
| 4 | Kentucky (20234.20) | 0 hours | $0 |
| 5 | National Surety Litigation (20234.21) | 0 hours | $0 |
| 6 | General Insurance Matters (20234.24) | 1,700 hours | $1,275,000 |
| 7 | REDACTED (Claimant Name) (20234.26) | 0 hours | $0 |
| 8 | D&O Insurance Consulting (20234.28) | 0 hours | $0 |
| 9 | GSUSA Insurance Matters (20234.29) | 21 hours | $15,750 |
| 10 | Professional Retention Issues (20234.34) | 0 hours | $0 |
| 11 | Fee Applications (20234.35) | 60 hours | $45,000 |
| 12 | Non-Working Travel (20234.36)[2] | 0 hours | $0 |
| 13 | Hearings and Court Matters (20234.37) | 0 hours | $0 |
| 14 | COVID-19 (20234.39) | 0 hours | $0 |
|  | **Total** | **1,781** | **$1,335,750** |

---

[1] Budgeted numbers do not necessarily amount to a 1:1 ratio because they reflect a blended hourly rate and a variable allocation of timekeepers and hours, depending on the needs for each category. In addition, this reflects the anticipated hours to be spent for the entirety of this proceeding.

[2] Haynes and Boone charges non-working travel time at 50% of regular hourly rates in accordance with Local Rule 2016-2(d)(viii).

**Staffing Across All Matter Categories for the Period from
November 1, 2020 to and Including January 31, 2021**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work Across All Matter Categories During the Application Period | Average Hourly Rate[3] |
|---|---|---|
| Partner | 3 | $810 |
| Associate (>3 years since first admission) | 4 | $675 |
| Jr. Associate (1–3 years since first admission) | 3 | $450 |
| Paraprofessionals | 2 | $395 |
| Support Staff | 0 | 0 |
| **Total Attorney** | 9 | **$698** |
| **Total Non-Attorney** | 2 | **$395** |
| **Total** | 11 | **$693** |

4818-5753-7502

---

[3] The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of chargeable hours worked by, each timekeeper over the course of the chapter 11 cases.