2021 MAR 25 AM 9:01

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In Re:  
BOY SCOUTS OF AMERICA AND  
DELAWARE BSA, LLC, 1  
Debtors.  
Chapter 11  
Case No. 20-10343    (LSS)

Ex Parte Application For  
Appointment of Counsel  
:to Prosecute Claim

To The Honorable Court:

1. Claimant seeks an order of this Court appointing counsel to represent him in the prosecution of the instant action because the several law firms he made application to failed to respond to his need. Other factors came into play that had the same effect.

2. Enclosed as exhibits are true and correct copies of uanswered law firms who advertised on television to represent BSA victims- realizing or not they themselves victimized Claimant by their decisions to ignore Claimant's appeals. Exhibits A-E.

3. Another relevant factor which affected Claimant's follow-up to his ~~initial~~ filing was the denial of internet access for research so germane to litigation.. In January 2021, Capital One demanded Claimant provide it with his residence address via a legal document after more than ten (10) years of timely credit card payments. Once Claimant complied - his credit line was canceled, which Claimant believes was due to his 1966 conviction and Megan's List information..

4. At or about the same period of time, Earthlink blocked his internet access which Claimant believes was for the same reason, after years with that provider. Thus, Claimant was isolated from the world after the eventual closing of the public library also denied him internet access for purposes of research and communication. Creditor requests said appointment of counsel *nunc pro tunc*, in the interest of justice.   Respectfully submitted:

Dated: March 16, 2021



BOUCHER LLP
21600 W. Oxnard St., Suite 600
Woodland Hills, CA 91367

RE: Boy Scout Sexual Abuse

Dear Sirs:

-2-



Andrew Van Arsdale, Esq..
AVA Law Group
3667 Voltaire Ave.
San Diego, CA 92106

RE: Boy Scout sexual abuse representation

Dear Mr. Van Arsdale:

—3—



Jeff Herman, Esq.
Herman Law
434 W.3rd Ave.
New York, N.Y. 10001

RE: Boy Scout sexual abuse representation

Morelli Law Firm
777 Third Ave.
New York, N.Y. 10017.

Dear Mr. Morelli:          RE: Boy Scout sexual abuse representation





Greg Jones Law, P.A.
1213 Culbreth Drive
Wilmington, N. C. 28405

RE: Boy Scout abuse claim



-6-

## DECLARATION OF ▉▉▉▉

1. I am the Claimant the foregoing ex parte application for appointment of counsel to represent my Claim against debtor Boy Scouts of America, etc., and have personal knowledge of the allegations stated therein. I further declare all allegations therein are true and correct to the best of my knowledge, memory, and belief.

2. As to any allegation stated upon information and/or belief; I believe it to be true

3. The exhibits attached hereto are true and correct copies of what they purport to be and were personally mailed by me without any response in return from addressees..

Dated: March 16, 2021

▉▉▉▉▉▉▉▉▉▉▉▉

Sworn to and subscribed before me this 16th day of March 2021.

_____see attached_____

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**      **GOVERNMENT CODE § 8202**

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

_____      _____
   *Signature of Document Signer No. 1*     *Signature of Document Signer No. 2 (if any)*

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Kern

Subscribed and sworn to (or affirmed) before me on this 16th day of March, 2021,

[REDACTED]

(and (2)_____ ),
   *Name(s) of Signer(s)*

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _Xauua Cooly_
   *Signature of Notary Public*

*Seal*
*Place Notary Seal Above*

──────────────── **OPTIONAL** ────────────────

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: Declaration     Document Date: 3-16-21
Number of Pages: 1     Signer(s) Other Than Named Above: ──

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5910