FILED

2021 MAR 25  AM 9: 34

Judge Laurie Selber Silverstein
District Delaware
824 North Market Street
6th Floor, Courtroom #2
Wilmington, Delaware 19801

Dear Judge Silverstein,
I appreciate you taking time to read my letter – I hope that it will put into context the difficult decision that you will have to make regarding the Boy Scouts of America and how this may set the precedent for not just Scouting, but for many other Youth Organizations. This letter may even create additional difficulties for you.

My name is ▓▓▓▓▓▓▓▓, I am an Eagle Scout and have been a Volunteer in Scouting for over 25 years. I come from a long line of Scouting. My grandfather was a Cub Scout in Portugal and later took Scouting to Angola and formed a Troop for my uncles, mother and many of the community's youth, where he impacted the many of their lives positively. I was honored to return to Angola, Africa in 2015 and see that the unit he started in the 1950s was still active. I met some of the Scouts, who today are adults and they shared with me of what my grandfather did to help them become successful today.

I am a product of this movement and it helped me to become a successful adult. I served our great Nation in the US Army and retired five years ago after what I feel was a successful career; a career that Scouting helped me to Be Prepared for.

After earning my Eagle, I continued to give back to Scouting as an Adult, for two reasons: 1. So many people, including Scouting Leaders helped me to earn the highest Scouting Honor and 2. Because Former President Gerald Ford wrote in a note to me after earning my Eagle that, "Scouting has been good to you as a youth, be good to Scouting as an Adult."

Today, I serve as a leader and parent. I have watched young boys turn into great young men; and now I see young girls turning into great young ladies. I have three children, my oldest son, Caleb, is 17 years-old and is finishing up his Eagle project; my middle child, Meghan, is 14 years-old and has been thriving in Scouting. She is a Life Scout and focused on earning Eagle. My youngest, Morgan, is 11 years-old and she is the most fired up of all my children about Scouting – very determined to be the youngest Eagle and earn all the merit badges. While, I don't agree with young Eagles – this young lady is very mature and determined.

Why do I share this with you? You will hear or have heard from the victims and from the attorneys, but I think it is also important that you hear from our current Scouts, leaders and those who have benefited from Scouting. I am not sure how familiar with Scouting you are, so excuse me if I insult your intelligence. There is no other youth program in America that can provide our youth with the things that Scouting provides – it is not just camping in the woods, or tying knots, or first-aid. Scouting teaches our youth to have a Duty to God and their Country, to have a Duty to Others and a Duty to Self, it teaches Scouts skills that will prepare them for their lives and it teaches leadership using the outdoors and these Scouting Skills. Through the merit badges and other advancement, youth learn an array of things; some of which will become hobbies, others will gain them knowledge about things to be able to have

conversations with others and some will even find their future careers through earning these merit badges. I can go on about the benefits of Scouting.

Have there been abuse cases? No doubt about that and the victims need to be cared for, the abusers need to be punished and Scouting needs to continue its mission to provide for our Youth. The fact is that the victims are not truly the ones being cared for, the attorneys are, and many have tarnished the Code of Ethics to place the Code of the Almighty Dollar first. I don't have to tell you this, and I certainly am not trying to insult you as a JD, but I believe that you understand where I am coming from.

Scouting, is a wonderful program and the amazing leaders, which help our youth to become better people have had their reputation tarnished because of a few "bad apples." The fact is that the Boy Scouts of America have created training and implemented standards to protect our Youth. Through lessons learned, we have a duty to our Youth to ensure that they get this program safely in a safe environment, surrounded by good people.

It is so hard to keep this simple and this letter short, but I am sure that I echo the voices of many that show a love for this program. When asked what my hobbies are, I always respond with is Scouting. I enjoy spending time with my Children and helping other children get the same or similar great experience that I had. We are products of our experiences; good and bad. Scouting allows our youth to, in the safest ways, make choices some of which have great lessons through experiences of failing.

Let me share this with you; recently a friend of my daughter's told her that she had a "great" dad. She asked him why he said that, his response was that, I had been his leader in Cub Scouting and that he learned more from me in his life than he did from his own father. I want you to imagine how there are Scouts that have no father and many or our leaders serve as father-figures. I want you to know that this is just one story, and there are many that are similar throughout our Nation. Fact is that Scouts interactions through Scouting helps them grow in so many ways.

Ultimately, it is my opinion, those who have done wrong, be punished, without harming a youth Organization that does so much to grow our future leaders. Your decision could very well end an Organization that has provided youth with a phenomenal program for over 100 years and its outcomes and influence has been more positive than negative; growth of our children – spiritually, mentally and physically; countless service hours provided to non-profits and communities all over the United States and allowing youth to use Scouting as a "leadership laboratory," to become our future leaders; so much more.

I encourage you to see the program in action and see the benefits that Scouts make to their local communities everyday and the lessons that they learn that will carry them into the future.

V