March 17, 2021

2021 MAR 25  AM 10: 12

Dear Hon. Judge Silverstein,

U.S. BANKRUPTCY COURT

Please don't let Boy Scouts disappear, my dad's an Eagle Scout, His dad and his Dad where all in Scouting and it's always been my goal to be an Eagle Scout. Its not my fault that there are bad people in the world and its not really Scouting problems that there are bad people in the world. Why punish a program and the kids that are in Scouting now for things that happened 10-70 year's? Why not go after the bad men and women that did this stuff and punish them for what they did.

███████████



Judge Silverstein
824 North Market St
Wilmington, DE 19801

19601-302499