**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Lauren R. Lifland of Wilmer Cutler Pickering Hale and Dorr LLP to represent The Continental Insurance Company and Columbia Casualty Company in the above-captioned chapter 11 cases.

Dated:   March 26, 2021         Respectfully submitted,

   */s/ Maria Aprile Sawczuk*
Maria Aprile Sawczuk (DE Bar No. 3320)
GOLDSTEIN & MCCLINTOCK LLLP
501 Silverside Road, Suite 65
Wilmington, DE 19809
Telephone: (302) 444-6710
Email: marias@goldmclaw.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bars of the United States District Courts for the Eastern, Northern and Southern Districts of New York and the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of the above-captioned chapter 11 cases. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

WILMER CUTLER PICKERING HALE AND DORR LLP

   */s/ Lauren R. Lifland*
Lauren R. Lifland
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 295-6305
E-Mail: lauren.lifland@wilmerhale.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.