# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**RE: D.I. 2352** |

**CERTIFICATE OF NO OBJECTION REGARDING THE FOURTH INTERIM FEE APPLICATION REQUEST OF OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C., AS SPECIAL LITIGATION COUNSEL FOR THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM NOVEMBER 1, 2020 TO AND INCLUDING JANUARY 31, 2021**

The undersigned hereby certifies that, as of the date hereof, Ogletree, Deakins, Nash, Smoak & Stewart, P.C. ("Ogletree") has received no answer, objection or other responsive pleading to the **Fourth Interim Fee Application Request of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., as Special Litigation Counsel for the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2020 to and Including January 31, 2021** (the "Application") (D.I. 2352), filed on March 10, 2021.

The undersigned further certifies that Ogletree has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice, objections to the Application were to be filed and served no later than March 24, 2021 at 4:00 p.m. (Eastern Time).

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

WHEREFORE, Ogletree respectfully requests that the Application be approved.

Dated:  March 26, 2021  
       Austin, Texas

**Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**

*/s/  Bruce A. Griggs*  
Bruce A. Griggs  
Shareholder  
301 Congress Avenue, Suite 1150  
Austin, Texas 78701  
Phone: (512) 344-4700  
Email: bruce.griggs@ogletreedeakins.com

SPECIAL LITIGATION COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION