# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |
| | **RE: D.I. 2349** |

### CERTIFICATE OF NO OBJECTION REGARDING THE FOURTH INTERIM FEE APPLICATION OF KCIC, LLC, AS INSURANCE AND VALUATION CONSULTANT FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM NOVEMBER 1, 2020 TO AND INCLUDING JANUARY 31, 2021

The undersigned hereby certifies that, as of the date hereof, KCIC, LLC ("KCIC") has received no answer, objection or other responsive pleading to the **Fourth Interim Fee Application of KCIC, LLC, as Insurance and Valuation Consultant for the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2020 to and Including January 31, 2021** (the "Application") (D.I. 2349), filed on March 10, 2021.

The undersigned further certifies that KCIC has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice, objections to the Application were to be filed and served no later than March 24, 2021 at 4:00 p.m. (ET).

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

WHEREFORE, KCIC respectfully requests that the Application be approved.

Dated:  March 26, 2021
      Wilmington, Delaware

KCIC, LLC

*/s/  Elizabeth Hanke*
Elizabeth Hanke
1401 I Street, NW, Suite 1200
Washington, DC 20005
Telephone: (202) 650-0503
Facsimile: (202) 650-0651
E-mail: hankee@kcic.com

INSURANCE AND VALUATION
CONSULTANT TO THE DEBTORS AND
DEBTORS IN POSSESSION