**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**RE: D.I. 2348** |

**CERTIFICATE OF NO OBJECTION REGARDING THE FOURTH INTERIM FEE APPLICATION OF SIDLEY AUSTIN LLP, AS ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM NOVEMBER 1, 2020 TO JANUARY 31, 2021**

The undersigned hereby certifies that, as of the date hereof, Sidley Austin, LLP ("Sidley") has received no answer, objection or other responsive pleading to the **Fourth Interim Fee Application of Sidley Austin LLP, as Attorneys for the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2020 to January 31, 2021** (the "Application") (D.I. 2348), filed on March 10, 2021.

The undersigned further certifies that Sidley has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice, objections to the Application were to be filed and served no later than March 24, 2021 at 4:00 p.m. (ET).

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

2

WHEREFORE, Sidley respectfully requests that the Application be approved.

Dated:  March 26, 2021        SIDLEY AUSTIN LLP
       Wilmington, Delaware

                                            /s/  *Thomas A. Labuda*
                                            Thomas A. Labuda (admitted *pro hac vice*)
                                            One South Dearborn Street
                                            Chicago, Illinois 60603
                                            Telephone:  (312) 853-7000
                                            Email:  tlabuda@sidley.com

                                            ATTORNEYS FOR THE DEBTORS AND DEBTORS
                                            IN POSSESSION