# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | Jointly Administered |
| Debtors. | RE: D.I. 2362 |

### CERTIFICATE OF NO OBJECTION REGARDING THE NINTH MONTHLY APPLICATION OF ALVAREZ & MARSAL NORTH AMERICA, LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM DECEMBER 1, 2020 TO AND INCLUDING DECEMBER 31, 2020

The undersigned hereby certifies that, as of the date hereof, Alvarez & Marsal North America, LLC ("A&M") has received no answer, objection or other responsive pleading to the **Ninth Monthly Application of Alvarez & Marsal North America, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from December 1, 2020 to and Including December 31, 2020** (the "Application") (D.I. 2362), filed on March 12, 2021.

The undersigned further certifies that A&M has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice, objections to the Application were to be filed and served no later than March 25, 2021 at 4:00 p.m. (ET).

Accordingly, pursuant to the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense*

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

*Reimbursement for Official Committee Members and (II) Granting Related Relief* (D.I. 341) entered on April 6, 2020, the Debtors are authorized to pay the amount indicated below without any further court order.

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Debtors are Authorized to Pay ( (2) + (3) ) |
|---|---|---|---|
| $852,767.00 | $452.81 | $682,214.00 | $682,666.81 |

WHEREFORE, A&M respectfully requests that the Application be approved.

Dated: March 26, 2021　　　　　　　　　ALVAREZ & MARSAL NORTH AMERICA, LLC
　　　　Chicago, Illinois

　　　　　　　　　　　　　　　　　　　　*/s/ Brian Whittman*
　　　　　　　　　　　　　　　　　　　　Brian Whittman
　　　　　　　　　　　　　　　　　　　　Managing Director
　　　　　　　　　　　　　　　　　　　　540 W Madison
　　　　　　　　　　　　　　　　　　　　18th Floor
　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60661
　　　　　　　　　　　　　　　　　　　　Telephone: (312) 601-4227
　　　　　　　　　　　　　　　　　　　　Email: bwhittman@alvarezandmarsal.com

　　　　　　　　　　　　　　　　　　　　FINANCIAL ADVISORS TO THE
　　　　　　　　　　　　　　　　　　　　DEBTORS AND DEBTORS IN
　　　　　　　　　　　　　　　　　　　　POSSESSION