IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: BOY SCOUTS OF AMERICA and DELAWARE BSA, LLC, | : : : | Chapter 11 Case No. 20-10343 (LSS) (Jointly Administered) |
| Debtors. | : | |
| _____ | : | |
| CENTURY INDEMNITY COMPANY, | : : | |
| Appellants, | : | |
| v. | : : | Civ. No. 20-774-RGA |
| BOY SCOUTS OF AMERICA and DELAWARE BSA, LLC, | : : : | |
| Appellees. | : : | |

## **ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED**:

1.       The appeal (D.I. 1) is **DISMISSED**.

2.       The Clerk is directed to **CLOSE** Civ. No. 20-774 (RGA).

Entered this 29th day of March, 2021.

  _/s/ Richard G. Andrews___
United States District Judge

15