**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |
| HARTFORD ACCIDENT AND INDEMNITY COMPANY AND FIRST STATE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>BOY SCOUTS OF AMERICA, *et al.*,<br><br>Defendants | Adv. Proc. No. 20-50601-LSS |

**NOTICE OF WITHDRAWAL**

PLEASE TAKE NOTICE that Michele Backus Konigsberg, of the firm Shipman & Goodwin LLP, hereby withdraws as counsel for Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fire Insurance Company (collectively, "Hartford"), and requests to be removed from all notice and service lists in the above-reference cases.

PLEASE TAKE FURTHER NOTICE that this withdrawal is limited to Michele Backus Konigsberg, and does not impact the representation of Hartford by other Shipman & Goodman LLP and Bayard, P.A. attorneys in the above-captioned matters.

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

Date: March 29, 2021
Wilmington, Delaware

BAYARD, P.A.

*/s/ Gregory J. Flasser*

Erin R. Fay (No. 5268)
Gregory J. Flasser (No. 6154)
600 North King Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: efay@bayardlaw.com
gflasser@bayardlaw.com

- and -

James P. Ruggeri (admitted *pro hac vice*)
Joshua D. Weinberg (admitted *pro hac vice*)
Abigail W. Williams (admitted *pro hac vice*)
Shipman & Goodwin LLP
1875 K Street, NW, Suite 600
Washington, DC 20003
Tel: (202) 469-7750
Fax: (202) 469-7751

*Counsel for Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Fire Insurance Company*