```
 1   IN THE UNITED STATES BANKRUPTCY COURT
 2          - For DISTRICT of Delaware -
 3   IN re:
 4   Boy Scouts of America &         case# 20-10343 (LSS)
 5   Delaware BSA, LLC
 6
 7   [REDACTED]
 8
 9
10
11
12   [REDACTED]
13
14
15   RE: JOINDER OF PlAINtiFF/PARty,
16       Notice of related cases,
17       AND OBJECTIONS.
18
19   FOR: April 15 2021    10:00 AM
20   IN THE U.S. BANKRUPTSY COURt
21   OF DelAWARE-
22
23   THE Honorable Laurie Selber
24   Silverstein.
25
26
27
28
```

FILED 2021 MAR 29 AM 9:40
CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

PG. 2

1  1) I am a pro-se prisoner, I put in my
2  BSA claims direct to OMNI SOlutions and
3  USDistrict court cases: ▓▓▓▓▓▓▓▓
4  Delaware And local ▓▓▓▓▓▓▓▓
5  DOCSP USDC Central CA myself pro-se
6  the best I could before the 11-16-20
7  "DEADLINE". (TO At least Get IN ON time) MOST importantly those cases,
8  like All federal courts and herein now
9  pursuant to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
10 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
11 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ MUST
12 recognize the prisoner mailbox rule
13 where my document is filed the date
14 not when you recieve it but when my
15 jail takes it for mail processing. An
16 example will be this: 3/19/21
17
18 2) ON THE Front page (page one)
19 TAKE NOTICE OF MY INFORMATION
20 INMATE #/NAME/ADDress And please
21 ADD it/me to the plaintiffs/
22 claimaint's/tort claimaint's/Future
23 claimaints "list"/mailing list or lawyer
24 list/notification list
25 3) Please Also Note the related
26 BSA claims to this case -
27
28

PG. 3

1  #4 OMNISOLUTIONS SENT ME A 4 PAGE
2  "NOTICE OF hearing to consider approval
3  OF DISCLOSURE STATEMENTS & SOLICITATION procedures
4  specifically ① Amended chap 11 plan ② Disclosure
5  & ③ Debtors Motion for entry
6
7  FACTS: I WAS NOT GIVEN ANY COPIES OF
8  these. I furthermore AM A pro-se prisoner
9  & am told to go "ONLINE" or CALL a 1866 or
10 1800# which is impossible to do or
11 have anyone do for me because I have
12 nobody.
13
14 FACTS #2: THE NOTICE WAS MAILED TO ME
15 late & I AM told in it I must reply by
16 April 2, 2021 & services 6 or more parties
17 So here I AM trying my best
18
19 FACTS #3 THE NOTICE states that the
20 plan contains releases of the Debtors
21 BSA & 3rd parties, local counsels & contributers
22 & prohibit holders OF Abuse CIAIMS
23 from Filing lawsuits against the
24 BSA. IN which I Must object to NOW
25 or Forever be barred. therefore
26 That is what I AM DOING NOW -
27 objecting to All 3 Filings by Debtors The best I CAN.
28

PG. 4

1  LEGAL GROUNDS: I have been denied meaningful 1st Amendment
2  court access when I do not recieve the
3  necessary documents to read & object to
4  or when I recieve notices on such short
5  notices that I must respond to promptly
6  & I cannot. 2ND) As a pro-se prisoner, if I was
7  in the ~~[redacted]~~
8  ~~[redacted]~~
9  ~~[redacted]~~
10 All prisoners access to a full, adequate library.
11 here as a ~~[redacted]~~
12 Jail: The law library merely consists of 1 small
13 iPad limited to some criminal & habeas & some civil
14 law & I must be a pro-per in my criminal
15 case to use it in which my inexperience & multiple
16 sclerosis prevents me. Again I object on the
17 grounds that I do not have access to the
18 law #1 & #2 I know THE BSA has ASSETS it
19 can liquidate & is simply trying to avoid
20 responsibility it owes to survivors like me -
21 I stand by mine & others claims, & similar to a
22 ~~[redacted]~~
23 some instances should've known that discovery,
24 reports & the perversion files will proove
25 in which the organization demonstrated
26 deliberate indifference & extreme gross negligence
27 by failing to protect the children/survivors -
28

