FILED
2021 MAR 26  AM 9:09

Judge Silverstein

Please B/I's let these Scan of the Planet + all en Eagle By Age 14 + BSA Kept me out of the boys school etc got their law firms AKA SS

## REVIEW & OUTLOOK

# Looting the Boy Scouts

The plaintiff bar long ago turned mass torts into a business model, but never underestimate legal creativity. The attempted looting of the Boy Scouts of America is highlighting the need for tort reform in a modern era of social media and lawsuit marketing.

The Boy Scouts filed for bankruptcy a year ago amid what it acknowledges are legitimate claims of sexual abuse by some scout leaders. BSA and its insurers have been working in good faith to settle those claims. Which is why insurers owned by Chubb Ltd. and Hartford Financial Services are asking U.S. bankruptcy Judge Laurie Selber Silverstein to allow discovery into the methods of plaintiff lawyers who produced a 55-fold increase in new claims in less than a year.

You read that right. Insurer court filings note that when BSA filed for bankruptcy, it was a defendant in 275 cases and had been notified of a potential 1,400 more. BSA now faces 95,000 claims. Behind this assault is a sophisticated new tort machine that leverages Wall Street litigation funding, third-party brokers to collect and commoditize claims, and sweeping online marketing that recruits and coaches claimants. This is the new mass tort industry.

The insurer filings point to the Coalition of Abused Scouts for Justice, an ad hoc group of mass plaintiffs. In one June 2020 email presented to the court, a coalition founder explained that the "strategy" is to "keep focused on our marketing and media efforts," so that "we control 80% of the claims[.] I.e. our coalition controls the case." It did force its way in, filing 60% of all the claims in "mass filings just days before" the Nov. 16, 2020 cutoff.

Potential plaintiffs were encouraged via marketing on YouTube, social media and text message blasts. Insurers say the groups also "ran thousands of television, radio and internet advertisements that were riddled with falsehoods."

These included "untrue statements" that claims could be filed "anonymously," that the Boy Scouts had set up a $1.5 billion fund for payouts, that compensation was "ensured," and that claimants wouldn't have to appear in court, say the insurer filings. The ads were so deceptive that Judge Silverstein in September ordered the lawyers to stop running "false

*The mass tort industry gins up thousands of dubious claims.*

and misleading" info[rmation].
The lawyers also hired [firms] which are private com[panies] cente[rs] pro[ducing] sor[s] the[...] trac[...] Pla[intiff...] hed[...]

claims, with the [financial] vestment with "recoveries [...] igation," the filings [say].

The insurers have [provided] dence to the court show[ing they] likely didn't even read [what] plaintiff coalition attorn[eys...] "proof of claims" in a s[...] seconds, assum[ing...] to have signed [...] others to fill them in l[ater].

It's no wonder that a [...] tion by two insurers foun[d...] appear to be duplicated. [...] identify a perpetrator. S[...] tify any affiliation with [...] 1,500 have already [been...] tion. And 54,000 [...] sands more were s[...] [c]laimant. A revi[ew...] found claimants who h[ad...] fraud, forgery, identi[ty...] claims, and child molest[ation...] The insurers are ask[ing to] sample of the claimants, as [...] methods used by 15 of the m[ost...] attorneys. Judge Silverstein [...] month, and this should b[e...]

Bankruptcy law pro[vides...] fairness demands it. A pay[out for] claims would reduce fun[ds for vic]tims. Notably, the original law[suit filed] by the bankruptcy trustee to pro[tect inter]ests of victims aren't opposed to di[scovery of] the tort coalition's claims.

The tort bar is using these tools [...] in many cases, (see the op[inion on] chemical litigation), but the [Boy Scouts] is the first based on sexual cl[aims...Silver]stein has an opportunity to st[op these] tactics in this case—and deter t[hem in fu]ture—by exposing them to le[gal and public] scrutiny.

JT + USA
Nailed Soots

Hon. Judge Laurie Selber Silverstein
US Bankruptcy Court
824 North Market St.
Wilmington DE

[Postmark: MIDLAND / ODESSA TX 797, 25 MAR 2021 PM]

1960133024