# Exhibit B

## Interim Application Summary

**Cover Sheet of Fee Application (UST Guidelines Exh. E)**

| **Interim Application Summary** | |
|---|---|
| Name of Applicant | Morris, Nichols, Arsht & Tunnell LLP |
| Name of Client | BOY SCOUTS OF AMERICA |
| Time period covered by Interim Application | November 1, 2020 through January 31, 2021 |
| Total compensation sought during Application Period | $126,006.00 |
| Total expenses sought during Application Period | $2,019.91 |
| Petition Date | February 18, 2020 |
| Retention Date | April 6, 2020, *nunc pro tunc* to February 18, 2020 |
| Date of order approving employment | April 6, 2020 |
| Total allowed compensation paid to date | $683,082.19 |
| Total allowed expenses paid to date | $38,174.22 |
| Total compensation approved by interim order to date | $795,165.00 |
| Total expenses approved by interim order to date | $38,174.22 |
| Blended rate in the Interim Application for all partners | $867.88 |
| Blended rate in the Interim Application for all attorneys | $623.30 |
| Blended rate in the Interim Application for all timekeepers | $528.99 |

| | |
|---|---|
| Compensation sought in the Interim Application already paid pursuant to a monthly compensation certificate but not yet allowed | $100,804.80 |
| Expenses sought in the Interim Application already paid pursuant to a monthly compensation certificate but not yet allowed | $2,019.91 |
| Number of professionals included in Interim Application | 11 |
| If applicable, number of professionals in the Interim Application not included in staffing plan approved by client | 2 |
| If applicable, difference between fees budgeted and compensation sought for the Application Period | |
| Number of professionals billing fewer than 15 hours to the case during the Application Period | 6 |
| Are any rates higher than those approved or disclosed at retention | **Effective January 1, 2021, Morris Nichols has implemented firm-wide rate increases. These rate increases are consistent with the Engagement Letter, which provides that the rates included therein are adjusted from time to time.** |