# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: Docket No. 2391** |

Objection Deadline: April 15, 2021, at 4:00 p.m. (ET)
Hearing Date: May 19, 2021 at 10:00 a.m. (ET)[2]

## NOTICE OF HEARING ON MOTION OF THE FUTURE CLAIMANTS' REPRESENTATIVE, THE OFFICIAL COMMITTEE OF TORT CLAIMANTS, AND THE COALITION OF ABUSED SCOUTS FOR JUSTICE FOR ENTRY OF AN ORDER, PURSUANT TO 11 U.S.C. §§ 105(a) AND 502(c), (I) AUTHORIZING AN ESTIMATION OF CURRENT AND FUTURE ABUSE CLAIMS AND (II) ESTABLISHING PROCEDURES AND SCHEDULE FOR ESTIMATION PROCEEDINGS

**PLEASE TAKE NOTICE** that on March 16, 2021, James L. Patton, Jr., the Future Claimants' Representative (the "FCR"), the Official Committee of Tort Claimants (the "TCC"), and the Coalition of Abused Scouts for Justice (the "Coalition") (collectively, the "Movants"), in the above-captioned cases, filed the *Motion of the Future Claimants' Representative, the Official Committee of Tort Claimants, and the Coalition of Abused Scouts for Justice for Entry of an Order, Pursuant to 11 U.S.C. §§ 105(a) and 502(c), (I) Authorizing an Estimation of Current and Future Abuse Claims and (II) Establishing Procedures and Schedule for Estimation Proceedings* (the "Motion") [Docket No. 2391] with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] The Movants have filed a motion to withdraw the reference of the Motion to United States District Court for the District of Delaware.

Through the Motion,[3] the Movants seek the entry of an order pursuant to sections 105(a) and 502(c) of title 11 of the United States Code (the "Bankruptcy Code"), (i) authorizing the estimation for purposes of plan distribution and setting claim distribution reserves of the aggregate amounts[4] of current and future Abuse Claims against the Boy Scouts of America ("BSA"), by type of abuse, by local council, by chartered sponsoring organization, and on a year-by-year basis; and (ii) establishing the procedures and schedule for those estimation proceedings, which are described in the Motion.  Approximately 84,000 survivors asserted Abuse Claims by filing proofs of claim before the Bar Date.  The Debtors' Proposed Plan contemplates that Abuse Claims will be channeled to and resolved through a trust, which will be funded by the Debtors and other parties, including local councils and chartered organizations.  But the Debtors assert that they can make only a limited cash contribution to that trust; the key asset funding the trust will be the Debtors' and local councils' considerable insurance assets.  Because the insurance assets are essential to a full funding of the trust, it would not suffice merely to agree on the Debtors' aggregate liability to the abuse survivors (if the parties could even do that much).  Rather, that aggregate liability, determined using a valuation scale by type of abuse, would then need to be allocated by local council and on a year-by-year and category-of-abuse basis, so that it could be matched to the appropriate insurer(s) and policy(ies).  It is plainly impracticable to liquidate some 84,000 Abuse Claims before confirming a plan.  Yet, absent a consensual resolution, a plan simply cannot be confirmed unless and until a value is placed on the Abuse Claims.  The Movants (three groups that collectively represent the interests of all abuse survivors) cannot support the confirmation of a plan unless it provides clear

---

[3] Capitalized terms not otherwise defined herein shall have the same meanings set forth in the Motion.
[4] Estimation of aggregate liability will not determine the liquidated amount of any particular individual claim.  The plan contemplated by the Movants will likely provide that such individual amounts will be determined through trust distribution procedures (the "TDP") or through release of actions into the tort system for adjudication as permitted by the TDP.

guidance as to how survivors will be paid and adequate consideration is available to satisfy the BSA's aggregate liability. Estimation pursuant to the Motion will provide that guidance.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the relief requested in the Motion must be filed with the Bankruptcy Court on or before **April 15, 2021 at 4:00 p.m. prevailing Eastern Time**.

**PLEASE TAKE FURTHER NOTICE THAT A HEARING TO CONSIDER APPROVAL OF THE MOTION WILL BE SCHEDULED FOR MAY 19, 2021 AT 10:00 A.M. (E.T.).** Copies of the Motion are available for review and download free of charge on the website maintained by the Debtors' Claims, Noticing and Solicitation Agent, Omni Agent Solutions, at https://omniagentsolutions.com/BSA. Copies of the Motion are also available upon request by emailing bsasurvivors@pszjlaw.com. You may also access these materials for a fee via PACER at http://www.deb.uscourts.gov/.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) the Office of the United States Trustee for the District of Delaware: United States Trustee, J. Caleb Boggs Federal Building, 844 North King Street, Suite 2207, Lockbox #35, Wilmington, DE 19801 (Attn: David L. Buchbinder, Esq. (david.l.buchbinder @usdoj.gov) and Hannah Mufson McCollum, Esq. (hannah.mccollum@usdoj.gov)); and (ii) the undersigned counsel for the Movants.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

| | |
|---|---|
| Dated: March 29, 2020<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Robert S. Brady*<br>Robert S. Brady (Bar No. 2847)<br>Edwin J. Harron (Bar No. 3396)<br>Sharon M. Zieg (Bar No. 4196)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: rbrady@ycst.com<br>     eharron@ycst.com<br>     szieg@ycst.com<br><br>*Counsel to the Future Claimants' Representative*<br><br>– and –<br><br>PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ James E. O'Neill*<br>James I. Stang (CA Bar No. 94435)<br>Iain A.W. Nasatir (CA Bar No. 148977)<br>John A. Morris (NY Bar No. 2405397)<br>James E. O'Neill (DE Bar No. 4042)<br>John W. Lucas (CA Bar No.271038)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: jstang@pszjlaw.com<br>     inasatir@pszjlaw.com<br>     jmorris@pszjlaw.com<br>     joneill@pszjlaw.com<br>     jlucas@pszjlaw.com<br><br>*Counsel for the Tort Claimants' Committee*<br><br>– and – |

MONZACK MERSKY AND BROWDER, P.A.

*/s/ Rachel B. Mersky*
Rachel B. Mersky (DE No. 2049)
1201 North Orange Street, Suite 400
Wilmington, Delaware 19801
Telephone:  (302) 656-8162
Facsimile:  (302) 656-2769
E-mail:  rmersky@monlaw.com
– and –

BROWN RUDNICK LLP
David J. Molton, Esq.
Eric R. Goodman, Esq.
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Email: dmolton@brownrudnick.com
Email: egoodman@brownrudnick.com

– and –

Sunni P. Beville, Esq.
Tristan G. Axelrod, Esq.
One Financial Center
Boston, MA 02111
Telephone:  (617) 856-8200
Email: sbeville@brownrudnick.com
Email: taxelrod@brownrudnick.com

– and –

ROBBINS, RUSSELL, ENGLERT, ORSECK,
 UNTEREINER & SAUBER LLP
Lawrence S. Robbins
Ariel N. Lavinbuk
William J. Trunk
Joshua S. Bolian
2000 K Street NW, 4th Floor
Washington, DC 20006
Telephone:  202-775-4500
Email:  lrobbins@robbinsrussell.com
          alavinbuk@robbinsrussell.com
          wtrunk@robbinsrussell.com
          jbolian@robbinsrussell.com

*Counsel to the Coalition of Abused Scouts for Justice*