## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: April 13, 2021, at 4:00 p.m. (prevailing Eastern Time)** |

## SUMMARY COVER SHEET OF THE SEVENTH MONTHLY FEE APPLICATION OF QUINN EMANUEL URQUHART & SULLIVAN, LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FEBRUARY 1, 2021, TO AND INCLUDING FEBRUARY 28, 2021

| | |
|---|---|
| Name of Applicant: | Quinn Emanuel Urquhart & Sullivan, LLP |
| Authorized to Provide Professionals Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | August 1, 2020 (order entered September 18, 2020) |
| Period for Which Compensation and Reimbursement Are Requested: | February 1, 2021, through February 28, 2021 |
| Amount of Compensation Requested: | $286,599.46 (80% of $358,249.32) |
| Amount of Expense Reimbursement Requested: | $13,902.71 |

This is a monthly fee statement.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

## PRIOR MONTHLY FEE STATEMENTS FILED

| Date Filed; ECF No. | Period Covered | Fees Requested | Expenses Requested | Fees Approved | Expenses Approved | Outstanding Fees | Outstanding Expenses |
|---|---|---|---|---|---|---|---|
| 10/12/20; ECF No. 1486 | 08/01/2020-08/31/2020 | $253,452.20 | $6,261.04 | $253,452.20 | $6,261.04 | $12,021.84 | $0.00 |
| 11/10/20; ECF No. 1644 | 09/01/2020-09/30/2020 | $587,436.16 | $8,054.82 | $587,436.16 | $8,054.82 | $44,794.13 | $0.00 |
| 12/08/20; ECF No. 1809 | 10/01/2020-10/31/2020 | $605,752.52 | $9,975.55 | $605,752.52 | $9,975.55 | $43,558.23 | $0.00 |
| 01/14/21; ECF No. 1944 | 11/01/2020-11/30/2020 | $690,108.20 | $7,868.87 | $690,108.20 | $7,868.87 | $68,440.93 | $0.00 |
| 03/02/21; ECF No. 2307 | 12/01/2020-12/31/2020 | $425,618.12 | $32,405.35 | $425,618.12 | $32,405.35 | $18,605.95 | $0.00 |
| 03/09/21; ECF No. 2345 | 01/01/2021-01/31/2021 | $834,988.70 | $6,799.81 | $834,988.70 | $6,799.81 | $476,066.36 | $0.00 |

## COMPENSATION AND HOURS BY PROFESSIONAL

| Name | Position | Year of Admission/Years of Experience | Discounted Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Rachel Herrick Kassabian | Partner | 1997; 23 years | $1,122.00 | 72.1 | $80,896.20 |
| Margret Caruso | Partner | 1998; 22 years | $1,122.00 | 22.0 | $24,684.00 |
| Patricia B. Tomasco | Partner | 1988; 31 years | $1,015.75 | 1.8 | $1,828.36 |
| Claudia Bogdanos | Counsel | 1996; 24 years | $985.50 | 15.6 | $15,373.80 |
| Todd Anten | Partner | 2007; 13 years | $930.75 | 57.3 | $53,332.06 |
| Sara Jenkins | Counsel | 2004; 16 years | $909.00 | 121.1 | $110,079.90 |
| Dylan Scher | Associate | 2019; 2 year | $675.00 | 64.0 | $43,200.00 |
| Allison (Bingxue) Que | Associate | 2018; 2 year | $675.00 | 2.2 | $1,485.00 |
| Roger S. Huddle | Law Clerk | | $425.00 | 43.6 | $18,530.00 |
| Scott Weingrad | Contract Attorney | 2004; 16 years | $325.00 | 13.0 | $4,225.00 |
| Barbara J. Howell | Paralegal | 35 years | $355.00 | 13.0 | $4,615.00 |
| Total | | | | 425.7 | $358,249.32 |

## COMPENSATION BY PROJECT CATEGORY

| Task Description | Total Hours | Total Compensation |
|---|---|---|
| Employment and Fee Applications | 26.8 | $19,008.52 |
| Litigation – Federal District Court Case | 398.9 | $339,240.80 |
| Total | 425.7 | $358,249.32 |

## EXPENSES BY CATEGORY

| Category | Amount |
|---|---|
| Attorney Service (A&A Legal Services – Delivery Fee) | $99.00 |
| Express Mail (Federal Express) | $32.10 |
| Filing Fee | $200.00 |
| Messenger | $28.12 |
| Document Reproduction (at $.10 per page) | $453.90 |
| Color Document Reproduction (at $.40 per page) | $475.20 |
| Velobind | $15.00 |
| Document Services | $6,369.39 |
| Hosting per GB – 3.50 | $6,230.00 |
| Total | $13,902.71 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: April 13, 2021, at 4:00 p.m. (prevailing Eastern Time)** |

**NOTICE OF THE SEVENTH MONTHLY FEE APPLICATION
OF QUINN EMANUEL URQUHART & SULLIVAN, LLP FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT
OF EXPENSES FOR THE PERIOD FROM FEBRUARY 1, 2021,
TO AND INCLUDING FEBRUARY 28, 2021**

PLEASE TAKE NOTICE that today, Quinn Emanuel Urquhart & Sullivan, LLP, as special counsel to the Debtors in the above-captioned case, filed the attached Seventh Monthly Fee Application of Quinn Emanuel Urquhart & Sullivan, LLP for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2021, to and including February 28, 2021 (the "Application").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Application, must: (a) be filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, by April 13, 2021, at 4:00 p.m. (ET) (the "Objection Deadline"); and (b) be served so as to be received on or before the Objection Deadline by:

a.  The Debtors, Boy Scouts of America, 1325 West Walnut Hill Lane, Irving, Texas 75038, Attn: Steven P. McGowan (steve.mcgowan@scouting.org);

b.  Counsel to the Debtors – White & Case LLP, 1221 Avenue of the Americas, New York, New York 10020, Attn: Jessica C.K. Boelter (jessica.boelter@whitecase.com) and Matthew E. Linder (mlinder@whitecase.com);

c.  Co-counsel to the Debtors - Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, 16th Floor, P.O. Box 1347, Wilmington, Delaware 19899-1347, Attn: Derek C. Abbott (dabbott@mnat.com);

