# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Obj. Deadline: April 13, 2021 at 4:00 p.m. (ET)**<br>**Hearing Date: May 19, 2021 at 10:00 a.m. (ET)** |

## NOTICE OF INTERIM FEE APPLICATION

TO:   (I) THE NOTICE PARTIES SET FORTH BELOW

**PLEASE TAKE NOTICE** that the **First Interim Application of Rucki Fee Review, LLC, Court-Appointed Fee Examiner, for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period from August 17, 2020 Through and Including January 31, 2021** (the "Application") has been filed with the United States Bankruptcy Court for the District of Delaware (the "Court"). The Application seeks interim allowance of fees in the amount of $216,716.00 and expenses in the amount of $0.00.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Application are required to be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served on the following parties (collectively, the "Notice Parties"), so as to be received no later than **4:00 p.m. (ET) on April 13, 2021** (the "Objection Deadline"):

i.   the Applicant: Rucki Fee Review, LLC: 1111 Windon Drive, Wilmington, Delaware 19803, Attn: Justin H. Rucki, justinrucki@ruckifeereview.com

ii.  the Debtors: Boy Scouts of America, 1325 West Walnut Hill Lane, Irving, Texas 75038, Attn: Steven P. McGowan, steve.mcgowan@scouting.org;

iii. counsel to the Debtors: White & Case LLP, 111 South Wacker Drive, Chicago, Illinois 60606, Attn: Matthew E. Linder, mlinder@whitecase.com;

iv.  co-counsel to the Debtors: Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, 16th Floor, Wilmington, Delaware 19801, Attn: Derek C. Abbott, dabbott@morrisnichols.com;

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

v. <u>the Office of the United States Trustee</u>: J. Caleb Boggs Federal Building, Room 2207, 844 N. King Street, Wilmington, Delaware 19801, Attn: David Buchbinder, david.l.buchbinder@usdoj.gov; and Hannah M. McCollum, hannah.mccollum@usdoj.gov;

vi. <u>counsel to the Creditors' Committee</u>: Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036, Attn: Rachael Ringer, rringer@kramerlevin.com and Megan M. Wasson, mwasson@kramerlevin.com;

vii. <u>counsel to the Tort Claimants' Committee</u>: Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067, Attn: James I. Stang, jstang@pszjlaw.com;

viii. <u>counsel to the Future Claimants' Representative</u>: Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Attn: Robert S. Brady, rbrady@ycst.com and Edwin J. Harron, eharron@ycst.com;

ix. <u>counsel to the Ad Hoc Committee of Local Councils</u>: Wachtell, Lipton, Rosen & Katz, 51 West 52nd Street, New York, New York 10019, Attn: Richard G. Mason, rgmason@wlrk.com and Joseph C. Celentino, jccenlentino@wlrk.com;

x. <u>counsel to JPMorgan Chase Bank, National Association</u>: Norton Rose Fulbright US LLP, 2200 Ross Avenue, Dallas, Texas 75201-7932, Attn: Louis R. Strubeck, louis.strubeck@nortonrosefullbright.com and Kristian W. Gluck, kristian.gluck@nortonrosefullbright.com; and

xi. <u>counsel to the County Commission of Fayette County (West Virginia)</u>: Steptoe & Johnson PLLC, Chase Tower – 8th Floor, 707 Virginia Street East, Charleston, West Virginia 25301, Attn: John Stump.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE APPLICATION IS SCHEDULED TO BE HELD ON **MAY 19, 2021 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN, U.S. BANKRUPTCY JUDGE, U.S. BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: March 30, 2021  
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Paige N. Topper*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Eric W. Moats (No. 6441)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 425-4664
Email: dabbott@morrisnichols.com
aremming@morrisnichols.com
emoats@morrisnichols.com
ptopper@morrisnichols.com

-and-

WHITE & CASE LLP
Jessica C. Lauria (admitted pro hac vice)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: jessica.lauria@whitecase.com

– and –

WHITE & CASE LLP
Michael C. Andolina (admitted pro hac vice)
Matthew E. Linder (admitted pro hac vice)
111 South Wacker Drive Chicago, Illinois 60606
Telephone: (312) 881-5400
Email: mandolina@whitecase.com
mlinder@whitecase.com

