## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | Jointly Administered |
| Debtors. | **RE: D.I. 2379** |

**CERTIFICATE OF NO OBJECTION REGARDING THE FOURTH INTERIM FEE APPLICATION REQUEST OF BATES WHITE, LLC, AS ABUSE CLAIMS CONSULTANT AND ADVISOR FOR THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM NOVEMBER 1, 2020 TO AND INCLUDING JANUARY 31, 2021**

The undersigned hereby certifies that, as of the date hereof, Bates White, LLC ("Bates White") has received no answer, objection or other responsive pleading to the **Fourth Interim Fee Application Request of Bates White, LLC, as Abuse Claims Consultant and Advisor for the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2020 to and Including January 31, 2021** (the "Application") (D.I. 2379), filed on March 15, 2021.

The undersigned further certifies that Bates White has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed and served no later than March 29, 2021 at 4:00 p.m. (ET).

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

WHEREFORE, Bates White respectfully requests that the Application be approved.

Dated:  March 30, 2021  BATES WHITE, LLC
       Wilmington, Delaware

*/s/ Andrew R. Evans*
Andrew R. Evans
Partner
2001 K Street NW,
North Building, Suite 500
Washington, DC 20006
Telephone: 202-354-1187
Email: andrew.evans@bateswhite.com

ABUSE CLAIMS CONSULTANT AND
ADVISOR TO THE DEBTORS AND
DEBTORS IN POSSESSION