IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Gerald D. Jowers, Jr., Janet, Janet & Suggs, LLC, 500 Taylor Street, Suite 301, Columbia, SC 29201 to represent for Claimants S. H. ( SA Claim No. 21108), R. W. (SA Claim No 70996), R. B. (SA Claim No 24629) in the above-captioned case.

| | |
|---|---|
| Jacobs & Crumplar<br> /s/ Raeann Warner | The Neuberger Firm<br> /s/ Stephen J. Neuberger |
| Raeann Warner, Esq. (#4931)<br>Thomas C. Crumplar, Esq. (#942)<br>Jacobs & Crumplar, P.A.<br>750 Shipyard Dr., Suite 200<br>Wilmington, DE 19801<br>Telephone: (302) 656-5445<br>Facsimile: (302) 656-5875<br>E-mail: Raeann@jcdelaw.com<br>         Tom@jcdelaw.com | Thomas S. Neuberger, Esq. (#243)<br>Stephen J. Neuberger, Esq. (#4440)<br>The Neuberger Firm<br>17 Harlech Dr.<br>Wilmington, DE 19807<br>Telephone: 302-655-0582<br>Facsimile: 302-656-5875<br>E-mail:tsn@neubergerlaw.com<br>         sjn@neubergerlaw.com |

---

[1] The Debtors of the chapter 11 cases, together with the last four digits of the Debtor's federal tax identification number, as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane Irving, Texas 75038.

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of  South Carolina   and submit to the disciplinary action of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rule and with the Revised Standing Order for District Fund effective September 1, 2016.  I further certify that the annual fee of $25.00 has been paid to the Clerk of District Court for the District Court.

__s/ Gerald D. Jowers, Jr._____
Gerald D. Jowers, Jr.,
Janet, Janet & Suggs, LLC,
500 Taylor Street, Suite 301
Columbia, SC 29201
(803) 726-0050
GJowers@JJSjustice.com

March 30, 2021

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: March 30th, 2021
Wilmington, Delaware

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

2