EXHIBIT A

Compensation Summary

**EXHIBIT A**

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**COMPENSATION BY PROJECT CATEGORY**
**DECEMBER 1, 2020 THROUGH DECEMBER 31, 2020**

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Case Administration (00001) | 6.70 | $5,291.00 |
| Committee Meetings and Communications (00002) | 29.90 | $27,467.50 |
| Automatic Stay (00004) | 3.10 | $3,413.00 |
| Bar Date, Noticing, and Claims Reconciliation Issues (00005) | 4.10 | $3,560.00 |
| Plan/Disclosure Statement Issues (00007) | 30.90 | $30,900.50 |
| Coalition and Tort Committee Matters (00008) | 7.40 | $6,124.00 |
| Creditor Communications (00011) | 0.10 | $105.00 |
| Collateral Review (00016) | 1.60 | $1,532.50 |
| Fee Statements and Applications (00017) | 30.60 | $22,416.00 |
| Committee Investigation (00020) | 20.50 | $17,431.00 |
| Professional Retention (00025) | 4.10 | $3,047.00 |
| Communication with Debtors (00029) | 9.80 | $9,703.50 |
| **TOTAL** | **148.80** | **$130,991.00** |

---

[1] Total compensation requested reflects a voluntary reduction of $3,322.50 in fees.

KL2 3214078.5

# Kramer Levin



February 28, 2021

Steve McGowan, General Counsel
The Boy Scouts of America
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX 75015-2049
steve.mcgowan@scouting.org

Invoice #: 818870
073427
Page 1

**FOR PROFESSIONAL SERVICES rendered through December 31, 2020.**

| | |
|---|---|
| Fees | $130,991.00 |
| Disbursements and Other Charges | 442.89 |
| **TOTAL BALANCE DUE** | **$131,433.89** |

FEES AND DISBURSEMENTS POSTED AFTER THE BILLING PERIOD SHOWN ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.

TAX ID # 13-1944339

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas, New York, NY 10036
T  212.715.9100  F  212.715.8000



February 28, 2021
Invoice #: 818870
073427
Page 2

## MATTER SUMMARY

**For professional services rendered through December 31, 2020 in connection with the following matters:**

| Matter | Matter Name | Total |
|---|---|---|
| 073427-00001 | Case Administration | $5,291.00 |
| 073427-00002 | Committee Meetings and Communications | $27,467.50 |
| 073427-00004 | Automatic Stay | $3,413.00 |
| 073427-00005 | Bar Date, Noticing and Claims Reconciliation Issues | $3,560.00 |
| 073427-00007 | Plan/Disclosure Statement Issues | $30,900.50 |
| 073427-00008 | Coalition and Tort Committee Matters | $6,124.00 |
| 073427-00011 | Creditor Communications | $105.00 |
| 073427-00016 | Collateral Review | $1,532.50 |
| 073427-00017 | Fee Statements and Applications | $22,416.00 |
| 073427-00020 | Committee Investigation | $17,431.00 |
| 073427-00025 | Professional Retention | $3,047.00 |
| 073427-00029 | Communications with Debtors | $9,703.50 |
| **Total Fees** | | **$130,991.00** |
| Disbursements and Other Charges | | **$442.89** |
| **TOTAL CURRENT INVOICES** | | **$131,433.89** |

## Professional Services Summary



February 28, 2021
Invoice #: 818870
073427
Page 3

| TIMEKEEPER | TITLE | DEPARTMENT | YEAR ADMITTED TO THE BAR | RATE | HOURS | FEES |
|---|---|---|---|---|---|---|
| Mayer Thomas Moers | Partner | Creditors' Rights | 1982 | $1,500.00 | 5.20 | $7,800.00 |
| Ringer Rachael L. | Partner | Creditors' Rights | 2011 | $1,150.00 | 23.20 | $26,680.00 |
| Hamerman Natan | Counsel | Litigation | 2002 | $1,075.00 | 16.20 | $17,415.00 |
| Sharret Jennifer | Spec Counsel | Creditors' Rights | 2008 | $1,050.00 | 11.10 | $11,655.00 |
| Campbell Patrick J. | Associate | Litigation | 2014 | $990.00 | 13.10 | $12,969.00 |
| Wasson Megan | Associate | Creditors' Rights | 2017 | $905.00 | 18.00 | $16,290.00 |
| Essner Zoe | Associate | Creditors' Rights | 2021 | $680.00 | 46.70 | $31,756.00 |
| Beck Samuel | Paralegal | Creditors' Rights | N/A | $420.00 | 15.00 | $6,300.00 |
| Kindler Jacqueline | Paralegal | Creditors' Rights | N/A | $420.00 | 0.30 | $126.00 |
| **TOTAL FEES** | | | | | **148.80** | **$130,991.00** |



February 28, 2021
Invoice #: 818870
073427-00001
Page 4

**Case Administration**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 0.10 | $115.00 |
| Hamerman, Natan | Counsel | 1.00 | 1,075.00 |
| Sharret, Jennifer | Spec Counsel | 0.60 | 630.00 |
| Campbell, Patrick J. | Associate | 0.80 | 792.00 |
| Essner, Zoe | Associate | 2.40 | 1,632.00 |
| Wasson, Megan | Associate | 0.60 | 543.00 |
| Beck, Samuel | Paralegal | 1.10 | 462.00 |
| Kindler, Jacqueline | Paralegal | 0.10 | 42.00 |
| **TOTAL FEES** | | **6.70** | **$5,291.00** |

### DISBURSEMENTS AND OTHER CHARGES SUMMARY

| DESCRIPTION | AMOUNT |
|---|---|
| Telecommunication Charges | $117.69 |
| Transcript Fees | 325.20 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$442.89** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/1/2020 | Hamerman, Natan | Emails with KL re WIP meeting (0.1). | 0.10 | $107.50 |



