<u>EXHIBIT B</u>

<u>Expense Summary</u>

KL2 3214078.5

**EXHIBIT B**

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**EXPENSE SUMMARY**
**DECEMBER 1, 2020 THROUGH DECEMBER 31, 2020**

| Expense Category | Service Provider (if applicable) | Total Expenses[5] |
|---|---|---|
| Telecommunications Charges | LoopUp | $117.69 |
| Transcript Fees | Reliable | $325.20 |
| **TOTAL** | | **$442.89** |

---

[5] Kramer Levin reduced its expenses by $351.50 during the Application Period both voluntarily and in accordance with the local rules and U.S. Trustee Guidelines.