## EXHIBIT A

**Customary and Comparable Compensation Disclosures**

The blended hourly rate for Pasich's timekeepers (including both professionals and paraprofessionals) who have billed time to the Debtors during the Application Period was $597.13 per hour (the "Blended Rate").

The non-bankruptcy blended hourly rate for Pasich's timekeepers for 2020 was, in the aggregate, $678 per hour (the "Non-Bankruptcy Blended Rate").

A detailed comparison of these rates is as follows:

| Category of Timekeeper | Blended Rate (in this Application) | Non-Bankruptcy Blended Rate (for preceding year excluding bankruptcy) |
|---|---|---|
| Partner | $625.55 | $925.00 |
| Associate | $260.00 | $325.00 |
| Paraprofessionals | $260.00 | $290.00 |