## EXHIBIT C

### Budget and Staffing Plan

| Project Categories | Estimated Hours | Estimated Fees |
|---|---:|---:|
| General Committee | 250.00 | $175,000.00 |
| Insurance Coverage | 750.00 | $400,000.00 |
| Compensation of Professionals | 12.0 | $7,500.00 |
| Expenses | N/A | $150.00 |

### Staffing Across All Matter Categories for the Application Period

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter During the Budget Period | Average Hourly Rate |
|---|---:|---:|
| Senior Partner | 1 | $975.00 |
| Partner | 2 | $560.00 |
| Associate | 1 | $260.00 |
| Paralegal | 1 | $260.00 |