## EXHIBIT D

## COMPENSATION BY CATEGORY

| Project Categories | Total Hours | Total Fees[1] |
|---|---:|---:|
| General Committee | 201.80 | $152,770.50 |
| Insurance Coverage | 668.00 | $382,573.50 |
| Compensation of Professionals | 8.2 | $5,190.50 |

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| Financial Reports | National Association of Insurance Commissioners | $68.75 |

---

[1] These totals include both the discounted rates as well as the courtesy deductions.