## EXHIBIT E

**Cover Sheet of Fee Application (U.S. Trustee Guidelines Exhibit E)**

**SUMMARY OF FIRST INTERIM APPLICATION**

| | |
|---|---|
| Name of Applicant | Pasich LLP |
| Name of Client | Tort Claimants' Committee |
| Time period covered by Application | November 1, 2020 through January 31, 2021 |
| Total compensation sought during the Application Period | $524,284.50 |
| Total expenses sought during the Application Period | $68.75 |
| Petition Date | February 18, 2020 |
| Date of order approving employment | May 12, 2020 |
| Total compensation approved by interim order to date | $852,566.48 |
| Total expenses approved by interim order to date | $0.00 |
| Total allowed compensation paid to date | $768,725.84 |
| Total allowed expenses paid to date | $0.00 |
| Blended rate in the Application for all attorneys | $616.73 |
| Blended rate in the Application for all timekeepers | $597.13 |
| Expenses sought in the Application already paid pursuant to a monthly compensation order but not yet allowed | $0.00 |
| Number of professionals included in the Application | 5 |
| If applicable, number of professionals in the Application not included in the staffing plan approved by Client | N/A |
| If applicable, difference between fees budgeted and compensation sought during the Application Period | N/A |
| Number of professionals billing fewer than 15 hours to the case during the Application Period | N/A |
| Are any rates higher than those approved or disclosed at retention | N/A |