**<u>EXHIBIT F</u>**

**(Third Monthly Fee Application)**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| BOY SCOUTS OF AMERICA AND | ) Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC,[1] | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |

**Objection Deadline:  January 28, 2021 at 4:00 p.m.**
**Hearing Date:  To be scheduled if necessary**

### THIRD MONTHLY (COMBINED) APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PASICH LLP, AS INSURANCE COUNSEL FOR THE TORT CLAIMANTS' COMMITTEE FOR THE PERIOD FROM NOVEMBER 1, 2020 THROUGH DECEMBER 31, 2020

| | |
|---|---|
| Name of Applicant: | Pasich LLP |
| Authorized to Provide Professional Services to: | Tort Claimants' Committee |
| Date of Retention: | Effective as of May 12, 2020 by order signed on or about June 17, 2020 |
| Period for which Compensation and Reimbursement is Sought: | November 1, 2020 through December 31, 2020 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $284,751.00[2] |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $        0.00 |

This is a:        x   monthly        interim        final application.

The total time expended for fee application preparation is approximately 1.5 hours

and the corresponding compensation requested is approximately $900.00.

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2]  Applicant has discounted its fees by $96,739.50 for the Application fee period, comprising of courtesy deductions of time, and a 20% rate discount for all professionals and paraprofessionals being billed at 80% of their regular rates, with the exception of Kirk Pasich, whose rate for this engagement was reduced to $975 per hour rather than his standard rate of $1,375 per hour.

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 08/18/20 | 05/12/20 -07/31/20 | $262,233.30 | $0 | $262,233.30 | N/A |
| 11/17/20 | 08/01/20 – 10/31/20 | $413,923.00 | $0 | $413,923.00 | N/A |

## PASICH LLP PROFESSIONALS

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes and 20% discount) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kirk A. Pasich | Managing Partner, Insurance Recovery. Admitted to practice in 1980 with more than 38 years of relevant experience. | $975.00 | 65.80 | $ 64,155.00 |
| Jeffrey L. Schulman | Partner, Insurance Recovery. Admitted to practice in 2000 with approximately 16 years of relevant experience. | $620.00 | 220.50 | $ 136,710.00 |
| Mikaela C. Whitman | Partner, Insurance Recovery. Admitted to practice in 2009 with approximately 11 years of relevant experience. | $500.00 | 187.70 | $93,900.00 |
| Caitlin Oswald | Associate, Insurance Recovery. Admitted to practice in 2020. | $260.00 | 7.40 | $ 1,924.00 |
| Donald K. Piper | Paraprofessional, Insurance Recovery. Began working in 1988 with approximately 32 years of relevant experience. | $260.00 | 1.2 | $ 312.00 |

**Grand Total:** **$284,751.00**[3]
**Total Hours:** **482.70**
**Blended Rate:** **$ 589.91**

---

[3] This total includes both the discounted rates as well as the courtesy deductions.

B029.001/306897.1

## COMPENSATION BY CATEGORY

| Project Categories | Total Hours | Total Fees[4] |
|---|---|---|
| General Committee | 136.80 | $103,169.50 |
| Insurance Coverage | 341.2 | $190,811.00 |

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| No Expenses | | |

---

[4] These are subtotals before discounting rates and applying courtesy deductions.

B029.001/306897.1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND | ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline:  January 28, 2021 at 4:00 p.m.**
**Hearing Date:  To be scheduled if necessary**

## THIRD MONTHLY (COMBINED) APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PASICH LLP, AS INSURANCE COUNSEL FOR THE TORT CLAIMANTS' COMMITTEE FOR THE PERIOD FROM NOVEMBER 1, 2020 THROUGH DECEMBER 31, 2020

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy Rules"), and the "Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief," signed on or about April 6, 2020 (the "Administrative Order"), Pasich LLP ("Pasich" or the "Firm"), Insurance Counsel to the Tort Claimants' Committee (the "Committee"), hereby submits its Third Monthly (Combined) Application for Compensation and for Reimbursement of Expenses for the Period from November 1, 2020 through December 31, 2020 (the "Application").

By this Application Pasich seeks a monthly interim allowance of compensation in the amount of $284,751.00 and actual and necessary expenses in the amount of $0.00 for a total

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

allowance of $284,751.00 and payment of $261,970.92 (80% of the allowed fees) and

reimbursement of $0.00 (100% of the allowed expenses) for a total payment of $261,970.92 for

the period November 1, 2020 through December 31, 2020 (the "Interim Period").  In support of

this Application, Pasich respectfully represents as follows:

## **Background**

1.     On February 18, 2020 (the "Petition Date"), the Debtors commenced their

Chapter 11 cases by filing voluntary petitions for relief under chapter 11 of the Bankruptcy

Code.  The Debtors have continued in possession of their property and continued to operate and

manage their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the

Bankruptcy Code.  No trustee or examiner has been appointed in the Debtors' chapter 11 cases.

2.     The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157

and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3.     On or about April 6, 2020, the Court signed the Administrative Order,

authorizing certain professionals ("Professionals") to submit monthly applications for interim

compensation and reimbursement for expenses, pursuant to the procedures specified therein.

The Administrative Order provides, among other things, that a Professional may submit monthly

fee applications.  If no objections are made within fourteen (14) days after service of the monthly

fee application the Debtors are authorized to pay the Professional eighty percent (80%) of the

requested fees and one hundred percent (100%) of the requested expenses.  Beginning with the

period ending May 31, 2020 and at three-month intervals thereafter, each of the Professionals

shall file and serve an interim application for allowance of the amounts sought in its monthly fee

2

applications for that period.  All fees and expenses paid are on an interim basis until final allowance by the Court.

      4.     The retention of Pasich, as Insurance Counsel to the Tort Claimants' Committee, was approved effective as of May 12, 2020 by this Court's "Order Pursuant to Sections 328 and 1103 of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 Authorizing the Employment and Retention of Pasich LLP as Insurance Counsel for the Official Tort Claimants' Committee Effective as of May 12, 2020," signed on or about June 17, 2020 (the "Retention Order").  The Retention Order authorized Pasich to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.  Pasich is employed as insurance counsel and has made and will make all reasonable efforts to avoid duplication of work performed by the Committee's other professionals.

