# **EXHIBIT G**

## **(Fourth Monthly Fee Application)**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| BOY SCOUTS OF AMERICA AND | ) Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC,[1] | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |

**Objection Deadline: March 2, 2021 at 4:00 p.m.**
**Hearing Date: To be scheduled if necessary**

## FOURTH MONTHLY (COMBINED) APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PASICH LLP, AS INSURANCE COUNSEL FOR THE TORT CLAIMANTS' COMMITTEE FOR THE PERIOD FROM JANUARY 1, 2021 THROUGH JANUARY 31, 2021

| | |
|---|---|
| Name of Applicant: | Pasich LLP |
| Authorized to Provide Professional Services to: | Tort Claimants' Committee |
| Date of Retention: | Effective as of May 12, 2020 by order signed on or about June 17, 2020 |
| Period for which Compensation and Reimbursement is Sought: | January 1, 2021 through January 31, 2021 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $239,602.25[2] |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $      68.75 |

This is a:       x   monthly        interim        final application.

The total time expended for fee application preparation is approximately 1.5 hours

and the corresponding compensation requested is approximately $900.00.

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2]  Applicant has discounted its fees by $75,096.50 for the Application fee period, comprising of courtesy deductions of time, and a 20% rate discount for all professionals and paraprofessionals being billed at 80% of their regular rates, with the exception of Kirk Pasich, whose rate for this engagement was reduced to $975 per hour rather than his standard rate of $1,375 per hour.

### PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 08/18/20 | 05/12/20 - 07/31/20 | $262,233.30 | $0 | $262,233.30 | N/A |
| 11/17/20 | 08/01/20 - 10/31/20 | $413,923.00 | $0 | $413,923.00 | N/A |
| 01/14/21 | 11/1/20 – 12/31/20 | $284,751.00 | $0 | $331,138.40 | N/A |

### PASICH LLP PROFESSIONALS

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes and 20% discount) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kirk A. Pasich | Managing Partner, Insurance Recovery.  Admitted to practice in 1980 with more than 38 years of relevant experience. | $975.00 | 65.70 | $ 64,057.50 |
| Jeffrey L. Schulman | Partner, Insurance Recovery.  Admitted to practice in 2000 with approximately 16 years of relevant experience. | $620.00 | 152.70 | $94,674.00 |
| Mikaela C. Whitman | Partner, Insurance Recovery.  Admitted to practice in 2009 with approximately 11 years of relevant experience. | $500.00 | 161.70 | $80,850.00 |
| Caitlin Oswald | Associate, Insurance Recovery.  Admitted to practice in 2020. | $260.00 | 13.70 | $ 3,562.00 |
| Donald K. Piper | Paraprofessional, Insurance Recovery.  Began working in 1988 with approximately 32 years of relevant experience. | $260.00 | 1.5 | $ 390.00 |

**Grand Total:** $243,533.50[3]
**Total Hours:** 395.30
**Blended Rate:** $ 616.07

---

[3] This total includes both the discounted rates as well as the courtesy deductions.

## COMPENSATION BY CATEGORY

| Project Categories | Total Hours | Total Fees[4] |
|---|---|---|
| General Committee | 65.00 | $49,601.00 |
| Insurance Coverage | 326.80 | $191,762.50 |
| Compensation of Professionals | 3.5 | $2,170.00 |

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Research | National Association of Insurance Commissioners | $68.75 |

---

[4] This total includes the discounted rates but not the courtesy deductions.

B029.001/311483.1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND | ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline: March 2, 2021 at 4:00 p.m.**
**Hearing Date: To be scheduled if necessary**

## FOURTH MONTHLY (COMBINED) APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PASICH LLP, AS INSURANCE COUNSEL FOR THE TORT CLAIMANTS' COMMITTEE FOR THE PERIOD FROM JANUARY 1, 2021 THROUGH JANUARY 31, 2021

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the

"Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively,

the "Bankruptcy Rules"), and the "Order (I) Approving Procedures for (A) Interim

Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense

Reimbursement for Official Committee Members and (II) Granting Related Relief," signed on or

about April 6, 2020 (the "Administrative Order"), Pasich LLP ("Pasich" or the "Firm"),

Insurance Counsel to the Tort Claimants' Committee (the "Committee"), hereby submits its

Third Monthly (Combined) Application for Compensation and for Reimbursement of Expenses

for the Period from November 1, 2020 through December 31, 2020 (the "Application").

By this Application Pasich seeks a monthly interim allowance of compensation in

the amount of $239,533.50 and actual and necessary expenses in the amount of $68.75 for a total

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

allowance of $239,602.25 and payment of $220,434.07 (80% of the allowed fees) and

reimbursement of $68.75 (100% of the allowed expenses) for a total payment of $220,502.82 for

the period January 1, 2021 through January 31, 2021 (the "Interim Period").  In support of this

Application, Pasich respectfully represents as follows:

## **Background**

1.      On February 18, 2020 (the "Petition Date"), the Debtors commenced their

Chapter 11 cases by filing voluntary petitions for relief under chapter 11 of the Bankruptcy

Code.  The Debtors have continued in possession of their property and continued to operate and

manage their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the

Bankruptcy Code.  No trustee or examiner has been appointed in the Debtors' chapter 11 cases.

2.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157

and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3.      On or about April 6, 2020, the Court signed the Administrative Order,

authorizing certain professionals ("Professionals") to submit monthly applications for interim

compensation and reimbursement for expenses, pursuant to the procedures specified therein.

