Form 210A (10/06)

# United States Bankruptcy Court
# District of Delaware

In re:      Boy Scouts of America,
Case No.    20-10343 (Jointly Administered Under Case No 20-10343)

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or **deemed filed** under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to **Rule 3001(e)(1)**, Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee:                          Name of Transferor:
  Fair Harbor Capital, LLC                      RED MOUNTAIN APPRAISAL SERVICES, LLC
  As assignee of RED MOUNTAIN APPRAISAL SERVICES, LLC

Name and Address where notices to transferee        Court Claim # (if known):  none
should be sent:                                     Amount of Claim:  $4,736.85
                                                    Date Claim Filed:

   **Fair Harbor Capital, LLC**
   **Ansonia Finance Station**
   **PO Box 237037**
   **New York, NY  10023**


Phone:    212 967 4035                              Phone:
Last Four Digits of Acct #:      n/a                Last Four Digits of Acct. #:    n/a

Name and Address where transferee payments
should be sent (if different from above):

Phone:              n/a
Last Four Digits of Acct #:        n/a


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:         /s/*Fredric Glass*                              Date:    April 1, 2021
            Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
## District of Delaware

In re:      **Boy Scouts of America,**
Case No.    **20-10343 (Jointly Administered Under Case No 20-10343)**

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

**Claim No. none(if known)**
was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on April 1, 2021.

Name of Transferee:                             Name of Alleged Transferor:
 **Fair Harbor Capital, LLC**                    **RED MOUNTAIN APPRAISAL SERVICES, LLC**
  **As assignee of RED MOUNTAIN APPRAISAL SERVICES, LLC**

**Fair Harbor Capital, LLC**
**Ansonia Finance Station**
**PO Box 237037**
**New York, NY  10023**

### ~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised the this Notice of Transfer of Claim Other than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objection must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                            _____
                                                    Clerk of the Court

as a waiver thereof.

**RED MOUNTAIN APPRAISAL SERVICES, LLC ("Seller")** sells, transfer and assigns unto Fair Harbor Capital, LLC, with and address of PO Box 237037, New York, NY 10023, its successors and assigns ("Purchaser"), pursuant to a Claim Purchase Agreement between Seller and Purchaser (the "Agreement") all of Seller's right, title and interest in, to and under Seller's Claim (as defined in the Agreement) against **Boy Scouts of America** or any of its co-debtor affiliates (the "Debtor" in the aggregate amount of not less than **$4,736.85**, representing all claims of Seller pending against Debtor in the United States Bankruptcy Court, District of Delaware, Case No 20-10343, . Seller Hereby waives its right to raise any objection and/or receive notice pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedures and stipulates that an order may be entered recognizing the Agreement as an unconditional sale and the Purchaser as the valid owner of the Claim.

**In Witness Whereof,** RED MOUNTAIN APPRAISAL SERVICES, LLC (Seller) and Fair Harbor Capital, LLC (Purchaser) have signed below:

**RED MOUNTAIN APPRAISAL SERVICES, LLC ("Seller")**
116 SOUTH 2ND
RATON, NM 87740

Print Name: Edmund O. Floyd   Title: Appraiser
Signature: *Ed O. Floyd*   Date: 03/09/2021
Phone: ███████   Fax: _____
Email: ███████████████ (Clearly Please_)

Updated Address (If Changed): _____

**Fair Harbor Capital, LLC ("Purchaser")**
130 West 57th Street, 5th Floor
New York, NY 10019

Signature: *[signature]*

Fred Glass, Member Fair Harbor Capital, LLC
*Victor Kno*