## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : : BOY SCOUTS OF AMERICA AND : DELAWARE BSA, LLC,[1] : : Debtors. : : | Chapter 11 Case No. 20-10343 (LSS) Jointly Administered |

## NOTICE OF CHANGE OF ADDRESS OF COUNSEL

Todd C. Jacobs and John E. Bucheit, co-counsel for National Surety Corporation in the above-captioned cases, hereby file this notice of change of address.

The new address is as follows:

>Todd C. Jacobs
>John E. Bucheit
>BRADLEY RILEY JACOBS PC
>500 West Madison Street
>Suite 1000
>Chicago, IL 60661

Date: April 1, 2021

/s/ Marcy J. McLaughlin Smith
Marcy J. McLaughlin Smith (DE No. 6184)
TROUTMAN PEPPER HAMILTON SANDERS LLP
Hercules Plaza
1313 Market Street
Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone:    302.777.6500
Facsimile:    302.421.8390

-and-

Todd C. Jacobs (admitted *pro hac vice*)
John E. Bucheit (admitted *pro hac vice*)
BRADLEY RILEY JACOBS PC
500 West Madison Street
Suite 1000
Chicago, IL 60661
Telephone:    312.281.0295

*Attorneys for National Surety Corporation*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

{02797102.DOCX}
114817448