## **CERTIFICATE OF SERVICE**

I, Marcy J. McLaughlin Smith, hereby certify that on the 1st day of April, 2021, I caused the foregoing *Notice of Change of Address of Counsel* to be served on all parties which have entered their appearance via the Court's CM/ECF electronic filing system.

*/s/ Marcy J. McLaughlin Smith*
Marcy J. McLaughlin Smith (DE Bar No. 6184)