## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed by Omni Agent Solutions, the Court appointed claims and noticing agent for the Debtor in the above-captioned case. I hereby certify that on March 25, 2021 I caused true and correct copies of the following document(s) to be served via first-class mail, postage pre-paid to the names and addresses of the parties listed in **Exhibit A**:

- **Notice of Transferred Claim (re: Docket No. 2425)**

- **Notice of Transferred Scheduled Claim (re: Docket No. 2425)**

Dated: March 26, 2021

Randy Lowry
Omni Agent Solutions
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 26th day of March, 20 21, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

DARLEEN SAHAGUN
Notary Public – California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

# **EXHIBIT A**

Transferor:    Corra Technology Inc
363 Bloomfield Ave, Ste 3C
Montclair, NJ 07042

Transferee:    CRG Financial LLC
Attn: Allison Axenrod
Re: Corra Technology Inc
100 Union Ave
Cresskill, NJ 07626