<u>EXHIBIT A</u>

<u>Compensation Summary</u>

**EXHIBIT A**

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**COMPENSATION BY PROJECT CATEGORY**
**JANUARY 1, 2021 THROUGH JANUARY 31, 2021**

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Case Administration (00001) | 7.10 | $5,565.50 |
| Committee Meetings and Communications (00002) | 64.30 | $65,370.50 |
| Automatic Stay (00004) | 3.50 | $3,671.00 |
| Plan/Disclosure Statement Issues (00007) | 88.70 | $94,773.00 |
| Coalition and Tort Committee Matters (00008) | 3.10 | $2,986.00 |
| Employee and Labor Issues (00013) | 12.20 | $14,483.00 |
| Collateral Review (00016) | 1.50 | $1,487.50 |
| Fee Statements and Applications (00017) | 21.40 | $12,918.50 |
| Committee Investigation (00020) | 50.90 | $42,948.50 |
| Professional Retention (00025) | 10.60 | $6,965.00 |
| Communication with Debtors (00029) | 13.70 | $14,392.50 |
| **TOTAL** | **277.00** | **$265,561.00** |

[1] Total compensation requested reflects a voluntary reduction of $4,592.00 in fees.

2

KL2 3218718.3

# Kramer Levin



March 31, 2021

Steve McGowan, General Counsel
The Boy Scouts of America
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX 75015-2049
steve.mcgowan@scouting.org

Invoice #: 820948
073427
Page 1

**FOR PROFESSIONAL SERVICES rendered through January 31, 2021.**

| | |
|---|---|
| Fees | $265,561.00 |
| Disbursements and Other Charges | 2,091.59 |
| **TOTAL BALANCE DUE** | **$267,652.59** |

FEES AND DISBURSEMENTS POSTED AFTER THE BILLING PERIOD SHOWN ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.

TAX ID # 13-1944339

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas, New York, NY 10036
T  212.715.9100  F  212.715.8000

KL2 3216655.9



March 31, 2021
Invoice #: 820948
073427
Page 2

## MATTER SUMMARY

**For professional services rendered through January 31, 2021 in connection with the following matters:**

| Matter | Matter Name | Total |
|---|---|---|
| 073427-00001 | Case Administration | $5,565.50 |
| 073427-00002 | Committee Meetings and Communications | $65,370.50 |
| 073427-00004 | Automatic Stay | $3,671.00 |
| 073427-00007 | Plan/Disclosure Statement Issues | $94,773.00 |
| 073427-00008 | Coalition and Tort Committee Matters | $2,986.00 |
| 073427-00013 | Employee and Labor Issues | $14,483.00 |
| 073427-00016 | Collateral Review | $1,487.50 |
| 073427-00017 | Fee Statements and Applications | $12,918.50 |
| 073427-00020 | Committee Investigation | $42,948.50 |
| 073427-00025 | Professional Retention | $6,965.00 |
| 073427-00029 | Communications with Debtors | $14,392.50 |
| **Total Fees** | | **$265,561.00** |
| Disbursements and Other Charges | | **$2,091.59** |
| **TOTAL CURRENT INVOICES** | | **$267,652.59** |



March 31, 2021
Invoice #: 820948
073427
Page 3

### Professional Services Summary

| TIMEKEEPER | TITLE | DEPARTMENT | YEAR ADMITTED TO THE BAR | RATE | HOURS | FEES |
|---|---|---|---|---|---|---|
| Mayer Thomas Moers | Partner | Creditors' Rights | 1982 | $1,575.00 | 21.00 | $33,075.00 |
| Rabinowitz Daniel A. | Partner | Corporate | 1995 | $1,300.00 | 1.80 | $2,340.00 |
| Holob Marissa J. | Partner | Employee Benefits | 2001 | $1,200.00 | 5.10 | $6,120.00 |
| Ringer Rachael L. | Partner | Creditors' Rights | 2011 | $1,200.00 | 37.70 | $45,240.00 |
| Hamerman Natan | Counsel | Litigation | 2002 | $1,130.00 | 25.20 | $28,476.00 |
| Cahn Avram | Spec Counsel | Employee Benefits | 1988 | $1,105.00 | 5.60 | $6,188.00 |
| Sharret Jennifer | Spec Counsel | Creditors' Rights | 2008 | $1,105.00 | 7.80 | $8,619.00 |
| Campbell Patrick J. | Associate | Litigation | 2014 | $1,040.00 | 12.20 | $12,688.00 |
| Wasson Megan | Associate | Creditors' Rights | 2017 | $950.00 | 43.20 | $41,040.00 |
| Chakraborty Rupita | Associate | Litigation | 2019 | $950.00 | 23.90 | $22,705.00 |
| Essner Zoe | Associate | Creditors' Rights | 2021 | $715.00 | 65.20 | $46,618.00 |
| Beck Samuel | Paralegal | Creditors' Rights | N/A | $440.00 | 28.30 | $12,452.00 |
| **TOTAL FEES** | | | | | **277.00** | **$265,561.00** |



March 31, 2021
Invoice #: 820948
073427-00001
Page 4

**Case Administration**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 0.60 | $720.00 |
| Hamerman, Natan | Counsel | 0.70 | 791.00 |
| Sharret, Jennifer | Spec Counsel | 0.50 | 552.50 |
| Campbell, Patrick J. | Associate | 0.70 | 728.00 |
| Essner, Zoe | Associate | 1.80 | 1,287.00 |
| Wasson, Megan | Associate | 0.50 | 475.00 |
| Beck, Samuel | Paralegal | 2.30 | 1,012.00 |
| **TOTAL FEES** | | **7.10** | **$5,565.50** |

### DISBURSEMENTS AND OTHER CHARGES SUMMARY

| DESCRIPTION | AMOUNT |
|---|---|
| Lexis Online Research | $593.65 |
| Pacer Online Research | 132.80 |
| Telecommunication Charges | 308.91 |
| Telecopier | 13.50 |
| Transcript Fees | 356.40 |
| Westlaw Online Research | 686.33 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$2,091.59** |



March 31, 2021
Invoice #: 820948
073427-00001
Page 5

**Case Administration**

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 1/4/2021 | Hamerman, Natan | Emails with S. Beck re case calendar (0.1). | 0.10 | $113.00 |
| 1/4/2021 | Beck, Samuel | Review court filings (0.1); email N. Hamerman re case calendar (0.1). | 0.20 | 88.00 |
| 1/5/2021 | Ringer, Rachael L. | Attend WIP meeting with KL team (0.6). | 0.60 | 720.00 |
| 1/5/2021 | Hamerman, Natan | Attend KL team WIP call (0.6). | 0.60 | 678.00 |
| 1/5/2021 | Sharret, Jennifer | Participate in majority of WIP call w/ KL team (0.5). | 0.50 | 552.50 |
| 1/5/2021 | Campbell, Patrick J. | Prep for (0.1) and attend WIP call w/ KL team (0.6). | 0.70 | 728.00 |
| 1/5/2021 | Wasson, Megan | Attend majority of WIP call w/ KL team (0.5). | 0.50 | 475.00 |
| 1/5/2021 | Essner, Zoe | Edit WIP list (0.2); attend WIP meeting w/ KL team (0.6); emails to R. Ringer and J. Sharret re WIP list (0.2). | 1.00 | 715.00 |
| 1/5/2021 | Beck, Samuel | Review hearing transcript and other Court filings (0.1). | 0.10 | 44.00 |
| 1/6/2021 | Essner, Zoe | Update WIP list (0.1). | 0.10 | 71.50 |
| 1/6/2021 | Beck, Samuel | Update case calendar (0.2). | 0.20 | 88.00 |
| 1/7/2021 | Essner, Zoe | Email R. Ringer re WIP items (0.2). | 0.20 | 143.00 |
| 1/10/2021 | Beck, Samuel | Review Court filings (0.2). | 0.20 | 88.00 |
| 1/11/2021 | Beck, Samuel | Review Court filings (0.3). | 0.30 | 132.00 |



