EXHIBIT B

Expense Summary

**EXHIBIT B**

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**EXPENSE SUMMARY**
**JANUARY 1, 2021 THROUGH JANUARY 31, 2021**

| Expense Category | Service Provider (if applicable) | Total Expenses[5] |
|---|---|---|
| Lexis Online Research | Lexis | $593.65 |
| Pacer Online Research | Pacer | $132.80 |
| Telecommunication Charges | LoopUp | $308.91 |
| Telecopier | Kramer Levin | $13.50 |
| Transcript Fees | Reliable | $356.40 |
| Westlaw Online Research | Westlaw | $686.33 |
| **TOTAL** | | **$2,091.59** |

---

[5] Kramer Levin reduced its expenses by $551.50 during the Application Period both voluntarily and in accordance with the local rules and U.S. Trustee Guidelines.