# **EXHIBIT A**

Quarterly Statement of Compensation
of Ordinary Course Professionals

**Boy Scouts of America**
**Ordinary Course Professional Payments (12/1/2020 - 2/28/2021)**

| Professional Firm Name | Notes | Dec-20 | Jan-21 | Feb-21 | Total Compensation | Average Monthly Compensation | OCP Tier |
|---|---|---:|---:|---:|---:|---:|---|
| FTI CONSULTING INC | | $ 55,246 | $ 85,246 | $ - | $ 140,491 | $ 46,830 | Tier 1 |
| WILLIS TOWERS WATSON INC | | 6,833 | 45,035 | 16,833 | 68,701 | 22,900 | Tier 1 |
| FOX ROTHSCHILD LLP | | 37,261 | 17,607 | 11,446 | 66,314 | 22,105 | Tier 2 |
| STEPTOE & JOHNSON PLLC | | 21,920 | 2,715 | 14,299 | 38,934 | 12,978 | Tier 1 |
| WIGGIN & DANA LLP | | 28,775 | 533 | 6,233 | 35,541 | 11,847 | Tier 2 |
| WHITE AND WILLIAMS LLP | | 27,236 | - | - | 27,236 | 9,079 | Tier 2 |
| BAX ADVISORS LLC | (1) | 10,605 | - | 12,205 | 22,810 | 7,603 | Tier 2 |
| LCG ASSOCIATES INC | | - | 12,500 | - | 12,500 | 4,167 | Tier 2 |
| SAUL EWING LLP | | 8,565 | 1,716 | 589 | 10,870 | 3,623 | Tier 2 |
| SCHEPER KIM & HARRIS LLP | | 9,210 | 566 | 375 | 10,151 | 3,384 | Tier 2 |
| NORTON ROSE FULBRIGHT LLP | | 4,665 | 5,272 | - | 9,937 | 3,312 | Tier 2 |
| Milliman USA Inc | | - | 9,586 | - | 9,586 | 3,195 | Tier 2 |
| BAKER & HOSTETLER LLP | | 9,409 | - | - | 9,409 | 3,136 | Tier 2 |
| VERNIS & BOWLING OF THE FL KEYS | | 3,929 | - | 5,083 | 9,012 | 3,004 | Tier 2 |
| MELICK PORTER LLP | | 93 | 3,722 | 5,191 | 9,006 | 3,002 | Tier 2 |
| WILSON ELSER MOSKOWITZ | | 3,532 | 5,270 | 34 | 8,835 | 2,945 | Tier 2 |
| LEWIS BRISBOIS BISGAARD & SMITH | | 6,003 | - | 2,129 | 8,132 | 2,711 | Tier 2 |
| BAYS LUNG ROSE HOLMA ATTORNEYS AT LAW | | 2,821 | 2,855 | - | 5,676 | 1,892 | Tier 2 |
| MARKOWITZ HERBOLD GLADE AND MEHLHAF PC | | 5,390 | - | - | 5,390 | 1,797 | Tier 2 |
| DENTONS US LLP | | 4,292 | - | 556 | 4,848 | 1,616 | Tier 2 |
| HEPLERBROOM LLC | | 1,959 | 391 | 47 | 2,397 | 799 | Tier 2 |
| MITCHELL, WILLIAMS, SELIG, GATES | | 1,854 | - | 255 | 2,109 | 703 | Tier 2 |
| CLARKE SLIVERGLATE PA | | 1,745 | - | - | 1,745 | 582 | Tier 2 |
| MCGUIRE WOODS LLP | | 1,473 | - | - | 1,473 | 491 | Tier 2 |
| CIVILLE & TANG PLLC | | 1,451 | - | - | 1,451 | 484 | Tier 2 |
| BOONE KARLBERG PC | | 1,430 | - | - | 1,430 | 477 | Tier 2 |
| MILLER JOHNSON SNELL & CUMMISKEY PLC | | 795 | 198 | - | 993 | 331 | Tier 2 |
| MCLANE MIDDLETON PROF ASSOC | | - | 891 | - | 891 | 297 | Tier 2 |
| FREDRIKSON & BYRON PA | | 732 | - | - | 732 | 244 | Tier 2 |
| HINSHAW & CULBERTSON LLP | | - | 611 | - | 611 | 204 | Tier 2 |
| STITES & HARBISON PLLC | | 487 | - | - | 487 | 162 | Tier 2 |
| **Total** | | **$ 257,709** | **$ 194,712** | **$ 75,275** | **$ 527,696** | **$ 175,899** | |

<u>Footnotes</u>:
(1)  Includes retainer application of $7,170