IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE DISTRICT OF DELAWARE

FILED
2021 APR -5  AM 10:31
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:                                              CHAPTER 11

BOY SCOUTS OF AMERICA, AND

DELAWARE BSA, LLC,                      CASE NO.: 20-10343 (LSS)

_____DEBTORS_____,     JOINTLY ADMINISTERED

### PRO SE CLAIMANT'S MOTION TO COMPELL DISCLOSURE

COMES NOW, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ IN THE ABOVE STYLED CAUSE, AND SUBMITS TO THIS HONORABLE COURT THIS MOTION TO COMPELL DISCLOSURE, AND IN SUPPORT THEREOF, WOULD STATE THE FOLLOWING:

(A) THE INSTANT CLAIMANT WAS ▓▓▓▓▓▓▓▓▓▓ WHILE A BOY SCOUT, AND HAS A TIMELY CLAIM, RECEIVED BY ▓▓▓▓▓▓▓▓▓▓▓.

(B) CLAIMANT BELIEVES DEBTOR POSSESSES, OR HAS ACCESS TO A DOCUMENT TITLED "INELIGIBLE VOLUNTEER" FILES/REPORTS THAT IDENTIFY THOUSANDS OF SEXUAL PREDATORS, WHO COULD NOT BE SCOUTMASTERS, OR OTHERWISE CONNECTED TO BOY SCOUTS OF AMERICA.

(C) CLAIMANT BELIEVES THAT THE SCOUTMASTER WHO SEXUALLY ABUSED HIM ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ BEEN LISTED IN SAID FILE/RECORD.

(D) TO THIS EXTENT, CLAIMANT WOULD ASK THIS COURT TO DIRECT THE DEBTORS TO PROVIDE A COPY OF THE FOLLOWING TO THIS CLAIMANT.
1) COPY OF "INELIGIBLE VOLUNTEER" FILES/RECORDS, AND
2) ANY RECORDS FOR SCOUTMASTER ▓▓▓▓▓▓▓▓

PRIOR COMPLAINTS OF SEXUAL MISCONDUCT.
3) ANY RECORDS AS THEY CONCERN ███████

WHEREFORE, CLAIMANT ASK THIS HONORABLE COURT TO GRANT THIS MOTION TO ███████

2

LEGAL MAIL

TO: HONORABLE JUDGE SILVERSTEIN
U.S. BANKRUPTCY JUDGE
BANKRUPTCY COURT
824 N. MARKET STREET
6th FLOOR, ROOM NO. 7
WILMINGTON, DELAWARE
19801