FILED
2021 APR -5 AM 10:30
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE DISTRICT OF DELAWARE

IN RE:                                                  CHAPTER 11

BOY SCOUTS OF AMERICA, AND
DELAWARE BSA, LLC.                          CASE NO.: 20-10343 (LSS)

                    DEBTORS.                  JOINTLY ADMINISTERED

### PRO SE COMPLAINANT'S MOTION IN SUPPORT OF THE TORT CLAIMANT'S COMMITTEE'S CASE STATUS REPORT

COMES NOW, ███████████████████, PRO SE, IN THE ABOVE STYLED CAUSED, AND SUBMITS TO THIS HONORABLE COURT THIS MOTION IN SUPPORT, OF THE "TORT CLAIMANT'S COMMITTEE" CASE STATUS REPORT.

PRO SE CLAIMANT WOULD STATE THE FOLLOWING IN SUPPORT THEREOF.

### STATEMENT

AFTER HAVING RECEIVED THE CASE STATUS REPORT ON 26 MARCH 2021, THE INSTANT CLAIMANT AGREES THAT THE "PLAN" AS IT CURRENTLY STANDS, LEAVES MANY AREAS OF CONCERN.

THE MAIN BEING, THE WELFARE OF THE CLAIMANT'S (SOME 84,000) WHO HAVE BEEN VICTIMIZED BY THE BSA LEADERS, SCOUTMASTERS etc.

WHILE THE PLAN DOES APPEAR TO MAKE CERTAIN THAT THE FINANCIAL/BANKING CREDITORS RECEIVE 100% COMPENSATIONS. IT DOES NOT ADDRESS THE VICTIMS SETTLEMENT AMOUT.

THE PLAN ALSO LEAVES ANY CLAIMS TO BE REVIEWED BY A "THIRD PARTY" (THE TRUST, WHO HAS A VESTED INTEREST IN NOT "CLEARING" CLAIMS) IN A NON-JUDICIAL SETTING, ON APPEALABLE BASIS.

While the plan is laudable in trying to keep the BSA "running as normal", one must not forget who the victim(s) are in this case.

* <u>Childhood sexual abuse victims</u> who bought the whole scouting scene, and was preditorized by scoutmasters.

Scouting teaches young men good values, and how to be a success in life.

One of those ideals is called: <u>Honour</u>
(A scout is to be trusted)

Another ideal is called: <u>"Obedience"</u>
(A scout obeys orders of his parents, and scoutmaster)

The predators in BSA used these two ideals to abuse their prey.

Scoutmaster says, <u>"Trust me"</u>, <u>"Obey me"</u>
████████████████████████████████████
your world and life.

So the plan has me concerned when it only addresses some sort of future compensation by the "Trust" (a third party with a vested interest in <u>not</u> approving all claims?)

There is a vast holding of assets by BSA, USA. This plan does nothing but protect the financial centers + the Boy Scouts entity.

A clearer, definative plan of settlement for the victims of sexual abuse ("survivors" of sexual abuse? What of those who did not "survive" the guilt + pain + stigma the abuse caused?)

Financial groups + the BSA should not be at the forefront of this plan.

The plan needs to first + formost, outline it's definative settlement alotment to the 84,000 victims.

2

THE CASE STATUS REPORT MENTIONS THAT THERE ARE ~~[redacted]~~

THESE PRO SE PARTYS MAY NOT HAVE GRASPED THE CONCERNS ABOUT THE PLAN THAT THE CASE STATUS REPORT OUTLINES.

I WOULD EVEN SUSPECT THAT MOST OF THE PRO SE LITIGANTS HAVE NOT EVEN READ THE PLAN.

THAT IS WHY THE CONCERNS OUTLINE BY THE COMMITTEE IN THE CASE STATUS REPORT SHOULD BE CLOSELY CONSIDERED BY THIS COURT.

~~[redacted]~~ WHO ARE UNABLE TO CALL ON COUNCIL FOR ADVICE.

WHICH LEAVES THE COMMITTEE'S FINDINGS IN AN EVEN MORE IMPORTANT PLACE.

DO NOT LET (ANY) VICTIMS TO SEXUAL ABUSE, NOW BE ABUSED BY THE BSA, WHOM IT APPEARS IS ONLY HAPPY TO MAKE SURE "IT" SURVIVES AS AN ENTITY, AND LEAVE ITS VICTIMS IN A CONFUSION OF LEGALESE + MUMBO JUMBO THAT SOUNDS + LOOKS GOOD ON PAPER.

### CONCLUSION

AS A VICTIM OF SEXUAL ABUSE WHILE A BOY SCOUT I RESPECTFULLY ASK THIS COURT TO SERIOUSLY CONSIDER THE "CASE STATUS REPORT", AND TO FOLLOW THE CONCERNS AS OUTLINED.

CC/ALL PARTIES

3

LEGAL MAIL

LEGAL MAIL

TO: HONORABLE JUDGE SILVERSTEIN
U.S. BANKRUPTCY JUDGE
BANKRUPTCY COURT
824 N. MARKET STREET
6th FLOOR, ROOM No. 7
WILMINGTON, DELAWARE
19801

