# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

## NOTICE OF APRIL 8, 2021 VIRTUAL TOWN HALL MEETING HOSTED BY THE OFFICIAL TORT CLAIMANTS' COMMITTEE - DISCUSSION OF RECENTLY FILED PLAN OF REORGANIZATION

**PLEASE TAKE NOTICE** that pursuant to section 1103(b)(3) of the Bankruptcy Code, the official committee of tort claimants (consisting of survivors of childhood sexual abuse) (the "Tort Claimants' Committee"), appointed in the captioned cases continues to hold monthly virtual town hall meetings for survivors of childhood sexual abuse and their representatives (the "Survivors") who are not appointed to the Tort Claimants' Committee to provide updates and access to information about the bankruptcy cases and to solicit and receive comments from Survivors regarding the status of the Boy Scout's bankruptcy cases and the impact of the Boys Scout's bankruptcy cases on Survivors' claims. Participants shall be limited to Survivors (including guardians, if applicable) and their attorneys. ***The identity of participants shall be kept strictly confidential.***

**PLEASE TAKE FURTHER NOTICE** that the Tort Claimants' Committee is composed of nine Survivors who were selected by the Office of the United States Trustee (a

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

DOCS_SF:105334.1

division of the U.S. Department of Justice) to represent the interests of similarly situated Survivors. As an official committee, the Tort Claimants' Committee has a fiduciary duty to all Survivors.

**PLEASE TAKE FURTHER NOTICE** that the Tort Claimants' Committee will hold their April virtual town hall meeting on **Thursday, April 8, 2021 at 8:00 p.m. (Eastern Time), Zoom link: https://pszjlaw.zoom.us/j/84324072960 (no registration required)**.  At this TCC Town Hall, the TCC will explain the recently filed BSA Plan of Reorganization.  Subsequent meetings will recur every **second Thursday of every month at 8:00 p.m. (Eastern Time).**  For instruction on how to amend your proof of claim and to view recordings or transcripts of past town halls go to **www.pszjlaw.com/bsa and www.TCCBSA.com**.

Dated:  April 5, 2021         PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
James I. Stang (CA Bar No. 94435)
James E. O'Neill (DE Bar No. 4042)
John W. Lucas (CA Bar No. 271038)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email:  jstang@pszjlaw.com
          joneill@pszjlaw.com
          jlucas@pszjlaw.com

*Counsel for the Tort Claimants' Committee*

DOCS_SF:105334.1