IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND | ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline:  April 21, 2021 at 4:00 p.m. (ET)**
**Hearing Date:  Scheduled only if necessary**

**SUMMARY COVER SHEET OF SECOND MONTHLY APPLICATION OF
ROCK CREEK ADVISORS LLC, PENSION FINANCIAL ADVISORS
TO THE TORT CLAIMANTS' COMMITTEE, FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE
<u>PERIOD FROM JANUARY 1 THROUGH FEBRUARY 28, 2021</u>**

| | |
|---|---|
| Name of Applicant: | Rock Creek Advisors LLC |
| Authorized to Provide Professional Services to: | Tort Claimants' Committee |
| Date of Retention: | Effective as of November 20, 2020 by order signed on or about January 11, 2021 |
| Period for which Compensation and Reimbursement is Sought: | January 1, 2021 through February 28, 2021 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $37,632 (80% of $47,040) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $0.00 |

This is a:      _x_  monthly  ____ interim  ___ final application.

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 2/23/21 | November 1 through December 31, 2020 | $69,305.00 | $0.00 | $0.00 | $0.00 |

## ROCK CREEK ADVISORS PROFESSIONALS

| Name of Professional Individual | Position of the Applicant | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John L. Spencer III | Managing Director | $950.00 | 28.6 | $27,170.00 |
| Timothy P. Peach | Managing Director | $650.00 | 24.5 | $15,925.00 |
| Heidi Lipton | Founding Partner | $300.00 | 13.2 | 3,945.00 |

**Grand Total:**   **$47,040.00**
**Total Hours:**   **66.3**

## COMPENSATION BY CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Document Review | 21.1 | $17,435.00 |
| Meetings - with Counsel | 8.2 | $6,320.00 |
| Business Analysis | 9.0 | $7,350.00 |
| Meetings - Other | 2.6 | $2,170.00 |
| Internal Communications | 9.7 | $7,655.00 |
| Fee Application | 15.3 | $5,730.00 |
| Administrative Duties | 0.4 | $380.00 |

## EXPENSE SUMMARY

| Expense Category | Service Provider[2] (if applicable) | Total Expenses |
|---|---|---|
| N/A | | $0.00 |

---

[2] Rock Creek may use one or more service providers.  The service providers identified herein below are the primary service providers for the categories described.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND | ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline:  April 21, 2021 at 4:00 p.m. (ET)**
**Hearing Date:  Scheduled only if necessary**

**SUMMARY COVER SHEET OF SECOND MONTHLY APPLICATION OF
ROCK CREEK ADVISORS LLC, PENSION FINANCIAL ADVISORS
TO THE TORT CLAIMANTS' COMMITTEE, FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE
PERIOD FROM JANUARY 1 THROUGH FEBRUARY 28, 2021**

Rock Creek Advisors LLC ("Rock Creek"), pension financial advisor for the Tort

Claimants' Committee (the "Committee"), hereby submits its second monthly application (the

"Application") requesting payment in the amount of $37,632.00 which is equal to 80% of total

fees (*i.e.*, $47,040.00), incurred by Rock Creek for its services to the Committee during the

period from January 1, 2021 through February 28, 2021 (the "Fee Period").  In support of this

Application, Rock Creek respectfully represents as follows:

**BACKGROUND**

1.      On February 18, 2020 (the "Petition Date"), the Debtors commenced their

chapter 11 cases by filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

The Debtors have continued in possession of their property and continued to operate and manage

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the

Bankruptcy Code.  No trustee or examiner has been appointed in the Debtors' chapter 11 cases.

2.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157

and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3.      On or about April 6, 2020, the Court signed the Administrative Order,

authorizing certain professionals (the "Professionals") to submit monthly applications for interim

compensation and reimbursement for expenses, pursuant to the procedures specified therein.

The Administrative Order provides, among other things, that a Professional may submit monthly

fee applications.  If no objections are made within fourteen (14) days after service of the monthly

fee application the Debtors are authorized to pay the Professional eighty percent (80%) of the

requested fees and one hundred percent (100%) of the requested expenses.  Beginning with the

period ending April 30, 2020 and at three-month intervals thereafter, each of the Professionals

shall file and serve an interim application for allowance of the amounts sought in its monthly fee

applications for that period.  All fees and expenses paid are on an interim basis until final

allowance by the Court.

4.      The retention of Rock Creek, pension financial advisor, was approved

effective as of January 11, 2021 by this Court's "Order Authorizing and Approving the Retention

of Rock Creek Advisors LLC, as Pension Financial Advisors to the Tort Claimants' Committee

Request For Entry Of An Order Under 11 U.S.C. §§ 1103(A) And 328(A) and Fed. R. Bankr. P.

2014(A) Authorizing Retention of Rock Creek Advisors LLC as Pension Financial Advisor as of

November 20, 2020," signed on or about January 11, 2021 (the "Retention Order").  The

Retention Order authorized Rock Creek to be compensated on an hourly basis and to be
reimbursed for actual and necessary out-of-pocket expenses.

## RELIEF REQUESTED

5.      By this Application, in accordance with the Administrative Order, Rock
Creek requests payment in the amount of $37,632, which is equal to 80% (*i.e.*, $47,040.00) of
the total fees incurred by Rock Creek during the Fee Period for its services to the Committee.

