# Exhibit A

## Detailed Description of Fees, Hours, Tasks and Descriptions by Date

| Date | Task | Hours | Consultant | Description of Services |
|------|------|-------|------------|-------------------------|
| 1/4/2021 | Document Review | 2.2 | Peach | Review of datasite documents to determine which documents had material relevant to the controlled group analysis for the BSA Retirement Plan |
| 1/4/2021 | Internal Communications | 0.3 | Peach | Call with J Spencer on regulatory analysis and work plan |
| 1/4/2021 | Document Review | 2.2 | Spencer | "Confidential" and Highly Confidential" Data Room search for additional pension information; specifically any census data on BSA vs. Local Councils participation and contribution rates, funded status, inclusion in historical financials, relevant Board minutes, and actuarial information |
| 1/4/2021 | Internal Communications | 0.3 | Spencer | Call w/T. Peach (of Rock Creek Advisors) to discuss "Mediation Statement" outline (response to BSA and USS memos re: controlled group liability |
| 1/5/2021 | Meetings - Other | 0.3 | Peach | Call w/M. Babcock, D. Judd, J. Lucas re: data rooms |
| 1/5/2021 | Document Review | 2.1 | Spencer | "Confidential" Data Room review, in particular for relevant IRS determination letters re: controlled group and permissive aggregation issues, pension funding policy and Board minutes on vertical control processes or lack thereof |
| 1/5/2021 | Meetings - Other | 0.3 | Spencer | Call with Matt Babcock and Dave Judd (of BRG) on organization of data room and classification of documents between "Confidential" and "Highly Confidential" |
| 1/6/2021 | Document Review | 0.4 | Peach | Prepare listing of additional documents required for controlled group analysis that are not currently in the data rooms |
| 1/6/2021 | Document Review | 1.7 | Spencer | "Highly Confidential" Data Room review, in particular for relevant IRS determination letters re: controlled group and permissive aggregation issues, pension funding policy and Board minutes on vertical control processes or lack thereof |
| 1/11/2021 | Fee Application | 0.5 | Lipton | Review the emails and document Approving the Retention Of Rock Creek Advisors LLC, As Pension Financial Advisors To The Official Tort Claimants Committee |
| 1/12/2021 | Fee Application | 0.5 | Lipton | Review of Price Waterhouse and Alix fee proposals to determine how we are going to write ours. |
| 1/12/2021 | Fee Application | 0.7 | Peach | Preparing fee application for Nov 20, 2020 to December 31, 2020 |
| 1/12/2021 | Fee Application | 0.25 | Lipton | Review of Rock Creek Retention order to determine our fees/person on fee application |
| 1/12/2021 | Fee Application | 0.75 | Lipton | Discussion of building the fee application with our Rock creek internal team. |
| 1/12/2021 | Fee Application | 0.7 | Spencer | Call with H. Lipton, T. Peach and B. Ayers (all of Rock Creek Advisors) re: procedures for 1st fee application |
| 1/13/2021 | Document Review | 0.3 | Peach | Review new documents which arrived in the BSA data rooms for material relevant to the controlled group analysis |
| 1/18/2021 | Document Review | 0.4 | Peach | Review new documents posted to the Highly Confidential datasite for material relevant to the controlled group analysis |

| Date | Task | Hours | Person | Description |
|---|---|---|---|---|
| 1/19/2021 | Document Review | 0.7 | Peach | Reviewing work to date on controlled group analysis in preparation for call with J Stang and J Lucas |
| 1/19/2021 | Meetings - with Counsel | 1.3 | Peach | Call with J Lucas and J Stang regarding status of document review for controlled group analysis, summary of findings to date, and discussion of technical details, as well as additional information request to BSA |
| 1/19/2021 | Meetings - with Counsel | 0.8 | Spencer | Prepare for call with James Stang and John Lucas (of PSZJ) and Tim Peach (of Rock Creek Advisors), including review of call notes and prep call with Tim Peach |
