IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Sandra Romero, am employed by Omni Agent Solutions, the Court appointed claims and noticing agent for the Debtor in the above-captioned case. I hereby certify that on April 07, 2021 I caused true and correct copies of the following document(s) to be served via first-class mail, postage pre-paid to the names and addresses of the parties listed in **Exhibit A**:

- **Notice of Transferred Scheduled Claim (re: Docket No. 2507)**

Dated: April 8, 2021

*/s/ Sandra Romero*
Sandra Romero
Omni Agent Solutions
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367

{State of California     }
{                        } ss.
{County of Los Angeles   }

Subscribed and sworn to (or affirmed) before me on this 8th day of April, 2021, by Sandra Romero, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public – California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

# **EXHIBIT A**

Transferor:   Associated Battery Company
P.O Box 1590
Indian Trail, NC 25079-1590

Transferee:   Fair Harbor Capital, LLC, as assignee of Stites & Harb
Attn: Fedric Glass
Re: Associated Battery Company
Ansonia Finance Station
P.O. Box 237037
New York, NY 10023

Addressee:   ASSOCIATED BATTERY COMPANY
P.O BOX 1590
INDIAN TRAIL, NC 28079-1590