# UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELWARE BSA, LLC,[1] | Case No. 20-10343 LSS |
| Debtors. | (Joint Administration Requested) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the list of sexual abuse claimants identified by claim

number in <u>Exhibit A</u> ("the Zalkin Law Firm Claimants"), as parties in interest in the above-

captioned cases, hereby appear by their counsel, Gordon, Fournaris & Mammarella, P.A., and

the Zalkin Law Firm, P.C., and each such counsel hereby enters its appearance pursuant to 11

U.S.C. § 1109(b) and Fed. R. Bankr. P. 9010(b). Pursuant to Rules 2002, 9007 and 9010 of the

Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and sections 102(1), 342 and

1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), the Zalkin Law Firm

Claimants request that copies of all notices and pleadings given or required to be given in the

above-captioned chapter 11 cases, be given to and served upon:

> Bill Kelleher, Esq.
> FOURNARIS & MAMMARELLA, P.A.
> 1925 Lovering Avenue
> Wilmington, DE 19806
> Tel: 302-652-2900
> Fax: 302-652-1142 (telefax)
> BKelleher@gfmlaw.com

> and

---

[1] The Debtors on these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Irwin Zalkin, Esq.
Devin Storey, Esq.
Kristian Roggendorf, Esq.
THE ZALKIN LAW FIRM, P.C.
10590 W Ocean Air Dr. #125
San Diego, CA 92130
Tel:  858-259-3011
Fax:  858-259-3015
irwin@zalkin.com
devin@zalkin.com
kristian@zalkin.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Rules 2002 and 9010(b) and Bankruptcy Code section 1109(b), the foregoing request includes not only the notices, papers, pleadings, and orders referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any and all notices, papers, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, electronic mail, or otherwise, which affects or seeks to affect the above-captioned debtors, their property or the administration of their chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance shall not be deemed to be construed to be (i) a waiver of the right of the Zalkin Law Firm Claimants (a) to have final orders entered only after *de novo* review by a United States District Court, (b) to trial by jury in any proceedings so triable in these cases or any case, controversy, or proceeding related to these cases, (c) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) to object to the jurisdiction or venue of the Court or venue of these cases, or (ii) a waiver of any other rights, remedies, claims, actions, defenses, setoffs, or recoupments, as appropriate, to which the Zalkin Law Firm

2

Claimants are or may be entitled in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Three Harbors expressly reserves.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby demands that the names and addresses set forth herein be added to the mailing matrix in these cases.

Dated: April 8, 2021

*/s/ William M. Kelleher*
William M. Kelleher, Esq. (DE Bar No. 003961)
**FOURNARIS & MAMMARELLA, P.A.**
1925 Lovering Avenue
Wilmington, DE 19806
Tel: 302-652-2900
Fax: 302-652-1142 (telefax)
E-mail: BKelleher@gfmlaw.com

and

Irwin Zalkin, Esq.
Devin Storey, Esq.
Kristian Roggendorf, Esq.
**THE ZALKIN LAW FIRM, P.C.**
10590 W Ocean Air Dr. #125
San Diego, CA 92130
Tel:  858-259-3011
Fax:  858-259-3015

3

## **CERTIFICATE OF SERVICE**

 I hereby certify that on this 8th day of April, 2021, I electronically filed the foregoing Notice of Appearance on this Court's CM/ECF filing system. Notice of this filing will be sent to all known counsel of records by operation of the court's CM/ECF system.

Dated: April 8, 2021       */s/ William M. Kelleher*

             William M. Kelleher, Esq. (DE Bar No. 003961)
             **FOURNARIS & MAMMARELLA, P.A.**
             1925 Lovering Avenue
             Wilmington, DE 19806
             Tel: 302-652-2900
             Fax: 302-652-1142 (telefax)
             E-mail: BKelleher@gfmlaw.com

{GFM-01507813.DOCX-}