**EXHIBIT A**

The "Zalkin Law Firm Claimants" consist of the following claimants represented by either the Zalkin Law Firm, P.C., exclusively, or by the Zalkin Law Firm, P.C., jointly with the law firm of Dumas & Vaughn, LLP, Portland, OR (joint representation indicated with "*"). These claimants are identified by the claim number provided in their initial claim filing or the latest amended claim number on file, as appropriate:

SA37970; SA43527; SA43531; SA43537; SA44968; SA44970; SA46081; SA46090; SA47689; SA54709; SA54721; SA54807; SA58626; SA58646; SA58657; SA58674; SA58680; SA58700; SA58743; SA63163; SA63165; SA63175; SA63188; SA63190; SA63201; SA63208; SA63220; SA67605; SA67612; SA67614; SA67630; SA67633; SA67637; SA67660; SA67671; SA67687; SA77282; SA77319; SA77322; SA77364; SA77391; SA77397; SA77425; SA77438; SA77572; SA77585; SA81313; SA77619; SA77676; SA77749; SA77783; SA77789; SA77849; SA77911; SA77922; SA77927; SA78074; SA78117; SA78168; SA78190; SA78250; SA78329; SA78384; SA78390; SA78424; SA78482; SA78618; SA78622; SA84481; SA84496; SA84562; SA84965; SA88613; SA89201; SA89203; SA90197; SA90247; SA90282; SA90399; SA90468; SA90728; SA90739; SA90799; SA91547; SA93305; SA93523; SA97419; SA97420; SA97421; SA97423; SA97424; SA97426; SA97429; SA97430; SA97431; SA104530; SA104562; SA105075; SA105807; SA105822; SA105826; SA105875; SA105886; SA105891; SA105896; SA105919; SA105928; SA106168; SA106521; SA107360; SA107363; SA107390; SA107392; SA107393; SA107394; SA107396; SA107399; SA107401; SA107419; SA18072*; SA29655*; SA34531*; SA34947*; SA40260*; SA40722*; SA48079*; SA51702*; SA51733*; SA52861*; SA90485*; SA105016*; SA105017*; SA105020*; SA105022*; SA105063*; SA105809*; SA105810*; SA105811*; SA105813*; SA105814*; SA105815*; SA105816*