UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELWARE BSA, LLC,[1]<br><br>       Debtors. | Chapter 11<br><br>Case No. 20-10343 LSS<br><br>(Joint Administration Requested) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Kristian Roggendorf, the Zalkin Law Firm, P.C., 10590 W Ocean Air Dr. #125, San Diego, CA, 92130, to represent in the above-captioned case the "Zalkin Law Firm Claimants" as identified in Exhibit A, attached.

Dated: April 8, 2021
                                      /s/ William M. Kelleher
                                      William M. Kelleher, Esq. (DE Bar No. 003961)
                                      **FOURNARIS & MAMMARELLA, P.A.**
                                      1925 Lovering Avenue
                                      Wilmington, DE 19806
                                      Tel: 302-652-2900
                                      Fax: 302-652-1142 (telefax)
                                      E-mail: BKelleher@gfmlaw.com

---

[1] The Debtors on these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

{GFM-01507816.DOCX-}

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of  Oregon and Colorado  and submit to the disciplinary action of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rule and with the Revised Standing Order for District Fund effective September 1, 2016.  I further certify that the annual fee of $25.00 has been paid to the Clerk of District Court for the District Court.

Dated: April 8, 2021                   /s/ *Kristian Roggendorf*
                                            Kristian Roggendorf, Esq.
                                            **THE ZALKIN LAW FIRM, P.C.**
                                            10590 W Ocean Air Dr. #125
                                            San Diego, CA 92130
                                            Tel:  858-259-3011
                                            Fax:  858-259-3015

## ORDER GRANTING MOTION

      **IT IS HEREBY ORDERED** that counsel's motion for admission pro hac vice is granted.