### UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter  11 |
| BOY SCOUTS OF AMERICA AND DELWARE BSA, LLC,[1] | Case No. 20-10343 LSS |
| Debtors. | (Joint Administration Requested) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Devin M. Storey, the Zalkin Law Firm, P.C., 10590 W Ocean Air Dr. #125, San Diego, CA, 92130, to represent in the above-captioned case the "Zalkin Law Firm Claimants" as identified in <u>Exhibit A</u>, attached.

Dated: April 8, 2021

*/s/ William M. Kelleher*

William M. Kelleher, Esq. (DE Bar No. 003961)
**FOURNARIS & MAMMARELLA, P.A.**
1925 Lovering Avenue
Wilmington, DE 19806
Tel: 302-652-2900
Fax: 302-652-1142 (telefax)
E-mail: BKelleher@gfmlaw.com

---

[1] The Debtors on these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

1

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of <u>California and New York</u> and submit to the disciplinary action of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rule and with the Revised Standing Order for District Fund effective September 1, 2016.  I further certify that the annual fee of $25.00 has been paid to the Clerk of District Court for the District Court.

Dated: April 8, 2021

/s/ *Devin M. Storey*

Devin M. Storey, Esq.
**THE ZALKIN LAW FIRM, P.C.**
10590 W Ocean Air Dr. #125
San Diego, CA 92130
Tel:  858-259-3011
Fax:  858-259-3015

**ORDER GRANTING MOTION**

**IT IS HEREBY ORDERED** that counsel's motion for admission pro hac vice is granted.

{GFM-01507814.DOCX-}