# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

### NOTICE OF APPEARANCE OF AMERICAN ZURICH INSURANCE COMPANY AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the attorneys set forth below hereby appear as counsel for American Zurich Insurance Company ("Zurich"), a party-in-interest, and, pursuant to Bankruptcy Rules 2002, 9007, and 9010, the undersigned requests that the Clerk of Court enter the following name and address on the general matrix for this case, and on all special or limited matrices, and requests that copies of all notices, whether given pursuant to Bankruptcy Rule 2002 or otherwise, and all orders and other pleadings and papers in this case be given and sent to the following:

> Robert D. Cecil, Jr., Esquire
> Bar I.D. 5317
> TYBOUT, REDFEARN & PELL
> P.O. Box 2092
> Wilmington, DE 19899-2092
> Phone:　(302) 658-6901
> Fax:　　(302) 658-4018
> E-mail:　rcecil@trplaw.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

limitation, any or all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, statements of affairs, operating reports, schedules of assets and liabilities, or other papers, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile, transmission, telegraph, telex, e-mail, or otherwise, which relate in any way to the above-referenced case or proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that Zurich does not, by filing this Notice of Appearance and Request for Service of Papers nor any subsequent appearance, pleading, claim or suit, submit to the jurisdiction of the Bankruptcy Court or intend that this Notice of Appearance and Request for Service of Papers constitute a waiver of any of their rights: (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge; (ii) to trial by jury in any proceeding so triable in these cases, or any controversy or proceeding related to these cases; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which Zurich is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Zurich expressly reserves.

DATED: April 9, 2021

*/s/ Robert D. Cecil, Jr.*
Robert D. Cecil, Jr., Esquire, #5317
TYBOUT, REDFEARN & PELL
P.O. Box 2092
Wilmington, Delaware  19899-2092
Phone:  (302) 658-6901
Fax:      (302) 658-4018
E-mail:  rcecil@trlaw.com
*Attorney for American Zurich Insurance Company*

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> Jointly Administered |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this day the foregoing NOTICE OF APPEARANCE OF AMERICAN ZURICH INSURANCE COMPANY AND REQUEST FOR SERVICE OF PAPERS was filed with the Clerk of the Court using the CM/ECF system, and that a copy of the Notice of Appearance was served electronically on all parties registered with the CM/ECF system to receive notices for this case.

This the 9th day of April, 2021.

                                            */s/ Robert D. Cecil, Jr.*
                                            Robert D. Cecil, Jr., Esquire
                                            Tybout, Redfearn & Pell
                                            P.O. Box 2092
                                            Wilmington, Delaware  19899-2092
                                            Phone:  (302) 658-6901
                                            Fax:      (302) 658-4018
                                            rcecil@trplaw.com
                                            *Attorney for American Zurich Insurance Company*