# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | |

NOTICE OF **AMENDED**[2] AGENDA OF MATTER SCHEDULED FOR
STATUS CONFERENCE ON APRIL 12, 2021, AT 3:00 P.M. (ET)

---

**This remote status conference will be conducted entirely over Zoom and requires all participants to register in advance.  Please register by April 12 at 10:30 a.m.
COURTCALL WILL NOT BE USED FOR THIS STATUS CONFERENCE.
Please use the following link to register for this status conference:**

https://debuscourts.zoomgov.com/meeting/register/vJItf-qupzwoEmeEhxEv6FdXGvY4mzzvTHk

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the status conference.**

**YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

Topic: Boy Scouts of America

**Time: April 12, 2021, at 3:00 PM Eastern Time (US and Canada)**

---

MATTER GOING FORWARD AS A STATUS CONFERENCE

1. Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 2293, Filed 3/1/21).

    Related Pleadings:

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] **Amended items appear in bold.**

2

a)  Disclosure Statement for the Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 2294, Filed 3/1/21);

b)  Notice of Status Conference (D.I. 2448, filed 3/24/21); and

c)  **Official Tort Claimants' Committee's Second Status Report (D.I. 2566, filed 4/9/21).**

Status:  At the request of the Court, this matter is going forward as a status conference.

*[Remainder of Page Intentionally Left Blank]*

Dated: April 9, 2021  **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
Wilmington, Delaware

   */s/ Paige N. Topper*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Eric W. Moats (No. 6441)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Email: dabbott@morrisnichols.com
      aremming@morrisnichols.com
      emoats@morrisnichols.com
      ptopper@morrisnichols.com

– and –

**WHITE & CASE LLP**
Jessica C. Lauria (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: jessica.lauria@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email: mandolina@whitecase.com
     mlinder@whitecase.com
     laura.baccash@whitecase.com
     blair.warner@whitecase.com

ATTORNEYS FOR THE DEBTORS AND
DEBTORS IN POSSESSION