**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

**JOINDER OF CLARENDON AMERICA INSURANCE COMPANY IN CENTURY'S
MOTION TO ADJOURN THE DISCLOSURE STATEMENT HEARING**

Clarendon America Insurance Company ("Clarendon"), by its undersigned attorneys, hereby joins in the Motion to Adjourn the Disclosure Statement Hearing [D.I. 2568] (the "Motion to Adjourn") filed by Century Indemnity Company ("Century"). As more fully set forth in the Motion to Adjourn, it is premature to consider approval of the Debtors' proposed disclosure statement because essential parts of the disclosure statement and plan are missing or incomplete. The missing and incomplete information is necessary for parties, particularly insurers like Clarendon and Century, to be able to evaluate the adequacy of the disclosure statement and make an informed decision about the proposed plan. Accordingly, Clarendon requests that this Court adjourn the disclosure statement hearing as requested in the Motion to Adjourn and grant such other and further relief as is just and proper.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038

Dated: April 12, 2021
Wilmington, Delaware

*/s/ Matthew G. Summers*
Matthew G. Summers (DE No. 5533)
Chantelle D. McClamb (DE No. 5978)
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, Delaware 19801-3034
Telephone: (302) 252-4428
Facsimile: (302) 252-4466
E-mail: summersm@ballardspahr.com
    mcclambc@ballardpshar.com

-and-

Harry Lee*
John O'Connor*
Brett Grindrod*
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue NW
Washington, DC 20036
Telephone: (202) 429-8078
Facsimile: (202) 429-3902
E-mail:  hlee@steptoe.com
    joconnor@steptoe.com
    bgrindrod@steptoe.com
(*Admitted *pro hac vice*)

*Attorneys for Clarendon America Insurance Company*

## **CERTIFICATE OF SERVICE**

I, Matthew G. Summers, hereby certify that, on this 12th day of April, 2021, I caused a true and correct copy of the foregoing *Joinder* to be served *via* CM/ECF on all parties who have registered for electronic service in these cases.

Dated: April 12, 2021
Wilmington, Delaware

                                              /s/ *Matthew G. Summers*
                                              Matthew G. Summers (DE No. 5533)
                                              BALLARD SPAHR LLP