## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

### JOINDER OF CLARENDON AMERICA INSURANCE COMPANY IN CENTURY'S MOTION TO SHORTEN NOTICE OF CENTURY'S MOTION TO ADJOURN THE DISCLOSURE STATEMENT HEARING

Clarendon America Insurance Company ("Clarendon"), by its undersigned attorneys, hereby joins in the Motion to Shorten Notice of Century's Emergency Motion to Adjourn the Disclosure Statement Hearing [D.I. 2569] (the "Motion to Shorten") filed by Century Indemnity Company ("Century"). As more fully set forth in the Motion to Shorten, Century's Motion to Adjourn the Disclosure Statement [D.I. 2568] should be heard at the status conference scheduled for April 12, 2021 at 3:00 p.m. (ET).

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038

Dated: April 12, 2021
Wilmington, Delaware

/s/ *Matthew G. Summers*
Matthew G. Summers (DE No. 5533)
Chantelle D. McClamb (DE No. 5978)
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, Delaware 19801-3034
Telephone: (302) 252-4428
Facsimile: (302) 252-4466
E-mail: summersm@ballardspahr.com
　　　　mcclambc@ballardpshar.com

-and-

Harry Lee*
John O'Connor*
Brett Grindrod*
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue NW
Washington, DC 20036
Telephone: (202) 429-8078
Facsimile: (202) 429-3902
E-mail: hlee@steptoe.com
　　　　joconnor@steptoe.com
　　　　bgrindrod@steptoe.com
(*Admitted *pro hac vice*)

*Attorneys for Clarendon America Insurance Company*

**CERTIFICATE OF SERVICE**

I, Matthew G. Summers, hereby certify that, on this 12th day of April, 2021, I caused a true and correct copy of the foregoing *Joinder* to be served *via* CM/ECF on all parties who have registered for electronic service in these cases.

Dated: April 12, 2021
Wilmington, Delaware

/s/ *Matthew G. Summers*
Matthew G. Summers (DE No. 5533)
BALLARD SPAHR LLP