IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In Re ▮▮▮▮▮▮▮▮▮▮▮ | CHAPTER 11 | FILED 2021 APR 12 AM 11: 20 |
|---|---|---|
| V. | CASE NO. 20-10343 (LSS) | CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | (JOINTLY ADMINISTERED) | |
| DEBTORS. | ▮▮▮▮▮▮▮▮▮▮▮ | |

REQEST FOR THE BSA TO ADD MONEY AMOUNTS IN
THE DISCLOSURE STATEMENT BEFORE ITS APPROVED

1) TO THE HORNERABLE JUDGE LAURIE SELBER SILVERSTEIN. OR TO ANY JUDGE THAT PRESIDS OVER THIS CASE. AND TO THE BOY SCOUTS OF AMERICA AND TO THE DELAWARE BSA, LLC.

2) PLEASE TAKE NOTICE ▮▮▮▮▮▮▮▮▮▮▮ AND SEXUAL ABUSE SURVIVOR. IS APART OF THE PEOPLE WHO FILED TIMELY [ SEXUAL ABUSE SURVIVOR PROOF OF CLAIM ] FORMS LAST YEAR IN (2020). I SENT IT TO "OMNI AGENT SOLUTIONS". I WAS SEXUALLY ABUSED BY MY CUB SCOUT-BOY SCOUT LEADER WHEN ▮▮▮▮▮▮▮▮▮▮▮

1) ▮▮▮▮▮▮▮▮▮▮▮ ASK YOU TO SEE MY ( SEXUAL ABUSE SERVIVOR PROOF OF CLAIM) THAT I FILED LAST YEAR I SENT TO "OMNI AGENT SOLUTIONS". THEY LET ME KNOW ABOUT THE UP COMING APPROVAL REQUEST BY THE BSA TO APPROVE THE DISCLOSURE STATEMENT, AND SOLISATATION PROCEDURES.

3) I WOULD LIKE FOR THE BSA TO ADD THE AMOUNT OF COMPENSATION THAT EACH LEVEL OF ABUSE WILL RECIEVE.SO WE WILL KNOW WHEN WE VOTE WHAT WE ARWE ARE GOING TO GET IF THE DISCLOSURE PLAN IS APPROVED. AND WE CAN PROVE WE WARE SEXUALLY ABUSED. I TALKED TO AN ATTORNEY AND HE TOLD ME TO VOTE YES FOR IT TO BE APPROVED. BUT ASK THAT TH▮▮ ADD THE COMPENSATION AMOUNTS IN THE STATEMENT. THIS WAY ▮▮▮ RYONE KNOWS AND ALL OF SIMILAR LEVEL OF ABUSE IS COMPENSATED AT THE SAME AMOUNTS. I KNOW THE ATTORNEY TOLD ME TO VOTE YES ON THE APPROVAL BECAUSE IF ITS NOT APPROVED AND I RETAIN HIS LAW FIRM. IT MAY TAKE 1-3 YEARS UNTO WE ARE DONE WITH ALL LEGAL PROCESS AND APPEALS PROCESS BY INVOVLED PARTIES. THE ATTORNEY SAY THIS A BETTER WAY TO HANDLE GETTING COMMPENSATION FOR ME BEING SEXUALLY ABUSED. I WILL LISTEN TO THE ATTORNEY AND VOTE (YES), BUT HOPE COMPENSATION AMOUNTS ARE ADDED TO THE DISCLOSURE STATEMENT. THANK YOU.

3) FILED BY: ▮▮▮▮▮▮▮▮▮▮▮

SIGN: ▮▮▮▮▮▮▮▮▮▮▮      DATE: 4-4-2021 Sent!

1 OF 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

**FILED**

CERTIFICATE-PROOF OF SERVICE

2021 APR 12 AM 11:20



CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

CASE NAME: ▮▮▮▮▮▮▮▮▮▮ BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC. (JOINTLY ADMINISTERED) (DEBTORS LAST FOUR DIGITS FEDERAL ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ FOR DELAWARE BSA, LLC.

CASE NO. 20-10343 (LSS)

1) I HEREBY CERTIFY THAT ON APRIL 4, 2021, I FILED THE FOREGOING WITH THE UNITED STATES BANKRUPTCY COURT, FOR THE DISTRICT OF DELAWARE.: (1) REQUEST FOR THE BSA TO ADD MONEY AMOUNTS IN THE DISCLOSURE STATEMENT BEFORE ITS APPROVED.

2) I PLACED THIS REQUEST IN A PRE PAID ENVELOPE, ALONG WITH THE ABOVE CERTIFICATE-PROOF OF SERVICE. AND SENT IT THE UNITED STATES BANKRUPTCY COURT, FOR THE DICTRICT OF DELAWARE. AND SENT IT TO THE COURT BY FIRST CLASS MAIL TO THE COURT ADDRESS AND TO THE COURT JUDGE AT THE FOLLOWING ADDRESS!!...JUDGE LAURIE SELBER SILVERSTEIN UNITED STATES BANKRUPTCY COURT, 824 N. MARKET STREET, 6th FLOOR COURT ROOM NO.2, WILMINGTON, DELAWARE 19801. AND PUT IT IN THE INSTITUTIONAL MAIL BOX, ON APRIL 4, 2021

3) SENT TO YOU BY PRO SE CLAIMANT, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

SGIN: ▮▮▮▮▮▮▮    DATE: 4-4-2021 Sent with



JUDGE LAURIE SELBER SILVEESTEIN
UNITED STATES BANKRUPTCY COURT

824 N. MARKET STREET, 6th FLOOR

COURT ROOM NO2, COURTROOM NO. 2,
WILMINGTON, DELAWARE 19801

19801-302499