## Exhibit B

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>     Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Ref. D.I. 2411, 2506 |

**ORDER GRANTING LEAVE TO FILE A REPLY**

Upon consideration of the *Debtors' Motion for Leave to File Debtor's Reply in Support of Debtors' Third Motion for Entry of an Order Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof* (the "Motion for Leave"),[2] it is HEREBY ORDERED THAT:

1. The Motion for Leave is GRANTED.

2. The Court will consider the Reply at the Hearing and the Reply is deemed filed.

Dated: _____, 2021
   Wilmington, Delaware

                   _____
                   THE HON. LAURIE SELBER SILVERSTEIN
                   UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion for Leave.