4-15-21

Honorable Judge Silverstin

Your Honor I'm in prison in Calif. I cant make Toll Free calls or use a computer. I do not have a Attorney and I'm Dyslexica so writeing you is not EZ for me. our legal mail from. the mail from Omni Agent Solution is NOT sent Legal mail comeing in Nor can we send it out Legal mail. Th mail Room Dos not look at Omni as a place that send out Legal.

Your Honor I Need any and all Th Help I can get I wont to be part of this as much as I can understand. So Please Help How ever You can. No Phone No computer. and No Real Legal mail. I Do Not Know how to Be Part of Th Local BSA Filling, Like on Th "Local Councils" How or Where Do I go To Be Part of "Third Parties" Any and all help you can give will help a Lot.



FILED 2021 APR 13 AM 9:18 US BANKRUPTCY COURT DISTRICT OF DELAWARE



Honorable Laurie Selber Silverstein
US Bankruptcy Judge at the Bankruptcy Court
824 N. Market Street 6th Floor
Courtroom No. 2
Wilmington, Delaware 19801

Judge Silverstein
824 N. Market ST 6th Floor
No. 2
Wilmington, Delaware 19801

INMATE MAIL

neopost
04/06/2021
US POSTAGE $000.51⁰
FIRST-CLASS MAIL
ZIP 95215
041L12203723

LEGAL/LEGAL MAIL RETURN SHEET

The attached mail was sent through the legal mail bag and does not meet the criteria for confidential/legal mail per CCR Title 15, Section 3142 and/or 3143 for the following reason(s) and is being returned. If you choose to send this mail out as is, be aware that it will subject to being opened, contents inspected and processed through the regular mail process. Also, violation of Confidential Correspondence/Mail Section 3144 can result in administrative and/or disciplinary action:

____ Lawyer is considered inactive or **does not show** up on the State Bar Association listing/website

____ Lawyer's address does not match the address listed on the State Bar website/or as a current address for this attorney

____ Receiver is not a person, official or office listed in CCR Title 15, Section 3142

____ Address corresponds to a private home and /or non-legal business

____ Receiver is not an elected official or appointed by the state Governor or President of the United States

__X__ Recipient is not considered a legitimate legal service that consists of an established group of attorney(s) involved in legal representation court hearings, probation, parole or other related criminal proceedings, etc.

____ Need complete first/last name of lawyer and/or state bar number/identification.

____ Attached completed CDC Form 193 Trust Withdrawal form

__X__ Other: ███████████████████████

████ *INMATE SEND THOUGH REGULAR MAIL*

*RETURN ATTACHED MAIL/DOCUMENTS TO INMATE*

████████████████████████████████