

April 6, 2021

Clerk of the Court
U.S. Bankruptcy Court
for the District of Delaware
824 North Market Street, 6th Floor
Wilmington DE 19801

RE: Case# 20-10343 (LSS)
        Boy Scouts of America and
        Delaware BSA, LLC

Sir:

    I introduced two complaints to this court that I asked this
court treat as "motions" on the dates of (at or about) January
29, 2021 and March 5, 2021.

    At this time, I am asking this court to inform me when my
complaint (motion) that is dated January 29, 2021 will be before
the Judge for a hearing?

    ==Please mail to me a copy of the court's record of the
receipt of my letters and the date of the scheduled hearing
before the Judge?==







*ATTENTION

CLERK OF THE COURT
U.S. BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
824 NORTH MARKET STREET, 6th FLOOR
WILMINGTON DE   19801

