## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) Jointly Administered |
| Debtor(s). | **Re: D.I. 2585 and 2586** |

## CERTIFICATION OF SERVICE

JENNY R. KASEN, of full age, hereby certifies as follows:

1.     On April 13, 2021, I caused a copy of the following document(s) to be served upon the parties listed and, in the manner, indicated below:

*Objection to the Adequacy of Debtors' Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization*

I hereby certify that the foregoing statements made by me are true. I am aware that if any of said statements are willfully false, I am subject to punishment.

Dated: April 13, 2021                           KASEN & KASEN, P.C.
Wilmington, Delaware

                                                */s/ Jenny R. Kasen*
                                                Jenny R. Kasen, Esq. (DE Bar No. 5849)
                                                The Brandywine Building
                                                1000 N. West Street, Suite 1200
                                                Wilmington, DE 19801
                                                Telephone: (302) 652-3300
                                                Facsimile: (856) 424-7565
                                                E-Mail: jkasen@kasenlaw.com

                                                *Counsel to the Locks Law Firm Claimants*

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number as follows: Boy Scots of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**<u>Service List</u>**

**Via Email:**

Debtors
c/o White & Case LLP
Attn: Jessica C. Lauria. Esq.
Michael C. Andolina, Esq.
Matthew E. Linder. Esq.
Blair Warner. Esq.
1221 Avenue of the Americas
New York, New York 10020
jessica.lauria@whitecase.com
mandolina@whitecase.com
mlinder@whitecase.com
blair.warner@whitecase.com

Debtors
c/o Morris, Nichols, Arsht & Tunnell, LLP
Attn: Derek C. Abbott, Esq.
Andrew R. Remming, Esq.
Eric W. Moats, Esq.
Paige N. Topper, Esq.
1201 North Market Street
16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
dabbott@morrisnichols.com
aremming@morrisnichols.com
emoats@morrisnichols.com
ptopper@morrisnichols.com

U.S. Trustee
Attn: David L. Buchbinder, Esq.
Hannah M. McCollum, Esq.
844 King Street
Suite 2207
Lock box 35
Wilmington, Delaware 19801
david.l.buchbinder@usadoj.gov
hannah.mcollum@usadoj.gov

Tort Claimants' Committee
c/o Pachulski Stang Ziehl & Jones, LLP
Attn: James I. Stang, Esq.
John A. Morris, Esq.

John W. Lucas, Esq.
919 North Market Street
17th Floor
P.O. Box 8705
Wilmington, Delaware 19801
jstang@pszjlaw.com
joneill@pszjlaw.com
jlucas@pszjlaw.com

Creditors' Committee
c/o Kramer Levin Naftalis & Frankel LLP
Attn: Thomas Moers Mayer, Esq.
Rachael Ringer
David E. Blabey, Jr., Esq.
Jennifer R. Sharret, Esq.
Megan M. Wasson, Esq.
1177 Avenue of the Americas
New York, New York 10036
tmayer@kramerlevin.com
rringer@kramerlevin.com
dblabey@kramerlevin.com
jsharret@kramerlevin.com
mwasson@kramerlevin.com

Future Claimants'
c/o Young Conaway Stargatt & Taylor, LLP
Attn: Robert S. Brady, Esq.
Edwin J. Harron, Esq.
Sharon M. Zieg, Esq.
1000 North King Street
Wilmington, Delaware 19801
rbrady@ycst.com
eharron@ycst.com
szieg@ycst.com

JPMorgan Chase Bank National Association
c/o Norton Rose Fulbright, US LLP
Attn: Louis R. Strubeck, Esq.
Kristian W. Gluck, Esq.
2200 Ross Avenue
Dallas, Texas 75201-7932
louis.strubeck@nortonrosefulbright.com
kristian.gluck@nortonrosefulbrightcom