# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**RE:  2474** |

**CERTIFICATE OF NO OBJECTION REGARDING THE FOURTH INTERIM FEE APPLICATION OF MORRIS, NICHOLS, ARSHT & TUNNELL LLP, AS BANKRUPTCY CO-COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR ALLOWANCE OF MONTHLY COMPENSATION AND FOR MONTHLY REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD NOVEMBER 1, 2020 THROUGH JANUARY 31, 2021**

The undersigned hereby certifies that, as of the date hereof, Morris, Nichols, Arsht and Tunnell, LLP ("Morris Nichols") has received no answer, objection or other responsive pleading to the *Fourth Interim Fee Application of Morris, Nichols, Arsht and Tunnell, LLP, as Bankruptcy Co-Counsel for the Debtors and Debtors in Possession, for Allowance of Monthly Compensation and for Monthly Reimbursement of All Actual and Necessary Expenses Incurred for the Period November 1, 2020 Through January 31, 2021* (the "Application") (D.I. 2474), filed on March 29, 2021.

The undersigned further certifies that Morris Nichols has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon.  Pursuant to the Notice, objections to the Application were to be filed and served no later than April 12, 2021 at 4:00 p.m. (Eastern Time).

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

WHEREFORE, Morris Nichols respectfully requests that the Application be approved.

Dated:  April 13, 2021  
       Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/  Paige N. Topper*  
Derek C. Abbott (No. 3376)  
Andrew R. Remming (No. 5120)  
Eric W. Moats (No. 6441)  
Paige N. Topper (No. 6470)  
1201 North Market Street, 16th Floor  
P.O. Box 1347  
Wilmington, Delaware 19899-1347  
Telephone:  (302) 658-9200  
Facsimile:   (302) 425-4664  
Email:  dabbott@morrisnichols.com  
       aremming@morrisnichols.com  
       emoats@morrisnichols.com  
       ptopper@morrisnichols.com

– and –

WHITE & CASE LLP  
Jessica C. Lauria (admitted *pro hac vice*)  
1221 Avenue of the Americas  
New York, New York 10020  
Telephone:  (212) 819-8200  
Email:  jessica.lauria@whitecase.com

– and –

WHITE & CASE LLP  
Michael C. Andolina (admitted pro hac vice)  
Matthew E. Linder (admitted pro hac vice)  
111 South Wacker Drive  
Chicago, Illinois 60606  
Telephone:  (312) 881-5400  
Email: mandolina@whitecase.com  
       mlinder@whitecase.com

*Counsel for the Debtors and Debtors in Possession*