**ALIXPARTNERS, LLP**

**Exhibit A**

**Detailed Description of Fees, Hours and Descriptions by Matter Category**

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2133568-1 |
| Re: | Planning, Coordination, and Case Management |
| Client/Matter # | 013446.00101 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/11/21 | RBW | Participate in internal call with S. Weiner and J. Ibanga (both AlixPartners) re: Committee updates re: case and claims updates | 0.30 |
| 02/11/21 | INI | Participate in internal call with R. Winning and S. Weiner (both AlixPartners) re: Committee updates re: case and claims updates | 0.30 |
| 02/11/21 | SW | Participate in internal call with R. Winning and J. Ibanga (all AlixPartners) re: Committee updates re: case and claims updates | 0.30 |
| | | **Total** | **0.90** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2133568-1 |
| Re: | Planning, Coordination, and Case Management |
| Client/Matter # | 013446.00101 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Joy N Ibanga | 0.30 | 530.00 | 159.00 |
| Scott Weiner | 0.30 | 665.00 | 199.50 |
| Robert B Winning | 0.30 | 935.00 | 280.50 |
| **Total Hours & Fees** | **0.90** | | **639.00** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2133568-1 |
| Re: | Mtgs and Communications with UCC & Professionals |
| Client/Matter # | 013446.00102 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 02/01/21 | DM | Review and comment on draft BSA negotiation walk | 0.80 |
| 02/01/21 | DM | Review and comment on draft BSA counter proposal analysis | 0.70 |
| 02/01/21 | DM | Review revised BSA settlement negotiations and analysis | 0.30 |
| 02/01/21 | DM | Review BSA UCC update deck | 0.60 |
| 02/01/21 | DM | Participate in call with Committee advisors including S. Weiner, K. McGlynn, R. Winning, R. Collura and J. Ibanga (all AlixPartners), R. Ringer, M. Wasson and Z. Essner (all Kramer Levin), K. Morales (Reed Smith) re: settlement negotiations | 0.50 |
| 02/01/21 | DM | Email with S. Weiner and J. Ibanga (both AlixPartners) re: comments to BSA UCC update deck | 0.20 |
| 02/01/21 | DM | Prepare oral remarks for BSA UCC update call | 0.40 |
| 02/01/21 | DM | Final revisions to BSA UCC update deck | 0.30 |
| 02/01/21 | DM | Participate in conference call with the BSA UCC, S. Weiner, K. McGlynn, R. Winning, R. Collura and J. Ibanga, (all AlixPartners), T. Mayer, R. Ringer, Z. Essner (all Kramer Levin) re: latest round of settlement terms | 1.00 |
| 02/01/21 | RC | Participate in conference call with the BSA UCC, D. MacGreevey, K. McGlynn, R. Winning, S. Weiner and J. Ibanga, (all AlixPartners), T. Mayer, R. Ringer, Z. Essner (all Kramer Levin) re: latest round of settlement terms | 1.00 |
| 02/01/21 | RC | Participate in call with Committee advisors including D. MacGreevey, K. McGlynn, R. Winning, S. Weiner and J. Ibanga (all AlixPartners), T. Mayer, R. Ringer, M. Wasson and Z. Essner (all Kramer Levin), K. Morales (Reed Smith) re: plan settlement negotiations | 0.50 |
| 02/01/21 | INI | Revise Committee update presentation dated Feb 1 | 2.30 |
| 02/01/21 | INI | Participate in call with Committee advisors including D. MacGreevey, K. McGlynn, R. Winning,  R. Collura and S. Weiner (all AlixPartners), R. Ringer, M. Wasson and Z. Essner (all Kramer Levin), K. Morales (Reed Smith) re: settlement negotiations | 0.50 |
| 02/01/21 | INI | Participate in conference call with the BSA UCC, D. MacGreevey, K. McGlynn, R. Winning, R. Collura and S. Weiner (all AlixPartners), T. Mayer, R. Ringer, Z. Essner | 1.00 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | | |
|---|---|---|
| Invoice # | 2133568-1 | |
| Re: | Mtgs and Communications with UCC & Professionals | |
| Client/Matter # | 013446.00102 | |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | (all Kramer Levin) re: latest round of settlement terms | |
| 02/01/21 | KM | Review and revise weekly Committee update presentation | 0.60 |
| 02/01/21 | KM | Participate in call with Committee advisors including D. MacGreevey, R. Winning, R. Collura, S. Weiner and J. Ibanga (all AlixPartners), R. Ringer, M. Wasson and Z. Essner (all Kramer Levin), K. Morales (Reed Smith) re: settlement negotiations | 0.50 |
| 02/01/21 | KM | Participate in conference call with the BSA UCC, D. MacGreevey, R. Winning, R. Collura, S. Weiner and J. Ibanga, (all AlixPartners), T. Mayer, R. Ringer, Z. Essner (all Kramer Levin) re: p latest round of settlement terms | 1.00 |
| 02/01/21 | KM | Prepare for weekly presentation to the Committee | 0.60 |
| 02/01/21 | RBW | Participate in conference call with the BSA UCC, D. MacGreevey, K. McGlynn, R. Collura, S. Weiner and J. Ibanga, (all AlixPartners), T. Mayer, R. Ringer, Z. Essner (all Kramer Levin) re: latest round of settlement terms | 1.00 |
| 02/01/21 | RBW | Participate in call with Committee advisors including D. MacGreevey, K. McGlynn, R. Collura, S. Weiner and J. Ibanga (all AlixPartners), R. Ringer, M. Wasson and Z. Essner (all Kramer Levin), K. Morales (Reed Smith) re: settlement negotiations | 0.50 |
| 02/01/21 | SW | Participate in call with Committee advisors including D. MacGreevey, K. McGlynn, R. Winning, R. Collura and J. Ibanga (all AlixPartners), R. Ringer, M. Wasson and Z. Essner (all Kramer Levin), K. Morales (Reed Smith) re: settlement negotiations | 0.50 |
| 02/01/21 | SW | Participate in conference call with the BSA UCC, D. MacGreevey, K. McGlynn, R. Winning, R. Collura and J. Ibanga, (all AlixPartners), T. Mayer, R. Ringer, Z. Essner (all Kramer Levin) re: latest round of settlement terms | 1.00 |
| 02/02/21 | DM | Emails with attachments with R. Ringer (Kramer Levin) regarding BSA insurance issues | 0.40 |
| 02/02/21 | DM | Review email with attachments from Z. Essner (Kramer Levin) regarding BSA updates | 0.30 |
| 02/03/21 | KM | Call with R. Ringer, D. Rabinowitz, M. Wasson, Z. Esner (all Kramer Levin), E. Schnabel (Dorsey), J. Rochon (Girl Scouts), and D. MacGreevey (AlixPartners) re: settlement | 1.00 |

