In the United States Bankrupcy Court
For the District of Delaware

IN RE: B.S.A
BSA LLC Debtors

Chapter 11
Case no. 20-10343 (LSS)

Claimant: [redacted]

## MOTION TO TAKE NOTICE OF CLAIMANT OF O.A.S. OF ADDRESS CHANGE

Comes now Pro Se Charles T. Hall as follows. I am a Federal prisoner.

This is to notify the court and Omni Agent Solutions of address change.

old address: [redacted]

New address: [redacted]

FILED 2021 APR 14 AM 10:28 US BANKRUPTCY DISTRICT

RE: 20-10343 (LSS)
ADDRESS CHANGE:

Legal Mail: out
4-7-2021

To: Clerk of Court,
U.S. Bankruptcy Court,
824 Market Street
Wilmington, Delaware.
19801-3577

19801-302499



BALTIMORE MD 212
9 APR 2021  PM 7  L

FOREVER / USA