**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

NOTICE OF **AMENDED** [2]AGENDA OF MATTERS SCHEDULED FOR
HEARING ON APRIL 15, 2021, AT 10:00 A.M. (ET)

**AT THE DIRECTION OF THE COURT, THIS HEARING IS CANCELLED**

ADJOURNED MATTER:

1.    Joint Motion of the Official Tort Claimants' Committee and Future Claimants' Representative for Entry of an Order Granting Standing and Authorizing the Prosecution of Certain Challenge Claims on Behalf of the Bankruptcy Estates (D.I. 2364, filed 3/12/21).

Objection Deadline:  March 26, 2021, at 4:00 p.m. (ET), extended to April 29, 2021, for the Debtors and JPMorgan Chase Bank, N.A.

Responses Received:  None.

Related Pleadings:

a)    Re-Notice of Joint Motion of the Official Tort Claimants' Committee and Future Claimants' Representative for Entry of an Order Granting Standing and Authorizing the Prosecution of Certain Challenge Claims on Behalf of the Bankruptcy Estates (D.I. 2445, filed 3/24/21).

Status:  This matter is adjourned to the omnibus hearing scheduled for May 19, 2021, at 10:00 a.m.

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] **Amended items appear in bold.**

MATTER GOING FORWARD

2.      Debtors' Third Motion for Entry of an Order Extending the Debtors' Exclusive Periods to
        File a Chapter 11 Plan and Solicit Acceptances Thereof (D.I. 2411, filed 3/18/21).

        Objection Deadline:  April 1, 2021, at 4:00 p.m. (ET).

        Responses Received:

        a)      The Official Committee of Tort Claimants' Objection to Debtors' Third Motion for
                Entry of an Order Extending the Debtors' Exclusive Periods to File a Chapter 11
                Plan and Solicit Acceptances Thereof (D.I. 2506, filed 4/1/21).

        Related Pleadings:

        a)      Debtors' Motion for Leave to File Debtors' Reply in Support of Debtors' Third
                Motion for Entry of an Order Extending the Debtors' Exclusive Periods to File a
                Chapter 11 Plan and Solicit Acceptances Thereof (D.I. 2577, filed 4/12/2021).

        Status: **This matter is adjourned to the hearing on April 29, 2021, at 10:00 a.m. (ET).**

Dated: April 1**4**, 2021
      Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Eric W. Moats*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Eric W. Moats (No. 6441)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Email:  dabbott@morrisnichols.com
       aremming@morrisnichols.com
       emoats@morrisnichols.com
       ptopper@morrisnichols.com

– and –

**WHITE & CASE LLP**
Jessica C. Lauria (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 819-8200
Email:  jessica.lauria@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone:  (312) 881-5400
Email: mandolina@whitecase.com
       mlinder@whitecase.com
       laura.baccash@whitecase.com
       blair.warner@whitecase.com

ATTORNEYS FOR THE DEBTORS AND
DEBTORS IN POSSESSION