# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | Jointly Administered |
| Debtors. | **RE: 2482** |

### CERTIFICATE OF NO OBJECTION REGARDING THE FIRST INTERIM APPLICATION OF RUCKI FEE REVIEW, LLC, COURT-APPOINTED FEE EXAMINER, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM AUGUST 17, 2020 THROUGH AND INCLUDING JANUARY 31, 2021

The undersigned hereby certifies that, as of the date hereof, Rucki Fee Review, LLC ("Rucki Fee Review") has received no answer, objection or other responsive pleading to the *First Interim Application of Rucki Fee Review, LLC, Court-Appointed Fee Examiner, for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period from August 17, 2020 Through and Including January 31, 2021* (the "Application") (D.I. 2482), filed on March 30, 2021.

The undersigned further certifies that Rucki Fee Review has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice, objections to the Application were to be filed and served no later than April 13, 2021 at 4:00 p.m. (Eastern Time).

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

WHEREFORE, Rucki Fee Review respectfully requests that the Application be approved.

Dated:  April 14, 2021  **RUCKI FEE REVIEW, LLC**
       Wilmington, Delaware  *FEE EXAMINER*

*/s/  Justin H. Rucki*
Justin H. Rucki
President of Rucki Fee Review, LLC
1111 Windon Drive
Wilmington, Delaware 19803
Telephone:  (302) 545-7764
Facsimile:   (302) 425-4664
Email:  justinrucki@ruckifeereview.com