# CERTIFICATE OF SERVICE

I, Erin R. Fay, hereby certify that on the 15th day of April 2021, I caused copies of **Opposition of Certain Insurers to Motion of the Coalition, TCC and FCR to Estimate Current and Future Abuse Claims** to be served via CM/ECF and email on the parties listed below:

OFFICE OF THE UNITED STATES TRUSTEE
J. Caleb Boggs Federal Building
844 North King Street, Suite 2207, Lockbox #35
Wilmington, DE 19801
Attn:  David L. Buchbinder and Hannah M. McCollum
Email: David.l.buchbinder@usdoj.gov; Hannah.mccollum@usdoj.gov

PACHULSKI STANG ZIEHL & JONES
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705
Attn:  James I. Stang, James E. O'Neill, John W. Lucas
Email: jstang@pszjlaw.com; joneill@pszjlaw.com; jlucas@pszjlaw.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Attn:  Robert S. Brady, Edwin J. Harron, Sharon M. Zieg
Email: rbrady@ycst.com; eharron@ycst.com; szieg@ycst.com

MONZACK MERSKY AND BROWDER, P.A.
1201 North Orange Street, Suite 400
Wilmington, Delaware 19801
Attn:  Rachel E. Mersky
E-mail: rmersky@monlaw.com

BROWN RUDNICK LLP
Seven Times Square
New York, NY 10036
Attn:  David J. Molton, Eric R. Goodman
Email: dmolton@brownrudnick.com; egoodman@brownrudnick.com

BROWN RUDNICK LLP
One Financial Center
Boston, MA 02111
Attn:  Sunni P. Beville, Tristan G. Axelrod
Email: sbeville@brownrudnick.com; taxelrod@brownrudnick.com

ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP
2000 K Street NW, 4th Floor
Washington, DC 20006
Attn: Lawrence S. Robbins, Ariel N. Lavinbuk, William J. Trunk and Joshua S. Bolian
Email: lrobbins@robbinsrussell.com; alavinbuk@robbinsrussell.com;
wtrunk@robbinsrussell.com; jbolian@robbinsrussell.com

*/s/ Erin R. Fay*
Erin R. Fay (No. 5268)