# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOYS SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of April, 2021, I caused a copy of the below-listed filing to be electronically filed with the Clerk of Court using CM/ECF which will electronically transmit notification of such filing to CM/ECF participants in the above referenced case in accordance with Del. Bankr. L. R. 9036-1.

**OLD REPUBLIC INSURANCE COMPANY'S
OBJECTION TO MOTION OF THE FCR, TCC, AND COALITION TO ESTIMATE
CURRENT AND FUTURE ABUSE CLAIMS AND
PARTIAL JOINDER IN THE OPPOSITION OF CERTAIN INSURERS
TO THE MOTION**

/s/ Carl N. Kunz, III
Carl N. Kunz, III (DE Bar No. 3201)

12537912/1