April 12, 2021

Judge Laurie Selber Silverstein
District Delaware
824 North Market Street
6th Floor, Courtroom #2
Wilmington, DE 19801



FILED
2021 APR 16 AM 9: 10
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Judge Silverstein:

When you consider the fate of Scouts BSA (formerly Boy Scouts of America) and especially the impact on the local Scouting Councils, I hope you will consider the overwhelming evidence of the good things the Scouting program has provided to youth over the years.

The Scouting program goals are the development of character, citizenship, and fitness in our youth. Millions of young people have learned to become productive members of our communities and become leaders in our schools, churches, and businesses through Scouting.

Abuses have occurred due to the actions of bad individuals, and those individuals should be punished. Let us **not** punish future generations of our youth by denying them access to a robust Scouting program.

Our society is suffering from moral decay, fractured families, and declining health. Scouting is one of our best hopes for a brighter future.   Please make your decision not a punitive one, but one that guides us to serve youth better and brings us all a better world.

Thank you.

[signature redacted]



Judge Laurie Selber Silverstein
District Delaware
824 North Market Street
6th Floor, Courtroom #2
Wilmington, DE 19801

19801-493702

X-RAY

12 APR 2021 PM 3 L

