Judge Laurie Selber

Silverton District Delaware

824 North Market St.

6th Floor, Courtroom 2

Wilmington, DE 19801



Judge Selber,

Our family is stepped in the Scouting traditions.

My father was a Scout Master being sponsored by the Catholic church we attended.

I achieved all levels of accomplishments up to and beyond Eagle Scout. The life skills, friendships and leadership skills have made me who and what I am today at 67.

My son is now a Scout Master with his eldest son having achieved his Eagle Scout award, his middle son working on soon completing his Eagle award. Following his two brothers achievements is the youngest working towards the same goals.

Scouting is by far the most important organization a boy or young man can be involved with. The integrity, knowledge and skills learned and worked for stay with us for life.

I understand that you are involved in the bankruptcy case. It will benefit future boys kooking for something to make their lives whole or a place they can get different father figures to imitate if the Scouting program were to still be able to function.

Thank you for your time as I kept this as short as possible but still give meaning in the message.

Best regards

