Dear Your Honor - forgive this primitive Missive. My Name is ███████████ (a renegade in ████████████████

I understand You are in charge of the disclosure Statement Hearing In Wilmington, Delaware. RE: BSA. With all These Rules Regulations and big words flying about - I wonder if anything will ever be Settled.

I'm just a ██████████████████ by ██████████████████████ ███████████████████████ while a ██████████████████ decided many things for Me. Despite a 31 yr Postal Monster ███████████████████████ ███████████████████████ ██████████████ Yes, ████████ Yes - but still a man that can Stand tall and Stand w/ The best of 'em.

████████████████

The honorable Hodge Silverstein
Bankruptcy Court
824 N. MARKET ST, 6TH fl. CR.#2
Wilmington Delaware 19801

u.s.n