# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS OF AGRICULTURAL EXCESS AND SURPLUS INSURANCE COMPANY AND GREAT AMERICAN E&S INSURANCE COMPANY

**PLEASE TAKE NOTICE** that the attorneys set forth below hereby appear as counsel for Great American Assurance Company, f/k/a Agricultural Insurance Company; Great American E&S Insurance Company, f/k/a Agricultural Excess and Surplus Insurance Company; and Great American E&S Insurance Company (collectively, "Great American"), parties-in-interest, and, pursuant to Bankruptcy Rules 2002, 2015, and 9007, the undersigned request that the Clerk of Court enter the following names and addresses on the general matrix for the case, and on all special or limited matrices, and request that copies of all notices, whether given pursuant to Bankruptcy Rule 2002 or otherwise, and all orders and other pleadings and papers in this case be given and sent to the following:

> Bruce W. McCullough (No. 3112)
> BODELL BOVE, LLC
> 1225 N. King Street, Suite 1000
> Wilmington, DE 19801-3250
> Telephone: 302-655-6749
> Facsimile: 302-655-6827
> bmcullough@bodellbove.com

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

5168541

1

Bruce D. Celebrezze, Esq.
CLYDE & CO US LLP
Four Embarcadero Center, Suite 1350
San Francisco, California 94111
Telephone: (415) 365-9800
Facsimile: (415) 365-9801
bruce.celebrezze@clydeco.us

Konrad R. Krebs, Esq.
CLYDE & CO US LLP
200 Campus Drive | Suite 300
Florham Park, NJ 07932
Telephone: (973) 210-6700
Facsimile: (973) 210-6701
konrad.krebs@clydeco.us

David Christian, Esq.
DAVID CHRISTIAN ATTORNEYS LLC
105 W. Madison St., Suite 1400
Chicago, IL 60602
Telephone: (862) 362-8605
dchristian@dca.law

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes notices of applications, motions, petitions, and pleadings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, telephone, telex, telecopy, facsimile or otherwise, which relate in any way to the Debtors or the property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that Great American intends that neither this Notice of Appearance, nor any former or later pleading, claim or suit shall waive (1) Great American's right to have final orders in non-core matters entered only after de novo review by a District Court Judge, (2) Great American's right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related in these cases, (3) Great American's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) Great American's right to have any claims constitutionally required to be determined by the District Court be determined therein, (5) Great American's right to have

5168541                                          2

any matter heard by an arbitrator, or (6) any other rights, claims, actions, defenses, setoffs, or recoupments to which Great American is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Great American expressly reserves.

Date:  April 16, 2021					BODELL BOVÉ, LLC

							/s/ Bruce W. McCullough
							Bruce W. McCullough (No. 3112)
							1225 N. King Street, Suite 1000
							Wilmington, DE 19801-3250
							Telephone: 302-655-6749
							Facsimile: 302-655-6827
							Email: bmccullough@bodellbove.com

							- and -

							CLYDE & CO US LLP
							Bruce D. Celebrezze (*pro hac vice*)
							Four Embarcadero Center, Suite 1350
							San Francisco, California 94111
							Telephone:  (415) 365-9800
							Facsimile:  (415) 365-9801
							Email:	bruce.celebrezze@clydeco.us

							Konrad R. Krebs (*pro hac vice*)
							200 Campus Drive | Suite 300
							Florham Park, NJ 07932
							Telephone:  (973) 210-6700
							Facsimile:  (973) 210-6701
							Email:	konrad.krebs@clydeco.us

							- and ó

							DAVID CHRISTIAN ATTORNEYS LLC
							David Christian (*pro hac vice*)
							105 W. Madison St., Suite 1400
							Chicago, IL 60602
							Telephone: (862) 362-8605
							Email: dchristian@dca.law

*Attorneys for Great American Assurance Company, f/k/a Agricultural Insurance Company; Great American E&S Insurance Company, f/k/a Agricultural Excess and Surplus Insurance Company; and Great American E&S Insurance Company*