# Exhibit B

## Expense Detail

| Work Date | Timekeeper Name | Description | Bill Amt |
|---|---|---|---|
| 2/1/2021 | Lattner, Ali | Court Costs | 22.50 |
| 2/7/2021 | De la Cruz, Daniela | Outsourced WP Center | 26.95 |
| 2/10/2021 | Valdez, Raul | Photocopying | 0.28 |
| 2/10/2021 | Valdez, Raul | Printing | 0.14 |
| 2/10/2021 | Valdez, Raul | Printing | 0.14 |
| 2/10/2021 | Valdez, Raul | Printing | 0.28 |
| 2/10/2021 | Valdez, Raul | Printing | 0.14 |
| 2/10/2021 | Valdez, Raul | Printing | 0.28 |
| 2/10/2021 | Valdez, Raul | Printing | 0.14 |
| 2/10/2021 | Valdez, Raul | Printing | 0.28 |
| 2/10/2021 | Valdez, Raul | Printing | 0.14 |
| 2/10/2021 | Valdez, Raul | Printing | 1.54 |
| 2/10/2021 | Valdez, Raul | Printing | 0.28 |
| 2/10/2021 | Valdez, Raul | Printing | 0.28 |
| 2/10/2021 | Valdez, Raul | Printing | 0.28 |
| 2/10/2021 | Valdez, Raul | Printing | 0.28 |
| 2/10/2021 | Valdez, Raul | Printing | 0.28 |
| 2/10/2021 | Valdez, Raul | Printing | 0.28 |
| 2/10/2021 | Valdez, Raul | Printing | 1.96 |
| 2/10/2021 | Valdez, Raul | Printing | 21.70 |
| 2/10/2021 | Valdez, Raul | Printing | 18.20 |
| 2/10/2021 | Valdez, Raul | Printing | 7.00 |
| 2/10/2021 | Valdez, Raul | Printing | 2.38 |
| 2/10/2021 | Valdez, Raul | Printing | 8.68 |
| 2/10/2021 | Valdez, Raul | Printing | 4.20 |
| 2/10/2021 | Valdez, Raul | Printing | 12.88 |
| 2/10/2021 | Valdez, Raul | Printing | 88.48 |
| 2/10/2021 | Boone, Robbie | Printing | 3.50 |
| 2/10/2021 | Boone, Robbie | Printing | 16.66 |
| 2/11/2021 | Stainton, Elizabeth | Printing | 1.96 |
| 2/11/2021 | Thomas, Jennifer | Printing | 12.04 |
| 2/11/2021 | Thomas, Jennifer | Printing | 7.98 |
| 2/11/2021 | Thomas, Jennifer | Printing | 0.84 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.26 |
| 2/11/2021 | Thomas, Jennifer | Printing | 2.10 |
| 2/11/2021 | Thomas, Jennifer | Printing | 0.28 |
| 2/11/2021 | Thomas, Jennifer | Printing | 2.24 |
| 2/11/2021 | Thomas, Jennifer | Printing | 0.56 |

| | | | |
|---|---|---|---|
| 2/11/2021 | Thomas, Jennifer | Printing | 0.56 |
| 2/11/2021 | Thomas, Jennifer | Printing | 4.90 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.12 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.26 |
| 2/11/2021 | Thomas, Jennifer | Printing | 2.80 |
| 2/11/2021 | Thomas, Jennifer | Printing | 0.42 |
| 2/11/2021 | Thomas, Jennifer | Printing | 0.42 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.68 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.96 |
| 2/11/2021 | Thomas, Jennifer | Printing | 6.58 |
| 2/11/2021 | Thomas, Jennifer | Printing | 3.64 |
| 2/11/2021 | Thomas, Jennifer | Printing | 0.98 |
| 2/11/2021 | Thomas, Jennifer | Printing | 0.42 |
| 2/11/2021 | Thomas, Jennifer | Printing | 0.70 |
| 2/11/2021 | Thomas, Jennifer | Printing | 3.22 |
| 2/11/2021 | Thomas, Jennifer | Printing | 14.98 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.68 |
| 2/11/2021 | Thomas, Jennifer | Printing | 2.10 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.54 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.12 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.96 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.26 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.82 |
| 2/11/2021 | Thomas, Jennifer | Printing | 0.42 |
| 2/11/2021 | Thomas, Jennifer | Printing | 2.52 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.40 |
| 2/11/2021 | Thomas, Jennifer | Printing | 2.94 |
| 2/11/2021 | Thomas, Jennifer | Printing | 0.70 |
| 2/11/2021 | Thomas, Jennifer | Printing | 6.02 |
| 2/11/2021 | Thomas, Jennifer | Printing | 0.56 |
| 2/11/2021 | Thomas, Jennifer | Printing | 2.52 |
| 2/11/2021 | Thomas, Jennifer | Printing | 0.56 |
| 2/11/2021 | Thomas, Jennifer | Printing | 5.74 |
| 2/11/2021 | Thomas, Jennifer | Printing | 0.70 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.82 |
| 2/11/2021 | Thomas, Jennifer | Printing | 0.70 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.68 |
| 2/11/2021 | Thomas, Jennifer | Printing | 0.42 |
| 2/11/2021 | Thomas, Jennifer | Printing | 2.66 |
| 2/11/2021 | Thomas, Jennifer | Printing | 0.84 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.12 |
| 2/11/2021 | Thomas, Jennifer | Printing | 6.02 |

