UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:                                    Chapter 11

                                    Case No. 20 - 10343 (LSS)

Debtor: BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, et al.

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice

of Annette P. Rolain

to represent Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Fire Insurance Company

in this action.

/s/ Gregory J. Flasser

Gregory J. Flasser (DE Bar No. 6154)
BAYARD, P.A.
600 N. King Street, Suite 400
Wilmington, Delaware 19801
(302) 429-4235
gflasser@bayardlaw.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the District of Columbia and the Commonwealth of Virginia and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Annette P. Rolain

Annette P. Rolain, Esq.
Shipman and Goodwin LLP
1875 K Street NW, Suite 600
Washington, DC 20006-1251
(202) 469-7767
arolain@goodwin.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Local Form 105