# Attachment A

SpringfieldConf Andrus Wagstaff, PC

| Claim Number |
| --- |
| SA-60218 |
| SA-76772 |
| SA-76750 |
| SA-72762 |
| SA-72729 |
| SA-72698 |
| SA-55081 |
| SA-59993 |
| SA-41321 |
| SA-56969 |
| SA-76765 |
| SA-76867 |
| SA-72735 |
| SA-56714 |
| SA-76909 |
| SA-72706 |
| SA-72776 |
| SA-72625 |
| SA-41008 |
| SA-76974 |
| SA-89040 |

SpringfieldConf Andrus Wagstaff, PC

| Claim Number |
|---|
| SA-72648 |
| SA-72559 |
| SA-94292 |
| SA-72524 |
| SA-51249 |
| SA-50271 |
| SA-64027 |
| SA-36871 |
| SA-39624 |
| SA-72454 |
| SA-77118 |
| SA-72446 |
| SA-77170 |
| SA-77233 |
| SA-72333 |
| SA-58964 |
| SA-72364 |
| SA-77256 |
| SA-77314 |
| SA-77354 |
| SA-63573 |

SpringfieldConf Andrus Wagstaff, PC

| Claim Number |
|---|
| SA-65081 |
| SA-60112 |
| SA-72317 |
| SA-77400 |
| SA-59101 |
| SA-47851 |
| SA-77510 |
| SA-44118 |
| SA-44120 |
| SA-37523 |
| SA-77578 |
| SA-71440 |
| SA-71402 |
| SA-41450 |
| SA-42343 |
| SA-60341 |
| SA-71340 |
| SA-77726 |
| SA-76686 |
| SA-71371 |
| SA-18381 |

SpringfieldConf Andrus Wagstaff, PC

| Claim Number |
| --- |
| SA-59095 |
| SA-18390 |
| SA-71259 |
| SA-46154 |
| SA-28861 |
| SA-77812 |
| SA-65393 |
| SA-77769 |
| SA-77877 |
| SA-77881 |
| SA-71240 |
| SA-71152 |
| SA-64671 |
| SA-28994 |
| SA-77970 |
| SA-18393 |
| SA-13258 |
| SA-71167 |
| SA-71177 |
| SA-71018 |
| SA-71042 |

SpringfieldConf Andrus Wagstaff, PC

| Claim Number |
|---|
| SA-71049 |
| SA-71069 |
| SA-71089 |
| SA-71099 |
| SA-70973 |
| SA-70974 |
| SA-94242 |
| SA-29481 |
| SA-70933 |
| SA-35031 |
| SA-81597 |
| SA-70838 |
| SA-70855 |
| SA-81605 |
| SA-69440 |
| SA-81566 |
| SA-72832 |
| SA-70738 |
| SA-81577 |
| SA-65211 |
| SA-71080 |

SpringfieldConf Andrus Wagstaff, PC

| Claim Number |
| --- |
| SA-58991 |
| SA-59017 |
| SA-56889 |
| SA-81583 |
| SA-70570 |
| SA-70629 |
| SA-70544 |
| SA-70375 |
| SA-81521 |
| SA-70720 |
| SA-70743 |
| SA-70403 |
| SA-19605 |
| SA-81525 |
| SA-81536 |
| SA-28853 |
| SA-62900 |
| SA-70410 |
| SA-81445 |
| SA-47538 |
| SA-76527 |

SpringfieldConf Andrus Wagstaff, PC

| Claim Number |
|---|
| SA-81492 |
| SA-70260 |
| SA-81412 |
| SA-81432 |
| SA-81384 |
| SA-81367 |
| SA-81374 |
| SA-70247 |
| SA-65154 |
| SA-52747 |
| SA-70226 |
| SA-70234 |
| SA-52664 |
| SA-67878 |
| SA-64806 |
| SA-54739 |