## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**RE:  2451** |

### CERTIFICATE OF NO OBJECTION REGARDING THE FOURTH INTERIM FEE APPLICATION OF HAYNES AND BOONE, LLP, AS SPECIAL INSURANCE COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM NOVEMBER 1, 2020 TO AND INCLUDING JANUARY 31, 2021

The undersigned hereby certifies that, as of the date hereof, Haynes and Boone, LLP ("H&B") has received no answer, objection or other responsive pleading to the *Fourth Interim Fee Application of Haynes and Boone, LLP, as Special Insurance Counsel for the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period From November 1, 2020 to and Including January 31, 2021* (the "Application") (D.I. 2451), filed on March 25, 2021.

The undersigned further certifies that H&S has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon.  Pursuant to the Notice, objections to the Application were to be filed and served no later than April 8, 2021 at 4:00 p.m. (Eastern Time).

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

WHEREFORE, H&B respectfully requests that the Application be approved.

| | |
|---|---|
| Dated:  April 20, 2021<br>Dallas, Texas | **HAYNES AND BOONE, LLP**<br><br>*/s/ Ernest Martin, Jr.*_____<br>Ernest Martin, Jr.<br>Partner<br>2323 Victory Avenue, Suite 700<br>Dallas, Texas 75219<br>Telephone: 214.651.5000<br>Email: Ernest.Martin@haynesboone.com<br><br>SPECIAL INSURANCE COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION |