EXHIBIT A



700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
O 202.772.2200
F 202.772.3333

GilbertLegal.com

April 20, 2021

James Patton, Jr.                                          Invoice Number:      11322858
Future Claimants' Representative for                       Client Number:            1613
Boy Scouts of America
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801

---

FOR PROFESSIONAL SERVICES RENDERED  through March 31, 2021

**Re: James Patton, Jr.**

| Matter Description | Fees | Costs | Total |
|---|---|---|---|
| Insurance Analysis & Recovery | 353,674.50 | 2,463.37 | 356,137.87 |
| Retention / Fee Application | 133.00 | .00 | 133.00 |
| Non-Working Travel (Billed @ 50%) | 1,100.00 | .00 | 1,100.00 |
| Plan of Reorganization / Disclosure Statement | 31,597.50 | .00 | 31,597.50 |
| **Total** | **386,505.00** | **2,463.37** | **388,968.37** |

TOTAL FEES               $ 386,505.00

TOTAL EXPENSES            $ 2,463.37

**TOTAL FEES AND EXPENSES      $ 388,968.37**



FOR PROFESSIONAL SERVICES RENDERED through March 31, 2021

**Insurance Analysis & Recovery**

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 3/01/21 | Quinn, K. | Revise insurer demand letters (0.4); confer with M. Neely re same (0.6). | 1.00 | 1,100.00 |
| 3/01/21 | Quinn, K. | Confer with client and T. Vasquez re next steps. | .20 | 220.00 |
| 3/01/21 | Neely, M. | Email K. Quinn re demand letters. | .20 | 125.00 |
| 3/01/21 | Neely, M. | Confer with K. Quinn re demand letters. | .60 | 375.00 |
| 3/01/21 | Neely, M. | Revise Insurer #1 and Insurer #2 demand letters. | 2.60 | 1,625.00 |
| 3/01/21 | Glaeberman, M. | Continue policy language review project for Liberty policies. | 8.00 | 2,400.00 |
| 3/01/21 | Grim, E. | Review updated insurance analysis. | .20 | 140.00 |
| 3/01/21 | Colcock, S. | Research Datasite for evidence of local policies identified by BSA. [24 policies] | 3.80 | 1,254.00 |
| 3/01/21 | McGlinchey, P. | Compare policy numbers asserted by BSA to master policy listing spreadsheet. | 1.60 | 312.00 |
| 3/01/21 | McGlinchey, P. | Revise master policy listing spreadsheet to add policies asserted by BSA [28 policies]. | 1.40 | 273.00 |
| 3/01/21 | Dechant, K. | Draft Zurich coverage analysis and strategy outline. | 7.70 | 3,272.50 |
| 3/01/21 | Dechant, K. | Draft Navigators coverage analysis and strategy outline. | 1.50 | 637.50 |
| 3/01/21 | Dechant, K. | Draft Great American coverage analysis and strategy outline. | 2.00 | 850.00 |
| 3/02/21 | Quinn, K. | Revise draft demand letters. | 1.40 | 1,540.00 |
| 3/02/21 | Quinn, K. | Confer with D. Molton re status. | .20 | 220.00 |
| 3/02/21 | Quinn, K. | Review J. Schulman comments to demand letters. | .20 | 220.00 |
| 3/02/21 | Neely, M. | Revise demand letter to Insurer #2. | 1.40 | 875.00 |
| 3/02/21 | Neely, M. | Confer with G. Le Chevallier re insurer demands. | .40 | 250.00 |
| 3/02/21 | Neely, M. | Revise coverage valuation presentation with updated allocation values. | 7.50 | 4,687.50 |
| 3/02/21 | Glaeberman, M. | Continue policy language review project for Liberty policies. | 8.00 | 2,400.00 |
| 3/02/21 | Grim, E. | Revise insurer demand letters. | .90 | 630.00 |
| 3/02/21 | Colcock, S. | Revise national policy information in master policy tracking spreadsheet. | 3.60 | 1,188.00 |
| 3/02/21 | Colcock, S. | Continue researching Datasite for evidence of local policies identified by BSA. [3 policies] | .50 | 165.00 |

Invoice Number: 11322858
April 20, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 3/02/21 | McGlinchey, P. | Revise master policy listing spreadsheet to add policies asserted by BSA [6 policies]. | .30 | 58.50 |
| 3/02/21 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .30 | 58.50 |
| 3/02/21 | Dechant, K. | Draft Travelers coverage analysis and strategy outline. | 8.00 | 3,400.00 |
| 3/02/21 | Dechant, K. | Continue drafting Great American coverage analysis and strategy outline. | 1.00 | 425.00 |
| 3/02/21 | Dechant, K. | Draft London Market coverage analysis and strategy outline. | 1.70 | 722.50 |
| 3/03/21 | Quinn, K. | Review draft coverage presentation. | .50 | 550.00 |
| 3/03/21 | Quinn, K. | Confer with M. Farnell, G. Le Chevallier, J. Crockett, I. Nasitir, J. Schulman, M. Neely and E. Grim re insurance demands. | .70 | 770.00 |
| 3/03/21 | Quinn, K. | Revise draft Insurer #3 letter. | .70 | 770.00 |
| 3/03/21 | Quinn, K. | Review final Insurer #1 and Tranche 1 letters to insurers. | .60 | 660.00 |
| 3/03/21 | Quinn, K. | Confer with J. Shulman re demands on insurers. | .20 | 220.00 |
| 3/03/21 | Quinn, K. | Review G. Le Chevallier email re Tranche 2 carriers. | .20 | 220.00 |
| 3/03/21 | Quinn, K. | Email client re revisions to insurer demand letters. | .20 | 220.00 |
| 3/03/21 | Neely, M. | Analyze insurer exposure for demands. | 1.20 | 750.00 |
| 3/03/21 | Neely, M. | Review information re bad faith damages under state law. | .90 | 562.50 |
| 3/03/21 | Neely, M. | Confer with M. Farnell, G. Le Chevallier, J. Crockett, I. Nasitir, J. Schulman, K. Quinn and E. Grim re insurance demands. | .70 | 437.50 |
| 3/03/21 | Neely, M. | Revise Insurer #1 and Insurer #2 demand letters. | .90 | 562.50 |
| 3/03/21 | Neely, M. | Draft demand letters to Insurer #4, Insurer #5, and Insurer #6. | 2.50 | 1,562.50 |
| 3/03/21 | Neely, M. | Finalize insurer demand letters for transmission. | 2.30 | 1,437.50 |
| 3/03/21 | Glaeberman, M. | Continue policy language review project for Liberty policies. | 8.00 | 2,400.00 |
| 3/03/21 | Grim, E. | Confer with M. Farnell, G. Le Chevallier, J. Crockett, I. Nasitir J. Shulman, K. Quinn and M. Neely re insurer demands. | .70 | 490.00 |
| 3/03/21 | Colcock, S. | Draft priority insurer evidence list. | 1.90 | 627.00 |
| 3/03/21 | Colcock, S. | Review legal arguments in state action for evidence of bad faith claims. | .90 | 297.00 |
| 3/03/21 | Colcock, S. | Continue researching Datasite for evidence of local policies identified by BSA. [26 policies] | 4.70 | 1,551.00 |

