# EXHIBIT B

**EXPENSES**
**March 1, 2021 - March 31, 2021**

| Date | Description | Amount |
|---|---|---|
| 1/31/2021 | Contracted Professional Fees - Aldebaran Group - Case Support - 01.01.2021 - 01.31.2021 | $1,550.25 |
| 3/31/2021 | Westlaw | $874.52 |
| 3/31/2021 | PACER | $38.60 |
| | | $2,463.37 |