April 12, 2021



Judge Laurie Selber Silverstein
District Delaware
824 North Market Street
6th Floor, Courtroom #2
Wilmington, DE 19801

RE:    Boy Scouts of America

Dear Judge Silverstein,

My name is ███████████ and I live in ███████, Louisiana.  I have been affiliated in Scouting since my oldest son (Taylor - now 23) was in 1st grade, that is over 16 years.  His younger brother (Samuel – now 20) followed in his footsteps.  Both of them attained their Eagle Scout rank and my husband and I attribute the fine young gentleman they have grown up to be based on Scouting.  Scouting teaches them so much about themselves and others.  They have helped me at Cub Scout Day Camp (for 10 years) and other District or Council activities that I volunteer my time.  I use my two (2) weeks of vacation each year to lead the Cub Scout Day Camp.  I don't have much time working full time, but the time that I do have, I volunteer in Scouting.  It's my "hobby".  I do this because I have seen the boys (and now girls) grow and learn necessary leadership skills.

I am attaching a program from last year's Eagle Scout Awards program.  You will see in this program the words from each of the scouts and what the Scouting program means to them.

I am also attaching a copy of the Cub Scout Day Camp picture so you can see the younger scouts and the smiles on their faces after being in Louisiana crazy heat without air conditioning (but never fear, they do have a "lake" to swim in).

There are many good things about the Scouting program, and I wanted to let you know what I can, as you make the difficult decision(s) regarding BSA.

My Best to You,







These young men have achieved a remarkable accomplishment, and we are honored to share this day with them and with you.

**BOY SCOUTS OF AMERICA**
**NASHOBA DISTRICT**
*NSTRUMMA AREA COUNCIL*

2019 Eagle Scout's
Biographical Information

Bogae Falaya Hall
January 26, 2020

# 2019 Nashoba Eagle Scouts

Scouting has taught me to set goals and work to achieve them. I have earned 60 merit badges, had my letter to Pedro published in Boy's Life, teach canoeing and fire building at Webelos Woods, served in the inauguration honor guard for Madisonville Mayor Jean Pelloat, attended Trappers Rendezvous in Kansas twice and earn the Polar Bear Badge, set my Scout Masters broken leg on a campout, attended Swamp Base (my favorite), hiked 50 miles on the Appalachian Trail, climbed Mount Scott in Oklahoma, helped a paraplegic Scout earn his Eagle rank, camped out on the S. S. Alabama twice, attended three camporees, earned a troop scholarship and attended NYLT, participate in many canoe/kayak campouts, served as lifeguard for cub day camp, spent the night in a science and space museum, visited the National Scout Museum in Irving, Texas, and made new friends in many states because WE ARE SCOUTS.

I participated in Boy Scouts in Troops 610 Abita Springs and 3245 Covington. I completed two major community service projects. First, implementation of a flag and pole at the recreational field in Abita Springs with an honor service for our military personnel past and present. Unfortunately, with the floods in Louisiana, my project booklet was lost prior to final approval. I completed the process anew building two ceremonial fire rings.

I have earned a total of sixty merit badges. I have not been to any high adventure camps, but I have taken part in a C.O.P.E. program. My favorite camp would have to be the last one I went to which was Camp Rockefeller in Damascus, Arkansas. Scouting has helped me be prepared for the real world, and I have met many new and amazing people.

As a scout of Troop 193, I took part in multiple campouts and merit badge accomplishments. I hiked the famous Philmont Scout Ranch in the summer of 2017. I have camped out on Dauphin Island in Alabama with my troop regularly since I joined. I have spent every summer during my scouting career enjoying BSA summer camps, such as Camp Rainey Mountain (Georgia) and Camp Orr (Arkansas) just to name a few. I have also attended LSU's Boy Scout Day yearly, helping me earn multiple merit badges along the way.

