FILED
2021 APR 20  AM 11: 03
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

9 April 2021

US Bankruptcy Court
District of Delaware
N 19801, 824 Market Street
Wilmington, DE  19801

RE:  Claim of ███████████ in case # 20-10343-LSS

Clerk of Courts:

I am writing today regarding the above-referenced case, for two reasons.  First, I am seeking any kind of update or communication regarding the claims I submitted to your office.  I have heard nothing regarding the case with the exception of a single correspondence from the "agent" which had a number of incorrect pieces of information in my contact address.  Depending on where the errors lay, this may explain my lack of receipt of anything you may have sent. My request would be that I be apprised of where the case is at with regard to the claims, and what anticipated point in time my claim will be examined.  I would understand that your information is limited to schedules and the like, so whatever estimations can be given would be appreciated.

The second note relates to the incorrect information noted above.  The correct information was typed and clearly presented to your office, so perhaps the problems occurred in the transcription, etc.  In any event, please note my correct mailing information below.  Given the mistakes that the agent's letter had in my communication, it was frankly surprising that it got to me at all...certainly the post office was not obliged to go above and beyond, and it is a concern if others are having the same problems.  I would like the judge to be aware of the issue as a matter of record, to prevent any errors in due process of claims.  I would appreciate a response on both of the above matters as your time allows.

Kindest regards,

[signature]

██████████████████████
██████████████████████
██████████████████████