**EXHIBIT 4**

## SUMMARY OF PROFESSIONALS FOR THE COMPENSATION PERIOD

| Name of Professional Person | Year of Bar Admission | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate[1] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Mayer, Thomas Moers | 1982 | **Partner**<br>Creditors' Rights<br>(Since 1998) | $1,575.00<br>$1,500.00 | 38.20 | $58,875.00 |
| Rabinowitz, Daniel A. | 1995 | **Partner**<br>Corporate<br>(Since 2013) | $1,300.00<br>$1,225.00 | 2.80 | $3,565.00 |
| Holob, Marissa J. | 2001 | **Partner**<br>Employee Benefits<br>(Since 2018) | $1,200.00<br>$1,150.00 | 18.70 | $21,760.00 |
| Ringer, Rachael L. | 2011 | **Partner**<br>Creditors' Rights<br>(Since 2019) | $1,200.00<br>$1,150.00 | 90.30 | $105,730.00 |
| Hamerman, Natan | 2002 | **Counsel**<br>Litigation<br>(Since 2017) | $1,130.00<br>$1,075.00 | 76.80 | $83,946.00 |
| Blabey, David E. | 2005 | **Counsel**<br>Creditors' Rights<br>(Since 2019) | $1,050.00 | 0.80 | $840.00 |
| Cahn, Avram | 1988 | **Special Counsel**<br>Employee Benefits<br>(Since 2007) | $1,105.00<br>$1,050.00 | 16.40 | $17,528.00 |
| Sharret, Jennifer | 2008<br>(NY; NJ) | **Special Counsel**<br>Creditors' Rights<br>(Since 2018) | $1,105.00<br>$1,050.00 | 28.40 | $30,249.00 |
| Campbell, Patrick J. | 2014 | **Associate**<br>Litigation<br>(Since 2018) | $1,040.00<br>$990.00 | 39.40 | $39,616.00 |
| Wasson, Megan | 2017 | **Associate**<br>Creditors' Rights<br>(Since 2016) | $950.00<br>$905.00 | 77.60 | $72,172.00 |
| Chakraborty, Rupita | 2019 | **Associate**<br>Litigation<br>(Since 2019) | $950.00<br>$905.00 | 41.50 | $38,633.00 |
| Essner, Zoe | 2021 | **Associate**<br>Creditors' Rights<br>(Since 2020) | $715.00<br>$680.00 | 155.70 | $108,158.00 |
| Beck, Samuel | N/A | **Paralegal**<br>Creditors' Rights<br>(Since 2019) | $440.00<br>$420.00 | 72.50 | $31,016.00 |

---

[1] This rate is Kramer Levin's regular hourly rate for legal services. All hourly rates are adjusted by Kramer Levin on a periodic basis (the last such adjustment occurred on January 1, 2021, and thus the amounts shown here reflect both 2020 and 2021 rates). In addition, the rates for certain associates have increased (as of September 1, 2020) in connection with their yearly step-up in seniority, but this does not constitute a rate increase.

3

| Name of Professional Person | Year of Bar Admission | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate[1] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Kindler, Jacqueline | N/A | **Paralegal** Creditors' Rights (Since 2020) | $420.00 | 1.00 | $420.00 |
| | | | **TOTAL** | **660.10** | **$612,508.00** |