**EXHIBIT 5**

**SUMMARY OF TIME BY BILLING**
**CATEGORY FOR COMPENSATION PERIOD**

| Task Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| 073427-00001 | Case Administration | 22.40 | $17,757.50 |
| 073427-00002 | Committee Meetings and Communications | 134.30 | $131,604.50 |
| 073427-00004 | Automatic Stay | 10.50 | $11,268.50 |
| 073427-00005 | Bar Date, Noticing and Reconciliation Issues | 10.80 | $9,873.50 |
| 073427-00007 | Plan/Disclosure Statement Issues | 143.40 | $149,994.00 |
| 073427-00008 | Coalition and Tort Committee Matters | 11.90 | $10,667.50 |
| 073427-00011 | Creditor Communications | 1.10 | $785.00 |
| 073427-00013 | Employee and Labor Issues | 52.70 | $60,839.50 |
| 073427-00016 | Collateral Review | 3.10 | $3,020.00 |
| 073427-00017 | Fee Statements and Applications | 87.10 | $56,120.00 |
| 073427-00020 | Committee Investigation | 126.30 | $108,222.00 |
| 073427-00021 | Hearings and Court Matters | 6.80 | $6,481.50 |
| 073427-00025 | Professional Retention | 14.80 | $10,080.00 |
| 073427-00026 | Debtor Retention Applications | 1.90 | $1,884.50 |
| 073427-00029 | Communications with Debtors | 33.00 | $33,910.00 |
| | **TOTAL** | **660.10** | **$612,508.00** |