**EXHIBIT A**

# PASICH LLP

10880 Wilshire Boulevard, Suite 2000
Los Angeles, CA 90024
(424) 313-7860
www.pasichllp.com
Federal Tax ID:
82-2096928

BSA Tort Claimants
c/o John W. Lucas
Pachulski Stang Ziehl & Jones LLP

March 31, 2021
Invoice # 14690

In Reference To: Tort Claims--Insurance
Our File No.:  B029.001

**Professional Services**

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| **Compensation of Professionals** | | | | |
| 3/10/2021 | JLS | Draft/Revise monthly fee application. | 1.40 | 868.00 |
| | **SUBTOTAL:** | | [ 1.40 | 868.00 ] |
| **General Committee** | | | | |
| 3/2/2021 | JLS | Appear for/Attend state court counsel meeting (1.2) and prepare for same (.7); confer with bankruptcy counsel following same (.7). | 2.60 | 1,612.00 |
| 3/4/2021 | JLS | Confer with bankruptcy team regarding ▮▮▮▮ (1.5) and continue review of plan in preparation for same (2.7). | 4.20 | 2,604.00 |
| | JLS | Appear for/attend TCC meeting (.5) (partial) and prepare for same (1.1). | 1.60 | 992.00 |
| | KAP | Conference with Mr. Stang, et al. re ▮▮▮▮ (0.9)(partial) | 0.90 | 877.50 |
| 3/5/2021 | JLS | Appear for/Attend mediation session. | 1.50 | 930.00 |
| | KAP | Attend joint mediation session (1.5) | 1.50 | 1,462.50 |
| 3/9/2021 | JLS | Appear for/Attend state court counsel meeting (2.3) and prepare for same (.3). | 2.60 | 1,612.00 |
| 3/12/2021 | JLS | Appear for/Attend SCC meeting regarding ▮▮▮▮ (.7)(partial) and review ▮▮▮▮ (.9); appear for/attend SCC meeting regarding ▮▮▮▮ (2.1); | 5.40 | 3,348.00 |

BSA Tort Claimants                                                                                                           Page     2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| | | review/analyze ▮▮▮ following same (.9); review/analyze ▮▮▮ (.8) | | |
| 3/12/2021 | KAP | Conference with Mr. Gallagher and state court counsel (partial) (0.5); conference with state court counsel re ▮▮▮ (1.5); e-mails with Mr. Schulman re issues (0.1) | 2.10 | 2,047.50 |
| 3/14/2021 | JLS | Appear for/Attend meeting regarding ▮▮▮ (1.2) and review ▮▮▮ (.7). | 1.90 | 1,178.00 |
| | KAP | Attend ▮▮▮ (1.2) | 1.20 | 1,170.00 |
| 3/15/2021 | JLS | Appear for/Attend insurance working group meeting (1.5) and prepare for same (.3). | 1.80 | 1,116.00 |
| 3/16/2021 | JLS | Appear for/Attend SCC meeting (1.4) and prepare for same (.8). | 2.20 | 1,364.00 |
| | KAP | Conference with State Court Counsel (1.4) | 1.40 | 1,365.00 |
| 3/17/2021 | JLS | Appear for/Attend court hearing (1.3) (partial) and confer with SCC following same (.4). | 1.70 | 1,054.00 |
| | JLS | Review/Analyze ▮▮▮ (.5); review/analyze ▮▮▮ (.3); review/analyze ▮▮▮ (.3); and the ▮▮▮ (.1). | 1.20 | 744.00 |
| 3/18/2021 | JLS | Appear for/Attend meeting with mediators (1.1); appear for/attend TCC meeting (2.1) and prepare for same (.8). | 4.00 | 2,480.00 |
| | KAP | Conference with mediators and TCC (1.1); conference with TCC (partial) (1.7) | 2.80 | 2,730.00 |
| 3/22/2021 | JLS | Review/Analyze ▮▮▮ (.2); review/analyze ▮▮▮ (.7). | 0.90 | 558.00 |
| | JLS | Appear for/Attend insurance working group meeting (1.7) (partial) and prepare for same (.6); appear for/attend TCC meeting regarding ▮▮▮ (2); appear for/attend TCC meeting regarding ▮▮▮ (.4). | 4.70 | 2,914.00 |
| 3/23/2021 | JLS | Appear for/Attend TCC meeting regarding ▮▮▮ (1.6) and confer ▮▮▮ (.3); confer with Mr. Orgel regarding same (.3); confer with ▮▮▮ (.9). | 3.10 | 1,922.00 |
| | KAP | E-mails ▮▮▮ (0.4); conference with State Court Counsel and TCC (1.6); conference with ▮▮▮ (0.9) | 2.90 | 2,827.50 |
| 3/24/2021 | JLS | Appear for/Attend mediator meeting (.6) and confer with Mr. Stang following same (.5). | 1.10 | 682.00 |

