UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:                    Chapter __11__

Case No. __20__-__10343__ (__LSS__)

Debtor: BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, et al.

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of __Sara K. Hunkler__ to represent __Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Fire Insurance Company__ in this action.

/s/ Gregory J. Flasser

Gregory J. Flasser (DE Bar No. 6154)
BAYARD, P.A.
600 N. King Street, Suite 400
Wilmington, Delaware 19801
(302) 429-4235
gflasser@bayardlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of __the District of Columbia and the State of New York__ and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Sara K. Hunkler

Sara K. Hunkler, Esq.
Shipman and Goodwin LLP
1875 K Street NW, Suite 600
Washington, DC 20006-1251
(202) 469-7759
shunkler@goodwin.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

*[signature]*

Dated: April 21st, 2021
Wilmington, Delaware

Local Form 105