FILED
2021 APR 20 AM 11:48
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Clerk of the United States Bankruptcy
Court, District of Delaware
824 N. Market Street, Suite 500
Wilmington, Delaware 19801

April 16, 2021

Re: Boy Scouts of America Chap 11
Case No 20-10343 (LSS)

To The Honorable Clerk of Said Court:

Greetings. Enclosed herewith is an original copy of my:

• Motion For Leave To Allow Untimely Proof of Claim with Exhibits A + B

Said motion and exhibits were mailed certified mail with return receipt. The receipt number is 7020 2450 0000 5934 4498 and the return receipt number is 9590 9402 6280 0274 7178 37.
  Furthermore, two proof of claim forms have been mailed to the Court approved claims agent on the same day as this by certified mail return receipt. The receipt number being 7018 1130 0000 8501 3655 and the return receipt being 9590 9402 6280 0274 7178 20.

Respectfully submitted,

In The United States Bankruptcy Court
For The District of Delaware

| | |
|---|---|
| In re:<br>Boy Scouts of America and<br>Delaware BSA, LLC,<br>Debtors | Chapter 11<br>Case No. 20-10343 (LSS)<br>(Jointly Administered) |

## Motion For Leave To Allow Untimely Proof Of Claim

To The Honorable Judge of Said Court:

Now comes [REDACTED] Claimant in the above styled Chapter 11 case and files this motion seeking leave of the Court to allow the filing of an untimely proof of claim and in support of said motion would show the Court as follows:

I.

Claimant, is currently an indigent inmate in the [REDACTED]. Claimant is prohibited from accessing the internet and may only call preapproved telephone numbers

II.

Claimant first became aware of this case in or around early fall of 2020 via televised commercials that contained only a 1-800 hotline style telephone number. Claimant later saw public notices in the USA Today and [REDACTED] Journal newspapers which also borne a similar style number. No address was immediately available for Claimant to write

---

1. See Exhibit A

LEAVE-1

### III.

In early to mid-March 2021 Claimant was finally able to obtain an address to write regarding his claim. He then contacted the Young Conaway Law Firm of Wilmington, Delaware (which are the firm representing the Future Claimants' Representative (the Firm). The Firm responded late March 2021 providing two claim forms and contact information for the counsel for the Torts Claimants' Committee. The Firm also advised that the instant motion should be filed as the bar date for claim forms was 11-16-2020.[2] Claimant subsequently filed this motion.

### IV.

Per TDCJ policy Claimant is unable to access Title 11 of the United States Code, Federal Rules of Bankruptcy Procedure, nor Bankruptcy Court caselaw. As such, Claimant respectfully requests the Court look to the substance of this motion as opposed to form because the form may be lacking, incorrect, or otherwise insufficient to preserve his rights. He thus seeks an equitable construction as equity aids the vigilant.

### V.

Claimant has not previously received notice from the Debtors in this case.

### VI.

Until early to mid March 2021 Claimant only had a claims hotline number without access to call the same. Claimant's untimely filing was thus out of his power to control and is directly attributable to his current circumstances as a Texas state prisoner.

### VII.

Claimant therefore respectfully requests the Court's allowance of his untimely claim by invocation of the "excusable neglect" rule as set forth in ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

---

2. See Exhibit B

LEAVE - 2

## VIII.

In light of the Firm's advisement concerning protection and preservation of Claimant's rights, it is the sames belief that reorganization plans have not been negotiated and concluded. Thus, it is Claimant's position that there would be no prejudice to the Debtors or claimants/creditors nor would Claimant's claim complicate the proceedings. Additionally, Claimant does not move the Court nor present his untimely claim in bad faith but comes with clean hands

## IX.

In conclusion Claimant respectfully requests the Court invoke its full equitable power to prevent an unfair result. He would further submit that in light of the complexity of bankruptcy law and Claimants status as a layman appointment of counsel is entirely necessary to preserve and protect Beachbum's rights and interests in this case

Wherefore, Claimant prays this Honorable Court grant leave to file an untimely proof of claim and appoint counsel to adequately protect Claimants rights and interests. Claimant further prays the Court grant to him any other relief to which he may be entitled at law or in equity. —

Respectfully submitted,



LEAVE-3

## Certificate of Service

I, ▓▓▓▓▓▓▓▓▓▓ Claimant Pro se, ▓▓▓▓▓▓▓▓▓▓ do declare that a true and correct copy of the foregoing Motion For Leave To Allow Untimely Proof Of Claim, has been mailed by placing the same without exhibits in the U.S. Mail, first class postage prepaid, via the ▓▓▓▓▓▓ mailbox to the following on April 16, 2021.

