# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Re: Docket No. 2610 |

## CERTIFICATE OF SERVICE

I, Michael J. Merchant, hereby certify that on April 15, 2021, I caused a copy of the following document to be served upon the parties on the attached service lists in the manner indicated:

- *Objection of The Church of Jesus Christ of Latter-Day Saints, a Utah Corporation Sole, to Motion of the Future Claimants' Representative, the Official Committee of Tort Claimants, and the Coalition of Abused Scouts for Justice for Entry of an Order, Pursuant to 11 U.S.C. §§ 105(a) and 502(c), (I) Authorizing an Estimation of Current and Future Abuse Claims and (II) Establishing Procedures and Schedule for Estimation Proceedings* [Docket No. 2610]

                                                  */s/ Michael J. Merchant*
                                                  Michael J. Merchant (No. 3854)

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

RLF1 25122473v.1

**SERVICE LIST – VIA CM/ECF & COURTESY EMAIL**

Robert S. Brady
Edwin J. Harron
Sharon M. Zieg
YOUNG CONAWAY STARGATT
& TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
rbrady@ycst.com
eharron@ycst.com
szieg@ycst.com

James I. Stang
John A. Morris
James E. O'Neill
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
jstang@pszjlaw.com
jmorris@pszjlaw.com
joneill@pszjlaw.com

Rachel B. Mersky
1201 North Orange Street, Suite 400
Wilmington, DE 19801
rmersky@monlaw.com

David J. Molton
BROWN RUDNICK LLP
Seven Times Square
New York, NY 10036
dmolton@brownrudnick.com

**SERVICE LIST – VIA FIRST CLASS MAIL & COURTESY EMAIL**

Office of the United States Trustee for the District of Delaware
Attn:  David L. Buchbinder
          Hannah Mufson McCollum
J. Caleb Boggs Federal Building
844 North King Street, Suite 2207
Lockbox #35
Wilmington, DE  19801
david.l.buchbinder@usdoj.gov
hannah.mccollum@usdoj.gov

Iain A. W. Nasatir
John W. Lucas
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705
inasatir@pszjlaw.com
jlucas@pszjlaw.com

Eric R. Goodman
BROWN RUDNICK LLP
Seven Times Square
New York, NY  10036
egoodman@brownrudnick.com

Sunni P. Beville
Tristan G. Axelrod
BROWN RUDNICK LLP
One Financial Center
Boston, MA  02111
sbeville@brownrudnick.com
taxelrod@brownrudnick.com

Lawrence S. Robbins
Ariel N. Lavinbuk
William J. Trunk
Joshua S. Bolian
ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP
2000 K Street NW, 4th Floor
Washington, DC  20006
lrobbins@robbinsrussell.com
alavinbuk@robbinsrussell.com
wtrunk@robbinsrussell.com
jbolian@robbinsrussell.com