# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| BOY SCOUTS OF AMERICA AND ) | |
| DELAWARE BSA, LLC,[1] ) | Case No. 20-10343 (LSS) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned hereby respectfully withdraws his appearance as counsel for Columbia Casualty Company; The Continental Insurance Company as successor in interest to certain policies issued by Harbor Insurance Company; The Continental Insurance Company successor by merger to Niagara Fire Insurance Company; and The Continental Insurance Company in the above-captioned cases.

**PLEASE TAKE FURTHER NOTICE** that the undersigned further requests that he be removed from all service lists for these proceedings, including the Court's CM/ECF electronic notification list.

**PLEASE TAKE FURTHER NOTICE** that the appearances by other attorneys at Wilmer Cutler Pickering Hale and Dorr LLP are unaffected by this request.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Dated: April 22, 2021            Respectfully submitted,

                                     */s/ Craig Goldblatt*

Craig Goldblatt [Del. Bar No. 6665]
**WILMER CUTLER PICKERING HALE AND DORR LLP**
1875 Pennsylvania Avenue NW,
Washington, DC 20006
Telephone: (202) 663-6483
craig.goldblatt@wilmerhale.com

*Counsel for Columbia Casualty Company; The Continental Insurance Company as successor in interest to certain policies issued by Harbor Insurance Company; The Continental Insurance Company successor by merger to Niagara Fire Insurance Company; and The Continental Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 22nd day of April, 2021, a true and correct copy of the foregoing *Notice of Withdrawal of Appearance* was served upon all counsel of record using the Court's CM/ECF system.

    */s/ Craig Goldblatt*

Craig Goldblatt [Del. Bar No. 6665]
**WILMER CUTLER PICKERING
 HALE AND DORR LLP**
1875 Pennsylvania Avenue NW,
Washington, DC 20006
Telephone: (202) 663-6483
craig.goldblatt@wilmerhale.com

*Counsel for Columbia Casualty Company; The Continental Insurance Company as successor in interest to certain policies issued by Harbor Insurance Company; The Continental Insurance Company successor by merger to Niagara Fire Insurance Company; and The Continental Insurance Company*