# **EXHIBIT B**

26437925.12

Patton, James L., Jr., Future Claimants' Representative        Invoice Date:            April 20, 2021
                                                                Invoice Number:              50023704
                                                                Matter Number:             077494.1001

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 02/16/21 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 4.32 |
| 02/19/21 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 3.65 |
| 02/24/21 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 27.02 |
| 03/01/21 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 4.20 |
| 03/01/21 | Computerized Legal Research | 1.00 | 0.00 |
| 03/02/21 | Postage | 7.00 | 8.40 |
| 03/02/21 | Photocopy Charges Duplication BW | 43.00 | 4.30 |
| 03/02/21 | Photocopy Charges Duplication BW | 166.00 | 16.60 |
| 03/02/21 | Photocopy Charges Duplication BW | 18.00 | 1.80 |
| 03/02/21 | Photocopy Charges Duplication BW | 161.00 | 16.10 |
| 03/02/21 | Photocopy Charges Duplication BW | 5.00 | 0.50 |
| 03/02/21 | Postage | 1.00 | 1.60 |
| 03/02/21 | Photocopy Charges Duplication BW | 166.00 | 16.60 |
| 03/02/21 | Photocopy Charges Duplication BW | 268.00 | 26.80 |
| 03/02/21 | Photocopy Charges Duplication BW | 74.00 | 7.40 |
| 03/02/21 | Photocopy Charges Duplication BW | 18.00 | 1.80 |
| 03/02/21 | Postage | 7.00 | 7.00 |
| 03/02/21 | Photocopy Charges Duplication BW | 14.00 | 1.40 |
| 03/02/21 | Photocopy Charges Duplication BW | 19.00 | 1.90 |
| 03/02/21 | Photocopy Charges Duplication BW | 5.00 | 0.50 |
| 03/02/21 | Photocopy Charges Duplication BW | 7.00 | 0.70 |
| 03/02/21 | Photocopy Charges Duplication BW | 118.00 | 11.80 |
| 03/04/21 | Photocopy Charges Duplication BW | 34.00 | 3.40 |
| 03/04/21 | Photocopy Charges Duplication BW | 6.00 | 0.60 |
| 03/04/21 | Photocopy Charges Duplication BW | 32.00 | 3.20 |
| 03/04/21 | Computerized Legal Research | 1.00 | 0.00 |
| 03/04/21 | Computerized Legal Research | 1.00 | 0.00 |
| 03/04/21 | Photocopy Charges Duplication BW | 23.00 | 2.30 |
| 03/04/21 | Photocopy Charges Duplication BW | 6.00 | 0.60 |
| 03/04/21 | Computerized Legal Research | 1.00 | 0.00 |
| 03/04/21 | Photocopy Charges Duplication BW | 5.00 | 0.50 |
| 03/05/21 | Computerized Legal Research | 1.00 | 0.00 |
| 03/05/21 | Reliable Wilmington - Transcript of 2/17/21 hearing | 1.00 | 325.20 |
| 03/05/21 | Photocopy Charges Duplication BW | 36.00 | 3.60 |
| 03/05/21 | Photocopy Charges Duplication BW | 32.00 | 3.20 |
| 03/06/21 | Computerized Legal Research | 1.00 | 0.00 |
| 03/07/21 | Computerized Legal Research | 1.00 | 0.00 |
| 03/08/21 | Photocopy Charges Duplication BW | 14.00 | 1.40 |

