April 17, 2021



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington DE 19801

Good morning mam, I am writing to maybe try and let you know how I have felt over the past 67 years, I still am not sure even today. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ At the time of these encounters I didn't understand what was happening to me or why, I did not know really what was happening, if it was something I had done or not done. All I could do was run, hide and quit scouting when I got home from scout camp.

I have been trying to hide what happened to me for 67 years but unfortunately from time to time my mind will reflect on something, such as a single light bulb, that was the only light at the camp facilities ▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ its OK, we are learning, this has been going on for over 67 years. I have never spoken out since it happened, even as I got older.

As I have gotten older I still have many of these same thoughts, and now I wonder what if I would have shouted out earlier how many others of us may not have been hurt, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ I relive and have relieved for each year that's over 67 years of knowing ▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

It saddens me as a former scout to have lived within this exploited times, and only hope that the younger scouts have been able to come forward and not have to live for over 67 years as I have.

Thank you for allowing me the time to speak out for the first time.