▮

Your Honorable Justice Silverstein,

I offer my comments into the records as I expressed to my attorney, who is defending us, after all these years, against the BSA, WHO STOLE OUR YOUTH!

With Respect and best regards,



▮

▮



### Re: BSA Update 4/12/21

Show more

Apr 13 at 2:43 PM

Thank you [REDACTED] I encourage you to write to the Court directly and let Judge Silverstein know your thoughts at the address below. This will be put into the record of the case (your name will be blacked out) and it will help remind everyone what this case is really about.

Address is below, please reference your claim number in the letter [REDACTED]

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE  19801

On Tue, Apr 13, 2021 at 11:12 AM [REDACTED] wrote:
Thanks so much for this update. Your tireless efforts mean more than I have the words to convey my appreciation.

I know this may be a request you cannot accomplish but, please convey to the Judges and the bsa (no caps purposely) that many of us want a speedy resolution to this crime. I have waited nearly 60 years for justice to be levied against the [REDACTED] I've been silent all this time, but NO longer, thanks to the law firm of A[REDACTED]

What is the debate about, I ask the insurance companies? Maybe we should sue them for dragging us all through reliving those horrible memories!! Yes~ there is ANGER in my feelings.
I guess I expect our Justice System to provide what the Constitution guarantees....We thousands of accusers expect a Speedy Trail! Has the bsa offered any evidence they had no part in these crimes? All I've heard them and the insurance companies WHINE about, is how much this will cost them~

[REDACTED]

If the INSURANCE companies cease to exist....SO BE IT....Drain their coffers!!

If the boys scouts cease to exist....SO BE IT....they knowing perpreated these crimes against us!!

Thanks again for the opportunity to vent!

View this email in your browser

View this email in your browser

# AIS

### ABUSED IN SCOUTING

April 12th, 2021

RE:  Claim Against the Boy Scouts of America (Privileged & Confidential; Attorney-Client Communication)

The Honorable Justice Lauri Silber Silverstein
BSA Bankruptcy Case
824 Market St.; 6th Floor
Wilmington, DE 19801

PERSONAL & CONFIDENTIAL