To Honorable Laurie Selber Silverstein      4-3-21

Greetings I am ▇▇▇▇▇▇▇ and I am writting to you for the reason I do not have access to a computter and I also can't make Toll Free calls from prison, and the prison doesn't give us are ~~legal~~ mail on time and they always open the ~~legal~~ mail before I recieve it

Also Ommi Agent Solutions when they send us are legal mail they open it before I recieve it. Can you please check into this matter.

    Thank You

P.S.

Last night on 4-5-21 CDCR said I could not write or send you my letter to you by legal mail can you please check into this matter.

    Thank You.

LEGAL/LEGAL MAIL RETURN SHEET

The attached mail was sent through the legal mail bag and does not meet the criteria for confidential/legal mail per CCR Title 15, Section 3142 and/or 3143 for the following reason(s) and is being returned. If you choose to send this mail out as is, be aware that it will subject to being opened, contents inspected and processed through the regular mail process. Also, violation of Confidential Correspondence/Mail Section 3144 can result in administrative and/or disciplinary action:

\_\_\_\_ Lawyer is considered inactive or **does not show** up on the State Bar Association listing/website

\_\_\_\_ Lawyer's address does not match the address listed on the State Bar website/or as a current address for this attorney

\_\_\_\_ Receiver is not a person, official or office listed in CCR Title 15, Section 3142

\_\_\_\_ Address corresponds to a private home and /or non-legal business

\_\_\_\_ Receiver is not an elected official or appointed by the state Governor or President of the United States

X Recipient is not considered a legitimate legal service that consists of an established group of attorney(s) involved in legal representation court hearings, probation, parole or other related criminal proceedings, etc.

\_\_\_\_ Need complete first/last name of lawyer and/or state bar number/identification.

\_\_\_\_ Attached completed CDC Form 193 Trust Withdrawal form

Honorable Laurie Selber Silverstein, United States Bankruptcy Judge at the Bankruptcy Court, 824 N. Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801