## Exhibit A

**Summary of Services, February 1 – 28, 2021**



Invoice Number: 21472418
Invoice Date:  March 24, 2021
Matter Name: Boy Scouts/Global Insurance Strategy
Client/Matter Number: 0020234.00005
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan
PO Box 52786
Houston, TX  77052

---

### REMITTANCE PAGE
*For Professional Services Through  February 28, 2021*

| | |
|---|---:|
| Total Fees | $1,162.50 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$1,162.50** |

## Total Invoice Balance Due                     USD  $1,162.50

Haynes and Boone, LLP Tax Identification No: 75-1312888

#### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

#### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

#### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N ● SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21472418** ● Client Number **0020234.00005** ● Attorney **Ernest Martin, Jr.**

#### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21472418
Matter Name: Boy Scouts/Global Insurance Strategy
Client/Matter Number: 0020234.00005
Billing Attorney: Ernest Martin, Jr.

March 24, 2021
Page 2 of 2

*For Professional Services Through February 28, 2021*
RK-201851507368

### Professional Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/01/21 | Adrian Azer | Continue to review ▉▉▉▉▉▉▉ (.4); conference call with Ms. Kutz regarding ▉▉▉ (.1); conference call with broker regarding ▉▉ (.1); review ▉▉▉▉▉▉▉▉▉▉ (.5); email to Ms. Kutz regarding ▉▉▉ (.2); conferences with Marsh regard ▉▉▉▉ (.2); | 1.50 | $1,162.50 |

**Total Fees**      **$1,162.50**

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|-----------|-------|-------|------|--------|
| Adrian Azer | Partner | 1.50 | $775.00 | $1,162.50 |
| **Total Professional Summary** | | | | **$1,162.50** |

**Total Fees, Expenses and Charges**      **$1,162.50**

**Total Amount Due**      **USD $1,162.50**



Invoice Number: 21472701
Invoice Date:  March 26, 2021
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGown, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

### REMITTANCE PAGE
*For Professional Services Through  February 28, 2021*

| | |
|---|---:|
| Total Fees | $523,554.50 |
| Adjustment (Courtesy Discount - No Charge Entries) | $ (25,242.50) |
| **Total Adjusted Fees** | **$498,312.00** |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$498,312.00** |
| **Total Invoice Balance Due** | **USD  $498,312.00** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

#### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

#### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

#### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N ● SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21472701** ● Client Number **0020234.00024** ● Attorney **Ernest Martin, Jr.**

#### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21472701
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

March 26, 2021
Page 2 of 35

*For Professional Services Through February 28, 2021*

### Professional Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/01/21 | Adrian Azer | Review ▮▮▮▮ (.2); review ▮▮▮ (.2); emails with Mr. Linder and UCC regarding ▮▮▮ (.2); prepare for ▮▮▮ including review of ▮▮▮ (.3); conference call with Mr. Linder and the UCC regarding ▮▮▮ (.4); review ▮▮▮ (.1); draft response ▮▮▮ (.3); emails with Ms. Boelter regarding ▮▮▮ (.2); review ▮▮▮ (.4); review ▮▮▮ (.1); conference call with Mr. Linder, Mr. Andolina, Mr. McGowan, Mr. Griggs, Mr. Manning, Mr. Whitman, Ms. Boelter, and Mr. Martin regarding ▮▮▮ (.5); post-conference call with Mr. Martin regarding ▮▮▮ (.3); review ▮▮▮ (.2); conference call with Mr. Stoner regarding ▮▮▮ (.4); conference call with Ms. Hanke regarding ▮▮▮ (.3); conference call with Mr. Griggs and Mr. Manning regarding ▮▮▮ (.5). | 4.60 | $3,565.00 |
| 02/01/21 | Jordan Chavez | Review, analyze, and summarize ▮▮▮ and email correspondence with Mr. Kanowitz and Mr. Staab regarding ▮▮▮ | 6.00 | $3,270.00 |
| 02/01/21 | Wesley Dutton | Review ▮▮▮ (No Charge). | 3.30 | $1,798.50 |
| 02/01/21 | Carla Green | Email correspondence with Mr. Schindler regarding ▮▮▮ (.2); email correspondence with Mr. Wadley regarding ▮▮▮ (.2); review ▮▮▮ and correspondence from Ogletree ▮▮▮ (.5); review and revise ▮▮▮ 1.8); review and analyze ▮▮▮ (.5); review ▮▮▮ (.3); review ▮▮▮ (.1). | 3.60 | $2,340.00 |
| 02/01/21 | Richard Kanowitz | Review and analyze ▮▮▮ | 5.20 | $5,980.00 |
| 02/01/21 | Ernest Martin, Jr. | Participate in call with Ms. Boelter, Mr. Andolina, Mr. Linder, Mr. McGowan, Mr. Griggs, and Mr. Azer to discuss ▮▮▮ (.5); discussion with Mr. Azer regarding ▮▮▮ (.3). | 0.80 | $796.00 |

Invoice Number: 21472701
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

March 26, 2021
Page 3 of 35

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/01/21 | Brittany Parks | Continue to read and analyze ███████ (1); begin to prepare and write ███ (1.3); conference call with Mr. Schindler regarding ███ (.3) (No Charge). | 2.80 | $1,806.00 |
| 02/01/21 | Benjamin Schindler | email correspondence with Ms. Green regarding ████ (0.1); Review and analyze ████ (0.2); call with Ms. Parks discussing ████ (0.3) (No Charge). | 0.60 | $270.00 |
| 02/01/21 | David Staab | Analyze and review ████ (2.5); multiple communications with J. Chavez regarding ██ (.3) (No Charge). | 2.80 | $1,890.00 |
| 02/01/21 | Mike Stoner | Attend to emails regarding ████ (.1); review ████ (.3); attend to emails regarding ████ (.2); work on preparing ████ (3.5); conference call with Mr. Azer regarding ████ (.4); analysis regarding ████ (.9). | 5.40 | $3,645.00 |
| 02/01/21 | David Trausch | Continue reviewing and analyzing ████ summarize ████; confer with J. Chavez regarding ████; correspond with HB team regarding ████ (No Charge). | 9.10 | $4,550.00 |
| 02/02/21 | Adrian Azer | Emails with Mr. Andolina regarding ████ (.2); conference call with Mr. Kanowitz, Ms. Chavez, Mr. Staab, and Ms. Green regarding ████ (.4); post-conference call with Ms. Green regarding ██ (.2); conference call with Mr. Schulman and Mr. Nasatir (.9); conference call with Mr. Linder regarding ████ (.2); prepare for ████ (.4); conference call with Ms. Boelter, Mr. Andolina, Mr. Linder, and Mr. Whitman (1.0); post-conference call with Mr. Martin (.6); conference call with Mr. Andolina, Mr. Linder, Mr. Whitman, and counsel for Hartford (.6); conference call with Mr. Martin, Ms. Green, Mr. Schulman, and Mr. Pasich regarding ████ (.5); post-conference call with Mr. Martin (.1); review ████ (.4); review ████ (.6); conference call with Ms. Boelter, Mr. Andolina, Mr. Linder, the mediators and Hartford (.8); conference call with Mr. Linder regarding ████ (.2); draft email to insurers ████ (.2); conference call with Mr. Stoner regarding ████ (.3). | 7.60 | $5,890.00 |

Invoice Number: 21472701
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

March 26, 2021
Page 4 of 35

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/02/21 | Jordan Chavez | Review, analyze, compare, and summarize ███████████ ███████████ (4.6); conference call with Mr. Kanowitz, Mr. Staab, Mr. Azer, and Ms. Green regarding ██████ (.4); begin preparing ████████ (3.1); conference call with Mr. Kanowitz and Mr. Staab regarding ████████████████████████ (.3). | 8.40 | $4,578.00 |
| 02/02/21 | Wesley Dutton | Review ████████████████████████ ████████████ draft email to C. Green ████████████ (No Charge). | 0.70 | $381.50 |
| 02/02/21 | Carla Green | Conference call with Mr. Azer, Mr. Kanowitz, Ms. Chavez and Mr. Staab to discuss ████████ (.4); post-conference with Mr. Azer to discuss ██████ (.2); conference call with Mr. Martin, Mr. Azer and counsel for TCC (Mr. Schulman and Mr. Pasich) to discuss ██████ ████████ (.5); email correspondence with Mr. Dutton regarding ████████ (.2); email correspondence with Ogletree regarding ████████ (.2); email correspondence with Mr. Azer regarding ████████ (.2); review ██████ (.4); review ██████████ (.4); email correspondence with Mr. Azer and Mr. Dutton regarding ██████ (.2); email correspondence with team regarding ██████ (.2); email correspondence with Chubb regarding ██████ (.2); review and analyze ████████ (.5). | 4.00 | $2,600.00 |
| 02/02/21 | Richard Kanowitz | Conference call with Ms. Chavez and Mr. Staab regarding ████████████████ (.5); conference call with Mr. Azer, Ms. Green, Ms. Chavez, and Mr. Staab regarding ████████ ████████ (.3); continued review and analysis of ██████████ ████████ (4.3). | 5.10 | $5,865.00 |
| 02/02/21 | Ernest Martin, Jr. | Discussion with Mr. Azer regarding ████ regarding ██████ (.4); discussion with Ms. Parks regarding ████████ (.1); telephone call with Mr. Pasich, Mr. Schulman, Mr. Azer and Ms. Green to discuss ████ (.5); discussion with Mr. Azer regarding ████ (.1); review ████ (.3); review ████ regarding ████ (.1); review ████ (.1). | 1.60 | $1,592.00 |
| 02/02/21 | Brittany Parks | Read and analyze ████████████████ ████████ (4.0); prepare and write ████ (1.1); conference call with E. Martin regarding ████ (.1) (No Charge). | 5.20 | $3,354.00 |

Invoice Number: 21472701
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

March 26, 2021
Page 5 of 35

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/02/21 | Benjamin Schindler | Email correspondence and review of ███████ (0.2); review of ███████ (0.2); call with Ms. Green regarding ███████ (0.4) (No Charge). | 0.80 | $360.00 |
| 02/02/21 | David Staab | Analysis and review of ███████ (2.7); conference call with Mr. Kanowitz, Ms. Chavez, Mr. Azer, and Ms. Green regarding ███████ (.4); conference call with Ms. Chavez, Mr. Kanowitz and Mr. Trausch regarding ███████ (.3). | 3.40 | $2,295.00 |
| 02/02/21 | Mike Stoner | Prepare email to Mr. Gallagher regarding ███████ (.1); call with Mr. Gallagher regarding ███████ (.1); attend to emails with Mr. Azer regarding ███████ (.1); analysis regarding ███████ (.3); Analysis regarding ███████ (.8); analysis regarding ███████ (.6); review ███████ (2.5); conference call with Mr. Azer regarding ███████ (.3); review ███████ (1.1); prepare email to Mr. Azer regarding ███████ (.7). | 6.60 | $4,455.00 |
| 02/02/21 | David Trausch | Review ███████; prepare for and attend conference with HB team regarding ███████ (No Charge). | 0.40 | $200.00 |

