**<u>Exhibit B</u>**

**Expense Detail, February 1 – 28, 2021**

## EXPENSES BY CATEGORY, FEB. 1 – FEB. 28, 2021

| Category | Amount |
|---|---:|
| Federal Express | $0.00 |
| Filing Fees | $0.00 |
| On-line Research (Westlaw, Lexis, Pacer and related services) | $361.50 |
| Other Expense: Lighthouse (Document vendor) | $0.00 |
| Out of Town Travel (includes lodging, air, ground transportation and meals) | $0.00 |
| Transcripts and tapes of hearing | $0.00 |
| **TOTAL:** | **$361.50** |

v