▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Friday, April 16, 2021

Dear Judge Silverstein,

I am a Cub Scout Mom & committee chair for our Pack. Cub Scouting is very special to my homeschooling, special needs family. My ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

When we first started homeschooling, I wanted to join a co-op for social opportunities. But no co-ops - not even Christian ones - will accept my family because ▓▓▓ has special needs. Instead, they discriminate against us.

Cub Scouting has welcomed my family, especially ▓▓▓ with open arms. During Scouting activities he gets to just be one of the kids and is completely included.

I know a lot of terrible abuse happened in Scouts in the past. But as a parent & Scout leader I see the safeguards that are in place now and 100% trust Scouts.

Take Kare,

▓▓▓▓▓▓▓▓▓▓



Judge Laurie Selber Silverstein
District Delaware
824 N. Market St.
6th Fl, Courtroom #2
Wilmington, DE 19801

19801-302499

