

FILED

2021 APR 23 AM 11: 23

CLERK
U.S. BANKRUPTCY COUR
DISTRICT OF DELAWARE

April 16, 2021

Judge Laurie Selber Silverstein
District Delaware
824 North Market Street
6th Floor, Courtroom #2
Wilmington, DE 19801

Dear Judge Silverstein:

I am writing to share with you how Scouting has affected my life and the lives of my son and grandsons.

My son became involved in Scouting at age ten and the experience benefited him greatly. As a young child, he would be assigned a subject in school and tell me that he already knew about it; that he learned it in Scouting.

That's important, but more important are the values he learned and continues to exhibit today. My two grandsons are also Eagle Scouts and are fine young men, contributing to society and using the skills and attributes gained from Scouting. Scouting provides opportunities for youth to develop and grow into responsible adults. It needs to continue.

Thank you for your attention.

