## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 2391 & 2610** |

**JOINDER OF THE UNITED METHODIST AD HOC COMMITTEE TO THE OBJECTION OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, A UTAH CORPORATION SOLE, TO MOTION OF THE FUTURE CLAIMANTS' REPRESENTATIVE, THE OFFICIAL COMMITTEE OF TORT CLAIMANTS, AND THE COALITION OF ABUSED SCOUTS FOR JUSTICE FOR ENTRY OF AN ORDER, PURSUANT TO 11 U.S.C. §§ 105(a) AND 502(c), (I) AUTHORIZING AN ESTIMATION OF CURRENT AND FUTURE ABUSE CLAIMS AND (II) ESTABLISHING PROCEDURES AND SCHEDULE FOR ESTIMATION PROCEEDINGS**

The United Methodist Ad Hoc Committee (the "Ad Hoc Committee"), by and through its counsel, hereby joins (this "Joinder") the *Objection of the Church of Jesus Christ of Latter-day Saints, a Utah Corporation Sole, to Motion of the Future Claimants' Representative, the Official Committee of Tort Claimants, and The Coalition of Abused Scouts for Justice for Entry of an Order, Pursuant to 11 U.S.C. §§ 105(A) and 502(C), (I) Authorizing an Estimation of Current and Future Abuse Claims and (II) Establishing Procedures and Schedule for Estimation Proceedings* [D.I. 2610] (the "Objection").

## BACKGROUND

1.    The above-captioned debtors (the "Debtors") commenced these chapter 11 cases on February 18, 2020.  These chapter 11 cases are being jointly administered for procedural

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

purposes pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware.

2.	On March 16, 2021, James L. Patton, Jr., the Future Claimants' Representative, the Official Committee of Tort Claimants, and the Coalition of Abused Scouts for Justice collectively filed the *Motion of the Future Claimants' Representative, the Official Committee of Tort Claimants, and the Coalition of Abused Scouts for Justice for Entry of an Order, Pursuant to 11 U.S.C. §§ 105(a) and 502(c), (I) Authorizing an Estimation of Current and Future Abuse Claims and (II) Establishing Procedures and Schedule for Estimation Proceedings* [D.I. 2391] (the "Estimation Motion").

3.	On April 15, 2021, the Church of Jesus Christ Latter-day Saints, a Utah corporation sole (the "LDS"), filed the Objection.

## JOINDER

4.	The Ad Hoc Committee hereby joins in and adopts the arguments contained in the Objection and files this Joinder in support of the Objection.  The Committee hereby incorporates the arguments of the LDS set forth in the Objection as if fully set forth herein.

## RESERVATION OF RIGHTS

5.	The Ad Hoc Committee reserves all rights to supplement this Joinder, including with any arguments that may be presented at the scheduled hearing on the Estimation Motion.

[*Remainder of Page Left Intentionally Blank*]

**WHEREFORE**, for the reasons stated in the Objection, the Ad Hoc Committee respectfully requests that the Court deny the Estimation Motion as requested in the Objection.

Dated: April 23, 2021                              Respectfully submitted,

                                        **POTTER ANDERSON & CORROON LLP**

                                        */s/ Jeremy W. Ryan*
                                        Jeremy W. Ryan (Bar No. 4057)
                                        D. Ryan Slaugh (Bar No. 6325)
                                        1313 N. Market Street, 6th Floor
                                        Wilmington, DE 19801-6108
                                        Telephone:  (302) 984-6000
                                        Facsimile:  (302) 658-1192
                                        Email:  jryan@potteranderson.com
                                                            rslaugh@potteranderson.com

                                        - and -

                                        **BRADLEY ARANT BOULT CUMMINGS LLP**
                                        Edwin G. Rice, Esq.
                                        100 N. Tampa Street
                                        Suite 2200
                                        Tampa, FL 33602
                                        Telephone: (813) 559-5500
                                        Facsimile:  (813) 229-5946
                                        Primary email:        erice@bradley.com
                                        Secondary emails:    ddecker@bradley.com,
                                                            ebrusa@bradley.com