## CERTIFICATE OF SERVICE

I, Jeremy W. Ryan, do hereby certify that on April 23, 2021, a copy of the foregoing **Joinder of the United Methodist Ad Hoc Committee to the Objection of the Church of Jesus Christ of Latter-day Saints, a Utah Corporation Sole, to Motion of the Future Claimants' Representative, the Official Committee of Tort Claimants, and The Coalition of Abused Scouts for Justice for Entry of an Order, Pursuant to 11 U.S.C. §§ 105(A) and 502(C), (I) Authorizing an Estimation of Current and Future Abuse Claims and (II) Establishing Procedures and Schedule for Estimation Proceedings** was served on the parties listed on the attached service list in the manner indicated.

*/s/ Jeremy W. Ryan*
Jeremy W. Ryan (No. 4057)

IMPAC 7177245v.1

**SERVICE LIST**

| | |
|---|---|
| David L. Buchbinder<br>Hannah M. McCollum<br>OFFICE OF THE UNITED STATES TRUSTEE<br>844 King St., Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>Email: david.l.buchbinder@usdoj.gov;<br>hannah.mccollum@usdoj.gov<br><br>**Via Email** | Robert S. Brady<br>Edwin J. Harron<br>Sharon M. Zieg<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Email: rbrady@ycst.com; eharron@ycst.com; szieg@ycst.com;<br><br>**Via Email** |
| James I. Stang<br>John A. Morris<br>James E. O'Neill<br>Iain A. W. Nasatir<br>John W. Lucas<br>PACHULSKI STANG ZIEHL & JONES LLP<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>Email: jstang@pszjlaw.com;<br>jmorris@pszjlaw.com; joneill@pszjlaw.com;<br>inasatir@pszjlaw.com; jlucas@pszjlaw.com;<br><br>**Via Email** | Lawrence S. Robbins<br>Ariel N. Lavinbuk<br>William J. Trunk<br>Joshua S. Bolian<br>ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP<br>2000 K Street NW, 4th Floor<br>Washington, DC 20006<br>Email: lrobbins@robbinsrussell.com;<br>alavinbuk@robbinsrussell.com;<br>wtrunk@robbinsrussell.com;<br>jbolian@robbinsrussell.com;<br><br>**Via Email** |
| David J. Molton<br>Eric R. Goodman<br>BROWN RUDNICK LLP<br>Seven Times Square<br>New York, NY 10036<br>Email: dmolton@brownrudnick.com;<br>egoodman@brownrudnck.com;<br><br>**Via Email** | Sunni P. Beville<br>Tristan G. Axelrod<br>BROWN RUDNICK LLP<br>One Financial Center<br>Boston, MA 02111<br>Email: sbeville@brownrudnick.com;<br>taxelrod@brownrudnick.com;<br><br>**Via Email** |
| Rachel B. Mersky<br>1201 North Orange Street, Suite 400<br>Wilmington, DE 19801<br>Email: rmersky@monlaw.com<br><br>**Via Email** | |