**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |
| | **Re: Docket Nos. 2295, 2391, 2592, 2594** |

<u>**NOTICE OF SERVICE OF DISCOVERY**</u>

      **PLEASE TAKE NOTICE** that on the 23rd day of April, 2021, true and correct copies of (i) *The Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC First Set of Interrogatories to Century Indemnity Company*; (ii) *Coalition of Abused Scouts for Justice, the Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC and the Future Claims Representative's First Requests for the Production of Documents to Century Indemnity Company*; and (iii) *Coalition of Abused Scouts for Justice, the Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC and the Future Claims Representative's First Set of Requests for Admission to Century Indemnity Company* were served on the individuals listed below in the manner indicated:

---

**Electronic Mail:**

(Counsel to Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity, *et al.*)

Tancred Schiavnoi, Esq.
Janine Panchok-Berry, Esq.
O'Melveny & Myers LLP
Times Square Tower
7 Times Square

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

New York, NY  10036-6537
Email: tschiavoni@omm.com
      jpanchok-berry@omm.com

-and-

Stamatios Stamoulis, Esq.
Richard C. Weinblatt, Esq.
Stamoulis & Weinblatt LLC
800 N. West Street, Suite 800
Wilmington, DE  19801
Email: stamoulis@swdelaw.com
      weinblatt@swdelaw.com

Dated: April 23, 2021          MONZACK MERSKY AND BROWDER, P.A.
Wilmington, Delaware

      */s/ Rachel B. Mersky*
      Rachel B. Mersky (DE Bar No. 2049)
      1201 North Orange Street, Suite 400
      Wilmington, DE  19801
      Telephone:  (302) 656-8162
      Facsimile:  (302) 656-2769
      Email:  rmersky@monlaw.com

      -and-

      BROWN RUDNICK LLP
      David J. Molton, Esq. (admitted *pro hac vice*)
      Eric R. Goodman, Esq. (admitted *pro hac vice*)
      Seven Times Square
      New York, NY  10036
      Telephone:  (212) 209-4800
      Email:  dmolton@brownrudnick.com
         egoodman@brownrudnick.com

      -and-

      Sunni P. Beville, Esq. (admitted *pro hac vice*)
      Tristan G. Axelrod, Esq. (admitted *pro hac vice*)
      One Financial Center
      Boston, MA  02111
      Telephone:  (617) 856-8200
      Email:  sbeville@brownrudnick.com
         taxelrod@brownrudnick.com

      *Co-Counsel to the Coalition of Abused Scouts for Justice*

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
James I. Stang (CA Bar No. 94435) (admitted *pro hac vice*)
Robert B. Orgel (CA Bar No. 10187) (admitted *pro hac vice*)
Iain A.W. Nasatir (CA Bar No. 148977) (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
John W. Lucas (CA Bar No. 271038) (admitted *pro hac vice*)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:          jstang@pszjlaw.com
                   rorgel@pszjlaw.com
                   inasatir@pszjlaw.com
                   joneill@pszjlaw.com
                   jlucas@pszjlaw.com

-and-

PASICH LLP
Kirk Pasich (CA Bar No. 94242)
10880 Wilshire Boulevard, Suite 2000
Los Angeles, CA  90024
Telephone:  (424) 313-7850
Email:          kpasich@pasichllp.com

-and-

Jeffrey L. Schulman (NY Bar No. 3903697)
757 Third Avenue, 20th Floor
New York, NY  10017
Telephone:  (212) 686-5000
Email:          jschulman@pasichllp.com

*Counsel for the Tort Claimants' Committee*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/  Edwin J. Harron*

Robert S. Brady (DE Bar No. 2847)
Edwin J. Harron (DE Bar No. 3396)
Sharon M. Zieg (De Bar No. 4196)
Rodney Square
1000 North King Street
Wilmington, DE  19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
Email:          rbrady@ycst.com
                    eharron@ycst.com
                    szieg@ycst.com

*Counsel to the Future Claimants' Representative*

DOCS_DE:234002.1 85353/002