# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: Docket Nos. 2295, 2391, 2592, 2594** |

## NOTICE OF SERVICE OF DISCOVERY

**PLEASE TAKE NOTICE** that on the 23rd day of April, 2021, true and correct copies of (i) *The Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC's First Set of Interrogatories to Hartford Accident and Indemnity Company*; (ii) *Coalition of Abused Scouts for Justice, the Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC and the Future Claims Representative's First Requests for the Production of Documents to Hartford Accident and Indemnity Company*; and (iii) *Coalition of Abused Scouts for Justice, the Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC and the Future Claims Representative's First Set of Requests for Admission to Hartford Accident and Indemnity Company* were served on the individuals listed below in the manner indicated:

> **Electronic Mail:**
>
> (Counsel to Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Fire Insurance Company)
>
> Erin R. Fay, Esq.
> Gregory J. Flasser, Esq.
> Bayard, P.A.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

600 N. King Street, Suite 400
Wilmington, DE 19801
Email: efay@bayardlaw.com; gflasser@bayardlaw.com

-and-

Eric S. Goldstein, Esq.
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
Email: egoldstein@goodwin.com; bankruptcy@goodwin.com; bankruptcyparalegal@goodwin.com

-and-

James P. Ruggeri, Esq.
Joshua D. Weinberg, Esq.
Abigail W. Williams, Esq.
Shipman & Goodwin LLP
1875 K Street, NW, Suite 600
Washington, DC 20006-1251
Email: jruggeri@goodwin.com; jweinberg@goodwin.com; awilliams@goodwin.com

|  |  |
|---|---|
| Dated: April 23, 2021<br>Wilmington, Delaware | MONZACK MERSKY AND BROWDER, P.A.<br><br>*/s/ Rachel B. Mersky*<br>Rachel B. Mersky (DE Bar No. 2049)<br>1201 North Orange Street, Suite 400<br>Wilmington, DE 19801<br>Telephone: (302) 656-8162<br>Facsimile: (302) 656-2769<br>Email: rmersky@monlaw.com<br><br>-and-<br><br>BROWN RUDNICK LLP<br>David J. Molton, Esq. (admitted *pro hac vice*)<br>Eric R. Goodman, Esq. (admitted *pro hac vice*)<br>Seven Times Square<br>New York, NY 10036<br>Telephone: (212) 209-4800<br>Email: dmolton@brownrudnick.com<br>          egoodman@brownrudnick.com<br><br>-and- |

2

Sunni P. Beville, Esq. (admitted *pro hac vice*)
Tristan G. Axelrod, Esq. (admitted *pro hac vice*)
One Financial Center
Boston, MA  02111
Telephone:  (617) 856-8200
Email:   sbeville@brownrudnick.com
             taxelrod@brownrudnick.com

*Co-Counsel to the Coalition of Abused Scouts for Justice*

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
James I. Stang (CA Bar No. 94435) (admitted *pro hac vice*)
Robert B. Orgel (CA Bar No. 10187) (admitted *pro hac vice*)
Iain A.W. Nasatir (CA Bar No. 148977) (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
John W. Lucas (CA Bar No. 271038) (admitted *pro hac vice*)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:         jstang@pszjlaw.com
                  rorgel@pszjlaw.com
                  inasatir@pszjlaw.com
                  joneill@pszjlaw.com
                  jlucas@pszjlaw.com

-and-

PASICH LLP
Kirk Pasich (CA Bar No. 94242)
10880 Wilshire Boulevard, Suite 2000
Los Angeles, CA  90024
Telephone: (424) 313-7850
Email:          kpasich@pasichllp.com

-and-

Jeffrey L. Schulman (NY Bar No. 3903697)
757 Third Avenue, 20th Floor
New York, NY  10017
Telephone:  (212) 686-5000
Email:          jschulman@pasichllp.com

*Counsel for the Tort Claimants' Committee*

3

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Edwin J. Harron*
Robert S. Brady (DE Bar No. 2847)
Edwin J. Harron (DE Bar No. 3396)
Sharon M. Zieg (De Bar No. 4196)
Rodney Square
1000 North King Street
Wilmington, DE  19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
Email:         rbrady@ycst.com
                   eharron@ycst.com
                   szieg@ycst.com

*Counsel to the Future Claimants' Representative*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>     Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

## CERTIFICATE OF SERVICE

    I, James E. O'Neill, hereby certify that on the 23rd day of April, 2021, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list(s) in the manner indicated:

**Notice of Service of Discovery**

             */s/ James E. O'Neill*
             James E. O'Neill (Bar No. 4042)

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.