# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>Related Docket No. 2391 |

## NOTICE OF SERVICE OF DISCOVERY

**PLEASE TAKE NOTICE** that on the 22nd day of April, 2021, true and correct copies of the *First Set of Interrogatories By the Official Committee of Tort Claimants, the Coalition of Abused Scouts for Justice and the Future Claims Representative to Boy Scouts of America and Delaware BSA, LLC in Connection with Estimation Proceedings* and the *First Request for the Production of Documents by the Official Committee of Tort Claimants, the Coalition of Abused Scouts for Justice and the Future Claims Representative to Boy Scouts of America and Delaware BSA, LLC, in Connection with Estimation Proceedings* were served on the individuals listed below in the manner indicated:

**Electronic Mail:**

(Counsel to the Debtors)

Jessica C. Lauria, Esq.
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095
**Email:** jessica.boelter@whitecase.com

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Michael C. Andolina, Eq.
Matthew E. Linder, Esq.
Laura E. Baccash, Esq.
Blair Warner, Esq.
White & Case LLP
111 South Wacker Drive
Suite 5100
Chicago, IL 60606-4302
**Email:** mandolina@whitecase.com;
mlinder@whitecase.com
lbaccash@whitecase.com
bwarner@whitecase.com

Dated: April 23, 2021  　　MONZACK MERSKY AND BROWDER, P.A.
Wilmington, Delaware

　　　　　　　　　　　　　　*/s/   Rachel B. Mersky*
　　　　　　　　　　　　　　(DE No. 2049)
　　　　　　　　　　　　　　1201 North Orange Street
　　　　　　　　　　　　　　Suite 400
　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　Telephone:  (302) 656-8162
　　　　　　　　　　　　　　Facsimile:  (302) 656-2769
　　　　　　　　　　　　　　E-mail:  RMersky@Monlaw.com

　　　　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　BROWN RUDNICK LLP
　　　　　　　　　　　　　　David J. Molton, Esq. (admitted *pro hac vice*)
　　　　　　　　　　　　　　Eric R. Goodman, Esq. (admitted *pro hac vice*)
　　　　　　　　　　　　　　Seven Times Square
　　　　　　　　　　　　　　New York, NY 10036
　　　　　　　　　　　　　　Telephone:  (212) 209-4800
　　　　　　　　　　　　　　E-mail:  DMolton@BrownRudnick.com
　　　　　　　　　　　　　　E-mail:  EGoodman@BrownRudnick.com

　　　　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　Sunni P. Beville, Esq. (admitted *pro hac vice*)
　　　　　　　　　　　　　　Tristan G. Axelrod, Esq. (admitted *pro hac vice*)
　　　　　　　　　　　　　　One Financial Center
　　　　　　　　　　　　　　Boston, MA 02111
　　　　　　　　　　　　　　Telephone:  (617) 856-8200
　　　　　　　　　　　　　　E-mail: SBeville@BrownRudnick.com
　　　　　　　　　　　　　　E-mail: TAxelrod@BrownRudnick.com

　　　　　　　　　　　　　　*Co-Counsel to the Coalition of Abused Scouts for Justice*

PACHULSKI STANG ZIEHL & JONES LLP

*/s/   James E. O'Neill*
James I. Stang (CA Bar No. 94435) (admitted *pro hac vice*)
Robert B. Orgel (CA Bar No. 10187) (admitted *pro hac vice*)
Iain A.W. Nasatir (CA Bar No. 148977) (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
John W. Lucas (CA Bar No. 271038) (admitted *pro hac vice*)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Tele/Fax: (302) 652-4100 / (302) 652-4400
Email:        jstang@pszjlaw.com
              rorgel@pszjlaw.com
              inasatir@pszjlaw.com
              joneill@pszjlaw.com
              jlucas@pszjlaw.com

        -and-

PASICH LLP

Kirk Pasich (CA Bar No. 94242)
10880 Wilshire Boulevard, Suite 2000
Los Angeles, California 90024
Telephone:  (424) 313-7850
KPasich@PasichLLP.com

        -and-

Jeffrey L. Schulman (NY Bar No. 3903697)
757 Third Avenue, 20th Floor
New York, New York 10017
Telephone:  (212) 686-5000
JSchulman@PasichLLP.com

*Counsel for the Tort Claimants' Committee*

4

5

                YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/  Edwin J. Harron*
Robert S. Brady (No. 2847)
Edwin J. Harron (No. 3396)
Sharon M. Zieg (No. 4196)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
Email:          rbrady@ycst.com
                eharron@ycst.com
                szieg@ycst.com

*Counsel to the Future Claimants' Representative*