FILED
2021 APR 26 AM 9:02
CLERK
[BA]NKRUPTCY COURT
[DISTR]ICT OF DELAWARE

April 18, 2021

Judge Silverstein:

I am writing to ask you to consider all the good Scouting has done in our country as you deliberate. I joined as a cub scout in 1963, earned the rank of Eagle in 1969, served proudly at summer camps, as Merit badge counselor and even more proudly as Scoutmaster as both my sons earned their Eagle badges in 2006 & 2008. I continue to volunteer still as I have seen the positive impact Scouting has on the lives of our youth. Thank you for your consideration.

Sincerely,





Judge Laura Selber Silverstein
District Delaware
824 North Market St
6th Floor, Courtroom #2
Wilmington, DE 19801