Date: 4-8-21
Chapter 11, Case No. 20-10343 (LSS)

To: U.S. Bankruptcy Judge Laurie Selber Silverstein
Delaware District Court
J. Caleb Boggs Federal Building
844 N. King Street, Lockbox 18
Wilmington, DE. 19801

From: ████████████████ Claimant/Creditor

### Emergency Motion to Hear and Rule on the 2-23-21 "Motion for Appointment of Counsel"

Comes now ████████████████ and moves this Honorable Court to hear and rule on his 2-23-21, "Motion for Appointment of Counsel".

### Facts

On or about 2-23-21 ██████ filed a "Motion for Appointment of Counsel" for "Good Cause"

Approximately 60 days have elapsed since the motion for appointment of counsel was filed, a reasonable amount of time for ruling.

Since the 2-23-21 filing ██████ has

HEARD ON THE RADIO THAT THE CASE SETTLEMENT WAS BEING "RESTRUCTURED".

WITHOUT A ATTORNEY ▆▆▆▆ HAS NO VOICE AT TOWN HALL MEETINGS IN THIS MATTER AND HAS NO IDEA WHO IS REPRESENTING HIM IN THIS CAUSE.

### RELIEF

▆▆▆▆ HUMBLY PRAYS THIS HONORABLE COURT WILL HEAR AND RULE ON HIS APPOINTMENT OF COUNSEL.

### CERTIFICATION/OATH 28 USC 1746

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA U.S. LEGAL MAIL ON THIS DATE: 4-8-21 ,(AND) UNDER THE PENALTY OF PERJURY I DECLARE ALL STATEMENTS, FACTS, ARE TRUE AND CORRECT (AND) SENT TO:

CC: U.S. BANKRUPTCY JUDGE, LAURIE SELBER SILVERSTEIN
DELAWARE DISTRICT COURT
T. CALEB BOGGS FEDERAL BUILDING
844 N. KING STREET, LOCKBOX 18
WILMINGTON, DE. 19801

CC: ▆▆▆▆▆▆▆▆▆▆▆▆ - LOGS -