IN THE U.S. BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                         : CHAPTER
BOY SCOUTS OF AMERICA : CASE: No. 20-10343 (LSS)
AND DELAWARE BSA,     :
LLC                                  :

FILED
2021 APR 26  AM 9: 49
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

OBJECTIONS PRO SE TO DEBTORS ERRONEOUS NOTICE OF HEARING TO APPROVAL OF DISCLOSURE AND SOLICITATION PROCEDURES ETC... ETC...

For the following Reasons Petitioner, ███████████████, pro se, Objects to Debtor's entire Notice.

1. The Notice is adding trauma to an already tragedy and design to rationalize the original licentious, genocidal and mentacidal crimes against me, a Hueman Being and other victims similiarly situatated

2. ███████████████ did not, and has no way to receive the "PLAN"; (The Disclosure Statement; and Motion for Entry of An Order.

3. Has no access to the Public Record. See Com. v. Burton, 158 A.3d 618, (Pa 2017) 638 Pa. 687

4. Mail Box Rule Houston v. Lack, Elash v. Nash; Boofer v. Lotz, Smith v. PBPP; Com v. Jones; Com v. Little

███████████████ Pro se

In THE U.S. BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

PROOF OF SERVICE, Pro se

FILED
2021 APR 26 AM 9:49
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Served on Bankruptcy Court
Hon. Judge Laurie Selber Silverstein, U.S.
Bankruptcy Judge, @ the Bankruptcy Court,
824 N. Market St., 6th Fl., Courtroom No. 2
Wilmington, Delaware 19801
Vindicate all Human, civil and Constitutional Rights
or remit the sum of $1,000,000.00



Date: 4.15.21 Thurs.

cc: 

In The U.S. BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
Sworn Affidavit (pro se) FILED

I, ████████████████████████████████████ pro se, do declare that the genocidal, mentacidal, and licentious crimes that the BSA and or Delaware BSA, LLC commited against me and my person is a pure case of the chickens coming home to roost. Their historic and contemporary anti Afrikan and Heterophobia is indeed the sins of the father, grandfather, great grandfather and so forth and so on.

I am currently being revictimized by them currently implying and outright saying their Heterophobic institutional practices are not as devastating or far reaching and ancient as is plainly being stated. Mail Box Rule.

Date: 4.15.21 Thurs.



Hon. Laurie Selber Silverstein
U.S. Bankruptcy Judge @ Bankruptcy Court
824 N. Market St. 6th Fl. Courtroom No. 2
Wilmington, Delaware 19801