FILED
2021 APR 27 AM 8:51
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Silverstein,
BSA Bankruptcy Case
824 Market St. 6th floor
Wilmington, DE 19018

4/21//2021

**CLAIM #** ▇▇▇▇▇▇

Dear Justice Silverstein,

My attorneys believe I should refresh the original letter I sent to you several weeks ago. I have gone over my situation time and time again, since then wondering if I had left topics out of it.... did I forget anything that would be pertinent to my case? I do not believe I have.

The Scout Leader at that time was a man named ▇▇▇▇▇▇▇▇ (never knew what the ▇▇ stood for) As I said before, I do not remember what grade I was in at the time this happened to me. It could have been as early as the 5th grade, or somewhere in the 7th or 8th grades. I am sorry, this all happened so long ago, but I did not keep notes. The Scout Troop was out of Punta Gorda, FL. As I recall we were just a small group. How I wound up in the little sailboat that ferried the 4 of us across the Peace River (Charlotte Harbor) I do not know> I remember no invitation. The 4 of us were Cleveland, 2 of my friends, and I. We were headed for what turned out to be one of my friends 's grandparents' river cabin, which was closed up for, I guess, the season. I do remember once we got in the cabin there were sheets laying across most of the furniture in the room we went to. Thinking back, my 2 friends could have been complicit in this. It's hard for me to believe they would have been, but it's hard to believe ▇▇▇▇▇▇▇▇ would have done this to me either. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Not much new there. Both of my friends are still alive, one continues to be a good friend, the other not such a good friend. Before this all began on that River day, I was told that the guy I do not care for that much was going to go to a military school. I had no idea what that meant, but he must have been much older than I. He could have been in cahoots with ▇▇▇▇▇▇▇▇ so, I do not want to open this up to them. We have never discussed it, and I would rather I just let it go on by them. I suspect you hear and read all sorts of stories, many probably made up. I believe someone could dream up a tale like this one. This, however, did happen to me.

More about me.... I was diagnosed as clinically depressed in 1988 or 1989 when I messed up an attempt at suicide, and wound up in a hospital, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ I was there for a

month before I was released. After that experience I went back to work at IBM in ███████. Not long after that I retired from IBM. I was not going to advance in my job any higher anyway, so I left with 25 years of IBM employment under my belt. I am by no means saying that my suicide attempt was brought on by what happened to me as a scout. All my life, as I have looked back on it, I never had any real feelings of self-worth…. the "children should be seen and not heard" concept must have been practiced in our home, such as it was. I had an older half-brother, 7 years older than I, who picked on me relentlessly, putting me down, never letting up. Of course, he did not do that in the presence of our parents, who were, as it turned out, alcoholics. They probably never would have noticed anyway. Again, I am not saying any of this caused my scout experience. It was just part of my life. Who knows though?

My work life consisted of 9 years in the Air Force and several years in the space business. I worked for The Burroughs Corp as a computer analyst on the Gemini program, and then for 25 years with IBM, much of it on the Apollo programs, Skylab and others. One of my 2 grandsons attained the level of Eagle Scout, Order of the Arrow, and other awards. We are so immensely proud of his accomplishments. My issues with the scouts have never interfered with his scout status. I never have brought it up to him.

Well, how I ever made it this far is beyond me. Whether or not I hear any further about this lawsuit is going to be "yes" or "no". I have done my best to tell you something about myself, my life and what happened to me on that day in the river cabin.

That did happen.

Sincerely,





Justice Silverstein
BSA Bankruptcy Case
824 Market St.
6th Floor
Wilmington, DE
19818



NOVA 220
23 APR 2021 PM 3 L