BANKRUPTCY COURT OF DELAWARE
824 N. MARKET ST.
WILLMINGTON, DE 19801

4-19-2021

RE: CASE NO. 20-10343 (LSS) CHAPTER 11
BOY SCOUTS OF AMERICA AND DELEWARE BSA, LLC

FILED
2021 APR 27 AM 9:44
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

To whom it may concern,

Hello, my name is ▮▮▮▮ and I'm currently incarcerated at FCI-▮▮▮▮ under Register # ▮▮▮▮. I filed the "Sexual Abuse Survivor Proof of Claim" electronically at www.officialbsaclaims.com back in November 2020 and I recieved a confirmation email stating that my claim has been accepted. The email address I used was ▮▮▮▮ and the contact information (phone number) I gave was for my then girlfriend ▮▮▮▮....

The problem I'm having is that I no longer have any contact with her, have no ability to get any updates on the case from her, and want to make sure she IS NOT listed as a representative and has no ability to dictate or recieve any payments on my behalf.

I would like the following information listed as ~~an~~ an additional point of contact for me, along with the U.S. Mail. The following info is for my daughter and she will consistently be available:

▮▮▮▮

I would also like to know if there has been any updates on the case that I should know about or any that I missed?

THE FOLLOWING IS MY IDENTIFYING INFORMATION:
IDENTITY OF SEXUAL ABUSE SURVIVOR: [REDACTED]

SSN # = [REDACTED]
DOB = [REDACTED]
BUREAU OF P[REDACTED]

THANK YOU FOR TAKING THE TIME TO READ THIS AND CORRECT THE INFORMATION FOR CONTACT ON THE SEXUAL ABUSE SURVIVORS CLAIM. I LOOK FORWARD TO PUTTING ALL THIS BEHIND ME.

RESPECTFULLY
[REDACTED]



Bankruptcy Court of Delaware
824 N. Market St.
Willmington, DE
19801

RENO NV 894
22 APR 2021 P 2 L

