*Copy Justice Laurie Selber Silverstein*
*BSA Bankruptcy Case # 20-10343-(LSS)*
*Claim ███*

On Tue, Apr 13, 2021 at 3:13 AM ███ wrote:

Dear ███ Most greatly appreciated are your vigilance and crafty logics to the BSA Bankruptcy Court. The little grey cells and God's Spiritual Wisdom are on this battlefield in public display. Like the Union busting at Amazon and Walmart what easterly deliberate balls do these Corporate thugs continually make plain their desire to crush grown men and woman keeping them from honest wages and employment fairness. Again we see the BSA plainly state their desire to have a leading role in the lives of the youth of the USA. To what extensive orchestrations are they going to, to keep control of our new youth. To what end. and for whom. Sexual domination in any form toward any age is despicable actual deliberate forced control. The BSA is in this time trying to fight for their very existence to again enforce their control over young men. They should have begged forgiveness and dissolved themselves forever from being in a position to continue this charade to lead youth toward manhood. Their agenda is openly exposed as desperate dominance to keep future leaders broken by the controlling power system to say we will break you under our feet no matter the public outcry.   I submit the NCAA...which is whom? but agents of elite Rich educational institutions trying to hold on the child and slave labor of our coming of age young men and woman by saying We control you all and the entire business system and don't you EVER forget it.

Thank YOU God the Father that we like Jesus can see the truth of these men's violence and by Jesus and God be free from these evil men's' cruel punishment of our self-worth and inability to function in society and jobs, friendships and marriages. Our psyches having gone through these horrendous attacks we now live above and free from their controlling hells. WE NOW feel pitty on these imbeciles of so called power. We will never, ever give them power over our lives, nor any child coming after us. Our parents caved to them, failed us but we see through God's eyes the futility they faced and still face. We forgive them all and pitty the offenders but in NO WAY WILL WE LET THEM CONTINUE.   In Christ, Sincerely, ███

FILED 2021 APR 27 AM 10:22 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

Copy Justice and Conner Silverstein in
BSA Bankruptcy Case #20-10343-(LSS)
Claim # ▮

On Tue, Apr 13, 2021 at 3:13 AM ▮ wrote:

Dear ▮ Most greatly appreciated are your vigilance and crafty logics to the BSA Bankruptcy Court. The little grey cells and God's Spiritual Wisdom are on this battlefield in public display. Like the Union busting at Amazon and Walmart what easterly deliberate balls do these Corporate thugs continually make plain their desire to crush grown men and woman keeping them from honest wages and employment fairness. Again we see the BSA plainly state their desire to have a leading role in the lives of the youth of the USA. To what extensive orchestrations are they going to, to keep control of our new youth. To what end. and for whom. Sexual domination in any form toward any age is despicable actual deliberate forced control. The BSA is in this time trying to fight for their very existence to again enforce their control over young men. They should have begged forgiveness and dissolved themselves forever from being in a position to continue this charade to lead youth toward manhood. Their agenda is openly exposed as desperate dominance to keep future leaders broken by the controlling power system to say we will break you under our feet no matter the public outcry.   I submit the NCAA...which is whom? but agents of elite Rich educational institutions trying to hold on the child and slave labor of our coming of age young men and woman by saying We control you all and the entire business system and don't you EVER forget it.

Thank YOU God the Father that we like Jesus can see the truth of these men's violence and by Jesus and God be free from these evil men's' cruel punishment of our self-worth and inability to function in society and jobs, friendships and marriages. Our psyches having gone through these horrendous attacks we now live above and free from their controlling hells. WE NOW feel pitty on these imbeciles of so called power. We will never, ever give them power over our lives, nor any child coming after us. Our parents caved to them, failed us but we see through God's eyes the futility they faced and still face. We forgive them all and pitty the offenders but in NO WAY WILL WE LET THEM CONTINUE.   In Christ, Sincerely, ▮

FILED 2021 APR 27 AM 10: 22 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

*Copy to Justice Laurie Selber Silverstein*
*BSA Bankruptcy Case # 20-10343 (LSS)*

On Tue, Apr 13, 2021 at 3:13 AM ██████████████████████ wrote:

Dear ██████ et al. Most greatly appreciated are your vigilance and crafty logics to the BSA Bankruptcy Court. The little grey cells and God's Spiritual Wisdom are on this battlefield in public display. Like the Union busting at Amazon and Walmart what easterly deliberate balls do these Corporate thugs continually make plain their desire to crush grown men and woman keeping them from honest wages and employment fairness. Again we see the BSA plainly state their desire to have a leading role in the lives of the youth of the USA. To what extensive orchestrations are they going to, to keep control of our new youth. To what end. and for whom. Sexual domination in any form toward any age is despicable actual deliberate forced control. The BSA is in this time trying to fight for their very existence to again enforce their control over young men. They should have begged forgiveness and dissolved themselves forever from being in a position to continue this charade to lead youth toward manhood. Their agenda is openly exposed as desperate dominance to keep future leaders broken by the controlling power system to say we will break you under our feet no matter the public outcry.   I submit the NCAA...which is whom? but agents of elite Rich educational institutions trying to hold on the child and slave labor of our coming of age young men and woman by saying We control you all and the entire business system and don't you EVER forget it.

Thank YOU God the Father that we like Jesus can see the truth of these men's violence and by Jesus and God be free from these evil men's' cruel punishment of our self-worth and inability to function in society and jobs, friendships and marriages. Our psyches having gone through these horrendous attacks we now live above and free from their controlling hells. WE NOW feel pitty on these imbeciles of so called power. We will never, ever give them power over our lives, nor any child coming after us. Our parents caved to them, failed us but we see through God's eyes the futility they faced and still face. We forgive them all and pitty the offenders but in NO WAY WILL WE LET THEM CONTINUE.   In Christ, Sincerely, ████████████

FILED 2021 APR 27 AM 10:22 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE





To: Justice Lauri Selber Silverstein
BSA Bankruptcy Case # 20-10343
824 Market Street claim #
6th Floor                        SA-14
Wilmington, DE 19801




U.S.M. X-RAY

LEXINGTON P&DC 40511
WED 21 APR 2021 PM