IN THE UNITED STATES BANKRUPTCY COURT

FOR THE STATE OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| BOY SCOUTS OF AMERICA AND | ) | |
| DELAWARE BSA, LLC.[1] | ) | Case No.  20-10343-LSS |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

NOTICE OF WITHDRAWAL OF VIVIAN A.
HOUGHTON AS COUNSEL FOR THE ESTATE OF SHERRYE B. HOWELL

Vivian A. Houghton hereby withdraw as counsel for the Estate of Sherrye B. Howell in the above-captioned bankruptcy proceeding.  Pursuant to L.B.R. 9010-2(b), the undersigned certifies that the Estate of Sherrye B. Howell consents to the withdrawal.  Please remove Vivian A. Houghton from all service lists in this case, including all electronic service lists and the ECF notification system.

Date: April 27, 2021

/S/ Vivian A. Houghton
Vivian A. Houghton, Esquire
800 N. West Street, 1st Floor
Wilmington, Delaware 19801
(302) 658-0518
Attorney for Estate of Sherrye B. Howell

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.