# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| BOY SCOUTS OF AMERICA AND ) | |
| DELAWARE BSA, LLC[1] ) | Case No. 20-10343-LSS |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

### WITHDRAWAL OF NOTICE OF WITHDRAWAL OF VIVIAN A HOUGHTON AS COUNSEL FOR PETER DONALD BUCHANAN JR., EXECUTOR OF THE ESTATE OF SHERRYE B. HOWELL

COMES NOW, Vivian A. Houghton, Counsel for the above-named Creditor, Peter Donald Buchanan Jr., Executor of the Estate of Sherrye B. Howell, and Withdrawal of the Notice of Withdrawal of Vivian A. Houghton, Esquire as Counsel for Peter Donald Buchanan Jr., Executor of the Estate of Sherrye B. Howell that was filed on April 27, 2021, Docket number 2706.

Date: April 27, 2021

                                            /s/ Vivian A. Houghton
Vivian A. Houghton, Esquire
800 North West Street, 1st Floor
Wilmington, DE 19801
(302) 658-0518
Attorney for Peter Donald Buchanan Jr.,
Executor of the Estate of Sherrye B. Howell

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.