# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re:

BOY SCOUTS OF AMERICA AND
DELAWARE BSA, LLC

Debtors.

Chapter 11

Case No. 20-10343 (LSS)

(Jointly Administered)

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of William J. Trunk to represent the Coalition of Abused Scouts for Justice in this action.

/s/ Rachel B. Mersky
Rachel B. Mersky (DE Bar #2049)
Monzack Mersky and Browder, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
Phone: (302) 656-8162   Fax: (302) 656-2769

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of District of Columbia and New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ William J. Trunk
William J. Trunk
Robbins, Russell, Englert, Orseck, Untereiner &
Sauber LLP
2000 K Street NW, Washington, DC 20006
Phone: (202) 775-4517   Fax: (202) 775-4510
wtrunk@robbinsrussell.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

{00222726-1}