April 26, 2021



**FILED**

**2021 APR 28  AM 11: 28**

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE  19801

Dear Honorable Justice Silverstein:

I am writing you today to thank you for hearing the BSA Sexual Survivors case.

I was sexual assaulted by a Senior Boy Scout as a pre-teen at a Boy Scout Jamboree located at Camp Wolverton in California.  I enjoyed Scouting until that point.  They stole my innocence.

I was placed in the care of an older scout because I was born with Cerebral Palsy.  That older scout was assigned to share my tent with me, and sexually assaulted me over the duration of the Jamboree.  I was tormented, shamed and made fun of at the camp. The memories are fresh in my mind and have been for over 50 years.  I was one of numerous boys who suffered at the hands of someone that BSA Leaders put in charge.

I always hoped that BSA and their insurers would/will do the right thing.  Especially after they had the knowledge that sexual predators existed among their leaders.  BSA put men in charge and in care of boys and young men.  They should be held completely response for their actions and damages.  This should NOT be minimized.

Considering the resent USC (University of Southern California) sexual abuse case settlement earlier this year.  I would hope that this case could be settled using their precedents. **All the BSA survivors need therapy and adequate restitution**.  There are NO winners here.

Thank you for your consideration.  I have enclosed a photo of myself as a boy in my Webelos uniform. Innocence lost at the hands of BSA.

Sincerely,





BSA CASE