**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: May 12, 2021, at 4:00 p.m. (prevailing Eastern Time)** |

**SUMMARY COVER SHEET OF THE EIGHTH MONTHLY FEE APPLICATION
OF QUINN EMANUEL URQUHART & SULLIVAN, LLP FOR ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
MARCH 1, 2021, TO AND INCLUDING MARCH 31, 2021**

| | |
|---|---|
| Name of Applicant: | Quinn Emanuel Urquhart & Sullivan, LLP |
| Authorized to Provide Professionals Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | August 1, 2020 (order entered September 18, 2020) |
| Period for Which Compensation and Reimbursement Are Requested: | March 1, 2021, through March 31, 2021 |
| Amount of Compensation Requested: | $193,900.48 (80% of $242,375.60) |
| Amount of Expense Reimbursement Requested: | $11,622.79 |

This is a monthly fee statement.

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

## PRIOR MONTHLY FEE STATEMENTS FILED

| Date Filed; ECF No. | Period Covered | Fees Requested | Expenses Requested | Fees Approved | Expenses Approved | Outstanding Fees | Outstanding Expenses |
|---|---|---|---|---|---|---|---|
| 10/12/20; ECF No. 1486 | 08/01/2020-08/31/2020 | $253,452.20 | $6,261.04 | $253,452.20 | $6,261.04 | $12,021.84 | $0.00 |
| 11/10/20; ECF No. 1644 | 09/01/2020-09/30/2020 | $587,436.16 | $8,054.82 | $587,436.16 | $8,054.82 | $44,794.13 | $0.00 |
| 12/08/20; ECF No. 1809 | 10/01/2020-10/31/2020 | $605,752.52 | $9,975.55 | $605,752.52 | $9,975.55 | $43,558.23 | $0.00 |
| 01/14/21; ECF No. 1944 | 11/01/2020-11/30/2020 | $690,108.20 | $7,868.87 | $690,108.20 | $7,868.87 | $68,440.93 | $0.00 |
| 03/02/21; ECF No. 2307 | 12/01/2020-12/31/2020 | $425,618.12 | $32,405.35 | $425,618.12 | $32,405.35 | $18,605.95 | $0.00 |
| 03/09/21; ECF No. 2345 | 01/01/2021-01/31/2021 | $834,988.70 | $6,799.81 | $834,988.70 | $6,799.81 | $476,066.36 | $0.00 |
| 03/30/21; ECF No. 2480 | 02/01/2021-02/28/2021- | $286,599.46 | $13,902.71 | $286,599.46 | $13,902.71 | $174,137.06 | $0.00 |

## COMPENSATION AND HOURS BY PROFESSIONAL

| Name | Position | Year of Admission/Years of Experience | Discounted Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Rachel Herrick Kassabian | Partner | 1997; 23 years | $1,122.00 | 46.4 | 52,060.80 |
| Margret Caruso | Partner | 1998; 22 years | $1,122.00 | 19.0 | $21,318.00 |
| Patricia B. Tomasco | Partner | 1988; 31 years | $1,015.75 | .8 | $812.60 |
| Claudia Bogdanos | Counsel | 1996; 24 years | $985.50 | 2.6 | $2,562.30 |
| Todd Anten | Partner | 2007; 13 years | $930.75 | 46.4 | $43,186.80 |
| Sara Jenkins | Counsel | 2004; 16 years | $909.00 | 60.9 | $55,358.10 |
| Dylan Scher | Associate | 2019; 2 year | $675.00 | 58.9 | $39,757.50 |
| Allison (Bingxue) Que | Associate | 2018; 2 year | $675.00 | 2.5 | $1,687.50 |
| Roger S. Huddle | Law Clerk | | $425.00 | 9.1 | $3,867.50 |
| Scott Weingrad | Contract Attorney | 2004; 16 years | $325.00 | 23.5 | $7,637.50 |
| Barbara J. Howell | Paralegal | 35 years | $355.00 | 37.6 | $13,348.00 |
| Dave Scholz | Graphics Coordinator | | $355.00 | 1.8 | $639.00 |
| Joe Liao | Litigation Support | | $175.00 | .8 | $140.00 |
| Total | | | | 310.3 | $242,375.60 |

## COMPENSATION BY PROJECT CATEGORY

| Task Description | Total Hours | Total Compensation |
|---|---|---|
| Employment and Fee Applications | 44.3 | $19,958.04 |
| Litigation – Federal District Court Case | 266.0 | $222,417.56 |
| Total | 310.3 | $242,375.60 |

## EXPENSES BY CATEGORY

| Category | Amount |
|---|---|
| Attorney Service (A&A Legal Services – Delivery Fee) | $682.00 |
| Express Mail (Federal Express) | $71.61 |
| Hearing Transcript for March 3, 2021, hearing | $293.88 |
| Deposition Transcript of Dr. Ravi Dhar held on October 26, 2020 | $4,311.90 |
| Messenger | $33.00 |
| Color Document Reproduction (at $.40 per page) | $0.40 |
| Hosting per GB – 3.50 | $6,230.00 |
| Total | $11,622.79 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>      Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Objection Deadline: May 12, 2021, at 4:00 p.m.
(prevailing Eastern Time)** |

**NOTICE OF THE EIGHTH MONTHLY FEE APPLICATION
OF QUINN EMANUEL URQUHART & SULLIVAN, LLP FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT
OF EXPENSES FOR THE PERIOD FROM MARCH 1, 2021,
TO AND INCLUDING MARCH 31, 2021**

PLEASE TAKE NOTICE that today, Quinn Emanuel Urquhart & Sullivan, LLP, as special counsel to the Debtors in the above-captioned case, filed the attached Eighth Monthly Fee Application of Quinn Emanuel Urquhart & Sullivan, LLP for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2021, to and including March 31, 2021 (the "Application").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Application, must: (a) be filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, by May 12, 2021, at 4:00 p.m. (ET) (the "Objection Deadline"); and (b) be served so as to be received on or before the Objection Deadline by:

a.     The Debtors, Boy Scouts of America, 1325 West Walnut Hill Lane, Irving, Texas 75038, Attn: Steven P. McGowan (steve.mcgowan@scouting.org);

b.     Counsel to the Debtors – White & Case LLP, 1221 Avenue of the Americas, New York, New York 10020, Attn: Jessica C.K. Boelter (jessica.boelter@whitecase.com) and Matthew E. Linder (mlinder@whitecase.com);

c.     Co-counsel to the Debtors - Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, 16th Floor, P.O. Box 1347, Wilmington, Delaware 19899-1347, Attn: Derek C. Abbott (dabbott@mnat.com);

