**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 2293, 2294, 2295, 2592, 2594, & 2595** |

**NOTICE OF REVISED SOLICITATION PROCEDURES ORDER**

     **PLEASE TAKE NOTICE** that, on March 1, 2021, the Boy Scouts of America (the "BSA") and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession in the above-caption chapter 11 cases (together, the "Debtors"), filed (i) the *Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 2293] (as may be amended, supplemented or otherwise modified from time to time including all exhibits thereto, the "Plan") and (ii) the *Disclosure Statement for the Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 2294] (as may be amended, supplemented or otherwise modified from time to time including all exhibits thereto, the "Disclosure Statement").

     **PLEASE TAKE FURTHER NOTICE** that, on March 2, 2021, the Debtors filed the *Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief* [D.I. 2295] (the "Motion"),[2] and attached thereto as Exhibit A a proposed order approving the Solicitation Procedures and certain accompanying exhibits thereto (collectively, the "Solicitation Procedures Order").

     **PLEASE TAKE FURTHER NOTICE** that following discussions with parties in interest in these chapter 11 cases, the Debtors further amended the Plan and Disclosure Statement by filing on April 13 and 14, 2021, (i) the *Second Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware and Delaware BSA, LLC* [D.I. 2592], (ii) the *Disclosure Statement for the Second Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware and Delaware BSA, LLC* [D.I. 2594], and (iii) the *Notice of Filing of Redlines of*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300); and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Motion, Disclosure Statement, or the Plan, as applicable.

*Plan and Disclosure Statement, Trust Distribution Procedures, and Settlement Trust Agreement* [D.I. 2595].

**PLEASE TAKE FURTHER NOTICE** that in connection with the revisions to the Plan and Disclosure Statement, the Debtors have revised the Solicitation Procedures Order and certain accompanying exhibits thereto (collectively, the "Revised Solicitation Procedures Order").[3]  The Revised Solicitation Procedures Order is attached hereto as **Exhibit A**.  For the convenience of the Court and all parties in interest, attached hereto as **Exhibit B** is a redline comparison of the Revised Solicitation Procedures Order marked against the Solicitation Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will seek approval of the Disclosure Statement and the Revised Solicitation Procedures Order at a hearing scheduled for **Wednesday, May 19, 2021, at 10:00 a.m. (ET)** (the "Disclosure Statement Hearing") before the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right to further amend the Plan, Disclosure Statement, and Revised Solicitation Procedures Order, including all exhibits thereto, prior to the Disclosure Statement Hearing.

*[Remainder of Page Intentionally Left Blank]*

---

[3]  The *Notice of Attorneys Representing Abuse Survivors of (I) Proposed Procedures for Soliciting Votes of Holders of Direct Abuse Claims to Accept or Reject the Amended Chapter 11 Plan or Reorganization for Boy Scouts of America and Delaware BSA, LLC, (II) Date Requested for Attorneys to Submit Abuse Survivor Plan Solicitation Directives, and (III) Other Related Deadlines* (as may be amended, supplemented or otherwise modified from time to time, the "Abuse Claim Solicitation Notice and Directive"), which was previously attached to the Solicitation Procedures Motion as Exhibit C, has been revised to be attached to the Revised Solicitation Procedures Order as Exhibit 11 thereto.  The revised Abuse Claim Solicitation Notice and Directive incorporates comments the Debtors received from the Tort Claimants' Committee and the Coalition of Abused Scouts for Justice prior to distributing the notice to attorneys representing abuse survivors.  The Abuse Survivor Plan Solicitation Directive Deadline included in the Abuse Claim Solicitation Notice and Directive was extended by the Debtors to May 5, 2021, which was communicated to relevant parties in interest.

Dated: April 28, 2021
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Eric W. Moats*

Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Eric W. Moats (No. 6441)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Email:  dabbott@morrisnichols.com
         aremming@morrisnichols.com
         emoats@morrisnichols.com
         ptopper@morrisnichols.com

– and –

**WHITE & CASE LLP**
Jessica C. Lauria (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 819-8200
Email:  jessica.lauria@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone:  (312) 881-5400
Email: mandolina@whitecase.com
         mlinder@whitecase.com
         laura.baccash@whitecase.com
         blair.warner@whitecase.com

ATTORNEYS FOR THE DEBTORS AND
DEBTORS IN POSSESSION

**<u>Exhibit A</u>**

**Revised Solicitation Procedures Order**

**<u>Exhibit B</u>**

**Redline**