## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC.,<br><br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Laurie Heggan, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On April 29, 2021, at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents by first class mail on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 04/29/2021 | 2732 | Objection // JPMorgan Chase Bank, National Association's Objection to Joint Motion of the Official Tort Claimants' Committee and Future Claimants' Representative for Entry of an Order Granting Standing and Authorizing the Prosecution of Certain Challenge Claims on Behalf of the Bankruptcy Estates (related document(s)2364) Filed by JPMorgan Chase Bank, National Association (Patterson, Morgan) (Entered: 04/29/2021) |

X _____
Laurie Heggan

Dated: April 29, 2021
State of Delaware
County of New Castle

Subscribed and sworn to (or affirmed) before me on this 29th day of April 2021, by Laurie Heggan, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

X _____

JESSE L BLEVINS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 30, 2022

# EXHIBIT A

PACHULSKI STANG ZIEHL
& JONES LLP
James E. O'Neill, Esq.
James I. Stang, Esq.
Maxim B. Litvak, Esq.
John W. Lucas, Esq.
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899

YOUNG CONAWAY STARGATT
& TAYLOR, LLP
Robert S. Brady, Esq.
Edwin J. Harron, Esq.
Sharon M. Zieg, Esq.
Sara Beth A.R. Kohut, Esq.
Rodney Square
1000 North King Street
Wilmington, Delaware 19801

MORRIS, NICHOLAS, ARSHT
& TUNNELL LLP
Derek C. Abbott, Esq.
Andrew R. Remming, Esq.
Eric W. Moats, Esq.
Paige N. Topper, Esq.
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347

WHITE & CASE LLP
Jessica C. Lauria, Esq.
1221 Avenue of the Americas
New York, New York 10020

WHITE & CASE LLP
Michael C. Andolina, Esq.
Matthew E. Linder, Esq.
Laura E. Baccash, Esq.
Blair M. Warner, Esq.
111 South Wacker Drive
Chicago, Illinois 60606

OFFICE OF THE UNITED STATES TRUSTEE
Attn: David L. Buchbinder, Esq.
Attn: Hannah McCollum, Esq.
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, Delaware 19801

KRAMER LEVIN NAFTALIS
& FRANKEL LLP
Thomas Moers Mayer, Esq.
Rachael Ringer, Esq.
David E. Blabey, Jr., Esq.
Jennifer R. Sharret, Esq.
Megan M. Wasson, Esq.
177 Avenue of the Americas
New York, New York 10036

REED SMITH LLP
Kurt F. Gwynne, Esq.
Katelin A Morales, Esq.
1201 N. Market Street, Suite 1500
Wilmington, DE 19801

THE COUNTY COMMISSION
OF FAYETTE COUNTY
Attn: President
P.O. Box 307
Fayetteville, West Virginia 25840

THE COUNTY COMMISSION
OF FAYETTE COUNTY
c/o STEPTOE & JOHNSON PLLC
Attn: John Stump, Esq.
Chase Tower - 8th Floor
707 Virginia St E.
Charleston, West Virginia 25301

WACHTELL, LIPTON, ROSEN & KATZ
Richard G. Mason, Esq.
Douglas K. Mayer, Esq.
Joseph C. Celentino, Esq.
51 West 52nd Street
New York, New York 10019