# **EXHIBIT 1**

# PASICH LLP

10880 Wilshire Boulevard, Suite 2000
Los Angeles, CA 90024
(424) 313-7860
www.pasichllp.com
Federal Tax ID:
82-2096928

BSA Tort Claimants
c/o John W. Lucas
Pachulski Stang Ziehl & Jones LLP

March 31, 2021
Invoice # 14690

In Reference To: Tort Claims--Insurance
Our File No.:   B029.001

**Professional Services**

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| **Compensation of Professionals** | | | | |
| 3/10/2021 JLS | Draft/Revise monthly fee application. | | 1.40 | 868.00 |
| **SUBTOTAL:** | | [ | 1.40 | 868.00] |
| **General Committee** | | | | |
| 3/2/2021 JLS | Appear for/Attend state court counsel meeting (1.2) and prepare for same (.7); confer with bankruptcy counsel following same (.7). | | 2.60 | 1,612.00 |
| 3/4/2021 JLS | Confer with bankruptcy team regarding BSA plan and disclosure statement (1.5) and continue review of plan in preparation for same (2.7). | | 4.20 | 2,604.00 |
| JLS | Appear for/attend TCC meeting (.5) (partial) and prepare for same (1.1). | | 1.60 | 992.00 |
| KAP | Conference with Mr. Stang, et al. re plan and insurance issues (0.9)(partial) | | 0.90 | 877.50 |
| 3/5/2021 JLS | Appear for/Attend mediation session. | | 1.50 | 930.00 |
| KAP | Attend joint mediation session (1.5) | | 1.50 | 1,462.50 |
| 3/9/2021 JLS | Appear for/Attend state court counsel meeting (2.3) and prepare for same (.3). | | 2.60 | 1,612.00 |
| 3/12/2021 JLS | Appear for/Attend SCC meeting regarding disclosure statement (.7)(partial) and review draft in preparation for same (.9); appear for/attend SCC meeting regarding disclosure statement (2.1); | | 5.40 | 3,348.00 |

BSA Tort Claimants                                                                                                                                 Page     2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | review/analyze draft ███████████████ following same (.9); review/analyze standing motion regarding JP Morgan (.8) |  |  |
| 3/12/2021 | KAP | Conference with Mr. Gallagher and state court counsel (partial) (0.5); conference with state court counsel re disclosure (1.5); e-mails with Mr. Schulman re issues (0.1) | 2.10 | 2,047.50 |
| 3/14/2021 | JLS | Appear for/Attend meeting regarding █████████ (1.2) and review current draft and recent comments to same (.7). | 1.90 | 1,178.00 |
|  | KAP | Attend estimation confernece among counsel (1.2) | 1.20 | 1,170.00 |
| 3/15/2021 | JLS | Appear for/Attend insurance working group meeting (1.5) and prepare for same (.3). | 1.80 | 1,116.00 |
| 3/16/2021 | JLS | Appear for/Attend SCC meeting (1.4) and prepare for same (.8). | 2.20 | 1,364.00 |
|  | KAP | Conference with State Court Counsel (1.4) | 1.40 | 1,365.00 |
| 3/17/2021 | JLS | Appear for/Attend court hearing (1.3) (partial) and confer with SCC following same (.4). | 1.70 | 1,054.00 |
|  | JLS | Review/Analyze motion to withdraw the reference (.5); review/analyze ███████ (.3); review/analyze reply in response to Century's objection to the terms of the extension of the injunction (.3); and the TCC joinder thereto (.1). | 1.20 | 744.00 |
| 3/18/2021 | JLS | Appear for/Attend meeting with mediators (1.1); appear for/attend TCC meeting (2.1) and prepare for same (.8). | 4.00 | 2,480.00 |
|  | KAP | Conference with mediators and TCC (1.1); conference with TCC (partial) (1.7) | 2.80 | 2,730.00 |
| 3/22/2021 | JLS | Review/Analyze motion regarding Florida mediation (.2); review/analyze draft ██████████████████████████ (.7). | 0.90 | 558.00 |
|  | JLS | Appear for/Attend insurance working group meeting (1.7) (partial) and prepare for same (.6); appear for/attend TCC meeting regarding ███████████████ (2); appear for/attend TCC meeting regarding ██████████ (.4). | 4.70 | 2,914.00 |
| 3/23/2021 | JLS | Appear for/Attend TCC meeting regarding upcoming mediation (1.6) and confer with Coalition coverage counsel regarding mediation (.3); confer with Mr. Orgel regarding same (.3); confer with FCR and Coalition coverage counsel regarding same (.9). | 3.10 | 1,922.00 |
|  | KAP | E-mails with Mr. Schulman and Coalition and FCR counsel (0.4); conference with State Court Counsel and TCC (1.6); conference with Coalition and FCR coverage counsel (0.9) | 2.90 | 2,827.50 |
| 3/24/2021 | JLS | Appear for/Attend mediator meeting (.6) and confer with Mr. Stang following same (.5). | 1.10 | 682.00 |

