



FILED
2021 APR 30  AM 10: 39
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

April 29, 2021

Dear Justice Silverstein,

I am writing you today in the hopes you will continue making rulings which will support and guarantee real compensation to the hundreds of victims of child abuse at the hands of the Boy Scouts of America. We both know that the BSA, and the insurance companies, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ representing the BSA are working very hard towards settling our claims for mere pennies on the dollar. As you know the BSA has literally billions of dollars in assets and insurers have billions more in liability insurance covering any claims of child abuse made against the Boy Scouts of America. The recent offer of 650 million dollars to settle these cases is to say the least, insulting!

Unlike many others that have made claims against the BSA ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮ However, looking back upon my life, ▮▮▮▮▮▮ marked the beginning of a life plagued by depression homelessness, mental illness, and drug and alcohol addiction……Thus creating a domino effect, if you will.

I quit the Boy Scouts very soon after I was raped by ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ I want to make it very clear ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ get our water safety merit badge. I f▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ when he ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I do remember that my parents were greatly concerned and were aware something was deeply troubling me. As parents, they went to great lengths to get

me the help I so desperately needed.  This included letting me transfer to a public school and seeing a therapist twice weekly.  However, nothing changed as I refused to share my deep dark secret with anyone.  So instead of a somewhat sensitive, gifted child with an IQ of 142….A child who had his whole life ahead of him….and could have been anything he wanted. ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

At public schools I fell in with a bad crowd and ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ In 1970 it marked the beginning of a life long struggle with alcoholism, drug addiction and eventually mental illness

In spite of my misspent youth and endless failures in my early adult life I found myself in my early thirties and luckily found a way to become a productive member of society.  In the early 90's ▬▬▬▬▬▬▬▬▬ and secured a ▬▬▬ ▬▬▬▬▬▬▬▬▬ After two seasons of crabbing in the Bering Sea I went to ▬▬▬▬▬ and maintained a series of job as a deck hand on offshore supply vessels with ▬▬▬▬▬▬▬▬▬▬ I later received my ▬▬▬▬▬▬▬▬▬▬▬ From there I joined ▬▬▬▬▬▬▬▬▬▬▬ and started sailing with the ▬▬▬▬▬▬▬▬ on big ships (700 ft. – 1000 ft.) as an ▬▬▬▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬. I went on to serve in the ▬▬▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

In closing, let me say I beat the odds and all the naysayers who didn't believe I would make it to the age of 21.  My biggest regret in life though, is everything I put my parent and siblings through. ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ ▬▬▬▬ Could I somehow put a price on that?  Could I put a ▬▬▬▬▬▬▬▬▬ survived or all the heartache I've caused to myself and the ones I love?  The answer to this is quite simply no!  On May 19th I will vote how I'm advised to vote. Yes or no, I will follow ▬▬▬▬▬▬▬▬▬▬ advice on this matter.