DATE

Justice Lauri Selber Silverstein

My wife supports me in this
I am eighty-five years old. How I
feel about the Boy Scouts of
America has made me feel
ashamed and less-than. I
thought, for decades, what
did I do??, why me? I am
disgusted the numbers that
are reported but in some way
relieved that it was not
just me.
    Thank you

4-27-2021

U.S.M.S. X-RAY

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street, 6th Floor
Wilmington DE 19801

