

April 27, 2021

Justice Lauri Selber Silverstein
BSA Bankruptcy Case —

Your honor:

I am writing today to share an unfortunate experience when I was a cub scout many years ago. I enjoyed scouts and had a positive experience except for one day after our meeting our asst. den helper (he was in high school) and 17 year old...

I never told anyone about this and it never happened again.
I felt uncomfortable about this for all my life.

I'm 73 now and I have had problems dealing with this.

I knew then and know now this was wrong. I have no idea if this person ever approached another Scout.

Thank you for reading my letter
Sincerely

