26 April 2021

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

Dear Justice Selber Silverstein:

I am 86 years old and a victim of assault by a pedophile adult Boy Scout leader. Although the assault occurred only one time, in 1947 when I was twelve years old, it has haunted me all these years. I was remiss in not getting psychological help because of my embarrassment and because I am a career Air Force veteran, and I was unsure of how submitting to psychological care would affect my military career. In spite of this, I can assure you that the incident has had a very negative effect on my life. Looking back, I can see that it has caused low self-esteem, and intimacy problems.

The BSA needs to be held accountable for the damage done to young boys while they were in its care, and this accountability needs to reflect the severity of this damage. I, for one, was "lucky" in that I had enough sense to get out of the Boy Scouts before I was abused again. Thousands of other boys were not as lucky.

I respectfully urge you to "hold the BSA's feet to the fire".

Sincerely,