April 26, 2021

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St.
6th floor
Wilmington, DE 19801

Dear Justice Silverstein:

This letter is to help let the public know of the sexual abuse in the BSA at camps, and outings with some Scout leaders.

I was sexually abused by one of these men. I have been living with the thoughts & shame of the event for over 65 yrs. This lawsuit is to help cause human beings to not have to tolerate this behavior any more.

Very truly yours,

copy to:
AVA Law Group, Inc.
3667 Voltaire St.
San Diego, CA 92106



Justice Lauri Selber Silverstein
BSA Bankruptcy case
824 Market St.
6th floor
Wilmington, DE 19801