April 27, 2021

2021 MAY -3 AM 9: 37

2021 ... 03 AM 9: 25

Judge Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington DE 19801

████████

By 1967 I had been in scouts for many years beginning with Cub Scouts. I was proud to be a Boy Scout and for certain functions I wore my Boy Scout uniform to school and even to church. I had achieved Eagle Scout and received The Order of the Arrow.

At 16 I was a senior scout and ████████ became the scout leader for the older boys. As a group we continued the activities of scouting but with fewer, older boys. We had meetings and outdoor activities including camping trips. It was on one of these camping trips that ████████ first touched me.

████████████████████████████████████████

This is the time in a young boy's, or girl's, life where their sexual identity is being formed. What ████████ did created a great deal of confusion in me. Was I a homosexual or heterosexual? This was at a time when homosexuality was less accepted than it is today and I felt I could not tell anyone or ask for help with the confusion I felt. I did not want to be labeled a "queer".

Not until many years later, during a psychotherapy session for another situation, did these feelings resurface. Through counseling, I was able to come to terms with what ████████ did to me and how the experience affected my life and adult relationships. In time, I came to accept that this was not my fault.

████████████████
████████████████





ALBUQUERQUE NM 870
28 APR 2021 PM 3 L

U.S.M.S.
X-RAY

Judge Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington DE 19801

19801-302499