2021 MAY -3 AM 9: 37

2021 APR 03 AM 9: 20

April 27, 2021

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE  19801

Your Honor,

It is my understanding that you are handling the case against the Boy Scouts of America (BSA) and I wanted to take the opportunity to express my reasons for not wanting the BSA to get just a slap on the wrist.

When I was in my mid-teens I was sexually abused by the Scott Master over a couple of years. This helped me to become an alcoholic. I even tried to commit suicide when I was 16 but thankfully I could not go through with it.

I have spent the next 57 years of wondering about my sexuality. I attempted suicide three more times. I spent many years in therapy and in hospitals. Because of that experience I have been unable to carry on a meaningful relationship.

I have been married four times with the first two ending because of the drinking and all four due to the inability to have a close intimate relationship. To this day I still do not feel comfortable in being in a relationship even after 37 years of being sober.

That abuse has not only caused my issues with relationships but because of the drinking it has also caused a lot of health issues.

As you can tell I did not go into a lot of the details which would help convey my turbulent life style even better, but I just wanted to let you know that I consider myself an average person in life and that there are thousands of men who were abused as boys.

It is for that reason that I think it is imperative that the BSA be shown that their lack of actions can no longer be tolerated and that we must protect our children. A slap on the wrist will not accomplish that end goal.

Thank you for your time.

With all due respect.

