Your Honor,

My first three years in scouting was fantastic! I learned so very much it was great. Then we got another scout leader. He was [redacted] and he invited me to the lake with him. I went with him he talked me into drinking beer and smoking cigarettes.

After that night I stopped going to scouts. I became very depressed and I had lost all self esteem. I lived in a small town so I couldn't say anything or everyone would know. In those days counseling and therapy were not commonly heard of. I was alone. I spent most of my life alone never learning how to have healthy relationships.

It wasn't until I failed at managing my feelings through alcohol and eventually other substances that I finally receive proper rehabilitation therapy and counseling. With most my life behind me now I find I'm 58 years old unmarried no children. I'm still alone. But it was through some very intense therapy that I was able to finally open up about what happened and learned how that night and the days to follow was the night my life changed forever.





Justin Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801

U.S.M.S. X-RAY

EUGENE OR 974
27 APR 2021 PM 3 L

