FILED
2021 APR 30 AM 9: 27
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

FILED
2021 MAY 3 AM 9: 39
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

April 28, 2021

Justice Lauri Selber Silverstein
BSA Bankruptcy Court
824 Market Street
6th Floor
Wilmington, De. 19801

Re:

Dear Justice Silverstein;

I am writing to you regarding the referenced claim, and the procrastination of the BSA, their insurance companies and lawyers.

I am 87 years old and have had to conceal this abuse secret for 74 years, not ever revealing this atrocity to my wife, who is no longer with us, my parents nor anyone else. Recently I told my daughter and I cant describe the feeling of relief.

This appears to be a cut and dried case, and I implore upon you to mandate to the defense to cease posturing. As an innocent kid I did nothing to encourage the abuse.

Enough is enough, on behalf of all claimants I am requesting you do the right thing sooner rather than later before I and others have to meet our makers.

Thankyou for your assistance and God bless.

cc: AVA Law Group Inc.