████████████  ████████████ Case

████████████ ██████████████████

Justice Silverstein

BSA Bankruptcy Case

Dear Judge Silverstein,

████████████████████████████████
████████████████████████████████
████████████████████████████████ in the
early and mid 1960s.
I started as a Tenderfoot Scout trying to earn my merit badge in swimming. My leader met me at a remote country swimming hole. I rode my bike

████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████

That's a quote burned in my 12 year old mind.



My leader told me, if I wanted to get promoted to a Scout First class, I needed to earn more merit badges. This I wanted more than anything. He said good, and to meet him after school at his house. I rode my bike to his house, and

[REDACTED]

me with an unearned Merit Badge on the spot, for Swimming.
This cycle continued for months into the summer, dozens of times. I was given dozens of unearned merit badges.
I could hear

[REDACTED]

On the last session he said he would give me my Scout First Class Emblems and Rank; he changed.

[REDACTED]

I said no more! and rode my bike to my other Scout Masters House and reported everything that had happened; the sexual abuse and child rape. The other Scout Leader, he said that he could not hear this. He said "I can't hear this", a quote burned in my memory. He told me "don't you ever say anything like that again or ya will be kicked out of Scouts Forever." I was crying; he called me a baby and a coward.

I never went to a Scout Meeting again. I have never recovered from the guilt and shame


because I was responsible. I facilitated the abuse and rape. I willingly sold Myself For Merit Badges. I wanted to be an Eagle Scout so badly, I exchanged my 12 year old body For a chance to do it, For the honor and prestige, of an Eagle Scout. This was my dream.

███████████████████████████

I accepted the First Class Rank and Badges.
I wore a sash of Merit Badges. I
███████████████████████████
███████████████████████████

I have never resolved the impact of this sexual abuse, child rape and loss of Self Esteem and Self Worth. It destroyed my sense of dignity and self Value.

I am writing to you from a Prison Cell where I have been for the last 13 consecutive years.

I have 26 Felony Convictions for Theft.

I steal because I have no self respect or honor. It was stolen from me when I was 12 and 13 by the BSA. My life has been continually in ruins. I started breaking into houses and stealing house contents as soon as I left Scouting and have not stopped, at 13.

I am divorced twice and my 3 adult children will have nothing to do with me. This abuse and child rape broke my soul and I have never been able to overcome the devastation to my self worth and lack of character.

I have attempted suicide twice, one at 16 and again at 23, both times rescued by friends and a good samaritan.

The Boy Scouts of America should Forfeit the right

to control their destiny; the way the BSA Scout Leaders forfeited my right to control my destiny.

I wish I could have been stronger and overcame the abuse and mastered it, instead of it mastering me; I could not.

In July I will be 70 years old.

I believe in my heart that the BSA should go to a receivership. Unbiased control by people of good faith who understand that the compensation to victims like me should be fair and appropriate, and in proportion to the damage done to human lives of boys aspiring to good character and integrity who were sexually exploited for those aspirations. A vulnerability that makes the abuse all the more outrageous, and shocking and devastating.

My Scout Leaders used the goals of Scouting's public service to sexually prey on young boys.

Evidently nothing at BSA Leadership has changed. The failure to admit to and recognize the devastation already done with proportional and fair compensation to make whole those victims, justified a forfeit of BSA control to receivership, of just and fair-minded people willing to properly and fairly bind up these wounds from Sexual Abuse and Child Rape, that will not heal until real Justice is done and realized.

I am not alone. Many boys suffered as much as I have.

I pray that the BSA be ended as we know it. That its assets go to receivership, and that a new organisation for boys and girls be founded, with a new name and fresh start that aspires truthfully and with Integrity to the lofty goals of youth good character development, and Love of God, Country and humanity.

Sincerely,



Justice Laura S. Silverstein
BSA Bankruptcy Case
824 Market St.
6th Floor
Wilmington, Delaware 19801