

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE  1980/

April 26, 2021

Your Honor,
  My name is ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ I am writing to you concerning my early years in scouting. I joined the Boy Scouts at the age of 11. I was introduced to scouting by a friend, ▇▇▇▇▇▇▇▇▇▇ We were scout buddies while in the troop together. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ in a church rec hall on the corner of ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ The church had no affiliation with the Troop. Our Scout Master was ▇▇▇▇ The first few months were great and we both progressed together. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ scouts. We did not tell our fathers because they were in

prominent positions in . My dad was a Pharmacist and his dad was a School Principal. Had either of them heard about this there would have been a very embarrassing situation. My friend never got married but did become an English Professor in USF. He has been deceased for about 20 years and he has no living parents. I too never married. I would have liked too but I'm very shy with women and have had no sex with a woman since. I retired from 35 years of Computer Programming and 58 years of being a Church Organist for 17 Churches. I think about the incident constantly and it still bothers me to this day.

Sincerely,

███████████



DV DANIELS NJ 070
28 APR 2021 PM 7 L

Justice Laun' Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

19801-302499