Judge Silverstein,

2021 MAY -3 AM 9: 40         2021 APR 23 AM 9: 19

I write as one who was sexually abused by a BSA scoutmaster when I was 11 years old. I want to emphasize the trauma, confusion and mental stress that this had on a children in their very formative years. The case in hand should not be to protect an insurance company or the organization that was rife with abuse and corruption. Those that suffered with this sexual abuse should be granted recompense for an outrageous time of their lives.

Sincerely,

