FILED CL.
2021 APR 30 AM 9:19
2021 MAY -3 AM 9:41

April 28, 20

Dear Justice Silverstein,

Please forgive my handwriting For I have developed "Tunnel Vision" 4 yrs. ago.

I hope this letter finds you well. Myself, I am just getting over the side-effects from the 2nd dose of the vaccine.

I am writing you because I feel that the BSA should be held accountable for what happened to me and my other fellow Americans. It was deplorable and never should have happened. I get nauseated when I recall the sexual abuse incidents. I was a scout in 1969-1975. The sexual abuse happened in 1970 and ocurred thru 1974.

patrol leader. I was in-charge of around 15-20 scouts in my patrol. The 2 patrol leaders of the troop slept in the Scout-masters 4 person umbrella tent on camp-outs. Your Honor, please forgive me for the language I'm about to use. The troop was on a camp-out the summer of 1974. The Scoutmaster had been supplying beer and marijuana for me and Mike, the other patrol leader, for around 4 yrs. when we were camping. [redacted] surmised later that the man had been doing this stuff for the yrs. that I had been a patrol leader and sleeping in his tent. I had been "high" and drunk on previous campouts and

had "passed out" and neve realized the sexual abuse was going on on these camp-outs.

Your Honor, if you need to correspond with me please do, my e-mail is [redacted]

and my p[redacted]

Your Honor, I feel in my heart that you in wisdom as a Justice will not let the BSA treat this so "lightly". I feel that I have been truly affected these yrs. of my life because of the sexual abuse done by the Scoutmaster of the BSA. I have been married and divorced 4 times in my existence. I have never really been able to accomplish my primary goals in life. I'm 63 now, on medication for hyper-tension, depression, and anxiety. I'm a veteran and believe in my country and the justice system. Please help the survivors of sexual abuse who were Boy Scouts.

Sincerely,

Cl. #

19801-302455

Justice Lauri Silverstein
BSA Bankruptcy Court,
824 Market Street
6th Floor
Wilmington, DE 19801

U.S. X-RAY

KNOXVILLE TN 377
28 APR 2021 PM 3 L