RE: ▮▮▮▮▮▮

04/27/2021

Judge Lauri Selber Silverstein:

My name is ▮▮▮▮▮▮ and I am 60 years old now, I was in the Boy Scouts for 11 years 2 in cub scouts 9 in the boy scouts, where I earned "Eagle" highest award in program, my religious medal through my church and was in the order of the arrow. The program helped me through my life which was extremely difficult for me, growing up as it helped me learn some life skills and other things. I personally went on many area and state camporees and summer camps where I was exposed to other adults who were ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ including my own parents, threatened if I did talk at all, was confronted in the tents set up many times too, pants were down but I never did anything back to them but it was done when no one was around discreetly of course so I never even told my parents at all both have passed away, as I was too afraid to do so of the repercussions which would follow me, I've suffered all of my life having many flashbacks still too this day occurring too me, now that I've had to bring it all out has made my even worsening my life in dealing with them which are extreme! The insurance companies only are protecting the BSA and themselves by settling this case for as little as possible for their clients the BSA while all of "us victims" suffer with nothing having suffered all my life with this for over 50+ plus years myself, I know the BSA  ①

... has Billions in assets - more than enough to pay all those whose lives have been effected by this extremely bad thing that the BSA has allowed and to happen but did not a thing to correct it at all giving a blind eye and ear to it and us period, Please, please please make the BSA take good care of all the innocent victims including myself who suffered sexually from them which has messed up my life totally! I hope this letter too you will make a difference to help us - the sexually abused victims of the BSA!!! Thank-you!

Sincerely!

[signature redacted]

(2)

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, De. 19801

U.S.M.S. X-RAY

19801-302499

TAMPA FL 335
SAINT PETERSBURG FL
28 APR 2021 PM 8 L



FOREVER / USA