I'm writing to let you know I truly hope and pray that the Boy's Scouts of america gets shut down forever for everything that happen to me and to all the young men that went through what I did. Boy's Scouts of america Supposed to be fun not become a Nightmare forever, If the boy's Scouts continue to be allowed to continue to operate It's Never going to Stop how many more boys need to go through what I went through  O I forgot they Just cover it up or in my case blackmail, or be threatened. But I can say this the only thing I got from the Boy's Scouts Is nothing, but a life time of Flash backs, trust issues, Sleepless nights, But I do fine it fascinating how grown men get a little power in there heads can do so much abuse, and get away with it. But I truly hope the Boy's Scouts forever close there doors forever.



KANSAS CITY 640
APR 2021 PM 3 L

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

19801-302499