

April 28, 2021

Case number: SA-66799

Justice Lauri Selber Silverstein

BSA Bankruptcy case

824 Market Street

6th floor

Wilmington, De 19801

Hello, I have been advised to write this letter as a back up to my claim against the Boy Scouts of America for sexual abuse I suffered as a boy. I am told my personal information will be redacted before this is published in your courtroom. I will try to keep this short as I have already made extensive reports to AVA Law Group regarding the horrible abuse I suffered when I joined the Boy Scouts back in the 1960's in the Bronx, New York. I am being told that the BSA is trying to disregard all the claims made against them and by filing for bankruptcy can hope to avoid settlements for the victims. I am appealing to you, you honor to please use your experience and knowledge of these matters to make the right decision to not disregard the many boys who have suffered this abuse. This could have happened to your own sons if you have any. I will write an abbreviated report of what was done to me and how I suffered for years never thinking I would be able to get to this point where I can actually get some compensation, for whatever that is worth for what was done to me as a 13 year old boy who then suffered, as mentioned for years afterward.

Again, to be brief and not go into all the sordid details, and believe me there were some terrible things done to me by the adult Scoutmasters. I was driven to the Boy Scout cabin in Alpine, New Jersey, just a little cabin in the woods miles from where the scoutmasters parked the two cars for our little troop of about fifteen boys. This was in the dead of winter and with all the snow and cold it was tough. The cabin had a small pot belied stove for heat so when we got there we all had to go out to find wood for it. Being very poor growing up in the projects of the Bronx, I was not wearing the proper winter attire for this weather. I had an old green, vinyl jacket, sweater and a pair of black and white Keds sneakers. I could not afford boots so by the time I hiked to the cabin my feet were almost frostbitten. All the other boys went out looking for wood and I was told to stay behind and warm up by the





In a few days we finally left in the two cars to drive back to the Bronx and the Jewish Temple where we had out meetings. I was the only Italian, Catholic in the group, don't know why I was even there, and the other boys made fun of me for being different.

struggled with this for years. At seventeen I was so depressed that I took a razor blade and cut my wrists. I wanted to die. At the time I was living with my mother and her third husband. He was so mad at me that he through me in his car and drove me to Fordham Road and the Grand Concourse in the Bronx and through me out. I ended up homeless, living under a picnic table in Poe Park and eating food found in garbage pails. This went on for two years. I said I was not going to write a long letter so I will end this here. Much more happened to me but eventually I got older, stronger, quit the drugs that were being forced upon me living in that park and left there for good. I ended up getting married, having a son but that did not work out and eventually got divorced, now me totally thinking that I am homosexual because of my abuse.

Many years have passed and I survived, but I did not need that sexual abuse in my young life already living with abusive parents. Please read my story and do not allow the BSA to get away with all the young lives that were destroyed.



Justice Lauri Selber Silverste[in]
BSA Bankruptcy Case
824 Market Street, 6th Fl[oor]
Wilmington, Delaware
19881

U.S.M.S. X-RAY



Tampa/St Pete FL 336
WED 28 APR 2021 PM

