FILED

2021 MAY 3  AM 9: 45

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

FILED

2021 APR 30  AM 9: 05

My case: ████████

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE  19801

Dear the Honorable Lauri  Silverstein,

I find myself writing a letter to your honor on a subject I never dreamed would be written and recalling nightmares, which I had hidden for 46 years.  I am writing this letter on behalf of not just myself, but the many victims who are no longer with us.

In 1974/75 as a 3rd grader my parents let me join the Webelos and I was so excited to put the uniform on and the dreams of a boy of camping and the outdoors was becoming a reality. Very shortly after joining on my first overnight camping trip,  I was molested by an older boy scout chaperon.  As the year continued the encounters became more severe and I became the attention of other scout leadership pedophiles .

On a cold winter night this young man ran out of a leaders home down a long drive way and hid in the bushes until his mother came to pick him up.  After humiliation at school from the older boys I found myself refusing to go any events.   Never having told my parents the true reason I quit so I was chastised, disciplined, and demeaned by my family for not doing "boy things". I have always hidden the true reasons for leaving boy scouts and my after  school programs . I was ashamed and have carried the shame my entire life. I traveled the world with my career but I have enclosed a copy of my Webelos  book that I carried with me each place I moved for 46 years.  It reminded me not to trust anyone and how harmful the Boy Scouts of America were to me and I would never let anyone in my family or I knew join and make the same mistake.

The Boy Scouts Of America through their inactions, irresponsibility and turning their head allowed my life to be scarred for 46 years.  I plead with the court to hold them responsible for ruining not just my life, my  since of security but the thousands before and since.

No amount of money will remove those nights of molestation and rape from my memories however they should **Not**  receive a simple slap on the hand .  The ignorance for profits, avoidance to protect their name  and allowing these actions in the 70's to flourish should  hold them accountable at the highest levels.  If not at a reasonable financial level, then they should not ██████ erpetuating these crimes.

██████ in 1978 by a great step father.



75¢

Case 20-10343-LSS    Doc 2781    Filed 05/03/21



# WEBELOS

## SCOUT BOOK







# BOY SCOUTS OF AMERICA

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service, May 2020. All rights reserved.

POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

U.S.M.S.
X-RAY

TO:

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St.
6th Floor
Wilmington, DE
19801

PRIORITY®
MAIL

US POSTAGE PAID
$7.95

Origin: 15236
04/27/21
41665400 36-06

PRIORITY MAIL 2-DAY®

0 Lb 2.20 Oz
1004

C012

EXPECTED DELIVERY DAY: 04/30/21

SHIP
TO:
824 N MARKET ST
Wilmington DE 19801-3024

USPS TRACKING® #

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

ED ▪ INSURED

EP14F May 2020
OD: 12 1/2 x 9 1/2

01000014