DO NOT REDACT




Dear Judge Silverstein,

I write you today with a heavy heart. I am a survivor of sexual assault in the BSA. My first Scout ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ sexually assaulted me in his tent on my first BSA camping trip and continued to do so on every occasion he could get me alone for the next year and a half. My parents were separated at the time and my Mother was just trying to keep three kids fed, housed and clothed. After those eighteen months of hell my parents re-united and we moved to Selma Alabama. My Father knew I was in scouting and introduced me to a friend of his who was a Scout Master in Selma. His name was ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ picked me up for a scouting trip. He gave me drugs and alcohol. I woke up in the bedroom of his house being violently raped. ▮▮▮▮▮▮ is a convicted sex offender living in the Nashville area. ▮▮▮▮▮ ▮▮▮▮▮ died several years ago. I state this horrible past only as a reminder of what is before the court. The BSA seems intent on bearing no responsibility for the institutional decisions they repeatedly made to cover up the thousands of pedophiles they had identified as operating in the BSA. Let's please not forget that those decisions led to the sexual abuse of tens of thousands (and probably many more) children. Eighty-five thousand of which are before you today. Children they were actively recruiting while in full knowledge that scouting was far from a safe environment. Bankruptcy is a business but in this forum the BSA has chosen it has to address the abuse suffered by the 85,000 men who have had the courage to come forward. I have spent over twenty-five years in and out of therapy. I was willing and able to prioritize that. Most don't have that privilege. I have done a bit of press when asked and have been contacted by many men who suffered similar fates. So many are suffering so terribly in so many ways. They need help and the financial resources to get that help.

In my case I had retained a lawyer pre-bankruptcy filing and were exploring my options to file a civil lawsuit. I was in Delaware for the BSA bankruptcy filing. I am an advisory board member to the coalition of abused scouts for justice. I have followed this case in all its details. I have lost all confidence that the BSA has any intention of doing right by the thousands of us who suffered abuse in scouting and continue to struggle today. We have lost men to suicide while this has dragged on. I understand their pain. It is unbearable and impossible to navigate without help. Judge Silverstein we need your help. Your court is the only venue we have to hold the BSA accountable and get the survivors financial help and recognition for the pain they suffer daily. If not held accountable tens of thousands will continue to suffer terribly and countless other children will be put in harms way. By the BSA's own records eleven thousand children have

reported being sexually assaulted in the BSA since they put in safety protocols in 1990. That's one child per day, seven days a week, three hundred and sixty-five days a year. That is apparently an acceptable number to the leadership at the BSA. It is clear that they do not value the children they recruit. Their actions in this case have shown that they clearly do not value us or intend to take full responsibility for their participation in the decades of abuse they allowed to continue.

As you can see from my address I live in ▮▮▮▮▮▮▮ I have watched very closely as USC has dealt with its own horrible cases of abuse of female athletes at the hands of a school doctor. I believe around seven hundred women came forward. USC did not file bankruptcy. They did not drag out the cases. In a little less than two years they put together a settlement in total (it had a few fazes) of $1.1 billion dollars. That is taking responsibility. Currently the BSA seems to be considering numbers that would equate to at most an average of maybe fifty or sixty thousand per victim around five percent of the average that will be received by the victims at USC. If we are lucky. I applaud USC for dealing so directly with its own terrible legacy of abuse. I think they valued that suffering fairly. I understand that a number of that size may end the BSA and maybe some insurers as well but we in the greater society pay full price for our actions on a daily basis and the eighty-five thousand of us before you have paid a terrible price for our involvement in scouting and it is my contention that the BSA should be held to the same standards as the rest of us. Especially when their mission is supposed to be to help young people grow to be responsible adults. Maybe that responsibility should start here. By addressing it's own terrible legacy.

In closing I want to say that my sole purpose is getting the resources allocated to those that the BSA has admitted to failing. It also my hope that by taking full responsibility the BSA moving forward will place better protocols for the protection of those that join. The thought of a child a day suffering as I did is simply intolerable.