FILED
2021 MAY -3 AM 9:48

Dear Miss Silverstein,
my case # ███████
███████

I was abused as a child first when I was 10 and teenage boys ███████

name. I've tried to forget. Its been many years it still haunts me. I don't like to be touched by men. I have female doctor in VA. I've seen practitioners of my problem I take medication. Weather I get compensated or not I want them animals to pay.

███████



NORTH TEXAS TX P&DC
DALLAS TX 750
26 APR 2021 PM 6 L

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St.
6Th Floor
Wilmington, DE 19801