Madame

2021 MAY 3 AM 9:52

My name is ███████ and have been a victim of the BSA abusive practices. IT has changed, effected and destroyed my life. Relationships of family, friends and wife not forgetting my jobs has been a road block to any true understanding of myself and others motivations.

I can not forget or forgive the B.S.A. role in my and others pain which I see a universal connection.

Yours
████████



SOUTH JERSEY NJ 080
29 APR 2021 PM 7 L

19801-302499

Justice Laurie Selber Silverstein
BSA Bankruptcy Case
824 Market St.
Wilmington, De 19801

U.S.M.S.
X-RAY