Honorable Justice Laurie Selber Silverstein,    April 28, 2021

I have been asked to write this letter in support of my claim against B.S.A.

After I was abused by a scout leader, I felt a lot of shame and disgust. I dare not tell my Dad, for fear of ▇▇▇▇▇▇▇▇▇ so I opted to tell my Mom. She seemed stunned and very upset. What a big mistake that

    Some time went by and one day my Mom found that I was throwing my school lunch away. She asked me why and I told her I don't want to eat around people. So, she told my teacher to make sure I eat my lunch. So, every day at lunchtime she made me pull my desk up in front of the class next to her. I was forced to eat sobbing and humiliated. I could feel their eyes and hear the whispers and giggles. Even during normal class session, I could feel the eyes looking. At recess I would isolate myself and wander along on the playground avoiding any teasing. This is the way I remained to this day. If I'm eating and I sense someone looking at me I will abruptly put down my fork and stop eating. When possible at Christmas, Thanksgiving or when it's just dinner time I will go to another room to eat. I have lived my entire life in this way.

    I was always against going to a psychiatrist, because that means something is wrong with you, and you are weak. I finally went to see a couple of them and I was said to have depression and one said I have some kind of adjustment disorder, whatever that is.

    I could write about thing I've been trough but I'd probably die of old age first.

    Here is something, I noticed due to COVID everyone is complaining of isolation and depression. It did not bother me at all, because I've been doing it my whole life since the abuse began.





PHOENIX AZ 852
28 APR 2021 PM 9 L

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, De 19801

19801-302499

