The Honorable Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

2021 MAY -3 AM 9: 53



Regarding Claim Number

Dear Judge Silverstein,



After my attack at Boy Scout camp, my relationships with my parents, especially my father, suffered from that day forward, and my social relationships were significantly affected by this act. Acts like those that occurred to me were not spoken of, and were kept secret for many years, further compounding the feelings of shame, pain and anger that they created. I have been in counseling over the years for what happened while I was in Boy Scouts as a child, but have not fully healed. The lawsuit has brought back a flood of these repressed memories, which has been very difficult to deal with.

It has taken over 50 years for a court to address what happened to thousands of victims like me. I understand that the current proposal has reduced victims of sexual abuse in the Boy Scouts to transactional numbers based on attempts by insurance companies and officials of the Boy Scouts of America to "settle these events and move on", as if we were plaintiffs in some class action suit for improper stock trades or minor legal issues. To the victims, this is not a minor issue.

I have kept the event that occurred to me silent for many years, hidden away and repressed, because there was nothing that could be done. I am now writing to implore the court to hold these powerful institutions responsible and am coming forward to personalize and provide faces and psyches to the numbers on the documents. I also need to move forward. *You* are our voice, after many years of everyone hiding what happened. The ability to receive compensation will never adequately repair the damage that was done to me or other children like me. But it can provide some measure of acknowledgment of what occurred, some degree of closure and some degree of redress.

I will be 65 in a few months. How much longer will I, and others like me, need to wait before there is an adequate redress for the actions that were brutally taken upon us? That decision is in your hands.

