4-27-21

To whom it may Concern:

FILED
2021 MAY -3 AM 9:55

My story begins as a young boy. I joined the boyscouts as many other kids to learn outdoor things, have fun with other kids. My scout leader was ▓▓▓▓▓▓▓▓ from Minneapolis, MN. I was having fun learning and as time went on my mother was told that I was going to spend the knight at my scout leaders house to leave early in the morning for Cameing

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

I did not say anything to anyone because I did not know what to do. This same event happened another time a couple of weeks latter. after that I told my mother that I just did not want to be a boyscout any longer. I truly feel this man and the boyscouts robbed me of learning things ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ or female. I can only hope god will take care of all. I am now 65 years old its time to make the B.S.A. fix thure issues once and for all. NO child should ever have to live through this kind of abuse



PHOENIX AZ 852
28 APR 2021 PM 6 L

U.S.M.S.
X-RAY

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801

Ref Claim #
DA-17554

19801-302499