PG.1              F   ED

1  IN THE U.S. BANKRUPTCY COURT
2  824 N. MARKET Street —
3  Wilmington, DE 19801
4
5  [redacted]
6
7
8
9
10
11
12  RE: BOY SCOUTS OF AMERICA
13       ET. Al...
14
15  CASE # 20-10343 (LSS)
16
17
18  RE: "LATE CLAIM"
19
20  THIS Notice Addresses
21  THE ISSUE OF "LATE
22  Filed CLAIMS" OMNI # 101260-
23  104755, et.
24
25  [redacted]
26
27
28

PG 2

Normally "Filing" means the time when the clerk of the court actually recieves a document. Pro-SE inmates such as myself can use *THE MAILBOX RULE* - recognized by all Federal Courts. This rule treats my documents/claims as filed when I give them to jail officials as legal mail in which they sign the envelope & place in the legal box for mailing.



3

#2 AS I explained IN DOC# 2470 I have zero law library access denying me 1st Amendment access to the courts causing me to fall short in Federal rules, case law, & even DISMISSALS. At no fault of my own that the court must consider. HAD I HAD FULL ACCESS, surely I should be held to the same standards as an attorney & sanctioned the way I am, but AGAIN I do not feel that I should be held to such standards & sanctions- but given lieniency & empathy-

#3 THE LAW requires GOOD FAITH + DUE Diligence - I DID both & did so to the best of my ability by filing a USDC (US District Court) action in my jurisdiction (Central CA) 2 OMNI claims and my own USDC Delaware # 21-147 RGA because I DID hear of it on TV of being in Delaware

I Filed them All Simultaneously
- I Filed them All to cover
All my bases & to ensure
At least 1 will go thru if All
4 wont.

I Filed them using the mailbox
rule as cited in the complaints + envelope
well before the 11-16-20
deadline.

Due to COVID & lack of staff,
legal mail is often delayed 30-45
days & is not my fault it gets
to the courts/parties or me late.

California I believe has longer
statutes anyway right?

LASTLY: Notice of related case —
My BSA incidents occured on church
property where the BSA events &
meetings were held.

5

1. All of the BSA events were church related. The BSA leaders were IN FACT church clergy.

2. THE incidents/claims/events are inextricably intertwined & FACTUALLY related.

3. I filled out (2) recent questionaires & (2) new retainers to & for

[redacted]

perhaps that *also* extended my deadline? church laws.

THANK-You so very Much

[redacted]

I have yet to hear [redacted] so continue to Mail Me & him notices



TO: US Bank[redacted]/Court
824 N. Market St.
Wilmington,
Deleware 19801

LEGAL MAIL
4·25·21
19801-302499