TO: JUSTICE LAURI SELBER SILVERSTEIN

    BSA BANKRUPTCY CASE

    824 MARKET ST, FIFTH FLOOR

    WILMINGTON, DE 19801

2021 MAY -3 AM 10: 51

CLAIM NUMBER ▓▓▓▓▓▓

FROM: 

MY ABUSE WAS LONG AGO, OVER SIXTY FIVE YEARS BUT THE TOLE IS NOT FORGOTTEN DAILY. THE SHAME, TERRIBLE NIGHT AND DAY MARES, BROKEN MARRIAGES AND RELATIONSHIPS, DRINKING BINGES, THERAPY, LOSS OF JOBS AND FINANCIAL PROBLEMS AND THESE ARE ON GOOD DAYS.

KEEP IN MIND AT MY AGE OF 79, IT HAS BEEN A LONG, LONG ROAD.

THANKS FOR YOUR EAR.

