SA-11162

2021 MAY -3 AM 10:51

Justice Lauri Selber Silverstein
BSA Bankruptcy Case

Dear Justice Silvertein:

My wife is writing this for me, because my writing is torrible ▓▓▓▓▓▓▓▓▓▓▓▓
All this that she is writing is word for word on what I am telling her to write.

Please understand as best as you can how I feel and the remedy that does not exist. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ who were my scout masters, and it's hard to live a normal life

It's up to you and my attorneys to stand up so no other child will have to go through this. My life was ruined at a young age. Please hold them accountable. BSA says they want to help, but aren't showing it. Thank you for listening and being fair for so many.



ORLANDO FL 328
28 APR 2021 PM 5 L

U.S.M.S.
X-RAY

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor, DE 19801
Wilmington

19801-302459