

3 AM 10: 52

2021 April 29

Claim: ▮

Justice Lauri Seiber Silverstein
BSA Bankruptcy Case
824 Market Street
6th. Floor
Wilmington  DE  19801

Dear Judge Silverstein:

I just finished reading an email from my attorneys regarding my claim against the BSA and it brought tears to my eyes.

I am 82 years old and will never forget those devastating and traumatic experiences during my scouting years (early 50's) when ▮▮▮ after scout meetings, driving me home and ▮▮▮, during the summer. ▮▮▮, I can remember vividly going home, ▮▮▮. In later years I did seek professional council.

Thank you, Judge Silverstein, for allowing me to share with you.



/