April 30, 2021

2021 MAY -3 AM 10: 53

Justice Laun Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE  19801

Claim # ███████

To Whom It May Concern

    My name is ███████ I am 77 years old and this letter is about what happen to me 65 years ago. I was born into a rural Ohio family with three older siblings and three younger siblings. At twelve years old an above average student an a member of the Boy Scouts. I was working on obtaining my merit badge in First Aid and the assistant Scout leader informed me that he would help me with it. I was to meet him in his office on Saturday morning. What happened that morning affected the events for the rest of my life. When I left his office I felt embarrassed, ashamed and angry. By the time I was fourteen I had become an angry teen with a disregard for authority. It was not until I was in my late thirties that I came to realize why I was so angry with life and myself. I can not say that all the wrong decisions I had made were the result of that incident but I feel that most were influenced by it. I had buried all of the event that happened way back in my memory and never told any one of it. It was a doctors prostate exam that brought it back. All the the feelings I though I put away came back to again to haunt me. I finally told my wife and my youngest sister what happened so many years ago. My actions caused my parents shame and disappointment and they passed without knowing why. My faith dictates that I forgive wrongs done onto me and this I have done. Still the memories cause me a great deal of distress and some what still influences my life.

    You set in judgment of those who were blind about this happening and if my letter has brought to light an event that happened so many years ago, I hope it helped. I can not help thinking about all those who have passed without coming to terms with their past. It is my hope that you will judge those who let events like this happen ,without recourse , to pay for their blindness.

Thank You for Your Time





Justice Laura Silber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

19801-302459

PHOENIX AZ 852
28 APR 2021 PM 3 L

FOREVER / USA