**Justice Lauri Selber Silverstein:**

[redacted] never said, it sorry it happened. The Catholic Church sanctioned the scouts. The church was [redacted]. The church is permanently closed.

It's been fifty two years I have been dealing with this. I have talked to counselors over the years. However, now it's time the Boy Scouts take responsibility for covering it up all these years. Quit thinking about how you feel and think how we feel, and what we've gone through. Enough already and take the responsibility for covering up the abuse all these years.

