April 28, 2021

2021 MAY -3 AM 10: 54

Dear Justice Laurie S. Silberstein
Re: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
* ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, BSA Bankruptcy

It is very hard for me to write this letter, revisiting the abuse and trauma, I experienced, while in the Boy Scouts of America. I am 70 years old and occassionally the thoughts of what happened to me is vividly remembered, like it was yesterday. It has taken me a lot of years to be able to talk about it, and share what happened with anyone. I don't feel any dollar amount would be compensation enough to make up for what happened to me, but I do feel that someone should be held accountable.

My mom put me in the Boy Scouts hoping I would have a strong male figure in my life, because my father was

ABSENT FROM MY LIFE.
IT IS VERY HARD TO EXPLAIN THE FEELINGS I HAVE DEALT WITH ALL MY LIFE
MONEY IS NOT GOING TO CHANGE THAT, BUT I DO STRONGLY FEEL SOMEONE SHOULD BE HELD ACCOUNTABLE.

THANK YOU, JUSTICE SILBERSTEIN AND I HOPE YOU CAN UNDERSTAND HOW MUCH MY EXPERIENCE IN THE BOY SCOUTS DAMAGED ME EMOTIONALLY AND PSYCHOLOGICALLY.

THANK YOU &
GOD BLESS YOU

SINCERELY



NEW YORK NY 100
29 APR 2021 PM 11 L

U.S.M.S.
X-RAY

To: Honorable Justice;
Lauri Selber Silverstein
824 Market St., 6th Floor
Wilmington, Delaware 19801

Wilmington → Wilmington