Judge Lauri Selber Silverstein;

2021 MAY -3  AM 10: 56

This would have to be the hardest letter I ever had to write. For until now, I've been allowed to keep my memories of these events as just that, memories. Dark thoughts that have been pushed down and then pushed farther down. Now I'm being asked to open that vault and actually put those thoughts into written words.

So the story starts 5 years prior to the above when my brother Terry received his Eagle Scout award, just as my oldest brother Gary had received his before my story starts. At this point, I'm still in Cub Scouts, following in my older brothers' footsteps. My Mom had a framed photo of the local newspaper article featuring my 2 older brothers with their Eagle Scout awards. And, of course, I'm on my way to be her third.

The year is 1966. Having 2 older brothers as mentors in scouting made it easy for me to climb the ranks, now becoming a Life Scout, earning the pre-requisite 17 merit badges. I'm now 4 merit badges short of the prestigious Eagle Scout rank. When I received the Life Scout award, an award banquet was held, and along with the rank's patches, I received a hand carved wood scarf ring, akin to a bolo clasp. I actually still own it, an ominous reminder of how things can change quickly.

It was at the next month's meeting that my life would be changed forever. This particular meeting, my Mom was late picking me up because she was at the hospital with my Dad,

who was recovering from major heart surgery. I was waiting in an outside alcove when Asst Scout Master ▇▇▇ (first name unknown; this was the 60's, adults were always addressed as Mr. or Mrs.). While I'm waiting, Mr ▇▇▇ approaches me, made some small talk, and then proceeded to show me a deck of cards, with explicit sex scenes on them. I'm only 11, I'm not even really sure what I'm looking at. He asked me if I liked them, I said sure, probably because of the male dominated mindset of the 60's, thinking more machismo than anything else. He then asked me to follow him, not knowing why, but again, back then, a

[text redacted]

I believe this was August of 1966.

(Sept) 1966

As the meetings were held monthly, it was another month until I ran into Mr. ▮▮▮▮. This time, He pulled me out of the regular meeting, in front of everyone, took me back to the bathroom and repeated the above scenario, this time showing me the pictures in the bathroom in order to get me aroused. This time I knew this was not not right, I returned to the meeting just waiting for it to end so I could get out of there. This time he threatened to hurt my Mom, because "she was weak." My mother had childhood polio.

In the meantime, I've completed the work for my remaining 4 merit badges, just needing to turn the work in, and become an Eagle Scout, something my Mom really had her heart set on. I still haven't said anything to my Mom, as the abuse, the threats and his mere existence began to sink in.

[redacted]

In his haste in making an exit, he pulled down the tent ropes and my tent fell. When people showed up, He told them I was yelling because my tent fell down.

I finished the weekend camping trip, now somewhat empowered, but I couldn't wait for my Mom to pick me up. On the way home, I told my Mom what had happened. Everything. My Mom cried for a week.

We had to wait til the next month for the next regular meeting and at this point, we reported the incidents. Everything I've written here. In this meeting was the Scout Master, ▮▮▮▮ (we called him ▮▮▮), Assistant Scout Masters, ▮▮▮▮, Mr ▮▮▮ (he was younger and we were allowed to call him by his first name), and Mr ▮▮▮.

Mr ▮▮▮ called me a liar and a troublemaker. The others dismissed my charges and refused to do anything. Mo Mom removed me from the meeting and from Boy Scouts. 4 merit badges short of Eagle Scout, the work was done; it was almost a formality, at this point. And I never got to finish my dream. Becoming an Eagle Scout! My Mom's heart was broken.

The Impact was tremendous. I now, at 11 years old, had a deep-seated mistrust of authority. In my formative years!

The mistrust never really left. I questioned anyone in authority, because, in my experience, they abused you and then did nothing to help you. A horrible way to grow up.

I had buried the abuse throughout my teenage years, but not the mistrust of authority. Because I was a "gifted" student and athlete, my transgressions in school were overlooked or dismissed and I never suffered any real consequences due to my behavior.

However, when I got to college, I had a similar experience pledging the fraternity, this time it was physical abuse, not sexual, but all those feelings came rushing back. I was on scholarship, but I quit. Left college after 1½ years, couldn't accept the breach of trust.

My resume shows well over 20 employers in my career, even though I'm gifted in construction methodology and construction management. I spent 20 years performing expert testimony in construction related matters, but I could never find that 1 boss I felt I could trust. Too deep-seated. Too horrific an experience not to overshadow every relationship. I don't have friends, I have acquaintances. I don't let them in. Too private. Friendships, an assumed give-and-take relationship, would sour immediately if I perceived some notion of "doing me wrong". I'm 65 years old and I have 1 true friend.

Anytime I would hear anything about Boy Scouts or camping, sex abuse scandals on TV or paper, I would get disgusted. this is my whole life. Too many triggers

So now, about 3 years ago, I contacted the regional chapter in Central PA, spoke with the assistant to the Executive Director and told him my story. And I told him all I really wanted was my Eagle Scout award. He offered condolences, of course, and he offered to provide counseling, but didn't think they could get the Eagle Scout award, because I was now over 18. It's one of the rules. About a month later, he called me back, again the condolences and offer of counseling, but, sorry, no-can-do on the Eagle Scout award. Because I'm over 18. They have rules, you know.





HARRISBURG PA 171
29 APR 2021 PM 2 L

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St
6th Floor
Wilmington, DC 19801

Re: SA-5900

19801-302499