April 27, 2021

2021 MAY -3 AM 10:58

Justice Lauri Selber Silverstein, BSA Bankruptcy Case

Dear Justice Silverstein,

   My name is ▓▓▓▓ and I was a Cub Scout at the age of 8 years old until I was old enough to become a Boy Scout in 1961 at 11 years of age. I have a brother 2 years older than myself which was a help as he was in Scouting also. Our mother was one of the Den mothers as a Cub and ▓▓▓▓ was the Scoutmaster when I was of age to move up. I was an accomplished Boy Scout as I became an Eagle Scout with 48 merit badges, 28 was the required at that time, I also was awarded the Order of the Arrow medal as well as the God and Country Award presented to me at my church which involved a year's service as a Boy Scout and was the same church which sponsored our Troop and allowed the meetings to be held there as well as allowing the Scout bus to stay at the church. I was a member of Troop ▓ which was begun by ▓▓▓▓ ▓▓▓▓ in the 1940's and was one of the 10 oldest Boy Scouts of America troops in the nation. For a reason I never quite understood, our troop number was changed to ▓▓ after my first 2 years of the total 4 years that I was a Scout. But there were no changes in membership and ▓▓▓▓ remained as our Scoutmaster. He was there my entire 4 years as a Boy Scout.

I feel duty bound to give the good highlights of my time as a Boy Scout because being a Scout was one of the most important aspects of my life in my pre then early teen years and I would not trade the overall experience and pride that I had in being a member of "Troop ▓▓" I always prefer to say for anything, as the saying goes, because being a Scout gave me a good sense of purpose and like all the other kids, there was nothing better than getting on that bus on a Friday afternoon or on a Saturday morning to head out to the mountains near my hometown for a camping trip that we always wanted to stay longer when it was time to come home on those Sunday summer afternoons. But we knew that we would be coming back soon and a being a very active group, we did the trips every other weekend for 3 whole months, back in the day when being out of school was 3 months! I will never forget those times or even the meetings that we has twice per week in the basement of the church all year long.

I realize now and will never forget that these were some of the best days of my life and I felt very lucky and special that I had parents who encouraged and gave me the opportunity to be a Scout and even a little ribbing at school by others who were not Scouts...sometimes those who thought it was corny to be a Boy Scout never bothered me because they didn't realize what they were missing or, I realized, maybe their parents did not encourage them as mine had myself and my brother. Or maybe they did not have the money or time to do what they really wanted to do, whatever the situation. So I never let it bother me because again, I truly felt that I was a lucky young man and felt for those who did not have the experience. But all aspects of being a Boy Scout were not good or rather there was one part of my being a Scout was not good at all. And yet I was determined not to quit as I was not a quitter and I was also somewhat confused. I was not sure what was going on and I felt that "what was going on" was partly my fault and I was somehow able to override in my mind the things that had happened and I was able to somehow diminish the importance of what happened in the overall scheme of all the good things that I felt countered the bad things. I think the term for that in today's world of bad things that happen is that I was able to "compartmentalize" or dissosociate myself from the bad so that the good could override the bad. I loved being a Boy Scout and I did not want anything to end that for me. Again, I blamed myself for not being stronger and so now the hardest part is now, for me to tell what happened. And I am still embarrassed and ashamed in telling this now, for the

second time.

I approach this now by just getting to it. Down and dirty as the saying goes. And Mr ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊ but I cannot substantiate that so am not implying anything about that. So after a meeting at the church in Hickory, First Methodist my family's church, my brother had not made the meeting that night and my mom or dad, as they alternated, had not shown up yet to pick me up. I was outside, I was not worried, but ▊▊▊▊▊▊ locked up and came out to the parking lot. When asked, I told him my parents would be here soon as we had actually ended the meeting a little early that evening anyway, but ▊▊▊▊▊▊ invited me to sit in his car until someone showed up for me mentioning that it looked like a storm coming up and he would sit with me until my ride came. This is hard for me, it

really is, but he started telling me that I was a good Scout, he knew that I played Little League baseball on weekends and he made comments to the effect that I should be [redacted]

The timing was close as my mom was driving up the parking lot, back of the church, and as I was pulling my shorts up, she really didn't see me until I got out of the car, but in that short time [redacted] said not to ever tell anyone, that what we did was not wrong but that it was no one else's business and people were funny, that they would call us both queers. He told me to let him know if ever in trouble or needed help, knew I had good parents but that he thought a lot of me, in fact moreso than my older brother which honestly made me feel pretty good as being the younger brother was not always so great. I don't think I am supposed to detail each encounter as that was the first of maybe 10-12 in all and all of the others took place on camping trips. He should not have of course but things a little different back then as he would stop on the way up the mountain at a store for any last supplies and he would buy a few 6-packs of beer and take to the bus as we all were still buying sodas & snacks in the store. At the campsite, I was not the only one that he let have 2 beers, the limit he would say, but after campfire [redacted]

— 3 —



I want to end this please by saying that again that he never forced me physically, but ▮▮▮▮ did take advantage of me and the first time was truthfully like a dream. It started then was over quickly, I have to admit that what he did to me was enjoyable, he told me that all he wanted to do was to give me pleasure and not a thing to hurt me, I believed him, he never did hurt me and he did take several rejections from me over the years, so I can only say that I was a fairly willing participant to something that I did not realize was so wrong and against the law at my age, but it did cause me to have an identity crisis over the years, wondering if indeed maybe something was wrong with me. And but for the fact that I was very attracted to girls always and did have sex with a girl when both minors, if not for my inner predispostion for the opposite sex, ▮▮▮ could have really havoc on who I was, and I always wished even as soon as it stopped that I had never let him go as far as I let him go, sitting in the parking lot of the First Methodist Church, of all places. And continued to go to that church even after finishing college and visiting my parents on Holidays. I have always wondered if he knew how wrong he was in doing the things that he did "for me" as he would say!

All of these statements and the ones I have made to the Andrew Van Arsdale Law firm are truthful and accurated to the best of my knowledge. And I just want to state that as the years went on and hearing in the news as as adult it seems like the last 25 years the most about Scoutleaders abusing Scouts, I have to say that it surprised me to hear these things, but because of my situation so many years ago, the early to mid 60's, I did not doubt that these things happened because of my own bizarre situation but it did make me sick to hear it. I feels as if I was a Scout's SCOUT, as far as my accomplishments and what I took, the good stuff, from beinas g in the Scouts, but these things should never have happened just like things in the Catholic church that have been talked about all of my life, and things much worse than what happened to me. I would hate to see the BSA

become non existent as it was a good part of my life too, but they should be held accountable because I feel as if there were some other leaders who must have looked the other way, and that is wrong, very wrong. We all know that very little goes on in this world today, that many others do not know about, and quickly too. My era, very much different, I feel that MAYBE someone else knew about ▮▮▮▮▮ or a neighbor, or a fellow worker at the post office, who could have made even an anonymous report about him and stopped him before he got to me to be honest. I have a hard time believing I was the only one abused, as frankly I could tell that he relished in doing what he did to me. And I was young, but I was wrong and so is BSA because this has become the issue that it has, so there has to be merit to the wrongdoings claimed, and there has to be accountability by the BSA for letting this get out of hand and reaching the sickening level that it has. I have coped, but it has not been easy. I have prayed to forgive myself, and I prayed for ▮▮▮▮▮ when I heard from mom on a visit home that he had passed away.



-5-

BSA Bankruptcy Case
c/o Justin Silverstein
824 Market St., 6th Floor
Wilmington, DE 19801

CHARLOTTE NC 280
28 APR 2021 PM 3 L

19801-302499