Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street, 6th Floor
Wilmington DE 19801

2021 MAY CLAIM # [redacted]

Please keep my personal information classified

26 April 2021

Dear Justice Silverstein,

I write to you today at the suggestion of my attorney because in his opinion the Boy Scouts of America are shirking their responsibilities, peddling a watered-down proposal and are deliberately negotiating in bad faith.

Your Honor, I carry the guilt and shame of decades of silence. I wish that I had had the courage to cry out and come forward, but instead hide my shame and stumbled through two failed marriages before I recognized that I am broken. I have now lived alone for the past twenty years and my life will end alone.

You can not un-do the damage and you can not even hold them accountable because by now they are probably dead. You can not put a "dollar amount" for the damage they have done. No matter what is eventually decided the amount itself will be a degradation as if we don't matter.

I am old, over 70 and my time is running out. I would give anything and die happy if I knew for sure that they can never ever harm another child intentionally.

Please hurry.

Sincerely, [redacted]



SN BERNARDINO CA 923
28 APR 2021 PM 6 L

U.S.M.C.
X-RAY

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE
19801

19801-3024599

