Dear Justice Lauri Selber Silverstein,

2021 MAY -3  AM 11: 00

This screwed my life up! I lost trust in anyone and anything and started getting into a lot of trouble. I don't believe a single day has gone by since this started that I haven't thought about what happened in ▮▮▮▮▮ trailer and on the camping trips. Since the abuse started, I have always had a really hard time connecting with others emotionally, physically and sexually. I still really struggle connecting with my wife. I feel numb and completely disconnected most of the time. Over the years, the thought of dying and having it all end seems like a relief to me honestly. Sometimes I want to get off this ride. The replaying of the events in my head of getting molested by someone I really trusted is a constantly soul draining experience that happens almost every single day. I often wonder how much better my life would be without having gone through this!



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

U.S.M.S. X-RAY