**To whom it may concern:**

2021 MAY -3  AM 11: 01

My name is ███████████, in the year of our lord 1935 my self and my three siblings lost our mother and was placed in an orphange in ███████Oklahoma.  At this time I was 11 months old, and due to the strickness of the Catholic Orphange I was not allowed to associate with my older brother and two sisters that continued until I was around 11 years old, and I had no contact with the outside world at all until we were told that the Boy Scouts were coming to the orphange to form a Boy Scouts of America troop.  Of course this was a exciting time for me and my best friend James ████████.  We learned alot of things one of the things that stood out was knot tying of all types.  And they also provided us with hats and bandanas and it was a very exciting time of my life.  And then one meeting we were told that we were going to be tested on our ability to tie knots and if we were successful we would become Eagle Scouts. We were also told that we would be seperated from each other so we could not copy.  I was

████████████████████████████████████████████ is a sin and you have to confess it
████████████████████████████████████████████ he also had to confess it.  So the
████████████████████████████████████████████ and he said  if you say five hail
marys and five our fathers  you will be forgiven.  I said my pennits but I did not feel much better about it.  Shortly there after Sister Bonaventure came to our dormitory and announced to us that there would be no more Boy Scout meetings.  It was a great relief to me but I still carried the guilt and shame with me for over 75 years.

It is my prayer that the courts will do something to stop this despicable behavior on the part of the Boy Scouts of America.

I remain respectfully yours,

████████████████████████████████████



NORTH TEXAS TX P&DC
DALLAS TX 750
27 APR 2021  PM 1  L

U.S.M.S.
X-RAY



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

19801-494150