2021 MAY -3 AM 11: 01

Dear Justice Lauri Selber Silverstein and the BSA

My name is ███████ When I was a young boy, I wanted to be in the Boy Scouts to be with my friends and learn life lesson. It started out great, had a few meetings and then went out to a few camps. I don't remember the dates exactly, but I will never forget the things that happened to me and now the things that happened to the other 85,000 or so boys / men. There will never be a number that will ever make this go away. And I can only hope that the BSA will change there way of getting volunteers and verifying there back grounds. I feel for the boys selling popcorn every time I see them in stores, and hope that they will never have to go through what I or any other boy has gone through. Because it will change your life forever!

Here is my story,

I was at a camp with my friends and after putting up our tents and getting camp set up. We picked who was sleeping where. I was last to be picked and was told I was sleeping with the ███████ My friends looked at me worried but didn't say anything to me. We all got ready to go swimming after that. I am not a very good swimmer so I told ███████ and he told me he would help and teach me some. This would be the ███████. Now don't forget I am already scared because I am not a good swimmer and now this man ███████ and I didn't know what to do. Now even more terrified more than I was. Later that night it was time for bed and still not one of my friends said anything ███████

███████ The next day was the fire drill, and I was picked as the relay person from our troop to report to the main building, it was a race to see who had the fastest person. But all I could think about was getting away and telling someone what had happen to me. I found one of the guys at the main building and told him I needed to talk to someone about what happened. I told them my story and they had ███████ My parents and Grandparents came down and I think my dad was probably going to kill him, all I can remember was how mad he was. I then had to ███████

███████ I think that I got my self involved with sports and other activities to take my mind off of what had happened. But like I said I WILL NEVER FORGET WHAT I WENT THROUGH.

The BSA needs to be held accountable for what we have all been through not matter if it was an event like mine or even worse. There is not a day that goes by, that this has not impacted my life. I might look and act normal, but it will never go away. Please make the BSA recognize and be accountable for what has happened to me and the other 85,000.

4/26/2021



INDIANAPOLIS IN 460
27 APR 2021 PM 6 L

U.S.M.S.
X-RAY

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Maket Street
6th Floor
Wilmington, DE 19801

19801-453729

