M

2021 MAY -3 AM 11: 06

**Fwd:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
3 messages

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Tue, Aug 25, 2020 at 3:27 PM

--------- Forwarded message ---------

*The Case Number is* ▓▓▓▓▓▓▓▓

Yes, that would be great, thank you.

On Thu, Aug 6, 2020, 3:30 PM ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ wrote:
> Thank you ▓▓▓▓,
> I was out of the office yesterday, but I have your claim updated. The next step is to get a case manager involved. Would you like to continue the intake via email?

On Tue, Aug 4, 2020 at 12:53 PM ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ wrote:
> The email you sent me will not let me answer the first and last question on the page and the last question is of course, the most important one. So I'm going to try to answer it here but if you need any more information please let me know. To cover the first question, I was the ▓▓▓▓▓▓▓▓ And the last question asks me to give details and a description of the abuse. I'll try to do that here. The second day that I was at ▓▓▓▓▓▓▓▓
> 
> ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
> and sent to another camp instead of the one I was at. This was pretty much a ▓▓▓▓▓▓▓▓ Please contact me if you need any more ▓▓▓▓▓▓▓▓ y. Thank you so much. And in case the other answers did not come through it going to put that info in here too.
> 
> I don't remember my Scoutmasters name
> The year I was at camp was the summer of 1978
> ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
> Thank you ▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Tue, Apr 27, 2021 at 3:16 PM

--------- Forwarded message ---------
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

--------- Forwarded message ---------
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Yes, that would be great, thank you.

On Thu, Aug 6, 2020, 3:30 PM ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ wrote:
> Thank you ▓▓▓▓,
> I was out of the office yesterday, but I have your claim updated. The next step is to get a case manager involved. Would you like to continue the intake via email?



PROVIDENCE RI 028
27 APR 2021 PM 3 L

U.S.M.S.
X-RAY

Justice Lauri Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington DE 19801

19801-493951

