**Re:Claim#** ████████████

Your Honor Justice Silverstein,

My name is ████████████, A victim in this case aginst the Boy Scouts of America. I would like to take this time to express my non-support of the current plan proposed by the B.S.A. being adressed by you on ████████████ My abuse ████████ ████████████ ███████, as I became a Eagle scout, the highest award or rank possiable in scouting. I began scouting as a cub scout many years before. I am very suprised at the B.S.A. actions and there attitude towards this matter. They seem to want to take as little responsability for what they allowed to happen. This goes aginst there teachings as a once respected organazation and what they once taught us to be like. I am very glad that I raised 2 daughters and that I did not have a son to stear toward scouting as a way to learn good american ethics, as

1

I would not have done so.  I went
through life very ashamed of what
happen to me in scouting and always
wondered if I was to blame.  I know now
I was not.  It was a very tramatic
event when the , and
changed me profoundly.  I wish you all
the strength and ability your honor to
hold the B.S.A. responsable for how
they changed many young lives like
mine.

Thank you for your time,

SPOKANE WA 990

27 APR 2021 PM 1 L

FOREVER / USA

Justice Lauri Silverstein

BSA Bankruptcy Case

824 Market Street

6th Floor

Wilmington, DE 19801

19801-302499