

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE  19801

04/26/2021

RE: SA - ▓▓▓ SA – ▓▓▓

I was introduced to ▓▓▓▓▓ by a school mate ▓▓▓▓ Soon ▓▓▓ was coming to my home and my parents loved him. Yes, ▓▓▓▓▓ so ▓▓▓▓▓▓▓▓▓▓▓. ▓▓▓ later got me hired at the scout camp full time. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.
So now I am being picked up ▓▓▓▓ and he would take me to his cabin and ▓▓▓▓ ▓▓▓▓ and ▓▓▓▓▓▓▓▓▓▓▓▓▓ The first time it happened he said the heater was broken and it was quite cold. There was two beds and I got into one. ▓▓▓▓▓▓▓▓▓▓ His hands were all over me and he started below. ▓▓▓▓▓▓ I can't run out its freezing there is snow on the ground. I could not call my father, I could not call he would have never believed me. I would of probably got hit by my father. ▓▓▓▓▓▓▓▓ ▓▓▓. So, I had nowhere to go. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓ They ▓▓▓▓▓▓▓▓▓▓▓▓. So, what that I was being ▓▓▓.

When all of this came out in the ▓▓▓▓▓▓ about what he did I felt so much remorse. What if I came out to ▓▓▓▓▓▓ sooner? ▓▓▓▓▓ in the hospital.

I could not get involved with the case in ▓▓ I was still not talking about it. God forbid if someone found out.

This ▓▓▓▓ would meet families after church outside and he would look for families with boys and he was attracted and he would get into their lives and when he learned about the kids rebelling and being a problem child, he moved right in. What a ▓▓▓▓

So now ▓▓▓▓▓▓ and every day I have flash backs not just about ▓▓▓▓ but in all the bad things I did in my life. ▓▓▓▓▓▓▓▓▓ You see I was different I didn't fit in. My

dad called me ███ I was different.

I burnt the candle on both ends. One day I got involved in a fight with a person that ███ ███████████████████████████████████████ I was prior █████████ I got what I deserved I should of called the cops.

So now I have been blessed with a great wife and daughter they are my life. They are my rock.

I have pulled my life together. 5 years ago, I and many of my friends ████████████ ██████████████████ and they ████████████ I do feel so blessed.

███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████



JACKSONVILLE FL 320
27 APR 2021 PM 4 L

Justice Lauri Selber Silverstein
BSA BankRuptcy Case
824 Market St
6th Floor
Wilmington, DE 19801

18801-302499

