SA- ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

April. 26, 2021

2021 MAY ▉ Dear Justice Lauri Selber Silverstein

I was a innocent child who my step dad thought that these Boy Scouts would teach me the American Way. Well we went on camping trips and over nigt tent outings where those no good scott leaders would just at random come and get you and made you ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ with them and made you think it was part of scouting and it stays between you and the camp. ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉. All my life this has haunted me. Nonfunctional, Head Doctor after Head Doctor, medicine after medicine. I lost job after job kicked out of colleges I even lost property yes I lost my home. I just can not get over what they did to me and the law laughs at us. Yes I am a grown man now with terrible after effects of this mess I still to this day see a ▉▉▉▉▉▉▉▉▉▉▉▉ and I just can not function. I won't go into all the hurting details cas I am ashamed. But ▉▉▉▉▉▉▉▉▉▉▉▉ and the games they played ▉▉▉▉▉▉▉▉▉▉▉▉▉▉, didn't care if it fit or not. Lipstick then they say and sometime your scott leader have summoned you to his tent. And he have womens stuff on. And you could not run or hide. They were in your head and the gleem on your parents faces you just could not tell them the truth. I tried and pa pa said you just want to be out so stop your fantasies and learn something boy. I went through hell to get you in there so I was trapped. I could tell you more but I would need 1,000 pages. I suffer real bad today and every day. They should pay. I want them to suffer like me. Well your Honor I will end it here I believe you have a picture of a tortured soul. Respectfully yours

Apr. 26, 2021

S SUBURBAN IL 604
27 APR 2021 PM 5 L



RE:

Justice Lauri Selber Silverstien
BSA Bankruptcy Case, # 9317
824 Market Street 6th Floor
Wilmington, DE. 19801

19801-302499