4/27/2021

To the Honorable Justice Lauri Silverstein
Re: BSA Bankruptcy Case

Your honor I'm writing to you with pen and paper. I'm so upset with recent developments in the BSA Bankruptcy case. I fear if I tried to use my keyboard I would pound the keys so hard they would break.

The recent attempt by the BSA & its insurers to shirk their responsibilities is downright degrading to those who have suffered at the hands of BSA "leaders". Many of us have spent decades trying to rebuild our lives after these ████████████████ upon our young bodies inflicting both physical + mental anguish that can never be fully repaired. They must be held FULLY accountable. I urge you to do all within your power to provide a deep measure of justice for the victims.

I'm case ████████, but more importantly I'm a man still trying to help his 11-yr old self come to terms to what happened to him.

Thank you for your time

████████████████

CHARLOTTE NC 280
27 APR 2021 PM 3 L

19801-302499

Justice Silverstein
BSA Bankruptcy Case
824 market st
6th floor
Wilmytn, DE
19801

