4/27/2021



The Hon. Lauri Selber Silverstien
BSA Bankruptcy Case
824 Market Street
Sixth Floor
Wilmington, DE  19801

Dear Justice Silverstien

 At the age of around ten, I was taken advantage of  by my
███████████████, ███████████████, █████████
On several occasions, ██████████████████████, whom I
admired and respected, ██████████████████████████
while encamped in wooded areas in ███████████████ Since
I admired ██████, I didn't realize at the time that he was doing
something to me that was wrong.  Then I came to know that I did
not like what he was doing and from that time on I felt very deep
guilt, was ashamed of myself and thought that I was not a normal
person.  I carried that guilt and shame for many years until time
gradually dimmed the memory of what had happened.

In approximately one month I will reach the ripe old ████████.
Before I pass,  I would like to see the BSA punished for tacitly
condoning such activity as was conducted by a person whom at
that time I greatly admired and whom was merely ████████me
for his ████████████.

Thank you for your consideration.

Sincerely