APRIL 26-2021
SA-17921

JUSTICE SILVERSTEIN —

2021 MAY -3 AM 11: 13

I AM WRITING THIS LETTER TO INFORM YOU THAT ███

███

THE DETAILS ARE WITH MY LAWYER BUT IT IS IM-
PORTANT FOR YOU TO UNDERSTAND THAT THIS RUINED
MY EARLY CHILDHOOD AND YOUNG LIFE.

IMPORTANT TO NOTE, ███

███

SOMEONE HAS TO BE HELD ACCOUNTABLE. I WILL
NEVER FORGET THIS PERIOD IN MY LIFE AND HOPEFULLY
YOU UNDERSTAND THE EXAMPLE OF THESE DEEDS.
I AM SURE THERE ARE MORE.

SINCERELY —

███

GOD BLESS AMERICA AND OUR JUSTICE SYSTEM




19801-302499

JUSTICE LAURI SELBERSTEIN
BSA BANKRUPTCY CASE
824 MARKET ST.
6TH FLOOR
WILMINGTON, DE 19801

JACKSONVILLE FL 320
27 APR 2021 PM 3 L

FOREVER / USA