# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF CHANGE OF MAILING ADDRESS
## FOR THE NEW YORK OFFICE OF LATHAM & WATKINS LLP

PLEASE TAKE NOTICE that, effective May 3, 2021, the mailing address of the New York office of Latham & Watkins LLP, counsel for The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole, has changed to the following:

> LATHAM & WATKINS LLP
> 1271 Avenue of the Americas
> New York, NY 10020-1401

PLEASE TAKE FURTHER NOTICE that the firm's telephone numbers, facsimile numbers, and email addresses remain unchanged.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

RLF1 25219447v.2

Dated: May 3, 2021
Wilmington, Delaware

/s/ Michael J. Merchant

Michael J. Merchant (No. 3854)
Brett M. Haywood (No. 6166)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email:    merchant@rlf.com
          haywood@rlf.com

-and-

Jeffrey E. Bjork (admitted *pro hac vice*)
Deniz A. Irgi (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
E-mail:    jeff.bjork@lw.com
           deniz.irgi@lw.com

-and-

Adam J. Goldberg (admitted *pro hac vice*)
Robert J. Malionek (admitted *pro hac vice*)
Madeleine C. Parish (admitted *pro hac vice*)
Benjamin A. Dozier (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020-1401
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
E-mail:    adam.goldberg@lw.com
           robert.malionek@lw.com
           madeleine.parish@lw.com
           benjamin.butzin-dozier@lw.com

*Counsel to The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole*