## **CERTIFICATE OF SERVICE**

I, Michael J. Merchant, hereby certify that on May 3, 2021, I caused a copy of the foregoing *Notice of Change of Mailing Address for the New York Office of Latham & Watkins LLP* to be served upon the following parties in the manner indicated.

| Via CM/ECF & Courtesy Email<br><br>Derek C. Abbott<br>Andrew R. Remming<br>Joseph C. Barsalona II<br>Eric W. Moats<br>Paige N. Topper<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street, 16th Floor<br>Wilmington, Delaware 19801<br>dabbott@morissnichols.com<br>aremming@morrisnichols.com<br>emoats@morrisnichols.com<br>ptopper@morrisnichols.com | Via First Class Mail & Courtesy Email<br><br>Michael C. Andolina<br>Matthew E. Linder<br>Laura E. Baccash<br>Blair M. Warner<br>WHITE & CASE LLP<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>mandolina@whitecase.com<br>mlinder@whitecase.com<br>laura.baccash@whitecase.com<br>blair.warner@whitecase.com |
|---|---|
| Via CM/ECF & Courtesy Email<br><br>Hannah Mufson McCollum<br>OFFICE OF THE UNITED STATES TRUSTEE<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, Delaware 19801<br>hannah.mccollum@usdoj.gov | Via First Class Mail & Courtesy Email<br><br>Jessica C. Lauria<br>WHITE CASE LLP<br>1221 Avenue of the Americas<br>New York, New York 10020<br>jessica.lauria@whitecase.com |

                                              */s/ Michael J. Merchant*
                                              Michael J. Merchant (No. 3854)

RLF1 25222044v.1