# Exhibit A

## Detailed Description of Fees, Hours, Tasks and Descriptions by Date

| Date | Task | Hours | Consultant | Description of Services |
|---|---|---|---|---|
| 3/1/2021 | Fee Application | 0.8 | Lipton | Jan/Feb Fee application numbers |
| 3/1/2021 | Internal Communications | 0.6 | Peach | Call with J. Spencer re: BSA Retirement Plan alternative "Contribution Policy" scenarios |
| 3/1/2021 | Fee Application | 0.7 | Spencer | Rock Creek Advisors' January and February, 2021 Fee Application preparation and review |
| 3/1/2021 | Internal Communications | 0.6 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: BSA Retirement Plan alternative "Contribution Policy" scenarios |
| 3/2/2021 | Internal Communications | 0.4 | Peach | Discussion with J Spencer regarding press releases on the BSA PoR, and potential impact of pension issues on available funds |
| 3/2/2021 | Internal Communications | 0.4 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: BSA Plan of Reoganization (PoR) |
| 3/2/2021 | Document Review | 1.3 | Spencer | Review AMENDED CHAPTER 11 PLAN OF REORGANIZATION FOR BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC (March 1, 2021) |
| 3/3/2021 | Document Review | 1.8 | Spencer | "Review DISCLOSURE STATEMENT FOR THE AMENDED CHAPTER 11 PLAN OF REORGANIZATION FOR BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC (March 1, 2021)" |
| 3/3/2021 | Document Review | 1.5 | Spencer | Search Confidential and Highly Confidential Data Rooms for "financial statements" describing account balance changes YoY for Local Councils |
| 3/4/2021 | Internal Communications | 0.5 | Peach | Call with J Spencer re: BSA and Local Councils' financials and related ERISA issues |
| 3/4/2021 | Document Review | 0.7 | Spencer | Review "BSA - DRAFT Income Statement Reconciliation to 2.1.21 Presentation" (undated) |
| 3/4/2021 | Internal Communications | 0.5 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: BSA and Local Councils' financials and related ERISA issues |
| 3/5/2021 | Document Review | 0.7 | Peach | Additional review of BSA Retirement Plan document and other related documents to assess whether a participating employer could either withdraw from or be removed from participation in the Plan |
| 3/11/2021 | Administrative Duties | 0.5 | Lipton | W9 form filled out and obtain signature by Rock Creek Managing Member and ACH sent |
| 3/11/2021 | Internal Communications | 0.5 | Peach | Call with J Spencer re: research on plan sponsorship post 414(l) transfers |
| 3/11/2021 | Internal Communications | 0.5 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: research on plan sponsorship post 414(l) transfers |
| 3/12/2021 | Document Review | 0.3 | Peach | Review new documents posted to the BSA datasite for content regarding the BSA Retirement Plan |
| 3/15/2021 | Internal Communications | 0.4 | Peach | Discussion with J Spencer re Shared Services Agreement between BSA and the Local Councils, and controlled group issues |
| 3/15/2021 | Document Review | 2.1 | Spencer | Review DEBTORS' MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTORS TO PAY CERTAIN PREPETITION OBLIGATIONS UNDER SHARED SERVICES ARRANGEMENTS, (II) AUTHORIZING CONTINUED PERFORMANCE OF OBLIGATIONS UNDER SHARED SERVICES |

