April 27, 2021

Justice Lauri Selber Silverstein
BSA Bankrupcy Case
824 Market Street 6th Floor
Wilmingtin, DE 19801

2021 MAY -3  AM 11: 17

Dear Justice:

I was a ███████████████ I enjoyed the Cub Scouts – it was a great experience so I looked forward the BSA participation. Unfortunately the was a Scout leader who took me another direction which became a life long problem.

██████████████████████████████ There was a designated camp ground there. Looking back, one leader would take me to the ████████████████████████████ Honestly, I can't remember how many times this happened—I'd rather forget. I didn't understand that I should report this to my parents, another leader, or anyone else.

████████ when I was ███████████ I dated different women and we enjoyed many university events and other █████████ ██████████ I met a special woman and we had a daughter, but ████ and I had many issues—looking back I am to blame.

I began to think the issue might be that ██████████████ Into ██████████ the was with a ████████████████████████████, but again, each one failed—I was to blame. By the ████████ I decided that I did not want to be with anyone.

Currently I live with my dogs. They are great companions, but I still feel that this distaste for a relationship is not how things should have ended up.

This is my life and I have learned to live with it. Please keep this in confidence as I feel so much shame and it would be so much worse if my name got out.

Sincerely,