04/26/2021

Justice Laur: ▓▓▓▓▓▓▓▓
BSA Bankruptcy Case    SA-▓▓▓▓
824 Market St 6th Floor
Wilmington De. 19801

Your Honor:

My ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ I am now a ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

This happend during a "paper drive" being conducted in the early summer. The person in charge of the event that day was ▓▓▓▓▓▓ The Leader of the Unit I was in was ▓▓▓▓▓▓▓▓.

On that day ▓▓▓▓▓▓▓ me to go with him under an elevate and enclosed porch, he said the owner of ▓▓▓▓▓▓ ▓▓▓▓▓▓ had told him there were papers she wanted to donate.

Once there ▓▓▓ produced a magazine with ▓▓▓▓▓▓▓▓ and started to go through the book. I really looked up to him and looked as he thumbed through the pages.

I didn't realize that he was

[redacted]

Later I found out he had [redacted] and a few years later [redacted]
I went to [redacted] a week or so after and told him about this and he scolded me and made me feel like it was my fault and like [redacted] told me not to say anything.

I have never told anyone about this until this lawsuit was filed. Back then people just kept quiet I suppose.

As I look back at my life I can truly say that insecurity has

followed me most of my life because of this and I blame ▓▓▓▓ ▓▓▓▓ as much as the one who did this because he refused to act.

I might add that on that day, ▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓
with feelings of inadequies and a failed marriage ▓▓▓▓

I pray the organization is made to correct in financial and other ways its dark history.

I had no idea this was so prevelant in the organization

▓▓▓▓▓▓▓▓

Justice Lauri S Silverstein
BSA Bankruptcy Case
824 Market ST 6th Floor
Wilmington, DE 19801