Your Honor            Claim # SA-14467

I have been following the claim against the Boy Scouts of America through correspondence from the attorny. The last one I got on 4/26/21 sounds like the Boy Scouts and their insurance companies are trying to get out of this mess with as little as possible to pay the claiments. For years the Boy Scouts and the insurance company's have been reaping the rewards and becoming rich and all the time have been ▆▆▆▆▆▆▆▆▆ and getting away with it. ▆▆▆▆▆▆▆▆▆▆▆▆▆▆ thinking may be I had done something to deserve this. This has brought up feelings I thought were behind me but now they are all coming back. I ask you to help us the victumes. We all need you to not let the Boy Scouts and their insurance company's get off without paying a fair settlement. No amount of money will errase the horable things that have been done to us but if it hurts then on the bottom line that will get their attention ▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆ all the time I was thinking what a nice guy he was. After thinking back it sickens me to think my pictures with how many thousands more of boys are probably his trophy. I am begging you to help us all to hold them accountable and not let big business and the insurance company's win. Too much of this is going on it this country and with your help will let all of them know this wont be allowed any more.

Respectfully
▆▆▆▆▆▆▆▆▆▆▆



FT WAYNE IN 467

28 APR 2021

Justice Lauri Selber Silverstine
824 market Street 6th Floor
Wilmington DE. 19801

19801345C9

RE: BSA Bankruptcy Case