27 April 2021

Justice Lauri Selber Silverstein
BSA Bankruptcy Court
824 Market Street 6th Floor
Wilmington, DE 19801

2021 MAY -3 AM 11: 18

Your Honor,

    My name is ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

    For decades, the first thought I had when I woke and the last thought I had as I fell asleep was ▉▉▉▉▉▉ I suffered at the hands of my Scout Master. He robbed me of a lifetime of joy. I suffered from the unending belief that I could not protect myself or my family from people such as this. Since this happened, I have suffered the guilt that came from my own body betraying me because it responded in a way, I did not want it to while the ▉▉▉▉▉▉. All my life I have lived with the fear that somehow ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ because of the horrible things that he did to me and ▉▉▉▉▉▉▉▉▉▉▉▉▉▉ I have suffered such deep shame that I only revealed what I had experienced to my wife of 29 years in these last few months. For many, many years I lived with the constant companion of the feeling of impending doom that I cannot to this day explain that was born of the terrible things that occurred. To this day I am plagued with the automatic disbelief that there is good in people.

    As time moved on and my family moved away from the monster who did this to me and where these horrors took place somehow, I learned to live again. I met the love of my life in high school, and we have been together ever since. In high school I excelled at drafting and pursued further schooling in ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ and with only a few months left before graduating I was prompted or driven to make a dramatic change in direction when it came to my career/life path. When I came home and shared this prompting with the incredible woman who was to travel this path with me, she was my rock and supported me without question – showing me unconditional love. I focused my drive and obtained a scholarship to attend the ▉▉▉▉▉▉▉▉▉▉ – drawn to this intense desire to help people who were defenseless and at the mercy of ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ Hindsight being 20/20 I look back at my ▉▉▉▉▉▉▉▉▉▉▉▉▉▉ and the many positions that I held and only now realize that this was the only way I had to fight back against the horror of my childhood. ▉▉▉▉▉▉▉▉▉▉▉ An evil man protected by a corrupt organization bent on protecting themselves and their profits.

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

27 April 2021



however, through the BSA his crimes against me went on and on and justice for me was denied.

The continued indignity and insult to injury is that now I must fight to monetize the pain and damage to my life through this process.  The BSA claims out of one side of their mouth that they want to help those left in the wake of their misdeeds whilst out the other side of their mouths they fenagle deals hewn from cost loss analysis and stop gap tactics.  God only knows how many boys and men succumbed to ███████████ and no longer have voice to speak to the evils that were forced upon them.

I am not an eloquent writer, nor do I claim to be the most vulnerable of the victims that the BSA facilitated access to.  I am only one of many, but from the decades of silent pain I have been resilient in my struggles.  I have raised up a great family while carrying this burden.  Finally, Your Honor, I would have you know that my pain, my harm, my voice should account for the best that the BSA can muster rather than the least some spread sheet metric has to offer.

Respectfully,

SA - 8613



SALT LAKE CITY UT 840
28 APR 2021 PM 3 L

Justice Lauri Selber Silverstein
BSA Bankruptcy Court
824 Market Street 6th Floor
Wilmington, DE 19801

19801-302499



Troy Pilivi
144 S. 200 W.
Brigham City, UT 84302