April 28, 2021                                                2021 MAY -3  AM 11: 20

▮

Justic Lauri Selber Silverstein
BSA Bankruptcy Case    #SA-42996
824 Market Street    6th floor
Wilimington,    De.    19801

Attn; case ▮

Dear Justic Silverstein

   I take this time to write on my behave on myself as well as the other members of my scout troup who would not write.
   Our boy scout troop was a very special troup, because it was located at the ▮ WE had our own scout hut.  We would hold our meetings and events at this facality. ▮ We did not have a person who we could call mother or father.  We would have to look to our school teachers, sunday schools teachers, coaches, and a scout leaders as mentors and guidence.
   ▮ I did not know to respond to what happen. I did not know who to turn to.  To say the least I was very upset ,and disspointed in our scout leader.  I dropped out of the troup a short time later.  I just supressed it.  I did not talk to anyone about the experience.
   A few years later I was at a party when one of the boys from the Home walked into the room.  We got caught up with what was hapening in our lives.  Out of the blue he asked we "if ▮ My friend went on to tell me ▮. Our scout master had a big home ▮.  He would have some of the boys over for

the weekend.    He was not married. ███████████████████████████████████ How do we put a dollar value on this type of abuse??   I believe it can not be done.

I have no idea how long or the number of boys involved.   If, someone knew they did not come forward.   It is sad that 85,000 boys had to come forward and claim they were abused by the Boy Scouts of America.

AS, I stated I held my feelings to myself and never shared it with anyone.

Sincerely,

