April 26, 2021

2021 MAY -3 AM 11: 20



To: The Honorable Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street. 6th floor
Wilmington, DE 19801

Dear Honorable Silverstein,

I am a client in the Boy Scouts of America Lawsuit

asked me how I enjoyed my first camping trip and I told them that I didn't think the scouts was for me. They asked why and I told them that I didn't care for sleeping outdoors, which was the furthest from the truth because it would had been so cool had I not encounter what had happened. I quit the boy scouts the very next day. ▉

▉ My dad was about to retire from the Army in about a month so I prayed every night that we would go back to the states before ▉ ever found me. Once or twice a fellow scout from school would tell me that ▉ was wondering what happened to me. I would just tell them that we were going stateside soon and that I would join the scouts again when we got stateside. I never did. That incident destroyed my childhood. All through elementary school, junior high, and high school, I couldn't erase that event from my mind which also affected me in my retention of subjects that were taught in school. I never had the courage to tell anyone because even as an adult I was too embarrassed to say anything. ▉ I just didn't care anymore and told ▉ about what happened to me in scouting when I was a child. I went to depression classes and I will never forget what happened back then and I pray to god that this never happens to a scout ever again. I was so proud to join the scouts and I know now that had that incident never happened, my childhood and adulthood would have been totally different. Thank you for taking the time to read my letter your honor.

Very Respectfully,

▉