Pittsburgh, PA

April 26, 2021

2021 MAY -3 AM 11: 35

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE  19801

██████████████

Dear Justice Lauri Selber Silverstein:

I have held the pain inside of me for 48 years. Why am I depressed and why do I have disorders that make me feel inferior? All because of the men who were supposed to be protecting me and being an example to me on scouting trips and at meetings. I feel so ashamed that I cannot tell my wife of 34 years what was done to me by the filthy men who abused me. My dear wife that I tell everything to, could never know this about me. I am absolutely ashamed.

When this case came to my attention a year or so ago, I cried and cried for days. My crying turned to anger and then back to sadness. I was agonizing having to recount to my lawyer what happened to me, I cannot say that I even said everything, because I am so ashamed. I remember that day. I sat in a parking lot and cried on the telephone. I did not want anyone to hear what I was saying.

This needs to finally end. I need a resolution. I need the BSA to finally make amends for their hiding and allowing child abuse. I can honestly say that the organization disgusts me. Every time I see a BSA uniform all of the pain comes back to me. I cry and then I get angry. I do NOT want to see another child, boy or girl, be abused because of that horrible organization. Our children deserve love and leadership, not abuse and lifelong pain.

My disgusting scout leaders used their power to abuse the weak. BSA and their insurance companies are doing the very same thing today. The longer that they drag this out the longer it will take for me to feel some justice was done. I need justice in order to start healing. I am 60 years old. I will never truly heal from this in my lifetime.

Please resolve this case. Please. Let me have some peace and rest in my soul and heart.


Respectfully



PITTSBURGH PA 150
27 APR 2021 PM 8 L



FOREVER / USA

U.S.
EX-RAY

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

19801-302499