April 26, 2021

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801
RE: Claim Number ▮▮▮▮▮▮

2021 MAY -3 AM 11: 36

Dear Justice Silverstein:

The Boy Scouts of America continue to avoid fully compensating one hundred years of sexual abuse victims, all the while saying they want to do the right thing.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ to me. You don't have a week to listen to me, but my lawyer has.

This same person had a sexual relationship at that same time with my also underage adopted brother.

That whole experience was a major contributor to my 40-year alcohol, drug, and gambling addiction. I received a forty-year sentence that no one helped me get out of. I had to dig myself out of that hole. **The hole of pure shame.** Deep shame, feeling at fault, feeling disgusting, and disgusted in myself. Wondering what I did for this leader of the BSA and the community to think I was ok with that.

So, what is 40 years' worth to the BSA and all the other complicit organizations that facilitated the BSA? Apparently not a whole lot, because the docket and the hearings so far appear to be about how the BSA and its cohorts can pay as little as possible for their sins. All I see on the docket is payment to various law firms. Meanwhile the victims sit around waiting for the BSA and others to do the right thing. The BSA should not come out of this whole without make EVERY victim whole to the extent possible. Long after this drama is over, I will still be a (recovered) alcoholic. I'll still be a (recovered) drug addict. I'd still have mental anguish over what happened to me. I'll still think about it. But I can put it to bed knowing I did what I could to get over it, and that includes a fair settlement from my victimizers.

Regards,
▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮



PHOENIX AZ 852
27 APR 2021 PM 10 L

U.S.M.S.
X-RAY

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington DE 19801

19801-302499