4-26-2021

2021 MAY -3 AM 11: 35

Claim # ▓▓▓▓▓

Justice LAURI SELBER SILVERSTEIN
BSA BANKRUPTCY CASE
824 MARKET ST., 6TH FLOOR
WILMINGTON, DE, 19801

DEAR JUSTICE SILVERSTEIN —

I'M WRITING YOU AND THE COURT TO LET YOU KNOW I THINK THE B.S.A.
RE ORGANIZATION PLAN IS NOT SUFFICIENT, THAT THEY, THE BOY SCOUTS,
SHOULD NOT CONTROL THE PROCESS, TO ME IT SEEMS LIKE ALLOWING
THE FOXES TO RUN THE HEN HOUSE. I WANT TO LET YOU KNOW WHAT
HAPPEND TO ME AT CAMP WANOCKSETT IN DUBLIN, NEW HAMPSHIRE,
DURING THE SUMMER OF 1970, AUGUST 2ND THROUGH 9TH.

I KNOW THE TIMES AND DATES AS MY MOM SAVED ALL MY SCOUTING
STUFF WHICH I FOUND AFTER SHE DIED IN 2008. I JOINED THE B.S.A.
IN THE FALL OF 1967 AND, FOR THE MOST PART, HAD A GREAT TIME.
THE THING I AM MOST PROUD OF WAS BEING ELECTED TO THE "ORDER OF THE
ARROW" BY MY FELLOW SCOUTS, I LEFT SCOUTING ONE MERIT BADGE SHORT OF
LIFE, WHICH IS JUST BELOW EAGLE.

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

YEARS, DURING A SAILING "LESSON" ON THORNDIKE POND.

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

KIDS KNEW I'M SURE SOME ADULTS KNEW, YET HE WAS A "DIRECTOR"
THERE FOR A FEW SEASONS.

THE ORDER OF THE ARROW "TAP-OUT" CEREMONY, I COULD TELL IT WAS
HIM AS HE WAS THE ONLY ADULT AT CAMP WITH A CREW-CUT HAIRSTYLE,

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

I NEEDED TO TELL THE COURT THIS, PLEASE DON'T ALLOW THE B.S.A.
OR THEIR INSURANCE COMPANIES TO DICTATE THE TERMS OR CONTROL THE
PROCESS, WHAT IS A LIFETIME OF PTSD WORTH? SINCERELY
THE B.S.A. AND CAMP KNEW ▓▓▓▓ WAS A PREDATOR.