05-26-21

2021 MAY -5 AM 11:

I am writing to you today however this is a painful note. When I was a young boy I was abused by the scout master, every time we went to camp (Indiana & Wisconsin) He ▓▓▓▓▓▓▓▓▓▓ township, he would do subtle things for he couldn't do too much with all of us gathered together. He would promise me things such as "platoon leader". The scoutmaster had a bigger scout beat me up including a bloody nose. I was a horrific experience for me the scoutmaster was also an alcoholic and my parents made me ride with him to meetings, one time when we pulled into the parking lot on our meeting he hit the building with his car. Very scary, unfortunately drinking & driving in those day were not frowned upon! That particular scoutleader had no rite being a scout master, he broke all the rules and would come in my tent at ▓▓▓▓▓▓▓▓▓▓ so I write to you in humiliation and shame, my parents were so mad at me because I wanted to quit scouting they paid for my uniforms told me $ quit everything and didn't mind that he drank. I never told my parents what he did to me or

Anyone else until now, I've delt with this pain my whole life. The BSA says over and over that they want to do the right thing but they are not!

In closing my biggest reason for this note is simple. I want the abuse to stop! The only way it will is if the BSA. is held accountable.

The BSA never did any type of background checks on people in charge (Huge mistake) turns out my scoutmaster was or still is a child molester and a alcoholic!





Justice Lauri
Selber Silverstein S.M.S.
BSA Bankruptcy X-RAY
824 Market Street
6th Floor DE.
Wilmington a RoL

ORLANDO FL 328

19801-302499