April 27, 2021

2021 MAY -3 AM 11: 40

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

RE: Claim Number ███████

Dear Justice:

My name is ███████████████████████ I am 64 years old and I am still dealing with issues which I feel manifested as a result of being molested by my Scout Leader when I was around 10 years old. I grew up in a small town in Mississippi during a time when actions by adults were never questioned by children. Children were supposed to be seen and not heard. My father was a strict disciplinarian. I never told my father about the experiences I suffered at the hands of my Scout Leader because I feared I would not be believed and if I was to avoid punishment, I knew I would have to keep this humiliation and guilt to myself. You see, as a child I was taught to respect all adults because they would always do only what was right for a child. So, I believed the shame I felt because of these experiences must be my fault and it was something all children went through. I never told my mother about these experiences either. My father ruled the roost so maybe it was fear on her part that caused me feel she would not be of help to me and that telling her would probably only cause disharmony in the family. For whatever reason, I was never able as a child to tell either of my parents about what was happening to me.

As an adolescent, I became rebellious. I was not a good student, my grades suffered. I was a confused and lost boy, never sure where my reckless nature came from. As I grew into a teenager, my defiance only became worse. I was constantly in trouble in one form or another. In my early teens I began a long road of drug abuse. I dropped out of school in the 11th grade and joined the military. I have gone through two divorces. I could never seem to get things right in my head to be the kind of person (husband/father) to those who loved me. Imbedded in my mind was always wild drugs and sexual encounters. I have gone through rehab both involuntary and voluntary and therapy sessions with psychiatrists/psychologists where I was finally able to talk about the sexual abuse I suffered as a child at the hands of my Boy Scout Leader and it has been somewhat healing. But I can't help but wonder how different my life would have been had I never joined the Boy Scouts. How much better would my life have been had my childhood not been taken from me?

Please understand that this legal action can show the world that it is about the sexual abuse of minor children and the organizations that allow it to happen so that someday maybe enough folks will stand up for the protection of children who cannot protect themselves. I pray every night for God's protection of the children and animals who are being abused and that God touch the hearts of those who are doing the abuse that they might change from their wickedness. I hope that would be in your nightly prayers as well.

Thank you for your fair and just consideration in this matter.

Sincerely,

