April 27th, 2021

2021 MAY -3 AM 11: 42

RE: BSA Abuse

Claim ███

Justice Silverstein,

I am writing to you today to assure you that I am a real person, who has been damaged by the Boy Scouts of America. I am the middle child of seven children. I was just 15 years old when I was abused at the hands of a CIT (Camper in Training) on the waterfront at camp Wanocksett located in Dublin NH.

To attend summer camp my father would pay for my first week and I had to earn the money to remain in camp for any additional weeks at a cost of $40.00 per week. The first week I attended with the troop I was associated with, any additional weeks spent there I had to pay for myself. This was achieved by becoming the neighborhood landscaper. Trimming hedges, clearing brush, mowing lawns and so on.

For myself there was great value in attending summer camp. It was the place where a scout could really advance earning his merit badges. More difficult badges such as nature, cooking, first aid and so on could be earned in a single week. It was a place where scouts could really advance. This opportunity was taken from me. I was far to afraid to remain in camp without being with the troop I was associated with. Staying with the provisional troop was not an option any longer.

Due to the abuse, I endured and being too afraid to attend summer camp with the provisional troop the time I needed to achieve the necessary 21 merit badges ran out.

It is not possible for me to convey to you the fear I felt, the tears I cried, the disgrace I felt. There was not anyplace to turn due to the fear of being blamed, the realization that I was involved in a homosexual act. In those times I would

have been branded, and my family scorned. So where do I turn Justice. Nowhere. You keep it in. You carry it with you all your life. Loosing the opportunity to achieve my Eagle in scouting was devastating. Being abused was and still is the root cause of many of the difficulties I have experienced in life and will likely continue to haunt me the rest of the way.

In closing I am writing this note as it may assist you in the realization that there are many real people like myself who have lived damaged lives silently and now have a venue to make themselves known. Justice, you are the only single person who can truly make it right. For all of us, please make it right.

Respectfully,





MANCHESTER NH 030
27 APR 2021 PM 3 L

Justice Lauri Selber Silverstein
BSA Bankruptcy case
824 Market Street
6 Th. Floor
Wilmington, DE 19801

19801-302499