April 26, 2021

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

2021 MAY -3  AM 11: 40

Dear Justice Silverstein,

I am writing to you about the BSA sexual assault case that I am a part of. I was abused approximately 60 years ago, but I remember the details well. It was a single event and I quit the Boy Scouts right after it happened. Though I can imagine that the BSA has helped probably millions of boys over the years, I feel that they should be held accountable for all of the times that they failed the people whom they were supposed to be shaping into young men, who were learning honest and upstanding ways to live their lives.

I feel strongly that the bad experience I had in the Boy Scouts affected me then

and years beyond. My life turned out to be OK, but I have kept my 'experience' to myself until this lawsuit came up, and after much deliberation, I contacted a lawyer in my home town, who refered me to my current representatives.

My 'experience' was probably minuscule compared to what others went through. I hope for their sake that the BSA will be held to the highest expectations of justice.

Cordially,




BIRMINGHAM AL 350
27 APR 2021 PM 4 L

U.S.M.S.
X-RAY

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

iS80i-302499