Justice Lauri Selber Silverstein
BSA Bankruptcy Case SA-27133
824 Market Street
6th Floor
Wilmington, DE 19801

2021 MAY -3 PM II: 39

I am sending you this letter to ask for your help with forcing the Boy Scouts of America and their Insurance Companies, to fairly compensate me and other victims of sexual abuse in Scouting.
The PAIN that all of us have encountered is <u>NEVER</u> ending & we can't have <u>ANY</u> type of CLOSURE, until this case is fairly resolved
<u>When you are sexually abused as a child, it remains with you for the REST of your LIFE!</u>
I have spent THOUSANDS of hours in Psychiatrists and Therapists visits, to help me cope with my daily pain and anger, that was caused by my sexual abuse incident in Scouting. I still see a Therapist every week, for one hour. I continually stay in a state of depression and it has been impossible for me to have any type of lasting relationship with ANYONE who comes in my life. I have lost all my TRUST for other people and my ability to feel love for others. I also continually think about the pain my abuse caused my Mother and her inability to get HELP from the Boy Scout office in Little Rock, Arkansas. I can still see my Mother's anger for my abuser and her crying with me when I explained the abuse incident!
It's EXTREMELY hard for people like me to understand why it took <u>SO LONG</u> for our justice system to start holding the BSA accountable for sexual abuse! I have long felt <u>bitter</u> and an extreme <u>rage</u> for how the BSA office totally IGNORED my abuse complaint! I wonder how many more boys were sexually assaulted by my abuser, because <u>NO ONE</u> in the Little Rock Scouting office would investigate or talk about my claim? I hope you will take this comment into consideration when the court compensates myself and other abuse victims!

Thank You!

