April 27, 2021

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

2021 MAY -3  AM 11: 38

Attn:  Case Against BSA by ███████████████████████

I was asked to write your Honor by the BSA Update 4/26/21 Legal Team:

In my case against the Boy Scotts of America(BSA) from BSA ████████, CA Troop No. █ BSA did not report to the ████████ City Police Dept. the sexual abuse of us children as Boy Scouts they witnessed all of at a major annual Boy Scott camp of all Boy Scout Troops from the San Francisco Bay Area at Camp Pomponio, to protect us children from the blatant violation of this felony law.  I expected to see the ████████ Police arrest this man and take him away in hand cuffs.  We had as embarrassed witnesses, some thirty Boy Scouts from our Troop, three or four Dads supporting overnight campouts by the local Troop, and BSA ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ which did nothing.  We children in Scouts got the feeling we were not supposed to be protected, but were sexual toys for these sick adults.   What the Boy Scout Troop taught us kids was, it is okay to abuse us children sexually.  But there is something children sense about these people that is odd, different, such that if there had been actual contact, and you were ███████████████████████████ without society teaching pedophiles a lesson, is that children are not protected as they should be by adult society.

Supportively,
███████████████



PHOENIX AZ 852
27 APR 2021 PM 6 L
April 22nd 2021

JUSTICE LAURI S. SILVERSTEIN
BSA BANKRUPTCY CLAIMS
X-RAY
824 MARKET ST.
6TH FLOOR
WILMINGTON, DE 19801
USA.

19801-302455