4-29-2021

Your Honor,    2021 MAY -3 AM 11: 32

I am a claimant in the BSA ▮▮▮▮▮▮▮▮▮▮. This letter is not to give a blow by blow account of the ▮▮▮▮▮▮▮▮ against me, that is recorded in the POC, but to express my feelings of the BSA, their crimes against the innocent youth in the BSA, and how I feel punitive damages should reflect the seriousness of the crimes committed.

Who would have thought 95K victims would come forward. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and number of complaints pale in comparison. Yet the BSA, the insurers and lawyers are going to try and minimize the award amount. Let the punishment fit the crime.

I have suffered for 56 yrs. with the trauma of abuse inflicted on me by a BSA volunteer, I am 68 years old now.

I've seen ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I realized just lately that I never, not once, mentioned the molestation to any of them nor anyone else! I guess I hid the experience in the crevices of my sub-concious so I wouldn't have to face it head-on.

We were lambs sent to slaughter. And it was never reported in the early years of BSA!

The real crime of BSA upper echelon is the perversion files, Kept in secret for 100 years.

What is 56 years of suffering worth to an [REDACTED] I really don't Know how to calculate that amount. I do Know current BSA consideration of compensation and probably some future offers is not enough.

It's not an isolated incident or just a few victims, one state or one council! This is a nationwide issue of criminality and punitive damages should reflect the scale of this criminal activity!

I am 68 years old and have a [REDACTED] and I want to live long enough to see true justice in the [REDACTED]

They should be punished to the point they no longer exist. At 12 years old I could not wait to have the blue uniform and yellow bandana. Today its just Kindling for a fire.

I pray this letter finds you well, and has some impact on your decisive action in the BSA case!

Respectfully,

[REDACTED]

## Last Will and Testament

I ███████████ state that this is my Last Will and Testament. I revoke any earlier P.O.A's and Wills.

I give all of my property through this will to ███████████ a member of my church.

I am not married and have no children. I appoint ███████████ to be my personal representative to this will.

I give all of my personal property, real and personal, which I own upon my death to my representative ███████████ In addition to my property, of settlement is not made yet on my Boy Scouts of America abuse case. My representative has my proxy to vote on future settlement offers



The UPS Store #3683®
3963 S. HIGHWAY 97
SAND SPRINGS, OK 74063
918-241-3297 fax



# FAX

To _Andrew VaN Arsdale_     From ▮▮▮▮

Company _AVA Law_     Phone number _For your Approval_

Fax number _1-619-374-2705_     Fax number _____

Date _4-27-21_     Total pages _3_

Job number ▮▮▮▮▮▮▮

## COMMENTS

The UPS Store

TULSA OK 740

27 APR 2021 PM 2 L

U.S.M.S. X-RAY

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
Wilmington, DE 19801

19801-302499

P.O. C