Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE  19801

2021 MAY -3  AM 11:31

RE: SA - ▮▮▮▮▮

Justice Silverstein,
My name is ▮▮▮▮▮ and I am writing to you as one of the victims of the Boy Scouts of America. I, like many other boys in America, joined the BSA to camp, fish, hike, and learn about the outdoors. As a "city" boy it seemed as if scouting would give me the opportunity to do things that I had seen other boys do on television. Little did I know that this dream would end with ▮▮▮▮▮

I was in the ▮▮▮▮▮ We all thought the BSA would be the place to find him. Instead, this is what I got. Out of fear or ignorance, none of the ▮▮▮▮▮ but it was certainly reported to the leaders of the Scout troop. There was a parent meeting with the leadership, he said he was sorry, and we were told to go home. No one asked any more questions and absolutely nothing was done. ▮▮▮▮▮

To now see the BSA and their insurance carrier playing games and splitting hairs with survivors such as myself and the countless others who endured far worse than I is beyond appalling. If there was ever any doubt about the hypocrisy of Scouts and the oath they claim as the cornerstone of their beliefs, then this certainly erases those doubts. They are hypocrites beyond the pale and have no concern for the damage they have caused and the people's lives they have ruined.

I ask you to please hold these people and this organization fully accountable for their deeds. Buying their way out for dimes on the dollar is an insult and frankly I would prefer they keep all of their money than negotiate their way down to the cheapest price tag they can hang on my emotional well-being. If every other claimant feels the way that I do, there is no price tag that will restore us to where we were before. But please, spare us from the indignity of allowing them to reduce their liability to as close to zero as they can get and further harm the people they have already victimized.

Sincerely,
▮▮▮▮▮



KNOXVILLE TN 377
27 APR 2021 PM 1 L

U.S.M.S. X-RAY

JUSTICE LAURI SILVERSTEIN
BSA BANKRUPTCY CASE
824 MARKET ST.
6TH FLOOR
WILMINGTON, DE 19801

19801-302499