Dear Mrs Silverstien,

2021 MAY -3 AM 11:30

My name is ▓▓▓ and ▓▓▓ ▓▓▓ on numerous occasions from a Boy Scout Master when I was only ▓▓▓. Something that has and always will effect my life. To much horriable details to mention in this letter. I joined this case for only one reason. To help myself get all these bad feelings I have, the guilt and shame I feel. This outlet helps me in knowing I was just a child, a victum. From past failed marriges, ▓▓▓ feeling;, to seeing a ▓▓▓ Any monies recieved is out of my control. Its all about accountablity. I hope you see I am a real person, a real victum. To please do the right thing and hold BSA accountalbe to the maximum liabilty so this might never happen to children again. I appriciate all of your work and effort towards this. God Bless



MEDFORD OR 975
26 APR 2021 P 1 L

Justice Lauri Seiber Silverstein
BSA Bankruptcy Case
824 Market St.
6th floor
Wilmington DE 19801