Justice Lauri Selber Silverstein                April 27th 2021

FILED

2021 MAY -3  AM 11: 29

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Your Honor -

    Thank you for your attention on my letter. Todays email to me from ███████████ suggested perhaps I should write you, regarding my ████████ while in the Boy Scouts. It is the least I can do, to share what this case means to me, and what my life has been since then.

█████████████████████████████████████████
█████████████████████████████████████████
████████████ It was only he and I, it took place in an ████████████████. He sat me down on a ██████████████████████████
█████████████████████████████████████████
████████████████████████ I remember going to the ████████ but I don't remember leaving. I come from a ████████████████████ like ████████████████████████████████████████
██████████████████████. I can honestly say, the BSA was largely there for me, guiding me in many ways; but this one event had me frozen in fear in some ways, since then.

    I saw him 2 times since then, shortly after. Once to pick up his son at my place, as he and I swam at our apt. pool, and the other was out front of my high school, 2ish years later. I was frozen in fear both times and said nothing.



I will search for ▉ a picture of me in the apartment driveway, and you can have the picture. I ▉▉▉▉ remember it showed that ▉▉▉▉▉▉▉▉▉▉▉. I don't know why I did, But I don't want the picture back.

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

I was too afraid/ashamed to say anything. Anyone who knows me, knows that I am a super happy, positive fun person. So it is very dark and scary to go back, in my mind, to this time.

There are some things that trigger that horrible day. They are —

- Seeing any Boy Scout uniformed kid especially a grown up!
- Hearing of a summer camp, be it movies, or otherwise.
- Seeing a man similar to his looks.
- Gay men. (actions of)
- Movies with abused kids—the worst. Is Rambo 4, where a military leader has his way with a boy. (strongly hints)

I believe ▉▉▉▉ to my fear of other men stem from ▉▉▉▉▉▉▉ I put up a friendly front, but I am afraid of topic sharing and all that. I began a church membership once, and in the study before baptizm, I had to share sins/similar events.

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉ I didn't want this to happen.
▉▉▉▉▉▉▉▉▉▉▉▉

③

When I offered to help with the youth
group there, they asked if I was over
████████████        ███████████████
So I had been helping, actually, and was
removed. ████████████████████
████████████████████████████████

        Later, during our marriage, we began
████████████████████████████████
~~One of a~~ I was honest and in our application
mentioned ███████████  They still allowed
us to foster. Or they missed it.
One of ████████████████████████
████████████████████████████████
████████████████████████████
████████████████████████████████
████████████████████████████████
██████████████████

        At my current job, this employee ███████
~~#~~ is super nice to converse with so I
shared ████████████████  Later I ~~would~~ would
hear him talk about others' personal affairs.
So now when I go to work, and others look
at me, I wonder if they know. I can
feel like it's so. I cannot get away
from this. It is at every corner.
Where can I hide, go, or be? I am sad.
        So, do I want financial compensation?
Yes. But the world, especially the BSA
needs to know the pain they allowed.
This is my story, in short. Thank you for
your time. ████████████████████







U.S.M.S.
X-RAY

KANSAS CITY 640

27 APR 2021 PM 6 L



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St.,
Wilmington, DE 19801

19801-450101

