

July 26, 2021

████████████

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE  19801

Dear Justice Lauri Selber Silverstein,

████████████████████████████████████████████████████████████ of the Boy Scouts of America, I am writing you to an attempt to explain, not only ████████ that I suffered at the time, but also to help you understand the ████████████████████████ that I suffered then and continue to suffer today,

I was only ██████████████████████████████. It began with the ████████ that is commonly used ████████████████ to break-down the defenses of their victims. ████████ started quickly thereafter, and included ████████████████████████████████ After the first encounter at this ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ I was very afraid of him and what he said that he would do to me and to members of my family if I ever told anyone what was happening. I couldn't ██████████████████████ about things that he would do to me and members of my family. At one point, ██████████████████ I found out later that he had been ██████████████████████████████ also, and that the Scouting organization had been ██████████████████████████████ hoping that it would all go away. One of the ████████████████████████████████████████████████████████████████████████████████

Although I was saved from further ████████ I was not saved from the ████████████████ that I continued to suffer for many years to follow. I had a great deal of difficulty trusting any adult male, unless they were part of my family. As a young man, I had difficulty in establishing any lasting relationships with young women because, at times, ██████████████████████████████████████████████████████████████████████████████████████████████████████████████ This made me more and more determined to prove to ██████████████████████████████████████████████████████████ his overwhelming desire to prove this, and to prove that girls/women were attracted to me lead to me being unfaithful in my relationships, which led to more guilt. It seemed, at times, that ██████████████████████████████████████████ My salvation came.in part, from the fact that I majored in ████████████████████████████████████████████████████ I had a strong desire to study this field in the hopes that it would help me understand my personal situation and learn to deal with it in a positive manner. For the most part, it worked. I will always feel "damaged", and still have occasional nightmares, but through The Grace of God, **I am a survivor**.

Your Honor, I hope and prey that you will understand how much so many of us have suffered, I am sure that there are some who have not survived.

Sincerely,

████████████





Justice Laun Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

19801-302499