To: Justice Lauri,
BSA Bankruptcy  2021 MAY -3 PM 12:22

Dear Sir:   My claim number ████

I am writing this letter because I feel that I am entitled to some form of monetary compensation for the ████████████ as a member of the Boy Scouts of America. I was just ████ and I got ████████████ by my Scout Master, who I thought was supposed to be my friend, and protect me. Instead he ████ me and made me feel used. I have since had challenges with trusting people and keeping relationships intact. ████████████ so I could have peace and a free soul. I think what happened to me was unfair and I am asking you to see that I get my peice of justice, an that the sins of the BSA will not be tolerated by another innocent victim. Please Judge, do right by us.

Truly Yours

████



SEATTLE WA 980
27 APR 2021 PM 7 L

Justice Lauri
Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
~~15801~~ ~~19899~~ Wilmington DE 19899-

