4/26/2021

DEAR JUSTICE SILVERSTEIN:

I AM WRITING TO YOU TO REMIND YOU THAT WE ARE JUST PLAIN PEOPLE.

I AM NOT A STATISTIC OR A NUMBER IN A COLUMN NOR A CASE FILE,

SINCE AGE ████████████████
████████████████████████
████████ THE SEXUAL ABUSE I SUFFERED AT HANDS OF MY SCOUTMASTER.

████████████████████████████
████████████████████████████
████████████████████████████

PLEASE DON'T LET US BE FORGOTTEN,

THANK YOU,