Dear Judge Silverstein

2021 MAY -3 PM 12: 25

Recent disclosure of attempts between Insurance companies and B.S.A. to settle their financial liabilities at a fraction of what would be fair is no less than Immoral.

So Before Rendering decisions of a Life-Time Impact, Please Remember the years of guilt and shame I carried. ███████████████████████ only helped me cope with my pain, nothing erases it.

P.S. Please prevent a second abuse of the Vitims, By allowing B.S.A. to negotiate in Bad faith.



SANTA ANA CA 926
27 APR 2021 PM 3 L

Justice Lauri Selber Silverstein
BSa Bankruptcy Case (20-4895)
824 Market Street
6TH. Floor
Wilmington De
19801

19801-302499