Justice Lauri Selber Silverstein  
BSA Bankruptcy Case  
824 Market Street, 6th Floor  
Wilmington, DE 19801

**DO NOT REDACT**

April 26, 2021

2021 MAY -3 PM 12: 27

███████████████████████████

Dear Justice Silverstein:

I totally loved Scouting. ██████████████████████ and I just passed on his Eagle pin with Gold Palm to my daughter who wanted something to remember him by. Scouting meant something deep in my heart. This feeling, this commitment, was priceless in value to me.

I was a Boy Scout youth leader and received the highest award my troop had to offer in recognition for performance. But at the same time my position of leadership was just beginning to develop, my love of all things Scouting was sickeningly undermined, leaving a wake of conflicts around many significant parts of life, irrevocably damaged by my Scoutmaster that I so looked up to.

The BSA has published a study about the influence of Scouting principles later in life:

█████████████████████████████████████████████████████

I would like to draw from this framework to outline some of the damage done to my life.

The seventh point of the scout law is "Obedient". In the BSA handbook from my youth, it tells us that a Scout who is obedient will obey *"his parents, Scoutmaster, patrol leader, and all other duly constituted authorities."*

████████████████████████████ and every boy in our troop respected his authority. After all, not only had he been Scoutmaster for many years, following his service aboard a destroyer in World War II, not only did he enjoy the reputation of producing more Eagle Scouts than any Scoutmaster in the United States, not only had he started a program that insured that every member could attend the national Jamboree held every four years, not only was he granted multiple awards by our local BSA council, he was also a successful partner in an ████████████████████████████████████████ drove a shiny new luxury sport sedan, and was a pillar of ████████████████████████████ To my young eyes, he appeared to be the epitome of a "duly constituted" authority.

I was brought up in █████████████████████████████████████████████████████
█████████████████████ says this in Hebrews 13:17 – "Obey your leaders and submit to them, for they keep watch over your souls as those who will give an account."

In short, I was brought up steeped in the concept and practice of obedience.

Imagine my ██████████████████████████████████ being all alone with ███████████████
████████████████████████████, after dropping off a half dozen other boys at their houses after our weekly troop meeting. Imagine the feeling of knowing he would not take me home. Instead, every

███████████████████████████████████████████████

couldn't tell anyone, especially my parents. Imagine trying to live up to the seventh Scout law, imagine, my tight body, in revulsion, trying to obey. Imagine the schism in a developing personality. My Scoutmaster violated me: my wholeness, my trust, my future.

During my most socially formative years, that kind of dissonance damaged me, mostly through the mechanism of deep shame, held inside for decades. I withdrew. I shunned close friends in school and could never tell them why █████████████████ I rejected everything █████████ represented: professional standing, religious piety, church participation, God, patriotism, social conformity, monetary success, and, not least, my beloved Scouting itself.

█████████████████████████████████████████ I have lost meaningful relationships and have been consumed with anger and resentment as I labored far below my talents and education. Can you put a price tag on a lifetime of feeling out of integrity?

On page 17 of the above-mention BSA study, one can find:

> *"Scouting instills in youth and men respect for laws and doing what is ethically and morally right. A large percentage of men with Scouting experience indicate that unethical behaviors are absolutely wrong under all circumstances."*

This statement is followed by a colorful bar graph showing survey results of three groups (Total Scouts, Scout 5+ Years, and Never a Scout) around such issues as "tossing out trash while driving." Conspicuously absent is a bar for the group of 85,000 men who were sexually abused by their leaders. What is the cost of fracturing their wholehearted ability to obey, their deeply tamped-down shame as they continue to live their forever-stained lives?

BSA wants to "settle" their role in allowing decades of continual abuse on minor children, with their knowledge. As St. Paul said of leaders' responsibility *"...for they keep watch over your souls as those who will give an account."*

I sincerely hope, as a duly constituted authority, you do your level best to see that BSA gives a true and full account of their staggering negligence. The second Scout law says a Scout is loyal. To what is the BSA loyal?

In our society, as ███████ life's work exemplified, "account" is measured in money, not in lip service to glowing mission statements. I don't know what exact amount would seem just to you, but pennies on the dollar will not be acceptable to me. I have too much integrity to consider such an additional insult.

Sincerely,

████████████████████████







SAN FRANCISCO CA 940
27 APR 2021 PM 2 L

19801-302499

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street, 6th Floor
Wilmington, DE 19801