REFERENCE █████████                    4-27-21

I AM WRITING YOU TODAY
TO TELL YOU WHAT HAPPEND TO ME
AS A YOUNG BOY IN THE BOY SCOUTS.
I WAS ████████████████ BY MY
SCOUT MASTER ON A CAMPOUT. THIS
HAPPEND ██████████████████
████ I REALLY CAN'T WRITE IN DETAIL
ABOUT THIS. IT MAKES ME SICK TO
THINK ABOUT IT. SHORTY AFTER
I QUIT THE BSA I WAS SCARED
TO TELL MY PARENTS BECAUSE THEY
WANTED TO KNOW WHY I QUIT, SO
I NEVER TOLD ANYONE ABOUT WHAT
HAPPEND. HOPEFULLY YOU CAN
UNDERSTAND THIS IS HARD TO WRITE
ABOUT. THE BSA + THE INSURANE CO.
HAVE NO IDEA WHAT THIS DID TO
MY LIFE. PLEASE TAKE THE TIME
HOLD THE BSA ACCOUNTABLE FOR
THE FUTURE OF YOUNG BOYS + GIRLS IN
THE BSA.

THANK YOU ████████
████████████████



PORTLAND OR 972
27 APR 2021 PM 3 L

U.S.M.S.
X-RAY

JUSTICE LAURI SELBER SILVERSTEIN
BSA BANKRUPTCY CASE
824 MARKET STREET
6TH FLOOR
WILMINGTON, DE 19801

19801-302499