April 26, 2021

2021 MAY -3  PM 12: 29

<u>BSA Bankruptcy Case</u>

Justice Lauri Selber Silverstein

824 Market St., 6th Floor

Wilmington, DE 19801


Dear Justice Silverstein:


Every time I have opened a newspaper or turned on the television news or social media to see another ███████████████████████████████ by people whose duty it is to protect children's safety I am again reminded of being ███████████████████ years ago. The nightmares start over again.



When this lawsuit became public I finally decided it was time to stop my nightmares and help stop nightmares of thousands of other kids. I'm actually starting to feel better. I wish I had told my step-father and I could have saved myself years of pain. Now it's time for you to help punish this corporate child molesting ring.


Sincerely,