2021 MAY -3 PM 12: 29

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

Dear Justice Silverstein,

    My name is ▮▮▮▮▮. My parents were missionaries in Vietnam, where I was born and raised. In 1971-73, when I was 11-13 yrs old, I was a scout in ▮▮▮▮▮—BSA ▮▮▮▮▮ Although I am not certain, I believe the troop was sponsored by the ▮▮▮ International Protestant Church ▮▮▮▮▮ or perhaps by the U.S. Embassy near that church. My first scoutmaster, when I was eleven, was ▮▮▮▮▮ we called him ▮▮▮ He was in the U.S. Army. I had another scoutmaster later, but I do not recall his name.

    ▮▮▮▮▮ took advantage of my trust (and that of my parents) by sexually abusing me. On numerous occasions, we went "camping" in tents—something we had to do in civilian people's back yards, because the war was raging outside of the city. We also sometimes swam in people's backyard swimming pools. On these occasions, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I felt that this was wrong, but I was confused and too ashamed to ask anyone about it. ▮▮▮ claimed to be in military intelligence, and that he had to power to have anyone killed, if he wanted to. I was terrified of him. ▮▮▮ also introduced me to pornography—something that has been a curse in my life ever since.

    Some years ago, I learned that ▮▮▮▮▮ continued abusing scouts and students after he left the Army. He is now, in fact, in prison for abusing children in ▮▮▮▮▮ In 2015, when the Boy Scouts of America decided to end their ban on adult homosexuals being scoutmasters, I wrote a letter to the BSA, telling them of my disagreement, because of my abuse at the hands of ▮▮▮ They did not bother to answer my letter.

    The shame and fear of those experiences have followed me. They have severely inhibited my trust and enjoyment of normal marital intimacy with my wonderful wife of 40 years. We have twice needed extensive (and expensive) marital counseling. I am now 61 years old, but the pain and scars of that childhood sexual abuse have stayed with me now for half a century. Unless God intervenes, I expect to take them to my grave.

    For decades, the BSA did not care to protect children from predatory men. They do not now appear to care either. They are simply doing their best to cling to their assets. It is shameful, but I hope the court will now do what is right—otherwise, other children will suffer as I have.

    Thank you for your attention to this matter.

                                      Sincerely,



DENVER CO 802
26 APR 2021 PM 5 L

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street, 6th Floor
Wilmington, DE 19801

U.S.M.S.
X-RAY

19801-302499

