SA - ███

2021 MAY -3 PM 12:30

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

April 26, 2021

Dear Justice Silverstein:

I felt it important to write this letter on behalf of my personal experience in Scouting, and from my perspective as an adult leader in Scouting. Yes, I was the victim of abuse while a Scout when first joining at eleven years of age. My experience was perplexing, but something with which I lived with embarrassment and shame for many years. I find the wound reopened with the current legal action as I had been hiding this episode of my past for fifty-six years. (That is how ashamed I was.) In my time as a Scout I heard stories from other Scouts about abuse in their home troops, but I always hoped that the incidents were rare, and would not happen again. But the fact is that Scouting turned a blind eye to what was happening. And yet, it recruited other youth into its numbers, while at the same time comfortably compensating its professional staff for the work they were doing.

The fact that as an adult leader, I personally reported an act of violence by another adult inflicted upon a youth to the local Boy Scout Council, and as the professional involved did nothing caused me to question if Scouting ever really had commitment to protect its youth members. I continued to report the incident to "higher levels" in the organization, and the result of inaction was always the same. This inaction by the Scouting organization to protect its youth demonstrates a consistency of dereliction of stated commitment spanning for decades. If I had not witnessed so recently the brazen lack of action to protect the youth as the modus operandi of the Scouting Organization, I would not have believed it. But my sad experience has shown that for all the good some people have done in Scouting, there is a lot of ugliness that exists in it. It breaks my heart to say this, but until clear, undisputed ownership and commitment is the new normal, I have difficulty wishing them well. After all, they taught me I had to be responsible and own my actions, but it seems that they are doing all they can to brush-off ownership of its inaction. I find the current normal that exists to be completely unacceptable.

Respectfully submitted,

███



OAKLAND CA 945
26 APR 2021 PM 3 L

X-RAY

SA -

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE  19801