Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

2021 MAY -3 PM 12: 24

RE: Case # SA - ███████

Dear Madam Justice,

I don't know which to address first; the anger I feel towards the BSA and their insurance providers and all those who are paid to prevent me from receiving compensation for a life ruined by abuse, or having to relive once again the anguish of it.

I trusted the BSA; I trusted my abuser. He told me "it's ok, all boys do it." Though I didn't want to, I did it anyway, as he said, "trust me, it's ok." Afterwards he gave me a quarter. This reminds me of the present circumstances where the BSA and insurance companies and those who get paid a handsome salary, compared to a QUARTER, 25 cents! I'm insulted, and very hurt, I feel abused again.

Let me tell you of my life afterwards. I NEVER wore shorts again in my life, I'm now 74 and have not, will not ever feel comfortable in shorts. My folks wondered and questioned me why on the hottest summer days I always wore long pants. The BSA today makes me feel that it was MY FAULT for being attractive to my abuser. I've lived with that false guilt thru many years of counseling and only recently came to terms with it, that is, until this lawsuit which brings everything back to the surface. (I must fight the anger and the tears to finish this)

███████████████████████████████████████████ neighbor boy. It became public and I was arrested. I spent 13 years in prison. While there I participated in the Forensic Mental Health program in a separate community and addressed many issues of self worth and abuse. I have been out of prison now for 11 years and had no further contact with children or temptations to molest them. What I live with now is the knowledge that I have caused much harm to many others over my life, and am distraught that the BSA is STILL perpetrating this abuse behind 'lip service' to it.

Where is the justice? No matter what they say, they OWE me! and the only way to make them "suffer" for it is thru their wallet!
Thank you for taking the time to read this.
Sincerely,

████████████████

April 26, 2021



DENVER CO 802
27 APR 2021 PM 5 L

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St.
6th Floor
Wilmington, DE 19801

19801-302459