Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE  19801

2021 MAY -3 PM 12:33

In 1964 at the age of 10 I was introduced to alcohol and subjected to sexual abuse by my scout leader ████████████████████████ held a knife to the throat of one of my fellow scouts and threatened to kill anyone who told what happened in the tent during our camping trip with him. He was the only adult on this trip. I told my parents what happened and this resulted in a court hearing.

I was called as a witness to testify to what I had experienced. At that time I had a very bad speech impediment and was a nervous wreck. I was afraid of ████████, and it was extremely difficult for me to testify stuttering in court about these sensitive sexual matters in front of ████████████████ ████ family, etc. Justice was not served and ████████ was set free to continue his behavior as a pedophile. After the court hearing my parents saw ████████ on a river in a rowboat with a young white boy - apparently still up to his old tricks. These experiences caused me to lose trust in people and the justice system.

During the ensuing years I used cigarettes, drugs and alcohol in an attempt to calm myself and escape reality. I became an addict. Problems developed between me and my parents which led to fistfights with my father. Previously an excellent student, my grades took a turn for the worst. When I turned 16 I quit high school and left the middle class home of my childhood to live in poverty alone in an attic apartment. With little money, no credit, and no job experience I had to take on 3 menial jobs to survive.

At the age of 17 during the Vietnam War I got married, enlisted in the United States Air Force, and became a construction equipment operator. We could not afford a car or taxi, so we had to take the bus to go grocery shopping, get to work, etc. When they sent me on temporary duty to a remote location on the Alaskan tundra, I left my wife outside my home base in Wichita, Kansas living in our old used trailer. I got an anonymous letter that stated "Who is that woman living in your trailer, your wife or a whore? Your best friends are your best enemies. THE BACKSTABBERS!" I visited psychiatrists, but they did not help. I told them I would drive a bull dozer through the chow hall if they did not send me back to Kansas. Eventually, after many visits to psychiatrists I was granted a hardship discharge at the age of 19.

I lived most of my adult life as an addict. I have been divorced twice. After my second divorce I was arrested driving while intoxicated and lost my drivers license for 6 months. Subsequently I was arrested for boating while intoxicated. Soon after that, I quit drinking completely in 1996, severed all relationships, and have been living alone in the solitude of the forest since. Now at the age of 66 I have no friends and no desire whatsoever for any kind of relationship. I don't trust anybody.

I believe the Boy Scouts of America should be totally liquidated and abolished for what they have done over many years to thousands like me. Parents should spend time with their own children camping, fishing, hiking, etc. rather than pushing them off on strangers who cannot be trusted.

BSA CLAIM# ████████

Sincerely,

████████

HARTFORD CT 060
27 APR 2021 PM 4 L

JUSTICE LAURI SELBER SILVERSTEIN
BSA BANKRUPTCY CASE
824 MARKET STREET
6TH FLOOR
WILMINGTON, DE 1980[X-RAY]

19801-302499

