

2021 MAY -3 PM 12: 22

SA - ▮▮▮▮

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
<u>824 Market Street</u>
<u>6th Floor</u>
<u>Wilmington, DE  19801</u>

Imagine being a very young child very innocent and not aware of the problems of society. Your father is the scoutmaster and your best friends father is the assistant scoutmaster. There is a camping trip planned for the weekend and you are very excited to go, to enjoy fishing, building fires being with friends. Then you find out your father is called into work for the weekend and the assistant scoutmaster has to take the troop. Caught off guard walking with only this assistant you are pushed behind a tree into a a large brush area that hides you. Then he ▮▮▮▮ and ▮▮▮▮ ▮▮▮▮. Anyone passing he says ▮▮▮▮ and couldn't make it ▮▮▮▮ and they pass along without care. Eventually he ▮▮▮▮ I dare not tell my dad because with something like this he would get

violent and likely kill the man and I would lose my father to prison so I suffered in silence. This was only one of many occasions of being forced ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I didn't understand why me what was wrong did I do something wrong?

Eventually, I just quit the Boy Scouts and am totally confused about life and how to have relationships. I never had a girlfriend until I turned 32 and even then the relationship was broken, I never got a chance to understand what the other children were doing, dating having fun and enjoying life. I was always in terror that I was found out that thing's were wrong with me. This is just one of several examples I could state. Later in life my friend has committed suicide, my dad is dead and I look at sexual offenders in the area and I see his name in the larger town over. Just knowing what was done to me I can only imagine what has happened to others. Children must be protected things like this affect an entire lifetime. It also causes anxiety and constant depression throughout my life. It got so bad I have been on disability for the past 10 years but the symptoms came much earlier as mental disability is hard to get. These are things I want you to consider when hearing this case.

Sincerely