# Case # SA - ███████████

2021 MAY -3 PM 12:34

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

Justice Silverstein,
I am writing to remind the court that there are real people that were abused by Boy Scout Officials and that real peoples lives have been effected. I was sexually abused as a child by a Boy Scout leader. I have given the details of my abuse to my lawyers so will not relive that in this letter. Instead I would like to give you some insight of how this abuse changed my life and is still with me as a 66 year old adult.
After the sexual abuse I was teased by the other scouts. It seems that my abuser and his tactics was well know to the other scouts and looking back I'm sure by some of the other Scout Leaders.
He picked me as a tent mate on a camping trip, praised by camping skills and looking back as an adult I now know he groomed me to be his victim.
I was so embarrassed and humiliated by what he did to me that I quit scouting. I was angry and had no one that I could go to. I did not want my parents to know. My father was a career Marine and I felt he would have thought less of me and I couldn't bear to tell my mother.
I remember lashing out at others and getting in a lot of trouble after the abuse. I remember my parents asking me what was going on and why I was acting so different. While I was never a great student I started getting worse grades.
From my feelings of helplessness during the abuse I developed an attitude

that I would never let anyone take advantage of or embarrass of me again. I started to get in a lot of fights. I started drinking and using drugs at age 13.
I was bullied by a group of boys in high school and almost got expelled because I refused to be bullied and attacked their leader. Later I was actually expelled from my Catholic High School for punching the Dean of Boys because he grabbed me and embarrassed me in front of a crowd.
I got in trouble with the State of California for malicious mischief and was declared an emancipated minor at the age of 15.
Looking back I believe my behavioral issues were (are) a direct result of the trauma of my sexual abuse by a Scout Leader.
At this time I was sent to Seattle to live with my older brother. This saved me. While I never told him or anyone else about what happened to me my brother seemed to sense I needed some direction. I'm not sure how but I started working construction, became a carpenter and had my own construction business until I retired. This let me mostly put the sexual abuse in the background and move forward with my life.
I have been married twice and while I look upon myself as a nice guy. I know I have a short fuse and my temper gets away from me. So do the people who know me.
I was finally able to mostly put the sexual abuse behind me but I've never been able to let anyone boss me around and I still have a hard time staying out of trouble with authority and bullies.
When I read about this lawsuit and the hundreds if not thousands of other children who have been abused I broke down and cried. After all the years it still got to me. I knew I could not remain silent and had let my voice be heard.
Reading over this it does not do justice to the pain and anger I have felt and still have inside me. It does not do justice to the pain it's caused my parents, my wives and my children.
I have never revealed the information in this letter to another soul. My wife knows that I am involved in this lawsuit but does not know any of the details.

She does not know the reasons I am who I am. Thankfully she loves me the way I am.

Please do not let the insurance companies make this about money and profit. This is about real people who's entire lives have been dramatically changed. Who were taken advantage of as vulnerable children. The Boy Scouts Leadership chose to look the other way.

Thank you for reading this .

