SA - ███

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE  19801

2021 MAY -3  PM 12: 21

To whom it may Concern,

I am a BSA survivor, molested from age 10-12 years old in ███ Ohio before I found out the Scoutmaster had lied to us and the physicals he was giving me were not intended to confirm my fitness to become a full time Boy Scout, but his own sick, perverted way of abusing young boys, like myself.

I have suffered with this trauma my entire life and I just turned 71. It was hard to admit what had happened to me at such a young age, but I slowly started healing after many years of meeting with other survivors and counseling. This doesn't make up for my mental stresses and lifelong failures due to the abuse I suffered and inability to understand why this happened to me.

I have lost numerous jobs because of angry outbursts towards other men, got thrown out of the military after 19 years for drug abuse, which I now know was a form of self medicating to deal with stressors from the abuse. I have gotten divorced due to my inability to deal with the memories of the abuse, can't blame my ex-wife, she deserved better.

When I add up all my losses from jobs I destroyed, my military retirement pay, counseling and numerous other financially destructive actions, it comes close to $5 million dollars in today's money. Do I expect to be made whole again financially, nope, I only deserve a reasonable recoup of what this abuse cost me in today's money. The current BSA's reorganization plan will not achieve what I and most survivors expect, so I strongly oppose this reorganization plan. Consider this judge, there are a lot of us survivors who placed our trust in the BSA when we were young and vulnerable and the BSA management knew and hid these pedophiles for years from our parents and us. For this they need to be held financially responsible and accountable to the survivors. Don't allow them to abuse us again by hiding their assets, real estate holdings, cars, trucks, airplanes and art collections, etc., they need to place a plan before us that fairly compensates us all before we start dying off.

