Justice Laurie Seiber Silverstein
BSA Bankruptcy Case
824 Market Street, 6th Floor
Wilmington, DE 19801

2021 MAY -3 AM 11: 28

Re: Claim # ▮▮▮▮▮▮

Your Honor,

I am writing to add my voice to the many pleas for holding BSA financially responsible for the sexual abuse that I suffered as a teenager. I'm 86 years old and still haunted by trauma I experienced at ▮▮▮▮▮▮ NY.

I was never able to confide in my parents about the abuse and my education suffered because of it. In 1951 at the request of my mother and my Guidance Counselor at ▮▮▮▮▮▮ High School in The Bronx, New York I was sent for a Psychological Evaluation to ▮▮▮▮▮▮. The request was initiated "because although ▮▮▮ had been a good student in his earlier grades, his work became progressively worse and has failed several of his courses." "Mrs. ▮▮▮▮▮▮ recognizes that he will probably be unable to gain entrance to college and feels that perhaps he would be helped by vocational guidance, and would also like to know the cause of his failing in his schoolwork. Although his IQ was 119, anxiety interferes with ▮▮▮ capacity for attention and concentration."

I had been an "A" student but wound up being left back twice in High School. Shortly after barely graduating in January of ▮▮▮ (my name wasn't even listed in the Commencement Program,) the Korean War was being waged, and I saw the opportunity for suicide by combat and pushed my draft number up. At 18 ½ I was drafted and took Combat Engineer Training. To my dismay, the armistice was signed on ▮▮▮▮▮▮ 5 months before I arrived in Korea.

As I look back of the effects of the trauma I experienced in Scouting that Summer, and again when I saw that my abuser was still in Scouting after that Summer, it's no wonder that I couldn't fulfill my parent's dream of me becoming a doctor or dentist or other professional as my first cousin's did.

While in Korea during my 17 months tour of duty, I was able to sublimate the anxiety and became an exemplary soldier and rose to the rank of Staff Sergeant before returning home. I was able to obtain an Associates Degree in Advertising Production and had a decent career path, however, I had to continue working until I was 73 years old before I could afford to retire.

Please consider my plight and the plight of so many others that suffered sexual abuse while active in the BSA.

Yours truly,

▮▮▮▮▮▮

Re: SA

Justice Laurie Seiber Silverstein
BSA Bankruptcy Case
824 Market Street, 5th Floor
Wilmington, DE 19801

19801-302499

WEST PALM BCH FL 334
27 APR 2021 PM 1

U.S.M.S.
X-RAY