Tuesday, April 27, 2021    10:30 AM

2021 MAY -3  AM 11: 27



To Justice Lauri Selber Silverstein:

I am writing to you in reference the the bankruptcy of the BSA case and I must say here that there is a sense of total injustice here for all of us who have ever suffered abuse at the hands of the BSA. Just the shear number of complaints that have been filed against them should tell the courts just how long this abuse went on for. It is high time the BSA be made to pay for the pain and suffering that the abused have had to suffer for year and years. Even to this day, and especially since I had to discuss the terrible things that happened to me have brought back memeories that I have spent years trying to forget. It is hard for a person who has not gone through what we have to understand just how much damage it has caused us in our lives.

I was abused for over 3 years, over and over again. Made to do things that were unthinkble. To be used for the satisfaction of some dirty minded pervert whom the BSA protected and allowed to continue the

abuse. I use to try and avoid my leader, I would skip meetings, but he would call my parents and ask if I was sick cause I skipped two weekly meetings. They would ask me how come I left the house to go to meetings but leader says I have not been there. No matter how hard I tried or wanted to, I could not come to tell my parents what was going on. He would have me stay after meetings, supposedly to help clean up but in



When we went on camping trips he always arranged the camping layout so as his and my tents were out of the way of others.



(And that is what the BSA today thinks of this as a big joke.) After that campout, when the next one came up I tried not to go by not telling my parents

about it or having them sign the permission slip. One week before the campout he called my parents and wanted to know why they did not sign the permission slip. Well needless to say they did not know about the camping trip and when they asked me about it I told them I did not want to go. My father said that if I did not go then that makes me a quitter and is that what I wanted to be. I tried very hard to speak up then and there, to put an end to this nightmare but the words just would not come, so I ended up suffering again through another week of abuse. This went on for years and even after I dropped out I still suffered from terrible nightmares and thoughts of what I went thru.

the abuse I suffered at the hands of the BSA followed me all through life. I had to get counseling, which did not help. It cost me three relationships because of my excessive mood swings. It cost me two marriages because I became an alcoholic. Cost me 3 jobs because of alcoholism. My sons to this day refuse to speak to me because I refused to let them join the scouts, and we fought over that issue constantly.

I could care less if the damn Boy Scouts survive bankruptcy or not because you know as well as I do that 10,20 years from now they will be facing the exact same charges. Your Honor please stand up for what is right and just and make these sick people pay for what they allowed to happen to me and thousand others like me. The offer that they made of

$6000.00 is just another slap in the face and adds insult to injury. The BSA and their Insurance companies should be made to dig deep and deeper into their financial resources and pay those of us abused for years, and then had our lifes screwed up for years and years, and pay us a substantial amount of compensation, although it is my believe no amount can ever compensate a person for this type of abuse.

Your Honor, I ask that you stand up for us abused and tell these sick people to pay up and pay up now. This has dragged on long enough and we are not goint to go away.

thank you for your time and for reading this.

Sincerely

