Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE  19801

2021 MAY -3 AM 11: 26

RE:
BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,
Case No. 20-10343 (LSS)

Justice Lauri Selber Silverstein
I respectfully suggest your Honor direct all legal representatives and the corporate officers of the involved insurance agencies and the representatives of the BSA to place, in writing, the amount of money they would accept from a ▇▇▇▇▇▇▇▇ to give permission and allow him to ▇▇▇▇▇▇▇ their child, their children or future children.

These dollar amounts should be made public so we all know where values lie. That should be Survivors Compensation. No Less.

Corporate identities, Corporate structure, and Corporate wealth can be replaced and rebuilt.

But children's lives and self worth can not.
Survivor;





OAKLAND CA 945

26 APR 2021 PM 7 L

U.S.M.S.
X-RAY

Justice Laun, Selber Silverstein
BSA Bankruptcy Case
824 MARKET STREET
6th floor
Wilmington, DE · 19801

19801-493725

