April 28, 2021

Your honorable Judge Silverstein,

My name is ▇▇▇▇▇▇. I am writing to you this letter on behalf of my case involving my past experience of getting sexually abused by a Boy Scout leader, Troop ▇▇▇ - Truth or Consequences, New Mexico, when I was a child. This was not the only sexual abuse incident that has happen to me while I was a child. I was also sexually abused by a priest, while I was an alter boy in the Catholic Church.

I am now 58 years old, and my job occupation to this date, is I am a ▇▇▇▇▇▇ Teacher Assistant for the ▇▇▇▇▇▇ Schools here in ▇▇▇▇▇▇ ▇▇▇▇▇▇. Honestly your honor, it has taken me a long time to address the situations for a long time. In 2012, I was diagnosed with severe "PTSD", and I have been seeing a psychologist ever sense I was diagnosed with severe "PTSD" in 2012. I finally came out to my Psychologists and revealed to her what had happen to me, being

next page →

2

sexually abused by a Boy Scout Leader, and a Catholic priest, as a child? To this day, it has affected me emotionally, mentally, and physically. I still have nightmares (dreams), that when I have these dreams, it feels honestly for real, and I can actually picture these abuses, and wake up so scared, that it is hard to go back to sleep. My psychologist prescribed me meds to control my PTSD, and emotions. Also, your honor, it has affected me before my psychologist's prescribed me my meds in 2012, with depression, stress, and anxiety, to the point where I got the shingles so bad, and ended up in the hospital twice. I am a very spiritual person, and do a lot of praying daily, and most of all try to stay positive, and take care of my health very seriously. I am also a Type 2 diabetic, and take meds daily for this. I am a certified personal trainer, certified tennis instructor, and I am a national ▮▮▮▮▮ player. It helps me to stay healthy, by exercising, and balancing me out as far as my severe PTSD, and

next page ⇒

3

diabetes. My health is very important to me, and it helps me emotionally, physically, and mentally. I so greatful that I have a good job, and I am able to stay healthy, despite my past sexual abuse incidents. One other thing I wanted to share with you, your honor? That I am a recovering alcholic, drug addict, and proud to say today, that I have been sober since 24 years, on October 10, 2020. For my last words, I just ask that you take not only my case, but other cases of abuses of past boy scouts that have affected us, and consider making the decision to understand how it has affected our lives. Thank you sincerely!

Sincerely yours truly,

Case #



EL PASO TX 798
RIO GRANDE DISTRICT
28 APR 2021 PM 2 L

U.S.M.S.
Attn: Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801