Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE  19801



FILED
2021 MAY -3  AM 11: 24
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE



Case:  SA – ▓▓▓▓▓

Honorable Judge Selber-Siverstein,

First, I would like to address the court by saying if the BSA and Insurance Companies like Hartford can continue abusing us.  Then I would like to see the Boy Scouts shut down permanently. Filing Bankruptcy is the coward's way out of everything.  Even for individuals. They need to openly admit that they knew molestations were happening and down nothing to stop it. As reported by the Associated Press and Eugene Register Guard.  The third paragraph notes my abuser ▓▓▓▓▓ admitted to molesting fifteen boys. The article is dated ▓▓▓▓▓▓▓▓▓ via Fox News. I was one of them.  Unfortunate we cannot ascertain any information from him. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

I met ▓▓▓▓▓▓▓▓ Scout Master of troop ▓▓▓▓▓▓▓ Oregon through the ▓▓▓▓▓ LDS church.  He presented to all that he was very trustworthy.  Until it was time to do an overnight camp out.  I declined to go as I did not have my own sleeping bag or tent.  Just before the trip he came to my home and assured my mom and I that he had enough to provide me with a sleeping bag and tent.  Had I known what was to happen later I would never had gone.  As nighttime fell on us and time to turn in.  I found I had not tent.  I was to share with him.  Once in the tent I found I had no sleeping bag.  The reason I was not able to go in the first place. ▓▓▓▓▓ was twice my size leaving little room for me in his sleeping bag. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ I was nervous and uncomfortable.  I did it anyway.  I trusted him.  My mistake.  Not long after wards he ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Letting me know that it was normal.  The next morning while he was still sleeping, I escaped and ran away deep into the woods.  Later I could hear the other boys looking for me as well as him.  I avoided until he caught me, and the others caught up.  I never went camping with him again.

One night I was in my bedroom and heard my mom calling me out.  There he was smiling and wanting to give me a Boy Scout Manual signed by him.  I still have it today to remind me of the rotten born out of wedlock and what he did to me.

Now these other rotten born out of wedlock's want to screw us too.  I have kept this to my self all my life telling no one until recently.  I was reading an article of LDS being sued and told a friend I was one of those LDS molested boys.

It is time that the Boy Scouts of America pay for the crimes they allowed to be committed and the Media to shut the f*** up. I have known what those rape victims go through and why they too do not want to come forward. I too am one of them.

My typed name is my confirmation of this letter. That I ███████████ wrote this letter to be provided to the courts as evidence against the Boy Scouts of America and the insurance companies.

███████████████████████████

DATED April 26th, 2021.

<400>
<400>
<400>
<400>
<400>
<400>
<400>
<400>

<400>
<400>

<400>

<400>
<400>

<400>

<400>
<400>

<400>
<400>

<400>

<400>

<400>
<400>

<400>

<400>
<400>
<400>
<400>

<400>

<400>
<400>

<400>

<400>

<400>
<400>

<400>
<400>

<400>

<400>

<400>
<400>

<400>
<400>

<400>
<400>

<400>

<400>
<400>

<400>

<400>

<400>
<400>

<400>
<400>

<400>

<400>
<400>

<400>

<400>

<400>
<400>

<400>
<400>

<400>

<400>
<400>

<400>
<400>

<400>

<400>
<400>

<400>

<400>

<400>
<400>

<400>
<400>

<400>

<400>

<400>
<400>

<400>
<400>

<400>

<400>
<400>

<400>

<400>

<400>
<400>

<400>
<400>

<400>

<400>
</400>

<400>
<400>

<400>

<400>

<400>

<400>

</400>

<400>




<400>
<400>

Envelope, postmarked 26 APR 2021 PM 3, addressed to:

Justice Laurie Selber Silverstein
BSA Bankruptcy Court
824 Market Street
6th Floor
Wilmington DE 19801