April 27 2021

From claimant ▓▓▓
Rep by AVA LAW

2021 MAY -3 AM 11:23

P1

To: Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

Your Honor,

On one week end as the Troop I was in at age about 10, we had a full Jamboree Practice.

What is the Result of this most unsocial medical condition

#1) I had to Finish Highschool by correspondance

#2) Never had a Highschool Prom to go to

#3) NEVER had a Girl Friend
(They don't like to have a boy friend who smells like a baby with a poopy diaper

#4) NEVER WENT to Highschool graduation
The certificate came in the mail.

#5) Tried working for a living but Employers do not have facilities to change incontinent underwear (diapers) And they hate it when you have a control problem and leave a puddle behind you.
They would RATHER FIRE you. Remember this was 1967 no computers yet no internet no work from home.

#6) No dating of women / no marriage
I do not know where were to find a woman to put up with a incontinent date. They prefer not to.

#6) (A) Have very strong anxiety, seldom sleep more than 2 or 3 hours a night and 4 serious attempted suicides.

#7) College? Very difficult to do by correspondance untill the internet and then not right away till colleges began off campus internet programs. And still difficult to do when all your money each month or most of it goes to medical needs.

#8) What has all of this cost me
   A) Emotionally a great amount
   B) Imbarassment. Bowel accidents often when I was out in public The Park, a movie, a concert, The Theater, at a job in the office pool, in church, etc.
   C) Financially
     (1) Well $400 a month for incontment supplies Diaper Rash Prevention
     (2) $400 × 12 months equals $4,800 a year
     (3) $4,800 yr × 65 years $312,000 up to my 75th birthday May 1st 2021

c) continued

(3) I would in the vary least appreciate the return of my medical expences $312,000. But does that not punish the organization who allowed this to happen and to steal my whole life from me.

(4) If a penalty is proper in this regard I would feel - loss of income for 50 years might be 8 times my medical expences $2,496,000 + the medical $312,000

    2,496,000 Penalty
      312,000 Medical
  $ 2,808,000 total

#9) What is in my future;
Several MDs I know have suggested I could consider a bowel stoma and urinary illiostomy

#9) CONTINUED

IF YOU DO NOT UNDERSTAND, THESE ARE THROUGH THE STOMACH WALL & PELVIS COLLECTION BAGS FOR REROUTED SOLID WASTE & URINE COLLECTION.

#10) IN CLOSE OF THIS LETTER THE RAPE I ENDURED WHICH RESULTED IN A TOTAL CHANGE OF MY LIFE FOR THE WORSE. SEEMS TO BE A CONSTANT PROBLEM FOR BSA. I ENJOYED SCOUTING AND WHAT I LEARNED ABOUT SELF SUFFICIENCY AND SURVIVAL. BUT FOR THE PRICE I PAID, THIS ORGANIZATION NEEDS TO GO AWAY. I WOULD HAVE MUCH RATHER TO HAVE READ A BOOK ON SURVIVAL - THEN HAVE MY LIFE AND MY FUTURE TORN APART.

SINCERELY CLAIMANT ███



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801