Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
Wilmington, DE 19801

2021 MAY -3 AM 11: 20

My name is ▇▇▇▇▇▇▇▇ I was a member of the Club Scouts and BSA in California in the 1960s.

I would like to tell you about myself. I served in the US Army as a Military Policeman for 8 years. I served as a Volunteer Firefighter in ▇▇▇▇▇▇▇▇ for 8 years. I served as a ▇▇▇▇▇ State Trooper for 22 years. As you can tell I am a very strong individual.

While as a Boy Scout I was on a camping trip to Mt. Whitney, California I was abused by my Scout Leader. I have kept this inside of me for over 60 years. I told no one about this.

Now I see the BSA and their insurance companies trying to give lip service and trying to bury any of their potential exposure. While serving as a State Trooper. I had to deal with the Lawyers and Insurance Companies trying to save as much money as possible. I am tired of seeing them get away with this. I believe it is time for them to pay for what they covered up all these years.

It is time for us to be heard.

Thank you.

▇▇▇▇▇▇▇▇

Earth Day 2021
FOREVER / USA
26 APR 2021 PM 5 L   890

JUSTICE LAURI SELBER SILVERSTEIN
BSA BANKRUPTCY CASE
824 MARKET STREET
6TH FLOOR
WILMINGTON, DE 19801

19801-302499




U.S. X-RAY