4-26-21

Dear Justice Silverstein,

I am writing to you to let you know that I am disgusted that the BSA has failed to come forward and deal with the sexual abuse cases. I have had to endure the trauma for over 55 years and now they push us aside like we are trash. This is serious and the BSA should stand up and do what is right for the victims.

Thank you



HARTFORD CT 060
27 APR 2021 PM 1 L

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington DE 19801

U.S.M.S.
X-RAY

19801-302499