CLAIM

Dear Your Honor Justice Lauri Selber Silverstein,
    I'm writing this letter to give my side of the on-
going case with the Boy scouts of america, When I joined
the scouts as a youngster I was looking for a place to
learn about the outdoors & skills of making friends
and helping people, at first it was fine, but it

▮▮▮▮▮▮▮▮▮▮▮▮▮▮

told anyone, I did tell my dad & he said keep
away from him as much as you can I never told any
of my friends as I was embarrest to talk about
it. I went thru life always bothered & thinking
about it & it was hard to find Trusting people,

▮▮▮▮▮▮▮▮▮▮▮▮▮▮

name but after I got out of the service in
1961 I saw him as a Capt. in the Vermont
national guard, so I asked for a discharge, I
did do 6 years in the Marine Corp Reserve and
2 years active army as a SP/4, my belief is
this case should move on an needs to bring
attention to the bad leaders and stop the
abuse of America's kids, a better choosing
of our scout leaders needs to be done a possible
2 scout master leadership would be The Way.
                    Yours Truly

FILED
2021 MAY -3 PM 12: 26



SANTA ANA CA 926

27 APR 2021 PM 1 L

FOREVER / USA

FOREVER / USA

Justice Lauri Selber Silverstein
B.S.A. Bankruptcy Case
824 Market Street
6th Floor
Wilmington De.
19801

U.S.M.S.
X-RAY

19801-302499