FILED
2021 MAY -3  AM 11: 34

Tues, April 27, 21
0405

~~Justice~~ Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St - 6th Floor
Wilmington, DE 19801

REF CLAIM NUMBER:
SA-████

Your Honor,

Forgive me for not knowing the correct protocols for addressing you & the court.

~~In~~ reading my advocate's letter about the events that continue to unfold in the BSA Bankruptcy case I see that Hartford has proposed a settlement. My abuser, my adult scout master, was employed full time as an insurance adjuster for Hartford, and had moved to Petaluma, Sonoma County, from Lowell, Massachus~~etts~~

Sorry your honor, but I ask that you do something to significantly alter the course of this bankruptcy - already 15 months of lawyers making money, while I sit here in ████ with my health failing.

(I NEVER STOOD A CHANCE!)
My scout master coerced & reduced me with forbidden pleasures for a 13-yr old. He overnighted me 3 day weekend with me in his tent out in the nature settings where we went camping every month for 3 full years!

He damaged me so thoroughly & completely that I have never, and likely will never, recovered that child's innocence, entrusted to the BSA & corrupted by the BSA. Ruined. I second guessed my moral compass and my sexuality throughout my adult life. ~~fu~~ By the age of 16 when the 3 years of abuse came to an end I was well and truly twisted by the illness and malice of my abuser, whose sole concern was using me to satisfy his sexual ~~perverse acts~~, all the while professing his love, his monetary support and his sick vision of a world gone wrong.

At the pace of the bankruptcy settlement as it now flounders I realize that I most likely will never live to see any meaningful compensation. I'm in the later stages of COPD, and yesterday learned I now have atrial fibrillation, another serious but treatable problem. I'm on oxygen and my abilities to function, exercise, and just plain stay active are dwindling faster than the pace of this "settlement".

Your honor, I was abused from the summer/fall of 1966 thru the summer of 1969, when at 16 after endless practice sessions of me leaving the BSA and ending the abuser/abused world view I left his orbit -- still close by, as our families were -- but no longer his to abuse. Is the BSA responsible yes, that's agreed, so why can't we move forward starting with the oldest of us first -- seems only fair to my already compromised geriatric ability to practice common sense.

I would love to look in my mirror and see that my country, my court systems, and our judges have done the right thing in a reasonably timely manner. To me it is clear the BSA delays because the longer they delay, the less of the older victims will be around to settle with. For the BSA, it's never been about doing right for the children they pledged to protect -- only about all-mighty dollar, and how to hold on to money they have no moral or spiritual right to.

In a more perfect world this would be done -- now. All parties to pay due to some indecipherable equation. Please expedite this process -- for our' sakes this time.

Respectfully yours,

[signature redacted]

PS ↓

Your honor,

Any notion that some claimants should be excluded due to their ages or the decade in which they suffered their torments is unacceptable. If you allow that, it telegraphs that we are not worth saving — not worth their meaningful apologies accompanied by significant compensation, which truly is the ONLY language they understand!

Please help us end this within a favorable framework sooner rather than later. It should already just be a question of disbursements & written apologies. As you read this, their lawyers and our lawyers are logging billable hours at an obscene rate while we victims have nothing save the dust of the struggle. After treading water my whole adult life, I am finally ready to swim free, please expedite the process while enforcing its integrity for us all.

27 APR 2021 PM

JUSTICE LAURI SELBER SILVERSTEIN
BSA BANKRUPTCY CASE
824 MARKET STREET - 6th FLOOR
WILMINGTON, DE 19801

X-RAY

19801330241