April 29, 2021



Your Honor good Morning,

Thank you for this opportunity to address the court, and with all due respect I convey the following corroborated evidence to you, the court, the BSA, and partnered insurance companies with the following.



My life after the attacks has been shattered.  I questioned my sexuality because of the reactions my body had.  I felt nothing except numb for a very long time.  Intimate relationships have run the gamut of emotions and I sometimes used learned behaviors inappropriately because I didn't understand the dynamics as my first experience with sex was with a male (my attacker). I was engaged young and suffered from depression, anger, and again a lack of learned behavior skills to bolster understanding



the hospital, which was also my employer where I was a practicing surgical technologist, the emergency room physician didn't admit me to the psych ward because of the job I held and the stigma it would bring.  My second and current marriage of 19 years, has been a blessing. ▇▇▇ is very understanding, and I love her very much!  HOWEVER, it has taken me many years of my marriage, many counseling appointments, several hospitalizations, many therapy sessions, ECT Shock treatments three days a week for three weeks then a tapper down of treatments two for two weeks then one, with one maintenance treatment that almost detached my retina to have the courage and stamina to address the root cause and that is RAPE! And all the personage and power it destroys in nanoseconds! You guys want to have at those records, see what the long arduous fallout from childhood RAPE destroys! you want to see the BLOOD! be my guest, but do it through my lawyer ▇▇▇▇▇▇▇▇

Now understand me, I was RAPED as a child! I have spent the better part of my life suffering from clinical depression, stomach ailments, suicidal ideation, and pervasive anxiety along with PTSD. Also, I WANT/NEED the court, the BSA, and associate Insurance companies (Hartford Insurance in the spot lite) to know that the survivors fully understand the BSA and Insurance companies were given extra time in "good faith". If I may further state, an opportunity to vet the survivors "Proof of Claim"; however, instead the two aforementioned entities decided to use this time to make deals behind mine and the other survivors backs! I again! castigate!! fervently!!! the BSA and Insurance companies for the dirty dealing and reducing my pain and suffering to nothing! Pennies on the dollar. The BSA "we want to help" my butt in Macy's window! The BSA wants to help! Then stop trying to limit your liabilities and pay me and the others!!!!!

The continued games that are being played at my expense are causing me to relapse into depression, and I am thinking about suicide again daily. Again, with respect to your Honor, the Court, the BSA, and associated insurance companies: "I HAVE SUFFERED ENOUGH! My fellow brothers have "SUFFERED ENOUGH!" The BSA doesn't care it has again lied. This is a show about limiting their liabilities to the survivors and for God's sake they even announced in the news this great plan! I'm done! You are RAPING ME AGAIN AND NOW IN PUBLIC VIEW! Directly, MAN TO MAN!

To the BSA and associates your time is up! It is in my opinion that time and time again my good faith is used for other means and that I in kind ask the Bankruptcy Court to order the BSA to pay restitution for my RAPE and SHATTERED LIFE and file a viable plan to exceed one hundred and thirty billion dollars, or even more! Because I personally want the limits of all the policies! (You all knew and turned a blind eye) a proper compensation fund or move to Chapter 7 liquidation immediately! And I'll take all the limits of the policy then. There has been nothing but talk about the BSA's and their associates' rights under the Personage Act of the Bill Of Rights. What about our Rights! They MATTER! You have not been RAPED! I have been RAPED! And the law states Federal, State, and Local that if a person (s) or Corporate Entity with a board of trustees thus obtaining personage under the personage act of the Bill Of Rights upon destroying through admitted/ or evidentiary funding of guilt a life it shall make whole that life by duly compensating the victim(s) and entering in to a debtor compensation for VICTIMS relationship. Furthermore, I'm asking that my brothers (fellow survivors) be, without further delay, be duly compensated for their suffering. Likewise, for me PERSONALLY to be compensated, for no less than two million dollars after my lawyers and staff are paid at ████████, and a Men's 18k Gold Presidential Rolex engraved on the back "Presented to ████████ July 4th 2021 as an apology from the BSA". That is what I want, now make it happen! NO MORE GAMES!

End note, I had a cancerous tumor taken out this past summer and amazingly (God's Grace) the margins and lymph nodes came back negative for microscopic spread! NO CHEMO! However, I have no more time for your wiggling around on the hook! Get in the water! Do your job and compensate me for RAPE! VIOLENT RAPE, and the damage to my brain and life as a direct result of VIOLENT RAPE. No more HUMILIATION! No more BACK ROOM DEALS! E...N...O...U...G...H!

Thank you, your Honor, for allowing me to address this Bankruptcy Court and I do hope all involved are staying safe and well. Thank you again.

In closing, an excerpt from out 16th President Abraham Lincoln 2nd Inaugural Address Saturday March 4th, 1865

" With malice toward none; with charity for all; with firmness in the right, as God gives us to see the right, let us strive on to finish the work we are in; to bind up the nation's wounds; to care for him who shall have borne the battle, and for his widow, and his orphan -- ~~to achieve and cherish a lasting peace among ourselves and with the world.~~ to do all which may achieve and cherish a just, and a lasting peace, among ourselves, and with ~~the world.~~ all nations.
[Endorsed by Lincoln:]

Includes changes Lincoln made and obtained from (Washington D.C.: The American Memory Project. [2000-02]).

- "FOR HIM WHO SHALL HAVE BORNE THE BATTLE ".

Respectfully,

█████████████████

April 29, 2021

Your Honor,

As ▮▮▮▮ wife of 19 years, I would like to add to his story. I have watched him valiantly struggle, on a daily basis, with the aftereffects of the sexual abuse he encountered as a child at the hands of the BSA. I can attest to there being many days and nights I didn't know what the result of that struggle was going to be. Can you imagine every day on your way home wondering if your spouse was going to be alive when you got home? Or every time you call and he does not answer the phone you start to panic because you are wondering if today is the day that he lost the fight? Or watch an exceptionally intelligent, gifted man, with immense potential for what his live could have been, and what he could have achieved, struggle to make it through just one more day?

The fact that ▮▮▮ is still alive today is a testament to his faith, his strength and his determination to not let the horrible events of his childhood define him. I am sure many, if not all, of the other individuals who had similar experiences with the BSA, struggle with that same fight.

I ask that you look past the vague numbers of "claimants", and SEE the people and their stories. They are people, and these events forever impacted their lives in many known, and many unknown ways. That needs to be recognized, acknowledged, and the abusers who stole so much for them, need to be held accountable.

Sincerely,

▮▮▮▮▮▮▮▮▮▮



To: Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th floor
Wilmington, DE 19801

Confidential

ReadyPost
Document Mailer