Claimant - ▮
Claim No.- ▮

Judge Silverstein:

This is ▮ from Las Vegas, Nevada. I am writing to you in regards to the Boy Scouts Of America bankruptcy case. I am ▮ client. I implore you to rule favorably for generous compensation for the victims of this sexual abuse.

The B.S.A are monsters. I

I was in therapy for over 12 years as a result of this torture. I am no longer able to work outside the home due to the trauma I suffered.

My family is deceased. I no longer date women and lead a lonely, sad life. I ask Judge Silverstein to award us generous compensation for the permanent damage I and others suffered.

Sincerely,