2021 MAY -4 AM 8:49

To whom it my concern,

So my start with BSA started when I was nine-ten in San Angelo texas on a camping trip on the Concho River one Friday after School my best friend and I were asked to meet at Leaders House apon arival we enlend his house only to find

meetup went to store Beer and sonda camping food pitched tents started fire beers flowing not for me I wouldnt Felt

nothing short of horrific, with withdrawal from life, All my personal relationship fail, Drug and Alchol Addiction, mental problems my entire life I trust none to this Day. So for the BSA to file for Bankruptcy is a complete Failure to admit the Have Ruined thousand of childrens life to not even take Responsibility for ther actions is Appuling at the Least. Not

that any monetary Amout Could Ever Restore my or anyones childhoods or life But they had to Be Held Accoutable for thoes Horrific cRimes thy have commited. The Court is the only medium that we have as victims to hold these people accountable. Please you cant let get away with this.

Sincerly yours,

April 28, 2021

**CERTIFIED MAIL**










Justice Lauri Selber Silverstein
BSA Bankruptcy Court Case 6th Floor
824 market St
Wilmington DE.
19801

U.S.M.S. X-RAY

19801$3024 C012