2021 MAY -4  AM 8: 53

April 27, 2021

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE  19801

Dear Justice Silverstein,

    My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮ and I want to share an ordeal with you that changed my life permanently. Currently I'm being treated for Post-Traumatic Stress Disorder for issues that I encountered as a youth coupled with incidents that occurred during my tenure in military. As a youth I was approached by a friend to come to a scouting trip with them. He talked about all the fun that they were having, and I was so much looking forward to being a part of the scouting experience. When we arrived, we were separated.  I was in another group with ▮▮ ▮▮▮ who seemed to be a nice guy. He made us all laugh and I started to enjoy what I had seen so far. Later that night I was assigned to my sleeping quarters with him and three other boys.  He said, "▮▮▮ you can sleep by me," and then he placed the other boys where he wanted them to sleep. We all fell

would come back again. I told him the next day that I wanted to switch tents with the other boys, but he told me that I couldn't.

I was so afraid to tell anyone what had happened.  The ride

back was one that I would never forget, I sat three chairs behind him on the bus and I noticed that he kept looking back at me to make sure that I wasn't saying anything, all I could do was hold my head down and bit my lips to keep from crying. I was scared that I would accidently tell someone what had happened. I kept that secret to adulthood only revealing it to one of my Chaplains while in the Army. There had been several times that I just wanted to end my life because I felt that no one cared about what happened to a little boy so long ago, I felt that I had to deal with what I was feeling, and I was losing my mind. I recall one time when I was taking pain medicine for my ankle, I thought about just swallowing the whole bottle to end having to think about what I had been through. There were times when I felt less of a man, I felt that I should have taken a chance and tried to yell and maybe someone would have come to my defense, but I was horrified that he would do serious harm to me. I have had to live with the fact that someone had taken a part of me that I will never have back. I have struggled with what kind of man that I have become and to this day still struggle with dreams of this horrible incident. I trusted this guy to be a scout leader and instead he stole my childhood and left me a broken-hearted child. Today, I'm a father of three sons of whom I trust no one alone with them. Since following through with these proceedings, I have finally developed the courage to share this incident with my wife. It took all the courage that I had to tell my wife that me, a grown man, was raped as a child. I had to explain why I kept this secret bottled up inside of me.

Only sharing it with my Chaplin and eventually with my counselor and finally my wife. Today I come forth not only for myself but for the other young boys that people like ███ have stolen their childhood. I think that I may have not been the only one and I owe it to the others who may have been raped. My only concern is that will the BSA step up to the plate and do the right thing. After my learning that they were aware of people like this who preyed on young defenseless children who had looked up to them, children who believed in them and the scouting code that they were supposed to represent. I want them to if not for a moment close their eyes, imagine that there is this scouting event on any given weekend. And their own sons were participating in the event, and they were in the same tent with ███ and God forbid, but he did the same thing that he did to me, how would they feel. I never told anyone out of fear that this guy would do something to me, I never told my father who is deceased now, not my mother, nor my siblings. Now I'm telling the ones who were responsible for protecting me from the moment that I chose to participate in scouting. I'm asking BSA to not turn their backs on us again, do the right thing, if asked if I could have put a price on what was stolen from me and being the broken man that I am today BSA couldn't afford it. But to be neglect a second time and not try to compensate us for what "they" allowed to happen to us is unspeakable.

Sincerely,

