FILED

SA-████████    MAY -4  AM 8: 56    4-26-2021

CLERK
US. BANKRUPTCY COURT
DISTRICT OF DELAWARE

To Whom It May Concern:

████████████████████████████

WAS IN THE BOY' SCOUTS
OF AMERICA AS AN
ADOLESCENT IN ENGLAND.

MY FATHER WAS STATION
AT R.A.F. WETHERSFIELD.

THE BOY SCOUTS SENT MYSELF,
AND OTHER YOUNG BOYS,
TO CAMP MOHAWK FOR
SWIMMING LESSONS AND OTHER
TRAINING.

WHILE STAYING AT CAMP MOHAWK,
MY TENT MATE AND I WERE
AWOKEN ONE EVENING BY A
SCOUT MASTER.

████████████████████████████
████████████████████████████
████████████████████████████
████████████████████████████

4-26-2021

WE COMPLIED OUT OF FEAR,
AND SHOCK.

IN THE MORNING AT LINE
UP, HE STARED US DOWN
AND WIPED HIS FINGER
ACROSS HIS LIPS, AS TO
SAY HUSH.

UPON RETURNING HOME TO RAF
WETHERSFIELD, I FELT TERRIBLE
AND NEVER SAID A WORD TO
MY PARENTS OR POLICE.

I DIDN'T THINK ANYONE WOULD
BELIEVE ME, SO I REMAINED
SILENT ABOUT WHAT HAPPENED.

4-26-2021

AS A RESULT, I'VE SUFFERED
FROM SUBSTANCE ABUSE,
FAILED RELATIONSHIPS WITH
WOMEN, AND INCARCERATION
AS A YOUTH.

LATER IN LIFE I COMPLETED
COLLEGE IN CRIMINAL JUSTICE
AND ALCOHOL AND DRUG
STUDIES.

I WORKED 25 YEARS WITH
ADOLESCENTS/ IN PSYCHIATRIC
FACILITIES IN IOWA, NEBRASKA
AND NEVADA.

I HAVE CREDENTIALS IN SEXUALLY
DEVIANT BEHAVIORS, VICTIMS OF
SEXUAL ABUSE, AND CRIMINALITY.

SHOULD YOU REQUIRE ANY ADDITIONAL
INFORMATION, I WILL GLADLY
PROVIDE IT TO YOU.

KIND REGARDS,

# SINESS

## l Gold's net me declines

quarter of the prior fiscal
year.

Revenue from Robinson
totaled $1.8 million, down
from $4.4 million last year.

Denver-based Royal Gold
also benefited from new
production from the
Peñasquito Mine in Mexico
operated by Goldcorp, and
the Dolores Mine in Mexico
operated by Minefinders.

Jensen said Barrick's
announcement Thursday
that it was going forward
with the Pascua-Lama
Project on the border of
Chile and Argentina was
good news, because Royal
Gold has a royalty on
Pascua-Lama.

The net smelter royalty is
on a sliding scale that would
be as high as $1.08 per ounce
at an $800 gold price or as
low as 0.16 percent if gold is
at $325 an ounce. The royalty
is on all gold production on
the Chile side of the project.



DONATION

## Barrick donates van to Bootstraps program

Ross Anderson/Elko Daily Free Press





CERTIFICATE OF ACADEMIC ACHIEVEMENT

Dean's Scholars List

awarded to

for maintaining a GPA of 3.25 or higher for 18 consecutive semester hours in the major.

Dean, College of Professional Studies

Date



UNIVERSITY OF SOUTH DAKOTA

Department of
Alcohol and Drug Studies

hereby certifies that

has successfully completed
the requirement for the
Professional Associate Certificate

Chairman, Alcohol and Drug Abuse Studies Department

Date



# COUNTY OF SANTA BARBARA
## CALIFORNIA

IN THE ████ ██ ██ COMMENDATION FOR }

WHEREAS, the Department of Labor has honored exemplary work experience participants across the Country for accomplishments in the ████ Summer Youth Employment Program; and

WHEREAS, ████████████ a summer enrollee in the Community Action Commission's summer out-of-school program has been selected as the outstanding ████ Summer Youth Employment Program participant in Santa Barbara County; and

WHEREAS, ████████ served as a teacher aide in the Work Training Program, Incorporated, provided direct aid to developmentally disabled, emotionally disturbed and handicapped young adults in a proficient and highly competent manner; and

WHEREAS, as a result of his participation in Summer Youth Employment Program, ████████ returned to school, continued his work with his summer worksite, and is now gainfully employed; and

WHEREAS, ████████ is illustrative of hundreds of other Summer Youth Employment Program enrollees who participate each summer in similar activities.

NOW THEREFORE, BE IT AND IT IS HEREBY ORDERED AND RESOLVED that this Board of Supervisors commends ████████ for his achievements resulting from his enrollment in Summer Youth Employment Program and warmly congratulates him on his designation as outstanding participant in the ████ Summer Youth Employment Program.

