The Honorable Justice Lauri Selber Silverstein

BSA Bankruptcy Case

824 Market Street

6th Floor

Wilmington, DE 19801

April 16, 2021

▇▇▇

RE: ▇▇▇

Honorable Justice Silverstein,

I developed a distrust of adults early in life, beginning with an a▇▇▇ who ▇▇▇. One of the only safe harbors, if you will, was the Boy Scouts, which I joined as soon as I was old enough. I excelled at the tasks set before me rising to the rank of Star Scout relatively quickly. I enjoyed my time away from home and spent as much time with the scout troop as possible. ▇▇▇ knew about the problems at home and with my stepfather and often allowed me to stay after everyone else was gone to help tear things down and clean things up. I can remember once at ▇▇▇ helping tear down tents after a camp out and getting bitten by a field mouse. During the winter months, we held camp outs in the scout cabin, just outside the ▇▇▇.

For several years things went well with the troop and I finally felt comfortable and placed my trust in ▇▇▇ believing that he had my best interest at heart. I was able to talk to him and I can remember confiding in him about the fear I felt when I went home. He was always understanding and seemed to genuinely care about my safety and my fears. Most of the conversations were one on one with ▇▇▇ and often occurred at the scout ▇▇▇.

Sometime after I had been in the scouts for several years, and had reached the rank of Star Scout, the troop got an ▇▇▇. The Assistant began to attend meetings and campouts with us, also gaining my trust as ▇▇▇ had done. He seemed to understand the importance of my belonging to the troop and was always available to talk to. It was not long after he joined that I developed a complete trust in him, at the urging of ▇▇▇

During [REDACTED] we had a campout at the scout cabin. A fire was always built in the fireplace to keep the building warm, and that night was no exception. All of us sat around talking and playing games or working on our merit badges until late in the night. I can recall staying up a little later than the others as I was practicing tying my knots. It was around midnight when the lights were finally turned out and I made my way to my sleeping bag. I was somewhat surprised when [REDACTED]

[REDACTED]

I got up in the morning and packed up all my belongings and left the cabin, never to return. I went home and took a [REDACTED] At 12 years old I did not have any idea what I had done to cause what had happened. I knew I could not talk to my stepfather or mother about what had happened, because I would have been punished for it and they would have blamed me for what had happened. Also, I was a 12-year-old boy and what had happened, was not supposed to happen. It was especially [REDACTED] On day two after the event, I went to [REDACTED] and told him what had happened. He asked if anyone had witnessed the event and I told him no one had. He said there was nothing he could do and, called my stepfather and told him to come and pick me up. As [REDACTED] was a respected leader of boys, I was told that I would never speak of it again. From that point forward the thought of what had happened to me got locked away in some part of my brain.

Even though I did not think much about what had happened after that, I never went back to the Boy Scouts. When I was old enough to enlist, I went Into [REDACTED] I was determined to be trained by the best military organization in the world to protect myself and never be a victim again. I also got married, I was seventeen and she was fifteen, and it would prove to be the first of three marriages. Not until I was much older, did I understand that trust was a trait that I no longer possessed. I have spent most of my life not trusting others because every adult that I ever trusted let me down. Upon leaving [REDACTED] I went to work as a [REDACTED] and worked in that profession for twenty-one years. After [REDACTED] I went into [REDACTED] Every position I

have held since my childhood has been in a protective type of position. Not only did they protect me from ever being a victim again, but they also gave me opportunity help protect others.

In a perfect world, or a world where children are coveted and loved, we would not need to make those who do wrong accountable for their acts. However, we do not live in a perfect world, so courts must decide who is responsible, as those wrongdoers, deposit damaged individuals on society, all the while arguing that they should not be responsible. The Boy Scouts were supposed to be a shelter from the storm, which was my life, and protection from those very wrongdoers. They failed on both counts, and the result was a terrified 12-year-old, who could not understand right from wrong. I was locked up twice as a juvenile, because of the rage that was inside me. The problem was that I did not understand what had caused the rage. Now that I am older, I understand that what was done to me was very wrong, and that there is no going back to make things right. A system that was supposed to protect me as a child failed on all counts. I was to be damaged goods from the day the rape happened.

At 12 years old, an organization which purports itself as one where boys can grow into successful men, had stolen my innocence. I could get no help with what had happened to me, and I was scarred for life. I have been ██████████████████████████████████████ because of the things that happened in my childhood and will likely be on medication for the rest of my life. No one, who has not been through what I have, can imagine the damage done to the ████████████ described here. Damage that can never be repaired to make me feel normal, I cannot even determine what normal is. There was a point in my life when ███████████████ because of the shame and the idea that I would take what happened to me to the grave and no one would ever know. I can only take the medication and hope that someday, somehow, someone will take responsibility for what has been done to me and acknowledge responsibility for the mess that has been my life.

Our court system is the greatest system in the world. It is a place where wrongdoers are held accountable for their wrongs, and where fairness is the rule of law. I challenge anyone to identify a system that is more fair or more adept at creating equality for the little man against the corporate world. After losing several challenges which resulted in large settlements, and when faced with more ████████████████ the Boy Scouts of America decided to file bankruptcy. The goal was to stop the large losses they were suffering and argue that the Bankruptcy Court has no authority to determine compensation for ███████████ It had not worked with the Civil Courts, so they rolled the dice and are taking their chances in the Bankruptcy Court. Their hope is to stop the hemorrhaging, go on with their scouting programs, and forget that their past is so dark.  There is no guarantee that this will not happen in their program again. I know the power that a Federal Judge welds and can only hope that you, who possess that power, will see through the smoke and mirrors, and not allow the Boy Scouts of America to slip away and not be held accountable.

Respectfully,



CERTIFIED MAIL

RETURN RECEIPT REQUESTED

The Honorable Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

U.S.M.S.
X-RAY

PRIORITY MAIL
UNITED STATES POSTAL SERVICE