April 27, 2021

2021 MAY -4 AM 9:06

Dear Judge Silverstein

My name is ████████████████

I was one of the Boy Scouts in question forty five years ago. When I put it in a category as "that thing that destroyed my childhood" as an adult it seems like another life time ago. Almost that it seems easy to forgive and forget. I have tried to forget but I can't forgive. You see almost like what the bankruptcy court is doing with the monies involved by almost paying a fine and a slap on the wrist. When I first came forward I thought its the right thing to do for the group of us

knowing or thinking that statue of limitations ran out decades ago. So reliving that all over again because I wanted to do the right thing was not a good thing for my mental state of mind. ███████ My ███████ when ███████ My mother took off leaving me alone in the youngest of 4. With a 10-13 year gap between my siblings. So my sister and her husband took me in and raised me in Nevada. Until 18 years old. By that time I had been already

shuffled from one relatives home to another one state to the next etc...

So when I moved in with my sister it was the only stability I had ever had. When that happend to me about 2 years in to my new living arrangements the last thing I wasn't going to do was disturb it by telling them what happened. As of today the only people who know are my lawyers and you. I've never told anyone about my shame, even though I know it wasn't my fault.

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ in my mind has always been in question. My four failed marriages. Did that have any bearing on it? Who knows.

So what I'm saying is please please help us, please help me and settle this properly so I stop feeling so helpless because I can't do anything to stop it.

Thank you. ▓▓▓▓▓▓▓▓







Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

