# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, MARK M. ABRAMOWTIZ, hereby state as follows:

1. On May 4th, 2021, I caused a copy of the DLG Claimants' *Objection to the Adequacy of Debtors' Disclosure Statement In Support of Second Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the Tort Claimant's Committee* to be served upon all counsel of record via this Court's electronic filing system.

2. I certify that the foregoing statements made by me are true.

DATED this 4th day of May, 2021.                Respectfully submitted,

*/s Mark M. Abramowitz*
MARK M. ABRAMOWITZ
MARK A. DICELLO
JUSTIN S. ABBARNO
**DiCello Levitt Gutzler LLC**
Western Reserve Law Building
7556 Mentor Avenue
Mentor, Ohio 44060
Phone: (440) 953-8888
Fax:    (440) 953-9137
mabramowitz@dicellolevitt.com
madicello@dicellolevitt.com
jabbarno@dicellolevitt.com
*Counsel for DLG Claimants*

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtor's mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.