# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF OBJECTION

TO:  All Counsel of Record

The DLG Claimants have filed the *Objection to the Adequacy of Debtors' Disclosure Statement In Support of Second Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the Tort Claimant's Committee*.

HEARING on the Second Amended Chapter 11 Plan of Reorganization will be on May 19, 2021.

DATED this 4th day of May, 2021.

Respectfully submitted,

*/s Mark M. Abramowitz*
MARK M. ABRAMOWITZ
MARK A. DICELLO
JUSTIN S. ABBARNO
**DiCello Levitt Gutzler LLC**
Western Reserve Law Building
7556 Mentor Avenue
Mentor, Ohio  44060
Phone: (440) 953-8888
Fax:    (440) 953-9137
mabramowitz@dicellolevitt.com
madicello@dicellolevitt.com
jabbarno@dicellolevitt.com

*Counsel for DLG Claimants*

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtor's mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

1