# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:**<br><br>**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,** [1]<br><br>**Debtors.** | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Objection Deadline: May 6, 2021**<br>**Hearing Date**: May 19, 2021 @ 10:00 |

## OBJECTION OF EDWARD MARCELINO, GEORGE BURGOS, WILLIAM F. TOMPKINS III, AND RICHARD G. DUNN TO THE DEBTORS' AMENDED DISCLOSURE STATEMENT AND JOINDER IN THE OBJECTION OF THE COMMITTEE OF UNSECURED CREDITORS, THE OBJECTION OF THE COMMITTEE OF TORT CLAIMANTS, AND OTHER OBJECTIONS

Abuse Claimants Edward Marcelino, George Burgos, William F. Tompkins III, and Richard G. Dunn, (referred to herein as the "Claimants"), by and through their undersigned Counsel, hereby file their Objection and Joinder in Objections to Debtors' Amended Disclosure Statement and hereby join in the Objection of the Committees and other Claimants as to the adequacy of Debtors' Amended Disclosure Statement in Support of Second Amended Chapter 11 Plan of Reorganization dated April 14, 2021.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware Boy Scouts, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038

## PRELIMINARY STATEMENT

The Claimants object to the adequacy of the Disclosure Statement for a number of reasons:

1.  The Claimants object because there is a failure to disclose the assets and liabilities of each party receiving a release.

2.  The Claimants object because there is a failure to disclose the specific entities to be released.

3.  The Claimants object because there is a failure to explain to Claimants how their claims will be valued in the trust procedures and what ability they will have to contest the proposed valuation of their claim.

4.  The Claimants object because there is a failure to explain the likelihood of defeating the insurers' coverage defenses or the insurance companies' ability to pay abuse claims that total billions of dollars.

5.  The Claimants object because there is a failure to explain how the proceeds of any insurance policies assigned to the trust will be utilized.

6.  The Claimants object because there is a failure to explain what contribution the insurers and their non-Debtor insureds will make in order to receive a release.

## JOINDER

7.  The Claimants hereby join in the Objections filed by the Committee of Unsecured Creditors and the Tort Claimants' Committee to the extent not inconsistent with the positions of the Claimants. Additionally, Claimants join in the objections filed by other claimants, including

the Objection to Disclosure Statement in Support of Chapter 11 Plan of Reorganization filed by Claimant No. 39334 at DE 2500, the Objection of Various Claimants as to the Adequacy of Debtors' Disclosure Statement in Support of Chapter 11 Plan of Reorganization at DE 2449, and Objection to the Adequacy of Debtors' Disclosure Statement in Support of Second Amended Chapter 11 Plan of Reorganization and Joinder to the Objection of the Tort Claimants' Committee, filed by Claimants 21108, 70996, 3585, and 24629, filed on May 4, 2021 at DE 2845.

## CONCLUSION

8.  For these reasons, Objectors request that Debtors' Disclosure Statement be denied, and for such other and further relief as is just and equitable.

## CLAIMANTS' RELIEF REQUESTED

**WHEREFORE**, the Plaintiff Objectors request from this Court that:

1. Debtors Disclosure Statement be denied in its entirety, and
2. This Honorable Court grant such other relief to Objectors as is just and appropriate under the circumstances.

Dated: May 4, 2021
Wilmington, Delaware

Respectfully Submitted,

**WERB & SULLIVAN**

/s/ Brian A. Sullivan_____
Brian A. Sullivan (DE No. 2098)
1225 North King Street, Suite 600
Wilmington, Delaware 19801
Telephone: (302) 652-1100
Facsimile: (302) 652-1111
Email:  bsullivan@werbsullivan.com

and

**Piro Zinna Cifelli Paris & Genitempo**

Richard A. Grodeck, Esq.
Daniel Bevere, Esq.
360 Passaic Avenue
Nutley, NJ 07110
Telephone: (973) 661-0710
Email: rgrodeck@pirozinnalaw.com
Email: DBevere@pirozinnalaw.com

*Attorneys for Claimants Edward Marcelino, George Burgos, William F. Tompkins, III, and Richard G. Dunn*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing **Objection of Edward Marcelino, George Burgos, William F. Tompkins III, and Richard G. Dunn to the Debtors' Disclosure Statement, Joinder in the Objection of the Committee of Unsecured Creditors, the Objection of the Committee of Tort Claimants, and Other Objections** was electronically filed with the Clerk of Court for the United States Bankruptcy Court, District of Delaware via CM/ECF system on this 4th day of May 2021 and thereby served upon counsel of record.

                                         */s/* Brian A. Sullivan