September 29, 2020                                                                                    2021 MAY -5 AM 8:57

Hello, my name is ███████

I am writing to you today, because I need to express how Boy Scouts of America stole my innocence, changed the dynamic of my family relationship and ultimately caused me a life of misery.

I don't wish this on no one. ████████████████████████ my life drastically changed.

My elders who have now come and gone believed in the institution of the Boy Scouts of America whole heartedly. What they stood for, their supposed teaching and what they falsely represented. And because of that blind loyalty, ████████████████████████████████████████████ You see they believed in the Boy Scouts. Believed they were there to assist me in being a man since my dad was not around. However, their ████████ ████████

████████████████████████████████████████████ so bad that I was no longer scared of my mother and my grandmother, and their refusal to believe me; so at the age of 15 I was strong enough to at least leave the organization. My life had been so messed up that be it ████████ ████████████

████████████████████████████████████████████ as crazy as that may sound. Because that is how I felt other people viewed me. Since my childhood, I've always been afraid, always felt embarrassed...feeling again like an alien. Feeling as if people knew my story, knew what was hidden under my clothing.

████████████████████████████████████████████
Both mentally and physically. Because ████████████████████ ████████████████████ when I finally did seek help from the years of pain, I was told ████████████████████ ████████████████ However, when I awoke from my surgery, from the picture attached, not only can you view the long scar from where my kidney had been removed, ████████████

1

It is because of the Boy Scouts of America I have lived hell right here on earth. And I want to do whatever I can to ensure they do not ruin another young Childs life. I am no longer afraid of what people may think of me, or how they may view me. On October 31, 2020, I will turn 68 and I feel as if I was only able to enjoy the first 11 years of my life; which is why I came to ▮▮▮▮ ▮▮▮▮ begging her to help me get my story out. If I have to testify...at any time...anywhere....I'm finally ready.

It Is time for justice to prevail, for all little boys who suffered with me, who have suffered after me, and for the 12 year old boy who because he didn't have a father figure in the house, wanted to learn how to be a good upstanding citizen in society, but was only taught the pains and evils that some in this world show. The Boy Scouts of America stole my childhood innocence and altered my life forever. It is my prayer that now is the time for justice. Justice for us all.

Sincerely,



# A Letter From ▮▮▮▮▮

Tuesday, April 27th, 2021

To: Justice Lauri Selber Silverstein

From: ▮▮▮▮▮

Dear Madam Justice,

    I hope this letter finds you well. After reviewing the BSA update on April 26, 2021, again I was very disappointed. Boy Scouts of America, since I was 12 years old, have controlled my life. All my life. I've lived in hell right here on earth. I have enclosed my original letter that I prepared for my attorneys on September 29, 2021, so that you can have a better understanding of my situation.

The update stated, in so many words, that Boy Scouts of America is just giving lip service. ▮▮▮▮▮ nor compensate ▮▮▮▮▮ From ▮▮▮▮▮ I have scars and missing body parts to prove it.

Madam Justice, how do you think I feel having to send you proof (the attached photo)? I requested to sit before the judge to tell how I suffered ▮▮▮▮▮ that vowed to take care of innocent little boys. I have tears streaming down my face as I write this letter. All my life, since that torture every time I think about it I cry.

On October 31, 2020 I turned 68 years old. My relationship with God is what has kept me, and I promised Him that I will stop being embarrassed about what people would say about me. God told me that it wasn't my fault, to hold my head up, and to tell everything that happened to me. I've suffered all these years. Couldn't afford therapy. Just my relationship with God.

Boy Scouts of America should NEVER open another door in this life with the promise of protecting innocent little boys. They should however, be held accountable. ███████████████████████████████████████ unbearable. I honestly felt sometimes that I would have been better off dead. With the removal of my man part, I've never felt like a real man. Never feeling accepted by society. But I've grown to realize this is their sin, not mine. I've got to go on Dialysis now, with limited resources. ███████████████████████████████████

Madam Justice, no disrespect to you, but enough is enough. I suffered and still suffer to this day from the abuse they subjected me to.


Respectfully,



Send to: Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, Delaware 19801