Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE  19801

2021 MAY -5  AM 9:12

April 27, 2021

Dear Justice Lauri Selber Silverstein,

I recognize that you have much to consider in this matter. I would prefer some magic that would erase my BSA experience, restore the lost time, and remove the internal weight. Upon reading WSJ articles, I feel marginalized and know that only writers without the "BSA experience" could make such portrayals, espousing the sanctity of the BSA and the importance of keeping companies solvent. Simply, the BSA did not uphold their own values and many people were hurt. The BSA and its supporting entities should be held fully accountable. I hope that you are able to find the right mechanism to ensure that real people who were negatively impacted will be served best.

Sincerely,



TALLAHASSEE FL 323
29 APR 2021 PM 2 L

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

19801-302499