To Justice Lauri Selber + Silverstein     FILED     4-27-21

2021 MAY -5  AM 9: 10

CASE #  ██████████

I want to start by saying that what Im about
To write is going to be very Hard And Im Ashamed that I
Kept it To mysolf For 30+ years. I First Remember Joining the
Cub Scouts Around the Age of 6 I Felt that it was Fun And I
Always wanted To EARN my Next badge or Ribbion. I quickly
Advanced because I got to know one of the boy scout
Leaders And would get Rides From him home From the meetings



Trouble And in order to stay a boy scout I had to stay out
of trouble. IF I got in trouble he couldNt be my Leader
And show me And Let me get some of the badges other couldn't
get. So I Never said Anything to my mom when she Asked
what we did that Night or weekend. When we started  going
on outings ████ would Always make sure I was in his Tent
sometimes he would stop by my house And Ask if I was
Ready To go on An outing he would make it sound Like
others would be there but it would just be the Two of us

2

3



ANYONE OR I WOULD get IN TROUBLE. This happen A FEW Times
but he WAS ALWAY given me money OR Boy scout things that we
were suppost To EARN OR buy Like the water canteen, Firestarter
OR the Top Item the boy scout KNife. I WASN't LONG AFTER
getting the Boy Scout Knife that it seem Like he expected

4

█████████████████████████████████████

Swear I would never Tell Anyone We Moved Away
From where we were And I though About Telling someone
but Figured I would get in Trouble or they wouldn't
Ever beleave me over him. I'm sorry I didn't say
Anything when it was happening ███ Always seem to be
Right there when there was another Adult close by
And thought that it was Normal Because I got
Things or Rewards Faster then the other kids. Later in
Life I knew what happen but more Enbearest About
It So I just kept it deep inside me the hardest thing was
Telling my mom And even harder writeing this Letter

My Address Right Now is                    Sincerly

█████████████████              ████████████
██████████████████
██████████████████

If you Need More Info Contact my mother



Justic Lauci Selber - Silverstein
BSA Bankruptcy Case
824 Market Street 64
Wilmington, DE
        19801

Legal Mail

Legalm