To:

Justice Selber Silverstein
BSA Bankruptsy Case
824 Market Street
6th Floor
Wilmington, DE 19801

2021 MAY -5  AM 9: 14



Dear Justice Silverstein

   I am writing this letter to you for the purpose of wanting to express how important it is to me and many others that this case of abuse is brought to an ending point and not be mired in unending legal maneuvers.

   Even though I was able to escape after the assault….the event has left an impression and memory that has lasted for the last 60 years. My naivety at the time caused me to be laughed at and the butt of jokes for several years.

   This is a serious matter and should not be taken lightly. I pray that you will understand what myself and others have endured and that you will take the appropriate action. BSA must be held liable! This cannot and should not happen to any child being in the care of "responsible" adult leaders.

   Thank you for taking the time to read this letter.

Sincerely






TAMPA FL 335
SAINT PETERSBURG FL
30 APR 2021 PM 9 L

Justice Selber Silverstein
BSA Bankruptsy Case
824 Market Street
6th floor
Wilmington, DE. 19801

198O1-302499

