4-23-2021                              Chapter 11 BSA Case # 20-10343 (LSS)

Judge Laurie Selber Silverstein
United States Bankruptcy Court
824 North Market Street
6th Floor
Wilmington, DE 19801



Dear Judge Selber Silverstein,

In retrospect after all these years, I realized that I did not report my abuse when I was a kid because of threats and my parents that were so proud of me and my 2 brothers in the scouting program that we belonged to. Our troop was led by Doctors at the CDC and  Professors from Emory University. We really had an awesome troop that was foundational to turning me into the person that I am today, including all of substantial contributions to my Lifelong ongoing Depression, Bi-Polar, Drug, Alcohol, divorced self- destructive behaviors compliments of the 2 Men that abused me as a kid.

I was threatened to never report my abuse and kept this secret with me all the way up to last November 16, 2020 when I finally decided that I would join the lawsuit as a birthday present to myself on my 62nd birthday.

I considered the decision of making a report and felt that it would be best to stay away from an Attorney because of the ensuing embarrassment and giving 50% of any settlement to some Law Firm that would not do much other than add me to a list and take half of any monies paid to me as some kind of compensation for the hurt and shame brought upon me compliments of the Boy Scouts of America.

I have been watching and keeping up with the status of communications and I think the last one said something about a settlement figure of $6,000 per Victim! I immediately thought ▬▬ is this about?

So, I started thinking and did a couple of Google searches about Children sex crime settlements and thought that I would share some of these following details with you your Honor...

As you can see by the following.... Thoughts about paying each Abuse Victim $6,000 each is beyond nightmarish belief. Especially when the Attorney gets 50% and then we still must pay Taxes on the monies we receive...

I beg and plead to you that you the right thing and make sure the BSA, Creditors and the Insurance Companies compensate the Victims in a way that is truly fair and reasonable...

Kind Regards..▬▬▬▬▬
▬▬▬▬▬▬▬▬

Case # 20-10343

Cc: Omni Agent Solutions

**45.4 million jury award**

- ███████████████████████████████████████████████████████

**$42.6 million settlement**

- ███████████████████████████████████████████████████████

**$8 million settlement**

- ███████████████████████████████████████████████████████

**$8 million settlement**

- ███████████████████████████████████

**$7.5 million settlement**

- ███████████████████████████████████

**$1.85 million settlement**

- ███████████████████████████████████████████████████████

**$1.5 million settlement**

- ██████████████████████████████████████████████████

**$25.3 million verdict**

- ██████████████████████████████████████████████

**$14 million settlement**

- ██████████████████████████████████████████████

**$10.8 million verdict**

- ██████████████████████████████████████████████

**Confidential 8-figure settlement**

- ███████████████████████████████

**$8.05 million verdict**

- ████████████████████████████████████████

**$6.75 million settlement**

- ████████████████████████████████████████

**$5 million settlement**

- ████████████████████████████████████████████

**$5 million settlement**

- ████████████████████████████████████

**$4.5 million verdict**

- ███████████████████████████████████

**$3.9 million settlement**

- ████████████████████

**$3.5 million settlement**

- ████████████████████████████████████████

**$3 million settlement**

- ████████████████████████████████████████

**$3 million settlement**

- ████████████████████████████████████████

**$2 million settlement**

- ███████████████████████████████████

**1$1.8 million settlement**

- █████████████████████████████████████████████████

## Current News just this week... 2 more stories...

