SA - ▮

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801



Your Honor,

I am writing to you to express my disappointment in way the Boy Scouts of America are handling this bankrupcy proceedure. I am now almost 75 years old. Are they hoping that me and others like me die before the proceedings are done so they do not have to attone for their actions?

Yes, I am angry. I am angry that I have to go through this process to help prevent future young boys from the agony I faced in life due to the sexual abuse I received at the hands of my trusted Boy Scout leaders.



This cannot happen to any more children. It has to stop and YOU have the power to make the Boy Scouts accountable for their actions.

This abuse set me up for a life of mistrust and anxiety, alway afraid someone would know what they did to me. I learned to trust no one and to always be on guard. Even today my anxiety levels are off the roof and I have nightmares that put me through the torture over and over again. I have been though several failed marriages because I cannot trust and love. Those Boy Scout leaders not only took my innocence, they took the life I could have had away from me. I have been consistently on the move, never really knowing why, never trusting, never loving, always feeling pain and embarassement because of their actions.

Your Honor, you have the power to make sure this never happens again. How would you

1

feel if this were your son, grandson, brother or even you who was forced to wear diapers at that age? Please, I beg of you, think of that little boy in diapers at age 11 and make the Boy Scouts accountable NOW. Every day that passes could mean another little boy whos life will be changed forever.

04/27/2021



Justice Laurie Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE [REDACTED]

SAINT PAUL MN 550
28 APR 2021 PM 4 L