AIS Claim ▮

2021 MAY -5 AM 9: 16

Justice Lauri Selber Silverstein,

My name is ▮ and I am writing you in regards to my experience as a child while in the BSA in 1977-78. As any young boy at the time I was excited to be in scouting and meeting up with others with the same interest in camping, crafting, swimming etc. Things were going fine for a while, but as my case file explains when I went to a leaders apartment for my swimming badge that's when things took a terrible and unfortunate turn that no child should ever have to go through.

For such a long time I thought that what had happened was my fault, something that I had caused. I kept it hidden because I felt ashamed at the time and when I did finally speak out no one believed me. So, I suppressed it and never talked about it again for 40 years until now as all this has been coming out in the recent past. I know now that it was never my fault and I have been forever scared by that event that took place in his apartment. I can still see his face and hear the footsteps coming towards me along with all the other things in my mind that went on that tragic day!

I am writing this letter to you (along with all the others) in hopes that justice will be served to the BSA organization for their lack of supervision and safe guards when putting leaders in place to care for children while in their custody. I cannot begin to tell you how this has negatively affected my life over all these years with relationships, making friends and trying to trust people.  As I am typing this letter I have tears in my eye's and a lump in my throat as all the emotions are flooding through me. No one should ever have to go through this because of an organization being so big that they forget about caring for the most vulnerable.

Justice Silverstein I want to thank you for your time in reading this letter and all the others you receive. Please know that I pray this whole process is wrapped up as quickly as possible and real justice is handed out to the BSA and they are truly held accountable so that they know to never, ever allow this type of abuse to happen to children in the future and we that have been abused can finally try to

heal and put this ugly mess behind us. As well as, knowing that this did not all happen in vain, that we can all make sure future generations of scouts are protected!

[redacted]

[redacted]



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801