April 27, 2021

2021 MAY -5 AM 9: 07

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Mar5ket Street6
Wilmington, DE  19801

Dear Ms. Silverstein,

As A child at first I loved the BSA my friends and I got to go camping, fishing and to hang out with our scout leader that quickly became what we thought was our friend.



One of the boy started crying said he was going home and telling his parents.  The Scout Leader told him that for over 10 years he was a Scout Leader so no one would believe a kid over him.

You have got to understand this was a very small coal town and BSA was all our parents had for us. Our fathers worked twelve hour shifts and were exhausted when they got home.

Unfortunately, I do not feel that these incidents have ever left me.  They are still affecting my life. I cannot keep a relationship with women for any length of time.

My first wife and I were married for five years but I was only really there for a year.  I tried to stick it out because of the kids, but I couldn't.

My second wife Linda is the only woman that I actually lived with. We had my kids from my first marriage and our own kids.  We were together or 15 year, more or the kid's sake.

Also, so you know I was never loyal to any of my wife's of girlfriends.  I honestly did not think cheating was wrong and I think it had something to do with those picture of that man with all those different woman.

Page 2

My third wife lived in Colorado and I lived in Florida that was the best marriage I had.

Now that I am older I like younger women (again I don't know if it's those pictures or not), but older women just don't do anything for me. I am 72 years old and all of the old memories came back when I started seeing these BS commercials. I had them buried or a very long time and be4ore I die I would like to bury the again

Also, just so you know my older brother was also a Boy Scout but he does not want to drag up these memories and relive it again.

The longer this is drug out the harder it is on us all. Do you at the BSA really think that we all want to think about this in our golden years? What we don't want is for other children to go through the same thing. No matter how small one my think it is it is traumatic to a child to have someone they trust betray them like that.

Sincerely,

