

2021     9: 25

The Honorable Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

Dear Justice Silverstein:

Many years ago, when I was very young, my brother and I and our family were living on the Gulf Coast of Mississippi. We made friends with two brothers our age who also lived in our neighborhood. The boys' father was the Scoutmaster of a local Boy Scout troop. He invited us to join the troop, so we did. On a campout one weekend, the

We were young, gullible, impressionable, and frankly at a loss as to what to do. We did have sense enough, though, to quit the troop. The abuse was traumatic for me. The evil man took advantage of us in a horrible way. I became fearful and insecure. Growing up I had a hard time trusting adults. I started having nightmares, and a few years later when I was in college the nightmares were so severe I would injure myself. I was referred to a counseling center on campus.

Justice Silverstein, in no way did we deserve that kind of abuse. Yet the BSA and their rich insurance companies are doing all they can to throw us survivors under the bus. Please do not let that happen. Please hold them fully accountable for this massive betrayal of the trust of innocent children in their charge. The BSA could care less about us, all they're concerned about is the bottom line. That's why the abuse occurred in the first place. I'm humbly asking you to do all you can to see that justice is served in this case. I would like to remain anonymous, please.

Sincerely,