

30 April 2021

**Justice Lauri Selber Silverstein**
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

Dear Ms. Silverstein,

I am sure you will receive numerous letters regarding this case, so I will keep this as short as possible. The Scoutmaster and assistants in my case (Troop 5, Dedham, Massachusetts) committed horrible crimes, but also transported minors across state lines to commit these crimes. In my case, they also transported minors across an international border to commit crimes. We were taken to Montreal, Canada to attend Expo 67. They purposely put us up at the WMCA on St. Catherine street, a facility infested with homosexual men, so that we could be attacked and molested not only by them, but also by strangers. These are obviously horrendous crimes, and the BSA should pay dearly. Please see that they do !!

Sincerely,