Justice Lauri Selber Silverstein:                          Case#: ███

My name is ███, as a boy I was a cub scout, and was eagerly looking forward to becoming a boy scout. when I was of age my mom encouraged me to join a boy scout troop, I believe she felt it would develop character. As a boy scout we had fun, camping, bonfires, hiking it was exciting at first but I remember the last camping trip I attended was not very pleasant, our troop leader ███ t ███ kept it to myself, however, I knew I didn't want to be a boy scout any more. That situation haunted me for years and sometimes still does. I resorted to drugs to cope with my issues for years I always thought that I was to blame, but now at age 60 and with 21 years clean and sober, I realize that I was just a kid and it wasn't my fault. I'm a college professor and I have a wonderful wife and 2 beautiful daughters, by the grace of God I was able to put my life back together, but I hate the fact that so many years were wasted on my inability to process my emotions. I hope and pray that other young boys never have to experience the hurt and shame that haunted me for my of my life.

Sincerely,

███



LOS ANGELES CA 900
29 APR 2021 PM 9 L

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 MARKET ST. 6th floor
Wilmington, DE 19801

19801-302499

