4-29-2021

2021 MAY -5 AM 9: 08

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801
Regarding ▮▮▮▮▮▮▮

Your Honor,

My name is ▮▮▮▮▮▮▮ I am writing you in regard to my case with the Boy Scouts of America (BSA) due to the abuse I endured. Never did I think that at 58 years of age I would be dealing with abuse I suffered as a child at the hands of a scout leader and two other scouts.

For decades I continued to try to forget, bury and move on from the events that stole my youth. It's virtually impossible. I am asking you to please keep this case moving forward and not allow the BSA and their insurers to get away with the horrors and damage they inflicted on so many. For so many years I have had to live with the shame, remorse and even guilt of the abuse which I suffered as a child. More than four decades of recurring nightmares and the reliving of those events is just a part of what I and so many others have been suffering from. There must be significant accountability for these depraved acts of predators in the BSA.

The abuse that I suffered was forced upon me. Alcohol was given to me as a child to assist my abuser in controlling me, allowing him and two older scouts I believe he groomed as predators, to do as they wished. This abuse has affected my marriages, trust of others, what and where I would allow my children to go, every relationship I have ever had and even my sexuality. That's a lot to throw on a kid. Years of addiction followed. That was a course that has destroyed so many and cost me nearly everything. These are not events that happened only years ago, they are events that I relive in nightmares and frightening memories. Memories no human being should ever have.

I ask that you not allow the BSA and their insurers to settle with us (the abused) for so little. We have suffered so much. In no way am I looking to take down the BSA. I know there are good people involved, but something has to change. Children need to be protected. Statute of limitations are past so that prosecution on criminal charges is not possible. What the BSA can do for those of us that suffered at the hands of truly evil people is compensate us for all the years we suffered and carried the burden of being abused. Not throw a quick minimal buck at us, but take care of us for all we have lost.

There is no way for me to get back my childhood that was crippled by members of the BSA. Nor can I rid myself of guilt for being frightened to ever speak out. Please help to hold the BSA accountable for these egregious acts of molestation.

Thank you,

