Justice Lauri Selber Silverstein

BSA Bankruptcy Case

824 Market Street

6th floor

Wilmington DE 19801

2021 [REDACTED] -5  AM 9:27

Claim number [REDACTED]

Your Honor I am writing you to help you understand what the Boy Scouts did to me over 50 Years ago. Its a horrifying bit it must be told and the people involved must pay. I was an Innocent 11 YR OLD BOY going on a trip of a lifetime to the Worlds Fair Expo 67 and the Laregest Boy Jamboree ever .Myself and my family trusting that this would be a fun and safe trip. The first part of Trip was fun as we stayed in rooms and we just did our normal meeting stuff.Once we got to the Jamboree different story. We did the normal things scouts do gather firewood get our assigned Tents . Knot tieing contest with the other boy scouts pretty much a fun day of activities.When it It got dark we built a campfire and talked about our day again a very nice time.Looked up to my Scout Master as he helped me with all the activities .when it was time to turn in I was one of the last

[REDACTED]

Of the tent and went to the trailer my Scout master was in He had driven behind our bus with his Truck and camper I knoked on his door and he could see i was crying .He asked me what was wrong. I explained what had happened and he laughed.He said the scout was just playing and it was natural Thing with youg boys ..He said he wanted to show me something that would make me feel better About what was going on .when i got close to him he grabbed my aem and told me to calm down he

[REDACTED]

About what had happened.I was so ashamed and upset.When i arrived at my tent the older scout

[REDACTED]

I ran out of the tent and for the rest of the trip i stayed hidden or in large crowd.On returning home

I told my mother what had happened she was furious.   She said we wouldn't tell my dad because

He would have probably killed the boy scout leader.I quit the scouts immediately My mother said she

Was going to report him to the scouts .The scout master was a manager of a shoe factory and he

Came to our house with some shoes for me and my mom threw them at him and said she was going

Call the police i never saw or heard about him after that . People like this should be held accountable for the

Things they do to innocent children I hope you drain them dry of their assets they don't deserve t

Be in existance.to this day i still cringe when i hear the name boy scouts .





Justice Lauri Selber Silverstim
BSA Bankruptcy Case
824 Market St
6th Floor
Wilmington DE 19801