April 30, 2021

Your Honor,                                        2021 MAY -5  AM 9:28

I want to share my Boy Scouts of America history. My grandfather (paternal) was born in 1895. He was a staunch disciplinarian. I lived in his custody my 11, 12, and 13th years. He taught me to respect my elders and listen to them. I took that literally at face value. I was in the BSA during that time period. I loved it. I learned many valuable things. I looked forward with eager anticipation to our weekend camping excursions. Its nice to know how to cook a biscuit on a stick over an open fire.

When we were aprised of the Jamboree coming to central Florida the whole troop was gleeful and excited to go. Before the big event of the Jamboree I was a very innocent babe in the woods boy. There were well over 400 people at the event. Troops and the troop masters from several counties. It was a Fri Sat Sun event. We had contests and crafts and learning modules. Friday we arrived set up our tents and our table for display and our awards if we received any. Our troop did earn a few. That Friday night I did not sleep well on the very hard ground. It was not like the soft sandy soil around Brandon FL where our troop head quartered. I was talking with my tent mate about how roughing it was really rough. As we were talking two scout masters were walking by and heard my conversation with our tent mate. They greeted us with a Boy Scout 3 finger salute. I was impressed. They graciously showed us how to fix our sleeping problem. They had several cheap air rafts. You blow it halfway up and put your sleeping bag on top of that and instant comfort. We were both amazed and

GRATEFUL. WE KNEW SOMETHING THE REST OF OUR TROOP DID NOT KNOW.

ON SATURDAY NIGHT AFTER THE SHINDIG WAS OVER I WAS WALKING BACK TO OUR TENT AREA AND THE SAME TWO SCOUTMASTERS SAW ME AND SAID HELLO. I WAS TRUSTING AND REPLIED CORDIALLY. THEY SAID THEY HAD SOMETHING TO SHOW ME AND TO FOLLOW THEM TO THEIR TENT. I DID. THAT MOMENT AND TRUST WAS A TERRIBLE DECISION ON MY PART. I FOLLOWED THEM TO THEIR TENT. THEY SAID I SEEMED MORE GROWN UP THAN MOST OF THE OTHERS AND THEY WERE GOING TO SHOW ME HOW TO BE A MAN. I WAS SITTING ON A COT. I ONLY REMEMBER ONE

[redacted]

THEY INSTRUCTED ME NOT TO SAY ANYTHING TO ANYBODY BECAUSE THEY MIGHT MAKE FUN OF ME, BUT NOW I KNEW WHAT IT WAS LIKE TO BE A MAN.

THE PHYSICAL PAIN LASTED A FEW DAYS BUT THE MENTAL ANGUISH HAS LASTED DECADES.

I NEVER TOLD ANYONE ABOUT WHAT HAPPENED TO ME ON THAT FATEFUL NIGHT. I NEVER SAW EITHER OF THOSE MEN AGAIN. I HAVE NEVER BEEN ABLE TO FORGET IT EITHER.

[redacted]

SINCERELY

[redacted]



ORLANDO FL 328
30 APR 2021 PM 6 L

JUSTICE LAURI SELBER SILVERSTEIN
BSA BANKRUPTCY CASE
824 MARKET STREET 6TH FLOOR
WILMINGTON, DE 19801

19801-302459