4/26/21

SA [redacted]

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

2021 [redacted] -5  AM 9:11

Dear Ms. Silverstein:

I would appreciate not releasing my name to anyone as I am still ashamed and disgusted today, at age 71, as I was when I was 10.

I wanted to be in the Boy Scouts more than anything. We lived in Acton Mass in 1960 and my dear old Dad, [redacted] knew the scoutmaster [redacted], as they were WW2 veterans and I was excellent in the woods. I could pitch a tent, dig a latrine, and a fire pit, read a map, make bird calls, and make fart noises with my cheeks. I had it all going for me.

Scouting was Life itself. My friends from school were in Troop 1 with me, and the older boys were all big brothers.

We went to a regional camp out at FT Devens Mass in one of the training areas. Our water came from an army tanker that was trailered and left for us in the field. I got sick, and one of the scoutmasters told me to go to his tent and lay down. He said he was a doctor.

[redacted]

Doctor and his look told me everything I needed to know. His widow told me that after the two of us had met, and had probably one too many beers, he cried and told her about what had happened to him. That was 30 years ago or more.

I have done alright in life. I am just writing to you to see that justice against these monsters and the BSA that shielded them. We have all carried this on our backs.

[redacted]

Thank you

[redacted]