To Justice Laui Selber Silverstein
On The BSA. Bankruptcy Case

I [REDACTED] was In the Boy Scout in the 1960s, my scout assistant master went to the [REDACTED]

[REDACTED]

but He did not blive me. after I quit the Scouts I told my mother she did not Blive me either. I had a hard time In school after this. I did not get help for what happen. I was left to deal with it my self. The BSA. dont want to help at all they want to get out of this as cheap as they can. I will vate no on what they want to give us. I think I did not finish scool because of this I think. I went In to the Army for about 7 Years.

I got some help in the Army. but they did not do much. I had to get over this on my own. after the Army I went to work for midlent muffler. were I work for them about 30 years. now I live on my SS witch not much. I don't even like to Think about this If I can help it. I would like this to go away. But I don't think it aver will. I am 68 years old. Now I have to go and live this over agen - I had a temper that got me in a lot of Truble as a kid. I think that the BSA Should pay more then a few thousand of dollars.



WICHITA KS 670
28 APR 2021 PM 3 L



Justice Lauri Selber Silverstein
BSA. Bankruptcy case
824 Market Street
6Th Floor
Wilmington, DE. 19801

19801-302499