Justice Lauri Selber Silverstein,

2021 MAY -5 AM 9: 32

I am writing this letter regarding the ongoing bankruptcy hearings involving the Boy Scouts of America. I understand to everyone involved we are just names on a list. But to those of us who experienced these inexcusable acts it is a lifetime of pain and embarrassment. Hopefully my following statements will share a little piece of what I have dealt with most of my life.

I was a very naïve child who could not wait for the day I was old enough to be a Boy Scout. When the time finally arrived, I joined a troop that met at Shepherds town church in Mechanicsburg Pa. my scout leader was ███████████ was my first real male role model, I admired and looked up to him like no other. As time passed, I did everything in my power to earn my merit badges and make ███ proud of me.

███████████████████████████████████████████████████████████████████████████████████

you it will always be with me. The next morning ███ explained to me that this must stay our secret and if I ever share it with anyone, he will not speak to me and I will no longer be a Boy Scout. I kept this painful and embarring secret deep inside me until just a few years ago. I finally had to get it off my chest, so one night I shared the whole difficult story with my wife. Until these hearings she was the only one aware of my pain. She was very  supportive of my experience and helped me to deal with my memories.

Once I realized I was not the only one to experience this unforgivable act I thought I would see if ███ ████████ would come up on the internet. To my surprise and horror, I found out that he moved throughout the country as a scout leader terrorizing young boy along the way. ███ spent his final days in prison from numerous sexual abuse charges. No one can convince me that the Boy Scouts were not aware of his activities. They just decided to keep it a secret.

Thank you for taking the time to read this letter,

███████████



TAMPA FL 335
SAINT PETERSBURG FL
28 APR 2021 PM 7 L

Justice Lauri Selber Silverstein
SA 4925
BSA Bankruptcy Court
824 Market Street
6th Floor
Wilmington DE 19801

15801-302499