Refference # ▅▅▅▅

To Whome it may Concern

My name is ▅▅▅▅ I was born in Tulsa Oklahoma in 1973 Although my Mother was a single Parent we always had the same home plenty of food and love When I was a small child I remember Something had happened and my mother Had to take over for whoever the scoutmaster was. I Think He was in Jail Dont know why But my Two Brothers my sister and mother were Cleaning our house and studying Scouting Guides I Believe my mother Really wanted to be a Den Mother That night my oldest Brother max. had Their meeting at our house the day this happened and how old I was at the time Can only be marked by the events of the night and Emergency Room Records. The night went fine until my mother let us go play out side. While everyone was playing these three guys come up excitely asking if I wanted to play Scout master I said yes they said come on and Ron to the side of my house where their were two huge cedar trees

I started crying. They started to Run towards the front yard as I was picking myself up their Happend to be a broken Antenna from a Radio in my hand and I threw it at those guys as Hard as I could I was crying everyone was screaming playing Right Before it If it Hit Him he turned to the Right they caused me to put a innocent kids eye out He went to the emergency ▓▓▓ from my Home at ▓▓▓

That is the only proof of what night it happened when I told my mom what Happened she called some one from the Scouts and when she hung up she Called everyone around and made them hold up their fingers and swear scouts Honor that That never Happened to me. The shifted the blame to me I was not a victim any more but I felt like Dying I felt nobody cared about me like I did something wrong. lets Just say ▓▓▓ tell anyone because who would believe me and IF the did the wouldnt love me

Being around sick people influenced so many things in my life to this Day I see scouts out Doing anything the world kind of gets slow motion and feelings of shame flood me and I want to be believed. I dont want to feel like I did something wrong anymore my hope is that you publish this with my name to set me free from the life they chose for me I see no honor in the scouts Just self preservation you cant print enough money to pay the guy that lost a eyeball because of these verry sick kids, I still feel bad for that guy And think he should be sought out and compensated for his loss of a eyeball. You cant print enough money to give me my Innocence

[redacted]

Fem-Dom I cant be with a normal woman she has to be forcefull like the guys in the Horse stall or the scouting freaks. But Be Beautiful and everything physically that a man is not. I was not born like that I was made like that and I Hold The Boy scots of America Responsible for covering everything up I will vote no for 20 years this letter frees me,



Justice Lauri Selber Silverstein
BSA Bankruptcy Case 824 Market street
6th floor Wilmington DE 19801