4/29/21

TO THE HONORABLE JUSTICE LAURI SELBER
SILVERSTEIN
B.S.A. BANKRUPTCY CASE
824 MARKET STREET
6TH FLOOR
WILMINGTON, DE. 19801

DEAR JUSTICE LAURI SELBER SILVERSTEIN,

   I AM WRITING YOU TO EXPLAIN WHAT MY LIFE HAS BEEN SINCE MY SCOUT LEADER SEXUALLY ASSAULTED ME TWICE IN MY ADOLESCENCE YEARS BACK IN 1966 AS MYSELF BEING IN SCOUTS.
   MY CASE NO. IS ▓▓▓▓▓▓▓ AND IN IT EXPLAINS WHAT REALLY HAPPENED TO ME BY MY SCOUT LEADER ▓▓▓▓▓▓▓, SO I WILL NOT GO INTO DETAIL.
   BUT WHAT I WILL TELL YOU AS TO WHAT MY LIFE HAS BEEN SINCE THE ATTEMPTED RAPE, AND SEXUAL ASSAULT BY THIS PERSON.
   AFTER THESE OCCURENCES AND AS MY MIND COULDNT UNDERSTAND WHAT HAPPENING TO ME AND NOT FULLY COMPREHENDING WHAT HE DID (MY MIND, BODY, AND GROWTH DEVELOPING MY OWN SEXUALITY) I BLANKED OUT WHAT

HAPPENED IN MY MIND. MANY YEARS LATER IT SURFACED AND I WAS ACTING OUT THIS EXPERIANCE IN THE FORM OF ANXIETY, ANGER, AND DEPRESSION ISSUES TO PEOPLE WHOM I KNOW AND LOVE.

THE PLACE OF MY EMPOYMENT HAS A EMPLOYEE ASSISTANCE PROGRAM WHICH THE PEOPLE THAT LOVE ME ENCOURAGED ME TO ATTEND BECAUSE OF WHAT I WAS DOING TO FAMILY, CO-WORKERS, AND MYSELF. IN THE END RESULT I WAS DIAGNOSED WITH P.T.S.D. (POST TRAUMATIC SYNDROME DISORDER) WITH ANXIETY, ANGER, AND DEPRESSION ISSUES AS I STILL DEAL WITH THESE TO THIS DAY, BECAUSE OF THESE ATTACKS.

MY DOCTOR PERSCRIBED ME WITH ESCITACOGRAM 10 MG ONE A DAY. THAT IS TO HELP COPE WITH MY ANXIETY, ANGRER, AND AT TIMES DEPRESSION. TO THIS DAY AT TIMES I STILL GO INTO A DARK SIDE IN MY MIND AND RELIVE ALL THIS. THIS IS THE ONLY WAY TO DESCRIBE THIS TO YOU YOUR HONOR, AND I KNOW THIS WILL BE WITH ME THE REST OF MY LIFE. I WISH THIS NEVER HAPPENED, BUT IT DID. NOW I LIVE WITH THIS ALMOST DAILY.

SINCERELY,


