4/28/2021



2021 MAY -5  AM 9: 08

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE  19801

Your Honor:

I am one of the Plaintiffs ▮▮▮ involved in the class action case against the Boy Scouts of America. Recently, I have been made aware of the actions between the Boy Scouts of America and the Hartford Company. It appears their action goes against the nature of the mediation process and I would like to take this time to reiterate the serious nature of this case.

My complaint dates back to the summer of 1967. At this time, I was a military dependent living on base in the Tokyo region. I was a Star Scout with Troop 13 of the Far East Council. My issues were not with my individual troop but with the Summer Camp program based at Camp Tama that summer. I had been recruited to be one of about 20 scout counselors during the Summer Camp program. I am a good example of how far geographically and chronologically this issue has existed in the Boy Scouts.

I am not going to go into the actions that took place that led to my participation in this legal action. I have recorded the events in my testimony. It occurred over 50 years ago and I have moved forward with my life. However, I do want to readdress the fact that I had been a fairly innocent child that firmly believed in the foundations of Scouting. This event destroyed that and impacted how I have viewed society through to the present day.

The Scout Law states that a Boy Scout is trustworthy, loyal, helpful, friendly, courteous, kind, obedient, cheerful, thrifty, brave, clean, and reverent. My parents, church, school, and Boy Scouts were my guiding lights in constructing a moral basis for my life. Thankfully, I have had some true guidance despite the role the Boy Scouts played in my development. What happened to me has undermined that base. The fact that this abuse was widespread and continued to happen through time reinforces the cynicism that I have developed regarding the role of Boy Scout Leadership and society in general. The whole process of this legal action points to the hypocrisy that the Boy Scout Leadership continues to show. They could follow the Scout Law and take the moral high ground and do what is righteous, but they appear to have lost their guiding enlightenment. For this reason I really question whether they should continue to exist as an organization.

What disturbs me the most from this situation is that the first law, Trustworthy, has been impacted in my life. I have a very difficult time trusting people to this day and a lot of that distrust dates back to the Boy

Scout incident. It appears from their actions that this distrust is warranted on a micro and macro scale. This claim process should be open and trustworthy but I fear that it is not playing out that way.

Yours truly,







Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE
19801

U.S.M.S. X-RAY

19801-302499