CLAIM #

▮▮▮▮▮▮▮▮

FILED

2021 MAY -5 AM 9: 39

4-27-2021

Dear Justice Lauri Selber Silverstein,

My Name is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and am glad to be able to share the horrifying events while in the Boy Scouts of America which I was so very proud to be a part of. I was a very shy boy and kept to my self. our Scout Master's Assistant was Mr ▮▮▮▮▮▮ of Berlin NH. and knew of my dad (a 20 year Police officer of Berlin, ▮▮▮▮▮▮) and had made arraingments to drive me home after the Scout Meetings. Ill never forget as long as I live what ▮▮▮▮ did and how it made me feel.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

They Believed Me, Comforted Me and I Never went BACK. There was another situation that Happened but I have No Proof anything happened. We were camping out at the base of Mt. Washington and I didn't have a tent as my Parents must have figured I could join one of the other scouts. ███████ told Me I could share His tent with Him. It was just Him and I. As I was getting into My Sleeping Bag I looked over and ███████ was Drinking From what I thought was a Skinny canteen Later realizing it was alcohol. He had a Book He was reading as well. I rolled over and started to fall asleep. I don't know if ███████ Touched Me that Night or Not.

Thank you for reading My testimonies of My long term Horror of those days. It also had a very Negative effect in My Relationships all through My life, More shy, More timid No confidence.

                    Sincerely,  ██████████████████

P.S. Enclosed is a picture and small info.
    About My Abuser.



OVER

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St.
6th Floor
Wilmington, DE 19801

U.S.M.S.
X-RAY

WHITE RIV JCT VT 050

28 APR 2021  P  1  L

