April 27, 2021

Honorable Judge Silverstein:

I am one of the thousands of men across the country who have become involved in bankruptcy litigation against the Boy Scouts of America. This is a difficult letter for me to write. There are many things about the Boy Scouts that I think are good. I do think that many of the things learned while participating in scouting is very helpful to young men. Having said that, I am extremely disappointed in the Boys Scouts of America. When I learned about the massively large numbers of victims of sexual abuse involved in this lawsuit I was appalled. What appalls me even more now is how the Boy Scouts pay lip service to victims but when it comes to showing just how sorry they are, they are trying to get away with victimizing me all over again.

This organization needs to end. It saddens me to say that, but they don't care about scouts or anything other than their vast properties and money.

I am sickened by them and I can't believe you are allowing them to get away with this. I guess I shouldn't be too shocked. This world is moving in a horrible direction.

Sincerely,





Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801