April 29, 2021



BSA Claim Number: n/a,

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

Dear Judge:

I am writing this letter to the open court and Judge for myself and also for others who may not be able to do so for a variety of reasons. I will keep it brief and also not include too many details.

What a situation the BSA, are in today. Declaring bankruptcy, in my opine to move on and forget the past. BK is not good enough, the BSA should be forced by the courts to cease to exist, every asset taken from them and then sold and distributed to the survivors of neglect and abuse. Yet in America they have the right to go this route and string things on for years on end. Re-establish and move on. That really is not a good neighbor, or a good business. They simply need to take accountability for what has happened to so many like me. The BSA should also make sure that their insurers, who they paid the premiums, who I assume kept their profits pay up!

I can't understand why they wouldn't just put a settlement out there, make good on what is basically taught in scouting? I am a 50 year old male who survived a violent rape by a den leader at a young age. I don't feel the need to share details, other than as a child you are not able to understand what happened but know it is wrong and you should not tell anyone. This for me has caused a lifelong internal struggle. The part of me that wants to forget it all happened, put it in a box. I will tell you that that is not the right answer. Events that went on from Scouting have made me damaged goods for life.

Therapy does help to the extent if you are able to share, but the core damage is done. It has and always will affect relationships, self-worth, and trust. I can only hope the court in some ways doesn't understand: anxiety, depression, low self-esteem, and PTSD. Nobody should but this is life. And really just puts out there unanswered questions like why me that will never be answered.

For the BSA and Insurance companies to say fellow scouts and myself were not fully vetted, bothers me. This is not I tripped on a stair. I was raped several times, left bloody to fend for myself, scared. I am still scared today that this organization exists, and thinks they can flip the blame to a victim-survivor.

Thank You for taking the time to enter my thoughts on BSA into the court docket.