2021 MAY -3 AM 9:14

April 30, 2021

■

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St.
6th Floor
Wilmington, DE 19801

Dear Justice Silverstein,

      I would like to add my voice to those other men who were abused by the BSA. I am now a recovering alcoholic and, although, I do not blame the BSA entirely, I am certain the abuse and molestation I endured as a youngster (I was about 12 years old) played a part for my entire life. I am now a 61-year-old man on SSI. Sadly, I came from a dysfunctional family who had an abusive alcoholic father. Our scout leader who lives on the same street knew about our family because I frequently ate meals at other people houses. My father would spend the most of his paycheck on himself. Despicably, this scout leader knew I was a "good target"---alone, defenseless, and a father who could not be bothered. Regrettably, the scout leader had a good eye for selecting his "victims." (My mother was in poor health from diabetes and eventually lost both legs.) Thank you.

Sincerely,