SA-5367                                                                                                  April 28, 2021

Justice Lauri Selber Silverstein
BSA Bankruptcy Case

2021 MAY -5 AM 9:03

Good day to you Justice Silverstein,

My name is ▓▓▓▓▓▓▓ I'm writing to you today in regards to the case against the Boy Scouts. I was unfortunately a victim of abuse during my time in the Scouts. Without having to put into words the descriptions of what occurred in my life is beyond what it had entailed. I gave up a part of my life that I enjoyed every week. It was not until someone who I trusted took that part of my life away. I remember the events that weekend, which changed my thoughts about how to process what had occurred. I remember going home and never wanting to go back. For many years of my life I was just another unknown victim. I never knew that in my wildest thoughts there were many others out there just like myself. It was not decided upon to put myself out there as a victim, when I realized I now had an opportunity to express my story.

I decided to come forward not for a compensation, but to speak up and out against such a heinous act of unwelcome motives of an adult. I always had wondered if I was the only one, and as of the case being filed there were so many others. I had decided it was time to be more of a voice and advocate for others, and to ensure that the horrible, vile, and disgusting acts would never be allowed to happen again. While the hearings of dispute and or reasons to push this aside I ask you to consider not just my thoughts, but the many who will never see the inside of the court room to express our thoughts in a manner of just having a voice. They want to push aside the very thing that has faced so many for so long as a slap on the hand. I hope for victims such as myself, that we matter more now than we did being kids.

I grew up to be a family man with children of my own, and decided I would not even introduce Boy Scouts to my son as they choose not to stand up when we needed them the most. I ask that you consider the very reasons of so many's abuse to be just exactly what that was for us. I have never and will never support the organization that continues to hide the truth. For once in my life I have a voice, and feel compelled to write to you today. There is no easy way to put out there what I feel, other than I hope this organization continues to not hide, but more importantly to make sure this never happens again for we can not as a society hurt our children. I hope and pray as my wish that many will be able to learn the valuable lessons we were taught with the organization and that it someday will have a new face and expectation of life going forward.

Thank you Justice Silverstein for taking the time to read this, and hopefully not be pushed aside as I myself and so many others have been for so many years. I don't look at a settlement as the answer, but more so that this can never happen again. No monetary amount will ever replace the damage that has already been done. This is my voice!

Sincerely,




SALT LAKE CITY UT 840
29 APR 2021 PM 4 L

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801