SA - ███  4/28/21

2021 ███ -5 ██ 9: 46

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

CC, Andrew Van Arsdale

To Whom it may Concern

My name i ███████████ I was in an Explorer Troop in 1968-1969 (I was age 13-14 at the time) that was Sponsored by Chesterbrook Presbyterian Church, McLean Va. The Troop leader's name was ███████████████ was thought to be a pillar of the Church and Community during those years, he was well respected and thought to be a generous, empathetic Scout Leader. The man molested me in the middle of the night at a Scout camp near Star Tannery Virginia.

███████████████████████████████████████

I was afraid to tell my parents, as I believe they would have accused me of participating. I am not homosexual, a pedophile or anything of the sort. I am a retired DOD employee. I swore ███ to secrecy; he kept my confidence until his death in Dec. 2020. What I relate here is true and accurate; I am now 65 and hope to expose the incident so that other young men don't have a burden to carry with them, as I did. I am the only survivor of the incident as both ████████ are deceased.

BSA had zero oversight or involvement with our Troop. My understanding is that ███ repeated this behavior resulting in the death of ██████████ of McLean Va. (feel free to look up the police reports) Your money can't pay for the problems this has caused me nor can it bring back ██████████ but at least it is recognition of your apathy and indifference toward this young man.

███████████████████████████████████████