April 29, 2021

2021 -5 9:47

Claim: ███████████

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington DE 19801

Honorable Justice Silverstein:

I am writing to you today as a sexual abuse survivor. My abuse took place when I was a 15-year-old Boy Scout attending summer camp. For many years I held my story inside and did not have the courage to come forward. My story is not about a Boy Scout volunteer leader who had never received formal Boy Scout leader training or about a sexual predator that is no longer alive. Instead, my story is about a highly trained senior staff adult leader who eventually went on to be a summer camp director, who is very much alive today and may still be in a position to harm children. The Boy Scouts and the insurance companies may claim this case is about money. However, the reality is that the Boy Scouts and insurance companies are attempting to leverage the bankruptcy court, public opinion, and the legal system to provide cover for their financial and ethical responsibilities. The BSA's goal is to pay as little as possible to victims, potentially buy the victims silence indirectly giving cover to the living sexual predators, and continue to operate potentially subjecting children to new sexual abuse.

Approximately two years ago, after confiding with close family members, I reported my abuse in a very detailed manner including names, dates, and the location to legal counsel who in turn reported my abuse to the BSA. However, even to this day I still do not know if the Boy Scouts ever followed up on or filed a police report for my case even though they state over and over in sweeping public statements that they report all sexual abuse of minors in a timely manner.

I decided that I needed to come forward with my story well before the Boy Scout filed for bankruptcy. On May 28, 2019 ███████████████, Chief Scout Executive, communicated in a letter to the Honorable Jackie Speier, U.S. House of Representatives, that the Boy Scouts did in at least some instances allow individuals to return to scouting even after credible instances of sexual abuse. It was from this letter that I finally came to the realization that I, as did ███████████ had a moral obligation to end my silence and step forward to help protect the safety of others, particularly the children, that are active in current programs. Even though it caused me significant anguish and pain, I filed my claim with legal counsel who discreetly turned over the name of my abuser to the Boy Scouts while still maintaining my privacy. As a member of the community and family member, it saddens me to report to you that I believe my abuser is still on the loose and may still be free to threaten other children. But before I go further, I would like to take you back to circumstances of my abuse so that you have a full understanding of how it happened.

I was active in scouting between the ages of 9 and 16, first as a Cub Scout then later as a Boy Scout where I was affiliated with my local troop. I quickly rose to become the top senior patrol leader and achieved the rank of Eagle Scout without incident inside my local troop. However, when I was 15 years old, leaders in the local council took note of my development and gave me the opportunity to participate at a higher level as a counselor at the local Boy Scout Summer Camp. With the encouragement of my family, I volunteered two weeks of my time to further enhance my leadership skills. My first week in summer camp I participated as a counselor, training new leaders as part of the councils Troop Leader Development program. The second week in camp I participated as a counselor in training. Since this was a development opportunity reserved for the most promising future leaders, I attended summer camp without my local troop. It was during this second week of training that I was assigned to work closely with a senior staff adult leader who was to be my mentor and was also a full-time paid employee of the summer camp, wholly owned by the local Boy Scout Council.

While completing my second week of training I was subjected to several forms of unusual treatment on more than one occasion. Since I was just 15 years old at the time, I had no idea what sexual abuse was, I had never had any prior sexual experiences, nor had the Boy Scout Council provided me with any [REDACTED]

In spite of this unusual behavior, I still trusted my mentor to look out for my safety. The last evening that I was in camp, the senior staff adult leader invited me to go to a bar which was located a short distance from the camp and I agreed to travel to this destination with him alone in his car. While at the bar the senior staff adult leader served alcohol to me where I socialized with other camp staff [REDACTED] could not do what he wanted. After getting out of his car I walked directly to my assigned cabin still wondering what I had done to be treated that way. For the noted acts of sexual abuse that I experienced at the camp there were never any other witnesses and it is my belief that my abuser made it point to make certain there would be no other witnesses in order to cover up his behavior.

