2021 MAY -3 AM 9: 15



Your Honor:

This is not an easy task for me. I am 66 years old and have held my nightmare with the BSA to myself (other than therapists) for over 60 years. I never even told my parents.

I had always wanted to join the Boy Scouts. I didn't have many friends, was very small for my age and read everything I could find in order to get ready. When I was finally old enough, I joined the local troop which was part of the National Capital Area. I was sooo excited when I got my uniform. It was a dream come true.



When I got home, in tears, I told my parents I was quitting the Scouts. When they asked me why, I told them it was because I could bring my fingers together to salute properly (I really could not, still cannot). They insisted I give it a chance and more time, but I continued to refuse. Eventually it was forgotten. Forgotten by them, but not by me. I still have regular nightmares. No child should be

subjected to this kind of cruelty. The Boy Scouts should be held accountable. Please don't let them off the hook for this.