Case 20-10343-LSS    Doc 3033    Filed 05/05/21    Page 1 of 3

2021      9:49

April 29, 2021

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street, 6th Floor
Wilmington DE, 19801

Ref: In re: Boy Scouts of America and Delaware BSA, LLC Debtors - Claim Number ▇▇▇

Hon Justice Silverstein,

I was born in 1940 in New York City. My parents, brother and I lived in what was called a "cold-water flat" in an old, mostly Northern European neighborhood. Almost everyone that I knew went to the same church and I attended St. Matthias Catholic Church and School (to which I still donate) and belonged to Boy Scout Troop 327 that was sponsored by St. Matthias.

My dad had completed his undergraduate education at Fordham University while working full-time in Manhattan and was in the middle of earning his LLB from St. Johns at night. My mom, daughter of Norwegian and Finnish immigrants, was home for us every day. I didn't think that we were poor…we were like most of the other people we knew.

I enjoyed my first years in the scouts, had a great scoutmaster ▇▇▇ whose daughter ▇▇▇ was in my class at school) and developed in the scout program achieving First-Class status. When I was 12, mom and dad thought that Boy Scout Summer Camp would be fun, a learning experience and I was very enthuiastic. As I soon realized, it was a learning experience I'd carry with me for the rest of my life.

Off I went to Camp Mann, the scout camp at Ten Mile River for kids from Queens, NY. We got settled in to our "lean-to" and spent a week doing as expected. Swimming in a lake, canoeing, hiking, listening to stories around a camp fire, learning new songs and enjoying the "wilderness."

▇▇▇ was one of the leaders. He must have been about 25 years old but it was hard to tell exactly how old he really was. He was a part of the general activities and seemed like a good guy. On one occasion, he got a small group of boys (about 4 or 5) and took us on a nature hike. After a while we took

1

███████████████████████

From my perspective today, I suppose that this doesn't seem like a very big thing. But to me, at that age, I knew that I was going to hell and there was no one who could help me. The same thing happened a few days later and all I could do was go along with the group and repeat the incident. My life changed that week because of those two encounters. When I got back home I knew that I should go to confession because of my sins but I was ashamed to tell anyone and I lived with this awful knowledge of eternal damnation for about six months. Only then had I worked up the courage to confess to one of our parish priests, ███████ who was in charge of the altar boys of which I was one. I had never mentioned these events to my parents or anyone else. I knew that, if I confessed, I'd be forgiven.

It was confession day for our class and we went into the church next door to our school. I must have caught Father ███████ on a very bad day. When I confessed to him what I had done, he yelled at me, called me an evil boy and the whole church heard it. I left the confessional with my "tail between my legs," without absolution and I honestly felt doomed! I felt that way, on and off, for over 40 years.

I was lucky to have a talent for running and ran throughout high school becoming the Captain of our Track and Cross-Country teams which won the Eastern United States Championship in 1955. This led to an athletic scholarship to Manhattan College. My relationships with girls were sporadic, at best, but I lost my virginity in my senior year of high school. When I wasn't studying in college (I started in Physics and ended in Management) or running, I seemed to maintain an inner sorrow knowing that, in the end, I'd be going to hell.

My goal had been to become a Marine Fighter Pilot so, with the help of one of my father's good friends, I was accepted into a Marine Officer Candidate Program and was commissioned as a Second Lieutenant right after college graduation. Unbelievably, I'd been accepted to flight school and, 18 months later, I was a Marine Fighter Pilot. Outwardly, I was a cool guy with Navy Wings but inwardly, I was a shell. I had even gotten to a point where, at times, I had almost forgotten why.

Fast forward to 4 ½ years in the Marine Corps, getting a pilot's job at Eastern Airlines, marrying my wife (of 51 years), having a wonderful daughter, son-in-law and 2 great grand kids, and trying to look good on the outside. My wife began to comment on my lack of sexual interest and increasing interest in alcohol. Hot-shot pilots are not supposed to be like that. (Some years later, I finally shared this story with my wife and daughter).

Two major life events happened...I entered an alcohol abuse inpatient program sponsored by my union and airline. To complete this program I spent 4 months under the care of a psychiatrist (███████) with whom I was finally able to discuss my Boy Scout camp episode...Catharsis at its best. A few years later I was diagnosed with prostate cancer and had a radical prostatectomy and came out of that impotent. I still feel that this was divine retribution.

I don't hate the Boy Scout idea but I do have extremely strong negative feelings about ███████ (not withstanding admonitions to the contrary from my psychiatrist), the people who hired him, his

2

supervisors at Camp Mann, the people in charge of Camp Mann, Ten Mile River, the New York Boy Scout Council for their failure to supervise our care and the Boy Scout organization for failure to weed out people like Burns. I feel great empathy for the other boys who carried similar feelings of guilt and shame with them for long, sometimes terrifying, years. I'm especially sorry that I, and later my wife, have had to live with this for so many years. I want justice for us all and this IS the time and place for it.

Most Sincerely,

