Dear Judge
My name is ████████████
58 yr old father former teacher
former boy scout and alcoholic.
Cant say for certain scouts
turned me into a heavy drinker
but of the six friends all also
abused in scouts we are all
alcoholics. I am currently sober
only because I woke up in jail
with no idea why I was there
so Oct 16, 2010 was my last drink
None of us ever dealt without
training from troop 644 in fact
rarely talked with each other
until we were adults nobody
told their parents we basically
suffered in silence our entire life
The abuse began slowly as I reflect
on the accomplin at campouts

the last 45 plus years I am
totally offended at what little
money my life seems worth
to BSA and insurance companies.
Our scout master took his own
life in the early 80's ██████████
troup 644, Mt. Pleasant MI -/
He got off easy compared to us
now the BSA and insurance co's
don't seem to value what
thousands of boys went thru
while they were supposed to
not only protect us but make
us better people, well they
failed us then now they are
trying to fail us once again
please don't let this happen again
hold BSA and the insurance
companies liable for destroying
so many lives.

thank you

██████████████████████████
██████████████████████████
██████████████████████████
██████████████████████████



GRAND RAPIDS MI 493

30 APR 2021  PM 3  L

FOREVER / USA

Joshua Lauri Selber Silverstein

824 Market St.
6th floor
Wilmington, DE
19801

U.S.W.J.
X-RAY

19801-302499