May 1, 2021

2021 MAY -5 AM 9: 33

To Whom It May Concern,

It took me twenty years to get through this horrible time. The problems that I had to work through are drinking, drugs, anger and the feeling of humiliation. During grade school, I had anger issues and was placed in a behavior disorder class and I had counseling every week.

I feel like the BSA just handed me to a predator and I don't know what will satisfy me. Approximately, 16,425 days of remembering this pain, you can't put a price on it because it doesn't wash away my memories. Whatever it is I will never be whole.

I would like to thank the Attorneys and the court, for giving me a chance to have a voice in this matter.



ORLANDO FL 328
1 MAY 2021 PM 3 L

Justice Laurie Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

19801-302499

