REFERENCE CLAIM # ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ 1 OF 6

COVER SHEET

REFERENCE CLAIM # ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

TO - JUSTICE LAURI SELBER SILVERSTEIN
BSA BANKRUPTCY CASE

FROM - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
A VICTIM OF SEXUAL ABUSE OF THE BOY SCOUTS.

I'M PRINTING THIS LETTER, BECAUSE MY WRITING IS NOT VERY GOOD.

THANK YOU, FOR ACCEPTING THIS LETTER, I WANTED YOU TO KNOW THE AFFECT ALL THIS HAS HAD ON ME.

THANK YOU AGAIN, FOR READING AND YOUR UNDERSTANDING WHAT I HAVE HAD TO LIVE WITH.

SINCERELY

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

REFEREE CLAIM

HERE IS WHAT I HAVE DAD TO DEAl WITH, SENSE MY BOY SCOUT DAYS. I ENJOYED BEING A BOY SCOUT, UNTILL MY TROOP LEADER, STARTED BEING TO FRIENDLY, WE HAD OUR MEETINGS AT HIS TRAILER, AFTER OUR MEETING HE WOULD SEND HIS SON, AND THE OTHER TROOPS OUT TO GET ICE CREAM. AT FIRST HE SEEMED TO BE HELPING ME GET ALL MY MERIT BADGES, I GOT 11 OF 12, THE ONLY ONE I DIDN'T HAVE WAS THE SWIMMING BADGE, SO HE WOULD TAKE ME SWIMMING

couldn't tell my parents, I have lived with this ever sense. I never told any one about this. I put up with this for over a year, then decided I couldn't do it any more. My parents didn't understand why I quit the Boy Scouts, they knew how much I enjoyed being one. Because of this I have never had a real relationship with any one. Every time it would get close, I start thinking some one was going to use me again. The longest relationship I have ever had, has been 5 yrs.

I start feeling and getting these weird thoughts in my head, and start blowing any kind of relationship, I'm not comfortable in any relationship. Nothing will ever be the same, to much has happend and, I hope you make the one's that did this to me, and all the other guys that has had to deal with all this, our young lives, please make them pay. This is such a awful thing to have done to us, over & over. And can't say anything about it. Some times I feel like giving up on life, but I keep fighting my thoughts, and feeling like I should have done something,

THIS HAS HAD A VERY NEGATIVE IMPACT ON ME, AND I'M SURE EVERYONE ELSE AS WELL. WHEN I HEAR THINGS LIKE THIS ON THE NEWS, IT REALLY HURTS ME INSIDE. I KNOW ALL TO WELL ABOUT THIS. PLEASE MAKE THEM PAY, PAY WILL NOT TAKE THE PAIN AWAY, BUT HOPEFULLY WILL GIVE US THE COURAGE TO KEEP TRYING, AND TO BE ABLE TO START AGAIN. I'M NOT SURE, IF THAT WILL HAPPEN, BUT I HOPE SO. THEY FILED BANKRUPTCY TO GET OUT OF EVEN HAVING TO PAY US, THAT IS SO WRONG. WE NEED HELP NOW, ITS OUT IN THE OPEN, THEY CAN'T HIDE ANY MORE, SO PLEASE MAKE THEM PAY, TO ALL

All us. WE DESERVE THIS PAY, TO HELP US, RECOVER, WE WILL NEVER FORGET OR FORGIVE, BUT I THINK GETTING THE MOST PAY WILL HELP DEAL WITH ALL THE WRONG DOING, THAT HAS BEEN DONE TO US. WE DESERVE AT LEAST THAT.

THANK YOU, FOR READING MY LETTER, AND I HOPE YOU AGREE WITH ME, IF THIS HAPPED TO YOU, YOUR FAMILY, OR YOUR FRIEND'S, YOU WOULD UNDERSTAND!

Sincerely,



Justice Laure. Selber-ray
Silverstein
BSA Bankruptcy case
824 Market Street
6th Floor
Wilmington, DE 19801