B.S.A. Bankruptcy Case. ███

2021 ▓▓▓ -▓ ▓▓ 9:55

Hello your honor, My Name is ███
Don't know where to begin, but will keep it brief, I was and am a victim and survivor of sexual abuse at the hands of a so called troop leader in the boy Scouts, troop # 622 Simi Valley Ca. out of berylwood elementary school, It happened on a weekend month of July in 1969. My dad could not attend that time very busy Job wise, that guy met my dad and shook his hand a week before. That weekend changed my life forever, I've Never felt so disgusted, ashamed, or guilty in my life. without knowing why to the point where I could not even speak out while it was happening or afterwards. It's especially bad during the summer, the time of the year when it stays light late into the evening all the memories come back, it's like someone throws a heavy blanket over me making it hard to breathe or sleep, my mind races thinking of every-thing and nothing at the same time, trying not to think about the incident and get inside my head. whether it happens twice as in my case or ten times the out come is the same it's devestating. I finally broke down and told my sister back in 1998 —

cont.

after my divorce because it played a part in my mariage not working out, my sister passed away in 2000, one of my best friends, I miss her so much, I spent 12 days total in an adult behavioral hospital back in 2008 because it just became to much, how do you put a price on that, I feel I don't need to discuss the situation with my sister, dad, or mom anymore they are in heaven now looking down on me, still loving me, and keeping me safe. So when it comes time to make a decision which I hope is soon, please decide in favor of us kids - the real victims.

Thank you mam! for taking the time to read this letter, God bless you and stay safe,

P.S. I think the B.S.A. should be allowed to continue, with big changes, all kids sleep together in one big tent so one kid in particular can't be singled out or a parent or trusted realative accompany, be with the kid on outings.

Thanks-