April 29,2011
RE: █████████

2021 ░░░ ░░ 9:56

To whom it may concern:
,I was about 7 to 10 years old when I was a Scout.
After that my life NEVER been the same. I'm now in my 50's, A LOT of things I just didn't and still don't understand as far as who I am. I would ask my mom "when am I going to camp?" She would send me not knowing what the Scout leaders was doing to me, and other boys. Now i know i was being sexually abused by people i looked up to. It was different. I think i liked the feeling,not knowing it was sexual abuse. As I got older I realized ███████████████████████████████████████████████ TIMES. I wasn't able to keep a job. I am permanently disabled because of the imprint of my childhood. I'M no longer using drugs. I'm a member of the Church of Christ. They saved me.
NO MORE BURYING THE TRUTH. It's past due to let the world know what happened at camp.



SA-10045
Justice Lauri Selber Silverstein
BSA Bankruptcy Cases
824 Market Street 5th Floor
Wilmington DE 19801

19801-302499

7020 0090 0002 0265 8418