

2021 ... 9: 57    April 27, 2021

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St, 6th Floor
Wilmington, DE 19801

RE: BSA Bankruptcy Appeal, SA-11942

Your Honor,

I have been following the BSA bankruptcy case closely as a 74-year-old claimant whose life was destroyed more than 60 years ago by a sexual predator Assistant Scoutmaster. I was doing extremely well in scouting, having risen from a very rewarding time as a Cub Scout, with my mother serving as the Assistant Den Mother for a few years. I anticipated that my time as a Boy Scout would be equally rewarding, and indeed it was for the first 18 months while in Tokyo, Japan during my father's Embassy Tour. I worked very diligently towards merit badges and higher rank, ultimately achieving the rank of Life Scout, with sufficient merit badges to become an Eagle Scout; unfortunately, I was only 12 and couldn't attain that pinnacle until age 16.

I guess my discouragement made me a vulnerable target for acts of perversion initiated by someone in a position of scouting authority, our Assistant Scoutmaster. I detailed the disgusting acts that he put me through in my initial claim filing, so I won't reiterate them here. Suffice it to say that unfortunately a couple of fellow scouts observed some of the lewd acts and I found myself "compelled" to yield to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ at the risk of me being exposed to all the scouts, the Scoutmaster, and ultimately my parents. I could *not* let that happen and thus found myself trapped. Thank God, my father was reassigned stateside when I was 13, enabling me to "escape" the horror.

Your Honor, those sick experiences with the Assistant Scoutmaster served to plague me my entire life by confusing my sexuality and subverting every attempt at a female relationship. As a result, I have been married to women five times; each relationship ended in disaster. I was constantly questioning who I was and what I was doing. I have NEVER had a successful relationship with a woman. My tragic scouting experience grossly distorted my view of life, not to mention more than 60 years of failure as a husband and father of two.

Now I learn that the BSA is trying to dodge their responsibility in destroying the lives of tens of thousands of scout victims. It makes me sick to see them callously overlook the horrendous damage that they have done to so many young boys by exposing them to unchecked, unmonitored sexual predators.

Your Honor, I have NEVER shared one bit of this sordid history, but rather kept it bottled up for all these years. I implore you to hold the BSA *fully* accountable for all the damage they have wrought upon unsuspecting young boys who had their whole lives to look forward to. My life's track record has proven to be an abysmal FAILURE. Thanks to the BSA!

Thank you very much for your consideration.

Sincerely,



PS: I never reached my goal of Eagle Scout; upon returning to the states from Japan, I refused to have anything to do with scouting again. *My parents never understood why.*