April 28 2021
To Justice Lauri Selber Silverstien.
BSA Bankruptcy Court.

2021 -   9:34

My name is ▮▮▮▮▮▮▮▮ and I'm writing to you today about the following action against the BSA.
As an Individual that has been physically and mentality abused; with nowhere to turn because no one would belive me .
I Have an invested interest in the outcome of this case.
To think that this was happening and then being ignored because to anyone's knowledge this possibly could happen in an organization like the BSA.
This was supposed to be an institution for young men to learn the values of life ( At least that is what Baden-Powell had in mind when he envisioned starting this organization in 1910).
My personal feelings about the Boy Scout of America is that the organization should completely be dissolved and all assets should be in turn given to the survivors for compensation;so that some kind of closure can start taking place.
We do not need this kind of blemish in our society.
I'm hopeful that the board of trustees began to realise this and do the right thing for all that are and have suffered .
In conclusion I'm putting my trust in the BSA and the courts to not let us down as we have been in the past.
Sincerely
▮▮▮▮▮▮▮▮



MINNEAPOLIS MN 553
30 APR 2021 PM 6 L

Justice Laun Selber Silverstein
BSA Bankruptcy Court
824 Market Street
6th Floor
Wilmington, DE. 19801

19801-302499





U.S.M.S.
X-RAY