Justice Lauri Selber Silverstein

BSA Bankruptcy Case

824 Market Street, 6th Floor

Wilmington, DE 19801

2021 MAY -5 AM 9: 15

Your Honor,

My name is ▇▇▇▇▇▇▇. I am a 65 year old man. Just over 50 years ago I was sexually abused by one of my scout leaders on an overnight campout trip to a North Coast Beach West of Ozette Lake in Washington State.

I will never forget and I will never forgive that leader, nor the Boy Scouts of America for the damage done to me, or to "what looks like" many, many others.

I personally believe the BSA should be dissolved. If it is not dissolved, this behavior will continue in one form or another. No-one else should have to go through this UNACCEPTABLE treatment again. Please help make the dissolving of the BSA happen.

It is amazing to me that something that happened 50 years ago can still affect lives. Trust, or lack thereof, is just one affect, but it is a real and lasting one. I am a strong person, but this incident has impacted me for a lifetime. That the BSA knew about what was happening, and kept silent is Incomprehensible.

Thank You Your Honor, for your time and consideration.

Sincerely,



4/29/2021



TACOMA WA 983
OLYMPIA WA
30 APR 2021 PM 3 L

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street, 6th Floor
Wilmington, Delaware 19801

19801-302499