Justice Lauri Selber Silverstein

BSA Bankruptcy Case

824 Market Street

6th Floor

Wilmington, DE 19801

2021 MAY -3 AM 9: 35

Case#

It has been a long time since this all happened. The time frame when this happened was from around 11 to about 12 years of age. He started grooming me first at the YMCA. I was on the swim team he coached and he was also a boy scout leader. He talked me into joining the scouts. I was just a child at the time and did not understand what was going on.

At this point I wanted to quit the boy scouts and my parents wanted me to stay in. They thought it was good for me and I was too embarrassed to tell them why I wanted to quit. I thought I had done something wrong.

I have had trust issues all my life and I have had an explosive temper. I have sought counseling to become a better person, however, I have been too embarrassed to mention the sexual abuse.

Sincerely,

