April 29, 2021

TO THE BSA,

Just to let you all know, it was wrong for those guys to do things to us... ~~that~~ that they did take advantage of us..... It is wrong.....

I'm going to leave you all my phone number if you need to know my story.

I will not write it down...



OK, with that being said....

Here it goes.

How would you feel if this kind of stuff happened to you........

OH WAIt... It Didn't

April 29, 2021

BETTER YET.....

WHAT IF IT HAPPENED TO YOUR SON.......

Now LET'S TALK

I'm PISSED

[redacted]

I WORK ALL DAY - BEST TIME TO GET AHOLD OF ME IS AFTER 2:30 PM.

GOD BLESS US ALL.