Case # SA - 7327, SA - 9919

2021 ··· -· ·· 10: 02

Justice Lauri Selber Silverstein

BSA Bankruptcy Case

824 Market Street

6th Floor

Wilmington, DE 19801

Your Honor

Respectively.

I have a statement to make to try to give one a clear view into what I have had to deal with throughout my childhood and adult life at the hands of someone that was supposed to be a mentor but turned out to be a monster. What I lived thru and had to deal with and the repercussions of what a man done to me in my most vulnerable years.

I was the oldest of 3 boys with a single mother getting no child support, working 2 jobs. The church where some of the abuse took place couldn't or wouldn't help. There was no case workers. Because at this time in our nation's history, child molestation was commonplace to the point when I finally broke down and told my mom and she called the police, the police did nothing but talk to this man. Then I got blamed for making up a story about a upstanding man in the community that was really a child molester. We finally had to move because of the this man stalked me because he wanted to punish me for telling someone like he did when I told another troop leader about a month prior. The punishment for that was being sodomized to the point where I bled for 2 days after that I told my mother.

I didn't actually get to see a therapist until I was an adult. By that time the damage had been done. Thru out my life I have had to deal with and live with all the bad decisions I made because of what that man done to me. 50 years of my 62 year life has been effected because of this horrific crime that was allowed to happen by the very organization you preside over.

The pain, the years of depression, the suicidal thoughts, the one attempted suicide, the drug use, failed relationships, 2 divorces. The trust issues that I live with to this day, not to mention the ongoing depression, Thousands of sleepless nights. Thousands of dollars spend on different therapist. Every single thing in my life that I'm not proud of can be traced back to a monster disguised as a Boy Scout Troop leader and a upstanding pillar of a community that was a child molester.

One of those sleepless nights about 2 years ago I was laying in bed listening to the TV. A commercial that came on in the wee hours of the morning with a advertisement about making a wrong, Right. About

holding the very organization that allowed this to happen to people like me responsible for what was done. It took me a couple of weeks to come 2 grips with the thought of telling someone, because up until this point, no one but my mom and a half dozen therapists over the years were the only people to know.

One morning, I believe it was in fall I finally got up the nerve to call, a female intake person, probably in her mid 20's was who i was assigned too.

That's, who I got to tell my story to. The questions. The shame. The humiliation. The fact that I had to tell someone on a phone call that I, a man was a rape victim. That was by far my worst fear.

Now, fast forward to present day. After the last year and a half plus of having to deal with the registration, proof of claim, the half dozen paralegals and all the seeming like never ending updates about the case that I honestly figured would be over by now, and here yet again I'm telling my story to someone else.

After learning just how many people there are that have went through the same thing I had went through, I now know that the BSA was facilitating this type of behavior. They were covering this up. Which as you know is a crime.

It is my opinion that if this horrific crime would have happened in present day, people would be in jail and we probably wouldn't be having this conversation because it would be out in the open being tried in the court of public opinion.

Now being informed in these updates of how the BSA, there insurance companies and the lawyers for the insurance companies think the thousands of people, just like me as nothing but a claim or a claim number.

I am here today to tell you that I am not just a claim number. I am a person, a person that lived thru what a monster put me thru for years. I am no different than anyone else making these claims. We were not given nor will we ever have our day in court like doctor Larry Nassar victims had. They got justice. We would like ours.

I plead that you mam. Your Honor, the one person in this case that has the power to make all parties involved do what needs to be done.

To do what is right.

To right a wrong.

The Boy Scouts of America, their insurance companies, their lawyers needs to step up.


Thank you for your time and service.

Respectively.

■



JACKSONVILLE FL 320
28 APR 2021 PM 4 L

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
6th Floor
824 Market Street
Wilmington, DE 19801


FOREVER
9024008002160525

