2021 ▮▮▮ ▮▮ 10: 02

Dear your honor:

I'm the victim in the Sexual abuse case against the Boy Scout of America. Though the abuse happened to me as a child I still have issues even to this day. I can only imagine the amount of children that has suffered abuse at the hands of BSA. Who probably remained silent for the fear nothing would be done. So Please do whatever is necessary by law to make this Organization responsible for what has happened to me and others

Sincerely, ▮▮▮▮▮▮▮

19801-302499

A-RTY

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington DE 19801



BIRMINGHAM AL 350
8 APR 2021 PM 3 L