April 30, 2021

Justice Lauri Selber Silverstein

BSA Bankruptcy Case

824 Market Street

6th Floor

Wilmington, DE 19801

Dear Judge Silverstein,

On two different occasions I was molested by two different scout leaders. This happening in my childhood has caused me to make decisions throughout my life that have had affects on my, as well as others in my life, lives. I am now in my seventies and can remember each occasion with crystal clear clarity.

I have two daughters that I would not allow to join Girl Scouts because of this. This decision caused them to not be able to join some social aspects of their childhood. What is now called helicopter parenting was taken to the extreme by me because of my past. Not saying that keeping a close eye is bad but I remember many many times that they did not do spend the night parties and the play dates because of this tingling in my memory bank. My daughters would not tell me when they let their children do things with their friends because they knew that I would not like them to go.

I have been diagnosed with PTSD and am taking medication for it. I know these times is my childhood are a hold over to the pain I still have in my life and are partially to blame for my medical situation now.

I think that it is only fair that the organization that has allowed this to happen to so many children be forced to have pay some sort of reparations to those that have to live with the results of the molestations for the entirety of their lives.

When I heard of this suit, I actually contacted two friends that I knew suffered the same devastating actions that I had only to find that one had taken his own life and the other had already passed away.

Please take into consideration that this legal suit is about people and the results of what has happened to these people it is not about how some large organizations can again try to back away from their responsibility and leave us all hanging again with the thought that nobody cares about us.

Thank you for your time and consideration.



Case claim number



ORLANDO FL 328
1 MAY 2021 PM 3 L

Justice Lauri Selber Silverstein

BSA Bankruptcy Case

824 Market Street

6th Floor

Wilmington, DE 19801

19801-302499

