

2021 [illegible] 10: 03

April 28, 2021

BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

The Honorable Justice Lauri Selber Silverstein

My name is [redacted] and I am a victim/complainant in the Boy Scouts of America (BSA) bankruptcy case that you are presiding over. The case numbers that have been assigned to me are: [redacted]. It has been brought to my attention from the BSA Bankruptcy Torte Committee, and my attorneys AVA Law Group, that the mediation between the BSA attorneys and the Tort Committee has fallen apart and is moving forward into the next phase of the bankruptcy proceedings. It appears that the BSA and its insurance companies are claiming poverty and do not want to continue the negotiations in good faith.

As a victim/complainant in the BSA bankruptcy case, I would like to see justice prevail against the BSA for allowing sexual child abuse to continue unchecked for many years. In my case, I am still haunted by the abuse I suffered, resulting in animosity again homosexuals, which is counter to my Christianity to love everyone. In the past, I did receive counseling through my previous employer, which helped some with my psychological issues.

Justice for me in the BSA bankruptcy case is threefold: First, the BSA needs to admit in a public forum that in the past it allowed the sexual abuse of children by BSA leaders, and has taken steps to insure that future child abuse will not be tolerated and will be prosecuted to the full extent of the law. Second, in those states that do not have a statute of limitations on child abuse charges, I would like to see the abusive, BSA leaders held accountable in a court of law. Third, I would like to see the BSA organization held accountable, even if it means financially accountable to the victims of the children sexual abuse. The BSA and its insurance companies SHOULD NOT be allowed to hide behind its poverty claim.

In closing, my MAIN REASON for participating in the BSA bankruptcy case is to hold the BSA accountable for allowing the rampant, sexual child abuse in its organization; it is NOT primarily for financial gain. Please feel free to contact me on my cell phone [redacted], or by E-mail [redacted] to discuss this matter further. Your Honor, I thank you for your time and consideration in this matter.

Sincerely,

