4-2-9-21

REFerence

[REDACTED]

2021 MAY -5 AM 10:14

TO: Justice: Lauri Selber Silverstein

I Am writing To you, so I could be Heard in your Court, on The Boy scout Bankruptcy case.

[REDACTED]

Imagine. And me as a child, I did not no any BeTTeR. Back when I was growing up, In Chicago, you was Taught never To Tell The police. OR anyone. I went on with Life, with 2 Failed marriage's. Didnt no if I was straight OR GAY, Because of The Boy scout abuse That Happened To me Back Than. it scared me For Life. There was no Counseling at all. I Sure Could of used it Back Than. I Am now 56 year's old, and my Life is still not The same. once you get physically abused IT scar's you for Life. I Am with great

Honor, To write This To you, and Hope Everyone Hear's my message. what The Boy-scout's DiD to me, Has put me unstable all my Life. The Pain is with me Every DAY. The memories never go Away as Long as I got A Conscience. no Amount of money, In The world Could ease my Pain and Suffering, That The Boy Scouts of America, DiD To me,. In the 2 To 3 Years of Abuse iN 1974-1976 was The most Devastating Time in my life. The BSA Need's To Hear our Stories, and Compensate each Person Individually on There Experince.

Thank-you
For your
Time!!