2021 MAY -5 AM 10:04    26 APRIL 2021

▮

TO: Honorable JUSTICE LAURI SEIBER SILVERSTEIN.

▮

ATTORNEY,

I am writing to you because The BSA, Their lawyers & Insurance Companies absolutely REFUSE to Recognize what has been happening inside The BSA For WELL OVER 100 years. That is, The Systematic Grooming & Rapes of Young boys All while the BSA Leadership either Turned a blind eye or participated in the rapes. I would implore you to consider For Yourself, What if this were MY SON? OR MY DAUGHTER? Would you want an organization that repeatedly denies, deflects, Tries to Absolve Themselves of blame, Tries to hush the victims, ridicule the victims To Remain in business to Continue with Their perverted grooming & rape "farms"? NO backdoor deals with The BSA, Their Insurance companies, lawyers. The BSA NEEDS to Be disolved & PUT 100% out of Business Forever. I will NOT vote for The 10% Cut rate Slap in the face "deal" The Insurance companies ARE AIMING FOR. Thank you FOR YOUR Time.



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, Deleware 19801

U.S.M.S. X-RAY

15801330024 C012
15801330024 C012

