April 26, 2021



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

RE: Claim Number SA – ▮▮▮

Your Honor,

It is taking a lot of courage to write this letter. I am a 72 year-old man who has had to live with the shame of what happened to me over 60 years ago by an Assistant Scout Master of my Boy Scout Troop. There has not been a day that has gone by when those memories don't resurrect themselves in my mind.

I am not talking about a single instance here. No, I am talking about sexual abuse of a then 11 year-old boy that went on for about a year and a half and I was not the only one he preyed on.

He gained my parents trust by offering to take me on Saturday outings in a letter he sent to me from the College that he worked at. Both my parents were the children of Italian immigrants and had only gone to high-school. My Dad worked on Saturdays so they thought it would be a good way for me to be doing Boy Scout things on Saturday rather than just watching cartoons.

He started grooming me on that first outing. He had another boy with us whom he had already "introduced" to what he would call secret boy play that we could share with each other but not with our parents.

That same summer he convinced my parents that because I was so young I probably should not go to the regular Boy Scout Summer Camp for a week, but rather go to a State Park with him and another boy and stay in a cabin instead of a tent. They agreed.



Those Saturday outings continued for about a year. Finally, my 5th grade teacher thought something was bothering me. My grades started slipping and I wasn't acting myself. She mentioned that to my parents and my Dad took me aside one day and started talking to me and asking me about what was happening during those Saturday meetings.

Despite this abuse, I forced myself to be a survivor. I did not want anyone to know about what happened. Neither did my parents. I never talked to a professional about this until my wife and I did some marriage counseling.

Yes I survived, got married and had children. Because of what happened to me, I watched over my son when he joined scouting. I went to every camping trip with him. I never left him alone with a Scoutmaster.

Your honor, I don't know what ever happened to my abuser. But I know the BSA is responsible for letting this monster prey on me and on other boys like me.

I have lived with this shame for over 60 years. I deserve justice. Not some miniscule token justice, but real justice.

Thank you for reading my letter.

Sincerely yours,





MEMPHIS TN 380
29 APR 2021 PM 5 L

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE  19801

19801-302499