Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor Wilmington, DE  19801

**April 28, 2021**

**TO:** Honorable Justice Lauri Selber Silverstein,

**RE:** Boy Scouts abuse case

**FROM:**

I am writing to let you know I am an Eagle Scout who was sexually abused while camping and overnight outings. My issues are real, and I thought I could do nothing about them for the longest time. I was suffering with questions like "why me and what did I do wrong"... I had to deal with it by myself. I was in fear of saying anything, ashamed and enberresed.

All this time, I remained silent and thought that I didn't or couldn't get anyone to hear about my abuse while in the Boy Scouts. I thought I just had to "get over it" and move on, but it's not that simple. I try my best, but often I get hit with waves of complex thoughts of the incident. It creates waves of depression and frustration often and still to this day.

I expressed the details of my incident earlier.

Today I am writing to state I am a real person out here dealing with the fallout from the abuse, and I wanted the courts to know me. It's not all big-time lawyers and court papers.

