From: ███████████████████████████████
Date: 4/28/2021

To: Justice Lauri Selber Silverstein
    BSA Bankruptcy Case

    Justice Silverstein, I am one of many who has gone through life with the shame and guilt of what was done to me at the hands of the Scout masters and men of The Boy Scouts of America. This was supposed to be a time in my life where I would grow and learn valuable and loyal aspects in my growing life. Where I would learn to be a good friend, and a loyal and trustworthy part of society. Instead, I was groomed and molested by grown men who taught me to silently endure what was happening to me. I spent my entire life feeling the shame of what happened to me during my short time in the BSA, but it left a mark I have never been able to get rid of. I have lived with the guilt of not saying anything sooner and knowing that there where others going through the same situations I went through as well. For 35+ years I have lived with the shame and guilt of everything that happened to me at the hands of the BSA. I still have nightmares of the trauma that I endured during my time at the BSA. I know that this is something that I will have to live with for the rest of my life.

Now I hear that they want to settle all of this so they can get on with their lives and start BSA back up? Also, what they are willing to settle on is dang near pennies on the dollar for all the many years me and others who have been in my situation have lived with.

I am going to try and be as clean as possible during this next section, but I am not incredibly happy about all I have been hearing.

So, how in the world does anyone who has never been in a situation like we have place an amount they feel is justifiable to thousands of men? I was forced to grab a grown mans privates and do things that no "boy" should ever have to do. I also still have nights where I wake up in cold sweats, shaking from all the torment I went through. Thank God my mother gave me the faith I have, or I would not be here to write this letter I am today, because there have been many times where things in my past have become too much for me and I wanted to end my life, MANY TIMES. How does an adjuster put a price on that?

There is one thing I would love to know. How many bonuses have the fat cats at the top and others received over the 35+ years I was sweating my nights away? Or during the times I felt ending my life would be better than living with the shame and guilt of everything that happened to me? If they put all that together plus what they are now offering, it still would not be enough. There are times when looking in the mirror after a bath I get physically sick because it brings back memories of the times I was molested. To be honest I would not care if they all went belly up and had to retire or find new jobs. But that is just me and how I feel.

I had to go through telling my son when he was young that he could not join his friends who joined the BSA or even those who just went camping because of my fears that what happened to me could happen to him. He missed out on many things during his childhood because of a situation he had no control over. My son paid the price to deal with his fathers' demons.

I have a question... How would the higher ups and adjusters feel if they had gone through the exact things and all the others and I went through? What price would be enough for them to feel that what has happened to them would be a justifiable amount to them? Not as a board member and one who is looking at the bottom line, but a normal everyday human being like me. Or if it was one of their boys who they signed up thinking and feeling like it was a safe place where they would learn to be great people? What would they feel like after learning that something despicable happened to their kids? What would they want to do about it?

I really am not a good talker and I hope that this makes sense. I just know that if it were them, they would want blood and would go after all of those who supported this organization. I wish I had the words to say that would be good enough to have you and everyone else understand the pain and confusion that was created during this time in my life. I know at some point this will come to an end and us victims will have to move on with our lives. I also know that even after all this is over the higher ups at insurance companies will still be getting their bonuses every year, just as I will still have the nightmares and bad images run through my head.

I just hope that when this settles those of us that have been molested by the BSA will not feel like this whole process was for nothing and end up feeling molested and mistreated all over again.

Case 20-10343-LSS    Doc 3073    Filed 05/05/21    Page 4 of 4



BR... .GE LA 707
30 APR 2021 PM 1 L

Earth
April 22 2021
FOREVER

Justice Lauri Selber Silverstein
BSA Bankruptcy Case Referance SA-4741
824 Market Street
6th floor
Wilmington, DE 19801

19801-302499

