Mr ████████

2021 ███ -5 ██ 9:37

enclosed is a copy of the letter I wrote to Judge Silverstien. I hope it helps. I tried to be short and to the point about how I feel. And I would like to thank you and your firm for everything you are doing to help us. its about time they be held accountable and stop protecting the predators in thier ranks. if there is anything else I can do let me know at my email: ████████

oh. And I have an issue about getting my updates. I've been relying on my friends mom. ████████ who sends updates to me from ████████ email address. you also represent ████████ in the B.S.A. suit. she forwards them to me from Montana to the ████████ here in Utah where Im at. I've asked your firm to send me updates here at the jail. but you would have to set up an account under my name on the jail website but its easier to send them to the above account. please let me know if you get this letter.

Sincerly,

████████

was the hardest and most embarrassing thing Ive ever had to do in my lifetime. But it was very liberating at the same time.

Ive never looked at the B.S.A. or the L.D.S. church the same as other people. (I say L.D.S. church because my ward in Clinton, UT sponsored the BSA there) both organizations are harboring predators!

No child should have to go through what me and many others like me have had to go through. its sick and its wrong and its time to add my voice to help stop future abuse. my entire adult life was dictated by my shame. NO MORE! it needs to end now.

Your honor, I would like you to know that if it comes down to a vote on this <u>very</u> insufficient reorganization plan, the votes will be NO all the way around. They will not sweep us under the carpet. Not this time. Not ever again. Our voices will be heard, and they will be held accountable.

Thank you for your consideration in this matter



SALT LAKE CITY UT 840
29 APR 2021 PM 4 L

Justice Lauri Selber Silverstien
B.S.A. Bankruptcy Case
824 market street 6th floor
Wilmington, DE.
— 19801 —

M.S.

15801-302499

