April 26, 2021

Dear Justice Silverstein,

I am writing in reference to my case ▮▮▮▮▮ for sexual abuse in the Boy Scouts.

I am deeply disheartened by the lack of meaningful progress that has been made to compensate myself and thousands of others for the myriad abuses experienced at the hands of those who were meant to lead and protect us.

Every update indicating lethargic progress is another slap in the face that raises the deep, dark, and confused memories and sensations of my experience.

For any of these who are hustling to under compensate us as survivors, I ask... how much would you be willing to pay for your son, daughter, spouse, niece, nephew, friend... to experience any of these abuses?  What is the price that would allow you to destroy your family's well being and innocence?  I think about this as I tremble in fits of symptoms from my remembrance of having my penis and my spirit attacked by a man the Boy Scouts chose to employ.

I become more and more angry and depressed by the evil that organizations continue to perpetrate by dragging this process.  The Boys Scouts and their insurers must pay deeply for the perpetrations allowed to occur that affect so many of us for the entirety of our lives.  In fact, you keep saying this is your intention.  Now we need your ACTION.

Boy Scouts... you allowed me to be damaged by your organization.  Indeed, you continue to abuse us by your lack of basic empathy and responsibility.  Stand up and follow through now.  Already, your abusive actions will live in your guilty conscience forever.  You will hate yourself for the people and the organization that you have become.



