Dear Justice Silverstein ,

    I wanted to reach out to you with some information that has come to light recently. After my last session with my Psychiatrist, I realized some things that I believe may be helpful in my case.

    All my life I have been trying to figure out why in my early teens, I went from being a very happy go lucky kid, to becoming a very angry, depressed person suffering from major depression, anxiety, insomnia, and terrible internal anger. It finally came to me after my last session. The only thing that coincides with the beginning of all these problems is when I got sexually abused in the Boy Scouts. Before that I was always laughing and joking and very happy. And I was not at all interested in alcohol or drugs. But soon after this happened, I started sneaking drinks from my parents liquor cabinet, which was the only time I felt okay inside. Otherwise, I always felt very alone, even in a crowd. Like I was on the outside looking in. Unfortunately this self medicating led to years of alcohol abuse which only made things worse. So for the last 40 plus years, I have lived in mental agony going from one Dr to the next trying to find the right medication with absolutely no success until just a few years ago. I lost three marriages, and missed out on a significant amount of my Son's childhood due to my anger issues.

    When I look back at how miserable my life has been all these many years, and the extreme negative effects this event had on my life and loved ones, it makes me boiling mad. There is no way that the other leaders in our troop couldn't have known that ▉▉▉▉▉▉▉▉ was a predator pediphile. His nickname for me was "Beaver" but at the time I didn't know what the slang use of "beaver" stood for. Not to mention he followed me around, told everyone how much he loved me, and he always wanted me to sleep in his tent with him. And he also could have exposed me to AIDS, as he died from it a few years later.

    So there's very little doubt in my mind that his sexual preferences were well known. It's a sad situation. I can only imagine what my life might have been like if this never happened. But I'll never know. I can only continue going to therapy, and hope that the court gives me the type of settlement that I deserve.

Thank you for your time,
Sincerely,





JUSTICE LAURI SELBER SILVERSTEIN
BSA BANKRUPTCY CASE
824 MARKET ST. 6TH FLOOR
WILMINGTON, DE 19801