Dear Judge Silverstein

RE: BSA / ███████

2021 MAY -5  AM 10: 06

My name is ███████ and I am writing today to give you a sense of what I endured when I was a member of Boy Scouts of America (BSA) and as a result, ███████████████ by member of The BSA leadership in charge of activities with minors.

For roughly three years I was preyed upon by a man named ████ our Scout Leader. Who was there to ensure our safety and make sure nothing happened to us. I joined the Boy Scouts because my father was a Scout Master. I wanted very much to see my dad proud of me and at first thought I was going to have fun and make lifelong connections with other kids my age.

Instead I suffer from intimacy issues which have haunted me my entire life. I still wake up in the middle of the night and am terrified by the memory of ████ making his way to my bunk and pulling me outside to a hidden place and forcing me to my knees and eventually full sexual assault.

A young boy doesn't have the mental tools to process something like this. Not to mention that it continued for years and with multiple boys who ended up sharing their stories to our parents while it went un-checked and didn't end for 3 YEARS!!!

I have always wondered if something was wrong with ME? Why would a National Organization take steps to go out of their way to shield this behavior/action? It must have meant that the victims in this case are to blame. The act of being an innocent boy put the target on our back for a pedophile and rapist to take us in the middle of the night and leave a lifelong scar.

To this day I am unable to engage in regular sexual activity with my spouse. I even react if someone grabs me in a certain way. Just that memory of a hand on my shoulder, to this day triggers a fight or flight response in me. I have spent over 7 years in therapy and will live with these scars for the rest of my life. How can I not, as they still make their way into my everyday life all the time.

If I was your son and you wanted me to join the BSA and I did this to make you proud of me... HOW would you feel if you knew you were unknowingly exposing me and THOUSANDS of other innocents to child molesters and rapists who were allowed to go un-punished or even removed in a timely manner? I hope the potential of a son seeing a glimmer in his parent's eye, turned into a living nightmare would convince you to take action on our behalf. I was someone's son. I was raped and psychologically damaged by the BSA.

Another massive organization walking away from such grievous practices and with existing knowledge of it cannot go unanswered. I implore you as a son, someone who lives in fear and is forever changed by what happened to me to take up our cause and exact the appropriate justice. There are so many of us who that have been forced into dark recesses and live with the nightmares, for this procedure to not have to LOOK AT US, ACKNOWLEDE US and yes, PAY FOR THEIR CRIMES AGAINST US.



