April 15, 2021



Judge Laurie Selber Silverstein
District Delaware
824 North Market Street
6th Floor, Courtroom #2
Wilmington, DE 19801

Dear Judge Selber Silverstein,

I have two boys who participate in Scouting, one is 13 and one is 7 years old. My boys and our family have benefitted greatly from participating in the Boy Scouts. My older son has learned basic survival skills, how to bake a cake, how to build a wooden car, and other skills. He enjoys going camping, hiking, and swimming due to the Scouts. Scouting teaches responsibility and accountability and involves the whole family.

Thank you for your careful deliberation and consideration of all the good that comes from Scouting for millions of families every year.

Sincerely,

