To Whom it may Concern.   4-28-21
                SSN ███████  10:10
My name is ███████
DOB ████ 1976, I am a survivor
of abuse at the hands of the
Boy scouts of America.
I joined the boy scouts in early
1984 in SLC, Ut, pack 877 Den #4
My Den leaders were ████████
& ████████████████ my Cub master
was ████████████, I suffered
abuse on various & multiple occasions
while on camp outs in the uintah's
at ████████████
House, as well as at the profit
allias greek orthodox Church, where
most Scout meetings took place.

██████████████████

much detail about the abuse if needed, But I've focussed on those details for 30+ years & it's ruined my life, so I'd rather focuss on what living with what was done to Me has done to my life. When the abuse finally stopped years later, I was left only a shell with everything I'd known about being a kid taken from Me. I lost all concern & reguard for laws authority figures & any one who tried to ever control Me. I started using alcohol & drugs between 13 & 14 had 2 suicide attempts between 14 & 16 was arrested on multiple occasions for any and every crime; I began to lash out with violence around 14 as well my entire adult life has been consumed by mental health issues & addiction that has ravaged my life as well as the lifes of any one

ever attempting to get close to me I cant function like a normal man in relationships with women I dont trust any one, Ive been diagnosed with depression, anti social behavior, ptsd & personality disorders all of wich are documented at the Utah State prison in Draper Utah, where I have spent 7+ years in and out and before that federal prison all of wich resulted from first my trying to support my meth addiction & secondly by my inability to comply with parole urinalysis because I have trouble exposing my self to & infront of another man, wich results in constant violation of parole & returns to prison Ive spent 16+ years incarcerated Ive missed out on all 4 of my sons lifes & most of mine missed my mother's death and funeral being locked up all because of an addiction I have trying to numb the pain & block the memories of what I had to endure at the hands

of Men that my parents were tricked into believing were teaching boys the foundation wich a stand up adult would be built on instead they laid the footings ties & track for what this run away train wreck I get to call my life turned out to be!

I'm sickened every time I hear the rediculus compesation this band of pedophile protectors insults us as survivors with, I'm not sure any amount of compensation could or would ever make up for what happened to Me! My friend Steven that endured it with Me is the lucky one he died in 2006! I've recently begin to talk to my therapist ▓▓▓▓▓▓▓▓ & am finally taking my mental health medications that, I've been prescribed for years again.

But the fact that I've had to go through any of this or any of the other boys that are now shattered Men is unexceptable &

I truly hope that any and all parties reading this letter understand the impact that the neglegence on behalf of the BSA & any one associated with them has had on many many mens lifes that in return has impacted many others at some of the men that were abused hands!

I have a deep seated hatred for pedophiles and believe they should all be crucified And never coddled or rehabilitated of such thing is possible!

However some men turned a different path Ive met some during my prison stays that in return abused many Children their selves so when determining what they should be made to pay for their actions consider this, to this day Children around the country continue to suffer from sick acts stemming from the BSA & will untill the end of time So what is that worth.

I don't mind if my name & information is put into public record. I am no longer going to stand silent and suffer. I hope that others choose to do the same!

Thank you for your time



Justice Lauri Silverstein
BSA Bankruptcy Case
824 Market Street
6th floor Wilmington Delaware 19801