your honor,      Case # ▮▮▮▮

▮▮▮▮▮▮▮ I am writing your court today in reguards to my case w/ BSA. Please allow me to give you a short run down on my experiences while enrolled in the scouting organization.

     I joined the cub scouts in 1974. I embraced the scouting traditions wholeheartedly and I was proud of all the things we did. I excelled and rose quickly thru the ranks and to the challenges we faced. I was nominated for the cubscouts highest award the "Arrow of Light" which I am the recipricant of. and with that I took the next step, I graduated into the Boy Scouts on March 1, 1975 immediatly I started and

within 6 week, I had my 1st two merit badges. I was on my way. thru hard work, I earned squad leader which had a few "perks" like my own tent on camping trips. now I know why.

I was leading my squad into every experience that scouting had to offer I loved it!! so far scouting had been the greatest experience in my life, but soon one of my scout masters took an intrest in me, we started having "individule counseling" 1on1 at first, how to lead, advice, organizing my squad etc. I didnt know yet what he had in mind. Shortly tho, I found out, at camp 1 day, after a group swim, while going to change. our Scout Mstr. came into my

tent, to "help me" right out of my swim suit.

school dropped like a rock, my home life went to hell.

and I started getting in trouble At School, fighting skipping class, and in general, just a "bad attitude" I was in complete free fall in School

So, my step father decided all I needed to straighten out was a "good ol' fashioned" ass beating, I guess it must have flipped a switch, because once he started, it <u>never</u> ended, he used a <u>belt</u>, switch, elec. cords and once, a 2×4 stud basicly anything he could lay his hands on. So I stayed at home as little as possible. by the 2nd summer ~~assault~~ my scout leaders started to sodomize me. and me, being a squad leader made all camping manditory. I'm Sure it

was just so he could get his filthy hands on me. Finally in 1978 I didn't know how to deal with this anymore so at school 1 day I climbed onto the auditorium roof (3 storys) and I Jumped — 3 stories to concrete. There I was a 13 yr old. trying to end my life. When I arrived at the hospital the priest from my church gave me my "last rights" then I died. the Drs. brought me back, twice, that day. I had survived 28 broken bones — I Lost ½ of my shredded left lung. I was in a halo for 8 mo.'s and a cervical collar for a year and all that time I was still being abused by my trusted

scout leader. I tried to kill myself 3 more times over an 8 month period. I also took up smoking, cigarettes, marijuana, anything, not to feel. but I kept on working on merit badges at a furious rate. Soon, I had more than everyone else. So, I was nominated for the highest award in Scouting the "Order of the arrow" which I did receive. I accepted, all the while still being sexually assaulted by my scout leader. dozens and dozens of times. Till, I just couldn't take it anymore.

I got to within a cpl. months of achiving the highest rank EAGLE scout. I ran out of alternatives, the only

way that I could see to stop this serial <u>sexual abuse</u> was to quit the <u>scouts</u> that I have loved so much. So, after a weekend camping trip (full of the usual abuse) I took one of the cars to "get away" from him, and camp. within a cpl. hours the police arrested me as a 16 yr. old, I was tried as an adult and givin 3-5 yrs.

Luckily the judge allowed me to join the military in lue of prison.

I suffered while being used, for 3½ years at the hands of my trusted Scout Leader. I was just a kid — that was robbed of my childhood by this man and the scouts who allowed this to happen to me

your honor, PLEASE don't let them get away w/ this, as a child, there was nothing I could do about ~~this~~ it.

This has completly ruined my life, my relationships, my attitude, and the 'Sucessful' path that I had once ~~~~ been on. it was all taken from me by a Sick & selfish man.

your honor, there was not a thing I could do about it. But now, something can be done, and you can do it!! now Im a 57 yr old and I STILL have nightmares. I can't forget, even and in my mind it never ends. It continues to this day. No amount of money will ever "fix" what they have done to me. No amount of money

will ever get me, the life that they took from me, no amount of money will ever ease my mind from the hurt that I live with.

I can only pray that this abuse (for years) never happens to another child they cant compensate me for the serial sexual abuse that I sufferd for years. your honor, I'm afraid the only way to make them remeber is to be penalized, monitarily admonished, help me, and the generations to come from ever being abused. your honor help them to never forget what theyre responsability is.

thank you for your time



GRAND RAPIDS MI 493
30 APR 2021 PM 2 L

Justice Lauri S. Silverstein.
BSA. Bankruptcy Case
824 Market St. 6th floor
Wilimington, DE. 19801

19801-302499