RECEIVED / FILED
MAY -5 2021
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE  19801

Your Honor,

I am writing to express my concerns over the way the BSA conducted business over the years and what's happening now that their activity has come out. There were things happening behind closed doors in an organization that was supposed to help young men become vibrant citizens This activity destroyed the lives of many young men, yet it was covered up for years.

I was in the BSA when I was a young teen, and I was a victim of a scout leader that was highly thought of in the community but was a predator on young men. This person used the BSA to cover up his activities for years until what he was doing was discovered.
 But because of the way things were in the early 60's he was quietly removed from the BSA leaving the young men he had violated to deal with their shame alone.

I was one of those young men that was violated, and I have had to deal with what happened alone. My life should have been one of happiness when I was growing up, but it hasn't been. There has been an outward appearance of things being all right but deep inside there is shame and confusion even to this day.

My story isn't much different than other men that were violated by leaders in the BSA. I was young looking for something to do with my life, so I joined the BSA. It was a good thing for a while, but things turned from good to bad on a camping trip with the BSA troop on a houseboat.

[redacted]

 If that had been the only time it happened, I may have been able to deal with it but it was just the start. I lived across the street from where the BSA were meeting so I walked to the meetings alone. I wanted to stop going to the meetings because I knew the leader going to violate me again if he had a chance but what would I tell my parents?

1

I could not tell anyone what was happening because of the stigma that was placed on homosexual in those days and since my father was pastor of a church, I surely could not tell him what happened.

As the years passed, I was violated many times since I did not know what to do. I was told by the GSA leader to not let anyone know about what was happening because I would get in trouble. I was made to believe that everything was my fault, so I keep it a secret for years.

I tried to bury what happened to me, but it kept coming up as time went alone. Over the years until I was in my 60's I watched porn which destroyed 3 marriages. It wasn't until I was arrested because of looking at underage porn that I was able to get counseling. I never knew why things were like they were in my life until I started counseling. It was during the counseling sessions that the shame of the past came to the surface. I was able to realize that because I had been violated sexually it caused me to live a secret life.

The BSA leader that violated me was quietly removed. The reason he was removed from the BSA was kept a secret even until now. He died of AIDS several years ago and thank god he did not infect me.

I was never able to let anyone know why happened because I was so shameful, but things have changed. I came to know what happened was not my fault, I was a victim of a sexual predator when I was in the BSA.

Your Honor, I ask, if you are a father what would you do if your son was violated sexually by a leader of the BSA? What would you do if you knew oral sex was performed on your son when he was an early teen by a leader in the BSA?

the dark where it has been for years?

The question is what you would you do if it were your son and not me that was sexually abused. I had to deal with my shame and my guilt for many years alone. I could not tell anyone what was going on secretly in the BSA for years but now it has come out and now it's time the victims are given something other than a "I AM SORRY".

Your Honor, I ask, please do not allow what happened in the BSA to be pushed under the table again like it has been for years. Please allow the sexual predators in the BSA to be held accountable for their actions and the victims compensated for what happened to them.




BATON ROUGE LA 707
30 APR 2021 PM 3 L

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

19801-302499