Claim number: ▮▮▮▮▮▮

2021 ▮▮▮ -5 AM 9: 10

Dear Judge Silverstein,

I would like to first thank you for your time and for dealing with something I'm sure nobody wants to do. To begin with, the $6,000 was a slap in the face and a bad first step for them. The money was never a reason for me to put my claim out there, speaking up should be done by all of us. Today I am 55 years old but when I think about the abuse that took place when I was 10 or 11 years old, I instantly become 10 again. All of the feelings of being scared, confused, and the guilt I have felt my whole life, brings tears to my eyes. I can't remember all of the details, but I am sure the Wichita, Kansas case in 1976 is referring to me. Two detectives came to my school, and I was made fun of by the other kids because of the reasoning the police were there. I dropped out of school in 9th grade because I couldn't trust the teachers, coaches, and adults that I was around. I have had numerous job changes in my life and I feel that the abuse is some of the reasoning for that. I can not allow people to get close to me because of the damage that was done.

The really sad part in this is I was so excited to finally be old enough to go be a Boy Scout and do all of the fun and cool things they did such as camping, exploring, and learning new things. This is one dilemma I have about the Boy Scouts either staying open or close. If the kids would be protected from predators like the one that abuse me, then that would be great. If not, then the Boy Scouts should be shut down because I don't want anything to happen to them that happened to me. I have 2 sons who like myself wanted to become Boy Scouts and I had to be the bad guy and tell them no, but was unable to tell them why.

I have tried to block this out my whole life just like every other person with a valid claim. We did nothing wrong, even though we feel like we did, and I think the claim amounts that the TTC is asking for is very deserved by all of us. It should not matter how much someone has in the bank or if they are a doctor or a truck driver. I think the reimbursement would be some type of therapeutic closure for some, but this type of abuse lasts a lifetime.

Thank you,

▮▮▮▮▮▮



WICHITA KS 670
28 APR 2021 PM 3 L

Justice Louis Seller Silverstein
B&A, Bankruptcy Case
824 Market St., 6th floor
Wilmington, DE
19801-3024/99

(X-RAY)