DATE

2021 MAY -5 AM 10

Dear Justice Lauri Selbar Silverstein

████████████████████

I was a abused child from BSA I will vote no because the BSA and the insurance companies should not railroad me in taking a little bit money I have a broken nose from my dad with whipped straps I am almost 62 years old I still dream about it as a child for what happened to me The BSA and the insurance companies should not get away with it I already have asbestos cancer with offering alot of money from the bankrupcy If it takes the BSA to sell everything they got to pay me and other abused clients I appreciate you doing a good job of fighting for our Rights that the BSA and the Insurance Companies should not get away with it also was a misundering by my dad as of today  Sincerely still suffering from this broken nose

PREPARED BY ████  PAGE



NEW ORLEANS LA 700
30 APR 2021 PM 2 L

Justice Lauri Selbar
Silverstein
BSA Bankruptcy case
824 market street
wilmington, DE 19801

X-RAY

BSA client

