Claim No. SA █████

To Whom it may concern,

2021 MAY -5 AM 9:09

My name is ████████ and I'm a life long survivor but life long sufferer of what was done to me for two years as a Boy Scout in the westside of Cleveland Ohio in the early 1980's. I was molested by my Scout Master ████████ on and off for the two years that I was a Boy Scout. I have struggled my whole life with the shame and humilation that I carry for what was done to me and what I was forced to do and witness.

██████████████████████████████

with me. My Scout Master was accused of molesting another kid and my parents allowed me to quit the Boy Scouts after two years. I was so ashamed and embarrassed for what happened and have always thought that I did something wrong. I have had a lifetime of therapy and am currently still in therapy because of my problem of Lifelong fear of Intimacy and my inability to trust adults and to be in an effective affectionate relationship. It was the cause of my divorce years ago and even though I am a considerate and loving person, I cannot recieve or give affection to an adult, I don't trust that a person isn't manipulating



CLAIM NO

me or isnt going to hurt me. Im disgusted
when I remember what I was made to
do and had done to me.
When I heard that the courts are considering
letting the BSA not have to own what they
are Responsible for, its like its happening all
over again to me and so many others.
They said that they wanted to own what they
had part in covering up but are trying to
sweep it under the rug. Please dont let them.
I need help and deserve to have justice
Inthe form of a sizeable settlement so I
can continue to recieve help and to compensate
me and all the others for what has occured
to US. What does it mean when we tell our
Kids that Good people win and Bad people
get whats coming to them? I teach my Kids
to do whats right, admit when you have wronged
someone and make up for it when you do.
Why does it seem so hard for us adults to do
the same or expect it from a group of American
Nostalgia with a reputation for "Doing whats
right, keeping morally straight and to always
help others". Is it too much to ask the
BSA to live by thier own Motto?
     Please dont let us down again.



CLEVELAND OH 440
28 APR 2021 PM 6 L

FOREVER / USA

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St. 6 Floor
Wilmington DE 19801

19801-302499