

RECEIVED / FILED
MAY - 5 2021
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

April 30, 2021

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

RE:

The Honorable Justice Lauri Selber Silverstein,

I'm writing you regarding the Boy Scouts of America. The BSA keeps saying that they want to do right, but a low ball, back room, deal isn't doing right.

As a child, I was involve with the Cub Scouts and went through the ranks to Boy Scout and ultimately a Sea Scout. As a Sea Scout, I was awarded a position that needed advanced training in order to succeed. The responsible Sea Scout Leader set up a training session, used his influence, and sexually abused me rather than train me. I guess that was the Leaders sick idea of training. The BSA was a big part of my childhood up until the sexual abuse happened. I had to resign my awarded position because I was never trained. Under the guise of a training session the Leader took liberties and abused me which turn out and continued to be something terrible. I endured ridicule and harassment thereafter at the hands and thought of the perpetrator actions every day and every time I attended functions as a Sea Scout. The incident was "the straw that broke the camel's back", and I left the Sea Scouts. I never returned to scouting nor have I ever taken part again in the BSA. Since the incident, I've endured shame and unbearable personal pain which continues to this day. I'm now 61 years old and this incident will affect me until the day I die.

The low ball deal and lip service isn't doing right by the BSA. There's no amount that will give me back what was taken from me. The BSA must own up, be held accountable, and appropriately compensate (to the fullest extent) everyone sexually abused by Leaders of the BSA.

Sincerely,

