
RECEIVED / FILED
MAY - 5 2021
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

To whom this may concern,

First of all, I don't want to talk about the sexual abuse and what he did to me anymore! I do want to talk to you about the long term affects of I've experienced.

As a child I grew up in a dysfunctional family, many abusers tend to groom kids like us. Growing up in a family like mine was frightening to say the least, I never felt safe at all. Joining the Boy Scouts seemed like a fun safe group to be a part of

The embarrassment of being sexually abused and my childhood weighed heavily on me, I couldn't concentrate in school, I never had good grades because I was pre-occupied with this crazy stuff I was thinking about. They put me in special education classes, you know that's where all the stupid kids go and back then that's what they called you. To this day I believe that I have an undiagnosed form of ADD. I don't know if our scout master is totally to blame but I do believe that he played a major roll with the problems I still deal with today. If I could get a redo I believe things would have turned out better in my life. I do believe that I was robbed of my potential for being a good student and a more successful adult.

Thank you,



GRAND RAPIDS MI 493
30 APR 2021 PM 5 L

U.S.N

JUSTICE LAURI SELBER SILVEESTEIN
BSA BANKRUPTCY CASE
824 MARKET STREET
6TH FLOOR
WILMINGTON, DE 19801

19801-302499