RECEIVED / FILED
MAY -5 2021
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Case Against the Boy Scouts of America

April 29 2021

From: 

Case

To:   Justice Lauri Selber Silverstine

BSA Bankruptcy Case

824 Market Street

6th Floor

Wilmington, DE 19801

I am writing the Court about BSA bankruptcy. They should be held accountable for abuse suffered at the hands of scout leaders, myself being one of the many victims. The council was fully aware of what was going on at the time and did nothing about it. I have heard from sources that a few parents and leaders were also aware of what was going on. I was a naive and easily impressionable child that felt like it was my fault, and the embarrassment and shame I felt and still feel today, is a feeling I wish on no other human being. I hid it and said nothing about it to anyone for many years, until I realized that it was not my fault. The BSA should have protected me from this abuse by removing this person, but instead they chose to hide it, and are therefor complicit.

This abuse went on for 6 months from February 1969 to August 1969. This occurred 5 times. I
was 14 years old and in the 9th grade until I left the BSA.



█████ f Collingswood, NJ made comments to me about what █████ had done to me. I did not tell anyone about my sexual abuse until 2002. I talked had to my partner about it, his name is █████. After feeling liberated, I then told my parents and siblings. In 2006 I talked to my psychiatrist in Hollywood, CA about. He then reported the authorities. █████ spoke to me back then about it and that he knew about █████ as his dad had told him. I was almost an Eagle Scout when this had occurred. I returned to Scouts several years later and became an Eagle Scout, the first in many years which had inspired 5 others to become Eagle Scouts, I then became an Assistant Scout Master.

Thank You