Justice Lauri Selber Silverstein  
BSA Bankruptcy Case  
824 Market Street  
6th Floor  
Wilmington, DE 19801  

April 28, 2021





Hello Your Honor,

I am writing today at the suggestion from Andrew Van Arsdale at AVA Law.

I wanted to express my concern for the lack of action to correct issues within the BSA for many decades. It sounds as if even today the BSA and it's insurers simply don't care about it's 'victims'. This is a job of the courts to decided where it goes from here. I haven't asked for guidance, received guidance, or shared this with the attorney's representing me.

I will try to be as little graphic as possible.

For years as a child I abused by a den mother (or assistant) of the scouts (cub scouts for me). She would host scout meetings and have scouts stay over. She really liked young boys, especially me. She ▮▮▮▮ scouts. She and her husband were both alcoholic. I didn't think much of it. The worst event occurred when I was staying over at their house and was using the bathroom. Her husband always passed out early but she was often awake and walked around in 'see through' nighties. This particular evening she ▮▮▮▮

about it until recently when I had seen an advertisement for this BSA case asking if I had ever been abused. It had never come up in conversations with my therapists (probably 6 years of therapy total, ½ sex ½ relationship.

Anyway, I'm certain my life would have been on a completely different path if this hadn't occurred.