

RECEIVED / FILED
MAY - 5 2021
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

8032 E. Commercial Blvd., 137
Fort Lauderdale, FL 33308
April 26, 2021

▮

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St., 6th Floor
Wilmington, DE 19801

Dear Justice Silverstein,

I am one of the many victims of the Boy Scouts of America, members of which abused us, including sexual abuse. I was mentally and physically abused, and damaged for life by them. I was born in 1943. In 1951 at 8 years old, my father and relatives thought it would be a good idea for me to join the Boy Scouts of America. You enter the BSA at 8 years old as a Cub Scout. In my first meeting at a local home, I was shocked at the insults and slapping we endured by the male leaders. They thought it was fun to abuse/haze new boys like me. I didn't understand that this was abuse by sick men. I didn't tell my parents because I thought it was part of becoming a Scout.

▮

so young, naïve, and ignorant, when they laughed about it, we thought we should laugh, too. We felt that something was wrong with these activities, but we didn't speak up or tell our parents because we thought it was part of being young and new in an organization.

When I was 11, I became a Boy Scout. More strange, stressful things happened at ▮

▮

was part of being boys and Boy Scouts, and we didn't say anything to our parents. Several times at Camp No-Be-Bo-Sco (North Bergen Boy Scouts) in Bergen County, NJ,

▮

thought it was supposed to be a fun part of summer camp. Camp No-Be-Bo-Sco in Hardwick Township, NJ should be held accountable, too.

These abuses of me and other boys continued through Boy Scouts until at age 14, when I became an Explorer Scout. By that time I had learned that men doing sexual things to boys was wrong, and I did not allow it. However, the damage was done. Fellow Scouts and I never told our parents about these abuses because we were too humiliated and scared. I kept these terrible experiences inside me till I was an adult and did long-term therapy with psychologists. Despite many sessions with them, I have never been able to delete those bad experiences from my memory. They still plague me. ███████ and the other abusive Boy Scout leaders have died, but the damage and trauma they caused me and others have been lifelong.

I ask you to penalize the Boy Scouts of America and their insurers to the maximum.

Respectfully yours,

