RECEIVED / FILED
MAY -5 2021
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

To
Justice Lauri Selber Silversein

My Name is ███████████ and today I am writing to you as a former BSA Scout And to let you know how I feel about the BSA today. I am disgusted that they have let this happen to so many children and me for YEARS. As a child I was so happy and excited to be a Scout. My parents were so proud of me they went out and purchased all the equipment that I needed. As a young Scout I was Happy to be part of the Organization where I can meet new Kids to Socialize and learn many things, make things. I felt SAFE. We went on social events, camping trips in the winter and summer, it was awesome. Then one night my life changed, on a camping trip in the winter in a BSA cottage, my life changed forever. I was abused and felt dirty and disgusted. My life went from being a happy little guy to a bashful and quiet kid that continued all my life, I did not trust anyone, never went anywhere, my social life sucked. I can really say now at age 62, the reason I never married or had children because of that Night. I felt disgusted. I never ever told anyone about this night and that ate me up. Then A few years ago, I seeked help from a Therapist and has helped me to understand that I was a Victim of someone else's DIRTY act. As of today I still have nightmares of that trip at the cottage, this I will never forget and haunt me the rest

of my life. I will never forgive the BSA for what happened to me and other Innocent Kids. They have ruined my life forever and I have to live with this forever!!

Thank you for giving me this opportunity to tell you my story of what happened to me and for listening to me. I do not want this to happen to anyone else !! BSA should be accountable for what happened !! I always thought that I was safe and protected by an organization (BSA) who cared about KIDS.





BOSTON MA 020
30 APR 2021 PM 2 L

Justice
Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market st
6th Floor
Wilmington, DE. 19801

19801-302499