RECEIVED/FILED
MAY -5 2021
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

4-28-21

Good Afternoon your Honor,

My Name␇␇␇␇␇␇␇ I'm one of many that were molested in the B.S.A. Just want to let you know that it is all about the money. Reason being that's the only Recourse and punishment that they can suffer, No Prison, Just going about their lives like nothing ever Happened, while we will suffer all our lives with what they did, Not us But They who preyed on Children.

I can understand Rape, Man Against Women, Man against Man, It Does Something to you, you will Never Forget! It Hurts and Never Stops Hurting, you Live with it. When you have some Alone time and about you, yourself having it happen to you, feel it and let me know about how you feel or how about if i was your little Boy, How would your feel Then, Maybe you'll Understand Exactly what it's all about. I Really Hope so.

Thank you for your time