Case 20-10343-LSS    Doc 3113    Filed 05/05/21    Page 1 of 4

RECEIVED / FILED
MAY -5 2021
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Justice, my name is ▮

When joining the Boy Scouts I was very young & my father took me over to Edgewood Ave Jaxsonville, FLA and talked to ▮ witch is dead now. He gave my father paperwork to fill out and told my dad to leave me for a cople of hours to were he can talk to me. Mean wile he told me about the scouts and



Be in a lot of trouble then he told me to

[redacted]

about 2 hours late drunk very drunk

The next day I tryed to tell him he would not lisin u see my father was a alocha loc I never wont back it is very hard to talk about it  that thank you

P.S.

THERE IS SO MUCH THAT HAPPEN IN MY YOUNGER YEARS BECAUSE OF IT THANK YOU

