2021 [illegible] 10:20    4-26-2021

▮

JUDGE SILVERSTEIN

MY NAME IS ▮ I'M TELLING YOU MY STORY, FOR LAW AND ORDER, FOR ALL OF THE ABUSED BOYS OF THE BSA. THIS WILL NOT BE EASY, I'M 76 YRS OLD.

THE BSA AGREED TO HELP ME AND OTHERS HOW TO DO GOOD AND GODLY THINGS, MY TROOP WAS SPONSERED BY A PREBYTERIAN CHURCH, IT WAS A BIG MISTAKE! WE WERE MANIHANDLED BY A MAN THAT SHOULD OF NEVER HAD THAT JOB. THE BSA HAD A LIST OF THE MEN THAT WERE GUILTY, BUT IT WENT ON FOR EVER. THEY ARE STILL BEING PROTECTED AND THAT IS VERY WRONG. THE BOYS THAT WERE HURT ARE NOT NORMAL OR WILL THEY EVER BE.

IF THE BSA DOESN'T DO WHAT IS RIGHT BY THEIR STANDARDS, IT WILL KEEP ON FOR THE NEXT GROUP OF FUTURE SCOUTS.

I FILL LIKE I'VE LOST SOMETHING SPECIAL AND NOBODY CARES, NOT THEN OR NOW.

THE SO CALLED BSA LEADERS WOULDN'T WANT THEIR BOYS TO OF GONE THROUGH

ORG. 1 OF 2

This,

To me it just seems like you can do anything wrong and not have to pay for it.

My last thought is the life that I made and got through this, so called abuse.

Like I said 76yrs old been married for 56yrs, US Marine with honors and a vet of Viet Nam, 3 girls - 6 grandkids - 2 step grandkids - 8 great grandkids - and a life of real love from all.

That man that took my young life, made me very angry and alot of confusion, disgust of the humanrace. He will not take the life I had to work for, EVER!

Thank you for trying to help us all, I'm sorry that this is total mess for you to try and correct.

[redacted]

ORG 2 OF 2

JUSTICE LAURI SELBER SILVERSTEIN
BSA BANKRUPTCY CASE
824 MARKET ST.
6 TH FLOOR
WILMINGTON DE. 19801



PENSACOLA FL 325
27 APR 2021 PM 2 L

EarthDay
FOREVER / USA

