

RECEIVED / FILED
MAY – 5 2021
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein

**BSA Bankruptcy Case**
824 Market Street, 6th Floor Wilmington, DE 19801



Justice Silverstein,

Hello, my name is ▮▮▮ my age is 57 and it has been several decades since my participation in the BSA. My age at the time of BSA enrollment was approx. 8-yeasr-old or so. Myself, my older brother by 1 year, and two friends (same ages us) were initiated into the troupe at the same time; I think the year was 1974. ▮▮▮ and son were the scout masters of the troupe and meetings were held in a Presbyterian Church on Peachtree Dunwoody Rd, Atlanta Ga.

We had a weeklong camping outing and what I remember is the embarrassment and shame of the initiation campfire. Around a large campfire the scouts and masters made a circle sitting on the ground. The headmaster calls the new scouts to the center; because there

APR. 26, 2021



were eight of us the master had the older brothers sit back in the circle, leaving 4 of us. They blindfolded us and covered us with a large tarp, so we could not see light. The question to answer to get the tarp removed was "you have something on you that you do not need?" As a ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Being exposed to the entire troop without clothing was devastating, shameful, embarrassing… any confidence, self-worth to participate in a group or to engage into friendship had been lost for many years. I would say these feelings stayed with me well into my high school years; even then I was a loner did not know where I fit or whether to trust my peers.

The BSA experience effected how I approached adulthood and the workplace; I would not talk much or participate in social activities willingly. Still feel this way at times today (more times than normal).

I would never recommend scouting for any child…so sad…

I do not remember anything else of that week; I remember that night and having to sneak through the woods naked back to my tent. I remember hiding until all were gone and I someone yelling 'my cloths had been placed inside my tent" … it has been almost 40 years and I still feel small when I think of the BSA camping trip.

Warm regards,



Apr. 26, 2021