



RECEIVED / FILED

MAY - 5 2021

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

April 30, 2021

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE  19801

RE:    SA - ▮▮▮▮

Dear Justice Silverstein,

Never thought I would ever have to be writing a letter like this in my lifetime but here I am recounting the worst possible events of my life. It had taken me half of my life to come to grips with this and had packed it away in the back of my memory to move on. It is always there and will never fade away until I have breathed my last.

I would have never gotten involved with this if it had not been for my younger brother, an Eagle Scout, being braver than I and coming forward to call out the Boy Scouts of America for their mismanagement and unconscionable handling of sexual abuse of boys left under their care.

My story starts as a Webelo Scout in 5th grade. We had just moved to Bristol from Albuquerque, New Mexico after my father retired from the Navy. I have five brothers and a sister. I am 5th in line with three older brothers and my sister. I have two younger brothers. In New Mexico and Virginia my older brothers were in the Scouts so it was expected that we would all go into Scouting and we did.

▮▮▮▮▮▮▮▮▮▮ Scoutmaster, Troop 9, St. Joseph's Church in Bristol, CT was our leader. He was a father of six. He really took a liking to me and took me under his wing. My mother had multiple sclerosis (MS) and was glad to have me in Scouts. She confided in ▮▮▮▮▮▮▮▮ that I was a bed wetter and to keep an eye on me. I trusted this man. Why shouldn't I? I was 11 years old and in a Boy Scout troop!



confused to say the least. I did not say anything. Who could I tell? There were no other

adults with a group of 11 boys. The other leader had dropped out halfway through the 5-day hike. So, I kept it to myself.

On campouts or camporees in CT he would find a way to get me alone to sleep in his tent. I discovered years later that I was not the only one. He would wrap his arms ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ s ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ your own tent. This was all with the blessing of this animal.

The last time it occurred I was in 8th grade and he took a group of us camping on the Bristol Water Company property. He let me sit in his lap and drive his van into the campsite. He let us drink his beer (always Miller Beer in cans). I had my best friend with ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ best friend to this day, and I have never said anything to him about it.

I only found out years later that he also abused my two younger brothers who joined the troop after me. I have had to live with that my whole life. I have asked my brothers for forgiveness for not protecting them from this monster. They have and do not hold me responsible, but I will always carry this guilt with me. I am now discovering that there are more victims of this man coming forward now. What could a child do?

The years that followed were pretty much a drug induced haze. Started smoking cigarettes and pot at age 14. In 1976 ▮▮▮▮▮▮▮▮▮▮▮▮ was let go from Troop 9 for molesting the Assistant Scoutmaster's son. We all knew about it, but it was done hush hush because good Catholics do not talk about such things. In the BSA, Long River Council's infinite wisdom, they made him Assistant Scoutmaster of Troop 24 in Bristol, a handicapped troop!

He died in 1979 of a heart attack my senior year of high school. I went to the wake with some fellow scouts. I remember walking out to my friend's car and breaking down and crying. My friend just thought I loved the guy as a mentor. No. I was crying with relief that my dirty dark secret went to the grave with him. I was wrong. I was still carrying that shame with me and for many years to come.

I continued the constant drug and alcohol abuse. Moved around to many different jobs after high school with no compass, no bearing to find my path in life. In 1986 I was in my apartment snorting cocaine by myself and had the darkest, lowest moment of my life. With tears streaming down my face, I could not take the pain anymore. I could not have a serious relationship with a woman because of this dirty secret. I was on the brink of taking my life, but fate entered in the form of my older brother knocking on the door. A real come to Jesus moment. I did not go through with it though the thought was always there.

I believe I first told my priest at St. Joseph's church during confession in 1986. It was ▮▮▮▮▮ He told me that it was not my fault and got me in touch with a child psychologist. I was 26 years old, had drug addiction and was suicidal. I was actually at confession because I felt what happened to me was my fault and I was a bad person. A deviant.

I then told my sister ▮▮▮▮▮ n the 1986. Things snowballed from there. My parents found out. This man ▮▮▮▮▮ was a friend of the family. He was my Confirmation sponsor. My parents had trusted him. They were devastated. They had failed me and my younger brothers.

I received therapy from a ▮▮▮▮▮ in Bristol CT in 1986 – 1987. I have dealt with depression regarding this most of my life. I pulled myself out of that dark pit and went to college. Met my wife at UCONN and was upfront with her about what had happened before we started dating. She did not judge me but supported and understood me. My wife has been the one that got me through the worst of it. She has kept me alive. We have been blessed with three beautiful children. A girl and two boys. My daughter was a Gold Award Girl Scout under the watchful eye of my wife and myself. My two boys wanted to be in Scouting but that was never going to happen. Always found a reason not to but we as a family did lots of camping, downhill skiing, and sports.

My two sons were in men's gymnastics through high school which both my wife and I were very involved. I always had a bad feeling about one of the coaches and earlier this year the coach was arrested for child molestation of a few of the boys older than my boys. He was hired by the gym owner knowing he was a child molester. I feel as though I cannot get away from these deviants that prey on our youth.

I have always felt a strong connection to Scouting and its purpose but the Boy Scouts of America knew these predators were amongst their ranks and did nothing to protect us, the most vulnerable. The children. The executive scouters from the councils all the way up to headquarters in Texas have been well paid and lived comfortable lives knowing what these monsters did. I wonder how many fellow Scouts not being able to survive the shame took their lives because of this. Will wonder till the day I die.

Thank you for your time and considering this one man's journey through life with this ugly baggage.



3



HARTFORD CT 060
30 APR 2021 PM 4 L

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

19801-302499

