April 29, 2021

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

RE: Claim #

Dear Justice Silverstein,

As a forty-eight-year-old school administrator for an urban school division in Richmond, VA, I would have never, ever thought I would be in the position of having to make real to someone else, what has been a personal nightmare to me.

Decades before I heard of the class-action suit against the Boys Scouts of America (BSA), I kept what happened to me as a youth boy scout very private; I internalized the anger, hate, and embarrassment throughout high school, college and most of my adulthood. My wife of 24 years is the only one who knows I was molested by ▮▮▮ from 1984 to 1985. He served as a scout troop leader for BSA while working for the Richmond Redevelopment and Housing Authority, the project housing authority where I grew up as a youth. Already growing up in a marginalized situation, I was further traumatized.

to tell anyone for fear of being teased as a youth, and too prideful to seek counseling as an adult. I felt "stuck" in this nightmare then, and although time has healed some wounds, the scares are still very real today. Let me leave you with this question: if it were you, a family member of yours or even your own child who experienced the horrors I had as a youth, would you consider the current BSA reorganization plan (from an individual perspective) sufficient?

I appreciate this opportunity to speak my truth and make this a bit more real to you. I pray that you will make the right decision, not one based on what's good of BSA, but what's in the best interest for those negatively impacted by BSA.

Sincerely,



RICHMOND VA 230
1 MAY 2021 PM 3 L

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
Claim # SA-18666
824 Market Street, 6th Floor
Wilmington, DE 19801

19801-302499