

4/28/21

Justice Lauri Seiber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

Dear Justice Silverstein:

I am one of the many former Boy Scouts who are represented in the lawsuit against the Boy Scouts of America. I have never been involved in a legal proceeding such as this, but I felt compelled to forward this letter to you because I believe it is important for the court to understand the lifetime of anguish that many former Scouts have suffered because of the sexual abuse perpetrated upon them by the people who the BSA placed in charge of them as Scoutmasters.

I am 79 years old and have tried hard to repress the sexual abuse I experienced at the hands of my Scoutmaster over the past 67+ years. Until now, I've never revealed my story to anyone including my own wife of 52 years. The person who sexually abused me was my Scoutmaster, ▇▇▇ Troop 117, Cheyenne, Wyoming. Although my experience was personally traumatic, I have subsequently learned of other former Scouts enduring much worse abuse.

It's not my intent to detail the specifics of these crimes because the attorneys for the plaintiff's will do that. However, it is my fervent wish that the court will do everything within its power to hold the BSA responsible for their failure to vet the people who were appointed to be responsible mentors and guardians of pre-teen boys. There have been a number of high profile sexual abuse cases over the past few years (the priesthood, Olympic coaches, college coaches, etc.), but none of these cases even rise close to the level of the BSA which, through its own negligence, allowed sexual abuse to occur to thousands of boys over many decades. Any organization that is responsible for the welfare of American youth must be held to the highest standards of morality and if they fail in that duty, then they should pay a very high price for their dereliction of duty and responsibility. The BSA failed in their responsibilities and should pay for that failure and their punishment should be just as extreme as the sexual abuse so many Scouts have lived with throughout their lives. Severe punishment of the BSA should set an example for any other organization which fails to meet their responsibility in protecting the youth under their care.





GRAND JUNCTION CO 815

29 APR 2021 PM 1 T

Justice Lauri Seiber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

