Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street / 6th Floor
Wilmington, DE. 19801



Regarding claim #▮▮▮▮▮

My whole life has been a struggle to find worth. Since that day I have felt that I wasn't worthy of joy and happiness, because of what that man did to me. The culture I grew up in, the family I was raised by, the decade I was born into, made it clear that no one who experienced what I did was worth anything. It was our fault. We did not matter. What that man did to me in the summer of 1971 when I was 10 years old affected every single day of my life. 50 years of trying to find a sense of self worth and belonging. Today, writing this, I weep again, for that boy who was destroyed. I am tired of my own tears. I am weary of the journey that can't move on, as it will always be a part of me.

I turned 60 this past January. I know that as an adult I am responsible for every action that I take. Blaming what I do now on what happened to me then, is not useful nor healthy for me or anyone else in my life. I know, understand and believe this to be true.

17 years of therapy taught me to take responsibility for my own actions. It also taught me that what happened to me at the Philmont Scout Ranch in 1971 created in me certain feelings, attitudes, and reactions to things that brought on profound shame, deepening guilt, and a lack of sense of self that I have struggled with to this day.

What I want people to understand, is that any organization that covers up, allows, minimizes, the type of rampant sexual abuse that occurred over decades in the Boy Scouts should not be allowed to continue to function.

I am tired of hearing about "all the good the Boy Scouts have done" let me be blunt, I don't give a shit. If you expect me to care, then please, first, Explain to me how they didn't immediately put a stop to it the <u>very first time</u> there was talk. Explain to the boys why we weren't important enough to be heard and protected. Explain to each and every one of us, one at a time, why we didn't matter enough for them to take immediate and decisive action. Because that's the profound struggle of my life, and I imagine many of our lives, is trying to understand, why we did not matter enough to any of those men, for them to create change. My life has been a journey of never believing that I mattered because of what that Boy Scout leader did to me. 50 years.

If the the only recourse we have now is financial, then I say take every dollar they have. Every single dollar. Pay for treatment. Pay for education. Pay for our lives that they stole! But stop telling me about the poor Boy Scouts, the poor insurers, the poor whoever...if you are on the side of the table with the BSA, then YOU ARE NOT THE VICTOM. You are the criminal. You stand with the guilty. So shut up and be responsible, do the responsible thing.

Every single dollar they have.
Because they took every day of my life, our lives, from us.