

April 30, 2021

To:
Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6tth Floor
Wilmington, DE  19801



Re: ▇▇▇▇▇▇

Dear Justice Lauri Selber Silverstein,

Enclosed, please find copy of Cub Scout 2 page Roster from 1958.

After much searching for information, I got very lucky and found the enclosed Troop Roster for May and June 1958.on E-bay for sale.

Although the abuse that happened to me occurred between 1955 and 1956, I believe the enclosed roster information was current at the time of my abuse.

The place of my abuse was at a scout campground located in Half Moon Bay, California at a Boy Scout Jamboree. I think the name of the campground was Pomponio?
I believe my troop pack was out of St. Gregory's Catholic Church located at 2715 Hacienda Street, San Mateo, California 94403.
Current phone 650-345-8506.

**I THINK** I was in Cub Scout pack #152 and possibly in Den #1. I can tell this because of the addresses posted on the roster.

At that time, my family and I lived at ▮▮▮▮▮▮▮▮▮▮ and our phone number was ▮▮▮▮▮▮▮▮▮▮ We were also members of St. Gregory's Church. I received my first communion there.

As a result of the abuse, my life has been pretty messed up.

Before the abuse, all I thought about was my bicycle baseball and baseball cards. A major player for the San Francisco Giants lived on the next block over on Pico Avenue.

Before the abuse, I had friends and had fun in and out of school. Then after the abuse, things changed in a very big way for me. First of all, I didn't tell anyone what had happened to me. I felt ashamed, alone, scared, lonely, sad, ugly and self conscious.

I **never** had problems in or out of school before the abuse. But after it happened, I had a lot of trouble and problems in and out of school and for the rest of my life.

Right after the abuse, I could not concentrate in school. I could not write a sentence by hand. Every word in the sentence was strung together with no separation between words. I remember that clearly. I lost all interest in learning.

My grades fell and I started to get into physical fights with classmates. I even stole money from them. I also stole silver dollars from my parents and shared them with one kid hoping he would be my friend. I stole a train set from a store. After stealing it, I realized I could not bring it home so I sold it for $8.00.

During high school, I still could not concentrate and I had poor grades of mostly "F".
I continued to get into fights and continued not to have any friends. I was alone.

I did not graduate high school. I dropped out in the tenth or eleventh grade because of the depression, suicidal thoughts and a feeling of nothingness.

I joined the Marine Corps in 1965. After getting out 2 years later, I held approximately 35 jobs in just a few years after service. I could not concentrate and was always distracted.

I was awarded VA compensation for PTSD at 100 % in 1992-3 and have been under psychiatric care since 1985 to **present** on a bi-weekly and monthly basis for depression and PTSD.

I have had 2 marriages and a lousy sex life. To this day I still have no friends, I keep to myself and I don't trust anyone. I try not to think about what happened to me. In short, I have had a terrible life.

I hope you find this information helpful. I have retained the original rosters for safekeeping.

Please do not use my name or address if you publish this.

I submit this statement to the court under penalty of perjury.

Sincerely,

CUB SCOUT PACK NO. 153

SAN MATEO, CALIFORNIA
CALENDAR FOR



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801