Case ID - ███████

Honorable Justice Lauri Selber Silverstein
BSA Bankruptcy Case

FILED
2021 MAY -5 AM 11: 26
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Honorable Justice Silverstein,

    I am writing you concerning my time with the Boy Scouts of America in order to convey the events that transpired during my time with the troop. I am now close to seventy years old and this still bothers me. My best friend at the time had talked about joining Boy Scouts for what seemed like forever at the time. We both talked to our respective parents and got approval to join. At first it was terrific to say the least. New uniforms, exposure to activities, and a belonging to troop was extremely exciting for us.

    My friend and I attended events such as BSA jamborees and won badges at numerous tasks like boating, camping, and tying proper knots to name just a few. That all changed when my friend and I went to a swimming event with just our troop at the local high school (old Jefferson High School) in Rockford, Illinois. We had been with the troop about 6-9 months (if my memory serves me correctly) and did not expect anything other than swimming and earning more badges on our way to achieving second class ranking.

[REDACTED]

uncomfortable with this. The troop leaders were directing us, so we followed the lead of the other scouts. We swam like this and competed with other boys trying to shoot hoops and diving for various toys at the bottom oof shallow end of the pool.

[REDACTED]

friend and decided to quit being boy scouts. We never told our parents or anyone about this experience. My friend struggled with for several years before committing suicide in his teen years. I have thought about it several times but have resisted the urge to kill myself like my friend. I have moved on since those days but remain an introvert. II have trouble with trust and making new friends.

    My friend's parents have now passed away. I have spoken to my friends remaining family concerning any claim they might have against the BSA and they do not want to reopen this part of their lives. They stated I can reference him, but only in an anonymous frame as they do not want to be contacted about this.

    I hope you understand our reluctance in reporting this to our parents or authorities. We were very afraid our fathers would take matters into their own hands. We also did not trust the authorities

because the very people that were charged with keeping us safe were the people that perpetrated this on us. I hope this gives you enough insight into these events to proceed with my attorney.





Honorable Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE  19801

Urgent