# The Marden Day Boy Scouts of America

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington DE 19801

To Whom:

As of today 2021, I feel that the Boy Scouts needs to revert back to the old ways. Tiring to develop young leaders and Men who care about their country and the way it works. Give the Male role model the opportunity to stand on their own two feet and educate, develop, and build good self-esteem in today's youth.

Unlike the Catholic Church, The Scouts need to get back in helping the Marden youth develop Their Self-survival, Self-esteem, and Self-reliance. Make the male's work hard in advancement's and acquire the strong knowledge of life (Not just fill in the blanks in a book).

I am not a part of Todays Boy Scouts as it is too Liberal and open for most of the male youth today. No restrictions on who is teaching the male growth No rules on who can join and lead. I would not recommend any of my relatives to join as it's not the same. The Policies and procedures need to be redefined and the sexual grooming and tactics need to be addressed and redefined. Need to STOP the abuse of all types. Treat Males as males and so on.

Last two words: **Develop** not **Cuddle** Male Youth.



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St Asst
6th Floor
Wilmington DE 19801

19801-302495

SAN DIEGO CA 920
29 APR 2021 PM 3 L