RECEIVED / FILED
MAY - 5 2021
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

April 27, 2021

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street, 6th Floor
Wilmington, DE 19801

    Re: Claim Number ▓▓▓▓▓

Dear Justice Silverstein,

I am writing this letter to you today to request that you do not allow the proposed payment from Hartford to Boy Scouts of America (BSA) to move forward. As an abuse survivor, when I read this in the news, I was appalled that this would even be considered knowing that their obligation is in the billions! If this goes forward, it would result in a measly compensation for the thousands that were abused over the years, including myself.

When I joined scouting at the age of 12, I thought I had a lot to look forward to; learning things, doing things with my fellow scouts, earning merit badges and learning life skills. Never in my darkest dreams did I think I would be "groomed" so I could be sexually abused by my scout master! The abuse that I suffered during those early years negatively impacted my life for many years which started with failing in school, addiction issues, unable to obtain/hold jobs and the inability to participate in healthy relationships. This was all because my mom thought scouting would be good for me, as she was involved in Girl Scouting for many years. She put her trust in the BSA, as I did, with the end result of me being be abused by my scout master for a period of almost five years.

The BSA and their insurers need to be held accountable for their actions to the fullest extent possible. Not only does the BSA need to pay monetary damages to those who were abused, much more than the Hartford settlement is offering, but they need to put policies in place that screen adults who are currently involved in scouting as well as those adults who want to become involved in scouting.

If you allow the current proposed deal to go through with Hartford and BSA, without the BSA being held fully accountable, then you are not only overlooking the issue, but you are telling thousands of those who were abused, including myself, that what happened just isn't that important. Please don't let that travesty happen.

Sincerely,





Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street, 6th Floor
Wilmington, DE 19801