Justic Lauri, Selber
BSA bankrupcy Case
824 Market Street
6 Floor Wilmington, DE
19801

RECEIVED / FILED
MAY - 4 2021
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

29-2021

Clame # ▮▮▮▮

Hello Judge or whomever it May Concern
I was asked to write a letter to you in regards to my sexual abuse buy a member of the Boy scouts organization.

I joined th boy scouts when i was young through my parents. it was offerd through a Church where I was taking Catechism Classes "lochine Community Church".

The boy scout leader was the parent of a friend of mine ▮▮▮▮ th scout leader an ▮▮▮▮ was th frencd of min theay owned a farm in lochine michigan. at the begening as a group, we met at ▮▮▮ house in the basement where there were tables set up for us. When we began

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Shortly after we went into there yard and he gave all of us a chour to do. I was asked to remove some boxes from the celler. I was in and out carying boxes when at one point I entered and ███████ was standing to

████████████████████
████████████████████
████████████████████

grab me. I ran all the way home about there quatas of a mile. I never went back to my friends house, because I was aforaid of his dad. I remember crying and telling my parents I dident want to be in boy scouts anymore. because I wasent friends with ███ any more, so I dident have to tell them the real reason. After all of this I remember being extreemly aforid of adults

I would always get nervous when left with an adult after this and know realize that I was experanceing panic attacs as a child.

They seemed to go away for some time and returned at the age of around thirty five when I worked as a Corrections officer for the state, and Ended up on dissability as a result. I'm currently fifty six and still on dissability.

I have often believed that this is a direct result of Child hood experances and have relived this abuse many times throught my life

Its always seemed to me that more things happend then but cant remember specific's

I feel that this experence has led to my distrust in people to this day. I know others have been though worse than myself and still live it.

Therfore I strongly feel that Boy Scouts of america shuld be liable for not ferther screaning there leaders to protect myself and other Children from preditors like ███████ my boy scout leader.

Thank you █████

