<␅>

To: [redacted]

<␅>

<␅>

RECEIVED / FILED
MAY - 5 2021
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Laurie Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th floor
Wilmington DE 19801

4/28/21

The BSA? The BSA put a known pediphile 30+ yr old scout counselor in my life when I was 12 yrs old. He s[cout] I had a bad sunburn and [redacted]

a good innocent kid. and I loved my family, faith, friends - after that I didnt love anything, I declared war on my parents, family, friends & faith. I for 40 yrs used drugs & drank myself to prison, I tried to use myself to death. I got 4 No violent felonies for using & drinking and Ive done 27 of 52 years in prison, Ive seen 10's of in-patient treatments, Everyone has loved me has suffered and left me. Ive lost everything more times than I can count in life, Ive been homeless, Ive suffered more than anyone on earth, I'm in Jail today on my 5th felony, this time violent - I robbed a Walgreens pharmacy where my lil brother who only tried ever to help me - works for fent myl. on 11/20/20 so I could kill myself and make the pain & confusion stop! I got into a hi speed chase - the cops wouldnt shoot me - I tried to get them too, and I failed in my re-peated suicide attempts 3 that day

And I'm in Idaho Falls Co. Jail facing 15-life for Robbery. My whole life was destroyed by that moment. I've lost all my things, my family, my outside pt of contact for a final time and I'm gonna die alone in prison - a place I never belonged but I couldn't stay sober cause I could not admit what that sick SOB did to me at age 12 - I'm 52 now. The BSA stole and killed my whole life! And they should pay! They knew [redacted] was a pedophile but they still allowed him to be around kids just like me! The counselor I finally was brave enough to report it to in 12/2017 told me he knew my molestor, he has a happy normal life and lives in Boise City Idaho. What he did to me destroyed my normal life - for 40 years, I hope the BSA don't do the right thing and try to slime their way out of it & it

90's to Jury cause I will make my Attny put my video depo sition taken by an Attorneys Iphone on tv for the Jury to Hear & See, so I can tell my story and we can take everything the BSA has - and give it to my poor family, and the families of other victims.

Thats what the BSA meant to me, I was shooting cocaine & caught Hep C when I was 16, Becase a sick pervert decided to take sex with me when I was 12. I was a good kid, I had the ability to love and had faith in god - I loved my family the BSA stole all of that from me! And my family!

Signed Honestly & Truth fully

PS: I'm a strong NO on the 5/19/21 offered Bankruptcy plan - That BSA is trying to use to NOT Pay us!
The Reorganization plan is insufficient

My Letter to Judge Silverstein

& my Vote on the BSA 5/29 Bankruptcy case.

(I'd rather give you a Zoom or Video Statement and tell you my story - before you - decide to let the BSA off on their purposed Bankruptcy Plan - That lets them Hide all their Assets and They get out of paying me and other scouts for the 40 yrs of wrecked destroyed life I could've had) Before That happened - I loved my parents - Best parents in the World - I hurt them a million times, I tried for 40 yrs to destroy myself over and over with drugs, Alcohol - to make This memory go away - Let me tell you my Story please? I don't write well enough to tell it properly, I'm Begging you.

I'm ready any time to talk to you.

We can Do a Video Visit on Zoom or I can call and tell you on The phone - We have very good Tablets here if you a Judge call The Jail and ask Them to go get [redacted] in cell 4/14 for a Zoom deposition - I'll be There 10 mins later. - please let me tell you what The BSA did to me & my family 12-58 yrs old.

to: Justice Lauri
Gelber Silverstein
BSA Bankruptcy Case
824 Market Street 6th floor
Wilmington DE 19801

from: AHS-victim

4/28/21

Dear Judge,
My lawyer Mr. Vanarsdale asked me Not to put my name in This, I want to, but IM working on being able to follow directions, something I have not been able to Do since age 12, and I got abused. I was at scout camp, I was 12 yrs old and a Nice Funny 30 + year old camp leader Named [redacted] Lured me into his tent cause he saw

[redacted]

1

Judge Silverstein,
I'm Just gonna have to ask you to suffer through my script of Handwriting. 1st I'm vehemently against the purposed Bankruptcy agreement that BSA wants you to ok on 5/19/21. 40 yrs of my life is worth more than the tiny Bit of $ the BSA would have to pay - I was 12 and They knew [redacted] easily was a child sex predator - and They put him where He had access to molest me.

2nd The BSA - Ruined my chance at a Normal life - I turned to drugs and Alcohol - anything I could get my Hands on, I Started shooting Dope at age 16, I got arrested and spent 30 years in Jail, prison, psych hospitals - due to The Abuse

8

My Kind Dear Noble LDS Father turns 83 4/29/21 Tomarow and He Thinks I hate him, my mom Died while I was in MAX PC Prison in 8/14/90 Thinking The Same thing, our last talk Her & I was an Argument on The prison phone about $ for Drugs & I called Her a Bitch and 2 days later she fell and hit Her Head in a Grocery store and Died, I kept using and Drinking and Never knew why I couldnt / wouldnt stay sober This Road Block stopped me from getting sober all of my 52 yrs of life I couldnt admit it happened for 38 years - It destroyed me, my family - everything good in my Life - I wish you'd allow me a Chance to talk to you on Zoom Before you had 5/19/21 court

(3)

And let me talk about my life from That moment on.
I'm in Jail - I walked into a walgreens pharmacy 11/20/20 to Rob Them for fentNyl - a Drug I'd never seen, touched or Done for The soul purpose of killing myself, I didn't have a weapon - Just a Threat But I'm Still facing 15-life I'm Begging for treatment But my chances are all gone - My families all gone! I need to tell you my Honest story - BSA destroyed my life so They could put a popular But Questionably reputed camp counselor in a tent where He could pretend to help Boys and molest Them - He's Still free in Boise ID Happy Normal life

what Happened to my life?

If you don't Read This letter and Take it Serious - There is No Justice in This world - My life will have meant Absolutely Nothing!

please Zoom Me.

[redacted]

They will take me strait out & I Can talk to you on a tablet - and you can Hear about what I Think about BSA - and Island Park Idaho Scout camp. I can tell it all in 20 Minutes I feel.

[redacted]

TO: [redacted]

Justice lauri Selber Silverstein
BSA Bankruptcy case
824 Market street 6th floor
Wilmington - DE. 19801

[redacted]




THIS MAIL GENERATED IN
BONNEVILLE COUNTY JAIL

Justice Lauri Gelber Silverstein
BSA Bankruptcy Case
824 Market Street 6th floor
Wilmington - DE 19801

Legal