RECEIVED / FILED
MAY - 5 2021
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

April 28, 2021

Honorable Justice Selber Silverstein:

I am writing you today to appeal to your fairness and integrity in regards to my case. The Wall Street Journal published an article entitled, 'Boy Scouts Sexual Abuse Claims Threaten Financial Havoc For Insurance Companies.' In my humble opinion, this article was published to invalidate the seriousness of the claims that we, as a collective group, have made. This article was meant to trivialize our plight and diminish our case.

What happened to me, personally, cannot be forgotten, no matter how much money I have spent on therapists. These actions have scarred me for life, and affect me every day. Other than possibly the Catholic Church scandals of the past, has an organization been created and permitted to serve as an environment for child molestation.

The Boy Scouts of America serve as a natural venue for child exploitation. Whether it is using children to raise money for, or to compensate an organization while serving as a setting for molestation is wrong in any book. For parents to allow their children to spend the night away from home, supervised by potential molesters under the guise of youth development cannot be a more perfect situation for exploitation. And unfortunately, many adults used this organization as their own playground to serve their perverted needs.

[REDACTED] what it is like for this child to be bleeding, unable to sit, and being threatened that his whole family will be murdered by a man in a Boy Scout uniform, if he were to tell anyone about this incident?

How can an insurance company comprehend and justify this little boy telling his mother that he does not want to go to meetings, or to go camping with his friends because he is in fear, while to protect this diabolic secret?

How can an insurance company justify the trauma incurred to the point that a little boy is petrified every time he falls asleep because he is not able to consciously protect himself, and is in fear every time he zips up his tent or gets in a sleeping bag?

How can an insurance company who is only looking to settle this case and sweep it under the [REDACTED] cause?

I know, because this little boy was me. And I can go on and on with graphic details and explanations. I watched as many of my friends were feasted upon, and essentially sacrificing friendships in order to protect myself. These young boys are no longer my friends. We played baseball together. We went to high school together. We had bonds. But due to the embarrassment and the secret that we all endured, we can't look each other in the eyes. We don't communicate. And all of these friendships and acquaintances have disappeared, eternally.

In my particular case, my whole family has been destroyed. My mother is elderly and lives less than five miles from my house. I have two, younger brothers. And none of us communicate to this day, because of the "secret".

Throughout my life, I have been told, "no". When I summoned the courage to confront this monster in the mid 90's, I flew at my own expense, to Prince William County, Virginia, to file charges against my molester. I was told, "no". The statute of limitations had expired.

When I attempted to contact other Scouts from my Troop, to file a Civil Suit, I had doors shut in my face. I had phone calls that would never be returned. And I was repeatedly told, "no".

And now, an insurance company wants to belittle my experiences. Worse, they want to deride my experiences by using the Wall Street Journal to help them to minimize the damage?

Your honor? I ask you not to succumb to these legal antics and understand that because of the Boy Scouts of America, their negligence and lack of oversight, which many, many, children suffered and continue to suffer because of this. And this should not be trivialized. We have been exploited enough, and now it is time that instead of someone telling us, "no", that we finally hear, "yes", loud and clear.

If you should have any questions of me personally, or need further clarification, I invite you to please contact me.

Sincerely,

