Case 20-10343-LSS    Doc 3140    Filed 05/05/21    Page 1 of 1

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE  19801


RECEIVED / FILED
MAY - 5 2021
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

SA - ▇

I believe that the Boy Scouts of America should be held accountable for their negligent actions that led to myself along with numerous other victims being sexually abused as children.

In the spring of 1988 I was a victim. I was in the Cub Scouts from my school St Rita elementary in Harahan, Louisiana when I was only eight years old. One Saturday, one of our Scout leaders by the name of ▇▇▇ took our troop to a swimming activity to our local YMCA. We all went into the



about it to anyone because I felt so embarrassed about it and at the time being only eight years old I assumed it was some kind of legitimate practice. It wasn't until years later that I realized that what he did was wrong and I no longer lived in Louisiana.

This event is something I've never been able to forget about no matter how much I had tried to block it out. I feel as if this event had prevented me from living a healthy normal childhood and beyond by having this frightening experience happen to me at such a young age.

Thank you for your time,

