SA-[redacted]

RECEIVED
MAY - 5 2021
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Madam Justice:

I would like to tell you a story. This story started out with hopes and dreams and lofty aspirations, for a young child. There were so many things working out in his favor to make that so. He was intellectual, considerate, kind and bright eyed. He had a wonderful set of parents who loved him, siblings he loved (always sibling spats and rivalries), but a genuine loving home.

As this child got older, he like other boys, enjoyed the outdoors and things it had to offer.

He being an "Air Force Brat," with his family moved to the Panama Canal. If you have never been transferred out of the country with the military, you wouldn't really understand, but when you first got down there you had to live off base for a till you had base housing. While off base, he joined the Panamanian Boy Scouts and loved it. But all good things come to an end when he moves on base.

He decides to join the American Boy Scouts on base.

WHICH WOULD LITERALLY CHANGE HIS LIFE FOREVER AND SEND HIM ON A DARK AND LONELY ROAD.

IN A FOREIGN LAND IN THE MILITARY YOU MAKE FRIENDS ON BASE THAT ACTUALLY COUNT AS SOME OF THE BEST RELATIONSHIPS IN A LIFETIME YOU'LL HAVE, SO THERE IS A LOT OF TRUST BETWEEN FAMILIES.

This BOY WAS SWEET ON ONE OF THOSE GIRLS AND THE FAMILY, AND THE FATHER OF THE FAMILY WAS A BOY SCOUT LEADER. THE CHILD COULD CERTAINLY TRUST HIM, RIGHT?

THE CHILD LIKED TO GO TO SCARY MOVIES, AND SINCE HIS DAD COULDN'T GO, THE "FAMILY MAN" THE "SCOUT LEADER" VOLUNTEERED TO TAKE HIM.

THE MOVIE WAS HELD AT AN OUTDOOR DRIVE IN. THE NIGHT STARTED OUT INNOCENT ENOUGH AND BOTH WERE ENJOYING THE MOVIE, SO THE CHILD THOUGHT.

ALL OF A SUDDEN, OUT OF NOWHERE, FROM THE MAN COMES THE



HAPPENED. THE CHILD DIDN'T KNOW WHAT TO DO. HE KNEW THAT IF HE TOLD HIS FATHER HE WOULD KILL THE MAN. SO THE CHILD KEPT HIS SILENCE FOR 25 YEARS. ALL THE WHILE

wondering if it was his fault? If he had ~~been~~ DONE something to lead the man ~~down~~ on and ~~caused~~ him to take that child's life from him.

It has ~~been~~ BEEN 50 years since that man took away the child's innocence, and as you have ~~on~~ ~~seen~~ already guessed, I am that <u>child</u>. Every day of my life I see two things, when I close my eyes, at night, one is my ~~the~~ FATHER'S loving eyes and ~~body~~ replaying over in my mind the ~~tragic~~ tragic innocence of a ~~a~~ child lost.

Signed

P.S. Sorry about the writing

How can you put a price tag on a child's existence?

These leader's were supposed to protect us, not lead us to lamb's at slaughter.

I want to thank you, your Honor for listening to an old man who wants to see justice done. It's not about insurance companies and lawyers. It's about innocence lost. ~~they~~ How can you put a price cap on that?



PENSACOLA FL
28 APR 2021 PM

U.S.M.S.
X-RAY

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801