Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

2021 MAY -5 AM 9: 09

A man learns that the local Scout troop is looking for volunteers. The Scouts have put a notice in the paper, hung signs around town, and put the word out. The man goes to a Scout meeting where he meets the adult leaders and some of the Scouts. He seems like a nice guy, so the Scoutmaster asks the man to join the troop. The man agrees. He gives his name and basic demographic information to the troop. The troop sends the paperwork to the BSA. The BSA files it away. The (unknown) man is now an official Scout leader. Within weeks, the man can be alone in the woods with little boys.

The man did not need to prove who he was (show ID). He did not undergo any kind of background check. The man could be anyone. His history is unknown, but he is a pedophile. He is my abuser.

When my abuser became a Scout leader, there were *no* safeguards in place to try to prevent pedophiles from joining the Scouts. At the time I became a Scout, the BSA had known about its pedophile problem for decades. In fact, since the inception of Scouting, the BSA has known that pedophiles use the Scouts as a hunting ground for victims.

Once my abuser was in the Scouts, it was open season on little boys. There were *no* policies in place to impede his or other pedophiles' abuse of children. My abuser openly expressed his *preference* to shower with the Scouts rather than with the adults. "It's more fun to shower with the boys." When I was at Scout camp, I only saw him shower with boys. Never the men. On one occasion, the sick bastard joined me and a few other little boys in the shower. The BSA had *no* policies that disallowed men to shower with or change with boys.

My abuser took me and three other boys on an overnight to his Scout camp. My abuser was the camp director. There was no one else at the camp. He was all alone in an isolated location with four little boys. Over the previous several months, my abuser had talked about how fun, normal, and exciting it

[redacted]

Was my abuser already known to the BSA as a pedophile? Unfortunately, I may never know the answer to that question. However, I do know that thousands of us would not have been abused if the BSA had simply passed along the reports of abuse to the police. NOT rocket science. WTF! Apparently, the BSA brand was more important than the lifetime mental and physical well-being of thousands of little boys.

Back in the cabin there were only four beds. There were five of us. A camp empty of people and, apparently, no other bed to be had. What a surprise. My abuser told me that I would sleep with him. I was only twelve years old. That night he sexually assaulted me.

A couple of months ago, more than forty-four years after the abuse, I began therapy. I have struggled with substance abuse, depression, panic attacks, and anxiety since the abuse. It has profoundly affected my ability to manage and understand my emotions, form and maintain meaningful relationships, and enjoy life. Since disclosing the abuse in the BSA bankruptcy case, I have been diagnosed with PTSD. I experience flashbacks, night terrors, and have dissociative amnesia.

Although my abuser is obviously responsible for the damage done to me, he could not have sexually assaulted me without the complicity of the BSA. The BSA has *always* known that pedophiles use their organization to gain access to boys. The BSA *chose* to let thousands of abusers go unpunished and

remain free to molest thousands of additional little kids. The BSA did virtually nothing to vet would-be volunteers. Nothing to prevent pedophiles from becoming Scout leaders. The BSA did not have, when I ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ with boys, had access to Scout facilities (e.g., camp grounds), went on overnight camping trips alone with Scouts, and slept in tents and cabins alone with little boys. What could go wrong?!

Because of their complicity in the sexual abuse of tens of thousands of boys (boys under their care!), justice demands that the BSA compensate us, the survivors, for their grotesque disregard for basic human decency. We, as children, were *knowingly* sacrificed to protect their *image*. The BSA should read (and follow!) their own mission statement which states, in part, "The mission of the Boy Scouts of America is to prepare young people to make ethical and moral choices over their lifetimes [...]."

When it came to a choice between keeping the boys in their care safe and receiving some bad press, versus letting sexual predators victimize little boys and receiving no bad press, the BSA chose the pedophiles. Not a very ethical or moral choice.

Case 20-10343-LSS  Doc 3144  Filed 05/05/21  Page 3 of 3

BOSTON MA 020
30 APR 2021 PM 7 L

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St.
6th Floor
Wilmington, DE

