EXHIBIT A

Compensation Summary

**EXHIBIT A**

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**COMPENSATION BY PROJECT CATEGORY**
**FEBRUARY 1, 2021 THROUGH FEBRUARY 28, 2021**

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Case Administration (00001) | 3.40 | $1,785.00 |
| Committee Meetings and Communications (00002) | 75.20 | $75,141.50 |
| Bar Date, Noticing and Claims Reconciliation Issues (00005) | 4.10 | $4,393.50 |
| Plan/Disclosure Statement Issues (00007) | 69.40 | $78,716.50 |
| Creditor Communications (00011) | 0.20 | $190.00 |
| Employee and Labor Issues (00013) | 0.40 | $442.00 |
| Collateral Review (00016) | 2.10 | $2,118.00 |
| Fee Statements and Applications (00017) | 23.40 | $14,040.00 |
| Committee Investigation (00020) | 11.20 | $8,240.00 |
| Hearings and Court Matters (00021) | 22.10 | $20,318.00 |
| Debtor Retention Applications (00026) | 0.10 | $71.50 |
| Communication with Debtors (00029) | 7.30 | $8,193.50 |
| **TOTAL** | **218.90** | **$213,649.50** |

---

[1] Total compensation requested reflects a voluntary reduction of $2,393.50 in fees.

KL2 3226474.3

# Kramer Levin



April 27, 2021

Steve McGowan, General Counsel
The Boy Scouts of America
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX 75015-2049
steve.mcgowan@scouting.org

Invoice #: 821569
073427
Page 1

**FOR PROFESSIONAL SERVICES rendered through February 28, 2021.**

| | |
|---|---:|
| Fees | $213,649.50 |
| Disbursements and Other Charges | 1,648.44 |
| **TOTAL BALANCE DUE** | **$215,297.94** |

FEES AND DISBURSEMENTS POSTED AFTER THE BILLING PERIOD SHOWN ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.

TAX ID # 13-1944339

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas, New York, NY 10036
T 212.715.9100  F 212.715.8000

KL2 3221651.8



April 27, 2021
Invoice #: 821569
073427
Page 2

## MATTER SUMMARY

**For professional services rendered through February 28, 2021 in connection with the following matters:**

| Matter | Matter Name | Total |
|---|---|---|
| 073427-00001 | Case Administration | $1,785.00 |
| 073427-00002 | Committee Meetings and Communications | $75,141.50 |
| 073427-00005 | Bar Date, Noticing and Claims Reconciliation Issues | $4,393.50 |
| 073427-00007 | Plan/Disclosure Statement Issues | $78,716.50 |
| 073427-00011 | Creditor Communications | $190.00 |
| 073427-00013 | Employee and Labor Issues | $442.00 |
| 073427-00016 | Collateral Review | $2,118.00 |
| 073427-00017 | Fee Statements and Applications | $14,040.00 |
| 073427-00020 | Committee Investigation | $8,240.00 |
| 073427-00021 | Hearings and Court Matters | $20,318.00 |
| 073427-00026 | Debtor Retention Applications | $71.50 |
| 073427-00029 | Communications with Debtors | $8,193.50 |
| **Total Fees** | | **$213,649.50** |
| Disbursements and Other Charges | | $1,648.44 |
| **TOTAL CURRENT INVOICES** | | **$215,297.94** |



April 27, 2021
Invoice #: 821569
073427
Page 3

## Professional Services Summary

| TIMEKEEPER | TITLE | DEPARTMENT | YEAR ADMITTED TO THE BAR | RATE | HOURS | FEES |
|---|---|---|---|---|---|---|
| Mayer, Thomas Moers | Partner | Creditors' Rights | 1982 | $1,575.00 | 17.40 | $27,405.00 |
| Rabinowitz, Daniel A. | Partner | Corporate | 1995 | $1,300.00 | 9.70 | $12,610.00 |
| Ringer, Rachael L. | Partner | Creditors' Rights | 2011 | $1,200.00 | 42.10 | $50,520.00 |
| Stoopack, Helayne O. | Counsel | Tax | 1982 | $1,130.00 | 0.60 | $678.00 |
| Hamerman, Natan | Counsel | Litigation | 2002 | $1,130.00 | 11.70 | $13,221.00 |
| Cahn, Avram | Spec Counsel | Employee Benefits | 1988 | $1,105.00 | 0.40 | $442.00 |
| Sharret, Jennifer | Spec Counsel | Creditors' Rights | 2008 | $1,105.00 | 9.70 | $10,718.50 |
| Campbell, Patrick J. | Associate | Litigation | 2014 | $1,040.00 | 1.60 | $1,664.00 |
| Wasson, Megan | Associate | Creditors' Rights | 2017 | $950.00 | 51.70 | $49,115.00 |
| Chakraborty, Rupita | Associate | Litigation | 2019 | $950.00 | 0.60 | $570.00 |
| Essner, Zoe | Associate | Creditors' Rights | 2021 | $715.00 | 52.40 | $37,466.00 |
| Beck, Samuel | Paralegal | Creditors' Rights | N/A | $440.00 | 21.00 | $9,240.00 |
| **TOTAL FEES** | | | | | **218.90** | **$213,649.50** |



April 27, 2021
Invoice #: 821569
073427-00001
Page 4

**Case Administration**

### DISBURSEMENTS AND OTHER CHARGES SUMMARY

| DESCRIPTION | AMOUNT |
|---|---|
| Lexis Online Research | $1,055.90 |
| Pacer Online Research | 2.50 |
| Telecommunication Charges | 345.54 |
| Telephonic Court Appearances | 244.50 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$1,648.44** |

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Hamerman, Natan | Counsel | 0.10 | $113.00 |
| Essner, Zoe | Associate | 0.80 | 572.00 |
| Beck, Samuel | Paralegal | 2.50 | 1,100.00 |
| **TOTAL FEES** | | **3.40** | **$1,785.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 2/2/2021 | Essner, Zoe | Email R. Ringer re open items (0.1). | 0.10 | $71.50 |
| 2/2/2021 | Beck, Samuel | Review Court filings (0.6). | 0.60 | 264.00 |
| 2/8/2021 | Beck, Samuel | Review Court filings (0.8). | 0.80 | 352.00 |



