## EXHIBIT B

Expense Summary

2

**EXHIBIT B**

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**EXPENSE SUMMARY**
**FEBRUARY 1, 2021 THROUGH FEBRUARY 28, 2021**

| Expense Category | Service Provider (if applicable) | Total Expenses[5] |
|---|---|---|
| Lexis Online Research | Lexis | $1,055.90 |
| Pacer Online Research | Pacer | $2.50 |
| Telecommunication Charges | LoopUp | $345.54 |
| Telephonic Court Appearances | CourtCall | $244.50 |
| **TOTAL** | | **$1,648.44** |

---

[5] Kramer Levin reduced its expenses by $525.00 during the Application Period both voluntarily and in accordance with the local rules and U.S. Trustee Guidelines.