# EXHIBIT A

**APPENDIX A**

The foregoing Objection to the Adequacy of Debtors' Disclosure Statement in Support of Second Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the Tort Claimants' Committee was filed by the following creditors who each filed a Sexual Abuse Survivor Proof of Claim and are represented by Andreozzi + Foote.  The numbers below are the claim numbers for each creditor's Sexual Abuse Survivor Proof of Claim

1. 43
2. 76
3. 100
4. 102
5. 103
6. 106/104975 (Amended)
7. 119/902
8. 120
9. 121
10. 122/71406
11. 123
12. 124
13. 127
14. 128
15. 177
16. 183
17. 184
18. 187
19. 196
20. 197
21. 220/105095 (Amended)
22. 221
23. 927
24. 1030
25. 1276
26. 1973/2512
27. 2161
28. 2378
29. 2411
30. 2474
31. 2493
32. 2497
33. 2498/2530
34. 2500
35. 2501
36. 2506
37. 2509
38. 2513
39. 2515
40. 2517
41. 2518
42. 2520
43. 2522
44. 2523
45. 2524
46. 2528
47. 2534
48. 2535
49. 2536
50. 2537
51. 3272
52. 4577/104759 (Amended)
53. 4703
54. 15768
55. 25578
56. 28956
57. 33622
58. 33753
59. 33801
60. 33820
61. 33832
62. 33835
63. 33839
64. 33853
65. 33879
66. 33902
67. 33929
68. 33952
69. 34119
70. 34137
71. 34359
72. 34370/37946
73. 34383
74. 34398
75. 34455
76. 34481
77. 34490
78. 34493
79. 34518
80. 34539
81. 34546
82. 34578
83. 34625
84. 34634
85. 34672
86. 36283

| | | | |
|---|---|---|---|
| 87. | 36286 | 132. | 37533 |
| 88. | 36292 | 133. | 37645 |
| 89. | 36366 | 134. | 37663 |
| 90. | 36374 | 135. | 37686 |
| 91. | 36378 | 136. | 37702 |
| 92. | 36382 | 137. | 37732 |
| 93. | 36386 | 138. | 37759 |
| 94. | 36391 | 139. | 37776 |
| 95. | 36398 | 140. | 37790 |
| 96. | 36401 | 141. | 37796 |
| 97. | 36403 | 142. | 37802 |
| 98. | 36417 | 143. | 37821 |
| 99. | 36424 | 144. | 37826 |
| 100. | 36617 | 145. | 37853 |
| 101. | 36626 | 146. | 37929 |
| 102. | 36684 | 147. | 37946 |
| 103. | 36720 | 148. | 37947 |
| 104. | 36768 | 149. | 37966 |
| 105. | 36775 | 150. | 37975 |
| 106. | 36851 | 151. | 37999 |
| 107. | 36887 | 152. | 38066 |
| 108. | 36928 | 153. | 38070 |
| 109. | 37040 | 154. | 38109 |
| 110. | 37042 | 155. | 38121 |
| 111. | 37056 | 156. | 38129 |
| 112. | 37057 | 157. | 38138 |
| 113. | 37059 | 158. | 38168 |
| 114. | 37093 | 159. | 38175 |
| 115. | 37096 | 160. | 38186 |
| 116. | 37235 | 161. | 38236 |
| 117. | 37277 | 162. | 38241 |
| 118. | 37305 | 163. | 38257 |
| 119. | 37314 | 164. | 38260 |
| 120. | 37323 | 165. | 38265 |
| 121. | 37349 | 166. | 38274 |
| 122. | 37397 | 167. | 38278 |
| 123. | 37405 | 168. | 38299 |
| 124. | 37415 | 169. | 38308 |
| 125. | 37435 | 170. | 38420 |
| 126. | 37472 | 171. | 39374 |
| 127. | 37505 | 172. | 39456 |
| 128. | 37509 | 173. | 39496/105067 (Amended) |
| 129. | 37514 | 174. | 39539 |
| 130. | 37518 | 175. | 39581 |
| 131. | 37520 | 176. | 39587 |

