<u>EXHIBIT A</u>

<u>Compensation Summary</u>

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**COMPENSATION BY PROJECT CATEGORY**
**MARCH 1, 2021 THROUGH MARCH 31, 2021**

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Case Administration (00001) | 3.00 | $1,787.50 |
| Committee Meetings and Communications (00002) | 42.70 | $40,630.50 |
| Bar Date, Noticing and Claims Reconciliation Issues (00005) | 0.70 | $665.00 |
| Adversary Proceedings and Bankruptcy Litigation (00006) | 8.30 | $8,578.00 |
| Plan/Disclosure Statement Issues (00007) | 48.60 | $44,328.00 |
| Creditor Communications (00011) | 0.20 | $143.00 |
| Employee and Labor Issues (00013) | 3.20 | $3,781.50 |
| Fee Statements and Applications (00017) | 14.20 | $8,673.00 |
| Committee Investigation (00020) | 5.90 | $2,734.00 |
| Hearings and Court Matters (00021) | 9.20 | $9,402.00 |
| Communication with Debtors (00029) | 4.20 | $4,966.00 |
| **TOTAL** | **140.20** | **$125,688.50** |

---

[1] Total compensation requested reflects a voluntary reduction of $945.00 in fees.

KL2 3226483.3

# Kramer Levin



April 27, 2021

Steve McGowan, General Counsel
The Boy Scouts of America
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX 75015-2049
steve.mcgowan@scouting.org

Invoice #: 822638
073427
Page 1

**FOR PROFESSIONAL SERVICES rendered through March 31, 2021.**

| | |
|---|---|
| Fees | $125,688.50 |
| Disbursements and Other Charges | 162.39 |
| **TOTAL BALANCE DUE** | **$125,850.89** |

FEES AND DISBURSEMENTS POSTED AFTER THE BILLING PERIOD SHOWN ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.

TAX ID # 13-1944339

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas, New York, NY 10036
T 212.715.9100 F 212.715.8000

KL2 3226191.5



## MATTER SUMMARY

**For professional services rendered through March 31, 2021 in connection with the following matters:**

| Matter | Matter Name | Total |
|---|---|---|
| 073427-00001 | Case Administration | $1,787.50 |
| 073427-00002 | Committee Meetings and Communications | $40,630.50 |
| 073427-00005 | Bar Date, Noticing and Claims Reconciliation Issues | $665.00 |
| 073427-00006 | Adversary Proceedings and Bankruptcy Litigation | $8,578.00 |
| 073427-00007 | Plan/Disclosure Statement Issues | $44,328.00 |
| 073427-00011 | Creditor Communications | $143.00 |
| 073427-00013 | Employee and Labor Issues | $3,781.50 |
| 073427-00017 | Fee Statements and Applications | $8,673.00 |
| 073427-00020 | Committee Investigation | $2,734.00 |
| 073427-00021 | Hearings and Court Matters | $9,402.00 |
| 073427-00029 | Communications with Debtors | $4,966.00 |
| **Total Fees** | | **$125,688.50** |
| Disbursements and Other Charges | | $162.39 |
| **TOTAL CURRENT INVOICES** | | **$125,850.89** |



## Professional Services Summary

| TIMEKEEPER | TITLE | DEPARTMENT | YEAR ADMITTED TO THE BAR | RATE | HOURS | FEES |
|---|---|---|---|---|---|---|
| Mayer, Thomas Moers | Partner | Creditors' Rights | 1982 | $1,575.00 | 2.80 | $4,410.00 |
| Rabinowitz, Daniel A. | Partner | Corporate | 1995 | $1,300.00 | 3.00 | $3,900.00 |
| Holob, Marissa J. | Partner | Employee Benefits | 2001 | $1,200.00 | 1.10 | $1,320.00 |
| Ringer, Rachael L. | Partner | Creditors' Rights | 2011 | $1,200.00 | 18.80 | $22,560.00 |
| Hamerman, Natan | Counsel | Litigation | 2002 | $1,130.00 | 12.20 | $13,786.00 |
| Cahn, Avram | Spec Counsel | Employee Benefits | 1988 | $1,105.00 | 1.80 | $1,989.00 |
| Sharret, Jennifer | Spec Counsel | Creditors' Rights | 2008 | $1,105.00 | 2.40 | $2,652.00 |
| Wasson, Megan | Associate | Creditors' Rights | 2017 | $950.00 | 39.00 | $37,050.00 |
| Essner, Zoe | Associate | Creditors' Rights | 2021 | $715.00 | 43.70 | $31,245.50 |
| Beck, Samuel | Paralegal | Creditors' Rights | N/A | $440.00 | 15.40 | $6,776.00 |
| **TOTAL FEES** | | | | | **140.20** | **$125,688.50** |



