# EXHIBIT B

## Expense Summary

**EXHIBIT B**

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**EXPENSE SUMMARY**
**MARCH 1, 2021 THROUGH MARCH 31, 2021**

| Expense Category | Service Provider (if applicable) | Total Expenses[5] |
|---|---|---|
| Lexis Online Research | Lexis | $162.39 |
| **TOTAL** | | **$162.39** |

---

[5] Kramer Levin reduced its expenses by $427.50 during the Application Period both voluntarily and in accordance with the local rules and U.S. Trustee Guidelines.