# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: D.I. 2592 and 2594** |

**OBJECTION TO THE ADEQUACY OF DEBTORS' DISCLOSURE STATEMENT IN SUPPORT OF SECOND AMENDED CHAPTER 11 PLAN OF REORGANIZATION AND JOINDER OF THE OBJECTION OF THE TORT CLAIMANTS' COMMITTEE**

Claimant No. 45448, by and through his attorneys, objects to the Disclosure Statement upon the following bases:

A. Failure to Disclose the Assets and Liabilities of Each Party Receiving a Release

B. Failure to Disclose the Specific Entities to Be Released

C. Trust Distribution Procedures

D. Failure to Disclose Insurance Coverage Risks

E. Failure to Disclose How Insurance Policies Will Be Utilized

F. Failure to Disclose the Contribution of Insurers and Their Insureds

G. No Disclosure Regarding the Proposed Hartford Settlement Agreement

H. The Scope of this Bankruptcy Necessitates Transparency Regarding the Handling of Insurance Policies

I. Voting and Solicitation Procedures for Claimants with Multiple Sexual Abuse Survivor Proof of Claims

J. Objection to Future and/or Amended Disclosure Statements

Furthermore, Claimant No. 45448 objects to any plan that will have a nameless group evaluating his claim and issuing a one and final settlement offer, without the advocacy, negotiation and challenging by his attorneys, for the sexual assault by his scoutmaster when he was 12 years old, that he endures to this day.

Additionally, Claimant No. 45448, by and through his attorneys, joins to the Objection to the Disclosure Statement by the Tort Claimants' Committee.

Dated: May 5, 2021

Respectfully submitted,

LAW OFFICE OF CURTIS A. HEHN

/s/ Curtis A. Hehn
Curtis A. Hehn, (No. 4264)
1007 N. Orange St., 4th Floor
Wilmington, DE 19801
Phone: (302) 757-3491
Email: curtishehn@comcast.net

And

David J. Kiyonaga, PLLC
David J. Kiyonaga
510 King Street, Suite 400
Alexandria, VA 22314
Phone: (703) 549-7576
Facsimile: (703) 836-4285
david@kiyolaw.com

*Counsel to Claimant No. 45448*

2