# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> (Jointly Administered) |

## DECLARATION OF STAMATIOS STAMOULIS

I, Stamatios Stamoulis, pursuant to the provisions of 28 U.S.C. § 1746 declare under the penalty of perjury as follows:

1. I am a member of Stamoulis & Weinblatt LLC and a member of the bar of this Court.

2. I have reviewed the monthly fee applications of professionals submitted to the Court in the above captioned matter detailing the compensation sought from the estate of the Debtors Boy Scouts of America and Delaware BSA LLC (the "Estate"). I have also reviewed the Final Reports filed on the docket by the Fee Examiner appointed by the Court in this case.

3. Attached as **Exhibit 1** is a table summarizing all monthly fee applications submitted by each professional from the date of the filing of the petition until the present, grouped by which interest each professional represents. These totals are based on the full compensation and expense reimbursement detailed in the monthly applications, prior to any holdback or voluntary reduction.

4. Attached as **Exhibit 2** hereto is a detailed report broken down by professional of all monthly fee applications filed with the Court by professionals for payment by the Estate from

1

the date of the filing of the petition until the present.  These totals are based on the full compensation and expense reimbursement requested in the monthly applications, prior to any holdback or voluntary reduction.

5. Attached as **Exhibit 3** hereto is a chart summarizing each of the Fee Examiner's final reports on interim applications filed from the petition date to present.  The chart details the amount of compensation sought in each interim fee application (and reflected in the Fee Examiner's reports) and the amount by which the Examiner and the professional have agreed to reduce the application.

I declare under pain and penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated:  May 5, 2021                                    Respectfully Submitted,


                                                       By: */s/ Stamatios Stamoulis*

                                                       STAMATIOS STAMOULIS