# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC<br><br>Debtors | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Hearing Date: May 19, 2021 at 10:00 a.m. (ET)**<br>**Objection Deadline: May 12, 2021 at 4:00 p.m. (ET)** |

## NOTICE OF CENTURY'S MOTION TO AMEND THE COURT'S ORDER (I) APPROVING PROCEDURES FOR (A) INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF RETAINED PROFESSIONALS AND (B) EXPENSE REIMBURSEMENT FOR OFFICIAL COMMITTEE MEMBERS AND (II) GRANTING RELATED RELIEF [DKT. NO. 341]

PLEASE TAKE NOTICE that today, Century Indemnity Company filed *Century's Motion to Amend the Court's Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief [Dkt. No. 341]* (the "*Motion*").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion must be: (a) in writing; (b) filed with the Clerk of the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **May 12, 2021 at 4:00 p.m. (ET)** (the "Objection Deadline"); and (c) served so as to be received on or before the Objection Deadline by the undersigned counsel to Century.

PLEASE TAKE FURTHER NOTICE THAT only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Bankruptcy Court as such hearing.

PLEASE TAKE FURTHER NOTICE THAT A TELEPHONIC HEARING ON THE MOTION WILL BE HELD ON **MAY 19, 2021 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN OF THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE.[1]

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] Any party that wants to participate in the Hearing must make arrangements to do so through Zoom, pursuant to the link provided in the agenda for the hearing on May 19, 2021, at 10:00 a.m. (ET). The Debtors will file the agenda on or before May 17, 2021 at 12:00 p.m. (ET), and instructions for Zoom registrations will be included therein.

Dated: May 5, 2021                           Respectfully Submitted,


                                             By: *Stamatios Stamoulis*_____
                                                 Stamatios Stamoulis (#4606)

                                             STAMOULIS & WEINBLATT LLC
                                             800 N. West Street
                                             Third Floor
                                             Wilmington, Delaware 19801
                                             Telephone:   302 999 1540
                                             Facsimile:   302 762 1688

                                             O'MELVENY & MYERS LLP
                                             Tancred Schiavoni (*pro hac vice*)
                                             Times Square Tower
                                             7 Times Square
                                             New York, New York 10036-6537
                                             Telephone:   212 326 2000
                                             Facsimile:   212 326 2061

                                             *Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America*