# **CERTIFICATE OF SERVICE**

I, Amy D. Brown, Esq., hereby certify that on May 6, 2021 I caused a true and correct copy of the foregoing *Objection of Claimant SA-105992, SA-71204 to the Adequacy of Debtors' Disclosure Statement in Support of Second Amended Chapter 11 Plan of Reorganization and Joinder to the Objection of the Tort Claimants' Committee* to be electronically filed and served via CM/ECF to al parties requesting electronic service in this case and upon the parties below via electronic mail.

| | |
|---|---|
| White & Case LLP<br>Jessica C. Lauria, Esq.<br>1221 Avenue of the Americas<br>New York, New York 10020<br>jessica.lauria@whitecase.com | White & Case LLP<br>111 South Wacker Drive<br>Michael C. Andolina, Esq.<br>Matthew E. Linder, Esq.<br>Blair Warner, Esq.<br>Chicago, Illinois 60606<br>mandolina@whitecase.com<br>mlinder@whitecase.com<br>blair.warner@whitecase.com |
| Morris, Nichols, Arsht & Tunnell LLP<br>Derek C. Abbott, Esq.<br>Andrew R. Remming, Esq.<br>Eric W. Moats, Esq.<br>Paige N. Topper, Esq.<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899<br>dabbott@morrisnichols.com<br>aremming@morrisnichols.com<br>emoats@morrisnichols.com<br>ptopper@morrisnichols.com | Office of the U.S. Trustee<br>David L. Buchbinder, Esq.<br>Hannah M. McColllum, Esq.<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, Delaware 19801<br>david.l.buchbinder@usdoj.gov<br>hannah.mccollum@usdoj.gov |

| | |
|---|---|
| Pachulski Stang Ziehl & Jones LLP<br>James I. Stang, Esq.<br>John A. Morris, Esq.<br>James E. O'Neill, Esq.<br>John W. Lucas, Esq.<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19801<br>jstang@pszjlaw.com<br>jmorris@pszjlaw.com<br>joneill@pszjlaw.com<br>jlucas@pszjlaw.com | Kramer Levin Naftalis & Frankel LLP<br>Thomas Moers Mayer, Esq.<br>Rachael Ringer, Esq.<br>David E. Blabey, Jr., Esq.<br>Jennifer R. Sharret, Esq.<br>Megan M. Wasson, Esq.<br>1177 Avenue of the Americas<br>New York, New York 10036<br>tmayer@kramerlevin.com<br>rringer@kramerlevin.com<br>dblabey@kramerlevin.com<br>jsharret@kramerlevin.com<br>mwasson@kramerlevin.com |
| Young Conaway Stargatt & Taylor, LLP<br>Robert S. Brady, Esq.<br>Edwin J. Harron, Esq.<br>Sharon M. Zieg, Esq.<br>1000 North King Street<br>Wilmington, Delaware 19801<br>rbrady@ycst.com<br>eharron@ycst.com<br>szieg@ycst.com | Norton Rose Fulbright US LLP<br>Louis R. Strubeck, Esq.<br>Kristian W. Gluck, Esq.<br>2200 Ross Avenue<br>Dallas, Texas 75201-7932<br>louis.strubeck@nortonrosefulbright.com<br>kristian.gluck@nortonrosefulbright.com |

Dated: May 6, 2021

*/s/ Amy D. Brown*
Amy D. Brown (DE 4077)