

Justice Lauri Selber Silverstein
Bsa Bankruptcy Case
824 Market street
6th Floor
Wilmington, DE 19801

I am writing your honor this letter because of advice from my attorneys, I am a boy scout Survivor, your honor it took me the courage to come forward. Febuary of two thousand and twenty I thought about it for over two years before coming fotward with my story reliveing the sexual abuse that took place in october of 1970's. I was enrolled in a Boy Scout Summer camp through my foster parents in the 1970's when the sexual abuse took place, I was fourteen years of age. I left the foster home a very short time later after the Abuse, and put back into the system at age fourteen. I live these momments now as i write this letter. it is hard to explain the abuse i felt because of my age at the time but the recourse of the sexual abuse change my life forever in a way where it comes to my mentel status and my physical being after being diagnose with p.t.s.d, Personality, disorder, with other issues like communicating with people, family and holding down a job and finding gainfull enployment. Your honor I am on social security disibility for the reasons Above. I like to address the Boy scouts of america As of today, The boy scout orgainazation Look At Abused victims like we don't matter with the baggering they are doing with there reasoning for abuse victims after trying to cover up the truth of all the boys that were abuse. The truth is its against the law what they did trying to cover up the abuse and should be liable for there Actions. In closing THANK you in advance for taking the time to read my story and help future Boy scouts

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street, 6TH Floor
Wilmington, DE 19801