Hello Justice Silverstein FILED

my name is ███████████ I'm writing
to you in hopes that you read my
letter. I realize your busy
but I'll make this short.
   When I was boy, I and many
of my friends wanted to be a
      boy scout ore go into the army
it was on being a scout but then
███████████████████████████████████████
███████████████████████████████████████
awhile then other took his nasty
place, I won't get into it all
because it'll take to long.
      Hopefully your see it our
way. They did alot of wrong
      to me and others.
Thank you for you Time.

                    SA- ██████████



SHREVEPORT LA 710
28 APR 2021 PM 2 L
S.M.S
X-RAY

1 5801-3024SS

Justice Silverstein
BSA Bankruptcy Case
824 Market Street 6th Fl.
Wilmington DE 1980l

EPPS, LA 71237
APR
FOREVER USA