## Service List

**White & Case LLP**
Jessica C. Lauria, Esq.
1221 Avenue of the Americas
New York, NY 10020
jessica.lauria@whitecase.com

**White & Case LLP**
Michael C. Andolina, Esq.
Matthew E. Linder, Esq.
Blair Warner, Esq.
111 South Wacker Drive
Chicago, IL 60606
mandolina@whitecase.com
mlinder@whitecase.com
blair.warner@whitecase.com

**Morris, Nichols, Arsht & Tunnell LLP**
Derek C. Abbott, Esq.
Andrew R. Remming, Esq.
Eric W. Moats, Esq.
Paige N. Topper, Esq.
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
dabbott@morrisnichols.com
aremming@morrisnichols.com
emoats@morrisnichols.com
ptopper@morrisnichols.com

**U.S. Trustee**
David L. Buchbinder, Esq.
Hannah M. McCollum, Esq.
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
david.l.buchbinder@usdoj.gov
hannah.mccollum@usdoj.gov

**Pachulski Stang Ziehl & Jones LLP**
James I. Stang, Esq.
John A Morris, Esq.
James E. O'Neill, Esq.
John W. Lucas, Esq.
919 North Marker Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19801
jstang@pszjlaw.com
jmorris@pszjlaw.com
joneill@pszjlaw.com
jlucas@pszjlaw.com

**Kramer Levin Naftalis & Frankel LLP**
Thomas Moers Mayer, Esq.
Rachael Ringer, Esq.
David E. Blabey, Jr., Esq.
Jennifer R. Sharret, Esq.
Megan M. Wasson, Esq.
1177 Avenue of the Americas
New York, NY 10036
tmayer@kramerlevin.com
rringer@kramerlevin.com
dblabey@kramerlevin.com
jsharret@kramerlevin.com
mwasson@kramerlevin.com

**Young Conaway Stargatt & Taylor, LLP**
Robert S. Brady, Esq.
Edwin J. Harron, Esq.
Sharon M. Zieg, Esq.
1000 North King Street
Wilmington, DE 19801
rbrady@ycst.com
eharron@ycst.com
szieg@ycst.com

**Norton Rose Fulbright US LLP**
Louis R. Strubeck, Esq.
Kristian W. Gluck, Esq.
2200 Ross Avenue
Dallas, TX 75201-7932
louis.strubeck@nortonrosefulbright.com
kristian.gluck@nortonrosefulbright.com