To: Justice Lauri Selber Silverstein
From: ███████████
Claim ███████████
Date: April 30, 2021

FILED
2021 MAY -6  AM 9:27
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Your Honor,

    My lawyers suggested (if I was up to it) that I write to you about my experience and why I decided to become part of this class action.

    I was in the Boy Scouts when I was 11 years old. I went to summer camp which was in the mountains of North Carolina. I had always loved to swim so I decided to try to accomplish the mile swim and get the special badge the Scouts offered. Only four of us attempted the feat and all four of us swam it. When I finished, I had a towel wrapped around



Parents should be able to trust the people they entrust their children to.

Thank you for your time and understanding.

███████████



JUSTICE LAURI SELBER SILVERSTEIN
BSA BANKRUPTCY CASE
824 MARKET ST.
6TH FLOOR
WILMINGTON, DE 19801

19801-302499