# EXHIBIT A
## HERMAN LAW CLAIMANTS
**The list of Claim numbers for all of the Herman Law Claimants are as follows:**

| | | | | |
|---|---|---|---|---|
| 07531 | 34898 | 37453 | 46641 | 68390 |
| 07548 | 34942 | 37547 | 46823 | 68516 |
| 10343 | 35072 | 37556 | 46840 | 69772 |
| 29330 | 35401 | 37693 | 47509 | 70265 |
| 30069 | 35403 | 38040 | 47545 | 71100 |
| 30889 | 35411 | 38046 | 47905 | 71479 |
| 31418 | 35459 | 38046 | 47945 | 71575 |
| 31516 | 35774 | 38065 | 47962 | 71677 |
| 31696 | 35924 | 38112 | 49197 | 74386 |
| 31884 | 35934 | 38135 | 49951 | 75194 |
| 31971 | 36009 | 38287 | 50411 | 81354 |
| 32268 | 36061 | 38315 | 51466 | 81482 |
| 33297 | 36067 | 38324 | 51600 | 82058 |
| 33302 | 36083 | 38398 | 51683 | 83488 |
| 33344 | 36211 | 38411 | 52833 | 85154 |
| 33363 | 36213 | 39283 | 53272 | 88504 |
| 33420 | 36214 | 39815 | 53644 | 88708 |
| 33466 | 36248 | 39898 | 53972 | 88805 |
| 33548 | 36258 | 40200 | 53975 | 90052 |
| 33552 | 36259 | 40304 | 53988 | 90139 |
| 33777 | 36287 | 40320 | 54388 | 90296 |
| 33815 | 36311 | 40565 | 54603 | 90324 |
| 34040 | 36364 | 40958 | 54958 | 91925 |
| 34097 | 36381 | 40960 | 55557 | |
| 34148 | 36387 | 41179 | 55622 | |
| 34179 | 36396 | 41352 | 55726 | |
| 34221 | 36405 | 42031 | 56067 | |
| 34274 | 36421 | 42248 | 56397 | |
| 34292 | 36436 | 42252 | 57462 | |
| 34335 | 36439 | 42315 | 59126 | |
| 34361 | 36462 | 42318 | 59383 | |
| 34377 | 36568 | 43362 | 59649 | |
| 34401 | 36680 | 43362 | 60090 | |
| 34404 | 36820 | 43624 | 60168 | |
| 34537 | 36894 | 44046 | 60764 | |
| 34544 | 37013 | 44110 | 60857 | |
| 34670 | 37233 | 44342 | 63100 | |
| 34685 | 37309 | 44776 | 63171 | |
| 34880 | 37431 | 46492 | 65610 | |
| 34883 | 37440 | 46555 | 67626 | |