Mr. Silverstein, **FILED**

You know I'm kinda in awww
So this about the ▮▮▮ attorneys
and Insurance ▮▮▮
I don't think so. I'm reliving this Shit
Every day now 50 YEARS OF THIS. When
I heard they wanted to Settle for around
6K I told my lawyer to tell them to TAKE
6K Roll IT UP AND ▮▮▮ and
tell me if its worth it. Bet you all would
have a different view if your Kid was Involved.
or maybe you wouldn't. Its called GREED!

▮▮▮▮▮▮▮▮▮▮▮▮

Your Honor make them do the right
thing. Instead of what there doing. I could go
on. But. hurts, hurts the heart!! Its what
I feel at the moment. Thank You for your time

▮▮▮

P.S. Apologize for l▮▮



Justice Laura Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

Claim #



SAINT LOUIS MO 630
1 MAY 2021 PM 7 L

19801-302499