1.

**FILED**

2021 MAY -6 AM 9:31

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

5/3/2021

Good afternoon judge Justice Lauri Selber Silverstein, concerning the B.S.A Bankruptcy Case,,,

My name is ▇▇▇▇▇▇▇▇▇▇ i was born Twith albinism and am legally blind from birth. The scout leader, as I remember was a nice and fun person, until he got you alone, then he was very different. His name was ▇▇▇▇▇▇▇ and he lived around the corner from my house, and use to give us, some of the boys rides home after we played basketball, or after scouting meeting were over. I would be the last one he would drop off because of where i lived....

One night he asked if I wanted to see his Samurai Kimono outfit and his sword I said yes., then he asked if I wanted to see some films. I thought it w[...]

[remainder redacted]

2.                                                     5/3/2021

so you can see my shame and embarassment, my pain, and fear, after this experience, I stoped going over to the church to play basket-ball and didn't go to those scout meetings anymore. He would ride by my house while I was on my pourch I would run inside. I never told my mom, I was to afrade that I would get in trouble, that I had done something wrong. ??) I heard later on that he had done some of these things to other boys in my neighborhood. I do carry an emotional scar and put this stuff away for years. I am 61 years old went through a serious drug addiction as well as other dark times in my life. I am not a gay man I am strayth, was married for 18 years, I have a son and daughter and I have told both of them about thee. I did not have a father that is where the B S of A come in fact they failed to do there part. The Boy Scout motto is, With all my honor I will do my best to do my duty to God and my country, and to obey the Scout law, to help others people at all time to keep myself physically strong mentally awake and morally straight. A Scout is trustworthy WORTHY loyal, helpfull, friendly, courteous, kind, cleand Obedient cheerfull, thrifty, brave, clean, and Reverent.

These morals and values these code of ethics, this teaching they the Boy Scouts of America did not live up to... Pease do not let them get by ——>

3.

5/3/2021

Your Honor,
   Please make the BSA balance the books.
      Balance is Justice.

         Thank you for your time.

They were suppose to be Father's to us.
   Instid they were monsters.




PHILADELPHIA PA 190
3 MAY 2021 PM 6 L

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th floor
Wilmington DE 19801

U.S.M.S
GRAY

19801-490950