Justice Lauri Selber Silverstein

**FILED**
2021 MAY -6 AM 9:32
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

I'm writing you today concerning against the B.S.A. case #

A little about myself, I'm the middle child of 3 boys. My parents were highschool sweethearts. They were married until they both passed. They never drank or fought, just hard working middleclass. So I came from a good family. As a young boy I joined the B.S.A. for a short time I remember liking it alot. We went hiking, camping the normal boyscout stuff. Then the worse happen I was sexually abused by the Asst. Scoutmaster ███████████████ My first remembrance of it was on hiking trip when sitting on log or rock he touched my genitals. Over the time that I was in the scouts he

very hard to belive that this happen to me but I remember him telling me if I ever told anyone it would be very embarrassing for me and my family. He also told me the police would take him away. As a little boy I was so scared and I didn't want anyone to know about it so I just kinda delt with it. He finally got arested for molesting another boy. I thought then it was all over but not really. Its never over! Because of what happen I'm very shy, dont like social settings verywell, dont trust many people. I hate having my pic. taken. They say when something like this happens your childhood is taken away, It is but most of your adult life is too. We are only here for a short time. We only have one life and because of this man and the BSA the majority of

my life was taken away at no fault of mine. I use to blame myself so I used "life style drugs" for a little while to fit in. Thank God I'm over that. I have a wonderful wife and two daughters my youngest is 10 and we adopted her. I look at her and I think how wonderful and pure she is. I could not imagine what happened to me happing to her. Although I was probally around her age, Sexual abuse is an aweful thing and shouldn't happen to anyone espicially by someone and an organization you trusted

The BSA should be held accountable for what happened to me and the effect it had on my personal life, no if's and or but's, it was a terrible act. And never should of been able to happen.

Thank you

Justice Lauri Selber Silverstein
B.S.A Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

SAINT LOUIS MO 630
30 APR 2021 PM 7 L

19801-302499