# APPENDIX A

## CLAIMANTS REPRESENTED BY MERSON LAW, PLLC

| | | | |
|---|---|---|---|
| | 16225 | 28209 | 37822 |
| 1605 | 16545 | 28644 | 38584 |
| 2036 | 16546 | 28646 | 38587 |
| 2209 | 19015 | 29490 | 38601 |
| 2259 | | 29515 | 38829 |
| 2815 | 19204 | 30654 | 39298 |
| 3301 | 19636 | 30657 | 39318 |
| 3352 | 19686 | 30658 | 40006 |
| 4408 | 20526 | | 40046 |
| 7617 | 21901 | 30661 | 40097 |
| 9368 | 22809 | 31258 | 40588 |
| 10489 | 22894 | 31288 | 40846 |
| 10735 | 23423 | 31562 | |
| 13907 | 23765 | 31643 | 40961 |
| 15018 | 24098 | 32236 | 40965 |
| 15181 | 24175 | 32347 | 40967 |
| 15186 | 24297 | 33249 | 40993 |
| 15190 | 24410 | 33574 | 41205 |
| 15196 | 24868 | 33629 | 41692 |
| 15209 | 24869 | 35057 | 41925 |
| 15374 | 24983 | 35069 | 42309 |
| 15378 | 25001 | 35104 | 42489 |
| 15380 | 25003 | 35475 | 42720 |
| 15388 | 25574 | 35549 | 42722 |
| 15390 | 25723 | 36436 | 42793 |
| 15391 | 25786 | 36570 | 42880 |
| 15424 | 26250 | 36571 | 43280 |
| 15435 | 26320 | 36733 | 43308 |
| 15535 | 27065 | 37081 | 43463 |
| 15547 | 27070 | 37530 | 43577 |
| 15850 | 27722 | 37582 | 43755 |
| 15851 | 27726 | 37630 | 44292 |
| 16069 | 28194 | 37716 | 45419 |

| | | | |
|---|---|---|---|
| 45615 | 53586 | 57691 | 62685 |
| 46072 | 53589 | 57702 | 63479 |
| 46379 | 53593 | 57706 | 63487 |
| 46458 | 53602 | 57709 | 63509 |
| 48016 | 53605 | 57711 | 63536 |
| 48023 | 53630 | 57713 | 63666 |
| 48149 | 53646 | 57728 | 63703 |
| 48190 | 53653 | 57737 | 65137 |
| 48205 | 53655 | 57799 | 65243 |
| 48521 | 53687 | 57805 | 65509 |
| 48843 | 53689 | 58045 | 65525 |
| 48984 | 53697 | 58081 | 66174 |
| 48985 | 53698 | 58800 | 66190 |
| 49671 | 53705 | 59521 | 66191 |
| 49681 | 53708 | 60490 | 66197 |
| 49684 | 53714 | 61369 | 66199 |
| 49710 | 53718 | 61384 | 66201 |
| 49825 | 53722 | 61402 | 66276 |
| 49836 | 53741 | 61404 | 67787 |
| 49984 | 53751 | 61409 | 68619 |
| 50022 | 53757 | 61416 | 68632 |
| 50890 | 53764 | 61422 | 69172 |
| 50907 | 53766 | 61451 | 69609 |
| 51311 | 53777 | 61472 | 70125 |
| 51328 | 53790 | 61479 | 70314 |
| 51328 | 53799 | 61485 | 70425 |
| 51711 | 53801 | 61493 | 71265 |
| 51711 | 53803 | 61496 | 71675 |
| 51714 | 53808 | 61504 | 71680 |
| 52564 | 53860 | 61544 | 71683 |
| 52825 | 54043 | 61612 | 71688 |
| 52835 | 54368 | 61667 | 71691 |
| 52877 | 54371 | 61915 | 71694 |
| 53112 | 54540 | 62328 | 71698 |
| 53160 | 54559 | 62492 | 71703 |
| 53165 | 54729 | 62565 | 71708 |
| 53215 | 56052 | 62646 | 71711 |
| 53521 | 56077 | 62652 | 71722 |
| 53552 | 56629 | 62671 | 71740 |
| 53555 | 57280 | 62685 | 72435 |

| |
|---|
| 72496 |
| 73271 |
| 73306 |
| 73365 |
| 73454 |
| 73920 |
| 75090 |
| 75322 |
| 76629 |
| 77171 |
| 77190 |
| 77229 |
| 78410 |
| 79964 |
| 81377 |
| 81595 |

| |
|---|
| 83276 |
| 83775 |
| 83969 |
| 89423 |
| 89874 |
| 90238 |
| 91376 |
| 91890 |
| 93177 |
| 97267 |
| 626891 |
| 17422/98701* |
| 24989/97528* |
| 41731/100686* |
| 53732/93832* |
| 58114/100832* |
| 66836/71700* |
| 71840/102199* |
| 73772/97402* |
| 80205/101873* |
| 93760/80577* |
| 94074/81615* |
| 94137/83926* |

**\*** Denotes claimants who also filed Amended Proofs of Claim