Page 1 of 2

**FILED**
2021 MAY -6 AM 9:30 -21

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein

I'm asking that you give these cases thoughful consideration.

As a young boy at age 11 and 12 years old I was abused sexually by the scout master of troop ▇ in ▇ NY. This man took advantage of me knowing I came from a family of meager means.

He brought me to his place of residence saying he needed help with camping equipment. After being there for a ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ me if I would like to do that I said no.



This happened two other times, until he quit being a scout master; I'm not sure if he did this to other boys.

This gave me a low self estein for many years, at times to this day I feel inferior to other people.

So please consider what many of us former scouts went through.

Thank You



JACKSONVILLE FL 320
1 MAY 2021 PM 3 L

U.S.M.S.

Justice Lauri Selber Silverstein
BSA Bankruptcy Case SA-
824 Market St
6th floor
Wilmington, DE 19801

19801-499551