Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE  19801

**FILED**
2021 MAY -6  AM 9: 36
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Justice Lauri Selber-Silverstein

I am writing this letter to you today out of concern for the case you are hearing in connection with the Boy Scouts of America. I am concerned that the best interest of those who have been abused have taken a back seat to hurrying to the cheapest possible settlement by the BSA and their Insurance companies with respect to the latest reorganization plan. I could not in good conscience vote to approve a plan that is an outright insult to all victims. Your Honor, I have lived my entire life with feelings of guilt from my abuser who not only took advantage of me physically but also destroyed my personal relationship with my father. Please stand up for me and remove the BSAs right to control this bankruptcy proceedings as it is clear they are not taking any of the abuse allegations seriously.





U.S
EX-F
Justice Lauri Selber Silverstein
BSA Bkcy Case
824 Market St 6th Floor
Wilmington, DE 19801