CLAIM #
SA- ████████

████ FILED
████ MAY -6 AM 9:38
US BANKRUPTCY
DISTRICT OF DELAWARE

MY NAME IS ████████
I AM 76 YRS OLD. I
WAS ABUSED BY MY SCOUT
LEADER WHN I WAS 12
YRS OLD. 64 YRS AGO.
IT CHANGED MY LIFE FROM
THAT POINT ON. I BECAME
A LONER. I WITHDREW FROM
EVERYTHING, FRIENDS, MUSIC.
COULD NOT TELL ANYONE
I WAS EMBARESSED TO SAY
ANYTHING. MY PARENTS
THOUGHT ████████ (MY
LEADER) WAS A GREAT
PERSON. I COULDN'T TELL THEM.
WHAT HAPPENED WHEN HE
TOOK ME FOR A OVERNITE
TRIP. HE RENTED A MOTEL
ROOM WITH ONE BED AND
ABUSED ME. STILL REMEMBER

LIKE IT HAPPENED YESTERDAY BSA SHOULD BE HELD ACCOUNTABLE FOR ALLOWING THIS TO GO ON AND THEY SHOULD PAY DEARLY FOR IT. THEY RUINED A LOT OF LIVES AND WE ARE STILL LIVING WITH IT TODAY DON'T LET THEM GET AWAY WITHOUT PAYING DEARLY. STILL BRINGS TEARS WHEN I THINK ABOUT IT

4-26-21



FT MYERS FL 339
27 APR 2021 PM 4 L

Justice Lauri Selber Silverstgin
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington DE 19801