May 1, 2021

Dear Judge Silverstein:

FILED
2021 MAY -6 AM 9: 39
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

I was so disappointed to hear that there has been no resolution to the Boy Scouts sexual abuse case (SA-        ).

I was one of the many victims of a Boy Scouts leader at the age of 15 but kept this frightening experience to myself and never disclosed it to anyone.

Without receiving some professional help I believe this abuse caused, among other things, a distrust to the adults I had highly admired and looked up to. Being victimized resulted in painful experiences that developed in my life.

I have been married three times. I had four children from the first marriage -- my wife requested a divorce

after 20 years leaving me without my family (only weekend visits). I married a second time -- together 25 years (married five) before she asked for a divorce. I am now married to my third wife.

These ups and downs in my life were not something I experienced growing up. My parents were happily married for 60 years. My only brother was happily married 65 years until his passing.

The fact that I was not able to stay in my first marriage and be there to raise my children on a daily basis, as I always imagined I would, has been heart breaking.