Justice Lauri Selber Silverstein

My name is ███████████████████████. I just turned ██ years old and I live with a disturbing memory. I am writing in regard to the Boy Scouts of America bankruptcy case, about the inadequacy of the BSA's proposed reorganization plan. I was a boy scout in the town of Inman, South Carolina in the 70's. I was also the victim of sexual abuse at the hand of my scout leader during a weekend camping trip. I first learned about the Boy Scouts at my church, where all the young men of a certain age were encouraged to join in. I and my friends were all excited to be included in the seemingly idealic organization. My scout master was a young man probably in his mid 30's. He lived in a nice neighborhood and had a beautiful wife whom we all met at an outing held at their home.

On one of our week-end outings we went camping by a lake. Upon arrival we set up camp and then everyone went down to the lake for a swim. Not far into the water I stepped on a rusty nail. My foot bled profusely. After my foot had been bandaged, they decided that I would stay behind at the campsite with the scout leader. With everyone else securely down by the lake and in the water, the scout leader asked me into his tent to take a closer look at my foot. We ██████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ possible. I managed to avoid the scout leader for the rest of the trip.

When I joined the scouts I was an outgoing well adjusted kid. After my rape I immediately quit the scouts. I became shy and withdrawn. It changed who I was. I was terrified that someone would find out what had happened to me. I was deeply ashamed. I was really too young to understand sex but I strongly felt that what had happened to me was wrong. I have done my best to push the event from the forefront of my memory, but it will always be there.

Joining this law suit has brought back to mind the bad feelings and resentment. A large part of me would be grateful to have the boy scouts organization take some sort of responsibility for what happened to me. I was, after all, just a kid. Justice Silverstein I ask you to keep an open mind in processing this case. I know that I can't be the only victim. This case isn't just about insurance companies and their bottom line or the scout's attempt to shirk their responsibilities. This case is about the sexual abuse of minor children and the organization that allowed it to happen. Please help justice prevail.

Respectfully,

███████████████████████





MIAMI FL 330
1 MAY 2021 PM 1 L
FOREVER / USA

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE. 19801

19801-302499