FILED
2021 MAY -6 AM 9: 36
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 3, 2021

SA - ███

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

At the time of my abuse, being in the Boy Scouts meant a great deal to me. I had attained the Star level or rank and intended to become an Eagle Scout. The abuse occurred just after my 14th birthday at the end of August and a week before I would be starting High School at a new school in another town.

It happened on a perfect late summer night during a regional scouting jamboree, I had fallen asleep next to the dying campfire, I had a light blanket over me. ███ the scout master, the only one I had known ███

There were no other adults, I could appeal to. My parents were people with a rigid perception of the world and there was no way I could talk to them, my father was a leader in the church so I had no clergy I could turn to.

I left scouting immediately and closed my mind to what had happened. The initial swirl of high school helped me block out the rape but I never forgot it. A couple of years afterwards, I read the ███ had been arrested, charged and ultimately sentenced to jail. About ten years later ███ last events are documented in the newspaper serving the town I grew up in.

My demeanor changed after the rape. I became very sensitive to anyone touching me in a familiar way and if it was a male I would strike out. I stopped having any trust in authority figures like teachers and sports coaches. I would not voluntarily reach out to them. And I think because of this I became a very "stiff" not particularly friendly person, really a loner and very reserved. To this day, I approach other males expecting adversarial relations. This has been with me all of the 60+ years since the rape, it has not helped in my professional business career which could have been more successful if I been more open and friendly.

So why is this current case important to me? In the time from revealing the rape, I have had periods of intense rage and felt incredulity at the brazen actions of that pedophile. Organizations that are meant to deal with the young in our society have a responsibility to protect the young served by the organization. Neither I nor any of the apparently 90,000+ others preyed upon within the BSA deserved to be so violated. The BSA, the associated entities and insurance companies should be punished for failing in their duty to protect us and it's not just a duty to the damaged scouts but to our society it undermines faith in nationwide institutions. It is doubtful that the BSA, associated entities or insurance companies can adequately make us whole, and certainly not in the case of TM. But the penalty should cost the BSA, associated entities and insurance companies a significant, painful and possibly crippling majority of their assets. They have shown no ability to protect the young or take responsibility.





JACKSONVILLE FL 320
1 MAY 2021

JUSTICE LAURI SELBER SILVERSTEIN
BSA BANKRUPTCY CASE
824 MARKET STREET
6TH FLOOR
WILMINGTON, DE 19



15801-302499