FILED

May 2, 2021

2021 MAY -6 AM 9:41
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Your Honor,

Thank you for taking the time to hear me. I don't have much in the way of an education so please excuse any and all typo's as well as literary mistakes etc. What should have been a near perfect child hood seems to have been the beginning of a long and painful waste of a life time by means of alcohol, drug addiction, jail time and prison time. All told I think I have accumulated 8 years in various jails and prisons between New Jersey and Georgia all for the same charges possession of a controlled substance, almost always meth amphetamine which was my drug of choice for most of my life. I never really made the boy scout connection to my troubles until my last prison sentence of which I served 30 months. It was this time I really started to look inward and say to myself "this is insane" I would ask myself" why do I keep doing the same thing but expect different outcomes"? So I concluded that this behavior is somehow connected to being molested while in the boy scouts. I started to talk a little to prison counselors about it in hopes of some sort of healing and in rehab I brought it up later which sort of helped for a little while. I was able to quit smoking cigarettes, and stopped drug use for a while for maybe 7 years or so only to start back again. I now smoke cigarettes, drink beer and am in a methadone program. I can only seem to get so far and then I resort to the same old behavior. There is not a day go's by that I am not reminded of what happened while in the boy scouts, and I do my best to push it out of mind so I can try to focus on going to work or cleaning my apartment or anything really. Why did I let this happen to myself? Am I trying to hide some sort of latent homosexual desires, I would ask myself? To that I would comfort myself by the fact that I never looked at a man and thought of sex though it happens all the time when looking at women so why do I keep asking myself the same questions all the time? I got involved with the scouts from a family friend who was a little older than me who would talk about this cool scout master who would provide cigarettes and playboy magazines on camping trips and I wanted in. Once in the scout master [REDACTED] would gain our confidence like my friend [REDACTED] had said with cigarettes and play boys and eventually alcohol. The first time alcohol appeared after a few beers [REDACTED] would wait until all was asleep and he lured me to his tent with more beers I thought nothing of it I believe I was twelve at the time. Once in the tent he would ask things like "Does your dad let you smoke?" I would say no and he would say like" why not your old enough to make your own decisions aren't you"? And then more beer this probably went on 2 or 3 times before it progressed to something

sexual. By then I was looking forward to the beer and the attention and not noticing the conversation has turned to some thing else. Yeah I was by then getting drunk and first the ███████████████████████████████████████████████████ think I could have lived with it. I saw ███ when I moved back to New Jersey and he looked bad. He was in line to get a liver transplant but he could not stop drinking. By this time just talking to him was difficult as he would stutter, ramble lose train of thought it was bad. I saw him once at work , at this time I worked in the deli at a ShopRite he came to the counter said hi and I really felt sorry for him and though we never talked about what happened we both knew what we both went through I said to him "███ you have got to cut yourself a break, you didn't do anything wrong" All this because of the stuttering, fidgeting etc.

Well ███ I am sorry to say passed away about 3 years ago, he had stopped drinking but lost to cancer in the end. I can't help but wonder if had he been given a voice, a platform to speak if things would have turned out different? Thank You for the opportunity to use my voice I wish I could expand go into further detail but feel exhausted just for the little bit I did say. Thank you



SOUTH JERSEY NJ 080
3 MAY 2021 PM 4 L

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington Delaware 19801

19801-302455

