# EXHIBIT A

CONFIDENTIAL RECORD SHEET
DIVISION OF PERSONNEL
B.S.A.

DATE *April 5 1965*

Full Name  SCHNEYER, RONALD W----------
(No initials if you can possibly get full name)

Address  489 East 4th Street

City  Brooklyn                State  New York 11230

Age  28            (This is important and should be exact)

Approximate age_____  (To be used ONLY when exact age is not known)

Religion  Presbyterian           Nationality  American

Occupation  White Collar Office Worker- Schick Electrical Co. NYC

Education  High School, some College

Weight  170 lbs.    Color  White         Height apprx. 5'11"

Color of hair  Brown           Color of eyes
                    Fairly good looking, angular features
Outstanding characteristics or interests    Merit Badge Counselor (Archery)

Married or single  single        Children
                                       (Number, ages, and names, if possible)
Wife's name_____

SCOUTING CONNECTIONS:

| Unit # | City | State | Office | Date Reg'd. | Date resigned |
|---|---|---|---|---|---|
| Troop 228 | Brooklyn, | New York | ASM-SM | 1957 | 2/65 |

Special recognition _____

Recommended for Confidential File for following reasons:
On March 8, 1965 pleased guilty to impairing the morals of a minor.
To be sentenced April 19, 1965..

Signed  *Harvey N Smith*
              Scout Executive

GC-294-31

TSBSA011914

DYKES_I_013028

Plaintiff's Exhibit 1139
Page 1 of 5

March 24, 1965

Mr. Dan O. Henry
Scout Executive
Greater New York Councils, No. 719

PERSONAL AND CONFIDENTIAL
Re: Ronald W. Schneyer
Scoutmaster, Troop 228

Dear Dan:

    Thank you for your letter of March 17th, and the enclosed report from Charles Malfetti, District Scout Executive, concerning Mr. Ronald W. Schneyer, Scoutmaster, Troop 228, Brooklyn. We have placed this information in our file and have taken steps to have his name deleted from the Troop roster.

    Although Mr. Malfetti's report was most complete, we are enclosing a confidential record sheet which we would appreciate your completing, where we have checked in red, and returning to us. This information will enable us to identify Mr. Schneyer should he ever again attempt to register in the Scouting program.

                                         Sincerely yours,
                                         PERSONNEL DIVISION


                                         Howard Boyd
                                         Director of Registration

HB/clr
Encl.

TSBSA011915

DYKES_I_013029

Plaintiff's Exhibit 1139
Page 2 of 5



**GREATER NEW YORK COUNCILS**
# BOY SCOUTS OF AMERICA
25 W. 43RD STREET, NEW YORK, N. Y. 10036
AREA CODE 212 - WISCONSIN 7-8400

**COUNCIL NO. 719**

President
　　Paul W. Williams
Chairman of the Board
　　Charles B. McCabe
Vice Presidents
　　Herbert L. Bornet
　　Bruce A. Gimbel
　　John T. Kimball
　　William E. Petersen
　　Robert W. Sarnoff
Treasurer
　　Carl E. Haugen
Scout Commissioner
　　Harvey G. Foster
General Counsel
　　Robert Lee Henry
Representative to
National Council
　　Grant G. Simmons, Jr.
Honorary Chairman of Board
　　Gerald F. Beal
Borough Council Presidents
　Bronx
　　Walter H. Gladwin
　Brooklyn
　　Toby R. Dreyer
　Manhattan
　　Joseph H. Chaille
　Queens
　　Alfred F. Tisch
　Staten Island
　　Mark A. Costantino
Committee Chairmen
　Activities
　　Thomas B. Gilchrist, Jr.
　Advancement
　　Edward Thompson
　Camping
　　Wallace W. Lee, Jr.
　Health & Safety
　　Bernard H. Nelson
　Leadership Training
　　John F. Malone
　Organization & Extension
　　Paul A. Norton
　Public Relations
　　Richard W. Darrow

Executive Board Members
Honorary Members*
　　Harry M. Addinsell*
　　W. Earle Andrews
　　George A. Arkwright*
　　J. Stewart Baker, Jr.
　　William E. Berchtold
　　Bernard Berggren
　　Theodore Berkman
　　F. Roberts Blair
　　C. William Borchers
　　John J. Bricker
　　Carter L. Burgess
　　Harvey Burton
　　Elmer A. Carter*
　　John Timothy Collins
　　Harold W. Comfort
　　Edward B. Crosland
　　C. George Dandrow
　　Thomas J. Deegan, Jr.
　　Harry J. Delaney*
　　William Doniger
　　Dudley Dowell
　　Joseph L. Eckhouse
　　Gustave S. Eyssell
　　John H. Fischer
　　Charles W. Froessel*
　　R. Wolcott Hooker
　　J. McCall Hughes
　　Robert Allan Jacobs
　　William Jansen*
　　Edward R. Koch
　　Henry L. Lambert
　　Arthur D. Leidesdorf
　　Hudson B. Lemkau
　　Robert J. Mangum
　　William A. McAfee
　　Robert E. McNeill, Jr.*
　　Henry Q. Middendorf
　　Gerrish Milliken, Jr.
　　Andrew W. Mulrain*
　　Clarence J. Myers
　　Leonard D. O'Brien
　　Nathan M. Ohrbach*
　　Frank Pace, Jr.
　　Paul K. Parker
　　John Pasta
　　Robert W. Porter, Jr.
　　John J. Powers, Jr.
　　John R. Reeves
　　John M. Reeves
　　William S. Renchard
　　John A. Roosevelt
　　Jay H. Rossbach
　　Frank H. Sarbeaux
　　H. Nelson Slater
　　Joseph Kingsbury-Smith
　　Edward L. Steiniger
　　Ralph S. Tilman*
　　Arthur O. Sulzberger
　　Gerry Swinehart*
　　Norman Tishman
　　Harry Van Arsdale, Jr.
　　Frederick M. Warburg*
　　William C. Warren
　　Thomas J. Watson, Jr.
　　Chester C. Wood
　　David L. Yunich
　　William Zeckendorf, Jr.
Scout Executive
　　Dan O. Henry

