# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND | ) | |
| DELAWARE BSA, LLC | ) | Case No. 20-10343 (LSS) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Sally E. Veghte, hereby certify that on May 6, 2021, caused to be served a true and correct copy of the ***Objection to the Adequacy of Debtors' Disclosure Statement in Support of Second Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the Tort Claimants' Committee*** via electronic mail on the counsel listed on the attached Service List.

*/s/ Sally E. Veghte*
Sally E. Veghte (DE Bar No. 4762)

PHIL1 9408421v.1

**Service List**

| | |
|---|---|
| **White & Case LLP**<br>Jessica C. Lauria, Esq.<br>1221 Avenue of the Americas<br>New York, NY 10020<br>jessica.lauria@whitecase.com | **Pachulski Stang Ziehl & Jones LLP**<br>James I. Stang, Esq.<br>John A Morris, Esq.<br>James E. O'Neill, Esq.<br>John W. Lucas, Esq.<br>919 North Marker Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19801<br>jstang@pszjlaw.com<br>jmorris@pszjlaw.com<br>joneill@pszjlaw.com<br>jlucas@pszjlaw.com |
| **White & Case LLP**<br>Michael C. Andolina, Esq.<br>Matthew E. Linder, Esq.<br>Blair Warner, Esq.<br>111 South Wacker Drive<br>Chicago, IL 60606<br>mandolina@whitecase.com<br>mlinder@whitecase.com<br>blair.warner@whitecase.com | |
| | **Kramer Levin Naftalis & Frankel LLP**<br>Thomas Moers Mayer, Esq.<br>Rachael Ringer, Esq.<br>David E. Blabey, Jr., Esq.<br>Jennifer R. Sharret, Esq.<br>Megan M. Wasson, Esq.<br>1177 Avenue of the Americas<br>New York, NY 10036<br>tmayer@kramerlevin.com<br>rringer@kramerlevin.com<br>dblabey@kramerlevin.com<br>jsharret@kramerlevin.com<br>mwasson@kramerlevin.com |
| **Morris, Nichols, Arsht & Tunnell LLP**<br>Derek C. Abbott, Esq.<br>Andrew R. Remming, Esq.<br>Eric W. Moats, Esq.<br>Paige N. Topper, Esq.<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>dabbott@morrisnichols.com<br>aremming@morrisnichols.com<br>emoats@morrisnichols.com<br>ptopper@morrisnichols.com | |
| | **Young Conaway Stargatt & Taylor, LLP**<br>Robert S. Brady, Esq.<br>Edwin J. Harron, Esq.<br>Sharon M. Zieg, Esq.<br>1000 North King Street<br>Wilmington, DE 19801<br>rbrady@ycst.com<br>eharron@ycst.com<br>szieg@ycst.com |
| **U.S. Trustee**<br>David L. Buchbinder, Esq.<br>Hannah M. McCollum, Esq.<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>david.l.buchbinder@usdoj.gov<br>hannah.mccollum@usdoj.gov | |

**Norton Rose Fulbright US LLP**
Louis R. Strubeck, Esq.
Kristian W. Gluck, Esq.
2200 Ross Avenue
Dallas, TX 75201-7932
louis.strubeck@nortonrosefulbright.com
kristian.gluck@nortonrosefulbright.com