Dear Justice,

Case # SA - ███████

FILED
2021 MAY -6 AM 9:48
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

I would like to express my feelings about the BSA sexual abuse case.
It took me years to finally have the courage to come forward to talk about the sexual abuse that happen to me while in the boy scouts.
It's very sad to hear how many children were abused by trusted leaders in the boy scouts. I was too scared at the time to say anything.
Like I did something wrong that caused this to happen to me.
Every time I hear in the news about a child being sexually abused it gives me a flashback to what happened to me. I feel like my wounds have never healed since the mid 60's. The boy scouts were a big part of my life. I looked forward to going to the meetings. Planning camping trips and working on my badges.
My goal was to become an eagle scout.
I looked forward to our one big yearly summer camp.
Go and have a good time and finish the rest of the badges to become an eagle scout.
This is where the abuse happened and I never finished my training for eagle scout.
I ended up dropping out of the boy scouts. The one person I trusted as a father figure I could no longer face.
After all these years have passed. I asked myself can my story make a difference and help others who have been abused.
I am so glad I had the opportunity to tell my story and maybe begin the healing process.

The BSA needs to be accountable for allowing the sexual abuse to continue after all these years.
It was said the BSA was aware of the sexual abuse going on and never did enough to stop it.
This is why I had to speak up. To make everyone aware how long this child sex abuse was going on.
What happened to me should never happen to another child. Unfortunately it keeps happening.
How do you repair the pain and suffering for all the children who were sexually abused by the BSA.
BSA took our childhood away from us while under their care.
I ask the court if any members of the BSA found out that one of their children was abused things would be alot different.

Thank You for reading my story



PHILADELPHIA PA 190
3 MAY 2021 PM 7 L

JUSTICE LAURI SELBER SILVERSTEIN
BSA BANKRUPTCY CASE
824 MARKET STREET
6TH FLOOR
WILMINGTON, DE 19801

19801-302499