Case 20-10343-L

Dear Justice Lauri Selber Silverstein:
My name is ▓▓▓▓▓▓▓▓▓▓▓▓. I'm now a 37 year old male. I want to start off by saying, "I'm A Survivor, I'm not a Victim" of The Boy Scouts of America. They stole my childhood. Boy Scouts of America need to be held accountable for their actions. Compensation for all the things they put me threw and did. Their are parts of my childhood I will never get back.

Im asking the Courts to do the right thing. Maximum compensation for myself and all of us who had our childhood stolen from The Boy Scouts of America.

You can not put a price tag on something like your right to be a inocent child was taken from you.

I'm asking you Justice Lauri Selber Silverstein and the Court to do the right thing. So That I and All of us can continue moving foward in our lifes in a <u>fast</u> and <u>fair manner</u>. So we can put this behind us.

Thank you Sincerly
Yours

FILED 2021 MAY -6 AM 9:43
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

4/26/2021