May 3, 2021

Judge Hon Laurie Selber Silverstein
BSA Bankruptcy Case
824 Market Street
Wilmington DE 19801

FILED
2021 MAY -6 AM 9: 44
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Your Honor,

I wanted to reach out to you, as others have to give you my perspective as far as the Boy Scouts Bankruptcy case is concerned.

The last year has been the hardest it has been in my entire life. Having to relive these memories again have been extremely difficult especially since the feelings of guilt and shame still affects me even to this day.

I was molested by an assistant scout leader numerous times between the ages of 10 and 12. After over a year and numerous occurrences, my mother was able to detect something wrong and got me to admit to what was happening. The shame of going to the priest at First Baptist Church in Southington CT alongside my mother is something I think about every day of my life.

I stayed in scouts even after my abuse had been reported. Things were different back then. The fact that the Boy Scouts management knew of the abuse and did nothing still upsets me. After researching my sexual abuser I have learned that other victims had reported his abuse, and he was eventually arrested and incarcerated for his actions.. But, why wasn't my mother and I informed after the fact when they knew that other victims were out there. As a result, my life turned for the worst. I didn't go to college like I most likely would have, instead I got addicted to Crystal Meth and started down the road of sexual addiction and partying in NYC. I ended up with terminal AIDS at the age of 29 when I had PCP pneumonia and almost died with 4 t cells. The dr said I most likely got infected when i was 18 since it takes 10 years to develop full blown aids.. If that wasn't bad enough, a couple years later my drug addiction turned into drug dealing and I got arrested and went to federal prison for 60 months for intent to distribute. Because of the amounts I was arrested with, I could have easily got life in federal prison if it wasn't for my cooperation with the United States drug task force. Believe it or not, Prison was the best thing that could have happened and as a result I have remained clean from all drugs since I was arrested in 2004. Thank god for giving me the strength to overcome my drug addiction though my sexual addiction still remains a struggle, I will never be able to have a meaningful, loving relationship and that is something I blame on my repeated sexual abuse.

So in closing, please understand that the intent of my letter was to inform you of the devastating effects participating in the Boy Scouts of America has had on my life in general. For all of the positive attributes I obtained by being in the scouts, which are numerous.. The negative effects that occurred as a direct result of the abuse has remained a part of me. There is not a day that goes by that I am not forced to think about or relive these memories. I hope others like me will finally get justice for what should have happened decades ago.

Thank you for your service. God bless victims and survivors everywhere.

CLAIM



HARTFORD CT 060
3 MAY 2021 PM 1 L

Judge Honorable Laurie Selber Silverstein
BSA Bankruptcy Case
U.S.M.R.
824 Market Street
Wilmington DE 19801

19801-302499