**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In Re:  Chapter __11__

Case No. __20__ - __10343__ ( __LSS__ )

Debtor:  Boy Scouts of America and Delaware BSA, LLC

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of __Leon Hampton, Jr.__ to represent __Gary Applequist v. Boy Scouts of America, Inc.; Charles D. Hammett v. Boy Scouts of America; Paul James Maynard v. Boy Scouts of America, Inc; and Paul Folsom, Sr. v. Boy Scouts of America, Inc.__ in this action.

*David M. Klauder*

Firm Name:  Bielli & Klauder, LLC

Address:  1204 N. King Street, Wilmington, DE 19801

Phone:  (302) 803-4600

Email:  dklauder@bk-legal.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of __the State of Alabama__ and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

*Leon Hampton, Jr.*

Firm Name:  Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.

Address:  272 Commerce Street, Montgomery, AL

Phone:  (334) 269-2343

Email:  leon.hampton@beasleyallen.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Local Form 105