SA- 

To whom it my concern i am SA-█████

For the longest time I had always thought of myself as the problem.
I grew up in Seattle, all aspects very normal average student favorite subjects were math and wood sho__
Was excelling in sports: BMX, football, and scouts too.
My experience with the Boy Scouts of America was in the beginning innocent and a great time, my friend__
were there. Campouts away once a month and learning to pack for each trip. Some of the greatest
memories a kid could have. Cross-country skiing, son-shoeing, hiking, river rafting. All very much the staple
of life today. The other side of that I call the price. Is the consumption of alcohol provided by the adults on a
trip to Stevens Pass, in the scout masters ███████ Some sort of blue drinks and the VCR playing porn. I
████████████████████████████████████████████████████████████████████████████████

My father stared getting involved with the scouts and stated driving the bus after ████ Was no longer
the scout master. I was to drop out of scouts, football, and school. I have a 8th grade education with some
trade schooling. Stayed home and drank while my father was in campouts. I liked blacking out so I did not
have to remember anything. So this was my start of full-time drinking.

I am turning 50 ████████████ with a sobriety date of 10/01/2009.
Through a 12 step program I am able to see clearly that the actions of adults in the care of me in the Boy
Scouts of America lead me to the decisions of alcohol blackouts and keeping quite.

I ask who is going to keep children safe….. When I heard The Boy Scouts were going to incorporate girls
into scouts all the jokes on the social media of pregnancy, All I could think of was my experience.

When I was 38 I started on a path that was and is cleaning up my past no matter how messy it is and hold
myself accountable for my actions. Now if I don't stand and tell my truth others will surly be hurt. The Boy
Scouts of America were established in a different era. Times have changed so much and to keep kids safe at
home is a almost impossible task. Trust has been broken long before me I thought I was alone. I am SA-
████

FILED 2021 MAY -6 AM 9:45 CLERK U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE





SEATTLE WA 984
1 MAY 2021 PM 5 L

Justice Lauri Selber
Silverstein
BSA Bankruptcy Case
824 Market St.
6th floor
Wilmington, DE 19801