SA - ███

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE  19801

FILED
2021 MAY -6  AM 9: 46
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Justice Silverstein,

Having to write this makes it more real.  Having to mentally try to push the memories out of my thoughts since I was a teenager has been a mental tug of war.  The sexual abuse that I endured during my time at BSA camp was horrible and not something that a young man should have to deal with.  For the predators, the summer camps were like letting the fox in the henhouse, giving them the biggest pool of opportunities for their actions.

Not only did this scout counselor abuse me over the course of several days, he continued to pursue me after I went home.  He used every trick in the book to coerce me into being alone so that he could use his influence to sexually assault me...in the showers, in his tent.  Even the day I was leaving the camp in a bus, he stood outside the window of the bus...just staring at me.  He told me lies about my other scout friends, telling me they were doing these sexual things with him so it would be ok for me to do them too.  He called my home phone to see if my parents would let him continue to see me (in a scout capacity) and when I declined, he then switched his tactics to get me to keep quiet about what had happened.

I can still see his face.  I can still feel his influence.

The abuse affected my first marriage which ended in divorce, it forced me into a cycle of drug use and through a cycle of losing jobs due to my mental health.  I have never mentioned this to my parents, as I know they would feel responsible.

After some therapy, some supportive friends and gradual emotional maturity, thankfully I have some stability in my life.

The hardest part is that I had never said anything at the time...meaning that this predator probably continued this abuse with countless boys year after year.  I could have potentially stopped it, yet I was too emotionally corrupted, embarrassed, and scared to say anything.

I feel like I finally have a voice.

Please consider the scope and gravity of the negligence of the BSA when you are considering a proper course of action.





WEST PALM BCH FL 334
30 APR 2021 PM 3 L

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

19801-302499

