April 26, 2021

Re: ▮

**FILED**

**2021 MAY -6  AM 9:46**

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

**Dear Justice Silverstein,**

My Name is ▮ I am a survivor of abuse in the Boy Scouts from New Jersey Troop ▮ I will not relive every detail of the nightmare that destroyed my trust in human beings because of my experience in the Boy Scouts of America. However, the facts of my case are simple. I was abused by my Scout Leader on a Boy Scouts camping trip to Gettysburg with my troop in 1982. ▮ was a Sergeant in the ▮ Department and his accomplice was a former ▮ also associated with Troop ▮ under the guise of the ▮

In ▮ both Leaders were found guilty of abusing tender age boys from New Jersey Scout Troop ▮ Boy Scouts of America did nothing other than deem ▮ ineligible to volunteer. He was a well-known ▮ we all trusted him. There was not even an apology.

Thus, I have been in therapy for over 30 years, forced to take medication to cope with the trauma, I have significant trust issues, and difficulty maintaining a healthy relationship directly attributed to the trauma I sustained under their care. He abused me and countless others without any remorse or regret and only served 6 years in prison along with 9 years of parole.

Your Honor, a lifetime of anguish and psychological distress over the last 30 plus years can be directly attributed to the incidents that happened in 1982 while I was in the Boy Scouts. Please do not let them destroy another soul or allow what happened to me happen to anyone again.  Thank you in advance.





FT MYERS FL 339
27 APR 2021 PM 4 L

Justice Lauri Selber Silverstein
BSA Bankruptcy U.S.M.S. 6th Floor
824 Market Street X-Ray
Wilmington, DE 19801

19801-302499