

Re: Claim Number SA-▮▮▮

FILED

2021 MAY -6  AM 9: 47

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

April 26, 2021

Dear Justice Silverstein,

I am writing to you today as a survivor of sexual abuse while a young member of the Boy Scouts of America. What happened to me was unthinkable and so very traumatic that it has haunted me for over 47 years! The guilt and shame had a profound impact on my life. Sometimes I will see something, such as a photograph of someone camping or hiking and immediately relive, in my mind, what had happened to me at the hands of the Boy Scouts of America and my abuser.

Upon hearing of the recent deal made between the Boy Scouts of America and Hartford Insurance that is woefully inadequate, it was a gut punch to say the least. I had high hopes that the Boy Scouts would at least make a serious attempt to set things right between them and the survivors of sexual abuse they did nothing to prevent.

My story may or may not be typical of other survivors. I grew up in a household where my father struggled with alcohol in my early years. I remember waking up and hearing many late-night fights between my mother and father over that. In fact, it was almost a nightly occurrence. Most nights, my father didn't get home from the bar until after my bedtime. I have memories of my mother having me call the bar to ask for my dad and then asking him to come home.

To satisfy my need for another father figure, I turned to the Boy Scouts. Our assistant Scoutmaster was considerably younger than our Scoutmaster. Outwardly, most would probably think of him as a likeable and successful guy. He always seemed happy. He was a veterinarian, which resonated with me as I was a devout animal lover. In fact, during this time he opened his own clinic and we took our cats and dogs to him. My parents couldn't possibly have suspected him of being capable of the atrocities he was going to commit at my expense.

In closing, I would ask you to thoughtfully recall my story as you make decisions that will ultimately bring the Boy Scouts of America to justice for all of their inaction over the course of decades! This needs to stop! They MUST be held accountable! This cannot be allowed to continue in the future. You must send a message to the Boy Scouts of America that they must make a substantial monetary commitment to pay for the damage they caused to so many young lives. I put my trust in you.

Cordially,

