FILED
2021 MAY -6 AM 9:48
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

SA ▓▓▓

5/3/21

Dear Justice Silverstein:

I am a Surviver of Sexual abuse/rape by a Boy Scout leader. Even though it happened nearly 80 years ago it still haunts me.

I was Saved in the 45th year of my life by a wonderful woman who saw worth in me.

The BSA knew for years what was going on and covered it up. In my mind that makes them an accomplace. Children were abused and raped because they covered up.

I am 85 yo and do not have much time. I would like to see justice done before I pass on. Please do not let them and the Insurance Companies pull a last one. Thank you for your consideration