**FILED**

**2021 MAY -6 AM 9:49**

4/30/2021

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Justice Lauri Selber Silverstein,

The abuse committed and facilitated by leadership within the BSA and their sponsors has all been about power dynamics as control of children through domination and fear and is ethically bankrupt. This is a fundamental case about the future safety of all children in the care of organizations that should have children's safety as their main priority and a way to set a precedent.

Approximately 6000$ as damages per survivor for adults abusing the bodies of young children? There's high rolling prostitutes that charge that much as "escorts" to rich individuals for an evening. The children abused by those in or connected with the BSA were not adult prostitutes, we were children who did not consent to sexual abuse. The BSA and Hartford plan proposed is a paltry amount of compensation to all survivors subject to abuse by adults that should not have been doing such. In fact, the reorganization plan is absolutely insufficient for all survivors, of which our lives have been greatly negatively impacted by this abuse, where this plan proposal is more of an insult to injury than anything, let alone the insult of pushing around survivors with extended time requests. It's not right and only further points to Hartford and BSA more or less trying to sweep the abuse under the rug. Abusers need to be held accountable, for actions they willfully knew they were doing to children, in a way they know it's not something they can get away with anymore. This must stop. It is organized systemic abuse of children through forms of orchestrated networking and is ethically-bankrupt evil and must end.

I for one personally do not want to see the BSA continue as an organization, with the potential future harm they could cause more children, without there being a solid reorganization plan explicitly explaining how they will structure the organization to catch abusers and hold them accountable AND safety screening processes so that predatory adults aren't let into the organization in the first place. This might even look like psychological questions to be asked of potential new Scout leaders to catch any very socially charming members of the community, many of them likely parents, who otherwise

might be able to get around being suspect of committing and/or facilitating such abuses. Substantial monetary compensation to survivors is a way to show how absolutely serious of a matter this is, with more efforts needed to take place to protect children, and how to compensate for abuse that has left lasting negative impacts on our lives as survivors.

As for myself, I'm currently in the process of writing a memoir to reveal in greater detail the level of abusive childhood adversity I faced growing up. In doing so I have sought out professional therapists for their feedback, watched TED talks with psychologists explaining how trauma effects the developing brain of children and it's long term effects as complex post-traumatic stress disorder, Gabor Mate's videos where he talks about how child abuse effects the likelihood of subsequent drug experimentation and addiction, as well as I've recently read "The Body Keeps the Score" by Bessel van der Kolk ©2014 that elucidates the science behind how levels of child abuse effects the developing brain and gets stored as memory within the physical body. I've done my research to both assist in my own writing about the larger pandemic of child abuse that must be addressed, as well as to better understand my own condition I live with every day as a result of what I had been through to try and develop better coping skills when dealing with symptoms of C-PTSD. There's no magic pill that will make it so someone can let go all their trauma and *poof* it's gone, it's more of an unlearning/learning process and even a rewiring of the brain and how it can better heal from extreme trauma.

In conclusion, the BSA needs to be held to an appropriate account for their failure to protect the very children they are supposed to be teaching life skills to. What has been happening with child abuse within the BSA and their sponsors is a disgusting abomination and must be held to proper account.

Sincerely,



NASHVILLE TN 370
1 MAY 2021 PM 7 L



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

19801-302499