FILED

2021 MAY -6 AM 9:51

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

SA – ▮

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801



Greetings your Honor

Unfortunately, I am one of the victims of Boy Scout sexual abuse and a member of this legal action.  SA - ▮

In my reading of the proposed settlement, I thought of the scout law, and a statement made by the Boy Scouts:

> "**On my honor** I will do my best to do my duty to God and my country and to obey the **Scout** Law…"
>
> "The Boy Scouts said in a statement in response to USA TODAY questions: "Our decision to file for Chapter 11 is rooted in the values within our Scout Oath and Law.
>
> "The Boy Scouts of America believes our organization has a social and **moral responsibility to equitably compensate** all victims who were harmed during their time in Scouting."
>
> At full value most of the claims probably fall between a half million and multiple millions of dollars, based on actual litigated sexual abuse claims against the Boy Scouts over the last twenty some years.  What is being proposed is about a half penny or less on the dollar of the actual value.  This is equitable compensation?

The Boy Scouts as an organization has said to the victims, were so sorry you got screwed by a scout leader, but now, you're getting screwed again by us with a token money offer; wow, and by the way the insurance companies are going to screw you also by offering pennies on the dollar!! The victims, just keep getting screwed, and screwed, and screwed!

1

I see no **Honor** being demonstrated in the proposed settlement, and clearly there is no attempt at equitable compensation for victims.

For decades, the Boy Scouts **dishonored** themselves in how abuse was handled, and now it is doing the same in how it looks to compensate victims. The insurance companies probably collected millions and millions in premiums over the last seventy years while abuse was taking place, and now that the piper needs to be paid, they want to weasel out of what is equitable compensation for the abused.

Your Honor, is there anything you can do to help us?

███████████████

The Boy Scouts and ███████████████

**The Abuse:**

Where do I start??????????

A few years ago the Boy Scouts had a huge national struggle on whether to allow Gay scout masters; in a discussion with my wife I was vehemently opposed to it and she could not understand why, and so for the first time in 48 years I told someone what happened to me at the hands of an assistant scout master while I was a member of Troop ██████████ WA ████

This was long ago, and I buried many things deeply, so there is much I do not remember, but there are some details that are still clear. It would have been about 1967 to 1968 when this happened, I was 12 turning 13. A man who had recently moved from Alaska to ███████████ joined our troop as an assistant scout master. Right off I nicknamed him ██████████ and everyone else used this moniker also; unfortunately, I do not remember his last name. He knew scouting and camp craft and told great stories about Alaska; he seemed so cool. It was not until years later when I learned about the concept of grooming, that I realized that this man had spent about a year carefully grooming me, extended friendship, special projects, helping me with merit badges, long talks, etc. After a time, he claimed he had a back problem and that ████████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████████████ ██████████████████████████████ so innocent the lamb is to slaughter. It is difficult to

2

remember how many episodes like this took place, but I would guess in the dozens over the course of a year of grooming. In a sleepy little backwater burg like ███████ things like this were unheard of, kids had no reference to something like this at all.

███ on many occasions asked my parents if it was ok for me to help him pick up scouting supplies or do troop work with him, he often invited me to have dinner with him and his wife before dropping me back home. On what turned out to be the final occasion, he asked me to ███████████████████████████████████████████ took me home, he asked me not to tell my parents, he was my idol so I said I would not for now. He asked me to help him the next day take some camping supplies out to a scout who lived in the country, I said I would help. The next day we dropped off the stuff and headed home, he asked me if I had thought about what he and his wife had talked about, about how ███████████████████████████████████████████ him if he brought it up again. He asked if I was going to tell my dad and I said I would not; he was my Idol. As we drove back, I was looking in the back seat at a multicolored blanket, like an Indian blanket, and pulled it up to look closer, there was a shovel and pistol under it, I set it back down on the back seat not think much about those three items together. It was not until years later in collage, in a psychology class where we had a discussion on pedophiles, that I realized that if I had said I was going to tell my dad, he would have killed me, wrapped my body ███████████████████████████████████████████ boys would having been spared the same or even worse abuse than I had; it gnaws on a person!

A couple of weeks later he and his wife had left town without telling anyone and no one from our troop ever heard from him again.

**The Life Impact:**

When the event happened, what was my reaction, I'm filling in the blanks a little bit here:

- Shock
- Disbelief
- Fear
- Anger

3

- Shame
- Betrayal by a trusted leader
- Why me
- What did I do to deserve being treated like this?

