May 3, 2021

TO:   The Honorable Laurie Selber Silverstein
      BSA Bankruptcy Case
      824 North Market Street
      6th Floor
      Wilmington, DE  19801

FILED
2021 MAY -6 AM 9: 52
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

SUBJECT

In Re Boy Scouts of America (BSA) Case

---

Dear Judge Silverstein,

I am just one of the many survivors of ▮▮▮ who have come out against the BSA in this suit.

For me, even after all these years, it's difficult to come out from hiding. I learned early to hide. Back in those days, ▮▮▮ Baffling. Impossible. Somehow, they told me, it must be my fault. Something I was doing. One uncle advised my parents that I was fated to become a pedophile myself. Even as a child, I knew this wasn't so.

There was only one way to deal with these assaults: Hide. Never talk about it again. Deny it. Try to laugh it off.

But the damage was done. There is no statute of limitations on the damage that ▮▮▮ causes. Events trigger panic attacks. Hypervigilance, the startle reflex—all the signs that professionals now recognize as ▮▮▮

It wasn't always this way. I was in late middle age before I finally found competent professional help for men who suffer from ▮▮▮ Competent help simply didn't exist. I know. I tried to find it. In the past few years, ▮▮▮ runs a program for male survivors of ▮▮▮ that I worked with over a few years.

I am deeply grateful to the ▮▮▮ taught me how to better manage my life and the trauma I experienced. But it never goes away. It's a continuing struggle.

Nevertheless, no more denials. No more hiding. I never imagined that the world would ever be ready to hear us. I think that time has finally come.

I and many others like me have paid a heavy price for the irresponsible and, frankly, disgusting, behaviors of Scout Masters and BSA agents complicit in it. It is not asking too much that they be held accountable and responsible for bringing so much shame upon the organization and so much pain to those of us who once gave them our unquestioning trust.

Scouting was meant to instill pride and integrity in boys and young men. I wish I could say that Scouting was a positive force in my life. I cannot.

May men such as us never again have to enter your courtroom with the Scouting baggage we carry.


Sincerely,



.