

FILED
2021 MAY -6 AM 9:53
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

To whom it may concern

Regarding the Boy Scouts of America and my case of ▇▇▇▇

This happened ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

The valley is close to the ▇▇▇▇▇▇▇ We were a family of 6, 5 girls and 1 boy. We were very humble and poor, and my mother worked hard to support us. My father left when I was 5 years old which left my mother as a single parent to raise and provide for us.

As the years went by I was a very lonely child. I only had one friend named, ▇▇▇▇▇ He invited me to join the BSA. My mother gave me permission to join and I was excited to make new friends. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ That night we had a talent contest and I decided to sing and dance since that was my talent.

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

I went to my tent and cried all night with fear in my heart. In the morning we all went on a hike. I was weak, I was confused, and could not concentrate. We built a fire and then we headed back to our tents. Once it was getting dark I saw my friend ▇▇▇ but never said anything about what happened to me. It was Saturday night and we were leaving the next day. I got up and walked to the ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ I was shaking

and scared. ▓▓▓▓▓▓▓▓▓▓ and I had no choice in the matter. Once it was over he ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

When I got home I didn't know what to say to my mother. She suspected something was wrong with me. I was in shock and kept everything to myself.

Years went by and I had to drop out of school due to the fear I had of him because he was in high school. I worked to help my mother. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Then I decided I needed ▓▓▓▓▓▓ and got it the next year. I then went into nursing school and got my degree as a nurse. I worked as a nurse and part of my life was strong but the other was weak. I continued with nursing for 30 years until my mother became sick. ▓▓▓▓▓▓▓▓▓▓▓▓ I took care of her for 2 years. I still did not have the courage to tell her what had happened to me all those years ago.

I felt so lonely after my ▓▓▓▓▓▓▓▓▓▓ I could not function as a nurse anymore. I felt my life was over and ended up having to go to rehab to recover. ▓▓▓▓▓▓ was getting worse as the years went by. I carried this secret with me till today as I am writing to you. This abuse will never go away, and no one will ever know the shame and hurt I feel. ▓▓▓▓▓▓▓▓▓▓ but they do not help with the memory of that horrific day.

Later, I moved to ▓▓▓▓▓▓ the pressure was killing me and I had to start a new life. I changed my name and became a new person. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ It's made me very strong as a woman and to continue to help and support others who need help like me. I am very close to my new family, the LGBT community in ▓▓▓▓▓▓ I am able to enjoy life and I'm happy God has supported me. I also have a family who understands me and supports me after I told them the story of my abuse as the BSA.

I am happy this case will open hearts and minds to people all over the world.

I pray someone will see my

letter and plead my case to the court.

Justice has to be served for all these people who were abused and I hope soon this will be over and the lawyers will continue to help as they are fighting for me.

God Bless America

