FILED
2021 MAY -6 AM 9:02
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lori Selber Silverstein
Case S.A- [redacted]

My Name is [redacted] I am dictating this letter to my wife as my writing and Reading is not very good.

I am 70 years old, I want to enlighten you on how one organization the Boy Scouts of America destroyed my life

When I was approximately 12 years old I joined the Boy Scouts of America, I was living at home with my Mother. This is when those terrible things started happening when I was 13 I was an usher at [redacted] living behind a Root Beer stand with a closet made from cinder blocks and a pipe, as my attitude wasn't right with my mother. I went home finally I moved to [redacted] Tp and went to [redacted] while they were

building [redacted]. I turned 14, school started on my birthday, at which time I became assistant mgr. for [redacted] stand. My mother told me to be home every evening by 9:00, so therefore I started closing at 8:30 so I could close and get home on time. Many times I had no ride to work or home. My mother wanted me home by 9 o'clock. The next night I went home my mother had put everything I owned in a card board box with a letter saying not to come in the house anymore and I Love you. We didn't speak for 33 yrs. She didn't understand me because my actions were not always what she thought they should be. I couldn't tell her or did I want to. I didn't know how to or did I want to, I didn't know how to tell her what my scout leaders did to me

The Boy Scouts leaders picked me up and everytime started

me. I continued to be picked up to go to Scout meetings by the same men

The scout masters name was
. I heard he now lives in Penn. I got out of Boy Scouts I quit and moved to Arkansas with my Uncle this was the only way to get away.

Trying to explain that part of my life to you is very difficult Trying to remember all of this it has always formed and ruined my life. and continues to do so what they did to me has always remained in my head.

My wife has been my support for 34 years. I have not had

When I was young and in the Boy Scouts, It was so difficult for me to trust any male or male figure, always wondering if they would do some of the same things that were done to me by the Boy Scout leaders. I was innocent, they took that away.

I am so ashamed sometimes I just want to hide my face, My stomach gets sick when I think of those men, and anything to do with the Boy Scouts

Your Honor I want to apologize for the language I used in this letter. I know now at 70 yrs. old my life will never be what people call normal because of my treatment in Boy Scouts

I appreciate you for being brought into this, and have to listen to this living story



Dear Mother,

I'am having a very good time at camp in crafts I made a bear face I will show you when I get home I can't think of much to say so I'll see you when I get home,

Love [redacted]


TYLER,
MAY 1
2 - PM
1964
TEX.
5c
U.S. POSTAGE


Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th floor
Wilmington, DE 19801
BREAST CANCER
FUND THE FIGHT. FIND A CURE.
USA
First-Class
2021
USPS