# APPENDIX A

The foregoing Objection to the Adequacy of Debtors' Disclosure Statement in Support of Second Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the Tort Claimants' Committee was filed by the following creditors who each filed a Sexual Abuse Survivor Proof of Claim and are represented by CUTTER LAW PC and ESTEY & BOMBERGER, LLP. The numbers below are the claim numbers for each creditor's Sexual Abuse Survivor Proof of Claim.

| | | | | |
|---|---|---|---|---|
| 68731 | 63950 | 28040 | 51888 | 28001 |
| 1161 | 63844 | 65621 | 61784 | 15969 |
| 17201 | 4466 | 65419 | 15719 | 9372 |
| 7600 | 51874 | 65454 | 28044 | 18539 |
| 65941 | 90281 | 11132 | 14254 | 13968 |
| 13495 | 71695 | 65449 | 17967 | 61939 |
| 60297 | 17826 | 51820 | 61802 | 65667 |
| 8445 | 14274 | 63905 | 8438 | 57604 |
| 51841 | 22730 | 65446 | 14581 | 13955 |
| 71721 | 63878 | 44300 | 65558 | 25718 |
| 65439 | 65475 | 71723 | 13947 | 51307 |
| 61670 | 17269 | 7277 | 28046 | 51782 |
| 63894 | 89524 | 6291 | 63863 | 16517 |
| 5506 | 27219 | 27999 | 61845 | 13975 |
| 57519 | 32169 | 23613 | 61837 | 25675 |
| 3398 | 14010 | 68323 | 4479 | 5511 |
| 65611 | 57530 | 25669 | 61927 | 51295 |
| 65378 | 65478 | 65424 | 25963 | 15244 |

| | | | | |
|---|---|---|---|---|
| 51749 | 57550 | 71641/89263 | 23646 | 65896 |
| 62000 | 57539 | 68326 | 65521 | 14020 |
| 51829 | 71248 | 63528 | 63836 | 4678 |
| 4298 | 65604 | 29095 | 14021 | 71869 |
| 60291 | 65956 | 63534 | 57555 | 5509 |
| 51763 | 89537 | 51741 | 66037 | 343-2604 |
| 63461 | 63499 | 71790 | 51307 | 9659 |
| 51182 | 51034 | 51111 | 20816 | 65490 |

| | | | | |
|---|---|---|---|---|
| 25960 | 57531 | 19441 | 64160 | 64153 |
| 16526 | 63497 | 89290 | 22683 | 64222 |
| 27217 | 63470 | 71852/92715 | 18530 | 1790 |
| 17207 | 17193 | 14270 | 28878 | 28042 |
| 71788 | 63512 | 93995 | 64168 | 3087 |
| 27338 | 15240 | 71885 | 51125 | 9719 |
| 4478 | 14510 | 28874 | 65657 | 13375 |
| 63501 | 4474 | 17294 | 25924 | 18580 |
| 57538 | 71819/92890 | 22526 | 29102 | 1423 |
| 57549 | 19970 | 63524 | 64175 | 51921 |

| | | | | |
|---|---|---|---|---|
| 343-2861 | 51169 | 164 | 23606 | 7281 |
| 3414 | 11040 | 51088 | 23606 | 9382 |
| 9113 | 343-2603 | 343-2609 | 65973 | 1279 |
| 89451 | 10777 | 51053 | 195 | 185 |
| 7492 | 9134 | 224 | 343-915 | 28023 |
| 343-2108 | 64240 | 64274 | 29096 | 5505 |
| 343-2851 | 3410 | 11355 | 6024 | 5508 |
| 9644 | 15248 | 4141 | 9689 | 51048 |
| 15259 | 89430 | 12199 | 9645 | 14579 |
| 343-2607 | 3408 | 64281 | 65910 | 3402 |
| 4223 | 2685 | 3400 | 1433 | 1406 |
| 51105 | 194 | 165 | 22153 | 51186 |
| 3020 | 229 | 17313 | 14279 | 1416 |
| 10420 | 2959 | 4291 | 5510 | 3305 |
| 64225 | 60252 | 51178 | 10176 | 64302 |
| 13559 | 64254 | 51151 | 1828 | 3823 |
| 9647 | 9098 | 64273 | 1441 | 4302 |
| 64258 | 186 | 5504 | 11059 | 9125 |

| | | | | |
|---|---|---|---|---|
| 51128 | 228 | 25632 | | |
| 3308 | 69262 | 1255 | | |
| 753 | 343-2602 | 12163 | | |
| 343-3261 | 5516 | 3022 | | |
| 741 | 1719 | 20828 | | |

| 472 | 343-2899 | 61581 | | |
|---|---|---|---|---|
| 13532 | 32037 | 13390 | | |
| 64326 | 1824 | | | |
| 17330 | 6025 | | | |
| 51132 | 51778 | | | |
| 18581 | 64382 | | | |
| 3822 | 63853 | | | |
| 71939 | 68534 | | | |
| 3307 | 3406 | | | |
| 89567 | 14243 | | | |