**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA and DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |
| | **Re: D.I. 2592 and 2594** |

## CERTIFICATE OF SERVICE

I, Bernard G. Conaway, Esquire do hereby certify that on May 6, 2021, I caused to be served a true and correct copy of the Cutter Law Claimant's *Objection to the Adequacy of Debtors' Disclosure Statement in Support of Second Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the Tort Claimants' Committee* as indicated on the attached Service List.

*/s/ Bernard G. Conaway*
Bernard G. Conaway, Esquire (DE 2856)

**SERVICE LIST - All By Email**

**Official Committee of Unsecured Creditors Counsel**

Kurt F. Gwynne, Esquire
Katelin A Morales, Esquire
*Reed Smith LLP*
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
Email: kgwynne@reedsmith.com
kmorales@reedsmith.com

Thomas Moers Mayer, Esquire
Rachael Ringer, Esquire
David E. Blabey, Jr., Esquire
Jennifer R. Sharret, Esquire
Megan M. Wasson, Esquire
*Kramer Levin Naftalis & Frankel LLP*
1177 Avenue of the Americas
New York, NY 10036
1177 Avenue of the Americas
New York, NY 10036
tmayer@kramerlevin.com
rringer@kramerlevin.com
dblabey@kramerlevin.com
jsharret@kramerlevin.com
mwasson@kramerlevin.com

**Debtors' Counsel**

Derek C. Abbott, Esquire
Andrew R. Remming, Esquire
Eric W. Moats, Esquire
Paige N. Topper, Esquire
*Morris, Nichols, Arsht & Tunnell LLP*
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Email: dabbott@mnat.com
aremming@morrisnichols.com
emoats@morrisnichols.com
ptopper@morrisnichols.com

Jessica C. Lauria, Esquire
*White & Case LLP*
1221 Avenue of the Americas
New York, NY 10020-1095
Email: jessica.lauria@whitecase.com

Michael C. Andolina, Esquire
Matthew E. Linder, Esquire
White & Case LLP
111 S. Wacker Drive, Suite 5100
Chicago, IL 60606-4302
Email: mandolina@whitecase.com
mlinder@whitecase.com

**Tort Claimants' Committee Counsel**

James I. Stang, Esquire
Robert B. Orgel, Esquire
James E. O'Neill, Esquire
Linda F. Cantor, Esquire
John A. Morris, Esquire
John W. Lucas, Esquire
*Pachulski Stang Ziehl & Jones LLP*
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19801
Email: jstang@pszjlaw.com;
rorgel@pszjlaw.com

**Future Claimants' Representative Counsel**

Robert S. Brady, Esquire
Edwin J. Harron, Esquire
Sharon M. Zieg, Esquire
*Young Conaway Stargatt & Taylor, LLP*
Rodney Square
1000 N. King Street
Wilmington, DE 19801
Email: rbrady@ycst.com
eharron@ycst.com
szieg@ycst.com

joneill@pszjlaw.com
lcantor@pszjlaw.com
jmorris@pszjlaw.com
jlucas@pszjlaw.com

**United States Trustee**

David Buchbinder, Esquire
Hannah M. McCollum, Esquire
*Office of the United States Trustee*
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
Email: david.l.buchbinder@usdoj.gov
hannah.mccollum@usdoj.gov