# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, <br><br>            Debtors. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> Jointly Administered |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Saul E. Wolf of Manly, Stewart & Finaldi to represent abuse victims in the above-captioned cases.

Dated: May 6, 2021

/s/ Andrew C. Dalton
Andrew C. Dalton, Esq.
Dalton & Associates
1106 West Tenth Street
Wilmington, DE 1906
Telephone: 302-652-2050
Email: adalton@dalton.law

## CERTIFICATION OF COUNSEL TO B ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California, US District Court for the Central District of California, US District Court for the Eastern District of California, US District Court for the Northern District of California, US District Court for the Southern District of California and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparations or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for the District Court Fund revised 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Saul E. Wolf
Saul E. Wolf, Esq.
Manly, Stewart & Finaldi
19100 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone: 949-252-9990
Email: swolf@manlystewart.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.