# APPENDIX A

The foregoing Objection to the Adequacy of Debtors' Disclosure Statement in Support of Second Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the Tort Claimants' Committee was filed by the following creditor who filed a Sexual Abuse Survivor Proof of Claim and is represented by Robins Kaplan LLP. The number below is the claim number for the creditor's Sexual Abuse Survivor Proof of Claim:

## Claim Number: SA-44313