Exhibit 3

CONFIDENTIAL RECORD SHEET
DIVISION OF PERSONNEL
B.S.A.

DATE  April 9, 1965

Full Name  ALLEN CLARENCE EWALT
          (No initials if you can possibly get full name)

Address  511 E. Boone Street

City  Marshalltown          State  Iowa

Age  24    Birth date: Sept. 16, 1940
          (This is important and should be exact)

Approximate age_____ (To be used ONLY when exact age is not known)

Religion Church of Christ          Nationality  U. S. Citizen

Occupation  Junior College Student
          Completely educated in Marshalltown School System - graduated high school-195
Education  Marshalltown Community College 1962 to 1965

Weight  150          Color  White          Height  5' 9"

Color of hair Light Brown          Color of eyes  Blue

Outstanding characteristics or interests 3 years U. S. Navy 1959-1962
Required psychological help in Navy, continues to need help in Marshalltown
Married or single  Single          Children
                              (Number, ages, and names, if possible)

Wife's name_____

SCOUTING CONNECTIONS:

| Unit # | City | State | Office | Date Reg'd. | Date resigned |
|--------|------|-------|--------|-------------|---------------|
| Troop 323 | GreenMountain, Iowa | | Scoutmaster | Dec. 1963 | July 1964 |

Special recognition_____

Recommended for Confidential File for following reasons:
Homosexual activities with the boys in the Troop

Signed _____
              Scout Executive

TSBSA010491

DYKES_I_011605



Co 606

**EVERGREEN AREA COUNCIL**
**BOY SCOUTS of AMERICA**

2530 Lombard Avenue  Everett, Washington 98201  •  (206) 259-6106

OFFICERS

James M. Hayes
*President*

George W. Miller
*Commissioner*

Lee A. Pintar
*Senior Vice President*
*Finance Division*

Loren Oliver
*Senior Vice President*
*Field Operations Division*

Larry G. Laycock
*Senior Vice President*
*Program Division*

Mike H. Armitage
*Vice President*
*Camping/Properties*

Deane W. Minor
*Vice President*
*Advancement*

Richard C. Smith
*Vice President*
*Training*

Vincent E. Ostlund
*Vice President*
*Activities*

Ferdinand A. Hall
*Treasurer*

George N. Petrie
*Assistant Treasurer*

Craig H. Reide
*Scout Executive*

December 10, 1987

Mr. Paul Ernst, Director
Registration Service, S108
National Office
Boy Scouts of America
1325 Walnut Hill Lane
P.O. Box 152079
Irving, Texas 75015-2079

Dear Mr. Ernst:

Attached are three confidential records that request the denial of membership in the Boy Scouts of America.

The sheet for Ewalt completes the paperwork where David Park verbally told me his registration had been denied by the registration service.

The Dunkin and Marker cases are new. In phone conversation Richard Harrington had been appraised of the cases.

When any additional information is developed on any of these individuals, it will be forwarded to the registration service.

In regard to any earlier denial of registration on Rod Bauder, he is now asking for a council review hearing and we are proceeding with the request as outlined in the Procedures for Maintaining Standards of Membership. He has retained an attorney and claims he'll take it all the way. I've talked with Ray Neal and Richard Harrington on this process. We do have a council attorney, Henry Newton, who is working with us on this case.

Sincerely,

Craig H. Reide
Scout Executive

CHR:prr

cc: Richard Harrington

TSBSA010492

DYKES_I_011606

Plaintiff's Exhibit 963
Page 2 of 2

# APPENDIX A

## CONFIDENTIAL RECORD SHEET

### REGISTRATION SERVICE
### BOY SCOUTS OF AMERICA

Date _11/24/87_

Social Security Number ███████

Full name _Allen  Ewalt_
(No initials if you can possibly get full name)

Address _5207  134  ST  SE_

City _Everett_ State _WA_ ZIP _98204_

Date of birth _09/ /40_ (This is important and should be exact.)

Approximate age _47_ (To be used ONLY when date of birth is not known.)

