Exhibit 4

CERTIFIED COPY

# In The Matter Of:

*D.D.*

*v.*

*BOY SCOUTS OF AMERICA, ET AL.*

---

██ M████████ █████ M███████████ -

*Vol. 1*

*January 6, 2014*

---

**MERRILL CORPORATION**
**LegaLink, Inc.**

225 Varick Street
10th Floor
New York, NY 10017
Phone: 212.557.7400
Fax: 212.692.9171

████████████████████████ - 1/6/2014

1    there and you were doing training he was always

2    rubbing your back, and rubbing your bottom, and your

3    arms, and just real -- it was weird.

4            And I'll explain that.  There was one time

5    when he was teaching me how to teach the swimming

6    merit badge.  And we were down at the swim beach, and

7    there was a bunch of scouts there taking the merit

8    badge.  And he was talking about hypothermia.  And

9    Charlie said the best way to deal with hypothermia if

10    you're in the water is to put your hands down your

11    shorts.  And he put his hands down my shorts and

12    grabbed my stuff.  And I jumped back and said, whoa.

13    I mean, this is in front of everybody.  And that's

14    just -- it wasn't good.  That was a bad thing that I

15    had happen at scout camp.

16            You know, overall, scout camp was fun.  I

17    made a lot of good friends.  I have a lot of good

18    friends today that I met in scout camp.  We talk.  You

19    know, most of us are all over the country, but we talk

20    once in a while.  Send Christmas cards.  That was a

21    bad experience.  I told Jack Siegal, the camp director

22    at the time, what had happened.  And he said, "Oh,

23    it's not that big of a deal."  And so, you know, as a

24    14-year-old boy away from home for the first time, I

25    figured maybe it isn't a big deal.  And I just let it

██████████████████████████████ - 1/6/2014

1    go.   And it continued -- stuff like that continued to
2    happen not just to me but to other boys.
3         Q.    What was the next -- well, did Charlie
4    Grewe touch your genitals again?
5         A.    Yeah.
6         Q.    Well --
7         A.    Well, not again but just that one time.  I
8    was smart enough to stay away from him.  I actually
9    asked to be moved over to the boat beach.  The swim
10   beach was here, the boat beach was here (indicating).
11   So I literally had distance away and tried not to be,
12   A, alone with him, and B, with him at all.
13        Q.    So if I understand it, this was in 1979?
14        A.    Correct.
15        Q.    You were a counselor-in-training?
16        A.    Correct.
17        Q.    And Charlie Grewe was teaching you how to
18   teach the merit badge?
19        A.    Correct.
20        Q.    And were you in the water?
21        A.    No.  We were both standing on the dock.
22        Q.    And how many scouts were present?
23        A.    Seven or eight.
24        Q.    And that was when he stuck his hands down
25   your shorts?

```
 1        A.    Right in my shorts.
 2        Q.    In front of seven to eight scouts?
 3        A.    Correct.
 4        Q.    And how soon thereafter did you go talk to
 5   Jack Siegal?
 6        A.    That afternoon.
 7        Q.    And did you go into his office?
 8        A.    I did.
 9        Q.    And what did you tell him?
10        A.    I told him exactly what happened.
11        Q.    And what did he say?
12        A.    He said, "Oh, it's not that big of a deal.
13   Don't worry about it.  It's just" -- he just blew it
14   off.
15        Q.    Do you know if he did anything thereafter
16   with respect to Mr. Grewe?
17        A.    I don't know if he did anything.
18        Q.    Did you tell your parents?
19        A.    I did not.
20        Q.    Why didn't you tell your parents?
21        A.    I was embarrassed.  And honestly, I figured
22   that it was being dealt with.  I mean, I thought I
23   could deal with it.
24        Q.    Did you talk to any of your -- did you talk
25   to your tent mate about what happened?
```

# In The Matter Of:

*B.M., D.M., and K.B.*
*v.*
*BOY SCOUTS OF AMERICA, ET. AL.*

---

K██████ B███████████- *Vol. 1*

*July 1, 2014*

---

**MERRILL CORPORATION**

LegaLink, Inc.

1345 Avenue of the Americas
17th Floor
New York, NY 10105
Phone: 212.557.7400
Fax: 212.367.6178

K███████ B██████████ - 7/1/2014

Page 42

1    Q   (By Mr. Squires) Your best memory is that
2  you had earned your Eagle by the time you completed
3  your counselor program?
4    A   Yes.
5    Q   And do you have a similar memory of where
6  your rank stood at the time you completed your CIT
7  program?
8    A   I'm not sure where I was when I completed
9  that.
10    Q   So you're more sure of where you were the
11  counselor year when you were 16; right?
12    A   Mm-hmm, yes.
13    Q   But you're less sure of where you were the
14  year before?
15    A   That's correct.
16    Q   After you completed your year as a -- your
17  summer as a counselor, did you continue to have
18  involvement in Troop 70 activities?
19    A   No.
20    Q   Now, did you completely give up any
21  involvement in scouting at that point, or did you
22  do, as I think you testified earlier, occasionally
23  respond to sort of consulting inquiries?
24    A   That's correct.
25    Q   So you were not an active member of the

Page 43

1  troop?
2    A   No, sir.  Really wasn't an active member
3  of the Boy Scouts at that point either.  Just kind
4  of answered questions for them and stuff.
5    Q   And is that because you had basically
6  taken the scouting program to its conclusion?
7    A   No.
8    Q   Did you make a conscious decision to cut
9  off your dealings with scouting?
10    A   Yes, I did.  After what happened, I just
11  decided that I was done.
12    Q   Okay.  Let's talk about that.  Your first
13  experience with improper conduct by a scouting
14  leader occurred during your CIT experience; is that
15  right?
16    A   Yes.
17    Q   And it was not something that happened
18  while you were at Fire Mountain as a troop member;
19  is that right?
20    MR. NAPPO:  Object to the form.
21    Q   (By Mr. Squires) Do you understand the
22  question?
23    A   No.
24    Q   All right.  You've testified that you
25  spent time at Fire Mountain in the sort of annual

Page 44

1  troop week?
2    A   Mm-hmm.
3    Q   And you've also testified that you spent
4  time at Fire Mountain has a CIT?
5    A   Yes.
6    Q   The abuse experience occurred while you
7  were a CIT?
8    A   Yes.
9    Q   Not while you were there on some troop
10  camp out or something like that?
11    A   Yes.
12    Q   Yes?  Let's make sure we have the right
13  answer.
14    MR. NAPPO:  Are you asking whether the
15  abuse happened during the week he was with his
16  troop?
17    Q   (By Mr. Squires) I'm asking --
18    A   As a camper, no.  As an employee, yes.
19    Q   That's exactly what I was asking.  Now,
20  your experience as a CIT was with Grewe; is that
21  right?
22    A   The abuse experience.  Yes.
23    Q   Describe for me as best you can what
24  happened.
25    A   Every year that I was up there, I tried to

Page 45

1  participate in what's called a mile swim.  And in
2  order to do that, they have to certify you as a
3  swimmer.  And they have at one point at the
4  beginning of the season before campers show up, they
5  would give us a swim test to see who could swim
6  and all that other stuff.
7         I went down to take my test and got
8  out of the -- I'd been in the water for quite some
9  time.  It's a lake, so it's nice and chilly.  And I
10  got out and I was shivering and I was cold, getting
11  ready to dry off.  And I was in my swim trunks and a
12  towel.  And Grewe came up to me and he said, "I
13  think you have hypothermia.  We need to check that
14  out for" various whatever -- I don't remember the
15  end of the sentence there.
16         And he's a large, ominous, bear of a
17  dude.  So I'm like, okay, that's fine.  I didn't
18  know what that entailed.  We went to the guard
19  tower, which had an empty area in the bottom of it
20  where they held life preservers and a bunch of other
21  stuff, but it was empty because the season was
22  starting, so it was empty.
23         And I walked in there and he followed
24  like -- not that it was a big room.  It was probably
25  five by five at its base probably.  And he stood in

