Exhibit 8

BUMGARDNER MARL 79



CONF009719

DYKES_I_007586

CONFIDENTIAL RECORD SHEET

REGISTRATION AND SUBSCRIPTION SERVICE

BOY SCOUTS OF AMERICA

DATE __May 7, 1979__

FULL NAME __Mark Bumgarner__
(No initials if you can possibly get full name)

ADDRESS __201 Beall Street, N. W.__

CITY __Lenoir,__          STATE __North Carolina__      ZIP CODE __28645__

DATE OF BIRTH __October 29, 1958__     (This is important and should be exact)

APPROXIMATE AGE _____(To be used ONLY when date of birth is not known)

RELIGION __Protestant__          NATIONALITY __United States__

OCCUPATION __College Student at Lenoir Rhyne College__

EDUCATION __High School plus approximately one year of college.__

WEIGHT __200__          COLOR __White__          HEIGHT __5' 9"__

COLOR OF HAIR __Black__          COLOR OF EYES __Hazel__

OUTSTANDING CHARACTERISTICS OR INTERESTS _____

MARRIED OR SINGLE __Single__          CHILDREN __None__
(Number, ages, and names, if possible)

WIFE'S NAME _____

SCOUTING CONNECTIONS:

| UNIT # | CITY | STATE | OFFICE | DATE REGISTERED | DATE RESIGNED |
|--------|------|-------|--------|-----------------|---------------|
| Troop 262 | Lenoir, | N. C. | Assistant Scoutmaster | | May 7, 1979 |

SPECIAL RECOGNITION _____

RECOMMENDED FOR CONFIDENTIAL FILE FOR FOLLOWING REASONS:

☐   CONVICTION OF CRIMINAL CONDUCT          ☐   SUBSTANTIATED REPORTS

☒   OFFICIAL CHARGES OF CRIMINAL CONDUCT (REVIEW)          ☐   UNSUBSTANTIATED REPORTS

See memorandum from Lenoir Police Department.
SPECIFY THE FACTS WHICH LEAD YOU TO RECOMMEND INDIVIDUAL FOR CONFIDENTIAL FILE
AND LIST SUPPORTING DOCUMENTS:

Arrested for taking indecent liberties with a minor.

APPROVED

JAN 11 1980

JOSEPH L. ANGLIN

Signed _____
SCOUT EXECUTIVE

Council __Piedmont (#420)__

CONF009720

DYKES_I_007587



# National Capital Area Council
## Boy Scouts of America
9190 Wisconsin Avenue, Bethesda, Maryland 20814-3897 • 301 530-9360

May 3, 1988

Mr. Paul I. Ernst
Director of Registration
Boy Scouts of America
1325 Walnut Hill Lane
P.O. Box 152079
Irving, Texas 75015-2079

Dear Paul:

It was requested on April 6, 1988 that Mr. Mark Fleming Bumgarner of 8941 Park Forest Drive, Springfield, Virginia 22152 be placed in the confidential file. The enclosed correspondence from the Department of Corrections, Commonwealth of Virginia, of April 28, 1988 is provided for his file. The correspondence is self explanatory.

Be assured that I will keep you posted on further developments.

Sincerely,

Paul R. Davis, Jr.
Scout Executive

PRD:jbp

Enclosure

cc: Kenneth W. Davis, Northeast Area 6 Director



Serving the Youth of Washington, D.C., and Seventeen Surrounding Counties of Maryland and Virginia
Member Agency of United Way of the National Capital Area
United Givers Fund: Fredericksburg / Spotsylvania / Stafford • United Way of Frederick County, Inc. • United Way of Calvert County
Dahlgren United Givers Fund  Inc • United Way of Culpeper  Inc • Marine Corps Development and Education Command United Fund

CONF009721

DYKES_I_007588



# COMMONWEALTH of VIRGINIA

*Department of Corrections*
*Adult Probation & Parole*
*District 20*

**FAIRFAX CIRCLE OFFICE BUILDING**
**3251 OLD LEE HIGHWAY, SUITE 404**
**FAIRFAX, VIRGINIA 22030**
**TELEPHONE: 691-0880**

April 28, 1988

Paul R. Davis, Jr.
Scout Executive
Boy Scouts of the National Capital
  Area Council
Boy Scouts of America
9190 Wisconsin Avenue
Bethesda, Maryland  20814

                              Re:  Mark Fleming Bumgarner

Dear Mr. Davis:

The nature of this correspondence is to advise you and your leaders
of the Boy Scouts of America  of a recent conviction involving a past
leader in the Boy Scouts.  According to this individual, he was an
Assistant  Commissioner  in  this  district  for  the  Boy  Scouts.

