# Exhibit 10

Falk, Herbert Henry 83



CONF001074

DYKES_I_001064

Plaintiff's Exhibit 84
Page 1 of 18

● Y SCOUTS OF AMERICA ●

DATE June 15, 1988

FULL NAME Herbert Henry Falk                SOCIAL SECURITY NUMBER _____
(No initials if you can possibly get full name)

ADDRESS 10221 S. 49th Street

CITY Phoenix,        STATE Arizona        ZIP CODE 85044

DATE OF BIRTH 3/12/39            (This is important and should be exact)

APPROXIMATE AGE _____ (To be used ONLY when date of birth is not known)

RELIGION Unknown              NATIONALITY American

OCCUPATION United Airlines

EDUCATION Unknown

WEIGHT 250        HEIGHT 5' 11"        RACE Caucasian

COLOR OF HAIR Blond        COLOR OF EYES Blue

OUTSTANDING CHARACTERISTICS OR INTERESTS Extensive O/A involvement/travel to Europe

MARRIED OR SINGLE Single        CHILDREN NA
                                      (Number, ages, and names, if possible)
NAME OF SPOUSE NA

SCOUTING CONNECTIONS:

| UNIT # | CITY | STATE | POSITION | DATE REGISTERED | DATE RESIGNED |
|---|---|---|---|---|---|
| S-0721 | Phoenix | AZ | MC | 10/87 | 6/15/88 |

SPECIAL RECOGNITION Very active in local and area Order of the Arrow

SUSPENDED OR DENIED REGISTRATION FOR FOLLOWING REASONS:

Complaints, of "attaching himself" to certain boys in a unit and trying to get them in "one-on-one" situations, by parents led to police investigation which revealed prior conviction on child molestation charges in California; those reports attached to this document.

SPECIFY THE FACTS WHICH LEAD YOU TO RECOMMEND DENIAL OF REGISTRATION AND LIST ATTACHED SUPPORTING DOCUMENTS (STATE ONLY KNOWN FACTS, NOT RUMOR, CONJECTURE OR SPECULATION):

Signed _[signature]_
SCOUT EXECUTIVE

Council _[signature]_

RS-509
4/14/83-nah

CONF001075

DYKES_I_001065

CONFIDENTIAL RECORD SHEET

REGISTRATION, SCRIPTION AND STATISTICAL SERVI    APPENDIX A

BOY SCOUTS OF AMERICA

52

DATE  June 1983

FULL NAME  Herbert Henry Falk
(No initials if you can possibly get full name)

ADDRESS  6364 Porterfield Court

CITY  Stockton    STATE  California    ZIP CODE  95207

DATE OF BIRTH  4/41    (This is important and should be exact)

APPROXIMATE AGE  43 yrs.    (To be used ONLY when date of birth is not known)

RELIGION _____ NATIONALITY _____

OCCUPATION  Customer Service Agent - United Airlines

EDUCATION _____

WEIGHT  180    HEIGHT  6'    RACE  W

COLOR OF HAIR  Brn    COLOR OF EYES _____

OUTSTANDING CHARACTERISTICS OR INTERESTS  Skiing - World Travel

MARRIED OR SINGLE  Single    CHILDREN  0
(Number, ages, and names, if possible)

NAME OF SPOUSE _____

SCOUTING CONNECTIONS:

| UNIT # | CITY | STATE | POSITION | DATE REGISTERED | DATE RESIGNED |
|---|---|---|---|---|---|
| Troop 148 | Stockton | Ca. | Scoutmaster | 3/1980 | 2/7/83 |

SPECIAL RECOGNITION  Silver Beaver - NESA Scoutmaster

SUSPENDED OR DENIED REGISTRATION FOR FOLLOWING REASONS:
Suspected Child Molestation

SPECIFY THE FACTS WHICH LEAD YOU TO RECOMMEND DENIAL OF REGISTRATION AND LIST ATTACHED SUPPORTING DOCUMENTS (STATE ONLY KNOWN FACTS, NOT RUMOR, CONJECTURE OR SPECULATION):

Attached

NOTED
SEP 07 '83
JOSEPH L. ANGLIM

Signed  William J. Hanson
SCOUT EXECUTIVE

Council  49er Council 052

F. STARON

RS-509

JUN 20 1983

CONF001076

DYKES_I_001066

June 29, 1988

J. Reed Brannon
Director of Field Service
Theodore Roosevelt Council, No. 10

PERSONAL AND CONFIDENTIAL          SUBJECT: Herbert Henry Falk

Dear Reed:

Thank you very much for the information which you recently sent us concerning the above named individual. This is complete and will enable us to refuse registration in the future should Mr. Falk attempt to register.

We hope you will tell us if we may be of help in any other way.

Sincerely,

Paul Ernst, Director
Registration Service

ag

cc: Western Region
    E. Earl Hays, Scout Executive

*Jerry MacMadden*
*June 30, 1988*
*Ready for file*

*Deleted mg Record*
*6/24/18*

```
            M S S   SESSION COMPLETE
MS04                        MEMBERSHIP SUPPORT SYSTEM                06/23/88
                            MEMBER DETAIL INQUIRE                    12:57:44
CNCL 010  PRG/UNIT 5,721 SEQ. 111087
FIRST: HENRY                    LAST : FALK
ADDR1: 10211 S 4? ST            ADDR2: PHOENIX            AZ
ADDR3:                          ADDR4:                        ZIP: 85044
REG STATUS: P  ENROLL: 1087 BIRTH: 0939 SEX: M  AGENCY: M  ADULT/YOUTH: A
POSITION: MC  FINDERCODE: 55  PHONE: 0008931226  BULK:    MAG-STATUS:
REN DAT: 1288
TRANSFER FROM = CNCL:   PGM/UNIT:     SEQ:         TRANSFER DATE:
                                MAGAZINES
         --SOURCE-- PRICE SUB STRT --COPIES-- ISSUES TO GO AREAR  LAST LABEL EXP
    TYPE CNCL P/UNT CODE  TRM DATE FIRST LAST ORIG  TOTAL COUNT   PRINTED  DAT
    S    ___ _____   B    CS 0388  1088 0588  04    004   00      2608   0189
    _    ___ _____   _    __  ____  __   __    __    __   __
ENTER>CHG  PF1>NEXT  PF10>FRT  PF11>PREV  PF12>MENU  CLR>END  PF6>VAN OVERRIDE
NEXT CNCL:    P/U:     SEQ:       LST: FALK            FST: HENRY
```

I think this is the same man we put on the file in 1983. This one did not kick in either 10/87 or 1/88. He came through while we were still having problems with all names beginning...

