Exhibit 13

CONFIDENTIAL RECORD SHEET
DIVISION OF PERSONNEL
B.S.A.

DATE July 27, 1964

Full Name ==Ernest Morris==
(No initials if you can possibly get full name)

Address  2032 Madison Ave.

City        NY                              State      NY 10035

Age         23         (This is important and should be exact)

Approximate age_____ (To be used ONLY when exact age is not known)

Religion   Protestant              Nationality   American (Negro)

Occupation    Employed by Green Stamp Co.

Education        ?

Weight approx. 155 lb. Color                    Height    approx 5'10"

Color of hair                    Color of eyes

Outstanding characteristics or interests         unknown

Married or single    single     Children    --
                                           (Number, ages, and names, if possible)

Wife's name    --

SCOUTING CONNECTIONS:

| Unit # | City | State | Office | Date Reg'd. | Date resigned |
|--------|------|-------|--------|-------------|---------------|
| T 605  | NY   | NY    | SM     | Jan. 1964-65 | July 1964    |

Special recognition

Recommended for Confidential File for following reasons:
==Arrested and charged with sodomy on 12-year-old boy.== Pastor of church and Institutional Representative handled bail and removed him from position. IR asked that remove his name from the BSA permanently. Mother of boy, however, refused to pre charges.

Signed _Joseph Robert Klein_
            Scout Executive

GC-294-31

TSBSA011278
DYKES_I_012392

# IDENTIFICATION QUESTIONNAIRE

| COUNCIL NO. | DISTRICT NO. | UNIT |
|---|---|---|
| 641 | 11 | Tr. 395 |

**RETURN PROMPTLY TO:**
Registration and Subscription
Boy Scouts of America

(MARKED PERSONAL AND CONFIDENTIAL)

DATE June 30, 1978

Ever employed by Green Stamp Co.?
Ever Scoutmaster Troop 605, New York around 1964? Yes

SCOUTER  Ernest A. Morris              POSITION  SM

ADDRESS  2322 Grand Ave, Bronx, NY      TELEPHONE NO.  367-1376

Lived in Madison Ave., NY 1964?  YES / NO
Is first or middle name  Albert?  YES / NO
Full name  Ernest Albert Morris
         First       Middle      Last
Exact age  37  Single____  How long married  3 years
Spouse's name _____
Children ____ Names and ages ____
Education ____ Where ____
Occupation ____

Race  Negro
Hair: red___ brown___ blond___ black ✓ gray___
Eyes: brown___ blue___ hazel___ green___ black___ gray___
Height  5' 10"    Weight  189
Date  8/25/78
Signature  Arthur Baldwin
           Scout Executive

—ANSWER ALL QUESTIONS IN SHADED AREAS AND AS MANY OTHERS AS POSSIBLE—

No. 28-906                                                          2.5M677

TSBSA011279
DYKES_I_012393



A program for Cub Scouts, Scouts, and Explorers

National Office—Boy Scouts of America
North Brunswick, New Jersey 08902
Telephone: 201 249-6000
TWX 710-480-6262

SCOUTING/USA

September 8, 1978

Mr. Ralph Darian
Scout Executive
Greater New York Councils, Number 640

PERSONAL AND CONFIDENTIAL

SUBJECT: Ernest A. Morris
Council Number 641

Dear Ralph:

After receiving your reply to our recent identification questionnaire concerning Ernest A. Morris, we have deleted his name from our records and are enclosing a credit notice to cover his registration fee.

Please submit another application, with the proper fee, for the replacement of Mr. Morris as Scoutmaster. We will continue to hold the unit pending until we receive the new registration. Please attach the enclosed referral slip with the new application so that it comes to our attention.

Mr. Morris was placed on the file in August 1964 by your council.

