# Exhibit 15

# Appendix B

## INELIGIBLE VOLUNTEER RECORD SHEET
## REGISTRATION SERVICE
## BOY SCOUTS OF AMERICA

Council No. **427**  Date **10/4/89**

Full name **PHILIPPE FREDERIC VERHEYEN** (no initials if you can possibly get full name)

Social Security Number: [redacted]

Address: [redacted]

City **WINSTON-SALEM** State **N.C.** ZIP Code **27106**

Date of Birth **11/17/50** (This is important and should be exact.)

Approximate age **38** (To be used ONLY when date of birth is not known.)

Religion **METHODIST** Nationality **U.S.**

Occupation **ASST. VICE-PRESIDENT INTEGON INSURANCE CORP** Education **B.A. Sociology**

Weight **190** Height **6'** Race **W**

Color of hair **Black** Color of eyes _____

Outstanding characteristics or interests **BEARD**

Married or single **MARRIED** Children [redacted]

Spouse's name **JANE**

Scouting connections:  Chartered organization: **SALEM ~~CHURCH~~ #36 Odd Fellows ~~Lodge~~**

Unit No. **770** City **WINSTON-SALEM** State **N.C.**

Position **ASST. S.M.** Date registered **10/88** Date resigned **Suspended 9/25/89**

Special recognition **Silver Beaver**

Suspended or denied registration for following reasons: **Charged w/ taking indecent liberties with minors**

SPECIFY THE FACTS THAT LEAD YOU TO RECOMMEND DENIAL OF REGISTRATION, INCLUDING HOW THE INFORMATION CAME TO THE COUNCIL'S ATTENTION, AND LIST ATTACHED SUPPORTING DOCUMENTS (STATE ONLY KNOWN FACTS, NOT RUMOR, CONJECTURE, OR SPECULATION):

Signed [signature] SCOUT EXECUTIVE

Council **Old Hickory Council**

Prior registration (1974-1988) Scoutmaster Troop 920, sponsored by Centenary Methodist Church, Winston-Salem

16  **NOTED**

NOV 13 1989

JOSEPH L ANGLIM

CONFIDENTIAL

10/13/89 [signature]

November 20, 1989


Mr. Harold T. Murray, Jr.
Scout Executive
Old Hickory Council, No. 427

PERSONAL AND CONFIDENTIAL           SUBJECT: PHILIPPE FREDERIC VERHEYEN


Dear Hal:

Thank you for the detailed information sent concerning the above Scouter. This case has been reviewed with our attorney and is now on our permanent Confidential File.

Sincerely,



Paul Ernst, Director
Registration Service

jf

cc: Southeast Region

READY TO FILE
NOV 1 5 1989
ERIN O'RILEY

CONF012518

# OLD HICKORY COUNCIL

Boy Scouts of America • 836 Oak Street, Suite 310
Winston-Salem, NC 27101 • 919 723-3506

November 19, 1989

Mr. Paul Ernst, Director
Registration & Subscripton
Boy Scout of America
P. O. box 152079
Irving, TX 75015-2079
S.U.M. 108

Re: Phillippe Verheyen

Dear Paul:

Enclosed you will find a local story concerning the case of Phillippe F. Verheyen. Mr. Verheyen pleaded guilty to 23 counts of take indecent liberties with a minor and was sentenced on Thursday, November 9, 1989. I thought you might want to add this to his file.

Thank you for your help and advice.

Sincerely,

Harold T. Murray, Jr.
Scout Executive

THE OLD HICKORY COUNCIL SERVES THE YOUTH OF ALLEGHANY, ASHE, FORSYTH, STOKES, SURRY, WATAUGA, WILKES AND YADKIN COUNTIES. PARTICIPATING MEMBER OF THE UNITED WAYS OF FORSYTH COUNTY, MT. AIRY, PILOT MOUNTAIN, ELKIN, STOKES COUNTY, WATAUGA COUNTY, WILKES COUNTY, AND YADKIN COUNTY.

CONF012519

# STATE & LOCAL

## Ex-Scoutmaster Pleads Guilty to Charges

By John Downey
JOURNAL REPORTER

A former scoutmaster at Centenary United Methodist Church pleaded guilty yesterday to 23 counts of taking indecent liberties with a minor on allegations that he sexually abused four Boy Scouts from October 1977 to March 1984.

