## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | **Re: D.I. 2592 and 2594** |

### OBJECTION TO THE DEBTORS' DISCLOSURE STATEMENT FOR THE SECOND AMENDED CHAPTER 11 PLAN OF REORGANIZATION FOR BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC AND JOINDER IN THE OBJECTION OF THE TORT CLAIMANTS' COMMITTEE

Claimant SA-35 (the "Claimant"), by and through his undersigned counsel, hereby objects to the *Second Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* (the "Disclosure Statement"), and joins in the objection of the Official Committee of Tort Claimants (the "Tort Committee Objection") and all other objections filed by similarly situated claimants (collectively, with the Tort Committee Objection, the "Objections").

### OBJECTION

1.     Claimant is a survivor of childhood sexual abuse who filed a Sexual Abuse Survivor Proof of Claim (the "Proof of Claim"). The details and events giving rise to Claimant's claim are contained in the Proof of Claim. Claimant objects to the adequacy of the Disclosure Statement for several reasons including, but not limited to:

  a.   the Debtors fail to provide creditors with sufficient information to make an informed decision on whether (a) to vote to accept or reject the Plan, which proposes a release of all local councils and may propose a release of charter organizations, or (b) to raise a "Best Interest of Creditors" objection;

  b.   the Disclosure Statement fails disclose the assets and liabilities of each party receiving a Release;

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

c.  the Disclosure Statement fails to disclose the specific entities to be released;

d.  the Disclosure Statement fails to explain how Sexual Abuse Victims claims will be valued in the trust procedures and what ability they will have to contest the proposed valuation of their claim;

e.  the Disclosure Statement fails to disclose how insurance policies will be utilized; and

f.  the Disclosure Statement fails to explain what contribution the insurers and their non-Debtor insureds will make in order to receive a release

## **JOINDER AND RESERVATION OF RIGHTS**

2.  Claimant hereby joins in the Objections and requests that any relief afforded pursuant to the Objections be granted as to Claimant. Claimant reserves the right to supplement or amend this Joinder and further reserves the right to participate in any hearing on the Disclosure Statement or the Objections, including to present argument and examine witnesses. Claimant further reserves its rights with respect to its claims.

Dated: May 6, 2021
      Wilmington, Delaware                        **THE ROSNER LAW GROUP LLC**

                                            */s/ Jason A. Gibson*
                                            Jason A. Gibson (DE 6091)
                                            824 N. Market Street, Suite 810
                                            Wilmington, Delaware 19801
                                            Telephone: (302) 777-1111
                                            Email: gibson@teamrosner.com

                                            *Counsel for Claimant SA-35*