## **CERTIFICATE OF SERVICE**

I, Jeremy W. Ryan, hereby certify that I am not less than 18 years of age and that on this 6th day of May 2021, I caused a true and correct copy of the foregoing *Objection of the United Methodist Ad Hoc Committee to the Disclosure Statement for the Second Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* to be served upon the parties on the attached service list *via* email.

Under penalty of perjury, I declare the foregoing is true and correct.

*/s/ Jeremy W. Ryan*
Jeremy W. Ryan (DE Bar No. 4057)

**SERVICE LIST**

White & Case LLP
Jessic C. Lauria, Esq.
1221 Avenue of the Americas
New York, New York  10020
Email:  jessica.lauria@whitecase.com

White & Case LLP
Michael C. Andolina, Esq.
Matthew E.  Linder, Esq.
Blair Warner, Esq.
111 South Wacker Drive
Chicago, Illinois  60606
Email:  mandolina@whitecase.com
            mlinder@whitecase.com
            blair.warner@whitecase.com

Morris, Nichols, Arsht & Tunnell LLP
Derek C. Abbott, Esq.
Andrew R. Remming, Esq.
Eric W. Moats, Esq.
Paige N. Topper, Esq.
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware  19899-1347
Email:  dabbott@morrisnichols.com
            aremming@morrisnicholst.com
            emoats@morrisnichols.com
            ptopper@morrisnichols.com

Office of the U.S. Trustee
David L. Buchbinder, Esq.
Hannah M. McColllum, Esq.
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware  19801
Email:  david.l.buchbinder@usdoj.gov
            hannah.mccollum@usdoj.gov)

Pachulski Stang Ziehl & Jones LLP
James I. Stang, Esq.
John A. Morris, Esq.
James E. O'Neill, Esq.
John W. Lucas, Esq.
919 North Market Street, 17Floor
P.O. Box 8705
Wilmington, DE 19801
Emazil:  jstang@pszjlaw.com
            jmorris@pszjlaw.com
            joneill@pszjlaw.com
            jlucas@pszjlaw.com

Kramer Levin Naftalis & Frankel LLP
Thomas Moers Mayer, Esq.
Rachael Ringer, Esq.
David E. Blabey, Jr., Esq.
Jennifer R. Sharret
Megan M. Wasson, Esq.
1177 Avenue of the Americas
New York, New York 10036
Email:  tmayer@kramerlevin.com
            rringer@kramerlevin.com
            dblabey@kramerlevin.com
            jsharret@kramerlevin.com
            mwasson@kramerlevin.com

| | |
|---|---|
| Young Conaway Stargatt & Taylor, LLP<br>Robert S. Brady, Esq.<br>Edwin J. Harron, Esq.<br>Sharon M. Zieg, Esq.<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Email:  rbrady@ycst.com<br>           eharron@ycst.com<br>           szieg@ycst.com | Norton Rose Fulbright US LLP<br>Louis R. Strubeck, Esq.<br>Kristian W. Gluck, Esq.<br>2200 Ross Avenue<br>Dallas, Texas 75201-7932<br>Email:  louis.strubeck@nortonrosefulbright.com<br>           kristian.gluck@nortonrosefulbright.com |

IMPAC 7191367v.1