IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>Ref. Docket No. 2592, 2594<br>Objection Deadline: 05/06/2021<br>Hearing Date: 05/19/2021 at 10:00 a.m. |

**JOINDER BY AWKO'S CLAIMANTS TO
THE OBJECTION TO THE ADEQUACY OF THE DEBTORS' DISCLOSURE
STATEMENT BY THE TORT CLAIMANTS' COMMITTEE**

　　The Claimants represented by Aylstock, Witkin, Kreis & Overholtz, PLLC (the "AWKO Claimants")[1] by and through their undersigned counsel, hereby submit this joinder to the Objection to the adequacy of the Debtors' Disclosure Statement by the Tort Claimants' Committee, and in furtherance, states as follows:

1. The AWKO Claimants are survivors of childhood sexual abuse who each filed a Sexual Abuse Survivor Proof of Claim. As reflected in their individual proof of claim, the story of each of these survivors is unique, including how they were sexually abused, how the abuse affected them, and the circumstances that led to the abuse. As a group, their proof of claims reflect abuse that occurred between approximately 1949 and 2004, and that their ages ranged from approximately five to seventeen years old. The sexual abuse

---

[1] *See* attached Appendix A, which lists the Sexual Abuse Survivor Proof of Claim numbers for the AWKO Claimants.

1

they suffered includes forcible touching outside of clothing and skin to skin, forced masturbation, forced oral copulation, and vaginal and anal penetration.

2. Many of the AWKO Claimants have strong and compelling claims against non-Debtor entities, including a local council and a charter organization. Many of these non-Debtor entities may have significant assets and their own insurance separate and apart from any insurance maintained by the Debtors.

3. The Disclosure Statement and the accompanying solicitation procedures fail to notify creditors, including the AWKO Claimants, which local council and/or charter organization is associated with their abuse, whether any such entity will receive a release, and if so, the terms of the release. The AWKO Claimants made a good faith effort to identify the local council(s) and/or charter organization(s) that may be liable for the childhood sexual abuse they suffered that is the basis for their claim. However, the AWKO Claimants were children when they were sexually abused. Due to the passage of time and/or the psychological effects of the abuse, many of them are unsure whether they have identified the correct entities and others were simply too young to recall the correct names today.

4. The Disclosure Statement fails to explain what contribution the insurers and their non-Debtor insureds will make in order to receive a release. Many of the local councils and charter organizations face significant liability, and many have substantial assets that are available to compensate abuse survivors, including the AWKO Claimants who have a claim against them. The Disclosure Statement fails to specify what contribution the local councils

and/or charter organizations will have to make to receive a release, including a contribution above and beyond their rights under insurance policies.

Dated: May 6, 2021　　　　　　　　　　　　AYLSTOCK, WITKIN,
　　　　　　　　　　　　　　　　　　　　　　KREIS & OVERHOLTZ, PLLC

　　　　　　　　　　　　　　　　　　　By: /s/ S. Mary Liu
　　　　　　　　　　　　　　　　　　　　　S. Mary Liu (FL Bar No. 84438)
　　　　　　　　　　　　　　　　　　　　　17 East Main Street
　　　　　　　　　　　　　　　　　　　　　Suite 200
　　　　　　　　　　　　　　　　　　　　　Pensacola, FL 32502
　　　　　　　　　　　　　　　　　　　　　850-202-1010
　　　　　　　　　　　　　　　　　　　　　mliu@awkolaw.com
　　　　　　　　　　　　　　　　　　　　　*Counsel for Claimant 5502*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>               Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>Ref. Docket No. 2592, 2594<br>Objection Deadline: 05/06/2021<br>Hearing Date: 05/19/2021 at 10:00 a.m. |

**CERTIFICATE OF SERVICE**

      I, S. Mary Liu, attorney for the AWKO Claimants, certify that on this 6th day of May 2021, I caused the attached Joinder to be electronically filed with the Court. Service of same will be made upon all counsel via the Court's ECF system.

Dated: May 6, 2021
                                                        AYLSTOCK, WITKIN,
                                                        KREIS & OVERHOLTZ, PLLC

                                                        By: /s/ S. Mary Liu
                                                        S. Mary Liu (FL Bar No. 84438)
                                                        17 East Main Street
                                                        Suite 200
                                                        Pensacola, FL 32502
                                                        850-202-1010
                                                        mliu@awkolaw.com

