# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| BOY SCOUTS OF AMERICA AND ) | |
| DELAWARE BSA, LLC ) | Case No. 20-10343 (LSS) |
| ) | |
| ) | Jointly Administered |
| ) | |
| ) | |
| Debtor. ) | |

## CERTIFICATE OF SERVICE REGARDING
## OBJECTION TO THE ADEQUACY OF DEBTORS' DISCLOSURE STATEMENT
## IN SUPPORT OF SECOND AMENDED CHAPTER 11 PLAN OF REORGANIZATION
## AND JOINDER OF THE OBJECTION OF THE TORT CLAIMANTS' COMMITTEE

I, William Kelleher, certify that I am not less than 18 years of age, and that on the date set forth below, I caused a true and correct copy of the foregoing *Objection to the Adequacy of Debtors' Disclosure Statement in Support of the Second Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the Tort Claimants' Committee* to be filed and served via CM/ECF on all parties requesting electronic notification in this case, unless otherwise noted.

DATED: May 6, 2021

/s/ William M. Kelleher
William M. Kelleher, Esq. (DE. Bar No. 3961)
**GORDON FOURNARIS & MAMMARELLA, P.A.**
1925 Lovering Avenue
Wilmington, DE 19806
Tel: 302-652-2900
Fax: 302-652-1142 (telefax)
BKelleher@gfmlaw.com

and

Irwin Zalkin, Esq. (Admitted Pro Hac Vice)
Devin Storey, Esq. (Admitted Pro Hac Vice)
Kristian Roggendorf, Esq. (Admitted Pro Hac Vice)
**THE ZALKIN LAW FIRM, P.C.**
10590 W Ocean Air Dr. #125
San Diego, CA 92130
Tel:  858-259-3011

{GFM-01519653.DOC-}

Fax: 858-259-3015

{GFM-01519653.DOC-}