**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors.[1] | (Jointly Administered) |
| | **Objection Deadline: May 6, 2021 at 4:00 p.m. (ET)** <br> **Hearing Date: May 19, 2021 at 10:00 a.m. (ET)** |

**JOINDER BY TRAVELERS CASUALTY AND SURETY COMPANY, INC. (FKA AETNA CASUALTY & SURETY COMPANY), ST. PAUL SURPLUS LINE INSURANCE COMPANY AND GULF INSURANCE COMPANY TO GREAT AMERICAN'S OBJECTION TO DEBTORS' DISCLOSURE STATEMENT FOR SECOND AMENDED CHAPTER 11 PLAN OF REORGANIZATION AND JOINDER**

Travelers Casualty and Surety Company, Inc. (f/k/a Aetna Casualty & Surety Company), St. Paul Surplus Lines Insurance Company, and Gulf Insurance Company ("Travelers"), by and through undersigned counsel, hereby submits the following joinder (the "Joinder") in support of Great American Assurance Company, f/k/a Agricultural Insurance Company, Great American E&S Insurance Company, f/k/a Agricultural Excess and Surplus Insurance Company, and Great American E&S Insurance Company (collectively, "Great American")'s Objection to Debtors' Disclosure Statement for Second Amended Chapter 11 Plan of Reorganization and Joinder [ECF No. 3271] (the "Objections Motion") and states as follows:

On May 6, 2021, Great American Assurance Company, f/k/a Agricultural Insurance Company, Great American E&S Insurance Company, f/k/a Agricultural Excess and Surplus Insurance Company, and Great American E&S Insurance Company (collectively, "Great

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

American") filed Objection to Debtors' Disclosure Statement for Second Amended Chapter 11 Plan of Reorganization and Joinder.  Travelers hereby joins in the Objections and the relief sought by Great American in the Objections Motion.

WHEREFORE, Travelers Casualty and Surety Company, Inc. (f/k/a Aetna Casualty & Surety Company), St. Paul Surplus Lines Insurance Company, and Gulf Insurance Company ("Travelers"), respectfully requests that the Court enter an order (i) granting the relief requested in the Objections Motion and this Joinder, and (ii) granting such other and further relief as is just and proper.

REGER RIZZO & DARNALL LLP

*/s/ Louis J. Rizzo, Jr., Esquire*
Louis J. Rizzo, Jr., Esquire (#3374)
1521 Concord Pike, Suite 305
Brandywine Plaza West
Wilmington, DE 19803
(302) 477-7100
Email:  lrizzo@regerlaw.com

*Attorney for Defendants,*
*Travelers Casualty and Surety Company,*
*Inc. (f/k/a Aetna Casualty & Surety*
*Company), St. Paul Surplus Lines Insurance*
*Company and Gulf Insurance Company*

Dated:   May 6, 2021