IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

In re:

| | | |
|---|---|---|
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, Debtors | : : : : : : : : : | Chapter 11 Case No. 20-10343-LSS Jointly Administered |

## CERTIFICATE OF SERVICE

I, Louis J. Rizzo, Jr., Esquire, attorney for defendants Travelers Casualty and Surety Company, Inc. (f/k/a Aetna Casualty & Surety Company) ("Travelers C and S"), St. Paul Surplus Lines Insurance Company ("St. Paul") and Gulf Insurance Company's ("Gulf's") (collectively, "Travelers"), certifies that on this 6th day of May 2021, he caused the attached Joinder to be electronically filed with the Court. Service of same will be made upon all counsel via the Court's ECF system.

REGER RIZZO & DARNALL LLP

Dated: May 6, 2021

*/s/ Louis J. Rizzo, Jr., Esquire*
Louis J. Rizzo, Jr., Esquire (#3374)
1521 Concord Pike, Suite 305
Brandywine Plaza West
Wilmington, DE 19803
(302) 477-7100
Email: lrizzo@regerlaw.com

*Attorney for Defendants,*
*Travelers Casualty and Surety Company,*
*Inc. (f/k/a Aetna Casualty & Surety*
*Company), St. Paul Surplus Lines Insurance*
*Company and Gulf Insurance Company*