IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | ) | Case No. 20-10343 (LSS) |
|  | ) | Jointly Administered |
| Debtors. | ) |  |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE THAT** that certain Claimants (see attached Appendix A) as parties in interest in the above-captioned cases, hereby appear by their counsel, James Tobia, Esquire, of The Law Office of James Tobia, LLC, and Michele M. Betti, Esq., of the Law Offices of Betti & Associates and each such counsel hereby enters its appearance.

**PLEASE TAKE FURTHER NOTICE** that the Parties in Interest request, pursuant to Bankruptcy Rules 2002, 9007 and 9010 and Sections 102(1), 342 and 1109(b) of Chapter 11, Title 11 of the United States Code (the "Bankruptcy Code"), that all notices given or required to be given in this case and all papers served or required to be served including, but not limited to, all notices filed and served, be given to and served upon the undersigned at the following office addresses, telephone and facsimile numbers and e-mail addresses:

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

| | |
|---|---|
| **James Tobia (#3798)** | **Michele M. Betti, Esq.** |
| *The Law Office of James Tobia, LLC* | **LAW OFFICES OF BETTI & ASSOCIATES** |
| 1716 Wawaset Street | 30 Wall Street, 8th Floor |
| Wilmington, DE  19806 | New York, NY  10005 |
| Tel (302) 655-5303 | Phone: 646-895-0939 |
| Fax (302) 656-8053 | Fax:  760-454-2204 |
| Email: jtobia@tobialaw.com | mbettilaw@gmail.com |

  **PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telefax, facsimile transmission, e-mail or otherwise, which affect the Debtors or property of the Debtors.

  **PLEASE TAKE FURTHER NOTICE** that the Parties in Interest intend that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive (1) the right of the Parties in Interest to have final orders in noncore matters entered only after de novo review by a District Judge; (2) the right of the Parties in Interest to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) the right of the Parties in Interest to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, set-offs, or recoupments to which the Parties in Interest are or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, set-offs, and recoupments are expressly reserved.

Dated:  May 6, 2021

            BY:  /s/ James Tobia
               James Tobia (#3798)
               *The Law Office of James Tobia, LLC*
               1716 Wawaset Street
               Wilmington, DE  19806
               (302) 655-5303

               *Counsel to the Betti & Associates Claimants*