IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | ) Case No. 20-10343 (LSS) |
| Debtors. | ) Jointly Administered |

**CERTIFICATE OF SERVICE**

    I, James Tobia, hereby certify that on May 6, 2021, I caused a true and correct copy of the foregoing *Notice of Appearance* to be electronically filed and served via CM/ECF to all parties requesting electronic service in this case and upon the parties below via electronic mail.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

White & Case LLP
Jessica C. Lauria, Esq.
1221 Avenue of the Americas
New York, New York 10020
jessica.lauria@whitecase.com

Morris, Nichols, Arsht & Tunnell LLP
Derek C. Abbott, Esq.
Andrew R. Remming, Esq.
Eric W. Moats, Esq.
Paige N. Topper, Esq.
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899
dabbott@morrisnichols.com
aremming@morrisnichols.com
emoats@morrisnichols.com
ptopper@morrisnichols.com

White & Case LLP
111 South Wacker Drive
Michael C. Andolina, Esq.
Matthew E. Linder, Esq.
Blair Warner, Esq.
Chicago, Illinois 60606
mandolina@whitecase.com
mlinder@whitecase.com
blair.warner@whitecase.com

Office of the U.S. Trustee
David L. Buchbinder, Esq.
Hannah M. McColllum, Esq.
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801
david.l.buchbinder@usdoj.gov
hannah.mccollum@usdoj.gov

Pachulski Stang Ziehl & Jones LLP
James I. Stang, Esq.
John A. Morris, Esq.
James E. O'Neill, Esq.
John W. Lucas, Esq.
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19801
jstang@pszjlaw.com
jmorris@pszjlaw.com
joneill@pszjlaw.com
jlucas@pszjlaw.com

Young Conaway Stargatt & Taylor, LLP
Robert S. Brady, Esq.
Edwin J. Harron, Esq.
Sharon M. Zieg, Esq.
1000 North King Street
Wilmington, Delaware 19801
rbrady@ycst.com
eharron@ycst.com
szieg@ycst.com

Kramer Levin Naftalis & Frankel LLP
Thomas Moers Mayer, Esq.
Rachael Ringer, Esq.
David E. Blabey, Jr., Esq.
Jennifer R. Sharret, Esq.
Megan M. Wasson, Esq.
1177 Avenue of the Americas
New York, New York 10036
tmayer@kramerlevin.com
rringer@kramerlevin.com
dblabey@kramerlevin.com
jsharret@kramerlevin.com
mwasson@kramerlevin.com

Norton Rose Fulbright US LLP
Louis R. Strubeck, Esq.
Kristian W. Gluck, Esq.
2200 Ross Avenue
Dallas, Texas 75201-7932
louis.strubeck@nortonrosefulbright.com
kristian.gluck@nortonrosefulbright.com

Dated: May 6, 2021

          THE LAW OFFICE OF JAMES TOBIA, LLC

          By: *James Tobia*
          James Tobia, Esq. (#3798)
          1716 Wawaset Street
          Wilmington, DE 19806
          Tel. (302) 655-5303
          Fax (302) 656-8053
          Email: jtobia@tobialaw.com
          *Counsel to the Betti & Associates Claimants*