**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In the Matter of: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |
| | Re: 2592, 2594 and 3160 |

**OBJECTION TO THE ADEQUACY OF DEBTORS' DISCLOSURE STATEMENT IN SUPPORT OF SECOND AMENDED CHAPTER 11 PLAN OF REORGANIZATION AND JOINDER TO THE OBJECTION OF THE TORT CLAIMANTS' COMMITTEE AND OF CLAIMANT 45448**

Claimant Nos.: 60051 and 63823 ("Claimants") by and through their undersigned counsel hereby object (the "Objection") to the Adequacy of Debtor's Disclosure Statement in Support of Second Amended Chapter 11 Plan of Reorganization (the "Disclosure Statement") and join (the "Joinder") the objections of the Tort Claimants' Committee and the Objection of Claimant No. 45448 to the adequacy of the Disclosure Statement. In support of the Objection and Joinder, Claimants adopts and sets forth as if fully set forth herein at length the legal arguments set forth in the Tort Claimants Objection and the Objection of Claimant No. 45448.

**Joinder/Objection**

1. Claimants object to the adequacy of the Disclosure Statement insofar as it lacks sufficient information to allow Claimants to make an informed decision concerning the Proposed Plan. Moreover, the Plan is patently unconfirmable, accordingly the Disclosure Statement should not be approved. In support of this Joinder and Objection, Claimants reiterate as if set forth herein at length, the legal arguments advanced in the objections filed by the Tort Claimant Committee and Claimant No. 4485.

-2-

2. To the extent not inconsistent with this Joinder, Claimants reserve their right to join any other objections that may be filed in response to the Disclosure Statement and to present additional arguments at the time of the hearing.

**WHEREFORE**, Claimants 60051 and 63823 respectfully request that the Court enter an order denying approval of the Disclosure Statement.

Dated: May 6, 2021                         **JOHN R. WEAVER, JR., P.A**.

By: /s /*John R. Weaver, Jr.*
John R. Weaver, Jr.

831 N. Tatnall Street, Suite 200
Wilmington, Delaware 19801
(302) 428-1077 (main)
(302) 655-7371 (direct)
jrweaverlaw@verizon.net

and

**STARK & STARK, P.C.**
Joseph H. Lemkin, Esq.
993 Lenox Drive
Lawrenceville, NJ 08648
(609) 791-7022 (direct)
(609) 896-9060 (main)
(609) 895-7395 (facsimile)
Attorneys for Claimant Nos. 60051 and 63823

4831-4911-1784, v. 1