IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Re:  D.I. 3266<br><br>**Obj. Deadline: At the hearing**<br>**Hearing Date:  May 19, 2021 at 10:00 a.m. (ET)** |

## NOTICE OF MOTION AND HEARING

**PLEASE TAKE NOTICE** that, on May 6, 2021, The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole, filed the *Motion of The Church of Jesus Christ of Latter-Day Saints, a Utah Corporation Sole, to Seal the Objection of The Church of Jesus Christ of Latter-Day Saints, a Utah Corporation Sole, to Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement and the Form and Manner of Notice (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held before The Honorable Laurie Selber Silverstein, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 North Market Street, 6th Floor, Courtroom 2, Wilmington,

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Delaware 19801 on **May 19, 2021 at 10:00 a.m. (prevailing Eastern Time)** (the "**Hearing**") and any responses or objections to the Motion may be made at the Hearing.

Dated: May 6, 2021
      Wilmington, Delaware

*/s/ Michael J. Merchant*
Michael J. Merchant (No. 3854)
Brett M. Haywood (No. 6166)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: merchant@rlf.com
           haywood@rlf.com

-and-

Jeffrey E. Bjork (admitted *pro hac vice*)
Deniz A. Irgi (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
E-mail: jeff.bjork@lw.com
           deniz.irgi@lw.com

-and-

Adam J. Goldberg (admitted *pro hac vice*)
Robert J. Malionek (admitted *pro hac vice*)
Madeleine C. Parish (admitted *pro hac vice*)
Benjamin A. Dozier (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020-1401
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
E-mail: adam.goldberg@lw.com
           robert.malionek@lw.com
           madeleine.parish@lw.com
           benjamin.butzin-dozier@lw.com

*Counsel to The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole*

2

RLF1 25274900v.1