```
              IN THE CIRCUIT COURT
              COOK COUNTY, ILLINOIS
           COUNTY DEPARTMENT, LAW DIVISION


JOHN DOE,                              )
                                       )
Plaintiff (s),                         )
                                       )
vs.                                    )No 2012-L-013569
                                       )
THOMAS HACKER,                         )
BOY SCOUTS OF AMERICA, a               )
congressionally chartered              )
corporation, authorized to do          )
business in Illinois,                  )
CHICAGO AREA COUNCIL, INC. BOY         )
SCOUTS OF AMERICA, and                 )
CHICAGO AREA COUNCIL, BOY              )
SCOUTS OF AMERICA, INC.,               )
                                       )
Defendant (s).                         )
```

DISCOVERY DEPOSITION OF THOMAS E. HACKER

    The deposition of Thomas E. Hacker, a witness called at the instance of Plaintiff (s) for purposes of DISCOVERY taken on July 30, 2013, from 10:00 a.m. to 2:40 p.m. at the Big Muddy River Correctional Center, 251 N. Illinois Highway 37, Ina, Illinois, before Michele Thomas, Notary Public and Certified Shorthand Reporter, CSR No. 084-004396, for the State of Illinois, pursuant to notice.


          A P P E A R A N C E S

      MR. CHRISTOPHER T. HURLEY
      HURLEY, McKENNA & MERTZ
      ATTORNEY (S) AT LAW
      33 N. DEARBORN STREET, SUITE 1430
      CHICAGO, IL  60602

        In behalf of the Plaintiff (s);

**Ex. A**

1  would speak to me; and when he wouldn't, he would
2  look away.  And then I knew that I had damaged
3  that child.
4         Q.   And that would have been when, do you
5  think?
6         A.   Well, the last two years.
7         Q.   Do you remember his name?
8         A.   It's horrible, but I don't.  He's not
9  one that you mentioned.
10        Q.   Okay.
11        A.   And I -- no, but it had to be '8 --
12 certainly all of '87.
13        Q.   It's fair to say, though, that there
14 are children that you had contact with that you
15 harmed whose names you cannot remember; is that
16 true?
17        A.   That's very true.  They're just so
18 many.  I mean, it's horrible to say, but there's
19 so many out there that I made sure I saw them
20 naked.  I mean, we're talking lots and lots and
21 lots of kids.
22        Q.   More than a hundred?
23        A.   Well, in Scouting alone there were
24 more than a hundred, because you -- it had to be,
25 through all those years.

1        Q.   Did you know that the Boy Scout
2   Manual requires that scoutmasters and volunteers
3   be of the highest moral character?
4        A.   Well, that's in there, yes.  I was
5   aware of the manual, yes.  I don't know about the
6   leadership.  It was always for the boys, but I
7   don't think I ever saw a manual for adults.
8        Q.   But nobody ever gave you any
9   information on how to screen volunteers for their
10  moral character, correct?
11       A.   No.  Nobody ever did.
12       Q.   All right.  And, so, did that make
13  you think when you went to St. Louis de Montfort
14  that it would be fairly easy to get back into the
15  Scouts?
16       A.   Well, I knew it would be.  I was
17  positive.  I never even give it a second thought.
18       Q.   Why is that?
19       A.   My son was involved.  I was involved
20  in the community.  I was a schoolteacher.  I
21  taught Sunday School at St. Louis.  You know, I
22  just had the confidence that I would be welcome.
23       Q.   And, in fact, you were?
24       A.   I was.
25       Q.   Now, did you ever take any