The Chartered Organization's
Most Important Scouting Responsibility

# SECURING A SCOUTMASTER



## Boy Scouts of America
## Mission Statement

*It is the mission of the Boy Scouts of America to serve others by helping to instill values in young people and to prepare them to make ethical choices during their lifetime in achieving their full potential. The values we strive to instill are based on those found in the Scout Oath and Law.*

How your organization's values and the mission of the Boy Scouts of America are reflected in your troop, largely depends on the Scoutmaster. With the support of your organization, the troop committee, and other volunteer Scouters, he carries out the troop program through direct contact with Scouts.

There are many qualified prospects for the position of Scoutmaster. This selection process will assure that the *most* qualified person is selected. The vital role of shaping the lives of youth demands nothing less!

Since the Scoutmaster will be a vital factor in the success of the troop, the chartered organization, working through the troop committee, plays a prominant role in his selection.

Exhibit B

100271

# The Steps for Success

A Scoutmaster must be selected when a new troop is organized or when there is a leadership change in an existing troop. In either case, a representative of the council or district should be on hand to guide the chartered organization and troop committee through the selection process. This BSA representative could be a unit organizer, unit commissioner, member of the district committee, Scouting coordinator, or a Scout professional. This Scouter should be knowledgeable about the Boy Scout program, understand the selection process, and be prepared to guide the new leader through the "Introduction to Leadership" Fast Start program.

Step 1.  **Chartered Organization Briefing.** The BSA representative contacts the head of the organization or Scouting coordinator to review the role of the chartered organization, the process of selection, and to discuss any special qualifications the organization may require of its Scoutmaster.

Action. The organization head or Scouting coordinator appoints a task force to select the new Scoutmaster. The task force consists of members of the troop committee. At least one task force member must represent the chartered organization. Parents or others interested in the success of the unit may be included. Task force members are recruited and a meeting is scheduled.

Step 2.  **List and Appraise Prospects for Scoutmaster.** The task force meets. It is preferred that the head of the chartered organization chair this meeting. If not, the Scouting coordinator should do so with the support of the BSA representative.

Action.

1. Develop a prospect list. Have on hand a membership roll of the chartered organization and the names of the fathers of troop members or prospective members. Ask each person to suggest other names. Enter the names in the spaces provided under "Guide for Selecting a Scoutmaster" in this folder.
2. Rate each prospect by placing a check mark in the appropriate box for each quality of leadership; "Yes", "No", or "Don't Know." Don't omit those assumed to be "too busy." That decision belongs to the candidate.
3. If there are several "Don't Knows" for likely prospects, it's imperative that some discreet inquiry be made.
4. Rank the prospects as soon as all information is obtained.
5. Secure approval from the organization head to contact the preferred candidates.
6. Appoint three or four persons to call on the first prospect. At least one member of the team must be from the chartered organization and the BSA representative should be involved.

Step 3.  **Make an Appointment with the Prospect.** The chairman of the troop committee calls the first prospect for an appointment. If a member of the task force knows the prospect well, the chairman may ask this person to make the call.

Action. The appointment usually can be made by phone. If the prospect questions the purpose of the meeting, frankly state that it is to discuss a matter important to the youth of the community.

Set the time and date of the meeting, preferably at the prospect's home with his wife present. Be sure it's a date convenient to the members of the visitation team.

100272



Step 4.  Call on the prospect. Members of the visitation team should meet at a convenient spot and arrive at the prospect's home as a group.

Action. Explain the purpose of the visit to the prospect and make every effort to convince him that he should accept the Scoutmaster position because of the opportunity for service. Honestly review the steps that have been taken, how the qualifications were reviewed, and the endorsement of all involved. The member of the chartered group extends the invitation to serve the organization as its Scoutmaster and pledges the organization's full support.

If the prospect cannot give a reply during the visit, a follow up contact should be made within 24 hours. If the prospect declines, the process is repeated with the next candidate.

As soon as the new leader agrees to serve, the BSA representative presents the Fast Start leaflet *So You're a New Scoutmaster* and makes an appointment to review the "Introduction to Leadership" Fast Start program.

Step 5.  **Welcoming the New Scoutmaster.** The task force members, troop committee, key members of the chartered organization, and others involved with the troop attend a "get acquainted" meeting with the new Scoutmaster.

Action. The new Scoutmaster is formally registered and **his application approved by the head of the chartered organization.** He is briefed on the general organization of the troop, procedures, meeting place, and program plans. He is introduced to the other adults involved in the troop. Handbooks, records, and materials are turned over. Arrangements are made for a press release, letter to parents, an introduction of the new Scoutmaster at a meeting of the chartered organization and possibly an introduction to the Scout families at a family night program.

