**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF STAMATIOS STAMOULIS**

I, Stamatios Stamoulis, pursuant to the provisions of 28 U.S.C. § 1746 declare under the penalty of perjury as follows:

1.      I am a member of Stamoulis & Weinblatt LLC and a member of the bar of this Court.

2.      I have reviewed the monthly fee applications of professionals submitted to the Court in the above captioned matter detailing the compensation sought from the estate of the Debtors Boy Scouts of America and Delaware BSA LLC (the "Estate").  I have also reviewed the Final Reports filed on the docket by the Fee Examiner appointed by the Court in this case.

3.      Attached as **Exhibit 1** is a table summarizing all monthly fee applications submitted by each professional from the date of the filing of the petition until the present, grouped by which interest each professional represents.  These totals are based on the full compensation and expense reimbursement detailed in the monthly applications, prior to any holdback or voluntary reduction.

4.      Attached as **Exhibit 2** hereto is a detailed report broken down by professional of all monthly fee applications filed with the Court by professionals for payment by the Estate from

1

the date of the filing of the petition until the present.  These totals are based on the full compensation and expense reimbursement requested in the monthly applications, prior to any holdback or voluntary reduction.

5.      Attached as **Exhibit 3** hereto is a chart summarizing each of the Fee Examiner's final reports on interim applications filed from the petition date to present.  The chart details the amount of compensation sought in each interim fee application (and reflected in the Fee Examiner's reports) and the amount by which the Examiner and the professional have agreed to reduce the application.

I declare under pain and penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated:  May 5, 2021                                    Respectfully Submitted,


                                                       By: */s/ Stamatios Stamoulis*

                                                       STAMATIOS STAMOULIS

# EXHIBIT 1

| Summary of Monthly Fee Applications by Debtors' Professionals | | | |
|---|---|---|---|
| **Name** | **Billed Amount to Date (rounded to nearest dollar)** | **Average Number of Billed Timekeepers per Month** | **Total Billed for Preparation of Fee Applications** |
| Sidley Austin LLP | $11,505,273 | 20 | $429,209 |
| White & Case LLP | $7,389,145 | 24 | $118,423 |
| Morris, Nichols, Arsht & Tunnell LLP | $1,212,051 | 12 | $46,389 |
| Haynes and Boone, LLP | $2,937,933 | 8 | $86,063 |
| Alvarez & Marsal North America, LLC | $6,710,045 | 14 | $33,158 |
| Bates White, LLC | $3,330,406 | 9 | $86,418 |
| Ogletree, Deakins, Nash, Smoak & Stewart, P.C. | $1,902,996 | 13 | |
| KCIC, LLC | $1,204,958 | 9 | $6,262 |
| Appraisers of the Keys, Inc. | $25,000 | n/a | $0.00 |
| Hotel & Leisure Advisors, LLC | $99,301 | n/a | $0.00 |
| Quinn Emanuel Urquhart & Sullivan, LLP | $4,944,352 | 15 | $111,516 |
| PricewaterhouseCoopers LLP | $359,906 | 14 | $5,270 |
| F.I. Salter Real Estate, Inc. | $7,500 | n/a | $0.00 |
| BW Ferguson & Associates Ltd. | $6,300 | n/a | $0.00 |
| Dawn M. Powell Appraisals Inc. | $11,583 | n/a | $0.00 |
| **Totals:** | **$41,646,749** | **138** | **$922,708** |

| Summary of Monthly Fee Applications by TCC Professionals | | | |
|---|---|---|---|
| **Name** | **Billed Amount to Date** | **Average Number of Billed Timekeepers per Month** | **Total Billed for Preparation of Fee Applications** |
| Pachulski Stang Ziehl & Jones LLP | $7,527,909 | 25 | $11,000 |
| Berkeley Research Group, LLC | $2,954,661 | 11 | $61,291 |
| Jon R. Conte, Ph.D. | $13,944 | 1 | $0.00 |
| Keen-Summit Capital Partners LLC | $16,900 | n/a | $0.00 |
| Rock Creek Advisors LLC | $149,190 | 3 | $6,635 |
| Pasich LLP | $1,495 213 | 5 | $6,200 |
| **Totals:** | $10,662,604 | 45 | $85,126 |

| Summary of Monthly Fee Applications by FCR Professionals | | | |
|---|---|---|---|
| **Name** | **Billed Amount to Date** | **Average Number of Billed Timekeepers per Month** | **Total Billed for Preparation of Fee Applications** |
| James L. Patton, Jr. and Young Conaway Stargatt & Taylor, LLP | $1,780,210 | 13 | $17,386 |
| Gilbert LLP | $1,825,518 | 10 | $17,601 |
| Ankura Consulting Group, LLC | $422,299 | 9 | $0.00 |
| **Totals:** | $4,028,027 | 32 | $34,987 |

| Summary of Monthly Fee Applications by UCC Professionals | | | |
|---|---|---|---|
| **Name** | **Billed Amount to Date** | **Average Number of Billed Timekeepers per Month** | **Total Billed for Preparation of Fee Applications** |
| Kramer Levin Naftalis & Frankel LLP | $4,145,607 | 14 | $253,222 |
| Reed Smith LLP | $179,848 | 4 | $3,600 |
| AlixPartners, LLP | $3,579,430 | 12 | $93,631 |
| **Totals:** | $7,904,885 | 30 | $350,453 |

