# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Ref. No.  3277** |

## CERTIFICATE OF SERVICE

I, Matthew B. McGuire, Esquire hereby certify that on May 6, 2021, a true and correct copy of the *Objection to the Adequacy of Disclosure Statement for Debtors' Second Amended Chapter 11 Plan of Reorganization and Joinder to the Objection of Tort Claimants Committee* [D.I. 3277] was caused to be served on the attached service list via Electronic Mail and U.S. First Class Mail.

Dated:  May 6, 2021
　　　　Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew B. McGuire*
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: mcguire@lrclaw.com

| | |
|---|---|
| **White & Case LLP**<br>Jessica C. Lauria, Esq.<br>1221 Avenue of the Americas<br>New York, NY 10020<br>jessica.lauria@whitecase.com | **Pachulski Stang Ziehl & Jones LLP**<br>James I. Stang, Esq.<br>John A Morris, Esq.<br>James E. O'Neill, Esq.<br>John W. Lucas, Esq.<br>919 North Marker Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19801<br>jstang@pszjlaw.com<br>jmorris@pszjlaw.com<br>joneill@pszjlaw.com<br>jlucas@pszjlaw.com |
| **White & Case LLP**<br>Michael C. Andolina, Esq.<br>Matthew E. Linder, Esq.<br>Blair Warner, Esq.<br>111 South Wacker Drive<br>Chicago, IL 60606<br>mandolina@whitecase.com<br>mlinder@whitecase.com<br>blair.warner@whitecase.com | |
| | **Kramer Levin Naftalis & Frankel LLP**<br>Thomas Moers Mayer, Esq.<br>Rachael Ringer, Esq.<br>David E. Blabey, Jr., Esq.<br>Jennifer R. Sharret, Esq.<br>Megan M. Wasson, Esq.<br>1177 Avenue of the Americas<br>New York, NY 10036<br>tmayer@kramerlevin.com<br>rringer@kramerlevin.com<br>dblabey@kramerlevin.com<br>jsharret@kramerlevin.com<br>mwasson@kramerlevin.com |
| **Morris, Nichols, Arsht & Tunnell LLP**<br>Derek C. Abbott, Esq.<br>Andrew R. Remming, Esq.<br>Eric W. Moats, Esq.<br>Paige N. Topper, Esq.<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>dabbott@morrisnichols.com<br>aremming@morrisnichols.com<br>emoats@morrisnichols.com<br>ptopper@morrisnichols.com | |
| | **Young Conaway Stargatt & Taylor, LLP**<br>Robert S. Brady, Esq.<br>Edwin J. Harron, Esq.<br>Sharon M. Zieg, Esq.<br>1000 North King Street<br>Wilmington, DE 19801<br>rbrady@ycst.com<br>eharron@ycst.com<br>szieg@ycst.com |
| **U.S. Trustee**<br>David L. Buchbinder, Esq.<br>Hannah M. McCollum, Esq.<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>david.l.buchbinder@usdoj.gov<br>hannah.mccollum@usdoj.gov | |

**Norton Rose Fulbright US LLP**
Louis R. Strubeck, Esq.
Kristian W. Gluck, Esq.
2200 Ross Avenue
Dallas, TX 75201-7932
louis.strubeck@nortonrosefulbright.com
kristian.gluck@nortonrosefulbright.com

| Creditor | Address1 | Address2 | Address3 | Address4 | Address5 | Email |
|---|---|---|---|---|---|---|
| Abernathy, Roeder, Boyd & Hullett, P.C. | Attn: Chad Timmons | Attn: Larry R. Boyd | Attn: Emily M. Hahn | 1700 Redbud Blvd, Ste 300 | McKinney, TX 75069 | ctimmons@abernathylaw.com |
| Adams and Reese LLP | Attn: Henry C. Shelton, III | 6075 Poplar Ave, Ste 700 | Memphis, TN 38119 | | | Henry.Shelton@arlaw.com |
| Andrus Wagstaff | Attn: Sommer D. Luther | 7171 W Alaska Dr. | Lakewood, CO 80226 | | | sluther@wagstafflawfirm.com |
