# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| BOY SCOUTS OF AMERICA and | ) | |
| DELAWARE BSA, LLC, *et al.*[1] | ) | Case No. 20-10343 (LSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE
## OF MATTHEW BREINING

Pursuant to LOCAL RULE 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Matthew Breining, Esquire of Cutter Law P.C., 401 Watt Avenue Suite #100, Sacramento, CA 95864 to represent various clients of Krause & Kinsman and it's attorneys in the above-captioned case.

Dated: May 3, 2021  
Wilmington, Delaware

/s/ *Bernard G. Conaway*  
Bernard G. Conaway, Esq. (#2856)  
**CONAWAY LEGAL LLC**  
1007 North Orange Street, Suite 400  
Wilmington, DE 19801  
Telephone: 302-428-9350  
E-mail: bgc@conaway-legal.com

*Attorneys for Cutter Law P.C. and Clients Thereof*

---

[1] As per the Petition, the Debtors of the Chapter 11 cases, together with the last four digits of the Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane Irving, Texas 75038.

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to LOCAL RULE 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and the United States District Courts: Eastern and Northern District of California, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct, which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 9/1/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Courts for District Court.

Date:  April 8, 2021

Matthew M. Breining, Esq CA 306788
**Cutter Law PC**
401 Watt Avenue
Sacramento, CA 95864
Email: mbreining@cutterlaw.com
Telephone: (916) 290-9400

*Attorneys for Claimants*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Counsel Matthew M. Breining, Esquire's motion for admission *pro hac vice* is granted.

Dated: May 6th, 2021
Wilmington, Delaware

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE