UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:  Chapter 11

Case No. 20-10343 (LSS)

Debtor: BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Delia Lujan Wolff to represent Certain Tort Claimants in this action.

/s/ Christopher D. Loizides (No. 3968)

Firm Name: Loizides, PA
Address: 1225 North King Street, Suite 800
Wilmington, DE 19801
Phone: 302.654.0248
Email: Loizides@loizides.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Guam, CNMI, California and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Firm Name: LUJAN & WOLFF LLP
Address: Suite 300, DNA Bldg.
238 Archbishop Flores St.
Hagåtña, Guam 96910
Phone: (671) 477-8064/5
Email: dslwolff@lawguam.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: May 6th, 2021
Wilmington, Delaware

Local Form 105