# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In Re:  Chapter  11

Case No.  20 - 10343  ( LSS )

Debtor:  Boy Scouts of America and Delaware BSA, LLC

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of  Leon Hampton, Jr.  to represent  Gary Applequist v. Boy Scouts of America, Inc.; Charles D. Hammett v. Boy Scouts of America; Paul James Maynard v. Boy Scouts of America, Inc; and Paul Folsom, Sr. v. Boy Scouts of America, Inc.  in this action.

*David M. Klauder*

Firm Name:  Bielli & Klauder, LLC

Address:  1204 N. King Street, Wilmington, DE 19801

Phone:  (302) 803-4600

Email:  dklauder@bk-legal.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of  the State of Alabama  and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

*Leon Hampton, Jr.*

Firm Name:  Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.

Address:  272 Commerce Street, Montgomery, AL

Phone:  (334) 269-2343

Email:  leon.hampton@beasleyallen.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

**Dated: May 6th, 2021**
**Wilmington, Delaware**

Local Form 105