IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: BOY SCOUTS OF AMERICA and DELAWARE BSA, LLC,<br><br>Debtors. | : | Chapter 11<br><br>Case No. 20-10343 (LSS)<br>(Jointly Administered) |
| CENTURY INDEMNITY COMPANY, WESTCHESTER FIRE INSURANCE COMPANY, and WESTCHESTER SURPLUS LINES INSURANCE COMPANY,<br><br>Appellants,<br>v. | : | Civ. No. 20-798-RGA |
| BOY SCOUTS OF AMERICA and DELAWARE BSA, LLC,<br><br>Appellees. | : | |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

ORDERED:

1. The Retention Order, dated June 2, 2020 (D.I. 1-2), is hereby **AFFIRMED**.

2. The Clerk is directed to **CLOSE** Civ. No. 20-798 (RGA).

Entered this 6th day of May, 2021.

_/s/ Richard G. Andrews__
United States District Judge