the neigborhood Health Center at 1515 W.North Avenue sponsored a one week boy scout camp, at BROAD CREEK LAKE in Maryland( 1966) i was 11 years old , the first day at the camp we had to turn in our pocket kvies that was apart our camping gear that we was told to bring along.that first night the scoutmaster ▮▮▮▮▮▮▮ told ghost stories about people living in the woods that chopped peoples head off we were terrified and begin talking in our tents of being afraid when two of the scoutmasters took me and one other boy in the woods and left us tied to a tree half the night they would use our legs and tuck them and you would not be able to move unless some one help you

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

if you broke a rule you had to clean the outside outhouse with your bear hands also you may not eat that day

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

a noose was hung from the dinning area tent rails and placed around my neck and was told to hold the tent rails so i wouldnt hang the more i cried the more they laughed finally they iet me down

i decided to runaway i was caught and beat in the head with a flash light i was later hospitalized for head injury my parents took me to the doctors and contacted BSA who at that time sponsored a one week camp from 1515 w. North avenue Baltimore, md to BROAD CREEK

theres so much more i can write about but its diffucult and painful to relive the pain i did not understand as child , but now as an Adult i understand what happended and it hurts to think that these things was done to me as a child, i feel a great part of my live has been ruined , because of these expericences.

also there was a hearing charging these scoutmasters with abuse,but i do not know the outcome. theres so much more i can write about that occured that one week of hell.

1

when i returned to school that year, my grades fell and i never finish the seventh grade, i was put out of school and was commited to Maryland training school for Boys and from that point my life was in and out of juvenile institutions, and at the age fifteen i was sentenced to three years in an adult institution (Maryland Pennitnary) i was the youngest inmate there and the older men taught me how to sell drugs in the jail, one of the guards caught me selling drugs and i was sentenced to an additonal days added to my sentenced i was denied paroled and served my full sentence i was 18 years old when i was released i had little education and a jail record that follows me to this day ,i feel so much pain from this memories that i cant forget that started after my experciences at the Boy Scout Camp.



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington