May 3, 2021

FILED

2021 MAY -7 AM 9:56

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

RE: SA-███

Dear Honorable Judge:

I am writing this letter to you because I feel that the BSA ARE responsible, and only them, for what they have done to me and thousands of others. The insurance companies did not rape me, it was a BSA leader that distressed my life. BSA and their employees have affected my life tremendously and has hurt me to this day.

Back when this happened, when I was only 8 years old, one of the leaders sexually abused me, many times, and ever since I have had anger issues because of this man/monster. Nothing was ever done about it.

I am now 62 years old and still have anger problems because of what the BSA organization has done to me. It has affected my wife, my family, my job and my entire life in which I can never get back.

I feel very strongly that the BSA are responsible for this and must pay. They impaired my life and my family!!

Deeply Hurt,

███



PHOENIX AZ 852
3 MAY 2021 PM 6 L

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

19801-302499