5-5-21

6:16 AM

My Name is [redacted], I'm written you because, what the Boy Scouts of American have done to us young men their no money in the world can replace what this monster done to us. They left us with scares that will never ever go away. As i write this letter tears run down my cheeks,


FILED 2021 MAY -7 AM 9:39 CLERK U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th floor
Wilm, DE 19801