Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

SA- ▮▮▮
FILED
2021 MAY -7 AM 9:40
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Honorable Justice Silverstein

I remember reading that some of the BSA insurers said that the abused scouts could not remember Names and Dates.

I remember being a first grader in ▮▮▮ class in 1956, I remember being a second grader in ▮▮▮ class ▮▮▮ class, I remember being a third grader in mrs ▮▮▮ class and so on.

I Remember (principal ▮▮▮ Scout leader) It was an honor for your teacher to choose you to carry paper work to the principal's office. I remember when ever I was choosen to carry the paper work to the office. After I was give the paper work to the Secy. (principal ▮▮▮ /Scout leader) would ask me to come into his office he would tell me to step around to the side of his desk where I would be out of sight of his Secy, and Anyone entering the office. He would be sitting down in his chair, he would

down at my ▮▮▮ this abuse with on until I left ▮▮ elementary school. I wonder until this day, why he choose me.

The sadest thing is that ▮▮▮▮▮▮▮ was the school principal and a scout leader.

Justice Silverstein this abuse has been a part of my life forever. I will testify in your court if need be.

Thank you.

Justice:
Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
19801-3024 Wilmington DE

U.S. ARMY

CERTIFIED MAIL

U.S. POSTAGE PAID
FCM LETTER
SHREVEPORT, LA
71105
MAY 03, 21
AMOUNT
$4.15
R2303S104392-04