FILED

2021 MAY -7  AM 9:45

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE



St. Jude Children's
Research Hospital
Finding cures. Saving children.
ALSAC · DANNY THOMAS, FOUNDER

stjude.org

Dear Judge Silverstein,

I am a goodsman.

████████████████

It came to my intension
they are trying to get
out of it. If you want to
hear my case I'll
give it.

I was with the scout,
he gave me lots of books
that I passed out. I
woke up to great pain.

████████████████

I could not say anything
to anyone at the
time they wouldn't
believe me, so it was
to this day it
brings very bad memories.
There plan is very
bad. All I ask for it
Justice not their Plan



vote no for farms
Thank you

dear Judge Silverstein
what is right is
right what is wrong
they are trying to
get out of it.
all I ask is
fairness to me
an others. Great
Pain all our lives.
their Plan is not good
(over)

St. Jude Children's
Research Hospital
Finding cures. Saving children.
ALSAC · DANNY THOMAS, FOUNDER

stjude.org



LEHIGH VALLEY PA 180

4 MAY 2021 PM 4 L

FOREVER / USA

Justice Laurie Selbers Silverstein
IBS a Bankruptcy Case
824 Market St, 6th Floor
Wilmington, De 19801

U.S. MAIL