4/30-21

S A. ▓▓▓

Justice Lauri SELBER SiLUERSTEiN

Im wRiting tHis UPSiDEDown
BECause tHE SPiRaL is in tHE WAY
(Im LEFt HanDED)
A PERSon Can outgrow
WEtting a DiaPER...
A PERSon Can out Grow
A CRusH in graDE scHool...
A PERon Can Grow up anD BE
on tHEiR own...
A PERSon Can Grow up BEing
RESPonsiBLE...
But to mE WE Can't out Grow
anD BE a GRowup AFtE BEing
moLESTED! it's tHERE FoR LiFE...

S A. ▓▓▓ ouR
P.S. its alwavs in Back of my minDS...
anD Back of my our HEARtS!! ▓▓▓

BACK →



FILED
2021 MAY -7 AM 9:47
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

I like MAKING otHER PEOPLE SMILE MAKES ME LAUGH... its A good FEELING, ~~&~~ I LIKE to TELL JOKES to MAKE A PERSON tHINK AND LAUGH. FOR EXAMPLE.

A magician is WALKING DOWN tHE STREET AND turns into A GROCERY StORE... YEAH, I Know A Long P.S

Justice Laurel Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

U.S. X-RAY

COLUMBUS OH 430
3 MAY 2021 PM 1 L

