Claim Against BSA
Claim number - ████████

**FILED**
2021 MAY -7 AM 9:57

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

To whom it may concern:

First of all, I like to begin my letter with thanking the courts for taking the time to read my letter. I hope that when this letter reaches your hands? It finds you in great health.

My name is ████████. I am a 57 yrs old male, who is one of thousands, if not 100's of child victims of the BSA. Allow me to give you a brief description of my childhood. I was raised by a young teenaged single mother in the mean tough streets of New York City, along with a younger brother. We was very poor being that my mom was a single parent and two boys to feed and pay all the bills alone. My mom had to work long hours just so that she could put food on the table and clothes on our backs.

Page 1 continue

Being a Single mom of 2 boys, mom knew that her sons was missing that one special engrediant of a male childs life. That was a male role model. So at the age of 9 and 10 my mother enrolled my younger brother and I into the Cub Scouts of America at a catholic church right across the street from our apartment building. This in essence was a great move on my moms part due to the fact that she worked so many long hours at work. It allowed my brother and I time from being locked up in a hot small stuffy apartment all day. And at the same time give her boys to learn some real structure it gave us the opportunity to refrane from getting into any trouble from joining any street gangs and kept us busy and away from getting into any kind of trouble outside. As a Cub Scout I loved it. It taught me as a young child how to respect people, to keep myself looking neat in our uniform. Also to love our country.

Page 2 continue please

Needless to say that this worked out pretty well for my mom and her 2 sons.

Moving right along so that I do not take up too much of the court's time. 3 years later I graduated from the Cub Scouts and was now enrolled into the BSA at my new school named Our Lady Of Mercy. It began as a great and exciting move. Because now I am 13yrs Old and the boy Scouts was teaching me all these great new things that I never experienced before. Such as swimming, hiking, fishing, camping, and cooking. All these things come with shirt badges upon completion. It was an awesome and amazing time for me at that time.

Until... that late cold night when I ~~was with the~~ was camping with my Scout Master and my Scout patch up in Bear Mountains in Upstate New York. It was very first camping experience of my life. It will also turn out to be the worst ~~and~~ ~~changing BSA~~ tramatic life changing experience no child should ever have to endure.

Page - 3 continue

This is the night that my Scout ▮▮▮ betrayed my trust, took away my innocence, and violated me in the worst way imaginable.

▮▮▮

I told anyone about what he was doing to me? That he would kill me and my younger brother. This happened to me ~~twice~~ and on 2 seperated occasions at the same location as before and with the same perverted Head Scout Master. ▮▮▮ As a result to what happened to me, I quit the boy scouts. I also feel that the rapes that took place to me, led to my path of self-destruction. Weeks later I would become hooked on marijuana and expermenting with other hard lethal drugs and eventually had me in a harlems New York psychiatric physicality ward fighting for my life.

Page 4 continue

I was diagnosed manic depression with Bi-polar disorder. This fight would go on for 30 yrs. I strongly believe that my mental breakdown was a result of what happened to me while I attended the BSA. The rapes that occurred to me did far more damage then any stab or gunshot wound could ever do. Because with a stab or gunshot wound one can see the damage or injury and mend it with surgery. But there is no viewable noticeable scars when it comes to mental damages. The mental damage from a rape is a lifetime and everlasting damaging thing. This rape damage will be with me until the day that I die!!!
There is no adequate amount of money that will fix the ~~scars of the~~ lifelong memories of what happened to me at the BSA. The money can only be used help with the psych meds and continuous psychiatric doctor visits. But the scars of the rape is everlasting. Which is why that I plead to the courts not to give these pedophiles just a slap on the wrist.
Page 5 continue

But instead punish them with a stiff and hard ruling. So that they know just because BSA has the power and money to hire these big fancy lawyers does not give them the right or power to take advantage of the courts, or these defenseless little boys. Enough is enough already. We seek justice. And it is the courts. And only you that can see the we rape victims receive it.

So in closing I wish to again thank you for your time for listening to my testimony.

Sincerely Yours,

Final Last Page 6

NORTH HOUSTON TX 773
3 MAY 2021 PM 5 L

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
Wilmington, De 19801