p.5

1  IN A lot of instances, It has been
2  shown that the BSA knew (deliberate indifference) or at
3  least (should've known (interstate tort) of
4  "perverted" scout leaders/masters by
5
6  Reports of incidents & a list of perverts
7  called the perversion Files, 2nd) subjected
8  potential abuse by officials & knowledge of
9  the substantial risk of serious harm.
10 The BSA failed to respond reasonably
11 whatsoever to these incidents/claims & perverts
12 & the ultimate result of causation & injury. Especially
13 when the attackers are usually dangerous "predators"
14 ████████████████████████████████████████
15 or if the BSA learned that a group had threatened
16 /posed a risk, that official (BSA) must take
17 reasonable steps. In a way even encouraged &
18 witnessed, or even its policies; inactions —
19 #3 Many entities are sued also under Respondet  supervisor liability
20 Superior, & an entity (BSA) can be sued direct
21 similar to municipal liability in a '1983.
22 #4 - I adopt Atty. Andrew Van Arnsdale lawgroups filings
23 (retainer in the mail)
24 #5 to take away justice as debtors are trying  for the court
25 to do / our saying it's ok to every other entity to let children to
26 be hurt. This is all we have left. they broke
27 my life & mind. They owe & any "immunity" they're trying to do
28 and to do anything less than liquidate their assets as planned already, to pay us is immoral.   MS   JEBALON·M·Spengler

PRIVILEGED LEGAL COMMUNICATION

Omni Agent Solutions
5955 DeSoto Ave., Suite 100
Woodland Hills CA 91367

Exhibit A
PG. 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Hearing Date: April 15, 2021 at 10:00 a.m. (ET)<br>Objection Deadline: April 2, 2021 at 4:00 p.m. (ET) |

**NOTICE OF HEARING TO CONSIDER APPROVAL OF DISCLOSURE STATEMENT AND SOLICITATION PROCEDURES FOR THE AMENDED CHAPTER 11 PLAN OF REORGANIZATION FOR BOYS SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

PLEASE TAKE NOTICE THAT the above-captioned debtors and debtors-in-possession (together, the "Debtors") filed:

- the *Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 2293, filed March 1, 2021] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "Plan");[2]

- the *Disclosure Statement for the Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 2294, filed March 1, 2021] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "Disclosure Statement"); and

- the *Debtors' Motion for Entry of An Order (I) Approving Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief* [D.I. 2295, filed March 2, 2021] (the "Solicitation Procedures Motion").

The Plan contains releases of the Debtors and certain third parties and related injunction provisions. If approved, these provisions could release Abuse Claims held against the BSA and certain third parties, including against Local Councils and Contributing Chartered Organizations.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Plan, the Disclosure Statement, or the Solicitation Procedures Motion (defined as below), as applicable.

B-7

If approved, these provisions would prohibit holders of Abuse Claims from filing lawsuits against the BSA and certain third parties related to any Abuse Claim. Instead, the Plan provides a mechanism by which Abuse Claims against the Debtors will be channeled to a trust established pursuant to section 105(a) of the Bankruptcy Code. The Debtors are proponents of the Plan and support confirmation thereof. You should carefully review the Plan and the applicable release, injunction, and related provisions at https://omniagentsolutions.com/BSA.

**PLEASE TAKE FURTHER NOTICE THAT:**

1. The United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") has scheduled a hearing for **April 15, 2021 at 10:00 a.m. (Eastern Time)** (the "Disclosure Statement Hearing") to determine whether to, among other things, approve the Disclosure Statement as containing "adequate information" within the meaning ascribed to such term in section 1125 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code").