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

d.      The United States Trustee - 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: David Buchbinder, Hannah M. McCollum, and Ramona Vinson      (david.l.buchbinder@usdoj.gov;      hannah.mccollum@usdoj.gov; ramona.vinson@usdoj.gov); Christine Green (Christine.Green@usdoj.gov);

e.      Counsel to the Official Committee of Unsecured Creditors - Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036, Attn: Rachael   Ringer   and   Megan   M.   Wasson   (rringer@kramerlevin.com; mwasson@kramerlevin.com);

f.      Co-counsel to the Official Committee of Unsecured Creditors - Reed Smith LLP, 1201 N. Market Street, Suite 1500, Wilmington, DE 19801, Attn: Kurt F. Gwynne and Katelin A. Morales (kgwynne@reedsmith.com; kmorales@reedsmith.com);

g.      Counsel to the Official Committee of Tort Claimants - Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801, Attn: James E. O'Neill and James I. Stang (joneill@pszjlaw.com; jstang@pszjlaw.com);

h.      Counsel to the Ad Hoc Committee of Local Councils - Wachtell, Lipton, Rosen & Katz, 51 West 52nd Street, New York New York 10019, Attn: Richard G. Mason and Joseph C. Celentino (rgmason@wlrk.com; jccelentino@wlrk.com);

i.      Counsel to JPMorgan Chase Bank, National Association - Norton Rose Fulbright US LLP, 2200 Ross Avenue, Dallas, Texas 75201-7932, Attn: Louis R. Strubeck and   Kristian   W.   Gluck;   (kristian.gluck@nortonrosefulbright.com; louis.strubeck@nortonrosefulbright.com);

j.      Counsel to the County Commission of Fayette County (West Virginia) - Steptoe & Johnson PLLC, Chase Tower, 8th Floor, 707 Virginia Street East, Charleston, West Virginia 25301, Attn: John Stump (john.stump@steptoe-johnson.com);

k.      Counsel to the Future Claimants' Representative - Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 N. King Street, Wilmington, Delaware 19801, Attn: Robert S. Brady and Edwin J. Harron (eharron@ycst.com; rbrady@ycst.com); and

l.      Rucki Fee Review, LLC, 1111 Windon Drive, Wilmington, DE 19803, Attn: Justin H. Rucki (justinrucki@ruckifeereview.com).

A HEARING ON THE APPLICATION, IF NECESSARY, WILL BE HELD AT THE CONVENIENCE OF THE COURT AND NOTICE OF ANY SUCH HEARING WILL BE GIVEN ONLY TO THE OBJECTING PARTY OR PARTIES.

IF YOU FILE TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION, WITHOUT FURTHER NOTICE OF HEARING.

Respectfully submitted this 30th day of March, 2021.

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Patricia B. Tomasco*
   Patricia B. Tomasco
   711 Louisiana, Suite 500
   Houston, Texas 77002
   Telephone: 713-221-7000
   Facsimile:  713-221-7100
   Email: pattytomasco@quinnemanuel.com

  -and-

   Rachel Herrick Kassabian
   555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065
   Telephone: 650-801-5005
   Email: rachelkassabian@quinnemanuel.com

  -and-

   Todd Anten
   51 Madison Avenue, 22nd Floor
   New York, New York 10010
   Telephone: 212-849-7192
   Email: toddanten@quinnemanuel.com

SPECIAL LITIGATION COUNSEL FOR THE BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
|  | **Objection Deadline: April 13, 2021, at 4:00 p.m. (prevailing Eastern Time)** |

**SEVENTH MONTHLY FEE APPLICATION
OF QUINN EMANUEL URQUHART & SULLIVAN, LLP FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT
OF EXPENSES FOR THE PERIOD FROM FEBRUARY 1, 2021,
<u>TO AND INCLUDING FEBRUARY 28, 2021</u>**

COMES NOW, Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), special litigation counsel for the Boy Scouts of America and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors-in-possession (together, the "Debtors") in the above-captioned chapter 11 cases, and hereby submits this seventh monthly fee application (this "Application") for (a) interim allowance and payment of compensation for professional services to the Debtors during the period from February 1, 2021, to and including February 28, 2021 (the "Fee Period"), in the amount of $286,599.46, representing 80% of the $358,249.32 of fees earned by Quinn Emanuel for professional services to the Debtors during the Fee Period and (b) reimbursement of 100% of the actual and necessary expenses incurred by Quinn Emanuel during the Fee Period in connection with such services in the amount of $13,902.71.  In support of this Application, Quinn Emanuel respectfully represents as follows:

---

[1]    The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

## JURISDICTION AND VENUE

1.      The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The statutory and other bases for the relief requested herein are sections 330 and 331 of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* (ECF No. 341) (the "Compensation Procedures Order").

## BACKGROUND

3.      The Debtors commenced these cases on February 18, 2020 (the "Petition Date"), and they continue to operate their non-profit organization and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  These chapter 11 cases are being jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1.

4.      On March 5, 2020, the United States Trustee for the District of Delaware appointed an official committee of tort claimants and an official committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code.

5.      On April 24, 2020, the Court appointed James L. Patton, Jr. as the representative of future abuse claimants pursuant to sections 105(a) and 1109(b) of the Bankruptcy Code.

6.      The Court has authorized the Debtors to retain and employ Quinn Emanuel as their special litigation counsel, *nunc pro tunc* to August 1, 2020, pursuant to the *Order Authorizing the Retention and Employment of Quinn Emanuel Urquhart & Sullivan, LLP as Special Litigation Counsel for the Debtors and Debtors in Possession, Nunc Pro Tunc to August 1, 2020* (ECF No. 1343) (the "Retention Order").  The Retention Order authorizes the Debtors to compensate and reimburse Quinn Emanuel in accordance with the terms and conditions as set forth in the Debtors' application to retain Quinn Emanuel, subject to Quinn Emanuel's application to the Court.

7.      On April 6, 2020, the Court entered the Compensation Procedures Order.  The Compensation Procedures Order provides, among other things, that each professional shall be entitled, on or as soon as practicable after the fifteenth (15th) day of each month following the month for which compensation and/or expense reimbursement is sought, to file and serve an application for interim allowance of compensation earned and reimbursement of expenses incurred during the preceding month (each a "Monthly Fee Application").  Parties shall have 14 days after service of a Monthly Fee Application to object thereto (the "Objection Deadline").  Upon the expiration of the Objection Deadline, the applicant may file a certificate of no objection (a "CNO") with the Court with respect to the unopposed portion of the fees and/or expenses requested in the applicable Monthly Fee Application.  After the filing of a CNO, the Debtors are authorized and directed to pay the applicant an amount equal to 80% of the fees and 100% of the expenses requested in the applicable Monthly Fee Application not subject to an objection.

8.      On September 18, 2020, the Court entered an order appointing Justin H. Rucki of Rucki Fee Review, LLC as the fee examiner in these chapter 11 cases.

## RELIEF REQUESTED

9.      By this Application, in accordance with the Compensation Procedures Order, Quinn Emanuel requests payment in the amount of $286,599.46, which is equal to (a) 80% of the $358,249.32 earned by Quinn Emanuel for professional services to the Debtors during the Fee Period and (b) 100% of the $13,902.71 of actual and necessary expenses incurred by Quinn Emanuel during the Fee Period in connection with its services to the Debtors.

## SUMMARY OF SERVICES RENDERED

10.      Attached hereto as **Exhibit A** is a detailed statement of the time expended and compensation earned by Quinn Emanuel during the Fee Period.  Quinn Emanuel's professionals expended a total of 425.7 hours in connection with these chapter 11 cases during the Fee Period. All services for which Quinn Emanuel is requesting compensation were performed for or on behalf of the Debtors.  The services rendered by Quinn Emanuel during the Fee Period are categorized as set forth in **Exhibit A** and in the summary cover sheet prefixed to this Application.  The professionals who provided services to the Debtors during the Fee Period are also identified in **Exhibit A** and in the summary cover sheets.