*Counsel to the Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Obj. Deadline: April 13, 2021 at 4:00 p.m. (ET)**<br>**Hearing Date: May 19, 2021 at 10:00 a.m. (ET)** |

**SUMMARY OF FIRST INTERIM APPLICATION OF RUCKI FEE REVIEW, LLC, COURT-APPOINTED FEE EXAMINER, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM AUGUST 17, 2020 THROUGH AND INCLUDING JANUARY 31, 2021**

| | |
|---|---|
| Name of Applicant: | Rucki Fee Review, LLC |
| Authorized to Provide Professional Services as: | Fee Examiner |
| Date of Retention: | August 17, 2020 (order entered September 18, 2020) |
| Period for which compensation and reimbursement is sought: | August 17, 2020 through January 31, 2021 |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | $216,716.00[2] |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Amount of Interim Compensation paid as actual, reasonable and necessary: | $0.00 |
| Amount of Interim Expense Reimbursement paid as actual, reasonable and necessary: | $0.00 |

---

[1]　　The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2]　　This total reflects a voluntary reduction of $10,000.00, as noted in Rucki Fee Review's first monthly fee application.

2

| | |
|---|---|
| Amount of holdback fees sought as actual, reasonable and necessary:[3] | $43,343.20 |

This application includes 0.00 hours and $0.00 in fees incurred in connection with the preparation of Fee Applications.

---

[3] Applicant seeks allowance of the 20% holdback for its first monthly fee application. As of the date hereof, the balance of the first monthly fee application remains unpaid.

## SUMMARY OF INTERIM COMPENSATION BY INDIVIDUAL

| Name of Professional Person | Position of the Applicant | Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| Justin H. Rucki | President of Rucki Fee Review, LLC | 280.00 | 809.7 | 226,716.00 |
| **Less Voluntary Reduction:** | | | | **(10,000.00)** |
| **Grand Total:** | | | 809.7 | 216,716.00 |
| **Blended Rate (Before Voluntary Reduction):** | | 280.00 | | |

## SUMMARY OF INTERIM COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees ($) |
|---|---:|---:|
| Administrative Matters (001) | 19.3 | 5,404.00 |
| Docket/Pleadings Review (002) | 15.1 | 4,228.00 |
| Fee Review (003) | 770.4 | 215,712.00 |
| Non-Working Travel (004) | 0.0 | 0.00 |
| Court Hearings (005) | 0.0 | 0.00 |
| Rucki Fee Review Retention (006) | 4.9 | 1,372.00 |
| Rucki Fee Review Fee Applications (007) | 0.0 | 0.00 |
| **TOTAL (prior to $10,000.00 voluntary reduction)** | **809.7** | **226,716.00** |

## SUMMARY OF INTERIM EXPENSES

| Expenses Category | Total Expenses ($) |
|---|---:|
| N/A | N/A |
| **TOTAL** | **N/A** |

2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Obj. Deadline: April 13, 2021 at 4:00 p.m. (ET)**<br>**Hearing Date: May 19, 2021 at 10:00 a.m. (ET)** |

### FIRST INTERIM APPLICATION OF RUCKI FEE REVIEW, LLC, COURT-APPOINTED FEE EXAMINER, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM AUGUST 17, 2020 THROUGH AND INCLUDING JANUARY 31, 2021

Pursuant to sections 330, 331 and 503 of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 2016 of the Federal Rules of Bankruptcy Procedure, and in accordance with that certain *Order Appointing Fee Examiner and Establishing Relating Procedures for the Review of Applications of Retained Professionals* [Docket No. 1342] (the "Fee Examiner Order") and that certain *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* [Docket No. 341] (the "Interim Compensation Order"), the court-appointed fee examiner (the "Fee Examiner") in the above-captioned chapter 11 cases, Rucki Fee Review, LLC ("Rucki Fee Review"), hereby applies (the "Application") to the United States Bankruptcy Court for the District of Delaware (the "Court") for allowance of reasonable compensation for services rendered as Fee Examiner in the amount of $216,716.00 for the interim period from August 17, 2020 through and including January 31, 2021, together with reimbursement for actual and necessary expenses incurred in the amount of $0.00

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

for the interim period August 17, 2020 through and including January 31, 2021 (the "Application Period").  In support of this Application, Rucki Fee Review respectfully represents as follows:

## JURISDICTION AND VENUE

1. The Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b) and the Court may enter a final order on this Application under the U.S. Constitution.  Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory and legal predicates for the relief sought herein are sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Rule 2016-2.