February 28, 2021
Invoice #: 818870
073427-00001
Page 5

**Case Administration**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 12/1/2020 | Essner, Zoe | Email J. Sharret and R. Ringer re WIP list (0.1); email KL team re WIP meeting (0.1); edit WIP list (0.2). | 0.40 | 272.00 |
| 12/2/2020 | Essner, Zoe | Email R. Ringer and J. Sharret re open items on WIP list (0.1). | 0.10 | 68.00 |
| 12/3/2020 | Kindler, Jacqueline | Update internal records from docket (0.1). | 0.10 | 42.00 |
| 12/8/2020 | Hamerman, Natan | Attend WIP call with KL team (0.4). | 0.40 | 430.00 |
| 12/8/2020 | Sharret, Jennifer | Participate in WIP call w/ KL team (0.4). | 0.40 | 420.00 |
| 12/8/2020 | Campbell, Patrick J. | Attend WIP call with KL team (0.4). | 0.40 | 396.00 |
| 12/8/2020 | Wasson, Megan | Attend WIP call (0.4). | 0.40 | 362.00 |
| 12/8/2020 | Essner, Zoe | Revise BSA WIP list (0.2); attend WIP meeting w/ KL team (0.4). | 0.60 | 408.00 |
| 12/11/2020 | Essner, Zoe | Email R. Ringer re WIP list (0.2). | 0.20 | 136.00 |
| 12/11/2020 | Essner, Zoe | Email KL team re December 16 hearing (subsequently cancelled) (0.1). | 0.10 | 68.00 |
| 12/11/2020 | Beck, Samuel | Prepare for upcoming omnibus hearing (subsequently cancelled) (0.3). | 0.30 | 126.00 |
| 12/14/2020 | Hamerman, Natan | Email R. Ringer re WIP list (0.2). | 0.20 | 215.00 |
| 12/14/2020 | Beck, Samuel | Review court filings (0.4). | 0.40 | 168.00 |
| 12/15/2020 | Essner, Zoe | Update WIP list (0.2). | 0.20 | 136.00 |



February 28, 2021
Invoice #: 818870
073427-00001
Page 6

**Case Administration**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/16/2020 | Ringer, Rachael L. | Attend portion of call with KL team re: WIP (0.1). | 0.10 | 115.00 |
| 12/16/2020 | Hamerman, Natan | Email KL team re scheduling KL weekly call (0.1); participate in portion of weekly WIP call w/ KL team (0.1). | 0.20 | 215.00 |
| 12/16/2020 | Campbell, Patrick J. | Attend internal WIP call with KL team (0.2). | 0.20 | 198.00 |
| 12/16/2020 | Essner, Zoe | Emails re WIP meeting (0.1); revise WIP list (0.2); attend WIP meeting re open items (0.2). | 0.50 | 340.00 |
| 12/21/2020 | Beck, Samuel | Review court filings (0.2). | 0.20 | 84.00 |
| 12/22/2020 | Sharret, Jennifer | Participate in WIP call (0.2). | 0.20 | 210.00 |
| 12/22/2020 | Campbell, Patrick J. | Attend internal WIP call with KL team (0.2). | 0.20 | 198.00 |
| 12/22/2020 | Wasson, Megan | Attend WIP call (0.2). | 0.20 | 181.00 |
| 12/22/2020 | Essner, Zoe | Revise WIP list (0.1); attend WIP meeting (0.2). | 0.30 | 204.00 |
| 12/28/2020 | Hamerman, Natan | Email T. Mayer re case status (0.1). | 0.10 | 107.50 |
| 12/28/2020 | Beck, Samuel | Review court filings (0.2). | 0.20 | 84.00 |
| **TOTAL** | | | **6.70** | **$5,291.00** |



**Committee Meetings and Communications**

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Mayer, Thomas Moers | Partner | 2.20 | $3,300.00 |
| Ringer, Rachael L. | Partner | 5.80 | 6,670.00 |
| Hamerman, Natan | Counsel | 2.00 | 2,150.00 |
| Sharret, Jennifer | Spec Counsel | 2.90 | 3,045.00 |
| Essner, Zoe | Associate | 13.70 | 9,316.00 |
| Wasson, Megan | Associate | 3.30 | 2,986.50 |
| **TOTAL FEES** | | **29.90** | **$27,467.50** |

## PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/1/2020 | Sharret, Jennifer | Review Committee update re JLL appraisals (0.1). | 0.10 | $105.00 |
| 12/1/2020 | Essner, Zoe | Email Committee member re claims (0.1); draft 11/30 UCC minutes (0.6); email M. Wasson re same (0.1); draft UCC update re JLL appraisals (0.4); email M. Wasson and R. Ringer re same (0.2). | 1.40 | 952.00 |
| 12/2/2020 | Sharret, Jennifer | Review and comment on Committee minutes (0.3); review Committee update re minutes, MTC, Century notice of appeal (0.1). | 0.40 | 420.00 |



February 28, 2021
Invoice #: 818870
073427-00002
Page 8

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 12/2/2020 | Essner, Zoe | Draft Committee update re minutes, MTC, Century notice of appeal (0.2). | 0.20 | 136.00 |
| 12/3/2020 | Essner, Zoe | Draft UCC email update re Debtors' Rule 2004 Motion (0.3); email R. Ringer and M. Wasson re same (0.1). | 0.40 | 272.00 |
| 12/4/2020 | Essner, Zoe | Draft Committee update re TCC application for appraisal (0.3); email M. Wasson and R. Ringer re same (0.1); review Committee member reply (0.1); email re same to M. Wasson and R. Ringer (0.1). | 0.60 | 408.00 |
| 12/7/2020 | Hamerman, Natan | Emails with UCC professionals re rescheduling meeting (0.2). | 0.20 | 215.00 |
| 12/7/2020 | Essner, Zoe | Emails w/ Committee professionals re rescheduling call to prep for UCC meeting (0.1). | 0.10 | 68.00 |
| 12/8/2020 | Hamerman, Natan | Emails re Committee call scheduling with KL and Alix (0.1). | 0.10 | 107.50 |
| 12/8/2020 | Essner, Zoe | Calls w/ Committee members re rescheduling Committee meeting (0.2); emails w/ KL team re same (0.2); emails w/ UCC professionals re same (0.1); emails w/ Committee members re same (0.3). | 0.80 | 544.00 |
| 12/10/2020 | Wasson, Megan | Comment on UCC update email (0.3). | 0.30 | 271.50 |



February 28, 2021
Invoice #: 818870
073427-00002
Page 9

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/11/2020 | Essner, Zoe | Draft UCC email update re Debtors' Rule 2004 motion, appraise motion, brief re preliminary injunction, wrongful death settlements, fee examiner report, KL supplemental declaration (1.4); email M. Wasson and R. Ringer re same (0.2). | 1.60 | 1,088.00 |
| 12/14/2020 | Ringer, Rachael L. | Attend call with UCC professionals re: prep for UCC call (0.6); review issues re: same (0.4); call with T. Mayer re: same (0.2); emails with Z. Essner and M. Wasson re: same (0.3); attend/lead call with UCC re: potential settlement scenarios (0.8); follow-up call with UCC member re: same (0.3). | 2.60 | 2,990.00 |
| 12/14/2020 | Mayer, Thomas Moers | Call with R. Ringer re issues to be discussed on UCC call (0.2); participate in portions of professionals' pre-meeting call (0.3) and majority of Committee call (0.5) re potential settlement. | 1.00 | 1,500.00 |
| 12/14/2020 | Sharret, Jennifer | Participate in majority of professionals call re prep for UCC call (0.5); participate in Committee call re potential settlement scenarios (0.8). | 1.30 | 1,365.00 |