## PASICH'S APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES

### Compensation Paid and Its Source

      5.     All services for which Pasich requests compensation were performed for or on behalf of the Committee.

      6.     Pasich has received no payment and no promises for payment from any source other than the Debtors for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application.  There is no agreement or understanding between Pasich and any other person other than the partners of Pasich for the

3

sharing of compensation to be received for services rendered in these cases.  Pasich did not receive a retainer in this matter.

<strong><u>Fee Statements</u></strong>

7.      The fee statements for the Interim Period are attached hereto as Exhibit A. These statements contain daily time logs describing the time spent by each attorney and paraprofessional during the Interim Period.  To the best of Pasich's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code and the Bankruptcy Rules.  Pasich's time reports are electronically maintained by the attorney or paralegal performing the described services and Pasich.  The time reports are organized on a daily basis.  Pasich is particularly sensitive to issues of "lumping" and, unless time was spent in one time frame on a variety of different matters for a particular client, time is recorded per tasks so reflected in the time reports. Pasich's charges for its professional services are based upon the time, nature, extent and value of such services and the cost of comparable services other than in a case under the Bankruptcy Code.

<strong><u>Actual and Necessary Expenses</u></strong>

8.      A summary of actual and necessary expenses incurred by Pasich for the Interim Period is attached hereto as part of Exhibit A.  Pasich does not charge for internal photocopying or facsimile expenses.

9.      Pasich also does not charge with respect to providers of on-line legal research services (e.g., LEXIS and WESTLAW).

4

## Summary of Services Rendered

10.     The names of the partners and associates of Pasich who have rendered
professional services in these cases during the Interim Period, and the paralegals and case
management assistants of Pasich who provided services to these attorneys during the Interim
Period, are set forth in the attached Exhibit A.

11.     Pasich, by and through such persons, has advised the Committee on a
regular basis with respect to various matters in connection with the Debtors' bankruptcy cases,
and performed all necessary professional services which are described and narrated in detail
below.  Pasich's efforts have been extensive due to the size and complexity of the Debtors'
bankruptcy cases.

## Summary of Services by Project

12.     The services rendered by Pasich during the Interim Period can be grouped
into the categories set forth below.  Pasich attempted to place the services provided in the
category that best relates to such services.  However, because certain services may relate to one
or more categories, services pertaining to one category may in fact be included in another
category.  These services performed, by categories, are generally described below, with a more
detailed identification of the actual services provided set forth on the attached Exhibit A.  Exhibit
A identifies the attorneys and paraprofessionals who rendered services relating to each category,
along with the number of hours for each individual and the total compensation sought for each
category.

A.      **General Committee**

13.     This category relates to work regarding general committee issues.  During the Interim Period, the Firm, among other things:  (1) prepared for and attended conference calls with the Committee; (2) prepared for and attended conference calls with State Court Counsel and various committees and committee members; (3) prepared for and attended numerous conference calls with mediators; and (4) corresponded and conferred regarding general committee issues.

Fees:  $103,169.50;    Hours:  136.8[2]

B.      **Insurance Coverage**

14.     This category relates to work regarding insurance coverage issues.  During the Interim Period, the Firm, among other things:  (1) reviewed and analyzed insurance policies and corresponding documents; (2) reviewed and analyzed insurance coverage issues and legal arguments; (3) performed legal research on insurance coverage issues; (4) reviewed and analyzed underlying litigation allegations, pleadings, motions, filings and coverage portfolio issues; and (5) conferred and corresponded regarding insurance coverage issues.

Fees:  $190,811.00;    Hours:  341.20

**<u>Valuation of Services</u>**

15.     Attorneys and paraprofessionals of Pasich expended a total 482.70 hours in connection with their representation of the Committee during the Interim Period, as follows:

---

[2] These totals include the total hours billed but the fee amounts include the discounted rates but does not include the courtesy deductions.

B029.001/306897.1

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including 20% discount) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kirk A. Pasich | Managing Partner, Insurance Recovery. Admitted to practice in 1980 with approximately 40 years of relevant experience. | $975.00 | 65.80 | $ 64,155.00 |
| Jeffrey L. Schulman | Partner, Insurance Recovery. Admitted to practice in 2000 with approximately 16 years of relevant experience. | $620.00 | 220.50 | $ 136,710.00 |
| Mikaela C. Whitman | Partner, Insurance Recovery. Admitted to practice in 2009 with approximately 11 years of relevant experience. | $500.00 | 187.70 | $93,900.00 |
| Caitlin Oswald | Associate, Insurance Recovery. Admitted to practice in 2020. | $260.00 | 7.40 | $ 1,924.00 |
| Donald K. Piper | Paraprofessional, Insurance Recovery. Licensed in 1988 with approximately 32 years of relevant experience. | $260.00 | 1.2 | $ 312.00 |

**Grand Total:**  **$284,751.00[3]**
**Total Hours:**  **482.70**
**Blended Rate:  $     589.91**

16.     The nature of work performed by these persons is fully set forth in Exhibit A attached hereto. Pasich's normal hourly rates for work of this character have all been discounted. The reasonable value of the services rendered by Pasich for the Committee during the Interim Period is $284,751.00 after applying those discounts.

17.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by Pasich is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent

---

[3] This total includes both the discounted rates as well as the courtesy deductions.

7

of the services rendered, (d) the value of such services, and (e) the costs of comparable services

other than in a case under the Bankruptcy Code.  Moreover, Pasich has reviewed the

requirements of Del. Bankr. LR 2016-2 and the Administrative Order and believes that this

Application complies with such Rule and Order.

WHEREFORE, Pasich respectfully requests that the Court enter an order

providing that, for the period of November 1, 2020 through December 31, 2020, an interim

allowance be made to Pasich for compensation in the amount of $284,751.00 and actual and

necessary expenses in the amount of $0.00 for a total allowance of $284,751.00 and payment of

$261,970.92 (80% of the allowed fees) and reimbursement of $0.00 (100% of the allowed

expenses) be authorized for a total payment of $261,970.92; and for such other and further relief

as this Court deems proper.

Dated:  January 14, 2021                         PASICH LLP


                                                 _____

                                                 By:  Jeffrey L. Schulman

                                                 Insurance Counsel to the Tort Claimants Committee

8

## VERIFICATION

STATE OF NEW YORK     :

                        :

COUNTY OF NEW YORK   :

       Jeffrey L. Schulman, after being duly sworn according to law, deposes and says:

       a)      I am a partner with the applicant law firm Pasich LLP, and have been admitted to appear before this Court.

       b)      I am familiar with many of the legal services rendered by Pasich LLP as Insurance Counsel to the Tort Claimants' Committee.

       c)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Administrative Order signed on or about April 6, 2020 and submit that the Application substantially complies with such Rule and Order.