The Administrative Order provides, among other things, that a Professional may submit monthly

fee applications.  If no objections are made within fourteen (14) days after service of the monthly

fee application the Debtors are authorized to pay the Professional eighty percent (80%) of the

requested fees and one hundred percent (100%) of the requested expenses.  Beginning with the

period ending May 31, 2020 and at three-month intervals thereafter, each of the Professionals

shall file and serve an interim application for allowance of the amounts sought in its monthly fee

applications for that period.  All fees and expenses paid are on an interim basis until final allowance by the Court.

    4. The retention of Pasich, as Insurance Counsel to the Tort Claimants' Committee, was approved effective as of May 12, 2020 by this Court's "Order Pursuant to Sections 328 and 1103 of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 Authorizing the Employment and Retention of Pasich LLP as Insurance Counsel for the Official Tort Claimants' Committee Effective as of May 12, 2020," signed on or about June 17, 2020 (the "Retention Order").  The Retention Order authorized Pasich to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.  Pasich is employed as insurance counsel and has made and will make all reasonable efforts to avoid duplication of work performed by the Committee's other professionals.

### PASICH'S APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES

#### Compensation Paid and Its Source

    5. All services for which Pasich requests compensation were performed for or on behalf of the Committee.

    6. Pasich has received no payment and no promises for payment from any source other than the Debtors for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application.  There is no agreement or understanding between Pasich and any other person other than the partners of Pasich for the

sharing of compensation to be received for services rendered in these cases.  Pasich did not receive a retainer in this matter.

### Fee Statements

7.      The fee statements for the Interim Period are attached hereto as Exhibit A. These statements contain daily time logs describing the time spent by each attorney and paraprofessional during the Interim Period.  To the best of Pasich's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code and the Bankruptcy Rules.  Pasich's time reports are electronically maintained by the attorney or paralegal performing the described services and Pasich.  The time reports are organized on a daily basis.  Pasich is particularly sensitive to issues of "lumping" and, unless time was spent in one time frame on a variety of different matters for a particular client, time is recorded per tasks so reflected in the time reports. Pasich's charges for its professional services are based upon the time, nature, extent and value of such services and the cost of comparable services other than in a case under the Bankruptcy Code.

### Actual and Necessary Expenses

8.      A summary of actual and necessary expenses incurred by Pasich for the Interim Period is attached hereto as part of Exhibit A.  Pasich does not charge for internal photocopying or facsimile expenses.

9.      Pasich also does not charge with respect to providers of on-line legal research services (e.g., LEXIS and WESTLAW).

4

## Summary of Services Rendered

10.     The names of the partners and associates of Pasich who have rendered professional services in these cases during the Interim Period, and the paralegals and case management assistants of Pasich who provided services to these attorneys during the Interim Period, are set forth in the attached Exhibit A.

11.     Pasich, by and through such persons, has advised the Committee on a regular basis with respect to various matters in connection with the Debtors' bankruptcy cases, and performed all necessary professional services which are described and narrated in detail below.  Pasich's efforts have been extensive due to the size and complexity of the Debtors' bankruptcy cases.

## Summary of Services by Project

12.     The services rendered by Pasich during the Interim Period can be grouped into the categories set forth below.  Pasich attempted to place the services provided in the category that best relates to such services.  However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category.  These services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth on the attached Exhibit A.  Exhibit A identifies the attorneys and paraprofessionals who rendered services relating to each category, along with the number of hours for each individual and the total compensation sought for each category.

**A.    General Committee**

13.    This category relates to work regarding general committee issues.  During the Interim Period, the Firm, among other things:  (1) prepared for and attended conference calls with the Committee; (2) prepared for and attended conference calls with State Court Counsel and various committees and committee members; (3) prepared for and attended numerous conference calls with mediators; and (4) corresponded and conferred regarding general committee issues.

Fees:  $49,601.00;    Hours:  65.00[2]

**B.    Insurance Coverage**

14.    This category relates to work regarding insurance coverage issues.  During the Interim Period, the Firm, among other things:  (1) reviewed and analyzed insurance policies and corresponding documents; (2) reviewed and analyzed insurance coverage issues and legal arguments; (3) performed legal research on insurance coverage issues; (4) reviewed and analyzed underlying litigation allegations, pleadings, motions, filings and coverage portfolio issues; and (5) conferred and corresponded regarding insurance coverage issues.

Fees:  $191,762.50;    Hours:  326.80

**C.    Compensation of Professionals**

15.    This category relates to work preparing and filing monthly and quarterly fee applications including, among other things, ensuring that time entries subject to the application do not disclose confidential or privileged information.

---

[2] These totals include the total hours billed but the fee amounts include the discounted rates but does not include the courtesy deductions.

**Valuation of Services**

16.     Attorneys and paraprofessionals of Pasich expended a total 395.30 hours

in connection with their representation of the Committee during the Interim Period, as follows:

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including 20% discount) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kirk A. Pasich | Managing Partner, Insurance Recovery. Admitted to practice in 1980 with approximately 40 years of relevant experience. | $975.00 | 65.70 | $ 64,057.50 |
| Jeffrey L. Schulman | Partner, Insurance Recovery. Admitted to practice in 2000 with approximately 16 years of relevant experience. | $620.00 | 152.70 | $94,674.00 |
| Mikaela C. Whitman | Partner, Insurance Recovery. Admitted to practice in 2009 with approximately 11 years of relevant experience. | $500.00 | 161.70 | $80,850.00 |
| Caitlin Oswald | Associate, Insurance Recovery. Admitted to practice in 2020. | $260.00 | 13.70 | $ 3,562.00 |
| Donald K. Piper | Paraprofessional, Insurance Recovery. Licensed in 1988 with approximately 32 years of relevant experience. | $260.00 | 1.5 | $ 390.00 |

**Grand Total:     $243,533.50[3]**
**Total Hours:         395.30**
**Blended Rate:  $      616.07**

17.     The nature of work performed by these persons is fully set forth in Exhibit

A attached hereto.  Pasich's normal hourly rates for work of this character have all been

---

[3] This total includes both the discounted rates as well as the courtesy deductions.

discounted.  The reasonable value of the services rendered by Pasich for the Committee during the Interim Period is $239,602.25 after applying those discounts.