March 31, 2021
Invoice #: 820948
073427-00001
Page 6

**Case Administration**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 1/12/2021 | Essner, Zoe | Email J. Sharret and R. Ringer re open WIP items (0.1). | 0.10 | 71.50 |
| 1/13/2021 | Essner, Zoe | Email R. Ringer re open WIP items (0.1). | 0.10 | 71.50 |
| 1/14/2021 | Essner, Zoe | Update WIP list (0.1). | 0.10 | 71.50 |
| 1/15/2021 | Beck, Samuel | Review Court filings (0.2); review case transcripts (0.7). | 0.90 | 396.00 |
| 1/25/2021 | Essner, Zoe | Email R. Ringer re open WIP items (0.2). | 0.20 | 143.00 |
| 1/26/2021 | Beck, Samuel | Review Court filings (0.4). | 0.40 | 176.00 |
| **TOTAL** | | | **7.10** | **$5,565.50** |



March 31, 2021
Invoice #: 820948
073427-00002
Page 7

**Committee Meetings and Communications**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Mayer, Thomas Moers | Partner | 7.50 | $11,812.50 |
| Ringer, Rachael L. | Partner | 13.90 | 16,680.00 |
| Hamerman, Natan | Counsel | 4.40 | 4,972.00 |
| Sharret, Jennifer | Spec Counsel | 4.90 | 5,414.50 |
| Essner, Zoe | Associate | 23.10 | 16,516.50 |
| Wasson, Megan | Associate | 10.50 | 9,975.00 |
| **TOTAL FEES** | | **64.30** | **$65,370.50** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 1/4/2021 | Ringer, Rachael L. | Attend prep call with UCC professionals for UCC meeting (0.8); email T. Mayer re: same (0.2); call with UCC re: Plan and Mediation (1.5). | 2.50 | $3,000.00 |
| 1/4/2021 | Mayer, Thomas Moers | Attend portion of call with UCC professionals to discuss plan proposal (0.4); email R. Ringer re same (0.1); participate in portion of BSA Committee call re plan and mediation (0.5). | 1.00 | 1,575.00 |
| 1/4/2021 | Hamerman, Natan | Attend Committee call re plan and mediation (1.5); attend majority of professionals' call re prep for UCC meeting (0.6). | 2.10 | 2,373.00 |



March 31, 2021
Invoice #: 820948
073427-00002
Page 8

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 1/4/2021 | Sharret, Jennifer | Participate in professionals call re prep for UCC meeting (0.8); participate in portion of Committee call re mediation and Plan (0.4). | 1.20 | 1,326.00 |
| 1/4/2021 | Wasson, Megan | Attend weekly UCC call (1.5); comment on UCC update emails re UCC meeting, claims analysis mediation session and town hall (0.3). | 1.80 | 1,710.00 |
| 1/4/2021 | Essner, Zoe | Attend professionals call re UCC meeting prep (0.8); draft UCC update re UCC meeting (0.5); email M. Wasson and R. Ringer re same (0.1); attend Committee meeting re mediation and plan (1.5); draft UCC update re claims analysis mediation session and town hall (0.2); email M. Wasson and R. Ringer re same (0.1). | 3.20 | 2,288.00 |
| 1/5/2021 | Essner, Zoe | Draft Committee update re MTC stip (0.2); emails to R. Ringer re same (0.1); draft Committee update email (0.3). | 0.60 | 429.00 |
| 1/6/2021 | Wasson, Megan | Comment on UCC update email re OCP list, 2019 filing (0.2). | 0.20 | 190.00 |
| 1/6/2021 | Essner, Zoe | Draft UCC update re OCP list, 2019 filing (0.6); draft 1/4 minutes for UCC meeting (0.4); email w/ UCC member re MTC sign-off (0.2). | 1.20 | 858.00 |
| 1/7/2021 | Essner, Zoe | Draft Committee update re mediation materials (0.3); email R. Ringer and M. Wasson re same (0.1). | 0.40 | 286.00 |



March 31, 2021
Invoice #: 820948
073427-00002
Page 9

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 1/8/2021 | Wasson, Megan | Review and comment on UCC meeting minutes (0.2). | 0.20 | 190.00 |
| 1/8/2021 | Essner, Zoe | Circulate UCC update re TCC declaratory judgment motion to UCC professionals (0.1); circulate same to UCC (0.1); email R. Ringer re same (0.1). | 0.30 | 214.50 |
| 1/10/2021 | Essner, Zoe | Emails re Committee members attending mediation session w/ KL team (0.2); draft UCC update email re same (0.2); email M. Wasson and R. Ringer re same (0.1). | 0.50 | 357.50 |
| 1/11/2021 | Mayer, Thomas Moers | Call with R. Ringer, Committee member, Alix, KL team re Restoration Plan settlement proposals (0.4); prepare for (0.3) and participate in UCC Committee call to discuss plan proposals (0.8). | 1.50 | 2,362.50 |
| 1/11/2021 | Ringer, Rachael L. | Pre-call with UCC member and UCC professionals in advance of UCC meeting (0.4); additional pre-call with UCC member re same (0.3); draft email to UCC re: same (0.2); attend of UCC call re plan issues (0.8). | 1.70 | 2,040.00 |
| 1/11/2021 | Hamerman, Natan | Attend Committee call re plan issues (0.8). | 0.80 | 904.00 |
| 1/11/2021 | Sharret, Jennifer | Participate in majority of Committee call re plan issues (0.7). | 0.70 | 773.50 |



March 31, 2021
Invoice #: 820948
073427-00002
Page 10

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 1/11/2021 | Essner, Zoe | Attend UCC meeting re plan issues (0.8); attend call w/ Committee member and Committee professionals re Plan (0.4); email Committee re JPM extension (0.1). | 1.30 | 929.50 |
| 1/11/2021 | Wasson, Megan | Prep for (0.3) and attend UCC call re plan issues (0.8); call with Committee member, R. Ringer and Alix re plan (0.4). | 1.50 | 1,425.00 |
| 1/12/2021 | Mayer, Thomas Moers | Call with Committee re plan process (1.0). | 1.00 | 1,575.00 |
| 1/12/2021 | Ringer, Rachael L. | Prep for (0.5) and attend UCC call re: plan process/next steps (1.0). | 1.50 | 1,800.00 |
| 1/12/2021 | Hamerman, Natan | Attend Committee call re plan (1.0). | 1.00 | 1,130.00 |
| 1/12/2021 | Sharret, Jennifer | Participate in Committee call re plan (1.0). | 1.00 | 1,105.00 |
| 1/12/2021 | Wasson, Megan | Attend follow up UCC meeting re Plan (1.0). | 1.00 | 950.00 |
| 1/12/2021 | Essner, Zoe | Attend UCC meeting re plan issues (1.0); email Committee members re same (0.2); email Committee professionals re revised term sheet (0.1). | 1.30 | 929.50 |
| 1/13/2021 | Ringer, Rachael L. | Email KL team re: edits to update email (0.3). | 0.30 | 360.00 |
| 1/13/2021 | Sharret, Jennifer | Review Committee update re meditation sessions, term sheet, MTC, TCC pension advisor, state court actions (0.1). | 0.10 | 110.50 |



March 31, 2021
Invoice #: 820948
073427-00002
Page 11

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 1/13/2021 | Essner, Zoe | Draft 1/11 and 1/12 UCC meeting minutes (0.9); email KL team and UCC professionals to reschedule meeting (0.1); draft UCC update email re meditation sessions, term sheet, MTC, TCC pension advisor, state court actions (1.0). | 2.00 | 1,430.00 |
| 1/14/2021 | Wasson, Megan | Comment on UCC update email re mediation, January 19 hearing, removal period, orders entered in advance of hearing, rate increase (0.4). | 0.40 | 380.00 |
| 1/14/2021 | Essner, Zoe | Draft Committee update email re mediation, January 19 hearing, removal period, orders entered in advance of hearing, rate increase (1.1). | 1.10 | 786.50 |
| 1/15/2021 | Sharret, Jennifer | Review Committee update re Local Council mediation (0.1). | 0.10 | 110.50 |
| 1/15/2021 | Wasson, Megan | Draft UCC update email re Local Council mediation session (0.4) and email R. Ringer re same (0.2); review (0.2) and comment on UCC meeting minutes (0.2). | 1.00 | 950.00 |
| 1/18/2021 | Essner, Zoe | Draft UCC update re Local Council mediation session (0.8). | 0.80 | 572.00 |
| 1/19/2021 | Ringer, Rachael L. | Prep for call with Committee (0.7); call with professionals re: same (0.5). | 1.20 | 1,440.00 |
| 1/19/2021 | Mayer, Thomas Moers | Prepare for (0.5) and attend UCC professionals' call to prepare for UCC meeting (0.5). | 1.00 | 1,575.00 |