## SUMMARY OF SERVICES RENDERED

6.      During the Fee Period, Rock Creek undertook a number of tasks necessary
to understanding controlled group issues related to the BSA Retirement Plan, which is the
primary subject of Rock Creek's engagement.  Those tasks included: researching and reviewing
the legal and legislative background with regard to controlled group status, reviewing BSA-
related documents germane to the issues (including Retirement Plan documents, actuarial memos
and reports, BSA financial reports, BSA and Local Council charters, memos provided by BSA
and their representatives, historical BSA Board minutes and related reports, and other documents
relevant to the issue), and discussions with Tort Claimant legal counsel and other representatives
regarding controlled group status.

## SUMMARY OF SERVICES BY TASK

7.      A summary of services and compensation by task follows:

**Task: Document Review**
**(21.1 hours; $17,435.00)**
Time spent includes researching and documenting relevant information regarding the BSA
Pension Plan, specifically documents and filings pertaining to the ERISA controlled group status
of various entities, documents describing the Debtors' state of affairs from public and non-public

sources, memoranda from other involved parties regarding controlled group issues and the status of the BSA Pension Plan, actuarial and other information about the BSA pension plan, as well as documents and schedules provided in the virtual data room.

**Task: Meetings – with Counsel**
**(8.2 hours; $6,320.00)**
Time spent includes updating Pachulski Stang Ziehl & Jones LLP, counsel to the Tort Claimants' Committee (TCC) with regard to status of work performed, communicating findings relevant to the BSA Pension Plan, receiving feedback and direction on deliverables and additional areas requiring research, as well as coordination with other professionals retained by the TCC.

**Task: Business Analysis**
**(9.0 hours; $7,350.00)**
Time spent includes review of BSA financial statements, claims filed by the Pension Benefit Guaranty Corporation (PBGC), minimum funding requirements for the BSA Pension Plan and other reports provided by the Debtors, as well as documents and schedules provided in the virtual data room.

**Task: Meetings – Other**
**(2.6 hours; $2,170.00)**
Time billed under this category includes calls/meetings with other professionals retained by the TCC to ensure non-duplication of efforts, provide and receive guidance on respective activities, and proper procedures with respect to virtual data room access.

**Task: Internal Communications**
**(9.7 hours; $7,655.00)**
Time billed under this category includes engagement scoping, resource planning, and engagement execution strategy, as well as discussion of various regulatory, financial and deliverable-specific matters.

**Task: Administrative Duties**
**(0.4 hours; $380.00)**
Time billed under this category includes the necessary time that Rock Creek Advisors professionals spent managing the retention and disclosure processes, as well as time spent managing the fee statement and fee application processes.

**Task: Fee Application**
**(15.3 hours; $5,730)**

Prepare the monthly fee applications in accordance with Court guidelines.

## ACTUAL AND NECESSARY EXPENSES

8.    Rock Creek incurred $0.00 expenses during the Fee Period.

## VALUATION OF SERVICES

9.    Attached hereto as **Exhibit A** is a statement of the time expended and fees incurred by Rock Creek during the Fee Period.  Rock Creek expended a total of 66.3 hours in connection with these chapter 11 cases during the Fee Period.  The services for which Rock Creek is requesting compensation were performed for or on behalf of the Committee.

10.    In accordance with section 330 of the Bankruptcy Code, the fees requested are reasonable in light of factors including, among other things, (a) the complexity of these chapter 11 cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

11.    Although Rock Creek has made every effort to include all fees and expenses incurred during the Fee Period in this Application, some fees and expenses might have been omitted from this Application due to delays caused by accounting and processing during the Fee Period.  Rock Creek reserves the right to submit further applications to the Court for allowance of such fees and expenses not included herein.  Subsequent fee applications will be filed in accordance with the requirements of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and the Administrative Order.

**CERTIFICATION OF COMPLIANCE**

12.    The Undersigned has reviewed the requirements of Local Rule 2016-2 and certifies that to the best of their knowledge, information and belief, this Application complies with that rule.

WHEREFORE, Rock Creek requests payment in the amount of $37,632.00, which is equal to 80% (*i.e.*, $47,040.00) of total compensation earned by Rock Creek for its services to the Committee during the Fee Period.

Dated:  April 7, 2021                    ROCK CREEK ADVISORS LLC


                                   /s/ John L. Spencer III
                         By: John L. Spencer III
                         Its: Managing Director
                         Pension Financial Advisors to the Tort Claimants
                         Committee

## <u>CERTIFICATION OF ROCK CREEK ADVISORS LLC</u>

I, John L. Spencer III, declare under penalty of perjury as follows:

1.     I have been retained by the Tort Claimants' Committee as Pension Financial Advisors.

2.     I have reviewed the *Second Monthly Application of Rick Creek Advisors LLC, Pension Financial Advisors to the Tort Claimants' Committee, for Allowance of Compensation and Reimbursement of Expenses for the Period from January 1, 2021 through February 29, 2021* (the "Application").

3.     To the best of my knowledge, information, and belief formed upon the basis of my participation in these cases, as well as after reasonable inquiry, the facts set forth in the foregoing Application are true and correct and materially comply with the applicable orders, rules, guidelines and requirements as set forth by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, Del. Bankr. L.R. 2016-2, and the Executive Office for the United States Trustee.

I certify, under penalty of perjury, that the foregoing statements made by me are true to the best of my knowledge, information and belief.

Dated: April 7, 2021                          __/s/ John L. Spencer III_____
                                             Rock Creek Advisors LLC