| 1/19/2021 | Meetings - with Counsel | 0.6 | Spencer | Call with James Stang and John Lucas (of PSZJ) and Tim Peach (of Rock Creek Advisors) to discuss information requests, Willis Towers Watson "Five-Year Minimum Required Contribution Projections- PBGC Request" dated March 12, 2020 and controlled group liability issues |
| 1/19/2021 | Meetings - with Counsel | 0.3 | Spencer | Call with Tim Peach (of Rock Creek Advisors) to discuss follow-up items from call with PSZJ |
| 1/20/2021 | Document Review | 0.3 | Peach | Review new documents appearing on the BSA data sites for relevance to controlled group analysis |
| 1/20/2021 | Business Analysis | 0.9 | Spencer | Notes and email to Jim Stang and John Lucas (of PSZJ) and Tim Peach (of Rock Creek Advisors) regarding Willis Towers Watson "Five-Year Minimum Required Contribution Projections- PBGC Request" dated March 12, 2020 for information about credit balances and employer contribution |
| 1/20/2021 | Fee Application | 0.7 | Spencer | Fee Application for November 20 through December 31, 2020 |
| 1/21/2021 | Document Review | 0.2 | Peach | Review new documents appear on the BSA data sites for relevance to controlled group analysis |
| 1/25/2021 | Fee Application | 0.5 | Lipton | Review of details from counsel on fee applications (spreadsheets and written application) |
| 1/25/2021 | Document Review | 1.3 | Spencer | "Highly Confidential" Data Room search for additional pension information; specifically documents and filings pertaining to the ERISA controlled group status of various entities, documents describing the Debtors' state of affairs from public and non-public sources, memoranda from other involved parties regarding controlled group issues |
| 1/27/2021 | Fee Application | 1.5 | Lipton | Work on entering John Spencer's hours to Harvest, with details of time spent |
| 1/27/2021 | Fee Application | 0.5 | Lipton | Review fee application example from attorneys |
| 1/27/2021 | Fee Application | 0.3 | Lipton | Review of emails from John Spencer on fee application procedures/requirements. |
| 1/28/2021 | Fee Application | 2 | Lipton | Analysis of hours. Regrouping into Excel and sorting by days, tasks, people. |
| 1/28/2021 | Fee Application | 0.2 | Lipton | Email to the internal team to review fee application hours/spreadsheet |
| 1/28/2021 | Document Review | 0.1 | Peach | Review new documents posted to the BSA datasite for relevance to the controlled group issue |
| 1/28/2021 | Fee Application | 0.5 | Lipton | Review of example fee applications template to ensure we do our according to requirements. |
| 1/28/2021 | Fee Application | 0.5 | Lipton | Review of fee examiner report to make sure we abide by the requirements in submitting our fee application |
| 1/29/2021 | Fee Application | 0.4 | Lipton | Review of updated team hours to ensure consistency |
| 1/29/2021 | Fee Application | 0.75 | Lipton | Download and organize Harvest hours to Excel for documentation of time for Fee application |
| 2/1/2021 | Fee Application | 1 | Lipton | Collect hours and summarize in fee application |

| Date | Category | Hours | Name | Description |
|---|---|---|---|---|
| 2/1/2021 | Fee Application | 0.2 | Lipton | write an email to internal team summarizing open items in fee application |
| 2/1/2021 | Fee Application | 0.5 | Lipton | edit/format spreadsheet of hours for fee application |
| 2/2/2021 | Internal Communications | 0.8 | Peach | Call with John Spencer on new 5-year BSA financial projections; email to John Spencer with notes on review of new 5-year BSA financial forecast and pension-related elements |
| 2/2/2021 | Document Review | 1.7 | Peach | Review new 5-year BSA financial forecast with focus on pension-related elements |
| 2/2/2021 | Fee Application | 0.7 | Lipton | final signoff of fee application. Review of task descriptions and hours spent |
| 2/2/2021 | Fee Application | 0.2 | Lipton | email to the internal team on fee application sign-off |
| 2/2/2021 | Business Analysis | 2.1 | Spencer | Review "5-Year Business Plan Update and Summary Balance Sheet & Cash Flow Draft as of February 1, 2021" (dated February 1, 2021) for pension funding policy changes and actuarial projections of funded status |