909 Third Avenue
New York, NY 10022

**T** 212.490.2500
**F** 212.490.1344
**alixpartners.com**

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2133568-1 |
|---|---|
| Re: | Mtgs and Communications with UCC & Professionals |
| Client/Matter # | 013446.00102 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | negotiations | |
| 02/03/21 | RC | Review revised draft term sheet provided by the Debtors | 0.30 |
| 02/03/21 | DM | Emails with R. Ringer (Kramer Levin) re: BSA insurance workstream | 0.40 |
| 02/03/21 | DM | Call with R. Ringer, D. Rabinowitz, M. Wasson, Z. Esner (all Kramer Levin), E. Schnabel (Dorsey), J. Rochon (Girl Scouts), and K. McGlynn (AlixPartners) re: settlement negotiations | 1.00 |
| 02/03/21 | DM | Attend conference call with BSA UCC member and R. Ringer (Kramer Levin) regarding insurance issues | 0.40 |
| 02/04/21 | DM | Call with K. McGlynn (AlixPartners), T. Mayer, D. Rabinowitz, and M. Wasson (all Kramer Levin) re: insurance issues | 0.40 |
| 02/04/21 | INI | Participate in internal call with K. McGlynn, R. Winning, S. Weiner (all AlixPartners) re: Committee updates re: case and claims updates | 0.40 |
| 02/04/21 | KM | Call with D. MacGreevey (AlixPartners), T. Mayer, D. Rabinowitz, and M. Wasson (all Kramer Levin) re: insurance issues | 0.40 |
| 02/04/21 | KM | Participate in internal call with R. Winning, S. Weiner, J. Ibanga (all AlixPartners) re: Committee updates re: case and claims updates | 0.40 |
| 02/04/21 | SW | Participate in internal call with K. McGlynn, R. Winning, J. Ibanga (all AlixPartners) re: Committee updates re: case and claims updates | 0.40 |
| 02/04/21 | RBW | Participate in internal call with K. McGlynn, S. Weiner, J. Ibanga (all AlixPartners) re: Committee updates re: case and claims updates | 0.40 |
| 02/04/21 | DM | Emails with BSA UCC member and Kramer Levin re: BSA claims and recoveries | 0.30 |
| 02/04/21 | DM | Analyze BSA claims files from C. Binggeli (A&M) | 0.60 |
| 02/04/21 | DM | Review email with attachments from Z. Essner (Kramer Levin) re: BSA updates | 0.60 |
| 02/04/21 | DM | Review email with attachment from M. Wasson (Kramer Levin) re: BSA updates | 0.40 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2133568-1 |
| Re: | Mtgs and Communications with UCC & Professionals |
| Client/Matter # | 013446.00102 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 02/05/21 | DM | Review email from BSA UCC member re: UCC Plan term sheet | 0.20 |
| 02/05/21 | SW | Participate in conference call with the BSA UCC, D. MacGreevey, K. McGlynn, R. Collura and J. Ibanga, (all AlixPartners), M. Wasson, J. Sharret, N. Hamerman, T. Mayer, R. Ringer (all Kramer Levin) re: claims update and settlement negotiations | 1.00 |
| 02/05/21 | KM | Participate in conference call with the BSA UCC, D. MacGreevey, R. Collura, S. Weiner and J. Ibanga, (all AlixPartners), M. Wasson, J. Sharret, N. Hamerman, T. Mayer, R. Ringer (all Kramer Levin) re: claims update and settlement negotiations | 1.00 |
| 02/05/21 | KM | Call with R. Ringer, T. Mayer, D. Rabinowitz, M. Wasson, Z. Esner (all Kramer Levin), and D. MacGreevey (AlixPartners) re: insurance issues | 0.50 |
| 02/05/21 | INI | Participate in conference call with the BSA UCC, D. MacGreevey, K. McGlynn, R. Collura and S. Weiner (all AlixPartners), M. Wasson, J. Sharret, N. Hamerman, T. Mayer, R. Ringer (all Kramer Levin) re: claims update and settlement negotiations | 1.00 |
| 02/05/21 | RC | Participate in conference call with the BSA UCC, D. MacGreevey, K. McGlynn, S. Weiner and J. Ibanga, (all AlixPartners), M. Wasson, T. Mayer and R. Ringer (all Kramer Levin) re: claims update and settlement negotiations | 1.00 |
| 02/05/21 | DM | Attend conference call with R. Ringer (Kramer Levin) re: BSA insurance | 0.50 |
| 02/05/21 | DM | Participate in conference call with the BSA UCC, S. Weiner, K. McGlynn, R. Collura and J. Ibanga, (all AlixPartners), M. Wasson, J. Sharret, N. Hamerman, T. Mayer, R. Ringer (all Kramer Levin) re: claims update and settlement negotiations | 1.00 |
| 02/05/21 | DM | Call with R. Ringer, T. Mayer, D. Rabinowitz, M. Wasson, Z. Esner (all Kramer Levin), and K. McGlynn (AlixPartners) re: insurance issues | 0.30 |
| 02/08/21 | DM | Participate in call with Committee advisors including S. Weiner, K. McGlynn, R. Winning, R. Collura and J. Ibanga | 0.30 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2133568-1 |
| Re: | Mtgs and Communications with UCC & Professionals |
| Client/Matter # | 013446.00102 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | (all AlixPartners), R. Ringer, M. Wasson and Z. Essner (all Kramer Levin) re: JPM Feb counterproposal | |
| 02/08/21 | DM | Attend discussion with R. Ringer (Kramer Levin) and K. Morales (Reed Smith) regarding BSA UCC professionals coordination | 0.30 |
| 02/08/21 | DM | Participate in conference call with the BSA UCC, R. Collura, K. McGlynn, R. Winning, S. Weiner and J. Ibanga, (all AlixPartners), T. Mayer, R. Ringer, Z. Essner (all Kramer Levin) re: latest round of settlement negotiations | 0.60 |
| 02/08/21 | KM | Participate in call with Committee advisors including D. MacGreevey, R. Winning, R. Collura, S. Weiner and J. Ibanga (all AlixPartners), R. Ringer, M. Wasson and Z. Essner (all Kramer Levin) re: JPM Feb counterproposal | 0.30 |
| 02/08/21 | KM | Participate in conference call with the BSA UCC, D. MacGreevey, R. Winning, R. Collura, S. Weiner and J. Ibanga, (all AlixPartners), T. Mayer, R. Ringer, Z. Essner (all Kramer Levin) re: latest round of settlement negotiations | 0.60 |
| 02/08/21 | KM | Prepare for weekly Committee presentation | 0.60 |
| 02/08/21 | INI | Participate in call with Committee advisors including D. MacGreevey, K. McGlynn, R. Winning R. Collura and S. Weiner (all AlixPartners), R. Ringer, M. Wasson and Z. Essner (all Kramer Levin) re: JPM Feb counterproposal | 0.30 |
| 02/08/21 | INI | Participate in conference call with the BSA UCC, D. MacGreevey, K. McGlynn, R. Winning, R. Collura and S. Weiner (all AlixPartners), T. Mayer, R. Ringer, Z. Essner (all Kramer Levin) re: latest round of settlement negotiations | 0.60 |
| 02/08/21 | SW | Participate in call with Committee advisors including D. MacGreevey, K. McGlynn, R. Winning, R. Collura and J. Ibanga (all AlixPartners), R. Ringer, M. Wasson and Z. Essner (all Kramer Levin) re: JPM Feb counterproposal | 0.30 |
| 02/08/21 | SW | Participate in conference call with the BSA UCC, D. MacGreevey, K. McGlynn, R. Winning, R. Collura and J. Ibanga, (all AlixPartners), T. Mayer, R. Ringer, Z. Essner (all Kramer Levin) re: latest round of settlement terms | 0.60 |
| 02/08/21 | RBW | Participate in call with Committee advisors including D. | 0.30 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2133568-1 |
| Re: | Mtgs and Communications with UCC & Professionals |
| Client/Matter # | 013446.00102 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | MacGreevey, K. McGlynn, R. Collura, S. Weiner and J. Ibanga (all AlixPartners), R. Ringer, M. Wasson and Z. Essner (all Kramer Levin) re: JPM Feb counterproposal | |
| 02/08/21 | RBW | Participate in conference call with the BSA UCC, D. MacGreevey, K. McGlynn, R. Collura, S. Weiner and J. Ibanga, (all AlixPartners), T. Mayer, R. Ringer, Z. Essner (all Kramer Levin) re: latest round of settlement negotiations | 0.60 |
| 02/08/21 | RC | Participate in call with Committee advisors including D. MacGreevey, K. McGlynn, R. Winning, S. Weiner and J. Ibanga (all AlixPartners), R. Ringer, M. Wasson and Z. Essner (all Kramer Levin) re: JPM Feb counterproposal | 0.30 |
| 02/08/21 | RC | Participate in conference call with the BSA UCC, D. MacGreevey, K. McGlynn, R. Winning, S. Weiner and J. Ibanga, (all AlixPartners), T. Mayer, R. Ringer, Z. Essner (all Kramer Levin) re: latest round of settlement negotiations | 0.60 |
| 02/09/21 | DM | Emails with R. Ringer (Kramer Levin) re: BSA Plan term sheet negotiations | 0.30 |
| 02/10/21 | DM | Conference call with R. Ringer (Kramer Levin) regarding JPM BSA proposal | 0.40 |
| 02/12/21 | DM | Review email with attachments from Z. Essner (Kramer Levin) re: BSA updates | 0.40 |
| 02/16/21 | DM | Participate in conference call with the BSA UCC, R. Winning, K. McGlynn, R. Collura, S. Weiner and J. Ibanga, (all AlixPartners), T. Mayer, R. Ringer, Z. Essner (all Kramer Levin) re: settlement negotiations | 0.80 |
| 02/16/21 | DM | Review email with attachments from Z. Essner (Kramer Levin) regarding BSA updates | 0.60 |
| 02/16/21 | RBW | Participate in conference call with the BSA UCC, D. MacGreevey, K. McGlynn, R. Collura, S. Weiner and J. Ibanga, (all AlixPartners), T. Mayer, R. Ringer, Z. Essner (all Kramer Levin) re: settlement negotiations | 0.80 |
| 02/16/21 | KM | Review and revise weekly Committee update presentation | 0.90 |
| 02/16/21 | KM | Prepare for weekly Committee update presentation | 0.40 |
| 02/16/21 | RC | Participate in conference call with the BSA UCC, D. MacGreevey, K. McGlynn, R. Winning, S. Weiner and J. | 0.80 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2133568-1 |
| --- | --- |
| Re: | Mtgs and Communications with UCC & Professionals |
| Client/Matter # | 013446.00102 |