| | | | |
|---|---|---|---|
| 2/11/2021 | Thomas, Jennifer | Printing | 1.68 |
| 2/11/2021 | Thomas, Jennifer | Printing | 3.22 |
| 2/11/2021 | Thomas, Jennifer | Printing | 0.84 |
| 2/11/2021 | Thomas, Jennifer | Printing | 0.70 |
| 2/11/2021 | Thomas, Jennifer | Printing | 3.92 |
| 2/11/2021 | Thomas, Jennifer | Printing | 2.38 |
| 2/11/2021 | Thomas, Jennifer | Printing | 0.70 |
| 2/11/2021 | Thomas, Jennifer | Printing | 2.38 |
| 2/11/2021 | Thomas, Jennifer | Printing | 3.64 |
| 2/11/2021 | Thomas, Jennifer | Printing | 0.56 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.12 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.54 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.40 |
| 2/11/2021 | Thomas, Jennifer | Printing | 0.70 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.12 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.40 |
| 2/11/2021 | Thomas, Jennifer | Printing | 2.80 |
| 2/11/2021 | Thomas, Jennifer | Printing | 0.42 |
| 2/11/2021 | Thomas, Jennifer | Printing | 4.90 |
| 2/11/2021 | Thomas, Jennifer | Printing | 7.28 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.40 |
| 2/11/2021 | Thomas, Jennifer | Printing | 0.42 |
| 2/11/2021 | Thomas, Jennifer | Printing | 0.56 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.82 |
| 2/11/2021 | Thomas, Jennifer | Printing | 2.24 |
| 2/11/2021 | Thomas, Jennifer | Printing | 2.24 |
| 2/11/2021 | Thomas, Jennifer | Printing | 2.52 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.68 |
| 2/11/2021 | Thomas, Jennifer | Printing | 0.42 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.96 |
| 2/11/2021 | Thomas, Jennifer | Printing | 0.56 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.96 |
| 2/11/2021 | Thomas, Jennifer | Printing | 3.92 |
| 2/11/2021 | Thomas, Jennifer | Printing | 0.98 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.68 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.26 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.54 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.12 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.68 |
| 2/11/2021 | Thomas, Jennifer | Printing | 0.70 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.12 |
| 2/11/2021 | Thomas, Jennifer | Printing | 8.40 |

| | | | |
|---|---|---|---|
| 2/11/2021 | Thomas, Jennifer | Printing | 1.12 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.40 |
| 2/11/2021 | Thomas, Jennifer | Printing | 2.94 |
| 2/11/2021 | Thomas, Jennifer | Printing | 3.64 |
| 2/11/2021 | Thomas, Jennifer | Printing | 3.08 |
| 2/11/2021 | Thomas, Jennifer | Printing | 0.84 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.12 |
| 2/11/2021 | Thomas, Jennifer | Printing | 2.10 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.40 |
| 2/11/2021 | Thomas, Jennifer | Printing | 0.42 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.26 |
| 2/11/2021 | Thomas, Jennifer | Printing | 2.24 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.26 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.26 |
| 2/11/2021 | Thomas, Jennifer | Printing | 3.78 |
| 2/11/2021 | Thomas, Jennifer | Printing | 3.22 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.12 |
| 2/11/2021 | Thomas, Jennifer | Printing | 2.94 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.96 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.12 |
| 2/11/2021 | Thomas, Jennifer | Printing | 10.22 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.68 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.40 |
| 2/11/2021 | Thomas, Jennifer | Printing | 0.70 |
| 2/11/2021 | Thomas, Jennifer | Printing | 3.92 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.54 |
| 2/11/2021 | Thomas, Jennifer | Printing | 2.52 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.12 |
| 2/11/2021 | Thomas, Jennifer | Printing | 3.78 |
| 2/11/2021 | Thomas, Jennifer | Printing | 0.84 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.96 |
| 2/11/2021 | Thomas, Jennifer | Printing | 4.20 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.12 |
| 2/11/2021 | Thomas, Jennifer | Printing | 2.38 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.68 |
| 2/11/2021 | Thomas, Jennifer | Printing | 3.22 |
| 2/11/2021 | Thomas, Jennifer | Printing | 0.84 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.68 |
| 2/11/2021 | Thomas, Jennifer | Printing | 0.42 |
| 2/11/2021 | Thomas, Jennifer | Printing | 0.98 |
| 2/11/2021 | Thomas, Jennifer | Printing | 2.24 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.12 |