Invoice Number: 11322858
April 20, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 3/03/21 | McGlinchey, P. | Revise master policy listing spreadsheet to add policies asserted by BSA [126 policies]. | 6.30 | 1,228.50 |
| 3/03/21 | Dechant, K. | Email M. Neely re insurer coverage analysis and strategy outlines. | .20 | 85.00 |
| 3/03/21 | Dechant, K. | Continue drafting London Market coverage analysis and strategy outline. | .90 | 382.50 |
| 3/04/21 | Quinn, K. | Email co-counsel re mediators' proposed meeting. | .20 | 220.00 |
| 3/04/21 | Neely, M. | Email demand letters to mediators. | .20 | 125.00 |
| 3/04/21 | Colcock, S. | Continue researching Datasite for evidence of local policies identified by BSA. [15 policies] | 4.40 | 1,452.00 |
| 3/04/21 | McGlinchey, P. | Continue revising master policy listing spreadsheet to add policies asserted by BSA [46 policies]. | 2.30 | 448.50 |
| 3/04/21 | Dechant, K. | Draft W.R. Berkley coverage analysis and strategy outline. | 4.80 | 2,040.00 |
| 3/04/21 | Dechant, K. | Draft Altegrity coverage analysis and strategy outline. | 1.00 | 425.00 |
| 3/04/21 | Dechant, K. | Draft Mercer coverage analysis and strategy outline. | 1.00 | 425.00 |
| 3/05/21 | Quinn, K. | Participate in BSA, FCR, TCC and Coalition mediation session. | 1.50 | 1,650.00 |
| 3/05/21 | Quinn, K. | Review Insurer #1 response to demand letter. | .30 | 330.00 |
| 3/05/21 | Neely, M. | Attend BSA, FCR, TCC, and Coalition mediation session. | 1.50 | 937.50 |
| 3/05/21 | Neely, M. | Analyze insurer exhaustion and insolvency information. | 6.10 | 3,812.50 |
| 3/05/21 | Glaeberman, M. | Complete policy language analysis for Liberty policies (0.6); begin analysis for Navigators and Swiss RE (7.4). | 8.00 | 2,400.00 |
| 3/05/21 | Grim, E. | Attend Debtor, TCC, Coalition, and FCR mediation session. | 1.50 | 1,050.00 |
| 3/05/21 | Colcock, S. | Revise national policy information in master policy tracking spreadsheet. | 1.30 | 429.00 |
| 3/05/21 | Colcock, S. | Continue researching Datasite for evidence of local policies identified by BSA. [18 policies] | 4.40 | 1,452.00 |
| 3/05/21 | McGlinchey, P. | Revise master policy listing spreadsheet to add policies asserted by BSA [68 policies]. | 3.40 | 663.00 |
| 3/05/21 | McGlinchey, P. | Draft summary of documents recently added to Datasite containing insurance-related information. | .40 | 78.00 |
| 3/05/21 | Dechant, K. | Draft Markel coverage analysis and strategy outline. | 2.70 | 1,147.50 |
| 3/06/21 | Quinn, K. | Revise Tranche 4 data. | 1.20 | 1,320.00 |

Invoice Number: 11322858
April 20, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 3/06/21 | Dechant, K. | Revise Zurich, Navigators, Great American, Travelers, London Market, W.R. Berkley, Altegrity, Mercer, and Markel coverage analysis and strategy outlines. | 5.40 | 2,295.00 |
| 3/07/21 | Quinn, K. | Review local council proposal. | .20 | 220.00 |
| 3/07/21 | Neely, M. | Draft Berkshire Hathaway strategy outline. | 1.10 | 687.50 |
| 3/08/21 | Quinn, K. | Review agreement re troop rosters. | .20 | 220.00 |
| 3/08/21 | Quinn, K. | Review memorandum re status of adversary proceeding in advance of call. | .20 | 220.00 |
| 3/08/21 | Quinn, K. | Confer with J. Shulman re status. | .30 | 330.00 |
| 3/08/21 | Neely, M. | Email K. Quinn, E. Grim, K. Dechant, and J. Sanchez re ongoing insurance analysis. | .40 | 250.00 |
| 3/08/21 | Neely, M. | Revise allocation workbook to include erosion information. | 1.30 | 812.50 |
| 3/08/21 | Glaeberman, M. | Complete policy language analysis for Navigators and Swiss RE. | 7.80 | 2,340.00 |
| 3/08/21 | Colcock, S. | Continue researching Datasite for evidence of local policies identified by BSA. [22 policies] | 6.40 | 2,112.00 |
| 3/08/21 | McGlinchey, P. | Revise master policy listing spreadsheet per review of policy exhaustion chart uploaded to Datasite. | 5.20 | 1,014.00 |
| 3/08/21 | McGlinchey, P. | Continue revising master policy listing spreadsheet to add policies asserted by BSA [7 policies]. | .30 | 58.50 |
| 3/08/21 | Dechant, K. | Review fronting policy language [Indices 7.1.18.1, 7.1.18.1, 7.1.21.3, 7.1.20.3, 7.1.22.1, 7.1.24.1, 7.1.23.1, 7.1.23.1/7.1.23.2, 7.1.23.1, 7.1.26.7, 7.1.27.2]. | 3.30 | 1,402.50 |
| 3/09/21 | Neely, M. | Analyze updated allocations for additional insurer demands. | 6.30 | 3,937.50 |
| 3/09/21 | Neely, M. | Review revisions to erosion updates. | .70 | 437.50 |
| 3/09/21 | Glaeberman, M. | Begin policy language analysis for XL Capital Group. | 7.80 | 2,340.00 |
| 3/09/21 | Colcock, S. | Revise national policy information in master policy tracking spreadsheet. | .90 | 297.00 |
| 3/09/21 | Colcock, S. | Finish researching Datasite for evidence of local policies identified by BSA. [19 policies] | 4.90 | 1,617.00 |
| 3/09/21 | McGlinchey, P. | Complete revisions to master policy listing spreadsheet per review of policy exhaustion chart uploaded to Datasite. | .40 | 78.00 |
| 3/09/21 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .20 | 39.00 |
| 3/09/21 | McGlinchey, P. | Revise master policy listing spreadsheet to add policies asserted by BSA [142 policies]. | 3.30 | 643.50 |

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 3/09/21 | McGlinchey, P. | Draft comparison spreadsheet to identify certain local council policies asserted by BSA. | 1.20 | 234.00 |
| 3/09/21 | Dechant, K. | Continue review fronting policy language [Indices 7.1.29.4, 7.1.29.4, 7.1.30.6, 7.1.31.4, 7.1.32.6, 7.1.33.5, 7.1.34.4, 7.1.35.4, 7.1.26.4, 7.1.27.1, 7.1.29.3/7.5.1.1.26, 7.1.29.3/7.5.1.1.26, 7.1.30.5, 7.1.31.3, 7.1.32.5, 7.1.33.2, 7.1.34.3, 7.1.35.3]. | 5.40 | 2,295.00 |
| 3/09/21 | Dechant, K. | Email M. Neely re coverage value presentation and fronting policies memorandum. | .30 | 127.50 |
| 3/09/21 | Dechant, K. | Begin drafting Century coverage analysis and strategy outline. | 3.40 | 1,445.00 |
| 3/10/21 | Quinn, K. | Review updated motion to withdraw the reference. | .40 | 440.00 |
| 3/10/21 | Quinn, K. | Confer with G. Le Chevallier, M. Atkinson, I. Nasitir, J. Schuman, E. Grim and M. Neely re insurer demands. | .80 | 880.00 |
| 3/10/21 | Quinn, K. | Confer with E. Grim, K. Dechant and S. Colcock re status and strategy. | 1.00 | 1,100.00 |
| 3/10/21 | Quinn, K. | Email client re total value call. | .20 | 220.00 |
| 3/10/21 | Neely, M. | Confer with G. Le Chevallier re insurer demands. | .30 | 187.50 |
| 3/10/21 | Neely, M. | Confer with G. Le Chevallier, M. Atkinson, I. Nasitir, J. Schulman, K. Quinn and E. Grim re insurer demands. | .80 | 500.00 |
| 3/10/21 | Neely, M. | Analyze exhaustion language in excess policy. | .10 | 62.50 |
| 3/10/21 | Neely, M. | Confer with S. Colcock, P. McGlinchey, J. Sanchez and G. Foster re local council policy review. | .60 | 375.00 |
| 3/10/21 | Neely, M. | Email K. Dechant re policy list summary. | .20 | 125.00 |
| 3/10/21 | Neely, M. | Begin drafting memorandum re fronting insurance policies. | 6.90 | 4,312.50 |
| 3/10/21 | Glaeberman, M. | Email T. Jones and M. Neely re strategy for policy language review. | .50 | 150.00 |
| 3/10/21 | Glaeberman, M. | Continue policy language analysis for XL Capital Group. | 7.60 | 2,280.00 |
| 3/10/21 | Grim, E. | Confer with G. Le Chevallier, M. Atkinson, I. Nasitir, J. Schulman, and K. Quinn re insurer demands (partial). | .50 | 350.00 |
| 3/10/21 | Grim, E. | Confer with K. Quinn, K. Dechant and S. Colcock re insurance analysis (partial). | .50 | 350.00 |
| 3/10/21 | Jones, T. | Review 21 national policies. | 8.00 | 2,400.00 |
| 3/10/21 | Sanchez, J. | Confer with M. Neely, S. Colcock, P. McGlinchey and G. Foster re local council policy review. | .60 | 225.00 |
| 3/10/21 | Foster, G. | Confer with M. Neely, S. Colcock, P. McGlinchey and J. Sanchez re local council policy review. | .60 | 117.00 |