Scouting gave me exposure to people and experiences that I never would have encountered outside of Scouting. The lessons, achievements, and hard work through the years have given me tools that I know will serve me well throughout my life. My 10 years in Scouting have given me many great memories that I will look back on for years to come.

Over my 12 years of scouting I have learned many interesting and important things by earning 23 merit badges. I picked up great leadership skills at the troop level and at NYLT. I learned many useful land and water survival skills, how to camp outdoors, and mastered campfire cooking. I especially enjoyed going to Sea Base with my Dad and living on a sailboat for a week fishing, snorkeling and exploring the Florida Keys. Summer camps with my troop and making new friends at Woodruff in Georgia was always cool and the Nantahala River rafting was always great fun. I have made many friends over the years and had so many memorable scouting experiences that will last a lifetime.

My favorite scout camp experiences were Daniel Boone and high adventure at Sea Base. Winter camp at Camp Avondale was a lot of fun too. I earned 21 merit badges during my time in scouting. Scouting increased the confidence I have in my ability to function on my own and helped me learn how to become a leader.

My favorite camp was Buck Toms for winter and Davy Crockett for summer. I made great memories and friendships with my fellow scouts. Climbing with COPE gave me my nickname of Soxx!

I am an Eagle Scout ████████████. I have earned a total of forty-two merit badges. My favorite merit badges were climbing and shot gun shooting. Some of my favorite things in scouting were the different people I met, and all the different friendships I built on the way to Eagle. My favorite camping experience would be at Camp V-Bar. I really enjoyed learning wilderness survival skills, fire building, and hammock camping.

I first joined Cub Scouts because my brother was a Scout and I wanted to be just like him. After I crossed over, I began to quickly work on getting to a higher rank; it seemed obvious that I didn't want to waste any time. In the beginning, my favorite part of Scouting was summer camps but now I appreciate the times where I get to see a new Scout, excited to begin Boy Scouting, come to their first meeting. The many skills I have learned, is nothing compared to the long-lasting impression Scouting has had on my work ethic and communication skills. That isn't to say that I do not acknowledge the many skills that will become important in my life as I grow up and as I explore the new responsibilities I will gain.

The idea of doing a good turn every day is what appeals most to me about Scouting and what ties us in brotherhood. I signed up for a High Adventure week of white water kayaking with a crew of boys I barely knew. We ended up becoming great friends, but I had no doubts that we would. Every Scout looks out for others. We are servant leaders. For the rest of my life, I won't just be an Eagle. I'll be a Scout.

I joined Cub Scouts in 1st grade and progressed from Tiger to Arrow of Light. After a few years in Boy Scouts, everyone from my Cub Scout den had dropped out. As the last Scout from my den it was difficult to remain in Scouting, but my goal was to attain Eagle. My project's beneficiary was St. Anthony's Garden's, a home for the elderly and a memory care center. The eastern bluebird birdhouses that I built have brought joy to the residents and returning to see them watching the birds has always been a beautiful experience. The greatest highlight of my Scouting career was the trip to Summit Bechtel, where I kayaked the New River in West Virginia with the greatest crew I could have asked for. Beyond Scouting I hope to attend Savannah College of Art and Design for Film and Television production.

I have earned 28 merit badges, a bronze palm, and the National Outdoor Award for Camping Gold and World Conservation Award. I have enjoyed all summer camps but especially loved Camp Rainey Mountain in Georgia. My Eagle service project was building a 24-foot-wide by 3 and 1/2-foot-tall octagon Ga Ga dodge ball pit at Rosaryville Spirit Life Center in Ponchatoula. The most important thing that I learned from scouting is to never give up and to give back to whenever you can. I loved my summers as a cub scout at Rosaryville and this is why I wanted to build the Ga Ga pit so that all could enjoy it but especially the cub scouts each summer.