BSA Tort Claimants                                                                                                               Page     3

|            |     |                                                                                                                                                                                                                                           | Hours | Amount    |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|-----------|
| 3/24/2021  | KAP | Research re ▓▓▓▓▓▓▓▓▓▓▓▓ (1.4); e-mails with Mr. Stang and Mr. Schulman re same (0.4); conference with mediators, Mr. Stang, Mr. Lucas, and Mr. Schulman (0.6)                                                                                            | 2.40  | 2,340.00  |
| 3/25/2021  | JLS | Appear for/Attend ▓▓▓▓▓▓▓▓ (1.6) and prepare for same (.9); meet with ▓▓▓▓▓▓▓▓ (.5); confer with state court counsel following same (.3).                                                                                                                  | 3.30  | 2,046.00  |
|            | JLS | Appear for/Attend mediator meeting (1); appear for/attend TCC meeting (1.2) and prepare for same (.3); confer with TCC following same (.2).                                                                                                               | 2.70  | 1,674.00  |
|            | KAP | Draft analysis re ▓▓▓▓▓▓▓▓ (0.5); conference with Judge Carey and TCC (partial) (0.5); conference with TCC (1.2); conference with Mr. Stang, Mr. Nasitair, and Mr. Schulman (0.2); review and revise ▓▓▓▓▓▓▓▓ (0.5); review ▓▓▓▓▓▓▓▓ (0.6)                 | 3.00  | 2,925.00  |
| 3/29/2021  | JLS | Appear for/Attend insurance working group meeting (1) and prepare for same (.3).                                                                                                                                                                           | 1.30  | 806.00    |
| 3/30/2021  | JLS | Appear for/Attend mediation (5.3); confer with TCC following same (1.5); further conference with TCC ▓▓▓▓▓▓▓▓ (1.1); further discussion with TCC following same (1.2).                                                                                     | 9.10  | 5,642.00  |
|            | KAP | Appear for mediation sessions (5.3); conferences with TCC, state court counsel, and professionals regarding ▓▓▓▓▓▓▓▓ (1.5) (1.1) (1.2).                                                                                                                   | 9.10  | 8,872.50  |
| 3/31/2021  | JLS | Appear for/Attend TCC meetings in preparation for and between mediation sessions (3.4) (partial); appear for/attend mediation sessions (3.1) (partial).                                                                                                   | 6.50  | 4,030.00  |
|            | KAP | Conference with TCC (0.9); conference with mediators and TCC (0.5); conference with TCC and state court counsel (0.2); conference with mediators, TCC, local councils (1.5); further conference with TCC and state court counsel (1.2)                    | 3.40  | 3,315.00  |
|            |     | **SUBTOTAL:**                                                                                                                                                                                                                                             | [ 94.10 | 69,240.50] |

**Insurance Coverage**

|            |     |                                                                                                                                           | Hours | Amount   |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 3/1/2021   | JLS | Confer ▓▓▓▓▓▓▓▓ (.4); confer with TCC working group regarding ▓▓▓▓▓▓▓▓ (.7) and prepare for same (.3); confer with ▓▓▓▓▓▓▓▓ (.3).          | 1.70  | 1,054.00 |
|            | JLS | Review/Analyze ▓▓▓▓▓▓▓▓                                                                                                                   | 3.70  | 2,294.00 |