▓▓▓▓▓▓▓▓▓▓

United States Bankruptcy Court
For The Delaware District
824 N. Market Street #500
Wilmington, DE 19801

Boy Scouts of America and
Delaware BSA, LLC
1325 West Walnut Hill Lane
Irving, TX 75038

## ▓▓▓▓ Declaration

I, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ declare under penalty of perjury under the laws of the United States of America that I have read the foregoing motion and the same is true and correct.
Executed on April 16, 2021.

▓▓▓▓▓▓▓▓▓▓

Leave-4

# EXHIBIT A

6B | SUNDAY, MARCH 28, 2021 | ALICE ECHO-NEWS JOURNAL



ALICE ECHO N

cil Chambers, 500 E. Main Street and the meeting may be held telephonically or via videoconference. These actions are being taken to mitigate the spread of the virus by avoiding meetings that bring people into a group setting and in accordance with Section 418.016 of the Texas Government Code. If no quorum is met, P & Z will hold a public hearing on Thursday, April 15, 2021, at 6 p.m. City Hall Council Chambers.

Items to consider:

1.) A request for rezone of ALICE FARM LOTS PT OF ORIGINAL 15.742 AC TR F/B 52.53 0015.7568, from R-5 to R-4, as recorded in Deed Volume 1187, page 0889, Number 423952 deed records, Alice, Jim Wells County, Texas, known as North Texas Blvd.

The Alice City Council will hold a public hearing on Tuesday, April 20, 2021, at 4:30 p.m. at City Hall in the City Council Chambers, 500 E. Main Street to consider the Planning and Zoning Commission's recommendation.

For more information, please call P&Z department at 361-668-7267 or e-mail at patrick.thomas@cityofalice.org

## LEGAL NOTICE

The Alice Planning and Zoning Commission will hold a public hearing on Tuesday, April 13, 2021, at 6:00 p.m. at City Hall Council Chambers, 500 E. Main Street and the meeting may be held telephonically or via the Planning and Zoning Commission's recommendation.

For more information, please call P&Z department at 361-668-7267 or e-mail at patrick.thomas@cityofalice.org

### Personal Notices

**A-1 DONATE YOUR CAR,** RUNNING OR NOT!! FAST FREE PICKUP. Maximum tax deduction. Support United Breast Cancer Fdn programs. Your car donation could save a life. 855-820-9853

**ATTENTION VIAGRA** users: Generic 100 mg blue pills or Generic 20 mg yellow pills. Get 45 plus 5 free $99 + S/H. Guaranteed, no prescription necessary. Call 877-801-0749

**ATTENTION: AUTO** Injury Victims. If you have suffered a serious injury in an auto accident, call us! Our attorneys have the experience to get you the full compensation you deserve! Call Now: 877-496-3293

**BECOME A** PUBLISHED AUTHOR! We edit, print and distribute your work internationally. We do the work, you reap the Rewards! Call for a FREE Author's Submission Kit: 844-261-5841

**CANCER GENETIC** SCREENING KIT. Protect yourself and your family with early genetic screening! See if you qualify for a test at no cost to you with your Medicare Part B coverage. Call 855-623-4490. (Mon-Sun 9am-8pm ET)

**DONATE YOUR** CAR TO CHARITY. Receive maximum value of write off for your taxes. Running or not! All conditions accepted. Free pickup. Call for details. 855-986-8602

### SERVICES

### General Services

**ARE YOU** BEHIND $10k OR MORE ON YOUR TAXES? Stop wage & bank levies, liens & audits, unfiled tax returns, payroll issues, & resolve tax debt FAST. Call 855-820-8878