| | | | |
|---|---|---|---|
| Patton, James L., Jr., Future Claimants' Representative | | Invoice Date: | April 20, 2021 |
| | | Invoice Number: | 50023704 |
| | | Matter Number: | 077494.1001 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 03/08/21 | Photocopy Charges Duplication BW | 26.00 | 2.60 |
| 03/08/21 | Computerized Legal Research | 1.00 | 0.00 |
| 03/08/21 | Photocopy Charges Duplication BW | 5.00 | 0.50 |
| 03/08/21 | Photocopy Charges Duplication BW | 6.00 | 0.60 |
| 03/09/21 | Photocopy Charges Duplication BW | 7.00 | 0.70 |
| 03/09/21 | Postage | 1.00 | 1.00 |
| 03/10/21 | Computerized Legal Research | 1.00 | 0.00 |
| 03/11/21 | Photocopy Charges Duplication BW | 10.00 | 1.00 |
| 03/11/21 | Photocopy Charges Duplication BW | 36.00 | 3.60 |
| 03/11/21 | Photocopy Charges Duplication BW | 32.00 | 3.20 |
| 03/11/21 | Photocopy Charges Duplication BW | 2.00 | 0.20 |
| 03/11/21 | Photocopy Charges Duplication BW | 4.00 | 0.40 |
| 03/11/21 | Photocopy Charges Duplication BW | 22.00 | 2.20 |
| 03/11/21 | Computerized Legal Research | 1.00 | 0.00 |
| 03/11/21 | Photocopy Charges Duplication BW | 22.00 | 2.20 |
| 03/12/21 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 8.49 |
| 03/12/21 | Computerized Legal Research | 1.00 | 0.00 |
| 03/12/21 | Computerized Legal Research | 1.00 | 0.00 |
| 03/13/21 | Computerized Legal Research | 1.00 | 0.00 |
| 03/17/21 | Postage | 1.00 | 1.00 |
| 03/17/21 | Computerized Legal Research | 1.00 | 0.00 |
| 03/19/21 | Computerized Legal Research | 1.00 | 0.00 |
| 03/19/21 | Computerized Legal Research | 1.00 | 0.00 |
| 03/22/21 | Scanning Charges SCAN | 2.00 | 0.20 |
| 03/22/21 | Computerized Legal Research | 1.00 | 0.00 |
| 03/22/21 | Photocopy Charges Duplication BW | 106.00 | 10.60 |
| 03/22/21 | Postage | 1.00 | 2.40 |
| 03/22/21 | Postage | 8.00 | 8.00 |
| 03/24/21 | Postage | 1.00 | 1.60 |
| 03/24/21 | Photocopy Charges Duplication BW | 67.00 | 6.70 |
| 03/24/21 | Postage | 8.00 | 8.00 |
| 03/25/21 | Postage | 1.00 | 1.80 |
| 03/25/21 | Photocopy Charges Duplication BW | 12.00 | 1.20 |
| 03/25/21 | Photocopy Charges Duplication BW | 12.00 | 1.20 |
| 03/25/21 | Computerized Legal Research | 1.00 | 0.00 |
| 03/26/21 | Photocopy Charges Duplication BW | 10.00 | 1.00 |
| 03/29/21 | Photocopy Charges Duplication BW | 70.00 | 7.00 |
| 03/29/21 | Photocopy Charges Duplication BW | 16.00 | 1.60 |
| 03/29/21 | Photocopy Charges Duplication BW | 46.00 | 4.60 |

| | Patton, James L., Jr., Future Claimants' Representative | Invoice Date: | April 20, 2021 |
|---|---|---|---|
| | | Invoice Number: | 50023704 |
| | | Matter Number: | 077494.1001 |

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---:|---:|
| 03/29/21 | Photocopy Charges Duplication BW | 146.00 | 14.60 |
| 03/29/21 | Photocopy Charges Duplication BW | 14.00 | 1.40 |
| 03/29/21 | Airfare (round trip, refundable) from Philadelphia, PA to Miami, FL for J. Patton, R. Brady, and K. Quinn re: 3/30-4/1/21 mediation | 1.00 | 2,280.00 |
| 03/29/21 | Photocopy Charges Duplication BW | 5.00 | 0.50 |
| 03/29/21 | Photocopy Charges Duplication BW | 14.00 | 1.40 |
| 03/31/21 | Photocopy Charges Duplication BW | 7.00 | 0.70 |
| 03/31/21 | Photocopy Charges Duplication BW | 7.00 | 0.70 |
| 03/31/21 | Photocopy Charges Duplication BW | 65.00 | 6.50 |
| 03/31/21 | Photocopy Charges Duplication BW | 12.00 | 1.20 |
| 03/31/21 | Photocopy Charges Duplication BW | 69.00 | 6.90 |
| 03/31/21 | Photocopy Charges Duplication BW | 64.00 | 6.40 |
| 03/31/21 | Photocopy Charges Duplication BW | 7.00 | 0.70 |
| | **Total** | | **$2,912.98** |

| Patton, James L., Jr., Future Claimants' Representative | Invoice Date: | April 20, 2021 |
| | Invoice Number: | 50023704 |
| | Matter Number: | 077494.1001 |

**Cost Summary**

| **Description** | **Amount** |
|---|---:|
| Air/Rail Travel | 2,280.00 |
| Computerized Legal Research | 0.00 |
| Deposition/Transcript | 325.20 |
| Postage | 40.80 |
| Reproduction Charges | 219.30 |
| Teleconference / Video Conference | 47.68 |
| **Total** | **$2,912.98** |