Invoice Number: 21472701
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

March 26, 2021
Page 6 of 35

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/03/21 | Adrian Azer | Conference call with Ms. Boelter regarding ███████ (.2); conference call with Ms. Hanke, Mr. Sochurek, and Mr. Schulman regarding ███████ (.9); conference call with Mr. Stoner regarding ███████ (.3); review email from Mr. Stoner related to ███████ (.3); conference call with Ms. Hanke, Ms. Klauck, Mr. Taylor, Mr. Sochurek, and Ms. Green (1.0); review email from Mr. Stoner regarding ███████ (.3); conference call with Ms. Green, Ms. Parks, and Mr. Dutton regarding ███████ (.4); conference call with Ms. Parks regarding ███████ (.1); review ███████ (.3); emails with Mr. Andolina regarding ███████ (.2); conference call with Mr. Stoner regarding ███████ (.3); conference call with Mr. Andolina, Mr. Linder, Mr. Stoner, and Mr. Whitman regarding ███ (.4); post-conference call with Mr. Stoner regarding ███ (.1); conference call with Mr. Martin regarding ███████ (.4); conference call with Mr. Gallagher regarding ███████ (.1); prepare for ███████ (.3); conference call with Mr. Andolina, Mr. Linder, Mr. Stoner, and ORIC (.6); emails with coverage counsel to the TCC regarding ███████ (.2); review ███████ (.2); review follow-up emails with ███████ (.3); conference call with Mr. Andolina, Mr. Linder, Ms. Boelter, and counsel to ORIC (1.0); attend mediation session with the Coalition (.7); call with Mr. Martin regarding ███ (.1); call with Mr. Azer regarding ███████ (1.1); review ███████ (.3). | 10.10 | $7,827.50 |
| 02/03/21 | Jordan Chavez | Email correspondence with Mr. Staab, Mr. Azer and Ms. Green regarding ███████ (.2); draft memorandum regarding ███ (5.8). | 6.00 | $3,270.00 |
| 02/03/21 | Wesley Dutton | Attend call with Mr. Azer, Ms. Parks, and Ms. Green to discuss ███████ (.4); research and analyze ███████ (.4). | 0.80 | $436.00 |
| 02/03/21 | Carla Green | Conference call with Mr. Azer, Mr. Sochurek, Ms. Hanke, Mr. Taylor and Ms. Klauck to discuss ███████ (1.0); conference call with Mr. Azer, Mr. Dutton and Ms. Parks to discuss ███████ (.4); email correspondence with KCIC regarding ███████ (.2); email correspondence with Liberty Mutual regarding ███████ (.2); follow up email correspondence with CNA regarding ███████ (.2); email correspondence with Ms. Parks regarding ███ (.2); review ███ (.5); email correspondence with Mr. Schindler regarding ███████ (.2); continue comments on ███████ (1.2). | 4.10 | $2,665.00 |

Invoice Number: 21472701
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

March 26, 2021
Page 7 of 35

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/03/21 | Richard Kanowitz | Continued review and analysis of █████████ ████████████████████████████████████ | 4.20 | $4,830.00 |
| 02/03/21 | Ernest Martin, Jr. | Review e-mail from Ms. Boelter regarding █████ ████ (.1); call with Mr. Azer regarding █████ ████ (.4); participate in call with Coalition (.7); call with Mr. Azer regarding ████ (.1); call with Mr. Azer regarding ████ (1.1); review e-mail from Mr. Chavellier regarding █████ ████ (.1); review e-mail from Mr. Schiavoni regarding ████ (.1); review ████████████████████ (.1); review e-mail from Ms. Boelter regarding ████████ ████ (.1). | 2.80 | $2,786.00 |
| 02/03/21 | Brittany Parks | Conference call with Mr. Azer, Ms. Green, and Mr. Dutton regarding ████████ (.4); begin to read and analyze ████████████████████████ (8.3); conference call with Mr. Azer regarding ████ (.1). | 8.80 | $5,676.00 |
| 02/03/21 | Benjamin Schindler | Draft ██████████████████████████ (4.0); communication with Ms. Green regarding ████ (0.2) (No Charge). | 4.20 | $1,890.00 |
| 02/03/21 | Mike Stoner | Work on ████████████████████████████████ ████████ (1.5); conference call with Mr. Azer regarding ████████████ (.3); prepare update to ████████████████████ (1.5); prepare ████████████ (.2); work on ████████████ (.5); work on Conference call with Ms. Hanke, Mr. Sochurek, and Mr. Celentino regarding ████████ (.7); attend to emails regarding ████████ (.1); work on ████ (.3); conference call with Mr. Azer, Mr. Linder, Mr. Andolina, and Mr. Whittman regarding ████ (.4); work on ████████ (.5); conference call with Mr. Azer, Mr. LiInder, Mr. Andolina, and Ms. Anderson regarding ████████ . (.6); post-call with Mr. Azer regarding ████ (.1); calls and emails with Mr. Evans regarding ████ (.1); continue analysis regarding ████████ (.5); work on analysis of ████████████████████ .(1.3). | 8.60 | $5,805.00 |

Invoice Number: 21472701
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

March 26, 2021
Page 8 of 35

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/04/21 | Adrian Azer | Review ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (.3); confer with Mr. Stoner regarding ▮▮▮ (.2); email with Mr. Whitman regarding ▮▮ (.1); emails with coverage counsel to the Coalition (Mr. Le Chevallier) regarding ▮▮▮▮ (.2); email with KCIC regarding ▮▮▮▮ (.1); conference call with Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Whitman, and Mr. Martin regarding ▮▮▮▮ (1.0); conference call with Mr. Martin and Mr. Kanowitz regarding ▮▮ (.4); conference call with Mr. Linder, BSA team, Marsh, and Markel team regarding ▮▮ (.5); prepare for ▮▮▮▮ (.3); conference call with Coalition, Mr. Linder, Ms. Lauria, Mr. Martin, and Mr. Linder regarding ▮▮ (1.3); post-conference call with Mr. Martin regarding ▮▮ (.1); prepare for ▮▮▮▮ (.3); conference call with Mr. Linder and UCC regarding ▮▮▮ (.5); follow-up analysis of ▮▮▮ (.4); review ▮▮▮ (.2); emails with White and Case regarding ▮▮ (.2); review and revise ▮▮▮ (.3); emails with counsel to Chubb regarding ▮▮ (.2); review ▮▮▮ (.2); email to Mr. Le Chevallier regarding ▮▮ (.1); conference with Mr. Schindler regarding ▮▮ (.2); review draft ▮▮▮▮ (.5); multiple conferences calls with Mr. Martin and Ms. Parks (.6); multiple conference calls with Mr. Linder regarding ▮▮ (.4); conferences call with Ms. Parks regarding ▮▮ (.3); review ▮▮▮ (.4). | 9.30 | $7,207.50 |
| 02/04/21 | Jordan Chavez | Finish preparing ▮▮▮▮ (4.2); conference call with Mr. Kanowitz and Mr. Staab regarding ▮▮ (.3); review and revise ▮▮▮ (5.6). | 10.10 | $5,504.50 |
| 02/04/21 | Wesley Dutton | Research and analyze ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮. | 6.20 | $3,379.00 |
| 02/04/21 | Carla Green | Conference call with Mr. Taylor to discuss ▮▮ (.8); review and analyze ▮▮▮ (1.2); review and analyze ▮▮▮ (1.0); email correspondence with Chubb regarding ▮▮ (.2); review and analyze ▮▮▮ (1.3); continue review and revisions to ▮▮▮ (2.2). | 6.70 | $4,355.00 |
| 02/04/21 | Richard Kanowitz | Review and analyze ▮▮▮▮▮ (No Charge). | 0.70 | $805.00 |

Invoice Number: 21472701
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

March 26, 2021
Page 9 of 35

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/04/21 | Richard Kanowitz | Continued review and analysis of ███████ (2.7); prepare memo ███ (1.7); conference call with Mr. Staab and Ms. Chavez on ████ (.3); conference call with Mr.. Martin and Mr. Azer on ████ (.4). | 5.10 | $5,865.00 |
| 02/04/21 | Ernest Martin, Jr. | Review e-mails from Ms. Boelter and Mr. Linder regarding ████ (.3); review analysis of ████ (.5); conference call with Ms. Parks regarding ████ (.3); telephone call with Ms. Boelter, Mr. Andolina, Mr. Linder, Mr. Whitman and Mr. Azer to discuss ████ (1.0); discussion with Mr. Kasowitz and Mr. Azer regarding ████ (.4); participate in call with Coalition, Mr. Linder, Ms. Lauria, Mr. Azer, and Mr. Linder regarding ████ (1.3); discussion with Mr. Azer regarding ████ (.1); review and revise ████ (.2); calls with Mr. Azer and Ms. Parks regarding ████ (.6); review final memorandum on ████ (.3). | 4.70 | $4,676.50 |
| 02/04/21 | Brittany Parks | Prepare and write ████ (4.4); prepare and write ████ (3.1); conference calls with Mr. Azer and Mr. Martin regarding ████ (.6); conference call with Mr. Azer regarding ████ (.3); continue to read and analyze ████ (4.6). | 13.00 | $8,385.00 |
| 02/04/21 | Benjamin Schindler | Email correspondence with Ms. Green regarding ████ (0.2); call with Mr. Azer regarding ████ (0.2); legal research regarding ████ (7.0). | 7.40 | $3,330.00 |

Invoice Number: 21472701
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

March 26, 2021
Page 10 of 35

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/04/21 | Mike Stoner | Finalize ███████████████ (1.7); call with Mr. Azer regarding ███████ (.1); attend to emails with Mr. Azer, Mr. Andolina, Mr. Lindor, Ms. Boelter, and Mr. Whittman regarding ████████ (.5); prepare email regarding ████████ (.1); analysis regarding ████ (.6); work on preparing ████████ (2.5); work on ████████ (.5); work on preparing ██████ (.7). | 6.70 | $4,522.50 |
| 02/05/21 | Adrian Azer | Conference call with Ms. Kutz regarding ████████ (.2); emails with BSA, Mr. Linder, and A&M regarding ██████ (.3); emails with ████████ (.2); email to Mr. Zirkman regarding ████ (.2); draft ████████ (.2); conference call with Mr. Evans, Ms. Murray, Mr. Andolina, Mr. Linder, Mr. Griggs, Mr. Manning, Mr. Martin, Mr. McGowan, and Ms. Rosenberg regarding ████████ (.5; for part); attend weekly insurer call (.9); conference call with counsel to the UCC, Mr. Linder and Ms. Lauria (.5); attend mediation session with Arrowood and Mr. Stoner (1.0); attend mediation session with Great American and Mr. Stoner (.7); post conference call with Mr. Stoner regarding ████ (.1); attend mediation session with Travelers and Mr. Stoner (.5); post conference call with Mr. Stoner regarding ████ (.2); prepare for ████████ (.4); attend BSA team meeting with Mr. Martin, Mr. Stoner, and Ms. Green (1.3); post-conference call with Mr. Martin (.2); begin to review ████████ (.4); review ████████ (.4); emails with counsel to Chubb regarding ████ (.4). | 8.60 | $6,665.00 |
| 02/05/21 | Jordan Chavez | Review, revise, and circulate ████████ (6.8); email correspondence with Mr. Kanowitz, Mr. Staab, Azer, and Ms. Green regarding ████ (.2). | 6.80 | $3,706.00 |
| 02/05/21 | Wesley Dutton | Research and analyze ████████████; draft summary of ████████; draft email to Ms. Green attaching ████████. | 11.50 | $6,267.50 |