---

[1]    The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

d.      The United States Trustee - 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn:  David Buchbinder, Hannah M. McCollum, and Ramona Vinson    (david.l.buchbinder@usdoj.gov;    hannah.mccollum@usdoj.gov; ramona.vinson@usdoj.gov); Christine Green (Christine.Green@usdoj.gov);

e.      Counsel to the Official Committee of Unsecured Creditors - Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036, Attn: Rachael    Ringer    and    Megan    M.    Wasson    (rringer@kramerlevin.com; mwasson@kramerlevin.com);

f.      Co-counsel to the Official Committee of Unsecured Creditors - Reed Smith LLP, 1201 N. Market Street, Suite 1500, Wilmington, DE 19801, Attn: Kurt F. Gwynne and Katelin A. Morales (kgwynne@reedsmith.com; kmorales@reedsmith.com);

g.      Counsel to the Official Committee of Tort Claimants - Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801, Attn:  James  E.  O'Neill  and  James  I.  Stang  (joneill@pszjlaw.com; jstang@pszjlaw.com);

h.      Counsel to the Ad Hoc Committee of Local Councils - Wachtell, Lipton, Rosen & Katz, 51 West 52nd Street, New York New York 10019, Attn: Richard G. Mason and Joseph C. Celentino (rgmason@wlrk.com; jccelentino@wlrk.com);

i.      Counsel to JPMorgan Chase Bank, National Association - Norton Rose Fulbright US LLP, 2200 Ross Avenue, Dallas, Texas 75201-7932, Attn: Louis R. Strubeck and    Kristian    W.    Gluck;    (kristian.gluck@nortonrosefulbright.com; louis.strubeck@nortonrosefulbright.com);

j.      Counsel to the County Commission of Fayette County (West Virginia) - Steptoe & Johnson PLLC, Chase Tower, 8th Floor, 707 Virginia Street East, Charleston, West Virginia 25301, Attn: John Stump (john.stump@steptoe-johnson.com);

k.      Counsel to the Future Claimants' Representative - Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 N. King Street, Wilmington, Delaware 19801, Attn:  Robert  S.  Brady  and  Edwin  J.  Harron  (eharron@ycst.com; rbrady@ycst.com); and

l.      Rucki Fee Review, LLC, 1111 Windon Drive, Wilmington, DE 19803, Attn: Justin H. Rucki (justinrucki@ruckifeereview.com).

A HEARING ON THE APPLICATION, IF NECESSARY, WILL BE HELD AT THE CONVENIENCE OF THE COURT AND NOTICE OF ANY SUCH HEARING WILL BE GIVEN ONLY TO THE OBJECTING PARTY OR PARTIES.

IF YOU FILE TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION, WITHOUT FURTHER NOTICE OF HEARING.

Respectfully submitted this 28th day of April, 2021.

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/  Patricia B. Tomasco*

Patricia B. Tomasco
711 Louisiana, Suite 500
Houston, Texas 77002
Telephone: 713-221-7000
Facsimile:  713-221-7100
Email: pattytomasco@quinnemanuel.com

-and-

Rachel Herrick Kassabian
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: 650-801-5005
Email: rachelkassabian@quinnemanuel.com

-and-

Todd Anten
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: 212-849-7192
Email: toddanten@quinnemanuel.com

SPECIAL LITIGATION COUNSEL FOR THE BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>      Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Objection Deadline: May 12, 2021, at 4:00 p.m. (prevailing Eastern Time)** |

## EIGHTH MONTHLY FEE APPLICATION OF QUINN EMANUEL URQUHART & SULLIVAN, LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MARCH 1, 2021, TO AND INCLUDING MARCH 31, 2021

COMES NOW, Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), special litigation counsel for the Boy Scouts of America and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors-in-possession (together, the "Debtors") in the above-captioned chapter 11 cases, and hereby submits this eighth monthly fee application (this "Application") for (a) interim allowance and payment of compensation for professional services to the Debtors during the period from March 1, 2021, to and including March 31, 2021 (the "Fee Period"), (a) in the amount of $193,900.48, representing 80% of the $242,375.60 of fees earned by Quinn Emanuel for professional services to the Debtors during the Fee Period and (b) reimbursement of 100% of the actual and necessary expenses incurred by Quinn Emanuel during the Fee Period in connection with such services in the amount of $11,622.79. In support of this Application, Quinn Emanuel respectfully represents as follows:

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

## JURISDICTION AND VENUE

1.      The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The statutory and other bases for the relief requested herein are sections 330 and 331 of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* (ECF No. 341) (the "Compensation Procedures Order").

## BACKGROUND

3.      The Debtors commenced these cases on February 18, 2020 (the "Petition Date"), and they continue to operate their non-profit organization and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  These chapter 11 cases are being jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1.

4.      On March 5, 2020, the United States Trustee for the District of Delaware appointed an official committee of tort claimants and an official committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code.

5.      On April 24, 2020, the Court appointed James L. Patton, Jr. as the representative of future abuse claimants pursuant to sections 105(a) and 1109(b) of the Bankruptcy Code.

6.      The Court has authorized the Debtors to retain and employ Quinn Emanuel as their special litigation counsel, *nunc pro tunc* to August 1, 2020, pursuant to the *Order Authorizing the Retention and Employment of Quinn Emanuel Urquhart & Sullivan, LLP as Special Litigation Counsel for the Debtors and Debtors in Possession, Nunc Pro Tunc to August 1, 2020* (ECF No. 1343) (the "Retention Order").  The Retention Order authorizes the Debtors to compensate and reimburse Quinn Emanuel in accordance with the terms and conditions as set forth in the Debtors' application to retain Quinn Emanuel, subject to Quinn Emanuel's application to the Court.

7.      On April 6, 2020, the Court entered the Compensation Procedures Order.  The Compensation Procedures Order provides, among other things, that each professional shall be entitled, on or as soon as practicable after the fifteenth (15th) day of each month following the month for which compensation and/or expense reimbursement is sought, to file and serve an application for interim allowance of compensation earned and reimbursement of expenses incurred during the preceding month (each a "Monthly Fee Application").  Parties shall have 14 days after service of a Monthly Fee Application to object thereto (the "Objection Deadline").  Upon the expiration of the Objection Deadline, the applicant may file a certificate of no objection (a "CNO") with the Court with respect to the unopposed portion of the fees and/or expenses requested in the applicable Monthly Fee Application.  After the filing of a CNO, the Debtors are authorized and directed to pay the applicant an amount equal to 80% of the fees and 100% of the expenses requested in the applicable Monthly Fee Application not subject to an objection.