|            |     |                                                                                                                                                                                                                                                                                                 | Hours | Amount    |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|-----------|
| 3/24/2021  | KAP | Research re ▉▉▉▉▉▉▉▉▉▉▉▉ (1.4); e-mails with Mr. Stang and Mr. Schulman re same (0.4); conference with mediators, Mr. Stang, Mr. Lucas, and Mr. Schulman (0.6)                                                                                                                                  | 2.40  | 2,340.00  |
| 3/25/2021  | JLS | Appear for/Attend ▉▉▉▉▉▉▉▉▉▉ (1.6) and prepare for same (.9); meet with BRG and Messrs. Stang and Lucas in preparation for same (.5); confer with state court counsel following same (.3).                                                                                                      | 3.30  | 2,046.00  |
|            | JLS | Appear for/Attend mediator meeting (1); appear for/attend TCC meeting (1.2) and prepare for same (.3); confer with TCC following same (.2).                                                                                                                                                     | 2.70  | 1,674.00  |
|            | KAP | Draft analysis re ▉▉▉▉▉▉ (0.5); conference with Judge Carey and TCC (partial) (0.5); conference with TCC (1.2); conference with Mr. Stang, Mr. Nasitair, and Mr. Schulman (0.2); review and revise ▉▉▉▉▉▉ (0.5); review supporting memmorandum ▉ (0.6)                                          | 3.00  | 2,925.00  |
| 3/29/2021  | JLS | Appear for/Attend insurance working group meeting (1) and prepare for same (.3).                                                                                                                                                                                                                | 1.30  | 806.00    |
| 3/30/2021  | JLS | Appear for/Attend mediation (5.3); confer with TCC following same (1.5); further conference with TCC in preparation for upcoming mediation session (1.1); further discussion with TCC following same (1.2).                                                                                     | 9.10  | 5,642.00  |
|            | KAP | Appear for mediation sessions (5.3); conferences with TCC, state court counsel, and professionals regarding mediation and approach (1.5)(1.1) (1.2).                                                                                                                                            | 9.10  | 8,872.50  |
| 3/31/2021  | JLS | Appear for/Attend TCC meetings in preparation for and between mediation sessions (3.4) (partial); appear for/attend mediation sessions (3.1) (partial).                                                                                                                                         | 6.50  | 4,030.00  |
|            | KAP | Conference with TCC (0.9); conference with mediators and TCC (0.5); conference with TCC and state court counsel (0.2); conference with mediators, TCC, local councils (1.5); further conference with TCC and state court counsel (1.2)                                                          | 3.40  | 3,315.00  |
|            |     | **SUBTOTAL:**                                                                                                                                                                                                                                                                               [   | 94.10 | 69,240.50] |