| Date | Category | Hours | Person | Description |
|---|---|---|---|---|
| | | | | ARRANGEMENTS, AND (III) GRANTING RELATED RELIEF Filed 02/18/20 ("Shared Services Motion") |
| 3/15/2021 | Internal Communications | 0.4 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: Shared Services Motion |
| 3/16/2021 | Internal Communications | 0.5 | Peach | Call with J Spencer re: BSA - DRAFT 2021-2022 Monthly Income Statement (3.1.21 Disclosure Statement Support) and BSA - DRAFT 2021 Monthly Cash Flow Forecast (3.1.21 Disclosure Statement Support) |
| 3/16/2021 | Regulatory Analysis | 1.2 | Peach | Analyzing the BSA Retirement Plan document and relevant ERISA provisions, and drafting an email to J Spencer outlining the possibility of the withdrawal of the BSA from the Retirement Plan as a contributing Employer -- and associated consequences of that. |
| 3/16/2021 | Document Review | 1 | Spencer | Review BSA - DRAFT 2021-2022 Monthly Income Statement (3.1.21 Disclosure Statement Support) and BSA - DRAFT 2021 Monthly Cash Flow Forecast (3.1.21 Disclosure Statement Support) |
| 3/16/2021 | Internal Communications | 0.5 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: BSA - DRAFT 2021-2022 Monthly Income Statement (3.1.21 Disclosure Statement Support) and BSA - DRAFT 2021 Monthly Cash Flow Forecast (3.1.21 Disclosure Statement Support) |
| 3/16/2021 | Regulatory Analysis | 2.1 | Spencer | Legal (ERISA/IRC) framework and precedent for possible 414(l) transfer and split plan sponsorship of BSA Retirement Plan |
| 3/16/2021 | Meetings - with Counsel | 0.3 | Spencer | Email to PSZ&J re: outstanding information requests to BSA/A&M |
| 3/17/2021 | Internal Communications | 0.6 | Peach | Call with J Spencer re: BSA Financials, LC Financials and potential 414(l) transfer(s) |
| 3/17/2021 | Internal Communications | 0.6 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: BSA Financials, LC Financials and potential 414(l) transfer(s) |
| 3/22/2021 | Internal Communications | 0.4 | Peach | Call with J Spencer re: pre-call with BRG |
| 3/22/2021 | Internal Communications | 0.4 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: pre-call with BRG |
| 3/24/2021 | Internal Communications | 0.3 | Peach | Call with J Spencer re: potential insurance options for BSA Retirement Plan |
| 3/24/2021 | Internal Communications | 0.3 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: potential insurance options for BSA Retirement Plan |
| 3/25/2021 | Document Review | 0.3 | Peach | Review of new documents to the BSA datasite for relevance to analysis of controlled group issues, and finances vis-a-vis Retirement Plan contribution requirements |
| 3/25/2021 | Internal Communications | 0.5 | Peach | Call with TJ Spencer re: Local Council "financials" and Receipts and Disbursements data posted 3.25.21 |
| 3/25/2021 | Business Analysis | 0.7 | Spencer | Analyze Local Council Receipts and Disbursements for February, 2021 posted 3.25.21 |
| 3/25/2021 | Internal Communications | 0.5 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: Local Council "financials" and Receipts and Disbursements data posted 3.25.21 |
| 3/26/2021 | Meetings - Other | 1.1 | Peach | Call with Matt Babcock and Dave Judd (of BRG) re: "Contribution Scenarios" |
| 3/26/2021 | Meetings - Other | 0.5 | Spencer | |

| Date | Category | Hours | Person | Description |
|---|---|---|---|---|
| 3/26/2021 | Internal Communications | 0.4 | Spencer | Emails with Tim Peach (of Rock Creek Advisors) re: PSZ&J request to review 3/1/2021 Plan of Reorganization and Disclosure Statement for PBGC/pension issues |
| 3/27/2021 | Document Review | 2.2 | Spencer | More detailed review of AMENDED CHAPTER 11 PLAN OF REORGANIZATION FOR BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC (March 1, 2021) |
| 3/28/2021 | Document Review | 3.2 | Spencer | More detailed review of DISCLOSURE STATEMENT FOR THE AMENDED CHAPTER 11 PLAN OF REORGANIZATION FOR BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC (March 1, 2021) |
| 3/29/2021 | Document Review | 2.6 | Peach | |
| 3/29/2021 | Regulatory Analysis | 1.9 | Spencer | Draft of research and analysis for PSZ&J re: PBGC/Pension issues in 3/1/2021 Plan of Reorganization and Disclosure Statement |
| 3/31/2021 | Internal Communications | 0.3 | Peach | Call with J Spencer re: memo to PSZ&J on Plan of Reorganization and Disclosure Statement |
| 3/31/2021 | Internal Communications | 0.3 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: memo to PSZ&J on Plan of Reorganization and Disclosure Statement |
| 3/31/2021 | Regulatory Analysis | 1.1 | Spencer | Draft memo to Jim Stang and John Lucas (of PSZ&J) re: PBGC/Pension issues in 3/1/2021 Plan of Reorganization and Disclosure Statement |