Passed and adopted by the Board of Supervisors of the County of Santa Barbara, State of California, this ████████████████, by a unanimous vote of all members present.



ATTEST: _Howard C. Menzel_
Clerk of the Board

_____ Supervisor ~ 1st District
_____ Supervisor ~ 2nd District
_____ Supervisor ~ 3rd District
_____ Supervisor ~ 4th District
_____ Supervisor ~ 5th District



## THIS HEREBY CERTIFIES THAT

███████████████████

## HAS SUCCESSFULLY COMPLETED

### the workshop

*"Protecting Our Children-It's The Law!"*

███████████████████

Pam Boruff, Victim-Witness Spec.
United States Attorney's Office
District of Nebraska

# Bellevue University

1000 Galvin Rd. S.
BELLEVUE, NE 68005
OFFICE OF THE REGISTRAR

**Permanent Academic Record**

Date Printed:

Page 1 of 1

Degree: B.S.
Honors:
Majors: Criminal Justice Admin
Minors:

Degree:
Honors:
Majors:
Minors:

Student is in good standing and is eligible to return unless otherwise stated. This transcript is not official unless it bears the signature and impression seal of the Registrar.

Student Name:
Former Name:

High School:
HS Location:

Previous College:
Previous Degree:

HS Grad Date:

Date:

| Course | Course Title | Grade | Hrs. Attemp. | Hrs. Earned | Grade Points | GPA |
|---|---|---|---|---|---|---|
| | Admitted to: Bachelor Candidate. Matriculated | | | | | |
| | SANTA BARBARA CITY COLLEGE | | | | | |
| | Transfer Credits Accepted | | | 2.0 | | |
| | BRIAR CLIFF COLLEGE | | | | | |
| | Transfer Credits Accepted | | | 2.0 | | |
| | UNIVERSITY OF SOUTH DAKOTA | | | | | |
| | Transfer Credits Accepted | | | 61.0 | | |
| | | | | 61.0 | | |
| | WESTERN IOWA TECHNICAL CC | | | | | |
| | Transfer Credits Accepted | | | 18.0 | | |
| | | | | 18.0 | | |
| | DANTES SUBJECT EXAMS | | | | | |
| | Transfer Credits Accepted | | | 6.0 | | |
| | | | | 6.0 | | |
| FPS SEPTEMBER | BS Criminal Justice Admin. | | | | | |
| | Transfer Credits Accepted | | | 3.0 | | |
| | | | | 3.0 | | |
| CJAC 302 Overview of Criminal Just Syst | | B+ | 3.0 | 3.0 | 9.9 | |
| CJAC 303 Mgmt Principles for Criminal J | | B+ | 4.0 | 4.0 | 13.3 | |
| CJAC 304 Ethics, Policy & Law in CJ | | B+ | 4.0 | 4.0 | 13.3 | |
| CJAC 307 Research & Statistics | | B+ | 4.0 | 4.0 | 13.3 | |
| CJAC 310 CJ Human Resource Allocation | | A | 3.0 | 3.0 | 12.0 | |
| CJAC 420 Facility & Material Mgmt of CJ | | A | 3.0 | 3.0 | 12.0 | |
| CJAC 421 CJ Agency Accounting/Finance | | A | 3.0 | 3.0 | 12.0 | |
| CJAC 425 Information Management in CJ | | A | 3.0 | 3.0 | 12.0 | |
| CJAC 430 Strategic & Tactical Plan Sys | | A | 3.0 | 3.0 | 12.0 | |
| CJAC 440 Special Topics in CJ | | A | 3.0 | 3.0 | 12.0 | |
| CJAC 450 Special Problems in CJ | | A | 3.0 | 3.0 | 12.0 | |
| | TERM TOTALS | | 36.0 | 36.0 | 133.9 | 3.721 |
| | CUMULATIVE TOTALS | | 36.0 | 127.0 | 133.9 | 3.721 |
| | Degree Requirements Completed: | | | | | |
| | Bachelor of Science in Criminal Justice Admin | | | | | |
| | ***** END OF TRANSCRIPT TO DATE ***** | | | | | |

*Registrar's Signature*   Phillip E. Chapman

| Course | Course Title | Grade | Hrs. Attemp. | Hrs. Earned | Grade Points | GPA |
|---|---|---|---|---|---|---|





**JIREH**
**CONSULTING AND TRAINING**

# CERTIFICATE OF TRAINING

### THIS IS TO CERTIFY THAT

HAS SUCCESSFULLY COMPLETED AND HAS PASSED A

16 HOUR TRAINING COURSE IN:

## SAFE PREVENTION PRINCIPLES AND TECHNIQUES

Crisis Prevention



UNITED STATES OF AMERICA

DEPARTMENT OF STATE

## Consular Report of Birth Abroad

### OF A CITIZEN OF THE UNITED STATES OF AMERICA

This is to certify that

Sex MALE, born at RUISLIP, MIDDLESEX, ENGLAND, UNITED KINGDOM,

Acquired United States CITIZENSHIP at birth as established by documentary evidence