The next morning, my last day in Camp, I saw the senior staff adult leader one last time where he attempted to silence me by telling me I was never to tell anyone about what had happened. He also told me that his behavior was perfectly normal and that he had witnessed other high level scout leaders involved with the Boy Scout camp exhibiting similar behavior. He even mentioned the names of two other adult leaders who exhibited this behavior, one was another camp staff adult leader and the other was a top Professional Scouters in the Northeast Illinois Boy Scout Council. The Professional Scouter has since passed away, however, my abuser and the other staff leader are still very much alive which gives me pause for concern.

After my abuse the senior staff adult leader was promoted the next year to Camp Director. So, if the 80,000+ men who have filed claims in this bankruptcy case seems shocking, as it was for me, it should not be a surprise given that BSA has in at least once instance promoted a child sex abuser to the top Camp Director position at a summer camp that hosts thousands of young boys every year.  So why did the Boy Scouts not report my sexual abuse to the police? We may never know, but in my case, there may be reasons not to do so if it potentially exposes the actions of other higher ups within the organization which might lead to further questions and investigations that would eventually impact the summer camp and have significant implications for the entire organization.  So as a loving parent getting ready to send your child off to summer camp, would you not want to know that the individual that was the Camp Director at the summer camp was a pedophile and was abusing children?

My abuser was not a volunteer but a full-time paid employee of the local council. To achieve the position of Camp Director my abuser would have been considered a stand-out amongst all of the other camp counselors, would have been highly respected, would have been required to complete many hours of leadership training including proper conduct with young boys. My abuser clearly had an awareness that what he was doing.  Senior BSA leadership would have also had a high level of trust in my abuser's conduct so either he hid his behavior extremely well or leadership was complicit. As Camp Director, my abuser had access to thousands of underage boys away from their parents for the summer, clearly a recipe for disaster.

It goes unsaid, that this experience was extremely traumatic for me and was the primary reason why my interest in scouting waned and eventually ended. I never returned to the summer camp and I never told my parents about the abuse because I was too embarrassed and ashamed. Through all of this, I have only told a handful of people about my abuse, have never sought out counselling, and would say that I am still in the very early phases of my healing. I try to forget what happened to me but I cannot seem to shake or erase the physical abuse that haunts me. Unfortunately, the abuse is now burned into my brain because it happened at a very young age and I will certainly take it with me to my grave.

By filing for bankruptcy, the Boy Scouts have essentially turned this case into being about money.  My priority is not so much that the Boy Scouts and their insurance companies pay an extraordinary settlement to the victims; equitable compensation for the pain and suffering experienced by the victims is a good start.  But more importantly, I still do not know if the Boy Scouts ever filed a police report for my case, including the 80,000+ others who turned in their abuser just like me. Will the abusers ever be confronted? Will the abusers ever be held accountable? Are the abusers still working with children?

My hope is that the BSA correct their public mis-statements and place all of the focus on addressing the misconduct among their own professionals, employees and volunteers many of which are still alive today. Since the BSA seems to know exactly who these abusers are, rather than investigating each of the victims, the names of the abusers identified in this case should be notified to the proper authorities as quickly as possible, so that each can be identified, investigated and potentially prosecuted, if still possible, under the law. If the abusers were volunteers from long time ago that have since passed away, as the BSA claims, then they know exactly which abusers are still alive. The BSA are clearly in a position to do the right thing and turn the abusers that worked within their organization over to the police.

I have high faith in our legal system and I am certain the court will do the right thing. I thank-you for the opportunity to share my story and perspective regarding this case. The Boy Scouts and the predators that they enabled need to be finally held accountable. And if this means that the Boy Scouts and their

insurance companies wind up paying an extraordinary settlement to the victims, it will send notice to other sexual abusers that are still out there that any organization that they might be part of will pay a mortal price if they continue abusing children.

Respectfully Yours,



CAROL STREAM IL 601
30 APR 2021 PM 1 L

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington DE 19801

19801-302499