April 27, 2021
Invoice #: 821569
073427-00001
Page 5

**Case Administration**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 2/9/2021 | Essner, Zoe | Email K. Morales re UCC filings (0.1). | 0.10 | 71.50 |
| 2/9/2021 | Beck, Samuel | Update case calendar (0.2). | 0.20 | 88.00 |
| 2/11/2021 | Essner, Zoe | Email R. Ringer re WIP list (0.1). | 0.10 | 71.50 |
| 2/11/2021 | Beck, Samuel | Review Court filings (0.3). | 0.30 | 132.00 |
| 2/12/2021 | Hamerman, Natan | Email P. Campbell re open WIP items (0.1). | 0.10 | 113.00 |
| 2/16/2021 | Beck, Samuel | Review Court filings (0.6). | 0.60 | 264.00 |
| 2/23/2021 | Essner, Zoe | Email R. Ringer re open WIP items (0.1). | 0.10 | 71.50 |
| 2/25/2021 | Essner, Zoe | Email R. Ringer re open WIP items (0.1); revise WIP list (0.3). | 0.40 | 286.00 |
| **TOTAL** | | | **3.40** | **$1,785.00** |



April 27, 2021
Invoice #: 821569
073427-00002
Page 6

**Committee Meetings and Communications**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Mayer, Thomas Moers | Partner | 5.20 | $8,190.00 |
| Rabinowitz, Daniel A. | Partner | 2.80 | 3,640.00 |
| Ringer, Rachael L. | Partner | 14.30 | 17,160.00 |
| Hamerman, Natan | Counsel | 4.50 | 5,085.00 |
| Sharret, Jennifer | Spec Counsel | 5.90 | 6,519.50 |
| Essner, Zoe | Associate | 24.80 | 17,732.00 |
| Wasson, Megan | Associate | 17.70 | 16,815.00 |
| **TOTAL FEES** | | **75.20** | **$75,141.50** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 2/1/2021 | Mayer, Thomas Moers | Attend Committee call (1.0). | 1.00 | $1,575.00 |
| 2/1/2021 | Ringer, Rachael L. | Call with professionals re: prep for UCC call (0.5); email T. Mayer re UCC call (0.2); prep for same (0.3); attend/lead UCC call (1.0). | 2.00 | 2,400.00 |
| 2/1/2021 | Rabinowitz, Daniel A. | Attend majority of Committee call (0.8). | 0.80 | 1,040.00 |
| 2/1/2021 | Hamerman, Natan | Attend professionals' call in advance of UCC meeting (0.5); attend UCC meeting (1.0). | 1.50 | 1,695.00 |



April 27, 2021
Invoice #: 821569
073427-00002
Page 7

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 2/1/2021 | Sharret, Jennifer | Participate in Committee professionals' call in advance of UCC meeting (0.5); participate in Committee call (1.0). | 1.50 | 1,657.50 |
| 2/1/2021 | Wasson, Megan | Attend UCC professionals' call in advance of UCC meeting (0.5); attend weekly UCC call (1.0). | 1.50 | 1,425.00 |
| 2/1/2021 | Essner, Zoe | Call w/ UCC professionals re UCC meeting prep (0.5); draft UCC update re agenda and Coalition 2019 (0.4); attend UCC meeting (1.0); draft minutes re same (0.3). | 2.20 | 1,573.00 |
| 2/2/2021 | Ringer, Rachael L. | Numerous correspondence with M. Wasson re: case update emails to UCC (0.4); call with Committee member re: insurance issues (0.2); emails to T. Mayer and Alix re: same (0.3). | 0.90 | 1,080.00 |
| 2/2/2021 | Wasson, Megan | Draft summary of Debtors' term sheet for update email (0.5) and revise same (0.2); emails with R. Ringer re same (0.1). | 0.80 | 760.00 |
| 2/2/2021 | Essner, Zoe | Draft UCC email update re term sheet, plan, additional filings (0.8); email R. Ringer re same (0.3). | 1.10 | 786.50 |
| 2/3/2021 | Rabinowitz, Daniel A. | Attend video call w/ Committee member on plan questions and settlement issues (1.0). | 1.00 | 1,300.00 |
| 2/3/2021 | Ringer, Rachael L. | Prepare for (0.1) and attend Zoom w/ UCC member re plan questions and settlement (1.0). | 1.10 | 1,320.00 |



April 27, 2021
Invoice #: 821569
073427-00002
Page 8

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 2/3/2021 | Wasson, Megan | Call with UCC member and UCC professionals re plan questions and settlement (1.0); comment on UCC update email (0.3) and review docket filings for same (0.4). | 1.70 | 1,615.00 |
| 2/3/2021 | Essner, Zoe | Attend call w/ Committee member & UCC professionals re plan questions and settlement (1.0); draft UCC update re UCC call, non-abuse litigation claims, Hartford motion to compel, notice of satisfied claims, omnibus claims objections, insurers' rule 2004 motion (1.5); email UCC professionals and members re scheduling calls (0.1). | 2.60 | 1,859.00 |
| 2/4/2021 | Ringer, Rachael L. | Review/revise UCC update email (0.5); email M. Wasson re: questions on insurance issues (0.6). | 1.10 | 1,320.00 |
| 2/4/2021 | Sharret, Jennifer | Review Committee update re Century motions to compel, insurers' 2004, UCC meeting (0.1). | 0.10 | 110.50 |
| 2/4/2021 | Essner, Zoe | Draft update email re Century motions to compel, insurers' 2004, UCC meeting (0.7); emails w/ Committee member re meeting (0.2); emails w/ UCC professionals and UCC members re scheduling meeting (0.2). | 1.10 | 786.50 |
| 2/5/2021 | Mayer, Thomas Moers | Pre-Committee meeting calls with R. Ringer (0.4) and participate in Committee meeting (0.8); call with R. Ringer, Committee member to discuss next steps (0.5). | 1.70 | 2,677.50 |