<br>

| | | | |
|---|---|---|---|
| 177. | 39612 | 222. | 40436 |
| 178. | 39614 | 223. | 40459 |
| 179. | 39659 | 224. | 40460 |
| 180. | 39662 | 225. | 40463 |
| 181. | 39736 | 226. | 40466 |
| 182. | 39782 | 227. | 40564 |
| 183. | 39817 | 228. | 40580 |
| 184. | 39829 | 229. | 40589 |
| 185. | 39841 | 230. | 40595 |
| 186. | 39851 | 231. | 40649 |
| 187. | 39865 | 232. | 40664 |
| 188. | 39878 | 233. | 40677 |
| 189. | 39905 | 234. | 40693 |
| 190. | 39907 | 235. | 40978 |
| 191. | 39938 | 236. | 40983 |
| 192. | 39974 | 237. | 40986 |
| 193. | 39990 | 238. | 40990 |
| 194. | 39997/105039 (Amended) | 239. | 40998 |
| 195. | 40034 | 240. | 41001 |
| 196. | 40035 | 241. | 41033 |
| 197. | 40043 | 242. | 41048 |
| 198. | 40052 | 243. | 41059 |
| 199. | 40077 | 244. | 41075 |
| 200. | 40124 | 245. | 41087 |
| 201. | 40152 | 246. | 41097 |
| 202. | 40158 | 247. | 41167 |
| 203. | 40209 | 248. | 41171 |
| 204. | 40215 | 249. | 41188 |
| 205. | 40228 | 250. | 41225 |
| 206. | 40248 | 251. | 41241 |
| 207. | 40249 | 252. | 41248 |
| 208. | 40256 | 253. | 41265 |
| 209. | 40265 | 254. | 41282 |
| 210. | 40287 | 255. | 41284 |
| 211. | 40292 | 256. | 41289 |
| 212. | 40294 | 257. | 41298 |
| 213. | 40311 | 258. | 41305 |
| 214. | 40353 | 259. | 41311 |
| 215. | 40368 | 260. | 41331 |
| 216. | 40380 | 261. | 41332 |
| 217. | 40393 | 262. | 41334 |
| 218. | 40404 | 263. | 41343 |
| 219. | 40408 | 264. | 41669 |
| 220. | 40411 | 265. | 41670 |
| 221. | 40434 | 266. | 41694 |

267. 41704/104958 (Amended)
268. 41717
269. 41723
270. 41729
271. 41732
272. 41736
273. 41749
274. 41761
275. 41768
276. 41796
277. 41837
278. 41872
279. 41873
280. 41897/105593 (Amended)
281. 41903
282. 41934
283. 41937
284. 41950/105372 (Amended)
285. 41951
286. 41956
287. 41973
288. 41981
289. 41984
290. 41990
291. 41991
292. 42004
293. 42006
294. 42029
295. 42033
296. 42035
297. 42040
298. 42041
299. 42048
300. 42050
301. 42063
302. 42064
303. 42069/105049 (Amended)
304. 42081
305. 42089
306. 42091
307. 42091
308. 42102
309. 42103
310. 42127
311. 42151
312. 42154
313. 42156
314. 42180
315. 42190
316. 42205
317. 42208
318. 42220
319. 42223
320. 42227
321. 42239
322. 42242
323. 42244
324. 42256
325. 42272
326. 42284
327. 42292
328. 42300
329. 42302
330. 42316
331. 42338
332. 42340
333. 42345
334. 42352
335. 42365
336. 42387
337. 42393
338. 42403
339. 42426
340. 42428
341. 42432
342. 42542
343. 42543
344. 42551
345. 42566
346. 42582
347. 43316
348. 43325
349. 43329
350. 43332
351. 43339
352. 43381
353. 43405
354. 43431
355. 43435
356. 43440

357. 43443
358. 43447
359. 43448
360. 43460
361. 43466
362. 43471
363. 43481
364. 43485
365. 43497
366. 43534
367. 43562
368. 43569
369. 43603
370. 43606
371. 43653
372. 43654
373. 43659
374. 43678
375. 43726
376. 43772
377. 43787
378. 43818
379. 43828
380. 43880
381. 43894/104952 (Amended)
382. 43898
383. 43938
384. 43948
385. 43955
386. 43956
387. 43959
388. 43966
389. 43974
390. 43982
391. 43984
392. 44002
393. 44007/105043 (Amended)
394. 44011
395. 44058
396. 44061/44111
397. 44070
398. 44090
399. 44123
400. 44127
401. 44173
402. 44251
403. 44301
404. 44315
405. 44329
406. 44346
407. 44505
408. 44529/104961 (Amended)
409. 44551
410. 44553
411. 44570
412. 44584
413. 44615
414. 44624
415. 44649
416. 44663
417. 44723
418. 44727/105036 (Amended)
419. 44771
420. 44824
421. 44843
422. 44856
423. 44888
424. 44892
425. 44897
426. 44904
427. 44913/44921
428. 44925
429. 44929/44958
430. 44943
431. 44947
432. 44949
433. 44978
434. 45030
435. 45138
436. 45171
437. 45201
438. 45210
439. 45819
440. 45837
441. 45852
442. 45868
443. 45954
444. 45980
445. 45983
446. 45984