**Case Administration**

### DISBURSEMENTS AND OTHER CHARGES SUMMARY

| DESCRIPTION | AMOUNT |
|---|---|
| Lexis Online Research | $162.39 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$162.39** |

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Essner, Zoe | Associate | 1.70 | $1,215.50 |
| Beck, Samuel | Paralegal | 1.30 | 572.00 |
| **TOTAL FEES** | | **3.00** | **$1,787.50** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 3/3/2021 | Beck, Samuel | Review Court filings and organize internal records (0.5). | 0.50 | $220.00 |
| 3/9/2021 | Essner, Zoe | Revise WIP list (0.3); email same to KL team (0.1). | 0.40 | 286.00 |
| 3/10/2021 | Essner, Zoe | Email R. Ringer re outstanding WIP items (0.2). | 0.20 | 143.00 |
| 3/16/2021 | Essner, Zoe | Update WIP (0.5); email KL team re same (0.2). | 0.70 | 500.50 |
| 3/16/2021 | Beck, Samuel | Review Court filings (0.8). | 0.80 | 352.00 |



**Case Administration**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 3/26/2021 | Essner, Zoe | Update case calendar (0.2); emails w/ KL team re same (0.1). | 0.30 | 214.50 |
| 3/30/2021 | Essner, Zoe | Email R. Ringer and S. Beck re open WIP items (0.1). | 0.10 | 71.50 |
| **TOTAL** | | | **3.00** | **$1,787.50** |



**Committee Meetings and Communications**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Mayer, Thomas Moers | Partner | 1.10 | $1,732.50 |
| Ringer, Rachael L. | Partner | 8.40 | 10,080.00 |
| Hamerman, Natan | Counsel | 3.70 | 4,181.00 |
| Sharret, Jennifer | Spec Counsel | 2.40 | 2,652.00 |
| Essner, Zoe | Associate | 16.00 | 11,440.00 |
| Wasson, Megan | Associate | 11.10 | 10,545.00 |
| **TOTAL FEES** | | **42.70** | **$40,630.50** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 3/1/2021 | Ringer, Rachael L. | Call with UCC professionals re: prep for UCC call (0.3); call with UCC re: case updates (0.6), follow-up email to T. Mayer re: same (0.2). | 1.10 | $1,320.00 |
| 3/1/2021 | Mayer, Thomas Moers | Attend majority of UCC meeting re case updates (0.5). | 0.50 | 787.50 |
| 3/1/2021 | Hamerman, Natan | Attend UCC meeting re case updates (0.6); attend UCC professionals' call in advance of UCC meeting (0.3). | 0.90 | 1,017.00 |
| 3/1/2021 | Sharret, Jennifer | Participate in professionals' call (0.3); participate in Committee call re case updates (0.6). | 0.90 | 994.50 |



**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 3/1/2021 | Essner, Zoe | Attend UCC professionals' call to prepare for UCC meeting (0.3); attend UCC meeting re case updates (0.6); draft UCC update re UCC meeting and case update (0.3). | 1.20 | 858.00 |
| 3/2/2021 | Wasson, Megan | Draft UCC update email re Plan/DS (0.5). | 0.50 | 475.00 |
| 3/2/2021 | Essner, Zoe | Draft UCC email update re TCC response to mediator report (0.3). | 0.30 | 214.50 |
| 3/3/2021 | Ringer, Rachael L. | Call with Committee member, KL and Alix re: plan (1.5). | 1.50 | 1,800.00 |
| 3/3/2021 | Essner, Zoe | Attend majority of call w/ R. Ringer, M. Wasson, AlixPartners, and Committee member re plan (1.0); draft UCC email update re FCR settlement response, MOR, wrongful death settlement (0.6). | 1.60 | 1,144.00 |
| 3/3/2021 | Wasson, Megan | Call with UCC member, KL, AlixPartners and re plan (1.5). | 1.50 | 1,425.00 |
| 3/5/2021 | Ringer, Rachael L. | Prep for (1.0) and attend (1.5) Committee call re: plan. | 2.50 | 3,000.00 |
| 3/5/2021 | Hamerman, Natan | Attend Committee call re Plan (1.5); email to R. Ringer re same (0.1). | 1.60 | 1,808.00 |
| 3/5/2021 | Sharret, Jennifer | Attend majority of Committee call on Plan issues (1.0). | 1.00 | 1,105.00 |
| 3/5/2021 | Wasson, Megan | Attend UCC call re plan (1.5); comment on UCC email and materials for same (0.5). | 2.00 | 1,900.00 |