March 17, 1965

Mr. Howard Boyd
Registration Service
National Council, B. S. A.
New Brunswick, N. J.

Dear Howard:

Enclosed is information on two Scouters whom we request be placed on the confidential list. We believe the information in each case is sufficient to identify the man.

Thank you.

Cordially,

Dan

Dan O. Henry
Scout Executive

DOH:mm
enclosures
<u>CONFIDENTIAL</u>

Re: Ronald W. Schney

TSBSA011916
DYKES_I_013030
Plaintiff's Exhibit 1139
Page 3 of 5

BROOKLYN COUNCIL                                    BOY SCOUTS OF AMERICA

February 12, 1965

Confidential Report on:-

    Ronald W. Schneyer          (B) LE 2-8684
    489 East 4th Street          (H) GE 5-6233
    Brooklyn, N. Y. 11230

Description    American Citizen, (white)
                age: 28 - Presbyterian
                Approximately 5' 11"    170 lbs
                Brown hair, farily good looking, angular features

                Holder of Scouter Key
                Scoutmaster, Troop 228, Brooklyn  Sponsor-
                Merit Badge Counselor (Archery)  Prospect Heights Presby. C
                                                  1014 8th Avenue
                                                  Pastor Kimberlin
                                                  HY 9-6704

Complaint:    A complaint was filed against Mr. Schneyer by the
               mother of a Scout in this District, The boy, and
               a friend, went to Mr. Schneyer's to pass the Archery
               Merit Badge. Mr. Schneyer showed the boys "French"
               playing cards. One of the boys became frightened
               and left. Mr. Schneyer committed an immoral act on
               the other boy.

               The two boys told their Scoutmaster,
               (Mr. ███████████ T 71) who notified me.

               At the same time one boy told his mother who contacted
               the Police. Mr. Schneyer was booked and placed on
               $1,000 bail until sentenced.

               All of the above information was obtained by me from
               the Scoutmaster (███████) and the boys mother. I
               did not speak to the boys.

Disposition:  Pleaded guilty on March 8, 1965 to impairing the morals
               of a minor. Also charged with exposing himself and
               one other charge not known. To be sentenced April 19, 1965

                                      CHARLES MALFETTI
                                      District Scout Executive
                                      Prospect District

TSBSA011917

DYKES_I_013031

Plaintiff's Exhibit 1139
Page 4 of 5

BROOKLYN COUNCIL                                    BOY SCOUTS OF AMERICA

                                                    February 12, 1965

Confidential Report on:-

    Ronald W. Schneyer            (B) LE 2-8684
    489 East 4th Street           (H) GE 5-6233
    Brooklyn, N. Y.  11230

Description    American Citizen, (white)
        age: 28 - Presbyterian
        Approximately 5' 11"     170 lbs
        Brown hair, farily good looking, angular features

        Holder of Scouter Key
        Scoutmaster, Troop 228, Brooklyn    Sponsor-
        Merit Badge Counselor (Archery)     Prospect Heights Presby.
                                            10 14 8th Avenue
                                            Pastor Kimberlin
                                            HY 9-6704

Complaint:    A complaint was filed against Mr. Schneyer by the
        mother of a Scout in this District. The boy, and
        a friend, went to Mr. Schneyer's to pass the Archery
        Merit Badge. Mr. Schneyer showed the boys "French"
        playing cards. One of the boys became frightened
        and left. Mr. Schneyer committed an immoral act on
        the other boy.

        The two boys told their Scoutmaster, (
        (Mr. ███████████ 71) who notified me.

        At the same time one boy told his mother who contacted
        the Police. Mr. Schneyer was booked and placed on
        $1,000 bail until sentenced.

        All of the above information was obtained by me from
        the Scoutmaster (███████) and the boys mother. I
        did not speak to the boys.

Disposition:    Pleaded guilty on March 8, 1965 to impairing the morals
        of a minor. Also charged with exposing himself and
        one other charge not known. To be sentenced April 19, 1965

                              CHARLES MALFETTI
                              District Scout Executive
                              Prospect District