I don't really remember for how long, multiple years, I periodically would wake up from a bad dream where I was in the clutches of ███████████████████████

There were thoughts of did he pick me because I am going to be Queer.

So, in hindsight, a logical question is, why didn't I eventually tell someone after ███████ left the area? At this time in my life I don't know, I can only speculate at some of it; shame and embarrassment to admit to such a thing, that was unheard of where I lived! A childish understanding of male machoism, men deal with their problems silently! In my family and extended family, when bad things happened my mom would say, we won't talk about that; this was a bad thing to be sucked-up and move on. When I couple these various kinds of thoughts along with a childish understanding of telling my idol I would not tell my dad about what he had done, I just held it all in; never receiving help, never understanding how my mental, emotional, and physical wellbeing would be impacted throughout life.

**Longer term impacts:**

The reality is, that other than the Lord God, neither myself nor anyone else can ever say what all the impacts to my life have been. I am going to share a few things that seem to me are connected:

**Sever homophobia;**

████████████████████████████████████████████████████ sexual abuse situation. This was my thinking until into my late forties; and then some modifications to this evolved.

It was during my freshman year at WSU, I think, I took a psychology class and a discussion on criminal pedophiles took place, it was then that I connected the dots and realized if I had told ███████████ I was going to tell my dad, he would have shot me this that pistol and buried me in the country someplace. After that epiphany, I started having nightmares where ███████ killed me and my body was never found; I had this same nightmare for many years.

My sophomore year at WSU during the first semester, ███████████ and I went to Ratskellers in Moscow Idaho to have a beer. Late in the evening after playing foosball, we sat at the only open seats we could find, a small table up against a wall with bench seats. ██████ fell asleep and leaned over against me. A short time later a guy walked up and asked if we were queers

4

and going to fag each other tonight. No, no, no. This incident really upset me, it felt like I was being accused of being an▇▇▇▇; ▇▇▇▇▇▇▇▇▇▇▇ I replayed this incident in my mind over and over and over, the outrage was unbearable, I started drinking heavily and smoking pot, my grades suffered; I had been an excellent student in high school and was off to a great start during my freshman year at collage. I graduated, but barely!! Was I experiencing PTSD from the scouting incident; I don't really know, how does one really judge, but it sure seems like it?

My sister ▇▇▇▇ when she was 18; after seven years of marriage ▇▇ announced he was gay, divorced ▇▇, and moved to San Francisco to live that lifestyle. I hated him for what he did to ▇▇ but mostly because he was a ▇▇▇▇▇▇ A few years later ▇▇ died of Aids, I rejoiced at this death, the ▇▇ got what he deserved, and I hoped he was burning in hell. Another sever reaction I attribute to the abuse I suffered.

I understand some would say I am confusing the actions of a criminal pedophile and the acts of someone who is a homosexual but not a criminal child molester. While this is true, for me during my teens to my forties any man wanting to have sex with another man was the same as ▇▇▇▇▇▇ deserving death and to burn in hell.

Eventually a few members of our extended families came out of the closet along with folks I knew at work, and I was able to separate the actions of a criminal pedophile from the acts of a non-criminal homosexual, but this was a long and agonizing process where I suffered and I unfortunately heaped scorn and ridicule on folks who did not deserve it; more impact for me and others from the incident. Even having reached this point, I was surprised by my visceral reaction when I read in the newspaper that the scouts were planning to allow gay men as scout masters, it took me right back to ▇▇▇▇▇▇ and what he had done. I was so upset that I sent an email to the BSA headquarters expressing my fears of this decision and sharing it from a perspective of a scout who had been abused by a leader. When I read the Washington Post article about the litigation filed against the BSA indicating that they had and maybe were continuing to cover up information on abuse, I was again moved by what I read, and it lead me to the decision to stand-up and share my story and be counted in the numbers of those abused, and demanding change and accountability; the effects of sexual abuse are endless.

**Destruction of the ability to trust;**

Where the grooming process creates such a deep level of trust between the lamb and the butcher, when the slaughter takes place, trust then, and the ability to trust anyone is shattered; maybe for a lifetime. I pulled into a shell not being able to trust anyone. In looking back on my life, I see that after the incident, other than my wife and kids, I have had no one that I ever have had a high level of trust with. As my life progressed, I have often looked at others with envy as they and others developed deep friendships that I could only dream about. I have been unable to develop and maintain any long-term deep friendships because of the inability to trust. Since

5

the incident, I have gone through 50 years of life with no one I can think of who I could call a trusted friend and probably never will; I only have acquaintances. How much deeper, fulfilling, and richer would life have been with close trusted friends?