Religion _____ Nationality _____

Occupation _Navy disability –_

Education _____

Weight _approx 170_ Height _approx 5'7"_ Race _Caucasian_

Color of hair _sandy_ Color of eyes _blue_

Outstanding characteristics or interests _EMT. –was camp medical officer in 1984/5/8._

Married or single _Single_ Children _n/a_
(Number, ages, and names, if possible)

Spouse's name _____

*Scouting connection:*

| Unit No. | City | State | Position | Date registered | Date resigned |
|---|---|---|---|---|---|
| ① 8602 | Everett | WA | | 1985 | Current |
| 50132 | | | SA | 2/85 | Current |

Special Recognition _____

Suspended or denied registration for following reasons: _Lack of judgement_
_as a Scout Leader   alleged sexual advance to Scouts in_
_Scout Camp – See attached & refer to letter of May 21, 1987_
SPECIFY THE FACTS THAT LEAD YOU TO RECOMMEND DENIAL OF REGIS- _to David_
TRATION, AND LIST ATTACHED SUPPORTING DOCUMENTS (STATE ONLY _Park_
KNOWN FACTS, NOT RUMOR, CONJECTURE, OR SPECULATION):

Signed _____
Scout Executive

TSBSA010493

DYKES_I_011607

Plaintiff's Exhibit 964
Page 1 of 23

EVERGREEN AREA COUNCIL                                    BOY SCOUTS OF AMERICA

### ALLEN EWALT

Allen Ewalt's membership has been previously denied by registration service, and explanation as to why was set forth with documentation in a letter to David K. Park on May 21, 1987.

This is the paperwork to complete that process.

Ewalt's case has been under investigation with the Skagit County Sheriff's Department since late May. There has been no resolution from them as of this date, even though I have been in contact with Detective Ron Panzero on five different occasions during the interim period. It doesn't seem to be an actively worked case and I felt we could not wait any longer in sending in this information.

Ewalt has been given the standard letter that denies his membership in the Boy Scouts of America by the Council President and myself.

Any additional information will be forwarded.

TSBSA010494

DYKES_I_011608

June 30, 1987

Mr. Craig H. Reide
Scout Executive
Evergreen Area Council, No. 606

PERSONAL & CONFIDENTIAL                    SUBJECT:  Allen Ewalt & Rod Bauder

                                           *already on*
                                           *file since 65*

Dear Craig:

I just received a copy of your letter to David Park concerning the above-named
individuals.  This will be helpful to us in making certain we maintain files
on both of the individuals indicated.

Enclosed, you will find Confidential Record Sheets which you may use to
indicate the personal information on these two individuals.  This will be most
helpful in updating our files and in making certain we have the necessary
information for identification, should they move to another location and try
to register.

Please keep me informed.  I will review the Confidential Record Sheets and let
you know if there is other information which is necessary after the file has
been established.  Thanks for your help in protecting the youth of America.

Sincerely,


Paul Ernst, Director
Registration & Subscription Service

PE/cre

Enclosure

cc:  Western Region

                    *Rod Bauder*
                    *606  D8602.003377*
                         *S0052-011586*

                         *B/y  9/46*

READY TO FILE
JUN 30 1987
ERIN O'RILEY

TSBSA010495

DYKES_I_011609

Mill Creek, Wa.    98012
May 19, 1986

Craig Reide, Scout Executive
Evergreen Area Council
Boy Scouts of America

Dear Craig,

Last year at summer camp, there were two personal contact incidents involving Al Ewalt and boys from Troop #121. These incidents were brought to the attention of Tim Nicholson, Fire Mountain Camp Director and Bob Vasey, Program Director at a meeting at Fire Mountain. Present at that meeting were ████████████████ and ████████ At the request of the parents, Mr. Ewalt was asked to leave camp. With assurance from Mr. Nicholson and Bob Vasey that Mr. Ewalt would no longer be involved at Scout Camp, no further action was taken by the parents.

During a recent visit to the Council Office, we were surprised to see that Mr. Ewalt is still associated with Evergreen Area Council. Naturally, we are concerned, and expect to be assured that Mr. Ewalt will not in any way be involved in summer camp or other Scouting activities where he may be associated with youth in an unsupervised capacity that could precipitate further incidents.

On behalf of the parents of Troop #121, I would appreciate your help in this matter. Please let me know if you need further information.