12  (Pages 42 to 45)

K█████ B█████ - 7/1/2014

Page 46

1  the doorway and he took up the whole doorway.  And
2  said, "You look like you have hyperthermia."  He
3  kind of touched me on my shoulders.
4         Started moving his way around a
5  little bit.  He said the only true way to know this
6  is I'm going to have to check you down there.  And
7  he pointed towards me groin.  And kind of in one
8  deft motion he had both his hands down my pants down
9  below where my genitals were.
10        He had it down below there.  And he
11 reached and he grabbed both parts.  He grabbed the
12 shaft and the sack and as he grabbed the -- it was
13 very -- as he grabbed the sack he started to slide
14 one finger between my lower butt cheeks.
15        And I flinched and pulled away.  And
16 he was basically -- this is what we got to do.  And
17 he kind of tried to reach again, and I was like no.
18 And then he stood in the doorway for a minute.  And
19 I wasn't sure what was going to happen at that
20 point.
21        And he put his hand on my shoulder
22 again, and I kind of pulled way.  And then I just
23 said, hey, I got to go and kind of slid my way out
24 of the guard tower.  And he basically said don't say
25 anything about this.  It won't go well for you kind

Page 47

1  of thing.  And I walked away.
2         I went to -- I went right from
3  there -- I still had my swim trunks on and towel in
4  my hand, and went right from there to talk to
5  Armitage.  And told him basically what I just told
6  you.  And he told me -- first he told me don't worry
7  about it.  You don't want to say anything because if
8  you do, these kind of things are what takes a camp
9  down.  You don't want to take the camp down.
10        Bunch of kids will never know what
11 camping is like if you do that.  Plus you're 14, 15
12 or whatever, and he's an adult.  Who are they going
13 to believe, you or him?  It's going to be
14 embarrassing for you.  You don't want that.  You're
15 going to embarrass your family and everybody else.
16        I said should I talk to Jack about
17 it?  He said no.  I'll take care of it.
18    Q    So just a couple of follow-ups in all of
19 this.  First of all, Grewe told you that you should
20 keep quiet about this; is that right?
21    A    Yeah.
22    Q    And at least by that point you knew that
23 Grewe was -- whatever he was doing was not part of
24 the camp program?
25    A    Yes.

Page 48

1    Q    Did you have any other contact with
2  Armitage about this other than what you've described
3  to us?
4    A    No.  Matter of a fact, it felt like he
5  kept his distance from that point on from me.
6    Q    Do you have any reason to believe that he
7  did talk to Segal about it?
8    A    I have no idea.
9    Q    And did you talk to anyone else about your
10 experience besides Armitage?
11        MR. NAPPO:  Object to the form.
12    A    Not that I can recall.
13    Q    (By Mr. Squires) Did you talk to your
14 father?
15    A    No.
16    Q    Why not?
17    A    I was embarrassed.  You know, it was a
18 very embarrassing moment and a lot for a 14, 15 year
19 old to process.
20    Q    Did you have any contact with Grewe after
21 this experience?
22        MR. NAPPO:  Object to the form.
23    A    Define contact.
24    Q    (By Mr. Squires) Did you have any
25 conversations with Grewe about what had happened?

Page 49

1    A    No.
2    Q    Did you, for the remainder of your time as
3  a CIT, have to work in proximity of some sort to
4  Grewe?
5    A    Yes.
6    Q    And did you do that?
7    A    Yes.
8    Q    And did you have any other experiences
9  with Grewe that had a sexual connotation?
10   A    Not specifically like the first like
11 that -- like what happened.  But every time he
12 walked in the room for both -- basically not just
13 that season, whenever he was around, I was very
14 uncomfortable.  It was just a very uncomfortable
15 work environment.
16        I didn't -- I tried to remove myself
17 from the room.  Sometimes it wasn't the most
18 convenient thing to do, but I would just because the
19 counselors and staff would still eat in the mornings
20 and in the evenings at the dining hall.  I would
21 never eat with them.  I would eat in the back.
22        I didn't want to be near him or
23 around him.  I felt like it was just too -- I don't
24 know.  It felt real -- I don't know what the word to
25 put on it is.  Hostile is the only word I can come

13 (Pages 46 to 49)

# In The Matter Of:

*B.M., D.M., and K.B.*
*v.*
*BOY SCOUTS OF AMERICA*

_____

*B██████ M.██████ - Vol. 1*
*July 2, 2014*

_____

**MERRILL CORPORATION**
LegaLink, Inc.      1345 Avenue of the Americas
17th Floor
New York, NY 10105
Phone: 212.557.7400
Fax: 212.367.6178

▮▮▮▮▮▮▮▮ - 7/2/2014

Page 62

1    Q.  Now, at some point in your interaction with
2  Grewe in the tent, he abused you?
3    A.  Yes, correct.
4    Q.  When did that start?
5    A.  I would say we were in the tent together for
6  about a week and kind of just getting to know each
7  other.  He was really like the first adult that I've
8  ever really hung out with.  And I really -- it was -- I
9  really looked up to him.
10       And he -- you know, looking back on it, there
11  was a lot of inappropriate things that he did.  It began
12  with he would walk around naked.  And I had never really
13  seen an adult walk around naked before.  It wasn't
14  something that my parents did.
15       I think it just sort of -- I mean, this guy
16  really likes me.  He -- and he treated me really well.
17  He was the first guy that -- I mean, this sounds really
18  strange, but he was the first person that said I needed
19  to wear antiperspirant.  That's how intimate -- he was
20  very close to me physically presence-wise.
21       He was a very huggy kind of a guy.  A part of
22  who he was, especially on the beach, he would always
23  come up behind kids and drown them, like he was a
24  drowning person.  And that was always his thing.  You
25  know, "I want you to get away from me.  I want you to

Page 63

1  get away from me.  How would you get away from me in the
2  water?"  And he would just have you held.  And he was a
3  big guy.  And it just felt like -- I don't know.  It
4  felt like being closed off.  I mean, he was huge.
5       And there was an incident, I really remember,
6  where he reached around --he was naked.  He reached
7  around the front of me and grabbed my genitals.  And he
8  kind of played it off like a joke, but I -- that was the
9  first time he did something that was really -- I
10  thought -- I knew was wrong.  Like it was not -- yeah.
11  I -- so the first time he ever molested me
12  was probably shortly after that, where he reached around
13  me and grabbed me.  I would sleep on the top of my bunk,
14  on top of the sleeping bags.  And when I woke up and he
15  was sitting on the side of my bunk and he had his hand
16  in my shorts.
17       And I freaked out, and, "What are you doing?"
18  He said something about I was talking in my sleep or he
19  was trying to calm me down.  And I knew that was not
20  right because nobody had ever said that about how I
21  slept.
22       Then the last thing that he did to me -- that
23  happened twice, where I would wake up and he was
24  fondling me.
25       And then the last time Charlie ever did

Page 64

1  anything to me, I was laying on my bed, and he came over
2  to me onto the bed.  He turned me over.  I was naked.
3  He spread my legs open, he tried to open my butt and he
4  put his penis partially inside my anus.
5       I feel like I was being drowned.  I feel like
6  there was no other thing going on at that moment, that
7  all of life, everything, was just sucked out of me.  And
8  that ain't right.
9    Q.  And then what?
10    A.  I said, that's not right.
11    Q.  Let's go back over a couple of things here.
12    A.  Sure.
13    Q.  Do I understand that you had -- that you had
14  at least one sort of waking grab of your genitals from
15  behind?
16    A.  That is correct.
17    Q.  And then you had two fondling situations --
18    A.  He grabbed my penis, yeah.  Fondling --
19    Q.  These are the ones while you were asleep?
20    A.  No, I woke up when he -- I woke up and his
21  hand was on my -- I mean...
22    Q.  He was --
23    A.  "Fondling" doesn't sound right.
24    Q.  So he grabbed your --
25    A.  It's a word I used.  Sorry.