On February 19, 1988, in the Circuit Court of Fairfax County, Vir-
ginia, Mark Fleming Bumgarner pled guilty to two counts of Aggravated
Sexual Battery.  These offenses involved children.  The defendant
was sentenced to ten years on each count, consecutive, with all but
three years on each count suspended.  The defendant was then placed
on probation for a period of 14 years to begin upon his release from
the penitentiary.  As a Special Condition of the defendant's Prob-
ation, he is to refrain from any and all contact involving juveniles.

Because     this type of offense involves children, and, with con-
sideration of  the defendant's past  involvement with youth groups,
The Honorable ▮▮▮▮▮▮▮▮▮▮ ordered that the defendant have
no further contact with the Boy Scouts of America or any other youth
group.  Judge ▮▮▮▮▮▮▮ has requested that I inform your group in
writing of this offense.  I have also attached copies of the Court
Orders for sentencing.

Should you have any questions or comments, please feel free to contact
me at the above address or number.



                    Very truly yours,

                    Probation and Parole Officer

▮▮▮/leb
cc:  The Honorable ▮▮▮▮▮▮▮

CONF009722

DYKES_I_007589

ᵣ ᵀ/dlg    V I R G I N I A :

IN THE CIRCUIT COURT OF FAIRFAX COUNTY

| | | |
|---|---|---|
| COMMONWEALTH OF VIRGINIA | ) | CRIMINAL NUMBER 54263 |
| VERSUS | ) | INDICTMENT - aggravated sexual battery |
| MARK FLEMING BUMGARNER | ) | |

On March 18, 1988, the Commonwealth's Attorney, the Defendant, MARK FLEMING BUMGARNER, and Randall Reves, Counsel for the Defendant, appeared before this Court. The Defendant is convicted of the felony of aggravated sexual battery and he appeared agreeably with his recognizance of bail. The Court Reporter was sworn.

The Probation Officer of this Court, to whom this case had been referred for investigation, appeared in open Court with a written report. Copies of the report were furnished to Counsel for the Defendant, the Commonwealth's Attorney and the Court. Counsel for the Defendant advised the Court that he has discussed the report with the Defendant and the Defendant is fully advised of the contents.

The accused and his Counsel were given the right to cross-examine the Probation Officer as to any matter contained in the report and to present any additional facts as they desired to present. The report of the Probation Officer is filed and made a part of the record of this case.

It was demanded of MARK FLEMING BUMGARNER if anything he knew or had to say why the Court should not pass sentence and judgment upon him. Nothing was offered or alleged in delay of judgment.

It was ORDERED that the Defendant serve ten (10) years in the Penitentiary House of this Commonwealth. In mitigation of punishment and it appearing compatible with the public interest to do so, the Court suspended all but three (3) years of the sentence conditioned upon the Defendant's good behavior and that he be placed on active probation subject to the conditions as set forth in P. P. Form 2-revised 4-83 for a period of seven (7) years upon his release from confinement. It was further ORDERED that as special conditions of the Defendant's probation that he have no involvement with any youth groups and further conditioned that he enter and complete a mental health treatment program. The Court directed the Probation Officer to advise the Boy Scouts of America (BSA) of the Defendant's conviction and sentence.

The fee of the Court Reporter who recorded the evidence and incidents of trial in this case is assessed as costs, as provided in Section 19.2-165 of the 1950 Code of

CONF009723

DYKES_I_007590

Virginia, as amended.

The Court certifies that at all times during trial, the Defendant was personally present and his Attorney was likewise personally present and capably represented the Defendant.

The Defendant was remanded to jail to await transportation to the Penitentiary.



JUDGE

DOB: 10-29-58
DOO: 09-14-87
JAIL CREDIT: 4 days

A COPY TESTE:
WARREN B. BARRY, CLERK
By
Deputy Clerk

CONF009724

DYKES_I_007591

April 13, 1988


Mr. Paul Davis
Scout Executive
National Capital Area Council, No. 82

PERSONAL AND CONFIDENTIAL          SUBJECT:  Mark Fleming Bumgarner

Dear Paul:

Thank you for the information which you recently sent concerning the above
named individual.  This is most complete and will enable us to have a
confidential file which will restrict any registration.  Any attempt which is
made would be refused based on the material which you sent us.

We appreciate your help in protecting the youth of America.