CONF001078



# Theodore Roosevelt Council 

2969 North Greenfield Road  •  Phoenix, Arizona 85016-7715  •  Telephone (602) 264-0621

June 7, 1988

**PRESIDENT**
Anthony V. Ehmann

**COUNCIL COMMISSIONER**
Lyle R. Knight

**VICE PRESIDENTS**
F Rockne Arnett
Neilson A Berthoff Jr.
C. E. Pep Cooney
Bob Davies
Dean T Malan
Irval L Mortensen
N Ralph Pew

**MEMBERS AT LARGE**
J A Farnsworth Jr
Clyde A Grunow, Sr
Rowland F Kornrumph
William G. Payne, M D
Gilbert B Perry
Ray L Russell, D V M.
Lawrence F Snead
H Stephens Thomas, M D.

**LEGAL COUNSEL**
George H Mitchell

**TREASURER**
James A Vogel

**ASSISTANT TREASURER**
F Edward Luke

**SCOUT EXECUTIVE**
E Earl Sonny Hays

Henry Falk
10221 S. 49th St.
Phoenix, AZ 85044

Dear Mr. Falk:

After careful review, we have decided that your registration with the Boy Scouts of America should be suspended. We are, therefore, compelled to request that you sever any relations that you may have with the Boy Scouts of America. A refund of your registration fee is enclosed.

You should understand that BSA membership registration is a privilege and is not automatically granted to everyone who applies. We reserve the right to suspend registration whenever there is a concern that an individual may not meet the high standards of membership which the BSA seeks to provide for American youth.

If you wish to have this decision reviewed by a Council review committee, please write to me explaining your version of the facts supporting your claim that your registration as a BSA member should be reinstated.

Sincerely yours,

Anthony V. Ehmann
President

lg

Enclosure


A United Way Agency

CONF001079

DYKES_I_001069

Plaintiff's Exhibit 84
Page 6 of 18

Memo Regarding Meeting to Remove Henry Falk from Boy Scouts of America

DATE:           Friday, June 17, 1988

TIME:           4:00 - 4:20 p.m.

IN ATTENDANCE:  Henry Falk, Evans Farnsworth, J. Reed Brannon, Ralph Pew

LOCATION:       Law Office of Evans Farnsworth


Ralph Pew, V.P. Exploring and an attorney and I, met with Mr. Falk and Mr. Farnsworth at 4:00 p.m.

Mr. Farnsworth opened the meeting in a cordial manner, by relating that he had had an incident, two years ago, investigated when Mr. Falk had come to him when he had been accused of improper behavior on a camping trip and was removed from leadership by Red Mountain Methodist Church. He said this investigation proved the allogations were not true and that Mr. Falk was concerned that he was getting the reputation within the Council as a "child molester."

I told Mr. Farnsworth that we had materials unrelated to what he had just spoken of that convinced us that Mr. Falk did not meet the leadership standards of the BSA and that according to our youth protection policies, I was to deliver the letter to Mr. Falk and insist that he cease all Scouting activities. I gave Mr. Falk the letter and asked that he read it in our presence, which he did. I also gave Mr. Farnsworth a copy of the letter. I explained that the appeal procedure was with the letter and that any questions would have to be taken up with our Council attorney, whose card was in both envelopes.

Mr. Pew confirmed that the material we had was not related to the incident Mr. Farnsworth alluded to earlier and he confirmed that this matter was never discussed and was kept confidential.

Mr. Falk said nothing throughout the meeting. Ralph and I left at approximately 4:20 p.m. Mr. Falk remained in the office at Mr. Farnsworth's request.

_Reed Bran_
Signed

_6-20-88_
Date

CONF001080

DYKES_I_001070

Plaintiff's Exhibit 84
Page 7 of 18

# ACROSS THE USA

FROM USA TODAY'S NATIONAL NEWS NETWORK

## ALABAMA

**MAPLESVILLE** — Town finally gets a doctor: Canadian Ted Klaudt became the town's first physician in 25 years. He takes over a clinic paid for by the area's 900 residents. ... **MONTGOMERY** — Nearly 100 people attended the second gathering of the Friendly Supper Club, open to anyone bringing a member of the opposite race. The idea was originated by mystery-man "Jack Smith" as a means to ease racial tension. ... **ANNISTON** — A $6 million suit was filed against Dixie Welding Supply, the firm that sells oxygen to Noble Army Hospital. Plaintiff is Sgt. Kenneth Huddleston, whose wife, Charlotte, died after being given welding gas instead of oxygen. No one has explained the mixup.

## ALASKA

**JUNEAU** — No-show legislators on wanted list: Gov. Sheffield dispatched state troopers to round up House members who failed to appear for a joint session he called to confirm 13 Cabinet nominees. ... **WASILLA** — A rule requiring that rookie mushers complete a 200-mile race before entering the marathon Iditarod Sled Dog Race was adopted by the Iditarod Trail Committee. Members want to ensure that racers are experienced. ... **EMMONAK** — A joint venture with Emmonak Village Corp. to process salmon for sale to Japan is being formed. Calista Fisheries Inc. said. A Japanese firm has already bought this season's expected production.

## ARIZONA

evacuated for about an hour after a natural gas line broke. No one was injured and there was no fire. ... **PHOENIX** — There are about 3,000 homeless people in the metropolitan area, and up to 60 percent are unemployable, a survey found. About 5 percent were classified as socially maladjusted.