Sincerely,

Paul I. Ernst, Director
Registration & Subscription Service

ad

ENC: Credit Notice Number 48627
     Referral Slip

TSBSA011280

DYKES_I_012394



A program for Cub Scouts, Scouts, and Explorers

National Office—Boy Scouts of America

North Brunswick, New Jersey 08902
Telephone: 201 249-6000
TWX 710-480-6262

September 8, 1978

Mr. Ralph Darian
Scout Executive
Greater New York Councils, Number 640

PERSONAL AND CONFIDENTIAL

SUBJECT:  Ernest A. Morris
          Council Number 641

Dear Ralph:

After receiving your reply to our recent identification questionnaire concerning Ernest A. Morris, we have deleted his name from our records and are enclosing a credit notice to cover his registration fee.

Please submit another application, with the proper fee, for the replacement of Mr. Morris as Scoutmaster. We will continue to hold the unit pending until we receive the new registration. Please attach the enclosed referral slip with the new application so that it comes to our attention.

Mr. Morris was placed on the File in August 1964 by your council.

Sincerely,


Paul I. Ernst, Director
Registration & Subscription Service

ad
ENC:  Credit Notice Number 48627
      Referral Slip

TSBSA011281

DYKES_I_012395

Plaintiff's Exhibit 1063
Page 4 of 9

April 18, 1975

Mr. Richard E. Kovats
District Executive
Greater New York Councils, No. 640

PERSONAL AND CONFIDENTIAL
Re: Ernest Morris

Dear Mr. Kovats:

Thank you for your letter of April 8, concerning the above Scouter. Since we feel this is the same man we already have placed on our Confidential File we are adding this information to his record. This additional information should help us in the future, should this individual ever again attempt to register in the Scouting program.

Sincerely,

Paul I. Ernst, Manager
Registration & Subscription Serv

af

TSBSA011282

DYKES_I_012396

Plaintiff's Exhibit 1063
Page 5 of 9



GREATER NEW YORK COUNCILS
# BOY SCOUTS OF AMERICA
25 W. 43RD STREET, NEW YORK, N.Y. 10036

REPLY TO
BRONX OFFICE
2455 SEDGWICK AVENUE
BRONX, NEW YORK 10468
933-6800

April 8, 1975

Director of Registration Service
National Office
Boy Scouts of America
North Brunswick, N.J. 08902

Gentlemen:

On January 16, 1975, one Ernest Morris, 2032 Madison Avenue, New York City, N.Y., registered as Scoutmaster of Troop 288 until March 31, 1976, appeared at the Bronx Scout Office stating to the undersigned that he was taking a leave of absence from Scouting. Reason given, recently married and employment requires him to work odd hours.

March 18, 1975, at about 1:15 P.M., the undersigned received a telephone call at the Bronx Scout Office from a Parole Officer, Gerard McInery, New York State Department of Correctional Services, 314 West 40th Street, New York City concerning Mr. Ernest Morris. Mr. McInery stated he had met with Mr. Morris in January and told him to desist from working with youth organizations. The only reason given to the undersigned, was Mr. Morris' previous criminal record did not warrant his youth affiliations.

The above information is being submitted to your office for your edification and implementation of any action deemed necessary.

Yours truly,

Richard E. Kovats
Richard E. Kovats
District Executive
Western District

Parole Officer McInery business telephone 212-594-5800
Physical description of Mr. Morris: 27 years old, approximately 5'8", 150-165 pounds, brown eyes, black hair, Negro race.

TSBSA011283

DYKES_I_012397

NO-REMITTANCE



# GREATER NEW YORK COUNCILS
# BOY SCOUTS OF AMERICA
25 W. 43RD STREET, NEW YORK, N. Y. 10036

REPLY TO:
MANHATTAN COUNCIL
25 WEST 43rd ST.
NEW YORK N. Y. 10036
WIsconsin 7-8400
COUNCIL NO. 384

August 6th, 1964

Mr. Howard Boyd, Director
Registration Service
Boy Scouts of America
New Brunswick, New Jersey 08903

Dear Mr. Boyd:

You will find enclosed a confidential record sheet covering Scoutmaster Ernest Morris.

If you need further information or verification, please let us know.

I am writing and forwarding this to you at the request of our Scout Executive, Joseph R. Klein, who is on vacation.

Sincerely,

Morril Lucas

Morril W. Lucas
District Scout Executive

MEL:CR
Enc.