Under the terms of a plea bargain, Phillippe Frederic Verheyen faces a maximum of 20 years in prison. But Judge Joseph R. John Jr. delayed sentencing until Thursday in Forsyth Superior Court.

Agent Frank D. Brown of the State Bureau of Investigation testified that church officials sent letters to the families of every child who had been a Scout in Verheyen's troop from 1973 to 1988, when Verheyen quit. Brown said he found two more men who said that they had been sexually abused by Verheyen. No charges were filed in those cases.

Verheyen went to another troop in 1988. An investigation turned up no allegations of abuse in that troop, Brown said.

But he said that such allegations had been made against Verheyen once before. He said that in 1975 church officials looked into allegations that Verheyen gave alcohol to some Scouts and abused them. Brown said that Verheyen threatened to sue the church, and the matter was dropped.

Brown said that, the first time he spoke to Verheyen in September, Verheyen admitted to having sexual contact with each of the four — now young men — who filed the charges.

"He said he had a problem and he wanted help," Brown testified.

Jane Verheyen, Verheyen's wife of eight years, grimaced and fought back tears as defense attorneys described how Verheyen told her and her 12-year-old son about the charges against him — and that they were true. She cried and lowered her head into her hand as attorney Teresa Bowden asked for leniency.

Verheyen, 38, of 3501 Tallison Drive, didn't look at the witnesses or the attorneys during the hearing. He stared straight ahead

See VERHEYEN, Page 15

## VERHEYEN
### Continued From Page 13

of the time with his hands folded on the table in front of him. From time to time, he would press his eyes tightly closed, then return to [illegible] only when he spoke to the judge. At the hearing's end did he show emotion.

"I am full of shame for what I have done," he said. "I beg the court to give me the opportunity to continue the therapy that I need."

The four men who filed the charges had all been Scouts of Troop 931, where Verheyen had been scoutmaster from 1973 to 1988, said [illegible] Stakeman. None were in the courtroom yesterday.

Stakeman, a private attorney retained by the men after they went to Stop Child Abuse Now about Verheyen, assisted prosecutor Janet H. Branch with the case yesterday.

He said that the abuse began in 1977, and generally followed the same pattern with all four Scouts. The boys were between the ages of 11 and 14 when they were abused.

Favored Scouts could earn the right to sleep in Verheyen's tent on camping trips, Stakeman said.

"Each woke to find Mr. Verheyen's hand in the boy's sleeping bag — inside the boy's pajamas or shorts," Stakeman said. He would fondle the boys, Stakeman said, and, in the morning, nothing would be said about the incident.

Defense witnesses testified that the abuse stopped in March 1984, after one of the boys called Verheyen by telephone a couple of days after such an incident. Dr. Robert W. Gibson, a psychiatrist, testified that the boy told Verheyen that he was not going to take such abuse anymore and that Verheyen had better stop.

According to the indictments, the boy was molested at least four times from March 1983 to March 1984.

Defense attorney S. Mark Rabil contended that, after the phone call, Verheyen realized he was hurting the boys and stopped. Mrs. Branch argued that Verheyen was simply afraid that someone would complain to police and he would be arrested.

Gibson treated Verheyen at a local psychiatric hospital for four weeks immediately after his arrest Sept. 28.

He said that Verheyen had been sexually abused by an older boy when he was 13 years old. He said it caused a conflict that Verheyen could not resolve because he felt victimized and at the same time felt close to the older boy. Gibson said that the abuse and a troubled family life, with a distant father and unsupportive mother, made it difficult for Verheyen to understand affection that did not involve sex.

"I think his primary motive was to be emotionally close to these boys and show them affection," he said.

Gibson and Dr. Timothy P. Foley said they believed that Verheyen could be successfully treated if he was able to participate in the proper therapy.

Defense attorneys asked for mercy and called character witnesses to testify about his 17 years with Integon General Insurance Corp. as well as his work with the PTA, the United Way and other volunteer organizations.