                                                        *Counsel for AWKO Claimants*

# Appendix A

| Claim Number | Latest Amended Claim Number |
|---|---|
| SA-14046 | SA-106668 |
| SA-27931 | SA-106670 |
| SA-8016 | SA-106672 |
| SA-20105 | SA-106669 |
| SA-8020 | SA-106676 |
| SA-22810 | SA-106675 |
| SA-20066 | SA-106673 |
| SA-35283 | SA-106674 |
| SA-40413 | SA-106678 |
| SA-96951 | SA-106678 |
| SA-3346 | SA-106680 |
| SA-45114 | SA-106677 |
| SA-35279 | SA-106684 |
| SA-24579 | SA-106679 |
| SA-48062 | SA-106683 |
| SA-32385 | SA-106681 |
| SA-38300 | SA-106689 |
| SA-48054 | SA-106688 |
| SA-57655 | SA-106685 |
| SA-57677 | SA-106692 |
| SA-20074 | SA-106687 |
| SA-14043 | SA-106691 |
| SA-53560 | SA-106690 |
| SA-96840 | SA-106690 |
| SA-14051 | SA -106925 |
| SA-26597 | SA-106926 |
| SA-9809 | SA-106927 |
| SA-42494 | SA-106931 |
| SA-48066 | SA-106934 |
| SA-6207 | SA-106929 |

| | |
|---|---|
| SA-69326 | SA-106937 |
| SA-97233 | SA-106937 |
| SA-26589 | SA-106932 |
| SA-17229 | SA-106930 |
| SA-48084 | SA-106930 |
| SA-9810 | SA-106939 |
| SA-89249 | SA-106938 |
| SA-99283 | SA-106938 |
| SA-35285 | SA-106940 |
| SA-42496 | SA-106946 |
| SA-35280 | SA-106944 |
| SA-24589 | SA-106941 |
| SA-22813 | SA-106947 |
| SA-101950 | SA-107251 |
| SA-5502 | SA-107251 |
| SA-32388 | SA-106942 |
| SA-14056 | SA-106943 |
| SA-61707 | SA-106951 |
| SA-6214 | SA-106952 |
| SA-36909 | SA-106948 |
| SA-20069 | SA-106945 |
| SA-20085 | SA-106949 |
| SA-2164 | SA-106956 |
| SA-10482 | SA-106955 |
| SA-15095 | SA-107252 |
| SA-29548 | SA-107258 |
| SA-15100 | SA-107260 |
| SA-42514 | SA-107257 |
| SA-14054 | SA-107255 |

| | |
|---|---|
| SA-17250 | SA-107250 |
| SA-17259 | SA-107253 |
| SA-54954 | SA-107256 |
| SA-11340 | SA-107259 |
| SA-61727 | SA-107264 |
| SA-24585 | SA-107263 |
| SA-38331 | SA-107262 |
| SA-35277 | SA-107265 |
| SA-38330 | SA-107267 |
| SA-8015 | SA-107269 |
| SA-3564 | SA-107268 |
| SA-42517 | SA-107271 |
| SA-14057 | SA-107270 |
| SA-45120 | SA-107274 |
| SA-11063 | SA-107276 |
| SA-20095 | SA-107275 |
| SA-96683 | SA-107273 |
| SA-45131 | SA-107273 |
| SA-15096 | SA-107277 |
| SA-8021 | SA-107272 |
| SA-48076 | SA-107282 |
| SA-32393 | SA-107279 |
| SA-22811 | SA-107278 |
| SA-22815 | SA-107278 |
| SA-1160 | SA-106686 |
| SA-35278 | SA-107281 |
| SA-3662 | SA-107280 |
| SA-14053 | SA-107407 |
| SA-35281 | SA-107408 |
| SA-1163 | SA-107403 |
| SA-15101 | SA-107412 |

| | |
|---|---|
| SA-24587 | SA-107410 |
| SA-20103 | SA-107402 |
| SA-14049 | SA-107405 |
| SA-57658 | SA-107409 |
| SA-48065 | SA-107416 |
| SA-65526 | SA-107414 |
| SA-65500 | SA-107420 |
| SA-14055 | SA-107415 |
| SA-729 | SA-107424 |
| SA-38333 | SA-107425 |
| SA-35289 | SA-107422 |
| SA-96684 | SA-107422 |
| SA-40388 | SA-107423 |
| SA-1046 | SA-107421 |
| SA-8014 | SA-107426 |
| SA-8017 | SA-107431 |
| SA-6210 | SA-107433 |
| SA-6178 | SA-107432 |
| SA-61715 | SA-107428 |
| SA-15098 | SA-107430 |
| SA-69979 | SA-107434 |
| SA-17230 | SA-107427 |
| SA-48082 | SA-107436 |
| SA-1218 | SA-107442 |
| SA-35287 | SA-107440 |
| SA-24584 | SA-107437 |
| SA-53561 | SA-107438 |
| SA-42539 | SA-107441 |
| SA-27924 | SA-107439 |
| SA-26576 | SA-107443 |