Step 6.  **Fast Start Training.** The BSA representative follows up on the appointment made for Fast Start training. The "Introduction to Leadership" program is carried out, the Scoutmaster is invited to the next Boy Scout leader roundtable, and arrangements are made for basic training.

100273

# Guide for Selecting a Scoutmaster

To help visualize what a Scoutmaster does, his job can be described as follows: "The Scoutmaster's job is to work with and through elected boy leaders and responsible adults, individually and in groups, to make the Boy Scout program available to boys."

List the names of prospects in the vertical spaces on the right. Place a check mark in the appropriate box, "Yes," "No," or "Don't Know" for each leadership quality. Include any special qualifications the organization may require. Successful Scoutmasters have been found to have many of the following characteristics.

## Qualities of Unit Leadership

1. Acceptance of BSA and chartered organization ideals and principles, unquestioned integrity.
   - Yes / No / Don't Know

2. Sets a positive image example as a role model through appearance and consistent ethical behavior (fairness, honesty, trust, and respect for others).
   - Yes / No / Don't Know

3. Willing to delegate tasks that permit use of adult and youth resources.
   - Yes / No / Don't Know

4. An advocate of youth. Enjoys seeing development and growth.
   - Yes / No / Don't Know

5. An appreciation of the outdoors. Enjoys the natural environment.
   - Yes / No / Don't Know

6. Some experience in group activity leadership in civic service, club, lodge, or church.
   - Yes / No / Don't Know

7. Stature that wins the confidence of parents, youth, and the community.
   - Yes / No / Don't Know

8. A good listener. Easily builds rapport with others in a counseling role.
   - Yes / No / Don't Know

9. Willing to invest a definite amount of time for training and unit leadership.
   - Yes / No / Don't Know

10. An active member of the chartered organization or its affiliates.
    - Yes / No / Don't Know

## Overall Evaluation

Note. The Scoutmaster must be an adult male, 21 years of age or older, and of good moral character. All registered Scouters shall subscribe to the declaration of principle and meet the citizenship or alternate requirements as prescribed on the official registration forms.

100274

Copyright 1985
Boy Scouts of America
No. 3072A • 1985 Printing

# Guide for Selecting a Scoutmaster

**Instructions:** List the names of prospective Scoutmasters in the vertical spaces to the right. Indicate each person's potential by placing a check mark opposite each numbered quality below if you know the person to be well qualified in that area.

## Qualities of a Good Scoutmaster

Based on the overall essential of good character, a prospective Scoutmaster should have:

1. Some experience in cooperative group activity (ability to work with a troop committee, a parents' organization, the chartered organization).
2. A capacity for leadership with evidence of the ability to plan and delegate (ability to work with and train assistant Scoutmasters).
3. A liking for boys and ability to win their friendship; a capacity for counseling.
4. The ability to organize activities which will provide growth experiences for boys.
5. The ability to help boy leaders lead and to guide them in decision making.
6. An appreciation of the outdoors as an essential in the Scout program.
7. A willingness to invest a definite amount of time for training, troop meetings, and activities.
8. Stature in the community that will win the confidence of parents and organizational leaders.
9. A willingness to accept the ideals and principles of the Boy Scouts of America.

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

To help you visualize what a Scoutmaster does, his job is described as follows: "The Scoutmaster's job is to work with and through elected boy leaders and responsible adults, individually and in groups, to make the Scout program available to boys."

No. 3072

Copyright © 1958
BOY SCOUTS OF AMERICA

1981 Printing



# SECURING A SCOUTMASTER

## THE TROOP COMMITTEE'S MOST IMPORTANT JOB #5

*Six sure steps*

## The Troop Committee Meets

The chairman calls a meeting of the troop committee and asks a commissioner, as well as selected parents of boys (both active and prospective members), to take part. He does this by written invitation, then personal follow-up, to be sure of a well-attended meeting.

At this meeting, the group reviews the Scoutmaster's job and the qualities he must have to do his job well.

To help the group visualize a Scoutmaster, his job is described as follows: "The Scoutmaster's job is to work with and through elected boy leaders and responsible adults, individually and in groups, to make the Scout program available to boys."

A copy of this leaflet is given to each person in the group. All turn to the Qualities of a Good Scoutmaster listed on the reverse side. The commissioner may be the best person to lead discussion of these qualities, providing he has had experience recruiting leaders.

## Step 2
### List and Appraise Prospects

The chairman leads a "brainstorming" session to produce names of prospective Scoutmasters, preferably members of the organization. To assist in this process, it would be helpful to have on hand a membership roll of the chartered organization and the names of fathers of troop members or prospective members. Ask each person to suggest other names.

Each person writes the names of those he recommends under "Guide for Selecting a Scoutmaster." He carefully appraises his recommendations by placing checks in the squares below the names. All leaflets are turned to the chairman.

Arrange the prospects in order of preference. List the best prospect first, regardless of whether you think he will accept. Do not say "No" for any prospect. Let the prospect make his own decision.