# EXHIBIT 2

**Sidley Austin LLP**

| Dkt | Date | Compensation | Expenses | Total | Professionals billing at $1,000/hr. or more | Total Number of professionals billing | Fee Application Charges |
|---|---|---|---|---|---|---|---|
| 760 | Feb 18 - Mar 31 2020 | $2,879,602.50 | $33,366.43 | $2,912,968.93 | 10 | 35 | $38,982.50 |
| 861 | Apr 01 - Apr 30 2020 | $1,317,264.50 | $20,506.83 | $1,337,771.33 | 5 | 25 | $79,363.00 |
| 1020 | May 01 - May 31 2020 | $1,459,423.50 | $11,294.22 | $1,470,717.72 | 6 | 25 | $63,178.50 |
| 1044 | Jun 01 - Jun 30 2020 | $1,424,235.50 | $41,608.73 | $1,465,844.23 | 8 | 26 | $56,222.50 |
| 1167 | Jul 01 - Jul 30 2020 | $1,210,943.50 | $10,640.35 | $1,221,583.85 | 8 | 24 | $26,216.00 |
| 1344 | Aug 01 - Aug 31 2020 | $1,573,931.50 | $13,003.01 | $1,586,934.51 | 8 | 27 | $47,722.50 |
| 1582 | Sep 01 - Sep 30 2020 | $983,031.00 | $21,647.90 | $1,004,678.90 | 7 | 21 | $34,168.50 |
| 1713 | Oct 01 - Oct 31 2020 | $394,637.00 | $10,369.65 | $405,006.65 | 3 | 16 | $47,212.50 |
| 1864 | Nov 01 - Nov 30 2020 | $60,270.00 | $1,886.90 | $62,156.90 | 3 | 11 | $22,480.00 |
| 1982 | Dec 01 - Dec 30 2020 | $28,205.00 | $1,116.72 | $29,321.72 | 2 | 7 | $7,957.00 |
| 2279 | Jan 01 - Jan 31 2021 | $7,156.50 | $1,131.75 | $8,288.25 | 1 | 2 | $5,705.50 |
| | Totals | $11,338,700.50 | $166,572.49 | $11,505,272.99 | | | $429,208.50 |

**White & Case LLP**

| Dkt | Date | Compensation | Expenses | Total | Professionals billing at $1,000/hr. or more | Total Number of professionals billing | Fee Application Charges |
|---|---|---|---|---|---|---|---|
| 1729 | Sep 23 - Oct 31 2020 | $710,671.00 | $0.00 | $710,671.00 | 3 | 13 | $3,186.00 |
| 1885 | Nov 01 - Nov 30 2020 | $1,332,752.50 | $256.11 | $1,333,008.61 | 3 | 20 | $48,970.50 |
| 2130 | Dec 01 - Dec 30 2020 | $1,604,473.50 | $2,544.74 | $1,607,018.24 | 8 | 30 | $28,141.00 |
| 2350 | Jan 01 - Jan 31 2021 | $1,619,976.50 | $479.28 | $1,620,455.78 | 10 | 26 | $7,458.00 |
| 2627 | Feb 01 - Feb 28 2021 | $2,116,633.50 | $1,357.66 | $2,117,991.16 | 13 | 31 | $30,667.00 |
| | Totals | $7,384,507.00 | $4,637.79 | $7,389,144.79 | | | $118,422.50 |

**Morris, Nichols, Arsht & Tunnell LLP**

| Dkt | Date | Compensation | Expenses | Total | Professionals billing at $1,000/hr. or more | Total Number of professionals billing | Fee Application Charges |
|---|---|---|---|---|---|---|---|
| 446 | Feb 18 - Feb 29 2020 | $177,605.00 | $11,193.94 | $188,798.94 | 1 | 17 | $2,565.00 |
| 703 | Mar 01 - Mar 30 2020 | $231,907.50 | $7,205.25 | $239,112.75 | 0 | 18 | $4,130.00 |
| 705 | Apr 01 - Apr 30 2020 | $104,709.50 | $4,204.58 | $108,914.08 | 0 | 10 | $4,130.00 |
| 1033 | May 01 - May 30, 2020 | $134,079.50 | $11,016.56 | $145,096.06 | 0 | 15 | $4,130.00 |
| 1083 | Jun 01 - Jun 30 2020 | $82,829.00 | $1,956.15 | $84,785.15 | 0 | 10 | $4,130.00 |
| 1205 | Jul 01 - Jul 31 2020 | $91,294.00 | $2,614.53 | $93,908.53 | 0 | 13 | $4,130.00 |
| 1699 | Aug 01 - Aug 31 2020 | $70,338.00 | $889.66 | $71,227.66 | 0 | 10 | $4,130.00 |
| 1700 | Sep 01 - Sep 30 2020 | $65,573.50 | $3,629.61 | $69,203.11 | 0 | 12 | $4,130.00 |
| 1873 | Oct 01 - Oct 31 2020 | $78,700.00 | $4,279.18 | $82,979.18 | 0 | 11 | $4,130.00 |
| 2138 | Nov 01 - Nov 30 2020 | $48,447.50 | $1,080.02 | $49,527.52 | 0 | 10 | $5,160.50 |
| 2195 | Dec 01 - Dec 31 2020 | $40,498.50 | $458.57 | $40,957.07 | 0 | 9 | $4,153.30 |
| 2244 | Jan 01 - Jan 31 2021 | $37,060.00 | $481.32 | $37,541.32 | 0 | 10 | $1,470.50 |
| | Totals | $1,163,042.00 | $49,009.37 | $1,212,051.37 | | | $46,389.30 |

**Haynes and Boone, LLP**

| Dkt | Date | Compensation | Expenses | Total | Professionals billing at $1,000/hr. or more | Total Number of professionals billing | Fee Application Charges |
|-----|------|-------------|----------|-------|---------------------------------------------|---------------------------------------|-------------------------|
| 660 | Feb 18 - Apr 30 2020 | $310,541.00 | $1,185.14 | $311,726.14 | 0 | 9 | $840.00 |
| 1029 | May 01 - Jun 30 2020 | $314,172.50 | $814.00 | $314,986.50 | 0 | 6 | $9,905.00 |
| 1142 | Jul 01 - Jul 31 2020 | $162,883.50 | $282.00 | $163,165.50 | 0 | 5 | $8,322.00 |
| 1349 | Aug 01 - Aug 31 2020 | $165,050.50 | $0.00 | $165,050.50 | 0 | 7 | $7,604.00 |
| 1662 | Sep 01 - Oct 31 2020 | $417,805.00 | $561.28 | $418,366.28 | 0 | 7 | $11,720.00 |
| 1874 | Nov 01 - Nov 30 2020 | $320,210.00 | $0.00 | $320,210.00 | 0 | 8 | $19,560.00 |
| 2322 | Dec 01 - Jan 31 2021 | $729,392.00 | $442.20 | $729,834.20 | 0 | 11 | $15,136.50 |
| 2675 | Feb 01 - Feb 28 2021 | $514,232.50 | $361.50 | $514,594.00 | 1 | 11 | $12,975.50 |
|  | Totals | $2,934,287.00 | $3,646.12 | $2,937,933.12 |  |  | $86,063.00 |