| Andrus Wagstaff, PC | Attn: Aimee H. Wagstaff | 7171 W Alaska Dr | Lakewood, CO 80226 | | | aimee.wagstaff@andruswagstaff.com |
| Ashby & Geddes, PA | Attn: Bill Bowden | 500 Delaware Ave, 8th Fl | P.O. Box 1150 | Wilmington, DE 19899-1150 | | wbowden@ashbygeddes.com |
| Baird Mandalas Brockstedt, LLC | Attn: Stephen W. Spence | 1413 Savannah Rd, Ste 1 | Lewes, DE 19958 | | | sws@bmbde.com |
| Baker Manock & Jensen, PC | Attn: Jan T. Perkins | 5260 N Palm Ave, Ste 421 | Fresno, CA 93704 | | | jperkins@bakermanock.com |
| Ballard Spahr LLP | Attn: Matthew G. Summers | Attn: Chantelle D. McClamb | 919 N. Market St, 11th Fl | Wilmington, DE 19801-3034 | | summersm@ballardspahr.com |
| Bayard, PA | Attn: Erin Fay/ Gregory Flasser | 600 N King St, Ste 400 | Wilmington, DE 19801 | | | efay@bayardlaw.com |
| Bielli & Klauder, LLC | Attn: David M Klauder | 1204 N King St | Wilmington, DE 19801 | | | dklauder@bk-legal.com |
| Bodell Bove, LLC | Attn: Bruce W. McCullough | 1225 N King St, Ste 1000 | Wilmington, DE 19801 | | | bmccullough@bodellbove.com |
| Bradley Arant Boult Cummings | Attn: Edwin Rice | Attn: Elizabeth Brusa | 100 N Tampa St, Ste 2200 | Tampa, FL 33602 | | eRice@bradley.com |
| Bradley Riley Jacobs PC | Attn: Todd C. Jacobs | 500 W Madison St, Ste 1000 | Chicago, IL 60661 | | | tjacobs@bradleyriley.com |
| Brown Rudnick LLP | Attn: David J. Molton | 7 Times Square | New York, NY 10036 | | | DMolton@brownrudnick.com |
| Brown Rudnick LLP | Attn: Sunni P. Beville | Attn: Tristan G. Axelrod | 1 Financial Ctr | Boston, MA 02111 | | sbeville@brownrudnick.com |
| Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | 55 Second St, 17th Fl | San Francisco, CA 94105-3493 | | | schristianson@buchalter.com |
| Butler Snow LP | Attn: Daniel W. Van Horn | P.O. Box 171443 | Memphis, TN 38187-1443 | | | Danny.VanHorn@butlersnow.com |
| Carruthers & Roth, PA | Attn: Britton C Lewis | 235 N Edgeworth St | P.O. Box 540 | Greensboro, NC 27401 | | bcl@crlaw.com |
| Chipman Brown Cicero & Cole, LLP | Attn: Mark L. Desgrosseilliers | Hercules Plaza | 1313 N Market St, Ste 5400 | Wilmington, DE 19801 | | desgross@chipmanbrown.com |
| Chipman, Brown, Cicero & Cole, LLP | Attn: Mark Desgrosseilliers | 1313 N Market St, Ste 5400 | Wilmington, DE 19801 | | | desgross@chipmanbrown.com |
| Choate, Hall & Stewart LLP | Attn: Douglas R. Gooding | Attn: Jonathan D. Marshall | Attn: Michael J. Foley, Jr | Two International Place | Boston, MA 02110 | dgooding@choate.com |
| Clyde & Co US LLP | Attn: Bruce D. Celebrezze | Four Embarcadero Center, Ste 1350 | San Francisco, CA 94111 | | | bruce.celebrezze@clydeco.us |
| Clyde & Co US LLP | Attn: Konrad R. Krebs | 200 Campus Dr, Ste 300 | Florham Park, NJ 07932 | | | konrad.krebs@clydeco.us |
| Commonwealth of Pennsylvania | Dept of Labor & Industry | Attn: Deb Secrest/Collections Support Unit | 651 Boas St, Rm 925 | Harrisburg, PA 17121 | | ra-li-ucts-bankrupt@state.pa.us |
| Connolly Gallagher, LLP | Attn: Karen C. Bifferato | Attn: Kelly M. Conlan | 1201 N Market St, 20th Fl | Wilmington, DE 19801 | | kbifferato@connollygallagher.com |
| Coughlin Duffy, LLP | Attn: Kevin Coughlin/Lorraine Armenti | Attn: Michael Hrinewski | 350 Mt Kemble Ave | P.O. Box 1917 | Morristown, NJ 07960 | kcoughlin@coughlinduffy.com |