2. The Disclosure Statement Hearing will be held before the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge, at the Bankruptcy Court, 824 N. Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801. The Disclosure Statement Hearing may be adjourned from time to time without further notice other than the announcement of the adjourned date(s) at the Disclosure Statement Hearing or any continued hearing or as indicated in any notice of agenda of matters scheduled for the hearing filed with the Bankruptcy Court. If the Disclosure Statement Hearing is continued, the Debtors will post the new date and time of the Disclosure Statement Hearing at https://omniagentsolutions.com/BSA. The Disclosure Statement and Plan may be modified, if necessary, in accordance with the Bankruptcy Code, the Bankruptcy Rules, and other applicable law, before, during, or as a result of the Disclosure Statement Hearing, without further notice to creditors or other parties in interest.

3. Copies of the Disclosure Statement, the Plan, and the Solicitation Procedures Motion are available for review and download free of charge on the website maintained by the Debtors' claims, noticing, and solicitation agent, Omni Agent Solutions (the "Solicitation Agent"), at https://omniagentsolutions.com/BSA. Copies of the Disclosure Statement and the Plan are also available upon request by (a) calling the Debtors' toll-free restructuring hotline at 866-907-2721, (b) emailing BSAballots@omniagnt.com, (c) writing to Boy Scouts of America Ballot Processing, c/o Omni Agent Solutions, 5955 De Soto Avenue, Suite 100, Woodland Hills, CA 91367, or (d) submitting an inquiry on the Debtors' restructuring website at https://omniagentsolutions.com/BSA. You may also access these materials for a fee via PACER at http://www.deb.uscourts.gov/. Responses and objections to approval of the Disclosure Statement or the other relief sought by the Debtors in connection with the approval of the Disclosure Statement must: (i) be in writing; (ii) state the name and address of the objecting party or party proposing a modification to the Disclosure Statement and the nature and amount of the Claim of such party; (iii) state with particularity the basis and nature of any objection or response and include, where appropriate, proposed language to be inserted into the Disclosure Statement to resolve any such objection or response and include any evidentiary support therefor; and (iv) be filed, together with proof of service, with the Bankruptcy Court and served so as to be actually received on or before **April 2, 2021 at 4:00 p.m. (Eastern Time)** by:

(a) counsel to the Debtors, (i) White & Case LLP, 1221 Avenue of the Americas, New York, New York 10020 (Attn: Jessica C. Lauria (jessica.lauria@whitecase.com)), and 111 South Wacker Drive, Chicago, Illinois 60606 (Attn: Michael C. Andolina (mandolina@whitecase.com), Matthew E. Linder (mlinder@whitecase.com), and Blair Warner (blair.warner@whitecase.com)) and (ii) Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, 16th Floor, P.O. Box 1347, Wilmington, Delaware 19899-1347 (Attn: Derek C. Abbott (dabbott@morrisnichols.com), Andrew R. Remming (aremming@morrisnichols.com), Eric W. Moats (emoats@morrisnichols.com), and Paige N. Topper (ptopper@morrisnichols.com));

(b) the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn: David L. Buchbinder (david.l.buchbinder@usdoj.gov) and Hannah M. McColllum (hannah.mccollum@usdoj.gov));

(c) counsel to the Tort Claimants' Committee, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19801 (Attn: James I. Stang (jstang@pszjlaw.com), John A. Morris (jmorris@pszjlaw.com), James E. O'Neill (joneill@pszjlaw.com), and John W. Lucas (jlucas@pszjlaw.com));

(d) counsel to the Creditors' Committee, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Thomas Moers Mayer (tmayer@kramerlevin.com), Rachael Ringer (rringer@kramerlevin.com), David E. Blabey, Jr. (dblabey@kramerlevin.com), Jennifer R. Sharret (jsharret@kramerlevin.com), and Megan M. Wasson (mwasson@kramerlevin.com));

(e) counsel to the Future Claimants' Representative, Young Conaway Stargatt & Taylor, LLP, 1000 North King Street, Wilmington, Delaware 19801 (Attn: Robert S. Brady (rbrady@ycst.com), Edwin J. Harron (eharron@ycst.com), and Sharon M. Zieg (szieg@ycst.com)); and

(f) counsel to JPMorgan Chase Bank National Association, Norton Rose Fulbright US LLP, 2200 Ross Avenue, Dallas, Texas 75201-7932 (Attn: Louis R. Strubeck (louis.strubeck@nortonrosefulbright.com) and Kristian W. Gluck (kristian.gluck@nortonrosefulbright.com)).