## ACTUAL AND NECESSARY EXPENSES

11.      Quinn Emanuel also incurred certain necessary expenses during the Fee Period for which it is entitled to reimbursement under the terms of its retention.  Attached hereto as **Exhibit A** is a detailed statement of Quinn Emanuel's out-of-pocket expenses incurred during the Fee Period, totaling $13,902.71.  These expenses include, but are not limited to, reprographics and document services and hosting services.

## VALUATION OF SERVICES

12.      As noted above, the amount of time spent by each Quinn Emanuel professional providing services to the Debtors during the Fee Period is set forth in the summary attached hereto

as **Exhibit A**.  The rates reflected on **Exhibit A** are Quinn Emanuel's customary hourly rates for work of this character.  The reasonable value of the services rendered by Quinn Emanuel for the Fee Period as special litigation counsel to the Debtors in these chapter 11 cases is $358,249.32.

13.    In accordance with the factor enumerated in section 330 of the Bankruptcy Code, the fees requested are fair and reasonable given (a) the complexity of these chapter 11 cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

14.    Although Quinn Emanuel has made every effort to include all fees and expenses incurred during the Fee Period in this Application, some fees and expenses might not be included in this Application due to delays caused by accounting and processing during the Fee Period. Quinn Emanuel reserves the right to make further applications to this Court for allowance of such fees and expenses not included herein.  Subsequent fee applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the Compensation Procedures Order.

## <u>CERTIFICATE OF COMPLIANCE</u>

15.    The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies that, to the best of her knowledge, information, and belief, this Application complies with the requirements of that Local Rule.

*[Remainder of Page Intentionally Left Blank]*

WHEREFORE, Quinn Emanuel requests allowance and payment of compensation for professional services to the Debtors during the Fee Period in the amount of (a) $286,599.46, representing 80% of the $358,249.32 of fees earned by Quinn Emanuel for professional services to the Debtors during the Fee Period and (b) 100% of the actual and necessary expenses incurred by Quinn Emanuel during the Fee Period in connection with such services in the amount of $13,902.71.

Respectfully submitted this 30th day of March, 2021.

QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ Patricia B. Tomasco*
Patricia B. Tomasco
711 Louisiana, Suite 500
Houston, Texas 77002
Telephone:  (713) 221-7000
Email:  pattytomasco@quinnemanuel.com

– and –

Rachel Herrick Kassabian
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5005
Email: rachelkassabian@quinnemanuel.com

– and –

Todd Anten
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7192
Email: toddanten@quinnemanuel.com

SPECIAL LITIGATION COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION

## **Exhibit A**

**Fees Statement and Expense Detail**

# quinn emanuel trial lawyers

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY |
CHICAGO | DC | LONDON | MANNHEIM | TOKYO | HAMBURG |
PARIS | MUNICH | SYDNEY | HONG KONG | HOUSTON | BOSTON |
BRUSSELS | SEATTLE | ZURICH | SHANGHAI |STUTTGART | PERTH |
SALT LAKE CITY |

March 24, 2021

Steve P. McGowan, General Counsel
Legal Department
Boy Scouts of America
1325 W. Walnut Hill Lane
P.O. Box 152079
Irving, Texas 75015

Matter #: 05621-00003
Invoice Number: 101-0000115132
Responsible Attorney: Rachel Herrick Kassabian

<u>Girl Scouts of the United States of America v. Boy Scouts of America</u>

For Professional Services through February 28, 2021 in connection with defending Boy Scouts of America against Girls Scouts of the United States of America.

| | |
|---|---:|
| Fees | $358,249.32 |
| Expenses | $13,902.71 |
| Net Amount | $372,152.03 |
| Total Due This Invoice | $372,152.03 |

**Confidential – May include attorney-client privileged and work-product information**

los angeles | new york | san francisco | silicon valley | chicago | dc | london | mannheim | tokyo| hamburg | paris | munich
sydney | hong kong | houston | brussels | seattle | zurich | shanghai | stuttgart | perth | boston | salt lake city

# quinn emanuel trial lawyers

March 24, 2021                                                                              Matter #: 05621-00003
Page 2                                                                           Invoice Number: 101-0000115132

## Statement Detail

<u>**02  Employment and Fee Applications**</u>

| | | | | |
|---|---|---|---|---|
| 02/01/21 | BH2 | Review Pacer docket to verify that there are no objections to the Fourth Monthly Fee Statement filed by Quinn Emanuel (.2); draft Certificate of No Objection (.6) and forward to P. Tomasco, R. Herrick Kassabian, and T. Anten for review (.1). | 0.90 | 319.50 |
| 02/01/21 | TA | Review certificate of no objection for filing (0.2). | 0.20 | 186.15 |
| 02/01/21 | RHK | Correspondence with B. Howell re notice of no objection (.1); review same (.1). | 0.20 | 224.40 |
| 02/02/21 | TA | Teleconference with P. Tomasco, B. Howell, and R. Kassabian re: fee examiner's report (0.5) | 0.50 | 465.38 |
| 02/02/21 | RHK | Teleconference with P. Tomasco, T. Anten and B. Howell re: fee examiner's report (0.5); correspondence with J. Rucki re report (.1); correspondence with accounting re J. Rucki requests (.2). | 0.80 | 897.60 |
| 02/02/21 | PT | Participate in conference call with T. Anten, R. Kassabian and B. Howell regarding fee examiner issues. | 0.50 | 507.88 |
| 02/02/21 | BH2 | Finalize (.1) and file the Certificate of No Objection for the Fourth Monthly Fee Statement (.3). | 0.40 | 142.00 |
| 02/02/21 | BH2 | Participate in conference call with R. Herrick Kassabian, T. Anten, and P. Tomasco to discuss the report submitted by the Fee Examiner (.5). | 0.50 | 177.50 |
| 02/04/21 | TA | Draft BSA issues and positions re: fee examiner's report (0.4). | 0.40 | 372.30 |
| 02/04/21 | RHK | Prepare for call with fee examiner Justin Rucki (.5). | 0.50 | 561.00 |
| 02/05/21 | TA | Revise issues to address in teleconference with fee examiner | 1.20 | 1,116.90 |

# quinn emanuel trial lawyers

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| | | (0.2); teleconference with J. Rucki (fee examiner), P. Tomasco, and R. Kassabian re: fee examiner's report (1.0). | | |
| 02/05/21 | RHK | Teleconference with J. Rucki (fee examiner), P. Tomasco and T. Anten re: fee examiner's report (1.0); participate in follow up call with P. Tomasco regarding response to review (.2); email correspondence with T. Anten re communicating with team re same (.2). | 1.40 | 1,570.80 |
| 02/05/21 | PT | Participate in conference call with fee examiner, R. Kassabian and T. Anten (1.0); participate in follow up call with R. Kassabian and regarding response to review (.3). | 1.30 | 1,320.48 |
| 02/08/21 | RHK | Various correspondence with T. Anten, E. Moats and Firm Management re fee examiner requests. | 0.90 | 1,009.80 |
| 02/09/21 | RHK | Correspondence with J. Rucki re follow up on initial report. | 0.10 | 112.20 |
| 02/10/21 | RHK | Call with J. Rucki re final report (.6); review final report (.3); email to J. Rucki re same (.2). | 1.10 | 1,234.20 |
| 02/11/21 | TA | Revise entries for January 2021 invoice in preparation for fee statement (0.5). | 0.50 | 465.38 |
| 02/12/21 | BH2 | Email communications with R. Herrick Kassabian regarding the second interim fee application (.3); review and comment on the time entries listed on the December fee statement after receiving the report from the Fee Examiner (1.9); forward December fee statement to R. Herrick Kassabian and T. Anten for distribution to all billers (.1); review filed report from the Fee Examiner (.3). | 2.60 | 923.00 |
| 02/12/21 | RHK | Correspondence with B. Howell and | 0.30 | 336.60 |