## BACKGROUND

3. On February 18, 2020 (the "Petition Date"), the above-captioned debtors and debtors in possession (collectively, the "Debtors") commenced a chapter 11 case by filing a petition for relief under chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Cases").  The Debtors continue to manage and operate their non-profit organization and properties as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

4. On March 5, 2020, the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed an official committee of tort claimants and an official committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code.

5. On April 6, 2020, the Court entered the Interim Compensation Order, which sets forth the procedures for monthly and interim compensation and reimbursement of expenses in these cases, as subsequently modified by the Fee Examiner order as to interim and final fee applications.

6. Pursuant to the Fee Examiner Order, Rucki Fee Review was appointed as the Fee Examiner in these Chapter 11 Cases, effective as of August 17, 2020.  The Fee Examiner Order authorizes Rucki Fee Review to be compensated on an hourly basis and to be

reimbursed for actual and necessary out-of-pocket expenses, both in accordance with the provisions of the Interim Compensation Order.

7. Previous to the filing of this Application, Rucki Fee Review filed its first monthly fee application (the "Monthly Fee Application") [Docket No. 2308], which is incorporated herein by reference. Now, pursuant to the Interim Compensation Order, Rucki Fee Review makes this Application for interim allowance of compensation for services rendered and reimbursement of expenses incurred by Rucki Fee Review during the Application Period in its capacity as Fee Examiner and as set forth in the Monthly Fee Application. Specifically, Rucki Fee Review seeks interim approval and allowance of compensation in the amount of $216,716.00 for services rendered, and reimbursement of actual expenses in the amount of $0.00, as set forth in the chart below:

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) | Cert. of No Objection Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) ($) | Amount of Expenses Paid or to be Paid (100%) ($) | Amount of Holdback Fees Sought (20%) ($) |
|---|---|---|---|---|---|---|
| 8/17/20-1/31/21 3/3/21 2308 | 216,716.00 | 0.00 | 3/22/21 2422 | 173,372.80 | 0.00 | 43,343.20 |
| **Totals** | **216,716.00** | **0.00** | | **173,372.80** | **0.00** | **43,343.20** |

8. This Application and the Application Period covers the interim fee period from August 17, 2020 through and including January 31, 2021. Rucki Fee Review has continued, and will continue, to perform additional necessary services as Fee Examiner subsequent to the Application Period, for which Rucki Fee Review will file subsequent monthly, interim and final fee applications.

## NOTICE

9. Rucki Fee Review will cause notice of this Application to be served on the parties listed in the notice accompanying this Application. In light of the nature of the relief requested, Rucki Fee Review submits that no other or further notice is required.

3

## CONCLUSION

WHEREFORE, Rucki Fee Review respectfully requests that the Court enter an order (i) granting the Application and authorizing interim allowance of compensation in the sum of $216,716.00 as compensation for necessary services rendered as the Fee Examiner during the Application Period, and the sum of $0.00 for reimbursement of actual necessary costs and expenses incurred during the Application Period, (ii) directing payment by the Debtors of the foregoing amounts, including the 20% holdback of fees as provided for in the Interim Compensation Order, and (iii) granting such other and further relief as the Court may deem just and proper.

Dated: March 30, 2021  
Wilmington, Delaware

**RUCKI FEE REVIEW, LLC**
**FEE EXAMINER**

By: */s/ Justin H. Rucki*
    Justin H. Rucki
    President of Rucki Fee Review, LLC
    (302) 545-7764
    justinrucki@ruckifeereview.com