February 28, 2021
Invoice #: 818870
073427-00002
Page 10

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/14/2020 | Wasson, Megan | Attend majority of UCC professionals call re prep for UCC meeting (0.4); attend majority of weekly UCC call (0.5); review UCC update email agenda, certifications of counsel/no objection filed in advance of hearing and meeting materials (0.1) and emails with R. Ringer and Z. Essner re same (0.1). | 1.10 | 995.50 |
| 12/14/2020 | Essner, Zoe | Attend professionals call re preparation for UCC meeting (0.6); email Committee re agenda, certifications of counsel/no objection filed in advance of hearing and meeting materials (0.2); attend Committee meeting re financial update and settlement discussions (0.8); draft Committee update re fee examiner reports and supplemental declaration (0.6); emails w/ M. Wasson and R. Ringer re same (0.2). | 2.40 | 1,632.00 |
| 12/15/2020 | Essner, Zoe | Draft UCC update re Methodist churches 2019, 12/16 hearing, and TCC appraiser (0.7); email M. Wasson and R. Ringer re same (0.2). | 0.90 | 612.00 |
| 12/16/2020 | Essner, Zoe | Draft UCC update re: BSA business plan meeting, pension plan FA for TCC, supplemental declarations (0.6). | 0.60 | 408.00 |
| 12/17/2020 | Essner, Zoe | Draft Committee update re: BSA business plan meeting, pension plan FA for TCC, supplemental declarations (0.2). | 0.20 | 136.00 |



February 28, 2021
Invoice #: 818870
073427-00002
Page 11

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/18/2020 | Wasson, Megan | Revise UCC email update re UCC meeting (0.3). | 0.30 | 271.50 |
| 12/18/2020 | Essner, Zoe | Email R. Ringer and UCC professionals re rescheduling UCC meeting (0.2); send UCC update re same (0.2). | 0.40 | 272.00 |
| 12/21/2020 | Ringer, Rachael L. | Email T. Mayer re: prep for UCC call (0.3); call with UCC professionals re: same (0.6); prepare for (0.6) and attend call with UCC re: plan, MTC issues, other case updates (1.0). | 2.50 | 2,875.00 |
| 12/21/2020 | Mayer, Thomas Moers | Attend UCC professionals prep call re JPMorgan proposal and potential plan negotiations/structure (0.6); attend majority of UCC call re same (0.6). | 1.20 | 1,800.00 |
| 12/21/2020 | Hamerman, Natan | Prepare for (0.1) and attend professionals' call re prep for UCC meeting (0.6); attend Committee call re: plan, MTC issues, other case updates (1.0). | 1.70 | 1,827.50 |
| 12/21/2020 | Sharret, Jennifer | Participate in Committee call re: plan, MTC issues, other case updates (1.0). | 1.00 | 1,050.00 |
| 12/21/2020 | Wasson, Megan | Attend majority of UCC professionals' call re prep for UCC meeting (0.4); attend weekly UCC call re: plan, MTC issues, other case updates (1.0). | 1.40 | 1,267.00 |



February 28, 2021
Invoice #: 818870
073427-00002
Page 12

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 12/21/2020 | Essner, Zoe | Attend call w/ UCC professionals re prep for UCC meeting (0.6); draft Committee update re meeting agenda (0.3); circulate update to UCC (0.1); attend UCC meeting re settlement proposal and business update (1.0); draft minutes for same (0.3); send minutes to M. Wasson for review (0.1). | 2.40 | 1,632.00 |
| 12/22/2020 | Ringer, Rachael L. | Call with Committee member re: plan questions (0.7). | 0.70 | 805.00 |
| 12/22/2020 | Sharret, Jennifer | Review Committee update re settlement term sheet and filing fee applications (0.1). | 0.10 | 105.00 |
| 12/22/2020 | Essner, Zoe | Draft UCC email update re settlement term sheet and filing fee applications (0.2). | 0.20 | 136.00 |
| 12/28/2020 | Essner, Zoe | Email R. Ringer re Committee meeting (0.1); emails w/ UCC professionals re same (0.2); email Committee re same (0.2); email Committee further follow-up re Committee meeting (0.1); draft update to Committee re mediation sessions (0.2). | 0.80 | 544.00 |
| 12/29/2020 | Essner, Zoe | Draft UCC update re Debtors' motion to extend removal periods, mediation sessions (0.3). | 0.30 | 204.00 |
| 12/30/2020 | Wasson, Megan | Revise draft update email re Debtors' motion to extend removal periods, mediation sessions (0.2). | 0.20 | 181.00 |



February 28, 2021
Invoice #: 818870
073427-00002
Page 13

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/31/2020 | Essner, Zoe | Draft update re plan of reorganization and mediation materials (0.2); email KL team re same (0.2). | 0.40 | 272.00 |
| **TOTAL** | | | **29.90** | **$27,467.50** |



February 28, 2021
Invoice #: 818870
073427-00004
Page 14

**Automatic Stay**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 1.60 | $1,840.00 |
| Hamerman, Natan | Counsel | 1.40 | 1,505.00 |
| Essner, Zoe | Associate | 0.10 | 68.00 |
| **TOTAL FEES** | | **3.10** | **$3,413.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/1/2020 | Ringer, Rachael L. | Revise MTC stipulation (0.4); emails with N. Hamerman re: edits to same (0.4); emails with AHCLC and Mediators re: same (0.3). | 1.10 | $1,265.00 |
| 12/1/2020 | Hamerman, Natan | Confer R. Ringer re MTC stip (0.3); revise same (0.5). | 0.80 | 860.00 |
| 12/2/2020 | Hamerman, Natan | Emails re MTC stip w/ mediators and TCC (0.2). | 0.20 | 215.00 |
| 12/8/2020 | Essner, Zoe | Email B. Warner re lift stay for wrongful death settlements (0.1). | 0.10 | 68.00 |
| 12/21/2020 | Ringer, Rachael L. | Review MTC revised stipulation (0.2). | 0.20 | 230.00 |
| 12/29/2020 | Ringer, Rachael L. | Revise MTC stip (0.3). | 0.30 | 345.00 |
| 12/29/2020 | Hamerman, Natan | Email R. Ringer re MTC stipulation (0.2). | 0.20 | 215.00 |



February 28, 2021
Invoice #: 818870
073427-00004
Page 15

**Automatic Stay**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 12/30/2020 | Hamerman, Natan | Emails with MTC re stipulation (0.2). | 0.20 | 215.00 |
| **TOTAL** | | | **3.10** | **$3,413.00** |