                                     Jeffrey L. Schulman

SWORN AND SUBSCRIBED
before me this 14th day of January, 2021.

_Deborah Alicea_
Notary Public
My Commission Expires: 12/01/2022

Deborah Alicea
Commissioner of Deeds
City of New York: 3-6970
Certification Filed in New York County
Commision Expires on December 1, 2022

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

**Objection Deadline: January 28, 2021 at 4:00 p.m. (ET)**
**Hearing Date: Scheduled only if necessary**

## NOTICE OF FILING OF FEE APPLICATION

**PLEASE TAKE NOTICE** that Pasich LLP ("Pasich"), insurance counsel to the official committee of tort claimants (consisting of survivors of childhood sexual abuse) (the "Tort Claimants' Committee" or the "TCC"), in the above-captioned cases, has filed its *Third Monthly (Combined) Application for Compensation and Reimbursement of Expenses of Pasich LLP, as Insurance Counsel for the Tort Claimants' Committee for the Period from November 1, 2020 through December 31, 2020* (the "Application") seeking fees in the amount of $284,751.00 and reimbursement of actual and necessary expenses in the amount of $0.00 for the period from November 1, 2020 through December 31, 2020.

**PLEASE TAKE FURTHER NOTICE** that any objection or response to the Application must be made in writing and be filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **January 28, 2021 at 4:00 p.m. prevailing Eastern Time**.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the objection or response, if any, upon the following: (i) the Debtors: Boy Scouts of America, 1325 W. Walnut Hill Lane, Irving, TX 75038 (Attn: Steven P. McGowan); (ii) counsel to the Debtors: (a) White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020 (Attn: Jessica C.K. Boelter (jessica.boelter@whitecase.com)), (b) White & Case LLP, 111 S. Wacker Drive, Chicago, IL 60606 (Attn: Michael C. Andolina (mandolina@whitecase.com) and Matthew E. Linder (mlinder@whitecase.com)); and (c) Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, 16th Floor, P.O. Box 1347, Wilmington, DE 19899-1347 (Attn: Derek C. Abbott (dabbott@mnat.com)); (iii) the United States Trustee: 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: David Buchbinder (david.l.buchbinder@usdoj.gov) and Hannah M. McCollum (hannah.mccollum@usdoj.gov)); (iv) counsel to the Official Committee of Unsecured Creditors: (a) Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036 (Attn: Rachael Ringer (rringer@kramerlevin.com) and Megan M. Wasson (mwasson@kramerlevin.com)) and (b) Reed Smith LLP, 1201 N. Market Street, Suite 1500, Wilmington, DE 19801 (Attn: Kurt F. Gwynne (kgwynne@reedsmith.com) and Katelin A Morales (kmorales@reedsmith.com)); (v) counsel to the Tort Claimants' Committee: Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19801 (Attn: James I. Stang (jstang@pszjlaw.com) and James E. O'Neill (joneill@pszjlaw.com)); (vi) counsel to the Future Claimants' Representative: Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 N. King Street, Wilmington, DE 19801 (Attn: Robert S. Brady (rbrady@ycst.com) and Edwin J. Harron (eharron@ycst.com)); (vii) counsel to the Ad Hoc Committee of Local Councils: Wachtell, Lipton, Rosen & Katz, 51 W. 52nd Street, New York, NY 10019 (Attn: Richard G. Mason (rgmason@wlrk.com) and

2

Joseph C. Celentino (jccelentino@wlrk.com)); (viii) counsel to JPMorgan Chase Bank, National

Association: (a) Norton Rose Fulbright US LLP, 2200 Ross Avenue, Dallas, TX  75201-7932

(Attn: Louis R. Strubeck (louis.strubeck@nortonrosefulbright.com) and Kristian W. Gluck

(kristian.gluck@nortonrosefulbright.com) and (b) Womble Bond Dickinson (US) LLP, 1313 N.

Market Street, Suite 1200, Wilmington, DE  19801 (Attn: Matthew Ward (matthew.ward@wbd-

us.com) and Morgan Patterson (morgan.patterson@wbd-us.com)); and (ix) counsel to the County

Commission of Fayette County (West Virginia): Steptoe & Johnson PLLC, Chase Tower, 8th

Floor, 707 Virginia Street East, Charleston, WV  25301 (Attn: John C. Stump

(john.stump@steptoe-johnson.com)).

**PLEASE TAKE FURTHER NOTICE** that on April 6, 2020, the Bankruptcy

Court entered the *Order (I) Approving Procedures for (A) Interim Compensation and*

*Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for*

*Official Committee Members and (II) Granting Related Relief* (the "Order") [Docket No. 341].

Pursuant to the Order, in the absence of timely filed objections or responses, and upon the filing

with the Bankruptcy Court of a certification of no objection, the Debtors are authorized to pay

the professionals eighty percent (80%) of the fees, and one hundred percent (100%) of expenses

without further notice or hearing.  All fees and expenses paid to the professionals are subject to

final approval by the Court.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN

ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF

REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

3

Dated: January 14, 2021          PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
James I. Stang (CA Bar No. 94435)
Robert B. Orgel (CA Bar No. 10187)
James E. O'Neill (DE Bar No. 4042)
John W. Lucas (CA Bar No.271038)
Ilan D. Scharf (NY Bar No. 4042107)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:   (302) 652-4400
Email: jstang@pszjlaw.com
        rorgel@pszjlaw.com
        joneill@pszjlaw.com
        jlucas@pszjlaw.com
        ischarf@pszjlaw.com

*Counsel for the Tort Claimants' Committee*

4

# EXHIBIT A

# P A S I C H LLP

10880 Wilshire Boulevard, Suite 2000
Los Angeles, CA 90024
(424) 313-7860
www.pasichllp.com
Federal Tax ID:
82-2096928

BSA Tort Claimants                                          December 2, 2020
c/o John W. Lucas                                          Invoice #  14059
Pachulski Stang Ziehl & Jones LLP