18.    In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by Pasich is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.  Moreover, Pasich has reviewed the requirements of Del. Bankr. LR 2016-2 and the Administrative Order and believes that this Application complies with such Rule and Order.

WHEREFORE, Pasich respectfully requests that the Court enter an order providing that, for the period of January 1, 2021 through January 31, 2021, an interim allowance be made to Pasich for compensation in the amount of $239,533.50 and actual and necessary expenses in the amount of $68.75 for a total allowance of $239,602.25 and payment of $220,434.07 (80% of the allowed fees) and reimbursement of $68.75 (100% of the allowed expenses) be authorized for a total payment of $220,502.82; and for such other and further relief as this Court deems proper.

Dated:  February 16, 2021          PASICH LLP

_____

By:  Jeffrey L. Schulman

Insurance Counsel to the Tort Claimants Committee

8

# **VERIFICATION**

STATE OF NEW YORK        :

COUNTY OF NEW YORK   :
                                                :

Jeffrey L. Schulman, after being duly sworn according to law, deposes and says:

a)        I am a partner with the applicant law firm Pasich LLP, and have been admitted to appear before this Court.

b)        I am familiar with many of the legal services rendered by Pasich LLP as Insurance Counsel to the Tort Claimants' Committee.

c)        I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Administrative Order signed on or about April 6, 2020 and submit that the Application substantially complies with such Rule and Order.

_____
Jeffrey L. Schulman

SWORN AND SUBSCRIBED
before me this 16th day of February, 2021.


_Deborah Alicea_
Notary Public
My Commission Expires: 12/01/2022

Deborah Alicea
Commissioner of Deeds
City of New York: 3-6970
Certification Filed in New York County
Commision Expires on December 1, 2022

B029.001/299891.1

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

**Objection Deadline: March 2, 2021 at 4:00 p.m. (ET)**
**Hearing Date: Scheduled only if necessary**

## NOTICE OF FILING OF FEE APPLICATION

     **PLEASE TAKE NOTICE** that Pasich LLP ("Pasich"), insurance counsel to the official committee of tort claimants (consisting of survivors of childhood sexual abuse) (the "Tort Claimants' Committee" or the "TCC"), in the above-captioned cases, has filed its *Fourth Monthly (Combined) Application for Compensation and Reimbursement of Expenses of Pasich LLP, as Insurance Counsel for the Tort Claimants' Committee for the Period from January 1, 2021 through January 31, 2021* (the "Application") seeking fees in the amount of $239,602.25 and reimbursement of actual and necessary expenses in the amount of $68.75 for the period from January 1, 2021 through January 31, 2021.

     **PLEASE TAKE FURTHER NOTICE** that any objection or response to the Application must be made in writing and be filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **March 2, 2021 at 4:00 p.m. prevailing Eastern Time**.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the objection or response, if any, upon the following: (i) the Debtors: Boy Scouts of America, 1325 W. Walnut Hill Lane, Irving, TX  75038 (Attn: Steven P. McGowan); (ii) counsel to the Debtors: (a) White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020 (Attn: Jessica C.K. Boelter (jessica.boelter@whitecase.com)), (b) White & Case LLP, 111 S. Wacker Drive, Chicago, IL  60606 (Attn: Michael C. Andolina (mandolina@whitecase.com) and Matthew E. Linder (mlinder@whitecase.com)); and (c) Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, 16th Floor, P.O. Box 1347, Wilmington, DE  19899-1347 (Attn: Derek C. Abbott (dabbott@mnat.com)); (iii) the United States Trustee: 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE  19801 (Attn: David Buchbinder (david.l.buchbinder@usdoj.gov) and Hannah M. McCollum (hannah.mccollum@usdoj.gov)); (iv) counsel to the Official Committee of Unsecured Creditors: (a) Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY  10036 (Attn: Rachael Ringer (rringer@kramerlevin.com) and Megan M. Wasson (mwasson@kramerlevin.com)) and (b) Reed Smith LLP, 1201 N. Market Street, Suite 1500, Wilmington, DE  19801 (Attn: Kurt F. Gwynne (kgwynne@reedsmith.com) and Katelin A Morales (kmorales@reedsmith.com)); (v) counsel to the Tort Claimants' Committee: Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE  19801 (Attn: James I. Stang (jstang@pszjlaw.com) and James E. O'Neill (joneill@pszjlaw.com)); (vi) counsel to the Future Claimants' Representative: Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 N. King Street, Wilmington, DE 19801 (Attn: Robert S. Brady (rbrady@ycst.com) and Edwin J. Harron (eharron@ycst.com)); (vii) counsel to the Ad Hoc Committee of Local Councils: Wachtell, Lipton, Rosen & Katz, 51 W. 52nd Street, New York, NY  10019 (Attn: Richard G. Mason (rgmason@wlrk.com) and

Joseph C. Celentino (jccelentino@wlrk.com)); (viii) counsel to JPMorgan Chase Bank, National

Association: (a) Norton Rose Fulbright US LLP, 2200 Ross Avenue, Dallas, TX  75201-7932

(Attn: Louis R. Strubeck (louis.strubeck@nortonrosefulbright.com) and Kristian W. Gluck

(kristian.gluck@nortonrosefulbright.com) and (b) Womble Bond Dickinson (US) LLP, 1313 N.