March 31, 2021
Invoice #: 820948
073427-00002
Page 12

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 1/19/2021 | Hamerman, Natan | Attend UCC professionals' call re prep for UCC meeting (0.5). | 0.50 | 565.00 |
| 1/19/2021 | Sharret, Jennifer | Attend UCC professionals' call (0.5); review and comment on UCC meeting minutes (0.3). | 0.80 | 884.00 |
| 1/19/2021 | Wasson, Megan | Attend UCC professionals' call re prep for UCC meeting (0.5); review draft UCC update re mediation and local council mediation session (0.2). | 0.70 | 665.00 |
| 1/19/2021 | Essner, Zoe | Call w/ UCC professionals re prep for UCC meeting (0.5); call w/ UCC professionals to discuss settlement term sheet (0.5); circulate UCC update email re mediation and local council mediation session (0.1); draft additional update email re mediation (0.4); review J. Sharret comments to UCC minutes (0.2). | 1.70 | 1,215.50 |
| 1/20/2021 | Essner, Zoe | Emails w/ Committee members re term sheet (0.3). | 0.30 | 214.50 |
| 1/21/2021 | Ringer, Rachael L. | Call with Committee member and KL and Alix re: plan issues/term sheet (0.5); emails with KL team re: same (0.3); further prepare for (0.4); and attend additional call with Committee member, KL and Alix re: plan issues (0.5). | 1.70 | 2,040.00 |
| 1/21/2021 | Mayer, Thomas Moers | Call with Committee member, KL & Alix teams to discuss term sheet (0.5); call with Committee member, KL, Alix teams to discuss plan term sheet issues (0.5). | 1.00 | 1,575.00 |



March 31, 2021
Invoice #: 820948
073427-00002
Page 13

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 1/21/2021 | Essner, Zoe | Call w/ R. Ringer, T. Mayer, D. MacGreevey, and Committee member re term sheet constructs (0.5); follow up emails w/ same re same (0.1). | 0.60 | 429.00 |
| 1/21/2021 | Wasson, Megan | Call with Committee member and professionals re plan term sheet (0.5). | 0.50 | 475.00 |
| 1/22/2021 | Mayer, Thomas Moers | Call with Committee member, KL and Alix teams re plan term sheet (0.5). | 0.50 | 787.50 |
| 1/22/2021 | Ringer, Rachael L. | Call with Committee member and professionals re: term sheet (0.5); attend second call re same w/ Committee member and Z. Essner (0.3); further correspondence with Committee member re same (2.1); additional call with Committee member re same (0.1); emails with Committee member re: same (0.1). | 3.10 | 3,720.00 |
| 1/22/2021 | Essner, Zoe | Draft UCC update re canceled mediation session (0.2); attend calls w/ Committee members, KL team, and Alix re term sheet (0.5); attend additional call re same w/ Committee member and R. Ringer (0.3); draft UCC email update re insurers' 2004 motion (0.7). | 1.70 | 1,215.50 |
| 1/22/2021 | Wasson, Megan | Draft UCC update email re plan term sheet (0.3); correspondence with UCC members re: plan term sheet (0.9). | 1.20 | 1,140.00 |



March 31, 2021
Invoice #: 820948
073427-00002
Page 14

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 1/23/2021 | Ringer, Rachael L. | Emails with Z. Essner re: UCC update re insurers' 2004 motion and term sheet (0.2). | 0.20 | 240.00 |
| 1/23/2021 | Essner, Zoe | Finalize draft UCC email update re insurers' 2004 motion and term sheet (1.1); emails w/ R. Ringer re same (0.1). | 1.20 | 858.00 |
| 1/25/2021 | Essner, Zoe | Email UCC re rescheduling Committee call (0.2); email UCC professionals re rescheduling call (0.1). | 0.30 | 214.50 |
| 1/26/2021 | Mayer, Thomas Moers | Attend Committee meeting re plan term sheet (1.0); call with BSA professionals to discuss presentation to Committee (0.5). | 1.50 | 2,362.50 |
| 1/26/2021 | Ringer, Rachael L. | Attend UCC professionals call in prep for UCC call (0.5); follow-up with UCC members re: plan term sheet (0.2); attend UCC call (1.0). | 1.70 | 2,040.00 |
| 1/26/2021 | Sharret, Jennifer | Participate in Committee call re term sheet (1.0). | 1.00 | 1,105.00 |
| 1/26/2021 | Essner, Zoe | Attend call w/ UCC professionals re prep for UCC meeting (0.5); attend UCC meeting re term sheet (1.0); draft UCC minutes re same (0.4). | 1.90 | 1,358.50 |
| 1/26/2021 | Wasson, Megan | Prepare for (0.3); attend UCC professionals' call re prep for UCC meeting (0.5) and attend weekly UCC call re term sheet (1.0). | 1.80 | 1,710.00 |



March 31, 2021
Invoice #: 820948
073427-00002
Page 15

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 1/27/2021 | Essner, Zoe | Draft UCC update re mediation sessions, Century appeals, and Insurer 2004 joinder (0.4); draft UCC update re mediation sessions and challenge deadline stip (0.7); emails re same to M. Wasson and R. Ringer (0.2). | 1.30 | 929.50 |
| 1/28/2021 | Wasson, Megan | Comment on UCC update emails re mediation sessions, Century, challenge deadline (0.2). | 0.20 | 190.00 |
| 1/28/2021 | Essner, Zoe | Draft UCC email update re motion to approve wrongful death settlements (1.1). | 1.10 | 786.50 |
| 1/29/2021 | Essner, Zoe | Email KL team re UCC meeting (0.1); email UCC re UCC meeting (0.2). | 0.30 | 214.50 |
| **TOTAL** | | | **64.30** | **$65,370.50** |



March 31, 2021
Invoice #: 820948
073427-00004
Page 16

**Automatic Stay**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Rabinowitz, Daniel A. | Partner | 1.30 | $1,690.00 |
| Hamerman, Natan | Counsel | 0.40 | 452.00 |
| Sharret, Jennifer | Spec Counsel | 0.50 | 552.50 |
| Essner, Zoe | Associate | 1.10 | 786.50 |
| Wasson, Megan | Associate | 0.20 | 190.00 |
| **TOTAL FEES** | | **3.50** | **$3,671.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 1/1/2021 | Hamerman, Natan | Email KL team re MTC stipulation (0.2). | 0.20 | $226.00 |
| 1/4/2021 | Hamerman, Natan | Email KL team re MTC stipulation (0.1). | 0.10 | 113.00 |
| 1/5/2021 | Sharret, Jennifer | Review summary of settlement motions from Z. Essner (0.2). | 0.20 | 221.00 |
| 1/5/2021 | Essner, Zoe | Email J. Sharret re summary of settlement motions (0.2). | 0.20 | 143.00 |
| 1/6/2021 | Sharret, Jennifer | Telephone call with I. Nasitir re: settlement motion (0.1); follow-up email to R. Ringer and D. Rabinowitz re: same (0.2). | 0.30 | 331.50 |
| 1/6/2021 | Essner, Zoe | Email KL team re MTC stipulation sign off (0.1). | 0.10 | 71.50 |