| 2/2/2021 | Internal Communications | 0.5 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: "5-Year Business Plan Update and Summary Balance Sheet & Cash Flow Draft as of February 1, 2021" (dated February 1, 2021) |
| 2/2/2021 | Business Analysis | 0.5 | Spencer | Prepare list of questions and observations re: "5-Year Business Plan Update" for call with Alvarez & Marsal and transmit to PSZ&J |
| 2/3/2021 | Meetings - Other | 0.7 | Peach | Call between BRG, Rock Creek Advisors and Alvarez & Marsal on 5-year financial forecast and pension contribution questions |
| 2/3/2021 | Internal Communications | 0.9 | Peach | Call with John Spencer to prepare for call between BRG, Rock Creek Advisors and Alvarez & Marsal on 5-year financial forecast and pension contribution questions; follow-up discussion from that call on conclusions and next steps on pension analysis and requests for additional information |
| 2/3/2021 | Internal Communications | 0.5 | Spencer | Call with Tim Peach (of Rock Creek Advisors) to prep for call with Alvarez & Marsal (A&M) re: "5-Year Business Plan Update" |
| 2/3/2021 | Meetings - Other | 0.6 | Spencer | Call with Carl Binggeli, Brian Whitman, Ryan Walsh (all of A&M), Matt Babcock, Dave Judd (of BRG) and Tim Peach (of Rock Creek) re: "5-Year Business Plan Update" |
| 2/3/2021 | Internal Communications | 0.4 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: "5-Year Business Plan Update" call with BRG and A&AM |
| 2/3/2021 | Administrative Duties | 0.4 | Spencer | Review and edit notes for PSZ&J from BRG/A&M call of 2.3.2021 |
| 2/4/2021 | Document Review | 0.8 | Peach | Comparing WTW report from February 2020 on projected pension contribution requirements with materials provided in the updated 5-year BSA financial projections |
| 2/4/2021 | Internal Communications | 0.4 | Peach | Call with John Spencer to discuss the comparison of Feb 2020 projected pension contributions vs the new 5-year BSA financial projections, and the appropriateness of the planned increase in employer contributions going forward. |
| 2/4/2021 | Business Analysis | 0.6 | Peach | Review of conclusions on the comparison of Feb 2020 pension contribution projections vs the new 5-year BSA financial projections, and estimation of impact of plan and actuarial changes on future minimum contribution requirements |

| Date | Category | Hours | Name | Description |
|---|---|---|---|---|
| 2/5/2021 | Business Analysis | 1.2 | Peach | Analysis of projected minimum pension contribution requirements under various scenarios based on information provided by WTW in the new 5-year BSA financial projections |
| 2/13/2021 | Document Review | 0.7 | Peach | Review new documents posted to the datasite for relevance to BSA Retirement Plan controlled group issues and pension cost analysis -- new documents included old version of the BSA Retirement Plan document |
| 2/13/2021 | Document Review | 1.1 | Spencer | Review benefits handbooks, including "2020 Benefits Handbook - Nov 2019 Edition" |
| 2/15/2021 | Internal Communications | 0.4 | Peach | Discussion with J. Spencer regarding documents posted to the BSA datasite (prior Retirement Plan documents, determination letter filings and IRS responses, Summary Plan Descriptions) |
| 2/15/2021 | Document Review | 0.3 | Peach | Document Review– Review new documents posted to the datasite for relevance to BSA Retirement Plan controlled group issues and pension cost analysis -- prior Plan documents, benefit handbooks, and determination letter filing |
| 2/15/2021 | Internal Communications | 0.4 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: division of labor on reviewing newly-posted documents |
| 2/15/2021 | Document Review | 1.9 | Spencer | Review new postings to "Highly Confidential" data room, specifically: IRS determination letters and applications: "5300 Application for Determination 1.26.16," "IRS Determination Letter 3.16.17" and "IRS Determination Letter 4.29.13" |
| 2/16/2021 | Document Review | 0.3 | Peach | Preparing response to White & Case regarding BSA Retirement Plan related documents uploaded to the datasite, and information/documents still needed due to incomplete response to the original request |