| Date | Consultant | Description of Services | Hours |
| --- | --- | --- | --- |
| | | Ibanga, (all AlixPartners), T. Mayer, R. Ringer, Z. Essner (all Kramer Levin) re: settlement negotiations | |
| 02/16/21 | SW | Participate in conference call with the BSA UCC, D. MacGreevey, K. McGlynn, R. Winning, R. Collura and J. Ibanga, (all AlixPartners), T. Mayer, R. Ringer, Z. Essner (all Kramer Levin) re: settlement terms | 0.80 |
| 02/16/21 | KM | Participate in conference call with the BSA UCC, D. MacGreevey, R. Winning, R. Collura, S. Weiner and J. Ibanga, (all AlixPartners), T. Mayer, R. Ringer, Z. Essner (all Kramer Levin) re: settlement negotiations | 0.80 |
| 02/16/21 | INI | Participate in conference call with the BSA UCC, D. MacGreevey, K. McGlynn, R. Winning, R. Collura and S. Weiner (all AlixPartners), T. Mayer, R. Ringer, Z. Essner (all Kramer Levin) re: settlement negotiations | 0.80 |
| 02/17/21 | DM | Emails with R. Ringer (Kramer Levin) re: BSA term sheet and insurance updates | 0.30 |
| 02/18/21 | DM | Review email with attachments from Z. Essner (Kramer Levin) regarding BSA updates | 0.30 |
| 02/18/21 | RC | Participate in conference call with the BSA UCC, D. MacGreevey, K. McGlynn, R. Winning, S. Weiner and J. Ibanga, (all AlixPartners), T. Mayer, R. Ringer, Z. Essner (all Kramer Levin) re: settlement negotiations | 0.70 |
| 02/18/21 | RC | Review revised settlement term sheet and status update from Counsel | 0.30 |
| 02/18/21 | SW | Participate in conference call with the BSA UCC, D. MacGreevey, K. McGlynn, R. Winning, R. Collura and J. Ibanga, (all AlixPartners), T. Mayer, R. Ringer, Z. Essner (all Kramer Levin) re: settlement terms | 0.70 |
| 02/18/21 | INI | Participate in conference call with the BSA UCC, D. MacGreevey, K. McGlynn, R. Winning, R. Collura and S. Weiner (all AlixPartners), T. Mayer, R. Ringer, Z. Essner (all Kramer Levin) re: settlement negotiations | 0.70 |
| 02/18/21 | KM | Participate in conference call with the BSA UCC, D. MacGreevey, R. Winning, R. Collura, S. Weiner and J. Ibanga, (all AlixPartners), T. Mayer, R. Ringer, Z. Essner (all Kramer Levin) re: settlement negotiations | 0.70 |
| 02/18/21 | RBW | Participate in conference call with the BSA UCC, D. | 0.70 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2133568-1 |
| Re: | Mtgs and Communications with UCC & Professionals |
| Client/Matter # | 013446.00102 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | MacGreevey, K. McGlynn, R. Collura, S. Weiner and J. Ibanga, (all AlixPartners), T. Mayer, R. Ringer, Z. Essner (all Kramer Levin) re: settlement negotiations | |
| 02/18/21 | DM | Participate in conference call with the BSA UCC, R. Winning, K. McGlynn, R. Collura, S. Weiner and J. Ibanga, (all AlixPartners), T. Mayer, R. Ringer, Z. Essner (all Kramer Levin) re: settlement negotiations | 0.70 |
| 02/19/21 | KM | Review case updates and next steps from Kramer Levin | 0.40 |
| 02/22/21 | KM | Revise weekly Committee update presentation | 0.70 |
| 02/22/21 | KM | Participate in call with Committee advisors including D. MacGreevey, S. Weiner, R. Winning, and J. Ibanga (all AlixPartners), R. Ringer, M. Wasson and Z. Essner (all Kramer Levin) re: financial and settlement updates | 0.40 |
| 02/22/21 | KM | Participate in conference call with the BSA UCC, J. Ibanga, D. MacGreevey, R. Winning, and S. Weiner (all AlixPartners), T. Mayer, R. Ringer, Z. Essner (all Kramer Levin) re: settlement negotiations | 0.40 |
| 02/22/21 | KM | Prepare for weekly presentation to the Committee | 0.50 |
| 02/22/21 | SW | Participate in call with Committee advisors including D. MacGreevey, K. McGlynn, R. Winning, and J. Ibanga (all AlixPartners), R. Ringer, M. Wasson and Z. Essner (all Kramer Levin) re: financial and settlement updates | 0.40 |
| 02/22/21 | SW | Participate in conference call with the BSA UCC, D. MacGreevey, K. McGlynn, R. Winning, and J. Ibanga, (all AlixPartners), T. Mayer, R. Ringer, Z. Essner (all Kramer Levin) re: settlement negotiations | 0.40 |
| 02/22/21 | RBW | Participate in conference call with the BSA UCC, D. MacGreevey, K. McGlynn, S. Weiner and J. Ibanga, (all AlixPartners), T. Mayer, R. Ringer, Z. Essner (all Kramer Levin) re: settlement negotiations | 0.40 |
| 02/22/21 | RBW | Participate in call with Committee advisors including D. MacGreevey, K. McGlynn, S. Weiner and J. Ibanga (all AlixPartners), R. Ringer, M. Wasson and Z. Essner (all Kramer Levin) re: financial and settlement updates | 0.40 |
| 02/22/21 | INI | Participate in call with Committee advisors including D. MacGreevey, K. McGlynn, R. Winning and S. Weiner (all AlixPartners), R. Ringer, M. Wasson and Z. Essner (all | 0.40 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2133568-1 |
|---|---|
| Re: | Mtgs and Communications with UCC & Professionals |
| Client/Matter # | 013446.00102 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | Kramer Levin) re: financial and settlement updates | |
| 02/22/21 | INI | Participate in conference call with the BSA UCC, D. MacGreevey, K. McGlynn, R. Winning, and S. Weiner (all AlixPartners), T. Mayer, R. Ringer, Z. Essner (all Kramer Levin) re: settlement negotiations | 0.40 |
| 02/22/21 | DM | Participate in conference call with the BSA UCC, J. Ibanga, K. McGlynn, R. Winning, and S. Weiner (all AlixPartners), T. Mayer, R. Ringer, Z. Essner (all Kramer Levin) re: settlement negotiations | 0.40 |
| 02/22/21 | DM | Participate in call with Committee advisors including J. Ibanga, K. McGlynn, R. Winning and S. Weiner (all AlixPartners), R. Ringer, M. Wasson and Z. Essner (all Kramer Levin) re: financial and settlement updates | 0.40 |
| 02/22/21 | DM | Emails to C. Binggeli (A&M) and PBGC regarding details of BSA claim | 0.60 |
| 02/22/21 | DM | Review draft BSA UCC update deck | 0.40 |
| 02/24/21 | DM | Review email with attachments from Z. Essner (Kramer Levin) regarding BSA updates | 0.40 |
| 02/26/21 | RC | Review communications from Counsel re: various case status updates | 0.10 |
| 02/28/21 | DM | Review draft BSA UCC update deck | 0.30 |
| 02/28/21 | KM | Review and revise weekly Committee update presentation | 0.90 |
| | | **Total** | **57.90** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2133568-1 |
| Re: | Mtgs and Communications with UCC & Professionals |
| Client/Matter # | 013446.00102 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Joy N Ibanga | 8.40 | 530.00 | 4,452.00 |
| Scott Weiner | 6.10 | 665.00 | 4,056.50 |
| Robert B Winning | 5.10 | 935.00 | 4,768.50 |
| Kathryn McGlynn | 13.60 | 1,055.00 | 14,348.00 |
| Richard Collura | 5.60 | 1,125.00 | 6,300.00 |
| David MacGreevey | 19.10 | 1,185.00 | 22,633.50 |
| **Total Hours & Fees** | **57.90** | | **56,558.50** |