| | | | |
|---|---|---|---|
| 2/11/2021 | Thomas, Jennifer | Printing | 1.54 |
| 2/11/2021 | Thomas, Jennifer | Printing | 0.98 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.26 |
| 2/11/2021 | Thomas, Jennifer | Printing | 0.84 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.82 |
| 2/11/2021 | Thomas, Jennifer | Printing | 2.94 |
| 2/11/2021 | Thomas, Jennifer | Printing | 4.20 |
| 2/11/2021 | Thomas, Jennifer | Printing | 2.38 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.26 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.26 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.40 |
| 2/11/2021 | Thomas, Jennifer | Printing | 2.10 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.96 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.54 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.54 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.26 |
| 2/11/2021 | Thomas, Jennifer | Printing | 2.10 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.26 |
| 2/11/2021 | Thomas, Jennifer | Printing | 0.84 |
| 2/11/2021 | Thomas, Jennifer | Printing | 0.70 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.40 |
| 2/11/2021 | Thomas, Jennifer | Printing | 0.70 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.54 |
| 2/11/2021 | Thomas, Jennifer | Printing | 3.22 |
| 2/11/2021 | Thomas, Jennifer | Printing | 3.64 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.12 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.12 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.40 |
| 2/11/2021 | Thomas, Jennifer | Printing | 0.56 |
| 2/11/2021 | Thomas, Jennifer | Printing | 0.98 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.54 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.26 |
| 2/11/2021 | Thomas, Jennifer | Printing | 8.26 |
| 2/11/2021 | Thomas, Jennifer | Printing | 12.18 |
| 2/11/2021 | Thomas, Jennifer | Printing | 2.38 |
| 2/11/2021 | Thomas, Jennifer | Printing | 0.98 |
| 2/11/2021 | Thomas, Jennifer | Printing | 0.84 |
| 2/11/2021 | Thomas, Jennifer | Printing | 0.56 |
| 2/11/2021 | Thomas, Jennifer | Printing | 0.70 |
| 2/11/2021 | Thomas, Jennifer | Printing | 0.84 |
| 2/11/2021 | Thomas, Jennifer | Printing | 0.70 |
| 2/11/2021 | Thomas, Jennifer | Printing | 0.98 |

| | | | |
|---|---|---|---|
| 2/11/2021 | Thomas, Jennifer | Printing | 1.82 |
| 2/11/2021 | Thomas, Jennifer | Printing | 0.84 |
| 2/11/2021 | Thomas, Jennifer | Printing | 2.80 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.26 |
| 2/11/2021 | Thomas, Jennifer | Printing | 0.70 |
| 2/11/2021 | Thomas, Jennifer | Printing | 2.10 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.26 |
| 2/11/2021 | Thomas, Jennifer | Printing | 3.78 |
| 2/11/2021 | Thomas, Jennifer | Printing | 2.80 |
| 2/11/2021 | Thomas, Jennifer | Printing | 0.42 |
| 2/11/2021 | Thomas, Jennifer | Printing | 0.70 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.12 |
| 2/11/2021 | Thomas, Jennifer | Printing | 0.56 |
| 2/11/2021 | Thomas, Jennifer | Printing | 0.70 |
| 2/11/2021 | Thomas, Jennifer | Printing | 0.56 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.96 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.40 |
| 2/11/2021 | Thomas, Jennifer | Printing | 2.10 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.68 |
| 2/11/2021 | Thomas, Jennifer | Printing | 0.56 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.96 |
| 2/11/2021 | Thomas, Jennifer | Printing | 2.52 |
| 2/11/2021 | Thomas, Jennifer | Printing | 6.30 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.12 |
| 2/11/2021 | Thomas, Jennifer | Printing | 5.74 |
| 2/11/2021 | Thomas, Jennifer | Printing | 0.84 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.12 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.82 |
| 2/11/2021 | Thomas, Jennifer | Printing | 0.84 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.82 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.12 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.68 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.68 |
| 2/11/2021 | Thomas, Jennifer | Printing | 2.66 |
| 2/11/2021 | Thomas, Jennifer | Printing | 5.46 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.40 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.82 |
| 2/11/2021 | Thomas, Jennifer | Printing | 2.52 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.26 |
| 2/11/2021 | Thomas, Jennifer | Printing | 0.56 |
| 2/11/2021 | Thomas, Jennifer | Printing | 0.84 |
| 2/11/2021 | Thomas, Jennifer | Printing | 2.10 |