Invoice Number: 11322858
April 20, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 3/10/21 | Colcock, S. | Revise national policy information in master policy tracking spreadsheet. | 1.20 | 396.00 |
| 3/10/21 | Colcock, S. | Confer with E. Grim, M. Neely and K. Dechant re case updates. | 1.00 | 330.00 |
| 3/10/21 | Colcock, S. | Confer with M. Neely, P. McGlinchey, J. Sanchez and G. Foster re policy review. | .60 | 198.00 |
| 3/10/21 | Colcock, S. | Begin reviewing local policies found in Datasite for limits and identifying discrepancies against BSA list [15 policies]. | 5.40 | 1,782.00 |
| 3/10/21 | McGlinchey, P. | Confer with M. Neely, S. Colcock, J. Sanchez, and G. Foster and re policy review. | 1.00 | 195.00 |
| 3/10/21 | McGlinchey, P. | Continue revising master policy listing spreadsheet to add policies assumed by BSA. | 5.40 | 1,053.00 |
| 3/10/21 | Dechant, K. | Review language of Century policies marked as certain exclusion for analysis re same. | .40 | 170.00 |
| 3/10/21 | Dechant, K. | Create templates for insurer-specific tables from national policy data on master spreadsheet. | 2.00 | 850.00 |
| 3/10/21 | Dechant, K. | Draft analysis of INA fronting policies. | 2.90 | 1,232.50 |
| 3/10/21 | Dechant, K. | Draft allocation modeling results and guidelines spreadsheet. | 2.10 | 892.50 |
| 3/10/21 | Dechant, K. | Confer with K. Quinn, E. Grim and S. Colcock re status. | 1.00 | 425.00 |
| 3/11/21 | Quinn, K. | Confer with M. Andolina re settlement issues. | .50 | 550.00 |
| 3/11/21 | Quinn, K. | Confer with B. Greene re settlement proposal. | .80 | 880.00 |
| 3/11/21 | Quinn, K. | Email client re update on developments. | .20 | 220.00 |
| 3/11/21 | Quinn, K. | Confer with J. Ruggeri re settlement. | .40 | 440.00 |
| 3/11/21 | Quinn, K. | Confer with M. Farnell, G. Le Chevallier, J. Crockett, M. Neely and K. Dechant re status and settlement strategy. | .80 | 880.00 |
| 3/11/21 | Neely, M. | Confer with M. Farnell, G. Le Chevallier, J. Crockett, K. Quinn and K. Dechant re insurance recovery strategy. | .80 | 500.00 |
| 3/11/21 | Neely, M. | Review revised allocations. | .60 | 375.00 |
| 3/11/21 | Neely, M. | Research supplemental authorities re fronting policy provisions. | 2.80 | 1,750.00 |
| 3/11/21 | Glaeberman, M. | Continue policy language analysis for XL Capital Group. | 8.00 | 2,400.00 |
| 3/11/21 | Grim, E. | Email K. Quinn re strategy for negotiations with Debtors and insurers. | .70 | 490.00 |
| 3/11/21 | Jones, T. | Review 14 national policies. | 8.00 | 2,400.00 |
| 3/11/21 | Foster, G. | Review 6 local council policies from BSA spreadsheet. | 2.90 | 565.50 |

Invoice Number: 11322858
April 20, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 3/11/21 | Foster, G. | Confer with P. McGlinchey re policy comparison. | .30 | 58.50 |
| 3/11/21 | Foster, G. | Confer with P. McGlinchey and S. Colcock re policy comparison. | .30 | 58.50 |
| 3/11/21 | Colcock, S. | Analyze various allocation scenarios and update results spreadsheets for upcoming presentation. | 5.10 | 1,683.00 |
| 3/11/21 | Colcock, S. | Confer with P. McGlinchey and G. Foster re policy discrepancy review. | .30 | 99.00 |
| 3/11/21 | McGlinchey, P. | Confer with G. Foster re policy comparison. | .30 | 58.50 |
| 3/11/21 | McGlinchey, P. | Confer with G. Foster and S. Colcock re policy comparison. | .30 | 58.50 |
| 3/11/21 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .20 | 39.00 |
| 3/11/21 | McGlinchey, P. | Continue revision of master policy listing spreadsheet to add policies assumed by BSA. | 3.20 | 624.00 |
| 3/11/21 | Dechant, K. | Research relationships among various Chubb/Century/INA entities. | 1.20 | 510.00 |
| 3/11/21 | Dechant, K. | Confer with M. Farnell, G. Le Chevallier, J. Crockett, K. Quinn and M. Neely re insurance recovery strategy. | .80 | 340.00 |
| 3/11/21 | Dechant, K. | Revise allocation modeling results and guidelines spreadsheet (2.1); email M. Neely re procedures for running allocation models and confirmation measures (1.0); review results of same (0.5). | 3.60 | 1,530.00 |
| 3/11/21 | Dechant, K. | Policy review of insolvency language and certain endorsements [Indices 7.1.18.1, 7.1.18.1, 7.1.21.3, 7.1.20.3, 7.1.22.1, 7.1.24.1, 7.1.23.1, 7.1.23.1/7.1.23.2, 7.1.23.1, 7.1.26.7, 7.1.27.2, 7.1.29.4, 7.1.29.4, 7.1.30.6, 7.1.31.4, 7.1.32.6, 7.1.33.5, 7.1.34.4, 7.1.35.4, 7.1.26.4, 7.1.27.1, 7.1.29.3/7.5.1.1.26, 7.1.29.3/7.5.1.1.26, 7.1.30.5, 7.1.31.3, 7.1.32.5, 7.1.33.2, 7.1.34.3, 7.1.35.3]. | 2.50 | 1,062.50 |
| 3/12/21 | Quinn, K. | Confer with J. Patton, E. Harron, R. Brady and E. Grim re updates and insurer conversations. | 1.00 | 1,100.00 |
| 3/12/21 | Quinn, K. | Confer with T. Gallagher, G. Le Chevallier, M. Farnell, M. Atkinson, K. Pasich, J. Schulman, and M. Neely re insurer demands. | 1.20 | 1,320.00 |
| 3/12/21 | Neely, M. | Review progress of national policy language analysis. | .30 | 187.50 |
| 3/12/21 | Neely, M. | Analyze Allianz claim list. | 1.00 | 625.00 |
| 3/12/21 | Neely, M. | Confer with T. Gallagher, G. Le Chevallier, M. Farnell, M. Atkinson, K. Pasich, J. Schulman, and K. Quinn re insurer demands. | 1.20 | 750.00 |
| 3/12/21 | Neely, M. | Confer with K. Dechant re revisions to coverage valuation presentation. | .40 | 250.00 |