I have been in Scouting since I was a Tiger Scout and have achieved my ultimate goal by obtaining the rank of Eagle Scout. While a Scout, I enjoyed camping across the U.S. from Philmont in New Mexico to Rainey Mountain in Georgia. I participated in NYLT and was an NYLT staff member for three years and earned over 30 merit badges. Scouting exposed me to my intended profession, aviation pilot and many other memorable experiences as a Scout.

I joined Cub Scouts in 2nd grade and set a very early goal for myself to become an Eagle Scout by age 16. As a young scout, I stayed focused on camping nights, rank advancement, and serving in leadership roles. ███████ was my first Scoutmaster and I learned a lot from him. Attending several consecutive years of summer camp at Woodruff in north Georgia gave me great memories to last a lifetime. I also had amazing opportunities to attend both Sea Base and Summit, for incredible sailing, kayaking and whitewater rafting adventures. A highlight for me in Scouting was attending NYLT. I will serve on NYLT staff for the 3rd time this upcoming summer. My Eagle Project beneficiary was Archbishop Hannan High School, where I designed and led a team to install shelving in the band's trailer. As a member of the marching band, I have been able to see my project "in action" and see what a positive impact this made for the program. I achieved my original elementary years scouting goal, having my Eagle Board of Review within days of my 16th birthday. Besides band and Scouting, I serve on my school's Student Council Executive Board and I currently hold a regional position on SASC Board - the Southeast Association of Student Councils - comprised of student councils across 14 states. Following high school, I intend to study Architectural Engineering and I am currently exploring college programs across the nation.

I started my scouting career as a Tiger in ██████████████████, crossed over to Boy Scouts in Troop ██████████, and earned the rank of Eagle in Troop ███████. I have attended several summer camps including Camp Bert Adams, Camp Avondale, and Camp Sid Richardson. I also attended the inaugural winter camp at Camp Bert Adams. In 2017, I attended Northern Tier high adventure. For me, Scouting has provided a strong foundation on which I can build my life.

My greatest achievements were accomplishing goals despite the physical challenges (disabilities), making lasting personal connections in the community, and having learned to set goals for the future without fear.

I am most proud of earning his Eagle Scout rank. Over the years I went to many different camps but my most enjoyable was the high adventure camp Philmont. The skills I learned in scouting helped me become a better leader, appreciate teamwork and how to persevere to reach my goals both short and long term. I now uses these same skills in college as I attend LSU.

I have been involved in Scouting beginning as a Tiger Cub. I earned the Arrow of Light. I have attended numerous summer camps. I attended NYLT, 2017 National Jamboree, served on summer camp staff at Camp Avondale, and is currently a Brotherhood member of ██████████████ am currently the ███

The experiences and skills I've learned from scouting over the seven years I have been a part of it will stay with me throughout the rest of my life. Cooking, fishing, canoeing, mountain biking, and shotgun-shooting campouts, plus five summer camps were among the events that make Scouting so memorable and impactful for me. This summer I embark on a Philmont trek, which is the only high adventure camp I've had the chance to go to. It's always been my goal to conquer a Philmont trek, and it will mark the conclusion and culmination of my Scouting experience. Overall, Scouting has given me the opportunity to develop life skills as well as build up character that is reflective of the Scout Oath and Law.

I am a member of Boy Scout Troop ████ where I currently assist as an Assistant Scoutmaster after earning my Eagle Rank. I have attended summer camps at Camp Rainey Mountain, Woodruff Scout Camp and Camp Daniel Boone. At Camp Daniel Boone, I participated in the Boonesboro Village living history program, where I experienced life skills and crafts that were common in the late 1700s. My most memorable adventure while in scouting was backpacking on the Appalachian Trail. Some of my other memorable times in scouting involved camping and canoeing at Five Lakes and teaching and guiding the younger scouts as Senior Patrol Leader and as a Den Chief. I earned a total of 32 merit badges, my favorite of which were the pioneering and horsemanship merit badges. Prior to joining Troop ████ I was a member of Cub Scout Pack ███ ████here I enjoyed attending camp at Five Lakes every summer.