BSA Tort Claimants                                                                                                                Page        4

|  |  |  |  | Hours | Amount |
|---|---|---|---|---|---|
| 3/1/2021 | JLS | Review/Analyze ▮▮▮ | | 0.80 | 496.00 |
| | JLS | Draft/Revise ▮▮▮ (.7); review ▮▮▮ (1.1). | | 1.80 | 1,116.00 |
| | JLS | Draft/Revise ▮▮▮ | | 0.50 | 310.00 |
| | JLS | Research ▮▮▮ | | 1.90 | 1,178.00 |
| | JLS | Review/Analyze ▮▮▮ | | 3.20 | 1,984.00 |
| | KAP | Conference with Insurance Working Group (0.7); research re ▮▮▮ draft e-mail to Insurance Working Group re same (0.9); review and revise ▮▮▮ (0.2); review and revise ▮▮▮ (0.1) | | 1.90 | 1,852.50 |
| | MCW | Conduct legal research for Mr. Schulman regarding whether ▮▮▮ (2.2). | | 2.20 | 1,100.00 |
| 3/2/2021 | JLS | Draft/Revise ▮▮▮ and review additional case law regarding same (.8); draft/revise ▮▮▮ (.4); draft/revise ▮▮▮ (.2). | | 1.40 | 868.00 |
| | JLS | Confer ▮▮▮ (.3) and review/edit ▮▮▮ (.5). | | 0.80 | 496.00 |
| | JLS | Draft/Revise ▮▮▮ | | 1.30 | 806.00 |
| | MCW | Conduct legal research for Mr. Schulman regarding whether ▮▮▮ (.3); draft e-mail summary of legal research regarding same (1.6). | | 1.90 | 950.00 |
| 3/3/2021 | JLS | Review/Analyze ▮▮▮. | | 0.70 | 434.00 |
| | JLS | Draft/Revise ▮▮▮ (.7) and confer with ▮▮▮ regarding same (.6); continued review/analysis of ▮▮▮ (1.7). | | 3.00 | 1,860.00 |
| 3/4/2021 | JLS | Draft/Revise, finalize and transmit ▮▮▮ (.3); and to ▮▮▮ (.3). | | 0.60 | 372.00 |
| 3/5/2021 | JLS | Review/Analyze ▮▮▮ | | 0.50 | 310.00 |
| 3/6/2021 | KAP | Review ▮▮▮ (1.9); outline strategy re ▮▮▮ and e-mails with Mr. Schulman re same (0.7) | | 2.60 | 2,535.00 |

BSA Tort Claimants                                                                                                              Page    5

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/7/2021 | KAP | Review ▓▓▓▓▓▓ and review research re same (1.4) | 1.40 | 1,365.00 |
|  | JLS | Review/Analyze ▓▓▓▓▓▓ | 1.40 | 868.00 |
|  | JLS | Review/Analyze ▓▓▓▓▓▓ (.4); and ▓▓▓▓▓▓ (.7). | 1.10 | 682.00 |
|  | CO | Draft/Revise ▓▓▓▓▓▓ (.2). | 0.20 | 52.00 |
| 3/8/2021 | JLS | Confer with ▓▓▓▓▓▓ (.2); further discussion with Mr. Nasatir regarding same (.2); confer with TCC working group regarding ▓▓▓▓▓▓ (1.5) and prepare for same (.8). | 2.70 | 1,674.00 |
|  | KAP | Conference with Insurance Working Group (1.5); review e-mails re ▓▓▓▓▓▓ (0.3) | 1.80 | 1,755.00 |
| 3/9/2021 | JLS | Review/Analyze ▓▓▓▓▓▓ | 0.60 | 372.00 |
|  | JLS | Draft/Revise and transmit ▓▓▓▓▓▓ | 0.50 | 310.00 |
| 3/10/2021 | JLS | Review/Analyze ▓▓▓▓▓▓ | 0.40 | 248.00 |
|  | JLS | Draft/Revise ▓▓▓▓▓▓ (.8) and additional legal research regarding ▓▓▓▓▓▓ (1.3). | 2.10 | 1,302.00 |
|  | JLS | Confer with ▓▓▓▓▓▓ (.7); confer Mr. Nasatir regarding same (.2). | 0.90 | 558.00 |
|  | JLS | Review/Analyze ▓▓▓▓▓▓ | 3.30 | 2,046.00 |
|  | JLS | Draft/Revise ▓▓▓▓▓▓. | 0.60 | 372.00 |
|  | KAP | Review ▓▓▓▓▓▓ and e-mails re same (0.2) | 0.20 | 195.00 |
| 3/11/2021 | JLS | Confer with Mr. Orgell regarding ▓▓▓▓▓▓ (.3); review ▓▓▓▓▓▓ (.8). | 1.10 | 682.00 |
|  | JLS | Review/Analyze ▓▓▓▓▓▓ | 0.50 | 310.00 |
| 3/12/2021 | JLS | Continued ▓▓▓▓▓▓ analysis regarding ▓▓▓▓▓▓ | 3.20 | 1,984.00 |
|  | JLS | Appear for/Attend ▓▓▓▓▓▓ (.9) and prepare for same (.7). | 1.60 | 992.00 |