**ATTENTION SMALL** BUSINESS OWNERS! Are you protected in case of property damage or if you have an interruption in service due to a property event? Business Owner Property insurance IS AFFORDABLE and WILL PROTECT YOU when the unexpected happens! For free quote, call 844-877-9891 (M-F 7:30am-9:30pm ET)

**BATHROOM RENOVATIONS.** EASY, ONE DAY updates! We specialize in safe bathing. Grab bars, no slip flooring & seated showers. Call for a free in-home consultation: 855-980-4002

**BEAUTIFUL BATH** UPDATES in as little as ONE DAY! Superior quality bath and shower systems at AFFORDABLE PRICES! Lifetime warranty & professional installs. Call Now! 844-980-3902

**BEST SATELLITE** TV with 2-Year Price Guarantee! $59.99/mo with 190 channels and 3 months free premium movie channels! Free next day installation! Call 888-986-4740

**BOY SCOUT COMPENSATION FUND** - Anyone that was inappropriately touched by a Scout leader deserves justice and financial compensation! Victims may be eligible for a significant cash settlement. Time to file is limited. Call Now! 866-395-0568

# Exhibit B



**YOUNG CONAWAY**

**WILMINGTON**
RODNEY SQUARE

**NEW YORK**
ROCKEFELLER CENTER

**Robert S. Brady**
P 302.571.6690
F 302.576.3283
rbrady@ycst.com

27908916.2

March 24, 2021



Re:   Boy Scouts of America Bankruptcy (Case No. 20-10343)

Dear ███████████,

    Thank you for your letter. We appreciate the courage it took for you to write about these painful memories. My firm and I represent the Future Claimants' Representative appointed in these cases, so we cannot serve as your attorney. Attached are two blank proof of claim forms that were available to Sexual Abuse Survivors. You should (i) fill them both out identically; (ii) mark one as a "Copy"; and (iii) mail them both to the following address:

    BSA Abuse Claims Processing
    c/o Omni Agent Solutions
    5955 De Soto Ave., Suite 100
    Woodland Hills, CA 91367

    In the envelope, you should also include a self-addressed, postage-paid envelope. This will allow the claims processing agency to provide you with confirmation that it received your claim. If you do not wish to receive confirmation, you do not have to include the postage-paid envelope and can keep the second copy for your records. If you have access to the internet, you can check to confirm receipt of your claim at www.officialbsaclaims.com (see the "Proofs of Claim Docket" link under the "Claims" tab).

    To protect and preserve your rights, we also suggest that you consider filing a motion with the Bankruptcy Court for the District of Delaware seeking to allow a late filed claim, as the deadline to submit the proof of claim forms was November 16, 2020.

    You should consult with an attorney to fully understand your rights and potential recourse available to you. We have copied and included the contact information for Mr. James I.

Young Conaway Stargatt & Taylor, LLP

March 24, 2021
Page 2

27908916.2
Stang, Esquire below. His law firm represents the Official Tort Claimants' Committee in these cases.

Very truly yours,

Robert S. Brady

RSB
Attachments
cc: James I. Stang, Esquire
 Counsel for the Torts Claimants' Committee
 Pachulski Stang Ziehl & Jones
 10100 Santa Monica Blvd., 13th Floor
 Los Angeles, CA 90067-4003

In The United States Bankruptcy Court
For The District of Delaware

In re:
Boy Scouts of America and
Delaware BSA, LLC.,
    Debtors

Chapter 11
Case No. 20-10343 (LSS)
(Jointly Administered)

Order on Claimant's Motion For Leave To Allow Untimely Proof Of Claim

Be It Remembered that on _____, 2021 came to be heard the foregoing Motion by Claimant. It is the opinion of the Court, upon due consideration of the same, that said Motion should be:

_____ Granted as to Paragraphs _____.

_____ Denied as to Paragraphs _____,
to which Claimant timely excepts.

Signed on: _____
At ___:___ Am/Pm

_____
Presiding Judge

_____
Printed or Typed Name