Invoice Number: 21472701
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

March 26, 2021
Page 11 of 35

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/05/21 | Carla Green | Conference with Mr. Taylor to discuss ███ ██████ (1.5); attend weekly insurer call (.9); conference call with Mr. Martin, Mr. Stoner and Mr. Azer (1.3); email correspondence with Mr. Azer regarding ████ (.2); review and analyze ██████ (.5); review and analyze ██████ (1.0); review and analyze ██████ (.5); email correspondence with Mr. Azer regarding ████ (.2); review and revise ████ (.5); email correspondence with Ms. Kutz regarding ████ (.2); review and analyze ██████ (.8). | 6.70 | $4,355.00 |
| 02/05/21 | Richard Kanowitz | Review and analysis of ██████████████ (3.4); review, analyze and edit ██████████ (2.2). | 5.60 | $6,440.00 |
| 02/05/21 | Ernest Martin, Jr. | Telephone call with Mr. McGowan, Mr. Andolina, Mr. Linder, Mr. Evans, Ms. Murray, Mr. Griggs, Mr. Manning, and Mr. Azer to discuss ████ (1.0); participate in weekly call with insurers and mediators (.9); discussion with Mr. Azer regarding ███ (.1); participate in call with Mr. Azer, Ms. Green and Mr. Stoner regarding ████ (1.3); post conference call with Mr. Azer regarding ███ (.2); review ████ (.5). | 4.00 | $3,980.00 |
| 02/05/21 | Brittany Parks | Continue to read and analyze ██████████ (3.3); prepare and write ██████████ (.9). | 4.20 | $2,709.00 |
| 02/05/21 | Benjamin Schindler | Formalization of legal research ██████ (1.9); legal research ██████ (3.8). | 5.70 | $2,565.00 |

Invoice Number: 21472701
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

March 26, 2021
Page 12 of 35

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/05/21 | Mike Stoner | Review ███████ (.3); cross-reference ███████ (.7); conference call with Mr. Sochurek regarding ███████ (.2); conference call with Mr. Sochurek regarding ███████ (.5); organize ███████ (.4); participate in mediation sessions with Arrowood (.7); call with Mr. Azer regarding ███████ (.1); participate in mediation session with Great American (.5); call with Mr. Azer regarding ███████ (.2); review ███████ (.2); participate in mediation session with Travelers (.8); prepare for ███████ (.2); conference call with Mr. Martin, Mr. Azer, and Ms. Green regarding ███████ (1.3); work on draft email to mediator regarding ███████ (.5). | 6.60 | $4,455.00 |
| 02/05/21 | Tom Zavala | Research case law regarding ███████ (No Charge). | 2.20 | $1,100.00 |
| 02/05/21 | Tom Zavala | Call with J. Chavez to talk through ███████ (No Charge). | 0.60 | $300.00 |
| 02/06/21 | Adrian Azer | Conference call with J. Schulman (TCC) regarding ███████. | 0.50 | $387.50 |
| 02/06/21 | Carla Green | Email correspondence with Mr. Martin and Mr. Azer regarding ███████. | 0.20 | $130.00 |
| 02/07/21 | Adrian Azer | Conference call with Mr. Martin and Ms. Green regarding ███████ (.9); review and comment on ███████ (1.1); conference with Ms. Green regarding ███████ (.2); conference with Mr. Martin regarding ███████ (.3); conference call with Mr. Stoner regarding ███████ (.2); email to White and Case regarding ███████ (.2); review and analyze ███████ (.3). | 3.20 | $2,480.00 |
| 02/07/21 | Carla Green | Conference call with Mr. Martin and Mr. Azer to discuss ███████ (.9); conference call with Mr. Azer to discuss ███████ (.3); review and analyze ███████ (.8). | 2.00 | $1,300.00 |
| 02/07/21 | Richard Kanowitz | Continued review, analysis and edits of ███████ | 1.20 | $1,380.00 |

Invoice Number: 21472701                                                       March 26, 2021
Matter Name: General Insurance Matters                                          Page 13 of 35
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 02/07/21 | Ernest Martin, Jr. | Discussion with Mr. Azer and Ms. Green regarding ██████ (.9); review ████████ (1.0); discussion with Mr. Azer regarding ████ (.1) | 2.00 | $1,990.00 |
| 02/07/21 | Mike Stoner | Call with Mr. Azer regarding ████████. (.2) | 0.20 | $135.00 |
| 02/08/21 | Adrian Azer | Attend conference call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Linder and Mr. Martin (.3); conference call with Mr. Martin, Mr. Kanowitz, Mr. Staab, Ms. Jordan, and Ms. Green regarding ████████ (.4); prepare for ████████ (.3); attend mediation with Fireman's Fund (.4); attend mediation session with General Indemnity (.5); post-conference call with T. Gallagher (.1); conference with call Mr. Martin regarding ████ (.4); review and revise ████████ (2.4); conference with Ms. Green regarding ████████ (.3); conference call with Ms. Green, Ms. Parks and Mr. Schindler to discuss ████ (.4); conference call with Mr. Linder, Ms. Neely, and Mr. LeChevallier regarding ████████ (.4); emails with KCIC regarding ████████ (.2); review ████████ (.3); review ████████ (.6). | 7.00 | $5,425.00 |
| 02/08/21 | Jordan Chavez | Review and analyze ████████ (1.3); email correspondence with Mr. Kanowitz regarding ████ (.2); conference call with Mr. Staab, Mr. Kanowitz, Mr. Azer, and Mr. Martin regarding ████████ (.4). | 1.90 | $1,035.50 |
| 02/08/21 | Carla Green | Conference call with Mr. Azer, Mr. Martin, Mr. Kanowitz, Ms. Chavez and Mr. Staab to discuss ████ (.4); conference call with Mr. Taylor and counsel for CNA to discuss ████████ (1.6); conference call with Mr. Azer to discuss ████████ (.3); conference call with Mr. Azer, Ms. Parks and Mr. Schindler to discuss ████████ (.4); post conference with Ms. Parks regarding ████ (.2); review and analyze ████████ (1.0); correspondence email with Ms. Chavez regarding ████ (.2); review and analyze ████████ (1.0); email correspondence with Ms. Parks and Mr. Schindler regarding ████ (.2); review ████████ (.5); finalization of ████████ (1.5); email correspondence with Mr. Azer regarding ████ (.2). | 8.10 | $5,265.00 |
| 02/08/21 | Richard Kanowitz | Conference call with Mr. Azur, Mr. Martin, Mr. Staab, Ms. Chavez and Ms. Green on ████████ (.4); review and analysis of ████████ ████████ (3.6). | 4.00 | $4,600.00 |

Invoice Number: 21472701
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

March 26, 2021
Page 14 of 35

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/08/21 | Ernest Martin, Jr. | Attend conference call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Linder and Mr. Azer (.3); review ▮▮▮▮ (.2); discussion with Mr. Kanowitz, Mr. Staab, Ms. Chavez, Mr. Azer, and Ms. Green regarding ▮▮▮▮ (.4); discussion with Mr. Azer regarding ▮▮▮▮ (.4); review and revise ▮▮▮▮ (.1.5); review e-mail from Mr. Linder regarding ▮▮▮▮ (.1); review ▮▮▮▮ (.2). | 3.10 | $3,084.50 |
| 02/08/21 | Brittany Parks | Conference call with Mr. Azer, Ms. Green and Mr. Schindler regarding ▮▮▮▮ (.4); preparation for call regarding ▮▮▮▮ (.4); conference call with Ms. Green regarding ▮▮▮▮ (.2); conference call with Mr. Schindler regarding ▮▮▮▮ (.2); begin to read and analyze ▮▮▮▮ (.9). | 2.10 | $1,354.50 |
| 02/08/21 | Benjamin Schindler | Review ▮▮▮▮ (.5); call with Mr. Azer, Ms. Green, and Ms. Parks regarding ▮▮▮▮ (.4); review of ▮▮▮▮ (.4); call with Ms. Parks regarding ▮▮▮▮ (.2). | 1.50 | $675.00 |
| 02/08/21 | Mike Stoner | Prepare email to Mr. Sochurek regarding ▮▮▮▮ (.3); attend BSA mediation session with Fireman's Fund (.5); analysis regarding ▮▮▮▮ (1.6); attend BSA mediation session with General Star (.5); continue working on ▮▮▮▮ (1.1); review ▮▮▮▮ (.3); work on updating ▮▮▮▮ (.4); analysis regarding ▮▮▮▮ (1.0). | 5.70 | $3,847.50 |
| 02/09/21 | Adrian Azer | Continue to review ▮▮▮▮ (.6); conference call with Mr. Martin, Ms. Parks, Ms. Green, and Mr. Dutton regarding ▮▮▮▮ (1.0); conference call with Mr. McGowan, Ms. Kutz, Mr. Zirkman and Mr. Martin (.3); post conference call with Mr. Martin regarding ▮▮▮▮ (.2); review ▮▮▮▮ (.3); conference call with Ms. Green, Mr. Stoner, Mr. Taylor and Liberty Mutual regarding ▮▮▮▮ (.4); post-conference call with Mr. Stoner regarding ▮▮▮▮ (.2); review and revise ▮▮▮▮ (.2); conference call with Mr. Linder regarding ▮▮▮▮ (.1); review and revise ▮▮▮▮ (2.1); emails with coverage counsel to the Coalition (.2); emails with KCIC regarding ▮▮▮▮ (.2); review and revise ▮▮▮▮ (.2); email Ms. Green regarding ▮▮▮▮ (.2); conference call with Mr. Kanowitz on ▮▮▮▮ (.2). | 6.00 | $4,650.00 |

Invoice Number: 21472701
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

March 26, 2021
Page 15 of 35

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/09/21 | Jordan Chavez | Review and revise ███████████████ (2.0); conference call with Mr. Kanowitz on ███████ (.5). | 2.50 | $1,362.50 |
| 02/09/21 | Wesley Dutton | Attend call with Mr. Azer, Ms. Parks, Ms. Green, and Mr. Martin to discuss ███████████ (1.0); revise ██████████████████ (3.0); review ████████████████ (3.0); revise memo ███████ (2.1). | 9.10 | $4,959.50 |
| 02/09/21 | Carla Green | Conference call with Mr. Martin, Mr. Azer, Ms. Parks and Mr. Dutton to discuss ████████ (1.0); conference with Mr. Azer, Mr. Stoner, Mr. Taylor and counsel for Liberty Mutual to discuss ██████ (.4); multiple edits to ████████ (4.8); multiple correspondence email with Mr. Dutton and Ms. Parks regarding ██████ (.5); review and analyze ██████████ (.6); email correspondence with Mr. Sochurek regarding ████████ (.2); review correspondence with Mr. Azer regarding ████████ (.3); email correspondence with Mr. Taylor regarding ████ (.2); | 8.00 | $5,200.00 |
| 02/09/21 | Richard Kanowitz | Continued review and analysis of ████████████████████ (2.3); conference with Mr. Azur on ██████████ (.2); conference with Ms. Chavez on ██████████ (.2). | 2.70 | $3,105.00 |
| 02/09/21 | Ernest Martin, Jr. | Conference call with Mr. Azer, Ms. Green, Ms. Parks and Mr. Dutton to discuss ████████ (1.0); participate in call with Mr. McGowan, Ms. Kutz, Mr. Zirkman, and Mr. Azer to discuss ████████████ (.3); preparation for call regarding ████████ (.2); discussion with Mr. Azer regarding ████ (.2); review and revise ████████ (1.5). | 3.20 | $3,184.00 |
| 02/09/21 | Brittany Parks | Conference call with Mr. Martin, Mr. Azer, Mr. Dutton, Ms. Green regarding ████████████ (1.0); prepare and write ████████████████████ (6.3). | 7.30 | $4,708.50 |
| 02/09/21 | Benjamin Schindler | Review of ████████████████████ | 0.20 | $90.00 |