8.      On September 18, 2020, the Court entered an order appointing Justin H. Rucki of Rucki Fee Review, LLC as the fee examiner in these chapter 11 cases.

## RELIEF REQUESTED

9.      By this Application, in accordance with the Compensation Procedures Order, Quinn Emanuel requests payment in the amount of $193,900.48, which is equal to (a) 80% of the $242,375.60 earned by Quinn Emanuel for professional services to the Debtors during the Fee Period and (b) 100% of the $11,622.79 of actual and necessary expenses incurred by Quinn Emanuel during the Fee Period in connection with its services to the Debtors.

## SUMMARY OF SERVICES RENDERED

10.      Attached hereto as **Exhibit A** is a detailed statement of the time expended and compensation earned by Quinn Emanuel during the Fee Period. Quinn Emanuel's professionals expended a total of hours 310.3 in connection with these chapter 11 cases during the Fee Period. All services for which Quinn Emanuel is requesting compensation were performed for or on behalf of the Debtors. The services rendered by Quinn Emanuel during the Fee Period are categorized as set forth in **Exhibit A** and in the summary cover sheet prefixed to this Application. The professionals who provided services to the Debtors during the Fee Period are also identified in **Exhibit A** and in the summary cover sheets.

## ACTUAL AND NECESSARY EXPENSES

11.      Quinn Emanuel also incurred certain necessary expenses during the Fee Period for which it is entitled to reimbursement under the terms of its retention. Attached hereto as **Exhibit A** is a detailed statement of Quinn Emanuel's out-of-pocket expenses incurred during the Fee Period, totaling $11,622.79. These expenses include, but are not limited to, reprographics and document services and hosting services.

## VALUATION OF SERVICES

12.      As noted above, the amount of time spent by each Quinn Emanuel professional providing services to the Debtors during the Fee Period is set forth in the summary attached hereto

as **Exhibit A**.  The rates reflected on **Exhibit A** are Quinn Emanuel's customary hourly rates for work of this character.  The reasonable value of the services rendered by Quinn Emanuel for the Fee Period as special litigation counsel to the Debtors in these chapter 11 cases is $242,375.60.

13.     In accordance with the factor enumerated in section 330 of the Bankruptcy Code, the fees requested are fair and reasonable given (a) the complexity of these chapter 11 cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

14.     Although Quinn Emanuel has made every effort to include all fees and expenses incurred during the Fee Period in this Application, some fees and expenses might not be included in this Application due to delays caused by accounting and processing during the Fee Period. Quinn Emanuel reserves the right to make further applications to this Court for allowance of such fees and expenses not included herein.  Subsequent fee applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the Compensation Procedures Order.

## <u>CERTIFICATE OF COMPLIANCE</u>

15.     The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies that, to the best of her knowledge, information, and belief, this Application complies with the requirements of that Local Rule.

*[Remainder of Page Intentionally Left Blank]*

WHEREFORE, Quinn Emanuel requests allowance and payment of compensation for professional services to the Debtors during the Fee Period in the amount of (a) $193,900.48, representing 80% of the $242,375.60 of fees earned by Quinn Emanuel for professional services to the Debtors during the Fee Period and (b) 100% of the actual and necessary expenses incurred by Quinn Emanuel during the Fee Period in connection with such services in the amount of $11,622.79.

Respectfully submitted this 28th day of April, 2021.

QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ Patricia B. Tomasco*
Patricia B. Tomasco
711 Louisiana, Suite 500
Houston, Texas 77002
Telephone:  (713) 221-7000
Email:  pattytomasco@quinnemanuel.com

– and –

Rachel Herrick Kassabian
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5005
Email: rachelkassabian@quinnemanuel.com

– and –

Todd Anten
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7192
Email: toddanten@quinnemanuel.com

SPECIAL LITIGATION COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION

## Exhibit A

**Fees Statement and Expense Detail**

# quinn emanuel trial lawyers

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY |
CHICAGO | DC | LONDON | MANNHEIM | TOKYO | HAMBURG |
PARIS | MUNICH | SYDNEY | HONG KONG | HOUSTON | BOSTON |
BRUSSELS | SEATTLE | ZURICH | SHANGHAI |STUTTGART |PERTH|
SALT LAKE CITY |

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

April 21, 2021

Steve P. McGowan, General Counsel
Legal Department
Boy Scouts of America
1325 W. Walnut Hill Lane
P.O. Box 152079
Irving, Texas 75015

Matter #: 05621-00003
Invoice Number: 101-0000116605
Responsible Attorney: Rachel Herrick Kassabian

<u>Girl Scouts of the United States of America v. Boy Scouts of America</u>

For Professional Services through March 31, 2021 in connection with defending Boy Scouts of America
against Girls Scouts of the United States of America.

| | |
|---|---|
| Fees | $242,375.60 |
| Expenses | $11,622.79 |
| Net Amount | $253,998.39 |
| Total Due This Invoice | $253,998.39 |

**Confidential – May include attorney-client privileged and work-product information**

**quinn emanuel** trial lawyers

April 21, 2021                                                      Matter #: 05621-00003
Page 2                                              Invoice Number: 101-0000116605

<b>Statement Detail</b>

<u>**02   Employment and Fee Applications**</u>

| 03/01/21 | BH2 | Prepare the December Monthly Fee Statement for submission to the Delaware Bankruptcy Court. | 0.90 | 319.50 |
|---|---|---|---|---|
| 03/02/21 | TA | Review December Fee Statement for legal sufficiency and accuracy in advance of filing with the Delaware Bankruptcy Court. (0.3); review and revise redactions for assessment of legal privilege and confidentiality (1.0). | 1.30 | 1,209.97 |
| 03/02/21 | BH2 | Revise the Fifth Monthly Fee Statement for submission to the Delaware Bankruptcy Court (3.1); file same (.3); serve the Fifth Monthly Fee Statement pursuant to the Interim Compensation Order (.2); email correspondence with Fee Examiner and U.S. Trustee re: sending copies of the Fifth Monthly Fee Statement, the unredacted invoice, and the LEDES data (.2). | 3.80 | 1,349.00 |
| 03/03/21 | BH2 | Draft Sixth Monthly Fee Statement for submission to the Delaware Bankruptcy Court (2.3); draft Notice of Customary Annual Rate Increase (1.1). | 3.40 | 1,207.00 |
| 03/04/21 | BH2 | Revise the January monthly fee statement for submission to the Delaware Bankruptcy Court(1.9); email correspondence with R. Herrick Kassabian, T.  Anten, and P. Tomasco re: same for review of draft (.1). | 2.00 | 710.00 |
| 03/09/21 | TA | Review and revise preparation of submission of February invoice for Bankruptcy Fee Examiner pursuant to Bankruptcy Court requirements (0.2); review and revise January Fee Statement for legal compliance with | 0.90 | 837.68 |