**Insurance Coverage**

|           |     |                                                                                                                                                                                                                                                            | Hours | Amount   |
|-----------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 3/1/2021  | JLS | Confer with ▉▉▉▉▉▉▉▉▉▉ regarding coverage issues (.4); confer with TCC working group regarding insurance issues (.7) and prepare for same (.3); confer with Coalition coverage counsel regarding insurance issues (.3).                                    | 1.70  | 1,054.00 |
|           | JLS | Review/Analyze ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ in connection with anticipated ▉▉▉▉▉▉▉                                                                                                                                                                              | 3.70  | 2,294.00 |

BSA Tort Claimants                                                                                              Page    4

|            |     |                                                                                                                                                                                                                                                  | Hours | Amount   |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 3/1/2021   | JLS | Review/Analyze draft ▓▓▓ and case law governing same.                                                                                                                                                                                          | 0.80  | 496.00   |
|            | JLS | Draft/Revise correspondence to Liberty Mutual and excess insurers regarding available limits of liability (.7); review ▓▓▓ (1.1).                                                                                                              | 1.80  | 1,116.00 |
|            | JLS | Draft/Revise excess insurer demand letter to Great American.                                                                                                                                                                                    | 0.50  | 310.00   |
|            | JLS | Research case law regarding ▓▓▓                                                                                                                                                                                                                 | 1.90  | 1,178.00 |
|            | JLS | Review/Analyze draft ▓▓▓                                                                                                                                                                                                                        | 3.20  | 1,984.00 |
|            | KAP | Conference with Insurance Working Group (0.7); research re Plan and draft e-mail to Insurance Working Group re same (0.9); review and revise letter to Liberty Mutual (0.2); review and revise 2004 letter to Chubb (0.1)                       | 1.90  | 1,852.50 |
|            | MCW | Conduct legal research for Mr. Schulman regarding whether ▓▓▓ (2.2).                                                                                                                                                                            | 2.20  | 1,100.00 |
| 3/2/2021   | JLS | Draft/Revise letter to Century regarding reserve information and review additional case law regarding same (.8); draft/revise ▓▓▓ (.4); draft/revise ▓▓▓ (.2).                                                                                 | 1.40  | 868.00   |
|            | JLS | Confer with Coalition counsel regarding insurance issues (.3) and review/edit draft ▓▓▓ (.5).                                                                                                                                                   | 0.80  | 496.00   |
|            | JLS | Draft/Revise estimation motion.                                                                                                                                                                                                                  | 1.30  | 806.00   |
|            | MCW | Conduct legal research for Mr. Schulman regarding whether ▓▓▓ (.3); draft e-mail summary of legal research regarding same (1.6).                                                                                                                | 1.90  | 950.00   |
| 3/3/2021   | JLS | Review/Analyze ▓▓▓                                                                                                                                                                                                                              | 0.70  | 434.00   |
|            | JLS | Draft/Revise insurer demand letters (.7) and confer with Coalition and FCR coverage counsel regarding same (.6); continued review/ analysis of ▓▓▓ (1.7).                                                                                       | 3.00  | 1,860.00 |
| 3/4/2021   | JLS | Draft/Revise, finalize and transmit correspondence to Liberty Mutual regarding aggregate limits (.3); and to Century regarding its ability to pay (.3).                                                                                         | 0.60  | 372.00   |
| 3/5/2021   | JLS | Review/Analyze draft estimation motion.                                                                                                                                                                                                          | 0.50  | 310.00   |
| 3/6/2021   | KAP | Review examination and plan and settlement demands (1.9); outline strategy re ▓▓▓ and e-mails with Mr. Schulman re same (0.7)                                                                                                                   | 2.60  | 2,535.00 |