Presented to the Consular Service of the United States at

*In testimony whereof*

MOTHER/FATHER/PARENTS

Assistant Secretary for Consular Affairs

Date of Issuance

THIS CERTIFIES THAT

**STATE OF IOWA**

AS  PSYCHIATRIC SECURITY SPECIALIST
CIVIL COMMITMENT UNIT FOR SEXUAL OFFENDERS

**ST. LUKE'S**
Regional Medical Center
Sioux City, Iowa 51104

**Certificate of Achievement**

THE CHILD WITH FETAL ALCOHOL SYNDROME

Has completed a

2.75 Hour Class in

Record of Attendance Only

Starting Date

Ending Date

Instructor

Director





**STATE OF**
# IOWA

**THOMAS J. VILSACK, GOVERNOR**
**SALLY J. PEDERSON, LT. GOVERNOR**

**DEPARTMENT OF HUMAN SERVICES**
JESSIE K. RASMUSSEN, DIRECTOR

[REDACTED]

Gordon Recovery Center
Attention Cliff Millard
800 5ᵗʰ Street, Suite 200
Sioux City, IA 51101

## NOTICE OF DECISION

### Decision
The Iowa Department of Human Services (DHS) has completed a record check evaluation on [REDACTED] DHS determines that [REDACTED] may work in any capacity at Gordon Recovery Center. The rationale for this decision is explained below.

### Background
[REDACTED] s a potential employee of Gordon Recovery Center, a substance abuse facility in the state of Iowa. Iowa Code 125.14 requires a DHS record check evaluation for employees and potential employees of such facilities. A person who has a record of a criminal conviction shall not be employed, unless the department's evaluation of the crime concludes that the crime does not merit prohibition of employment.

### Record
The record check reveals the following convictions:
- Operating While Intoxicated, [REDACTED]
- Operating While Intoxicated, 2ⁿᵈ offense, [REDACTED]

### Evaluation
DHS has considered the following factors in its evaluation:
- the nature and seriousness of the crime in relation to the position held
- the time elapsed since the crime
- the circumstances under which the crime was committed
- the degree of rehabilitation
- the likelihood that the person will commit the crime again
- the number of crimes

HOOVER STATE OFFICE BUILDING - DES MOINES, IA 50319-0114

- Record Check Evaluation Decision ███████████

Page 2

These crimes indicate serious errors in judgment. However, the most recent conviction was more than nine years ago, and ████████ has taken appropriate steps to rehabilitate himself. For these reasons, DHS concludes that these crimes do not merit prohibition of employment. ████████ may work in any capacity at Gordon Recovery Centers.

Sincerely,

*Becky Fitz Flores*

Becky Fitz Flores
Group Care Program Manager
Division of Adult, Children, and Family Services



# State of Iowa

## DEPARTMENT OF INSPECTIONS AND APPEALS

### CERTIFICATE OF LICENSE

### FOR A PSYCHIATRIC MEDICAL INSTITUTION FOR CHILDREN

*This is to certify that a license is hereby granted to*

*Located at*

*conduct and maintain a Psychiatric Medical Institution For Children of the category indicated in accordance with Iowa Code Chapter 135H and the rules and regulations promulgated thereunder. This license shall not be transferable or assignable except with the written approval of the State Department of Inspections and Appeals, and shall be subject to revocation for failure to comply with the rules and regulations promulgated under this law.*

*In Witness Whereof, we have hereunto set our hands and seal of the Department of Inspections and Appeals*

By _____

Kevin W. Techau, Director

Post At Entry



**BRIAN SANDOVAL**
Governor

**STATE OF NEVADA**

**MICHAEL J. WILLDEN**
Director

**DIANE J. COMEAUX**
Administrator



### DEPARTMENT OF HEALTH AND HUMAN SERVICES
## DIVISION OF CHILD AND FAMILY SERVICES
#### 4126 Technology Way – 3rd Floor
#### Carson City, Nevada  89706
#### (775) 684-4400



This letter serves as the Division of Child and Family Services' formal offer of employment to you for the position of Group Supervisor I located at ⬛⬛⬛⬛⬛⬛⬛⬛⬛ This position is allocated at pay grade 29, Step 01 and has an annual gross wage of $34,598.16.  The bi-weekly wage is $1,325.60. This wage reflects retirement contributions by the employee/employer.  The employer paid only contribution plan is available with a reduced gross salary.

The position has a one year probationary period, with performance evaluations required at the end of the 3rd, 7th and 11 months of employment.  If the 11th month review is rated as standard or better, you will be placed on permanent status on your anniversary date.  You may not receive a paycheck for one (1) month after employment.  The pay schedule is every other Friday, which means you work two (2) weeks and receive your paycheck two (2) weeks later.