April 27, 2021
Invoice #: 821569
073427-00002
Page 9

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 2/5/2021 | Ringer, Rachael L. | Calls with T. Mayer in prep for UCC call (0.4) and attend Committee meeting (0.8); call with Committee member and T. Mayer re plan questions (0.5); call with Committee member re: same (0.4), review email from Committee member re: claims questions (0.3). | 2.40 | 2,880.00 |
| 2/5/2021 | Rabinowitz, Daniel A. | Prep for (0.2) and attend UCC call (0.8). | 1.00 | 1,300.00 |
| 2/5/2021 | Hamerman, Natan | Attend majority of Committee call (0.7). | 0.70 | 791.00 |
| 2/5/2021 | Sharret, Jennifer | Prep for (0.3) and participate in Committee call (0.8). | 1.10 | 1,215.50 |
| 2/5/2021 | Wasson, Megan | Pre-call with UCC professionals re UCC call (0.5); prep for (0.2) and attend UCC Call (0.8); call with UCC member re same (0.5); comment on UCC meeting materials (0.2); review UCC meeting materials (0.4); review docket filings re 2004 re same (1.1). | 3.70 | 3,515.00 |
| 2/5/2021 | Essner, Zoe | Attend UCC meeting (0.8); draft update re extensive Insurers' Rule 2004 pleadings (2.7); attend UCC meeting re term sheet (0.8). | 4.30 | 3,074.50 |
| 2/7/2021 | Essner, Zoe | Draft UCC update email re settlement next steps (0.2). | 0.20 | 143.00 |
| 2/7/2021 | Wasson, Megan | Comment on update email re mediation (0.4). | 0.40 | 380.00 |



April 27, 2021
Invoice #: 821569
073427-00002
Page 10

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 2/8/2021 | Ringer, Rachael L. | Prep for UCC call (0.6) and email M. Wasson re: same (0.3); call with UCC professionals re: same (0.3); email T. Mayer re: same (0.2); call with Committee member re: same (0.4); attend/lead UCC call (0.6). | 2.40 | 2,880.00 |
| 2/8/2021 | Hamerman, Natan | Attend majority of professionals' call (0.2). | 0.20 | 226.00 |
| 2/8/2021 | Sharret, Jennifer | Participate in Committee professionals' call (0.3) participate in majority of Committee call (0.5). | 0.80 | 884.00 |
| 2/8/2021 | Essner, Zoe | Attend professionals meeting to prep for UCC call (0.3); draft update email re Insurers' 2004 update, key upcoming dates, and Sidley appeal (0.5); review M. Wasson comments to UCC meeting minutes (0.1); draft 2/5 and 2/8 UCC meeting minutes (0.6). | 1.50 | 1,072.50 |
| 2/8/2021 | Wasson, Megan | Attend UCC professionals' call (0.3); attend UCC call (0.6); review and comment on UCC update email (0.4); review and comment on second UCC update email (0.2); review and comment on UCC meeting minutes (0.6). | 2.10 | 1,995.00 |
| 2/9/2021 | Wasson, Megan | Draft UCC update email re term sheet (0.6); review follow up UCC update email draft (0.3); correspondence with UCC members re term sheet (0.3). | 1.20 | 1,140.00 |



April 27, 2021
Invoice #: 821569
073427-00002
Page 11

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 2/9/2021 | Essner, Zoe | Draft Committee update re omnibus dates, consent order, Sidley appeal (0.9). | 0.90 | 643.50 |
| 2/10/2021 | Ringer, Rachael L. | Call with UCC member re: plan issues (0.5); emails with Committee member re: revised term sheet (0.2). | 0.70 | 840.00 |
| 2/10/2021 | Essner, Zoe | Draft UCC email update re mediation update, Coalition 2004 objection (0.9). | 0.90 | 643.50 |
| 2/10/2021 | Wasson, Megan | Review and comment on UCC update email re mediation update, Coalition 2004 objection (0.3); call with Committee member re term sheet (0.1) and review term sheet per same (0.3). | 0.70 | 665.00 |
| 2/11/2021 | Ringer, Rachael L. | Comment on UCC update email re Insurers' Rule 2004 and 2019 motions, hearing, term sheet (0.3). | 0.30 | 360.00 |
| 2/11/2021 | Essner, Zoe | Draft extensive UCC update re Insurers' Rule 2004 and 2019 motions, hearing, term sheet (2.1). | 2.10 | 1,501.50 |
| 2/12/2021 | Essner, Zoe | Emails w/ Committee member re UCC meeting (0.2). | 0.20 | 143.00 |
| 2/16/2021 | Ringer, Rachael L. | Prep for (0.3) and attend Committee call (0.7); follow-up emails to KL team re: follow-up questions re: plan from UCC call (0.3). | 1.30 | 1,560.00 |
| 2/16/2021 | Mayer, Thomas Moers | Attend Committee meeting (0.7). | 0.70 | 1,102.50 |



April 27, 2021
Invoice #: 821569
073427-00002
Page 12

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 2/16/2021 | Hamerman, Natan | Prep for (0.1) and attend Committee call (0.7). | 0.80 | 904.00 |
| 2/16/2021 | Sharret, Jennifer | Review Committee update (0.2); participate in Committee call (0.7); review and comment on Committee meeting minutes (0.3). | 1.20 | 1,326.00 |
| 2/16/2021 | Wasson, Megan | Review and comment on UCC update email (0.4) and review docket filings related to same (0.8); emails with KL team re agenda for UCC call (0.4); attend weekly UCC call (0.7). | 2.30 | 2,185.00 |
| 2/16/2021 | Essner, Zoe | Attend UCC meeting re plan updates re plan updates (0.7); draft update re insurers' 2004 motions and 2019 motions and hearing re same (0.8). | 1.50 | 1,072.50 |
| 2/17/2021 | Essner, Zoe | Draft UCC email update re UCC call, hearing summary, and meeting minutes (0.6). | 0.60 | 429.00 |
| 2/18/2021 | Ringer, Rachael L. | Emails with M. Wasson and Z. Essner re: prep for UCC call (0.2); lead UCC call (0.6); call w/ T. Mayer re UCC call (0.1); attend call with Committee member and T. Mayer re: same (0.5). | 1.40 | 1,680.00 |
| 2/18/2021 | Mayer, Thomas Moers | Prepare for (0.1) and participate in Committee meeting (0.6); call R. Ringer re Committee meeting (0.1); call with R. Ringer, Committee member re position on plan (0.5). | 1.30 | 2,047.50 |
| 2/18/2021 | Hamerman, Natan | Attend majority of Committee call (0.4). | 0.40 | 452.00 |