447. 46003
448. 46020
449. 46038
450. 46058/104963 (Amended)
451. 46061
452. 46074
453. 46101
454. 46126
455. 46193
456. 46201
457. 46217
458. 46239/104965 (Amended)
459. 46271
460. 46303
461. 46307
462. 46324
463. 46330
464. 46378
465. 46391
466. 46402
467. 46419
468. 46422
469. 46436
470. 46440
471. 46469/46452/104967 (Amended)
472. 46479
473. 46484
474. 46485/104976 (Amended)
475. 46495
476. 46508
477. 46510
478. 46517
479. 46520
480. 46523
481. 46532
482. 46561
483. 46565
484. 46571
485. 46602
486. 46609
487. 46630
488. 46637
489. 46652
490. 46655
491. 46656
492. 46706
493. 46737
494. 46769
495. 46860
496. 46887
497. 46906
498. 46909
499. 46937
500. 46946
501. 46960
502. 46999
503. 47058
504. 47092/105056 (Amended)
505. 47095
506. 47103/105045 (Amended)
507. 47126/105077 (Amended)
508. 47159
509. 47206
510. 47274
511. 47401
512. 47449
513. 47511
514. 47518
515. 47524
516. 47541
517. 47548
518. 47568
519. 47571
520. 47610
521. 47622
522. 47644
523. 47681
524. 47700
525. 47721
526. 47777
527. 47806
528. 48388/104981 (Amended)
529. 48403
530. 48435
531. 48457
532. 48479/105051 (Amended)
533. 48555
534. 48563
535. 48566
536. 48591

537. 48617
538. 48640
539. 48680
540. 48697
541. 48698
542. 48705
543. 48731
544. 48742
545. 48749
546. 48768
547. 48771
548. 48789
549. 48793
550. 48794
551. 48798
552. 48801
553. 48814
554. 48824
555. 48836
556. 48863
557. 48881
558. 49319
559. 49326
560. 49333
561. 49350
562. 49363
563. 49390
564. 49391
565. 49394
566. 49408
567. 49430
568. 49450
569. 49456
570. 49464
571. 49501
572. 49510
573. 49557
574. 49585
575. 49597
576. 49605
577. 49617
578. 49638
579. 49655
580. 49662
581. 49680
582. 49706
583. 49842/51103
584. 49845
585. 49851
586. 50202
587. 50206
588. 50208
589. 50209
590. 50214
591. 50219
592. 50240
593. 50254
594. 50262
595. 50272
596. 50283
597. 50329
598. 50334
599. 50341
600. 50374
601. 50380
602. 50406
603. 50450
604. 50452/105074 (Amended)
605. 50482
606. 50500
607. 50509
608. 50517
609. 50527
610. 50544
611. 50548
612. 50552
613. 50593
614. 50596
615. 50601
616. 50641
617. 50648
618. 50668
619. 50689
620. 50693
621. 50694
622. 50703
623. 50728
624. 50742
625. 50756
626. 50768

627. 50795
628. 50803
629. 50814
630. 50820
631. 50845
632. 50851
633. 50858
634. 50884
635. 50929
636. 51026
637. 51045
638. 51054
639. 51072
640. 51144
641. 51163
642. 51164
643. 51195/105060 (Amended)
644. 51210
645. 51224
646. 51234
647. 51254
648. 51272
649. 51306
650. 51316
651. 51321
652. 51324
653. 51355
654. 51380
655. 51383
656. 51396
657. 51516/104968 (Amended)
658. 51537/104964 (Amended)
659. 51546
660. 51548
661. 51552
662. 51555
663. 51568
664. 51587
665. 51589
666. 51590
667. 51597
668. 51602
669. 51604
670. 51625
671. 51633
672. 51665
673. 51677
674. 51691
675. 51700
676. 51707
677. 51709
678. 51723/51802
679. 51736
680. 51759
681. 51765
682. 51772
683. 51776
684. 51796
685. 51808
686. 51818
687. 51821
688. 51830
689. 51866
690. 51868
691. 51963
692. 51977
693. 51995
694. 52013
695. 52025/52058
696. 52038
697. 52041/52146
698. 52046
699. 52152
700. 52172
701. 52202
702. 52290/104980 (Amended)
703. 52300/52335
704. 52308
705. 52347
706. 52359
707. 52372
708. 52393
709. 52410
710. 52419
711. 52421
712. 52432
713. 52436/105052 (Amended)
714. 52458
715. 52483
716. 52490