**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 3/5/2021 | Essner, Zoe | Draft UCC email update re plan meeting and Coalition objection (0.4); attend meeting w/ Committee members and KL re plan overview (1.5). | 1.90 | 1,358.50 |
| 3/8/2021 | Wasson, Megan | Review and comment on update email re preliminary injunction, 2004 motions, objections to claims (0.2). | 0.20 | 190.00 |
| 3/8/2021 | Essner, Zoe | Draft UCC email update re preliminary injunction, 2004 motions, objections to claims (1.1). | 1.10 | 786.50 |
| 3/9/2021 | Essner, Zoe | Draft Committee update email re joinders to PI motion (0.8); review UCC minutes per M. Wasson comments (0.2); email same to J. Sharret (0.1). | 1.10 | 786.50 |
| 3/10/2021 | Essner, Zoe | Draft Committee update email re pretrial conference (0.3). | 0.30 | 214.50 |
| 3/12/2021 | Wasson, Megan | Review and comment on UCC update email re TCC/FCR standing motion (0.3). | 0.30 | 285.00 |
| 3/12/2021 | Essner, Zoe | Draft UCC update re TCC/FCR standing motion (1.3). | 1.30 | 929.50 |
| 3/15/2021 | Wasson, Megan | Comment on UCC update email re rescheduling Committee call (0.2). | 0.20 | 190.00 |
| 3/15/2021 | Essner, Zoe | Draft UCC update email re rescheduling Committee call (0.2). | 0.20 | 143.00 |



**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 3/16/2021 | Ringer, Rachael L. | Attend pre-call with professionals in prep for UCC call (0.4); prepare for UCC call (0.4); attend UCC call (0.6). | 1.40 | 1,680.00 |
| 3/16/2021 | Hamerman, Natan | Attend weekly professionals' call re UCC meeting (0.4); attend Committee call (0.6). | 1.00 | 1,130.00 |
| 3/16/2021 | Sharret, Jennifer | Participate in majority of Committee call (0.5). | 0.50 | 552.50 |
| 3/16/2021 | Wasson, Megan | Attend weekly professionals call re UCC meeting prep (0.4); attend weekly UCC call (0.6); review and comment on multiple UCC update emails (0.3). | 1.30 | 1,235.00 |
| 3/16/2021 | Essner, Zoe | Attend professionals' call re prep for Committee meeting (0.4); attend BSA weekly Committee meeting (0.6); draft email update re plan, TCC joinder re preliminary injunction (0.8); draft second email update re estimation motion (1.1); email Committee member re claims objection (0.2). | 3.10 | 2,216.50 |
| 3/17/2021 | Ringer, Rachael L. | Comment on draft UCC update email re hearing summary, motion to withdraw reference (0.3). | 0.30 | 360.00 |
| 3/17/2021 | Wasson, Megan | Comment on UCC update emails re hearing summary, motion to withdraw reference (0.4); review pleadings re same (0.2). | 0.60 | 570.00 |



**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 3/17/2021 | Essner, Zoe | Draft UCC email update re hearing summary, motion to withdraw reference (0.9). | 0.90 | 643.50 |
| 3/19/2021 | Essner, Zoe | Draft Committee update email re exclusive period and claims objections (0.7). | 0.70 | 500.50 |
| 3/22/2021 | Mayer, Thomas Moers | Email R. Ringer re agenda for Committee meeting and schedule for mediation (0.1); prepare for (0.2); attend professionals' call re Committee meeting (0.3). | 0.60 | 945.00 |
| 3/22/2021 | Ringer, Rachael L. | Call with UCC advisors re: UCC call (0.3); call with Committee member re: same (0.3). | 0.60 | 720.00 |
| 3/22/2021 | Hamerman, Natan | Attend majority of weekly professionals' call re UCC meeting (0.2). | 0.20 | 226.00 |
| 3/22/2021 | Wasson, Megan | Attend UCC professionals' call re case updates (0.3). | 0.30 | 285.00 |
| 3/22/2021 | Essner, Zoe | Draft Committee update re UCC meeting and amended DS dates (0.3). | 0.30 | 214.50 |
| 3/23/2021 | Wasson, Megan | Draft and circulate BSA update email (0.5). | 0.50 | 475.00 |
| 3/24/2021 | Wasson, Megan | Draft UCC update email (0.5); review docket filings for same (0.5). | 1.00 | 950.00 |
| 3/25/2021 | Wasson, Megan | Emails with UCC members re case issues (0.6). | 0.60 | 570.00 |