One of the additional and profound effects of this is the interaction with my wife ▮▮▮ While I trust her with my life, still, I hid this from her for about 48 years. How does this kind of deep secret impact the relationship of a husband and wife? I am hiding things deeply within myself, what else have I hidden from her not even realizing I was doing it. How much deeper and richer would our marriage have been if there were no secrets between us?

### Is this a nightmare?

What if I had picked up that gun and killed ▮▮▮▮▮▮▮? Would other young boys have been spared a terrible similar fate? Would some other boy be alive today if I had acted? Would I be in prison now for having murdered a monster? How does a young person, an adult, rationalize, deal with, live with, thoughts such as these; how do you judge the impact day to day of even having envisioned such an act? Would it have eased the burden on my soul, now and into eternity?

### A sad but profound awakening:

After I had shared some of what happened to me with my wife a few years ago, I started pondering this event more than I had in some time; it dawned on me that I had never taken this situation to the Lord. My wife and I had accepted Jesus Christ as Lord and Savior some thirty years prior. During that 30 some years of seeking to be a disciple of Christ, I had many time asked others for forgiveness for what I had done, and I had gone to others and gave forgiveness for what others had done to me. Taking any kind of trial, tribulation, and sickness to the Lord in Prayer, seeking to do unto others and I would have them do unto me; and yet, I had never even considered doing so for one of the greatest traumas of my life. It made me consider that the impact of this event on my life was deeper and more profound than I could understand. One of the most difficult things I have ever done was kneeling at the Alter in Church and praying for ▮▮▮▮▮▮▮▮▮▮ salvation. But even in reaching this point, I still experienced a profound impact from the BSA decision to allow gay leaders and the recent news of further victims coming forward.

Another aspect of this awakening dealt with the opportunities I had missed to help others. My wife and I have been active in ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ for many years. I have given many talks sharing my faith, but the most powerful part of any talk is the personal stories shared about dealing with tragedies, sickness, death, and life's most difficult moments; this leading to discussion and praying with others dealing with the same issue, helping them to heal and move forward. I have often shared my personal story of cancer and near death, family

6

deaths and drug use; but if I had possessed the strength to deal with my sexual abuse sooner in life, how many times could I have shared it with others, having discussions and praying with and helping them to heal. For me, it is a profound and sad awakening to what could have been! One of my prayers moving forward is that when appropriate I will have the strength to share openly what I suffered and be there to have gentle conversations and prayer, helping others who have been crushed by the same burden. It is the only good I can see that could come from such monstrous evil.

**My kids and grandkids are also impacted?**

In the last year I have read several articles on the science of "epigenetics" where research has shown that traumatic events can actually alter our genetic material, which is then passed on to our kids and even grandkids, leaving them scared from the same event. It is horrifying to me to think of my kids and grandkids suffering from the abuse that I went through; It is terrible to think of all the other kids in life that are suffering in this same manner.

**Moral injury:**

> "Moral injury refers to an injury to an individual's moral conscience and values resulting from an act of perceived moral transgression, which produces profound emotional guilt and shame, and in some cases also a sense of betrayal, anger and profound "moral disorientation".

The concept of suffering a moral injury is something I read about just in the last couple of years. In reading about it, it certainly seems to fit into what I have experienced in being abused. Again, the ripple effects of such abuse are never ending in a person's life.

**Other:**

These are life impacts where I can draw a connection between the abuse and events. But how do you assess the impact to emotional, mental, and physical health from having trauma bottled up for most of your life. There are probably other profound impacts that I or even a trained therapist could never understand and connect. It has been about 50 years (18,250 days) since this happened, in my family both my parents and grandparents lived into their late 90's and I will probably live that long also; that means maybe 80 years (29,200 days) of living with the ripple effects of what took place.

How does a victim separate what are just life circumstances from the long-term effects of unresolved trauma? Without help, I don't think many people can. When I started talking to my wife about moving forward with a legal action, I shared the examples I have just written about; she commented that from what she had heard, she could see a direct correlation from the abuse and these life events. She felt so strongly about it she suggested I seek professional counseling.

7