Sincerely,

████████████████████

Committee Chairperson, Troop #121

TSBSA010499

DYKES_I_011610



# EVERGREEN AREA COUNCIL
## BOY SCOUTS of AMERICA

2530 Lombard Avenue  Everett, Washington 98201  •  (206) 259-6106

June 26, 1986

**OFFICERS**

James M. Hayes
*President*

George W. Miller
*Council Commissioner*

John D. Woodward
*Senior Vice President*
*Program Division*

Lee A. Pintar
*Senior Vice President*
*Finance Division*

Larry G. Laycock
*Senior Vice President*
*Administration Division*

Loren Oliver
*Senior Vice President*
*Field Operations Division*

Robert J. Steinburg
*Treasurer*

Craig H. Reide
*Scout Executive*

Committee Chairperson, Troop 121

Mill Creek, WA 98012

Dear ▮

I'm responding to your letter regarding Al Ewalt.

Having been a part of the discussion with Al Ewalt last summer at camp along with Dr. Leeon Aller and Tim Nicholson, I'm aware of the agreement between Ewalt, the parents and the council.

You can be assured that Ewalt will not be a part of the staff at summer camp this year or anytime in the forseeable future.

I just reviewed the file from last year and the agreement between the concerned parties. It was agreed that if Ewalt left camp, the parents wouldn't press charges with the proper county authorities.

This solution removed Ewalt from camp but it didn't allow for any investigation by the county authorities. Without an official investigation that would lead to charges being filed against Ewalt, the council and the Boy Scouts of America are in no position to deny Ewalt registration and involvement with other Scouting activities. The basic premise is that a man is innocent until proven guilty. Any other implications can lead to the potential of defamation of character charges.

This is a very difficult and tenuous situation, which I'm sure you would agree with. Be sure that the BSA will not tolerate a person proven to be a child molester to be involved with the Scouting program.

On behalf of our council I hope this provides a satisfactory answer to your letter.

Sincerely,

Craig H. Reide
Scout Executive

CHR:prr
cc:  Jim Hayes, Council President
     Henry Newton, Council Legal Advisor
bc:  Tim Nicholson
     Robin Johnston

TSBSA010500

DYKES_I_011611



Wed 17, July, 85
as told to mrs. ████ by ████

Pulled covers down, tickled him around
bladder, asked how long he could tickle
him there until he had to go to the
bathroom.

yes Said he was running out of ice packs
because he had to put one on the
ankle and crotch – (touching both place
three times.)

No Said that he but if he tied a
string around hip area (running hand
across hip and crotch) area & that it
would give him (patient) a high Ike

No Took rectal temperature twice during th
night, for pulled ligament in foot.

? Another Dr. was going to come and
examine child foot. Dr. Al pulled covers
off exposing child and told him that
was what other dr. would do.

Dr. Iceson Aller & B 624 Ave "D" Sno – 568-155
R 568-7880

TO: BOB VASLIE

FROM ████████

EVERETT. WA

9820⁴ ████████

████████████

TSBSA010502

DYKES_I_011613

ok to share with appropiet 8:35 pm.
persons.
BV.

1ST Day at Summer camp I. went to THE swimming Beach TO DO a Swim ming Tag. And one of THE staff THAT worked at THE HEALTH Lodge was als working down at THE swim beach at THIS Time, So I Had my shirt off And ready to Do my swim Test and He saw my soar on my chest (my soar was about an inch in *Diamter and about 3 To 3½ inches Long)so He told me to go to THE DOCTORS office some Time THAT Day, So I Told Him I would, BUT I DID nt Because I Had so many THings To Do As S.P.L I forgot To go THere. So I went 3 Days Late (And THe soar wasn't Infected or any THing IT was fine, I had Had IT for several weeks Before Cam And IT never Bothered me Then, so WHy should IT Bother me now) well THe 4Th Day at Camp I went To The Doc's office And Shower Him my soar And He said IT was Looking Bad, BUT THe funny THing IT wast even Red, OR Infected, So He said we would Have To PUT TH miodine or something on IT.(THE Co