Page 65

1    Q.  And then you had at least a partially
2  accomplished anal rape?
3    A.  That's correct.
4    Q.  So are those all of the molestation
5  experiences that you had?
6    A.  Yes.
7    Q.  Now, in any of these experiences, was he
8  physically threatening towards you?
9    A.  Yes.
10    Q.  Which of those did you view him --
11    A.  All of them.
12    Q.  Okay.  Did he say anything to you?
13    A.  I think he just grunted.  He said something
14  afterward, like I -- the first case where he tried to
15  clean it up by saying, "I heard you were making some
16  noise so I came over here to see what you were doing."
17  And he had his hand on my genitals.  And then he tried
18  to tell me that it was because I was making noise and it
19  was upsetting him.  That was the only time he ever
20  offered an excuse.
21    Q.  Did you express your resistance to what he
22  was doing?
23    A.  Yes.
24    Q.  Did you do that each time?
25    A.  Yes.  I fought.

17 (Pages 62 to 65)

- 7/2/2014

Page 66

1    Q.   And he overcame your resistance?
2    A.   Yes.
3    Q.   But he didn't talk to you about what he was
4  doing and why?
5    A.   No.
6    Q.   Did he say anything to you about keeping
7  quiet?
8    A.   Yes.
9    Q.   Do you need to take a minute?
10    A.   No, I'm fine.  I would rather just get
11  through this.
12    Q.   What did he tell you about keeping quiet?
13    A.   "Don't ever tell anybody this happened."
14    Q.   Did he say anything else?
15    A.   No.
16    Q.   I take it you knew that he understood that
17  what he was doing--
18    A.   Yes.
19    Q.   --was wrong?
20    A.   Absolutely.  No question.
21    Q.   And you knew that this was not some part of
22  Scouting or something like that?
23    A.   That's right.  Well, I -- I got to tell you,
24  I don't know what he thought.
25    Q.   You don't know what he thought?

Page 67

1    A.   I don't know what he thought.  You asked me
2  if he knew it was wrong.  I have no idea.  I don't think
3  he does know what's wrong.
4    Q.   But there's no question in your mind that he
5  did not want what he was doing disclosed?
6    A.   That is correct.
7    Q.   Now, what did you do when you had this
8  experience with him?
9    A.   What did I finally do?  I didn't do anything
10  until he raped me.  And then I went to Mike Armitage the
11  next day and told Mike Armitage that I needed to get out
12  of that tent.
13    Q.   Did you tell Armitage why?
14    A.   I was in a state of shock and crying to
15  Mr. Armitage, and I just told him over and over that I
16  had to move.  He wanted to know, obviously, why.  I
17  couldn't tell him.
18    Q.   What did you tell him?  I mean, how far did
19  you go?
20    A.   I told him that "I really have to get out of
21  this tent.  I think that Charlie and I aren't getting
22  along.  I just feel like this is not going to work out.
23  I have to get out of the tent."  I don't know how much
24  sense I probably was making because I was really crying.
25    Q.   Did you say anything from which Armitage

Page 68

1  could infer that you were concerned about a sexual
2  assault?
3         MR. NAPPO:  Object to form.
4         THE WITNESS:  I -- you know, I think
5  that I -- I just think I -- I didn't have the language
6  to tell him.  I don't think I could have explained it to
7  him.  And I think I just wanted to not be that kid.  I
8  mean...
9    Q   (BY MR. SQUIRES)  What did Mr. Armitage tell
10  you he would do?
11    A.   He didn't say anything.  He said he would
12  work it out.  Right after that, though, I was moved from
13  the beach.  But that was a part of the rotation.
14    Q.   So that was an expected change?
15    A.   Yeah.
16    Q.   How about the sleeping arrangements?  Was
17  there anything --
18    A.   It didn't change.
19    Q.   Was there any change in Grewe's conduct?
20    A.   Yes.  He treated me like he hated me.
21    Q.   And when you say that, what do you mean?
22    A.   He just didn't -- you know, wouldn't talk to
23  me, wouldn't look at me, mumble stuff under his breath.
24    Q.   Did you ever pick up any of his mumblings?
25    A.   No.

Page 69

1    Q.   Did he touch you again?
2    A.   No.
3    Q.   Did you have any further conversations with
4  Mr. Armitage about what, if anything, he had done?
5    A.   No.
6    Q.   Did you tell anybody else what had happened?
7    A.   No.
8    Q.   I take it you didn't tell your father?
9    A.   No.
10    Q.   When did you first tell your father what had
11  happened?
12    A.   December 10th last year, my birthday.
13    Q.   Do you know whether Armitage is alive?
14    A.   I have no idea.
15    Q.   Did you ever talk to Mr. Siegel?
16    A.   Not about this incident.
17    Q.   Did you have some conversation with Siegel
18  about other issues relating to the camp?
19    A.   Oh, yeah.  I mean, he was -- he ran the
20  day-to-day operations so I would have saw him every day.
21    Q.   I take it you never talked to anybody at the
22  Boy Scouts of America about what had happened?
23    A.   No.  No, sir.
24    Q.   And you didn't seek anyone out at the council
25  either?

18  (Pages 66 to 69)

# In The Matter Of:

*STATEMENT UNDER OATH OF ANDREW JOSE TWINING*

_____

*A███████████T████████- Vol. 1*

*January 17, 2014*

_____

**MERRILL CORPORATION**

**LegaLink, Inc.**

225 Varick Street
10th Floor
New York, NY 10017
Phone: 212.557.7400
Fax: 212.692.9171

A█████████████████████████ - 1/17/2014

Page 25

1    Q.  Okay.  Right away?
2    A.  Yeah.  It was, like, right away.
3    Q.  What did you immediately tell your mom and dad what
4  had happened?
5    A.  Because I was angry, scared, frightened -- oh,
6  yeah -- violated, ashamed, all that stuff kind of all mixed
7  in together out of rage there.
8    Q.  Had your mom and dad told you to be careful of
9  people?
10    A.  No.
11    Q.  They hadn't warned you about molesters?
12    A.  No.
13    Q.  You just had a relationship with your parents where
14  if something happened like that, you'd go and tell your
15  parents?
16    A.  Yeah, pretty much.  Yes.
17    Q.  So you went and you told?
18    A.  Yes.
19    Q.  What was their reaction?
20    A.  They were shocked, but they believed me.
21    Q.  What happened next?
22    A.  My dad went down to the sheriff's in Lake Stevens,
23  had a chat with them -- this was all, like, the next day --
24  made a report.  And then he got started -- got on the phone,
25  started making phone calls to all the parents of the troop,