Sincerely,



Paul Ernst, Director
Registration Service

eko

cc:  Northeast Region

READY TO FILE
APR 1 4 1988
ERIN O'RILEY

CONF009725

DYKES_I_007592

 

## CONFIDENTIAL RECORD SHEET
## REGISTRATION SERVICE
## BOY SCOUTS OF AMERICA

Date __April 4, 1988__

Full name ___Mark Fleming Bumgarner___
(no initials if you can possibly get full name)

Social Security Number ___█████████___

Address ____8941 Park Forest Drive___

City __Springfield___ State __Virginia___ ZIP Code __22152___

Date of Birth ___October 20, 1958___ (This is important and should be exact.)

Approximate age _____ (To be used ONLY when date of birth is not known.)

Religion __Protestant (denomination not__ Nationality __American___
known)
Occupation ___Accountant (Telsec Temporary Employee's)___

Education _____

Weight __105 lbs.___ Height __5'9"___ Race __Caucasian___

Color of hair __Black___ Color of eyes __Hazel___

Outstanding characteristics or interests __Southern Accent (North Carolina)___

Married or single __Single___ Children __None___
(Never Married)          (Number, ages, and names, if possible)

Spouse's name _____

Scouting connections: Assistant District Commissioner, George Washington District,N.C.A.C.
Leader Number 195640 ✓          9/85          10/87 (Verbal)

| Unit No. | City | State | Position | Date registered | Date resigned |
|----------|------|-------|----------|-----------------|---------------|
| E 1145 | Fairfax | Virginia | AA | 7/87 | --- Ldr. # 108220 |

Special recognition _____

Suspended or denied registration for following reasons: ___(See Back)___

SPECIFY THE FACTS WHICH LEAD YOU TO RECOMMEND DENIAL OF REGISTRATION, AND
LIST ATTACHED SUPPORTING DOCUMENTS (STATE ONLY KNOWN FACTS, NOT RUMOR,
CONJECTURE, OR SPECULATION):

*Deleted from National*
*computer*
*4/5/88*

Signed ___Paul R Bauer___
SCOUT EXECUTIVE

Council ___National Capital Area Council___

CONF009726

DYKES_I_007593



Mr. Bumgarner was sentenced on March 18, 1988 on two convictions of aggravated sexual battery against minors. (These were two boys, non-Scouts, ages 11 and 13.) He was sentenced to 20 years in prison with 14 years suspended.

He also has a past conviction of indecent liberties with a minor. This occured in Lenior, North Carolina.

Source of above information: Elizabeth Chichester, Assistant Commonwealth Attorney, Fairfax, Virginia.

CONF009727

DYKES_I_007594



**National Capital Area Council**
Boy Scouts of America
9190 Wisconsin Avenue, Bethesda, Maryland 20814-3897 • 301 530-9360

April 6, 1988

Mr. Paul I. Ernst
Director of Registration
National Office, Boy Scouts of America
1325 Walnut Hill Lane
Irving, Texas 75038

Dear Paul:

This letter will serve as a formal request to have Mark Fleming Bumgarner of 8941 Park Forest Drive, Springfield, Virginia 22152 currently registered as an Assistant District Commissioner with one of our districts in Virginia be placed in the confidential file.

We have not sent him a formal letter concerning his registration since he is incarcerated for six years serving his term of conviction.

A copy of the Confidential Record Sheet is forwarded for your reference and information.

Please place this individual in a confidential file which would restrict future registration with Boy Scouts of America.

Sincerely,

Paul R. Davis, Jr.
Scout Executive

PRD:jbp

Enclosure

cc: Kenneth W. Davis, Northeast Area 6 Director



Serving the Youth of Washington, D.C., and Seventeen Surrounding Counties of Maryland and Virginia
Member Agency of United Way of the National Capital Area
United Givers Fund: Fredericksburg / Spotsylvania / Stafford • United Way of Frederick County, Inc. • United Way of Calvert County
Dahlgren United Givers Fund, Inc. • United Way of Culpeper, Inc. • Marine Corps Development and Education Command United Fund

CONF009728

DYKES_I_007595



**SCOUTING/USA**

A program for Cub Scouts, Scouts, and Explorers

Piedmont Council
Boy Scouts of America

113 W. Third Street, P.O. Box 1059
Gastonia, North Carolina 28052
Telephone: 704 864-2694

October 25, 1979

Mr. Paul I. Ernst
Registration, Subscription and
Statistical Services
National Office
Boy Scouts of America
North Brunswick, New Jersey 08902

Dear Paul:

This is in reference to your letter of October 17, 1979 regarding
the suspended BSA registration of Mark Bumgarner.