## ARKANSAS

**LITTLE ROCK** — Fewer kids means less aid: The state will lose nearly $4 million in federal education funds because there are 46,000 fewer children eligible for the aid under new census figures. State officials don't know how they'll make up for the loss. ... **NASHVILLE** — Tyson Foods Inc. will lay off 250 workers next week at its food processing plant here and put the others on three-day workweeks. Union distribution of a leaflet criticizing plant sanitation levels is to blame, a company official says. The leaflets carry false claims and two lawsuits against the union are pending in court, Tyson says.

## CALIFORNIA

**RICHMOND** — City loses suit, chief quits: Police Chief Leo Garfield resigned effective July 1 after a $3 million wrongful death judgment against his department in the slaying of two black men. Survivors get the money. ... **IMPERIAL** — High concentrations of pesticides found in catfish indicate the Alamo and New rivers are the state's most toxic, biologists say. DDT, banned in 1972, was one of five pesticides found. ... **LOS ANGELES** — Lopco Corp. will lay off 15 top executives as part of an effort to trim $40 million in overhead. The firm lost $76.8 mil-

School Board will decide this week on an ACLU petition to ban invocations at school graduations. ... **HANFORD** — Fifty-five striking butchers will return to work at Hanford Meat Packing Co. Monday after agreeing to a $1.25-an-hour pay cut and giving up four paid holidays. ... **STOCKTON** — Herbert Falk, 43, named Scoutmaster of the Year in January, was placed on three years probation after pleading no contest to lewd conduct and child molesting. ... **SOUTH LAKE TAHOE** — Councilman John Cefalu was nominated to the Lahontan Regional Water Quality Control Board by Gov. Deukmejian.

## COLORADO

**DENVER** — Theft from mansion befuddles police: Unless property stolen from the state's Executive Mansion turns up, police will end their burglary probe. No leads have developed from the Memorial Day theft of a tea service set and vases. ... **MINTURN** — A water-soaked embankment, giving way under an I-70 on-ramp, began spilling onto Highway 6 near here and slowing traffic. Only one lane of I-70 remained closed from a mud-slide two weeks ago. ... **FORT COLLINS** — Fear of Poudre River flooding is keeping tourists away, say Poudre Canyon resort owners. Major flooding, however, is closer to Greeley and isn't affecting the canyon.

## CONNECTICUT

**HARTFORD** — Fiddle contest may be moved next year: The New England Fiddle contest is getting too big for Bushnell Park, the foundation operating the park says. Rain-soaked park grounds were severely damaged when 60,000 people attended Sunday's event. Organizers say they'll cooperate. ... The state House approved a bill setting stiffer penalties for drunken driving and sent it to the governor. ... **BRIDGEPORT** — Four Colombians and a Florida man remain in jail awaiting trial in a marijuana smuggling case. Six other Colombians received 120-day prison terms Monday. Their lawyer argued they were duped. A fishing boat containing 1,133 bales of marijuana seized May 1.

---

**Scoutmaster on probation**
A Stockton man who was named Scoutmaster of the Year, pleaded no contest to sexual battery and was placed on probation for three years. Judge Sandra Butler Smith imposed sentence Monday following the plea by Herbert Henry Falk, 43. He was accused of lewd conduct and four misdemeanor counts of child molesting.

**Scoutmaster on probation**
A Stockton man who was named Scoutmaster of the Year, pleaded no contest to sexual battery and was placed on probation for three years. Judge Sandra Butler Smith imposed sentence Monday following the plea by Herbert Henry Falk, 43. He was accused of lewd conduct and four misdemeanor counts of child molesting.

CONF001081

DYKES_I_001071

Plaintiff's Exhibit 84
Page 8 of 18

September 8, 1983

Mr. William J. Hranac
Scout Executive
Forty-Niner Council, No. 52

PERSONAL AND CONFIDENTIAL

SUBJECT: Herbert Henry Falk

Dear Bill:

Thank you for the detailed information concerning the above Scouter. We have reviewed this case with our Attorney and have now placed this man on the Confidential File.

Sincerely,



Paul I. Ernst, Director
Registration Subscription &
Statistical Service

eko

cc: Western Region
    Richard N. Chandler, Area Director, Western Region

READY TO FILE

SEP 8 1983

SANDRA DEMPSEY

CONF001082

DYKES_I_001072

Plaintiff's Exhibit 84
Page 9 of 18

RICHARD W. EICHENBERGER
District Attorney
San Joaquin County
By: TERRENCE R. VAN OSS
Deputy District Attorney
Courthouse
Stockton, CA 95202
Telephone: 944-3811

=POLICE CAS(?)2 A 9: 32

Attorney for Plaintiff

MUNICIPAL COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN

STOCKTON JUDICIAL DISTRICT

The People of the State of California ) CASE 83-2677
)
                    Plaintiff )
)
          v. ) COMPLAINT
)
HERBERT HENRY FALK )
)
                    Defendant. )
--------------------------------)

I, the undersigned, say, on information and belief, that in the County of San Joaquin, State of California: Victoria Boyett
JUN 6 1983 Ct # 1       complaint amended in its use in open court to read a Violation of
                                   ction 243.4 PC, a Misdemeanor. MG
COUNT : 1, On or about 12-18-82, defendant did commit a MISDEMEANOR, namely, a violation of Section 647a of the California Penal Code, CHILD MOLESTING, in that the said defendant did wilfully and unlawfully annoy and molest a child under the age of eighteen years, to-wit: ███████

As further and separate causes of action, being different offenses from, but connected in their commission with the charges set forth above, it is alleged that the said defendant committed

CONF001083

DYKES_I_001073

Plaintiff's Exhibit 84
Page 10 of 18

the following further crimes:

COUNT : 2, On or between 07-01-82 and 08-01-82, defendant did commit a MISDEMEANOR, namely, a violation of Section 647a of the California Penal Code, CHILD MOLESTING, in that the said defendant did wilfully and unlawfully annoy and molest a child under the age of eighteen years, to-wit: ▮

COUNT : 3, On or between 07-01-82 and 08-01-82, defendant did commit a MISDEMEANOR, namely, a violation of Section 647a of the California Penal Code, CHILD MOLESTING, in that the said defendant did wilfully and unlawfully annoy and molest a child under the age of eighteen years, to-wit: ▮

COUNT : 4, On or between 01-01-83 and 02-01-83, defendant did commit a MISDEMEANOR, namely, a violation of Section 647a of the California Penal Code, CHILD MOLESTING, in that the said defendant did wilfully and unlawfully annoy and molest a child under the age of eighteen years, to-wit: ▮

COUNT : 5, On or between 01-01-83 and 02-01-83, defendant did commit a MISDEMEANOR, namely, a violation of Section 647a of the California Penal Code, CHILD MOLESTING, in that the said defendant did wilfully and unlawfully annoy and molest a child under the age of eighteen years, to-wit: ▮

_____

2

                                          _____
                                          E.M. BELCHER, Complainant

Subscribed and sworn to before me 04/22/83.