TSBSA011284

DYKES_I_012398

Plaintiff's Exhibit 1063
Page 7 of 9

August 7, 1964

Mr. Joseph R. Klein
Boro Scout Executive
Manhattan Council, No. 384

PERSONAL AND CONFIDENTIAL
RE:  Ernest Morris
<u>Scoutmaster, Troop 605</u>

Dear Joe:

==Thank you for your confidential record sheet concerning Ernest Morris, Scoutmaster, Troop 605.  We have placed this information in our file and have taken steps to have his name deleted from the Troop roster.==

This information will enable us to identify Mr. Morris, should he ever again attempt to register in the Scouting program.

                              Sincerely yours,
                              PERSONNEL DIVISION


                              Howard Boyd
                              Director of Registration

HB:rs

TSBSA011285

DYKES_I_012399

# NEW TROOP APPLICATION

No. 28-202
PRINT ONE LETTER IN EACH SPACE. LEAVE A SPACE BETWEEN WORDS.

FOR OFFICE USE
| REGION | COUNCIL NO. | DISTRICT NO. | NATIONAL UNIT NO. | LOCAL UNIT NO. |
|---|---|---|---|---|
| NE | 641 | 11 | 395 | 395 |

CITY: ~~NEW YORK~~ Bronx
STATE: NY   TERM (MONTHS): 12   EXPIRATION DATE: 06 79

COUNTY: BRONX   DISTRICT: FRONTIER   021

FULL NAME OF CHARTERED ORGANIZATION: NEW ZION PILGRIM BAPTIST CHURCH

ADDRESS: 1065 WASHINGTON AVE

NAME AND TITLE OF EXECUTIVE OFFICER:    PHONE NO: 585-5527

ADDRESS OF EXECUTIVE OFFICER: 1065 WASHINGTON AVE   ZIP CODE: 10456

SIGNATURE OF EXECUTIVE OFFICER: Jackie Blackmon
SIGNATURE OF SCOUTMASTER: Ernest A. Morris

TROOP MEETING PLACE AND DAY:

☑ SCOUTMASTER TRAINED    SPECIAL TROOP FOR: ☐ RETARDED ☐ HANDICAPPED

BOYS' LIFE INFORMATION
100% BOYS' LIFE UNIT
FIRST ISSUE    LAST ISSUE
SUBSCRIPTION TERM

REGISTRATION INFORMATION
SCOUT REGISTRATION FEES: $12.00
LEADER REGISTRATION FEES: $7.00
BOYS' LIFE FEES: $
TOTAL FEES: $19.00

---

ADDRESS—STREET OR R.F.D.: 2322 GRAND AVE
COLLEGE SCOUTER RESERVE — USE YOUR MAILING ADDRESS AT COLLEGE
CITY: BRONX NY
STATE: NY   ZIP CODE: 10468   SEX: M   AGE: 37

HOME PHONE: 367-1376
PREVIOUS SCOUTING BACKGROUND:
COUNCIL:
SIGNATURE—SEE COVER: Ernest A. Morris
DATE: 6-8-78

OCCUPATION, EMPLOYER, AND BUSINESS ADDRESS:

REGISTRATION FEE: $3.50   BOYS' LIFE FEE: $   TERM (MONTHS): 12
UNIT EXPIRATION DATE   MONTH: 06   YEAR: 79
APPROVAL—SEE COVER

☐ If applicant has an unexpired membership certificate, registration may be accomplished in this unit by a payment of 50 cents for processing the transfer. Check the box and attach certificate. It will be returned by the council.

FOR COUNCIL USE

TROOP 395
BRONX NY

TO THE LAST DAY OF
641-11   JUNE   1979

THIS CERTIFICATE IS NOT TRANSFERABLE AND IS VOID AFTER EXPIRATION DATE. IT MUST BE SHOWN LOCAL DISTRIBUTOR WHEN PURCHASING UNIFORM.

28-405C    CHIEF SCOUT EXECUTIVE

NATIONAL COPY

TSBSA011286

DYKES_I_012400

Plaintiff's Exhibit 1063
Page 9 of 9