Mrs. Branch argued that an active prison sentence was required. "It happens again and again," she said, "that the person who holds himself out to the community as one who wants to help children is ... looking to those children for something else."

CONF012520

Who's the fairest of them all? Certainly not Nanci Steinberg, a sophomore at the N.C. School of the Arts. Actually, Ms. Steinberg was striving for an unattractive appearance, as she practiced applying makeup to create an evil, menacing guise during a class on stage makeup. took. She made an appropriate expression to set off her makeup.

JOURNAL PHOTO BY RICKY MOON

# Ex-Scoutmaster Gets 5 Years on Sex-Abuse Charges

**John Downey**
MAL REPORTER

Philippe F. Verheyen, a former scoutmaster who admitted to 23 counts of taking liberties with a minor, told a judge that he had been punished already by the media and by losing his job of 17 years at Integon.

His defense attorneys asked on behalf of Verheyen's wife and two children that he be given a probationary sentence.

Judge Joseph R. John, presiding in Forsyth Superior Court, heard them out. He said that he weighed all of the arguments in Verheyen's favor against "the horrible abuse of the trust and confidence that the parents and children placed in him as a scoutmaster."

Then he sentenced Verheyen to a five-year active prison sentence. He added an additional 20 years in prison, but suspended that sentence on the conditions that Verheyen serve five years on probation, get psychiatric counseling, do 100 hours of community service and pay a $1,000 fine.

Verheyen closed his eyes and gripped a Bible as the judge passed sentence. The judge adjourned court. Verheyen kissed his wife, took a brown paper bag filled with clothes and other items from his sister, and walked out of the courtroom in the custody of the bailiffs.

Verheyen, 38, of 3501 Tallison Drive, was an assistant vice president at Integon General Insurance Corp., and had been the scoutmaster of Troop 920 at Centenary United Methodist Church from 1973 to 1988.

In September, he was arrested and charged with 23 counts of taking indecent liberties with a minor. When Verheyen pleaded guilty Monday, prosecutors said that from 1977 to 1984 Verheyen had allowed boys to sleep in his tent during camping trips and on some occasions had molested the boys by fondling their genitals or buttocks.

The incidents were discovered this summer when two of the former scouts, now young men, learned that they had had similar experiences with Verheyen and went to the police.

In a plea bargain with prosecutors, Verheyen agreed to plead guilty to all 23 counts, and prosecutors agreed that he would receive an active sentence of no more than 20 years. Defense attorney S. Mark Rabil said Monday

See SENTENCE, Page 18

# YMCA Official, Runner Dies at 27 After Feeling Ill

**Kris Gardner**
JOURNAL REPORTER

A 27-year old runner and athlete who was the YMCA's director of health and fitness for three years Wednesday after feeling ill for a week. Valerie L. Ginther, of 1008 Turtle Rock Lane, died at 1 p.m., authorities said. Though hospital officials declined to tell the Journal the cause of death, Ginther's mother and roommate said that they were told she died of a blood clot.

Ms. Ginther coordinated all the classes taught at the Y, overseeing a staff of 30. She taught classes in aerobics, weight management and senior fitness, and coordinated all the road races the Y sponsored, said K___ __y McIlwain, the Y's communications director.

A ___ Ginther had felt bad for a week, said her roommate Ashley

# Still Fighting

## Symposium Marks 25th Anniversary of

**By Dan Chapman**
JOURNAL REPORTER

Maya Angelou, an author, a poet and a professor at Wake Forest University, read a poem by Langston Hughes yesterday afternoon to open a two-day symposium commemorating the 25th anniversary of the signing of the Civil Rights Act.

Her voice rising and falling by turns, she read:

*...America never was quite America to me.*

*And yet, I swear, it will be.*

The poem, titled *Let America Be America Again*, set the tone for the main speech by Eleanor Holmes Norton, who was the chairman of the Equal Employment Opportunity Commission under President Jimmy Carter.

About 250 students, _____ ___ _



JOURNAL PHOTO BY DAVID ____

on recent decisions by the U.S. Supreme Court.

"The last term of the Supreme Court was the worst in memory for equality," she said. "This term, the court is, perhaps, exhausted by the ordeal."