## Step 3
### Appoint Subcommittee to Secure the New Scoutmaster

The chairman appoints a subcommittee of three or four persons (a majority of whom are members of the troop committee) to carry out the next step. They should be members who have influence with prospects, who know the Scoutmaster's job, and who have ability to sell a prospect on the chance to work with boys.

## Step 4
### Make Appointment With the Prospect

As soon as possible, a member of the subcommittee makes an appointment to meet with the top prospect on the list. If the prospect questions the purpose of the meeting, frankly state that it is to discuss a Scouting matter.

Set the time and date of the meeting, preferably in the evening at the prospect's home with his wife present. Be certain it is a date when at least two members of the subcommittee can be present. If for some reason two cannot be present, set a new date for the meeting.

## Step 5
### Call On the Prospect

The subcommittee members call on the prospect and make every effort to convince him that he should accept the Scoutmaster position because of the opportunity for service. They tell him he is the choice of the group and promise him their support if he accepts.

If the subcommittee members succeed with this prospect, their recruiting job is done. Otherwise, they make an appointment with and call on the next prospect on the list, and so on until a Scoutmaster is secured.

When the Scoutmaster is secured, he is registered at once.

## Step 6
### Introductions

If the new Scoutmaster was not an assistant Scoutmaster or troop committee member, the selection subcommittee arranges to bring him to the next meeting of the troop committee and the next meeting of the troop leaders' council of an established troop. In case he was an assistant or member of the committee, the subcommittee should arrange for a proper introduction at the next meetings of the two groups. If you are organizing a new troop, invite the new Scoutmaster to join the group responsible for the next organizational steps.

Arrangements should be made as soon as possible to make the Scoutmaster leadership development program available to the new Scoutmaster.

The new Scoutmaster should be introduced to the Scouts' parents at the first court of honor, parents' night, or other similar event.

# Selecting a Scoutmaster Is an Important Job!

You are selecting a man who will head your troop. He will influence the life of every boy in it. His talents should include the ability to work through others — the troop committee, assistant Scoutmasters, parents, and troop leaders.

This job calls for the best man available who can match the objectives you seek for boys — good character and physical fitness in a framework of team play, exemplifying positive citizenship.

This man is not just any man or the first one who comes to mind. He's the man you would select as the leader of your boy.

## Here Is a Tested Plan To Help You Do the Job

This time-tested plan has produced good Scoutmasters for troops where it has been carefully followed.

It is simple and has a nationwide application regardless of conditions.

It has proved equally successful in recruiting other troop leaders such as assistant Scoutmasters.

However, and it bears repetition, this plan produces a Scoutmaster only when it is followed exactly. Omit a step and a prospective Scoutmaster may be sacrificed.

## Men Are Available To Help You Do the Job

Your organization's head and your Scouting coordinator should be called upon for advice and help. Your Scouting coordinator should attend the meeting outlined in the first step.

Another resource is your unit or district commissioner, who can assist you in an advisory way, as outlined in step 1.

Your district committee has a continuing interest in your troop. It will have contacts and methods that may be of assistance to you.

Regardless of help available, keep in mind that the responsibility for the recruiting of a Scoutmaster belongs to the troop committee!



# Guide for Selecting a Scoutmaster

**Instructions:** List the names of prospective Scoutmasters in the vertical spaces to the right. Indicate each person's potential by placing a check mark opposite each numbered quality below if you know the person to be well qualified in that area.

To help you visualize what a Scoutmaster does, his job is described as follows: "The Scoutmaster's job is to work with and through elected boy leaders and responsible adults, individually and in groups, to make the Boy Scout program available to boys."

## Qualities of a Good Scoutmaster

Based on the overall essential of good character, a prospective Scoutmaster should have:

1. Some experience in cooperative group activity (ability to work with a troop committee, a parents' organization, the chartered organization).
2. A capacity for leadership with evidence of the ability to plan and delegate (ability to work with and train assistant Scoutmasters).
3. A liking for boys and ability to win their friendship and respect; a capacity for counseling.
4. The ability to organize activities which will provide growth experience for boys.
5. The ability to help boy leaders lead and to guide them in decision making.
6. An appreciation of the outdoors as an essential in the Boy Scout program.
7. A willingness to invest a definite amount of time for training, troop meetings, and activities.
8. Stature in the community that will win the confidence of parents and organizational leaders.
9. A willingness to accept the ideals and principles of the Boy Scouts of America.

|   |   |   |   |   |   |
|---|---|---|---|---|---|
|   |   |   |   |   |   |
|   |   |   |   |   |   |
|   |   |   |   |   |   |
|   |   |   |   |   |   |
|   |   |   |   |   |   |
|   |   |   |   |   |   |
|   |   |   |   |   |   |
|   |   |   |   |   |   |

## The Troop Committee's Most Important Job

# SECURING A SCOUTMASTER

### Six sure steps for success...

100269

# Step 1

## The Troop Committee
[ s ]

chairman calls a meeting of the troop committee and asks a commissioner, as well as selected parents of boys (both active and prospective members), to take part. He does this in person or by phone. Then personal follow up to be sure of a well-attended meeting.