**Alvarez & Marsal North America, LLC**

| Dkt | Date | Compensation | Expenses | Total | Professionals billing at $1,000/hr. or more | Total Number of professionals billing | Fee Application Charges |
|---|---|---|---|---|---|---|---|
| 452 | Feb 18 - Mar 31 2020 | $1,370,765.00 | $31,364.11 | $1,402,129.11 | 1 | 12 | $0.00 |
| 718 | Apr 01 - Apr 30 2020 | $567,130.00 | $260.56 | $567,390.56 | 1 | 15 | $12,462.50 |
| 1059 | May 01 - May 31 2020 | $315,645.77 | $200.38 | $315,846.15 | 1 | 13 | $6,802.50 |
| 1191 | Jun 01 - Jul 31 2020 | $664,077.50 | $438.18 | $664,515.68 | 1 | 13 | $2,762.50 |
| 1357 | Aug 01 - Aug 31 2020 | $339,727.50 | $2.85 | $339,730.35 | 1 | 12 | $2,150.00 |
| 1520 | Sept 01 - Sept 30 2020 | $377,732.50 | $193.66 | $377,926.16 | 1 | 11 | $2,060.00 |
| 1783 | Oct 01 - Oct 31 2020 | $458,640.00 | $2,009.24 | $460,649.24 | 1 | 13 | $2,532.50 |
| 2327 | Nov 01 - Nov 30 2020 | $746,865.00 | $1,567.87 | $748,432.87 | 1 | 16 | $325.00 |
| 2362 | Dec 01 - Dec 31 2020 | $852,767.50 | $452.81 | $853,220.31 | 1 | 15 | $3,412.50 |
| 2404 | Jan 01 - Jan 31 2021 | $979,632.50 | $571.84 | $980,204.34 | 1 | 17 | $650.00 |
| | Totals | $6,672,983.27 | $37,061.50 | $6,710,044.77 | | | $33,157.50 |

**Bates White, LLC**

| Dkt | Date | Compensation | Expenses | Total | Professionals billing at $1,000/hr. or more | Total Number of professionals billing | Fee Application Charges |
|---|---|---|---|---|---|---|---|
| 488 | Feb 18 - Mar 31 2020 | $188,841.50 | $0.00 | $188,841.50 | 1 | 6 | $13,935.00 |
| 662 | Apr 01 - Apr 30 2020 | $61,177.50 | $0.00 | $61,177.50 | 0 | 4 | $14,865.00 |
| 873 | May 01 - May 31 2020 | $18,693.00 | $0.00 | $18,693.00 | 0 | 4 | $6,157.50 |
| 1057 | Jun 01 - Jun 30 2020 | $5,607.00 | $0.00 | $5,607.00 | 0 | 3 | $2,662.50 |
| 1141 | Jul 01 - Jul 31 2020 | $20,488.00 | $0.00 | $20,488.00 | 0 | 3 | $1,545.00 |
| 1345 | Aug 01 - Aug 31 2020 | $29,180.50 | $0.00 | $29,180.50 | 0 | 3 | $3,235.00 |
| 1575 | Sept 01 - Sept 30 2020 | $129,653.50 | $0.00 | $129,653.50 | 0 | 5 | $2,470.00 |
| 1774 | Oct 01 - Oct 31 2020 | $220,117.00 | $0.00 | $220,117.00 | 0 | 10 | $3,590.00 |
| 1968 | Nov 01 - Nov 30 2020 | $489,663.00 | $530.00 | $490,193.00 | 0 | 14 | $5,177.50 |
| 2251 | Dec 01 - Dec 31 2020 | $862,287.50 | $530.00 | $862,817.50 | 0 | 19 | $3,222.50 |
| 2360 | Jan 01 - Jan 31 2021 | $682,772.50 | $530.00 | $683,302.50 | 0 | 19 | $14,448.00 |
| 2605 | Feb 01 - Feb 28 2021 | $619,785.50 | $549.88 | $620,335.38 | 1 | 18 | $15,110.00 |
| | Totals | $3,328,266.50 | $2,139.88 | $3,330,406.38 | | | $86,418.00 |

**Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**

| Dkt | Date | Compensation | Expenses | Total | Professionals billing at $1,000/hr. or more | Total Number of professionals billing | Fee Application Charges |
|---|---|---|---|---|---|---|---|
| 512 | Feb 18 - Mar 31 2020 | $393,030.80 | $1,923.42 | $394,954.22 | 0 | 37 | $0.00 |
| 717 | Apr 01 - Apr 30 2020 | $146,042.10 | $128.96 | $146,171.06 | 0 | 16 | $0.00 |
| 867 | May 01 - May 31 2020 | $128,646.50 | $32.00 | $128,678.50 | 0 | 13 | $0.00 |
| 1037 | Jun 01 - Jun 30 2020 | $133,225.40 | $81.19 | $133,306.59 | 0 | 11 | $0.00 |
| 1137 | Jul 01 - Jul 31 2020 | $136,930.85 | $81.19 | $137,012.04 | 0 | 12 | $0.00 |
| 1392 | Aug 01 - Aug 31 2020 | $129,960.70 | $100.31 | $130,061.01 | 0 | 6 | $0.00 |
| 1625 | Sept 01 - Sept 30 2020 | $109,548.70 | $81.19 | $109,629.89 | 0 | 9 | $0.00 |
| 1781 | Oct 01 - Oct 31 2020 | $135,773.15 | $81.19 | $135,854.34 | 0 | 12 | $0.00 |
| 1947 | Nov 01 - Nov 30 2020 | $148,984.60 | $269.64 | $149,254.24 | 0 | 9 | $0.00 |
| 2236 | Dec 01 - Dec 31 2020 | $163,709.55 | $81.19 | $163,790.74 | 0 | 12 | $0.00 |
| 2262 | Jan 01 - Jan 31 2021 | $149,232.00 | $103.54 | $149,335.54 | 0 | 8 | $0.00 |
| 2405 | Feb 01 - Feb 28 2021 | $124,866.50 | $81.19 | $124,947.69 | 0 | 9 | $0.00 |
| | Totals | $1,899,950.85 | $3,045.01 | $1,902,995.86 | | | $0.00 |