| Cousins Law LLC | Attn: Scott D. Cousins | Brandywine Plaza W | 1521 W Concord Pike, Ste 301 | Wilmington, DE 19803 | | scott.cousins@cousins-law.com |
| Crew Janci LLP | Attn: Stephen Crew | Attn: Peter Janci | 1200 NW Naito Pkwy, Ste 500 | Portland, OR 97209 | | steve@crewjanci.com |
| Cross & Simon, LLC | Attn: Christopher Simon | Attn: Kevin Mann | 1105 N Market St, Ste 901 | Wilmington, DE 19801 | | csimon@crosslaw.com |
| Crowell & Moring LLP | Attn: Mark D. Plevin | Attn: Austin J. Sutta | 3 Embarcadero Center, 26th Fl | San Francisco, CA 94111 | | mplevin@crowell.com |
| Crowell & Moring LLP | Attn: Tacie H. Yoon | 1001 Pennsylvania Ave, NW | Washington, D.C. 20004 | | | tyoon@crowell.com |
| David Christian Attorneys LLC | Attn: David Christian | 105 W. Madison St., Ste 1400 | Chicago, IL 60602 | | | dchristian@dca.law |
| Davidoff Hutcher & Citron LLP | | | | | | jsp@dhclegal.com |
| Davidoff Hutcher & Citron LLP | Attn: Jonathan S. Pasternak | Attn: James B. Glucksman | Attn: Robert L. Rattet | 605 3rd Ave | New York, NY 10158 | rlr@dhclegal.com |
| Davies Hood PLLC | Attn: Jason P. Hood | 22 N Front St, Ste 620 | Memphis, TN 38103-2100 | | | Jason.Hood@davieshood.com |
| Dorsey & Whitney LLP | Attn: Bruce R. Ewing/E. Schnabel | 51 W 52nd St | New York, NY 10019 | | | ewing.bruce@dorsey.com |
| Dorsey & Whitney LLP | Attn: Eric Lopez Schnabel | Attn: Alessandra Glorioso | 300 Delaware Ave, Ste 1010 | Wilmington, DE 19801 | | schnabel.eric@dorsey.com |
| Doshi Legal Group, P.C. | Attn: Amish R. Doshi | 1979 Marcus Ave, Ste 210E | Lake Success, NY 11042 | | | amish@doshilegal.com |
| Faegre Drinker Biddle & Reath LLP | Attn: Michael P. Pompeo | 1177 Ave of the Americas, 41st Fl | New York, NY 10036-2714 | | | michael.pompeo@faegredrinker.com |
| Faegre Drinker Biddle & Reath LLP | Attn: Patrick A. Jackson | Attn: Kaitlin W. MacKenzie | 222 Delaware Ave., Suite 1410 | Wilmington, DE 19801-1621 | | Patrick.Jackson@faegredrinker.com |
| Ferry Joseph, PA | Attn: John D. McLaughlin, Jr. | 824 N Market St, Ste 1000 | Wilmington, DE 19801 | | | jmclaughlin@ferryjoseph.com |
| Fineman Krekstein & Harris, PC | Attn: Dierdre M Richards | 1300 N King St | Wilmington, DE 19801 | | | drichards@finemanlawfirm.com |
| Flordia M. Henderson | P.O. Box 30604 | Memphis, TN 38130-0604 | | | | flordia@fhendersonlaw.net |
| Florida State Prison | Attn: William Russel Hill | PO Box 800 | Raiford, FL 32083-0800 | | | |
| Foley & Lardner LLP | Attn: Richard J Bernard | 90 Park Ave | New York, NY 10016 | | | rbernard@foley.com |
| Foley & Lardner LLP | Attn: Victor Vilaplana | 3579 Valley Centre Dr, Ste 300 | San Diego, CA 92130 | | | vavilaplana@foley.com |
| Foran Glennon Planadech Ponzi & Rudloff, P.C. | Attn: Susan N K Gummow | Attn: Igor Shleypak | 222 N LaSalle St, Ste 1400 | Chicago, IL 60614 | | sgummow@fgppr.com |
| Fournaris & Mammarella, PA | Attn: Bill Kelleher | 1925 Lovering Ave | Wilmington, DE 19806 | | | BKelleher@gfmlaw.com |
| Fox Swibel Levin & Carroll LLP | Attn: Margaret M. Anderson | 200 W Madison St, Ste 3000 | Chicago, IL 60606 | | | panderson@foxswibel.com |
| Gilbert LLP | Attn: Kami Quinn / Attn: Meredith Neely | Attn: Emily Grim / Attn: Jasmine Chalashtori | 700 Pennsylvania Ave, SE Ste 400 | Washington, DC 20003 | | quinnk@gilbertlegal.com |