4. **IF ANY OBJECTION TO THE DISCLOSURE STATEMENT IS NOT FILED AND SERVED AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO THE ADEQUACY OF THE DISCLOSURE STATEMENT AND MAY NOT BE HEARD AT THE HEARING.**

3



5. Following approval of the Disclosure Statement by the Bankruptcy Court, holders of Impaired Claims against the Debtors **that are entitled to vote** will receive Solicitation Packages in accordance with the order approving the Solicitation Procedures Motion, including instructions to obtain, free of charge, the Plan, the Disclosure Statement, and various other documents related thereto, unless otherwise ordered by the Bankruptcy Court. Holders of Unclassified Claims and Claims in the Unimpaired Classes will receive the Non-Voting Status Notice (each as defined in the Solicitation Procedures Motion). Holders of Disputed Claims that are subject to a pending objection by the Debtors and who are not entitled to vote the disputed portion of such Claim will receive the Disputed Claim Notice (each as defined in the Solicitation Procedures Motion).

6. **THIS NOTICE IS NOT A SOLICITATION OF VOTES TO ACCEPT OR REJECT THE PLAN. VOTES ON THE PLAN MAY NOT BE SOLICITED UNLESS AND UNTIL THE PROPOSED DISCLOSURE STATEMENT IS APPROVED BY AN ORDER OF THE BANKRUPTCY COURT.**

Dated: March 2, 2021

| | |
|---|---|
| WHITE & CASE LLP<br>Jessica C. Lauria (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Email: jessica.lauria@whitecase.com<br><br>– and –<br><br>WHITE & CASE LLP<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Laura E. Baccash (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice*)<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Email: mandolina@whitecase.com<br>         mlinder@whitecase.com<br>         laura.baccash@whitecase.com<br>         blair.warner@whitecase.com | */s/ Paige N. Topper*<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Eric W. Moats (No. 6441)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 351-9314<br>Email: dabbott@morrisnichols.com<br>         aremming@morrisnichols.com<br>         emoats@morrisnichols.com<br>         ptopper@morrisnichols.com |

*Attorneys for the Debtors and Debtors in Possession*

D9 Ex E p. 10

4

PROOF OF SERVICE-



TO: ① HON. L.S. Silverstein - USBC 824 N. Market
↑copies ST. 6th Fl. No. 2 - Wilmington, DE 19801
TO: ② omnisolutions - 5955 DE Soto Ave. #100 Woodland Hills CA 91367
TO ③ White & Case LLP 1221 Ave. of Americas, NY. NY 10020
TO: ④ US Trustee 844 King ST. #2207 Box 35
    Wilmington, DE 19801
TO: ⑤ Tort Claimants Commitee - PSZJ LLP
    919 N. Market ST. #17 Fl. PO box 8705
    Wilmington, DE 19801
TO: ⑤ Future Claimants Rep. Young CS & Taylor
    1000 N. King ST. Wilmington DE 19801
TO: ⑥ cansel to creditors Commitee - KLNtF LLP
    1177 Ave. of Americas, NY NY 10036
    Atn. Thomas M. Mayer
TO: ⑦ JPMorgan Chase - Norton R. Fulbright
    Atn: Louis Strubek -
    2200 Ross Ave. Dallas, Tx 75201-
                  7932

I declare under penalty of perjury-

TO: THE Honorable Judge
Laurie Selber Silverstein
United States Bankruptcy Court
824 North Market Street
6th Floor Courtroom # 2
Wilmington, Delaware 19801