**quinn emanuel** trial lawyers

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | accounting department re J. Rucki initial report. |  |  |
| 02/16/21 | TA | Teleconference with R. Kassabian re: February 17th fee hearing. | 0.30 | 279.23 |
| 02/16/21 | RHK | Various correspondence with E. Moats, B. Howell, T. Anten and P. Tomasco re fee application hearing (1.1); review materials in preparation for same (.4); telephone conference with T. Anten regarding the February 17th fee hearing (.3). | 1.80 | 2,019.60 |
| 02/16/21 | BH2 | Email billing attorneys listed on the December monthly invoice regarding changes recommended by the Fee Examiner (.3). | 0.30 | 106.50 |
| 02/17/21 | TA | Prepare for fee hearing (0.3); participate in fee hearing (0.2). | 0.50 | 465.38 |
| 02/18/21 | TA | Review and entries for submission of December Fee Statement (0.3). | 0.30 | 279.23 |
| 02/19/21 | BH2 | Review revised December time entries from attorneys pursuant to the request of the fee examiner. | 0.80 | 284.00 |
| 02/22/21 | BH2 | Obtain a more detailed explanation of expenses for the December fee statement as requested by the Fee Examiner (.1) and update December Fee Statement to reflect additional detail (.5). | 0.60 | 213.00 |
| 02/23/21 | BH2 | Obtain all documents required for the December Fee Statement(.5) and forward to T. Anten, R. Herrick Kassabian, and P. Tomasco for review (.1). | 0.60 | 213.00 |
| 02/24/21 | TA | Review December Monthly Fee Statement for submission to Delaware Bankruptcy Court for legal compliance (0.3). | 0.30 | 279.23 |
| 02/24/21 | RHK | Correspondence with B. Howell re December Fee Application. | 0.20 | 224.40 |
| 02/25/21 | TA | Review revised December Monthly | 0.50 | 465.38 |

**quinn emanuel** trial lawyers

| | | | | |
|---|---|---|---|---|
| | | Fee Statement for submission to Delaware Bankruptcy Court for legal compliance (0.2); review redactions for legal assessment on privilege and confidentiality of entries for submission on public docket in Delaware Bankruptcy Court (0.3). | | |
| 02/25/21 | BH2 | Review emails from T. Anten to R. Herrick Kassabian regarding December time entries (.1); respond to emails from T. Anten regarding December time entries and schedule of filing December and January monthly fee statements, along with quarterly fee application (.3); review email from E. Moats (Morris Nichols) regarding upcoming hearing dates and deadlines (.1) and calendar same (.1). | 0.60 | 213.00 |
| 02/26/21 | BH2 | Begin to draft the January Monthly Fee Statement. | 5.70 | 2,023.50 |
| | | SUBTOTAL | 26.80 | 19,008.52 |

**03   Litigation - Federal District Court Case**



| | | | | |
|---|---|---|---|---|
| 02/01/21 | TA | Email correspondence ███ (0.4); email correspondence re: ███ (0.3); review and revise ███ (1.0); email correspondence with R. Kassabian and M. Caruso re: ███ (0.3); revise email correspondence ███ (0.2); analysis re: ███ (2.0). | 4.20 | 3,909.15 |
| 02/01/21 | RHK | Revise ███ (1.4); email correspondence with T. Anten and D. Scher re ███ | 1.80 | 2,019.60 |

# quinn emanuel trial lawyers

March 24, 2021                                                 Matter #: 05621-00003
Page 6                                              Invoice Number: 101-0000115132

|            |      |                                              |       |          |
|------------|------|----------------------------------------------|-------|----------|
|            |      | ██████████████ (.4).                         |       |          |
| 02/01/21   | SJ1  | Prepare analysis re: ██████████ ██████████████ ████████ (1.8); review and analysis ██████████ (2.4); analysis re: █████ ██████████ (1.9). | 6.10  | 5,544.90 |
| 02/01/21   | MMC  | Analyze █████████ █████ (.2).                 | 0.20  | 224.40   |
| 02/01/21   | ABQ  | Prepare ██████████ ████                       | 1.50  | 1,012.50 |
| 02/01/21   | DS6  | Analysis of ████████ (1.9); analysis re: ████████ (1.1). | 3.00  | 2,025.00 |
| 02/02/21   | SJ1  | Analysis re: ██████████ ██████████ (3.5); review and revise ████ (6.8). | 10.30 | 9,362.70 |
| 02/02/21   | RSH  | Draft ██████████ (1.7); draft ████████ ██████████ (2.3); review and prepare ████ ██████████ (.8). | 4.80  | 2,040.00 |
| 02/02/21   | ABQ  | Revise ██████████                             | 0.70  | 472.50   |
| 02/02/21   | DS6  | Review and revise ████████ ████ (4.7).        | 4.70  | 3,172.50 |
| 02/02/21   | RHK  | Email correspondence with T. Anten re ██████████ ████ (.2). | 0.20  | 224.40   |
| 02/03/21   | SJ1  | Prepare ██████████ ██████████ (2.4); analysis re: ████ ██████████ (2.5). | 4.90  | 4,454.10 |

los angeles | new york | san francisco | silicon valley | chicago | dc | london | mannheim | tokyo | hamburg | paris | munich
sydney | hong kong | houston | brussels | seattle | zurich | shanghai | stuttgart | perth | boston | salt lake city

**quinn emanuel** trial lawyers

March 24, 2021                                                    Matter #: 05621-00003
Page 7                                              Invoice Number: 101-0000115132