February 28, 2021
Invoice #: 818870
073427-00005
Page 16

**Bar Date, Noticing and Claims Reconciliation Issues**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Hamerman, Natan | Counsel | 1.10 | $1,182.50 |
| Essner, Zoe | Associate | 1.50 | 1,020.00 |
| Wasson, Megan | Associate | 1.50 | 1,357.50 |
| **TOTAL FEES** | | **4.10** | **$3,560.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/29/2020 | Hamerman, Natan | Attend portion of Mediation session re claims (1.1). | 1.10 | $1,182.50 |
| 12/29/2020 | Wasson, Megan | Attend majority of Bates White mediation session re claims analysis (1.5). | 1.50 | 1,357.50 |
| 12/29/2020 | Essner, Zoe | Attend mediation session re claims analysis (1.5). | 1.50 | 1,020.00 |
| **TOTAL** | | | **4.10** | **$3,560.00** |



February 28, 2021
Invoice #: 818870
073427-00007
Page 17

**Plan/Disclosure Statement Issues**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Mayer, Thomas Moers | Partner | 3.00 | $4,500.00 |
| Ringer, Rachael L. | Partner | 8.20 | 9,430.00 |
| Hamerman, Natan | Counsel | 5.00 | 5,375.00 |
| Sharret, Jennifer | Spec Counsel | 1.00 | 1,050.00 |
| Campbell, Patrick J. | Associate | 0.60 | 594.00 |
| Essner, Zoe | Associate | 7.60 | 5,168.00 |
| Wasson, Megan | Associate | 5.10 | 4,615.50 |
| Beck, Samuel | Paralegal | 0.40 | 168.00 |
| **TOTAL FEES** | | **30.90** | **$30,900.50** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/3/2020 | Hamerman, Natan | Email R. Ringer re JPM discussions re potential settlement scenarios (0.2). | 0.20 | $215.00 |
| 12/8/2020 | Ringer, Rachael L. | Call w/ N. Hamerman re plan proposal (0.2); email T. Mayer re: plan issues/next steps (0.1). | 0.30 | 345.00 |
| 12/8/2020 | Hamerman, Natan | Call with R. Ringer re plan proposal (0.2); email T. Mayer re same (0.1). | 0.30 | 322.50 |



February 28, 2021
Invoice #: 818870
073427-00007
Page 18

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/8/2020 | Essner, Zoe | Review N. Hamerman and R. Ringer comments to term sheet (0.2); email KL team re same (0.2). | 0.40 | 272.00 |
| 12/9/2020 | Ringer, Rachael L. | Prepare for (0.1) and attend call with KL team re: plan issues and settlement of estate claims (0.5); call with J. Sharret re: same and related issues (0.2). | 0.80 | 920.00 |
| 12/9/2020 | Hamerman, Natan | Prepare for (0.1) and attend call w/ KL team re JPM term sheet (0.5). | 0.60 | 645.00 |
| 12/9/2020 | Sharret, Jennifer | Call with KL team re: JPM settlement (0.5); call w/ R. Ringer re same (0.2). | 0.70 | 735.00 |
| 12/9/2020 | Campbell, Patrick J. | Prepare for (0.1) and attend call with KL team re: settlement of estate claims through mediation (0.5). | 0.60 | 594.00 |
| 12/9/2020 | Wasson, Megan | Call with KL team re settlement of estate claims through mediation (0.5); comment on term sheet re same (0.8). | 1.30 | 1,176.50 |
| 12/9/2020 | Essner, Zoe | Attend call w/ KL team re settlement of estate claims through mediation (0.5); revise settlement proposal re same (1.4); emails w/ KL team re same (0.1); revise same (0.2). | 2.20 | 1,496.00 |
| 12/10/2020 | Mayer, Thomas Moers | Call with R. Mason re potential plan structures (1.0). | 1.00 | 1,500.00 |
| 12/14/2020 | Ringer, Rachael L. | Review/revise term sheet re: plan issues (0.4). | 0.40 | 460.00 |



February 28, 2021
Invoice #: 818870
073427-00007
Page 19

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/14/2020 | Essner, Zoe | Email KL team and UCC professionals re settlement term sheet (0.1); revise same (0.2). | 0.30 | 204.00 |
| 12/16/2020 | Hamerman, Natan | Email R. Ringer re term sheet (0.1). | 0.10 | 107.50 |
| 12/16/2020 | Wasson, Megan | Review revised term sheet (0.1) and correspondence with Z. Essner re same (0.1). | 0.20 | 181.00 |
| 12/16/2020 | Essner, Zoe | Revise term sheet re potential settlement through mediation (0.2); email KL team re same (0.2). | 0.40 | 272.00 |
| 12/18/2020 | Ringer, Rachael L. | Attend first session of mediation session re business plan (1.0); call with mediator re: next steps (0.2). | 1.20 | 1,380.00 |
| 12/18/2020 | Mayer, Thomas Moers | Attend first session of Mediation Session re business plan (1.0). | 1.00 | 1,500.00 |
| 12/18/2020 | Hamerman, Natan | Attend first session of mediation session re business plan (1.0); email R. Ringer re Tort Claims Committee discussions and plan (0.2); emails with Pachulski re status (0.1). | 1.30 | 1,397.50 |
| 12/18/2020 | Essner, Zoe | Attend (double) mediation session re Debtors' business plan and take notes (1.9); send notes to M. Wasson and R. Ringer (0.1). | 2.00 | 1,360.00 |
| 12/20/2020 | Mayer, Thomas Moers | Review settlement term sheet (0.3). | 0.30 | 450.00 |
| 12/20/2020 | Sharret, Jennifer | Review email from R. Ringer re: settlement term sheet (0.1). | 0.10 | 105.00 |



February 28, 2021
Invoice #: 818870
073427-00007
Page 20

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 12/21/2020 | Ringer, Rachael L. | Review/revise settlement term sheet (0.6), emails with KL team re: same (0.3). | 0.90 | 1,035.00 |
| 12/21/2020 | Hamerman, Natan | Email with Z. Essner and R. Ringer re plan (0.2); emails w/ KL team re edits to settlement Term Sheet (0.4). | 0.60 | 645.00 |
| 12/21/2020 | Sharret, Jennifer | Correspondence with KL team re: settlement proposal (0.2). | 0.20 | 210.00 |
| 12/21/2020 | Essner, Zoe | Revise term sheet (0.5); emails w/ M. Wasson and R. Ringer re same (0.3); draft transmittal email re same (0.3); emails re same w/ M. Wasson and R. Ringer (0.1); email N. Hamerman re standing (0.2); email T. Mayer re proposal (0.1). | 1.50 | 1,020.00 |
| 12/22/2020 | Ringer, Rachael L. | Call with mediator re: next steps on Debtors' plan proposal (0.2); emails with professionals re: same (0.2); finalize settlement term sheet re: plan issues (0.7). | 1.10 | 1,265.00 |
| 12/22/2020 | Hamerman, Natan | Emails re settlement term sheet (0.3); emails w/ R. Ringer re call w/ TCC (0.1); emails w/ Debtors re same (0.1). | 0.50 | 537.50 |
| 12/22/2020 | Essner, Zoe | Finalize term sheet (0.1); emails re same w/ M. Wasson, N. Hamerman, R. Ringer (0.2). | 0.30 | 204.00 |
| 12/22/2020 | Wasson, Megan | Review revisions to settlement term sheet (0.3) and correspondence with Z. Essner re same (0.2). | 0.50 | 452.50 |