In Reference To:Tort Claims--Insurance
Our File No.:   B029.001


### Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| **Compensation of Professionals** |  |  |  |
| 11/3/2020 KAP | Review and edit statement (0.3) | 0.30 | 292.50 |
| 11/4/2020 JLS | Review/Analyze and edit monthly statement. | 0.50 | 310.00 |
| 11/10/2020 JLS | Draft/Revise fee application including redactions of monthly statements. | 2.80 | 1,736.00 |
| 11/11/2020 JLS | Redact bills for fee application submission. | 1.10 | 682.00 |
| **SUBTOTAL:** | [ | 4.70 | 3,020.50] |
| **General Committee** |  |  |  |
| 11/2/2020 JLS | Appear for/Attend TCC meeting (1.1) and prepare for same (.4). | 1.50 | 930.00 |
| KAP | Conference with Insurance Working Group (0.7) (partial) | 0.70 | 682.50 |
| 11/3/2020 JLS | Appear for/Attend TCC meeting (1.5) and prepare for same (.8). | 2.30 | 1,426.00 |
| KAP | State court counsel conference, including discussion ▇▇▇▇ ▇▇▇▇ (1.5) | 1.50 | 1,462.50 |
| 11/5/2020 JLS | Appear for/Attend mediator's meeting. | 0.80 | 496.00 |
| JLS | Appear for/Attend TCC meeting (1.2) and prepare for same (.7). | 1.90 | 1,178.00 |
| KAP | Conference with mediators and TCC (0.8) | 0.80 | 780.00 |

BSA Tort Claimants

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/5/2020 | KAP | Review e-mails (0.2); attend TCC meeting (1.2) | 1.40 | 1,365.00 |
| 11/9/2020 | JLS | Appear for/Attend TCC meeting (1.4) and prepare for same (.6). | 2.00 | 1,240.00 |
| | KAP | Conference with Insurance Working Group (1.4) | 1.40 | 1,365.00 |
| 11/10/2020 | JLS | Appear for/Attend TCC meeting (2.4) and prepare for same (.8). | 2.50 | 1,550.00 |
| | KAP | Attend State Court Counsel call (1.3) (partial) | 1.30 | 1,267.50 |
| 11/12/2020 | JLS | Appear for/Attend mediator call (1.0); appear for/attend TCC call (1.3) and prepare for same (.6). | 2.90 | 1,798.00 |
| | KAP | Conference with mediators (1.0) | 1.00 | 975.00 |
| | KAP | Attend TCC meeting (1.3) | 1.30 | 1,267.50 |
| 11/16/2020 | JLS | Appear for/Attend TCC working group meeting (.7) and prepare for same (.4). | 1.10 | 682.00 |
| 11/17/2020 | JLS | Appear for/Attend TCC meeting regarding ████████████. | 1.30 | 806.00 |
| | JLS | Appear for/Attend TCC meeting (2.2) and review ████████ ████████████████████ in preparation for same (.7). | 2.90 | 1,798.00 |
| | KAP | Appear for/Attend State Court Counsel conference (2.2) and review e-mails (0.2) | 2.40 | 2,340.00 |
| 11/18/2020 | JLS | Appear for/Attend mediator's call regarding ████████ (1.7) (partial) and prepare for same (.4). | 2.10 | 1,302.00 |
| 11/19/2020 | JLS | Appear for/Attend mediator's call (1.2); appear for/attend TCC meeting following same (1.3) and prepare for same (.4). | 2.90 | 1,798.00 |
| 11/23/2020 | JLS | Appear for/Attend TCC meeting (1.4) and prepare for same (.6). | 2.00 | 1,240.00 |
| | KAP | Conference with Insurance Working Group re ████████████ (1.4) | 1.40 | 1,365.00 |
| 11/24/2020 | JLS | Appear for/Attend TCC committee meeting (.7) (partial) and prepare for same (.2). | 0.90 | 558.00 |
| | JLS | Appear for/Attend ████████████ (1.6) and confer with TCC following same (.8) (partial); review ██████████ (.6). | 3.00 | 1,860.00 |
| | JLS | Confer with TCC and BSA's coverage counsel regarding ████████ ████████████████ | 0.90 | 558.00 |
| | KAP | Conference with state court counsel (1.0); attend local councils session (1.6) | 2.60 | 2,535.00 |
| 11/29/2020 | JLS | Draft/Revise ████████████████████ | 1.10 | 682.00 |

BSA Tort Claimants                                                                                Page     3

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/30/2020 | JLS | Appear for/Attend ███████ (1.2) and prepare for same (.5). | 1.70 | 1,054.00 |
| | JLS | Appear for/Attend TCC meeting (1.5) and prepare for same (.4). | 1.90 | 1,178.00 |
| | JLS | Appear for/Attend mediator discussion ███████ | 1.00 | 620.00 |
| | KAP | Attend ███████ (1.2) | 1.20 | 1,170.00 |
| | KAP | Attend Insurance Working Group conference (1.5) | 1.50 | 1,462.50 |
| | | **SUBTOTAL:** | [ 55.20 | 40,791.50] |

**Insurance Coverage**

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/1/2020 | MCW | Conduct legal research regarding ███████ (6.7). | 6.70 | 3,350.00 |
| 11/2/2020 | CO | Research and analyze ███████ (1.5) | 1.50 | 390.00 |
| | MCW | Conduct legal research regarding ███████ (5.9); draft summary e-mail ███████ regarding same (1.3). | 7.20 | 3,600.00 |
| 11/3/2020 | CO | Conduct research ███████ (0.3). | 0.30 | 78.00 |
| | MCW | Draft ███████ (6.8). | 6.80 | 3,400.00 |
| 11/4/2020 | MCW | Conduct legal research regarding ███████ (4.1); analyze ███████ (.8); draft ███████ (2.7). . | 7.60 | 3,800.00 |
| 11/5/2020 | JLS | Confer with BSA's coverage counsel regarding ███████ 1.0) and prepare for same (.3); confer with Mr. Nasatir regarding same (.4) | 1.70 | 1,054.00 |
| | DKP | Proofread ███████. | 1.20 | 312.00 |
| | MCW | Draft ███████ (10.8); draft e-mail to Mr. Pasich and Mr. Schulman regarding ███████ (.8). | 11.60 | 5,800.00 |
| 11/6/2020 | JLS | Review/Analyze ███████. | 4.30 | 2,666.00 |