Market Street, Suite 1200, Wilmington, DE  19801 (Attn: Matthew Ward (matthew.ward@wbd-

us.com) and Morgan Patterson (morgan.patterson@wbd-us.com)); and (ix) counsel to the County

Commission of Fayette County (West Virginia): Steptoe & Johnson PLLC, Chase Tower, 8th

Floor, 707 Virginia Street East, Charleston, WV  25301 (Attn: John C. Stump

(john.stump@steptoe-johnson.com)).

   **PLEASE TAKE FURTHER NOTICE** that on April 6, 2020, the Bankruptcy

Court entered the *Order (I) Approving Procedures for (A) Interim Compensation and*

*Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for*

*Official Committee Members and (II) Granting Related Relief* (the "Order") [Docket No. 341].

Pursuant to the Order, in the absence of timely filed objections or responses, and upon the filing

with the Bankruptcy Court of a certification of no objection, the Debtors are authorized to pay

the professionals eighty percent (80%) of the fees, and one hundred percent (100%) of expenses

without further notice or hearing.  All fees and expenses paid to the professionals are subject to

final approval by the Court.

   **PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN

ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF

REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: February 16, 2021          PACHULSKI STANG ZIEHL & JONES LLP

                                  */s/ James E. O'Neill*
                                  James I. Stang (CA Bar No. 94435)
                                  Robert B. Orgel (CA Bar No. 10187)
                                  James E. O'Neill (DE Bar No. 4042)
                                  John W. Lucas (CA Bar No.271038)
                                  Ilan D. Scharf (NY Bar No. 4042107)
                                  919 North Market Street, 17th Floor
                                  P.O. Box 8705
                                  Wilmington, DE  19899-8705 (Courier 19801)
                                  Telephone: (302) 652-4100
                                  Facsimile:   (302) 652-4400
                                  Email: jstang@pszjlaw.com
                                          rorgel@pszjlaw.com
                                          joneill@pszjlaw.com
                                          jlucas@pszjlaw.com
                                          ischarf@pszjlaw.com

                                  *Counsel for the Tort Claimants' Committee*

4

# EXHIBIT A

# $PASICH$ LLP

10880 Wilshire Boulevard, Suite 2000
Los Angeles, CA 90024
(424) 313-7860
www.pasichllp.com
Federal Tax ID:
82-2096928

BSA Tort Claimants
c/o John W. Lucas
Pachulski Stang Ziehl & Jones LLP

January 31, 2021
Invoice # 14388

In Reference To: Tort Claims--Insurance
Our File No.:  B029.001

**Professional Services**

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| | **Compensation of Professionals** | | | |
| 1/11/2021 | JLS | Attention to redactions to invoice for submission with fee application. | 0.50 | 310.00 |
| | JLS | Draft/Revise quarterly fee application. | 0.70 | 434.00 |
| 1/13/2021 | JLS | Draft/Revise quarterly fee application (1.5); draft/revise monthly fee application for November and December (.8). | 2.30 | 1,426.00 |
| | **SUBTOTAL:** | | [    3.50 | 2,170.00] |
| | **General Committee** | | | |
| 1/4/2021 | JLS | Appear for/Attend TCC call (1.4) and prepare for same including ▓▓▓▓ (1.8). | 3.20 | 1,984.00 |
| | JLS | Appear for/Attend ▓▓▓▓ (.8) and review ▓▓▓▓ (.5). | 1.30 | 806.00 |
| 1/5/2021 | JLS | Appear for/Attend TCC meeting (1.7) and prepare for same (.8) | 2.50 | 1,550.00 |
| | KAP | Conference with state court counsel re ▓▓▓▓ (1.7) | 1.70 | 1,657.50 |
| 1/7/2021 | JLS | Appear for/Attend mediator's call. | 1.20 | 744.00 |
| | JLS | Appear for/Attend TCC meeting (1.9) and prepare for same (.7). | 2.60 | 1,612.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/7/2021 JLS | Review/Analyze ████████████████████ ████████ | | ██ | ██ |
| KAP | Review ████████████ (0.3); attend conference with mediators and TCC (1.2); attend TCC meeting (1.9) | | 3.40 | 3,315.00 |
| 1/11/2021 JLS | Appear for/Attend insurance working group meeting (1) and prepare for same (.4). | | 1.40 | 868.00 |
| 1/12/2021 JLS | Draft/Revise ████████████████. | | 0.50 | 310.00 |
| JLS | Appear for/Attend morning mediation session (1.9) and prepare for same (1.3). | | 3.20 | 1,984.00 |
| JLS | Appear for/Attend state court counsel meeting (partial). | | 1.40 | 868.00 |
| JLS | Appear for/Attend BSA mediation session (1.3) and confer with TCC following same (1.2) | | 2.50 | 1,550.00 |
| KAP | Attend mediation sessions (1.9) (1.3); conference with State Court Counsel (1.5); conference with TCC (1.0); review and revise ████ (0.3); conference with Town Hall panel (1.1) | | 7.10 | 6,922.50 |
| 1/13/2021 KAP | Attend Century mediation session (1.1); attend BSA presentation mediation session (1.1); e-mails re ████████ (0.4); state court ocunsel calls (0.5) (0.8) | | 3.90 | 3,802.50 |
| 1/14/2021 KAP | Attend Local Councils mediation session (2.0): conference with state court counsel re same (0.8) (partial); e-mails re ████████████ (0.8); review re ████████████ (1.1) | | 4.70 | 4,582.50 |
| 1/18/2021 JLS | Appear for/Attend insurance working group meeting (1.5) and prepare for same (.8). | | 2.30 | 1,426.00 |
| 1/19/2021 JLS | Appear for/Attend state court counsel meeting (2.4) and prepare for same (.8); confer with state court counsel and Mr. Pasich in preparation for same (.4). | | 3.60 | 2,232.00 |
| KAP | Conference with State Court Counsel (1.1) (partial) | | 1.10 | 1,072.50 |
| 1/21/2021 JLS | Appear for/Attend mediator's meeting. | | 1.20 | 744.00 |
| JLS | Appear for/Attend TCC meeting (1.8) and prepare for same (.8). | | 2.60 | 1,612.00 |
| KAP | Conference with mediators and TCC (1.2); conference with TCC (1.8) | | 3.00 | 2,925.00 |
| 1/23/2021 JLS | Review/Analyze ████████████████. | | 0.40 | 248.00 |
| 1/24/2021 KAP | Review e-mails re ████████ (0.3) | | 0.30 | 292.50 |