March 31, 2021
Invoice #: 820948
073427-00004
Page 17

**Automatic Stay**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 1/10/2021 | Hamerman, Natan | Email KL team re MTC stip (0.1). | 0.10 | 113.00 |
| 1/27/2021 | Rabinowitz, Daniel A. | Review pleading on Neyrey settlement (0.7); email Z. Essner re same (0.3). | 1.00 | 1,300.00 |
| 1/27/2021 | Essner, Zoe | Email KL team re insurance impact of Neygrey motion (0.3); emails w/ Debtors re same (0.1). | 0.40 | 286.00 |
| 1/28/2021 | Rabinowitz, Daniel A. | Prepare for (0.1) and attend t/c White & Case, KL and Haynes Boone re Neyrey settlement re insurance (0.2). | 0.30 | 390.00 |
| 1/28/2021 | Wasson, Megan | Call with W&C, KL and Haynes Boone re Neyrey motion (0.2). | 0.20 | 190.00 |
| 1/28/2021 | Essner, Zoe | Call w/ Debtors' counsel, Haynes Boone and KL re wrongful death settlements and insurance implications (0.2); email R. Ringer summary of same (0.2). | 0.40 | 286.00 |
| **TOTAL** | | | **3.50** | **$3,671.00** |



March 31, 2021
Invoice #: 820948
073427-00007
Page 18

**Plan/Disclosure Statement Issues**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Mayer, Thomas Moers | Partner | 11.40 | $17,955.00 |
| Rabinowitz, Daniel A. | Partner | 0.50 | 650.00 |
| Ringer, Rachael L. | Partner | 19.90 | 23,880.00 |
| Hamerman, Natan | Counsel | 12.30 | 13,899.00 |
| Sharret, Jennifer | Spec Counsel | 1.00 | 1,105.00 |
| Essner, Zoe | Associate | 17.60 | 12,584.00 |
| Wasson, Megan | Associate | 26.00 | 24,700.00 |
| **TOTAL FEES** | | **88.70** | **$94,773.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 1/3/2021 | Hamerman, Natan | Review Alix's slide deck re plan proposals (0.2). | 0.20 | $226.00 |
| 1/4/2021 | Ringer, Rachael L. | Attend portion of mediation session (0.4). | 0.40 | 480.00 |
| 1/4/2021 | Hamerman, Natan | Attend mediation session (0.6); email M. Wasson and R. Ringer re plan issues list (0.3). | 0.90 | 1,017.00 |
| 1/4/2021 | Wasson, Megan | Draft plan issues list (3.6); emails w/ KL team re same (0.2); attend mediation session (0.6). | 4.40 | 4,180.00 |



March 31, 2021
Invoice #: 820948
073427-00007
Page 19

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 1/4/2021 | Essner, Zoe | Attend mediation session (0.6); email R. Ringer notes re same (0.1). | 0.70 | 500.50 |
| 1/5/2021 | Hamerman, Natan | Review Plan issues list (0.5). | 0.50 | 565.00 |
| 1/6/2021 | Ringer, Rachael L. | Review mediation memo (0.3); emails with UCC professionals re: same (0.2); emails w/ M. Wasson and N. Hamerman re same (0.1). | 0.60 | 720.00 |
| 1/6/2021 | Hamerman, Natan | Emails with R. Ringer/UCC professionals re mediation (0.3); emails with M. Wasson re proposal (0.2). | 0.50 | 565.00 |
| 1/6/2021 | Wasson, Megan | Review mediation schedule (0.1); and correspondence with R. Ringer and N. Hamerman re same (0.2). | 0.30 | 285.00 |
| 1/7/2021 | Ringer, Rachael L. | Review mediation schedule (0.2); follow-up with KL team re: plan issues (0.2); attend mediation call (1.2). | 1.60 | 1,920.00 |
| 1/7/2021 | Hamerman, Natan | Attend portion of mediation session (0.6). | 0.60 | 678.00 |
| 1/7/2021 | Wasson, Megan | Review research for plan issues list (0.3); emails with KL team re plan issues list (0.2). | 0.50 | 475.00 |
| 1/7/2021 | Wasson, Megan | Attend portion of mediation session (0.8). | 0.80 | 760.00 |
| 1/7/2021 | Essner, Zoe | Research re plan issues (1.8); draft summary of same (0.7); attend portion of mediation session (0.6). | 3.10 | 2,216.50 |



March 31, 2021
Invoice #: 820948
073427-00007
Page 20

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 1/8/2021 | Mayer, Thomas Moers | Prepare for (0.2) and participate in call w/ UCC professionals re: plan constructs/next steps (0.8). | 1.00 | 1,575.00 |
| 1/8/2021 | Ringer, Rachael L. | Call with UCC professionals re: plan constructs/next steps (0.8); emails with Alix re: follow-up on same (0.3); further discussion with Alix re: BSA issues (0.9). | 2.00 | 2,400.00 |
| 1/8/2021 | Hamerman, Natan | Attend call w/ UCC professionals re plan issues (0.8); email T. Mayer and Z. Essner re plan research (0.2). | 1.00 | 1,130.00 |
| 1/8/2021 | Sharret, Jennifer | Participate in majority of call with KL team re: Plan issues (0.6). | 0.60 | 663.00 |
| 1/8/2021 | Wasson, Megan | Prepare for (0.3) and attend call with KL team re plan issues list (0.8). | 1.10 | 1,045.00 |
| 1/8/2021 | Essner, Zoe | Call w/ KL Team re plan issues (0.8); schedule call w/ Alix re same (0.1); email M. Wasson re plan issues research (0.2); review plan research (0.2); email summary to KL team of same (0.2). | 1.50 | 1,072.50 |
| 1/10/2021 | Ringer, Rachael L. | Draft email to mediators re: Debtors' plan (0.2); emails with UCC professionals re: same (0.2). | 0.40 | 480.00 |
| 1/10/2021 | Hamerman, Natan | Emails w. R. Ringer re mediation (0.3). | 0.30 | 339.00 |
| 1/10/2021 | Sharret, Jennifer | Emails with Alix re: plan issues (0.2). | 0.20 | 221.00 |



March 31, 2021
Invoice #: 820948
073427-00007
Page 21

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 1/10/2021 | Wasson, Megan | Emails with KL team and Alix re: mediation sessions (0.5). | 0.50 | 475.00 |
| 1/11/2021 | Mayer, Thomas Moers | Call with UCC advisors re plan issues (1.0); call with R. Ringer to review presentation to mediators re plan (0.1); participate in mediation with Debtors and UCC principals (0.7). | 1.80 | 2,835.00 |
| 1/11/2021 | Ringer, Rachael L. | Call with UCC professionals re: plan issues (1.0); call with T. Mayer re plan presentation (0.1); attend session with Debtors and then with JPM (0.7). | 1.80 | 2,160.00 |
| 1/11/2021 | Hamerman, Natan | Attend mediation strategy call with UCC professionals (1.0); attend mediation session with Debtors, UCC principals (0.7). | 1.70 | 1,921.00 |
| 1/11/2021 | Sharret, Jennifer | Review correspondence with KL team and Alix on settlement/plan/mediation issues (0.2). | 0.20 | 221.00 |
| 1/11/2021 | Wasson, Megan | Attend mediation session re plan (0.7); call with UCC Professionals re same (1.0); review (0.3) and revise settlement term sheet (0.3). | 2.30 | 2,185.00 |
| 1/11/2021 | Essner, Zoe | Email KL team re calls re plan issues (0.1); call w/ UCC professionals to discuss plan issues (1.0); attend mediation session re plan issues (0.7). | 1.80 | 1,287.00 |