| 2/16/2021 | Document Review | 1.5 | Spencer | Review BSA Retirement Plan plan documents posted to "Highly Confidential" data room: plan documents from 2009 - 2020 |
| 2/16/2021 | Meetings - with Counsel | 0.4 | Spencer | Annotate documents, compose and transmit email to John Lucas and James Stang (of PSZJ) re: additional information requests, specifically attachments to Form 5300 and pre-2009 plan amendments and restatements |
| 2/16/2021 | Internal Communications | 0.3 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: memos at request TCC via John Lucas (of PSZ&J) |
| 2/17/2021 | Internal Communications | 0.3 | Peach | Call with J. Spencer re memo preparation at the request of PSZ&J |
| 2/18/2021 | Meetings - with Counsel | 2.7 | Peach | Memo preparation at the request of PSZ&J |
| 2/18/2021 | Meetings - with Counsel | 1.2 | Spencer | Memo preparation and review of same at the request of PSZ&J |
| 2/23/2021 | Fee Application | 0.5 | Lipton | Review of January hours/data. Download to Excel to share with team. |
| 2/23/2021 | Fee Application | 0.2 | Lipton | Send an email to the team to review January hours |
| 2/23/2021 | Fee Application | 0.1 | Lipton | Review email from team asking to run January time in Harvest and download to Excel |
| 2/23/2021 | Fee Application | 0.1 | Lipton | Review of email asking me to set up appendix of team time for monthly fee application |
| 2/23/2021 | Fee Application | 0.5 | Lipton | Development of fee application data for fee application |
| 2/23/2021 | Internal Communications | 0.7 | Peach | Call with J. Spencer regarding schedule and timing for additional deliverables |
| 2/23/2021 | Document Review | 0.6 | Spencer | "Highly Confidential" data room for new documents posted related to BSA pensions and/or IRS determination letters |

| | | | | |
|---|---|---|---|---|
| 2/23/2021 | Internal Communications | 0.7 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: schedule and timing for additional deliverables. |
| 2/23/2021 | Meetings - Other | 0.7 | Spencer | Call with J. Richard House (of PCA Partners and formerly of PBGC) re: IRS determination letter standards and ERISA controlled group liability issues |
| 2/24/2021 | Document Review | 0.2 | Peach | Review new documents posted to the BSA datasite for content regarding the BSA Retirement Plan |
| 2/25/2021 | Business Analysis | 2.2 | Peach | Analysis of WTW projections in the updated 5-year BSA Retirement Plan and performing additional analysis and projections of minimum required contributions based on available information from WTW |
| 2/25/2021 | Meetings - with Counsel | 0.9 | Peach | Preparation of memo to PSZ&J on projections of BSA Retirement Plan minimum required contributions and projected plan surplus under different scenarios |
| 2/25/2021 | Internal Communications | 1.1 | Peach | Discussion with J. Spencer regarding estimates of minimum required contributions to the BSA Retirement Plan and associated draft memo to PSZ&J |
| 2/25/2021 | Internal Communications | 1.1 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: BSA Retirement Plan ERISA minimum funding and 2021 Contribution Policy |
| 2/25/2021 | Business Analysis | 0.6 | Spencer | Review memo re: BSA Retirement Plan ERISA minimum funding and 2021 Contribution Policy |
| 2/26/2021 | Document Review | 0.1 | Peach | Review new documents posted to the BSA datasite for content regarding the BSA Retirement Plan |
| 2/26/2021 | Internal Communications | 0.3 | Peach | Discussion with J. Spencer regarding content of memo to PSZ&J on BSA Retirement Plan minimum required contributions |
| 2/26/2021 | Business Analysis | 0.4 | Spencer | Edits to memo re: BSA Retirement Plan ERISA minimum funding and 2021 Contribution Policy |
| 2/26/2021 | Internal Communications | 0.3 | Spencer | Call w/Tim Peach (of Rock Creek Advisors) re: BSA Retirement Plan ERISA minimum funding and 2021 Contribution Policy |
| 2/27/2021 | Business Analysis | 0.5 | Spencer | Email to James Stang and John Lucas (of PSZ&J) re: "BSA Retirement Plan MRC and Contribution Policy (RC 2.27.21)" |