909 Third Avenue      **T** 212.490.2500
New York, NY 10022    **F** 212.490.1344
                      **alixpartners.com**

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2133568-1 |
|---|---|
| Re: | Mtgs and Communications with Mgmt & Debtors' Professionals |
| Client/Matter # | 013446.00103 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 02/01/21 | DM | Call with M. Linder, A. Azer (both W&C), B. Whittman (A&M), D. Rabinowitz, R. Ringer, T. Mayer (all Kramer Levin), and K. McGlynn (AlixPartners) re: insurance related issues | 0.40 |
| 02/01/21 | KM | Call with M. Linder, A. Azer (both W&C), B. Whittman (A&M), D. Rabinowitz, R. Ringer, T. Mayer (all Kramer Levin), and D. MacGreevey (AlixPartners) re: insurance related issues | 0.40 |
| 02/03/21 | KM | Attend mediation session with Debtors and UCC | 1.00 |
| 02/03/21 | KM | Participate in call with D. MacGreevey, R. Winning, S. Weiner and J. Ibanga (all AlixPartners) and B. Whittman, C. Binggeli and R. Walsh (all A&M) re: modified business plan | 0.90 |
| 02/03/21 | INI | Participate in call with D. MacGreevey, K. McGlynn, R. Winning and S. Weiner (all AlixPartners) and B. Whittman, C. Binggeli and R. Walsh (all A&M) re: modified business plan | 0.90 |
| 02/03/21 | RBW | Participate in call with D. MacGreevey, K. McGlynn, S. Weiner and J. Ibanga (all AlixPartners) and B. Whittman, C. Binggeli and R. Walsh (all A&M) re: modified business plan | 0.90 |
| 02/03/21 | SW | Participate in call with D. MacGreevey, K. McGlynn, R. Winning and J. Ibanga (all AlixPartners) and  B. Whittman, C. Binggeli and R. Walsh (all A&M) re: modified business plan | 0.90 |
| 02/03/21 | DM | Attend BSA mediation with Debtors | 1.00 |
| 02/03/21 | DM | Participate in call with D. MacGreevey, K. McGlynn, I. Ibanga, R. Winning and S. Weiner (all AlixPartners), B. Whittman, C. Binggeli and R. Walsh (all A&M) re: modified business plan | 0.90 |
| 02/03/21 | DM | Emails to B. Whittman (A&M) re: BSA claims reconciliation | 0.30 |
| 02/07/21 | DM | Call with J. Lauria, M. Linder (both W&C), B. Whittman (A&M), R. Ringer (Kramer Levin), and K. McGlynn (AlixPartners) to discuss outstanding requests related to settlement negotiations | 0.50 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2133568-1 |
| Re: | Mtgs and Communications with Mgmt & Debtors' Professionals |
| Client/Matter # | 013446.00103 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 02/07/21 | KM | Call with J. Lauria, M. Linder (both W&C), B. Whittman (A&M), R. Ringer (Kramer Levin), and D. MacGreevey (AlixPartners) to discuss outstanding requests related to settlement negotiations | 0.50 |
| 02/08/21 | DM | Emails with B. Whitman (A&M) re: BSA critical vendor program | 0.20 |
| 02/10/21 | KM | Participate in conference call with B. Whittman, C. Binggeli, R. Walsh (all A&M), L. Schwarzmann, J. Singh, S. Meyerson (all PJT), K. McGlynn, D. MacGreevey, R. Winning, S. Weiner (all AlixPartners) re: follow-up discussion related to mediation term sheets | 0.50 |
| 02/10/21 | KM | Call with C. Binggeli (A&M) re: free cash flow projections | 0.20 |
| 02/10/21 | DM | Participate in conference call with B. Whittman, C. Binggeli, R. Walsh (all A&M), L. Schwarzmann, J. Singh, S. Meyerson (all PJT), K. McGlynn, D. MacGreevey, R. Winning (all AlixPartners) re: follow-up discussion related to mediation term sheets | 0.50 |
| 02/10/21 | RBW | Participate in conference call with B. Whittman, C. Binggeli, R. Walsh (all A&M), L. Schwarzmann, J. Singh, S. Meyerson (all PJT), K. McGlynn, D. MacGreevey, R. Winning, S. Weiner (all AlixPartners) re: follow-up discussion related to mediation term sheets | 0.50 |
| 02/10/21 | SW | Participate in conference call with B. Whittman, C. Binggeli, R. Walsh (all A&M), L. Schwarzmann, J. Singh, S. Meyerson (all PJT), K. McGlynn, D. MacGreevey, R. Winning (all AlixPartners) re: follow-up discussion related to mediation term sheets | 0.50 |
| 02/12/21 | SW | Participate in conference call with C. Binggeli and R. Walsh (both A&M), R. Winning and J. Ibanga (both AlixPartners) re: weekly variance report for the week ended February 5 | 0.40 |
| 02/12/21 | RBW | Participate in conference call with C. Binggeli and R. Walsh (both A&M), S. Weiner and J. Ibanga (both AlixPartners) re: weekly variance report for the week ended February 5 | 0.40 |
| 02/12/21 | INI | Participate in conference call with C. Binggeli and R. Walsh (both A&M), R. Winning and S. Weiner (both | 0.40 |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2133568-1 |
|---|---|
| Re: | Mtgs and Communications with Mgmt & Debtors' Professionals |
| Client/Matter # | 013446.00103 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | AlixPartners) re: weekly variance report for the week ended February 5 | |
| 02/15/21 | DM | Attend mediation sessions with K. Carey (mediator), P. Finn (mediator), T. Gallagher (mediator), J. Lauria, M. Andolina, M. Linder (all W&C), B. Whittman, C. Binggeli (both A&M), R. Ringer, M. Wasson, Z. Esner (all Kramer Levin), and K. McGlynn (AlixPartners) | 1.00 |
| 02/15/21 | KM | Attend mediation sessions with K. Carey (mediator), P. Finn (mediator), T. Gallagher (mediator), J. Lauria, M. Andolina, M. Linder (all W&C), B. Whittman, C. Binggeli (both A&M), R. Ringer, M. Wasson, Z. Esner (all Kramer Levin), and D. MacGreevey (AlixPartners) | 1.00 |
| 02/26/21 | SW | Participate in conference call with C. Binggeli and R. Walsh (both A&M), R. Winning, K. McGlynn and J. Ibanga (all AlixPartners) re: weekly variance report for the week ended February 19th and revised 13-week cash flow forecast | 0.40 |
| 02/26/21 | KM | Participate in conference call with C. Binggeli and R. Walsh (both A&M), R. Winning, S. Weiner and J. Ibanga (all AlixPartners) re: weekly variance report for the week ended February 19th and revised 13-week cash flow forecast | 0.40 |
| 02/26/21 | RBW | Participate in conference call with C. Binggeli and R. Walsh (both A&M), K. McGlynn, S. Weiner and J. Ibanga (all AlixPartners) re: weekly variance report for the week ended February 19th and revised 13-week cash flow forecast | 0.40 |
| 02/26/21 | INI | Participate in conference call with C. Binggeli and R. Walsh (both A&M), R. Winning, K. McGlynn and S. Weiner (all AlixPartners) re: weekly variance report for the week ended February 19th and revised 13-week cash flow forecast | 0.40 |
| | | **Total** | **15.80** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | | |
|---|---|---|
| Invoice # | 2133568-1 | |
| Re: | Mtgs and Communications with Mgmt & Debtors' Professionals | |
| Client/Matter # | 013446.00103 | |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---:|---:|---:|