| | | | |
|---|---|---|---|
| 2/11/2021 | Thomas, Jennifer | Printing | 1.96 |
| 2/11/2021 | Thomas, Jennifer | Printing | 0.98 |
| 2/11/2021 | Thomas, Jennifer | Printing | 0.98 |
| 2/11/2021 | Thomas, Jennifer | Printing | 2.24 |
| 2/11/2021 | Thomas, Jennifer | Printing | 2.80 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.54 |
| 2/11/2021 | Thomas, Jennifer | Printing | 2.66 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.68 |
| 2/11/2021 | Thomas, Jennifer | Printing | 0.70 |
| 2/11/2021 | Thomas, Jennifer | Printing | 0.84 |
| 2/11/2021 | Thomas, Jennifer | Printing | 0.70 |
| 2/11/2021 | Thomas, Jennifer | Printing | 0.70 |
| 2/11/2021 | Thomas, Jennifer | Printing | 2.38 |
| 2/11/2021 | Thomas, Jennifer | Printing | 0.98 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.12 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.26 |
| 2/11/2021 | Thomas, Jennifer | Printing | 3.36 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.12 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.68 |
| 2/11/2021 | Thomas, Jennifer | Printing | 1.68 |
| 2/11/2021 | Thomas, Jennifer | Printing | 2.94 |
| 2/11/2021 | Thomas, Jennifer | Printing | 2.94 |
| 2/11/2021 | Lattner, Ali | Court Costs | 27.75 |
| 2/12/2021 | Valdez, Raul | Printing | 1.54 |
| 2/12/2021 | Andolina, Michael | Courier Service | 28.90 |
| 2/17/2021 | Lauria (Boelter), Jessica | Printing | 0.28 |
| 2/17/2021 | Lauria (Boelter), Jessica | Printing | 0.98 |
| 2/17/2021 | Lauria (Boelter), Jessica | Printing | 3.78 |
| 2/17/2021 | Lauria (Boelter), Jessica | Printing | 1.68 |
| 2/17/2021 | Lauria (Boelter), Jessica | Printing | 2.52 |
| 2/17/2021 | Lauria (Boelter), Jessica | Printing | 2.10 |
| 2/17/2021 | Lauria (Boelter), Jessica | Printing | 1.26 |
| 2/17/2021 | Lauria (Boelter), Jessica | Printing | 4.90 |
| 2/17/2021 | Lauria (Boelter), Jessica | Printing | 1.54 |
| 2/17/2021 | Lauria (Boelter), Jessica | Printing | 1.26 |
| 2/18/2021 | Lattner, Ali | Court Costs | 27.75 |
| 2/21/2021 | Spencer, Paige | Outsourced WP Center | 20.65 |
| 2/23/2021 | Thomas, Jennifer | Document Research | 13.17 |
| 2/23/2021 | Burgess, Kelsey | Computer Services | 14.00 |
| 2/24/2021 | Hammond, Andrew | Taxi - Business | 154.42 |
| 2/24/2021 | Boone, Robbie | Printing | 4.34 |
| 2/24/2021 | Boone, Robbie | Printing | 6.02 |

| | | | |
|---|---|---|---|
| 2/24/2021 | Boone, Robbie | Printing | 2.38 |
| 2/24/2021 | Boone, Robbie | Printing | 16.66 |
| 2/26/2021 | Andolina, Michael | Courier Service | 53.30 |
| 2/26/2021 | Andolina, Michael | Courier Service | 53.30 |
| 2/27/2021 | Hirshorn, Deanna | Outsourced WP Center | 139.30 |
| 2/28/2021 | Linder, Matthew | Outsourced WP Center | 43.75 |
| | | | **$1,357.66** |