Invoice Number: 11322858
April 20, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 3/12/21 | Neely, M. | Continue analysis of coverage valuation approach. | 2.40 | 1,500.00 |
| 3/12/21 | Glaeberman, M. | Continue policy language analysis for XL Capital Group. | 7.70 | 2,310.00 |
| 3/12/21 | Grim, E. | Confer with J. Patton, E. Harron, R. Brady and K. Quinn re strategy for plan and insurance negotiations. | 1.00 | 700.00 |
| 3/12/21 | Jones, T. | Review 10 national policies. | 8.00 | 2,400.00 |
| 3/12/21 | Foster, G. | Continue reviewing 17 policies from BSA tracking sheet for comparison to master tracking sheet. | 6.00 | 1,170.00 |
| 3/12/21 | Colcock, S. | Continue reviewing local policies found in Datasite for limits and identifying discrepancies against BSA list [5 policies]. | 1.80 | 594.00 |
| 3/12/21 | Colcock, S. | Revise national policy information in master policy tracking spreadsheet. | 1.40 | 462.00 |
| 3/12/21 | McGlinchey, P. | Draft summary of documents recently added to Datasite containing insurance-related information. | .30 | 58.50 |
| 3/12/21 | McGlinchey, P. | Continue revision of master policy listing spreadsheet to add policies assumed by BSA. | 2.70 | 526.50 |
| 3/12/21 | Dechant, K. | Revise fronting policies memorandum. | 1.30 | 552.50 |
| 3/12/21 | Dechant, K. | Revise coverage value presentation. | 4.20 | 1,785.00 |
| 3/12/21 | Dechant, K. | Confer with M. Neely coverage value presentation. | .40 | 170.00 |
| 3/13/21 | Neely, M. | Continue analyzing insurance valuation approach. | 4.70 | 2,937.50 |
| 3/14/21 | Quinn, K. | Revise insurance-related calculations. | 1.20 | 1,320.00 |
| 3/14/21 | Jones, T. | Review 4 national policies. | 2.00 | 600.00 |
| 3/15/21 | Quinn, K. | Revise draft allocation analysis update. | 1.20 | 1,320.00 |
| 3/15/21 | Quinn, K. | Review Insurer #7 demand letter. | .10 | 110.00 |
| 3/15/21 | Quinn, K. | Email M. Farnell re next steps. | .20 | 220.00 |
| 3/15/21 | Neely, M. | Revise coverage valuation presentation. | 4.00 | 2,500.00 |
| 3/15/21 | Neely, M. | Analyze Columbia local council coverage. | .60 | 375.00 |
| 3/15/21 | Neely, M. | Confer with G. Le Chevallier re fronting and local council coverage issues. | 1.10 | 687.50 |
| 3/15/21 | Glaeberman, M. | Complete policy language analysis for XL Capital Group (4.0); begin review of Great American policies (4.0). | 8.00 | 2,400.00 |
| 3/15/21 | Jones, T. | Review 22 national policies. | 7.00 | 2,100.00 |
| 3/15/21 | Foster, G. | Review 25 policies from BSA spreadsheet and compare to master spreadsheet. | 5.70 | 1,111.50 |
| 3/15/21 | Colcock, S. | Continue reviewing local policies found in Datasite for limits and identifying discrepancies against BSA list [15 policies]. | 3.00 | 990.00 |

Invoice Number: 11322858
April 20, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 3/15/21 | McGlinchey, P. | Continue revision of master policy listing spreadsheet to add policies assumed by BSA. | 4.00 | 780.00 |
| 3/15/21 | Dechant, K. | Continue revising coverage value presentation. | 7.20 | 3,060.00 |
| 3/15/21 | Dechant, K. | Email M. Neely re presentation, fronting policies memorandum, allocations, and demands. | .30 | 127.50 |
| 3/16/21 | Neely, M. | Analyze trigger issues. | 1.20 | 750.00 |
| 3/16/21 | Neely, M. | Confer with G. Le Chevallier re local council coverage and insurer demands. | .60 | 375.00 |
| 3/16/21 | Neely, M. | Email K. Quinn re insurance allocations. | .20 | 125.00 |
| 3/16/21 | Glaeberman, M. | Continue policy language analysis for Great American policies. | 8.00 | 2,400.00 |
| 3/16/21 | Jones, T. | Review 10 national policies. | 8.00 | 2,400.00 |
| 3/16/21 | Foster, G. | Continue reviewing 12 policies from BSA tracking sheet and master tracking sheet. | 3.00 | 585.00 |
| 3/16/21 | Colcock, S. | Revise national policy information in master policy tracking spreadsheet. | 2.40 | 792.00 |
| 3/16/21 | Colcock, S. | Continue reviewing local policies found in Datasite for limits and identifying discrepancies against BSA list [12 policies]. | 3.30 | 1,089.00 |
| 3/16/21 | McGlinchey, P. | Continue revision of master policy listing spreadsheet to add policies assumed by BSA. | 2.90 | 565.50 |
| 3/16/21 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .50 | 97.50 |
| 3/16/21 | McGlinchey, P. | Email M. Neely re status of local council policy review. | .30 | 58.50 |
| 3/16/21 | Dechant, K. | Revise coverage value presentation. | 2.60 | 1,105.00 |
| 3/16/21 | Dechant, K. | Revise unavailable coverage amounts in coverage value presentation. | 1.70 | 722.50 |
| 3/17/21 | Quinn, K. | Continue revision of allocation analysis. | 1.50 | 1,650.00 |
| 3/17/21 | Quinn, K. | Participate in status conference. | 2.00 | 2,200.00 |
| 3/17/21 | Quinn, K. | Confer with M. Neely re settlement demands. | 1.50 | 1,650.00 |
| 3/17/21 | Quinn, K. | Analyze Coalition proposal information. | .80 | 880.00 |
| 3/17/21 | Quinn, K. | Confer with TCC, Coalition counsel, M. Neely and K. Dechant re demands. | 1.00 | 1,100.00 |
| 3/17/21 | Neely, M. | Compare allocation results against Coalition allocations. | 3.70 | 2,312.50 |
| 3/17/21 | Neely, M. | Confer with K. Quinn re settlement demands. | 1.50 | 937.50 |
| 3/17/21 | Neely, M. | Participate in status conference. | 2.00 | 1,250.00 |
| 3/17/21 | Neely, M. | Confer with K. Dechant re fronting coverage. | .70 | 437.50 |
| 3/17/21 | Neely, M. | Analyze next steps of policy language review. | .40 | 250.00 |
| 3/17/21 | Neely, M. | Confer with K. Dechant re insurer demands. | .50 | 312.50 |

Invoice Number: 11322858
April 20, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 3/17/21 | Neely, M. | Confer with TCC, Coalition insurance counsel, K. Quinn and K. Dechant re demands. | 1.00 | 625.00 |
| 3/17/21 | Glaeberman, M. | Complete policy language analysis for Great American policies. | 7.10 | 2,130.00 |
| 3/17/21 | Glaeberman, M. | Email M. Neely, T. Jones, and S. Colcock re strategy. | .90 | 270.00 |
| 3/17/21 | Jones, T. | Review 9 national policies. | 7.00 | 2,100.00 |
| 3/17/21 | Sanchez, J. | Review policy chart and listed policies to validate information. | 3.70 | 1,387.50 |
| 3/17/21 | Foster, G. | Continue reviewing 12 policies from BSA for comparison to master tracking sheet. | 2.00 | 390.00 |
| 3/17/21 | Colcock, S. | Continue reviewing local policies found in Datasite for limits and identifying discrepancies against BSA list [20 policies]. | 4.70 | 1,551.00 |
| 3/17/21 | Colcock, S. | Review memoranda for evidence of trigger research. | .20 | 66.00 |
| 3/17/21 | Colcock, S. | Email J. Sanchez and P. McGlinchey re local council policy review. | .30 | 99.00 |
| 3/17/21 | Colcock, S. | Revise national policy information in master policy tracking spreadsheet. | 1.50 | 495.00 |
| 3/17/21 | McGlinchey, P. | Email S. Colcock and J. Sanchez re status of local council policy review. | .30 | 58.50 |
| 3/17/21 | Dechant, K. | Policy review fronting-related provisions [Index 7.1.18.1, 7.1.18.1, 7.1.21.3, 7.1.20.3, 7.1.22.1, 7.1.24.1, 7.1.23.1, 7.1.23.1/ 7.1.23.2, 7.1.23.1, 7.1.26.7, 7.1.27.2, 7.1.29.4, 7.1.29.4, 7.1.30.6, 7.1.31.4, 7.1.32.6, 7.1.33.5, 7.1.34.4, 7.1.35.4]. | 3.00 | 1,275.00 |
| 3/17/21 | Dechant, K. | Continue revising coverage value presentation. | 1.60 | 680.00 |
| 3/17/21 | Dechant, K. | Research U.S. Fire Insurance Company relationship to insurer groups. | .80 | 340.00 |
| 3/17/21 | Dechant, K. | Email Coalition counsel, experts, K. Quinn and M. Neely re insurer demands. | .20 | 85.00 |
| 3/17/21 | Dechant, K. | Confer with M. Neely re fronting policy memorandum. | .70 | 297.50 |
| 3/17/21 | Dechant, K. | Confer with TCC, Coalition counsel, K. Quinn and M. Neely re insurer demands. | 1.00 | 425.00 |
| 3/17/21 | Dechant, K. | Confer with M. Neely re summary of insurer demands. | .50 | 212.50 |
| 3/17/21 | Dechant, K. | Email M. Neely, T. Jones, and M. Glaeberman re national policy review. | .20 | 85.00 |
| 3/18/21 | Quinn, K. | Continue revising spreadsheet in consideration of analysis. | .80 | 880.00 |
| 3/18/21 | Quinn, K. | Call with M. Farnell re negotiations. | .50 | 550.00 |