BSA Tort Claimants                                                                                                   Page     6

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                | Hours | Amount   |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 3/13/2021  | KAP | Conference with Mr. Schulman, Ms. Whitman, and Ms. Oswald re ▮▮▮                                                                                                                                                                                                                                                                                                                                                                                                      | 0.50  | 487.50   |
|            | JLS | Confer with team regarding ▮▮▮                                                                                                                                                                                                                                                                                                                                                                                                                                         | 0.50  | 310.00   |
|            | CO  | Conference with Mr. Schulman, Ms. Whitman, and Mr. K. Pasich regarding ▮▮▮ (.5). MCW Participate in team call regarding ▮▮▮ (.5).                                                                                                                                                                                                                                                                                                                                     | 0.50  | 130.00   |
|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                        | 0.50  | 250.00   |
|            | MCW | Conduct legal research regarding ▮▮▮ (3.9).                                                                                                                                                                                                                                                                                                                                                                                                                            | 3.90  | 1,950.00 |
| 3/14/2021  | CO  | Draft/Revise ▮▮▮ (2.2); Zoom call with Mr. Schulman and Ms. Whitman regarding ▮▮▮ (.9); telephone call with Ms. Whitman regarding ▮▮▮ (.3); revise Ms. Whitman's memorandum regarding ▮▮▮ (.3).                                                                                                                                                                                                                                                                        | 3.70  | 962.00   |
|            | MCW | Participate in call with Ms. Oswald and team regarding ▮▮▮ (.9); participate in call with Ms. Oswald regarding same and memo regarding ▮▮▮ (.3); draft e-mail to Mr. Pasich and Mr. Schulman regarding ▮▮▮ (.9); conduct legal research regarding ▮▮▮ (1.4); draft e-mail to Mr. Schulman and Mr. Pasich regarding same (.3); review and edit memo regarding ▮▮▮ (1.1).                                                                                                | 4.90  | 2,450.00 |
| 3/15/2021  | KAP | Conference with Insurance Working Group (1.5)                                                                                                                                                                                                                                                                                                                                                                                                                          | 1.50  | 1,462.50 |
|            | KAP | Review ▮▮▮ (0.6)                                                                                                                                                                                                                                                                                                                                                                                                                                                       | 0.60  | 585.00   |
|            | MCW | Participate in call with Ms. Oswald regarding ▮▮▮ (.6); analyze information and draft ▮▮▮ (4.7); review and edit memo regarding ▮▮▮ (1.4); coordinate ▮▮▮ (.8).                                                                                                                                                                                                                                                                                                        | 7.50  | 3,750.00 |
|            | CO  | Participate in call with Ms. Whitman regarding ▮▮▮ (.6); revise a summary regarding ▮▮▮ (0.3).                                                                                                                                                                                                                                                                                                                                                                         | 0.90  | 234.00   |
| 3/16/2021  | JLS | Review/Analyze ▮▮▮ (.5) and emails regarding same (.2).                                                                                                                                                                                                                                                                                                                                                                                                                | 0.70  | 434.00   |