Invoice Number: 21472701                                                    March 26, 2021
Matter Name: General Insurance Matters                                      Page 16 of 35
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/09/21 | Mike Stoner | Review ████████████████ (.5); prepare ██████████ (2.9); prepare for conference call with Markel (.2); conference call with Markel regarding ████████ (.4); conference call with Mr. Azer, Ms. Green, Ms. Taylor and counsel for Liberty Mutual regarding ████████ (.4); phone call with Mr. Azer regarding ████████ (.2); analysis regarding ████████████ (.5); review emails and attachments relating to ████████ (.3); attend to emails regarding ████████████ (.1). | 5.50 | $3,712.50 |
| 02/10/21 | Adrian Azer | Attend weekly call with Mr. Martin, Mr. McGowan, Mr. Andolina, Ms. Lauria, Mr. Linder, Ms. Boelter and Mr. Whitman (1.1); conference call with Mr. Martin regarding ██ (.5); conference call with coverage counsel to the TCC (.5); review ████████ (.4); attend weekly conference call with Ms. Hanke, Mr. Sochurek, Ms. Klauck, Mr. Taylor (KCIC), and Mr. Stoner and Ms. Green (.6); conference call with Ad Hoc Committee of Local Councils and Ms. Lauria, Mr. Andolina, and Mr. Linder (1.0; in part); review ████████ (.2); review ████████ (.2); confer with Mr. Martin regarding ████ (.1); conference call with Mr. McGowan, Mr. Mosby, Mr. Zirkman, Mr. Ashline, Ms. Boelter, Mr. Andolina, Mr. Linder, Mr. Whitman, Mr. Binggeli, and Mr. Martin (1.6); finalize ████████ (.4); emails to Mr. Gallagher regarding ████████ (.2); review ████████ (.4); review ████████ (.3); email to Mr. Martin regarding ████ (.2). | 7.60 | $5,890.00 |
| 02/10/21 | Jordan Chavez | Review and analyze ████████████████ (4.5) (No Charge). | 4.50 | $2,452.50 |
| 02/10/21 | Carla Green | Conference call with Mr. Azer, Mr. Sochurek, Mr. Taylor, Ms. Hanke, Ms. Klauck and Mr. Stoner to discuss ████████ (.6); email correspondence with Mr. Martin and Mr. Azer regarding ████████ (.2); continue review and analysis of ████████ (1.4); email correspondence with Mr. Martin regarding ████████ (.2); continue draft ████████ (1.0); email correspondence with Bates White regarding ████████ (.2); review and analyze ████████ (1.5). | 5.10 | $3,315.00 |
| 02/10/21 | Richard Kanowitz | Review and analysis of ████████████████████ | 1.20 | $1,380.00 |

Invoice Number: 21472701                               March 26, 2021
Matter Name: General Insurance Matters                      Page 17 of 35
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/10/21 | Ernest Martin, Jr. | Participate in status call with Mr. McGowan, Ms. Lauria, Ms. Boelter, Mr. Andolina, Mr. Linder, Mr. Whitman, and Mr. Azer to discuss ███ (1.1); call with Mr. Azer regarding ███ (.5); review e-mails from Mr. McGowan regarding ███ (.1); reply to ███ (.1); call with Mr. Azer regarding ███ (.1); participate in call with Mr. McGowan, Mr. Mosby, Mr. Zirkman, Mr. Ashline, Ms. Boelter, Mr. Andolina, Mr. Linder, Mr. Whitman, Mr. Binggeli, and Mr. Azer to discuss ███ (1.6). | 3.50 | $3,482.50 |
| 02/10/21 | Benjamin Schindler | Legal research and memorandum regarding ███ (1.5). | 1.50 | $675.00 |
| 02/10/21 | Mike Stoner | Attend weekly BSA/KCIC call with Mr. Azer, Mr. Sochurek, Mr. Taylo9r, Ms. Hanke, Ms. Klauck and Ms. Green, in part (.4); conference call with Mr. Sochurek and Ms. Gresham regarding ███ (.4); attend to emails regarding ███ (.1); work on preparing ███ (1.5); work on preparing s ███ (1.4); review ███ (.3); review ███ (.3); review ███ (.4); cross-check ███. (.7). | 5.50 | $3,712.50 |
| 02/11/21 | Adrian Azer | Prepare for ███ (.5); attend mediation session with Travelers and Mr. Stoner (.7); email with Ms. Klauck regarding ███ (.2); emails with Mr. Celentino regarding ███ (.3); conference call with Mr. Celentino, Mr. Schulman, Ms. Whitman, and Ms. Green regarding ███ (.3); conference call with Ms. Green regarding ███ (.2); conference call with Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. McGowan, Mr. Mosby, Mr. Ashline, Mr. Zirkman, and Mr. Martin regarding ███ (1.4); call with Mr. Martin regarding ███ (.2); conference with Mr. Sochurek regarding ███ (.3); review ███ (.2); email with Ms. Kutz regarding ███ (.1); review ███ (.2); review ███ (1.3); emails with counsel to the Coalition regarding ███ (.2); conference call with Ms. Green to discuss ███ (.2). | 6.30 | $4,882.50 |

Invoice Number: 21472701
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

March 26, 2021
Page 18 of 35

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/11/21 | Carla Green | Conference call with Mr. Azer, TCC and Ad Hoc Committee (Mr. Celentino, Mr. Schulman, Ms. Whitman) to discuss ███████████ (.3); conference with Mr. Azer to discuss ████████████ (.2); conference call with Mr. Stoner to discuss ██████████ (.1); conference call with Mr. Azer to discuss ███████ (.2); review and analyze ████████ (.9); finalize ██████████ (2.5); continue response to ██████ (1.4); draft email regarding ████████ (.5); email correspondence with Mr. Stoner regarding ███ (.2); email correspondence with Mr. Linder regarding ████████ (.2); review and analyze ███ (.5); finalize cooperation ██████████ (2.8). | 9.80 | $6,370.00 |
| 02/11/21 | Ernest Martin, Jr. | Prepare e-mail to Mr. Mason regarding █████████ (.1); review ████████ (1.2); telephone call with Ms. Lauria, Mr. Linder, Mr. McGowan, Mr. Mosby, Mr. Ashline, Mr. Zirkman, and Mr. Andolina and Mr. Azer to discuss ████████████ (1.4); call with Mr. Azer regarding █████ (.2); review and revise ██████ (1.3). | 4.20 | $4,179.00 |
| 02/11/21 | Brittany Parks | Read and analyze ████████████ (.9); prepare and write ████████████ (2.0). | 2.90 | $1,870.50 |
| 02/11/21 | Benjamin Schindler | Continued and updated legal research regarding ████████ ██████. | 3.40 | $1,530.00 |
| 02/11/21 | Mike Stoner | Review ██████████ (.4); attend Travelers mediation session with Mr. Azer (.7); work on ██████████ (1.1); continue analysis regarding ████████ (.8); attend to ████████ (.3); review ████████ (.4); conference call with Ms. Green to discuss ████████ (.1). | 3.80 | $2,565.00 |

Invoice Number: 21472701                                          March 26, 2021
Matter Name: General Insurance Matters                           Page 19 of 35
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 02/12/21 | Adrian Azer | Attend call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Linder, and Mr. Martin to discuss ▮▮▮▮ (.5); prepare for conference with KCIC regarding ▮▮▮ (.4); conference call with Ms. Hanke, Mr. Sockurek, Ms. Klauck, and Mr. Stoner regarding ▮▮▮ (1.0); review ▮▮▮ (.3); continue to review and finalize ▮▮▮ (.9); email to Mr. Kanowitz regarding ▮▮▮ (.3); review email from Chubb (.1); email to Ms. Lauria regarding ▮▮▮ (.1); conference call with Ms. Kutz regarding ▮▮▮ (.2); email with Mr. Linder regarding ▮▮▮ (.1); review emails related to ▮▮▮ (.2); attend weekly insurer call (1.1); conference call with Ms. Green regarding ▮▮▮ (.2). | 5.40 | $4,185.00 |
| 02/12/21 | Jordan Chavez | Review and revise ▮▮▮ (6.9); conference call with Mr. Kanowitz on ▮▮▮ (.2); call with Ms. Green regarding ▮▮▮ (.1). | 7.20 | $3,924.00 |
| 02/12/21 | Carla Green | Prepare ▮▮▮ (.2); email with Mr. Andolina regarding ▮▮▮ (.1); email correspondence with insurers regarding ▮▮▮ (.1); attend insurer weekly call (1.1); conference call with Ms. Chavez regarding ▮▮▮ (.1); conference call with Mr. Azer to discuss ▮▮▮ (.2); continue draft of ▮▮▮ (1.5); email correspondence with Mr. Linder regarding ▮▮▮ (.2); continue review and analysis of ▮▮▮ (1.0); email correspondence with Ms. Lattner regarding ▮▮▮ (.1); email correspondence with Mr. Taylor regarding ▮▮▮ (.2); email correspondence with Mr. Azer regarding ▮▮▮ (.4). | 5.10 | $3,315.00 |
| 02/12/21 | Richard Kanowitz | Review and analysis of ▮▮▮ (2.2); conference with Ms. Chavez on ▮▮▮ (.2). | 2.40 | $2,760.00 |
| 02/12/21 | Ernest Martin, Jr. | Participate in call with Mr. McGowan, Mr. Whitman, Mr. Andolina, Mr. Linder, Ms. Boelter, and Mr. Azer to discuss ▮▮▮ (.5); participate in call with mediators and insurers (.6). | 1.10 | $1,094.50 |