# quinn emanuel trial lawyers

| | | | | |
|---|---|---|---|---|
| | | requirements of Delaware Bankruptcy Court (0.2); teleconference with R. Kassabian and B. Howell re: bill analysis submission to Fee Examiner (0.5). | | |
| 03/09/21 | BH2 | Participate in telephone conference with R. Kassabian, and T. Anten to discuss Fee Examiner instructions and monthly fee applications (.5); draft February monthly fee statement for submission to the Delaware Bankruptcy Court (3.2); revise January monthly fee statement for submission to the Delaware Bankruptcy Court (1.9) and file same (.3); email correspondence with the notice parties listed on the Notice re: January monthly fee statement (.1). | 6.00 | 2,130.00 |
| 03/09/21 | RHK | Video call with T. Anten and B. Howell re Fee Examiner J. Rucki's billing instructions. | 0.50 | 561.00 |
| 03/10/21 | BH2 | Email correspondence to the U.S. Trustee and Fee Examiner, attaching the file-stamped copy of the Sixth Monthly Fee Statement, the unredacted invoice, and the LEDES data (.3); draft the Second Interim Fee Application for the Period October 2020 - January 2021, for submission to the Delaware Bankruptcy Court (5.5). | 5.80 | 2,059.00 |
| 03/11/21 | TA | Revise the Second Interim Fee Application for legal compliance (0.3). | 0.30 | 279.23 |
| 03/11/21 | BH2 | Draft the Second Interim Fee Application for the period October 2020 – January 2021, for submission to the Delaware Bankruptcy Court (4.2); email correspondence with P. Tomasco, R. Kassabian, and T. Anten re: same for review of and comments on draft (.1); emails to R. Kassabian and T. Anten regarding revisions to the draft fee application (.2); revise | 4.90 | 1,739.50 |

**quinn emanuel** trial lawyers

April 21, 2021
Page 4

Matter #: 05621-00003
Invoice Number: 101-0000116605

| | | | | |
|---|---|---|---|---|
| | | the Second Interim Fee Application to incorporate new language (.4). | | |
| 03/11/21 | RHK | Email correspondence with B. Howell re quarterly fee application. | 0.20 | 224.40 |
| 03/15/21 | PT | Review and revise fee application (.3); and email correspondence with B. Howell regarding revisions (.4). | 0.70 | 711.02 |
| 03/15/21 | BH2 | Revise the Second Interim Fee Application for submission to the Delaware Bankruptcy Court (1.5); file Second Interim Fee Application with Delaware Bankruptcy Court (.3); coordinate service with Omni to serve the fee application on the Master Service List (.2). | 2.00 | 710.00 |
| 03/15/21 | RHK | Revise the second interim fee application (.3); email correspondence with B. Howell and T. Anten re same (.4). | 0.70 | 785.40 |
| 03/15/21 | TA | Email correspondence with R. Kassabian and B. Howell re: Second Interim Fee Application for legal compliance (0.3). | 0.30 | 279.23 |
| 03/17/21 | BH2 | Review email from D. Vale (Morris, Nichols, Arsht and Tunnell) regarding the Certificate of No Objection (.1); review email from T. Anten regarding same (.1); review the Certificate of No Objection filed by D. Vale to verify the numbers (.1); email correspondence with T. Anten regarding verification of the fee amounts (.1). | 0.40 | 142.00 |
| 03/17/21 | TA | Review and approve the Certificate of No Objection for Fifth Monthly Fee Application (0.2). | 0.20 | 186.15 |
| 03/17/21 | RHK | Email correspondence with B. Howell and T. Anten re certificate of no objection to fee request. | 0.20 | 224.40 |
| 03/18/21 | BH2 | Prepare the February monthly fee statement for submission to the | 2.10 | 745.50 |

**quinn emanuel** trial lawyers

April 21, 2021                                                                                          Matter #: 05621-00003
Page 5                                                                          Invoice Number: 101-0000116605

|          |      | Delaware Bankruptcy Court (2.1). |      |        |
|----------|------|----------------------------------|------|--------|
| 03/24/21 | TA   | Review and implement redactions on February 2021 invoice for compliance with Bankruptcy Court requirements based on legal assessment (1.0). | 1.00 | 930.75 |
| 03/24/21 | PT   | Email correspondence with F. Morton regarding the Certificate of No Objection format. | 0.10 | 101.58 |
| 03/24/21 | BH2  | Revise February Monthly Fee Statement for submission to the Delaware Bankruptcy Court (1.6). | 1.60 | 568.00 |
| 03/24/21 | BH2  | Draft Certificate of No Objection for the December Monthly Fee Statement (.5); file same (.3); email correspondence with F. Morton (Bankruptcy Court for District of Delaware) regarding Certificate of No Objection (.1). | 0.90 | 319.50 |
| 03/26/21 | TA   | Review February Fee Statement for compliance with legal requirements for submission to Delaware Bankruptcy Court (0.3). | 0.30 | 279.23 |
| 03/26/21 | BH2  | Email correspondence with T. Anten regarding the February monthly fee statement (.2); redline February fee statement against the January fee statement for attorney review and assessment (.3); email correspondence with T. Anten re: same (.1). | 0.60 | 213.00 |
| 03/29/21 | BH2  | Email exchanges with R. Herrick Kassabian regarding the February monthly fee statement (.3); email correspondence with K. Busch re: obtaining the most recent payments received from the insurers in this case (required for the February monthly fee statement) (.2); obtain charts regarding payments of fees and expenses (.1) and calculate total fees received for each invoice (.4); email correspondence with J. Rucki re: the | 1.20 | 426.00 |

# quinn emanuel trial lawyers

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | LEDES data for the January monthly fee statement (.2). |  |  |
| 03/30/21 | BH2 | Revise the seventh monthly fee statement for submission to the Delaware Bankruptcy Court (1.1); email correspondence with R. Herrick Kassabian re: same for attorney review (.1); file the seventh monthly fee statement with the Delaware Bankruptcy Court (.3); email correspondence to parties listed on the Notice list re: same (.2); email correspondence with U.S. Trustee and Fee Examiner re: seventh monthly fee statement, unredacted invoice, and LEDES data (.3). | 2.00 | 710.00 |
|  |  | SUBTOTAL | 44.30 | 19,958.04 |