BSA Tort Claimants                                                                                                         Page    5

|            |     |                                                                                                                                                                                              | Hours | Amount   |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 3/7/2021   | KAP | Review ▮▮▮▮▮▮▮▮▮▮▮▮ issues and review research re same (1.4)                                                                                                                                        | 1.40  | 1,365.00 |
|            | JLS | Review/Analyze ▮▮▮▮▮▮▮▮▮▮▮▮ second trance of insurers on which to make settlement demands.                                                                                                          | 1.40  | 868.00   |
|            | JLS | Review/Analyze motion to withdraw reference (.4); and proposal for extension of preliminary injunction (.7).                                                                                         | 1.10  | 682.00   |
|            | CO  | Draft/Revise ▮▮▮▮▮▮▮▮▮▮▮▮ (.2).                                                                                                                                                                     | 0.20  | 52.00    |
| 3/8/2021   | JLS | Confer with ▮▮▮▮▮▮▮▮▮▮ regarding status (.2); further discussion with Mr. Nasatir regarding same (.2); confer with TCC working group regarding insurance issues (1.5) and prepare for same (.8). | 2.70  | 1,674.00 |
|            | KAP | Conference with Insurance Working Group (1.5); review e-mails re ▮▮▮▮▮▮▮▮▮▮ (0.3)                                                                                                                   | 1.80  | 1,755.00 |
| 3/9/2021   | JLS | Review/Analyze drafts of estimation motion and correspondence between counsel regarding same.                                                                                                       | 0.60  | 372.00   |
|            | JLS | Draft/Revise and transmit letter to National Surety regarding Liberty Mutual policies.                                                                                                               | 0.50  | 310.00   |
| 3/10/2021  | JLS | Review/Analyze motion for withdrawal of reference.                                                                                                                                                   | 0.40  | 248.00   |
|            | JLS | Draft/Revise correspondence to insurers regarding reserve amounts and changes thereto (.8) and additional legal research regarding ▮▮▮▮▮▮▮▮▮▮▮▮ (1.3).                                              | 2.10  | 1,302.00 |
|            | JLS | Confer with Coalition and FCR coverage counsel regarding insurance issues (.7); confer Mr. Nasatir regarding same (.2).                                                                              | 0.90  | 558.00   |
|            | JLS | Review/Analyze coverage ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                                                                                                                                            | 3.30  | 2,046.00 |
|            | JLS | Draft/Revise estimation motion.                                                                                                                                                                      | 0.60  | 372.00   |
|            | KAP | Review estimation motion and e-mails re same (0.2)                                                                                                                                                   | 0.20  | 195.00   |
| 3/11/2021  | JLS | Confer with Mr. Orgell regarding estimation motion (.3); review current draft and email correspondence regarding status of same (.8).                                                                | 1.10  | 682.00   |
|            | JLS | Review/Analyze AXIS coverage correspondence.                                                                                                                                                         | 0.50  | 310.00   |
| 3/12/2021  | JLS | Continued coverage and claims analysis regarding ▮▮▮▮▮▮▮▮▮▮▮▮                                                                                                                                       | 3.20  | 1,984.00 |
|            | JLS | Appear for/Attend mediation session regarding insurance issues (.9) and prepare for same (.7).                                                                                                       | 1.60  | 992.00   |

BSA Tort Claimants                                                                                           Page      6