Please be aware that merit increases have been suspended until further notice to help mitigate budgetary shortfalls caused by the current economic situation.  We anticipate that merit increases will be reinstated once the economic situation improves sufficiently.

Additionally, until further notice your annual salary will be reduced by approximately 2.3 percent because you will be required to take the equivalent of six (6) days of unpaid leave annually.  This action is also being taken to help mitigate budget shortfalls.

Conditions of employment with DCFS require you to agree to a criminal background check.  Employees are responsible for the fingerprinting costs (approximate cost is $71.25).  You are also required to undergo a Child Abuse and Neglect Central Registry search.  There is no cost for this search.

# Bellevue University

By Charter of the State of Nebraska and upon the recommendation
of the Faculty and Administration, the Board of Directors of Bellevue University
authorizes the award of the

## Bachelor of Science

degree to



with all Rights, Privileges, and Responsibilities pertaining to it and has granted
this diploma as evidence of admission to the baccalaureate scholastic rank.

In Testimony Thereto, we have subscribed our names, confirmed by the Seal
of the University in Bellevue, Nebraska, this



Susan Scott
Chair of the Board

President



# Certificate of Completion

*has completed the online course*

*Respectful Communication with LGBTQI Youth*

*Presented by the National Institute of Corrections*

*on* ▮▮▮▮▮▮▮▮▮ *with a score of N/A*

*Training hours: 1*

Jim Cosby, Director, NIC

## *Pyramid Lake Paiute Tribe*
*Post Office Box 256*
*Nixon, Nevada 89424*
*Telephone: (775) 574-1000 / 574-1001 / 574-1002*
*FAX (775) 574-1008*



The Pyramid Lake Paiute Tribe received your letter requesting permission for permission to camp at Pelican Point at Pyramid Lake on ▮▮▮▮▮▮▮▮▮▮▮ Your group includes 8 young adults from the Owyhee Indian Colony. The request is approved and the camping fees are waived.

Please have this letter in your possession while camping at Pyramid Lake. We hope your group has an enjoyable time.

You may contact ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ to ask if they may be able to speak to your group.

If you have any questions feel free to call me.

Sincerely,



/gw
Copy to:     Tribal Rangers
             Tribal Police
             Emergency Response
             file

# Pi Gamma Mu





*This is to certify that*



*has completed with all the requirements of the constitution and statutes pertaining to membership in the*

## International Honor Society in Social Sciences

### Pi Gamma Mu

*and was elected to the*

## Nebraska Eta chapter located at Bellevue University

*In Testimony Whereof, we have hereto affixed our signatures and the Great Seal of the Society, this*



Sheldon E. Waters
INTERNATIONAL PRESIDENT

Sue Watters
INTERNATIONAL EXECUTIVE DIRECTOR

Dr. Jeffrey Smith
COLLEGIATE CHAPTER PRESIDENT

Professor Clement Klaphake
COLLEGIATE CHAPTER SECRETARY



# Certificate of Completion

CROSS COUNTRY UNIVERSITY · EST 1995

is issued to

for participation in the course

## Anxiety Disorders: Research, Diagnosis and Treatment

conducted in Reno, NV, on

*Jean S Shinners*

Jean S Shinners, MSN, RN, CCRN
Director for Learning
Cross Country University, a Division of Cross Country Healthcare, Inc




Greg D. Greene
President
Cross Country Education, Inc.

7.2 contact hours for nurses are awarded. Cross Country University, a Division of Cross Country TravCorps, Inc. is accredited as a provider of continuing nursing education by the American Nurses Credentialing Center's Commission on Accreditation. Cross Country University is an approved provider with the Iowa Board Of Nursing, approved provider #328. This course is offered for 7.2 contact hours. Cross Country University is approved by the California Board of Registered Nursing, Provider #CEP 13345, for 7.2 contact hours. Cross Country University is an approved provider by the Florida Board of Nursing provider #50-3896. This course is offered for 7.2 contact hours. This program has been approved by the Commission for Case Manager Certification for 6 clock hours of continuing education (approval #594S126534). Cross Country Education, Inc. is approved by the California Board of Behavioral Sciences to provide continuing education in California (approval # PCE 3359). Course meets the qualifications for 6 hours of continuing education credit for MFTs and/or LCSWs as required by the California Board of Behavioral Sciences. Licensed social workers in other states should contact their individual state jurisdiction to review the current approved continuing education requirements for relicensure or renewal. Cross Country Education is recognized by the California Board of Registered Nursing (provider #CEP 13345). Cross Country Education, Inc. has been approved by the California Board of Registered Nursing (provider #13345). The program has been approved by the California Board of Social Work and/or National Association of Social Workers (provider #5904). Cross Country Education, Inc. adheres to NBCC Continuing Education Guidelines. This program has been recognized by the National Board for Certified Counselors to offer 6 hours of continuing education for National Certified Counselors (provider #5904). Cross Country Education, Inc. is an approved provider by NAADC Approved Education Provider Program (Provider #389). This course is offered for 6 contact hours. Cross Country Education, Inc. is approved by the American Psychological Association to offer continuing education credit for psychologists. Cross Country Education, Inc. maintains responsibility for this program. This course is offered for 6 contact hours. Cross Country Education, Inc. is approved by the State of Nevada Board of Examiner for Marriage & Family Therapist for 6 contact hours Approval #013MFT04. Cross Country Education, Inc. is an approved provider for psychologists. Cross Country Education, Inc. maintains responsibility for this program. This program offers 6 CE credits for psychologists. This seminar qualifies for 6 continuing education hours as required by many national, state and local licensing boards and professional organizations. Save your course outline and certificate of completion, and contact your own board or organization for specific filing requirements.