April 27, 2021
Invoice #: 821569
073427-00002
Page 13

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 2/18/2021 | Sharret, Jennifer | Review Committee update (0.2); participate in Committee call (0.6). | 0.80 | 884.00 |
| 2/18/2021 | Wasson, Megan | Review and comment on update email re summary of revised term sheet (0.7); attend weekly UCC call (0.6); emails with KL team re UCC call (0.1). | 1.40 | 1,330.00 |
| 2/18/2021 | Essner, Zoe | Email UCC re summary of revised term sheet (0.4); emails w/ UCC members re term sheet (0.3); attend UCC meeting (0.6); emails with KL team re UCC meeting (0.1). | 1.40 | 1,001.00 |
| 2/19/2021 | Essner, Zoe | Draft 2/16 and 2/18 UCC meeting minutes (0.9); draft UCC email update re case status (0.3). | 1.20 | 858.00 |
| 2/22/2021 | Mayer, Thomas Moers | Prepare for (0.1) and participate in Committee meeting (0.4). | 0.50 | 787.50 |
| 2/22/2021 | Ringer, Rachael L. | Prep for (0.3) and attend UCC call (0.4). | 0.70 | 840.00 |
| 2/22/2021 | Hamerman, Natan | Attend professionals' call (0.3); prep for (0.2) and attend Committee call (0.4). | 0.90 | 1,017.00 |
| 2/22/2021 | Sharret, Jennifer | Participate in professionals call in advance of UCC meeting (0.3). | 0.30 | 331.50 |
| 2/22/2021 | Wasson, Megan | Review UCC update email (0.5); attend UCC professionals' call (0.3); attend weekly UCC call (0.4). | 1.20 | 1,140.00 |



April 27, 2021
Invoice #: 821569
073427-00002
Page 14

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 2/22/2021 | Essner, Zoe | Email w/ Alix re weekly financial update presentation (0.1); draft UCC email update re Committee meeting/agenda (0.2); email M. Wasson and R. Ringer re same (0.1); attend UCC meeting (0.4); draft UCC meeting minutes re same (0.4). | 1.20 | 858.00 |
| 2/23/2021 | Wasson, Megan | Review and comment on UCC update email re motion to extend preliminary injunction (0.3). | 0.30 | 285.00 |
| 2/23/2021 | Essner, Zoe | Email M. Wasson re review of UCC minutes (0.1); draft UCC email update re motion to extend preliminary injunction (0.6). | 0.70 | 500.50 |
| 2/26/2021 | Sharret, Jennifer | Review Committee update re motion to extend preliminary injunction (0.1). | 0.10 | 110.50 |
| 2/26/2021 | Wasson, Megan | Draft portion of UCC update email re Plan comments (0.4). | 0.40 | 380.00 |
| 2/26/2021 | Essner, Zoe | Draft Committee update re term sheet/plan (0.5). | 0.50 | 357.50 |
| 2/28/2021 | Essner, Zoe | Draft Committee update re plan/term sheet/DS and Century appeal (0.6). | 0.60 | 429.00 |
| **TOTAL** | | | **75.20** | **$75,141.50** |



April 27, 2021
Invoice #: 821569
073427-00005
Page 15

**Bar Date, Noticing and Claims Reconciliation Issues**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Mayer, Thomas Moers | Partner | 1.70 | $2,677.50 |
| Essner, Zoe | Associate | 2.40 | 1,716.00 |
| **TOTAL FEES** | | **4.10** | **$4,393.50** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 2/16/2021 | Mayer, Thomas Moers | Email R. Ringer re bar date issue (0.2); review research re same (0.2); draft email to KL team summarizing re same (0.3). | 0.70 | $1,102.50 |
| 2/16/2021 | Essner, Zoe | Research re proof of claims (1.8); email summary re same to KL team (0.6). | 2.40 | 1,716.00 |
| 2/17/2021 | Mayer, Thomas Moers | Further research re proof of claim (0.8) and email R. Ringer re same (0.2). | 1.00 | 1,575.00 |
| **TOTAL** | | | **4.10** | **$4,393.50** |



April 27, 2021
Invoice #: 821569
073427-00007
Page 16

**Plan/Disclosure Statement Issues**

<u>PROFESSIONAL SERVICES SUMMARY</u>

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Mayer, Thomas Moers | Partner | 9.30 | $14,647.50 |
| Rabinowitz, Daniel A. | Partner | 6.90 | 8,970.00 |
| Ringer, Rachael L. | Partner | 18.10 | 21,720.00 |
| Hamerman, Natan | Counsel | 3.10 | 3,503.00 |
| Stoopack, Helayne O. | Counsel | 0.60 | 678.00 |
| Sharret, Jennifer | Spec Counsel | 3.20 | 3,536.00 |
| Essner, Zoe | Associate | 4.80 | 3,432.00 |
| Wasson, Megan | Associate | 23.40 | 22,230.00 |
| **TOTAL FEES** | | **69.40** | **$78,716.50** |

<u>PROFESSIONAL SERVICES DETAIL</u>

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 2/1/2021 | Rabinowitz, Daniel A. | Prepare for (0.1) and call w/ W&C on insurance coverage (0.4). | 0.50 | $650.00 |



April 27, 2021
Invoice #: 821569
073427-00007
Page 17

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 2/1/2021 | Mayer, Thomas Moers | Call with R. Ringer re White & Case counter (0.3) review AlixPartners' analysis of settlement (0.4); correspondence with Alix Partners, Kramer Levin and Reed Smith teams to discuss plan counter-proposal from Debtors (0.5); attend call with Debtors to discuss insurance coverage issues re settlement (0.4). | 1.60 | 2,520.00 |
| 2/1/2021 | Ringer, Rachael L. | Call with T. Mayer re W&C counter (0.3); emails with Debtors re: next steps on insurance, open diligence items (0.4); call w/ Debtors re: insurance (0.4). | 1.10 | 1,320.00 |
| 2/1/2021 | Hamerman, Natan | Prepare for (0.1) and participate on call re insurance issues re settlement w/ KL team and Debtors (0.4). | 0.50 | 565.00 |
| 2/1/2021 | Sharret, Jennifer | Participate in call w/ with White & Case and KL team on insurance issues (0.4). | 0.40 | 442.00 |
| 2/1/2021 | Essner, Zoe | Attend call w/ Debtors and KL team re insurance available under settlement (0.4). | 0.40 | 286.00 |
| 2/1/2021 | Wasson, Megan | Attend call with Debtors re insurance issues (0.4). | 0.40 | 380.00 |
| 2/2/2021 | Rabinowitz, Daniel A. | Review relevant insurance policies (0.4); emails to M. Wasson re same (0.4). | 0.80 | 1,040.00 |
| 2/2/2021 | Hamerman, Natan | Email R. Ringer re settlement issues (0.1). | 0.10 | 113.00 |