717. 52496
718. 52504/105058 (Amended)
719. 52506
720. 52525
721. 52546
722. 52552
723. 52554
724. 52556
725. 52557
726. 52580
727. 52590
728. 52593
729. 52596
730. 52611
731. 52628/104955
732. 52646
733. 52648
734. 52649
735. 52663
736. 52682
737. 52691
738. 52696
739. 52714
740. 52716
741. 52743
742. 52744
743. 52753
744. 52755
745. 52757
746. 52776
747. 52846
748. 52875
749. 52975
750. 52981
751. 53173
752. 53196
753. 53235
754. 53249
755. 53296
756. 53301
757. 53344
758. 53385
759. 53391
760. 53394
761. 54421
762. 54453
763. 54468
764. 54506
765. 54554
766. 54579
767. 54582
768. 54643
769. 54661
770. 54707
771. 54791
772. 54828
773. 54829
774. 54868
775. 54893
776. 54941
777. 54975
778. 54980
779. 54987
780. 54992
781. 54994
782. 55013
783. 55061
784. 55080
785. 55086
786. 55109
787. 55130
788. 55131
789. 55149
790. 55187/104950 (Amended)
791. 55226
792. 55237
793. 55261
794. 55282
795. 55340
796. 55351
797. 55380
798. 55392
799. 55428
800. 55479/105057 (Amended)
801. 55501
802. 55558
803. 55559
804. 55562
805. 55605
806. 55635

| | | | |
|---|---|---|---|
| 807. | 55684 | 852. | 63600 |
| 808. | 55861 | 853. | 63680 |
| 809. | 56062 | 854. | 63712 |
| 810. | 56073 | 855. | 63736 |
| 811. | 56114 | 856. | 63808 |
| 812. | 56136 | 857. | 63821 |
| 813. | 56221 | 858. | 63867 |
| 814. | 56235 | 859. | 63882 |
| 815. | 56373 | 860. | 63927 |
| 816. | 56400 | 861. | 64000 |
| 817. | 56423 | 862. | 64032/106388 (Amended) |
| 818. | 56517 | 863. | 64991 |
| 819. | 56573 | 864. | 65497 |
| 820. | 56717 | 865. | 65504 |
| 821. | 56728 | 866. | 65570 |
| 822. | 56807 | 867. | 67519 |
| 823. | 58638 | 868. | 67595 |
| 824. | 58675 | 869. | 68137 |
| 825. | 59074 | 870. | 68203 |
| 826. | 59128 | 871. | 68302 |
| 827. | 59216 | 872. | 68509 |
| 828. | 59230 | 873. | 68519 |
| 829. | 59268 | 874. | 69164 |
| 830. | 59283 | 875. | 69484 |
| 831. | 59322 | 876. | 69871 |
| 832. | 59350 | 877. | 70050 |
| 833. | 59363 | 878. | 71517 |
| 834. | 59554 | 879. | 76319 |
| 835. | 59734 | 880. | 77148 |
| 836. | 59785 | 881. | 78677 |
| 837. | 59810 | 882. | 83301 |
| 838. | 59877/105040 (Amended) | 883. | 83595 |
| 839. | 60011 | 884. | 83943 |
| 840. | 60193 | 885. | 89075 |
| 841. | 61872 | 886. | 89138 |
| 842. | 62858 | 887. | 89144 |
| 843. | 62967 | 888. | 89189 |
| 844. | 62969 | 889. | 89194 |
| 845. | 62970 | 890. | 89218/93889 |
| 846. | 63022 | 891. | 89234 |
| 847. | 63340 | 892. | 89235 |
| 848. | 63365 | 893. | 89244/89245 |
| 849. | 63368 | 894. | 89260/89412 |
| 850. | 63375 | 895. | 89262 |
| 851. | 63391 | 896. | 89271 |

897. 89299
898. 89313
899. 89314
900. 89323
901. 89325
902. 89333
903. 89339
904. 89344
905. 89347
906. 89356
907. 89404
908. 89421
909. 89436
910. 89444
911. 89446
912. 89483
913. 89484
914. 89515
915. 89529
916. 89542
917. 89609
918. 89624
919. 89650
920. 89656
921. 89665
922. 89725
923. 89726
924. 89737/104956 (Amended)
925. 89769
926. 89829/105218 (Amended)
927. 89892
928. 89916
929. 89936
930. 89939
931. 89960
932. 89978
933. 90055
934. 90060
935. 90070
936. 90090
937. 90131
938. 90174
939. 90186
940. 90316
941. 90327
942. 90442
943. 91162
944. 91651
945. 92132
946. 92154/105037 (Amended)
947. 93691