**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 3/26/2021 | Wasson, Megan | Emails with UCC members re case issues (0.5). | 0.50 | 475.00 |
| 3/26/2021 | Essner, Zoe | Draft UCC email update re mediation sessions, claimants' DS objection, status conference, standing motion hearing (0.7). | 0.70 | 500.50 |
| 3/29/2021 | Ringer, Rachael L. | Prep for (0.3) and attend/lead UCC call (0.7). | 1.00 | 1,200.00 |
| 3/29/2021 | Wasson, Megan | Prep for (0.6) and attend weekly UCC call (0.7); emails with KL team and Alix team re UCC call (0.2); review and comment on UCC update email (0.1). | 1.60 | 1,520.00 |
| 3/29/2021 | Essner, Zoe | Draft UCC email update re agenda, bar date appeal (0.3); attend UCC meeting re general case updates (0.7); draft UCC minutes re same (0.2). | 1.20 | 858.00 |
| 3/30/2021 | Essner, Zoe | Review M. Wasson comments to UCC minutes (0.1). | 0.10 | 71.50 |
| **TOTAL** | | | **42.70** | **$40,630.50** |



**Bar Date, Noticing and Claims Reconciliation Issues**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Wasson, Megan | Associate | 0.70 | $665.00 |
| **TOTAL FEES** | | **0.70** | **$665.00** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 3/29/2021 | Wasson, Megan | Review Century bar date appeal dismissal (0.7). | 0.70 | $665.00 |
| **TOTAL** | | | **0.70** | **$665.00** |



**Adversary Proceedings and Bankruptcy Litigation**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 1.90 | $2,280.00 |
| Hamerman, Natan | Counsel | 3.30 | 3,729.00 |
| Essner, Zoe | Associate | 1.60 | 1,144.00 |
| Wasson, Megan | Associate | 1.50 | 1,425.00 |
| **TOTAL FEES** | | **8.30** | **$8,578.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 3/8/2021 | Ringer, Rachael L. | Review preliminary injunction stipulation (0.6). | 0.60 | $720.00 |
| 3/12/2021 | Ringer, Rachael L. | Review complaint from TCC/FCR (0.3). | 0.30 | 360.00 |
| 3/12/2021 | Hamerman, Natan | Emails with KL team re TCC/FCR standing motion and strategy (0.3); review same (0.5). | 0.80 | 904.00 |
| 3/12/2021 | Essner, Zoe | Emails w/ KL team re FCR/TCC standing motion (0.5). | 0.50 | 357.50 |
| 3/15/2021 | Hamerman, Natan | Review TCC/FCR complaint (0.3). | 0.30 | 339.00 |
| 3/15/2021 | Wasson, Megan | Review fourth preliminary injunction stipulation (0.3); draft statement in support of same (0.8). | 1.10 | 1,045.00 |



**Adversary Proceedings and Bankruptcy Litigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 3/16/2021 | Ringer, Rachael L. | Review/revise joinder in support of preliminary injunction (1.0). | 1.00 | 1,200.00 |
| 3/16/2021 | Hamerman, Natan | Emails with Z. Essner re complaint by TCC/FCR (0.2); review complaint (0.5); draft email to R. Ringer re same (0.3). | 1.00 | 1,130.00 |
| 3/16/2021 | Essner, Zoe | Emails re TCC complaint w/ N. Hamerman (0.3); review pleadings re same (0.4). | 0.70 | 500.50 |
| 3/16/2021 | Wasson, Megan | Revise joinder in support of preliminary injunction (0.4). | 0.40 | 380.00 |
| 3/17/2021 | Hamerman, Natan | Call with Z. Essner re TCC/FCR complaint (0.3). | 0.30 | 339.00 |
| 3/17/2021 | Essner, Zoe | Prep for (0.1) and call w/ N. Hamerman re TCC complaint (0.3). | 0.40 | 286.00 |
| 3/18/2021 | Hamerman, Natan | Review sample papers for response to standing motion (0.4). | 0.40 | 452.00 |
| 3/22/2021 | Hamerman, Natan | Email KL team re standing motion (0.1); emails with W&C re adjournment of TCC/FCR standing motion (0.2). | 0.30 | 339.00 |
| 3/23/2021 | Hamerman, Natan | Emails re standing motion adjournment to W&C and KL teams (0.2). | 0.20 | 226.00 |
| **TOTAL** | | | **8.30** | **$8,578.00** |