TSBSA010503

DYKES_I_011614

2

Was yellow AND at This time I didn't
Know He was A fag, so He put it
on AND we got in a conversation
Like what rank are you? AND other
normal questions like is summer camp
fun so far?, ect. And at this Time He
HAD me laying on my back, AND all
I HAD on was a pair of loose the slic
-s. AND socks + shoes (because of hot
weather) AND I watched Him becau'
He kept looking down a my mid sa
tion on my body (the penis area)
AND He kept licking the side of his
mouth, so I start get frustrated
AND THEN He put a BandAID on m'
chest AND told me to come back
when it starts getting infected, S
I left (this was in the morning of
breackfast) so I went on doing
my fun activities Then it was
time to go back to our camp site
so I went back, AND we Have a
troop flag for our troop, so
I was going to put it up on to
a our dinning fly so when oth'
troops walk by, they could see our
Awesome flag, so I tyed it it'
And started to come back D'

3

AND I, POKED MY LEG ON A RUSTY NIO
AND IT STARTED TO BLEED, SO I WE,
BACK UP TO THE DOCTORS OFFICE TO
SEE IF SOME-ONE COULD RIGHT AFTER I
BANDAID MY LEG SO IT ACCEDIENT
WOULDN'T GET INFECTED FROM THE
RUST, AND SO DOC WAS THERE AND
HIS ASSESTANTS, AND HE ASK ME
HOW IDID IT, AND TOLD HIM, SO
HE STARTED TO SCAK MY LEG WIT
EPSON SALT, SO THE DOC TOLD
HIM TO PUT THIS DOWN IN THE LOG
THEN, THE DOC WENT TO THE BATH
ROOM OR SOMEWHERE ELSE, OR
THE ASSISTANT THERE TOL, ME TH
DOC OLIBIS ON THE GAY SIDE, AND
TO WATCH OUT, THEN HE TOOK A
LOOK AT MY PHYSICAL SHEET AND
M/ MOM FORGOT TO PUT MY
TETNISHOT DOWN ON THE SHEET
S DOC THOUGHT I NEEDED MY
TETNISHOT, SOU HE PUT HIS HAND
ON MY ASS AND HE SAID WE E
GIVE 5HOTS IN THE ANAB, AND
THEN HE SIAD WE PUT IT IN
THIS SIDE AND GO THROUGH TH
GENTER (AND DRAGED HIS HAND
ACROSS MY ASS, AND THEN HE

TSBSA010505

DYKES_I_011616

Plaintiff's Exhibit 964
Page 10 of 23

4

STUCK on finger close By my BUTT HOLE, AND Then Drags IT aCR( THe OTHER enD of my BUT) METHIAM aND THEN OUT THE OTHER SIDE so one SIDE of your BUT DOESNT ge Lonky, AND He WOULD Kept STaNDIN There STaRiNG me RiGHT IN THE eyes, KNODiNG HiS HeaD anD LiC iNG HiS mOUTH, Then The SiaD my 5 miNiTes of SOaKiNG my Leg was UP, THEN He TOLD me I HaD TO REPORT eveRYTHING TO HiM eveRY TIME I wENT SWimmiNG or got my Leg weT, THEN He SiaD IF I DiD'NT He WOULD TaLK TO ONE of His FRIENDS TH( WORK aT The evereTT OFFiCe TO MaKe SURE I DiD'NT MaKe LiFe (RONK), (AND aT THiS Time I SiaD iN my MiND BULL CRUD He CaN'T DO THaT) THEN He SiaD yo THiNGK i'm KiDDEN DON'T YOU, T( He SaiD i'm NOT (iN a SERiOUS T OF VOICE) So THEN THe BaNDai my Leg UP AND SaiD i COULD go SO I LeFT, THaT NiGHT iT waS O.A. TaP OUT, SO i LeFT AND PART of THE O.A. DeaL woS TO SL(