Page 26

1  went to their house, each one privately, talked with the
2  parents, talked with the boy in every household, asked them
3  if Charlie did anything like that to them.
4    Q.  And what happened next?
5    A.  All the boys said no, nothing happened, everything
6  was good.
7    Q.  Now, is this what your dad told you?
8    A.  This is what my dad told me.  I wasn't with him.
9    Q.  You didn't go along?
10    A.  I didn't go along.
11    Q.  Did your mom go along with him?
12    A.  I think she did.  No, no, no.  No, she didn't.  No,
13  because she was home with me, so my dad did it on his own.
14    Q.  So your dad went around to all the boys' houses in
15  the troop.  How many boys were there in the troop?
16    A.  About 13 kids, I think, roughly 13.
17    Q.  So your dad went around to all of the parents of all
18  of the boys, and your understanding is that all of the boys
19  that he talked to --
20    A.  Everyone in the troop.
21    Q.  -- said that they had never been touched?
22    A.  Yeah.  Never been touched.
23    Q.  So what happened next?
24    A.  Okay.  Then my dad went to the Boy Scouts of America
25  in Everett, the place in Everett, and he reported it to them,

Page 27

1  trying to get Charlie Grewe removed from the Boy Scouts, told
2  them what happened, blah, blah, blah, the whole nine yards.
3    Q.  Now, this is, again, what your father told you?
4    A.  (Witness nods head affirmatively.)
5    Q.  You weren't there?
6    A.  I wasn't there.  I think my -- I think my mom was
7  there that time.
8    Q.  Do you know who your dad talked to at the Everett
9  facility?
10    A.  No.  I'm sure my dad knows.  No, I don't know.
11    Q.  The facility in Everett, that would be --
12    A.  Yes.
13    Q.  -- the local council?
14    A.  Yeah, the one by the roller-skating rink, the
15  Skate Deck or whatever, Everett Skate Deck.
16    Q.  Did he tell you what the people at the Scouts said --
17    A.  Yeah.
18    Q.  -- when he reported it?
19       What did they say?
20    A.  They didn't believe it.  "Charlie wouldn't do that.
21  Charlie is not that kind of guy."  They didn't believe him.
22    Q.  And what happened next?
23    A.  My dad told them that he was going to withdraw.  He
24  didn't want to be no part of that program.
25    Q.  And did he do that?

Page 28

1    A.  Yep.  He quit.  Then he had one more meeting with
2  everybody in our troop, all together.
3    Q.  Were you at that meeting?
4    A.  No.
5    Q.  So this was a meeting --
6    A.  I was done.  By that time, I was all done.
7    Q.  This was a meeting of parents?
8    A.  Parents, yes.  My dad had another meeting with all of
9  the parents.
10    Q.  And what happened at that meeting?
11    A.  He let them know that he was no longer going to be a
12  Scoutmaster, he was going to be no more involved in the
13  Scouts; and if anybody wanted to take over the troop, they
14  were more than welcome.
15       And he let them know that Charlie Grewe was still
16  going to be in Scouting and that he was still going to be
17  part of the troop, and that was the end of that.  Because my
18  dad couldn't -- couldn't get Charlie Grewe removed.  That's
19  my best way of describing how that went.
20    Q.  Did you have any communication with Grewe after you
21  last saw him after the incident?
22    A.  Years later.  I just saw him.  I didn't talk to him
23  or nothing.  But it was only for, I don't know, roughly a
24  half hour or hour, maybe.  He was in the same room with me.
25  He was at the Everett courthouse.

██████████████ - 1/17/2014

Page 29

1    Q.  What was that for?
2    A.  I guess he raped a bunch of kids from the Edmonds
3  School District on a school bus.  So I was the only person as
4  a -- I was a character witness.
5    Q.  A character witness for who?
6    A.  For the Edmonds School District's lawyer, I guess.
7  The lawyer called me up, asked me if I would help testify
8  against Charlie Grewe, because he had molested a bunch of
9  kids in the school district, at an Edmonds school.  He was a
10  bus driver.  So I was just on the stand and just answered a
11  few questions.  Me and this one little boy was the only ones
12  that showed up.
13    Q.  So you testified.  Was this at Grewe's criminal
14  trial?
15    A.  Yeah, one of them, or the one.  I don't know.  I just
16  helped the Edmonds School District, is all I did.
17    Q.  And what were you asked to testify about when you
18  testified?
19    A.  They just asked me a few questions, what he did to
20  me.
21    Q.  Did anybody ever tell you that Grewe had resigned
22  from his Assistant Scoutmaster position?
23    A.  No, not that I know of.  I didn't hear nothing.
24    Q.  Now, when you looked at the statement that you gave
25  to the sheriff --

Page 30

1    A.  Yeah.
2    Q.  -- did you find anything that was not as you
3  remembered it?  In other words, is your memory of the
4  incident different from the statement?
5    A.  I -- I didn't get to see that.
6        MR. NAPPO:  He's talking about this (indicating
7  to document).
8    Q.  (By Ms. Squires)  That's what I'm talking about --
9    A.  Oh.
10    Q.  -- the 1981 statement.
11    A.  Yeah.  I looked -- I just -- I read that.  A couple
12  things are a little different, but...
13        MR. NAPPO:  Do you want him to go through it?
14        MR. SQUIRES:  Yeah.  I want to know what he
15  thinks of it.
16        THE WITNESS:  Let me see here.  I'll start from
17  the beginning.
18        (Discussion off the record.)
19        (Exhibit No. 1 marked for identification.)
20        (Recess taken from 4:56 to 5:00 p.m.)
21        EXAMINATION - (Continuing)
22  BY MR. SQUIRES:
23    Q.  You've had a chance to review the statement?
24    A.  Yeah.
25    Q.  And you've made some notes of what you think may have

Page 31

1  been different in the statement from the way you remember
2  things?
3    A.  Yeah.  The first page is pretty good, except for it
4  says, "We walked outside."  Well, probably what I meant is,
5  walked outside.
6        The poolroom was -- I walked into the garage where
7  they kept the fire trucks.  We were in there.  I was
8  basically -- I kind of walked -- kind of walking away, kind
9  of like hoping my dad was going to be in there.
10        And then -- because the way he was being, he made me
11  nervous.  I felt strange.  So I was kind of like trying to --
12  you know, trying to, like, get away from him, kind of.
13    Q.  Okay.
14    A.  But, basically, he was talking to me, just blah,
15  blah, blah, blah, blah.  You know, I just really didn't pay
16  attention much about what he was talking about.
17        I notice in here it said that he was talking about
18  church, religion, advancement, but I already had my plan all
19  set up of what I was going to do anyway.
20        Basically, I'll just start at the beginning, what I
21  remember.  I was in the poolroom.  I was shooting pool.  We
22  had a pool table in there.  I was just dinking around in
23  there.  I was by myself.  My dad went to the -- was going to
24  the grocery store, and he left me there by myself.
25    Q.  Was this as part of a Scout meeting or function?

Page 32

1    A.  It was.  It was the night of a Scout meeting.
2    Q.  So before the Scout meeting started, your dad dropped
3  you at the fire department and went to the grocery store?
4    A.  The meeting was already over.
5    Q.  Oh, okay.  So you had the meeting, and then he went
6  to the grocery store and left you there?
7    A.  Yeah.  I think what -- basically what happened, I
8  guess Charlie was talking to my dad and wanted to talk to me
9  about advancement or something.  He wanted to have a private
10  meeting with me, basically, I think, is pretty much what he
11  told my dad.
12    Q.  And your dad decided to let --
13    A.  Yeah.
14    Q.  -- you have the meeting?
15    A.  That's when my dad drove off to the store, and he was
16  going to be back after he got done.
17        So, anyway, I was in the back, shooting pool.
18  Charlie came in, started talking to me.  And I was
19  concentrating on shooting pool, cue -- cue -- pool balls.  I
20  really wasn't paying much attention to him.
21        And then he had me sit down at that table, and he was
22  talking to me.  And then, while he was doing his jabbering, I
23  kind of -- I was feeling a little uneasy.  I got up.  I
24  started to walk out of the room, into the garage, because he
25  was starting to give me the creeps.