As you can see by a copy of the enclosed newspaper article, the
case did come to trial during August 1979. Also, Mark is scheduled
to be sentenced on December 10, 1979.

My Successor as Scout Executive in the Piedmont Council, Ken Connelly
will keep you informed as to the final details of Mark Bumgarner's
sentence. This information should bring you up-to-date for the time
being.

Many thanks for your support and assistance in this matter.

Sincerely yours,

Thomas R. Deimler
Area Three Director

TRD:vjd

cc:  Ken Connelly

Enclosure:  (copy-newspaper article)

CONF009729

DYKES_I_007596

October 17, 1979


Thomas R. Deimler
Scout Executive
Piedmont Council, No. 429

SUBJECT:  Mark Bumgarner

Dear Tom:

Sometime ago, you sent us information concerning the above named
individual, and indicated that his registration had been suspended.
Since some time has passed, we wonder if this case has come to
trial and what the final outcome has been.  We appreciate all the
information you sent us previously, but our attorney has asked if
I could get the disposition of the case.  This will be very help-
ful to strengthen our file, related to future denial of registra-
tion.  Thanks for any information you can give us.

Sincerely,


Paul I. Ernst
Registration, Subscription &
Statistical Services

te

CONF009730

DYKES_I_007597

HICKORY DAILY RECORD - August 30, 1979

## Tests Ordered
## For Defendant

LENOIR — A 20-year-old Lenoir man was ordered to undergo psychological evaluation before sentencing after he pleaded guilty at a two-week term of Caldwell Superior Court to taking indecent liberties with a minor.

As a consequence of the evaluation order by Judge ███████ ███████ of Charlotte. Marcus Fleming Bumgarner of 201 Beall St. will not be sentenced until Dec. 10.

Bumgarner was taken into custody by Lenoir police on May 6 after he allegedly took indecent liberties with two juvenile boys during a Boy Scout outing.

Bumgarner was charged in two counts, but pleaded guilty to only one charge.

A psychologist from Lenoir-Rhyne College in Hickory told the court that Bumgarner was "immature" and "vulnerable."

CONF009731

DYKES_I_007598





A program for Cub Scouts, Scouts, and Explorers

**SCOUTING/USA**

Piedmont Council
Boy Scouts of America

113 W Third Street, P.O. Box 1059
Gastonia, North Carolina 28052
Telephone. 704 864-2694

May 7, 1979

Mr. Mark Bumgarner
201 Beall Street, N. W.
Lenoir, North Carolina 28645

Dear Mr. Bumgarner:

After careful review, we have decided that your registration with the Boy Scouts of America should be suspended. We are therefore compelled to request that you sever any relations that you may have with Boy Scouts of America.

You should understand that BSA leadership registration is a privilege and is not automatically granted to everyone who applies. We reserve the right to suspend registration whenever there is a concern that an individual may not measure up to the high standards of leadership which BSA seeks to provide for American youth. Please also understand that this decision and the reasons for it will be maintained as confidential.

If you wish to have this decision reviewed, please write to me, explaining your version of the facts supporting your claim that your registration as a BSA leader should be reinstated.

Sincerely yours,

Thomas R. Deimler
Council Scout Executive

David R. LaFar, III
Council President

TRD:vjd
DRL:vjd

bcc:  David R. LaFar, III, Council President
      Alan Albright, Council Attorney
      Paul I. Ernst, National Director of Registration Service
      Dr. Dale Griffith, District Chairman
      Mr. George S. Robinson, District Commissioner

CONF009732

DYKES_I_007599



# LENOIR POLICE DEPARTMENT

TELEPHONE 758-5141

LENOIR, NORTH CAROLINA 28645

GEORGE A. MARTIN
*Chief of Police*

TO:     Mr. Thomas Deimler, Scout Executive-Boy Scouts of Americia, Piedmont Reg.

FROM:   Chief George A. Martin

DATE:   May 11, 1979

REF:    MARK FLEMING BUMGARNER
        201 Beall Street
        Lenoir, North Carolina 28645

        W/M - D.O.B. 10/29/58
        Social Security # ▬▬▬▬
        Height-5'9"
        Weight-200 lbs.
        Complexion-Fair
        Hair-Black
        Eyes-Hazel

The named above subject was arrested by this department on May 6, 1979
@ 2:15 A.M. on two (2) charges: Taking Indecent Liberties with a Minor,
Taking Indecent Liberties.