ALBERT FLOR, Clerk for the Municipal Court of California
County of San Joaquin, Stockton Judicial District

By: _____
     Deputy Clerk

3

DO NOT DESTROY

**MUNICIPAL COURT OF CALIFORNIA
COUNTY OF SAN JOAQUIN, STOCKTON JUDICIAL DISTRICT**

PEOPLE v. HERBERT HENRY FALK _____ Defendant

Case No. M100695

JUDGMENT/ORDER OF COURT CONDITIONS OF PROBATION

Date 6-6-83

The above named defendant having been convicted of a misdemeanor violation of Section 243.4 PC

IT IS HEREBY ORDERED: (Applicable items checked)

### A. COURT ACTION (Sentence and/or terms indicated in Sections B, C, D)
- [x] Imposition of sentence suspended.
- [ ] PROBATION GRANTED: Placed under care and supervision of the Probation Officer for a period of _____ years from the date of this order.
- [x] SUMMARY PROBATION GRANTED FOR 3 years.
- [ ] PROBATION granted on _____ MODIFIED. Original terms in full force and effect except as modified herein.
- [ ] Defendant found in violation of probation.
- [ ] PROBATION REVOKED/CONTINUED.
- [ ] PROBATION REINSTATED: Original terms in full force and effect except as modified herein.
- [ ] PROBATION TERMINATED.
- [ ] OTHER _____

### B. FINE/JAIL RESTITUTION
- [ ] PAY A FINE OF $ _____ including Penalty Assessment or one day for each $30.00 of said fine.
  - $ _____ suspended.
  - [ ] $ _____ Adm. fees by _____
  - [ ] To Clerk of Court - Room 100
  - [ ] To Probation Dept. - Room 501  [ ] in manner to be determined by Probation Dept
    1. Stay of Execution to _____
    2. Payable at the rate of $ _____ per month commencing _____
  - [ ] AS CONDITION OF PROBATION
- [ ] SERVE in the County jail _____ days; _____ days suspended.
  - [ ] CTS balance suspended.
    1. Stay of Execution to _____
    2. Report to Jail on _____ M. Release from Jail on _____ M. Remaining days to be served on the same days of the week and same time of day as indicated for first days.
  - [ ] AS CONDITION OF PROBATION
- [ ] MAKE RESTITUTION, payable to:
  - [ ] Treasurer-Tax Collector—Room 150
  - [ ] Probation Department—Room 501
  - [ ] Employment Development Department
  - [ ] Department of Public Assistance
    1. $ _____ within 10 days or in installments of $ _____ per month commencing _____
       - [ ] Jointly and severally liable with co-defendant _____ Case # _____
    2. $ _____ out of grant.
    3. $ _____ in installments of $ _____ per month commencing on the 15th day of the month after adjustments on the existing grant have been completed.
    4. Amount and manner to be determined by District Attorney/Probation Department within _____ days.
  - [ ] AS CONDITION OF PROBATION

### C. FURTHER ORDERS AS FOLLOWS:
- [x] STANDARD TERMS
  1. OBEY all laws
  2. DO NOT COMMIT same/similar offense
  3. FOLLOW all orders of the Probation Officer and report as directed
  4. SEEK and maintain employment and notify Probation Officer of any changes in employment status.
  5. NOTIFY Probation Officer immediately of any changes in residence address.
  6. ABSTAIN/REFRAIN from excessive use of alcoholic beverage
- [ ] PROGRAM TERMS
  1. REPORT to Alcohol Recovery Clinic within _____ for evaluation and treatment and continue until released by Director.
  2. Report to San Joaquin County Mental/Drug Program Director within _____ days and participate in program designated.
  3. REPORT to Opportunity House within _____ days to complete _____ hours of alternative services within _____ days.
  4. Participate in a treatment program approved by the Probation Officer until otherwise directed, terminated, or transferred to similar treatment agency by the Probation Officer.

### D. [ ] OTHER TERMS
1. SUBMIT person, vehicle, place of residence or area over which he has control to search for and seizure of narcotics, drugs, or other contraband at any time day or night, with or without search warrant, probable cause or defendant's consent, as directed by Probation Officer or any peace officer.
2. DO NOT illegally use or possess any drug, narcotic or marijuana and that he not associate with persons known to so use, possess, or traffic in same.
3. DO NOT OPERATE MOTOR VEHICLE at any time after consuming alcoholic beverages.
4. DO NOT OPERATE A MOTOR VEHICLE without a valid California driver's license in possession.
5. Report to San Joaquin County Drunk Driving Program within _____ days. If program not completed, defendant's driver's license will be suspended for _____ years.
6. Attend the Driving While Intoxicated Rehabilitation Course
7. DO NOT OWN, POSSESS, or CONTROL any firearms
8. DO NOT ANNOY, harass, or threaten _____
9. Defendant to report to Jail on time and not under the influence of drugs nor alcohol.
10. OTHER _____

- [ ] Ordered driver's license restricted _____ days to drive only between residence and place of employment and in course of employment and to and from treatment program.
- [ ] Ordered weapon confiscated and destroyed.
- [ ] Work Furlough Program/Honor Farm recommended
- [ ] Sentence to run concurrently with _____
- [ ] Sentence to run consecutively with _____
- [ ] Register address [ ] 290 PC  [ ] 11590 H&S
- [ ] Credit for time served _____ Days
- [ ] Defendant to report to Probation Department on _____ at _____ to sign order.
- [ ] Defendant to sign probation order at the Jail

I, _____ have interpreted this form to the above named defendant.