The 1964 Civil Rights Act bans discrimination based on a person's race, color, religion or sex.

The EEOC, which was established by the act, will represent any individual in a discrimination case. Before the law was passed, the plaintiff had to bring the case directly to the court system, an action few could afford.

Yesterday Ms. Norton focused on the harm done by the Supreme Court to Title VII of the 1964 C___ ights Act. That title refers to specific __ job discrimination.

CONF012521

## SENTENCE
Continued From Page 13

...day that Verheyen admitted to the incidents but said that they stopped in 1984. Witnesses testified that a child who had been abused called Verheyen a few days after an incident in 1984 and told him that he would not allow that to happen again.

Ralph argued that Verheyen stopped because he realized then that he was hurting the boys. Prosecutor Chet H. Branch said that he stopped because he feared exposure. The names of the victims were not used in any of the hearings either Monday or yesterday.

Defense attorney Teresa Bowden argued yesterday that Verheyen's wife and two children would be hurt the most if Verheyen was sent to prison. She said that the family would lose its financial support.

More important, she argued, the therapy that the mother and children need to cope with the shock of the charges against Verheyen would be seriously impaired if Verheyen could not be with them.

Verheyen himself asked for mercy. "I have been punished for the last six weeks through the media — through television, through radio, through the newspaper," he said. "I am very sorry for what I have done. I will have to live with that the rest of my life."

He said that he lost his job and probably any prospects for any such job ever again. "I have always been told that justice is blind. That it is above the issues of the press, the issues of politics," he said. "I trust that you will be today."

John said in court that he took very seriously the evidence that Verheyen had been involved in no such activity for more than five years, that the psychiatrist testified that there was hope for him in therapy, and that he had admitted his guilt. And, he said, he was impressed by the support of Verheyen's family and friends. He said that any sentence he imposed would be criticized by some who would find it too harsh — or too lenient.

But he said he thought that active time was necessary. He consolidated four of the counts and imposed the five-year active sentence. Then he consolidated 10 counts together in one group and nine in another group and gave him 10 years on each of those. He ordered that they be served one after the other, then suspended the 20 years and put Verheyen on probation.

## GINTHER
Continued From Page 13

"It happened right when we walked in the door," Ms. Atkins said. She called for me. And she had collapsed for me in the bathroom... "She was OK for a minute. But then I knew she was in trouble, I called emergency services."

Ms. Atkins, who teaches health and physical education, including cardiopulmonary resuscitation, performed CPR on her friend, trying to keep her going until help could arrive. "She was fighting the whole way," she said.

Emergency workers arrived and tried to revive her, then took her to Forsyth Memorial Hospital. She was dead on arrival.

"Those people at Forsyth were absolutely incredible, absolutely great," Ms. Atkins said. "They were torn up by it, too. It is devastating."

Doctors at Forsyth performed an autopsy on Ms. Ginther's body yesterday. Ms. Atkins described the cause of death as a roving blood clot that attacks around the heart.

"She was going up and down with this thing," Ms. Atkins said. "She'd have bad days and good days. The clotting moved around, and each time it moved up, she'd suffer. That last time, it blocked all the oxygen to her heart and lungs, and she just couldn't recover."

The disorder is hard to detect, she said. "At that point, there was really nothing anybody could do," she said. "But you try to wonder what you should have done....

"I just hope the Lord has something real special in mind for her, because right now, it's hard to see why. But I know there's a reason."

Ms. Ginther's mother is also searching for answers. "It's like a part of your life has been wrenched away," she said. "I'm hoping there's a plan in this somewhere. I know she's up there smiling with the Lord, telling them all to get up because 'we don't want any fat angels up here.'"

Ms. Ginther's funeral is scheduled for this weekend in her hometown of Wooster, Ohio. There will be a memorial service for her Saturday, Nov. 18, at 2 p.m. at First Christian Church at 2320 Country Club Road.

## LOW-LEVEL
Continued From Page 13

Conder, D Richmond, was a vocal opponent of Chem-Nuclear's being named this year as the contractor to build a disposal site in North Carolina that would house 32 million cubic feet of low-level nuclear waste from across the Southeast.

...sideration under a hazardous-waste provision that extends a five-mile buffer area around North Carolina's border with other states.