At this meeting, the group reviews the Scoutmaster's job and the qualities he must have to do his job well.

To help the group visualize a Scoutmaster, his job is described as follows: "The Scoutmaster's job is to work with and through elected boy leaders and responsible adults, individually and in groups, to make the Boy Scout program available to boys."

A copy of this leaflet is given to each person in the group in advance. All turn to the Qualities of a Good Scoutmaster listed on the reverse side. The commissioner may be the best person to lead discussion of these qualities, provided he/she has had experience recruiting leaders.

# Step 2

## List and Appraise Prospects

The chairman leads a "brainstorming" session to produce names of prospective Scoutmasters, preferably members of the organization. To assist in this process, it would be helpful to have on hand a membership roll of the chartered organization and the names of fathers of members or prospective members.

h person to suggest other names. person writes the names of those he mends under "Guide for Selecting a Scoutmaster." He carefully appraises his recommendations by placing checks in the squares below the names. All leaflets are returned to the chairman.

Arrange the prospects in order of preference. List the best prospect first, regardless of whether you think he will accept. Do not say "No" for any prospect. Let the prospect make his own decision.

# Step 3

## Appoint Subcommittee to Secure the New Scoutmaster

The chairman apoints a subcommittee of three or four persons (a majority of whom are members of the troop committee) to carry out the next step. They should be members who have influence with prospects, who know the Scoutmaster's job, and who have ability to sell a prospect on the chance to work with boys.

# Step 4

## Make Appointment With the Prospect

As soon as possible, a member of the subcommittee makes an appointment to meet with the top prospect on the list. If the prospect questions the purpose of the meeting, frankly state that it is to discuss a matter important to the youth of the community.

Set the time and date of the meeting, preferably in the evening at the prospect's home with his wife present. Be certain it is a date when at least three members of the subcommittee can be present. If for some reason three cannot be present, set a new date for the meeting.

# Step 5

## Call On the Prospect

The subcommittee members call on the prospect and make every effort to convince him that he should accept the Scoutmaster position because of the opportunity for service. They tell him he is the choice of the group and promise him their support if he accepts.

If the subcommitte members succeed with this prospect, their recruiting job is done. Otherwise, they make an appointment with and call on the next prospect on the list, and so on until a Scoutmaster is secured.

When the Scoutmaster is secured, he is registered at once.

# Step 6

## Introductions

If the new Scoutmaster was not an assistant Scoutmaster or troop committee member, the selection subcommittee arranges to bring him to the next meeting of the troop committee and the next meeting of the patrol leaders' council of an established troop. In case he was an assistant or member of the committee, the subcommittee should arrange for a proper introduction at the next meetings of the two groups. If you are organizing a new troop, invite the new Scoutmaster to join the group responsible for the next organizational steps.

Arrangements should be made as soon as possible to make the Scoutmaster training program available to the new Scoutmaster.

The new Scoutmaster should be introduced to the Scouts' parents at the first court of honor, parents' night, or other similar event.

# Selecting a Scoutmaster Is an Important Job!

You are *selecting* a man who will head your troop. He will influence the life of every boy in it. His talents should include the ability to work through others—the troop committee, assistant Scoutmasters, parents, and troop leaders.

This job calls for the best man available who can match the objective you seek for boys—good character and physical fitness in a framework of team play, exemplifying positive citizenship.

This man is not just any man or the first one who comes to mind. He's the man you would select as the leader of your boy.

## Here Is a Tested Plan to Help You Do the Job

This time-tested plan has produced good Scoutmasters for troops where it has been carefully followed.

It is simple and has a nationwide application regardless of conditions.

It has proved equally successful in recruiting other troop leaders such as assistant Scoutmasters.

However, and it bears repetition, this plan produces a Scoutmaster only when it is followed exactly. Omit a step and a prospective Scoutmaster may be sacrificed.

## Men Are Available to Help You Do the Job

Your organization's head and your Scouting coordinator should be called upon for advice and help. Your Scouting coordinator should attend the meeting outlined in the first step.

Another resource is your unit or district commissioner, who can assist you in an advisory way, as outlined in step 1.

Your district committee has a continuing interest in your troop. It will have contacts and methods that may be of assistance to you.

Regardless of help available, keep in mind that the responsibility for the recruiting of a Scoutmaster belongs to the troop committee!

Copyright © 1958
BOY SCOUTS OF AMERICA
No. 3072                1984 Printing

100270