**Pachulski Stang Ziehl & Jones LLP**

| Dkt | Date | Compensation | Expenses | Total | Professionals billing at $1,000/hr. or more | Total Number of professionals billing | Fee Application Charges |
|---|---|---|---|---|---|---|---|
| 629 | Feb 18 - Mar 31 2020 | $776,257.50 | $6,064.88 | $782,322.38 | 6 | 21 | $1,000.00 |
| 801 | Apr 01 - Apr 30 2020 | $644,670.50 | $3,045.94 | $647,716.44 | 7 | 18 | $1,000.00 |
| 1065 | May 01 - May 31 2020 | $659,618.50 | $3,681.07 | $663,299.57 | 8 | 24 | $1,000.00 |
| 1174 | Jun 01 - Jun 30 2020 | $475,879.50 | $5,651.98 | $481,531.48 | 6 | 24 | $1,000.00 |
| 1309 | Jul 01 - Jul 31 2020 | $678,423.50 | $6,612.09 | $685,035.59 | 12 | 32 | $1,000.00 |
| 1376 | Aug 01 - Aug 31 2020 | $658,721.00 | $31,478.15 | $690,199.15 | 9 | 27 | $1,000.00 |
| 1756 | Sept 01 - Sept 30 2020 | $588,902.00 | $15,777.88 | $604,679.88 | 9 | 27 | $1,000.00 |
| 1896 | Oct 01 - Oct 31 2020 | $666,283.50 | $19,826.31 | $686,109.81 | 8 | 19 | $1,000.00 |
| 2225 | Nov 01 - Nov 30 2020 | $504,479.00 | $11,755.14 | $516,234.14 | 8 | 26 | $1,000.00 |
| 2285 | Dec 01 - Dec 31 2020 | $837,406.00 | $12,415.20 | $849,821.20 | 8 | 28 | $1,000.00 |
| 2433 | Jan 01 - Jan 31 2021 | $901,667.00 | $19,291.93 | $920,958.93 | 8 | 28 | $1,000.00 |
| | Totals | $7,392,308.00 | $135,600.57 | $7,527,908.57 | | | $11,000.00 |

**James L. Patton, Jr., and Young Conaway Stargatt & Taylor, LLP**

| Dkt | Date | Compensation | Expenses | Total | Professionals billing at $1,000/hr. or more | Total Number of professionals billing | Fee Application Charges |
|---|---|---|---|---|---|---|---|
| 633 | Feb 18 - Apr 30 2020 | $203,134.00 | $4,750.17 | $207,884.17 | 2 | 13 | $1,540.00 |
| 886 | May 01 - May 31 2020 | $146,769.00 | $2,663.35 | $149,432.35 | 3 | 23 | $1,766.00 |
| 1038 | Jun 01 - Jun 30 2020 | $62,726.50 | $1,336.42 | $64,062.92 | 3 | 14 | $1,429.00 |
| 1128 | Jul 01 - Jul 31 2020 | $63,582.50 | $997.45 | $64,579.95 | 3 | 13 | $695.50 |
| 1339 | Aug 01 - Aug 31 2020 | $157,837.00 | $445.21 | $158,282.21 | 3 | 10 | $2,145.50 |
| 1560 | Sept 01 - Sept 30 2020 | $45,110.00 | $541.32 | $45,651.32 | 2 | 8 | $607.00 |
| 1722 | Oct 01 - Oct 31 2020 | $48,820.50 | $782.00 | $49,602.50 | 2 | 8 | $704.00 |
| 1857 | Nov 01 - Nov 30 2020 | $80,335.50 | $495.32 | $80,830.82 | 0 | 10 | $1,049.50 |
| 1966 | Dec 01 - Dec 31 2020 | $107,027.50 | $221.28 | $107,248.78 | 2 | 14 | $3,580.50 |
| 2257 | Jan 01 - Jan 31 2021 | $267,530.00 | $164.16 | $267,694.16 | 3 | 19 | $721.50 |
| 2444 | Feb 01 - Feb 28 2021 | $264,355.00 | $675.70 | $265,030.70 | 3 | 13 | $1,588.00 |
| 2663 | Mar 01 - Mar 31 2021 | $316,997.00 | $2,912.98 | $319,909.98 | 3 | 14 | $1,559.00 |
| | Totals | $1,764,224.50 | $15,985.36 | $1,780,209.86 | | | $17,385.50 |

**KCIC, LLC**

| Dkt | Date | Compensation | Expenses | Total | Professionals billing at $1,000/hr. or more | Total Number of professionals billing | Fee Application Charges |
|---|---|---|---|---|---|---|---|
| 716 | Feb 18 - Apr 30 2020 | $11,116.00 | $0.00 | $11,116.00 | 0 | 5 | $558.00 |
| 1079 | May 01 - Jun 30 2020 | $2,135.50 | $0.00 | $2,135.50 | 0 | 3 | $106.00 |
| 1138 | Jul 01 - Jul 31 2020 | $7,629.00 | $0.00 | $7,629.00 | 0 | 3 | $0.00 |
| 1696 | Aug 01 - Aug 31 2020 | $15,916.00 | $0.00 | $15,916.00 | 0 | 6 | $1,166.00 |
| 1759 | Sept 01 - Sept 30 2020 | $93,765.50 | $0.00 | $93,765.50 | 0 | 10 | $322.00 |
| 1760 | Oct 01 - Oct 31 2020 | $293,090.50 | $1,386.39 | $294,476.89 | 0 | 13 | $115.00 |
| 2219 | Nov 01 - Nov 30 2020 | $297,683.50 | $0.00 | $297,683.50 | 0 | 14 | $3,211.00 |
| 2229 | Dec 01 - Dec 31 2020 | $209,046.50 | $0.00 | $209,046.50 | 0 | 13 | $559.00 |
| 2351 | Jan 01 - Jan 31 2021 | $272,927.00 | $261.95 | $273,188.95 | 0 | 14 | $225.00 |
| | Totals | $1,203,309.50 | $1,648.34 | $1,204,957.84 | | | $6,262.00 |