| Godfrey & Kahn, SC | Attn: Erin A. West | 1 E Main St, Ste 500 | P.O. Box 2719 | Madison, WI 53701-2719 | | ewest@gklaw.com |
| Godfrey & Kahn, SC | Attn: Timothy F. Nixon | 200 S Washington St, Ste 100 | Green Bay, WI 54301-4298 | | | tnixon@gklaw.com |
| Hicks Thomas LLP | Attn: John B.. Thomas | Attn: Allison Fisher | 700 Louisiana St., Ste 2300 | Houston, TX 77002 | | jthomas@hicks-thomas.com |
| Hogan, McDaniel | | | | | | gfmcdaniel@dkhogan.com |
| Hogan, McDaniel | Attn: Daniel K. Hogan | Attn: Garvan F. McDaniel | 1311 Delaware Ave | Wilmington, DE 19806 | | dkhogan@dkhogan.com |
| Hoover & Slovacek, LLP | Attn: Steven A. Leyh | Galleria Tower II | 5051 Westheimer Rd, Ste 1200 | Houston, TX 77056 | | leyh@hooverslovacek.com |
| Ice Miller | Attn: Daniel R. Swetnam | Arena District | 250 West St | Columbus, OH 43215 | | daniel.swetnam@icemiller.com |
| Ichor Consulting, LLC | Attn: J. Chad Edwards | 3626 N Hall St (Two Oak Lawn) Ste 610 | Dallas, TX 75219 | | | Chad@IchorConsulting.com |
| Internal Revenue Service | Centralized Insolvency Operation | P.O. Box 7346 | Philadelphia, PA 19101-7346 | | | |
| Jacobs & Crumplar, PA | Attn: Raeann Warner/Thomas Crumplar | 750 Shipyard Dr, Ste 200 | Wilmington, DE 19801 | | | Raeann@jcdelaw.com |
| James, Vernon & Weeks, P.A. | Attn: Leander L. James | Attn: Craig K. Vernon | Attn: R. Charlie Beckett | 1626 Lincoln Wy | Coeur d'Alene, ID 83815 | ljames@jvwlaw.net |
| Janet, Janet & Scuggs, LLC | Attn: Gerald D Jowers, Jr | 500 Taylor St, Ste 301 | Columbia, SC 29201 | | | GJowers@JJSJustice.com |
| JPMorgan Chase Bank, NA | Attn: Phil Martin | 10 S Dearborn St | Mail Code Il1-1415 | Chicago, Il 60603 | | |
| Jpmorgan Chase Bank, NA | c/o Norton Rose Fulbright US LLP | Attn: Louis R. Strubeck, Jr | 1301 Ave of the Americas | New York, NY 10019-6022 | | louis.strubeck@nortonrosefulbright.com |
| Justice Law Collaborative, LLC | Attn: Kimberly A. Dougherty | 19 Belmont St | South Easton, MA 02375 | | | kim@justicelc.com |
| Karr Tuttle Campbell, PS | Attn: Bruce W. Leaverton | 701 5th Ave, Ste 3300 | Seattle, WA 98104 | | | bleaverton@karrtuttle.com |
| Kelly, Morgan, Dennis, Corzine & Hansen, P.C. | Attn: Michael G. Kelly | P.O. Box 1311 | Odessa, TX 79760-1311 | | | mkelly@kmdfirm.com |
| Klehr Harrison Harvey Branzburg LLP | Attn: Domenic E. Pacitti | 919 Market St, Ste 1000 | Wilmington, DE 19801 | | | dpacitti@klehr.com |
| Klehr Harrison Harvey Branzburg LLP | Attn: Morton R. Branzburg | 1835 Market St, Ste 1400 | Philadelphia, PA 19103 | | | mbranzburg@klehr.com |
| Kramer Levin Naftalis & Frankel LLP | Attn: Thomas Moers Mayer/Rachel Ringer | Attn: David E. Blabey Jr./Jennifer R. Sharret | Attn: Megan M. Wasson | 177 Ave of the Americas | New York, NY 10036 | tmayer@kramerlevin.com |
| Latham & Watkins LLP | Attn: Adam J Goldberg/Robert J Malionek | Attn: Madeleine C Parish/Benjamin A Dozier | 1271 Ave of the Americas | New York, NY 10020-1401 | | adam.goldberg@lw.com |
| Latham & Watkins LLP | Attn: Jeffrey E Bjork | Attn: Kimberly A Posin | Attn: Deniz A. Irgi | 355 S Grand Ave, Ste 100 | Los Angeles, CA 90071-1560 | jeff.bjork@lw.com |