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 02/03/21 | TA | Review and revise ▮▮▮▮▮ (4.1); review and revise ▮▮▮▮▮ (1.1); email correspondence re: ▮▮▮▮▮ (0.4). | 5.60 | 5,212.20 |
| 02/03/21 | SW2 | Analyze and review ▮▮▮▮▮ (2.0). | 2.00 | 650.00 |
| 02/03/21 | RSH | Prepare ▮▮▮▮▮ (1.3); prepare ▮▮▮▮▮ (.5). | 1.80 | 765.00 |
| 02/03/21 | MMC | Call with R. Kassabian re: ▮▮▮▮▮ (.3). | 0.30 | 336.60 |
| 02/03/21 | RHK | Revise ▮▮▮▮▮ (3.0); email correspondence with S. Jenkins and T. Anten re ▮▮▮ (.8); call with M. Caruso re ▮▮▮ (.3); revise ▮▮▮▮▮ (.9); additional email correspondence with S. Jenkins and T. Anten re ▮▮▮ (.8). | 5.80 | 6,507.60 |
| 02/03/21 | DS6 | Revise ▮▮▮▮▮ (1.0) | 1.00 | 675.00 |
| 02/04/21 | RHK | Revise ▮▮▮▮▮ (3.0); email correspondence with S. Jenkins, M. Caruso, D. Scher, and T. Anten re ▮▮▮ (.8); revise ▮▮▮▮▮ (.3); revise ▮▮▮▮▮ (.2); revise ▮▮▮ (.2). | 4.50 | 5,049.00 |
| 02/04/21 | SJ1 | Analysis re: ▮▮▮▮▮ (1.9); review and revise ▮▮▮▮▮ (7.4); review and revise ▮▮▮▮▮ | 10.30 | 9,362.70 |

**quinn emanuel** trial lawyers

March 24, 2021                                                    Matter #: 05621-00003
Page 8                                               Invoice Number: 101-0000115132

| | | | | |
|---|---|---|---|---|
| | | ▬▬▬▬▬▬▬ | | |
| | | ▬▬▬▬▬ (.7); prepare | | |
| | | ▬▬▬▬▬▬▬ | | |
| | | ▬▬▬▬▬ (.3). | | |
| 02/04/21 | TA | Email correspondence re: ▬▬▬▬ | 3.20 | 2,978.40 |
| | | ▬▬▬▬ (0.2); | | |
| | | email correspondence re: ▬▬ | | |
| | | ▬▬▬▬▬▬ | | |
| | | ▬ (0.3); teleconference re: ▬▬ | | |
| | | ▬▬▬▬ (0.4); revise | | |
| | | ▬▬▬▬▬▬ | | |
| | | (0.6); review and revise ▬▬▬ | | |
| | | ▬▬▬▬ | | |
| | | ▬ (1.4); draft ▬▬▬▬▬ | | |
| | | ▬▬▬▬▬▬ (0.3). | | |
| 02/04/21 | MMC | Revise ▬▬▬▬▬ (3.2). | 3.20 | 3,590.40 |
| 02/04/21 | SW2 | Analyze and review ▬▬▬ | 3.00 | 975.00 |
| | | ▬▬▬▬▬▬ | | |
| | | ▬ (3.0). | | |
| 02/04/21 | RSH | Review ▬▬▬▬▬ | 4.80 | 2,040.00 |
| | | ▬▬▬▬▬▬▬ | | |
| | | (1.6); prepare ▬▬▬▬ | | |
| | | ▬▬▬ (2.4); prepare | | |
| | | ▬▬▬▬▬ | | |
| | | ▬▬▬ (.8). | | |
| 02/04/21 | DS6 | Review and revise ▬▬▬▬ | 8.00 | 5,400.00 |
| | | ▬▬▬▬▬ (7.4); | | |
| | | correspondence to R. Kassabian re: | | |
| | | ▬ (0.6). | | |
| 02/05/21 | TA | Draft and revise ▬▬▬▬ | 5.10 | 4,746.83 |
| | | ▬▬▬▬▬▬ | | |
| | | (0.6); various email correspondence | | |
| | | re: ▬▬▬▬▬▬ | | |
| | | ▬▬▬▬▬ | | |
| | | ▬▬▬ (2.0); | | |
| | | teleconference re: ▬▬▬▬ | | |
| | | ▬▬ (0.3); revise | | |

**quinn emanuel** trial lawyers

██████████████ (1.8); email correspondence re: ████████████ (0.2); teleconference with S. Jenkins re: ████████████ (0.2).

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 02/05/21 | SJ1 | Review and revise ██████████ (6.8); analysis re: ████████████ (.5); prepare ████████████ (1.3); review and revise ████████████ (.6); teleconference with T. Anten re: ████████████ (0.2). | 9.40 | 8,544.60 |
| 02/05/21 | RSH | Prepare and revise ████████████ (1.1); prepare and revise ████████████ (.5). | 1.60 | 680.00 |
| 02/05/21 | SW2 | Analyze and review ████████████ (1.5). | 1.50 | 487.50 |
| 02/05/21 | RHK | Various email correspondence re: ████████████ (1.0); email correspondence with S. Jenkins re ████████████ (.3); revise ████ (1.0). | 2.30 | 2,580.60 |
| 02/05/21 | MMC | Revise ████████████ (2.7). | 2.70 | 3,029.40 |
| 02/05/21 | DS6 | Review and revise ████████████ (2.1). | 2.10 | 1,417.50 |
| 02/06/21 | TA | Review and revise ████████████ (0.3); review and revise ████████████ (1.5). | 1.80 | 1,675.35 |
| 02/06/21 | SJ1 | Analysis re: ████████████ (.8); review and revise ██████████ | 2.60 | 2,363.40 |

**quinn emanuel** trial lawyers

March 24, 2021                                                                Matter #: 05621-00003
Page 10                                                          Invoice Number: 101-0000115132

| | | | | |
|---|---|---|---|---|
| | | ████████████████ | | |
| | | ████ (.3); review and revise ██████ | | |
| | | ████ (1.5). | | |
| 02/07/21 | TA | Review and revise ████████████ | 2.10 | 1,954.58 |
| | | ██████████████ | | |
| | | (1.1); revise ██████████████ | | |
| | | ███████████████ (0.3); | | |
| | | email correspondence re: ███████ | | |
| | | █████████████ | | |
| | | (0.3); review and revise ████████ | | |
| | | ████████ (0.4). | | |
| 02/07/21 | RHK | Revise ███████████████ | 3.70 | 4,151.40 |
| | | ████████ (3.1); email | | |
| | | correspondence with T. Anten, M. | | |
| | | Caruso and S. Jenkins re ████ (.3); | | |
| | | evise ████████████ (.3). | | |
| 02/07/21 | SJ1 | Prepare ███████████████ | 7.10 | 6,453.90 |
| | | ████████████ (.5); | | |
| | | review and revise █████████████ | | |
| | | ████████████ (3.9); review and | | |
| | | revise ████████████████ | | |
| | | ████████ (.6); review and | | |
| | | revise ██████████████ | | |
| | | ████████ (2.1). | | |
| 02/08/21 | TA | Revise ████████████████ | 5.80 | 5,398.35 |
| | | █████████ (2.1), revise | | |
| | | ███████ (.9), revise | | |
| | | ████████ (.6), revise ████ (1.3), | | |
| | | and revise ████████ (.9). | | |
| 02/08/21 | RHK | Revise ████████████████ | 6.60 | 7,405.20 |
| | | ████████████████ | | |
| | | █████ (2.5), and | | |
| | | ████████ (3.3); various email | | |
| | | correspondence | | |
| | | █████████████████ | | |
| | | ████████████ (.8). | | |
| 02/08/21 | SJ1 | Review and revise ███████████ | 9.80 | 8,908.20 |
| | | ████ (.4); review and revise | | |
| | | ██████████████████ (7.8); | | |
| | | analysis re: ██████████████ | | |
| | | ████████ (.8); | | |