February 28, 2021
Invoice #: 818870
073427-00007
Page 21

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 12/23/2020 | Ringer, Rachael L. | Emails with KL team, including N. Hamerman re: mediation proposal on estate claims (0.5). | 0.50 | 575.00 |
| 12/23/2020 | Hamerman, Natan | Correspondence w/ R. Ringer and TCC re mediation (0.5). | 0.50 | 537.50 |
| 12/28/2020 | Mayer, Thomas Moers | Call with R. Ringer re mediation session re plan (0.3); attend mediation session re same (0.4). | 0.70 | 1,050.00 |
| 12/28/2020 | Ringer, Rachael L. | Call with T. Mayer re: mediation session (0.2); attend meeting with mediators re: status update on proposal (0.4); numerous emails with KL team re: status of proposal and UCC meetings (0.7). | 1.30 | 1,495.00 |
| 12/28/2020 | Hamerman, Natan | Confer w/ R. Ringer re mediation (0.2); attend mediation session re plan (0.4); emails W/ TCC re same (0.1). | 0.70 | 752.50 |
| 12/28/2020 | Essner, Zoe | Prepare for (0.1) and attend mediation session re case issues (0.4). | 0.50 | 340.00 |
| 12/30/2020 | Beck, Samuel | Review precedent plan and settlement documents (0.3) and send same to Z. Essner (0.1). | 0.40 | 168.00 |
| 12/31/2020 | Ringer, Rachael L. | Review plan provided by Debtors (0.3); correspondence with KL team re same (0.1); call with TCC re: same (0.3); review summary of plan provisions (0.3); send comments to KL team (0.1); further review plan provisions re: same (0.3); revise summary provisions (0.3). | 1.70 | 1,955.00 |



February 28, 2021
Invoice #: 818870
073427-00007
Page 22

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 12/31/2020 | Hamerman, Natan | Emails with R. Ringer re debtor proposed plan (0.2). | 0.20 | 215.00 |
| 12/31/2020 | Wasson, Megan | Review draft plan (1.6); draft summary of same (1.5). | 3.10 | 2,805.50 |
| **TOTAL** | | | **30.90** | **$30,900.50** |



February 28, 2021
Invoice #: 818870
073427-00008
Page 23

**Coalition and Tort Committee Matters**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Hamerman, Natan | Counsel | 0.60 | $645.00 |
| Essner, Zoe | Associate | 3.00 | 2,040.00 |
| Wasson, Megan | Associate | 3.80 | 3,439.00 |
| **TOTAL FEES** | | **7.40** | **$6,124.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/16/2020 | Hamerman, Natan | Email KL team re Tort Claims Committee motion to employ new advisors (0.2). | 0.20 | $215.00 |
| 12/30/2020 | Hamerman, Natan | Emails with KL team plan mediation issues relating to the TCC and the Coalition of Abused Scouts for Justice (0.4). | 0.40 | 430.00 |
| 12/30/2020 | Wasson, Megan | Review plan mediation issues relating to the TCC and the Coalition of Abused Scouts for Justice (0.5); research re claims value settlements (3.0); draft internal email re same (0.3). | 3.80 | 3,439.00 |
| 12/30/2020 | Essner, Zoe | Review plan mediation issues relating to the TCC and the Coalition of Abused Scouts for Justice (0.1); email w/ KL team re same (0.3); research re abuse action settlements (2.1); email KL team summary of same (0.3); email AlixPartners re same (0.2). | 3.00 | 2,040.00 |



February 28, 2021
Invoice #: 818870
073427-00008
Page 24

**Coalition and Tort Committee Matters**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| TOTAL | | | 7.40 | $6,124.00 |



February 28, 2021
Invoice #: 818870
073427-00011
Page 25

**Creditor Communications**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Sharret, Jennifer | Spec Counsel | 0.10 | $105.00 |
| **TOTAL FEES** | | **0.10** | **$105.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/2/2020 | Sharret, Jennifer | Email R. Ringer re: creditor inquiry (0.1). | 0.10 | $105.00 |
| **TOTAL** | | | **0.10** | **$105.00** |



February 28, 2021
Invoice #: 818870
073427-00016
Page 26

**Collateral Review**

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 0.30 | $345.00 |
| Hamerman, Natan | Counsel | 0.30 | 322.50 |
| Sharret, Jennifer | Spec Counsel | 0.50 | 525.00 |
| Essner, Zoe | Associate | 0.50 | 340.00 |
| **TOTAL FEES** | | **1.60** | **$1,532.50** |

## PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/28/2020 | Hamerman, Natan | Emails w/ JPM re challenge stipulation (0.1). | 0.10 | $107.50 |
| 12/28/2020 | Sharret, Jennifer | Review draft stipulation on challenge deadline (0.1); review correspondence with R. Ringer and Pachulski re: challenge extension (0.1). | 0.20 | 210.00 |
| 12/29/2020 | Ringer, Rachael L. | Review/revise Challenge deadline stip (0.2) and emails with TCC re: same (0.1). | 0.30 | 345.00 |
| 12/29/2020 | Sharret, Jennifer | Review draft stipulation on challenge (0.1); review correspondence with R. Ringer and Pachulski re: challenge extension (0.1). | 0.20 | 210.00 |
| 12/30/2020 | Hamerman, Natan | Emails re challenge deadline stip to JPM and R. Ringer (0.2). | 0.20 | 215.00 |



February 28, 2021
Invoice #: 818870
073427-00016
Page 27

**Collateral Review**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 12/30/2020 | Sharret, Jennifer | Review revised stipulation extending challenge period (0.1). | 0.10 | 105.00 |
| 12/30/2020 | Essner, Zoe | Finalize stipulation re challenge period for filing (0.2); email KL team and Reed Smith re same (0.3). | 0.50 | 340.00 |
| **TOTAL** | | | **1.60** | **$1,532.50** |