BSA Tort Claimants

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/6/2020 | CO | Research ███████████████████████ (1.5); research ███████████████████████████████████████ (1.5). | 3.00 | 780.00 |
| 11/7/2020 | JLS | Review/Analyze ████████████████████████████. | 2.80 | 1,736.00 |
| 11/8/2020 | JLS | Review/Analyze ████████████████████████████. | 3.20 | 1,984.00 |
| 11/9/2020 | JLS | Draft/Revise ████████████████████. | 2.40 | 1,488.00 |
| | JLS | Review/Analyze ██████████████████████. | 3.20 | 1,984.00 |
| 11/10/2020 | JLS | Draft/Revise ████████████████████. | 2.60 | 1,612.00 |
| 11/11/2020 | JLS | Draft/Revise ████████████████████. | 2.80 | 1,736.00 |
| | JLS | Review/Analyze ██████████████████████████████ █████. | 3.20 | 1,984.00 |
| 11/12/2020 | JLS | Confer █████████████████████ regarding ████████████ ████████████████ and update TCC working group regarding same. | 0.50 | 310.00 |
| | JLS | Review/Analyze ████████████████████████████ (.5); continued review of ████████████████████ (3.8). | 4.30 | 2,666.00 |
| 11/14/2020 | JLS | Review/Analyze █████████████████████████████. | 3.20 | 1,984.00 |
| 11/15/2020 | JLS | Review/Analyze █████████████████████████████. | 2.70 | 1,674.00 |
| 11/16/2020 | KAP | Attend Insurance Working Group meeting (0.7); review e-mails from TCC (0.2) | 0.20 | 195.00 |
| | JLS | Research regarding ████████████████████████████ ████████████████████████ as per TCC request (2.1) and confer with TCC members regarding same (.7). | 2.80 | 1,736.00 |
| | JLS | Review/Analyze ██████████████████████████████ █████████. | 2.80 | 1,736.00 |
| 11/17/2020 | JLS | Review/Analyze ██████████████████████ ████████████ and confer with Mr. Stang regarding same. | 2.60 | 1,612.00 |
| | JLS | Review/Analyze ██████████████████████████████ ████████. | 3.40 | 2,108.00 |
| | KAP | Telephone conference with Mr. Stang re ████████████ ██████████ (0.3) | 0.30 | 292.50 |
| 11/19/2020 | JLS | Review/Analyze ██████████████████████████████ █████████████████. | 1.30 | 806.00 |

BSA Tort Claimants                                                                      Page        5

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/19/2020 | JLS | Confer ███████████ regarding █████████ (.4) and continue review of documents (2.2). | 2.60 | 1,612.00 |
| 11/20/2020 | JLS | Review/Analyze ████████████████. | 3.20 | 1,984.00 |
| | JLS | Research ████████████████ | 2.40 | 1,488.00 |
| | KAP | E-mails with Mr. Gallagher and with Mr. Schulman (0.2) | 0.20 | 195.00 |
| 11/23/2020 | JLS | Confer with Messrs. Gallagher and Pasich regarding ████████ (.7) and prepare for same (.3). | 1.00 | 620.00 |
| | KAP | Research re ██████████ (0.9); telephone conference with Mr. Gallagher and Mr. Schulman (0.7) | 1.60 | 1,560.00 |
| 11/24/2020 | JLS | Review/Analyze ██████████ (2.3) and legal research of ████████ (3.1). | 5.40 | 3,348.00 |
| | KAP | E-mails re ██████████ (0.4) | 0.40 | 390.00 |
| 11/25/2020 | JLS | Appear for/Attend ███████████ regarding ███ ██████ (.4) and prepare for same (.3); ongoing strategy discussions regarding █████████ (.4). | 1.10 | 682.00 |
| 11/29/2020 | JLS | Review/Analyze █████████. | 2.70 | 1,674.00 |
| 11/30/2020 | JLS | Draft/Revise █████████ and confer with TCC regarding same. | 0.70 | 434.00 |
| | JLS | Review/Analyze ████████████████ | 3.70 | 2,294.00 |
| | KAP | Review ██████████ (0.4); review ████ ████ (0.2) | 0.60 | 585.00 |
| | MCW | Draft e-mail response ██████████ (.1); conduct legal research regarding █████████ (4.2). | 4.30 | 2,150.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| **SUBTOTAL:** | | | [  126.10 | 71,889.50] |
| **Subtotal of charges** | | | | $115,701.50 |
| Courtesy Deduction of Time | | | | ($3,500.00) |
| **For professional services rendered** | | | 186.00 | $112,201.50 |
| **Previous balance** | | | | $466,369.66 |

BSA Tort Claimants                                                              Page    6

| | Amount |
|---|---:|
| | |
| **Balance due** | **$578,571.16** |

| | |
|---|---:|
| Total Courtesy Reductions of Time: | $3,500.00 |
| Total Discount on Rates: | $32,336.50 |
| Total Deductions/Discounts: | $35,836.50 |

## Timekeeper Summary

| Name | Hours | Regular Rate | 20% Discounted Rate | Total Full | Total Discounted | Difference |
|---|---|---|---|---|---|---|
| Caitlin Oswald | 4.8 | 325 | 260 | 1,560.00 | 1,248.00 | 312.00 |
| Donald K. Piper | 1.2 | 290 | 260 | 348.00 | 312.00 | 36.00 |
| Jeffrey L. Schulman | 113.7 | 775 | 620 | 88,117.50 | 70,494.00 | 17,623.50 |
| Kirk A. Pasich | 22.1 | 1,375.00 | 975 | 30,387.50 | 21,547.50 | 8,840.00 |
| Mikaela C. Whitman | 44.2 | 625 | 500 | 27,625.00 | 22,100.00 | 5,525.00 |
| TOTAL | 186.0 | | | $148,038.00 | $115,701.50 | $32,336.50 |

# P A S I C H LLP

10880 Wilshire Boulevard, Suite 2000
Los Angeles, CA 90024
(424) 313-7860
www.pasichllp.com
Federal Tax ID:
82-2096928

BSA Tort Claimants                                          January 6, 2021
c/o John W. Lucas                                          Invoice #  14227
Pachulski Stang Ziehl & Jones LLP