|  |  | | Hours | Amount |
|---|---|---|---|---|
| 1/25/2021 JLS | Appear for/Attend TCC working group meeting (1.5) and prepare for same (.6). | | 2.10 | 1,302.00 |
| 1/26/2021 JLS | Appear for/Attend state court counsel meeting (.5) (partial) and prepare for same (.6). | | 1.10 | 682.00 |
| 1/27/2021 KAP | Attend Bates White mediation session (1.0) | | 1.00 | 975.00 |
| 1/28/2021 JLS | Appear for/Attend TCC meeting (2.4); confer with Mr. Pasich and Ms. Whitman in preparation for same (.7)(partial). | | 3.10 | 1,922.00 |
| | **SUBTOTAL:** | [ | **65.00** | **49,601.00]** |
| | **Insurance Coverage** | | | |
| 1/4/2021 JLS | Confer with ███████████ regarding ██████. | | 0.40 | 248.00 |
| KAP | Conference with Insurance Working Group (1.2); attend ██████ ██████ (0.7) | | 1.90 | 1,852.50 |
| MCW | Draft ██████████ regarding ██████ ▌(1.1); analyze ██████ regarding ▌(.9); draft chart for Mr. Schulman regarding ██████ (1.2); conduct legal research regarding ████████ (2.6). | | 5.80 | 2,900.00 |
| 1/5/2021 JLS | Review/Analyze ██████████ and advice TCC working group regarding same. | | 2.60 | 1,612.00 |
| JLS | Review/Analyze ████████ (1.4) and confer with Mr. Lucas regarding same (.9); review ██████ (.8). | | 3.10 | 1,922.00 |
| MCW | Draft legal research memo regarding ████████ ▌(4.3); conduct legal research regarding ████████ (3.3). | | 7.60 | 3,800.00 |
| 1/6/2021 JLS | Draft/Revise memorandum regarding ████████████. | | 3.10 | 1,922.00 |
| JLS | Review/analyze and calculate ██████ (4.1); and confer with Mr. Lucas and Ms. Whitman regarding same (.5). | | 4.60 | 2,852.00 |
| MCW | Participate in telephone conference with Mr. Schulman regarding ██████ (.2); analyze data and draft chart regarding ████████ | | 7.70 | 3,850.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | █████ (4.9); conduct legal research regarding ████████ ██████████ (2.6). |  |  |
| 1/7/2021 | JLS | Review/Analyze ████████████████ in preparation for mediation and draft ████████████ (3.8); confer with Ms. Whitman regarding same (.5). | 4.30 | 2,666.00 |
|  | MCW | Analyze ███████████ regarding ████████████ ███ (2.6). | 2.60 | 1,300.00 |
| 1/8/2021 | JLS | Confer with Mr. Lucas regarding ███████████ (.5) and review ████████████ (.6). | 1.10 | 682.00 |
|  | MCW | Conduct fact research and analyze ████████████ (.6); draft e-mails to Mr. Schulman regarding same (.3). | 0.90 | 450.00 |
| 1/9/2021 | JLS | Review of ████████████ (.8) confer with Mr. Lucas and Ms. Whitman regarding same (.4); perform ████ (2.1). | 3.30 | 2,046.00 |
|  | MCW | Participate in telephone conference with Mr. Schulman and Mr. Lucas regarding ████████████ (.4); analyze data and draft chart regarding ████████████ (1.8). | 2.20 | 1,100.00 |
| 1/10/2021 | JLS | Review/Analyze ████████████ and confer with Mr. Lucas regarding same. | 2.00 | 1,240.00 |
|  | KAP | Review data re ████████████ (2.1) | 2.10 | 2,047.50 |
|  | MCW | Analyze data and draft chart regarding ████████████ (.3). | 0.30 | 150.00 |
| 1/11/2021 | JLS | Appear for/Attend meeting ████████████ (.7) and prepare for same (.3). | 1.00 | 620.00 |
|  | JLS | Review/Analyze ████████████ (1.1) and confer with Mr. Lucas regarding same (.2); confer with Mr. Nasatir regarding same (.4); review ████████████ (1.6). | 3.30 | 2,046.00 |
|  | JLS | Review/Analyze ████████ (.9) and confer with Mr. Lucas regarding same (.4). | 1.30 | 806.00 |
|  | JLS | Review/Analyze ████████████████ . | 3.20 | 1,984.00 |