March 31, 2021
Invoice #: 820948
073427-00007
Page 22

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 1/12/2021 | Ringer, Rachael L. | Call with UCC professionals re: recovery scenarios (0.9); revise term sheet (0.3); further revise same per comments from T. Mayer (0.2). | 1.40 | 1,680.00 |
| 1/12/2021 | Hamerman, Natan | Review revised term sheet (0.3). | 0.30 | 339.00 |
| 1/12/2021 | Essner, Zoe | Attend majority of call w/ UCC professionals to discuss plan issues (0.6); review revisions to term sheet (0.2); email M. Wasson and R. Ringer re same (0.1). | 0.90 | 643.50 |
| 1/12/2021 | Wasson, Megan | Revise settlement term sheet (0.4); review emails w/ KL team re same (0.1). | 0.50 | 475.00 |
| 1/13/2021 | Mayer, Thomas Moers | Email w/ UCC professionals re plan treatment (0.2); call with R. Ringer re plan issues (0.3). | 0.50 | 787.50 |
| 1/13/2021 | Ringer, Rachael L. | Emails with UCC professionals re: plan treatment issues(0.2); call with T. Mayer re: BSA plan issues (0.3). | 0.50 | 600.00 |
| 1/13/2021 | Hamerman, Natan | Email KL team re term sheet (0.3); email Z. Essner re research re same (0.2). | 0.50 | 565.00 |
| 1/14/2021 | Rabinowitz, Daniel A. | Email T. Mayer re plan/insurance issues (0.5). | 0.50 | 650.00 |



March 31, 2021
Invoice #: 820948
073427-00007
Page 23

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 1/14/2021 | Mayer, Thomas Moers | Pre-mediation call with R. Ringer (0.1); emails w/ D. Rabinowitz re insurance (0.3) and attend mediation session (1.2); post-call discussion with R. Ringer in preparation for mediation call with Debtors (0.1); participate in mediation call with Debtors (1.0). | 2.70 | 4,252.50 |
| 1/14/2021 | Ringer, Rachael L. | Call with T. Mayer re mediation session (0.1); prep for mediation session (0.2) and participate in mediation session (1.2); follow up call with T. Mayer re same (0.1); follow-up with Debtors re same (0.5); review issues re: extension of challenge stipulation (0.2). | 2.30 | 2,760.00 |
| 1/14/2021 | Hamerman, Natan | Prep for (0.1) and attend first Mediation session (1.2); attend second mediation session (1.0). | 2.30 | 2,599.00 |
| 1/14/2021 | Wasson, Megan | Attend majority of BSA mediation sessions (1.6). | 1.60 | 1,520.00 |
| 1/14/2021 | Essner, Zoe | Attend morning mediation session w/ case parties (1.2); attend afternoon mediation session (1.0). | 2.20 | 1,573.00 |
| 1/18/2021 | Ringer, Rachael L. | Attend majority of mediation session with local councils (1.1); call with UCC professionals re: term sheet (0.8). | 1.90 | 2,280.00 |
| 1/18/2021 | Mayer, Thomas Moers | Email R. Ringer re upcoming mediation re Plan (0.2); attend portion of mediation session (0.5); follow-up email to R. Ringer re plan proposal (0.1); emails with Alix re term sheet (0.1). | 0.90 | 1,417.50 |



March 31, 2021
Invoice #: 820948
073427-00007
Page 24

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 1/18/2021 | Hamerman, Natan | Attend mediation session w/ local councils (1.9); email KL team re proposal (0.2); call with UCC professionals re same (0.8). | 2.90 | 3,277.00 |
| 1/18/2021 | Wasson, Megan | Attend Local Council mediation session (1.9); prepare for (0.2) and attend follow up call with UCC professionals re same (0.8). | 2.90 | 2,755.00 |
| 1/18/2021 | Essner, Zoe | Attend mediation session (1.9). | 1.90 | 1,358.50 |
| 1/19/2021 | Mayer, Thomas Moers | Prepare for (1.2); and participate in mediation session (0.3). | 1.50 | 2,362.50 |
| 1/19/2021 | Ringer, Rachael L. | Attend UCC mediation session (0.3); pre-call with mediator (0.2). | 0.50 | 600.00 |
| 1/19/2021 | Hamerman, Natan | Attend mediation session (0.3); emails re proposal with Alix (0.1). | 0.40 | 452.00 |
| 1/19/2021 | Wasson, Megan | Attend plan mediation session (0.3); revise plan term sheet (0.8). | 1.10 | 1,045.00 |
| 1/20/2021 | Ringer, Rachael L. | Email KL and Alix teams re: revisions to term sheet (0.9). | 0.90 | 1,080.00 |
| 1/20/2021 | Hamerman, Natan | Emails with P. Campbell re plan issues (0.1); emails with R. Ringer re term sheet (0.1). | 0.20 | 226.00 |
| 1/20/2021 | Wasson, Megan | Revise Plan term sheet (0.8) and emails w/ KL team re same (0.2); email T. Mayer re same (0.3); further revise term sheet re same (0.5). | 1.80 | 1,710.00 |
| 1/20/2021 | Essner, Zoe | Research re plan issues (0.3). | 0.30 | 214.50 |



March 31, 2021
Invoice #: 820948
073427-00007
Page 25

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 1/21/2021 | Ringer, Rachael L. | Call with T. Mayer and with Debtors re: plan issues (0.3); further revise plan term sheet (0.2) and emails with KL team re same (0.1). | 0.60 | 720.00 |
| 1/21/2021 | Mayer, Thomas Moers | Prep for (0.2) and call R. Ringer and Debtors re plan term sheet (0.3). | 0.50 | 787.50 |
| 1/21/2021 | Wasson, Megan | Review notes from call with Committee member re plan term sheet (0.2); revise plan term sheet (0.6) and emails with R. Ringer and Alix re same (0.3). | 1.10 | 1,045.00 |
| 1/22/2021 | Ringer, Rachael L. | Review/revise term sheet (0.3); further revise Plan term sheet (0.8). | 1.10 | 1,320.00 |
| 1/22/2021 | Wasson, Megan | Correspondence with KL team and Alix team re term sheet (0.6); revise plan term sheet multiple times (0.7). | 1.30 | 1,235.00 |
| 1/23/2021 | Ringer, Rachael L. | Finalize plan term sheet (0.6). | 0.60 | 720.00 |
| 1/25/2021 | Mayer, Thomas Moers | Review plan proposal (0.1). | 0.10 | 157.50 |
| 1/26/2021 | Mayer, Thomas Moers | Prep for (0.2) and attend call with Debtors and KL re plan proposal (0.5). | 0.70 | 1,102.50 |
| 1/26/2021 | Ringer, Rachael L. | Call with Debtors and KL re: plan feedback (0.5); emails with KL team re: Debtors' feedback (0.2); follow up with mediators re: call (0.2); correspondence with KL team re: plan research (0.3). | 1.20 | 1,440.00 |



March 31, 2021
Invoice #: 820948
073427-00007
Page 26

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 1/26/2021 | Wasson, Megan | Research re plan issues (1.0); correspondence with KL team re same (0.2). | 1.20 | 1,140.00 |
| 1/26/2021 | Essner, Zoe | Emails w/ R. Ringer re critical vendor order/research (0.1); research re same (1.4). | 1.50 | 1,072.50 |
| 1/27/2021 | Ringer, Rachael L. | Attend mediation session re: Plan issues (1.0) and post-call correspondence with T. Mayer re same (0.2). | 1.20 | 1,440.00 |
| 1/27/2021 | Mayer, Thomas Moers | Participate in mediation with Debtors on plan (1.0); post-call correspondence with R. Ringer re plan proposal (0.2). | 1.20 | 1,890.00 |
| 1/27/2021 | Wasson, Megan | Attend UCC/BSA/JPM mediation session (1.0); further research re plan issues (2.0); draft email to R. Ringer re same (0.4); attend mediation session (1.2). | 4.60 | 4,370.00 |
| 1/27/2021 | Essner, Zoe | Attend mediation session w/ JPM and BSA re term sheet (1.0); research re plan issues (1.5); attend mediation session (1.2). | 3.70 | 2,645.50 |
| 1/28/2021 | Ringer, Rachael L. | Emails with T. Mayer re: plan issues and settlement constructs (0.3). | 0.30 | 360.00 |
| 1/28/2021 | Mayer, Thomas Moers | Email exchange with R. Ringer re plan constructs and review issues re same (0.5). | 0.50 | 787.50 |



March 31, 2021
Invoice #: 820948
073427-00007
Page 27

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 1/30/2021 | Ringer, Rachael L. | Call with Debtors and Alix re: plan proposal (0.3); follow-up with D. MacGreevey re: same (0.1); emails with UCC professionals re: same (0.2). | 0.60 | 720.00 |
| **TOTAL** | | | **88.70** | **$94,773.00** |