| Joy N Ibanga | 1.70 | 530.00 | 901.00 |
| Scott Weiner | 2.20 | 665.00 | 1,463.00 |
| Robert B Winning | 2.20 | 935.00 | 2,057.00 |
| Kathryn McGlynn | 4.90 | 1,055.00 | 5,169.50 |
| David MacGreevey | 4.80 | 1,185.00 | 5,688.00 |
| **Total Hours & Fees** | **15.80** | | **15,278.50** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2133568-1 |
| Re: | Mtgs and Communications with Lenders & Professionals |
| Client/Matter # | 013446.00104 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 02/05/21 | DM | Review JPM counter proposal Plan term sheet | 0.40 |
| 02/05/21 | RC | Review JPMorgan's proposed term sheet | 0.10 |
| 02/07/21 | DM | Review PJT deck supporting BSA counter proposal | 0.40 |
| 02/10/21 | DM | Review BSA term sheet, UCC counter and JPM comments to prep PJT meeting | 0.80 |
| | | **Total** | **1.70** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2133568-1 |
| Re: | Mtgs and Communications with Lenders & Professionals |
| Client/Matter # | 013446.00104 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Richard Collura | 0.10 | 1,125.00 | 112.50 |
| David MacGreevey | 1.60 | 1,185.00 | 1,896.00 |
| **Total Hours & Fees** | **1.70** | | **2,008.50** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | | |
|---|---|---|
| Invoice # | 2133568-1 | |
| Re: | Analysis of Liquidity and Cash Management | |
| Client/Matter # | 013446.00107 | |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 02/01/21 | RC | Review weekly financial update and status of settlement terms in advance of call with the Committee | 0.30 |
| 02/05/21 | DM | Review BSA budget variance week ended January 29th | 0.40 |
| 02/08/21 | RC | Review weekly presentation materials regarding liquidity updates in advance of call with the Committee | 0.20 |
| 02/11/21 | RBW | Analyze cash flow projections in business plan | 0.70 |
| 02/11/21 | RBW | Review weekly liquidity update | 0.40 |
| 02/12/21 | RBW | Continue analysis of monthly cash flows under business plan through 2022 | 2.10 |
| 02/12/21 | DM | Review BSA budget variance week ended February 5 | 0.40 |
| 02/16/21 | KM | Review and analyze Debtors' weekly liquidity updates | 0.60 |
| 02/16/21 | INI | Review cash flow variance report for the week ended February 5th | 0.40 |
| 02/16/21 | INI | Prepare BSA cash flow variance reports for Committee update | 2.00 |
| 02/19/21 | INI | Prepare cash flow variance report for the week ended February 12 for Committee update | 1.60 |
| 02/19/21 | DM | Review BSA budget package week ended February 12 | 0.40 |
| 02/19/21 | KM | Review and analyze Debtors' weekly liquidity updates | 0.70 |
| 02/22/21 | RBW | Finalize weekly update deck | 0.70 |
| 02/24/21 | SW | Analyze updated 13-week cash flow budget | 1.90 |
| 02/24/21 | DM | Review BSA budget variance week ended  February 19 | 0.40 |
| 02/25/21 | SW | Complete detailed review of updated 13-week cash flow budget | 1.60 |
| 02/25/21 | SW | Prepare questions for Debtors' advisor related to updated 13-week cash flow budget in advance of call on 2/26 | 0.70 |
| 02/25/21 | SW | Compare updated 13 week cash flow budget relative to 2021 projections in long range plan | 2.30 |
| 02/26/21 | SW | Complete comparison of updated 13 week cash flow budget relative to 2021 projections in long range plan | 2.20 |
| 02/26/21 | KM | Review and analyze Debtors' revised 13-week cash flow forecast | 0.80 |
| 02/26/21 | KM | Review and revise Debtors' weekly liquidity updates | 0.80 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2133568-1 |
|---|---|
| Re: | Analysis of Liquidity and Cash Management |
| Client/Matter # | 013446.00107 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 02/26/21 | INI | Prepare cash flow report for Committee update | 2.40 |
| 02/26/21 | DM | Review rolled BSA 13-week cash flow budget | 0.60 |
| 02/28/21 | RBW | Revise presentation to Committee re: updated budget | 0.80 |
| | | **Total** | **25.40** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | | |
|---|---|---|
| Invoice # | 2133568-1 | |
| Re: | Analysis of Liquidity and Cash Management | |
| Client/Matter # | 013446.00107 | |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Joy N Ibanga | 6.40 | 530.00 | 3,392.00 |
| Scott Weiner | 8.70 | 665.00 | 5,785.50 |
| Robert B Winning | 4.70 | 935.00 | 4,394.50 |
| Kathryn McGlynn | 2.90 | 1,055.00 | 3,059.50 |
| Richard Collura | 0.50 | 1,125.00 | 562.50 |
| David MacGreevey | 2.20 | 1,185.00 | 2,607.00 |
| **Total Hours & Fees** | **25.40** | | **19,801.00** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2133568-1 |
|---|---|
| Re: | Business and Strategic Plan Analysis |
| Client/Matter # | 013446.00109 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 02/02/21 | DM | Review draft BSA 5-year plan questions | 0.40 |
| 02/02/21 | SW | Review and analyze revised business plan | 2.60 |
| 02/02/21 | SW | Compare revised business plan to 12/31 business plan | 2.10 |
| 02/02/21 | SW | Prepare question list for Debtors advisor related to revised business plan | 2.70 |
| 02/02/21 | SW | Review and process edits to draft question list for Debtors advisor related to revised business plan | 0.80 |
| 02/02/21 | RC | Review Debtors updated 5 year business plan and related financial information | 0.60 |
| 02/03/21 | KM | Review and analyze Debtors' updated 5-year business plan | 1.40 |
| 02/03/21 | SW | Complete review and processing edits to draft question list for Debtors advisor related to revised business plan | 1.30 |
| 02/03/21 | SW | Prepare summary of call with Debtors advisor related to revised business plan | 1.10 |
| 02/03/21 | SW | Re-draft outline of business plan presentation to incorporate updated plan | 2.30 |
| 02/03/21 | SW | Complete initial comparison of revised business plan to 12/31 business plan | 1.40 |
| 02/04/21 | SW | Review 2/4/21 restoration plan claim listing | 0.90 |
| 02/05/21 | RC | Review updated claims data and insurance coverage information | 0.60 |
| 02/05/21 | RC | Review revised settlement proposal from BSA | 0.40 |
| 02/11/21 | SW | Analyze monthly grey book data from 2018 and 2019 to track cash build over the YTD period | 2.50 |
| 02/11/21 | SW | Analyze implied annual cash build from the 2021 monthly forecasts received in January 2021, August 2020, and April 2020 | 2.10 |
| 02/11/21 | SW | Create exhibit detailing historical 2018 and 2019 annual cash build versus the 2021 monthly forecasts received in January 2021, August 2020, and April 2020 | 2.10 |
| 02/11/21 | SW | Process updates to annual cash exhibit and create draft summary for internal distribution | 1.80 |