Invoice Number: 11322858
April 20, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 3/18/21 | Neely, M. | Email K. Quinn, K. Dechant, M. Atkinson, M. Farnell, and G. Le Chevallier re insurer demands. | .70 | 437.50 |
| 3/18/21 | Neely, M. | Analyze local council policy evidence issues (3.8); confer with J. Sanchez, S. Colcock and P. McGlinchey re same (1.7). | 5.50 | 3,437.50 |
| 3/18/21 | Glaeberman, M. | Begin analysis of follow form policy language for triage review. | 7.80 | 2,340.00 |
| 3/18/21 | Jones, T. | Review 8 national policies. | 8.00 | 2,400.00 |
| 3/18/21 | Sanchez, J. | Confer with M. Neely, S. Colcock, and P. McGlinchey re status of validating policy evidence. | 1.70 | 637.50 |
| 3/18/21 | Sanchez, J. | Revise list of policies re discrepancy in information reviewed to validate policies. | 3.10 | 1,162.50 |
| 3/18/21 | Sanchez, J. | Review list of unknown policy numbers for policy validation. | 1.80 | 675.00 |
| 3/18/21 | Foster, G. | Continue reviewing 12 policies from BSA tracking sheet and compare to master tracking sheet. | 3.00 | 585.00 |
| 3/18/21 | Colcock, S. | Confer with M. Neely, J. Sanchez and P. McGlinchey re policy validation. | 1.70 | 561.00 |
| 3/18/21 | Colcock, S. | Continue reviewing local policies found in Datasite for limits and identifying discrepancies against BSA list [17 policies]. | 3.40 | 1,122.00 |
| 3/18/21 | Colcock, S. | Compare Coalition FFIC/Allianz local council policies to master policy list. | 1.20 | 396.00 |
| 3/18/21 | Colcock, S. | Revise master policy tracking spreadsheet. | .50 | 165.00 |
| 3/18/21 | McGlinchey, P. | Confer with M. Neely, S. Colcock, and J. Sanchez re status of local council policy review. | 1.70 | 331.50 |
| 3/18/21 | McGlinchey, P. | Continue revision of master policy listing spreadsheet to add policies assumed by BSA. | 1.40 | 273.00 |
| 3/18/21 | Dechant, K. | Policy review of fronting-related provisions [Indices 7.1.26.4, 7.1.27.1, 7.1.29.3/7.5.1.1.26, 7.1.29.3/7.5.1.1.26, 7.1.30.5, 7.1.31.3, 7.1.32.5, 7.1.33.2, 7.1.34.3, 7.1.35.3]. | 2.20 | 935.00 |
| 3/18/21 | Dechant, K. | Confer with Coalition counsel, K. Quinn and M. Neely re potential impact of insurer transactions. | .60 | 255.00 |
| 3/18/21 | Dechant, K. | Begin drafting memorandum re INA fronting program. | 4.00 | 1,700.00 |
| 3/18/21 | Dechant, K. | Email team re national and local council policy review. | .30 | 127.50 |
| 3/19/21 | Quinn, K. | Confer with D. Molton, E. Goodman, G. Le Chevallier, M. Atkinson and M. Neely re Hartford negotiation strategy. | .50 | 550.00 |

Invoice Number: 11322858
April 20, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 3/19/21 | Quinn, K. | Confer with I. Nasitir, K. Pasich, J. Schulman, G. Le Chevallier, E. Grim and M. Neely re insurance issues. | .50 | 550.00 |
| 3/19/21 | Quinn, K. | Review summary of annualization issue and limits discrepancy. | .20 | 220.00 |
| 3/19/21 | Neely, M. | Confer with S. Colcock and J. Sanchez re local council policy review. | .60 | 375.00 |
| 3/19/21 | Neely, M. | Analyze certain limits-related arguments. | .80 | 500.00 |
| 3/19/21 | Neely, M. | Confer with D. Molton, E. Goodman, G. Le Chevallier, M. Atkinson, K. Quinn re Chubb and Hartford negotiation strategy. | .50 | 312.50 |
| 3/19/21 | Neely, M. | Confer with I. Nasitir, K. Pasich, J. Schulman, G. Le Chevallier, E. Grim and K. Quinn re insurance issues. | .50 | 312.50 |
| 3/19/21 | Neely, M. | Confer with M. Glaeberman, T. Jones, and S. Colcock re national policy language review. | 1.10 | 687.50 |
| 3/19/21 | Glaeberman, M. | Confer with T. Jones and M. Neely re strategy for analyzing follow form policy language (1.1); confer with T. Jones re same (0.4). | 1.50 | 450.00 |
| 3/19/21 | Glaeberman, M. | Continue analysis of follow form policy language for triage review. | 5.20 | 1,560.00 |
| 3/19/21 | Grim, E. | Confer with I. Nasitir, K. Pasich, J. Schulman, G. Le Chevallier, K. Quinn and M. Neely re insurance issues. | .50 | 350.00 |
| 3/19/21 | Jones, T. | Review 6 national policies. | 2.50 | 750.00 |
| 3/19/21 | Jones, T. | Confer with  M. Glaeberman re status of policy review. | .40 | 120.00 |
| 3/19/21 | Jones, T. | Confer with M. Neely, M. Glaeberman and S. Colcock re status of policy review. | 1.10 | 330.00 |
| 3/19/21 | Sanchez, J. | Confer with S. Colcock and M. Neely re status of validated list of policies. | .60 | 225.00 |
| 3/19/21 | Sanchez, J. | Review list of local council policies and list of potential coverage to validate policies. | 1.70 | 637.50 |
| 3/19/21 | Foster, G. | Continue reviewing 12 policies from BSA tracking sheet and compare to master. | 3.50 | 682.50 |
| 3/19/21 | Colcock, S. | Begin drafting tracking spreadsheet re evidence found for local council policies (7.4); confer with M. Neely and J. Sanchez re same (0.6). | 8.00 | 2,640.00 |
| 3/19/21 | Colcock, S. | Confer with M. Neely, M. Glaeberman and T. Jones re national policy review. | 1.10 | 363.00 |
| 3/19/21 | Dechant, K. | Continue drafting memorandum re INA fronting program and analysis. | 6.60 | 2,805.00 |
| 3/20/21 | Jones, T. | Review 2 national policies. | 1.00 | 300.00 |