BSA Tort Claimants                                                                                                   Page     7

|  |  |  |  | Hours | Amount |
|---|---|---|---|---|---|
| 3/16/2021 | CO | Draft/Revise ███████████████████████████████ ███████████████████████████ (2.5). | | 2.50 | 650.00 |
| 3/17/2021 | JLS | ████████ (.3) ████ with Mr. Gallagher regarding ███████ | | 0.30 | 186.00 |
|  | JLS | Confer with ████████████████████████████████████ ████ (.5); confer with Messrs. Pasich and Nasatir following same (.3). | | 0.80 | 496.00 |
|  | CO | Telephone conference with Ms. Whitman regarding ██████ ███████████████████████████████████ (.5); Draft/Revise ████████████████████████████████████████ ████████████████████████████████████████ █████ (2.7); compile a chart for Mr. Schulman ████████████████████████ (.2). | | 3.40 | 884.00 |
|  | MCW | Participate in call with Ms. Oswald regarding ████████ ████████████████████ (.5); analyze information and draft █████████████████████ (2.4; coordinate ██████████ (.2). | | 3.10 | 1,550.00 |
| 3/18/2021 | JLS | Review/Analyze ██████████████████████████████ ██████ (4.4) and confer with ████████████████ █████ (.7). | | 5.10 | 3,162.00 |
|  | CO | Draft/Revise ████████████████████████████████ ████████████████████████████████████████ ██████████ (6.8); search ████████████████ ██ 0.5). | | 7.30 | 1,898.00 |
|  | MCW | Review ████████████████████████████████████ (.2); participate in telephone conference with █████████████████████ (1.0); conduct legal research regarding ████████████████████████ (1.3); conduct legal research regarding ████████████████████████ (2.6). | | 5.10 | 2,550.00 |
| 3/19/2021 | CO | Draft/Revise ████████████████████████████████ ████████████████████████████████████████ ██████████ (4.1); call with Mr. Schulman regarding ████████████████████████ (0.2). | | 4.30 | 1,118.00 |

BSA Tort Claimants                                                                                                    Page     8

|            |     |                                                                                                                                                                                                  | Hours | Amount   |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 3/19/2021  | JLS | Appear for/Attend meeting ▓▓▓▓ (1.3) and confer with mediator regarding same (.4)                                                                                                                                  | 1.70  | 1,054.00 |
|            | JLS | Draft/Revise ▓▓▓▓                                                                                                                                                                                                  | 3.80  | 2,356.00 |
|            | JLS | Review/Analyze ▓▓▓▓                                                                                                                                                                                                | 2.90  | 1,798.00 |
|            | KAP | Conference ▓▓▓▓ (1.3); e-mails with Mr. Schulman re approach (0.2)                                                                                                                                                 | 1.50  | 1,462.50 |
| 3/20/2021  | JLS | Confer with TCC members regarding ▓▓▓▓                                                                                                                                                                             | 0.70  | 434.00   |
|            | KAP | Multiple e-mails with Mr. Schulman re ▓▓▓▓ (0.7)                                                                                                                                                                   | 0.70  | 682.50   |
| 3/21/2021  | JLS | Confer with TCC regarding ▓▓▓▓ (1.7); confer ▓▓▓▓ (.3).                                                                                                                                                            | 2.00  | 1,240.00 |
| 3/22/2021  | JLS | Review/Analyze ▓▓▓▓ (.8) and confer with Mr. Lucas regarding same (.5); review/analyze ▓▓▓▓ (.8).                                                                                                                  | 2.10  | 1,302.00 |
|            | JLS | Draft/revise ▓▓▓▓ (.6) and confer with TCC regarding same (.7).                                                                                                                                                    | 1.30  | 806.00   |
|            | KAP | Conference with Insurance Working Group (1.7); research, review, and revise ▓▓▓▓ (1.1); e-mails with Ms. Schulman re ▓▓▓▓ (0.2); conference with Mr. Stang, Mr. Nasitair, and Mr. Schulman (0.6)                   | 3.60  | 3,510.00 |
|            | MCW | Draft and finalize legal research memo regarding ▓▓▓▓ (4.2); draft response e-mail to Mr. Schulman regarding ▓▓▓▓ (.2).                                                                                            | 4.60  | 2,300.00 |
| 3/23/2021  | JLS | Draft/Revise memorandum ▓▓▓▓.                                                                                                                                                                                      | 2.70  | 1,674.00 |
|            | JLS | Review/Analyze ▓▓▓▓ (.6); review/analyze ▓▓▓▓ (.3); review/analyze ▓▓▓▓ (.4)                                                                                                                                       | 1.30  | 806.00   |
|            | MCW | Conduct legal research regarding ▓▓▓▓ (1.2); draft legal research memo regarding same (.9).                                                                                                                        | 2.10  | 1,050.00 |