Invoice Number: 21472701                                                          March 26, 2021
Matter Name: General Insurance Matters                                           Page 20 of 35
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/12/21 | Mike Stoner | Conference call with Mr. Azer, Ms. Klauck, Ms. Hankee, and Mr. Sochurek regarding ███████████████ (.4); prepare email to Mr. Martin, Mr. Andolina, and Mr. Linder regarding ████████████ (.2); review ████████████████ (.2); analysis regarding ███████████ (.3); review ████████████ (1.2); continue working on ████████ (1.1); analysis regarding ████████ (.3); review (.2); work on preparing ████████ (.7). | 4.60 | $3,105.00 |
| 02/13/21 | Jordan Chavez | Review and revise ████████████████ (1.2); email correspondence with Mr. Kanowitz regarding ████ (.2). | 1.40 | $763.00 |
| 02/13/21 | Richard Kanowitz | Work on ████████████████ | 0.80 | $920.00 |
| 02/14/21 | Adrian Azer | Review ████████████ (.3); email to Mr. Linder regarding ████ (.1); review ████████ (.3); conference call with Mr. Stoner and Ms. Green regarding ████ (.4); review ████████████ (.2); email to counsel to the Coalition regarding ████ (.2); review ████ (.3); begin to review ████ (.4); review ████ (.3); review ████ (.3); emails with Mr. Linder and Ms. Kutz regarding ████ (.3); review ████ (.3); email to counsel to the Coalition regarding ████ (.2). | 3.60 | $2,790.00 |
| 02/14/21 | Carla Green | Review and analyze ████████████ (.3); conference call with Mr. Stoner and Mr. Azer to discuss ████ (.4); email correspondence with Mr. Azer regarding ████ (.2); finalize ████████ (1.6); email correspondence with Mr. Azer regarding ████ (.1). | 2.60 | $1,690.00 |
| 02/14/21 | Mike Stoner | Conference call with Mr. Azer and Ms. Green regarding ████████ (.3); edit and revise ████████ (1.6); prepare email to Mr. Azer regarding ████ (.1). | 2.00 | $1,350.00 |

Invoice Number: 21472701
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

March 26, 2021
Page 21 of 35

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/15/21 | Adrian Azer | Review and revise ████████████████████ (.4); conference call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Whitman, and Mr. Martin regarding ████ (.8); review and revise ███████████ (.8); emails with Ms. Green regarding ████ (.2); emails with Mr. Evans regarding ████ (.2); continue to review and edit ████████ (.9); further review and revise ████████ (.3); conference call with Ms. Rosenberg, Ms. Kutz and Mr. Manning regarding ████ (.3); continue to review ████ (.2); email to Mr. Schindler regarding ████ (.1); attend mediation session (.5); post-conference with Mr. Martin (.3); emails with Mr. Andolina and Mr. Martin regarding ████ (.2); review ████ (.2); email to White and Case team regarding ████ (.3); telephone call with Mr. Finn, Mr. Carey, Mr. Andolina, Mr. Linder, Ms. Lauria and Mr. Martin to discuss ████ (.6); call with Mr. Martin regarding ████ (.2). | 6.50 | $5,037.50 |
| 02/15/21 | Jordan Chavez | Review and revise ████████ (2.8); conference call with Mr. Kanowitz and Mr. Staab regarding ████ (.3); prepare ████████ (2.8). | 5.90 | $3,215.50 |
| 02/15/21 | Carla Green | Multiple revisions to ████ (1.4); review and analyze ████████ (1.0); email correspondence with White & Case regarding ████ (.2); review memorandum ████ (.7). | 3.30 | $2,145.00 |
| 02/15/21 | Richard Kanowitz | Work on ████████ (2.2); conference call with Ms. Chavez and Mr. Staab on ████████ (.3). | 2.50 | $2,875.00 |
| 02/15/21 | Ernest Martin, Jr. | Participate in update call with Mr. McGowan, Mr. Whitman, Ms. Lauria, Mr. Andolina, Mr. Linder and Mr. Azer (.8); review ████ (.1); telephone call with Mr. Finn, Mr. Carey, Mr. Andolina, Mr. Linder, Ms. Lauria, a nd Mr. Azer to discuss ████ (.6); discussion with Mr. Azer regarding ████ (.2); review and revise ████ (.5); review ████ (.2); conference call with Mr Azer regarding ████ (.3). | 2.70 | $2,686.50 |

Invoice Number: 21472701
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

March 26, 2021
Page 22 of 35

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/15/21 | Mike Stoner | Attend to emails regarding ███████ (.3); attend to email from Matt Linder regarding ███████ (.2); draft email to Peter Waldronr regarding ███████ (.2); prepare email to Ms. Meyer regarding ███████ (.2); prepare email to Ms. Garrity regarding ███████ (.1); prepare draft response to Mark Plevin regarding ███████ (.5); work on ███████ (.3); work on ███████ (.3). | 2.10 | $1,417.50 |
| 02/16/21 | Adrian Azer | Review ███████ (.2); review revised ███████ (.6); review Mr. Linder's ███████ (.3); email to Mr. Linder regarding ███████ (.1); email to Chubb and Hartford regarding ███████ (.2); conference call with Mr. Martin, Ms. Green, Mr. Kanowitz, Mr. Staab, and Ms. Chavez regarding ███████ (.2); final revisions to ███████ (.4); continue to review and revise ███████ (.6); prepare for ███████ regarding ███████ (.4); conference call with Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Martin, and regarding ███████ (1.2); post-conference with Mr. Martin regarding ███████ (.3); draft, review and revise ███████ (.3); emails with Mr. Andolina regarding ███████ (.2); confer with Mr. McGowan regarding ███████ (.1); multiple email correspondence with Ms. Green regarding ███████ (.3); conference call with Mr. Martin regarding ███████ (1.8). | 7.20 | $5,580.00 |
| 02/16/21 | Jordan Chavez | Call with Mr. Kanowitz, Mr. Azer, Ms. Green, and Mr. Staab regarding ███████ (.2); finalize ███████ (.3). | 0.50 | $272.50 |
| 02/16/21 | Carla Green | Review and analyze ███████ (.6); conference with Mr. Martin, Mr. Azer, Ms. Jordan, Mr. Staab and Mr. Kanowitz to discuss ███████ (.2); complete multiple revisions to ███████ (1.2); email correspondence with Mr. Azer regarding ███████ (.3); email correspondence with insurers regarding ███████ (.2). | 2.50 | $1,625.00 |

Invoice Number: 21472701
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

March 26, 2021
Page 23 of 35

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/16/21 | Richard Kanowitz | Review and analyze ███████████ (1.2); conference call with Mr. Martin, Mr. Azer, Ms. Green, Ms. Chavez and Mr. Staab on ███████████ (.2). | 1.40 | $1,610.00 |
| 02/16/21 | Ernest Martin, Jr. | Review ████████ (.1); review and revise ███████████ (1.3); review ██████ (.1); telephone call with Mr. Kanowitz, Mr. Staab, Ms. Chavez, Mr. Azer and Ms. Green to discuss █████████ (.2); finalize █████████ and prepare e-mail to Mr. McGowan regarding █████ (.2); review ███████████ (.1); review e-mails from Ms. Lauria, Mr. Andolina and mediators regarding ████ (.2); telephone call with Ms. Lauria, Mr. Andolina, Mr. Linder, and Mr. Azer regarding █████ (1.2); discussion with Mr. Azer regarding █████ (.3); prepare e-mail to Mr. McGowan regarding ██████ (.2); telephone call with Mr. Azer regarding ████████ (1.8); prepare ██████ (.5). | 6.20 | $6,169.00 |
| 02/16/21 | Benjamin Schindler | Review and analysis of ███████████████. | 0.20 | $90.00 |
| 02/16/21 | Mike Stoner | Attend to █████ (.2); prepare email to Mr. Plevin regarding █████ (.1); prepare email to Ms. Govan regarding █████ (.2); review █████ (.2); prepare emails to Mr. Sochurek regarding ████████ (.2); review correspondence from Continental regarding █████ (.2). | 1.10 | $742.50 |
| 02/17/21 | Adrian Azer | Review and analyze ███████████ (.5); conference call with Mr. Stoner and Ms. Green regarding █████ (.2); review and provide comments to █████ (.9); review and revise █████ (.3); review and revise █████ (.2); emails with Mr. Stoner regarding █████ (.2); review research related to █████ (.4); conference call with Ms. Parks regarding █████ (.2); conference call with Mr. Martin regarding █████ (.3); conference call with Mr. Evans, Ms. Murray, Mr. Andolina, Mr. Linder, Ms. Rosenberg, and Mr. Martin regarding █████ (1.2); follow-up conference call with Mr. Evans, Ms. Murray, Mr. Andolina, and Ms. Rosenberg (1.1); post-conference with Mr. Martin regarding █████ (.4); conference call with Ms. Green regarding █████ (.2). | 6.10 | $4,727.50 |

Invoice Number: 21472701
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

March 26, 2021
Page 24 of 35

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/17/21 | Wesley Dutton | Review ███████████████████ ████████████████ | 0.30 | $163.50 |
| 02/17/21 | Carla Green | Conference call with Mr. Azer and Mr. Stoner to discuss ████████ ███ (.2); draft email to Ogletree, Bates White and White & Case regarding ██████████████████████ (.5); begin outline of ███ (1.4); review and analyze ██████████ (1.2); review and analyze ████████████████████ (.6); conference call with Mr. Azer regarding ████████████ (.2); review and provide comment to ████████ (1.0); review ████████████ (.3). | 5.40 | $3,510.00 |
| 02/17/21 | Ernest Martin, Jr. | Participate in bankruptcy hearing on insurers' motion for Rule 2004 discovery; (7.9) discussion with Mr. Azer regarding ███ (.3); telephone call with Mr. Andolina, Mr. Linder, Mr. Evans, Ms. Murray and Mr. Azer to review ████████████ (1.2); post-conference call with Mr. Azer regarding █████ (.4). | 9.80 | $9,751.00 |
| 02/17/21 | Brittany Parks | Conference call with Mr. Azer regarding ██████████ (.2); prepare and write ███████████████████ (.7). | 0.90 | $580.50 |
| 02/17/21 | Mike Stoner | Review ███████ (.3); prepare email to Ms. Gresham regarding ████████████; (.1); conference call with Mr. Azer and Ms. Green regarding ████████ (.2); prepare email to Ms. Kutz regarding ████████████ (.2); prepare email to Mr. Waldron regarding ██████ (.2); Analysis regarding ██████████████████ (1.5); Review █████████ (.3); prepare email to Mr. Azer regarding ██████ (.3); analysis regarding ████ (.8); review ████ (.2); work on ████████████ (.8); attend to emails to Mr. Azer regarding ████████ (.3); edit and revise ████████ (.3); submit letter ██████ (.2). | 5.70 | $3,847.50 |