**03  Litigation - Federal District Court Case**

|  |  |  |  |  |
|---|---|---|---|---|
| 03/01/21 | TA | Draft ███████████ ███████████████████████ ████████████████ (0.3); draft ███████ ████████████████████ █████ (0.3); draft ██████████ (0.4); email correspondence with R.Kassabian and D.Scher re: ████ (0.7); teleconference with R.Kassabian, M.Caruso, C.Bogdanos, S.Jenkins and D.Scher re: ████ ██████████████ (2.6); draft ██ ████████████████████ (0.4); draft ████ ████████████████ ████████████████████ ██████ (0.5). | 5.20 | 4,839.90 |
| 03/01/21 | RSH | Prepare ███████████ ████████████████████ ████████ (1.6); prepare █████████ (.5). | 2.10 | 892.50 |

# quinn emanuel trial lawyers

April 21, 2021
Page 7

Matter #: 05621-00003
Invoice Number: 101-0000116605

| 03/01/21 | SJ1 | Telephone conference with R. Kassabian ▇▇▇ (.9); prepare ▇▇▇ (5.8); ▇▇▇ (2.6); email correspondence ▇▇▇ (.2). | 9.50 | 8,635.50 |
| 03/01/21 | CTB | Participate, via telephonic conference, ▇▇▇. | 2.60 | 2,562.30 |
| 03/01/21 | MMC | Prepare ▇▇▇ (3.9); participate in telephonic conference with R. Kassabian, T. Anten. Dylan Sher, C. Bogdanos, S. Jenkins re: ▇▇▇ (1.6). | 5.50 | 6,171.00 |
| 03/01/21 | DS6 | Review and revise ▇▇▇ (1.4); legal research re: ▇▇▇ (2.5); email correspondence with T. Anten and M. Caruso ▇▇▇ (0.6); attend teleconference with R. Kassabian, M. Caruso, C. Bogdanos, T. Anten, and S. Jenkins ▇▇▇ (2.6). | 7.10 | 4,792.50 |
| 03/01/21 | RHK | Call with S. Jenkins re ▇▇▇ (.9); prepare ▇▇▇ (1.0); attend ▇▇▇ (2.6); revise ▇▇▇ (.5); prepare ▇▇▇ (.2); revise | 5.60 | 6,283.20 |

**quinn emanuel** trial lawyers

April 21, 2021                                                                 Matter #: 05621-00003
Page 8                                                              Invoice Number: 101-0000116605

████ (.2); revise ████████ (.2).

| 03/02/21 | RHK | Prepare ████████ | 8.40 | 9,424.80 |

████████████████ (6.4); ████████

████████ (2.0).

| 03/02/21 | TA | Teleconference ████████ | 6.30 | 5,863.72 |

(0.2); email communication with R. Kassabian and D. Scher re: ████ (0.1); draft ████████ (3.6); teleconference (partial) with R. Kassabian, M. Caruso, D. Scher and S. Jenkins re: ████ (1.0); review and ████ (0.4); review ████ (0.2); email correspondence with R. Kassabian and S. Jenkins re: ████ (0.2); teleconference with S. Jenkins re: ████ (0.4); draft ████████ (0.2).

| 03/02/21 | RSH | Prepare ████████ (3.0). | 3.00 | 1,275.00 |

| 03/02/21 | SJ1 | Review and revise ████ (3.7); | 10.20 | 9,271.80 |

████ (2.0); analysis re: ████ (2.6); analysis re: ████

# quinn emanuel trial lawyers

April 21, 2021                                                                 Matter #: 05621-00003
Page 9                                                                 Invoice Number: 101-0000116605

|            |      |                                                                 |      |          |
|------------|------|-----------------------------------------------------------------|------|----------|
|            |      | ███████████ (1.5); teleconference with T. Anten ██ ███████████ (.4). |      |          |
| 03/02/21   | DS4  | Revise ███████████████████ ████████. | 1.80 | 639.00   |
| 03/02/21   | MMC  | Prepare ████████████ █████ (4.9), ███████████████████ █████████ (1.9). | 6.80 | 7,629.60 |
| 03/02/21   | DS6  | Preparation █████████████ (6.1); █████████ (2.0); email correspondence with R. Kassabian and M. Caruso ███████ (1.2). | 9.30 | 6,277.50 |
| 03/03/21   | TA   | Prepare ███████████ ████████ (2.3); telephone conference with M. Caruso, S. Jenkins, D. Scher, R. Huddle, and R. Kassabian ████████ (0.7); email correspondence ██████████ ██████ (0.2); draft ███████████ (0.5). | 3.70 | 3,443.77 |
| 03/03/21   | RSH  | Call with S. Jenkins, D. Scher, M. Caruso, and T. Anten, and R. Kassabian ██████████ (.7); review ███████████████ ████ (1.6). | 2.30 | 977.50   |
| 03/03/21   | SJ1  | Analysis and preparation re: ████ ██████ (1.1); attend ██████████ ████ (2.0); video call with R. Kassabian (partial), M. Caruso, T. Anten, R. Huddle, and | 7.70 | 6,999.30 |

**quinn emanuel** trial lawyers

April 21, 2021                                                                 Matter #: 05621-00003
Page 10                                                          Invoice Number: 101-0000116605

D. Scher re: ███████████████
(.7); analysis and preparation ███████
████████ (3.9).

| | | | | |
|---|---|---|---|---|
| 03/03/21 | MMC | Prepare ██████████ (.3); attend ███████ (2.0); call with S. Jenkins, D. Sher, T. Anten, R. Huddle, and partial with R. Kassabian re: ████████ (.7); email with S. Jenkins, D. Sher, T. Anten, R. Kassabian re: ████████ (.3); telephone call with R. Kassabian regarding ████████ (.5). | 3.80 | 4,263.60 |
| 03/03/21 | SW2 | Review and revise █████████ ████████████████ (3.0). | 3.00 | 975.00 |
| 03/03/21 | RHK | Prepare ████████████ (2.8); attend █████████ (2.0); call ████████ (.5); video call with T. Anten, S. Jenkins, D. Scher, R. Huddle, and M. Caruso re ████████ (.5); email correspondence with S. Jenkins and T. Anten re ████████████ (1.0); call with M. Caruso re ████ (.5). | 7.30 | 8,190.60 |
| 03/03/21 | DS6 | Preparation ██████████ ████████████ (2.5); attend ████████████████ (2.0); telephone conference with M. Caruso, T. Anten, S. Jenkins, R. Huddle, and R. Kassabian re: ████████ (0.7); analysis ███████████ ████████████ (3.4). | 8.60 | 5,805.00 |
| 03/04/21 | TA | Email correspondence with S. Jenkins re: ████████████ (0.3); | 1.70 | 1,582.27 |