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                  | Hours | Amount   |
|------------|-----|-----|------|------|
| 3/13/2021  | KAP | Conference with Mr. Schulman, Ms. Whitman, and Ms. Oswald re ▮▮▮▮                                                                                                                                                                                                                                                                                                                                                                        | 0.50  | 487.50   |
|            | JLS | Confer with team regarding open items and tasks.                                                                                                                                                                                                                                                                                                                                                                                         | 0.50  | 310.00   |
|            | CO  | Conference with Mr. Schulman, Ms. Whitman, and Mr. K. Pasich regarding coverage charts/claims data and ▮▮▮▮ (.5). MCW Participate in team call regarding research needed on assignment, creation of coverage charts and memo regarding status of coverage actions (.5).                                                                                                                                                                   | 0.50  | 130.00   |
|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                          | 0.50  | 250.00   |
|            | MCW | Conduct legal research regarding ▮▮▮▮ (3.9).                                                                                                                                                                                                                                                                                                                                                                                             | 3.90  | 1,950.00 |
| 3/14/2021  | CO  | Draft/Revise ▮▮▮▮ (2.2); Zoom call with Mr. Schulman and Ms. Whitman regarding ▮▮▮▮ (.9); telephone call with Ms. Whitman regarding ▮▮▮▮ and memo regarding coverage actions (.3); revise Ms. Whitman's memorandum regarding whether ▮▮▮▮ (.3).                                                                                                                                                                                           | 3.70  | 962.00   |
|            | MCW | Participate in call with Ms. Oswald and team regarding creation of coverage charts for ▮▮▮▮ (.9); participate in call with Ms. Oswald regarding same and memo regarding ▮▮▮▮ (.3); draft e-mail to Mr. Pasich and Mr. Schulman regarding options for review of information and creation of coverage charts (.9); conduct legal research regarding ▮▮▮▮ (1.4); draft e-mail to Mr. Schulman and Mr. Pasich regarding same (.3); review and edit memo regarding ▮▮▮▮ (1.1). | 4.90  | 2,450.00 |
| 3/15/2021  | KAP | Conference with Insurance Working Group (1.5)                                                                                                                                                                                                                                                                                                                                                                                            | 1.50  | 1,462.50 |
|            | KAP | Review e-mails and estimation motion draft and annotate same (0.6)                                                                                                                                                                                                                                                                                                                                                                       | 0.60  | 585.00   |
|            | MCW | Participate in call with Ms. Oswald regarding creation of ▮▮▮▮ all policy years and insurers (.6); analyze information and draft ▮▮▮▮ based on updated information (4.7); review and edit memo regarding ▮▮▮▮ (1.4); coordinate issues with Policy Picture vendor to create policy charts (.8).                                                                                                                                          | 7.50  | 3,750.00 |
|            | CO  | Participate in call with Ms. Whitman regarding creation of coverage charts ▮▮▮▮ (.6); revise a summary regarding ▮▮▮▮ (0.3).                                                                                                                                                                                                                                                                                                             | 0.90  | 234.00   |
| 3/16/2021  | JLS | Review/Analyze current draft of estimation motion (.5) and emails regarding same (.2).                                                                                                                                                                                                                                                                                                                                                   | 0.70  | 434.00   |

BSA Tort Claimants                                                                                                                Page    7

|            |     |                                                                                                                                                                                                                                                                                              | Hours | Amount   |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 3/16/2021  | CO  | Draft/Revise the policy chart regarding ▮▮▮ , ▮▮▮ (2.5).                                                                                                                                                                                                                                       | 2.50  | 650.00   |
| 3/17/2021  | JLS | Confer with Mr. Gallagher regarding ▮▮▮ (.3).                                                                                                                                                                                                                                                   | 0.30  | 186.00   |
|            | JLS | Confer with Coalition and FCR coverage counsel regarding insurance issues (.5); confer with Messrs. Pasich and Nasatir following same (.3).                                                                                                                                                  | 0.80  | 496.00   |
|            | CO  | Telephone conference with Ms. Whitman regarding ▮▮▮ (.5); Draft/Revise policy chart regarding ▮▮▮ (2.7); compile a chart for Mr. Schulman ▮▮▮ (.2).                                                                                                                                               | 3.40  | 884.00   |
|            | MCW | Participate in call with Ms. Oswald regarding creation of coverage charts for ▮▮▮ (.5); analyze information and draft coverage charts for ▮▮▮ based on updated information (2.4; coordinate issues with Policy Picture vendor to create policy charts (.2).                                   | 3.10  | 1,550.00 |
| 3/18/2021  | JLS | Review/Analyze coverage and claims data in connection with ▮▮▮ (4.4) and confer with TCC and Coalition and FCR coverage counsel regarding same (.7).                                                                                                                                          | 5.10  | 3,162.00 |
|            | CO  | Draft/Revise a policy chart regarding ▮▮▮ (6.8); search the BSA Additional Insureds for ▮▮▮ (0.5).                                                                                                                                                                                              | 7.30  | 1,898.00 |
|            | MCW | Review policies for ▮▮▮ (.2); participate in telephone conference with team and policy picture regarding creation of updated policy charts (1.0); conduct legal research regarding ▮▮▮ (1.3); conduct legal research regarding ▮▮▮ (2.6).                                                      | 5.10  | 2,550.00 |
| 3/19/2021  | CO  | Draft/Revise policy chart regarding ▮▮▮ (4.1); call with Mr. Schulman regarding data entry for the policy chart and the mechanics of uploading a policy chart into Policy Picture (0.2).                                                                                                     | 4.30  | 1,118.00 |