CROSS COUNTRY EDUCATION · EST 1995

License #_____  Your SS#:_____  Your Home Address:_____

1645 Murfreesboro Road  *  Suite J  *  Nashville, Tennessee 37217  *  1-800-397-0180



| | | |
|---|---|---|
| **Forest**<br>**Service** | **Albuquerque Service Center**<br>**Human Resource**<br>**Management** | **ASC-HRM**<br>**3900 Masthead St NE**<br>**Albuquerque, NM 87109**<br>**Voice: (877) 372-7248** |

Congratulations!   We are pleased to confirm your acceptance to the following position:

> Position Title: Social Services Assistant
> Series/Grade: GS - 0186 - 7/1
> Planned Target Grade: 7
> Tour: Fulltime
> Organization: BUSINESS OPERATIONS, SENIOR, YOUTH, AND VOLUNTEER
PROGRAMS, JOB CORPS NATIONAL OFFICE, TRAPPER CREEK CIVILIAN
CONSERVATION CENTER, RESIDENTIAL

> Salary: $38790.00 Yearly
> Type of Appointment: Career-Conditional

A copy of your position description will be given to you by your supervisor so that you will have specific information on your duties and responsibilities. Your supervisor will meet with you to establish your performance elements and individual development plan (FS-6100-2) within 30 days of your appointment.

The full performance level of this position is the GS-0186-07, and has no promotion potential.

This position requires you to obtain a CDL with passenger endorsement within 90 days of appointment. Employees who for personal reasons fail to begin or complete the required CDL training within 90 days, will be held liable for tuition and all associated CDL training costs and may be subject to termination from this position.

This is a Testing Designated Position (TDP). Selectee must submit to a urinalysis to screen for illegal drug use prior to appointment and random testing thereafter.

To expedite the process of preparing the forms you need to begin working, the Forest Service has created a website named eForms.  The information you enter there is kept secure and private.

On any Internet-capable PC, browse to https://eforms.gdcii.com/. Access your page with the following log-in User ID and the Password

  

# CERTIFIED CHANGE AGENT

## THIS CERTIFIES THAT

### HAS SUCCESSFULLY COMPLETED THE COURSE IN THE

### FORWARD THINKING INTERACTIVE JOURNALING® SERIES

THIS PROGRAM IS APPROVED FOR 13 CONTACT HOURS THROUGH NAADAC, PROVIDER #341

DATE OF TRAINING

SENIOR VICE PRESIDENT OF SALES AND TRAINING
/SCOTT COVERT



The **Change** Companies®
5221 Sigstrom Drive • Carson City, Nevada 89706



## *Certificate of Completion*

█████████

*has completed the online course*

*PREA: Investigating Sexual Abuse in a Confinement Setting*

*Presented by the National Institute of Corrections*

*on* ███████

*Training hours: 3*

Jim Cosby, Director, NIC



**Certificate of Completion**

has completed the online course

*PREA: Your Role Responding to Sexual Abuse*

*Presented by the National Institute of Corrections*

on ▮▮▮▮▮ with a score of 87%

Training hours: 3

Acting Director



University of Nevada
Cooperative Extension



We are very pleased to offer you a position as the Battle Mountain Bootstraps Job Coach with the University of Nevada Cooperative Extension. We firmly believe that your addition will add substantially to the already excellent faculty in Cooperative Extension.

The specific terms of your employment include the following:

1.  Your starting date is
2.  The base salary is $50,000.
3.  You are entitled to enroll in the State of Nevada Public Employees' comprehensive health insurance plan and will be required to participate in a mandatory retirement plan.

If these terms are acceptable please sign below.

If you have any questions regarding any details of this position, please contact                    at

I look forward to working with you and a great Bootstraps program!