April 27, 2021
Invoice #: 821569
073427-00007
Page 18

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 2/2/2021 | Wasson, Megan | Review revised Debtor term sheet (1.0) and correspondence with KL team re same (0.3). | 1.30 | 1,235.00 |
| 2/3/2021 | Rabinowitz, Daniel A. | Review insurance coverage questions sent to W&C (0.5); emails with Alix re insurance coverage analysis re settlement (0.2); email R. Ringer re insurance issues (0.2), t/c T. Mayer re same (0.3); analyze policies re same (0.2). | 1.40 | 1,820.00 |
| 2/3/2021 | Mayer, Thomas Moers | Call with D. Rabinowitz re insurance coverage issue (0.3); calls with R. Ringer prior to participating in mediation with White & Case (0.5); prep for (0.1) and attend follow-up call with KL, Alix teams re insurance issues (0.5); participate in mediation call (0.9). | 2.30 | 3,622.50 |
| 2/3/2021 | Ringer, Rachael L. | Attend mediation session (0.9); calls w/ T. Mayer re insurance (0.5); call w/ UCC professionals re same (0.5) review/revise draft insurance questions for Debtors (0.1). | 2.00 | 2,400.00 |
| 2/3/2021 | Rabinowitz, Daniel A. | Attend mediation call (0.9); attend pre-mediation call w/ UCC professionals re insurance (0.5). | 1.40 | 1,820.00 |
| 2/3/2021 | Hamerman, Natan | Attend mediation session (0.9); emails with R. Ringer re same (0.1). | 1.00 | 1,130.00 |
| 2/3/2021 | Sharret, Jennifer | Prepare for (0.1); and attend mediation session (0.9). | 1.00 | 1,105.00 |



April 27, 2021
Invoice #: 821569
073427-00007
Page 19

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 2/3/2021 | Wasson, Megan | Attend majority of mediation session (0.8); attend majority of call with KL team re insurance issues for mediation (0.4). | 1.20 | 1,140.00 |
| 2/3/2021 | Essner, Zoe | Attend mediation session (0.9); attend majority of call w/ UCC professionals re insurance in advance of mediation (0.4). | 1.30 | 929.50 |
| 2/4/2021 | Rabinowitz, Daniel A. | Research insurance issues for plan settlements (0.7); email to M. Wasson and R. Ringer on foregoing (0.5), t/c Alix re same (0.4); emails with M. Wasson re Haynes & Boone data on insurance claims (0.6). | 2.20 | 2,860.00 |
| 2/4/2021 | Mayer, Thomas Moers | Further research into insurance issues (1.2); participate in call with KL and Alix Partners' insurance expert re insurance coverage (0.4); email exchanges with R. Ringer, M. Wasson re call with White & Case on insurance issues (0.4). | 2.00 | 3,150.00 |
| 2/4/2021 | Ringer, Rachael L. | Call w/ KL team and Alix re insurance issues (0.4); call with W&C re: insurance issues (0.8); numerous emails with T. Mayer and M. Wasson re: same (0.6); emails with W&C re: same (0.4). | 2.20 | 2,640.00 |
| 2/4/2021 | Sharret, Jennifer | Review correspondence from M. Wasson on insurance issues (0.2). | 0.20 | 221.00 |



April 27, 2021
Invoice #: 821569
073427-00007
Page 20

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 2/4/2021 | Wasson, Megan | Call with Alix, KL team re insurance issues (0.4); call with Debtors re same (0.8); draft summary of same (0.6) and correspondence with KL team re same (0.4); review insurance issues and precedent re same (1.0). | 3.20 | 3,040.00 |
| 2/5/2021 | Rabinowitz, Daniel A. | Call w/ Alix on insurance claims analysis (0.5); review email from R. Ringer on summary of claims (0.1). | 0.60 | 780.00 |
| 2/5/2021 | Mayer, Thomas Moers | Further research into insurance policies (1.4); calls with J. Boelter (0.3), R. Ringer (0.3), same; call with debtors' team to discuss insurance team issues (0.7). | 2.70 | 4,252.50 |
| 2/5/2021 | Ringer, Rachael L. | Review JPM proposal (0.4); call with Alix and KL teams re: insurance issues (0.5); follow-up with T. Mayer re: same (0.3); draft summary of other litigation claims (1.2); prep for call with insurance counsel (0.3); call with Debtors insurance counsel re: insurance questions (0.7). | 3.40 | 4,080.00 |
| 2/5/2021 | Sharret, Jennifer | Call with KL team and Alix re: insurance issues (0.5). | 0.50 | 552.50 |
| 2/5/2021 | Essner, Zoe | Call w/ Alix & KL team re insurance (0.5); reviews emails w/ KL team/Debtors re same (0.2). | 0.70 | 500.50 |
| 2/5/2021 | Wasson, Megan | Call with Debtors re insurance issues (0.7). | 0.70 | 665.00 |



April 27, 2021
Invoice #: 821569
073427-00007
Page 21

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 2/8/2021 | Ringer, Rachael L. | Revise plan term sheet (0.6); follow-up call with Debtors re same (0.2); email N. Hamerman re: same (0.1). | 0.90 | 1,080.00 |
| 2/8/2021 | Wasson, Megan | Review term sheet (0.7); review revised term sheet (0.3); review R. Ringer markup of W&C term sheet and further revise same (0.5). | 1.50 | 1,425.00 |
| 2/9/2021 | Ringer, Rachael L. | Review emails re: revisions to term sheet (0.3); revise same (0.4); emails with KL team re: same (0.2); call with mediators re: same (0.1). | 1.00 | 1,200.00 |
| 2/9/2021 | Hamerman, Natan | Confer with R. Ringer and KL team re JPM (0.2); review Pachulski emails re JPM (0.2). | 0.40 | 452.00 |
| 2/9/2021 | Wasson, Megan | Revise term sheet re same (0.8); correspondence with N. Hamerman, R. Ringer and T. Mayer re same (0.5). | 1.30 | 1,235.00 |
| 2/10/2021 | Ringer, Rachael L. | Review revised term sheet (0.3). | 0.30 | 360.00 |
| 2/11/2021 | Ringer, Rachael L. | Emails with Alix re: updates on plan negotiations (0.5); revise term sheet (0.4) and email UCC members re: same (0.2). | 1.10 | 1,320.00 |
| 2/11/2021 | Hamerman, Natan | Numerous emails re status with R. Ringer, Pachulski, Norton Rose (0.6). | 0.60 | 678.00 |
| 2/12/2021 | Ringer, Rachael L. | Finalize term sheet and circulate to Debtors (0.5). | 0.50 | 600.00 |