**Plan/Disclosure Statement Issues**

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Mayer, Thomas Moers | Partner | 0.70 | $1,102.50 |
| Rabinowitz, Daniel A. | Partner | 3.00 | 3,900.00 |
| Ringer, Rachael L. | Partner | 3.70 | 4,440.00 |
| Hamerman, Natan | Counsel | 1.30 | 1,469.00 |
| Essner, Zoe | Associate | 19.10 | 13,656.50 |
| Wasson, Megan | Associate | 20.80 | 19,760.00 |
| **TOTAL FEES** | | **48.60** | **$44,328.00** |

## PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 3/1/2021 | Rabinowitz, Daniel A. | Analyze draft plan provisions re insurance (2.5); email M. Wasson re same (0.5). | 3.00 | $3,900.00 |
| 3/1/2021 | Ringer, Rachael L. | Review/comment on plan (0.8); further review and comment on plan (0.6); further revise plan (0.4). | 1.80 | 2,160.00 |
| 3/1/2021 | Wasson, Megan | Review R. Ringer comments to Plan (0.4) and revise Plan to incorporate same (2.8); review and finalize Plan revisions (0.6); attend mediation session with JPM and BSA re plan (0.3); review filed Plan and mediation report (0.5). | 4.60 | 4,370.00 |



**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 3/1/2021 | Essner, Zoe | Attend mediation session re plan (0.3); research re plan issues (1.6); email M. Wasson re plan summary (0.2). | 2.10 | 1,501.50 |
| 3/2/2021 | Wasson, Megan | Review filed Plan/DS (0.7). | 0.70 | 665.00 |
| 3/3/2021 | Ringer, Rachael L. | Call with Debtors and KL re: plan comments (1.0). | 1.00 | 1,200.00 |
| 3/3/2021 | Mayer, Thomas Moers | Participate in majority of call with KL, White & Case teams re plan comments (0.7). | 0.70 | 1,102.50 |
| 3/3/2021 | Wasson, Megan | Call with W&C and KL team re Plan comments (1.0). | 1.00 | 950.00 |
| 3/3/2021 | Essner, Zoe | Call w/ R. Ringer, T. Mayer, M. Wasson and M. Linder re UCC comments to plan (1.0); draft plan Q&A for restoration plan participants (1.6). | 2.60 | 1,859.00 |
| 3/4/2021 | Wasson, Megan | Review and markup plan (2.3); mark up disclosure statement (1.0). | 3.30 | 3,135.00 |
| 3/4/2021 | Essner, Zoe | Draft plan Q&A for restoration plan participants (1.2). | 1.20 | 858.00 |
| 3/5/2021 | Essner, Zoe | Draft Plan Letter in Support (2.4); research re channeling injunctions (0.3). | 2.70 | 1,930.50 |
| 3/8/2021 | Wasson, Megan | Revise plan markup (0.3); review and comment on draft FAQs (0.8); review and comment on channeling injunction chart (0.5). | 1.60 | 1,520.00 |