Off IN THE WOODS BY your self
SO THEY SHOWED ME a SPOT AND
I SLEEPED THERE ALL NIGHT, AND
IN THE MORNING I HAD GOT A
MASS SMALLRASH ON MY CHEST RIG
BY MY OTHER SOAR, SO I TOLD
MY O.A COUNSELER AND HE SAID
I SOULD GO TO THE HEALTH LODGE
SO I WENT THERE HE SAID I HAD T
TAKE A SHOWER (BUT WHY WOULD
I HAVE TO TAKE a SHOWER OVER
a LITTLE RASH STUPID IF YOU ASK
ME) HE TOLD ME IF I DID'NT HE
WOULD PULL ME OUT OF THE O.A.
CERMONY (AND AGIAN I SAID TO MY
SELF HE COULD'NT DO THAT) SO I
GOT MAD THEN A ☐ STAFF DUDE
CAME IN AND WANTED TO GET SO
OF HIS STUFF OUT OF THE DRYER
I QUICKLY JUMP IN THE SHOWER
AND HE CAME BACK BEFORE I
DONE, AND THEN HE ASKED IF I
WAS DONE I TOLD HIM YES, TH
HE GOES LET ME CHECK FOR MY
SELF, AND I TOLD HIM I ALL RE
GOT ALL THE SPOTS, AND I HELD
THE SHOWER CURRTANDS BACK
So I ASK FOR THE TOWEL AND

TSBSA010507

DYKES_I_011618

Plaintiff's Exhibit 964
Page 12 of 23

He gave it to me, so I dried my self off And then i ask for my shorts, And then he x siad let me dry your back off And I told him I had a ready did that, And then he od darn I thought I got to do that job. What a gay guy.

So i put my shorts on And all the then I went up stiars And he sprayed my chest with something then i left, then the next day I came back because I got my leg wet, And he was in bed with his pants down nude with a towel over his mad section, And he wanted to see my leg, staff went in there with me so he wouldn't do an thing, so He asked to see my leg I but i over by the bed And he siad i looked infected (it was a very thiny is it red, it wasn't infected) he siad i would have to stay out of oia, the rest of the day, An i siad he couldn't do that, And

7

HE SIAD HE COULD, AND I TOLD him
I'M COME TH S far W THE DIA. CER
I'M STOPING NOW, THEN HE SAID
KAW YOU make DEALS, I SAID
YES HE SIAD O.K. TO MMORD
AFTER THE CEROMONY, DO YOU
PROMISE TO COME BACK SO I
COULD SEE IT, AND I SAID YES
THEN I HAD TO PULL MY LEG
AWAY FROM HIM BECAUSE HE
KEPT SQUEEZING MY LEG FIRMLY
STILL USING HIS LIPS, AND THEN
HE SIAD _____ LET M
SEE YOU LEG AGAIN, HE LOOK
AT IT A DI PATS MY ASS AND TO
TO THE ASSISTAND TO PUT MIO
DINE ON THE SCAR AND BAN
AID IT UP, SO THE ASSISTANT
DID THAT AND I LEFT. SO I
CAME BACK THE NEXT DAY
BECAUSE OF THE PROMISE I
MADE HIM BUT I CAME BACK
WITH A FEW BOYS TO WATCH
DOC C.LO WHILE HE BANDIADS
MY LEG THE ONLY THING
HE DID WAS PET AND SQUEEZ
MY BUTT AGAIN.

7-22-85

TSBSA010509

DYKES_I_011620



# EVERGREEN AREA COUNCIL

## BOY SCOUTS of AMERICA

### 2530 Lombard Avenue Everett, Washington 98201 • (206) 259-6106

OFFICERS

James M. Hayes
*President*

George W. Miller
*Commissioner*

Lee A. Pintar
*Senior Vice President
Finance Division*

Loren Oliver
*Senior Vice President
Field Operations Division*

Larry G. Laycock
*Senior Vice President
Program Division*

Mike H. Armitage
*Vice President
Camping/Properties*

Deane W. Minor
*Vice President
Advancement*

Richard C. Smith
*Vice President
Training*

Vincent E. Ostlund
*Vice President
Activities*

Ferdinand A. Hall
*Treasurer*

George N. Petrie
*Assistant Treasurer*

Craig H. Reide
*Scout Executive*

April 17, 1987

Merrybeth Woods
Child Protection Service
Division of Child Family Services
840 N. Broadway
Building A - 3rd Floor
MS: N31-10
Everett, WA 98201-9986

Dear Ms. Woods:

This letter is a followup to our phone conversation regarding two concerns of people being accused of child molestations.