**■ – 1/17/2014**

Page 33

1  Q.  Why was he starting to give you the creeps?
2  A.  Just stuff he was talking about.
3  Q.  What was he talking about?
4  A.  Asking me questions.
5  Q.  Like what?
6  A.  He asked me if I masturbated and stuff like that.
7  And he grabbed my leg a couple of times, my thigh.
8      But while I was in the fire station, I realized my
9  father wasn't there, so I turned around and I walked right
10  back into the poolroom, because I knew there was a side door
11  that went outside, and I knew it wasn't locked.
12  Q.  What happened after that?
13  A.  Okay.  So then he said, "Sit down here on the" --
14  "sit down on the chairs" again.  It looks like it was on
15  the -- but I didn't.  I just basically sat down and got right
16  back up.
17      I -- then I grabbed a pool stick.  I was going to
18  shoot some more -- act like I was going to shoot some more
19  pool balls.  I had a pool -- yeah, an aluminum pool stick in
20  my arm -- in my hand at that time.
21      And then he went to grab me like a bear hug, and then
22  he reached down and he grabbed my nuts.  And I was sitting
23  there jiggling, going like this (indicating).  And then he
24  picked me up to kind of keep me from getting away, and then
25  he set me down.  I was still jiggling, and I still had the

Page 34

1  pool stick in my hand.  And then I -- I think -- no.  He went
2  to grab me one more time, and he was trying to undo my pant
3  and grabbing me and stuff down there.
4      And when I broke free again, I just started -- I
5  whaled on him like three times with the pool cue, and I ran
6  out the door, side door, and I ran all the way to where my
7  dad was at the grocery store.  This all happened really
8  quick, bam, bam, bam.
9  Q.  So there are some considerable differences between
10  what you've said now and what you have written in this
11  statement.
12  A.  Yeah, I know.  My mom wrote this.  I didn't.  I
13  didn't know how to spell.  I was a little kid.  But that's
14  kind of how --
15  Q.  Did you tell all of these facts to your mother?  In
16  other words, did you tell your mother that you had hit him
17  three times with the pool cue?
18  A.  Yeah, a couple times, maybe three, something like
19  that.  It's just --
20  Q.  Where did you hit him?
21  A.  Like the shoulder, head area and the back.
22  Q.  Now, he touched your genitals once?
23  A.  Twice.
24  Q.  Twice.
25  A.  And he grabbed my leg, my thigh and leg, a couple

Page 35

1  times.
2  Q.  Did he touch your genitals outside of your clothes?
3  A.  Yes.  My clothes stayed on the whole time.
4  Q.  You said that he tried to unbuckle your pants?
5  A.  Yes.  I'm assuming that's what he was trying to do.
6  Q.  But he didn't succeed?
7  A.  He did not succeed.  I got lucky.  I just fought him
8  off, is all I did.
9  Q.  And again, you ran, ran out the door, and found your
10  father?
11  A.  Yeah.  I knew once I was running on foot, there would
12  be no way he could catch me.
13  Q.  Now, when you found your father, did you tell him
14  what had happened?
15  A.  Yeah, in the store.  I said, "Charlie Grewe is a
16  faggot.  He's a faggot."  I yelled it and screamed it in the
17  store.
18  Q.  And that started the process that you talked about --
19  A.  Yeah.
20  Q.  -- with your father --
21  A.  Yeah.
22  Q.  -- talking to the parents?
23  A.  Yeah.
24      That's kind of pretty much what happened.  That's
25  what I remember, anyway.

Page 36

1  Q.  Do you remember your parents talking to a lawyer
2  about all of this?
3      MR. NAPPO:  Object to form.
4      Do you mean a criminal lawyer?
5      THE WITNESS:  No.  No, he did not.  We just --
6      MR. NAPPO:  Sorry.  Hold on.
7      Are you speaking about in a criminal case?
8      MR. SQUIRES:  No.
9      MR. NAPPO:  Oh, okay.
10      THE WITNESS:  We just did the district attorney
11  thing, we did the courthouse, we did the cops, and then that.
12      Nothing ever came of it.  They didn't have a case.
13  They didn't -- I guess because it wasn't a full rape or
14  something, they just blew it off.  We had no leg to stand on,
15  I guess.
16  Q.  (By Mr. Squires)  So did your father or mother tell
17  you what happened after you filed the complaint with the
18  sheriff?
19  A.  Yeah, they did.  They told me they didn't have enough
20  evidence; they didn't have a bunch of stuff to even have a
21  case.  We were blown off.
22      I do remember somebody told my dad that they knew
23  Charlie Grewe, one of them knew Charlie Grewe, and they had
24  some sort of record, but they didn't have enough evidence.
25  Maybe that's what it was.  They did have something built up

# In The Matter Of:

## *STATEMENT UNDER OATH OF ROBERT RAY FRENCH*

_____



### *R██████ F████ - Vol. 1*
### *January 17, 2014*

_____

**MERRILL CORPORATION**
**LegaLink, Inc.**

225 Varick Street
10th Floor
New York, NY 10017
Phone: 212.557.7400
Fax: 212.692.9171

Page 41

```
 1   Q.  How long was Mr. Twining your Scoutmaster?
 2   A.  I believe two years, possibly less.
 3   Q.  And how long was ████████ your Scoutmaster?
 4   A.  Four months.
 5   Q.  And why did you quit?
 6   A.  The troop dissolved.
 7   Q.  And do you know why the troop dissolved?
 8   A.  Yes.
 9   Q.  Why did the troop dissolve?
10   A.  Because there was a lot of members that had quit.
11   Q.  Were you still a member when the troop dissolved?
12   A.  No.  I quit.
13   Q.  And why did you quit?
14   A.  Because I started using drugs.
15   Q.  So what year did you join the troop?
16   A.  I believe 1979.
17   Q.  When you were 13.  And then you were in the troop
18   until you were 15, so 1981?
19   A.  I believe I was 15 and a half.
20   Q.  So what year do you think you quit the troop?
21   A.  1981.
22   Q.  Did you have any discussions with your stepfather
23   about quitting the troop?
24   A.  No.
25   Q.  Did you just stop going?
```

Page 42

```
 1   A.  Yes.
 2   Q.  And he was Scoutmaster at the time?
 3   A.  Yes.
 4   Q.  And he never asked you why you weren't there?
 5   A.  I don't remember.
 6   Q.  Were any of your four friends in the Scout troop?
 7   A.  Brian Wegman was.
 8   Q.  How about --
 9   A.  And Arthur Davis.
10   Q.  Those two?
11   A.  Yes.
12   Q.  Did you like being in the Scout troop?
13   A.  Yes.
14   Q.  And did you like Mr. Twining?
15   A.  Yes.
16   Q.  Is it Twining or Twining?
17   A.  I believe it's T███████
18   Q.  Did you know ██████████
19   A.  Yes.
20   Q.  Was he a friend of yours?
21   A.  Yes.
22   Q.  Who were your other friends in the troop?
23   A.  Mike Worley, Harvey Wardell, another kid named Al.
24   don't remember his last name.
25   Q.  You stated that you started using drugs in 1981 which
```