*George A. Martin*

George A. Martin


I hereby certify that the above statements are true and were taken
from the Records Division of the Lenoir Police Department on May
11, 1979.

Sworn to and subscribed before
me this the 11ᵗʰ day of *May 1979*
*Nancy M. Danley*
Notary Public
My commission expires *June 16, 1979*

/nr

CONF009733

DYKES_I_007600





**SCOUTING/USA**

A program for Cub Scouts, Scouts, and Explorers

Piedmont Council
Boy Scouts of America

113 W. Third Street, P.O. Box 1059
Gastonia, North Carolina 28052
Telephone: 704 864-2694

MEMORANDUM OF MEETING WITH MARK F. BUMGARNER

In accordance with the procedures as outlined in the Boy Scouts of America
"Maintaining Standards of Leadership" contained within correspondence dated
November 12, 1976 from Harvey L. Price, Acting Chief Scout Executive - Boy
Scouts of America, the above meeting was held.

Purpose of the meeting was to hand deliver a letter dated May 7, 1979 and
signed by David R. LaFar, III, Council President and Thomas R. Deimler,
Council Scout Executive to Mark F. Bumgarner suspending his registration
with the Boy Scouts of America.

The meeting took place in the Office of Dr. Dale Griffith, District Chairman
of the Foothills District, Piedmont Council. The meeting was on May 11, 1979,
7:45 A. M. Those persons present were: Mark F. Bumgarner, Robert M. Bradley
(Mr. Bumgarner's Attorney), Dr. Dale Griffith, District Chairman and Thomas
R. Deimler, Council Scout Executive.

The letter was handed to Mark Bumgarner, but immediately released to his Attor-
ney who read the letter. Mr. Bradley commented something to the effect that
the decision of the Boy Scouts of America was rather quick and severe in light
of the fact that Mr. Bumgarner's situation had not yet been acted upon by the
court systems.

Mr. Deimler responded that the Boy Scouts of America reserves the right to sus-
pend or deny leadership in the BSA when in their judgement there are indications
that an individual does not satisfy the requirements of the Boy Scouts of America.
Therefore, indications related to Mark Bumgarner deemed it necessary to take
immediate action in suspending his membership with the BSA. It was also empha-
sized by Mr. Deimler that Mark has the opportunity to request review by the BSA.

There was a brief exchange of conversation afterwhich the meeting adjourned at
approximately 8:00 A. M.

Following the meeting Tom Deimler met with Dale Griffith to discuss the matter
further. Dr. Griffith made contact with Nancy M. Ramsey, Secretary to the Chief
of Police of Lenoir and made telephone introduction of Council Scout Executive,
Tom Deimler. Mr. Deimler then proceeded to the Police Department and after con-
ference with Mrs. Ramsey and Chief of Police, George A. Martin certain informa-
tion was released for the confidential files of the Boy Scouts of America. The
original of that information is attached for the National files of the BSA and
a copy for the Piedmont Council Attorney, Alan Albright.

Thomas R. Deimler
Council Scout Executive

May 11, 1979

CONF009734

DYKES_I_007601



**SCOUTING/USA**

A program for Cub Scouts, Scouts, and Explorers

Piedmont Council
Boy Scouts of America
113 W. Third Street  P.O. Box 1059
Gastonia, North Carolina 28052
Telephone 704 864 2694

May 7, 1979

Mr. Mark Bumgarner
201 Beall Street, N. W.
Lenoir, North Carolina 28645

Dear Mr. Bumgarner:

After careful review, we have decided that your registration with the Boy Scouts of America should be suspended. We are therefore compelled to request that you sever any relations that you may have with Boy Scouts of America.

You should understand that such leadership registration is a privilege and is not automatically granted to everyone who applies. We reserve the right to suspend registration whenever there is a concern that an individual may not measure up to the high standards of leadership which BSA seeks to provide for American youth.

It is also understood that this decision of the Boy Scouts of America and the reason for it will be maintained in confidence.

Sincerely yours,

Thomas R. Deimler
Scout Executive

David R. LaFar, III
Council President

TRD:vjd
DRL:vjd

bcc: David R. LaFar, III, Council President
     Alan Albright, Council Attorney
     Paul I. Ernst, National Director of Registration Service ✓
     Dr. Dale Griffith, District Chairman
     Mr. George S. Robinson, District Commissioner

CONF009735

DYKES_I_007602

The First

5 E Claims are
necessary T to Complete
any other info

what about discard
what can not
identify?