UPON SATISFACTORY COMPLETION OF PROBATION YOU MAY APPLY TO THE COURT TO HAVE YOUR CONVICTION SET ASIDE PURSUANT TO SECTION 1203.4 OF THE PENAL CODE. UPON APPLICATION FOR PUBLIC OFFICE OR STATE OR LOCAL LICENSE, YOU MUST DISCLOSE THIS CONVICTION IF ASKED.

I have received a copy, read and understand the above conditions of probation X _Herbert Henry Falk_

Address 6364 PORTERFIELD CT, STOCKTON, CA 95207  Phone No. 209 478-8657

_Sandra Buehler Smith_ Judge

TO THE SHERIFF: The foregoing certified copy of judgment in the above entitled action is your authority for the execution thereof. If the defendant named herein appears in response to this commitment in an intoxicated condition or if the defendant is more than one hour late, you are hereby ordered to book the defendant and cause him to appear in this Court on the next following court day.

- [ ] Court finds defendant has the ability to pay, and defendant agrees to pay jail administrative costs as a condition of weekend jail sentence. Court orders defendant to pay $ _____ per each weekly period of confinement to the Sheriff of San Joaquin County.
IF NOT PAID, DEFENDANT ORDERED TO SERVE STRAIGHT TIME.

I hereby certify that the foregoing instrument is a true and correct copy of the original on file in this office.

ATTEST Date _May 26_, 19 88

ALBERT FLOR, Clerk, Municipal Court, Stockton Judicial District

By _Nadine Boyd_ Deputy Clerk

MUNICIPAL COURT OF CALIFORNIA
County of San Joaquin Stockton Judicial District

MISDEMEANOR DOCKET
CRIMINAL

PEOPLE OF THE STATE OF CALIFORNIA vs.

Case No. M-100695

HERBERT HENRY FALK

Arresting Agency S.P.D.

TN _____ DA amended _____ Defendant.
COUNTS: #1-647a P.C.   243.4 PC   #3-647a P.C. Dean   #5-647a P.C. Dean
#2-647a P.C.   Dean   #4-647a P.C. Dean

Complaint filed 4-22-83 ___ Warrant issued ___ to ___ Bail $ ___
Bail posted on ___ Amount $ ___ By ___
To appear: ___ at ___ M. Bond No. ___ Receipt No. ___

___ Defendant having failed to contest the alleged violation, bail is hereby ordered forfeited and no further proceedings shall
be had. Receipt No. ___ Amount $ ___ Judge ___

| Cont. On | Attorney | Cont. to | Cont. for | Status | Time | Def. ord. present | PTC held | Judge |
|---|---|---|---|---|---|---|---|---|
| PR 25 1983 | P/NP | Charge 5-16-83 | 9am jury trial | OC | TW/TNW | | | Smith |
| MY 16 1983 | P/NP | Charge 5-23-83 | Jur Tr | all | TW/TNW | 2:00 | | Smith |
| MY 23 1983 | P/NP | Charge 6-6-83 | 845 PTC | OK | TW/TNW | | | Smith |
| | P/NP | | | | TW/TNW | | | |
| | P/NP | | | | TW/TNW | | | |
| | P/NP | | | | TW/TNW | | | |
| | P/NP | | | | TW/TNW | | | |

ARRAIGNMENT

___ Defendant not present. Ordered dropped from calendar. Judge ___
___ Defendant present/not present without/by attorney ___
25 1983 No complaint filed for ___ ☐ Ordered discharged ☐ Bail exonerated.
Defendant present/not present without/by attorney _Anthony Charges_ ☐ In custody.
☒ Arraign and advisement of Constitutional Rights waived. ☐ True name as amended.
☐ Defendant advised of code registration requirements upon conviction.
___ Defendant informed of charges, arraigned, and advised of following rights: ☐ En Masse ☐ Thru Interpreter
  ☐ To an attorney at all stages of proceedings; and if he cannot afford an attorney, an attorney will be provided.
  ☐ To release on reasonable bail. ☐ To release on O.R.
  ☐ To speedy and public jury or court trial within 30/45 days per Sec. 1382 P.C.
  ☐ To produce witnesses and confront and cross-examine witnesses against him.
  ☐ To privilege against self-incrimination.
  ☐ To probable cause detention hearing prior to posting bail.
  ☐ To minimum and maximum penalties.
  ☐ To consequences of conviction pursuant to Section 1016.5 P.C. (Alien)
☐ Defendant advised that upon conclusion of the case, Court will determine the defendant's ability to pay for all or any part
  of the cost of appointed counsel and any such order could be enforced as a civil judgment.
☐ Court found defendant understood his right to a court appointed attorney if he were unable to obtain his own.
☐ Defendant waived counsel.
☐ Public Defender ☐ Alt. Public Defender ☐ L.R.S. appointed. ☐ Obtain private counsel.
☒ Motion for O.R. release granted/denied. See O.R. Agreement. ☐ Bail set at $ ___ Includes ___
☐ Defendant to report to jail by ___ to be booked, processed and released.
☐ Defendant ordered to report to the Public Defender and County Collector for interviews before next appearance.
JUDGE _Smith_ CLERK _Brennan_ DDA _Seiger_ INTERPRETER ___

FUR. ARR.
___ Defendant present/not present without/by atty. ___
  ☐ Public Defender/A.P.D. declared a conflict.
  ☐ Pub. Def./A.P.D. relieved; ☐ Private counsel to be obtained ☐ A.P.D. ☐ LRS ☐ Pub. Def. appointed.
___ DDA stated defendant is/is not eligible for diversion.
___ Defendant to report to Probation Office on ___ at ___
  JUDGE ___ CLERK ___ DDA ___ INTERPRETER ___