Both of those land tracts are three miles from South Carolina.

Ms. Rosenberg said that the issues should not be confused.

"The two wastes are very, very different," she said. "They've got their criteria and we've got our criteria, and I think the regulations we...

## TESTING
Continued From Page 13

pleasantly surprised. "We came in wanting anonymous testing in health departments," he said. "I didn't expect that."

Officials at the N.C. Division of Health Services had drafted a proposal for the commission that would have kept only nine to 15 anonymous-testing sites in the state.

But they deleted the proposal from the draft of new regulations yesterday after pressure from the governor and lieutenant governor.

George Rudy, a deputy secretary of the Department of Environment, Health and Natural Resources, said the commission, "His (Martin's request is that you do not undermine the clear intent of the legislature."

Karen A. Morison, an assistant to Lt. Gov. James C. Gardner, agreed, saying that Sen. Joseph E. Johnson, D-Wake, the chairman of the Senate Judiciary committee, understood that HIV infection be treated like any other communicable disease.

Reporting names, she said, added to the law in return for giving people with AIDS or infected with the virus protections against discrimination. Jones and others disputed Mrs. Morison's description of the legislature's intent. And Gayl R. Manthei, an assistant attorney general, told the commission: "The statute...

## Students Protest Noise Ordinance

THE ASSOCIATED PRESS

GREENVILLE — Waving signs and chanting "E-C-U," more than 1,500 people marched from East Carolina University to City Hall yesterday to give city officials petitions protesting new noise restrictions.

The petitions ask the City Council to reconsider a recent decision to abolish a permit system that allows groups to exceed noise limits set by the city's noise-control ordinance.

The march and petition drive were organized by students of ECU who say that the new restrictions could mean the end to outdoor parties and concerts.

---

**LET'S TALK TURKEY!**
**15 LB. BUTTERBALL®**

CONF012522

READY FOR FILE

OCT 18 1989

A. GRAVES

October 18, 1989


Mr. Harold T. Murray, Jr.
Scout Executive
Old Hickory Council, No. 427


PERSONAL AND CONFIDENTIAL          SUBJECT: PHILIPPE F. VERHEYEN

Dear Hal:

Thanks so much for the complete record on the above named individual. This is most helpful to us as we try to identify Mr. Verheyen should he attempt registration in another location.

We will want the outcome of the legal action, once it has been completed. Newspaper clippings or court records giving the conviction and sentencing will be much appreciated. Thanks for your help.

Sincerely,



Paul Ernst, Director
Registration Service

je

cc: Southeast Region

CONF012523

# OLD HICKORY COUNCIL
Boy Scouts of America • 836 Oak Street, Suite 310
Winston-Salem, NC 27101 • 919 723-5506

October 6, 1989

Mr. Paul Ernst
Director, Registration & Subscription
Boy Scouts of America
1325 Walnut Hill Lane
Irving, TX  75015-2079

RE:  Philippe F. Verheyen

Dear Paul,

Enclosed you will find material related to our suspension of the registration of Philippe (Phil) F. Verheyen, effective September 28, 1989.

I will keep you advised of any legal action that results from these charges.  If you need any additional information please let me know.

Thank you for you advice and counsel.

Sincerely,

Harold T. Murray, Jr.
Scout Executive



THE OLD HICKORY COUNCIL SERVES THE YOUTH OF ALLEGHANY, ASHE, FORSYTH, STOKES, SURRY, WATAUGA, WILKES AND YADKIN COUNTIES. PARTICIPATING MEMBER OF THE UNITED WAYS OF FORSYTH COUNTY, MT. AIRY, PILOT MOUNTAIN, ELKIN, STOKES COUNTY, WATAUGA COUNTY, WILKES COUNTY, AND YADKIN COUNTY

CONF012524

# Scoutmaster Is Charged in Sex-Offense Case

By Dan Chapman
JOURNAL REPORTER

An assistant vice president of the Integon General Insurance Corp. who is also scoutmaster in the Boy Scouts was arrested yesterday and charged with 23 counts of sexually molesting boys.