**Berkeley Research Group, LLC**

| Dkt | Date | Compensation | Expenses | Total | Professionals billing at $1,000/hr. or more | Total Number of professionals billing | Fee Application Charges |
|---|---|---|---|---|---|---|---|
| 768 | Mar 06 - Mar 31 2020 | $281,697.00 | $0.00 | $281,697.00 | 0 | 7 | $0.00 |
| 1085 | Apr 01 - Apr 30 2020 | $390,313.00 | $513.74 | $390,826.74 | 0 | 14 | $0.00 |
| 1554 | May 01 - May 31 2020 | $398,111.50 | $33.14 | $398,144.64 | 0 | 11 | $17,593.00 |
| 1613 | Jun 01 - Jun 30 2020 | $300,701.50 | $48.55 | $300,750.05 | 0 | 10 | $4,785.00 |
| 1614 | Jul 01 - Jul 31 2020 | $359,632.50 | $17.17 | $359,649.67 | 0 | 10 | $3,623.00 |
| 2487 | Aug 01 - Oct 31 2020 | $1,206,072.00 | $17,520.78 | $1,223,592.78 | 0 | 12 | $35,289.50 |
| | Totals | $2,936,527.50 | $18,133.38 | $2,954,660.88 | | | $61,290.50 |

**Kramer Levin Naftalis & Frankel LLP**

| Dkt | Date | Compensation | Expenses | Total | Professionals billing at $1,000/hr. or more | Total Number of professionals billing | Fee Application Charges |
|---|---|---|---|---|---|---|---|
| 813 | Mar 04 - Mar 31 2020 | $581,149.50 | $13,885.41 | $595,034.91 | 7 | 14 | $0.00 |
| 899 | Apr 01 - Apr 30 2020 | $501,179.00 | $13,507.13 | $514,686.13 | 9 | 15 | $25,512.00 |
| 1048 | May 01 - May 31 2020 | $447,050.00 | $7,289.52 | $454,339.52 | 9 | 15 | $29,132.00 |
| 1134 | Jun 01 - Jun 30 2020 | $508,293.50 | $12,667.35 | $520,960.85 | 11 | 19 | $41,658.00 |
| 1212 | Jul 01 - Jul 31 2020 | $371,567.00 | $4,527.33 | $376,094.33 | 9 | 16 | $20,635.00 |
| 1526 | Aug 01 - Aug 31 2020 | $429,082.00 | $5,920.52 | $435,002.52 | 7 | 13 | $33,541.00 |
| 1610 | Sept 01 - Sept 30 2020 | $253,297.00 | $1,372.19 | $254,669.19 | 8 | 15 | $27,617.00 |
| 1737 | Oct 01 - Oct 31 2020 | $375,205.50 | $3,353.48 | $378,558.98 | 8 | 15 | $19,007.00 |
| 2123 | Nov 01 - Nov 30 2020 | $215,956.00 | $1,218.41 | $217,174.41 | 8 | 14 | $20,785.50 |
| 2486 | Dec 01 - Dec 31 2020 | $130,991.00 | $442.89 | $131,433.89 | 4 | 9 | $22,416.00 |
| 2528 | Jan 01 - Jan 31 2021 | $265,561.00 | $2,091.59 | $267,652.59 | 8 | 12 | $12,918.50 |
| | Totals | $4,079,331.50 | $66,275.82 | $4,145,607.32 | | | $253,222.00 |

**Reed Smith LLP**

| Dkt | Date | Compensation | Expenses | Total | Professionals billing at $1,000/hr. or more | Total Number of professionals billing | Fee Application Charges |
|-----|------|-------------|----------|-------|---------------------------------------------|----------------------------------------|-------------------------|
| 814 | Mar 09 - Mar 31 2020 | $33,845.50 | $222.50 | $34,068.00 | 0 | 4 | $0.00 |
| 895 | Apr 01 - Apr 30 2020 | $63,141.50 | $0.00 | $63,141.50 | 0 | 4 | $2,560.00 |
| 1046 | May 01 - May 31 2020 | $36,129.50 | $1,102.55 | $37,232.05 | 0 | 3 | $4,426.00 |
| 1135 | Jun 01 - Jun 30 2020 | $22,762.50 | $128.75 | $22,891.25 | 0 | 4 | $19,831.50 |
| 1213 | Jul 01 - Jul 31 2020 | $21,504.50 | $1,010.30 | $22,514.80 | 0 | 6 | $8,588.00 |
| | Totals | $177,383.50 | $2,464.10 | $179,847.60 | | | $3,600.00 |