| Law Offices of Betti & Associates | Attn: Michele M Betti | 30 Wall St, 8th FL | New York, NY 10005 | | | mbettilaw@gmail.com |

| | | | | | | |
|---|---|---|---|---|---|---|
| Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker | 112 E Pecan St, Ste 2200 | San Antonio, TX 78205 | | | sanantonio.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller | 2777 N. Stemmons Fwy, Ste 1000 | Dallas, TX 75207 | | | dallas.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman | P.O. Box 3064 | Houston, TX 77253-3064 | | | houston_bankruptcy@publicans.com |
| Maurice Wutscher LLP | Attn: Alan C. Hochheiser | 23611 Chagrin Blvd. Ste 207 | Beachwood, OH 44122 | | | ahochheiser@mauricewutscher.com |
| McCreary, Veselka, Bragg & Allen, PC | Attn: Tara LeDay | P.O. Box 1269 | Round Rock, TX 78680 | | | tleday@mvbalaw.com |
| McDermott Will & Emery LLP | Attn: Ryan Smethurst | Attn: Margaret Warner | 500 N Capitol St NW | Washington, DC 20001-1531 | | rsmethurst@mwe.com |
| Miller, Canfield, Paddock and Stone, P.L.C. | Attn: Danielle Mason Anderson | 277 S Rose St, Ste 5000 | Kalamazoo, MI 49007 | | | andersond@millercanfield.com |
| Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C. | Attn: Kim V. Marrkand | Attn: Nancy D. Adams | Attn: Laura Bange Stephens | One Financial Center | Boston, MA 02111 | kmarrkand@mintz.com |
| Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Kate P Foley | 1800 W Park Dr, Ste 400 | Westborough, MA 01581 | | | kfoley@mirickoconnell.com |
| Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Paul W Carey | 100 Front St | Worcester, MA 01608 | | | pcarey@mirickoconnell.com |
| Missouri Dept of Revenue | Bankruptcy Unit | Attn: Steven A Ginther | P.O. Box 475 | Jefferson City, MO 65105-0475 | | deecf@dor.mo.gov |
| Monzack Mersky Browder & Hochman, P.A. | Attn: Rachel B. Mersky | 1201 N Orange St, Ste 400 | Wilmington, DE 19801 | | | rmersky@monlaw.com |
| Monzack Mersky McLaughlin & Browder, PA | Attn: Brian McLaughlin | 1201 N Orange St, Ste 400 | Wilmington, DE 19801 | | | bmclaughlin@monlaw.com |
| Moore & Rutt, PA | Attn: David N. Rutt | Attn: Scott G. Wilcox | 122 N Market St | P.O. Box 554 | Georgetown, DE 19947 | dnrutt@mooreandrutt.com |
| Morris James LLP | | | | | | emonzo@morrisjames.com |
| Morris James LLP | Attn: Brett D. Fallon | Attn: Brya M. Keilson | 500 Delaware Ave, Ste 1500 | P.O. Box 2306 | Wilmington, DE 19899-2306 | bfallon@morrisjames.com |
| Morris James LLP | Attn: Stephen M. Miller | Attn: Carl N. Kunz, III | 500 Delaware Ave, Ste 1500 | Wilmington, DE 19801 | | smiller@morrisjames.com |
| Motley Rice LLC | Attn: Daniel R. Lapinski | 210 Lake Dr E, Ste 101 | Cherry Hill, NJ 08002 | | | dlapinski@motleyrice.com |
| Motley Rice LLC | Attn: Joseph F. Rice | 28 Bridgeside Blvd | Mt Pleasant, SC 29464 | | | jrice@motleyrice.com |
| Nagel Rice LLP | Attn: Bradley L Rice | 103 Eisenhower Pkwy | Roseland, NJ 07068 | | | brice@nagelrice.com |
| Napoli Shkolnnik PLLC | Attn: R. Joseph Hrubiec | 919 N Market St, Ste 1801 | Wilmington, DE 19801 | | | RHrubiec@NapoliLaw.com |
| Nelson Comis Kettle & Kinney, LLP | Attn: William E. Winfield | 300 E Esplande Dr, Ste 1170 | Oxnard, CA 93036 | | | wwinfield@calattys.com |