# quinn emanuel trial lawyers

March 24, 2021
Page 11

Matter #: 05621-00003
Invoice Number: 101-0000115132

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | review and revise ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ (.8). | | |
| 02/08/21 | RSH | ▮▮▮▮▮▮ (1.6) ▮ revise ▮▮▮▮▮▮▮▮▮▮▮▮ (2.2); prepare ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ (1.5). | 5.30 | 2,252.50 |
| 02/08/21 | MMC | Revise ▮▮▮▮▮▮▮▮▮ (1.8). | 1.80 | 2,019.60 |
| 02/08/21 | DS6 | Review and revise ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ (4.5); email correspondence with R. Kassabian re: ▮▮▮ (0.3). | 4.80 | 3,240.00 |
| 02/09/21 | TA | Email correspondence with RHK re: ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ (0.4); telephone call with R. Kassabian and M. Caruso regarding ▮▮▮ ▮▮▮▮▮▮ (1.) | 1.40 | 1,303.05 |
| 02/09/21 | DS6 | Prepare ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ (4.2). | 4.20 | 2,835.00 |
| 02/09/21 | SJ1 | Analysis re: ▮▮▮▮ ▮▮▮▮▮▮▮▮ 22 (1.4). | 1.40 | 1,272.60 |
| 02/09/21 | MMC | Prepare ▮▮▮▮▮▮▮▮ (.6); call with R. Kassabian and T. Anten re: ▮▮▮▮ (1.0). | 1.60 | 1,795.20 |
| 02/09/21 | RHK | Prepare ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ (1.4); call with T. Anten and M. Caruso re: ▮▮▮▮▮ (1.0); email correspondence with T. Anten re ▮▮▮▮▮▮▮ (.2); call ▮▮▮▮ (.5); various email correspondence ▮▮▮▮▮▮▮ (.5); email correspondence ▮▮▮▮ (.1). | 3.70 | 4,151.40 |
| 02/10/21 | TA | Email correspondence with R. | 0.40 | 372.30 |

**quinn emanuel** trial lawyers

March 24, 2021                                                    Matter #: 05621-00003
Page 12                                                  Invoice Number: 101-0000115132

|            |      |                                                                 |      |          |
|------------|------|-----------------------------------------------------------------|------|----------|
|            |      | Kassabian and S. Jenkins re: ███████████ (0.4).                  |      |          |
| 02/10/21   | RHK  | Revise ███████████████████ (.2); email correspondence with S. Jenkins and T. Anten re ████ (.5); revise ███████ (.4); various emails with D. Scher re ████████ (.6); call with P. Fernandez re ██████ (.4); consider ██████████ (.4); email with M. Caruso, T. Anten and C. Bogdanos re ████ (.3); email with S. Jenkins and T. Anten re ████████ (.3); email correspondence █████████ (.1). | 3.20 | 3,590.40 |
| 02/10/21   | SJ1  | Prepare ███████████ (.2); analysis re: █████████████ (3.9); prepare ████████ (.6). | 4.70 | 4,272.30 |
| 02/10/21   | DS6  | Preparation for ██████ (4.0); analysis ██████████ (0.5).        | 4.50 | 3,037.50 |
| 02/10/21   | MMC  | Evaluate █████████████████████ (1.2).                            | 1.20 | 1,346.40 |
| 02/11/21   | TA   | Teleconference with R. Kassabian and S. Jenkins re: ██████ (0.3); review ██████████ (0.7). | 1.00 | 930.75   |
| 02/11/21   | RHK  | Video call with T. Anten and S.                                  | 2.10 | 2,356.20 |

**quinn emanuel** trial lawyers

March 24, 2021                                                      Matter #: 05621-00003
Page 13                                                  Invoice Number: 101-0000115132

Jenkins re: ███████████
████████████ (.3); revise
███████████████ (.6); email
correspondence with D. Scher and S.
Jenkins re ███████████
██████ (.3); email
correspondence with T. Anten re
███████ (.3); prepare ████
███████ (.6).

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 02/11/21 | SJ1 | Analysis and preparation ██████ ████████ (6.6); video call with R. Kassabian and T. Anten re: ███████████ (0.3); correspondence ████████ ██████████████ ████████ (.7). | 7.60 | 6,908.40 |
| 02/11/21 | RSH | Prepare ███████████ (1.6); analyze and draft ██████████████ ███████ (1.8). | 3.40 | 1,445.00 |
| 02/11/21 | DS6 | Prepare ████████ ██████ (1.4). | 1.40 | 945.00 |
| 02/12/21 | SJ1 | Review and revise ████████ ███████ (2.8); analyze and prepare ███████████████ ████████ (4.9). | 7.70 | 6,999.30 |
| 02/12/21 | TA | Review and revise ██████████ ████████ (1.6). | 1.60 | 1,489.20 |
| 02/12/21 | RSH | ████████ (.6) ████ revise ███████ (.5); prepare ████████████████ ██████████████ ████████ (1.5); draft ██████ ████████████ (2.1). | 4.70 | 1,997.50 |
| 02/12/21 | RHK | Prepare ██████████ | 3.70 | 4,151.40 |

# quinn emanuel trial lawyers

March 24, 2021                                              Matter #: 05621-00003
Page 14                                          Invoice Number: 101-0000115132

███████████████████ (1.0); email correspondence ███████ ████████ (.3); various email correspondence with S. Jenkins and T. Anten re ████████████████ (1.2); revise ████ (.2); revise ██████████████████ (.3); revise ██████████ (.7).

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/12/21 | DS6 | Email correspondence with M. Caruso ████████████ (0.2); prepare ████ ███████████████ (1.0). | 1.20 | 810.00 |
| 02/13/21 | TA | Review and revise █████ ██████████████ █ (0.2). | 0.20 | 186.15 |
| 02/13/21 | SJ1 | Review and revise ████████ ████████ (.2); analyze and prepare ██████████████████ (.9). | 1.10 | 999.90 |
| 02/15/21 | SJ1 | Prepare ████████████ ███████████ (.8). | 0.80 | 727.20 |
| 02/15/21 | TA | Prepare ███████████ ██████████████ ████ (2.0). | 2.00 | 1,861.50 |
| 02/15/21 | CTB | Research (2.5) and prepare ██████ ████████ (2.7). | 5.20 | 5,124.60 |
| 02/15/21 | RHK | Analysis re ███████ ██████████████ (.3); email correspondence with T. Anten re ████████ (.2); prepare █████ (.4). | 0.90 | 1,009.80 |
| 02/16/21 | TA | Email correspondence with R. Kassabian re: █████████ █████ (1.0). | 2.50 | 2,326.88 |

**quinn emanuel** trial lawyers

March 24, 2021                                                                 Matter #: 05621-00003
Page 15                                                            Invoice Number: 101-0000115132