February 28, 2021
Invoice #: 818870
073427-00017
Page 28

**Fee Statements and Applications**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 2.10 | $2,415.00 |
| Sharret, Jennifer | Spec Counsel | 4.30 | 4,515.00 |
| Essner, Zoe | Associate | 14.50 | 9,860.00 |
| Wasson, Megan | Associate | 3.20 | 2,896.00 |
| Beck, Samuel | Paralegal | 6.30 | 2,646.00 |
| Kindler, Jacqueline | Paralegal | 0.20 | 84.00 |
| **TOTAL FEES** | | **30.60** | **$22,416.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/1/2020 | Essner, Zoe | Email J. Sharret re fee examiner report (0.1); email S. Beck re same (0.2); email Debtors re payment for September fee statement (0.1). | 0.40 | $272.00 |
| 12/3/2020 | Essner, Zoe | Review R. Ringer comments to third interim fee application (0.2); email W. Kane re question re same (0.1); revise third interim fee application (0.2); email KL team re same (0.1). | 0.60 | 408.00 |
| 12/4/2020 | Sharret, Jennifer | Review and comment on outline of draft fee examiner response (0.5). | 0.50 | 525.00 |



February 28, 2021
Invoice #: 818870
073427-00017
Page 29

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 12/4/2020 | Essner, Zoe | Correspondence w/ KL team re fee examiner report (0.7); email KL team re scheduling meetings re same (0.2); prepare third interim fee application for filing (0.2) and correspond w/ KL team and RS (0.1). | 1.20 | 816.00 |
| 12/4/2020 | Kindler, Jacqueline | Revise second interim fee application for filing (0.2). | 0.20 | 84.00 |
| 12/7/2020 | Ringer, Rachael L. | Call with KL team re: fee examiner comments (0.4); review same (0.4) and emails with KL team (0.3). | 1.10 | 1,265.00 |
| 12/7/2020 | Sharret, Jennifer | Prepare for meeting w/ fee examiner (0.2); t/c with R. Ringer, Z. Essner, M. Wasson and S. Beck re: same (0.4). | 0.60 | 630.00 |
| 12/7/2020 | Essner, Zoe | Schedule call re fee examiner report (0.1); attend call w/ KL team re fee examiner report (0.4); emails re same w/ KL team (0.2). | 0.70 | 476.00 |
| 12/7/2020 | Beck, Samuel | Call with KL team re fee examiner report (0.4). | 0.40 | 168.00 |
| 12/8/2020 | Ringer, Rachael L. | Call with fee examiner re: fee inquiries (1.0). | 1.00 | 1,150.00 |
| 12/8/2020 | Sharret, Jennifer | Call with fee examiner (1.0); revise draft response to fee examiner (0.3). | 1.30 | 1,365.00 |



February 28, 2021
Invoice #: 818870
073427-00017
Page 30

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 12/8/2020 | Essner, Zoe | Call w/ fee examiner re initial fee report (1.0); emails w/ KL team re same (0.2); review KL response draft (0.3); correspondence w/ K. Morales re fee examiner report (0.2); email KL team summary of same (0.2). | 1.90 | 1,292.00 |
| 12/9/2020 | Sharret, Jennifer | T/c with J. Rucki re: fee examiner report (0.3); email R. Ringer re: same (0.3); review and comment on draft response (0.2) and emails with Z. Essner re same (0.1). | 0.90 | 945.00 |
| 12/9/2020 | Essner, Zoe | Draft response to fee examiner (0.6); emails re same (0.2); revise same (0.3); correspondence w/ J. Sharret re fee examiner, related issues (0.3); call with S. Beck re same (0.3). | 1.70 | 1,156.00 |
| 12/9/2020 | Beck, Samuel | Call with Z. Essner re fee examiner report (0.3). | 0.30 | 126.00 |
| 12/10/2020 | Sharret, Jennifer | Comment on response to fee examiner (0.4). | 0.40 | 420.00 |
| 12/10/2020 | Essner, Zoe | Email KL team re fee examiner report/response (0.3). | 0.30 | 204.00 |
| 12/11/2020 | Wasson, Megan | Review fee examiner filings (0.4) and emails with KL team re same (0.2). | 0.60 | 543.00 |
| 12/11/2020 | Essner, Zoe | Emails w/ KL team re fee examiner report (0.4). | 0.40 | 272.00 |
| 12/11/2020 | Beck, Samuel | Review November fee statement for compliance with local rules and UST guidelines (1.4). | 1.40 | 588.00 |



February 28, 2021
Invoice #: 818870
073427-00017
Page 31

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 12/12/2020 | Sharret, Jennifer | Comment on response to fee examiner (0.1) and emails with KL team re same (0.1). | 0.20 | 210.00 |
| 12/12/2020 | Essner, Zoe | Emails w/ KL team re fee examiner response (0.3). | 0.30 | 204.00 |
| 12/13/2020 | Sharret, Jennifer | Review draft report from J. Rucki (0.3); email R. Ringer and Z. Essner re: same (0.1). | 0.40 | 420.00 |
| 12/13/2020 | Essner, Zoe | Review fee examiner response (0.2); email J. Sharret and R. Ringer re same (0.2); emails w/ J. Rucki re same (0.2). | 0.60 | 408.00 |
| 12/14/2020 | Essner, Zoe | Email correspondence w/ fee examiner re settlement (0.2). | 0.20 | 136.00 |
| 12/14/2020 | Beck, Samuel | Review November fee statement for compliance with local rules and UST guidelines (0.7). | 0.70 | 294.00 |
| 12/15/2020 | Essner, Zoe | Review November fee statement for privilege, confidentiality, and compliance with local rules and UST guidelines (3.1). | 3.10 | 2,108.00 |
| 12/17/2020 | Beck, Samuel | Review November fee statement for compliance with local rules and UST guidelines (2.6). | 2.60 | 1,092.00 |
| 12/18/2020 | Wasson, Megan | Review November fee statement for compliance with UST guidelines, confidentiality and privilege (1.4); emails with KL team re same (0.2). | 1.60 | 1,448.00 |



February 28, 2021
Invoice #: 818870
073427-00017
Page 32

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/18/2020 | Essner, Zoe | Review November fee statement for privilege, confidentiality, and compliance with local rules and UST guidelines (1.6); email S. Beck re same (0.1); emails w/ M. Wasson re same (0.1); review M. Wasson comments (0.1); email P. Campbell and S. Beck re same (0.2); review third omnibus fee order (0.1); email KL team re same (0.1). | 2.30 | 1,564.00 |
| 12/18/2020 | Beck, Samuel | Review draft third omnibus fee order (0.2). | 0.20 | 84.00 |
| 12/20/2020 | Beck, Samuel | Prepare November fee application and exhibits (0.2). | 0.20 | 84.00 |
| 12/21/2020 | Beck, Samuel | Email KL team re November fee application (0.1). | 0.10 | 42.00 |
| 12/23/2020 | Beck, Samuel | Review November fee application and exhibits (0.4). | 0.40 | 168.00 |
| 12/24/2020 | Essner, Zoe | Draft November fee application and exhibits (0.4); review M. Wasson comments to same (0.1); email R. Ringer and M. Wasson re same (0.1). | 0.60 | 408.00 |
| 12/24/2020 | Wasson, Megan | Review and comment on November fee application and exhibits (1.0). | 1.00 | 905.00 |
| 12/28/2020 | Essner, Zoe | Email R. Ringer re November fee application (0.1). | 0.10 | 68.00 |
| 12/29/2020 | Essner, Zoe | Email debtors re October fee statement (0.1). | 0.10 | 68.00 |
| **TOTAL** | | | **30.60** | **$22,416.00** |