In Reference To:Tort Claims--Insurance
Our File No.:    B029.001

### Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| | | **General Committee** | | |
| 12/1/2020 | JLS | Appear for/Attend TCC meeting (2) and prepare for same (.6). | 2.60 | 1,612.00 |
| | KAP | Conference with State Court Counsel re ▮▮▮▮▮▮▮ issues (2.0) | 2.00 | 1,950.00 |
| 12/3/2020 | JLS | Confer with Mr. Lucas regarding ▮▮▮▮▮▮▮. | 0.30 | 186.00 |
| | JLS | Appear for/Attend State Court Committee meeting (1.0) and prepare ▮▮▮▮▮▮▮ in preparation for same (.7). | 1.70 | 1,054.00 |
| | JLS | Appear for/Attend TCC meeting (2.4) and prepare for same (.6). | 3.00 | 1,860.00 |
| | KAP | Attend conference ▮▮▮▮▮▮▮ regarding insurance (1.7) attend TCC meeting re ▮▮▮▮▮▮▮ (2.4) | 4.10 | 3,997.50 |
| 12/4/2020 | JLS | Appear for/Attend ▮▮▮▮▮▮▮ (1.6) and review ▮▮▮▮▮▮▮ (.4). | 2.00 | 1,240.00 |
| | JLS | Appear for/Attend ▮▮▮▮▮▮▮ | 1.60 | 992.00 |
| | KAP | Conference with BSA, mediators, and TCC re ▮▮▮▮▮▮▮ (1.6) | 1.60 | 1,560.00 |
| 12/5/2020 | JLS | Appear for/Attend TCC meeting. | 1.50 | 930.00 |
| | KAP | Revise ▮▮▮▮▮▮▮ re ▮▮▮▮▮▮▮ (0.2); conference with state court counsel re ▮▮▮▮▮▮▮ (1.5) | 1.70 | 1,657.50 |
| 12/7/2020 | JLS | Appear for/Attend TCC working group meeting (1.9) and prepare for same (.4). | 2.30 | 1,426.00 |

BSA Tort Claimants

| | | | Hours | Amount |
|---|---|---|---|---|
| 12/7/2020 | JLS | Appear for/Attend meeting with TCC and "the coalition" regarding ███████████████ | 1.70 | 1,054.00 |
| | KAP | Conference with Coalition attorneys and TCC ████████████████ (1.9) | 1.90 | 1,852.50 |
| 12/8/2020 | JLS | Appear for/Attend TCC meeting (1.6) and evaluate ████████ ████████████████████████████████ in preparation for same (.9). | 2.50 | 1,550.00 |
| 12/10/2020 | JLS | Appear for/Attend SCC meeting (1.3) and prepare for same (.3). | 1.50 | 930.00 |
| | JLS | Appear for/Attend mediator discussion with ad hoc local council group. | 1.50 | 930.00 |
| | JLS | Appear for/Attend meeting with TCC and mediators. | 1.00 | 620.00 |
| | JLS | Appear for/Attend TCC meeting. | 1.40 | 868.00 |
| | KAP | Attend part of  State Court Counsel call re ██████████(0.9) | 0.90 | 877.50 |
| | KAP | Conference with mediators (1.5); conference with TCC (1.4) | 2.90 | 2,827.50 |
| 12/11/2020 | JLS | Appear for/Attend meeting with TCC and coalition (1.6) and confer with TCC following same (1.1) (partial). | 2.70 | 1,674.00 |
| | KAP | Conference with coalition and counsel re ████████████(1.6) | 1.60 | 1,560.00 |
| | KAP | Conference with State Court Counsel (1.1) | 1.10 | 1,072.50 |
| 12/12/2020 | JLS | Appear for/Attend TCC meeting. | 2.00 | 1,240.00 |
| | KAP | Conference with state court counsel re ████████████(2.0) | 2.00 | 1,950.00 |
| 12/14/2020 | JLS | Appear for/Attend insurance working group meeting (1.6) and prepare for same (.4); update TCC following same (.3). | 2.30 | 1,426.00 |
| | KAP | Conference with Insurance Working Group re ████████████████ (1.6) | 1.60 | 1,560.00 |
| 12/15/2020 | JLS | Appear for/Attend TCC meeting. | 2.20 | 1,364.00 |
| | KAP | Conference with State Court Counsel re ████████(2.2) | 2.20 | 2,145.00 |
| 12/17/2020 | JLS | Appear for/Attend mediator meeting. | 1.10 | 682.00 |
| | JLS | Appear for/Attend TCC meeting (1.6) and prepare for same (.6). | 2.20 | 1,364.00 |
| | KAP | Conference with mediators (1.1); conference with TCC (0.4) (partial) | 1.50 | 1,462.50 |
| 12/18/2020 | JLS | Appear for/Attend ████████████████████ | 1.80 | 1,116.00 |
| | KAP | Attend ████████████████████(1.8) | 1.80 | 1,755.00 |

BSA Tort Claimants                                                                Page    3

| | | | Hours | Amount |
|---|---|---|---|---|
| 12/21/2020 | JLS | Appear for/Attend TCC meeting (1.5) and prepare for same (.3). | 1.80 | 1,116.00 |
| | KAP | Conference with Insurance Working Group (1.5) | 1.50 | 1,462.50 |
| 12/22/2020 | JLS | Appear for/Attend TCC meeting (1.5) and prepare for same (.4). | 1.90 | 1,178.00 |
| | JLS | Review/Analyze ███████████████ (.7) and confer with Mr. Lucas regarding same (.4). | 1.10 | 682.00 |
| | KAP | Conference with State Court Counsel (1.5); e-mails re ███████ █████ (0.1) | 1.60 | 1,560.00 |
| 12/28/2020 | JLS | Appear for/Attend TCC meeting (1.3) and prepare for same (.6). | 1.90 | 1,178.00 |
| | KAP | Insurance Working Group conference (1.3); review e-mails re ██████ (0.1) | 1.40 | 1,365.00 |
| 12/29/2020 | JLS | Appear for/Attend ████████████████ (1) (partial) and review ████████████ in preparation for same (.6). | 1.60 | 992.00 |
| | JLS | Appear for/Attend TCC meeting. | 1.20 | 744.00 |
| | KAP | Attend ████████████ (1.5); review e-mails re █████ (0.3) | 1.80 | 1,755.00 |
| | **SUBTOTAL:** | | **[** **81.60** | **62,378.00]** |