|  |  | Hours | Amount |
|---|---|---|---|
| 1/11/2021 KAP | Conference with Insurance Working Gorup (0.9); conference with ████ (0.7); review ████ (0.9); review ████ (0.2) | 2.70 | 2,632.50 |
| MCW | Analyze data and draft chart regarding ████ (3.6); draft e-mails to Mr. Schulman regarding same (.2) review and analyze ████ (1.3); draft chart regarding same for Mr. Schulman (1.7). | 6.80 | 3,400.00 |
| 1/12/2021 JLS | Review/Analyze ████ in preparation for upcoming mediation sessions. | 3.40 | 2,108.00 |
| MCW | Analyze ████ (1.1); draft chart for Mr. Schulman regarding same (.9); conduct research regarding ████ (1.2); conduct research ████ (,8); draft memo for Mr. Schulman regarding ████ (1.3); conduct legal research regarding ████ (.9); draft response e-mail ████ (.5). | 6.70 | 3,350.00 |
| 1/13/2021 JLS | Appear for/Attend mediation session with Hartford (1.1); and prepare for same (3.4); confer with TCC following same (1.1). | 5.60 | 3,472.00 |
| JLS | Appear for/Attend mediation session with Century (1.1); and prepare for same (3.6); confer with TCC following same (.3) (partial). | 5.00 | 3,100.00 |
| JLS | Review/Analyze ████ (.8) and confer with Mr. Azer regarding same (.2). | 1.00 | 620.00 |
| JLS | Confer with Ms. Whitman and Mr. Lucas regarding ████ (.5); review ████ (.7). | 1.20 | 744.00 |
| MCW | Conduct legal and fact research regarding ████ (3.2); draft e-mails to Mr. Pasich regarding ████ (.2); analyze information and draft chart regarding ████ (1.2); participate in telephone conference with Mr. Schulman and Mr. Lucas regarding ████ (.3); draft chart regarding ████ (.7); draft chart regarding ████ (.9); draft chart regarding ████ (1.3). | 7.80 | 3,900.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/14/2021 | JLS | Appear for/Attend mediation session with local council group (2); review ████████ in preparation for same (3.3); confer with TCC following same (1) (partial). | 6.30 | 3,906.00 |
|  | MCW | Draft chart regarding ██████████████████████████████ ███████ (1.2); draft chart regarding ██████████████████████ (3.7). | 4.90 | 2,450.00 |
| 1/15/2021 | JLS | Review/Analyze ████████████████████ (.8) and confer with Mr. Lucas and Ms. Whitman regarding same (.9). | 1.70 | 1,054.00 |
|  | JLS | Review/Analyze ████████████████. | 2.40 | 1,488.00 |
|  | JLS | Confer with ████████████████ (.5) and prepare for same (.4); confer with Messrs. Pasich and Nasatir and Ms. Whitman regarding strategy following same (1). | 1.90 | 1,178.00 |
|  | KAP | Review e-mails (0.4); conference with Mr. Schulman and Ms. Whitman 0.4) | 0.80 | 780.00 |
|  | MCW | Participate in telephone conference with Mr. Schulman and Mr. Lucas regarding ████████████ (.5); draft chart regarding ████████ ████████████ (1.3); draft chart regarding ████████ (2.4); draft chart regarding ████████ (1.6); participate in zoom call with Mr. Pasich and Mr. Schulman regarding ████████████ (.5). | 6.30 | 3,150.00 |
| 1/16/2021 | MCW | Draft chart regarding ██████████████████████████ ██████████ (3.3); conduct research regarding ████████ (1.2); draft memo regarding same (1.8). | 6.30 | 3,150.00 |
| 1/17/2021 | MCW | Draft memo regarding ████████████████████ (3.3); review and analyze legal research regarding ████████ (1.3). | 4.60 | 2,300.00 |
| 1/18/2021 (.6) | JLS | Confer ████████████ regarding ████████████ and confer further with Mr. Nasitir following same (.2). | 0.80 | 496.00 |
|  | JLS | Review/Analyze ████████████████████████. | 1.40 | 868.00 |
|  | KAP | Conference with Insurance Working Group (1.1) (partial); e-mails (0.3); review information re ████████████ (0.9) | 2.30 | 2,242.50 |
|  | MCW | Conduct fact research regarding ████████████████ ████████ (1.4); draft e-mail to Mr. Pasich and Mr. Schulman regarding ████████, | 8.80 | 4,400.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | ████ (2.3); conduct research regarding ████ (1.1); conduct research regarding ████ (2.2); draft background section of ████ Memo regarding ████ (1.8). |  |  |
| 1/19/2021 | JLS | Review/Analyze ████ (2.3) and confer with Mr. Lucas regarding ████ (.2). MCW | 2.50 | 1,550.00 |
|  |  | Draft ████ (4.7); conduct legal research regarding ████ (1.7); conduct research regarding ████ (1.4); draft chart for Mr. Lucas regarding ████ (.7); draft e-mails to Mr. Lucas and Mr. Schulman regarding same (.2). | 8.10 | 4,050.00 |