March 31, 2021
Invoice #: 820948
073427-00008
Page 28

**Coalition and Tort Committee Matters**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Mayer, Thomas Moers | Partner | 0.20 | $315.00 |
| Hamerman, Natan | Counsel | 1.00 | 1,130.00 |
| Campbell, Patrick J. | Associate | 0.20 | 208.00 |
| Essner, Zoe | Associate | 1.20 | 858.00 |
| Wasson, Megan | Associate | 0.50 | 475.00 |
| TOTAL FEES | | 3.10 | $2,986.00 |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 1/8/2021 | Mayer, Thomas Moers | Email KL team re TCC declaratory judgment action (0.2). | 0.20 | $315.00 |
| 1/8/2021 | Hamerman, Natan | Emails KL team re Tort Claims Committee complaint (0.3). | 0.30 | 339.00 |
| 1/8/2021 | Wasson, Megan | Review TCC complaint (0.5). | 0.50 | 475.00 |
| 1/8/2021 | Essner, Zoe | Summarize TCC declaratory judgment motion for UCC professionals (1.2). | 1.20 | 858.00 |
| 1/11/2021 | Hamerman, Natan | Review Tort Claims Committee complaint (0.5); email re same to R. Ringer (0.1); email re same to P. Campbell and R. Chakraborty (0.1). | 0.70 | 791.00 |



March 31, 2021
Invoice #: 820948
073427-00008
Page 29

**Coalition and Tort Committee Matters**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 1/11/2021 | Campbell, Patrick J. | Review TCC motion for declaratory judgment re: restricted assets (0.2). | 0.20 | 208.00 |
| **TOTAL** | | | **3.10** | **$2,986.00** |



March 31, 2021
Invoice #: 820948
073427-00013
Page 30

**Employee and Labor Issues**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Holob, Marissa J. | Partner | 5.10 | $6,120.00 |
| Mayer, Thomas Moers | Partner | 1.00 | 1,575.00 |
| Ringer, Rachael L. | Partner | 0.50 | 600.00 |
| Cahn, Avram | Spec Counsel | 5.60 | 6,188.00 |
| **TOTAL FEES** | | **12.20** | **$14,483.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 1/7/2021 | Ringer, Rachael L. | Prep for (0.2) and call with K. McGlynn re: restoration plan issues (0.3). | 0.50 | $600.00 |
| 1/11/2021 | Holob, Marissa J. | Review issues related to treatment of restoration plan claims (1.8); correspondence with T. Mayer and A. Cahn re same (0.5). | 2.30 | 2,760.00 |
| 1/11/2021 | Mayer, Thomas Moers | Correspondence with M. Holob, A. Cahn re tax implications of Restoration Plan (0.5). | 0.50 | 787.50 |
| 1/11/2021 | Cahn, Avram | Review Restoration Plan issues (1.8) and correspondence with M. Holob and T. Mayer re same (0.5). | 2.30 | 2,541.50 |
| 1/12/2021 | Holob, Marissa J. | Review issues re restoration plan claims and taxes (1.0). | 1.00 | 1,200.00 |



March 31, 2021
Invoice #: 820948
073427-00013
Page 31

**Employee and Labor Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 1/12/2021 | Cahn, Avram | Review Restoration Plan proposal (0.8). | 0.80 | 884.00 |
| 1/13/2021 | Mayer, Thomas Moers | Email M. Holob, A. Cahn re Restoration Plan (0.5). | 0.50 | 787.50 |
| 1/13/2021 | Cahn, Avram | Review Restoration Plan benefits (0.3). | 0.30 | 331.50 |
| 1/14/2021 | Holob, Marissa J. | Review issues related to tax treatment and restoration plan (1.6); correspondence with A. Cahn re same (0.2). | 1.80 | 2,160.00 |
| 1/14/2021 | Cahn, Avram | Review issues related to Restoration Plan benefits in proposed plan (2.0); correspond with M. Holob re same (0.2). | 2.20 | 2,431.00 |
| **TOTAL** | | | **12.20** | **$14,483.00** |



March 31, 2021
Invoice #: 820948
073427-00016
Page 32

**Collateral Review**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Hamerman, Natan | Counsel | 1.00 | $1,130.00 |
| Essner, Zoe | Associate | 0.50 | 357.50 |
| **TOTAL FEES** | | **1.50** | **$1,487.50** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 1/4/2021 | Hamerman, Natan | Emails with Pachulski re JPM stip re challenge deadline (0.1). | 0.10 | $113.00 |
| 1/5/2021 | Hamerman, Natan | Emails with Pachulski re challenge deadline (0.1). | 0.10 | 113.00 |
| 1/8/2021 | Hamerman, Natan | Emails with Pachulski re challenge deadline (0.1). | 0.10 | 113.00 |
| 1/12/2021 | Hamerman, Natan | Email R. Ringer re JPM stip re challenge deadline (0.1). | 0.10 | 113.00 |
| 1/13/2021 | Hamerman, Natan | Review JPM stip re challenge deadline (0.1). | 0.10 | 113.00 |
| 1/14/2021 | Hamerman, Natan | Email R. Ringer re JPM stip re challenge deadline (0.2). | 0.20 | 226.00 |
| 1/14/2021 | Essner, Zoe | Finalize fifth stipulation extending challenge deadline (0.3). | 0.30 | 214.50 |
| 1/20/2021 | Hamerman, Natan | Emails with R. Ringer re challenge deadline extension stipulation (0.1). | 0.10 | 113.00 |



March 31, 2021
Invoice #: 820948
073427-00016
Page 33

**Collateral Review**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 1/22/2021 | Hamerman, Natan | Emails with Pachulski re JPM stip re challenge deadline (0.1). | 0.10 | 113.00 |
| 1/27/2021 | Hamerman, Natan | Email KL team re stip re challenge deadline (0.1). | 0.10 | 113.00 |
| 1/27/2021 | Essner, Zoe | Finalize challenge deadline sixth stipulation for filing (0.2). | 0.20 | 143.00 |
| **TOTAL** | | | **1.50** | **$1,487.50** |



March 31, 2021
Invoice #: 820948
073427-00017
Page 34

**Fee Statements and Applications**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Essner, Zoe | Associate | 8.10 | $5,791.50 |
| Wasson, Megan | Associate | 2.50 | 2,375.00 |
| Beck, Samuel | Paralegal | 10.80 | 4,752.00 |
| **TOTAL FEES** | | **21.40** | **$12,918.50** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 1/5/2021 | Essner, Zoe | Email R. Ringer re November fee application (0.1). | 0.10 | $71.50 |
| 1/6/2021 | Essner, Zoe | Prepare notice of rate increase for filing (0.5); email M. Wasson re same (0.2). | 0.70 | 500.50 |
| 1/6/2021 | Essner, Zoe | Email UST re third interim fee application (0.1); email L. Bonito re same (0.1). | 0.20 | 143.00 |
| 1/6/2021 | Beck, Samuel | Correspondence with KL team re LEDES files (0.2) and send same to fee examiner (0.1). | 0.30 | 132.00 |
| 1/7/2021 | Wasson, Megan | Review Z. Essner comments to November fee statement (0.3); comment on Alix November fee application (0.3). | 0.60 | 570.00 |



March 31, 2021
Invoice #: 820948
073427-00017
Page 35

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 1/7/2021 | Essner, Zoe | Review November fee statement for privilege, confidentiality, and compliance with local rules and UST guidelines (0.3); email M. Wasson and R. Ringer re same (0.2); prepare Alix November fee application for filing (0.2). | 0.70 | 500.50 |
| 1/14/2021 | Essner, Zoe | Email R. Ringer re November fee application and notice of rate increase (0.1). | 0.10 | 71.50 |
| 1/15/2021 | Beck, Samuel | Review December fee statement for compliance with local rules and UST guidelines (1.3). | 1.30 | 572.00 |
| 1/19/2021 | Essner, Zoe | Review December fee statement for privilege, confidentiality, and compliance with local rules and UST guidelines (2.5); prepare notice of rate increase for filing (0.1). | 2.60 | 1,859.00 |
| 1/20/2021 | Essner, Zoe | Review November fee statement for privilege, confidentiality, and compliance with local rules and UST guidelines (0.2); email S. Beck re same (0.1). | 0.30 | 214.50 |
| 1/20/2021 | Beck, Samuel | Review November fee statement for compliance with local rules and UST guidelines (0.5); review November fee application and exhibits (0.9). | 1.40 | 616.00 |
| 1/21/2021 | Essner, Zoe | Review December fee statement for privilege, confidentiality, and compliance with local rules and UST guidelines (0.5). | 0.50 | 357.50 |