| 02/12/21 | SW | Revise Debtor membership model to flow through the | 1.80 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | | |
|---|---|---|
| Invoice # | 2133568-1 | |
| Re: | Business and Strategic Plan Analysis | |
| Client/Matter # | 013446.00109 | |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | impact of a Fall 2021 100K miss in new members through 2023 | |
| 02/12/21 | SW | Review 2021 and 2022 monthly cash flow projections underlying February 2021 business plan update | 1.70 |
| 02/12/21 | SW | Analyze and sensitize revenue drivers for monthly cash flow model through 2023 based on Debtors' February 2021 business plan update | 2.20 |
| 02/12/21 | SW | Build structure for excel model to assess monthly cash flow through 2023 based on Debtors' February 2021 business plan update | 2.00 |
| 02/15/21 | SW | Build operating expense drivers for monthly cash flow model through 2023 based on Debtors' monthly cash flow projections | 2.50 |
| 02/15/21 | SW | Begin to build debt and amortization schedule for monthly cash flow model through 2023 based on Debtors' proposed emergence capital structure | 2.70 |
| 02/15/21 | SW | Build cash flow item lines for monthly cash flow model through 2023 based on Debtors' projections | 2.60 |
| 02/16/21 | SW | Complete building debt and amortization schedule for monthly cash flow model through 2023 based on Debtors' projections | 1.80 |
| 02/17/21 | SW | Build sensitivity case for Philmont closure into monthly cash flow model through 2023 based on Debtors' projections | 1.70 |
| 02/17/21 | SW | Build sensitivity case for 100K miss in 2021 youth additions into monthly cash flow model through 2023 based on Debtors' projections | 2.40 |
| 02/18/21 | SW | Revise assumptions related to sensitivity case for 100K miss in 2021 youth additions in monthly cash flow model through 2023 | 1.90 |
| 02/18/21 | SW | Revise assumptions related to 2023 monthly revenue cadence in monthly cash flow model | 1.60 |
| 02/18/21 | SW | Revise assumptions related to 2023 monthly expense cadence in monthly cash flow model | 1.80 |
| 02/18/21 | SW | Revise assumptions related to 2023 monthly other cash flow item cadence in monthly cash flow model | 1.90 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2133568-1 |
| Re: | Business and Strategic Plan Analysis |
| Client/Matter # | 013446.00109 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/19/21 | SW | Complete revising assumptions related to 2023 monthly other cash flow item cadence in monthly cash flow model | 1.20 |
| 02/19/21 | SW | Build sensitivity scenario illustrating impact of miss in 2022 renewals into monthly cash flow model | 2.50 |
| 02/19/21 | SW | Build sensitivities relating to the amount and timing of a UCC settlement into monthly cash flow model | 1.90 |
| 02/22/21 | SW | Revise monthly cash flow projection model formatting to allow for extension of forecast through 2024 | 2.40 |
| 02/22/21 | SW | Input assumptions related to 2024 monthly revenue cadence in monthly cash flow model | 2.10 |
| 02/23/21 | SW | Input assumptions related to 2024 monthly operating expense cadence in monthly cash flow model | 2.60 |
| 02/23/21 | SW | Input assumptions related to 2024 monthly cash flow item cadence into cash flow model | 1.80 |
| 02/23/21 | SW | Input assumptions related to 2024 impact of 2021 new additions miss into cash flow model | 2.10 |
| 02/24/21 | SW | Complete deriving and inputting assumptions related to 2024 impact of 2021 new additions miss into cash flow model | 1.80 |
| 02/24/21 | SW | Finalize downside cases illustrated in monthly cash flow model | 2.30 |
| 02/24/21 | SW | Begin to create summary exhibits based on outputs of monthly cash flow model | 1.60 |
| 02/25/21 | SW | Complete creating summary exhibits based on outputs of monthly cash flow model | 2.10 |
| | | **Total** | **80.10** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2133568-1 |
| Re: | Business and Strategic Plan Analysis |
| Client/Matter # | 013446.00109 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Scott Weiner | 76.70 | 665.00 | 51,005.50 |
| Kathryn McGlynn | 1.40 | 1,055.00 | 1,477.00 |
| Richard Collura | 1.60 | 1,125.00 | 1,800.00 |
| David MacGreevey | 0.40 | 1,185.00 | 474.00 |
| **Total Hours & Fees** | **80.10** | | **54,756.50** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2133568-1 |
|---|---|
| Re: | Financial and Other Diligence |
| Client/Matter # | 013446.00112 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 02/08/21 | SW | Create exhibit tracking unrestricted and restricted cash change since Trust funding presentation | 2.40 |
| 02/08/21 | SW | Review dataroom and grey books to assess sensitized liquidation value of inventory for unencumbered asset analysis | 2.30 |
| 02/08/21 | SW | Review dataroom and grey books to assess sensitized liquidation value of equipment, vehicles and watercraft for unencumbered asset analysis | 2.50 |
| 02/09/21 | SW | Complete review of dataroom and grey books to assess sensitized liquidation value of equipment, vehicles and watercraft for unencumbered asset analysis | 1.40 |
| 02/09/21 | SW | Review artwork appraisal data in dataroom and to assess sensitized liquidation value for unencumbered asset analysis | 1.70 |
| 02/09/21 | SW | Review non-JPM collateral real estate appraisal data in dataroom and assess sensitized liquidation value for unencumbered asset analysis | 2.30 |
| 02/10/21 | SW | Review SOAL asset data, pull assets outside JPM collateral package, and assess sensitized value for unencumbered asset analysis | 2.80 |
| 02/18/21 | INI | Call with S. Weiner and K. McGlynn (both AlixPartners) to discuss case updates and next steps in advance of upcoming Committee meeting | 0.30 |
| 02/18/21 | SW | Call with K. McGlynn and J. Ibanga (both AlixPartners) to discuss case updates and next steps in advance of upcoming Committee meeting | 0.40 |
| 02/18/21 | KM | Call with S. Weiner and J. Ibanga (both AlixPartners) to discuss case updates and next steps in advance of upcoming Committee meeting | 0.30 |
| 02/25/21 | RBW | Participate in internal call with K. McGlynn and S. Weiner (both AlixPartners) re: case updates | 0.40 |
| 02/25/21 | SW | Participate in internal call with K. McGlynn and R. Winning (both AlixPartners) re: case updates | 0.40 |
| 02/25/21 | KM | Participate in internal call with R. Winning and S. Weiner (both AlixPartners) re: case updates | 0.40 |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2133568-1 |
| Re: | Financial and Other Diligence |
| Client/Matter # | 013446.00112 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | **Total** | **17.60** |