Invoice Number: 11322858
April 20, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 3/20/21 | Dechant, K. | Revise memorandum re INA fronting program and analysis (2.0); email M. Neely re same (0.5). | 2.50 | 1,062.50 |
| 3/21/21 | Jones, T. | Review 2 national policies. | 1.00 | 300.00 |
| 3/22/21 | Quinn, K. | Email team re authority for settlement proposals. | .10 | 110.00 |
| 3/22/21 | Quinn, K. | Email team re discovery. | .10 | 110.00 |
| 3/22/21 | Neely, M. | Confer with G. Le Chevallier re insurance valuation. | .50 | 312.50 |
| 3/22/21 | Neely, M. | Review draft memorandum re INA fronting coverage. | .90 | 562.50 |
| 3/22/21 | Neely, M. | Email client re insurer demand authority. | .70 | 437.50 |
| 3/22/21 | Glaeberman, M. | Continue analysis of follow form and defense costs policy language. | 7.20 | 2,160.00 |
| 3/22/21 | Jones, T. | Review 7 national policies. | 6.80 | 2,040.00 |
| 3/22/21 | Foster, G. | Continue reviewing policies from BSA spreadsheet and compare to master spreadsheet [36 policies]. | 6.70 | 1,306.50 |
| 3/22/21 | Colcock, S. | Continue searching Datasite for evidence of BSA listed local council policies. | 4.80 | 1,584.00 |
| 3/22/21 | McGlinchey, P. | Draft summary of documents recently added to Datasite for insurance-related information. | .30 | 58.50 |
| 3/22/21 | Dechant, K. | Email K. Quinn and M. Neeley re policy trigger language. | .20 | 85.00 |
| 3/22/21 | Dechant, K. | Research relationship and corporate history of insurer entities. | 5.20 | 2,210.00 |
| 3/23/21 | Quinn, K. | Email Coalition counsel re insurance strategy. | .20 | 220.00 |
| 3/23/21 | Quinn, K. | Confer with insurance group re demands. | 1.20 | 1,320.00 |
| 3/23/21 | Quinn, K. | Email with client re mediation. | .20 | 220.00 |
| 3/23/21 | Quinn, K. | Confer with A. Andrews re mediation. | .30 | 330.00 |
| 3/23/21 | Quinn, K. | Email team re transfer provisions. | .20 | 220.00 |
| 3/23/21 | Quinn, K. | Revise email re Round II demands. | .30 | 330.00 |
| 3/23/21 | Neely, M. | Confer with G. Le Chevallier re fronting policy and local council coverage issues. | .50 | 312.50 |
| 3/23/21 | Neely, M. | Email K. Quinn, E. Grim, S. Sraders, and K. Dechant re local council policy issues. | .10 | 62.50 |
| 3/23/21 | Neely, M. | Analyze defense cost provisions in insurance policies. | .30 | 187.50 |
| 3/23/21 | Glaeberman, M. | Email T. Jones re strategy for analyzing follow form and defense costs policy language. | 1.10 | 330.00 |
| 3/23/21 | Glaeberman, M. | Continue analysis of follow form and defense costs policy language. | 7.00 | 2,100.00 |
| 3/23/21 | Jones, T. | Review 5 national policies. | 7.50 | 2,250.00 |
| 3/23/21 | Foster, G. | Continue reviewing policies from BSA spreadsheet and compare to master spreadsheet [14 policies]. | 4.00 | 780.00 |

Invoice Number: 11322858
April 20, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 3/23/21 | Colcock, S. | Continue searching Datasite for evidence of BSA listed local council policies. | 2.20 | 726.00 |
| 3/23/21 | McGlinchey, P. | Continue revision of master policy listing spreadsheet to add policies assumed by BSA. | 3.10 | 604.50 |
| 3/23/21 | Dechant, K. | Email M. Neely re insurer demand letters. | .20 | 85.00 |
| 3/23/21 | Dechant, K. | Continue research re relationship and corporate history of insurance entities (4.4); begin drafting memorandum re same (1.9). | 6.30 | 2,677.50 |
| 3/24/21 | Quinn, K. | Email R. Brady re insurance group call. | .20 | 220.00 |
| 3/24/21 | Neely, M. | Email S. Colcock re local council policy review. | .10 | 62.50 |
| 3/24/21 | Glaeberman, M. | Continue analysis of follow form and defense costs policy language. | 7.80 | 2,340.00 |
| 3/24/21 | Jones, T. | Review 9 national policies. | 7.50 | 2,250.00 |
| 3/24/21 | Foster, G. | Email S. Colcock re comparison project. | .30 | 58.50 |
| 3/24/21 | Colcock, S. | Continue searching Datasite for evidence of BSA listed local council policies. | 4.80 | 1,584.00 |
| 3/24/21 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .30 | 58.50 |
| 3/24/21 | McGlinchey, P. | Continue revision of master policy listing spreadsheet to add policies assumed by BSA. | 3.50 | 682.50 |
| 3/24/21 | McGlinchey, P. | Email S. Colcock re local council policy review. | .50 | 97.50 |
| 3/24/21 | Dechant, K. | Continue drafting memorandum re Chubb/Century entities' relationships and corporate histories. | 4.20 | 1,785.00 |
| 3/24/21 | Dechant, K. | Revise memorandum re INA fronting program and allocation analysis. | 3.80 | 1,615.00 |
| 3/25/21 | Quinn, K. | Confer with R. Brady and J. Patton re mediation. | 1.20 | 1,320.00 |
| 3/25/21 | Neely, M. | Confer with M. Glaeberman, T. Jones, J. Sanchez, S. Colcock, and P. McGlinchey re ongoing policy review and analysis. | .80 | 500.00 |
| 3/25/21 | Neely, M. | Confer with G. Le Chevallier, M. Atkinson, M. Farnell, and K. Dechant re insurance recovery. | .40 | 250.00 |
| 3/25/21 | Neely, M. | Email K. Quinn re mediation preparation. | .30 | 187.50 |
| 3/25/21 | Neely, M. | Review insurer allocation modeling. | 2.10 | 1,312.50 |
| 3/25/21 | Glaeberman, M. | Confer with M. Neely, T. Jones, J. Sanchez, S. Colcock and P. McGlinchey re policy review and analysis. | .80 | 240.00 |
| 3/25/21 | Glaeberman, M. | Continue analysis of follow form and defense costs policy language. | 6.40 | 1,920.00 |
| 3/25/21 | Jones, T. | Confer with M. Neely, M. Glaeberman, S. Colcock and P. McGlinchey re policy review. | .80 | 240.00 |
| 3/25/21 | Jones, T. | Review 9 national policies. | 7.30 | 2,190.00 |

Invoice Number: 11322858
April 20, 2021

| Date | Name | Services | Hours | Amount |
|---|---|---|---|---|
| 3/25/21 | Sanchez, J. | Confer with M. Neely M. Glaeberman, T. Jones, S. Colcock and P. McGlinchey re policy review. | .80 | 300.00 |
| 3/25/21 | Colcock, S. | Email M. Neely, P. McGlinchey and J. Sanchez re local council evidence policy review. | .40 | 132.00 |
| 3/25/21 | Colcock, S. | Email M. Neely, P. McGlinchey, J. Sanchez, T. Jones and M. Glaeberman re national policy review. | .80 | 264.00 |
| 3/25/21 | Colcock, S. | Email G. Foster re local council policy evidence review. | .20 | 66.00 |
| 3/25/21 | McGlinchey, P. | Confer with M. Neely, S. Colcock, J. Sanchez, M. Glaeberman, and T. Jones and re policy review. | .80 | 156.00 |
| 3/25/21 | Dechant, K. | Review policies above early-1980s INA primary fronting policies to determine existence of certain endorsements. | 1.50 | 637.50 |
| 3/25/21 | Dechant, K. | Email M. Neely re INA and Liberty fronting coverage and analysis. | 1.20 | 510.00 |
| 3/25/21 | Dechant, K. | Policy review of per occurrence limits limitations in INA primary fronting coverage [Indices 7.1.18.1, 7.1.21.3, 7.1.20.3, 7.1.22.1, 7.1.24.1, 7.1.23.1/ 7.1.23.2, 7.1.26.7, 7.1.27.2, 7.1.29.4, 7.1.30.6, 7.1.31.4, 7.1.32.6, 7.1.33.5, 7.1.34.4, 7.1.35.4] (2.0); revise INA fronting program memorandum re same (3.0). | 5.00 | 2,125.00 |
| 3/25/21 | Dechant, K. | Confer with G. Le Chevallier, M. Atkinson, M. Farnell and M. Neely re insurance recovery. | .40 | 170.00 |
| 3/26/21 | Quinn, K. | Confer with M. Atkinson and M. Neely re allocations. | .70 | 770.00 |
| 3/26/21 | Quinn, K. | Review mediation schedule. | .30 | 330.00 |
| 3/26/21 | Neely, M. | Confer with K. Quinn and M. Atkinson re allocation results. | .70 | 437.50 |
| 3/26/21 | Neely, M. | Confer with G. Le Chevallier re insurer allocations. | .50 | 312.50 |
| 3/26/21 | Neely, M. | Revise coverage valuation models. | 5.80 | 3,625.00 |
| 3/26/21 | Glaeberman, M. | Continue analysis of follow form and defense costs policy language. | 7.50 | 2,250.00 |
| 3/26/21 | Jones, T. | Review 9 national policies. | 7.50 | 2,250.00 |
| 3/26/21 | Foster, G. | Revise master tracking spreadsheet. | 4.00 | 780.00 |
| 3/26/21 | Colcock, S. | Revise national policy information in master policy tracking spreadsheet. | .40 | 132.00 |
| 3/26/21 | McGlinchey, P. | Email S. Colcock re local council policy evidence spreadsheet. | 1.30 | 253.50 |
| 3/26/21 | McGlinchey, P. | Draft summary of documents recently added to Datasite containing insurance-related information. | .70 | 136.50 |