BSA Tort Claimants                                                                                                                    Page      9

|  |  |  |  | Hours | Amount |
|---|---|---|---|---|---|
| 3/24/2021 | JLS | Review/Analyze ▇▇▇ (1.4); review ▇▇▇ (1); confer with Mr. Lucas regarding same (.7). | | 3.10 | 1,922.00 |
| | JLS | Review/Analyze ▇▇▇ analyze ▇▇▇ (1.4). | | 4.50 | 2,790.00 |
| 3/25/2021 | JLS | Draft/Revise ▇▇▇. | | 0.70 | 434.00 |
| | CO | Revise a memorandum ▇▇▇ (.7). | | 0.70 | 182.00 |
| 3/26/2021 | JLS | Draft/Revise, ▇▇▇ (.4) and confer with TCC regarding same (.4). | | 0.80 | 496.00 |
| 3/27/2021 | JLS | Review/Analyze ▇▇▇ | | 0.90 | 558.00 |
| 3/29/2021 | JLS | Confer with Mr. Orgel regarding ▇▇▇ (.6) and legal research regarding same (.8). | | 1.40 | 868.00 |
| | JLS | Confer ▇▇▇ | | 0.20 | 124.00 |
| | JLS | Review/Analyze ▇▇▇ | | 2.60 | 1,612.00 |
| | KAP | Conference with Insurance Working Group (1.0); review e-mails ▇▇▇ (0.3) | | 1.30 | 1,267.50 |
| 3/30/2021 | MCW | Conduct legal research and update memo regarding ▇▇▇ (2.3); Conduct legal research and update memo regarding ▇▇▇ (3.8). | | 6.10 | 3,050.00 |
| 3/31/2021 | JLS | Review/Analyze ▇▇▇ | | 2.30 | 1,426.00 |
| | MCW | Analyze ▇▇▇ (2.3). | | 2.30 | 1,150.00 |
| | **SUBTOTAL:** | | [ | 169.60 | 97,636.00] |

| | |
|---|---|
| **Subtotal of charges** | $167,744.50 |
| Courtesy Deduction of Time | ($5,280.00) |
| For professional services rendered | 265.10  $162,464.50 |
| **Previous balance** | $563,953.51 |

BSA Tort Claimants                                                                                                                     Page   10

                                                                                                                                     Amount

**Accounts receivable transactions**

3/12/2021   Payment – Thank you. Check No. EFT                                                                                ($191,750.55)

**Total payments and adjustments**                                                                                            **($191,750.55)**

**Balance due**                                                                                                               **$534,667.46**

| Courtesy Deduction of Time: | $5,280.00 |
|---|---|
| Discount on Rates: | $49,483.00 |
| **Total Deduction/Discount:** | **$54,763.00** |

Timekeeper Summary

| Name | Hours | Regular Rate | 20% Discounted Rate | Total Full | Total Discounted | Difference |
|---|---|---|---|---|---|---|
| Caitlin Oswald | 23.5 | 325 | 260 | 7,637.50 | 6,110.00 | 1,527.50 |
| Donald K. Piper | 0 | 290 | 260 | 0.00 | 0.00 | 0.00 |
| Jeffrey L. Schulman | 149.1 | 775 | 620 | 115,552.50 | 92,442.00 | 23,110.50 |
| Kirk A. Pasich | 48.3 | 1,375.00 | 975 | 66,412.50 | 47,092.50 | 19,320.00 |
| Mikaela C. Whitman | 44.2 | 625 | 500 | 27,625.00 | 22,100.00 | 5,525.00 |
| TOTAL | 265.10 | | | $217,227.50 | $167,744.50 | $49,483.00 |