Invoice Number: 21472701
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

March 26, 2021
Page 25 of 35

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/18/21 | Adrian Azer | Conference call with Mr. Andolina regarding ▮ (.2); conference call with Mr. Evans, Ms. Murray, Ms. Lauria, Mr. Andolina, Mr. Linder, Ms. Rosenberg, and Mr. Martin in preparation to ▮ (.5); review ▮ (.5); conference call with Mr. Schulman and Mr. Nasatir (.5); attend mediation session with insurers regarding ▮ (2.2); post-mediation conference call with Mr. Martin regarding ▮ (.2); conference with Mr. Sochurek, Ms. Hanke, Ms. Klauck and Mr. Taylor, Ms. Green, and Mr. Stoner regarding ▮ (.4); conference with Ms. Green, Mr. Manning, Mr. Evans, Ms. Murray, Mr. Andolina, and Mr. Linder regarding ▮ (.5); draft, review and revise email to Mr. Martin related to ▮ (.4); conference with Mr. Martin regarding ▮ (.4); conference with Mr. Andolina regarding ▮ (.2). | 6.00 | $4,650.00 |
| 02/18/21 | Wesley Dutton | Draft email to Ms. Parks summarizing ▮ | 0.20 | $109.00 |
| 02/18/21 | Carla Green | Attend ▮ (2.2); conference call with Mr. Manning, Mr. Evans, Mr. Azer, Mr. Linder and Mr. Andolina (in part) regarding ▮ (.9); conference call with Mr. Sochurek, Ms. Hanke, Mr. Stoner, Mr. Azer, Ms. Klauck and Mr. Taylor to discuss ▮ (.4); complete final ▮ (.5); review ▮ (.5); email correspondence with Ms. Lattner regarding ▮ (.1); begin draft ▮ (1.3); review ▮ (.4); review ▮ (.4). | 6.70 | $4,355.00 |
| 02/18/21 | Ernest Martin, Jr. | Participate in call with Mr. Evans, Ms. Murray, Mr. Andolina, Ms. Lauria, and Mr. Azer regarding ▮ (.5); participate in call with insurers, mediators, Mr. Evans, Ms. Murray, Ms. Lauria, Mr. Andolina and Mr. Linder to discuss ▮ (1.5); discussion with Mr. Azer regarding ▮ (.2); discussion with Mr. Azer regarding ▮ (.4); review ▮ (.1); review ▮ (.1) | 2.80 | $2,786.00 |
| 02/18/21 | Brittany Parks | Read and analyze ▮ (2.8); prepare and write ▮ (2.1). | 4.90 | $3,160.50 |

Invoice Number: 21472701
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

March 26, 2021
Page 26 of 35

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/18/21 | Mike Stoner | Attend ▮▮▮▮▮▮▮▮▮▮▮▮ (2.2); call with Mr. Azer, Ms. Green, Ms. Hanke, Mr. Sochurek, Mr. Taylor and Ms. Klauck regarding ▮▮▮▮▮▮ (.4); work on ▮▮▮▮▮▮ (.5); work on ▮▮▮▮▮▮ (.8); review ▮▮▮▮▮▮ (.1); continue analysis regarding ▮▮▮▮▮▮ (.2). | 4.20 | $2,835.00 |
| 02/19/21 | Adrian Azer | Conference call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Linder, and Mr. Martin regarding ▮▮▮▮▮▮ (.5); review ▮▮▮▮▮▮ (.4); email to White and Case regarding ▮▮▮▮▮▮ (.2); review and revise ▮▮▮▮▮▮ (.3); emails with Mr. Martin regarding ▮▮▮▮▮▮ (.1); email to White and Case regarding ▮▮▮ (.2); draft, review and revise ▮▮▮▮▮▮ (.2); emails related to ▮▮▮▮▮▮ (.2); attend weekly insurer conference call (1.2); conference call with Mr. Evans, Ms. Murray, and Ms. Green regarding ▮▮▮▮▮▮ (.5); conference call with Mr. Weinberg (Hartford) regarding ▮▮▮▮▮▮ (.2); review ▮▮▮▮▮▮ (.6); conference call with Mr. Stoner regarding ▮▮▮▮▮▮ (.2); review ▮▮▮▮▮▮ (.3); review ▮▮▮▮▮▮ (.5); emails with Mr. Stoner regarding ▮▮▮▮▮▮ (.3); email to Mr. Boone regarding ▮▮▮▮▮▮ (.2); email to insurers regarding ▮▮▮▮▮▮ (.2); conference call with Mr. Martin regarding ▮▮▮▮▮▮ (.4). | 6.70 | $5,192.50 |
| 02/19/21 | Carla Green | Conference call with Mr. Taylor to discuss ▮▮▮▮▮▮ (.4); email correspondence with Mr. Azer to discuss ▮▮▮▮▮▮ (.1); attend weekly insurer call (1.2); conference call with Ms. Lattner to discuss ▮▮▮▮▮▮ (.1); review and analyze ▮▮▮▮▮▮ (.1); conference call with Mr. Taylor to discuss ▮▮▮▮▮▮ (.2); conference with Mr. Azer, Mr. Evans and Ms. Murray to discuss letter ▮▮▮▮▮▮ (.5); email correspondence with Mr. stoner regarding ▮▮▮▮▮▮ (.1); email correspondence with Mr. Tollefson delineating ▮▮▮▮▮▮ (.3); multiple email correspondence with Mr. Azer and Mr. Stoner regarding ▮▮▮▮▮▮ (.3); review and analyze ▮▮▮▮▮▮ (1.5); review and revise ▮▮▮▮▮▮ (.3); email correspondence with Hartford regarding ▮▮▮▮▮▮ (.2); continue draft of ▮▮▮▮▮▮ (1.8); review ▮▮▮▮▮▮ (.3). | 7.40 | $4,810.00 |
| 02/19/21 | Ernest Martin, Jr. | Participate in update call with Mr. McGowan, Mr. Andolina, Ms Lauria, Mr. Linder and Mr. Azer (.5); email communication with Mr. Azer regarding ▮▮▮▮▮▮ (.1); participate in call with insurers and mediators (1.1); call with Mr. Azer regarding ▮▮▮ (.4). | 2.20 | $2,189.00 |

Invoice Number: 21472701
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

March 26, 2021
Page 27 of 35

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/19/21 | Benjamin Schindler | Legal research regarding ██████████████████ ██████████ (No Charge). | 2.70 | $1,215.00 |
| 02/19/21 | Mike Stoner | Work on ████████████████████████ ██████ (.6); edit and revise ██████████ (.3); attend to emails with Mr. Azer and Ms. Green concerning ████████████████████ (.1); edit and revise ████ (.3); prepare email to Mr. Linder regarding ████████████ (.1); work on ████████████████ (2.4); call with Mr. Azer concerning ████ (.2); review ████████ . (.1). | 4.10 | $2,767.50 |
| 02/20/21 | Adrian Azer | Multiple emails with Mr. Andolina regarding ████████████████ (.8); draft, review and revise ████████████████ (.9); conference call with Mr. Martin regarding ████ (.3); email communication with Mr. Stoner regarding ████ (.1); conferences with Ms. Green regarding ████ (.2); multiple emails with Mr. Schiavoni regarding ████████ (.4); review and revise ████████████ (.2). | 2.90 | $2,247.50 |
| 02/20/21 | Carla Green | Multiple email correspondence with Mr. Azer regarding ████ (.4); conference call with Mr. Azer regarding ████ (.2); review previous correspondence for ████████ (.4); multiple revisions to ████████████████ (1.2); review ████████ (.5); review ██████ (.4). | 2.80 | $1,820.00 |
| 02/20/21 | Ernest Martin, Jr. | Review ████████████████ (.3); review and revise ████████ (.8); call with Mr. Azer regarding ████ (.3); review e-mails ████ (.1); review ████ (.2); various e-mails with Mr. Andolina, Mr. Linder, Mr. Azer and Ms. Green regarding ████████ (.5); review and revise ████████ (.3). | 2.60 | $2,587.00 |
| 02/20/21 | Benjamin Schindler | Finalize ████████████████████ ████ (No Charge). | 2.80 | $1,260.00 |
| 02/21/21 | Adrian Azer | Continue to review and revise ████████████████ (1.1); conferences with Mr. Martin regarding ████ (.4); conference with Ms. Lauria, Mr. Andolina, Mr. Linder, and Mr. Martin regarding ████ (.6); email to Mr. Lattner regarding ████████ (.4); review ████████ (.3); conference with counsel to Argonaut (.4). | 3.20 | $2,480.00 |
| 02/21/21 | Carla Green | Final review of ████████ . | 0.30 | $195.00 |

Invoice Number: 21472701
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

March 26, 2021
Page 28 of 35

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/21/21 | Ernest Martin, Jr. | Review ████████████████████████████ (.5); prepare █████████ (.5); review e-mail from Mr. McGowan regarding ██████ (.2) telephone call with Mr. Azer to discuss ████ (.4) telephone call with Mr. Andolina, Mr. Linder, Ms. Lauria and Mr. Azer to discuss ████ (.6); review █████████ (.2); review ████ (.1). | 2.50 | $2,487.50 |
| 02/22/21 | Adrian Azer | Conference call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Linder and Mr. Martin (1.3); multiple revisions to ██████ (.9); multiple email communications with Mr. Martin regarding ████ (.6); conference call with Mr. Schulman and Mr. Nasitir (.3); finalize letter ████ (.3); conference call with counsel to Axis (.3); review and revise ██████ (.7); conference call with Mr. Stoner regarding █████ (.2); attend mediation sessions with insurers, Mr. Evans, Ms. Murray, Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Martin, Mr. Stoner, and Ms. Green regarding █████ (1.6); post-conference with Mr. Martin regarding ████ (.4); email to counsel to Old Republic regarding ██████ (.1); emails with Ms. Hanke and Mr. Sochurek regarding █████ (.2); conference with Ms. Green, Mr. Dutton, and Ms. Parks regarding █████ (.2); email to insurers regarding ██████ (.1); review █████ (.2). | 7.40 | $5,735.00 |
| 02/22/21 | Wesley Dutton | Attend call with Mr. Azer, Ms. Parks, and Ms. Green concerning ████████████ | 0.20 | $109.00 |
| 02/22/21 | Carla Green | Conference call with Mr. Azer, Mr. Dutton, Ms. Parks to discuss ██████ (.2); email communication with Mr. Azer to discuss ██████ (.2); attend follow up conference call with the insurers Mr. Evans, Ms. Murray, Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Martin, Mr. Stoner, and Ms. Green regarding ████ (1.6); review and revise ████ (.4); email correspondence with Mr. Stoner and Mr. Azer regarding ████ (.2); email correspondence with Mr. Dutton and Ms. Parks regarding ████ (.1); research and analyze █████ (1.0); continue draft of █████ (1.3); review and analyze ████ (.8); review ████ (.2); review draft ████ (.4). | 6.40 | $4,160.00 |