**quinn emanuel** trial lawyers

April 21, 2021                                                          Matter #: 05621-00003
Page 11                                                        Invoice Number: 101-0000116605

| | | | | |
|---|---|---|---|---|
| | | teleconference with R. Kassabian, S. Scher, R. Huddle, and S. Jenkins re: ████████ (0.9); review and revise ████████ (0.2); email correspondence with R. Kassabian and S. Jenkins re: ████████ (0.1); draft ████████ (0.2). | | |
| 03/04/21 | RSH | Partial attendance of call with D. Scher, S. Jenkins, T. Anten, and R. Kassabian regarding ████ (.4); review ████████ (1.3). | 1.70 | 722.50 |
| 03/04/21 | SJ1 | Telephone conference with R. Kassabian, T. Anten, R. Huddle, and Dylan Scher re: ████████ (.9); analysis re: ████ (.4); prepare ████████ (.8); analysis ████████ (2.6). | 4.70 | 4,272.30 |
| 03/04/21 | DS6 | Analysis of ████████ (0.5); correspondence to R. Kassabian re: ████ (0.5); analysis of ████████ (2.3); conference call with R. Kassabian, S. Jenkins, T. Anten, and R. Huddle ████████ (.9). | 4.20 | 2,835.00 |
| 03/04/21 | MMC | Email with R. Kassabian and T. Anten re: ████ (.1). | 0.10 | 112.20 |
| 03/04/21 | RHK | Video call with T. Anten, S. Jenkins, R. Huddle, and D. Scher re ████ | 5.50 | 6,171.00 |

**quinn emanuel** trial lawyers



(.9);

(.7); revise

(.4); review

(.4); email correspondence with D. Scher re

(.3); email correspondence with T. Anten and M. Caruso re

(.5);

(.5); email correspondence with T. Anten and M. Caruso re

(.4); call

(.5); email

(.4); analysis re

(.5).

| | | | | |
|---|---|---|---|---|
| 03/05/21 | RHK | Email correspondence with S. Jenkins and T. Anten re ████ (.6); review ████ (.5); analysis re ████████ (1.0); prepare ████ (.5); attend ████ (.6); revise ████████ (.3). | 3.50 | 3,927.00 |
| 03/05/21 | TA | Teleconference with D. Scher re: ████ (0.5); email correspondence with R. Kassabian re: ████ | 1.00 | 930.75 |

# quinn emanuel trial lawyers

| | | | | |
|---|---|---|---|---|
| | | ███ (0.2); email correspondence with A. Que re: ███ (0.3). | | |
| 03/05/21 | SJ1 | Review and revise ███ ███ (1.1), ███ (.7), ███ (1.2) ███ (.8) ███ ███ ███ (.8). | 4.60 | 4,181.40 |
| 03/05/21 | MMC | Email to R. Kassabian re: ███ ███ (.2). | 0.20 | 224.40 |
| 03/05/21 | SW2 | Review and revise ███ ███ (5.5). | 5.50 | 1,787.50 |
| 03/05/21 | ABQ | Conduct legal research re. ███ ███ (2.5). | 2.50 | 1,687.50 |
| 03/05/21 | DS6 | Telephone call with T. Anten re: ███ (0.5). | 0.50 | 337.50 |
| 03/06/21 | SJ1 | Review and revise ███ ███ (.5), ███ (.3), ███ (.3), ███ (.5) ███. | 1.60 | 1,454.40 |
| 03/07/21 | TA | Review ███ ███ (0.4); email correspondence with S. Jenkins and R. Huddle re: ███ (0.2). | 0.60 | 558.45 |
| 03/07/21 | SJ1 | Review and revise ███ ███ (.7), ███ (.3), ███ (.4), ███ ███ (.5) ███. | 1.90 | 1,727.10 |
| 03/08/21 | TA | Teleconference with D. Scher re: ███ (0.2); email | 2.80 | 2,606.10 |

# quinn emanuel trial lawyers

April 21, 2021                                                                                    Matter #: 05621-00003
Page 14                                                                           Invoice Number: 101-0000116605



correspondence with R. Kassabian re: ████████████ (0.4); email correspondence with R. Kassabian re: ████████████████████████ (1.0); review ████████████████████████████████████████████████ (1.0); email correspondence with S. Jenkins re: ████ (0.2).

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 03/08/21 | DS6 | Teleconference with T. Anten regarding ████████ (.2); review and revise ████████ (1.3); email correspondence to R. Kassabian re: ████ (0.9). | 2.40 | 1,620.00 |
| 03/08/21 | MMC | Email with R. Kassabian re: ████████████████ (.2). | 0.20 | 224.40 |
| 03/08/21 | SW2 | Analyze and review ████████████████████████████████ (4.0). | 4.00 | 1,300.00 |
| 03/08/21 | RHK | Email correspondence ████████ (.4); email correspondence with S. Jenkins re ████████ (.5); email correspondence with D. Scher re ████ (.4); revise ████ (.2); email correspondence with T. Anten and M. Caruso re ████ (.5). | 2.00 | 2,244.00 |
| 03/08/21 | SJ1 | Review and revise ████ (.8), ████ (.8), ████ (1.0), ████ (.7) | 3.70 | 3,363.30 |

**quinn emanuel** trial lawyers

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | ██████ ; correspondence ██████ | | |
|  |  | ████████████████ (.4). | | |
| 03/09/21 | DS6 | Review and revise ████████ | 9.10 | 6,142.50 |
|  |  | ████████████████ (7.5); email correspondence to S. Jenkins and S. Weingard re: ████ (1.6). | | |
| 03/09/21 | TA | Draft ██████████████████ | 2.40 | 2,233.80 |
|  |  | ████ (0.6); email correspondence with R. Kassabian re: ████████████████ | | |
|  |  | ████████████████ (0.4); revise ██████████████ | | |
|  |  | ██████████████████ | | |
|  |  | ████ (0.7); email correspondence to R. Kassabian re: ██████████████ | | |
|  |  | (0.4); email correspondence ██████████████ | | |
|  |  | ██████████████ | | |
|  |  | (0.3). | | |
| 03/09/21 | SW2 | Analyze ██████████████ | 4.00 | 1,300.00 |
|  |  | ████████████████████ | | |
|  |  | ████████████ (4.0). | | |
| 03/09/21 | RHK | Various email correspondence with S. Jenkins re ██████████████ | 2.20 | 2,468.40 |
|  |  | ██████████████████ | | |
|  |  | (1.2); revise ████████████ | | |
|  |  | ████████████████ (.4); revise ████████████ (.3); email correspondence with T. Anten re ██████████████ | | |
|  |  | ████████████████ (.3). | | |
| 03/09/21 | SJ1 | Review and revise ████████ | 7.50 | 6,817.50 |
|  |  | ██████████ (2.5), ████ (2.1), ██████ (.9), ██████████ (1.4) | | |
|  |  | ████████████████ | | |
|  |  | ██████ ; email correspondence ████████ | | |
|  |  | (.6). | | |