BSA Tort Claimants                                                                                                        Page     8

|            |     |                                                                                                                                                                                                           | Hours | Amount   |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------:|---------:|
| 3/19/2021  | JLS | Appear for/Attend meeting with FCR and Coalition coverage counsel regarding insurance issues (1.3) and confer with mediator regarding same (.4)                                                                              | 1.70  | 1,054.00 |
|            | JLS | Draft/Revise ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.                                                                                                                                                                                                | 3.80  | 2,356.00 |
|            | JLS | Review/Analyze claims data and coverage in connection with ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                                                                                                                                   | 2.90  | 1,798.00 |
|            | KAP | Conference with Coalition and FCR insurance coverage attorneys ▮▮▮ ▮▮▮▮ (1.3); e-mails with Mr. Schulman re approach (0.2)                                                                                                    | 1.50  | 1,462.50 |
| 3/20/2021  | JLS | Confer with TCC members regarding ▮▮▮▮▮▮ and strategy regarding same.                                                                                                                                                         | 0.70  | 434.00   |
|            | KAP | Multiple e-mails with Mr. Schulman re mediation and review and revise e-mails to TCC and State Court Counsel ▮▮▮▮▮▮ (0.7)                                                                                                     | 0.70  | 682.50   |
| 3/21/2021  | JLS | Confer with TCC regarding strategy ▮▮▮▮▮▮ ▮▮▮▮▮▮ (1.7); confer with ▮▮▮▮ regarding same (.3).                                                                                                                                 | 2.00  | 1,240.00 |
| 3/22/2021  | JLS | Review/Analyze draft ▮▮▮▮▮▮ (.8) and confer with Mr. Lucas regarding same (.5); review/analyze current drafts of all ▮▮▮▮▮▮ (.8).                                                                                             | 2.10  | 1,302.00 |
|            | JLS | Draft/revise ▮▮▮▮▮▮ (.6) and confer with TCC regarding same (.7).                                                                                                                                                             | 1.30  | 806.00   |
|            | KAP | Conference with Insurance Working Group (1.7); research, review, and revise ▮▮▮▮▮▮ (1.1); e-mails with Ms. Schulman re mediation (0.2); conference with Mr. Stang, Mr. Nasitair, and Mr. Schulman (0.6)                       | 3.60  | 3,510.00 |
|            | MCW | Draft and finalize legal research memo regarding ▮▮▮▮▮▮ ▮▮▮▮▮▮ (4.2); draft response e-mail to Mr. Schulman regarding question from Mr. Mones about ▮▮▮▮▮▮ (.2).                                                              | 4.60  | 2,300.00 |
| 3/23/2021  | JLS | Draft/Revise memorandum ▮▮▮▮▮▮.                                                                                                                                                                                               | 2.70  | 1,674.00 |
|            | JLS | Review/Analyze Liberty Mutual correspondence and attachments (.6); review/analyze Coalition response to Hartford offer (.3); review/analyze response to motion regarding Zoom mediation (.4)                                  | 1.30  | 806.00   |
|            | MCW | Conduct legal research regarding ▮▮▮▮▮▮ (1.2); draft legal research memo regarding same (.9).                                                                                                                                 | 2.10  | 1,050.00 |