Kind regards,

**Northern Nye and Esmeralda Counties**
P.O. Box 231
475 Saint Patrick Street
Tonopah, NV 89049-0231
(775) 482-5001
Fax - (775) 482-5396
http://www.unce.unr.edu/nonyeesmeralda/    **A Partnership of Nevada Counties, University of Nevada and U.S.D.A.**



**LYON COUNTY HUMAN RESOURCES**
**Human Resources Management**
**Payroll and Employee Benefit Plans Administration**
**Labor Relations**

27 South Main Street
Yerington, Nevada 89447
**Phone:** (775)463-6510   **Fax:** (775)463-6500

█████████

RE: Employment Verification █████████

To Whom It May Concern:

█████████ worked for Western Nevada Regional Youth Center as follows:

- Start Date: ████████████████████████████

- Position: Group Counselor II

- Ending Salary: $18.55 per hour/$38,584 per year

Regards,

*CD R*

█████████

Att: Verification of Employment

## NEVADA SYSTEM OF HIGHER EDUCATION
## TERMS OF EMPLOYMENT FOR FACULTY
### INSTITUTION:  UNIVERSITY OF NEVADA, RENO



| Preparer | |
| --- | --- |
| Phone | |
| Date | |
| Mail Code | |

| | |
| --- | --- |
| Name | |
| Title | Bootstraps Battle Mountain Job Coach |
| ID | |
| Department | Central/Northeast Area |

**College/School** University of Nevada Cooperative Extension

**DEFINITION:** Faculty are considered part of the professional staff as defined by the Nevada System of Higher Education *Code.*

**CONDITIONS OF APPOINTMENT:**

| | | | |
| --- | --- | --- | --- |
| Contract Type | A | Faculty Type Temporary Faculty, Other | Rank/Range 0(1) |
| Base Salary 50,000.00 | | Contract Amount 16,666.68 | FTE 1.0 |
| Beginning Contract Date | | Ending Contract Date | |
| Tenured no | | Date Tenured | |

| | | | |
| --- | --- | --- | --- |
| Tenure Eligible | | Total years toward tenure at the completion of this contract | 0 ; of this total, |
| Non Tenure Track | X | years of credit granted for service at another institution | 0 |

If for any reason the employee should fail to complete this contract, payment will be prorated according to institutional policies.  The Nevada System of Higher Education reserves the right to correct clerical errors that may occur in this document and deduct any overpayments from future paychecks.  Failure to commence employment by the beginning of semester will necessitate prompt repayment of all monies previously paid under this contract.

**Position Reassignment for Administrators**

For administrators only, and except for academic rank, the title and position designations contained herein are descriptive only and the administration retains the right to reassign personnel ____ titles, positions, and duties within the employing institution for which such personnel, in the judgment of the administration, are qualified.

☑ If the following paragraph is applicable this box will be checked.  Your initials will indicate acceptance.  Notwithstanding any provision of the NSHE *Code*, including but not limited to Section 5.9.1, if, in the best judgment of the supervisor, with approval of the appointing authority, funds for this position are no longer available or must be directed to other purposes, this contract may be terminated or notice of non-reappointment to employment may be given with 30 days notice which may include any accrued annual leave.

☑ If the following paragraph is applicable this box will be checked.  Your initials will indicate acceptance.  Notwithstanding any provision of the NSHE *Code* to the contrary, this contract is a temporary contract **only** and will not be continued beyond the ending date above.  The employee is not entitled to or guaranteed additional employment contracts in the future.

**REMARKS:**

Employee will be the job coach for the Lander County Bootstraps program and work an average of 40 hours per week.

Employee:  Check if applicable

☑ I was/am a member of the Public Employees Retirement System of Nevada.

☐ I am retired under the Public Employees Retirement System of Nevada.

☐ I am currently employed by another campus or unit of Nevada System of Higher Education.
Please circle the appropriate campus(es) or unit(s):  (System Administration, CCSN, DRI, GBC, NSC, TMCC, UNLV, UNR, WNCC)

The Nevada System of Higher Education *Code* requires that all terms and conditions of employment be specified in this document.  Any other terms, understandings, promises, prior negotiations or representations, or conditions not specified in this document or in the REMARKS section above, or attached to and made a part of this contract by reference in the REMARKS section above, shall not be considered a part of the contract of employment.

The Nevada System of Higher Education *Code*, the official document governing personnel matters and procedures concerning the professional staff, is a regularly published document and is available at each institution.  Only the *Code*, Title II of the Board of Regents Handbook, exclusive of any bylaws or other policies, is incorporated herein and by this reference made a part of this contract.  This contract is not binding on any legal effect until duly executed ____

I have reviewed this document and find it to be satisfactory.
I recommend the document for approval and signature.

| | |
| --- | --- |
| Recommending Authority | Date |
| Recommending Authority | Date |
| Recommending Authority | Date |

Accepted on behalf of the Nevada System of Higher Education thereby making this document a contract:

For Appointing Authority,                                    Date
President of the Institution



University of Nevada, Reno
Statewide • Worldwide



Welcome to the University of Nevada, Reno.  A new job is an exciting experience, both for you and the University.  We are having a New Faculty Orientation on ███████████████ to help you get off to a good start.  It begins at 4:00 pm on ███████████████ in the Joe Crowley Student Union Ballroom on the fourth floor and continues on ███████████████ beginning at 8:00 a.m.  Refreshments and lunch will be provided.