April 27, 2021
Invoice #: 821569
073427-00007
Page 22

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 2/15/2021 | Ringer, Rachael L. | Prepare for (0.3) and attend mediation session (0.7). | 1.00 | 1,200.00 |
| 2/15/2021 | Wasson, Megan | Attend mediation session with Debtors (0.7). | 0.70 | 665.00 |
| 2/16/2021 | Mayer, Thomas Moers | Correspondence with R. Ringer re plan negotiations (0.3). | 0.30 | 472.50 |
| 2/18/2021 | Mayer, Thomas Moers | Call with R. Ringer re plan updates (0.3); email exchange with KL team re plan (0.1). | 0.40 | 630.00 |
| 2/18/2021 | Ringer, Rachael L. | Call with T. Mayer re: plan updates (0.3). | 0.30 | 360.00 |
| 2/18/2021 | Wasson, Megan | Review revised term sheet from Debtors (0.3) and emails with KL team re same (0.3); mark up term sheet and circulate internally (0.3). | 0.90 | 855.00 |
| 2/22/2021 | Ringer, Rachael L. | Review and finalize term sheet (0.2). | 0.20 | 240.00 |
| 2/22/2021 | Hamerman, Natan | Call with M. Andolina re plan issues (0.2); email R. Ringer re same (0.2). | 0.40 | 452.00 |
| 2/22/2021 | Wasson, Megan | Further review/revise term sheet (0.4) and correspondence with KL team re same (0.1); circulate same to Debtors (0.3). | 0.80 | 760.00 |
| 2/24/2021 | Ringer, Rachael L. | Review draft plan (0.5); call with W&C re: same (0.3); attend Bates White presentation re: claims issues (1.5). | 2.30 | 2,760.00 |



April 27, 2021
Invoice #: 821569
073427-00007
Page 23

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 2/24/2021 | Wasson, Megan | Attend Bates White mediation session (1.5); review debtors' draft plan (3.0) and prepare initial mark up of same (2.2). | 6.70 | 6,365.00 |
| 2/24/2021 | Essner, Zoe | Review draft plan of reorganization (1.1); review M. Wasson markup re same (0.4). | 1.50 | 1,072.50 |
| 2/25/2021 | Stoopack, Helayne O. | Email M. Wasson and consideration re: tax treatment of DCR (0.6). | 0.60 | 678.00 |
| 2/25/2021 | Sharret, Jennifer | Review term sheet (0.3); review and comment on Plan (0.8). | 1.10 | 1,215.50 |
| 2/25/2021 | Wasson, Megan | Further review and revise draft plan (0.7); email KL tax team re same (0.3). | 1.00 | 950.00 |
| 2/25/2021 | Essner, Zoe | Emails w/ KL team re plan markup (0.3). | 0.30 | 214.50 |
| 2/26/2021 | Ringer, Rachael L. | Comment on term sheet (0.6), emails with KL team re: same (0.3). | 0.90 | 1,080.00 |
| 2/26/2021 | Hamerman, Natan | Review email from M. Wasson re mediation (0.1). | 0.10 | 113.00 |
| 2/26/2021 | Wasson, Megan | Review draft term sheet and Debtor markup (0.7); correspondence with KL team re same and re Plan issues (0.6). | 1.30 | 1,235.00 |
| 2/26/2021 | Essner, Zoe | Review comments/R. Ringer response to term sheet (0.3). | 0.30 | 214.50 |



April 27, 2021
Invoice #: 821569
073427-00007
Page 24

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 2/28/2021 | Ringer, Rachael L. | Call with W&C re: plan logistics (0.2); review mediation report (0.2); emails with KL team re: comments to plan, DS, term sheet (0.5). | 0.90 | 1,080.00 |
| 2/28/2021 | Essner, Zoe | Comment on draft mediation report (0.3). | 0.30 | 214.50 |
| 2/28/2021 | Wasson, Megan | Review and revise UCC/JPM/BSA term sheet (0.8); review revised Plan drafts (1.0); emails with R. Ringer re Plan revisions and related issues (0.6). | 2.40 | 2,280.00 |
| **TOTAL** | | | **69.40** | **$78,716.50** |



April 27, 2021
Invoice #: 821569
073427-00011
Page 25

**Creditor Communications**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Wasson, Megan | Associate | 0.20 | $190.00 |
| **TOTAL FEES** | | **0.20** | **$190.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 2/11/2021 | Wasson, Megan | Call with creditor re case issues (0.2). | 0.20 | $190.00 |
| **TOTAL** | | | **0.20** | **$190.00** |



April 27, 2021
Invoice #: 821569
073427-00013
Page 26

**Employee and Labor Issues**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Cahn, Avram | Spec Counsel | 0.40 | $442.00 |
| **TOTAL FEES** | | **0.40** | **$442.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 2/28/2021 | Cahn, Avram | Review Restoration Plan tax issues (0.4). | 0.40 | $442.00 |
| **TOTAL** | | | **0.40** | **$442.00** |



April 27, 2021
Invoice #: 821569
073427-00016
Page 27

**Collateral Review**

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 1.10 | $1,320.00 |
| Hamerman, Natan | Counsel | 0.20 | 226.00 |
| Essner, Zoe | Associate | 0.80 | 572.00 |
| **TOTAL FEES** | | **2.10** | **$2,118.00** |

## PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 2/10/2021 | Ringer, Rachael L. | Call with L. Stroubeck re: next steps on challenge deadline (0.3); emails with Alix re: same (0.4). | 0.70 | $840.00 |
| 2/11/2021 | Ringer, Rachael L. | Review open issues re: challenge stipulation (0.4). | 0.40 | 480.00 |
| 2/11/2021 | Essner, Zoe | Prepare seventh stipulation re challenge deadline (0.3); prepare same for filing (0.2). | 0.50 | 357.50 |
| 2/24/2021 | Hamerman, Natan | Emails re challenge stip with Pachulski (0.1). | 0.10 | 113.00 |
| 2/25/2021 | Hamerman, Natan | Email KL team re challenge stip (0.1). | 0.10 | 113.00 |
| 2/25/2021 | Essner, Zoe | Prepare 8th stipulation extending challenge deadline for filing (0.3). | 0.30 | 214.50 |
| **TOTAL** | | | **2.10** | **$2,118.00** |