April 27, 2021
Invoice #: 822638
073427-00007
Page 17

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 3/8/2021 | Essner, Zoe | Revise channeling injunction chart (1.7); email M. Wasson re same (0.3). | 2.00 | 1,430.00 |
| 3/9/2021 | Essner, Zoe | Revise Plan FAQ for Restoration Plan participants (0.3); email same to R. Ringer (0.1); research re channeling injunctions (1.1). | 1.50 | 1,072.50 |
| 3/10/2021 | Essner, Zoe | Revise plan support letter (1.3). | 1.30 | 929.50 |
| 3/11/2021 | Essner, Zoe | Draft letter in support (3.3). | 3.30 | 2,359.50 |
| 3/12/2021 | Essner, Zoe | Review M. Wasson comments to letter in support of plan (0.2). | 0.20 | 143.00 |
| 3/12/2021 | Wasson, Megan | Review and comment on Z. Essner draft of plan letter (0.8). | 0.80 | 760.00 |
| 3/15/2021 | Wasson, Megan | Mark up Disclosure Statement (1.7). | 1.70 | 1,615.00 |
| 3/16/2021 | Ringer, Rachael L. | Review plan comments (0.3). | 0.30 | 360.00 |
| 3/16/2021 | Hamerman, Natan | Review plan issues (0.3); email with R. Ringer re D&O claims (0.2); review TCC status report re plan (0.4); email KL team re same (0.3). | 1.20 | 1,356.00 |
| 3/16/2021 | Wasson, Megan | Mark up DS (0.7); review Plan markup (0.2). | 0.90 | 855.00 |
| 3/17/2021 | Hamerman, Natan | Emails re mediation to M. Wasson (0.1). | 0.10 | 113.00 |
| 3/17/2021 | Wasson, Megan | Continue marking up disclosure statement (1.4). | 1.40 | 1,330.00 |
| 3/18/2021 | Wasson, Megan | Continue reviewing and marking up disclosure statement (0.9). | 0.90 | 855.00 |



**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 3/19/2021 | Ringer, Rachael L. | Call with L. Stroubeck re: Plan issues (0.2). | 0.20 | 240.00 |
| 3/19/2021 | Wasson, Megan | Review disclosure statement (1.7) and circulate comments to same to KL team (0.1). | 1.80 | 1,710.00 |
| 3/19/2021 | Essner, Zoe | Revise letter in support of plan (0.2); email same to R. Ringer (0.1). | 0.30 | 214.50 |
| 3/22/2021 | Ringer, Rachael L. | Call with TCC counsel re: mediation issues (0.4). | 0.40 | 480.00 |
| 3/26/2021 | Wasson, Megan | Call with R. Ringer and Z. Essner re: plan documents (0.5); emails with KL team re DS markup (0.2); further markup DS (0.2). | 0.90 | 855.00 |
| 3/26/2021 | Essner, Zoe | Call w/ R. Ringer and M. Wasson re plan FAQ, letter in support, DS comments (0.5). | 0.50 | 357.50 |
| 3/30/2021 | Wasson, Megan | Attend intro mediation session (0.5); review correspondences from mediators (0.2). | 0.70 | 665.00 |
| 3/30/2021 | Essner, Zoe | Attend portion of BSA mediation opening remarks (0.2). | 0.20 | 143.00 |
| 3/31/2021 | Wasson, Megan | Review and comment on revised Plan FAQ (0.5). | 0.50 | 475.00 |
| 3/31/2021 | Essner, Zoe | Revise Restoration Plan FAQ (1.2). | 1.20 | 858.00 |
| **TOTAL** | | | **48.60** | **$44,328.00** |



**Creditor Communications**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Essner, Zoe | Associate | 0.20 | $143.00 |
| **TOTAL FEES** | | **0.20** | **$143.00** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 3/29/2021 | Essner, Zoe | Call w/ creditor re claims objection question (0.2). | 0.20 | $143.00 |
| **TOTAL** | | | **0.20** | **$143.00** |



**Employee and Labor Issues**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Holob, Marissa J. | Partner | 1.10 | $1,320.00 |
| Mayer, Thomas Moers | Partner | 0.30 | 472.50 |
| Cahn, Avram | Spec Counsel | 1.80 | 1,989.00 |
| **TOTAL FEES** | | **3.20** | **$3,781.50** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 3/2/2021 | Holob, Marissa J. | Review plan re Restoration Plan taxes (0.3); email re same w/ A. Cahn (0.2). | 0.50 | $600.00 |
| 3/2/2021 | Cahn, Avram | Review plan re Restoration Plan taxes (0.2); email re same w/ M. Holob (0.1). | 0.30 | 331.50 |
| 3/3/2021 | Cahn, Avram | Review plan re Restoration Plan tax implications (0.3); email summary of same to KL team (0.3). | 0.60 | 663.00 |
| 3/4/2021 | Holob, Marissa J. | Prepare for (0.1) and attend call w/ W&C re Plan/Restoration Plan (0.5). | 0.60 | 720.00 |
| 3/4/2021 | Mayer, Thomas Moers | Email M. Holob and A. Cahn re Committee member inquiry re Plan treatment of Restoration Plan (0.3). | 0.30 | 472.50 |