The first person accused is Rod Bauder of Sultan, and you'll be in touch with George Dodge who knows Rod and has more detailed information regarding this situation.

The second person accused is Allen Ewalt, and you recorded his address over the phone. Attached is the original letter (I kept a photo copy) written at the time by one of the Scouts ▓▓▓▓ There is also a letter from ▓▓▓▓ and my reply that could prove helpful. If you need the names and phone numbers of some of the people mentioned, I'll be happy to share what we have.

There is another note given to us by ▓▓▓▓ as told to her by a Scout named ▓▓▓▓

We appreciate your help by checking further into these situations. Our desire is not to accuse anyone unjustly because that can be unfair and harmful to them, but at the same time to protect children in and out of Scouting and our organization.

Sincerely,

Craig H. Reide
Scout Executive

CHR:prr

TSBSA010510

DYKES_I_011621

Plaintiff's Exhibit 964
Page 15 of 23

December 31, 1980

PERSONAL AND CONFIDENTIAL

Mr. Loree Parker
Council Executive
Evergreen Area Council, No. 606

     Re:  Allen C. Ewalt

Dear Loree:

Thank you for your letter of December 17th, concerning Allen C. Ewalt.
We will abide by your recommendation to register Mr. Ewalt on probation.
I do not feel justified, at the moment, to destroy his entire file.  If
you find no reason for any concern in the next two or three years, we shall
seriously consider eliminating the file from our complete records.

We realize that the error which Mr. Ewalt made occurred in 1964 or 1965, and
that many years have passed, since that time.  I hope you find continued
success in his Scouting relationship.

Please, keep me informed if you have any further questions.

Sincerely,


Paul I. Ernst, Director
Registration, Subscription &
Statistical Services

pb

cc:  Western Region

TSBSA010511

DYKES_I_011622

# Evergreen Area Council

BOY SCOUTS OF AMERICA, Inc. • 1616 Hewitt • Suite 202 • Everett, WA 98201 • (206) 259-6106

PRESIDENT
**ERIC HAMMERQUIST**
EXECUTIVE VICE PRESIDENT
**LOREE PARKER**
COUNCIL EXECUTIVE
**DENNIS DODY**
TREASURER
**TED CARPENTER**
VP DISTRICT OPERATIONS
**CHRIS SIEVERS**
VP FINANCE
**DR. RODNEY HERMES**
VP MANPOWER
**DON YOCOM**
VP ADMINISTRATION
**DR. JOHN TOMLINSON**
VP CUB PROGRAM
**ROBERT SCHUCHMAN**
VP SCOUT PROGRAM
**ROBERT LINDBOE**
VP EXPLORING
**RALPH LANGER**
VP RELATIONSHIPS
**JIM MOCK**
COMMISSIONER

December 17, 1980

Paul Ernst
Director, Registration Service
National Office, BSA
P.O. Box 61030
Dallas/Fort Worth Airport
Texas  75261

Dear Paul:

As you and I discussed on the telephone we have met with Allen C. Ewalt and confronted with him the question if he was knowledgeable of the basis for his being denied registration with the Boy Scouts.

He indicates it was a dumb mistake he made several years ago and has done nothing since that time to warrant his denial of registration.

He has been registered in Evergreen Area Council for six years. During that period of time he has been involved at unit level, served as Camp Commissioner, Camp Health and Safety officer, attended National Camp School, attended Woodbadge and has organized units.

Several professional staff members to include the Camp Director, know him very well and have had many types of contact with him. There is no evidence that there is any basis for not reinstating him as a registered Scouter with this council.

Sincerely,

Loree Parker
Council Executive

LP:law

F. STARON

DEC 22 1980

THIS COUNCIL RECEIVES FINANCIAL ASSISTANCE FROM THE SNOHOMISH COUNTY UNITED WAY

The United Way

TSBSA010512

DYKES_I_011623

April 20, 1965

Mr. Melvin Tudor
Scout Executive
Tall Corn Area Council, No. 177        PERSONAL AND CONFIDENTIAL
                                       Re:  Allen Clarence Ewalt
                                       former Scoutmaster, Tr. 323

Dear Mr. Tudor:

    Thank you very much for your confidential record sheet
of April 9, and the enclosed report from Mr. Stanley Stevens,
District Scout Executive, concerning Allen Ewalt.  We have
placed this information in our file.