Page 43

```
 1   is why you quit.  Was Arthur Davis using drugs?
 2   A.  I don't know.
 3   Q.  How about Brian Wegman?
 4   A.  I have -- I don't know.
 5   Q.  Who were you using drugs with?
 6   A.  Jeff Crowley, Terry Shultz, Troy Otis.
 7   Q.  Would you have --
 8   A.  Ken Stewart.
 9   Q.  Anyone else?
10   A.  Rick Arndt.
11   Q.  Anyone else?
12   A.  Glenn King, Mike Nissen.
13   Q.  Did your mother have any concerns that you were
14   running with a bad crowd?
15   A.  Yes.
16   Q.  Did she talk to you about that?
17   A.  Yes.
18   Q.  Did she try to do anything to separate you from the
19   bad crowd?
20   A.  Yes.
21   Q.  What did she try to do?
22   A.  She tried to have a discussion with me.
23   Q.  And did anything come of that discussion?
24   A.  Yes.
25   Q.  What?
```

Page 44

```
 1   A.  I was just told that you're going to mess your life
 2   up, you're going to -- I was warned.
 3   Q.  So how long was Grewe the Assistant Scoutmaster?
 4   A.  He was the Assistant Scoutmaster ever since I had
 5   joined.
 6   Q.  Was he the Assistant Scoutmaster when you quit in
 7   1981?
 8   A.  No.
 9   Q.  So at some point in time, he stopped being the
10   Assistant Scoutmaster while you were in the Scout troop?
11   A.  Yes.
12   Q.  And when was that?
13   A.  I believe it was sometime in 1981.
14   Q.  And why did he stop being the Assistant Scoutmaster?
15   A.  Because he was doing inappropriate things to me and
16   other boys.
17   Q.  And what other boys was he doing inappropriate thing
18   to?  Who are the other boys?
19   A.  I know of A██ T██████
20   Q.  Okay.
21   A.  That's all I know of.
22   Q.  And how do you know he did inappropriate things wit
23   A██ T█████?
24   A.  Because I remember A██y running out of the fire
25   station, screaming, and getting away from Charlie; and I also
```

████████████████████ - 1/17/2014

Page 45

1    know because it was discussed.
2    Q.  Were you there when A███ T█████ came running out of
3    the firehouse?
4    A.  Yes.
5    Q.  Was that during a troop meeting?
6    A.  Yes.
7    Q.  And describe to me what you saw and where you were.
8    A.  Initially, I didn't know what was going on.  I just
9    remember Andy come running into another room, terrified.
10   Q.  And were you in the room that he was running into?
11   A.  Yes.
12   Q.  Were there other people there?
13   A.  Yes.
14   Q.  Who else was in the room?
15   A.  I believe his father, Sam, was.
16   Q.  Were they --
17   A.  I --
18   Q.  Oh, go ahead.
19   A.  I don't know if my stepfather, Wayne, was in there.
20   I don't know who else was in there.
21   Q.  Do you have a memory of other Scouts being in the
22   room?
23   A.  Yes.
24   Q.  And so you were in a troop meeting when he came
25   running in?

Page 46

1    A.  Yes.
2    Q.  And what did he say when he came in?
3    A.  I didn't hear him say anything.
4    Q.  What did he do?
5    A.  He was crying.
6    Q.  What did his father do?
7    A.  I don't know.
8    Q.  Did his father take Andrew outside?
9    A.  I -- I don't know.
10   Q.  Did Andrew soon thereafter tell his father, Sam, to
11   your knowledge, that Grewe had done something to him?
12   A.  Not at the time.
13   Q.  How soon after Sam came running into the room,
14   terrified, did Grewe stop being an Assistant Scoutmaster?
15   A.  I'm not sure of the exact time, but I know it was
16   very soon after.
17   Q.  Did anyone interview you about Grewe after Sam came
18   running into the room?
19   A.  Yes.
20   Q.  Who interviewed you?
21   A.  I was asked questions by Sam Twining and my father -
22   stepfather, Wayne.
23   Q.  Were you asked questions by Sam Twining's wife?
24   A.  No.
25   Q.  Did you remember A████ T█████'s mother?

Page 47

1    A.  Yes.
2    Q.  Marcella?
3    A.  Yes.
4    Q.  And you don't have any memory of her asking you
5    questions?
6    A.  No.
7    Q.  When did Sam and Wayne Wyeth ask you questions
8    relative to when Sam [sic] came running into the room?
9    A.  Andy, you mean?
10   Q.  Oh, I'm sorry.  Andy.  I apologize.
11   A.  I believe it was within seven to ten days.
12   Q.  Describe to me the interview.
13   A.  It was very short.  I had been asked if Charles Grewe
14   had done anything to me, and I replied, "Yes."
15       And my stepfather, Wayne, made some reference towards
16   another event that had happened to me.
17   Q.  And where did this interview take place?
18   A.  At our farmhouse in Lake Stevens.
19   Q.  Did Sam come to your farmhouse?
20   A.  Yes.
21   Q.  Was he accompanied by anyone?
22   A.  No.
23   Q.  And he and your father -- stepfather -- sat down with
24   you?
25   A.  We were outside in the driveway.

Page 48

1    Q.  Had your stepfather and Sam talked to each other
2    before you were interviewed?
3    A.  I don't know.
4    Q.  Did they call you out to the driveway?
5    A.  Yes.
6    Q.  So they were both in the driveway, and then who
7    called you to come outside?
8    A.  I'm not -- I don't know.
9    Q.  So you then came into the driveway?
10   A.  Mm-hm (answers affirmatively).
11   Q.  And Sam asked you if you had been touched by
12   Mr. Grewe?
13   A.  Yes.
14   Q.  And what did you tell him?
15   A.  Yes.
16   Q.  And did he ask you what happened?
17   A.  No.
18   Q.  Did you tell them what happened?
19   A.  I didn't tell them exactly what happened.  I told
20   them that I had been touched inappropriately.
21   Q.  What else did you tell them?
22   A.  That was basically it.
23   Q.  Did they ask you where this happened?
24   A.  No.
25   Q.  Did they ask you what Mr. Grewe did, specifically, to

## Page 1

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

```
D.D.,                          )
                               )
          Plaintiff,           )
                               )
     -vs-                      ) No. 13-2-15407-2 SEA
                               )
BOY SCOUTS OF AMERICA;         )
EVERGREEN AREA COUNCIL, BOY    )
SCOUTS OF AMERICA, n/k/a       )
MOUNT BAKER COUNCIL, BOY       )
SCOUTS OF AMERICA,             )
                               )
          Defendants.          )
                               )
M.O.,                          )
                               )
          Plaintiff,           )
                               )
     -vs-                      ) No. 13-2-15413-7 SEA
                               )
BOY SCOUTS OF AMERICA;         )
EVERGREEN AREA COUNCIL, BOY    )
SCOUTS OF AMERICA, n/k/a       )
MOUNT BAKER COUNCIL, BOY       )
SCOUTS OF AMERICA,             )
                               )
          Defendants.          )
```

VIDEOTAPED PRESERVATION DEPOSITION OF
SAM TWINING

DATE TAKEN:  TUESDAY, JANUARY 28, 2014
PLACE TAKEN: EVERETT, WASHINGTON
TIME:        11:01 A.M.
REPORTED BY: AMY PATRICIA ROSTAD, RPR, CCR NO. 1901

## Page 2

APPEARANCES

FOR THE PLAINTIFF:

    JASON P. AMALA
    Pfau Cochran Vertetis Amala PLLC
    403 Columbia Street
    Suite 500
    Seattle, Washington  98104
    206.462.4334 Tel
    206.623.3624 Fax
    Jason@pcvalaw.com

FOR THE DEFENDANT, Boy Scouts of America:

    WILLIAM R. SQUIRES, III
    Corr Cronin Michelson Baumgardner & Preece LLP
    1001 Fourth Avenue
    Suite 3900
    Seattle, Washington 98154
    206.652.8658 Tel
    206.625.0900 Fax
    Rsquires@corrcronin.com

FOR THE DEFENDANT, Mount Baker Council, Boy Scouts of America:

    THOMAS B. NEDDERMAN
    Floyd, Pflueger & Ringer
    200 W. Thomas Street
    Suite 500
    Seattle, Washington 98119
    206.441.4455 Tel
    206.441.8484 Fax
    Tnedderman@floyd-ringer.com

ALSO PRESENT:

    MIKE ELDERKIN, CLVS
    Videographer

## Page 3

EXAMINATION INDEX

|                                   | Page |
|-----------------------------------|------|
| Examination by Mr. Amala          | 5    |
| Examination by Mr. Squires        | 40   |
| Examination by Mr. Nedderman      | 62   |
| Examination by Mr. Amala Cont'd   | 84   |
| Examination by Mr. Nedderman Cont'd | 87 |

\* \* \*

EXHIBIT INDEX

| Exhibit No. | Description | Page |
|-------------|-------------|------|

(No exhibits were marked.)