CONF009736

DYKES_I_007603



A program for Cub Scouts, Scouts, and Explorers

**SCOUTING/USA**

Piedmont Council
Boy Scouts of America

113 W. Third Street, P.O. Box 1059
Gastonia, North Carolina 28052
Telephone: 704 864-2694

December 7, 1978

Mr. Paul I. Ernst
National Director of Registration Service
Boy Scouts of America
North Brunswick, New Jersey 08902

Dear Paul:

This is in reference to your correspondence to me regarding a Scouter in the
Piedmont Council by the name of Mark Bumgarner.

As you recall, you and I had several conversations on this matter, the details
of which were outlined in my letter of October 4, 1978 to you.

In subsequent conversations with you, it was my understanding that the National
Council recommended that Mark Bumgarner not be denied registration at this time.
You stated that the Piedmont Council may desire to do so, or that we at least
continue to closely observe his activities in Scouting.

Enclosed is a copy of my letter to Mark Bumgarner dated October 11, 1978 which
I presented him personally during a formal conference. As you can see, his re-
gistration has been placed in a "probationary" status. I have established a
series of conference meetings extending through January 1980. This will allow
us the opportunity to keep the matter "open".

The situation and the action we have taken has been discussed in detail with our
Council President and Council Attorney and they are in accord with what has been
done. It will not be necessary for us to complete any other information with you
at this time. We will keep you posted of any further developments.

Many thanks for your support and assistance.

Sincerely yours,

Thomas R. Deimler
Scout Executive

TRD:vjd

Enclosure: (copy - letter)

CONF009737

DYKES_I_007604



A program for Cub Scouts, Scouts, and Explorers



SCOUTING/USA

**Piedmont Council**
**Boy Scouts of America**

113 W. Third Street, P.O. Box 1059
Gastonia, North Carolina 28052
Telephone: 704 864-2694

October 11, 1978

Mr. Mark F. Bumgarner
201 Beall Street, N. W.
Lenoir, North Carolina 28645

Dear Mark:

This is in reference to an incident of July 14, 1978 at which time there was an accusation by a Scout in attendance at Camp Schiele.

Because of the nature of this accounting and the subsequent questions that result, there has been a need to thoroughly check into the situation. As of this date, many of the questions are still unanswered.

Considerable discussion regarding this has taken place between David R. LaFar,III, Piedmont Council President and Paul I. Ernst, National Director Registration and Subscription Service, Boy Scouts of America. It is our thinking that the matter cannot be fully closed at this time.

Therefore, your registration in Scouting with the Piedmont Council is of a "probationary" nature. However, you will be allowed to continue working in the Scouting Program.

In order to review the matter more fully and for the purposes of updating, there will be a time of one and a half years placed upon the probationary registration. A meeting with the Council Executive will take place at six month intervals throughout this period of time. The first of these meetings will be 8:30 A. M., Thursday, January 18, 1979. Subsequent meetings will be held during July 1979 and January 1980.

Any information deemed pertinent shall be shared by the involved individuals at that time.

Sincerely yours,

Thomas R. Deimler
Scout Executive

TRD:vjd
bcc: David R. LaFar, III, Council President    Dr. Dale Griffith, District Chairman
     Alan Albright, Council Attorney
     Paul I. Ernst, National Director of Registration Service
     George S. Robinson, District Commissioner
     Paul Moore, Field Director

CONF009738

DYKES_I_007605





A program for Cub Scouts, Scouts, and Explorers

**SCOUTING/USA**

Piedmont Council
Boy Scouts of America

113 W. Third Street, P.O. Box 1059
Gastonia, North Carolina 28052
Telephone: 704 864-2694

October 11, 1978

Mr. Mark F. Bumgarner
201 Beall Street, N. W.
Lenoir, North Carolina 28645

Dear Mark:

This is in reference to an incident of July 14, 1978 at which time there was an accusation by a Scout in attendance at Camp Schiele.

Because of the nature of this accounting and the subsequent questions that result, there has been a need to thoroughly check into the situation. As of this date, many of the questions are still unanswered.

Considerable discussion regarding this has taken place between David R. LaFar, III, Piedmont Council President and Paul I. Ernst, National Director Registration and Subscription Service, Boy Scouts of America. It is our thinking that the matter cannot be fully closed at this time.

Therefore, your registration in Scouting with the Piedmont Council is of a "probationary" nature. However, you will be allowed to continue working in the Scouting Program.