NOT GUILTY PLEA
___ Defendant present/not present without/by atty. ___
  ☐ Defendant pleads NOT GUILTY to ___
  ☐ Defendant demands jury trial.
  ☐ Defendant understood his right to a jury trial and waived that right.
  ☐ District Attorney waives right to jury trial.
  JUDGE ___ CLERK ___ DDA ___ INTERPRETER ___

WARRANTS: ISSUANCE & DISPOSITION
___ ☐ Defendant not present ☐ Attorney ___ present. Non-appearance not excused.
___ ☐ Bail forfeited ☐ O.R. revoked ☐ Public Defender/A.P.D. relieved. ☐ Add 853.7 P.C.
___ Bench Warrant ordered issued. Bail $ ___ Judge ___
___ Bench Warrant issued ___
___ Surety, Bondsman, D.A. notified of bail forfeiture
___ Warrant recalled. Recall # ___ Abstract of Warrant ret. & filed. ___
___ Bench Warrant recalled. # ___ Abstract of Bench Warrant ret. & filed. ___
___ Bail forfeiture set aside & bail reinstated ☐ ___ Surety, Bondsman, D.A. notified of bail reinstatement.
___ Motion of bondsman or surety company to set aside forfeiture and reinstate/exonerate bail denied/granted on Condition
   bondsman pay $ ___ expenses on bail forfeiture by ___
___ Expenses on bail forfeiture paid by bondsman ___
   Receipt ___ Amount ___ Bond No. ___

CONF001087

DYKES_I_001077

Plaintiff's Exhibit 84
Page 14 of 18

COURT
...CIAL DISTRICT
N 6 1983
RT FLOR, CLERK

MUNICIPAL COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN
STOCKTON JUDICIAL DISTRICT

Maria Guerra
DEPUTY

PEOPLE OF THE STATE OF CALIFORNIA vs.

HERBERT HENRY FALK
(Name of Defendant)

Case No. M100695

**WRITTEN PLEA AND WAIVER**
(Misdemeanor)

| | Initial |
|---|---|
| 1. I desire to enter a plea of guilty/nolo contendere to the charge(s) of (specify): **243.4 PC** | |
| 1a. I understand that a Nolo Contendere plea shall be considered the same as a guilty plea and that the Court shall find me guilty. I further understand the legal effects of a Nolo Contendere plea. | |
| 2. My lawyer representing me in these proceedings is **A. CHARGIN** | |
| 3. I have read the charges against me, and discussed them with my lawyer. I understand the charges. | |
| 4a. I understand that the possible consequences of a conviction of this offense include the following: | |
| 4b. The indicated judgment, after a negotiated plea, is **IMP SS 3 YRS** | |
| 5. As to each charge, I understand I have the right to plead (a) NOT GUILTY (b) NOT GUILTY BY REASON OF INSANITY (c) GUILTY, or (d) NOLO CONTENDERE | |
| 6. I have been advised, understand and knowingly and intelligently WAIVE (Give Up) each of my following rights: | |
| a. To be tried by a jury. | |
| b. To be confronted by witnesses against me, that is to SEE, HEAR, AND QUESTION ALL WITNESSES AGAINST ME and to present witnesses in my own behalf. | |
| c. Not to incriminate myself, that is, I CANNOT BE COMPELLED TO PLEAD GUILTY OR TESTIFY AGAINST MYSELF. | |
| d. To a speedy and public trial. | |
| e. To have a lawyer represent me at all stages of the proceeding. (DO NOT INITIAL if represented by a lawyer.) | |
| 7. My decision to enter this plea of guilty/nolo contendere has been made freely and voluntarily, without threat or fear to me or to anyone closely related to or associated with me. No promises or inducements have been made to me in connection with this plea except: | |
| a. The District Attorney has stated he will make a motion to dismiss _____ If I plead guilty/nolo contendere to _____ | |
| b. The District Attorney has stated he will move to amend the complaint to charge a violation of _____ If I agree to plead guilty/nolo contendere to such charges. | |
| c. The District Attorney has stated he will recommend to the Court as follows: _____ (e.g., suspended sentence, probation, etc.) | |
| d. Although a recommended sentence has been made I understand the Court is NOT bound by any agreement or recommendation of the District Attorney and may impose any judgment it deems proper. | |

I am aware of and understand each of the above items. I have initialed those items as proof thereof. I declare under penalty of perjury that the foregoing is true and correct and that this waiver was executed on JUN 6 1983, 19____, in the County of San Joaquin, California.

(Signature)
HERBERT HENRY FALK
(Type/print name)

I have gone over the above WRITTEN PLEA and WAIVER with my client, the above mentioned defendant, and I represent to the Court that said defendant understands it and it is voluntarily and understandingly made.

Dated: _____
(Attorney's Signature)

(Type/print name and address)

I, _____ have interpreted the Guilty Plea Waiver Form to the above named defendant.

**FINDINGS AND ORDER**

The Court finds that:
1. Defendant has knowingly, intelligently, and understandingly waived his rights, including his right to jury trial, his right to confront witnesses against him, his right to present witnesses in his own behalf, his right against self-incrimination, his right to be represented by an attorney and his right to a speedy and public trial.
2. There is a factual or legal basis for the plea(s).
3. Defendant's waivers of his rights, and his plea(s) are free and voluntary.

IT IS ORDERED THAT:
Defendant's plea(s) of (guilty) (nolo contendere) be entered and filed.