The State Bureau of Investigation charged Phillippe Frederic Verheyen, 38, assistant scoutmaster with the Boy Scouts since 1973, said Harold T. Murray Jr., the council's executive.

Verheyen has been a scoutmaster or assistant scoutmaster with the Old Hickory Council of the Boy Scouts of America since 1973, said Harold T. Murray Jr., the council's executive.

"Mr. Verheyen has been suspended from any relationship with the Boy Scouts of America pending the outcome of the investigation."

Murray also said that Verheyen was the scoutmaster of Troop 920 until 1987. Troop 920 is sponsored by the Centenary United Methodist Church. Since 1987, Verheyen was the assistant scoutmaster for Troop 770, which is sponsored by

According to the sources, Verheyen led his troops on overnight, weekend and summer camping trips to places in North Carolina and even to the Philmont Scout Ranch in New Mexico. The four men have said that they were molested during those trips, the sources said.
The four boys, who were less than 16 at the time, are now adults. Sources close to the investigation said the case started when some of the boys, who are still friends, were discussing what happened to them while on Boy Scouts. Eventually, they decided to tell the police.

See CHARGES, Page 18



Philippe Frederic Verheyen, 38, is charged with 23 counts of taking indecent liberties with a minor.

## CHARGES
### Continued From Page 13

the Salem chapter of the Odd Fellows Lodge.

Murray would not elaborate on why Verheyen switched from one Boy Scout troop to another.

"It was for personal reasons," he said. "It's not unusual for someone to quit a volunteer position then ... come back in (with another troop)."

Warren Sparrow, the district attorney in Forsyth County, said that the cases will be tried here because the victims are from Forsyth County, even though they said that they were molested elsewhere. He cited a state statute that says that, if a defendant transports victims from one place to another with the intent to commit a sex crime, "the defendant may be tried in the county where the transportation was offered, solicited, begun, continued or ended."

Turner Coley, a spokesman for Integon, said that Verheyen is an assistant vice president for Integon General Insurance Corp., which is a subsidiary of Integon Corp.

Verheyen was suspended with pay yesterday afternoon pending the outcome of the investigation, Coley said.

Verheyen was released on a $23,000 bond.

Journal reporter John Downey contributed to this story.

---

# Ex-Boy Scout Leader Is Indicted in Molestation Case

By Dan Chapman
JOURNAL REPORTER

The grand jury in Forsyth County indicted a former Boy Scout leader yesterday on 23 counts of sexually molesting four boys.

The indictments say that Phillippe Frederic Verheyen, 38, took indecent liberties with the boys between October 1977 and March 1984. Verheyen, who lives at 3501 Tallison Drive in Winston-Salem, was arrested Thursday and released on a $23,000 bond.

The four boys, who are now adults, said that they were molested while on Boy Scout camping trips, according to sources close to the investigation. The boys were between the ages of 11 and 14, according to the indictments. One of the boys was molested a number of times between the ages of 11 and 13, the indictments say.

All the boys were members of Troop 920, sponsored by Centenary United Methodist Church. Verheyen was scoutmaster of that troop until he switched to another troop in 1987, said the Rev. George P. Robinson, the senior minister at Centenary.

"He was an able leader of scouting," Robinson said. "As a matter of fact, he came to us recommended by the scouting organization as an outstanding prospect. Of course, we are all just stunned and heartbroken by this whole thing. Devastated might be a better word."

Harold T. Murray, the executive of Old Hickory Council of the Boy Scouts of America, said Thursday that Verheyen has been suspended from scouting.

Turner Coley, a spokesman for the Integon Corp., where Verheyen worked, said last week that Verheyen was suspended with pay pending the outcome of the investigation. Verheyen, who was an assistant vice president of the Integon Life Insurance Co., a subsidiary of Integon, was also looking for another job when the charges were filed.

"He was involved in a project that was phased out early in September," Coley said yesterday. "He was, in fact, in transition to employment elsewhere." Coley declined to elaborate.

For the past few months, Verheyen has been assisting Martha S. Wood's campaign for mayor as a member of her Business Advisory Committee.

Detectives with the State Bureau of Investigation continued to work on the case yesterday, said W. Edd Hunt of the SBI. "If there are other victims, I would hope that they would come forward," he said. But Hunt said that he doesn't know whether there were other victims or if another adult may have been involved.