**AlixPartners LLP**

| Dkt | Date | Compensation | Expenses | Total | Professionals billing at $1,000/hr. or more | Total Number of professionals billing | Fee Application Charges |
|---|---|---|---|---|---|---|---|
| 815 | Mar 04 - Mar 31 2020 | $500,294.50 | $0.00 | $500,294.50 | 4 | 12 | $885.00 |
| 898 | Apr 01 - Apr 30 2020 | $426,735.00 | $0.00 | $426,735.00 | 3 | 13 | $3,459.00 |
| 1047 | May 01 - May 31 2020 | $252,516.50 | $0.00 | $252,516.50 | 3 | 12 | $7,961.00 |
| 1136 | Jun 01 - Jun 30 2020 | $343,685.00 | $0.00 | $343,685.00 | 3 | 12 | $13,964.50 |
| 1214 | Jul 01 - Jul 31 2020 | $236,881.00 | $0.00 | $236,881.00 | 3 | 10 | $5,028.50 |
| 1527 | Aug 01 - Aug 31 2020 | $352,776.00 | $0.00 | $352,776.00 | 3 | 12 | $13,129.00 |
| 1609 | Sept 01 - Sept 30 2020 | $148,583.50 | $0.00 | $148,583.50 | 3 | 9 | $2,947.50 |
| 1738 | Oct 01 - Oct 31 2020 | $255,661.50 | $0.00 | $255,661.50 | 3 | 11 | $9,589.50 |
| 1912 | Nov 01 - Nov 30 2020 | $238,488.50 | $0.00 | $238,488.50 | 4 | 16 | $10,950.00 |
| 2260 | Dec 01 - Dec 31 2020 | $241,754.50 | $0.00 | $241,754.50 | 4 | 14 | $10,720.00 |
| 2413 | Jan 01 - Jan 31 2021 | $354,267.50 | $0.00 | $354,267.50 | 0 | 12 | $4,469.00 |
| 2596 | Feb 01 - Feb 28 2021 | $227,786.00 | $0.00 | $227,786.00 | 4 | 11 | $10,527.50 |
|  | Totals | $3,579,429.50 | $0.00 | $3,579,429.50 |  |  | $93,630.50 |

**Jon R. Conte, Ph.D.**

| Dkt | Date | Compensation | Expenses | Total | Professionals billing at $1,000/hr. or more | Total Number of professionals billing | Fee Application Charges |
|---|---|---|---|---|---|---|---|
| 874 | May 01 - May 31 2020 | $13,943.75 | $0.00 | $13,943.75 | 0 | 1 | $0.00 |
| | Totals | $13,943.75 | $0.00 | $13,943.75 | | | $0.00 |

**Gilbert LLP**

| Dkt | Date | Compensation | Expenses | Total | Professionals billing at $1,000/hr. or more | Total Number of professionals billing | Fee Application Charges |
|---|---|---|---|---|---|---|---|
| 885 | Mar 19 - May 31 2020 | $99,231.00 | $2,693.40 | $101,924.40 | 0 | 5 | $12,052.50 |
| 1032 | Jun 01 - Jun 30 2020 | $23,276.50 | $384.20 | $23,660.70 | 0 | 6 | $972.00 |
| 1129 | Jul 01 - Jul 31 2020 | $16,399.00 | $176.25 | $16,575.25 | 0 | 6 | $133.00 |
| 1352 | Aug 01 - Aug 31 2020 | $32,402.50 | $272.92 | $32,675.42 | 0 | 7 | $1,497.50 |
| 1561 | Sept 01 - Sept 30 2020 | $52,689.00 | $369.89 | $53,058.89 | 0 | 9 | $169.00 |
| 1720 | Oct 01 - Oct 31 2020 | $78,615.50 | $359.07 | $78,974.57 | 0 | 8 | $384.50 |
| 1860 | Nov 01 - Nov 30 2020 | $93,288.00 | $298.85 | $93,586.85 | 0 | 10 | $515.50 |
| 1963 | Dec 01 - Dec 31 2020 | $196,432.50 | $763.32 | $197,195.82 | 0 | 13 | $953.50 |
| 2248 | Jan 01 - Jan 31 2021 | $393,740.50 | $1,765.38 | $395,505.88 | 0 | 18 | $277.50 |
| 2424 | Feb 01 - Feb 28 2021 | $441,963.50 | $1,428.12 | $443,391.62 | 1 | 15 | $513.00 |
| 2641 | Mar 01 - Mar 31 2021 | $386,505.00 | $2,463.37 | $388,968.37 | 1 | 12 | $133.00 |
| | Totals | $1,814,543.00 | $10,974.77 | $1,825,517.77 | | | $17,601.00 |

**Ankura Consulting Group, LLC**

| Dkt | Date | Compensation | Expenses | Total | Professionals billing at $1,000/hr. or more | Total Number of professionals billing | Fee Application Charges |
|---|---|---|---|---|---|---|---|
| 1039 | Apr 27 - Jun 30 2020 | $7,950.00 | $0.00 | $7,950.00 | 0 | 3 | $0.00 |
| 1199 | Jul 01 - Jul 31 2020 | $3,254.50 | $0.00 | $3,254.50 | 0 | 4 | $0.00 |
| 1721 | Aug 01 - Sept 30 2020 | $74,460.50 | $14.95 | $74,475.45 | 0 | 8 | $0.00 |
| 1734 | Oct 01 - Oct 31 2020 | $23,544.50 | $0.00 | $23,544.50 | 0 | 9 | $0.00 |
| 1932 | Nov 01 - Nov 30 2020 | $63,052.50 | $0.00 | $63,052.50 | 0 | 12 | $0.00 |
| 2203 | Dec 01 - Dec 31 2020 | $101,320.20 | $0.00 | $101,320.20 | 0 | 12 | $0.00 |
| 2300 | Jan 01 - Jan 31 2021 | $148,702.10 | $0.00 | $148,702.10 | 0 | 13 | $0.00 |
| | Totals | $422,284.30 | $14.95 | $422,299.25 | | | $0.00 |

**Pasich LLP**

| Dkt | Date | Compensation | Expenses | Total | Professionals billing at $1,000/hr. or more | Total Number of professionals billing | Fee Application Charges |
|---|---|---|---|---|---|---|---|
| 1111 | May 12 - Jul 31 2020 | $262,233.30 | $0.00 | $262,233.30 | 0 | 5 | $800.00 |
| 1688 | Aug 01 - Oct 31 2020 | $413,923.00 | $0.00 | $413,923.00 | 0 | 5 | $1,800.00 |
| 1950 | Nov 01 - Dec 31 2020 | $284,751.00 | $0.00 | $284,751.00 | 0 | 5 | $900.00 |
| 2226 | Jan 01 - Jan 31 2020 | $239,602.25 | $68.75 | $239,671.00 | 0 | 5 | $900.00 |
| 2410 | Feb 01 - Feb 28 2021 | $130,211.50 | $1,958.30 | $132,169.80 | 0 | 5 | $900.00 |
| 2651 | Mar 01 - Mar 31 2021 | $162,464.50 | $0.00 | $162,464.50 | 0 | 5 | $900.00 |
| | Totals | $1,493,185.55 | $2,027.05 | $1,495,212.60 | | | $6,200.00 |