| Nelson Mullins Riley & Scarborough LLP | Attn: David Barnes, Jr | 101 Constitution Ave NW, Ste 900 | Washington, DC 20001 | | | david.barnes@nelsonmullins.com |
| Nicolaides Fink Thorpe Michaelides Sullivan LLP | Attn: Matthew B. Sorem | 10 S Wacker Dr, 21st Fl | Chicago, IL 60606 | | | msorem@nicolaidesllp.com |
| Norton Rose Fulbright Us LLP | Attn: Louis Strubeck/ Kristian Gluck | Attn: Ryan Manns | 2200 Ross Ave, Suite 3600 | Dallas, TX 75201-7932 | | louis.strubeck@nortonrosefulbright.com |
| Nye, Stirling, Hale & Miller LLP | Joel M. Walker | 1145 Bower Hill Rd, Ste 104 | Pittsburgh, PA 15243 | | | jmwalker@nshmlaw.com |
| O'Connor Playdon Guben & Inouye LLP | Attn: Jerrold K. Guben | Makai Tower, Ste 2400 | 733 Bishop St | Honolulu, HI 96813 | | JKG@opgilaw.com |
| O'Melveny & Myers LLP | Attn: Tancred Schiavoni | Times Square Tower | 7 Times Square | New York, NY 10036-6537 | | |
| Office of the Attorney General | Attn: Christopher S Murphy | Attn: Sherri K Simpson | Bankruptcy & Collections Division | P.O. Box 12548 | Austin, TX 78711-2548 | christopher.murphy@oag.texas.gov |
| Office of the United States Trustee | Attn: David L. Buchbinder | Attn: Hannah M. McCollum | 844 King St, Suite 2207 | Lockbox 35 | Wilmington, DE 19801 | david.l.buchbinder@usdoj.gov |
| Pachulski Stang Ziehl & Jones | Attn: James I. Stang | 10100 Santa Monica Blvd, 13th Fl | Los Angeles, CA 90067-4003 | | | jstang@pszjlaw.com |
| Pachulski Stang Ziehl & Jones | Attn: Iain Nasatir | 10100 Santa Monica Blvd, 13th Fl | Los Angeles, CA  90067-4003 | | | inasatir@pszjlaw.com |
| Pachulski Stang Ziehl & Jones LLP | Attn: James Stang/Robert Orgel | Attn: James O'Neill/John Lucas/Ilan Scharf | 919 N Market St, 17th Fl | P.O. Box 8705 | Wilmington, DE 19899-8705 | jlucas@pszjlaw.com |
| Paul Mones PC | Attn: Paul Mones | 13101 Washington Blvd | Los Angeles, CA 90066 | | | paul@paulmones.com |
| Pension Benefit Guaranty Corporation | Attn: Patricia Kelly, CFO | Attn: Cassandra Burton, Attorney | Attn: Craig Fessenden | 1200 K St NW | Washington, DC 20005 | kelly.patricia@pbgc.Gov |
| Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: John T. Banks | 3301 Northland Dr, Ste 505 | Austin, TX 78731 | | | jbanks@pbfcm.com |
| Pfau Cochran Vertetis Amala PLLC | Attn: Michael Pfau/Jason Amala | Attn: Vincent Nappo | 403 Columbia St, Ste 500 | Seattle, WA 98104 | | michael@pcvalaw.com |
| Phillips Lytle LLP | Attn: Angela Z Miller | One Canalside | 125 Main St | Buffalo, NY 14203 | | amiller@phillipslytle.com |
| Potter Anderson & Corroon LLP | Attn: Jeremy Ryan | Attn: D. Ryan Slaugh | 1313 N Market St, 6th Fl | P.O. Box 951 | Wilmington, DE 19899 | jryan@potteranderson.com |
| Reed Smith LLP | Attn: Kurt F. Gwynne | Attn: Katelin A. Morales | 120 N Market St, Ste 1500 | Wilmington, DE 19801 | | kgwynne@reedsmith.com |
| Reger Rizzo & Darnall LLP | Attn: Louis J. Rizzo, Jr | 1521 Concord Pike, Ste 305 | Brandywine Plaza West | Wilmington, DE 19803 | | lrizzo@regerlaw.com |
| Richards, Layton & Finger, PA | Attn: Michael Merchant/Brett Haywood | One Rodney Square | 920 N King St | Wilmington, DE 19801 | | merchant@rlf.com |
| Robinson Mahoney PLLC | Attn: Cindy L. Robinson | Attn: Doug Mahoney | 1210 Post Rd | Fairfield, CT 06824 | | crobinson@robinsonmahoney.com |