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | teleconference with R. Kassabian re: ███████ (0.5); prepare ████████ ████████████████ ████████ (0.8); review ████████ ████████ (0.2). |  |  |
| 02/16/21 | DS6 | Email correspondence to R. Kassabian and C. Bogdanos re: ████████████████ (2.0); telephone call with R. Kassabian re: ████████ (0.8); prepare ███████████ ████████████ (2.9). | 5.70 | 3,847.50 |
| 02/16/21 | SJ1 | Review and revise ████████ (.3); prepare ████████ (1.2); prepare █████ ████████ (3.2). | 4.70 | 4,272.30 |
| 02/16/21 | CTB | Research (2.8) and prepare █████ ████████ (2.7). | 5.50 | 5,420.25 |
| 02/16/21 | RSH | Draft ████████████ ████████ (5.7); draft ████████████████ (1.4). | 7.10 | 3,017.50 |
| 02/16/21 | SW2 | Analyze ████████████ (3.8); correspond with S. Jenkins re ████████████ (0.2). | 4.00 | 1,300.00 |
| 02/16/21 | RHK | Prepare ████████████ (.5); email correspondence with C. Bogdanos, D. Scher and T. Anten re ████ (.6); email correspondence with C. Bogdanos ███████████████ (.4); telephone call with D. Scher regarding ████████ ████████ (.8). | 5.40 | 6,058.80 |

**quinn emanuel** trial lawyers

March 24, 2021                                                    Matter #: 05621-00003
Page 16                                               Invoice Number: 101-0000115132

| 02/16/21 | MMC | Prepare ███████████ (1.5). | 1.50 | 1,683.00 |
|---|---|---|---|---|
| 02/17/21 | RHK | Teleconference with T. Anten, C. Bogdanos, S. Jenkins, and M. Caruso re: ███████████ (.5); prepare ███████ (.3); email correspondence with C. Bogdanos re ████ (.2); review ██████████████████ (1.0); email correspondence with T. Anten and S. Jenkins re: ████ (.7); call █ ████████████ (.3); revise ████ (.3); review ████████ (.2); email correspondence with T. Anten and S. Jenkins re ████ (.3); revise ████████████ (.3); ████████████ (.2). | 4.30 | 4,824.60 |
| 02/17/21 | SJ1 | Prepare ███████ (1.9); review and revise ████████ (1.1); review and analysis of ████ ██████ (2.9); teleconference with T. Anten, C. Bogdanos, M. Caruso, and R. Kassabian regarding ████████ ████████ (.5). | 6.40 | 5,817.60 |
| 02/17/21 | TA | Teleconference with R. Kassabian, C. Bogdanos, S. Jenkins, and M. Caruso re: █████ (0.5); review and assess ██████████████████ ████████ (1.0); email correspondence with R. Kassabian and S. Jenkins re: ████ (0.7); email correspondence ██████████ (0.3); draft ███████ (0.4). | 2.90 | 2,699.18 |

**quinn emanuel** trial lawyers

March 24, 2021                                                    Matter #: 05621-00003
Page 17                                                  Invoice Number: 101-0000115132

| | | | | |
|---|---|---|---|---|
| 02/17/21 | DS6 | Prepare ███████████ ████████████ (3.1). | 3.10 | 2,092.50 |
| 02/17/21 | CTB | Research (1.5)and prepare ████████████ (1.4); telephone conference with T. Anten, S. Jenkins, M. Caruso, and R. Kassabian regarding ██████ (.5). | 3.40 | 3,350.70 |
| 02/17/21 | RSH | Draft ██████████ (2.4); prepare █████████ (1.9). | 4.30 | 1,827.50 |
| 02/17/21 | MMC | Teleconference with T. Anten, C. Bogdanos, S. Jenkins, and R. Kassabian regarding ██████ (.5). | 0.50 | 561.00 |
| 02/18/21 | TA | Email correspondence with R.Kassabian re: █████████ (0.2); email correspondence █████████ (0.2); draft ██████████ (0.5). | 0.90 | 837.68 |
| 02/18/21 | RHK | Prepare █████████ (1.3); various email correspondence █████████ (.8). | 2.10 | 2,356.20 |
| 02/18/21 | SJ1 | Review and revise █████████ (2.1); analysis re: █████████ (1.8). | 3.90 | 3,545.10 |
| 02/18/21 | SW2 | Analyze ██████ (.2) and draft █████████ (0.3); analyze █████████ (.9) and draft █████████ (.9); draft email to S. Jenkins re █████████ (0.2). | 2.50 | 812.50 |
| 02/18/21 | RSH | Revise ██████████ | 4.40 | 1,870.00 |

**quinn emanuel** trial lawyers

████████████████████████
██████ (4.4).

| 02/18/21 | DS6 | Revise ██████████████████ (0.3). | 0.30 | 202.50 |

| 02/19/21 | RHK | Prepare ████████████████ | 4.30 | 4,824.60 |

██ (1.0); attend call ██████████
████████████████████████
(.5); review ████████████████
██ (1.2); prepare ██████████████
██ (.8); emails ████████████
████████████
(.4); email to S. Jenkins re ████████
████████████████████
██████ (.4).

| 02/19/21 | SJ1 | Video call ████████████████ | 4.50 | 4,090.50 |

████████████ (.5); analysis re:
████████████ (1.5); prepare ████
████████████████████████
██████████ (.4);
analysis of ████████
██████████████ (2.1).

| 02/19/21 | TA | Participate in teleconference re: ██ | 3.80 | 3,536.85 |

████████████ (0.5); review
and assess ████████████████
████████ (0.4); draft ██████
████████████ (1.4);
review and revise ████████████
████████ (0.5); review
and revise ████████████████
████████ (0.7);
prepare ████████ (0.3).

| 02/19/21 | DS6 | Analysis of ████████████ | 3.00 | 2,025.00 |

**quinn emanuel** trial lawyers

| | | | | |
|---|---|---|---|---|
| | | (2.7); email correspondence with R. Kassabian re: ███ (0.3). | | |
| 02/19/21 | CTB | Analyze ███████████████ ██████████████. | 0.40 | 394.20 |
| 02/21/21 | TA | Review and revise ██████████ ████████████████ ████████████ (0.3); email correspondence ██████████ (0.2). | 0.50 | 465.38 |
| 02/21/21 | DS6 | Prepare █████████████ ████████████████ (0.5); analysis re: ████████ ███ (0.5). | 1.00 | 675.00 |
| 02/22/21 | RHK | Revise ███████████████ ██████ (.4); email correspondence with T. Anten re ███ (.4); review correspondence ████████████████ (.2); email correspondence with T. Anten re ███ (.2). | 1.20 | 1,346.40 |
| 02/22/21 | DS6 | Email correspondence to R. Kassabian and T. Anten re: █████████████████████ (0.3); analysis re: ███ (0.5). | 0.80 | 540.00 |
| 02/22/21 | SJ1 | Review and revise ███████████ ████████ (.3); analysis ██ ████████████████ ██████ (2.1). | 2.40 | 2,181.60 |
| 02/22/21 | TA | Revise █████████████ ██████████ (0.8); revise ██████ █████████████████ (0.5); draft correspondence ██ ██████████ (0.2). | 1.50 | 1,396.13 |
| 02/23/21 | TA | Review and revise ███████████ ████████ (0.5); prepare █████████ ██████████ (0.4). | 0.90 | 837.68 |