February 28, 2021
Invoice #: 818870
073427-00020
Page 33

**Committee Investigation**

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 1.80 | $2,070.00 |
| Hamerman, Natan | Counsel | 2.80 | 3,010.00 |
| Sharret, Jennifer | Spec Counsel | 0.50 | 525.00 |
| Campbell, Patrick J. | Associate | 9.40 | 9,306.00 |
| Beck, Samuel | Paralegal | 6.00 | 2,520.00 |
| TOTAL FEES | | 20.50 | $17,431.00 |

PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/1/2020 | Hamerman, Natan | Emails with P. Campbell re document requests (0.5). | 0.50 | $537.50 |
| 12/1/2020 | Campbell, Patrick J. | Review additional Arrow produced materials (1.1); draft email to N. Hamerman re: summary of Arrow materials (0.3); review of appraisal re: settlement discussions (0.6); draft informal document requests for JPM (0.5); review summary of certain estate claims (0.2). | 2.70 | 2,673.00 |
| 12/1/2020 | Beck, Samuel | Review data room documents (0.4) and prepare summary for KL team re same (0.4). | 0.80 | 336.00 |
| 12/2/2020 | Hamerman, Natan | Review JPM document request (0.2). | 0.20 | 215.00 |



February 28, 2021
Invoice #: 818870
073427-00020
Page 34

**Committee Investigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/3/2020 | Campbell, Patrick J. | Revise pleading re: fiduciary duty claims (0.7); review correspondence w/ KL team re same (0.2). | 0.90 | 891.00 |
| 12/3/2020 | Beck, Samuel | Review data room documents (0.3) and prepare summary for KL team re same (0.1). | 0.40 | 168.00 |
| 12/4/2020 | Campbell, Patrick J. | Review updates to the data room (0.1). | 0.10 | 99.00 |
| 12/4/2020 | Beck, Samuel | Review data room documents (0.2) and prepare summary for KL team re same (0.3). | 0.50 | 210.00 |
| 12/6/2020 | Campbell, Patrick J. | Review new additions to the data room (0.1). | 0.10 | 99.00 |
| 12/6/2020 | Beck, Samuel | Review data room documents (0.2) and prepare summary for KL team re same (0.3). | 0.50 | 210.00 |
| 12/9/2020 | Campbell, Patrick J. | Review additional board materials produced (1.2). | 1.20 | 1,188.00 |
| 12/9/2020 | Beck, Samuel | Review data room documents (0.3) and prepare summary for KL team re same (0.2). | 0.50 | 210.00 |
| 12/11/2020 | Campbell, Patrick J. | Revise standing motion (0.6); draft email to N. Hamerman re: same (0.1); review additional board minutes (1.8). | 2.50 | 2,475.00 |
| 12/14/2020 | Ringer, Rachael L. | Revise open issues re Arrow (0.8). | 0.80 | 920.00 |
| 12/14/2020 | Hamerman, Natan | Review edits to Arrow questions (0.4); review email re new document production from P. Campbell (0.2). | 0.60 | 645.00 |



February 28, 2021
Invoice #: 818870
073427-00020
Page 35

**Committee Investigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/14/2020 | Campbell, Patrick J. | Review additional board materials (0.7). | 0.70 | 693.00 |
| 12/14/2020 | Beck, Samuel | Review data room documents (0.1) and prepare summary for KL team re same (0.2). | 0.30 | 126.00 |
| 12/15/2020 | Hamerman, Natan | Review Arrow discovery (0.2); emails re same to R. Ringer (0.2); emails re same with W&C (0.1). | 0.50 | 537.50 |
| 12/15/2020 | Campbell, Patrick J. | Review updates to data room files (0.1). | 0.10 | 99.00 |
| 12/15/2020 | Beck, Samuel | Review data room documents (0.2) and prepare summary for KL team re same (0.2). | 0.40 | 168.00 |
| 12/16/2020 | Campbell, Patrick J. | Research re estate claims (0.4). | 0.40 | 396.00 |
| 12/16/2020 | Beck, Samuel | Review data room documents (0.2) and prepare summary for KL team re same (0.2). | 0.40 | 168.00 |
| 12/17/2020 | Campbell, Patrick J. | Review additions to data room (0.1). | 0.10 | 99.00 |
| 12/17/2020 | Beck, Samuel | Review data room documents (0.2) and prepare summary for KL team re same (0.2). | 0.40 | 168.00 |
| 12/20/2020 | Ringer, Rachael L. | Prep for (0.1) and call with TCC and KL re: issues with potential estate claims (0.5);, follow-up with N. Hamerman re: same (0.1). | 0.70 | 805.00 |
| 12/20/2020 | Hamerman, Natan | Call with Pachulski and KL re estate claims (0.5); call with R. Ringer re same (0.1); emails with Pachulski re same (0.2). | 0.80 | 860.00 |



February 28, 2021
Invoice #: 818870
073427-00020
Page 36

**Committee Investigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 12/20/2020 | Sharret, Jennifer | Call with Pachulski, R. Ringer and N. Hamerman re: estate claims (0.5). | 0.50 | 525.00 |
| 12/20/2020 | Beck, Samuel | Review data room documents (0.1) and prepare summary for KL team re same (0.2). | 0.30 | 126.00 |
| 12/23/2020 | Ringer, Rachael L. | Call with TCC re: investigation/estate claims (0.3). | 0.30 | 345.00 |
| 12/23/2020 | Campbell, Patrick J. | Draft email to N. Hamerman re: draft pleading re estate claims (0.1). | 0.10 | 99.00 |
| 12/23/2020 | Beck, Samuel | Review data room documents (0.3) and prepare summary for KL team re same (0.2). | 0.50 | 210.00 |
| 12/24/2020 | Hamerman, Natan | Review draft standing motion (0.2). | 0.20 | 215.00 |
| 12/24/2020 | Beck, Samuel | Review data room documents (0.3). | 0.30 | 126.00 |
| 12/28/2020 | Campbell, Patrick J. | Review additions to data room (0.1). | 0.10 | 99.00 |
| 12/28/2020 | Beck, Samuel | Review data room documents (0.4) and prepare summary for KL team re same (0.3). | 0.70 | 294.00 |
| 12/29/2020 | Campbell, Patrick J. | Review BSA responses to Arrow questions (0.4). | 0.40 | 396.00 |
| **TOTAL** | | | **20.50** | **$17,431.00** |