**Insurance Coverage**

| | | | Hours | Amount |
|---|---|---|---|---|
| 12/1/2020 | KAP | Review ████████████████████████ (1.1) | 1.10 | 1,072.50 |
| | MCW | Conduct legal research regarding ██████████████████ (2.9). | 2.90 | 1,450.00 |
| 12/2/2020 | JLS | Review/Analyze ██████████████████████ in order to ████████████ | 4.30 | 2,666.00 |
| | JLS | Appear for/Attend ████████████████ | 1.00 | 620.00 |
| | JLS | Confer with coverage professionals regarding ██████████ ████████ | 0.50 | 310.00 |
| | JLS | Confer with Mr. Pasich, Ms. Whitman and Ms. Oswald regarding ██████ (1.4) and prepare analysis of same (1.3). | 2.70 | 1,674.00 |
| | CO | Meeting with Ms. Whitman, Mr. K. Pasich, and Mr. Schulman regarding ██████████████ (1.4). | 1.40 | 364.00 |

BSA Tort Claimants

| | | | Hours | Amount |
|---|---|---|---|---|
| 12/2/2020 | CO | Calculate ██████████████████████████ (1); compose a chart ████ (0.2). | 1.20 | 312.00 |
| | KAP | Conference with BSA and Coalition coverage counsel (1.0); review █████████████ (1.1); conference with team re ██████ (1.0) | 3.10 | 3,022.50 |
| | MCW | Participate in telephone conference with Mr. Schulman, Mr. Pasich and Ms. Oswald regarding ████████████████ (1.4); participate in telephone conference with Ms. Oswald regarding ███████████████ (.1); analyze ███████████████ (2.6); draft excel and word charts regarding ██████████████ (3.2). | 7.30 | 3,650.00 |
| 12/3/2020 | JLS | Continued review and analysis of ███████████████████████ (4.4); confer with Ms. Whitman regarding same (.4) and confer with Mr. Azer regarding same (.3). | 5.00 | 3,100.00 |
| | JLS | Confer with Mr. Pasich and Ms. Whitman in preparation for TCC meeting. | 0.60 | 372.00 |
| | JLS | Appear for/Attend meeting with TCC and coalition representatives | 1.80 | 1,116.00 |
| | KAP | Conferences with team re ██████████ (0.6) (0.2); review and revise ████ (0.8) | 1.60 | 1,560.00 |
| | MCW | Participate in telephone conference with Mr. Schulman and Mr. Pasich regarding ██████████████████ (.6); participate in telephone conference with Mr. Schulman regarding ████████████ (.8); participate in TCC meeting (2.5); analyze information and draft chart for ████████████████████ (4.3); participate in telephone conference with Mr. Azer, counsel for BSA, regarding ███████████ (.2). | 8.40 | 4,200.00 |
| 12/4/2020 | JLS | Review/Analyze ████████████████████ | 3.10 | 1,922.00 |
| | JLS | Confer with BSA counsel and TCC regarding ████████████ | 0.70 | 434.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 12/4/2020 | KAP | Review ████████ (1.1); conference with Mr. Gallagher (0.5) | 1.60 | 1,560.00 |
| | MCW | Draft and edit excel and word document charts for Mr. Pasich and TCC regarding ████████ (5.7); draft ████████ (1.1). | 6.80 | 3,400.00 |
| 12/5/2020 | MCW | Draft and edit excel and word document charts for Mr. Pasich and TCC regarding ████████ (.8); draft e-mails to Mr. Pasich regarding ████████ (.2); review and analyze ████████ 2.1); review information and determine ████████ (2.3). | 5.40 | 2,700.00 |
| 12/7/2020 | JLS | Confer with BSA's coverage counsel regarding ████████ | 0.50 | 310.00 |
| | KAP | Conference with Insurance Working Group re ████████ (1.5); review ████████ and e-mails with Mr. Schulman (0.6) | 2.10 | 2,047.50 |
| | MCW | Gather information and calculate ████████ (1.9); draft excel and word charts regarding same (2.1); gather information and calculate ████████ (2.7); draft e-mail to Adiren Azur, counsel for BSA, regarding ████████ (.1). | 8.10 | 4,050.00 |
| 12/8/2020 | MCW | Gather and analyze information to calculate ████████ (1.6); draft excel and word charts regarding same (2.2); Gather information and calculate ████████ (1.5); draft chart regarding same (2.4). | 7.70 | 3,850.00 |
| 12/9/2020 | JLS | Review/Analyze ████████ to formulate ████████ | 3.70 | 2,294.00 |
| | KAP | Review and respond to e-mails re ████████ and review ████████ (0.9) | 0.90 | 877.50 |

BSA Tort Claimants                                                                      Page    6

|            |      |                                                                        | Hours | Amount    |
|------------|------|------------------------------------------------------------------------|-------|-----------|
| 12/9/2020  | MCW  | Review ███████ regarding ███████ and draft supporting chart ███████ (1.6); draft letter ███████ regarding ███████ .4); Review ███████ regarding ███████ and draft supporting chart ████ (.7); draft letter to ███████ regarding ███████ (.6); gather information and analyze ███████ (.8); draft chart regarding same (1.6). | 5.70  | 2,850.00  |
| 12/10/2020 | JLS  | Confer with BSA's coverage counsel regarding ███████ | 0.40  | 248.00    |
|            | JLS  | Conduct ███████ and analysis with ███████ to provide ███████ (2.3); review ███████ (1.8) | 4.10  | 2,542.00  |
|            | MCW  | Review ███████ regarding ███████ and draft ███████ (3.3); draft letter to ███████ regarding ███████ (.9); gather and analyze information concerning ███████ (2.9). | 7.10  | 3,550.00  |
| 12/11/2020 | KAP  | Conference with Mr. Stang, Mr. Nasatir, and Mr. Schulman re ███████ (0.1) | 0.10  | 97.50     |
|            | MCW  | Gather and analyze information concerning ███████ (1.3); chart for Mr. Schulman regarding same (1.2); review and analyze ███████ (.7); draft summary e-mail to Mr. Schulman regarding same (.6); gather information and analyze ███████ (1.3); draft excel documents for Mr. Pasich regarding same (.9); review and determine ███████ (.8). | 6.80  | 3,400.00  |
| 12/12/2020 | MCW  | Gather information and analyze ███████ (2.7); draft excel documents for Mr. Pasich regarding same (1.9); gather information and analyze ███████ | 6.60  | 3,300.00  |