| 1/20/2021 | JLS | Confer with Mr. Lucas regarding ████ (.2); review/analyze ████ in preparation for subsequent mediation sessions (1.4). | 1.60 | 992.00 |
|  | KAP | E-mails with Mr. Nasatir re ████ and review ████ (1.1) | 1.10 | 1,072.50 |
|  | MCW | Draft ████ regarding ████ including ████ (6.1). | 6.10 | 3,050.00 |
| 1/21/2021 | JLS | Confer with TCC member regarding ████ (.6); confer with state court counsel team regarding ████ (.8). | 1.40 | 868.00 |
|  | CO | Revise and cite-check Ms. Whitman's memorandum regarding ████ (2) | 2.00 | 520.00 |
|  | MCW | Draft legal brief regarding ████ (6.8). | 6.80 | 3,400.00 |
| 1/22/2021 | JLS | Confer with Mr. Pasich regarding ████ (.2); confer with coverage team regarding ████ (.3). | 0.50 | 310.00 |
|  | JLS | Confer with Mr. Lucas regarding ████ | 0.70 | 434.00 |
|  | JLS | Review/Analyze ████ (1.6); review/analyze ████ (2.7). | 4.30 | 2,666.00 |
|  | KAP | Conference with Mr. Schulman re ████ (0.2); conference with team re same (0.3); review e-mails and date re ████ (0.9) | 1.90 | 1,852.50 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/22/2021 | KAP | Telephone conference with Mr. Schulman re ▇▇▇ ▇▇▇ (0.2); conference with team re same (0.3); review ▇▇▇ (0.9) | 1.40 | 1,365.00 |
|  | MCW | Participate in meeting with Mr. Pasich, Ms. Oswald and Mr. Schulman regarding ▇▇▇ (.3); Participate in telephone conferences with Ms. Oswald regarding same (1.5); gather ▇▇▇ (.3); draft e-mail to Ms. Oswald regarding same (.2); analyze ▇▇▇ (.3); draft legal brief regarding ▇▇▇ (5.9). | 8.50 | 4,250.00 |
|  | CO | Participate in meeting with Mr. Pasich, Ms. Whitman and Mr. Schulman regarding ▇▇▇ (.3); Participate in telephone conferences with Ms. Whitman regarding same (1.5); gather ▇▇▇ (0.3); analyze ▇▇▇ (2.6); add information regarding same into a chart and word document (1). | 5.70 | 1,482.00 |
| 1/23/2021 | JLS | Analyze ▇▇▇ (.7); review ▇▇▇ (.8) and confer with TCC regarding same (.2); draft ▇▇▇ (.7); confer with Ms. Whitman regarding same (.2); and review ▇▇▇ regarding same (2.1); review case law involving ▇▇▇ (.7). | 5.10 | 3,162.00 |
|  | JLS | Review/Analyze ▇▇▇ | 1.70 | 1,054.00 |
|  | MCW | Analyze ▇▇▇ (.2); draft ▇▇▇ (3.4); review ▇▇▇ (.1); participate in telephone conference with Mr. Schulman regarding same and power point (.3); draft e-mail to Mr. Pasich regarding same (.3). | 4.30 | 2,150.00 |
| 1/24/2021 | MCW | Analyze ▇▇▇ (.7); participate in telephone conference with Mr. Schulman regarding same (.2). | 0.90 | 450.00 |
|  | JLS | Review/Analyze ▇▇▇ (.9); confer with Mr. Lucas and Ms. Whitman regarding same (.4) | 1.30 | 806.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/25/2021 | JLS | Review/Analyze ███████ (.3) and confer with Mr. Lucas regarding same (.4); review/analyze ████████ (.3). | 1.00 | 620.00 |
| | JLS | Research ████████████████ | 2.70 | 1,674.00 |
| | JLS | Review/Analyze ████████████ | 1.50 | 930.00 |
| | KAP | Attend Insurance Working Group meeting (1.6); review ███ (1.1); research re ████████ (2.9) | 5.60 | 5,460.00 |
| | MCW | Analyze ████████████ (1.8); Analyze ███████ .8); draft e-mails to Mr. Pasich regarding ███████ (.9); conduct fact research regarding ████ (.7); conduct fact research regarding ████████ (2.3); edit ████ (.3). | 6.80 | 3,400.00 |
| 1/26/2021 | JLS | Review/Analyze ████████ (.6); review/analyze ████████ (2.8); review/analyze ████████ (2.2) and review correspondence regarding same (.2). | 5.80 | 3,596.00 |
| | DKP | Download additional policy documents from client's FTP sites and save to local server for review. | 1.50 | 390.00 |
| | KAP | Conference with State Court Counsel (1.6); review and anaylze ████████████████ (2.7) | 4.30 | 4,192.50 |
| | MCW | Analyze ████████████ (1.1); Edit ████████ based on edits from Mr. Pasich (1.9); conduct legal research ████ (2.1); draft e-mail to Mr. Pasich regarding ████ (.4); analyze ████ (.6); analyze ████████ (1.8); draft e-mails to Mr. Schulman regarding same (.3); draft e-mail to Ms. Schulman regarding ████ (.5). | 8.70 | 4,350.00 |
| 1/27/2021 | JLS | Review/Analyze ████████ (1.1); draft/revise presentation to TCC regarding same (.8). | 1.90 | 1,178.00 |