March 31, 2021
Invoice #: 820948
073427-00017
Page 36

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 1/21/2021 | Beck, Samuel | Review December fee statement for compliance with local rules and UST guidelines (1.4); draft fourth interim fee application and exhibits (1.5). | 2.90 | 1,276.00 |
| 1/22/2021 | Wasson, Megan | Review December fee statement for compliance with UST guidelines, confidentiality and privilege (1.2); review December fee application and exhibits (0.7). | 1.90 | 1,805.00 |
| 1/22/2021 | Essner, Zoe | Review M. Wasson comments to December fee statement (0.2); draft December fee application and exhibits (0.7); email re same to S. Beck and M. Wasson (0.1); review M. Wasson December fee application comments (0.1); send draft December fee application for R. Ringer review (0.1). | 1.20 | 858.00 |
| 1/22/2021 | Beck, Samuel | Review December fee statement for compliance with local rules and UST guidelines (0.5). | 0.50 | 220.00 |
| 1/24/2021 | Beck, Samuel | Review fourth interim fee application and exhibits (0.3). | 0.30 | 132.00 |
| 1/26/2021 | Essner, Zoe | Review fee examiner report (0.1); email KL team re same (0.1); schedule meeting w/ fee examiner (0.1). | 0.30 | 214.50 |
| 1/27/2021 | Essner, Zoe | Review S. Beck fee examiner response (0.1); email S. Beck re same (0.1). | 0.20 | 143.00 |



March 31, 2021
Invoice #: 820948
073427-00017
Page 37

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 1/27/2021 | Beck, Samuel | Prepare response to fee examiner third interim fee report (1.9). | 1.90 | 836.00 |
| 1/28/2021 | Essner, Zoe | Draft response to fee examiner re report (1.2). | 1.20 | 858.00 |
| 1/28/2021 | Beck, Samuel | Draft narratives for fourth interim fee application (1.3); update fee examiner response chart (0.5). | 1.80 | 792.00 |
| 1/29/2021 | Beck, Samuel | Prepare fee examiner response (0.4). | 0.40 | 176.00 |
| **TOTAL** | | | **21.40** | **$12,918.50** |



March 31, 2021
Invoice #: 820948
073427-00020
Page 38

**Committee Investigation**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Hamerman, Natan | Counsel | 3.40 | $3,842.00 |
| Campbell, Patrick J. | Associate | 8.70 | 9,048.00 |
| Chakraborty, Rupita | Associate | 23.90 | 22,705.00 |
| Essner, Zoe | Associate | 2.90 | 2,073.50 |
| Beck, Samuel | Paralegal | 12.00 | 5,280.00 |
| **TOTAL FEES** | | **50.90** | **$42,948.50** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 1/4/2021 | Hamerman, Natan | Email P. Campbell re next steps re investigation (0.1). | 0.10 | $113.00 |
| 1/5/2021 | Hamerman, Natan | Review BSA discovery responses (1.1); call with P. Campbell re same (0.5). | 1.60 | 1,808.00 |
| 1/5/2021 | Campbell, Patrick J. | Review BSA responses to discovery requests (0.1); telephone conference with N. Hamerman re: same (0.5); telephone conference with R. Chakraborty re: reviewing discovery requests (0.4); draft summary of missing/deficient responses (0.4). | 1.40 | 1,456.00 |
| 1/5/2021 | Chakraborty, Rupita | Call with P. Campbell re BSA discovery (0.4). | 0.40 | 380.00 |



March 31, 2021
Invoice #: 820948
073427-00020
Page 39

**Committee Investigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 1/6/2021 | Campbell, Patrick J. | Review BSA responses to discovery requests (2.3); draft email to N. Hamerman re: same (0.5). | 2.80 | 2,912.00 |
| 1/6/2021 | Chakraborty, Rupita | Research re environmental issues (6.5). | 6.50 | 6,175.00 |
| 1/6/2021 | Beck, Samuel | Review data room documents per P. Campbell request (0.6); review data room documents per R. Chakraborty request (0.8); review BSA produced discovery (2.0) and correspondence with R. Chakraborty re same (0.5). | 3.90 | 1,716.00 |
| 1/7/2021 | Campbell, Patrick J. | Review R. Chakraborty edits to BSA discovery responses (0.2); draft email to S. Beck re: documents cited in BSA discovery (0.1). | 0.30 | 312.00 |
| 1/7/2021 | Chakraborty, Rupita | Research environmental issues (6.0). | 6.00 | 5,700.00 |
| 1/7/2021 | Beck, Samuel | Review documents cited in BSA discovery (2.4). | 2.40 | 1,056.00 |
| 1/8/2021 | Chakraborty, Rupita | Research re environmental issues (1.5); review discovery responses (2.3). | 3.80 | 3,610.00 |
| 1/8/2021 | Beck, Samuel | Review data room documents (0.3). | 0.30 | 132.00 |
| 1/10/2021 | Chakraborty, Rupita | Identify operative individuals in BSA discovery (1.0) and prepare analysis (3.2). | 4.20 | 3,990.00 |



March 31, 2021
Invoice #: 820948
073427-00020
Page 40

**Committee Investigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 1/10/2021 | Beck, Samuel | Review data room documents (0.2) and prepare summary for KL team re same (0.1). | 0.30 | 132.00 |
| 1/11/2021 | Hamerman, Natan | Call with P. Campbell and R. Chakraborty re litigation prep (0.7). | 0.70 | 791.00 |
| 1/11/2021 | Chakraborty, Rupita | Analyze discovery responses (2.1); call with P. Campbell and N. Hamerman re BSA discovery and case status (0.7). | 2.80 | 2,660.00 |
| 1/11/2021 | Campbell, Patrick J. | Review additions to data room (0.1); review and revise schedule re BSA discovery responses (0.3); telephone conference with N. Hamerman and R. Chakraborty re: revising complaint and follow up discovery review (0.7). | 1.10 | 1,144.00 |
| 1/11/2021 | Beck, Samuel | Review R. Chakraborty edits to chart re discovery responses (0.8). | 0.80 | 352.00 |
| 1/12/2021 | Hamerman, Natan | Emails with P. Campbell re BSA discovery (0.3); emails with Z. Essner re potential causes of action (0.3). | 0.60 | 678.00 |
| 1/12/2021 | Campbell, Patrick J. | Review BSA/Arrow minutes (2.0); draft email to N. Hamerman re: proposed changes to complaint (0.5). | 2.50 | 2,600.00 |
| 1/12/2021 | Essner, Zoe | Email N. Hamerman re potential causes of action against estate (0.1). | 0.10 | 71.50 |
| 1/12/2021 | Beck, Samuel | Review data room documents (0.8). | 0.80 | 352.00 |