909 Third Avenue
New York, NY 10022

**T** 212.490.2500
**F** 212.490.1344
**alixpartners.com**

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2133568-1 |
| Re: | Financial and Other Diligence |
| Client/Matter # | 013446.00112 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Joy N Ibanga | 0.30 | 530.00 | 159.00 |
| Scott Weiner | 16.20 | 665.00 | 10,773.00 |
| Robert B Winning | 0.40 | 935.00 | 374.00 |
| Kathryn McGlynn | 0.70 | 1,055.00 | 738.50 |
| **Total Hours & Fees** | **17.60** | | **12,044.50** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2133568-1 |
| --- | --- |
| Re: | Claims Analysis |
| Client/Matter # | 013446.00116 |

| Date | Consultant | Description of Services | Hours |
| --- | --- | --- | --- |
| 02/01/21 | SW | Internal emails to BSA team summarizing status of outstanding claim information from Debtors' advisor | 0.50 |
| 02/01/21 | SW | Revise template model for analyzing recoveries based on updates from mediation discussions | 1.50 |
| 02/01/21 | SW | Analyze remainder claims and recoveries based on updates from mediation discussions | 2.70 |
| 02/01/21 | SW | Create slides of UCC presentation reflecting analysis of remainder claims and recoveries based on updates from mediation discussions | 1.80 |
| 02/01/21 | SW | Process internal edits to UCC presentation slides reflecting analysis of remainder claims and recoveries based on updates from mediation discussions | 1.20 |
| 02/01/21 | SW | Process additional edits to UCC presentation slides reflecting analysis of remainder claims and recoveries based on updates from mediation discussions | 0.70 |
| 02/03/21 | DM | Comparative analysis of BSA claims estimates | 0.90 |
| 02/04/21 | SW | Initial review of 2/4/21 convenience class summary report claim listing | 1.20 |
| 02/04/21 | SW | Reconcile trade claims in convenience class summary report as of 2/4/21 to prior estate of trade claims | 2.40 |
| 02/04/21 | SW | Reconcile non-trade GUC claims in convenience class summary report as of 2/4/21 to prior estimate of trade claims | 2.60 |
| 02/04/21 | KM | Review updates from Debtors' Counsel re: claims potentially covered by insurance | 1.00 |
| 02/04/21 | KM | Review additional information related to convenience class and Restoration Plan claims | 1.30 |
| 02/04/21 | DM | Review documents related to Pearson contract rejection | 0.40 |
| 02/05/21 | DM | Review Ponil Ranch claim | 0.30 |
| 02/05/21 | DM | Review revised claims analysis summary | 0.30 |
| 02/05/21 | MM | Review newly processed claims for purposes of preparing updated claims analysis | 2.10 |
| 02/05/21 | SW | Complete reconciliation of non-trade GUC claims in convenience class summary report as of 2/4/21 to prior estimate of trade claims | 2.30 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2133568-1 |
|---|---|
| Re: | Claims Analysis |
| Client/Matter # | 013446.00116 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 02/05/21 | SW | Complete reconciliation of restoration plan claims in convenience class summary report as of 2/4/21 to scheduled claim summary | 1.90 |
| 02/05/21 | SW | Incorporate updated convenience class claims in summary report as of 2/4/21 into settlement analysis to assess GUC recoveries | 2.50 |
| 02/05/21 | SW | Create powerpoint slides detailing settlement analysis based on updated convenience class claims in summary report as of 2/4/21 | 1.90 |
| 02/05/21 | SW | Participate in internal discussion with D. MacGreevey (AlixPartners) re: updates to Committee presentation to reflect Debtor GUC reconciliation | 0.20 |
| 02/05/21 | DM | Review draft BSA recovery analysis deck | 0.70 |
| 02/05/21 | DM | Participate in internal discussion with S. Weiner (AlixPartners) re: updates to Committee presentation to reflect Debtor GUC reconciliation | 0.20 |
| 02/06/21 | MM | Prepare updated claims analysis based on additionally processed claims | 2.90 |
| 02/11/21 | DM | Emails with attachments with C. Binggeli (A&M), R. Ringer (Kramer Levin) and S. Weiner (AlixPartners) regarding revisions to BSA claims pool and recovery projections | 0.70 |
| 02/26/21 | SW | Detail review of select restoration plan claims with positive variances relative to the estimated claim amounts | 2.80 |
| 02/26/21 | SW | Draft internal summary of review of select restoration plan claims with positive variances relative to the estimated claim amounts | 1.90 |
| 02/26/21 | DM | Emails with attachments with PBGC and A&M re: PBGC claim calculation | 0.60 |
| 02/28/21 | KM | Review information related to unsecured claims objections | 0.90 |
| | | **Total** | **40.40** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2133568-1 |
| Re: | Claims Analysis |
| Client/Matter # | 013446.00116 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Scott Weiner | 28.10 | 665.00 | 18,686.50 |
| Kathryn McGlynn | 3.20 | 1,055.00 | 3,376.00 |
| David MacGreevey | 4.10 | 1,185.00 | 4,858.50 |
| Meade Monger | 5.00 | 1,210.00 | 6,050.00 |
| **Total Hours & Fees** | **40.40** | | **32,971.00** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2133568-1 |
|---|---|
| Re: | RSA, Disclosure Statement, & Plan of Reorganization |
| Client/Matter # | 013446.00117 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 02/01/21 | RBW | Review presentation to Committee on updated settlement offer | 0.40 |
| 02/01/21 | KM | Revise unsecured recovery analysis and settlement negotiation update for Committee | 1.60 |
| 02/02/21 | RBW | Review settlement term sheet draft from Debtors | 0.40 |
| 02/02/21 | DM | Review revised BSA settlement term sheet | 0.40 |
| 02/03/21 | DM | Review email from M. Wasson (Kramer Levin) regarding BSA insurance diligence | 0.30 |
| 02/05/21 | RBW | Review JPM counterproposal for plan support | 0.70 |
| 02/05/21 | RBW | Review and comment on Committee presentation re: plan support term sheet | 0.50 |
| 02/08/21 | RC | Review revised draft settlement term sheet | 0.30 |
| 02/08/21 | RC | Review the Coalition and FCR's term sheet proposal | 0.30 |
| 02/08/21 | RC | Review JPM counterproposal settlement term sheet | 0.20 |
| 02/08/21 | RBW | Review revised plan term sheet | 0.40 |
| 02/08/21 | RBW | Review FCR term sheet | 0.40 |
| 02/08/21 | RBW | Review JPM plan term sheet | 0.30 |
| 02/08/21 | DM | Review BSA Plan term sheet from Coalition and FCR | 0.80 |
| 02/10/21 | RBW | Analyze unencumbered assets in connection with JPM settlement term sheet | 0.80 |
| 02/10/21 | RBW | Analyze FCR proposal on business plan | 0.80 |
| 02/10/21 | RBW | Participate in internal discussion with S. Weiner (AlixPartners) re: evaluation of economic impacts relating to mediation term sheets | 0.30 |
| 02/10/21 | SW | Create summary cash flow model to assess the impact of the cash sweep to the coalition under the current iteration of the term sheet | 2.70 |
| 02/10/21 | SW | Process updates to summary cash flow model assessing the impact of the cash sweep to the coalition under the current iteration of the term sheet | 1.90 |
| 02/10/21 | SW | Participate in internal discussion with R. Winning (AlixPartners) re: evaluation of economic impacts relating to mediation term sheets | 0.30 |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | | |
|---|---|---|
| Invoice # | 2133568-1 | |
| Re: | RSA, Disclosure Statement, & Plan of Reorganization | |
| Client/Matter # | 013446.00117 | |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 02/16/21 | SW | Finalize analysis and exhibit detailing unencumbered Debtor assets and distribute internally | 2.80 |
| 02/18/21 | DM | Review Debtor revisions to BSA Plan term sheet | 0.40 |
| 02/18/21 | INI | Review revised settlement term sheet from the Debtor's dated February 18th | 0.70 |
| 02/24/21 | DM | Review amended BSA POR | 0.60 |
| 02/26/21 | DM | Review turns of BSA term sheet with JPM | 0.60 |
| 02/26/21 | RC | Review draft settlement term sheet and plan of reorganization | 0.50 |
| | | **Total** | **19.40** |