Invoice Number: 11322858
April 20, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 3/28/21 | Quinn, K. | Participate in call with J. Patton, R. Brady, Coalition counsel, and M. Neely re mediation planning (partial). | .70 | 770.00 |
| 3/28/21 | Neely, M. | Confer with J. Patton, R. Brady, Coalition counsel, and K. Quinn re mediation. | 1.00 | 625.00 |
| 3/28/21 | Neely, M. | Email K. Quinn re mediation. | .20 | 125.00 |
| 3/29/21 | Quinn, K. | Confer with E. Grim re mediation preparation. | .70 | 770.00 |
| 3/29/21 | Quinn, K. | Review edits to common interest agreement. | .20 | 220.00 |
| 3/29/21 | Quinn, K. | Review coverage overview (1.1); draft full program allocation and settlement targets with local council data (2.1). | 3.20 | 3,520.00 |
| 3/29/21 | Glaeberman, M. | Complete analysis of follow form and defense costs policy language for 2020 policies (0.4); begin review of 2019 policies (6.1). | 6.50 | 1,950.00 |
| 3/29/21 | Glaeberman, M. | Email T. Jones re strategy for analyzing follow form language. | .40 | 120.00 |
| 3/29/21 | Grim, E. | Confer with K. Quinn re mediation strategy. | .70 | 490.00 |
| 3/29/21 | Jones, T. | Review 9 national policies. | 8.00 | 2,400.00 |
| 3/29/21 | Sanchez, J. | Review local council non-CGL policies for potential CGL coverage. | .50 | 187.50 |
| 3/29/21 | McGlinchey, P. | Revise policy evidence spreadsheet. | .80 | 156.00 |
| 3/29/21 | McGlinchey, P. | Update master policy listing spreadsheet re national CGL policy language. | 1.30 | 253.50 |
| 3/29/21 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .40 | 78.00 |
| 3/29/21 | Dechant, K. | Review revisions to coverage value presentation. | .20 | 85.00 |
| 3/29/21 | Dechant, K. | Policy review re drop-down/retention language of policies excess of fronting coverage. | 2.00 | 850.00 |
| 3/29/21 | Dechant, K. | Revise memorandum re INA fronting program and allocation analysis. | 4.10 | 1,742.50 |
| 3/30/21 | Quinn, K. | Review and revise materials in preparation for BSA mediation while traveling. | 3.00 | 3,300.00 |
| 3/30/21 | Quinn, K. | Participate in mediation and follow-up conversations. | 7.50 | 8,250.00 |
| 3/30/21 | Glaeberman, M. | Continue analysis of follow form and defense costs policy language. | 6.90 | 2,070.00 |
| 3/30/21 | Glaeberman, M. | Email M. Neely re analysis of follow form policy language. | .30 | 90.00 |
| 3/30/21 | Grim, E. | Attend initial mediation session and FCR-Debtor-Coalition sessions. | 1.50 | 1,050.00 |
| 3/30/21 | Jones, T. | Review 7 national policies. | 8.00 | 2,400.00 |
| 3/30/21 | McGlinchey, P. | Email J. Sanchez re local council policy review. | .20 | 39.00 |

Invoice Number: 11322858
April 20, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 3/30/21 | McGlinchey, P. | Revise master policy listing spreadsheet re national CGL policy language updates. | .90 | 175.50 |
| 3/30/21 | Dechant, K. | Revise memorandum re INA fronting program and allocation analysis. | 5.60 | 2,380.00 |
| 3/30/21 | Dechant, K. | Revise Century coverage analysis and strategy outline re INA fronting coverage analysis and updated policy review information. | 2.10 | 892.50 |
| 3/31/21 | Quinn, K. | Participate in mediation (9.0); prepare for same (1.1). | 10.10 | 11,110.00 |
| 3/31/21 | Quinn, K. | Follow-up conversations with client re mediation. | 2.50 | 2,750.00 |
| 3/31/21 | Glaeberman, M. | Email M. Neely re analysis of follow form policy language. | .30 | 90.00 |
| 3/31/21 | Glaeberman, M. | Continue analysis of follow form and defense costs policy language. | 4.00 | 1,200.00 |
| 3/31/21 | Grim, E. | Review mediation term sheet draft. | .20 | 140.00 |
| 3/31/21 | Jones, T. | Review 7 national policies. | 8.00 | 2,400.00 |
| 3/31/21 | McGlinchey, P. | Revise master policy listing spreadsheet re National CGL policy language updates. | 1.40 | 273.00 |
| 3/31/21 | McGlinchey, P. | Continue revision of master policy listing spreadsheet to add policies assumed by BSA. | .60 | 117.00 |
| 3/31/21 | Dechant, K. | Revise memorandum re INA fronting program and allocation analysis. | 7.80 | 3,315.00 |

**TOTAL CHARGEABLE HOURS**     **846.70**

**TOTAL FEES**     **$ 353,674.50**

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Quinn, K. | 62.40 | 1,100.00 | 68,640.00 |
| Neely, M. | 104.00 | 625.00 | 65,000.00 |
| Glaeberman, M. | 166.10 | 300.00 | 49,830.00 |
| Grim, E. | 8.90 | 700.00 | 6,230.00 |
| Jones, T. | 123.40 | 300.00 | 37,020.00 |
| Sanchez, J. | 14.50 | 375.00 | 5,437.50 |
| Foster, G. | 42.30 | 195.00 | 8,248.50 |
| Colcock, S. | 99.40 | 330.00 | 32,802.00 |
| McGlinchey, P. | 67.20 | 195.00 | 13,104.00 |
| Dechant, K. | 158.50 | 425.00 | 67,362.50 |
| **TOTALS** | **846.70** | | **$ 353,674.50** |

Invoice Number: 11322858
April 20, 2021

**EXPENSE DETAILS**

| Date | Description | Task | Amount |
|------|-------------|------|--------|
| 1/31/21 | Contracted Professional Fees - Aldebaran Group - Case Support - 01.01.2021 - 01.31.2021 | E118 | 1,550.25 |
| 3/31/21 | Westlaw | E106 | 874.52 |
| 3/31/21 | PACER | E106 | 38.60 |
| | **TOTAL EXPENSES** | | **$ 2,463.37** |
| | **TOTAL FEES AND EXPENSES FOR MATTER** | | **$ 356,137.87** |