Invoice Number: 21472701
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

March 26, 2021
Page 29 of 35

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/22/21 | Ernest Martin, Jr. | Participate in update call with Mr. McGowan, Mr. Andolina, Mr. Whitman, Mr. Linder, Ms. Lauria and Mr. Azer (1.3); prepare e-mail to Mr. McGowan and Mr. Mosby regarding ███████ (.1); review ███████ (.5); telephone calls with Mr. McGowan regarding ███ (.3); analyze ███████ (.2); participate in call with insurers, Mr. Evans, Ms. Murray, Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Martin, Mr. Stoner, and Ms. Green regarding ███ (1.6); call with Mr. Azer regarding ███ (.4). | 4.40 | $4,378.00 |
| 02/22/21 | Brittany Parks | Conference call with Mr. Azer, Ms. Green. and Mr. Dutton regarding ███████. | 0.30 | $193.50 |
| 02/22/21 | Mike Stoner | Prepare letter to Axis regarding ███████ (1.2); prepare email to Mr. Linder regarding ███████ (.2); prepare email to Mr. Grindrod (Clarendon) regarding ███████ (.1); prepare email to Mr. Azer regarding ███████ (.1); prepare email to Ms. Hankee and Mr. Sochurek regarding ███████ (.1); conference with Mr. Azer regarding ███████ (.2); edit and revise ███████ (1.4); attend mediation sessions with insurers, Mr. Evans, Ms. Murray, Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Martin and Ms. Green regarding ███ (1.6); attend to emails with Mr. Azer concerning ███████ (.2). | 5.10 | $3,442.50 |
| 02/23/21 | Adrian Azer | Conference calls with Mr. Martin regarding ███████ (.4); review ███████ (.1); confer with Mr. Evans, Ms. Murray, Mr. Andolina, and Mr. Linder regarding ███ (.8); follow-up conference with Mr. Evans, Mr. Andolina, and Mr. Martin (.6); attend mediation session with insurers regarding ███ (1.5); review and revise ███████ (.6); conference call with Ms. Green regarding ███ (.1); confer with Mr. Martin regarding ███████ (.3); review ███ (.3); conference call with Mr. Linder regarding ███ (.2); emails with various non-mediation insurers regarding ███ (.3); review emails to counsel to Chubb regarding ███ (.3); research ███████ (.5). | 6.00 | $4,650.00 |
| 02/23/21 | Wesley Dutton | Review ███████ (.6); email with Mr. Azer and Ms. Green regarding ███████ (.2). | 0.80 | $436.00 |

Invoice Number: 21472701
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

March 26, 2021
Page 30 of 35

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/23/21 | Carla Green | Attend conference call with insurers ██████████ (1.5); conference call with Mr. Azer to discuss ██████████ (.2); correspondence call with Mr. Azer regarding ██████████ (.2); review and analyze ██████████ (.4); continue to research and analyze ██████████ (.8); continue draft of ██████████ (2.3); review and analyze ██████████ (.6); multiple email correspondence with Mr. Azer regarding ██████████ (.3); email correspondence with Ms. Parks and Mr. Dutton regarding ██████████ (.2); review and analyze ██████████ (.3); email correspondence with Bates White, Ogletree and White & Case regarding ██████████ (.3); review and analyze ██████████ (.2); review ██████████ (.2). | 7.50 | $4,875.00 |
| 02/23/21 | Richard Kanowitz | Review and analyze ██████████ (No Charge). | 1.40 | $1,610.00 |
| 02/23/21 | Ernest Martin, Jr. | Telephone call with Mr. McGowan regarding ██████████ (.2); discussion with Mr. Azer regarding ██████████ (.4); telephone call with Mr. Andolina regarding ██████████ (.1); telephone conference with Mr. Andolina, Mr. Evans, Ms. Murray and Mr. Azer to review ██████████ (.6); review and revise ██████████ (.7); various emails from and to Mr. Andolina and Mr. Azer regarding ██████████ (.5); review ██████████ (.3); email correspondence with Mr. Azer regarding ██████████ (.2); participate in call with insurers regarding ██████████ (1.5); call with Mr. Azer regarding ██████████ (.3); review and revise ██████████ (.4). | 5.20 | $5,174.00 |
| 02/23/21 | Mike Stoner | Review ██████████ (.4); work on ██████████ (.8); attend mediation session with insurers regarding ██████████ (1.5). | 2.70 | $1,822.50 |

Invoice Number: 21472701                                                      March 26, 2021
Matter Name: General Insurance Matters                                       Page 31 of 35
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/24/21 | Adrian Azer | Conference call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Whitman, and Mr. Martin (1.1); draft ███████████ (.5); confer with Mr. Martin regarding ███████ (.2); conference call with Mr. Evans, Mr. Murray, Mr. Andolina, and Mr. Martin regarding ██████ (.8); attend weekly call with KCIC, Ms. Hanke, Mr. Sochurek, Ms. Klauck, Mr. Taylor, Ms. Greem and Mr. Stoner regarding ██████ (1.1); review ███████████ (.2); email to insurers regarding ██████ (.1); review ███████ (.9); conference call with Mr. Martin regarding ██████ (.3); attend mediation session with all mediation parties related to ██████ (1.7); revise ████ ██████████ (.4); confer with Mr. Martin regarding ██████ (.2); review and analyze ████ (.3); conference calls with Mr. Stoner regarding ██████████ (.2); begin to review and revise ██████████ (.5); conference with counsel ██████ (.2); review ██████ (.2); conference call with Mr. Green regarding ██████ (.2). | 9.00 | $6,975.00 |
| 02/24/21 | Wesley Dutton | Research and analyze ████████████████ ████████████████████████ ██████████████████ | 5.70 | $3,106.50 |
| 02/24/21 | Carla Green | Conference call with Ms. Hanke, Mr. Sochurek, Ms. Klauck, Mr. Taylor, Mr. Azer and Mr. Stoner to discuss ██████ (1.1); email correspondence with Mr. Azer to discuss ██████ (.1); attend Bates White presentation to mediation parties (1.7); review and analyze ██████ (.5); email correspondence with Mr. Azer regarding ██████ (.2); review and analyze ██████ (1.8); begin chart ██████████ (.7); multiple email correspondence with Mr. Azer and Mr. Martin regarding ██████ (.4); conference call with Mr. Azer regarding ██████ (.2); begin revisions ██████ (1.0). | 7.70 | $5,005.00 |
| 02/24/21 | Ernest Martin, Jr. | Participate in update call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Whitman and Mr. Azer (1.1); call with Mr. Azer regarding ██████ (.2); participate in call with Mr. Andolina, Mr. Evans, Ms. Murray and Mr. Azer regarding ██████ (.8); review and revise ██████ (.4); review proposed ██████ (.4); conference call with Mr. Azer regarding ██████ (.2); review ██████ (.4); telephone call with Mr. McGowan (.1); participate in call with insurers, TCC, and Coalition regarding ██████ (1.7); call with Mr. Azer regarding ██████ (.3). | 5.80 | $5,771.00 |

Invoice Number: 21472701
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

March 26, 2021
Page 32 of 35

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/24/21 | Mike Stoner | Review emails from Ms. Garrity regarding ▇▇▇▇ (.1); attend to emails from White and Case regarding ▇▇▇ (.1); attend Weekly KCIC conference call with Mr. Azer, Ms. Green, Ms. Hanke, Ms. Klauck, Mr. Taylor, Mr. Sochurek regarding ▇▇▇ (1.1); conference call with Mr. Azer concerning ▇▇▇ (.2); review ▇▇▇ (.1); prepare ▇▇▇ (.3); attend mediation session relating to ▇▇▇ (1.7); work on edits and revisions to ▇▇▇ (1.1); prepare email to Mr. Azer concerning ▇▇▇ (.2). | 4.90 | $3,307.50 |
| 02/25/21 | Adrian Azer | Review ▇▇▇ (.7); conference with Mr. Stoner and Ms. Green to discuss ▇▇▇ (1.8); review ▇▇▇ (.2); emails with Mr. Andolina regarding ▇▇▇ (.1); conference call with Mr. Andolina regarding ▇▇ (.1); review and revise ▇▇▇ (.3); emails with Mr. Martin regarding ▇▇▇ (.1); continue to review ▇▇▇ (.8); conference call with Ms. Green regarding ▇▇▇ (.2); review ▇▇▇ (.2); confer with Mr. Martin regarding ▇▇▇ (.2); emails with Ms. Rosenberg regarding ▇▇▇ (.2); emails with Mr. Linder regarding ▇▇▇ (.2); review ▇▇▇ (.2); emails with the BSA (R. Jungers and L. Richardson) regarding ▇▇▇ (.2). | 5.20 | $4,030.00 |
| 02/25/21 | Wesley Dutton | Research and analyze ▇▇▇ | 0.40 | $218.00 |
| 02/25/21 | Carla Green | Review ▇▇▇ (1.0); conference call with Mr. Stoner and Mr. Azer to discuss ▇▇▇ (1.8); draft lengthy email ▇▇▇ (1.4); email correspondence with Mr. Stoner regarding ▇▇▇ (.3); email correspondence with Bates White, White & Case and Ogletree regarding ▇▇▇ (.2); continue revisions ▇▇▇ (1.1); conference with Mr. Azer regarding ▇▇▇ (.2); review ▇▇▇ (.4); email correspondence with Mr. Azer and Mr. Martin regarding ▇▇▇ (.3); review ▇▇▇ (.5). | 7.20 | $4,680.00 |
| 02/25/21 | Ernest Martin, Jr. | Prepare e-mail to Mr. McGowan regarding ▇▇▇ (.2); review ▇▇▇ (.2); call with Mr. Azer regarding ▇▇▇ (.2); review ▇▇▇ (.1). | 0.70 | $696.50 |

Invoice Number: 21472701
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

March 26, 2021
Page 33 of 35

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/25/21 | Mike Stoner | Review ███████████████ (.5); conference with Mr. Azer and Ms. Green to discuss ███████████ (1.8); analysis regarding ███████████████████ (.2); analysis regarding ███████████████ (.2); work on ██████ (.5); prepare email to Mr. Linder and Mr. Bingelli concerning ███████████████ (.1); review and prepare ███████ (.3); work on ███████████ (1.5); prepare memorandum to Mr. Azer regarding ███████████ (1.0); prepare email to insurer counsel regarding ███████████████ (.1). | 6.20 | $4,185.00 |
| 02/26/21 | Adrian Azer | Conference with Mr. Martin regarding ██████ (.3); review email from Mr. Stoner regarding ████████ (.2); confer with Mr. Stoner regarding ████ (.3); confer with Ms. Green regarding ████ (.1); emails with Mr. Linder regarding ██████████ (.1); review ███████████ (.2); emails related to ██████ (.2); email with Mr. Sochurek regarding ██████ (.1); conference call with KCIC (Ms. Hanke, Mr. Sochurek, and Ms. Klauck) Mr. Stoner and Ms. Green regarding ██████ (.6); conference call with Mr. Andolina, Mr. Linder, Ms. Lauria, Mr. Whitman, Ms. Green, and Mr. Martin regarding ██████ (.3); review ████████ (.3); conference call with client and Mr. Manning regarding ██████ (.4); email to Mr. McGowan in response ████████ (.2); review and revise ████████ (.3); follow-up emails ██████████ (.2); review ████ (.2); review ████ (.2); conference call with Ms. Green, Mr. Stoner, Mr. Sochurek, Ms. Hanke and Ms. Klauck to discuss ████████ (1.6). | 6.00 | $4,650.00 |
| 02/26/21 | Wesley Dutton | Research and analyze ████████████████████ | 5.70 | $3,106.50 |