**quinn emanuel** trial lawyers

April 21, 2021                                                                Matter #: 05621-00003
Page 16                                                         Invoice Number: 101-0000116605

| 03/10/21 | DS6 | Review and revise ███████ | 5.80 | 3,915.00 |
|---|---|---|---|---|
| | | ████████████ (4.5); email correspondence to S. Jenkins and S. Weingard re: ███ (0.8); email correspondence to R. Kassabian re: ██████████████ (0.5). | | |
| 03/10/21 | TA | Email correspondence with R.Kassabian re: ████████████ (0.3). | 0.30 | 279.23 |
| 03/10/21 | MMC | Emails with T. Anten, D. Scher, and R. Kassabian re: ████████ (.1). | 0.10 | 112.20 |
| 03/10/21 | SW2 | Analyze ████████████ ███████████████████ ██████████████ (3.0). | 3.00 | 975.00 |
| 03/10/21 | RHK | Various email correspondence with S. Jenkins regarding ███████████ (.8); revise ███████████ (.4); call ███████████ (.6); email correspondence with T. Anten re ███████████ (.3); email correspondence ███████████ (.4). | 2.50 | 2,805.00 |
| 03/10/21 | SJ1 | Review and revise ████████ (.8), ████ (.5), ████ (.9) ████████ (.9) ████████; correspondence ████ ██████████ (.4). | 3.50 | 3,181.50 |
| 03/11/21 | DS6 | Analysis ████████████ (1.5); legal research re: ██████████ (2.2). | 3.70 | 2,497.50 |
| 03/11/21 | TA | Email correspondence with | 1.40 | 1,303.05 |

# quinn emanuel trial lawyers

April 21, 2021                                                           Matter #: 05621-00003
Page 17                                                       Invoice Number: 101-0000116605

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | R.Kassabian re: ██████████████ ███████████ (0.4); review ████████████████ ████████████████ (1.0). |  |  |
| 03/11/21 | RHK | Various email correspondence with S. Jenkins re ██████████████ ████████████ (.6); revise ████████████████████ ████ (.3). | 0.90 | 1,009.80 |
| 03/11/21 | SW2 | Analyze and review ██████████ ████████████████ ████████████████ ████████████████ ████████████ (4.0). | 4.00 | 1,300.00 |
| 03/11/21 | MMC | Emails with T. Anten, D. Scher, and R. Kassabian re: ████████████████ ████ (.1). | 0.10 | 112.20 |
| 03/11/21 | SJ1 | Analysis re: ████████████████ ████████ (3.4); correspondence ████████████████████ (.3). | 3.70 | 3,363.30 |
| 03/12/21 | DS6 | Analysis ████████████████ ████████████████ (0.9). | 0.90 | 607.50 |
| 03/12/21 | RHK | Various email correspondence with S. Jenkins and T. Anten re ██████ ████████████████ (.5); revise ████████████████ ████████████ (.2). | 0.70 | 785.40 |
| 03/12/21 | MMC | Email with R. Kassabian and T. Anten re: ████████████████ ████ (.2). | 0.20 | 224.40 |
| 03/12/21 | SJ1 | Review and analysis ████████ ████████████████ (.8). | 0.80 | 727.20 |
| 03/15/21 | RHK | Email correspondence with T. Anten re ████████████ (.2); email correspondence with D. Scher re ████ (.1). | 0.30 | 336.60 |

los angeles | new york | san francisco | silicon valley | chicago | dc | london | mannheim | tokyo | hamburg | paris | munich
sydney | hong kong | houston | brussels | seattle | zurich | shanghai | stuttgart | perth | boston | salt lake city

# quinn emanuel trial lawyers

April 21, 2021
Page 18

Matter #: 05621-00003
Invoice Number: 101-0000116605

| 03/15/21 | TA | Email correspondence ███████ ████████████ (0.2). | 0.20 | 186.15 |
|---|---|---|---|---|
| 03/16/21 | TA | Email correspondence ████ ████ (0.6); review █████████ █████████████████ (0.5); email correspondence with R.Kassabian re: ████ (0.2). | 1.30 | 1,209.97 |
| 03/16/21 | RHK | Review █████████████ ███ (.2); email with T. Anten re ███ (.2). | 0.40 | 448.80 |
| 03/18/21 | SJ1 | Research and analysis re: ████████ ███████████ (.8). | 0.80 | 727.20 |
| 03/18/21 | TA | Draft █████████████ ████████ (2.0); draft and revise ████ █████████████████████ (1.5); revise ████████████ ████████████ (0.4); email correspondence with R. Kassabian re: ████████████. (0.4). | 4.30 | 4,002.23 |
| 03/18/21 | RHK | Email correspondence with T. Anten and S. Jenkins re ██████████ ████. | 0.20 | 224.40 |
| 03/19/21 | DS6 | Review and revise ████████ █████ (1.6); legal research ████████ █████████ (2.3). | 3.90 | 2,632.50 |
| 03/19/21 | TA | Teleconference with R. Kassabian and M. Caruso re: ████████████ (0.4); revise █████████████ ███ (1.5); revise ████ █████ (0.8). | 2.70 | 2,513.02 |
| 03/19/21 | MMC | Call with R. Kassabian and T. Anten re: █████████████████ (.4); review ████████████ (.3). | 0.70 | 785.40 |
| 03/19/21 | RHK | Prepare for (.2) and attend ████████ █████████████ ███████ | 1.10 | 1,234.20 |

los angeles | new york | san francisco | silicon valley | chicago | dc | london | mannheim | tokyo | hamburg | paris | munich
sydney | hong kong | houston | brussels | seattle | zurich | shanghai | stuttgart | perth | boston | salt lake city