BSA Tort Claimants                                                                                          Page     9

|  |  |  |  | Hours | Amount |
|---|---|---|---|---:|---:|
| 3/24/2021 | JLS | Review/Analyze ▮▮▮ and edit same based on claims data and coverage (1.4); review coverage and claims data regarding same (1); confer with Mr. Lucas regarding same (.7). | | 3.10 | 1,922.00 |
| | JLS | Review/Analyze ▮▮▮ data in preparation for mediation (3.1); review/analyze ▮▮▮ in preparation for mediation (1.4). | | 4.50 | 2,790.00 |
| 3/25/2021 | JLS | Draft/Revise ▮▮▮. | | 0.70 | 434.00 |
| | CO | Revise a memorandum ▮▮▮ (.7). | | 0.70 | 182.00 |
| 3/26/2021 | JLS | Draft/Revise, finalize and transmit demand letter to BSA (.4) and confer with TCC regarding same (.4). | | 0.80 | 496.00 |
| 3/27/2021 | JLS | Review/Analyze ▮▮▮ | | 0.90 | 558.00 |
| 3/29/2021 | JLS | Confer with Mr. Orgel regarding ▮▮▮ (.6) and legal research regarding same (.8). | | 1.40 | 868.00 |
| | JLS | Confer with Coalition coverage counsel in preparation for mediation. | | 0.20 | 124.00 |
| | JLS | Review/Analyze Liberty Mutual coverage and claims data ▮▮▮ | | 2.60 | 1,612.00 |
| | KAP | Conference with Insurance Working Group (1.0); review e-mails from state court counsel and mediators (0.3) | | 1.30 | 1,267.50 |
| 3/30/2021 | MCW | Conduct legal research and update memo regarding ▮▮▮ (2.3); Conduct legal research and update memo regarding ▮▮▮ (3.8). | | 6.10 | 3,050.00 |
| 3/31/2021 | JLS | Review/Analyze claims data regarding ▮▮▮ | | 2.30 | 1,426.00 |
| | MCW | Analyze claim information and draft charts for Mr. Schulman regarding ▮▮▮ (2.3). | | 2.30 | 1,150.00 |
| | **SUBTOTAL:** | | [ | 169.60 | 97,636.00] |

| | |
|---|---:|
| Subtotal of charges | $167,744.50 |
| Courtesy Deduction of Time | ($5,280.00) |
| For professional services rendered | 265.10  $162,464.50 |
| Previous balance | $563,953.51 |

BSA Tort Claimants                                                                                                   Page    10

Amount

**Accounts receivable transactions**

3/12/2021    Payment – Thank you. Check No. EFT                                                       ($191,750.55)

**Total payments and adjustments**                                                                    **($191,750.55)**

**Balance due**                                                                                        **$534,667.46**

| Courtesy Deduction of Time: | $5,280.00 |
| Discount on Rates: | $49,483.00 |
| **Total Deduction/Discount:** | **$54,763.00** |

Timekeeper Summary

| Name | Hours | Regular Rate | 20% Discounted Rate | Total Full | Total Discounted | Difference |
|---|---|---|---|---|---|---|
| Caitlin Oswald | 23.5 | 325 | 260 | 7,637.50 | 6,110.00 | 1,527.50 |
| Donald K. Piper | 0 | 290 | 260 | 0.00 | 0.00 | 0.00 |
| Jeffrey L. Schulman | 149.1 | 775 | 620 | 115,552.50 | 92,442.00 | 23,110.50 |
| Kirk A. Pasich | 48.3 | 1,375.00 | 975 | 66,412.50 | 47,092.50 | 19,320.00 |
| Mikaela C. Whitman | 44.2 | 625 | 500 | 27,625.00 | 22,100.00 | 5,525.00 |
| TOTAL | 265.10 | | | $217,227.50 | $167,744.50 | $49,483.00 |