Topics include a variety of things you should know about:

• Policies regarding promotion, tenure, merit, research, computer access and email

• Teaching and characteristics of the UNR curriculum

• Insight from former new faculty

• Student demographics at UNR

• Teaching and Learning Technologies including on-line learning and Web CT

• Exhibits about computing, media, library, benefits, parking, and other services you will use

The agenda is attached.

This orientation has been conducted for several years and is continually being refined in response to the experiences of new faculty from previous years.  The UNR Faculty Senate assists with the orientation and encourages your participation.  **Please rsvp your attendance by** ███████████████ ███████████████ so that the proper number of lunches can be ordered. Also, please let us know if you have any special dietary needs.

Sincerely,



tt

attachment

**Office of the Provost**
110 Clark Administration Building
University of Nevada, Reno/005
Reno, Nevada 89557-0001
(775) 784-1740 main
(775) 784-6220 fax



**Tony Morris** talks about the security at the Civil Commitment Unit for Sexual Offenders while giving a tour of the facilities in Chero- kee, Iowa, Monday. The unit was moved from Oakdale, Iowa. (Staff photo by Jim Lee)

# Sex offenders unit dedicated

## Unit provides new use for historic mental health complex

**By Mike Koehler**
Journal staff writer

CHEROKEE, Iowa – The Civil Commitment Unit for Sexual Offenders, a new facility to treat dangerous sexual predators, was dedicated Monday in Cherokee.

There was no traditional ribbon-cutting ceremony. The only ribbon to be found was coiled razor ribbon around the double fence surrounding a remodeled wing with beefed-up security at the Cherokee Mental Health Institute. While the security measures make it look like a prison from the outside, CCUSO is more accurately described as a treatment facility for sexual offenders. There are no inmates; instead they are called patients because they are being treated, not warehoused, said Dr. Jim Gardener, director of the program.

"The litmus test for everything we do is safety, and we've gone the extra mile to make sure this facility is safe for patients, safe for staff and safe for the community," said Kevin Concannon, director of the Iowa Department of

# Cherokee will gain 57 jobs

**By Tim Gallaghe**
Journal staff writer

CHEROKEE, Iowa – Cherokee County nearly topped Siouxland in a dubious category three years ago. The statistic: Population lost during the 1990s.

"We were fourth in the state for population loss," said Mark Buschkamp, executive director of the Cherokee Area Economic Development Corp. "That really was probably a wake-up call for people."

Buschkamp is happy to report the population is at 5,410 now in this county seat community, that's up 51 residents from the 2000 Census.

And more will be settling as the Mental Health Institute – years ago the community's largest employer – becomes the new home for Iowa's Civil Commitment Unit for Sex Offenders. The facility will bring 57 jobs to town, paying $30,000 to $40,000.

"That's generally the head-of-household wage range," Buschkamp said. "Hopefully we'll see a resulting increase in property values, home sales and increased school enrollment."

While immediate plans call for the unit to house 38 sexual predators, this is a growth industry in

Iowa. The unit started with only five sexual predators four years ago.

"This has brought some job security to people here," Buschkamp said, noting that other mental health units have been targeted for downsizing. Cherokee's facility, he added, could have been a victim of those cuts.

Two lobbying efforts, called "Cherokee County Days," directed at the Iowa Legislature may have played a vital role in landing the CCUSO unit.

"They lobbied about things like Highway 20 and the Boys Home, which didn't happen here (it expanded in Toledo, Iowa). The state did ask us about CCUSO and the folks here said they'd look at it."

In time, Iowa helped make $5 million worth of improvements at MHI, $2.1 million which went to help renovate the facility and move the CCUSO program.

"We could remodel the facility here for $5 million or build something new elsewhere for $45 million," Buschkamp said. "Plus, things like our maintenance and food staffs were already in place. It makes sense."

MHI employs more than 200 at the campus in

SEE MORE JOBS
continued on page A3



Fields of Opportunities

# STATE OF IOWA

**THOMAS J. VILSACK, GOVERNOR**
**SALLY J. PEDERSON, LT. GOVERNOR**

DEPARTMENT OF HUMAN SERVICES
KEVIN W. CONCANNON, DIRECTOR



You were selected for a position with the Civil Commitment Unit for Sexual Offenders, as a Psychiatric Security Specialist. You will begin your employment with us on ▮▮▮ and are expected to report to Cherokee Mental Health Institute on Monday, ▮▮▮▮▮▮▮▮▮ for orientation training. Your training schedule will be from 8:00 a.m. to 6:00 p.m. Monday through Thursday for that week. After your training period, you will report to the Oakdale facility and you will continue to work there until the Unit moves to Cherokee. While working at the Oakdale facility you will be eligible to receive reimbursement of hotel expenses up to $45.00 per day, 10 hours of weekly travel time, 285 miles of travel each way once a week, and per diem expenses of $23.00 per day until we relocate to Cherokee, Iowa.