April 27, 2021
Invoice #: 821569
073427-00017
Page 28

**Fee Statements and Applications**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 1.00 | $1,200.00 |
| Sharret, Jennifer | Spec Counsel | 0.60 | 663.00 |
| Essner, Zoe | Associate | 9.40 | 6,721.00 |
| Beck, Samuel | Paralegal | 12.40 | 5,456.00 |
| **TOTAL FEES** | | **23.40** | **$14,040.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 2/1/2021 | Essner, Zoe | Email R. Ringer re November and December fee applications (0.2). | 0.20 | $143.00 |
| 2/2/2021 | Ringer, Rachael L. | Review/revise November fee application and exhibits (0.5). | 0.50 | 600.00 |
| 2/2/2021 | Essner, Zoe | Review R. Ringer edits to November fee statement (0.1). | 0.10 | 71.50 |
| 2/2/2021 | Beck, Samuel | Review response to fee examiner report (0.2). | 0.20 | 88.00 |
| 2/3/2021 | Beck, Samuel | Prepare fee examiner response (1.5); finalize November fee application for filing (0.3). | 1.80 | 792.00 |
| 2/4/2021 | Sharret, Jennifer | Review and comment on draft response to fee examiner (0.2) and correspondence with Z. Essner and R. Ringer re: same (0.1). | 0.30 | 331.50 |



April 27, 2021
Invoice #: 821569
073427-00017
Page 29

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 2/4/2021 | Essner, Zoe | Finalize email to fee examiner re fee examiner report (0.2); emails w/ KL team re same (0.1). | 0.30 | 214.50 |
| 2/4/2021 | Beck, Samuel | Update November fee application and exhibits (0.4). | 0.40 | 176.00 |
| 2/5/2021 | Ringer, Rachael L. | Prepare for (0.3) and attend call with fee examiner re fee examiner report (0.2). | 0.50 | 600.00 |
| 2/5/2021 | Sharret, Jennifer | Call with R. Ringer, Z. Essner and J. Rucki re: fee examiner request (0.2); email Z. Essner re same (0.1). | 0.30 | 331.50 |
| 2/5/2021 | Essner, Zoe | Call w/ fee examiner re fee examiner report (0.2); correspondence w/ J. Sharret re same (0.3). | 0.50 | 357.50 |
| 2/8/2021 | Essner, Zoe | Emails w/ R. Ringer re December and November fee applications (0.1); review R. Ringer comments to November fee application (0.1). | 0.20 | 143.00 |
| 2/8/2021 | Beck, Samuel | Further update November fee application and exhibits (0.9). | 0.90 | 396.00 |
| 2/9/2021 | Essner, Zoe | Emails w/ KL team re filing November fee application (0.2). | 0.20 | 143.00 |
| 2/9/2021 | Beck, Samuel | Finalize November fee application for filing (0.4) and send to RS (0.1). | 0.50 | 220.00 |
| 2/10/2021 | Essner, Zoe | Review fee examiner report (0.2); email re same w/ J. Sharret and R. Ringer (0.1); email fee examiner re same (0.1). | 0.40 | 286.00 |



April 27, 2021
Invoice #: 821569
073427-00017
Page 30

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 2/11/2021 | Beck, Samuel | Review January fee statement for compliance with local rules and UST guidelines (0.8). | 0.80 | 352.00 |
| 2/14/2021 | Beck, Samuel | Review January fee statement for compliance with local rules and UST guidelines (2.5). | 2.50 | 1,100.00 |
| 2/15/2021 | Essner, Zoe | Review January fee statement for privilege, confidentiality, and compliance with local rules and UST guidelines (1.6). | 1.60 | 1,144.00 |
| 2/17/2021 | Beck, Samuel | Review January fee statement for compliance with local rules and UST guidelines (0.8). | 0.80 | 352.00 |
| 2/18/2021 | Essner, Zoe | Review January fee statement for privilege, confidentiality, and compliance with local rules and UST guidelines (1.7). | 1.70 | 1,215.50 |
| 2/18/2021 | Beck, Samuel | Review January fee statement for compliance with local rules and UST guidelines (1.5). | 1.50 | 660.00 |
| 2/19/2021 | Essner, Zoe | Review January fee statement (1.9). | 1.90 | 1,358.50 |
| 2/22/2021 | Essner, Zoe | Review January fee statement for privilege, confidentiality, and compliance with local rules and UST guidelines (0.9). | 0.90 | 643.50 |
| 2/22/2021 | Beck, Samuel | Review January fee statement for compliance with local rules and UST guidelines (1.9). | 1.90 | 836.00 |



April 27, 2021
Invoice #: 821569
073427-00017
Page 31

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 2/23/2021 | Essner, Zoe | Draft January fee application and exhibits (1.1); review AlixPartners December fee application (0.3). | 1.40 | 1,001.00 |
| 2/23/2021 | Beck, Samuel | Draft January fee application and exhibits (0.7); correspondence with KL team re same (0.4). | 1.10 | 484.00 |
| TOTAL | | | 23.40 | $14,040.00 |



April 27, 2021
Invoice #: 821569
073427-00020
Page 32

**Committee Investigation**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Hamerman, Natan | Counsel | 2.80 | $3,164.00 |
| Campbell, Patrick J. | Associate | 0.60 | 624.00 |
| Chakraborty, Rupita | Associate | 0.60 | 570.00 |
| Wasson, Megan | Associate | 1.40 | 1,330.00 |
| Beck, Samuel | Paralegal | 5.80 | 2,552.00 |
| **TOTAL FEES** | | **11.20** | **$8,240.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 2/1/2021 | Beck, Samuel | Review data room documents (0.6) and prepare summary for KL team re same (0.6). | 1.20 | $528.00 |
| 2/2/2021 | Campbell, Patrick J. | Review updates to data room (0.1). | 0.10 | 104.00 |
| 2/5/2021 | Hamerman, Natan | Email with Pachulski re adjournment of hearing on complaint (0.1). | 0.10 | 113.00 |
| 2/8/2021 | Hamerman, Natan | Emails with P. Campbell re complaint and motion (0.3). | 0.30 | 339.00 |
| 2/8/2021 | Campbell, Patrick J. | Draft email to N. Hamerman re: challenge complaint (0.1). | 0.10 | 104.00 |