**Employee and Labor Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 3/4/2021 | Cahn, Avram | Prepare for (0.2) and attend call w/ W&C re Plan/Restoration Plan (0.5). | 0.70 | 773.50 |
| 3/5/2021 | Cahn, Avram | Email KL team re tax inquiry re Restoration Plan/Chapter 11 Plan (0.1). | 0.10 | 110.50 |
| 3/10/2021 | Cahn, Avram | Email KL team re tax inquiry re Restoration Plan/Chapter 11 Plan (0.1). | 0.10 | 110.50 |
| **TOTAL** | | | **3.20** | **$3,781.50** |



**Fee Statements and Applications**

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 0.50 | $600.00 |
| Essner, Zoe | Associate | 2.80 | 2,002.00 |
| Wasson, Megan | Associate | 2.50 | 2,375.00 |
| Beck, Samuel | Paralegal | 8.40 | 3,696.00 |
| TOTAL FEES | | 14.20 | $8,673.00 |

## PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 3/2/2021 | Wasson, Megan | Review December fee statement for compliance with UST guidelines and privilege (1.0); review December fee application re same (0.4). | 1.40 | $1,330.00 |
| 3/2/2021 | Essner, Zoe | Emails w/ R. Ringer and S. Beck re December fee statement (0.3). | 0.30 | 214.50 |
| 3/2/2021 | Beck, Samuel | Correspondence with KL team re December fee application (0.5); prepare December fee application and exhibits (1.7). | 2.20 | 968.00 |
| 3/3/2021 | Essner, Zoe | Review December fee application (0.1); send same to R. Ringer (0.1). | 0.20 | 143.00 |



**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 3/3/2021 | Beck, Samuel | Review January fee application and exhibits (0.6) and correspond with KL team re same (0.2). | 0.80 | 352.00 |
| 3/9/2021 | Essner, Zoe | Emails w/ Committee professionals re interim fee applications (0.1). | 0.10 | 71.50 |
| 3/10/2021 | Essner, Zoe | Revise fourth interim fee application and exhibits (1.4). | 1.40 | 1,001.00 |
| 3/10/2021 | Beck, Samuel | Prepare fourth interim fee application and exhibits (2.8); correspondence with KL team re same (0.2). | 3.00 | 1,320.00 |
| 3/15/2021 | Wasson, Megan | Review and comment on draft fourth interim fee application (1.1). | 1.10 | 1,045.00 |
| 3/16/2021 | Essner, Zoe | Emails w/ UCC professionals re fee applications (0.1). | 0.10 | 71.50 |
| 3/29/2021 | Ringer, Rachael L. | Review December fee application and exhibits for filing (0.5). | 0.50 | 600.00 |
| 3/29/2021 | Essner, Zoe | Emails w/ UCC professionals re AlixPartners interim fee application filing (0.1); review R. Ringer comments to December fee application (0.2); revise same (0.1); review same for filing (0.1). | 0.50 | 357.50 |
| 3/29/2021 | Beck, Samuel | Review February fee statement for compliance with local rules and UST guidelines (2.0); prepare December fee application for filing (0.4). | 2.40 | 1,056.00 |



**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 3/30/2021 | Essner, Zoe | Email Reed Smith re KL December fee application for filing (0.1); review same for filing (0.1). | 0.20 | 143.00 |
| TOTAL | | | 14.20 | $8,673.00 |



**Committee Investigation**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Hamerman, Natan | Counsel | 0.20 | $226.00 |
| Beck, Samuel | Paralegal | 5.70 | 2,508.00 |
| **TOTAL FEES** | | **5.90** | **$2,734.00** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 3/1/2021 | Beck, Samuel | Review data room documents (0.7) and prepare summary for KL team re same (0.4). | 1.10 | $484.00 |
| 3/2/2021 | Beck, Samuel | Review data room documents (0.6). | 0.60 | 264.00 |
| 3/6/2021 | Beck, Samuel | Review data room documents (0.3). | 0.30 | 132.00 |
| 3/8/2021 | Beck, Samuel | Prepare summary of data room documents for KL team (0.5). | 0.50 | 220.00 |
| 3/9/2021 | Hamerman, Natan | Review data room documents (0.2). | 0.20 | 226.00 |
| 3/9/2021 | Beck, Samuel | Review data room documents (0.5). | 0.50 | 220.00 |
| 3/12/2021 | Beck, Samuel | Review data room documents (0.4). | 0.40 | 176.00 |
| 3/15/2021 | Beck, Samuel | Review data room documents (0.3). | 0.30 | 132.00 |