    This information will enable us to identify Mr. Ewalt
should he ever again attempt to register in the Scouting
program.

                                       Sincerely yours,
                                       PERSONNEL DIVISION


                                       Howard Boyd
                                       Director of Registration

HB/clr

TSBSA010513

DYKES_I_011624

December 12, 1980

Council Executive
Evergreen Area Council
Boy Scouts of America
Everett, Washington

Loree Parker:

For the past six years I have been a registered Scouter in the Evergreen
Area Council.  During that time I have done the following:

    Scouting Coordinator and Committee Chairman Troop 21  ( 1975 - 1978 )

    Unit Commissioner of A.D.C.  ( 1977 - 1980 )

    ASM Troop 120  ( 1979 )

    Completed Scout Leaders Training

    Completed Wood Badge

    Earned Scouter Award and Scouter Key

    Went to Fire Mountain with troops as SM or ASM  ( 1975 - 1979 )

    Served as a Commissioner at Fire Mountain 2 weeks  ( 1979 )

    Attended National Camping School  ( 1980 )

    Served on the staff for Commissioner training and Silver Cedar  ( 1980 )

    Served as Camp Health Officer for five weeks  ( 1980 )

    Elected to Order of Arrow  ( 1977 )

    Helped organized Pack 91 and Troop 120  ( 1979 )

I hope that the things that I have done in Scouting for the past six years
will show that I am a dedicated Scouter and try to live by the ideals of
Scouting.

Please consider the above things, and if possible reinstate me in Scouting.

                                    Thank you,

                                    Allen C. Ewalt
                                    Allen C. Ewalt

TSBSA010514

DYKES_I_011625

*Evergreen Area Council*

BOY SCOUTS OF AMERICA, Inc. • 1616 Hewitt • Suite 202 • Everett, WA 98201 • (206) 259-6106

PRESIDENT
ERIC HAMMERQUIST
EXECUTIVE VICE PRESIDENT
LOREE PARKER
COUNCIL EXECUTIVE
DENNIS DODY
TREASURER
TED CARPENTER
VP DISTRICT OPERATIONS
CHRIS SIEVERS
VP FINANCE
DR. RODNEY HERMES
VP MANPOWER
DON YOCOM
VP ADMINISTRATION
DR. JOHN TOMLINSON
VP CUB PROGRAM
ROBERT SCHUCHMAN
VP SCOUT PROGRAM
ROBERT LINDBOE
VP EXPLORING
RALPH LANGER
VP RELATIONSHIPS
JIM MOCK
COMMISSIONER

December 3, 1980

Paul Ernst
Director of Registration Service
National Office, BSA
P.O. Box 61030
Dallas/Fort Worth Airport
Texas  75261

Dear Paul:

I refer to the letter from your office denying the continued registration of Allen Ewalt, a member of this council.

The notification was delivered to him as per instructions in your letter.

He is not aware of any reason for which his registration should be denied nor do we since we have received no prior inquiries or denials of past registration.

I have been the Council Executive here for over three years and he has maintained continued registration during that period.

During my three years tenure there has been no basis for denying him registration. He has served as an assistant Scoutmaster, a Unit Commissioner and a member of Camp Staff.

The basis for his writing your office was to determine the reason for denying his registration.

He has asked how he might be re-instated and according to the procedure outlined in the Registration Manual the Council President needs to appoint a committee to review his request.

It seems to me somewhere along the line either the individual or we should be told the reason for denial of his registration.