\* \* \*

## Page 4

BE IT REMEMBERED that the videotaped preservation deposition upon oral examination of SAM TWINING was conducted on TUESDAY, JANUARY 28, 2014, at the hour of 11:01 a.m., at 2722 Colby Avenue, Suite 706, Everett, Washington, before Amy Patricia Rostad, RPR, CCR No. 1901, Certified Court Reporter in and for the State of Washington.

WHEREUPON, the following proceedings were had and testimony given, to wit:

THE VIDEOGRAPHER:  We're now on the record. The time is 11:01 a.m.  Today's date is January 28th, 2014, and this is the videotaped deposition of Sam Twining, being held at 2722 Colby Avenue, Everett, Washington, in the matter of D.D. versus Boy Scouts of America, et al., Case No. 13-2 -- -2-15407-2 SEA and M.O. versus Boy Scouts of America, et al., Case No. 13-2-15413-7 SEA.  The video operator is Mike Elderkin of Likkel & Associates.

Counsel, please introduce yourselves and state whom you represent.

MR. AMALA:  Jason Amala for the plaintiffs.

MR. SQUIRES:  Randy Squires for the defendant, Boy Scouts of America.

MR. NEDDERMAN:  Tom Nedderman for the

Page 25

1  we'll take a break, okay?
2  A. Okay.
3  Q. You doing okay so far?
4  A. Yeah.
5  Q. Okay. So earlier we were talking about Charlie Grewe,
6     and I'd like to go back and talk about him some more.
7        So Mr. Grewe at some point was assistant
8     scoutmaster of Troop 41, correct?
9  A. Yes.
10 Q. Okay. At some point did you have a -- did a problem
11    come up with Mr. Grewe?
12 A. Yes.
13 Q. Can you tell us about that.
14 A. Yeah, I can.
15       We had -- after our meeting was all over with, most
16    of the kids left with their parents and Charlie Grewe
17    was still there, and the wife and I, we run down to the
18    store to get something, I forget -- don't remember what
19    it was.
20       And while we were at the store, my son Andy came
21    running in the store, telling us that what Charlie
22    Grewe had done, groped him and stuff. And the wife and
23    I looked at each other and looked at Andy, and I -- we
24    both said, Well, Charlie Grewe wouldn't do that. And
25    Andy says, Yes, he did. And so we took my son at his

Page 26

1  word because he -- because he never did lie to us, you
2  know.
3        So we got our groceries, left, went back to the
4  fire hall, and Charlie Grewe was gone because we was
5  going to approach him. And he was gone and everything
6  was locked up, so we went home and talked more about
7  it.
8        And needless to say, we didn't get too much sleep
9  there for a while, but then we got ahold of the parents
10 the next day. And I called a meeting with the parents
11 and told them what had happened. And, you know, they
12 couldn't believe it, either, so I asked them if their
13 kids had said anything to them or if they had a problem
14 with Charlie Grewe. And they said that, to their
15 knowledge, they -- nothing had happened. So I asked
16 them to go back and talk to their kids, and then we
17 would have another meeting the next day and for them to
18 bring their kids.
19 Q. Okay. So before we talk about that next day, let's go
20 back and talk a little bit about what you just
21 testified.
22       So this incident that your son's -- when he's
23 complaining about Mr. Grewe, that had been after a
24 Troop 41 meeting?
25 A. Yeah.

Page 27

1  Q. And that was at the --
2  A. Fire hall.
3  Q. Fire hall here in Everett?
4  A. Yeah. Yes.
5  Q. And when your son came to you and your wife in the
6     store, you said that he'd relayed that essentially Mr.
7     Grewe had groped him?
8  A. Yeah.
9  Q. Okay. And what -- what do you mean by that? Or what
10    do you -- what do you remember him saying?
11 A. Well, that he grabbed him in his testicles, put his
12    arms around him, and held him up against his body. And
13    my son was fighting him off, trying to. Well, you
14    know, Charlie Grewe probably weighed 300 pounds and
15    he's over six foot, had a full beard. You know, he was
16    a strong person. And finally he got away from him and
17    ran out of the building.
18 Q. Okay. How far away was the store you all were at from
19    the fire hall?
20 A. Oh, probably three blocks maybe.
21 Q. So pretty close?
22 A. Yeah.
23 Q. Okay. How would you describe your son's demeanor when
24    he came and approached you and your wife?
25 A. He was hysterical. He was scared.

Page 28

1  Q. And how about you? What were your -- what were you
2     feeling when your son's telling you this about Mr.
3     Grewe?
4  A. Well, I just couldn't believe that Charlie Grewe
5     seemed to be a very nice person. He was very helpful,
6     you know. But, you know, when your son comes up and
7     tells you something like that, you know, that's --
8     that's something that, you know, you can't lie about.
9     I mean . . .
10 Q. How was your wife doing? What -- what did you observe
11    with her when -- when this was happening with your son?
12 A. Well, she's the same way, she couldn't believe it
13    because she liked Charlie Grewe, too, because he was so
14    helpful.
15 Q. So you met with the parents of Troop 41 the next day?
16 A. Yes.
17 Q. Okay. And that's where you asked them if any of their
18    sons reported anything similar?
19 A. Mm-hmm. Yes.
20 Q. And then you asked them to ask their kids to -- to
21    double-check, and you said you wanted to have a meeting
22    the next day; is that right?
23 A. Yes.
24 Q. Okay. So then tell us what happened that next day at
25    the meeting.

Page 29

1  A. Well, the parents come back with the kids and they --
2  they said that nothing had ever happened.  The boys --
3  that had never happened to them.  And then I -- I
4  talked to the kids and they said, no, nothing ever
5  happened, which was a big relief to me.
6  Q. Why was it a big relief to you?
7  A. Well, if he did it to my son, he could have done it to
8  any of the kids.
9  Q. Were you concerned at all that -- that if he'd done it
10  to the other boys, that you had been scoutmaster at the
11  time that he was assistant scoutmaster?
12  A. Yeah.  I mean -- I mean, you know, the kids are my
13  responsibility, and -- and if anything like that
14  happens, you know, gee whiz, that's terrible.  I mean,
15  that's -- I'm not doing my job.
16  Q. Yeah.
17       But the boys told you that they didn't -- nothing
18  ever happened with that?
19  A. Nothing had ever happened.
20  Q. Okay.  So what's going through your mind at this point,
21  that you know something's happened with your son, other
22  boys are denying anything happened with them, so what
23  are you thinking at this point?
24  A. Well, it was a big relief to me that nothing else
25  happened.  I thought, Well, we can nip this in the bud,

Page 30

1  you know.
2  Q. Okay.  And so what did -- what did you decide to do at
3  that point?
4  A. Well, I went down to the sheriff's office and filed a
5  complaint.  I had a guy take our -- our statements, my
6  son and the wife and I.
7  Q. When you said "the sheriff's office," which -- which
8  office was that?
9  A. Oh, that's down at the courthouse there in Everett.
10  Q. And you said the sheriff's office took statements from
11  you and your wife and your son?
12  A. Yes.
13  Q. Okay.  And what happened there?  They took your
14  statements.  And what did the sheriff's office tell
15  you?
16  A. Well, they knew Charlie Grewe.  They said they knew all
17  about him.  They said they got a folder on him.  They
18  said everybody knows Charlie Grewe.
19  Q. And can you elaborate on that?  Did they tell -- what
20  did they -- did they tell you more than that?
21  A. They just said that he had other problems -- other
22  incidents like this, but they wouldn't elaborate on it.
23  They just said, Oh, yeah, we know Charlie.  Got a whole
24  file on him on this kind of stuff.
25  Q. Did that alarm you?