In order to review the matter more fully and for the purposes of updating, there will be a time of one and a half years placed upon the probationary registration. A meeting with the Council Executive will take place at six month intervals throughout this period of time. The first of these meetings will be 8:30 A. M., Thursday, January 18, 1979. Subsequent meetings will be held during July 1979 and January 1980.

Any information deemed pertinent shall be shared by the involved individuals at that time.

Sincerely yours,

Thomas R. Deimler
Scout Executive

TRD:vjd
bcc:  David R. LaFar, III, Council President    Dr. Dale Griffith, District Chairman
      Alan Albright, Council Attorney
      Paul I. Ernst, National Director of Registration Service
      George S. Robinson, Council Commissioner
      Paul Moore, Field Director

CONF009739

DYKES_I_007606

October 6, 1978

Mr. Thomas R. Deimler
Scout Executive
Piedmont Council, No.420

PERSONAL AND CONFIDENTIAL

SUBJECT: MARK BUMGARNER

Dear Tom:

Thank you for your letter of October 4, and the statements concerning
the above Scouter.  We are holding this information pending and
enclosing a confidential record sheet.

Please complete this record sheet and return it to us as soon as
possible. This will help us identify this individual should he again
attempt to register in the Scouting program.

Sincerely,


Paul I. Ernst, Director
Registration & Subscription Service

af
encl.

CONF009740

DYKES_I_007607



**SCOUTING/USA**

A program for Cub Scouts, Scouts, and Explorers

Piedmont Council
Boy Scouts of America

113 W. Third Street, P.O. Box 1059
Gastonia, North Carolina 28052
Telephone: 704 864-2694

16-

October 4, 1978

Mr. Paul I. Ernst
Director
Registration and Subscription Service
Boy Scouts of America
North Brunswick, New Jersey 08902

Dear Paul:

This is in reference to my recent conversation with you regarding an incident in the Piedmont Council involving an individual by the name of Mark Bumgarner. Mark is currently registered as an Assistant Scoutmaster with Troop 262, chartered by St. Stepehen's Lutheran Church in Lenoir, North Carolina. I might add for your information that he is an Eagle Scout and that his father is the Pastor serving that Church.

Enclosed you will find several statements related specifically to the matter as follows:

1.  A statement by L. Steve Thornburg, District Executive who served as our Camp Director this past summer.

2.  Copy of Mark Bumgarner letter of resignation from Camp Staff.

3.  Copy of notes taken by Thomas Deimler of explanation given by Mark Bumgarner.

4.  Copy of letter from parent of boy involved.

I know that you will want to review these items and share them with our National Council Attorneys. I will need to hear from you either by letter or telephone early next week as a meeting has been set with Mark, 8:30 A. M., Thursday, October 12, 1978.

Sincerely yours,

Thomas R. Deimler
Scout Executive

TRD:vjd

cc:  David R. LaFar, Council President
     Alan Albright, Council Attorney

A. DOR....

CONF009741

DYKES_I_007608

July 15, 1978

Mark was accused of giving leg rubs and playing around with Scouts penises.

The scout who came forth said Mark began rubbing his legs and worked up to his penis and proceeded to rub it for several minutes. The Scout was fully clothed throughout the experience.

Mark admitted to giving leg rubs to "people I like," but denied ever rubbing the penis, with the exception of an occasional bump.

Mark understood our position and concern and resigned under his own freewill.

No other reports about Mark's activities with other Scouts were ever received.

CONF009742

DYKES_I_007609



**SCOUTING/USA**

Piedmont Council
Boy Scouts of America

113 W. Third Street, P.O. Box 1059
Gastonia, North Carolina 28052
Telephone: 704 864-2694

July 15, 1978

Dear Mr. Thornburg:

Due to personal reasons I must resign from the staff at Schiele
Scout Camp.

Sincerely,

Mark Bumgarner

cc:  Personnel File
     Thomas R. Deimler

CONF009743

DYKES_I_007610

███████████████

Southern Pines, North Carolina 28387

September 20, 1978

Mr. Thomas Deimler
Piedmont Council
Boy Scouts of America
Post Office Box 1059
Gastonia, North Carolina 28052

Dear Mr. Deimler:

In order to make it a matter of record for you regarding the situation pertain-
ing to the Scout leadership of Mark Bumgarner, I will advise you of an incident
that occurred at Camp Schiele July 14, 1978.

This has been reported to you verbally, but so you have it in writing, I send
this to you.