Dated JUN 6 1983

Sandra Ruth Smith
(JUDGE'S SIGNATURE)

SMC-77 (11/78)

CONF001088

DYKES_I_001078

Plaintiff's Exhibit 84
Page 15 of 18

JUS HEARINGS AND ORDERS

_____ Defendant present/not present without/by attorney _____
- ☐ 1538.5 motion heard. ☐ Motion to dismiss heard. ☐ Motion to disclose informant heard.  ☐ Granted. ☐ Denied.
..___ ☐ Oral motion for discovery heard. Compliance by _____.  ☐ Granted. ☐ Denied.
_____ ☐ _____ heard.  ☐ Granted. ☐ Denied.
_____ Minutes attached and made a part of the Docket.
_____ Diversion hearing held. Granted under supervision of Probation Officer for _____ years.  ☐ Denied.
_____ Diversion proceedings and agreement attached and made part of the docket.
_____ Defendant to report to Probation Department _____
_____ Certified to Superior Court pursuant to Section _____
_____ ☐ Defendant found to be a juvenile. DOB _____ Defendant certified to Juvenile Court.
_____ Jury/Court trial held. Minutes attached and made a part of the Docket.
_____ ☐ Defendant found guilty/not guilty of _____

JUDGE _____ CLERK _____ DDA _____ INTERPRETER _____

GUILTY PLEA/CHANGE OF PLEA

JUN 6 1983 Defendant present/not present without/by atty. _Anthony Chargin_  PTC held
☑ Upon motion DDA, complaint ordered amended to _Ct #1 - violation of Section_
_243.4 PC_
☐ Defendant requested and granted permission to withdraw not guilty plea and
☑ Defendant pleaded ☐ guilty ☑ nolo contendere to _Ct #1 (243.4 PC)_
☐ Court found that defendant understood that a Nolo Contendere plea shall be considered the same as a guilty plea and explained the legal effects of a Nolo Contendere plea.
☐ Prior convictions ☐ admitted ☐ denied ☐ striken for purpose of sentencing.
☑ Upon motion DDA, Court ordered one/count(s) _#2, 3, 4, 5,_
      dismissed  ☐ in the interest of justice  ☐ insufficient evidence  ☑ in view of plea to _Ct #1_
☐ other: _____
☐ Counsel stipulated/Court found there was probable cause for arrest.

JUN 6 1983 Defendant advised of and personally and expressly, knowingly, understandingly, and voluntarily waived all the following rights:
☐ To an attorney at all stages of the proceedings
☑ To a speedy and public jury or court trial within 30/45 days.
☑ To produce witnesses, confront, and cross-examine witnesses against him.
☑ To privilege against self-incrimination.
☑ To minimum and maximum penalties.  ☐ Advised as to Code registration.
☐ To consequences of conviction pursuant to Section 1016.5 P.C. (Alien)
☐ Defendant advised of and understands if he is charged with this same offense, he could be prosecuted as a felon and be subject to punishment in State Prison.
☐ Defendant advised of and understands if he is convicted of this same offense, the mandatory sentence shall be 45 days in the County Jail.
☑ Court reviewed arrest report.
☑ Counsel stipulated that there was a factual basis for the plea.
☑ Court found that there was factual basis for the charge(s), that defendant was aware of the nature of the charge(s), and consequences of his plea.
☐ Court found that a crime of violence was involved, that there was bodily injury, and that the defendant had the ability to pay.
☑ Court accepted plea.  ☐ Pre-sentence Probation Report ordered. Def. to appear at Prob. Dep. on _____ at _____
☑ Written waiver of constitutional rights filed and incorporated herein.
☑ Defendant waived time for sentence.  ☐ No legal cause appearing why judgment should not now be pronounced.

JUDGE _____ CLERK _____ DDA _____ INTERPRETER _____

JUDGMENT:

_____ Defendant present/not present without/by atty. _____
_____ ☐ Defendant waived time for sentence.  ☐ No legal cause appearing why judgment should not now be pronounced.
JN 6 1983 ☐ IMPOSITION of sentence suspended for __3__ years.
_____ ☐ Formal probation granted  ☑ Summary probation granted
JUN 6 1983 JUDGMENT/ORDER OF COURT CONDITIONS OF PROBATION ATTACHED AND MADE PART OF THE DOCKET.
_____ ☐ Commitment issued.
☑ Defendant furnished copy of ☑ conditions of probation. ☐ Judgment
☐ Judgment given to Attorney _____ to be signed and returned.
☐ ORDERED to pay $ _____ fine.
    1. Payable at the rate of $ _____ per month commencing _____.
    2. Stay of execution to _____.
☐ Bail Exonerated  ☐ Bail applied to fine  ☐ Balance of bail exonerated
☐ Court waived payment of attorney fees pursuant to Sec. 987.8 P.C.
☐ Ordered to pay $ _____ for attorney fees.

JUDGE _Smith_ CLERK _Guerra_ DDA _Boyett_ INTERPRETER _____

JUN 9 1983 Arrest disposition Report completed and forwarded to ☐ Sheriff ☑ S.P.D.
_____ Abstract mailed to DMV.
_____ Fine paid. Receipt No. _____.  Amount $ _____.  Account No. _____
_____ Special Trust Account check number _____ to _____
      in the amount of $ _____. Receipt No. _____.

CONF001089

DYKES_I_001079

Plaintiff's Exhibit 84
Page 16 of 18

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN

HON: K. PETER SAIERS
DISTRICT JUDGE

Dept. No. 83  5    Court Met At: Stockton, California

Bailiff: Carlson   Reporter: Jennifer Wilbury   Deputy Clerk: Rosemary Klipfel

People of the State of California
vs.
HERBERT HENRY FALK   01
Defendant

Counsel for People: CLARK SERVICE
Deputy/Assistant District Attorney: Anthony Chargin
Counsel for Defendant: [signature]

MINUTE ORDER   A&P   Action No. 34165
☒ Felony   To Wit: NO INFORMATION FILED
☐ Misdemeanor

PEOPLE REPRESENTED AS ABOVE, AND DEFENDANT PRESENT WITH COUNSEL.