Although Verheyen was charged in Forsyth County, the SBI has jurisdiction in the case because the camping trips occurred in various parts of the state and in New Mexico, sources said.

Sparrow, the district attorney in Forsyth, said that Verheyen will be tried here.
9/29/89

No 26 501

# BOY SCOUTS OF AMERICA
## ADULT APPLICATION
### PART ONE

| UNIT SCOUTERS | | COUNCIL/DIST | UTHS |
|---|---|---|---|
| Check one | | Council/district position | |
| [ ] Pack No. | | | |
| [ ] Loop No. | | OR | |
| [ ] Team No. | | | |
| [ ] Post No. | | District No | |
| [ ] Ship No. | | | |

Please print one letter in each space—press hard; you are making three copies.

**First name and initial** / **Last name** / **Social Security number**

**Address—street or R.F.D.** / **Additional address information (if necessary)**

**City** / **State** / **ZIP code**

**Home phone** / **Business phone** / **Date of birth** (Month/Day/Year) / **Training—see cover** / **Position Code**

**Present employment—occupation, employer, and business address**
LAFESON CORPORATION
P.O. Box 3197
WINSTON-SALEM, NC 27102

**Years at this employment**

**Previous employment—occupation, employer, and business address**

**Years at this employment**

**Boys' Life** / **Check one:** [ ] New leader [ ] Former leader / **Sex** / **Marital status** / **Number of children** / **Ages of children** / **Personal signature—see back cover** / **Date**

**Registration fee** $ / **Boys' Life fee** $ / **Term (months)** / **Unit renewal date** (Month/Year)

[ ] If applicant has an unexpired membership certificate, registration may be accomplished by paying $1 for processing the transfer. Check the box and attach certificate. It will be returned by the council.

**Approval—see back cover (sign here and in part**
**FOR COUNCIL USE**
**Transfer from:** / **Council** / **Nat'l unit No.** / **Member ID No**

CONF012526

Philippe (Phil) Frederic Verhoyen
Winston-Salem, NC 27106

| | |
|---|---|
| OBJECTIVE: | Seeking a challenging managerial position utilizing my experience and skills toward making a significant contribution in the growth and profitability of the organization with which I become affiliated. |
| OVERVIEW: | • Highly successful sixteen-year span covering a multi-faceted responsibility path;<br>• Outstanding record of professional achievement and promotion with increasing responsibilities and remuneration;<br>• Proven success in the improvement of organizational and operational systems, increasing effectiveness with positive bottom-line results;<br>• Exceptional talent of working effectively with all levels in the organization. |
| PROFILE: | Organized... Confident... Resourceful... Dependable... Professional... Hard-Working... Self-Motivating...Intelligent...Disciplined...Loyal |

EXPERIENCE:    **Integon Corporation, Winston-Salem, NC**
1973 - 1989    Vice-President, Plan Administrator, Southmark Plan
               AVP, Manager of Administration, Special Marketing
               Manager of Administration, Information Services
               Senior Project Manager
               Procedures Analyst
               Purchasing Agent

- Executive supervision of a two-million dollar mutual fund custodial company.
- Marketing support for a four-state specialized marketing operation.
- Supervised administrative support services for over sixty persons in EDP department.
- Budget and planning coordination for division with close interface with divisional vice-presidents.
- Completed major problem solving projects, strategic planning, project leadership, building and managing a dunning system and statistical auditing of operations.
- Developed and designed efficient work-flow systems throughout company.
- Provided assistance, guidelines, expertise and impulse in all areas of forms control, design, analysis and procurement for corporate forms program valued in access of one million dollars.

1968 - 1973    Various radio stations,    Winston-Salem, NC
                                          Alexandria, VA
                                          Kalamazoo, MI

               General Manager
               Program and Music Director
               Account Executive

EDUCATION:     B.A., Sociology
               Kalamazoo, College
               Kalamazoo, MI

- NASD Series 6 License *(active)*
- NC Life Insurance and Annuity License *(active)*

- Dale Carnegie Course on Public Speaking and Human Relations
- Leadership Development Program at the Center for Creative Leadership, Greensboro, NC
- Completed numerous other leadership and management courses at Wake Forest University and Harvard University, including internal corporate courses.