**Appraiser of the Keys**

| Dkt | Date | Compensation | Expenses | Total | Professionals billing at $1,000/hr. or more | Total Number of professionals billing | Fee Application Charges |
|---|---|---|---|---|---|---|---|
| 1415 | Jun 18 - Oct 02 2020 | $25,000.00 | $0.00 | $25,000.00 | 0 | 1 | $0.00 |
| | Totals | $25,000.00 | $0.00 | $25,000.00 | | | $0.00 |

**Hotel & Leisure Advisors, LLC**

| Dkt | Date | Compensation | Expenses | Total | Professionals billing at $1,000/hr. or more | Total Number of professionals billing | Fee Application Charges |
|---|---|---|---|---|---|---|---|
| 1931 | June 18 - Nov 13 2020 | $88,000.00 | $11,301.00 | $99,301.00 | 0 | 1 | $0.00 |
| | Totals | $88,000.00 | $11,301.00 | $99,301.00 | | | $0.00 |

**Quinn Emanuel Urquhart & Sullivan, LLP**

| Dkt | Date | Compensation | Expenses | Total | Professionals billing at $1,000/hr. or more | Total Number of professionals billing | Fee Application Charges |
|---|---|---|---|---|---|---|---|
| 1486 | Aug 01 - Aug 31 2020 | $316,815.25 | $6,261.04 | $323,076.29 | 2 | 14 | $19,376.50 |
| 1644 | Sept 01 - Sept 30 2020 | $734,436.16 | $8,054.82 | $742,490.98 | 2 | 17 | $15,728.75 |
| 1809 | Oct 01 - Oct 31 2020 | $757,190.65 | $9,975.55 | $767,166.20 | 2 | 15 | $13,786.10 |
| 1944 | Nov 01 - Nov 30 2020 | $862,635.25 | $7,868.87 | $870,504.12 | 2 | 18 | $4,706.00 |
| 2307 | Dec 01 - Dec 31 2020 | $532,022.65 | $32,405.35 | $564,428.00 | 2 | 18 | $12,843.25 |
| 2345 | Jan 01 - Jan 31 2021 | $1,043,735.87 | $6,799.81 | $1,050,535.68 | 2 | 15 | $6,108.80 |
| 2480 | Feb 01 - Feb 28 2021 | $358,249.32 | $13,902.71 | $372,152.03 | 3 | 11 | $19,008.52 |
| 2725 | Mar 01 - Mar 31 2021 | $242,375.60 | $11,622.79 | $253,998.39 | 3 | 13 | $19,958.04 |
| | Totals | $4,847,460.75 | $96,890.94 | $4,944,351.69 | | | $111,515.96 |

**PricewaterhouseCoopers LLP**

| Dkt | Date | Compensation | Expenses | Total | Professionals billing at $1,000/hr. or more | Total Number of professionals billing | Fee Application Charges |
|------|------|------|------|------|------|------|------|
| 1511 | Feb 18 - Jul 31 2020 | $108,641.00 | $0.00 | $108,641.00 | 0 | 19 | $0.00 |
| 1552 | Aug 01 - Sept 30 2020 | $27,295.00 | $0.00 | $27,295.00 | 0 | 11 | $2,795.00 |
| 2361 | Nov 01 - Jan 31, 2021 | $197,030.00 | $0.00 | $197,030.00 | 0 | 16 | $2,035.00 |
| 2381 | Feb 01 - Feb 28 2021 | $26,940.00 | $0.00 | $26,940.00 | 0 | 10 | $440.00 |
|  | Totals | $359,906.00 | $0.00 | $359,906.00 |  |  | $5,270.00 |

**F.I. Salter Real Estate, Inc.**

| Dkt | Date | Compensation | Expenses | Total | Professionals billing at $1,000/hr. or more | Total Number of professionals billing | Fee Application Charges |
|------|------|-------------|----------|-------|-----|-----|-----|
| 1523 | Jun 18 - Oct 12, 2020 | $7,500.00 | $0.00 | $7,500.00 | 0 | 1 | $0.00 |
| | Totals | $7,500.00 | $0.00 | $7,500.00 | | | $0.00 |

**BW Ferguson & Associates Ltd.**

| Dkt | Date | Compensation | Expenses | Total | Professionals billing at $1,000/hr. or more | Total Number of professionals billing | Fee Application Charges |
|------|------|-------------|----------|-------|-----------------------------------------------|----------------------------------------|--------------------------|
| 1590 | Jun 18 - Oct 20, 2020 | $6,300.00 | $0.00 | $6,300.00 | 0 | 1 | $0.00 |
|  | Totals | $6,300.00 | $0.00 | $6,300.00 |  |  | $0.00 |

**Keen-Summit Capital Partners LLC**

| Dkt | Date | Compensation | Expenses | Total | Professionals billing at $1,000/hr. or more | Total Number of professionals billing | Fee Application Charges |
|---|---|---|---|---|---|---|---|
| 1911 | Oct 09 - Dec 07 2020 | $16,900.00 | $0.00 | $16,900.00 | 0 | 1 | $0.00 |
| | Totals | $16,900.00 | $0.00 | $16,900.00 | | | $0.00 |

**Dawn M. Powell Appraisals Inc.**

| Dkt | Date | Compensation | Expenses | Total | Professionals billing at $1,000/hr. or more | Total Number of professionals billing | Fee Application Charges |
|---|---|---|---|---|---|---|---|
| 1930 | Jun 18 - Nov 30 2020 | $10,332.50 | $1,250.00 | $11,582.50 | 0 | 1 | $0.00 |
| | Totals | $10,332.50 | $1,250.00 | $11,582.50 | | | $0.00 |