| Schiff Hardin LLP | Attn: Everett Cygal | Attn: Joseph Mark Fisher | Attn: Daniel Schufreider/Jin Yan | 233 S Wacker Dr, Ste 7100 | Chicago, IL 60606 | ecygal@schiffhardin.com |
| Schnader Harrison Segal & Lewis LLP | Attn: Richard A. Barkasy | Attn: Kristi J. Doughty | 824 N Market St, Ste 800 | Wilmington, DE 19801-4939 | | rbarkasy@schnader.com |
| Seitz, Van Ogtrop & Green, P.A. | Attn: R. Karl Hill | 222 Delaware Ave, Ste 1500 | Wilmington, DE 19801 | | | khill@svglaw.com |
| Sequoia Counsel of Boy Scouts, Inc. | Attn: Michael Marchese | 6005 N Tamera Ave | Fresno, CA 93711 | | | michael.marchese@scouting.org |
| Shipman & Goodwin LLP | Attn: Abigail Williams/ James Ruggeri | Attn: Joshua Weinberg | 1875 K St NW, Ste 600 | Washington, DC 20006-1251 | | awilliams@goodwin.com |
| Shipman & Goodwin LLP | Attn: Eric S. Goldstein | 1 Constitution Plz | Hartford, CT 06103-1919 | | | egoldstein@goodwin.com |
| Squire Patton Boggs (US) LLP | Attn: Mark A. Salzberg | 2550 M St, NW | Washington, DC 20037 | | | mark.salzberg@squirepb.com |
| Squire Patton Boggs (US) LLP | Attn: Travis A. McRoberts | 2000 McKinney Ave, Ste 1700 | Dallas, TX 75201 | | | travis.mcroberts@squirepb.com |
| Stamoulis & Weinblatt LLC | Attn: Stamatios Stamoulis | Attn: Richard Weinblatt | 800 N West St, Ste 800 | Wilmington, DE 19801 | | stamoulis@swdelaw.com |
| Stark & Stark, PC | Attn: Joseph H Lemkin | P.O. Box 5315 | Princeton, NJ 08543 | | | jlemkin@stark-stark.com |
| Steptoe & Johnson LLP | Attn: Harry Lee | Attn: John O'Connor | Attn: Brett Grindrod | 1330 Connecticut Ave, N.W | Washington, DC 20036 | hlee@steptoe.com |
| Straffi & Straffi, LLC | Attn: Daniel Straffi, Jr | 670 Commons Way | Toms River, NJ 08755 | | | bkclient@straffilaw.com |
| Sullivan Hazeltine Allinson LLC | Attn: William D. Sullivan | 919 N Market St, Ste 420 | Wilmington, DE 19801 | | | bsullivan@sha-llc.com |
| Sullivan Hill Lewin Rez & Engel, PLC | Attn: James Hill/ Christopher Hawkins | Attn: Kathleen Cashman-Kramer | 600 B St, Ste 1700 | San Diego, CA 92101 | | Hill@SullivanHill.com |
| Swenson & Shelley, PLLC | Attn: Kevin D. Swenson | 107 S 1470 E, Ste 201 | St George, UT 84790 | | | Kevin@swensonshelley.com |
| Synchrony Bank | c/o PRA Receivables Management, LLC | Attn: Valerie Smith | P.O. Box 41021 | Norfolk, VA 23541 | | claims@recoverycorp.com |
| The Bifferato Firm, PA | Attn: Ian Connor Bifferato | 1007 N Orange St, 4TH FL | Wilmington, DE 19801 | | | cbifferato@tbf.legal |
| The County Commission Of Fayette County | Attn: President | P.O. Box 307 | Fayetteville, WV 25840 | | | |
| The County Commission Of Fayette County | c/o Steptoe & Johnson Pllc | Attn: John Stump, Esq | Chase Tower - 8th Fl | 707 Virginia St E. | Charleston, WV 25301 | |
| The Law Office of James Tobia, LLC | Attn: James Tobia | 1716 Wawaset St | Wilmington, DE 19806 | | | jtobia@tobialaw.com |
| The Law Offices of Joyce, LLC | Attn: Michael J. Joyce | 1225 King St, Ste 800 | Wilmington, DE 19801 | | | mjoyce@mjlawoffices.com |
| The Neuberger Firm | Attn: Thomas S. Neuberger | Attn: Stephen J. Neuberger | 17 Harlech Dr | Wilmington, DE 19807 | | tsn@neubergerlaw.com |
| The Powell Firm, LLC | Attn: Jason C. Powell | Attn: Thomas Reichert | 1201 N Orange St, Ste 500 | P.O. Box 289 | Wilmington, DE 19899 | jpowell@delawarefirm.com |