# quinn emanuel trial lawyers

March 24, 2021                                                                                    Matter #: 05621-00003
Page 20                                                                                    Invoice Number: 101-0000115132

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 02/23/21 | RHK | Email correspondence with T. Anten and C. Bogdanos re ███████ ███ (.3); revise ███ (.3); email correspondence with T. Anten re ███████ (.1). | 0.70 | 785.40 |
| 02/23/21 | CTB | Draft ███████████████ ██████████ | 1.10 | 1,084.05 |
| 02/24/21 | TA | Assist in preparation ██████ ████████████████ (0.4). | 0.40 | 372.30 |
| 02/24/21 | SJ1 | Correspondence ████████████ ███████████████ (.2); review and analysis of ████████ ████████████ (4.2). | 4.40 | 3,999.60 |
| 02/24/21 | MMC | Review and revise ████████ (.2). | 0.20 | 224.40 |
| 02/24/21 | RHK | Revise ██████████████ (.1); email correspondence with M. Caruso re ██████████ (.2); email correspondence with T. Anten re ██████████ (.1). | 0.40 | 448.80 |
| 02/25/21 | TA | Draft ███████████ ███████ (0.3); prepare ████ ████████████████ (1.0); draft ████ (0.4). | 1.70 | 1,582.28 |
| 02/25/21 | DS6 | Prepare ████████ (1.4); prepare ████████████ (4.7). | 6.10 | 4,117.50 |
| 02/25/21 | SJ1 | Review and revise ████████ (1.4); review and analysis of ████ (2.9). | 4.30 | 3,908.70 |

**quinn emanuel** trial lawyers

March 24, 2021                                                                Matter #: 05621-00003
Page 21                                                          Invoice Number: 101-0000115132

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 02/25/21 | MMC | Prepare for ███████ ███████ (2.7); review ███████ ███████ (.2). | 2.90 | 3,253.80 |
| 02/25/21 | RHK | Prepare ███████ (1.0); email correspondence with J. Jenkins re ███████ (.2); revise ███████ ███████ (.6); email correspondence with D. Scher re ███████ (.2); email correspondence with M. Caruso re ███████ (.1). | 2.10 | 2,356.20 |
| 02/25/21 | RSH | Revise ███████ (1.4). | 1.40 | 595.00 |
| 02/26/21 | TA | Prepare ███████ (1.0); teleconference with S. Jenkins, R. Kassabian and D. Scher re: ███████ (0.5); email correspondence to N.Ficorelli re: ███████ (0.2); review and revise ███████ (0.2). | 1.90 | 1,768.43 |
| 02/26/21 | RHK | Call with M. Caruso re ███████ (1.0); prepare ███████ (.6); email correspondence with T. Anten re ███████ (.6); video call with T. Anten, S. Jenkins, and D. Scher re ███████ (.5); email correspondence with T. Anten re ███████ (.1). | 2.80 | 3,141.60 |
| 02/26/21 | SJ1 | Review and revise ███████ (1.7); review and revise ███████ (1.1); review and analysis of ███████ (2.6); conference call with T. | 5.90 | 5,363.10 |

# quinn emanuel trial lawyers

March 24, 2021
Page 22

Matter #: 05621-00003
Invoice Number: 101-0000115132

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | Anten, D. Scher, and R. Kassabian regarding ███████████ (.5). |  |  |
| 02/26/21 | DS6 | Revise ███████████████ ███████ (0.8); preparation for ████████████████████ (4.5); telephone call with T. Anten, S. Jenkins, and R. Kassabian regarding ████████████ (.5). | 5.80 | 3,915.00 |
| 02/26/21 | MMC | Prepare ███████████ (.6); call with R. Kassabian re: ████████████ (1.0). | 1.60 | 1,795.20 |
| 02/28/21 | TA | Review and revise ██████████ ██████ (0.3); draft ████████████████ ████ (0.2); revise ██████████ ██████ (0.4); email correspondence with R. Kassabian re: █████ (0.3). | 1.20 | 1,116.90 |
| 02/28/21 | RHK | Prepare ████████████ (2.4); emails with T. Anten re ██████████████ ██████████ (.6). | 3.00 | 3,366.00 |
| 02/28/21 | SJ1 | Review and revise ██████████ ██████ (.8). | 0.80 | 727.20 |
| 02/28/21 | DS6 | Prepare ████████████ ████████████████ (1.9); email correspondence to M. Caruso re █████ (0.3); revise ████████████ (1.1). | 3.30 | 2,227.50 |
| 02/28/21 | MMC | Prepare ███████████ (4.3). | 4.30 | 4,824.60 |
|  |  | SUBTOTAL | 398.90 | 339,240.80 |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Rachel Herrick Kassabian | RHK | Partner | 72.10 | 1,122.00 | 80,896.20 |

los angeles | new york | san francisco | silicon valley | chicago | dc | london | mannheim | tokyo | hamburg | paris | munich
sydney | hong kong | houston | brussels | seattle | zurich | shanghai | stuttgart | perth | boston | salt lake city

# quinn emanuel trial lawyers

March 24, 2021

Matter #: 05621-00003

Page 23

Invoice Number: 101-0000115132

| Name | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Margret Caruso | MMC | Partner | 22.00 | 1,122.00 | 24,684.00 |
| Patty Tomasco | PT | Partner | 1.80 | 1,015.75 | 1,828.36 |
| Claudia Bogdanos | CTB | Counsel | 15.60 | 985.50 | 15,373.80 |
| Todd Anten | TA | Partner | 57.30 | 930.75 | 53,332.06 |
| Sara Jenkins | SJ1 | Counsel | 121.10 | 909.00 | 110,079.90 |
| Dylan Scher | DS6 | Associate | 64.00 | 675.00 | 43,200.00 |
| Allison (Bingxue) Que | ABQ | Associate | 2.20 | 675.00 | 1,485.00 |
| Roger S Huddle | RSH | Law Clerk | 43.60 | 425.00 | 18,530.00 |
| Scott Weingrad | SW2 | Attorney | 13.00 | 325.00 | 4,225.00 |

| Case Assistants | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Barbara J Howell | BH2 | Paralegal | 13.00 | 355.00 | 4,615.00 |

## Expense Summary

| Description | | Amount |
|---|---|---|
| Attorney service | | 99.00 |
| Express mail | | 32.10 |
| Filing fee | | 200.00 |
| Online Research | | 0.00 |
| Messenger | | 28.12 |
| Document Reproduction | 0.10 | 453.90 |
| Color Document Reproduction | 0.40 | 475.20 |
| Word processing | | 0.00 |
| Velobind | | 15.00 |
| Document Services | | 6,369.39 |

### Litigation Support Costs

| Hosting per GB - 3.50 | 6,230.00 |
|---|---|
| Total Expenses | $13,902.71 |

los angeles | new york | san francisco | silicon valley | chicago | dc | london | mannheim | tokyo | hamburg | paris | munich
sydney | hong kong | houston | brussels | seattle | zurich | shanghai | stuttgart | perth | boston | salt lake city