February 28, 2021
Invoice #: 818870
073427-00025
Page 37

**Professional Retention**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 0.90 | $1,035.00 |
| Sharret, Jennifer | Spec Counsel | 0.40 | 420.00 |
| Essner, Zoe | Associate | 1.60 | 1,088.00 |
| Beck, Samuel | Paralegal | 1.20 | 504.00 |
| **TOTAL FEES** | | **4.10** | **$3,047.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/8/2020 | Essner, Zoe | Review R. Ringer comments to supplemental declaration (0.2); email R. Ringer re same (0.1). | 0.30 | $204.00 |
| 12/11/2020 | Essner, Zoe | Revise supplemental declaration (0.3); emails w/ KL team re same (0.2). | 0.50 | 340.00 |
| 12/16/2020 | Essner, Zoe | Review AlixPartners supplemental declaration (0.2). | 0.20 | 136.00 |
| 12/21/2020 | Essner, Zoe | Email R. Ringer re filing supplemental declaration (0.2). | 0.20 | 136.00 |
| 12/21/2020 | Beck, Samuel | Prepare supplemental declaration for filing (0.2). | 0.20 | 84.00 |
| 12/22/2020 | Ringer, Rachael L. | Finalize supplemental declaration (0.7); emails with KL team re same (0.2). | 0.90 | 1,035.00 |



February 28, 2021
Invoice #: 818870
073427-00025
Page 38

**Professional Retention**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 12/22/2020 | Sharret, Jennifer | Review supplemental disclosure (0.2) and correspondence with R. Ringer and Z. Essner re: same (0.2). | 0.40 | 420.00 |
| 12/22/2020 | Essner, Zoe | Revise supplemental declaration (0.2); emails w/ R. Ringer and J. Sharret re same (0.2). | 0.40 | 272.00 |
| 12/31/2020 | Beck, Samuel | Review debtors' retention application/supplemental declaration (0.7) and email KL team re same (0.3). | 1.00 | 420.00 |
| **TOTAL** | | | **4.10** | **$3,047.00** |



February 28, 2021
Invoice #: 818870
073427-00029
Page 39

**Communications with Debtors**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 2.40 | $2,760.00 |
| Hamerman, Natan | Counsel | 2.00 | 2,150.00 |
| Sharret, Jennifer | Spec Counsel | 0.80 | 840.00 |
| Campbell, Patrick J. | Associate | 2.30 | 2,277.00 |
| Essner, Zoe | Associate | 1.80 | 1,224.00 |
| Wasson, Megan | Associate | 0.50 | 452.50 |
| **TOTAL FEES** | | **9.80** | **$9,703.50** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/1/2020 | Hamerman, Natan | Emails with Debtors re weekly call (0.1). | 0.10 | $107.50 |
| 12/2/2020 | Ringer, Rachael L. | Call with Debtors: re case updates (0.5). | 0.50 | 575.00 |
| 12/2/2020 | Hamerman, Natan | Attend weekly call with debtors (0.5). | 0.50 | 537.50 |
| 12/2/2020 | Sharret, Jennifer | Call with White & Case re: case issues (0.5). | 0.50 | 525.00 |
| 12/2/2020 | Campbell, Patrick J. | Attend weekly UCC standing call with debtors (0.5). | 0.50 | 495.00 |
| 12/2/2020 | Essner, Zoe | Attend weekly call w/ Debtors re mediation, open items (0.5). | 0.50 | 340.00 |



February 28, 2021
Invoice #: 818870
073427-00029
Page 40

**Communications with Debtors**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 12/7/2020 | Ringer, Rachael L. | Call with Debtors re: case updates (0.5), follow-up emails to N. Hamerman re: same (0.2). | 0.70 | 805.00 |
| 12/7/2020 | Hamerman, Natan | Participate in majority of weekly call w/ Debtors (0.4). | 0.40 | 430.00 |
| 12/7/2020 | Campbell, Patrick J. | Attend standing call with debtors' counsel (0.5). | 0.50 | 495.00 |
| 12/7/2020 | Essner, Zoe | Attend portion of weekly call w/ Debtors re case issues (0.2). | 0.20 | 136.00 |
| 12/15/2020 | Ringer, Rachael L. | Attend weekly call with Debtors re: case issues (0.3). | 0.30 | 345.00 |
| 12/15/2020 | Hamerman, Natan | Attend weekly call with W&C (0.3). | 0.30 | 322.50 |
| 12/15/2020 | Sharret, Jennifer | Participate in call with W&C re: case issues (0.3). | 0.30 | 315.00 |
| 12/15/2020 | Campbell, Patrick J. | Prep for (0.1) and attend weekly standing call with debtors' counsel (0.3). | 0.40 | 396.00 |
| 12/15/2020 | Essner, Zoe | Attend weekly call w/ Debtors re open issues (0.3). | 0.30 | 204.00 |
| 12/21/2020 | Ringer, Rachael L. | Call with Debtors re: case updates (0.5). | 0.50 | 575.00 |
| 12/21/2020 | Hamerman, Natan | Attend weekly call with W&C re case updates (0.5). | 0.50 | 537.50 |
| 12/21/2020 | Campbell, Patrick J. | Prep for (0.1) and attend weekly standing call with debtors' counsel re: case status (0.5). | 0.60 | 594.00 |
| 12/21/2020 | Wasson, Megan | Attend weekly call with Debtors (0.5). | 0.50 | 452.50 |



February 28, 2021
Invoice #: 818870
073427-00029
Page 41

**Communications with Debtors**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 12/21/2020 | Essner, Zoe | Attend call w/ Debtors' professionals & KL team re case issues (0.5). | 0.50 | 340.00 |
| 12/28/2020 | Ringer, Rachael L. | Call with Debtors re: case updates (0.3); call with M. Linder re: follow-up to same (0.1). | 0.40 | 460.00 |
| 12/28/2020 | Hamerman, Natan | Attend majority of weekly call w/ W&C re case issues (0.2). | 0.20 | 215.00 |
| 12/28/2020 | Campbell, Patrick J. | Attend standing call with debtors' counsel (0.3). | 0.30 | 297.00 |
| 12/28/2020 | Essner, Zoe | Attend weekly call w/ Debtors re settlement and MTC stipulation (0.3). | 0.30 | 204.00 |
| **TOTAL** | | | **9.80** | **$9,703.50** |