| | | | Hours | Amount |
|---|---|---|---|---|
| | | ██████████████████ (.6); draft chart for Mr. Pasich regarding same (1.4). | | |
| 12/14/2020 | JLS | Confer with BSA's coverage counsel regarding ████████████ | 0.50 | 310.00 |
| | MCW | Draft legal research memo regarding ████████████████ ████ (6.3). | 6.30 | 3,150.00 |
| 12/15/2020 | MCW | Analyze ████████████ and draft chart ████████████████████████████████████ | 4.80 | 2,400.00 |
| 12/16/2020 | JLS | Review/Analyze research on ████████████ | 0.80 | 496.00 |
| | JLS | Review/Analyze ████████████████████████ | 2.30 | 1,426.00 |
| | MCW | Analyze ████████████ and draft chart ████████████████████████████████████ | 4.10 | 2,050.00 |
| 12/17/2020 | MCW | Analyze ████████████ and draft chart ████████████████████████████████████ (2.9); draft letter to ████████ regarding ████████████████████ (.9); draft letter to ████████ regarding ████████████████████ (.8). | 4.60 | 2,300.00 |
| 12/21/2020 | JLS | Confer with Mr. Azer regarding ████████████ | 0.50 | 310.00 |
| | JLS | Research ████████████████████ | 1.70 | 1,054.00 |
| | MCW | Draft letter to ████ regarding ████████████████████ (.8). | 0.80 | 400.00 |
| 12/22/2020 | MCW | Participate in telephone conference with ████████████ regarding ████████████████████ (.2); draft follow-up e-mail regarding same (.2); participate in telephone conference with Mr. Schulman regarding ████████████████████████████████ | 4.60 | 2,300.00 |

BSA Tort Claimants                                                                    Page    8

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | (.1); conduct legal research regarding █████ (1.8); conduct legal research regarding █████ (2.3). |  |  |
| 12/23/2020 | MCW | Conduct legal research and draft memo regarding █████ (1.1); conduct legal research and draft memo regarding █████ (3.9); conduct legal research regarding █████ (2.6). | 7.60 | 3,800.00 |
| 12/24/2020 | MCW | Conduct legal research and draft memo regarding █████ (1.2); conduct legal research regarding █████ (.9); draft legal research memo regarding █████ (3.8). | 5.90 | 2,950.00 |
| 12/26/2020 | JLS | Research █████ (1.4) and confer with Ms. Whitman regarding same (.3). | 1.70 | 1,054.00 |
|  | MCW | Participate in telephone conference with Mr. Schulman regarding legal research and memo on █████ (.5); conduct legal research █████ (4.8). | 5.30 | 2,650.00 |
| 12/27/2020 | JLS | Review/Analyze █████ (1.8) and continued research regarding █████ (1.5). | 3.30 | 2,046.00 |
|  | MCW | Draft legal research memo regarding █████ (3.1); conduct legal research regarding █████ (1.6); research █████ (2.3); conduct legal research regarding █████ (1.8). | 8.80 | 4,400.00 |
| 12/28/2020 | JLS | Confer with BSA's counsel regarding █████ | 0.50 | 310.00 |

|            |     |                                                                                  | Hours | Amount |
|------------|-----|----------------------------------------------------------------------------------|------:|-------:|
| 12/28/2020 | JLS | Review/Analyze memo regarding ██████████ ████████                              | 1.40 | 868.00 |
|            | JLS | Review/Analyze ██████████                                                        | 2.60 | 1,612.00 |
|            | MCW | Conduct legal research regarding ██████ 4.1); draft memo regarding same (.5); draft legal research memo regarding ██████ (1.6). | 6.20 | 3,100.00 |
| 12/29/2020 | JLS | Review/Analyze research regarding ██████████                                    | 1.70 | 1,054.00 |
|            | MCW | Conduct legal research regarding ██████ (2.3); draft legal research memo regarding ██████ (1.4); draft e-mail to Mr. Schulman regarding same (.2). | 3.90 | 1,950.00 |
| 12/30/2020 | JLS | Conduct ██████ (3.3); confer with Ms. Whitman (.3) and Mr. Azar (.3) regarding same; review ██████ regarding same (.8); update TCC members regarding same (.6). | 5.30 | 3,286.00 |
|            | JLS | Review/Analyze ██████ (.1) and confer with TCC regarding same (.3).              | 0.40 | 248.00 |
|            | MCW | Analyze information and draft chart for Mr. Schulman regarding ██████ (1.4); participate in telephone conference with Mr. Schulman regarding same (.2). | 1.60 | 800.00 |
| 12/31/2020 | JLS | Review/Analyze ██████ (1.4) and confer with Mr. Azer regarding same (.2); review/analyze ██████ (3). | 4.60 | 2,852.00 |
|            | JLS | Review/Analyze ██████████                                                        | 2.70 | 1,674.00 |
|            | MCW | Draft legal research memo regarding ██████ (2.3); draft legal research memo regarding ██████ (1.6); research ██████ (.6); research ██████ (1.8). | 6.30 | 3,150.00 |

|            |                   | Hours  | Amount       |
|------------|-------------------|-------:|-------------:|
| **SUBTOTAL:** |              [ | 215.10 | 118,921.50] |

BSA Tort Claimants                                                                                    Page    10

|  | Hours | Amount |
|---|---|---|
| **Subtotal of charges** |  | **$181,299.50** |
| Courtesy Reductions of Time |  | ($8,750.00) |
| **For professional services rendered** | **296.70** | **$172,549.50** |
| **Previous balance** |  | **$578,571.16** |
| **Balance due** |  | **$751,120.66** |

| | |
|---|---|
| Total Courtesy Reductions of Time: | $8,750.00 |
| Total Discount on Rates: | $52,153.00 |
| Total Reductions/Discounts: | $60,903.00 |

### Timekeeper Summary

| Name | Hours | Regular Rate | 20% Discounted Rate | Total Full | Total Discounted | Difference |
|---|---|---|---|---|---|---|
| Caitlin Oswald | 2.6 | 325 | 260 | 845.00 | 676.00 | 169.00 |
| Jeffrey L. Schulman | 106.8 | 775 | 620 | 82,770.00 | 66,216.00 | 16,554.00 |
| Kirk A. Pasich | 43.7 | 1,375.00 | 975 | 60,087.50 | 42,607.50 | 17,480.00 |
| Mikaela C. Whitman | 143.6 | 625 | 500 | 89,750.00 | 71,800.00 | 17,950.00 |
| TOTAL | 296.7 | | | $233,452.50 | $181,299.50 | $52,153.00 |