BSA Tort Claimants                                                                                          Page    10

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/27/2021 | JLS | Appear for/Attend ███████████ (1.2) and review power point in preparation for same (.4); appear for/attend TCC meeting (1.5) and review ████████ in preparation for same (.8); confer with Pasich coverage team regarding same (1). | 4.90 | 3,038.00 |
| | CO | Participate in telephone conference with Mr. Schulman and Mr. Pasich and Ms. Whitman regarding █████ (1); research ███████ ███ (0.3); █████████ (0.2). | 1.70 | 442.00 |
| | KAP | Review and revise █████████ re same (1.7); conference with team re █████ (1.0); e-mails with Mr. Kennedy and Mr. Humphrey (0.1) | 2.80 | 2,730.00 |
| | MCW | Draft e-mail to Mr. Schulman and Mr. Pasich regarding ████████ (.4); conduct research regarding same (.2); participate in telephone conference with Mr. Schulman, Mr. Pasich and Ms. Oswald regarding █████ (1.0); analyze ████████ (4.9); draft ████ (2.9). | 9.40 | 4,700.00 |
| 1/28/2021 | JLS | Appear for/Attend mediation session (1.0);  appear for/attend SCC meeting in preparation for TCC meeting (1.6) | 2.60 | 1,612.00 |
| | JLS | Review/analyze ████████ (.8); confer with Ms. Whitman regarding same (.2); review/analyze ██████ (1.1). | 2.10 | 1,302.00 |
| | CO | Research ██████ (0.1); research ████ (0.7). | 0.80 | 208.00 |
| | KAP | Attend mediation session with BSA (1.0); Review █████████, and e-mails re same (3.9); conference with TCC (2.4) | 7.30 | 7,117.50 |
| | MCW | Participate in telephone conference with Mr. Schulman and Mr. Pasich and Ms. Oswald regarding █████ (1.0); participate in telephone conference with Mr. Pasich regarding same (1.0); participate in telephone conference with Mr. Schulman regarding █████ (.3); conduct legal research regarding █████ (.7); conduct research regarding █████ (.5); conduct research regarding █████ (.8); draft and | 12.70 | 6,350.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| | | edit ████████████████ (5.9); participate in TCC team call and presentation ████████ (2.5). | | |
| 1/29/2021 | JLS | Appear for/Attend meeting with TCC in preparation for ██████████ (.9); and prepare for meetings (.7). | 1.60 | 992.00 |
| | MCW | Analyze ████████████████████████████ (1.8); participate in telephone conference with Mr. Schulman regarding same (.3); conduct research and draft memo for Mr. Pasich regarding ████████████████ (3.2); conduct legal research regarding ████████ (.6); review ████████████████████ (.5). | 6.40 | 3,200.00 |
| | KAP | E-mails and conferences with ████████ (1.9); e-mails and conference with  state court counsel, (1.4) and Mr. Gallager (0.5) ; review and analyze ████████ (0.6) | 4.50 | 4,387.50 |
| 1/30/2021 | JLS | Confer with SCC regarding ████████████ | 0.50 | 310.00 |
| | MCW | Analyze ████████████████████████████ (1.6). | 1.60 | 800.00 |
| 1/31/2021 | KAP | Telephone conferences with Mr. Gallagher (0.3); e-mails re ████████ (0.2); e-mails with Mr. Humphrey (0.1); telephone conference with Mr. Stang (0.2) | 0.80 | 780.00 |
| | JLS | Confer with ████████████████ regarding ████████ (.5); review ████████████████████ (.8). | 1.30 | 806.00 |
| | MCW | Analyze ████████████████████ (1.6); participate in telephone conference with ████████ regarding ████████ (.5). | 2.10 | 1,050.00 |
| | CO | Research and analyze case law regarding ████████████ ████████████ (3.5). | 3.50 | 910.00 |
| | JLS | Review/Analyze ████████████████████. | 1.40 | 868.00 |

|  | | | | |
|---|---|---|---|---|
| **SUBTOTAL:** | | | **[   326.80** | **191,762.50]** |
| **Subtotal of charges** | | | | **$243,533.50** |
| **Courtesy Deduction of Time** | | | | **($4,000.00)** |
| **For professional services rendered** | | | **395.30** | **$239,533.50** |

BSA Tort Claimants                                                                                    Page    12

| | Expenses | <u>Amount</u> |
|---|---|---|
| | **<u>Insurance Coverage</u>** | |
| 1/13/2021 | Litigation support vendors: NAIC-InsData, financial reports on insurance companies | 36.25 |
| 1/22/2021 | Litigation support vendors: NAIC-InsData, copy of financial report | 3.75 |
| | Litigation support vendors: NAIC-InsData, copies of financial reports re Hartford Ins | 28.75 |
| | **SUBTOTAL:** | [        68.75] |
| | **Total expenses** | **68.75** |
| | **Total amount of this bill** | **$239,602.25** |
| | **Previous balance** | **$751,120.66** |
| | **Accounts receivable transactions** | |
| 1/15/2021 | Payment – Thank you. Check No. EFT | ($331,138.40) |
| | **Total payments and adjustments** | **($331,138.40)** |
| | **Balance due** | **$659,584.51** |

| | |
|---|---|
| Courtesy Deduction of Time: | $4,000.00 |
| Discount on Rates: | $71,096.50 |
| **Total Deduction/Discount:** | **$75,096.50** |

Timekeeper Summary

| Name | Hours | Regular Rate | 20% Discounted Rate | Total Full | Total Discounted | Difference |
|---|---|---|---|---|---|---|
| Caitlin Oswald | 13.70 | 325 | 260 | 4,452.50 | 3,562.00 | 890.50 |
| Donald K. Piper | 1.50 | 290 | 260 | 435.00 | 390.00 | 45.00 |
| Jeffrey L. Schulman | 152.70 | 775 | 620 | 118,342.50 | 94,674.00 | 23,668.50 |
| Kirk A. Pasich | 65.70 | 1,375 | 975 | 90,337.50 | 64,057.50 | 26,280.00 |
| Mikaela C. Whitman | 161.70 | 625 | 500 | 101,062.50 | 80,850.00 | 20,212.50 |
| TOTAL | 395.30 | | | $314,630.00 | $243,533.50 | $71,096.50 |