March 31, 2021
Invoice #: 820948
073427-00020
Page 41

**Committee Investigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 1/13/2021 | Campbell, Patrick J. | Review additions to data room (0.2). | 0.20 | 208.00 |
| 1/13/2021 | Essner, Zoe | Research re estate causes of action (2.5); email N. Hamerman summary of same (0.3). | 2.80 | 2,002.00 |
| 1/13/2021 | Beck, Samuel | Prepare summary of data room documents for KL team (0.3). | 0.30 | 132.00 |
| 1/14/2021 | Hamerman, Natan | Email Z. Essner re estate causes of action research (0.3). | 0.30 | 339.00 |
| 1/18/2021 | Beck, Samuel | Review data room documents (0.4) and prepare summary for KL team re same (0.4). | 0.80 | 352.00 |
| 1/19/2021 | Hamerman, Natan | Emails with P. Campbell re status of investigation (0.1). | 0.10 | 113.00 |
| 1/19/2021 | Campbell, Patrick J. | Draft email to N. Hamerman re: estate causes of action (0.1); draft email to N. Hamerman re: status of draft complaint in challenge proceeding (0.1). | 0.20 | 208.00 |
| 1/21/2021 | Beck, Samuel | Review data room documents (0.5) and prepare summary for KL team re same (0.4). | 0.90 | 396.00 |
| 1/22/2021 | Beck, Samuel | Review data room documents (0.4). | 0.40 | 176.00 |
| 1/24/2021 | Beck, Samuel | Review data room documents (0.6). | 0.60 | 264.00 |
| 1/25/2021 | Campbell, Patrick J. | Review additions to data room (0.1). | 0.10 | 104.00 |
| 1/25/2021 | Beck, Samuel | Prepare summary of data room documents for KL team (0.2). | 0.20 | 88.00 |



March 31, 2021
Invoice #: 820948
073427-00020
Page 42

**Committee Investigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 1/27/2021 | Campbell, Patrick J. | Telephone conference with R. Chakraborty re: challenge complaint (0.1). | 0.10 | 104.00 |
| 1/27/2021 | Chakraborty, Rupita | Prepare for (0.1) and call with P. Campbell re case update (0.1). | 0.20 | 190.00 |
| 1/29/2021 | Beck, Samuel | Review data room documents (0.3). | 0.30 | 132.00 |
| TOTAL | | | 50.90 | $42,948.50 |



March 31, 2021
Invoice #: 820948
073427-00025
Page 43

**Professional Retention**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Sharret, Jennifer | Spec Counsel | 0.20 | $221.00 |
| Essner, Zoe | Associate | 6.40 | 4,576.00 |
| Wasson, Megan | Associate | 0.80 | 760.00 |
| Beck, Samuel | Paralegal | 3.20 | 1,408.00 |
| TOTAL FEES | | 10.60 | $6,965.00 |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 1/4/2021 | Essner, Zoe | Emails to M. Wasson and S. Beck re supplemental disclosures (0.1). | 0.10 | $71.50 |
| 1/5/2021 | Sharret, Jennifer | Correspondence with Z. Essner, R. Ringer and KL partners re: supplemental declaration (0.2). | 0.20 | 221.00 |
| 1/5/2021 | Essner, Zoe | Emails to M. Wasson and S. Beck re supplemental disclosures (0.2); review same (0.2). | 0.40 | 286.00 |
| 1/6/2021 | Wasson, Megan | Correspondence with KL team re supplemental disclosures (0.2). | 0.20 | 190.00 |
| 1/6/2021 | Essner, Zoe | Review supplemental parties list (0.3); emails w/ KL partners re same (0.2); email R. Ringer, J. Sharret and M. Wasson re same (0.2); emails w/ S. Beck re same (0.2). | 0.90 | 643.50 |



March 31, 2021
Invoice #: 820948
073427-00025
Page 44

**Professional Retention**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 1/6/2021 | Beck, Samuel | Prepare supplementary retention declaration (0.2); emails with Z. Essner re same (0.1). | 0.30 | 132.00 |
| 1/7/2021 | Beck, Samuel | Prepare supplementary retention declaration (0.8). | 0.80 | 352.00 |
| 1/8/2021 | Essner, Zoe | Draft second supplemental declaration (0.9). | 0.90 | 643.50 |
| 1/13/2021 | Essner, Zoe | Review supplemental disclosures (0.4); email S. Beck re same (0.1). | 0.50 | 357.50 |
| 1/15/2021 | Beck, Samuel | Review supplemental disclosures (0.4). | 0.40 | 176.00 |
| 1/19/2021 | Beck, Samuel | Review supplemental disclosures (1.7). | 1.70 | 748.00 |
| 1/20/2021 | Essner, Zoe | Review potential additional disclosures (2.2). | 2.20 | 1,573.00 |
| 1/21/2021 | Wasson, Megan | Review (0.3) and comment on supplemental declaration (0.3). | 0.60 | 570.00 |
| 1/21/2021 | Essner, Zoe | Draft second supplemental disclosures (1.2). | 1.20 | 858.00 |
| 1/25/2021 | Essner, Zoe | Emails w/ KL Partners re supplemental disclosures (0.2). | 0.20 | 143.00 |
| **TOTAL** | | | **10.60** | **$6,965.00** |



March 31, 2021
Invoice #: 820948
073427-00029
Page 45

**Communications with Debtors**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Mayer, Thomas Moers | Partner | 0.90 | $1,417.50 |
| Ringer, Rachael L. | Partner | 2.80 | 3,360.00 |
| Hamerman, Natan | Counsel | 2.00 | 2,260.00 |
| Sharret, Jennifer | Spec Counsel | 0.70 | 773.50 |
| Campbell, Patrick J. | Associate | 2.60 | 2,704.00 |
| Essner, Zoe | Associate | 2.50 | 1,787.50 |
| Wasson, Megan | Associate | 2.20 | 2,090.00 |
| **TOTAL FEES** | | **13.70** | **$14,392.50** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 1/4/2021 | Ringer, Rachael L. | Prep for (0.4) and attend weekly call with Debtors (0.8). | 1.20 | $1,440.00 |
| 1/4/2021 | Hamerman, Natan | Prepare for (0.2) and attend weekly call w/ Debtors re case issues (0.8). | 1.00 | 1,130.00 |
| 1/4/2021 | Campbell, Patrick J. | Prep for (0.2) and attend weekly call with debtors re plan issues (0.8). | 1.00 | 1,040.00 |
| 1/4/2021 | Wasson, Megan | Weekly call with White and Case re plan issues (0.8). | 0.80 | 760.00 |



March 31, 2021
Invoice #: 820948
073427-00029
Page 46

**Communications with Debtors**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 1/4/2021 | Essner, Zoe | Prep for (0.2) and attend weekly call w/ Debtors re plan issues (0.8). | 1.00 | 715.00 |
| 1/18/2021 | Hamerman, Natan | Emails with W&C re weekly call (0.2). | 0.20 | 226.00 |
| 1/19/2021 | Ringer, Rachael L. | Weekly call with Debtors (0.7). | 0.70 | 840.00 |
| 1/19/2021 | Hamerman, Natan | Prepare for (0.1) and attend weekly call with W&C re case issues (0.7). | 0.80 | 904.00 |
| 1/19/2021 | Sharret, Jennifer | Call with White & Case re: case issues (0.7). | 0.70 | 773.50 |
| 1/19/2021 | Campbell, Patrick J. | Prep for (0.2) and attend weekly status call with debtors re plan issues/next steps (0.7). | 0.90 | 936.00 |
| 1/19/2021 | Wasson, Megan | Prep for (0.2) and attend weekly call with Debtors re plan issues/next steps (0.7). | 0.90 | 855.00 |
| 1/19/2021 | Essner, Zoe | Prep for (0.1) and attend weekly call w/ Debtors re case issues (0.7). | 0.80 | 572.00 |
| 1/25/2021 | Ringer, Rachael L. | Weekly call with Debtors (0.7); call with T. Mayer re same (0.2). | 0.90 | 1,080.00 |
| 1/25/2021 | Mayer, Thomas Moers | Weekly call with Debtors (0.7); call with Ringer re same (0.2). | 0.90 | 1,417.50 |
| 1/25/2021 | Campbell, Patrick J. | Attend weekly call with Debtors (0.7). | 0.70 | 728.00 |
| 1/25/2021 | Wasson, Megan | Attend majority of weekly call with Debtors re case issues (0.5). | 0.50 | 475.00 |



March 31, 2021
Invoice #: 820948
073427-00029
Page 47

**Communications with Debtors**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 1/25/2021 | Essner, Zoe | Call w/ Debtors re weekly case updates, term sheet (0.7). | 0.70 | 500.50 |
| TOTAL | | | 13.70 | $14,392.50 |