909 Third Avenue
New York, NY 10022

**T** 212.490.2500
**F** 212.490.1344
**alixpartners.com**

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2133568-1 |
| Re: | RSA, Disclosure Statement, & Plan of Reorganization |
| Client/Matter # | 013446.00117 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---:|---:|---:|
| Joy N Ibanga | 0.70 | 530.00 | 371.00 |
| Scott Weiner | 7.70 | 665.00 | 5,120.50 |
| Robert B Winning | 5.00 | 935.00 | 4,675.00 |
| Kathryn McGlynn | 1.60 | 1,055.00 | 1,688.00 |
| Richard Collura | 1.30 | 1,125.00 | 1,462.50 |
| David MacGreevey | 3.10 | 1,185.00 | 3,673.50 |
| **Total Hours & Fees** | **19.40** | | **16,990.50** |

909 Third Avenue        **T** 212.490.2500
New York, NY 10022     **F** 212.490.1344
**alixpartners.com**

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2133568-1 |
| Re: | Attend Court Hearings |
| Client/Matter # | 013446.00119 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 02/09/21 | SW | Attend hearing re: Sidley retention appeal | 0.50 |
| 02/09/21 | KM | Attend hearing re: Sidley retention appeal | 0.50 |
| 02/09/21 | DM | Review BSA hearing regarding appeal of Sidley retention | 1.50 |
| 02/17/21 | SW | Listen to portions of omnibus hearing | 2.20 |
| 02/17/21 | KM | Attend omnibus hearing (partial) | 2.00 |
| | | **Total** | **6.70** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2133568-1 |
| Re: | Attend Court Hearings |
| Client/Matter # | 013446.00119 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Scott Weiner | 2.70 | 665.00 | 1,795.50 |
| Kathryn McGlynn | 2.50 | 1,055.00 | 2,637.50 |
| David MacGreevey | 1.50 | 1,185.00 | 1,777.50 |
| **Total Hours & Fees** | **6.70** | | **6,210.50** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2133568-1 |
|---|---|
| Re: | Fee Statements and Fee Applications |
| Client/Matter # | 013446.00120 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 02/04/21 | ESK | Call with B. Filler (AlixPartners) re: preparation for call with J. Rucki (Fee Examiner) | 0.20 |
| 02/04/21 | ESK | Prepare for meeting with fee examiner re: objection to third interim fee application | 1.00 |
| 02/04/21 | KAS | Email with B. Filler (AlixPartners) re: response to fee examiner | 0.20 |
| 02/05/21 | ESK | Call with B. Filler (AlixPartners) and J. Rucki (Fee Examiner) re: Fee Examiner's initial report regarding AlixPartners' Third Interim Fee Application | 0.70 |
| 02/05/21 | BFF | Call with E. Kardos (AlixPartners) and J. Rucki (Fee Examiner) re: Fee Examiner's initial report regarding AlixPartners' Third Interim Fee Application | 0.70 |
| 02/05/21 | BFF | Call with E. Kardos (AlixPartners) re: preparation for call with J. Rucki (Fee Examiner) | 0.20 |
| 02/05/21 | BFF | Prepare for call with Fee Examiner | 0.40 |
| 02/05/21 | DM | Emails with B. Filler (AlixPartners) re: BSA fee examiner | 0.20 |
| 02/08/21 | KAS | Review fee examiner response and resolution | 0.50 |
| 02/17/21 | LMB | Prepare 10th monthly fee statement, supporting schedules and exhibits (January 2021) | 2.20 |
| 02/18/21 | LMB | Prepare professional fees for January 2021 monthly fee statement | 0.80 |
| 02/18/21 | KM | Review and revise December time descriptions | 1.90 |
| 02/18/21 | KM | Review and revise December monthly fee application | 1.00 |
| 02/19/21 | LMB | Update summary chart for monthly fee applications | 0.40 |
| 02/19/21 | LMB | Prepare 10th monthly fee statement, supporting schedules and exhibits (January 2021) | 2.20 |
| 02/22/21 | KM | Review and revise December monthly fee application | 0.50 |
| 02/23/21 | LMB | Finalize December monthly fee statement | 0.20 |
| 02/23/21 | LMB | Email to S. Becker and Z. Essner (both Kramer Levin) attaching the December monthly fee statement for filing on the Court docket | 0.20 |
| 02/23/21 | LMB | Prepare professional fees for January 2021 monthly fee application | 1.80 |
| 02/23/21 | DM | Review BSA December fee statement | 0.60 |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2133568-1 |
| Re: | Fee Statements and Fee Applications |
| Client/Matter # | 013446.00120 |

| Date | Consultant | Description of Services | | Hours |
|------|-----------|------------------------|------|-------|
| | | | **Total** | **15.90** |

909 Third Avenue
New York, NY 10022

**T** 212.490.2500
**F** 212.490.1344
**alixpartners.com**

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | | |
|---|---|---|
| Invoice # | 2133568-1 | |
| Re: | Fee Statements and Fee Applications | |
| Client/Matter # | 013446.00120 | |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Brooke F Filler | 1.30 | 460.00 | 598.00 |
| Lisa Marie Bonito | 7.80 | 465.00 | 3,627.00 |
| Kaitlyn A Sundt | 0.70 | 530.00 | 371.00 |
| Elizabeth S Kardos | 1.90 | 735.00 | 1,396.50 |
| Kathryn McGlynn | 3.40 | 1,055.00 | 3,587.00 |
| David MacGreevey | 0.80 | 1,185.00 | 948.00 |
| **Total Hours & Fees** | **15.90** | | **10,527.50** |