Invoice Number: 11322858
April 20, 2021

FOR PROFESSIONAL SERVICES RENDERED through March 31, 2021

**Retention / Fee Application**

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 3/22/21 | Hudgins, M.C. | Draft tenth monthly fee application and notice. | .70 | 133.00 |
| | | **TOTAL CHARGEABLE HOURS** | **.70** | |
| | | **TOTAL FEES** | | **$ 133.00** |

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Hudgins, M.C. | .70 | 190.00 | 133.00 |
| **TOTALS** | **.70** | | **$ 133.00** |

**TOTAL FEES AND EXPENSES FOR MATTER**                    **$ 133.00**

FOR PROFESSIONAL SERVICES RENDERED through March 31, 2021

**Non-Working Travel (Billed @ 50%)**

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 3/30/21 | Quinn, K. | Travel to Miami, FL for mediation. | 2.00 | 1,100.00 |
| | | **TOTAL CHARGEABLE HOURS** | **2.00** | |
| | | **TOTAL FEES** | | **$ 1,100.00** |

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Quinn, K. | 2.00 | 550.00 | 1,100.00 |
| **TOTALS** | **2.00** | | **$ 1,100.00** |
| | | **TOTAL FEES AND EXPENSES FOR MATTER** | **$ 1,100.00** |

Invoice Number: 11322858
April 20, 2021

FOR PROFESSIONAL SERVICES RENDERED through March 31, 2021

**Plan of Reorganization / Disclosure Statement**

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 3/02/21 | Quinn, K. | Begin review of draft disclosure statement. | 1.50 | 1,650.00 |
| 3/04/21 | Quinn, K. | Email E. Grim re estimation motion status and strategy. | .20 | 220.00 |
| 3/05/21 | Quinn, K. | Review revisions to estimation motion. | 1.50 | 1,650.00 |
| 3/06/21 | Grim, E. | Revise memorandum re plan-related issue. | .90 | 630.00 |
| 3/07/21 | Quinn, K. | Revise draft estimation pleading. | 1.50 | 1,650.00 |
| 3/08/21 | Quinn, K. | Confer with co-counsel and E. Grim re plan-related motion. | 1.50 | 1,650.00 |
| 3/08/21 | Quinn, K. | Review edits to motion and send consolidated update to common interest group. | .30 | 330.00 |
| 3/08/21 | Grim, E. | Review comments on plan-related motion. | .30 | 210.00 |
| 3/08/21 | Grim, E. | Confer with co-counsel and K. Quinn re plan-related motion. | 1.50 | 1,050.00 |
| 3/08/21 | Sraders, S. | Research certain insurer defenses. | 1.80 | 1,035.00 |
| 3/09/21 | Quinn, K. | Review responses to plan and mediation filings. | .20 | 220.00 |
| 3/09/21 | Grim, E. | Review plan-related research. | .90 | 630.00 |
| 3/09/21 | Grim, E. | Confer with S. Sraders re plan-related research. | .50 | 350.00 |
| 3/09/21 | Sraders, S. | Confer with E. Grim re analysis of plan-related research. | .50 | 287.50 |
| 3/09/21 | Sraders, S. | Research insured duties re insurer defenses. | .20 | 115.00 |
| 3/12/21 | Quinn, K. | Review insurance-related comments to estimation motion and follow up emails from claimants group. | .60 | 660.00 |
| 3/14/21 | Quinn, K. | Confer with claimant representatives re estimation motion. | 1.30 | 1,430.00 |
| 3/16/21 | Quinn, K. | Confer with claimant group re motion for estimation. | .40 | 440.00 |
| 3/16/21 | Neely, M. | Review estimation motion. | .50 | 312.50 |
| 3/16/21 | Dechant, K. | Review motion for entry of order authorizing estimation of abuse claims and establishing procedures and schedule for estimation proceedings. | .60 | 255.00 |
| 3/17/21 | Grim, E. | Review estimation motion. | .10 | 70.00 |
| 3/18/21 | Grim, E. | Review amended plan. | .40 | 280.00 |
| 3/21/21 | Grim, E. | Review amended plan. | 1.10 | 770.00 |
| 3/22/21 | Grim, E. | Revise plan discovery requests. | .30 | 210.00 |

Invoice Number: 11322858
April 20, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 3/22/21 | Dechant, K. | Review plan confirmation discovery requests for Debtors, Hartford, and Century (0.6); begin drafting additional discovery requests (1.0). | 1.60 | 680.00 |
| 3/23/21 | Quinn, K. | Confer with Coalition, TCC counsel, M. Neely and E. Grim re plan discovery. | 1.00 | 1,100.00 |
| 3/23/21 | Quinn, K. | Confer with M. Neely, E. Grim and K. Dechant re plan discovery requests. | .50 | 550.00 |
| 3/23/21 | Neely, M. | Analyze Coalition draft discovery. | 1.70 | 1,062.50 |
| 3/23/21 | Neely, M. | Confer with E. Grim and K. Dechant re discovery requests. | .70 | 437.50 |
| 3/23/21 | Neely, M. | Email K. Quinn re discovery requests. | .70 | 437.50 |
| 3/23/21 | Neely, M. | Confer with K. Quinn, E. Grim, and K. Dechant re discovery requests. | .50 | 312.50 |
| 3/23/21 | Neely, M. | Revise draft discovery requests to insurers. | 1.10 | 687.50 |
| 3/23/21 | Neely, M. | Confer with Coalition, TCC counsel, K. Quinn and E. Grim re insurer discovery requests. | 1.00 | 625.00 |
| 3/23/21 | Grim, E. | Confer with Coalition, TCC counsel, K. Quinn and M. Neely re discovery requests. | 1.00 | 700.00 |
| 3/23/21 | Grim, E. | Confer with M. Neely and K. Dechant re discovery requests to Debtors and insurers. | .70 | 490.00 |
| 3/23/21 | Grim, E. | Confer with K. Quinn, M. Neely and K. Dechant re strategy for discovery requests to Debtors and insurers. | .50 | 350.00 |
| 3/23/21 | Grim, E. | Revise discovery requests to Debtors and insurers. | .90 | 630.00 |
| 3/23/21 | Dechant, K. | Confer with K. Quinn, E. Grim, and M. Neely re plan confirmation discovery requests (0.5); confer with M. Neely and E. Grim re same (0.7). | 1.20 | 510.00 |
| 3/23/21 | Dechant, K. | Email E. Grim and M. Neely re plan confirmation discovery requests. | 1.20 | 510.00 |
| 3/24/21 | Neely, M. | Analyze insurance-related plan issues. | 1.20 | 750.00 |
| 3/24/21 | Neely, M. | Revise Coalition discovery requests to Debtors and insurers. | 3.40 | 2,125.00 |
| 3/24/21 | Grim, E. | Review filed plan. | .30 | 210.00 |
| 3/24/21 | Grim, E. | Draft analysis of filed plan. | .30 | 210.00 |
| 3/25/21 | Neely, M. | Revise discovery requests to Century. | 1.50 | 937.50 |
| 3/29/21 | Grim, E. | Draft analysis of research issues relating to plan strategy. | 1.10 | 770.00 |
| 3/29/21 | Sraders, S. | Research certain duties re insurer defenses. | 2.30 | 1,322.50 |

Invoice Number: 11322858
April 20, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 3/31/21 | Dechant, K. | Email E. Grim and M. Neely re plan confirmation discovery requests. | .20 | 85.00 |
| | | **TOTAL CHARGEABLE HOURS** | **43.20** | |
| | | **TOTAL FEES** | | **$ 31,597.50** |

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Quinn, K. | 10.50 | 1,100.00 | 11,550.00 |
| Neely, M. | 12.30 | 625.00 | 7,687.50 |
| Grim, E. | 10.80 | 700.00 | 7,560.00 |
| Sraders, S. | 4.80 | 575.00 | 2,760.00 |
| Dechant, K. | 4.80 | 425.00 | 2,040.00 |
| **TOTALS** | **43.20** | | **$ 31,597.50** |
| | **TOTAL FEES AND EXPENSES FOR MATTER** | | **$ 31,597.50** |
| | **TOTAL FEES AND EXPENSES** | | **$ 388,968.37** |