Invoice Number: 21472701                                                      March 26, 2021
Matter Name: General Insurance Matters                                       Page 34 of 35
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/26/21 | Carla Green | Conference call with Mr. Evans, Ms. Murray, Mr. Azer, Mr. Stoner, Ms. Hanke, Ms. Klauck, and Mr. Sochurek to discuss ███████████ (.6); conference call with Mr. Azer to discuss ███ (.1); conference call (in part) with Ms. Boelter, Mr. Azer, Mr. Martin, Mr. Linder, Mr. Andolina, and Mr. Whitman to discuss ███████ (.3); conference call with Mr. Manning to discuss ███████████ (.2); conference call with Mr. Azer, Mr. Stoner, Mr. Sochurek, Ms. Hanke and Ms. Klauck to discuss ██████ (1.6); continue revisions to ██████ (1.8); review and analyze ██████ (1.5); email correspondence with Mr. Linder regarding ██████ (.2); continue review of ██████ (.4); draft email to insurers regarding ██████ (.4); email correspondence with Mr. Martin regarding ██████ (.2). | 7.30 | $4,745.00 |
| 02/26/21 | Ernest Martin, Jr. | Participate in update call with Mr. McGowan, Mr. Andolina, Mr. Whitman, Mr. Linder and Ms. Lauria (.5); discussion with Mr. Azer regarding ██████ (.3); telephone call with Mr. Andolina, Mr. Linder, Ms. Lauria, Mr. Whitman, Ms. Green, and Mr. Azer regarding ██████ (.3); review and revise ██████ (.1). | 0.90 | $895.50 |
| 02/26/21 | Mike Stoner | Conference call with Mr. Azer concerning ██████ (.3); work on ██████ (1.1); conference call with Ms. Hanke, Ms. Klauck, Mr. Sochurek, Mr. Evans, Ms. Murray, Mr. Azer, Ms. Green, Mr. Linder, and Mr. Andolina regarding ██████ (.5); continue working on ██████ (1.5); work on ██████ (.9); call with Mr. Azer, Ms. Green, Ms. Hanke, Mr. Sochurek, Mr. Azer and Ms. Klauck regading ██████ (1.6); continue working on ██████ (.5). | 6.40 | $4,320.00 |
| 02/27/21 | Carla Green | Review and analyze ██████ (.5); incorporate changes ██████ (.4); email correspondence with Bates White and White & Case regarding ██████ (.3). | 1.20 | $780.00 |
| 02/27/21 | Ernest Martin, Jr. | Review ██████ (.1); review information concerning ██████ (.2). | 0.30 | $298.50 |
| 02/28/21 | Adrian Azer | Review ██████ (.2); emails with Mr. Stoner and Ms. Green regarding ██████ (.2); review ██████ (.3); conference call with Mr. Martin regarding ██████ (.2); conference call with KCIC (Ms. Hanke, Mr. Sochurek, and Ms. Klauck), and Mr. Martin, Mr. Stoner, and Ms. Green regarding ██████ (1.6); post-conference call with Mr. Martin (.4). | 2.90 | $2,247.50 |

Invoice Number: 21472701
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

March 26, 2021
Page 35 of 35

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/28/21 | Carla Green | Conference with Mr. Azer, Mr. Martin, Mr. Stoner, Mr. Sochurek, Ms. Hanke and Ms. Klauck to discuss ███████ (1.6); continue revisions to ███████ (1.0). | 2.60 | $1,690.00 |
| 02/28/21 | Ernest Martin, Jr. | Discussion with Mr. Azer regarding ███████ (.2); conference call with Ms. Hanke, Ms. Klauck, Mr. Sochurek, Mr. Azer, Mr. Stoner, and Ms. Green regarding ███████ (1.6); call with Mr. Azer regarding ███ (.4); review ███████ (.3). | 2.50 | $2,487.50 |
| 02/28/21 | Mike Stoner | Call with Mr. Martin, Mr. Azer, Ms. Green, Ms. Hanke, Mr. Sochurek, and Ms. Klauck regarding ███████ (1.6). | 1.60 | $1,080.00 |

| | |
|---|---|
| **Total Fees** | **$523,554.50** |
| Adjustment (Courtesy Discount - No Charge Entries) | $ (25,242.50) |
| **Total Adjusted Fees** | **$498,312.00** |

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|-----------|-------|-------|------|--------|
| Adrian Azer | Partner | 154.90 | $775.00 | $120,047.50 |
| Ernest Martin, Jr. | Partner | 79.60 | $995.00 | $79,202.00 |
| Richard Kanowitz | Partner | 43.50 | $1,150.00 | $50,025.00 |
| Benjamin Schindler | Associate | 31.00 | $450.00 | $13,950.00 |
| Brittany Parks | Associate | 52.40 | $645.00 | $33,798.00 |
| Carla Green | Associate | 134.30 | $650.00 | $87,295.00 |
| David Staab | Associate | 6.20 | $675.00 | $4,185.00 |
| David Trausch | Associate | 9.50 | $500.00 | $4,750.00 |
| Jordan Chavez | Associate | 61.20 | $545.00 | $33,354.00 |
| Mike Stoner | Associate | 105.30 | $675.00 | $71,077.50 |
| Tom Zavala | Associate | 2.80 | $500.00 | $1,400.00 |
| Wesley Dutton | Associate | 44.90 | $545.00 | $24,470.50 |

**Total Professional Summary** — **$523,554.50**

| | |
|---|---|
| **Total Fees, Expenses and Charges** | **$498,312.00** |
| **Total Amount Due** | **USD $498,312.00** |

# haynesboone

Invoice Number: 21472420
Invoice Date:  March 24, 2021
Matter Name: GSUSA Insurance Issues
Client/Matter Number: 0020234.00029
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

## REMITTANCE PAGE
*For Professional Services Through  February 28, 2021*

| | |
|---|---:|
| Total Fees | $1,782.50 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$1,782.50** |
| **Total Invoice Balance Due** | **USD  $1,782.50** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N** ● **SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21472420** ● Client Number **0020234.00029** ● Attorney **Ernest Martin, Jr.**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21472420
Matter Name: GSUSA Insurance Issues
Client/Matter Number: 0020234.00029
Billing Attorney: Ernest Martin, Jr.

March 24, 2021
Page 2 of 2

*For Professional Services Through  February 28, 2021*

### Professional Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/08/21 | Adrian Azer | Emails with counsel to insurers regarding ▮▮▮▮ (.2); email to Ms. Kassabian regarding ▮▮▮ (.1); confer with counsel to Beazley regarding ▮▮▮ (.2). | 0.50 | $387.50 |
| 02/12/21 | Adrian Azer | Review ▮▮▮▮▮▮ (.2); emails with Mr. Zirkman (.1); conference call with Mr. Zirkman regarding ▮▮▮ (.2). | 0.50 | $387.50 |
| 02/14/21 | Adrian Azer | Email to insurers regarding ▮▮▮▮ (.1); email to counsel at Quinn regarding ▮▮ (.2). | 0.30 | $232.50 |
| 02/17/21 | Adrian Azer | Prepare for ▮▮▮▮▮▮▮▮▮ (.3); conference with insurers and Mr. Zirkman (.4); post-conference analysis of ▮▮▮▮▮▮ (.3). | 1.00 | $775.00 |

**Total Fees**          **$1,782.50**

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|-----------|-------|-------|------|--------|
| Adrian Azer | Partner | 2.30 | $775.00 | $1,782.50 |
| **Total Professional Summary** | | | | **$1,782.50** |

**Total Fees, Expenses and Charges**      **$1,782.50**

**Total Amount Due**      **USD  $1,782.50**

# haynesboone

Invoice Number: 21474679
Invoice Date:  April 13, 2021
Matter Name: Fee Applications
Client/Matter Number: 0020234.00035
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

## REMITTANCE PAGE
*For Professional Services Through  February 28, 2021*

| | |
|---|---:|
| Total Fees | $12,975.50 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$12,975.50** |
| **Total Invoice Balance Due** | **USD  $12,975.50** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N ● SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21474679** ● Client Number **0020234.00035** ● Attorney **Ernest Martin, Jr.**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21474679
Matter Name: Fee Applications
Client/Matter Number: 0020234.00035
Billing Attorney: Ernest Martin, Jr.

April 13, 2021
Page 2 of 3

*For Professional Services Through  February 28, 2021*

### Professional Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/04/21 | Adrian Azer | Conference call with Ms. Green and Mr. Rucki to discuss ██████. | 0.20 | $155.00 |
| 02/04/21 | Carla Green | Conference call with Mr. Azer and Mr. Rucki to discuss ██████ (.2); eail correspondence with Ms. Stilz regarding ██████ (.2); continue review of ██████ (1.0). | 1.40 | $910.00 |
| 02/04/21 | Denise A. Stilz | Review December proformas and request additional edits (.4). | 0.40 | $158.00 |
| 02/05/21 | Carla Green | Email correspondence with Ms. Stilz regarding ██████ (.2). | 0.20 | $130.00 |
| 02/05/21 | Denise A. Stilz | Review ██████ (1.1); redact privileged information (2.3); report to Ms. Green regarding ██████ (.2). | 3.60 | $1,422.00 |
| 02/09/21 | Denise A. Stilz | Review ██████ (.2); report to Mr. Azer regarding ██████ (.1). | 0.30 | $118.50 |
| 02/15/21 | Carla Green | Email correspondence with Ms. Parks regarding ██████. | 0.20 | $130.00 |
| 02/15/21 | Brittany Parks | Prepare and write ██████. | 3.50 | $2,257.50 |
| 02/17/21 | Carla Green | Coordinate revisions ██████ (.3); correspondence with Ms. Delaney regarding ██████ (.3); begin review ██████ (1.3). | 1.90 | $1,235.00 |
| 02/18/21 | Carla Green | 9Multiple email correspondence with Ms. Stilz regarding ██████ (.4). | 0.40 | $260.00 |
| 02/18/21 | Denise A. Stilz | Review and redact for privilege the invoices for January time and expenses. | 1.80 | $711.00 |
| 02/19/21 | Carla Green | Review and revise Fee Application (.5); multiple communications with Mr. Azer and Ms. Stilz regarding ██████ (.5). | 1.00 | $650.00 |
| 02/19/21 | Denise A. Stilz | Prepare and revise ██████ | 2.10 | $829.50 |
| 02/22/21 | Carla Green | Review and revise ██████ (.8); correspondence with Ms. Stilz regarding ██████ (.2); review and revise final ██████ (1.2); correspondence email with Mr. Moates and Ms. Topper regarding ██████ (.2). | 2.40 | $1,560.00 |

Invoice Number: 21474679
Matter Name: Fee Applications
Client/Matter Number: 0020234.00035
Billing Attorney: Ernest Martin, Jr.

April 13, 2021
Page 3 of 3

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/22/21 | Denise A. Stilz | Review ██████████████████████ (2.1); prepare final 7th Monthly Application for Fees and Expenses (.7); circulate final application with exhibits to Ms. Green and Mr. Azer (.1) | 2.90 | $1,145.50 |
| 02/26/21 | Denise A. Stilz | Begin preparation of Fourth Interim Application for Fees and Expenses. | 3.30 | $1,303.50 |

**Total Fees** $12,975.50

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Adrian Azer | Partner | 0.20 | $775.00 | $155.00 |
| Brittany Parks | Associate | 3.50 | $645.00 | $2,257.50 |
| Carla Green | Associate | 7.50 | $650.00 | $4,875.00 |
| Denise A. Stilz | Paralegal | 14.40 | $395.00 | $5,688.00 |

**Total Professional Summary** $12,975.50

**Total Fees, Expenses and Charges** $12,975.50

**Total Amount Due** USD $12,975.50