**quinn emanuel** trial lawyers

April 21, 2021                                                    Matter #: 05621-00003
Page 19                                              Invoice Number: 101-0000116605

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | ██████████████████████ (.4); revise ██████████ (.3); revise ████████ (.2). | | |
| 03/22/21 | TA | Revise ████████████████ (1.3); email correspondence with R.Kassabian ████████ (1.0). | 2.30 | 2,140.72 |
| 03/22/21 | DS6 | Review and revise ██████████ (1.0), and legal research re: ████ (0.5); email correspondence to R. Kassabian and T. Anten re: ███ (0.5). | 2.00 | 1,350.00 |
| 03/22/21 | MMC | Review and revise ███████████████████████ (.4). | 0.40 | 448.80 |
| 03/22/21 | RHK | Email correspondence with T. Anten and D. Scher re ████████████████ (.4); revise █████ (.6). | 1.00 | 1,122.00 |
| 03/23/21 | TA | Email correspondence with R. Kassabian and D. Scher re: ████████ (0.6); draft ████████████████ (0.4); email correspondence with R. Kassabian re: ███████ (0.8); revise ████████ (0.5); revise ██████ (0.5); revise ██████████ (0.7); review and revise ██████████ (0.5). | 4.00 | 3,723.00 |
| 03/23/21 | DS6 | Email correspondence to R. Kassabian and T. Anten re: ████████ (0.9); email correspondence to T. Anten re: █████ (0.5). | 1.40 | 945.00 |
| 03/23/21 | SJ1 | Research and analysis re: ██████ (.4). | 0.40 | 363.60 |
| 03/23/21 | MMC | Review and revise ████████ | 0.90 | 1,009.80 |

**quinn emanuel** trial lawyers

April 21, 2021                                            Matter #: 05621-00003
Page 20                                        Invoice Number: 101-0000116605

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| | | ▮▮▮▮▮▮ (.9). | | |
| 03/23/21 | RHK | Revise ▮▮▮▮▮▮ (.6); email correspondence with M. Caruso, S. Jenkins and T. Anten re ▮▮ (.4); email correspondence ▮▮▮▮▮▮ ▮▮▮▮▮ (.1). | 1.10 | 1,234.20 |
| 03/24/21 | RHK | Email correspondence ▮▮▮▮▮ ▮▮▮▮▮ (.3); email correspondence with T. Anten re ▮▮ (.2). | 0.50 | 561.00 |
| 03/25/21 | TA | Review ▮▮▮▮▮ ▮▮▮▮▮ (0.5); review ▮▮▮▮▮ ▮▮▮▮▮ (0.4). | 0.90 | 837.68 |
| 03/25/21 | RHK | Review ▮▮▮▮▮ ▮▮▮▮▮ (.2); review ▮▮▮▮▮ ▮▮▮▮▮ (.1). | 0.30 | 336.60 |
| 03/29/21 | TA | Review ▮▮▮▮▮ ▮▮▮▮▮ (0.4); email correspondence with R.Kassabian re: ▮▮ (0.2); email correspondence re: ▮▮▮▮▮ (0.2). | 0.80 | 744.60 |
| 03/29/21 | RHK | Review ▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮ (.2); email correspondence ▮▮▮▮▮ (.4). | 0.60 | 673.20 |
| 03/29/21 | JL9 | Prepare ▮▮▮▮▮ ▮▮▮▮▮ (0.8). | 0.80 | 140.00 |
| 03/29/21 | SJ1 | Analysis re: ▮▮▮▮▮ ▮▮▮▮▮ (.3). | 0.30 | 272.70 |
| 03/30/21 | RHK | Emails with T. Anten re ▮▮▮▮▮ . | 0.20 | 224.40 |
| 03/31/21 | TA | Email correspondence with R.Kassabian re: ▮▮▮▮▮ ▮▮ ▮▮▮ (0.2). | 0.20 | 186.15 |

# quinn emanuel trial lawyers

April 21, 2021                                                           Matter #: 05621-00003
Page 21                                                       Invoice Number: 101-0000116605

| 03/31/21 | RHK | Email correspondence with T. Anten re ███████████ (.2); analysis re ████ (.3). | 0.50 | 561.00 |
|---|---|---|---|---|
| | | SUBTOTAL | 266.00 | 222,417.56 |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Rachel Herrick Kassabian | RHK | Partner | 46.40 | 1,122.00 | 52,060.80 |
| Margret Caruso | MMC | Partner | 19.00 | 1,122.00 | 21,318.00 |
| Patty Tomasco | PT | Partner | 0.80 | 1,015.75 | 812.60 |
| Claudia Bogdanos | CTB | Counsel | 2.60 | 985.50 | 2,562.30 |
| Todd Anten | TA | Partner | 46.40 | 930.75 | 43,186.80 |
| Sara Jenkins | SJ1 | Counsel | 60.90 | 909.00 | 55,358.10 |
| Dylan Scher | DS6 | Associate | 58.90 | 675.00 | 39,757.50 |
| Allison (Bingxue) Que | ABQ | Associate | 2.50 | 675.00 | 1,687.50 |
| Roger S Huddle | RSH | Law Clerk | 9.10 | 425.00 | 3,867.50 |
| Scott Weingrad | SW2 | Attorney | 23.50 | 325.00 | 7,637.50 |

| Case Assistants | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Barbara J Howell | BH2 | Paralegal | 37.60 | 355.00 | 13,348.00 |
| Dave Scholz | DS4 | Graphics Coordinator | 1.80 | 355.00 | 639.00 |

| Litigation Support/Document Management Services | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Joe Liao | JL9 | Litigation Support | 0.80 | 175.00 | 140.00 |

## Expense Summary

| Description | | Amount |
|---|---|---|
| Attorney service | | 682.00 |
| Deposition transcript | | 4,311.90 |
| Express mail | | 71.61 |
| Hearing transcript | | 293.88 |
| Online Research | | 0.00 |
| Messenger | | 33.00 |
| Color Document Reproduction | 0.40 | 0.40 |

# quinn emanuel trial lawyers

April 21, 2021
Page 22

Matter #: 05621-00003
Invoice Number: 101-0000116605

| Description | Amount |
|---|---|
| Word processing | 0.00 |

**Litigation Support Costs**

| | |
|---|---|
| Hosting | 6,230.00 |
| Total Expenses | $11,622.79 |

los angeles | new york | san francisco | silicon valley | chicago | dc | london | mannheim | tokyo | hamburg | paris | munich
sydney | hong kong | houston | brussels | seattle | zurich | shanghai | stuttgart | perth | boston | salt lake city