Your employment will be governed by Rules of the Iowa Department of Personnel. Your starting salary will be $14.93/hour. You will be eligible for a step increase six months after your starting date. Your work schedule in Oakdale will be assigned during your training at Cherokee. Schedules are tentative and may need to be adjusted during the transition of the program to Cherokee. Permanent work schedules will be posted within 90 days of the completed move to Cherokee. Employees will bid on these schedules according to seniority. Employment is conditional upon confirmation from a NCIC history check to ensure you do not have a history of adult/child abuse or other criminal history.

We have a cafeteria where meals are served or you may bring your meals if they are brought into the Oakdale facility in a clear, see-through container.

If there is any question or dispute about this offer of employment, please call me at ▮▮▮▮▮▮▮ Please read below and sign and date. Return in the enclosed envelope at your earliest convenience.

Sincerely,

----------------------------------

▮gree to the terms outlined.

te: ▮▮▮

STATE OF CALIFORNIA                                                                          EDMUND G. BROWN JR., Governor

## DEPARTMENT OF THE YOUTH AUTHORITY
YOUTH TRAINING SCHOOL
CHINO



Address Reply to:
YOUTH TRAINING SCHOOL
P.O. BOX 800
ONTARIO, CALIFORNIA 91761

███████████████

        Director of Admissions
        University of California, Santa Barbara
        Santa Barbara, CA 93106

                        Re:  ████████████

Dear Sir:

**This letter is being written to recommend admission of** ████████████ **into your**
**university for the Fall Quarter,** █████. **I have known** ██████████ **well and had the**
**opportunity to have him in one of my classes here at the Youth Training School.**

████████ **is a** responsible and serious young man who desires to continue his
education at your university. Although ██████████ has never taken college courses,
I believe, given the opportunity, he will have minor problems as far as studying
subject matter is concerned. I had the chance to look up his academic record and
was impressed how well he had maintained high grades.

As a former Youth Training School/La Verne College Coordinator, Instructor at
California State University at Los Angeles and Long Beach, I am familiar with the
caliber of most university students. I am certain that ██████████ will succeed in
his bid for higher education at your university. Finally, I found ██████████
socially presentable, liked by his teachers and his peers, as well as his case-
workers at the Youth Training School.

It is for the above reasons that I recommend ██████████ candidacy to you for
admission to the University of California at Santa Barbara. If there is a need
for additional information about ██████████ academic and general conduct, please
do not hesitate to contact me.

                        Very truly yours,



        JOH:co



# United States Department of Agriculture



# Certificate of Merit

*awarded to*

"*As a high performing team, TCJC attained 110% of the PY'11 Performance Outcomes, was #1 Forest Service Center, and #13 overall in the nation. Thank you for your individual contribution to the success of our center and commitment to our students!*"

*Linda J. Guzik*

Linda Guzik,  CENTER DIRECTOR

# Certificate of Completion



# S·A·S·S·I

## Clinical Interpretation

### 3.5 Classroom Hours

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

*I have completed this course in its entirety.*
    *Attendee Name (Please Print)*

*Credential Number or Other Identification*

▬▬▬▬▬▬▬▬▬▬▬▬▬▬        LYNNE DAUS

*Date of Training*        *Trainer Name (Please Print)*

TASSI, Inc., 201 Camelot Lane, Springville, IN 47462
*Name and Address of Provider*

☐ OS-92-242-0912 (CFAAP)      ☒ 000133 (NAADAC)
*Provider Number (Please check appropriate box)*

Melinda Caron  (CFAAP/NAADAC)     *Melinda Caron*
*Continuing Education Coordinator*    *Continuing Education Coordinator Signature*

☐

*Other Continuing Education Provider*

*(Note: This document must be retained by the CAADAC participant for a period of four (4) years after the course concludes.)*

*Lynne Daus*    *by M. Renz*
   *Trainer Signature*    SASSI Rep.

# Certificate of Completion

## the S·A·S·S·I

## **Administration and Scoring**

### 3.5 Classroom Hours



_____        _____
Attendee Signature                                    Date

_LYNNE DAVS_                                    3.5 (Three and one half) Classroom Hours
_Instructor (Please Print)_                          _Hours_

TASSI, Inc.
_Name of Provider_

201 Camelot Lane                                    Springville, IN  47462
_Address_                                              _City/State/Zip_

☐ OS-92-242-0902 (CAADAC)                    ☑ 000133 (NAADAC)
_Provider Number (Please check appropriate box)_

☐ Glenn Miller, Ph.D. (CAADAC/NAADAC)
_Continuing Education Coordinator_

_Glenn Miller, Ph. D._
_Continuing Education Coordinator Signature_

☐
_Other Continuing Education Provider_

_Trainer Signature_

B T03ASC C  4/01



Justice Lauri Selber Silverstein