April 27, 2021
Invoice #: 821569
073427-00020
Page 33

**Committee Investigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 2/9/2021 | Beck, Samuel | Review data room documents (0.5) and prepare summary for KL team re same (0.3). | 0.80 | 352.00 |
| 2/10/2021 | Hamerman, Natan | Review and revise standing motion (1.5); emails re same to R. Ringer and M. Wesson (0.3). | 1.80 | 2,034.00 |
| 2/10/2021 | Wasson, Megan | Review revised complaint (0.4) and comment on same (0.2). | 0.60 | 570.00 |
| 2/10/2021 | Beck, Samuel | Prepare summary of data room documents for KL team (0.5). | 0.50 | 220.00 |
| 2/11/2021 | Wasson, Megan | Review insurer 2004-related filings (0.8). | 0.80 | 760.00 |
| 2/11/2021 | Beck, Samuel | Review data room documents (0.2). | 0.20 | 88.00 |
| 2/16/2021 | Hamerman, Natan | Email to P. Campbell and R. Chakraborty re investigation issues (0.1). | 0.10 | 113.00 |
| 2/16/2021 | Beck, Samuel | Review data room documents (0.4) and prepare summary for KL team re same (0.2). | 0.60 | 264.00 |
| 2/18/2021 | Beck, Samuel | Review data room documents (0.7). | 0.70 | 308.00 |
| 2/20/2021 | Beck, Samuel | Review data room documents and prepare summary for KL team re same (0.5). | 0.50 | 220.00 |
| 2/22/2021 | Hamerman, Natan | Call with P. Campbell and R. Chakraborty re investigation (0.5). | 0.50 | 565.00 |



April 27, 2021
Invoice #: 821569
073427-00020
Page 34

**Committee Investigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 2/22/2021 | Campbell, Patrick J. | Attend majority of conference with N. Hamerman and R. Chakraborty re: post-settlement issues (0.4). | 0.40 | 416.00 |
| 2/22/2021 | Chakraborty, Rupita | Prep for (0.1) and attend call re investigation w/ N. Hamerman and P. Campbell (0.5). | 0.60 | 570.00 |
| 2/23/2021 | Beck, Samuel | Review data room documents (0.4). | 0.40 | 176.00 |
| 2/24/2021 | Beck, Samuel | Review data room documents (0.7) and prepare summary for KL team re same (0.2). | 0.90 | 396.00 |
| **TOTAL** | | | **11.20** | **$8,240.00** |



**Hearings and Court Matters**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 5.80 | $6,960.00 |
| Essner, Zoe | Associate | 8.40 | 6,006.00 |
| Wasson, Megan | Associate | 7.60 | 7,220.00 |
| Beck, Samuel | Paralegal | 0.30 | 132.00 |
| **TOTAL FEES** | | **22.10** | **$20,318.00** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 2/9/2021 | Wasson, Megan | Attend majority of oral argument on Sidley retention (1.1). | 1.10 | $1,045.00 |
| 2/9/2021 | Essner, Zoe | Attend Sidley retention appeal hearing (1.4). | 1.40 | 1,001.00 |
| 2/16/2021 | Beck, Samuel | Prepare for upcoming omnibus hearing (0.3). | 0.30 | 132.00 |
| 2/17/2021 | Ringer, Rachael L. | Attend portions of hearing re: 2004/insurer issues (5.8). | 5.80 | 6,960.00 |
| 2/17/2021 | Wasson, Megan | Attend majority of 2/17 omnibus hearing (6.5). | 6.50 | 6,175.00 |
| 2/17/2021 | Essner, Zoe | Attend hearing re Insurers' 2004 motions to prepare summary for UCC (7.0). | 7.00 | 5,005.00 |
| **TOTAL** | | | **22.10** | **$20,318.00** |



April 27, 2021
Invoice #: 821569
073427-00026
Page 36

**Debtor Retention Applications**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Essner, Zoe | Associate | 0.10 | $71.50 |
| **TOTAL FEES** | | **0.10** | **$71.50** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 2/27/2021 | Essner, Zoe | Email KL team re Century dismissal of W&C retention appeal (0.1). | 0.10 | $71.50 |
| **TOTAL** | | | **0.10** | **$71.50** |



April 27, 2021
Invoice #: 821569
073427-00029
Page 37

**Communications with Debtors**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Mayer, Thomas Moers | Partner | 1.20 | $1,890.00 |
| Ringer, Rachael L. | Partner | 1.80 | 2,160.00 |
| Hamerman, Natan | Counsel | 1.00 | 1,130.00 |
| Campbell, Patrick J. | Associate | 1.00 | 1,040.00 |
| Essner, Zoe | Associate | 0.90 | 643.50 |
| Wasson, Megan | Associate | 1.40 | 1,330.00 |
| **TOTAL FEES** | | **7.30** | **$8,193.50** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 2/7/2021 | Ringer, Rachael L. | Prep for (0.2) and call with Debtors re: plan issues/next steps (0.5). | 0.70 | $840.00 |
| 2/7/2021 | Wasson, Megan | Prepare for (0.2) and call with Debtors re next steps (0.5). | 0.70 | 665.00 |
| 2/8/2021 | Ringer, Rachael L. | Call with Debtors re: case updates (0.4). | 0.40 | 480.00 |
| 2/8/2021 | Hamerman, Natan | Weekly call with W&C (0.4); catch up call with W&C (0.2). | 0.60 | 678.00 |
| 2/8/2021 | Campbell, Patrick J. | Prep for (0.1) and attend weekly call with debtors' counsel re: case status (0.4). | 0.50 | 520.00 |



April 27, 2021
Invoice #: 821569
073427-00029
Page 38

**Communications with Debtors**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 2/8/2021 | Essner, Zoe | Prep for (0.1) and attend call w/ Debtors re case issues (0.4). | 0.50 | 357.50 |
| 2/8/2021 | Wasson, Megan | Prep for (0.1) and attend weekly call with Debtors re case issues (0.4); follow up call with Debtors (0.2). | 0.70 | 665.00 |
| 2/22/2021 | Mayer, Thomas Moers | Prep for (0.4) and participate in call with White & Case, KL team to discuss plan term sheet, Local Council injunction (0.5); call with R. Ringer re TCC objection (0.3). | 1.20 | 1,890.00 |
| 2/22/2021 | Ringer, Rachael L. | Call with Debtors re: case updates, potential settlement (0.4); follow-up with T. Mayer re: same (0.3). | 0.70 | 840.00 |
| 2/22/2021 | Hamerman, Natan | Weekly W&C call (0.4). | 0.40 | 452.00 |
| 2/22/2021 | Campbell, Patrick J. | Prep for (0.1) and attend standing call with debtors re: case status (0.4). | 0.50 | 520.00 |
| 2/22/2021 | Essner, Zoe | Attend weekly call w/ Debtors re case status (0.4). | 0.40 | 286.00 |
| TOTAL | | | 7.30 | $8,193.50 |