**Committee Investigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 3/17/2021 | Beck, Samuel | Prepare summary of data room documents for KL team (0.3). | 0.30 | 132.00 |
| 3/29/2021 | Beck, Samuel | Review data room documents (0.3) and prepare summary for KL team re same (0.3). | 0.60 | 264.00 |
| 3/30/2021 | Beck, Samuel | Review data room documents (0.5) and prepare summary for KL team re same (0.6). | 1.10 | 484.00 |
| TOTAL | | | 5.90 | $2,734.00 |



**Hearings and Court Matters**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 2.80 | $3,360.00 |
| Hamerman, Natan | Counsel | 2.40 | 2,712.00 |
| Essner, Zoe | Associate | 2.00 | 1,430.00 |
| Wasson, Megan | Associate | 2.00 | 1,900.00 |
| **TOTAL FEES** | | **9.20** | **$9,402.00** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 3/17/2021 | Ringer, Rachael L. | Call w/ N. Hamerman re prep for hearing (0.3); prep for (0.4) and attend hearing re: status conference and related issues (2.1). | 2.80 | $3,360.00 |
| 3/17/2021 | Hamerman, Natan | Confer w/ R. Ringer in prep for hearing (0.3); participate in same (2.1). | 2.40 | 2,712.00 |
| 3/17/2021 | Wasson, Megan | Attend majority of BSA hearing (2.0). | 2.00 | 1,900.00 |
| 3/17/2021 | Essner, Zoe | Attend majority of omnibus hearing re status report and PI to summarize for UCC (2.0). | 2.00 | 1,430.00 |
| **TOTAL** | | | **9.20** | **$9,402.00** |



**Communications with Debtors**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Mayer, Thomas Moers | Partner | 0.70 | $1,102.50 |
| Ringer, Rachael L. | Partner | 1.50 | 1,800.00 |
| Hamerman, Natan | Counsel | 1.30 | 1,469.00 |
| Essner, Zoe | Associate | 0.30 | 214.50 |
| Wasson, Megan | Associate | 0.40 | 380.00 |
| **TOTAL FEES** | | **4.20** | **$4,966.00** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 3/1/2021 | Ringer, Rachael L. | Call with Debtors re: next steps on plan/PI (0.6). | 0.60 | $720.00 |
| 3/1/2021 | Mayer, Thomas Moers | Prepare for (0.1) and attend call with White & Case, KL teams re plan/PI (0.6). | 0.70 | 1,102.50 |
| 3/1/2021 | Hamerman, Natan | Attend portion of weekly W&C call re case updates (0.3). | 0.30 | 339.00 |
| 3/1/2021 | Essner, Zoe | Attend portion of weekly update call w/ Debtors (0.3). | 0.30 | 214.50 |
| 3/1/2021 | Wasson, Megan | Attend majority of call with Debtors re plan issues (0.4). | 0.40 | 380.00 |
| 3/2/2021 | Ringer, Rachael L. | Call with Debtors re: case issues/ settlement (0.2). | 0.20 | 240.00 |



**Communications with Debtors**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 3/8/2021 | Ringer, Rachael L. | Email T. Mayer re: call with W&C (0.1); call with W&C re: case updates (0.2), follow-up email to T. Mayer re: same (0.1). | 0.40 | 480.00 |
| 3/8/2021 | Hamerman, Natan | Weekly call with W&C (0.3). | 0.30 | 339.00 |
| 3/16/2021 | Ringer, Rachael L. | Call with Debtors re: updates (0.3). | 0.30 | 360.00 |
| 3/18/2021 | Hamerman, Natan | Call with M. Andolina re case issues (0.1); email re same to R. Ringer (0.1). | 0.20 | 226.00 |
| 3/19/2021 | Hamerman, Natan | Correspondence re case issues w/ M. Andolina (0.2); email KL team re same (0.3). | 0.50 | 565.00 |
| **TOTAL** | | | **4.20** | **$4,966.00** |