Sincerely,

Loree Parker
Council Executive

*Mr. Ernst
spoke to him by
phone 12/9/80*

F. STARON

DEC 8 1980

THIS COUNCIL RECEIVES FINANCIAL ASSISTANCE FROM THE SNOHOMISH COUNTY UNITED WAY

The United Way

TSBSA010515

DYKES_I_011626

4 5 8 2 7 3 1 3 1 8 8

## ENROLLMENT REPORT

| REG. NO. | CNCL. NO. | DIST. NO. | NATL. UNIT NO. | LOCAL UNIT NO. | REGIS. TERM | EXPIR DATE |
|---|---|---|---|---|---|---|
| 6 | 606 | 2 | 8602 | xxx | 12 | 7/8 |

REGISTRATION AND BOYS' LIFE FEES          BOYS' LIFE

| | | $ |
|---|---|---|
| | Boys | |
| .5 | Adults | 16.00 |
| | Boys' Life | |
| | Total | $ 16.00 |

Term ____ First issue ____ Last issue ____
months          month year          month year

REGISTERING A TOP UNIT LEADER ☐ Trained ☐ Not trained ☐

Receipt No. ____ Date ____
(FOR LOCAL COUNCIL USE)

COUNCIL NAME IF SUBMITTING COUNCIL OR DISTRICT SCOUTERS

Staple all individual applications for 1 unit to
upper-left corner with this form on top. For
council/district Scouters, use 1 report for
each district.

28-412          Transmittal Number          BOY SCOUTS OF AMERICA

ADDRESS—STREET OR R.F.D.

5 2 0 7   1 3 4   S T   S E          ✓          ☐ NEW LEADER   ☒ FORMER LEADER

COLLEGE SCOUTER RESERVE – USE YOUR MAILING ADDRESS AT COLLEGE.

| CITY | STATE | ZIP CODE | SEX | AGE |
|---|---|---|---|---|
| EVERETT | WA | 98204 | M | 39 |

337-6794   6/12/80          PREVIOUS SCOUTING BACKGROUND          COUNCIL
HOME PHONE   DATE

Retired Navy          Allen E. Gault
OCCUPATION, EMPLOYER, AND BUSINESS ADDRESS          SIGNATURE—SEE COVER

| REGISTRATION FEE | BOYS' LIFE FEE | TERM (MONTHS) | UNIT EXPIRATION DATE | |
|---|---|---|---|---|
| | | | MONTH | YEAR |
| $ 5.00 | $ 3.60 | 12 | 7 | 81 |

☐ If applicant has an unexpired membership certificate,
registration may be accomplished in this unit by a payment
of 50 cents for processing the transfer. Check the box and
attach certificate. It will be returned by the council.

APPROVAL—SEE COVER

FOR COUNCIL USE

NATIONAL CC

TSBSA010516

DYKES_I_011627

Allen C. Ewalt
5207 - 134th St. S.E.
Everett, WA 98204

November 20, 1980

Mr. Paul Ernst
Registration
Boy Scouts of America
Box 61030
Dallas/Fort Worth Airport
Texas 75261

Sir:

For the past six years I have been a registered Scouter serving either
as a Troop Committee Chairman or as a Commissioner. Last night I was
told that the National Office had written a letter to the local council
stating that I would not be allowed to be registered this year. May I
ask why, after having been registered for the past six years that this
is happening now.

I would deeply appreciate your help in this matter.

Sincerely yours,

Allen C. Ewalt

F. STARON

NOV 25 1980

TSBSA010517

DYKES_I_011628

November 12, 1980


Mr. Loree S. Parker
Scout Executive
Evergreen Area Council No. 606

SUBJECT:    PERSONAL AND CONFIDENTIAL

Allen C. Ewalt

Dear Loree:

You recently sent us the Scouter application for Allen C. Ewalt, 5207 134th
Street, Everette, Washington to serve as Commissioner, in Unit 8602. We
regret to inform you that we cannot accept Mr. Ewalt's application.

When informing Mr. Ewalt about this, simply tell him that the National Council
does not wish to accept his registration in the Boy Scouts of America. If Mr.
Ewalt should raise any questions as to reason, you might indicate to him that
registration in the Boy Scouts of America is a privilege and not a right and
that the National Council reserves the prerogative to accept those individuals
it feels will best serve the intrests of the organization.

We are herewith enclosing a credit notice of $5.00. Please delete Mr. Ewalt's
name from your records.

Sincerely,

Paul I. Ernst, Director
Registration, Subscription
And Statistical Service

fks

TSBSA010518

DYKES_I_011629