Page 31

1  A. Yeah.
2  Q. Did they tell you if they had a file on him, why they
3  hadn't done anything about him?
4  A. They said that they didn't have enough information.
5  Now, back then, the -- the laws were a lot different
6  back then, you had to almost rape somebody to get
7  convicted.  They just wouldn't convict anybody just on
8  groping somebody.
9  Q. And when you say that, are -- are you drawing on from
10  your experience as an adult back then or is this some
11  information the sheriff's department told you?
12  A. As an adult back then.
13  Q. Okay.
14  A. Because he said they didn't have enough information.
15  Q. So you -- what, you met with the other parents,
16  confirmed that none of their boys were reporting that
17  they had been abused, and you went to the sheriff's
18  office and filed a complaint, and they took statements
19  from you and your wife and your son.
20       Did you do anything more at that point?
21  A. Yes.  We went down to the Scout office.
22  Q. And that's that office here in Everett we've been
23  talking about?
24  A. Yeah.  Yes.
25  Q. And, at this point, the local council there at the

Page 32

1  Scout office is the Evergreen Area Council; is that
2  right?
3  A. That's right.
4  Q. Okay.  And so you went down to the offices of the
5  Evergreen Area Council and what did you do?
6  A. I talked to the gal at the desk and wanted to know if
7  the guy that was in charge -- I don't remember his name
8  -- was here, and he -- she said yes, and he come out.
9  And I told him the whole story.  And then it seems to
10  me there was at least one, if not two, gals at the
11  desk, and -- and another scoutmaster was there.  And I
12  believe he was from Marysville.
13  Q. This other scoutmaster you think was from Marysville?
14  A. I think he was from Marysville.
15  Q. Do you remember his name, by chance?
16  A. No. And I don't even remember his troop number.  There
17  was only one troop in Marysville at that time.
18  Q. Okay.  So I'd kind of like to walk through a little bit
19  about what you just told us.
20       So you went into this -- the offices of the
21  Evergreen Area Council and you talked to the woman at
22  the front desk?
23  A. Yeah.
24  Q. Okay.  And that was the front reception desk of the
25  office?

Page 33

1  A. Yes.
2  Q. Okay. And you asked to speak to the guy in charge?
3  A. Yeah. I knew what his name was back then, but I
4     don't -- I can't think of it now.
5  Q. Okay. And you said he -- she said yes, and he came out
6     and you told him the whole story --
7  A. Yes.
8  Q. -- is that right?
9  A. Yes.
10 Q. How did you know that he was actually the one in charge
11    of the Evergreen Area Council?
12 A. Well, because I had met him before and I knew, you
13    know.
14 Q. Okay. So this would have been the executive of the
15    Evergreen Area Council?
16 A. Yes.
17       MR. NEDDERMAN: Object to the form.
18 A. Pardon?
19       MR. NEDDERMAN: I'm objecting to the form.
20 A. Oh.
21       MR. AMALA: It's okay.
22 Q. (By Mr. Amala) Okay. And you said you knew that it
23    was him because you'd been at other events and
24    activities with him?
25 A. Right.

Page 34

1  Q. Okay. And I just want to make sure we got a -- got it
2     clear.
3        You said you told him the whole story, so can you
4     tell us what -- what did you tell him?
5  A. Okay. I told him that Charlie Grewe had groped my son,
6     and that I had a meeting with the parents and the kids
7     and talked to them to -- to see if anything had
8     happened to the kids. And I told them I went to the
9     sheriff's office and filed a complaint up there. And I
10    told them that they knew Charlie Grewe, and they had a
11    -- a folder on him and that he had done this before.
12 Q. And is there any doubt, in your mind, that you conveyed
13    to Evergreen Area Council, to this gentleman, that this
14    had been a sexual event with your son?
15       MR. SQUIRES: Object to the form.
16 A. Yeah.
17       MR. NEDDERMAN: Join.
18 Q. (By Mr. Amala) You made that very clear to him?
19 A. Yeah.
20 Q. Because you used the term "grope" again.
21 A. Yeah.
22 Q. And I just want to make sure was it -- you're -- what
23    you actually conveyed to him.
24 A. Well, he was groping his testicles, yeah.
25 Q. And you made that clear to him?

Page 35

1  A. Yes.
2  Q. Okay. What did he say to you in response?
3  A. Well -- well, Charlie Grewe wouldn't do that. You
4     know, everybody liked Charlie Grewe. He was -- he was
5     real knowledgeable about scouting, and he was more than
6     willing to help anybody do anything in scouting.
7  Q. And what did you say when he denied that Mr. Grewe
8     would do anything like that?
9  A. Well, I told him that the sheriff's -- sheriff's office
10    had a -- a big folder on him of all the other children
11    that he had been groping or whatever.
12 Q. And what did this gentleman say in response to that?
13 A. He just shook his head and says, No, Charlie wouldn't
14    do that.
15 Q. What did you do at that point?
16 A. Well, I left and, well, I told him that if they weren't
17    going to do anything, then I was going to leave the
18    troop. The wife and I and my son.
19 Q. And what did he say when you told him that?
20 A. He didn't say anything. Or he might have said, Don't
21    -- you don't have to do that.
22 Q. So what's -- what's going through your mind at this
23    point?
24 A. Well, I couldn't get anybody to -- to believe us,
25    except for the sheriff's department. They're the only

Page 36

1  one that would believe us. And -- and what that ended
2  up meaning was that -- that we couldn't -- we couldn't
3  be involved with Troop 41. And we couldn't be involved
4  in Troop 43 because Charlie Grewe come from there and
5  -- and nobody believed us. And the next place we was
6  forced to go would be Marysville, and he was in the
7  Scout office at that time, and you know, he said,
8  Charlie Grewe wouldn't do that. And so everybody
9  thought we were accusing Charlie of something that --
10 that wasn't true.
11 Q. How did that make you feel?
12 A. Well, it made me feel real bad because I enjoyed being
13    in scouting and my son did, too. And he was getting
14    close to his Eagle, you know. He'd probably get his
15    Eagle in another year. And, you know, that's -- that's
16    something that -- that he wanted, but there was no
17    place for us to go.
18 Q. So -- so what happened at that point? Did your -- did
19    your family basically have to leave scouting?
20 A. Yeah, we just dropped out of scouting. And we notified
21    all the other parents and nobody wanted to take over
22    the troop, so the troop just folded, you know. And I
23    didn't -- I didn't see any of the scouts or their
24    parents, or Charlie Grewe, even. I didn't see Charlie
25    Grewe and have never seen Charlie Grewe since -- since