On or about midnight, Friday, the 14th of July, ███████ son, had what he des-
cribed as "the worst experience in his life". Mark Bumgarner was in Camp as
the "adult" leader.  Several boys were around the campsite table talking and
"horseing around".  As Mark was talking late into the night, the Scouts from
Troop 504 started to break off going to bed.  ████ did not want to be rude by
leaving Mark during the conversation.

Later, while talking, ==Mark put his hand on ████ leg - eventually sliding his
hand onto ████ penis.== ████ said "he had to go to bed". ████ repeated this
statement trying to avoid a confrontation. ==Mark said that the cartilage in
████ penis was similar to his nose and that he could break it.== Taking this
as a direct threat, ████ again said that he had to go to bed as he was going
to get up early.  Mark responded in a threatening manner - that he was going
to get up early to make sure that ████ got up early.

████ stated that he heard later at Camp that other boys had a similar experience
with Mark at the Horseshoe Pits and the Archery Range.

Sincerely,



CONF009744

DYKES_I_007611

PIEDMONT COUNCIL                                    BOY SCOUTS OF AMERICA

September 19, 1978
  Meeting of Thomas Deimler, Council Executive with Mark F. Bumgarner

On this day Mark Bumgarner met in the Council Executive's Office in the presence
of Paul Moore, Field Director. The purpose of the meeting was to give Mark an
opportunity to tell his side of the story related to the accusation of a Scout
at Camp Schiele referring to an incident of July 14, 1978. The following informa-
tion was related by Mark Bumgarner and recorded by Thomas Deimler.

Mark stated that the Troop involved was a "Provisional Troop" under the leadership
of Dennis Beaver from the Gaston District. Dennis Beaver asked permission to leave
Camp on the evening of July 14 and inquired as to whether a member of the Camp Staff
could take charge in his absence. Mark Bumgarner volunteered to serve as the Leader
for the evening and was done so with the knowledge of Camp Director, Steve Thornburg.

He spent the early part of the evening with the Troop and at the time of the camp-
fire, which was about dusk, the Troop of boys went to the campfire with another
Scoutmaster. Mark said that this allowed him some time to complete other duties
related to his camp staff assignment. Upon their return to the campsite Mark again
assumed the leadership role and since he had promised to show the Troop some magic
tricks said he would do so at this time. The boys built a campfire and Mark per-
formed tricks for forty-five minutes to an hour.

He noticed this one boy appeared to be somewhat aloof from the other Scouts and
appeared to be having some minor difficulties interacting with the Troop. When
the magic show was completed most of the boys began to retire for the night.

Mark stated that he spent some time with the boy after that in an effort to help
him become more at ease and involved with the Troop.

At this point Mark digressed to tell us an incident that happened while he was
instructing on the Archery Range. It appears as though a Scout was having some
real problems with archery being very tense and unable to participate in the program.
Mark said that having been a football player, he recalled that a massage to the
back and legs usually relaxed players and he proceeded to massage the Scout on the
Archery Range. He found that this was of some help to that Scout and felt we should
know he had used this technique earlier in the week.

Mark stated that since he is an emergency service technician and since he in conversa-
tion with the boy found that his father was of the medical field decided that he
would have some common ground with the boy if he talked about medicine and emergency
service. He proceeded to review some of the methods used in emergency first-aid.

Mark said that several of things he did included a medical check for breathing and
bodily harm. Following this, Mark said that he did in fact, massage the boy's legs
also in an attempt to relax him and make him more at ease.

CONF009745

DYKES_I_007612

September 19, 1978 - Meeting of Thomas Deimler, Council Executive with Mark F. Bumgarner

Page Two


Following this, the boy noted that it was getting quite late and also went to bed. Mark then returned to the Staff Area. He said the time was just past midnight.


It was the observation of both Paul Moore and Thomas Deimler that Mark Bumgarner appeared confident and was convincing in his story of what actually took place. He emphasized that he believes that the boy in his own mind perhaps does feel something happened beyond the massage, but was very emphatic in saying that nothing happened. Mark is aware of the proceedings of this information to be shared with the National Director of Registration of the Boy Scouts of America and that the information will also be shared with the Council President as well as ultimately with his own Troop Committee and Scoutmaster. It was also reviewed with him that the Council President will appoint a three-man Review Committee, if, in fact, we decide that he should not be allowed to continue in Scouting. Mark did not appear at all concerned about these proceedings and actually seemed to welcome the opportunity to share his information with whomever necessary in order to resolve it fully.

CONF009746

DYKES_I_007613