☐ 30501 Defendant not appearing as ordered.
☐ Copy Information/_____ to Deft/Counsel.
☐ 30504 Court appoints ☐ 30505 relieves Public Defender
☐ 30506 Court appoints counsel through L.R.S.
☐ 30507 Court informs defendant of legal rights.
☐ 30509 Defendant states true name _____
☐ Information is read.   ☐ Reading waived.
☐ 30514 Defendant withdraws plea of _____
☐ 30515 On People's motion/P.C. 17/information count _____ amended Section _____
☐ 30516 Defendant pleads Guilty ☐ Nolo Contendere as charged in count(s) _____
☐ 30517 Defendant pleads Not Guilty as to count(s) _____
☐ 30518 Defendant pleads Guilty of the lesser included offense of _____
☐ 30519 Defendant pleads Not Guilty and Not Guilty by reason of insanity.
☐ 30520 Defendant Admits ☐ 30521 Denies use of weapon.
☐ 30522 Defendant admits prior convictions of felony _____
☐ 30523 Defendant denies prior convictions of felony _____
☐ 30524 Court fixes degree of the offense as _____
☐ 30525 People move to dismiss count(s) _____ and the motion is by the Court granted _____

☐ 30526 Proceedings are/have been heretofore suspended for the purpose of determining whether or not defendant is: _____
☐ 30527 Court appoints Drs. _____ to examine the defendant.
☐ 30529 C.C. Afft. & MO will be served on Defendant within 24 Hours.
☐ 30530 Deft. waives personal service Ptn. & MO.
☐ Defendant waives statutory time/procedural defects.
☐ Waiver personal appearance executed in open Court.
☐ 30533 Referred ☐ 30534 Waiver to Probation Officer for presentence report.
☐ 30535 Defendant report to P.O. for interview on _____

☐ _____ ☐ 30536 Motion Granted ☐ 30537 Denied
DA is filing musd. charges in other munici. crt.
This case transferred to other munici. crt. today at 2pm Dept D

☐ 30538 Bench warrant is issued for arrest of defendant.
☐ 30539 Bench warrant issued _____ is recalled.

☐ 30540 P.T.C. ☐ 30541 Trial setting ☐ 30542 Jury Trial set _____
☐ 30547 P&J is set for _____
☐ 30543 Hearing ☐ _____ Ruling motion is set for/cont'd to _____
☐ Hearing on doctors' reports is ☐ 30440 set for ☐ 30441 continued _____

☐ 30444 Defendant is remanded back to _____ for further hearing on _____
☐ Defendant is remanded to the custody of the ☐ 30549 Sheriff ☐ 30416 D.V.I. _____
☐ 30447 Defendant is permitted to remain at liberty _____ ☒ 30552 on own recognizance _____
☐ 30452 on bail heretofore posted.
☐ 30452 Bail is fixed in the amount of $_____ cash or surety or double if personal bond
☐ Bail Bond No. _____ in the amount of $_____ is ☐ 30453 forfeited ☐ 30454 exonerated.
☐ Reduction in ☐ 30554 bail ☐ 30555 O.R. release _____

Dated: APR 25 1983

[signature]
Judge of the Superior Court

CONF001090
DYKES_I_001080
Plaintiff's Exhibit 84
Page 17 of 18

**MUNICIPAL COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN**
**STOCKTON JUDICIAL DISTRICT**
Courthouse,
222 E. Weber Avenue, Stockton, California 95202

**NOTICE, REFERRAL, O.R. AGREEMENT**

PEOPLE vs. **HERBERT HENRY FALK**     Case No. **M-100695**

COURT APPEARANCE DATE **5-16-83 - 9 P.M.** (A.M) Dept. **d**     Date **4/25/83**

Judge **Smith**

Charges **~~XXXX~~ 647a P.C., 5 counts**     D.D.A. _____

To Wit: _____     Counsel *Chargin*

For:

- ☐ Obtain/appoint. atty.
  - ☐ PD ☐ PC ☐ LRS ☐ APD
- ☒ Fur. Arr.
- ☐ Bail Review
- ☐ Plea/Tr. Sett.

- ☐ PTC
- ☐ Pre. Exam.
- ☐ Fur. Pre. Exam.
- ☐ Court Trial
- ☐ Jury Trial

- ☐ Prob. Rep./Pre Plea Rep.
- ☐ Judg.
- ☐ Div. Hear./Mental/Drug
- ☐ Guilty plea/Nolo/Verdict
- ☐ OSC/VOP Sett/Hear.

Interpreter _____
☐ M ☐ F
DOB _____

**REFERRALS** (Addresses on reverse)

☐ Report to Probation Department on _____ at _____ with completed Face Sheet.
☐ Report immediately to Collection Department for interview for Court appointed attorney fees.
☐ Report to Public Defender. ☐ Report to Talley, Holloway, Tauman & Holmes

**CUSTODIAL STATUS**

☐ Remanded ☐ Bail $ _____ ☐ Bail Continued ☒ O.R. ☐ Cited ☐ O.R. Continued ☐ Probation continued.

**DEFENDANT, BEING RELEASED ON HIS OWN RECOGNIZANCE, AGREES THAT:**
(conditions applicable only when circled)

1. (circled) He will appear at all times and places as ordered by the Court or Magistrate releasing him and as ordered by any Court in which, or any Magistrate, before whom, the charge is subsequently pending.
2. He will stay away from the victim(s) and will not contact victim, nor have anyone contact victim in his behalf.
3. He will not harass, annoy or threaten victim.
4. He will refrain from the consumption of alcoholic beverages and narcotics.
5. He will refrain from associating with drug dealers and drug users.
6. He will submit his person, vehicle, place of residence or area over which he has control to search for and seizure of narcotics, drugs, or other contraband at any time of the day or night, with or without a search warrant, probable cause or defendant's consent, as directed by any peace officer.
7. He will be subject to urine testing for narcotics by any peace officer during pendency of this matter.
8. (circled) He will not leave this State without this Court's permission.
9. (circled) He waives extradition if he fails to appear as required and is apprehended outside the State of California.
10. He understands that the willful failure to appear to answer the misdemeanor charge(s) hereon is a separate violation for which punishment may be six months in jail and/or $500.00 fine, regardless of the disposition of this case.
11. He understands that the willful failure to appear to answer the felony charge(s) hereon is a separate violation for which punishment may be one year in State prison or County jail and/or $5000.00 fine, regardless of the disposition of this case.
12. _____

I, _____, have interpreted this form to the above named defendant.

I have received a copy, read and understand the above conditions of agreement.

*Herbert Henry Falk*
DEFENDANT'S SIGNATURE

STREET ADDRESS *6364 Portifield Ct*

TELEPHONE NO. _____

CITY AND STATE *Stockton, Ca 95207*

SMC 259 (5/80)

CONF001091

DYKES_I_001081

Plaintiff's Exhibit 84
Page 18 of 18