AWARDS/ACTIVITIES:
- Loaned-Executive to the United Way, 1987
- Trustee, Integon Foundation
- Executive Committee Member, Old Hickory Council, BSA
- PTA Co-President, Jefferson Elementary School
- Emmy Recipient from National Academy of Television Arts and Sciences, 1974
- Recognized by Winston-Salem mayor for volunteer work through a city proclamation, 1988
- Received Scouting's highest local award, 1988.

WATS CALL FORM

CALL BACK REQUESTED \_\_\_\_\_

COUNCIL # 427  PHONE NO:

On-Line \_\_\_\_  Batch \_\_\_\_

CALLER: HAL MURRAY   POSITION: SE

TYPE OF PROBLEM

REGISTRATION \_\_\_\_\_   VETERANS \_\_\_\_\_

   DEBIT _____   CREDIT _____

PROGRAM CODE
& UNIT #   RENEWAL DATE   TRANSMITTAL #   ID #   FILM #

23 INDECENT LIBERTIES WITH MIN OF
1973-1984  5 DIFF. BOYS

ARRESTED - MARRIED
SA  J2770  ID# 050965
41  D8690 - ID# 021525
PHILLIP F VERHEYEN

SOLUTION: 38 YRS OLD

MBR OF EX. BD OF COUNCIL

Added to CF file
Deleted from reg file
10/2/89

NAME P Smith
DATE 9-29-89

1/10/39-ako-567r   TIME _____

CONF012528

CONF012529

```
MS08                       MEMBERSHIP SUPPORT SYSTEM                   10/02/89
                               MEMBER DELETE                           08:04:07
CNCL 427   PRG/UNIT S0770 SEQ. 050965
FIRST: PHIL F                    LAST : VERHEYEN
ADDR1: [REDACTED]                ADDR2: WINSTON-SALEM      NC
ADDR3:                           ADDR4:                         ZIP: 27104
REG STATUS: M  ENROLL: 1188 BIRTH: 1150 SEX: M  AGENCY: M ADULT/YOUTH: A
POSITION: SA   FINDERCODE: 51  PHONE: [REDACTED]   BULK:    MAG-STATUS:
REN DAT: 1089
TRANSFER FROM - CNCL:       PGM/UNIT:       SEQ:       TRANSFER DATE:
                                MAGAZINES
        --SOURCE--  PRICE SUB STRT --COPIES-- ISSUES TO GO APEAR  LAST LABEL EXP
   TYPE CNCL P/UNT CODE   TRM DATE FIRST LAST ORIG  TOTAL COUNT   PRINTED   DAT


                      PF2>DELETE   PF12>MENU   CLR>END
MEMBER DELETED FROM DATABASE SUCCESSFULLY
MS08                       MEMBERSHIP SUPPORT SYSTEM                   10/02/89
                               MEMBER DELETE                           08:04:24
CNCL 427   PRG/UNIT D8470 SEQ. 021525
FIRST: PHILLIP                   LAST : VERHEYEN
ADDR1: [REDACTED]                ADDR2: WINSTON-SALEM      NC
ADDR3:                           ADDR4:                         ZIP: 27104
REG STATUS: R  ENROLL: 0587 BIRTH: 0000 SEX: M  AGENCY: M ADULT/YOUTH: A
POSITION: 41   FINDERCODE: 51  PHONE: [REDACTED]   BULK:    MAG-STATUS:
REN DAT: 1289
TRANSFER FROM - CNCL:       PGM/UNIT:       SEQ:       TRANSFER DATE:
                                MAGAZINES
        --SOURCE--  PRICE SUB STRT --COPIES-- ISSUES TO GO APEAR  LAST LABEL EXP
   TYPE CNCL P/UNT CODE   TRM DATE FIRST LAST ORIG  TOTAL COUNT   PRINTED   DAT
    S                      N   06 0389 0389 1189 01   001   00     3009     0190


                      PF2>DELETE   PF12>MENU   CLR>END
MEMBER DELETED FROM DATABASE SUCCESSFULLY
```