**Rock Creek Advisors LLC**

| Dkt | Date | Compensation | Expenses | Total | Professionals billing at $1,000/hr. or more | Total Number of professionals billing | Fee Application Charges |
|---|---|---|---|---|---|---|---|
| 2255 | Nov 20 - Dec 31, 2020 | $69,305.00 | $0.00 | $69,305.00 | 0 | 4 | $0.00 |
| 2542 | Jan 01 - Feb 28 2021 | $47,040.00 | $0.00 | $47,040.00 | 0 | 3 | $5,730.00 |
| 2844 | Mar 01 - Mar 31 2021 | $32,845.00 | $0.00 | $32,845.00 | 0 | 3 | $905.00 |
| | Totals | $149,190.00 | $0.00 | $149,190.00 | | | $6,635.00 |

**Rucki Fee Review**

| Dkt | Date | Compensation | Expenses | Total | Professionals billing at $1,000/hr. or more | Total Number of professionals billing | Fee Application Charges |
|------|------|------|------|------|------|------|------|
| 2308 | Aug 17 - Jan 31 2021 | $216,716.00 | $0.00 | $216,716.00 | 0 | 1 | $0.00 |
| | Totals | $216,716.00 | $0.00 | $216,716.00 | | | $0.00 |

# EXHIBIT 3

| Dkt. | Professional | Fee Application | Compensation sought before fee examiner | Fee examiner reduction[1] | Percentage Reduction |
|------|--------------|-----------------|------------------------------------------|---------------------------|----------------------|
| | | **IN RE BOY SCOUTS OF AMERICA:** | | | |
| | | **FINAL FEE EXAMINER REPORTS FILED AS OF MAY 5, 2021** | | | |
| 1819 | Alixpartners | 1st and 2nd quarterly | $1,760,112.00 | $34,528.70 | 1.96% |
| 1820 | Gilbert LLP | 1st quarterly | $142,160.35 | $5,542.50 | 3.90% |
| 1821 | Hayne & Boone | 1st and 2nd quarterly | $789,878.14 | $15,828.50 | 2.00% |
| 1822 | MNAT | 1st and 2nd quarterly | $860,615.51 | $18,594.50 | 2.16% |
| 1823 | Ogletree | 1st and 2nd quarterly | $940,718.22 | $29,255.00 | 3.11% |
| 1824 | Reed Smith | 1st and 2nd quarterly | $179,847.00 | $14,975.50 | 8.33% |
| 1825 | Sidley | 1st and 2nd quarterly | $8,368,608.02 | $169,977.40 | 2.03% |
| 1829 | FCR/YCST | 1st and 2nd quarterly | $439,759.39 | $9,464.75 | 2.15% |
| 1830 | Berkeley | 1st quarterly | $672,523.74 | $4,682.50 | 0.70% |
| 1831 | Bates White | 1st and 2nd quarterly | $294,807.00 | $6,188.00 | 2.10% |
| 1835 | KCIC | 1st and 2nd quarterly | $20,880.50 | $0.00 | 0.00% |
| 1836 | Ankura | 1st quarterly | $11,204.50 | $0.00 | 0.00% |
| 1837 | Pachulski | 1st and 2nd quarterly | $3,259,905.46 | $40,498.70 | 1.24% |
| 1838 | A&M | 1st and 2nd quarterly | $2,949,881.50 | $121,560.00 | 4.12% |
| 1839 | Kramer Levin | 1st and 2nd quarterly | $2,461,115.74 | $40,077.99 | 1.63% |
| 2145 | Pasich LLP | 1st quarterly | $676,156.30 | $0.00 | 0.00% |
| 2146 | Hayne & Boone | 3rd quarterly | $575,812.78 | $11,270.00 | 1.96% |
| 2147 | Ogletree | 3rd quarterly | $375,545.24 | $7,431.50 | 1.98% |
| 2148 | Alixpartners | 3rd quarterly | $757,021.00 | $11,061.75 | 1.46% |
| 2149 | W&C | 1st quarterly | $710,671.00 | $16,314.50 | 2.30% |
| 2150 | Sidley | 3rd quarterly | $2,996,620.06 | $63,081.25 | 2.11% |
| 2151 | FCR/YCST | 3rd quarterly | $197,536.03 | $2,848.60 | 1.44% |
| 2152 | Bates White | 3rd quarterly | $378,951.00 | $3,972.50 | 1.05% |
| 2153 | A&M | 3rd quarterly | $1,178,305.75 | $21,748.75 | 1.85% |
| 2154 | KCIC | 3rd quarterly | $404,158.30 | $1,309.00 | 0.32% |
| 2155 | Pachulski | 3rd quarterly | $1,980,988.84 | $19,307.25 | 0.97% |
| 2156 | Berkeley | 2nd quarterly | $1,058,544.36 | $15,798.00 | 1.49% |
| 2157 | MNAT | 3rd quarterly | $223,409.95 | $4,037.50 | 1.81% |
| 2158 | PWC | 1st quarterly | $135,936.00 | $0.00 | 0.00% |
| 2162 | Gilbert LLP | 2nd quarterly | $164,708.88 | $1,694.00 | 1.03% |
| 2163 | Quinn Emanuel | 1st quarterly | $1,065,426.31 | $23,898.15 | 2.24% |
| 2164 | Ankura | 2nd quarterly | $98,019.95 | $3,000.00 | 3.06% |
| 2165 | Kramer Levin | 3rd quarterly | $1,109,721.04 | $13,229.75 | 1.19% |
| **TOTALS:** | | | **$37,239,549.86** | **$731,176.54** | **1.96%** |

---

[1]   This is the amount by which the billing party has agreed with the fee examiner to reduce the compensation they are seeking from the estate.  The Fee Examiner approved each of these Interim Fee Applications subject to the agree-upon reductions.