| The Zalkin Law Firm, PC | Attn: Irwin Zalkin | Attn: Devin Storey | Attn: Kristian Roggendorf | 10590 W Ocean Air Dr. #125 | San Diego, CA 92130 | irwin@zalkin.com |
| Thomas Law PLLC | Attn: Tad Thomas/Louis Schneider | 9418 Norton Commons Blvd, Ste 200 | Louisville, KY 40059 | | | tad@thomaslawoffices.com |
| TN Dept of Labor - Bureau of Unemployment Insurance | c/o TN Attorney General's Office, Bankruptcy Division | Attn: Laura L. McCloud | PO Box 20207 | Nashville, TN 37202-0207 | | AGBankDelaware@ag.tn.gov |
| Troutman Pepper Hamilton Sanders LLP | Attn: David M. Fournier | Attn: Marcy J. McLaughlin Smith | 1313 Market St, Ste 5100 | P.O. Box 1709 | Wilmington, DE 19899-1709 | david.fournier@troutman.com |
| Troutman Pepper Hamilton Sanders LLP | Attn: Harris B. Winsberg | Attn: Matthew G. Roberts | 600 Peachtree St NE, Ste 3000 | Atlanta, GA 30308 | | harris.winsberg@troutman.com |
| Tune, Entrekin & White, PC | Attn: Joseph P. Rusnak | 315 Deaderick St, Ste 1700 | Nashville, TN 37238 | | | Jrusnak@tewlawfirm.com |
| Tybout, Redfearn & Pell | Attn: Robert D. Cecil, Jr. | P.O. Box 2092 | Wilmington, DE 19899-2092 | | | rcecil@trplaw.com |
| Tybout, Redfearn & Pell | Attn: Seth J. Reidenberg | 750 Shipyard Dr, Ste 400 | P.O. Box 2092 | Wilmington, DE 19899-2092 | | sreidenberg@trplaw.com |

| | | | | | | |
|---|---|---|---|---|---|---|
| United States Dept Of Justice | 950 Pennsylvania Ave, Nw | Room 2242 | Washington, DC 20530-0001 | | | |
| US Attorney For Delaware | Attn: David C Weiss | 1007 Orange St, Ste 700 | P.O. Box 2046 | Wilmington, DE 19899-2046 | | usade.ecfbankruptcy@usdoj.gov |
| Wachtell, Lipton, Rosen & Katz | Attn: Richard Mason/Douglas Mayer | Attn:Joseph C. Celentino | 51 W 52nd St | New York, NY 10019 | | rgmason@wlrk.com |
| Walden Macht & Haran LLP | Attn: Daniel Miller | 2532 Justin Lane | Wilmington, DE 19810 | | | dmiller@wmhlaw.com |
| Walker Wilcox Maousek LLP | Attn: Christopher A. Wadley | 1 N Franklin, Ste 3200 | Chicago, IL 60606 | | | cwadley@walkerwilcox.com |
| Wanger Jones Helsley, PC. | Attn: Riley C. Walter | 265 E River Park Circle, Ste 310 | Fresno, CA 93720 | | | rwalter@wjhattorneys.com |
| Ward and Smith, P.A. | Attn: Paul A Fanning | P.O. Box 8088 | Greenville, NC 27835-8088 | | | paf@wardandsmith.com |
| White & Case LLP | Attn: Jessica C.K. Boelter | 1221 Ave of the Americas | New York, NY 10020-1095 | | | jessica.boelter@whitecase.com |
| Whiteford, Taylor & Preston LLC | Attn: Richard W Riley | The Renaissance Centre | 405 N King St, Ste 500 | Wilmington, DE 19801 | | rriley@wtplaw.com |
| Whiteford, Taylor & Preston LLP | Attn: Todd M Brooks | 7 St Paul St, 15th Fl | Baltimore, MD 21202-1626 | | | tbrooks@wtplaw.com |
| Wilks Law, LLC | Attn: David E. Wilks | 4250 Lancaster Pike, Ste 200 | Wilmington, DE 19805 | | | dwilks@wilks.law |
| Womble Bond Dickinson (US) LLP | Attn: Matthew Ward/Morgan Patterson | 1313 N Market St, Ste 1200 | Wilmington, DE 19801 | | | matthew.ward@wbd-us.com |
| Young Conaway Stargatt & Taylor | Attn: James L. Patton, Jr | Attn: Robert Brady/Edwin Harron | Rodney Square | 1000 N King St | Wilmington, DE 19801 | jpatton@ycst.com |