# Exhibit 1

# Exhibit 1

# Exhibit 1

 **Assessor**

| Owner Name | Owner Name 2 | Tax District | Parcel Number |
|---|---|---|---|
| BOY SCOUTS AMER LV AREA COUNCIL | | 103 | 174-31-000-003 |
| BOY SCOUTS AMER LV AREA COUNCIL | | 103 | 174-32-000-001 |
| COUNTY OF CLARK(PUBLIC WORKS) | BOY SCOUTS OF AMERICA LEASE | 470 | 177-03-804-002 |
| BOY SCOUTS AMER LV AREA COUNCIL | | 100 | 194-00-001-002 |
| BOY SCOUTS AMER LV AREA COUNCIL | | 100 | 194-00-001-003 |

 Assessor

# Briana Johnson, Assessor

The links below are **not** maintained by the Clark County Assessor's Office. Please contact the responsible department if you have any issues. Their contact information is provided below the link.

AERIAL VIEW (GISMO)

REAL PROPERTY TAXES (TREASURER)

FLOOD CONTROL INFO (CCRFCD)

[GISMO Contact](#)

Treasurer - (702) 455-4323

CCRFCD - (702) 685-0000

| GENERAL INFORMATION | |
|---|---|
| PARCEL NO. | 174-31-000-003 |
| OWNER AND MAILING ADDRESS | BOY SCOUTS AMER LV AREA COUNCIL<br>7220 PARADISE RD<br>LAS VEGAS<br>NV 89119-4403 |
| LOCATION ADDRESS | CLARK COUNTY |
| CITY/UNINCORPORATED TOWN | |
| ASSESSOR DESCRIPTION | SE4 SEC 31 22 58 |
| RECORDED DOCUMENT NO. | * 00000199:161920 |
| RECORDED DATE | OCT 6 1958 |
| VESTING | NS |
| COMMENT | 21.0A COR;SF 167-95;CA 03/23/2005 |

*Note: Only documents from September 15, 1999 through present are available for viewing.

| ASSESSMENT INFORMATION AND VALUE EXCLUDED FROM PARTIAL ABATEMENT | |
|---|---|
| TAX DISTRICT | 103 |
| APPRAISAL YEAR | 2020 |
| FISCAL YEAR | 2021-22 |
| SUPPLEMENTAL IMPROVEMENT VALUE | 0 |
| INCREMENTAL LAND | 0 |
| INCREMENTAL IMPROVEMENTS | 0 |

| REAL PROPERTY ASSESSED VALUE | | |
|---|---|---|
| FISCAL YEAR | 2020-21 | 2021-22 |
| LAND | 420,000 | 420,000 |
| IMPROVEMENTS | 253,210 | 253,585 |
| EXEMPT | 673,210 | 673,585 |
| GROSS ASSESSED (SUBTOTAL) | 673,210 | 673,585 |
| TAXABLE LAND + IMP (SUBTOTAL) | 1,923,457 | 1,924,529 |
| COMMON ELEMENT ALLOCATION ASSESSED | 0 | 0 |

| TOTAL ASSESSED VALUE | 673,210 | 673,585 |
|---|---|---|
| TOTAL TAXABLE VALUE | 1,923,457 | 1,924,529 |

| ESTIMATED LOT SIZE AND APPRAISAL INFORMATION | |
|---|---|
| ESTIMATED SIZE | 160.00 ACRES |
| ORIGINAL CONST. YEAR | 1985 |
| LAST SALE PRICE MONTH/YEAR SALE TYPE | |
| LAND USE | 41.450 - OFFICES, PROFESSIONAL AND BUSINESS SERVICES. LABOR, FRATERNAL AND SOCIAL ORGANIZATIONS |
| DWELLING UNITS | 1 |

| PRIMARY RESIDENTIAL STRUCTURE | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1ST FLOOR SQ. FT. | | CASITA SQ. FT. | | ADDN/CONV | | | |
| 2ND FLOOR SQ. FT. | | CARPORT SQ. FT. | | POOL | | YES | |
| 3RD FLOOR SQ. FT. | | STYLE | CLUBHOUSE | SPA | | NO | |
| UNFINISHED BASEMENT SQ. FT. | 0 | BEDROOMS | 3 | TYPE OF CONSTRUCTION | | MASONRY-SLUMP BLOCK | |
| FINISHED BASEMENT SQ. FT. | 0 | BATHROOMS | 0 | ROOF TYPE | | COMPOSITION SHINGLE | |
| BASEMENT GARAGE SQ. FT. | 0 | | | FIREPLACE | | 0 | |
| TOTAL GARAGE SQ. FT. | 0 | | | | | | |

| ASSESSORMAP VIEWING GUIDELINES | |
|---|---|
| MAP | 174310 |
| | In order to view the Assessor map you must have Adobe Reader installed on your computer system. |
| | If you do not have the Reader it can be downloaded from the Adobe site by clicking the following button. Once you have downloaded and installed the Reader from the Adobe site, it is not necessary to perform the download a second time to access the maps. |

Note: This record is for assessment use only. No liability is assumed as to the accuracy of the data delineated hereon.

 Assessor

# Briana Johnson, Assessor

The links below are **not** maintained by the Clark County Assessor's Office. Please contact the responsible department if you have any issues. Their contact information is provided below the link.

AERIAL VIEW (GISMO)

REAL PROPERTY TAXES (TREASURER)

FLOOD CONTROL INFO (CCRFCD)

[GISMO Contact](#)

Treasurer - (702) 455-4323

CCRFCD - (702) 685-0000

| GENERAL INFORMATION | |
|---|---|
| PARCEL NO. | 174-32-000-001 |
| OWNER AND MAILING ADDRESS | BOY SCOUTS AMER LV AREA COUNCIL<br>7220 PARADISE RD<br>LAS VEGAS<br>NV 89119-4403 |
| LOCATION ADDRESS | 10877 MT POTOSI CANYON RD |
| CITY/UNINCORPORATED TOWN | CLARK COUNTY |
| ASSESSOR DESCRIPTION | ALL SEC 32 22 58 |
| RECORDED DOCUMENT NO. | * 00000199:161920 |
| RECORDED DATE | OCT 6 1958 |
| VESTING | NS |
| COMMENT | 16.0A COR;SF 167-95;CA 03/23/2005 |

*Note: Only documents from September 15, 1999 through present are available for viewing.

| ASSESSMENT INFORMATION AND VALUE EXCLUDED FROM PARTIAL ABATEMENT | |
|---|---|
| TAX DISTRICT | 103 |
| APPRAISAL YEAR | 2020 |
| FISCAL YEAR | 2021-22 |
| SUPPLEMENTAL IMPROVEMENT VALUE | 0 |
| INCREMENTAL LAND | 0 |
| INCREMENTAL IMPROVEMENTS | 0 |

| REAL PROPERTY ASSESSED VALUE | | |
|---|---|---|
| FISCAL YEAR | 2020-21 | 2021-22 |
| LAND | 1,722,000 | 1,722,000 |
| IMPROVEMENTS | 33,277 | 33,507 |
| EXEMPT | 1,755,277 | 1,755,507 |
| GROSS ASSESSED (SUBTOTAL) | 1,755,277 | 1,755,507 |
| TAXABLE LAND + IMP (SUBTOTAL) | 5,015,077 | 5,015,734 |
| COMMON ELEMENT ALLOCATION ASSESSED | 0 | 0 |

|  |  |  |
|---|---|---|
| TOTAL ASSESSED VALUE | 1,755,277 | 1,755,507 |
| TOTAL TAXABLE VALUE | 5,015,077 | 5,015,734 |

| ESTIMATED LOT SIZE AND APPRAISAL INFORMATION | |
|---|---|
| ESTIMATED SIZE | 656.00 ACRES |
| ORIGINAL CONST. YEAR | 2001 |
| LAST SALE PRICE MONTH/YEAR SALE TYPE | |
| LAND USE | 44.470 - COMMERCIAL RECREATION. NON-PROFIT ENTERTAINMENT AND REC FACILITIES |
| DWELLING UNITS | 1 |

| PRIMARY RESIDENTIAL STRUCTURE | | | | | |
|---|---|---|---|---|---|
| 1ST FLOOR SQ. FT. | | CASITA SQ. FT. | | ADDN/CONV | |
| 2ND FLOOR SQ. FT. | | CARPORT SQ. FT. | | POOL | NO |
| 3RD FLOOR SQ. FT. | | STYLE | PLACEHOLDER, NO BLDG | SPA | NO |
| UNFINISHED BASEMENT SQ. FT. | 0 | BEDROOMS | 0 | TYPE OF CONSTRUCTION | |
| FINISHED BASEMENT SQ. FT. | 0 | BATHROOMS | 0 | ROOF TYPE | |
| BASEMENT GARAGE SQ. FT. | 0 | | | FIREPLACE | 0 |
| TOTAL GARAGE SQ. FT. | 0 | | | | |

| ASSESSORMAP VIEWING GUIDELINES | |
|---|---|
| MAP | 174320 |
| | In order to view the Assessor map you must have Adobe Reader installed on your computer system. |
| | If you do not have the Reader it can be downloaded from the Adobe site by clicking the following button. Once you have downloaded and installed the Reader from the Adobe site, it is not necessary to perform the download a second time to access the maps. |

Note: This record is for assessment use only. No liability is assumed as to the accuracy of the data delineated hereon.

 **Assessor**

# Briana Johnson, Assessor

The links below are **not** maintained by the Clark County Assessor's Office. Please contact the responsible department if you have any issues. Their contact information is provided below the link.

AERIAL VIEW (GISMO)

REAL PROPERTY TAXES (TREASURER)

FLOOD CONTROL INFO (CCRFCD)

[GISMO Contact](#)

Treasurer - (702) 455-4323

CCRFCD - (702) 685-0000

## GENERAL INFORMATION

| | |
|---|---|
| PARCEL NO. | 177-03-804-002 |
| OWNER AND MAILING ADDRESS | COUNTY OF CLARK(PUBLIC WORKS)<br>BOY SCOUTS OF AMERICA LEASE<br>500 S GRAND CENTRAL PKWY<br>LAS VEGAS<br>NV 89155 |
| LOCATION ADDRESS | 7220 PARADISE RD |
| CITY/UNINCORPORATED TOWN | PARADISE |
| ASSESSOR DESCRIPTION | PARCEL MAP FILE 40 PAGE 99<br>PT LOT 1 |
| RECORDED DOCUMENT NO. | * 19910131:01418 |
| RECORDED DATE | JAN 31 1991 |
| VESTING | NS |
| COMMENT | 3.85A TO RD 20020312:752 |

*Note: Only documents from September 15, 1999 through present are available for viewing.

## ASSESSMENT INFORMATION AND VALUE EXCLUDED FROM PARTIAL ABATEMENT

| | |
|---|---|
| TAX DISTRICT | 470 |
| APPRAISAL YEAR | 2020 |
| FISCAL YEAR | 2021-22 |
| SUPPLEMENTAL IMPROVEMENT VALUE | 0 |
| INCREMENTAL LAND | 0 |
| INCREMENTAL IMPROVEMENTS | 0 |

## REAL PROPERTY ASSESSED VALUE

| FISCAL YEAR | 2020-21 | 2021-22 |
|---|---:|---:|
| LAND | 703,999 | 821,332 |
| IMPROVEMENTS | 2,441,037 | 2,479,021 |
| EXEMPT | 3,145,036 | 3,300,353 |
| GROSS ASSESSED (SUBTOTAL) | 3,145,036 | 3,300,353 |
| TAXABLE LAND + IMP (SUBTOTAL) | 8,985,817 | 9,429,580 |
| COMMON ELEMENT ALLOCATION | 0 | 0 |

| ASSESSED | | |
|---|---|---|
| TOTAL ASSESSED VALUE | 3,145,036 | 3,300,353 |
| TOTAL TAXABLE VALUE | 8,985,817 | 9,429,580 |

| ESTIMATED LOT SIZE AND APPRAISAL INFORMATION | |
|---|---|
| ESTIMATED SIZE | 9.62 ACRES |
| ORIGINAL CONST. YEAR | 2002 |
| LAST SALE PRICE MONTH/YEAR SALE TYPE | |
| LAND USE | 41.335 - OFFICES, PROFESSIONAL AND BUSINESS SERVICES |
| DWELLING UNITS | 1 |

| PRIMARY RESIDENTIAL STRUCTURE | | | | | |
|---|---|---|---|---|---|
| 1ST FLOOR SQ. FT. | | CASITA SQ. FT. | | ADDN/CONV | |
| 2ND FLOOR SQ. FT. | | CARPORT SQ. FT. | | POOL | NO |
| 3RD FLOOR SQ. FT. | | STYLE | OFFICE BUILDING | SPA | NO |
| UNFINISHED BASEMENT SQ. FT. | 0 | BEDROOMS | 0 | TYPE OF CONSTRUCTION | |
| FINISHED BASEMENT SQ. FT. | 0 | BATHROOMS | 0 | ROOF TYPE | |
| BASEMENT GARAGE SQ. FT. | 0 | | | FIREPLACE | 0 |
| TOTAL GARAGE SQ. FT. | 0 | | | | |

| ASSESSORMAP VIEWING GUIDELINES | |
|---|---|
| MAP | 177038 |
| | In order to view the Assessor map you must have Adobe Reader installed on your computer system. |
| | If you do not have the Reader it can be downloaded from the Adobe site by clicking the following button. Once you have downloaded and installed the Reader from the Adobe site, it is not necessary to perform the download a second time to access the maps. |

Note: This record is for assessment use only. No liability is assumed as to the accuracy of the data delineated hereon.

 Assessor

# Briana Johnson, Assessor

The links below are **not** maintained by the Clark County Assessor's Office. Please contact the responsible department if you have any issues. Their contact information is provided below the link.

AERIAL VIEW (GISMO)

REAL PROPERTY TAXES (TREASURER)

FLOOD CONTROL INFO (CCRFCD)

[GISMO Contact](#)

Treasurer - (702) 455-4323

CCRFCD - (702) 685-0000

| GENERAL INFORMATION | |
|---|---|
| PARCEL NO. | 194-00-001-002 |
| OWNER AND MAILING ADDRESS | BOY SCOUTS AMER LV AREA COUNCIL<br>7220 PARADISE RD<br>LAS VEGAS<br>NV 89119-4403 |
| LOCATION ADDRESS | CLARK COUNTY |
| CITY/UNINCORPORATED TOWN | |
| ASSESSOR DESCRIPTION | GOV LOTS 1,2 & S2 NE4 SEC 06 23 58 |
| RECORDED DOCUMENT NO. | * 00000199:161920 |
| RECORDED DATE | |
| VESTING | NS |
| COMMENT | CA 03/23/2005 |

*Note: Only documents from September 15, 1999 through present are available for viewing.

| ASSESSMENT INFORMATION AND VALUE EXCLUDED FROM PARTIAL ABATEMENT | |
|---|---|
| TAX DISTRICT | 100 |
| APPRAISAL YEAR | 2020 |
| FISCAL YEAR | 2021-22 |
| SUPPLEMENTAL IMPROVEMENT VALUE | 0 |
| INCREMENTAL LAND | 0 |
| INCREMENTAL IMPROVEMENTS | 0 |

| REAL PROPERTY ASSESSED VALUE | | |
|---|---|---|
| FISCAL YEAR | 2020-21 | 2021-22 |
| LAND | 67,313 | 67,313 |
| IMPROVEMENTS | 26,621 | 26,517 |
| EXEMPT | 93,934 | 93,830 |
| GROSS ASSESSED (SUBTOTAL) | 93,934 | 93,830 |
| TAXABLE LAND + IMP (SUBTOTAL) | 268,383 | 268,086 |
| COMMON ELEMENT ALLOCATION ASSESSED | 0 | 0 |

| | | |
|---|---:|---:|
| TOTAL ASSESSED VALUE | 93,934 | 93,830 |
| TOTAL TAXABLE VALUE | 268,383 | 268,086 |

| ESTIMATED LOT SIZE AND APPRAISAL INFORMATION | |
|---|---|
| ESTIMATED SIZE | 160.27 ACRES |
| ORIGINAL CONST. YEAR | 1996 |
| LAST SALE PRICE MONTH/YEAR SALE TYPE | |
| LAND USE | 44.470 - COMMERCIAL RECREATION. NON-PROFIT ENTERTAINMENT AND REC FACILITIES |
| DWELLING UNITS | 1 |

| PRIMARY RESIDENTIAL STRUCTURE | | | | | |
|---|---|---|---|---|---|
| 1ST FLOOR SQ. FT. | | CASITA SQ. FT. | | ADDN/CONV | |
| 2ND FLOOR SQ. FT. | | CARPORT SQ. FT. | | POOL | NO |
| 3RD FLOOR SQ. FT. | | STYLE | PLACEHOLDER, NO BLDG | SPA | NO |
| UNFINISHED BASEMENT SQ. FT. | 0 | BEDROOMS | 0 | TYPE OF CONSTRUCTION | |
| FINISHED BASEMENT SQ. FT. | 0 | BATHROOMS | 0 | ROOF TYPE | |
| BASEMENT GARAGE SQ. FT. | 0 | | | FIREPLACE | 0 |
| TOTAL GARAGE SQ. FT. | 0 | | | | |

| ASSESSORMAP VIEWING GUIDELINES | |
|---|---|
| MAP | 194000 |
| | In order to view the Assessor map you must have Adobe Reader installed on your computer system.

If you do not have the Reader it can be downloaded from the Adobe site by clicking the following button. Once you have downloaded and installed the Reader from the Adobe site, it is not necessary to perform the download a second time to access the maps. |

Note: This record is for assessment use only. No liability is assumed as to the accuracy of the data delineated hereon.

 Assessor

# Briana Johnson, Assessor

The links below are **not** maintained by the Clark County Assessor's Office. Please contact the responsible department if you have any issues. Their contact information is provided below the link.

AERIAL VIEW (GISMO)

REAL PROPERTY TAXES (TREASURER)

FLOOD CONTROL INFO (CCRFCD)

[GISMO Contact](#)

Treasurer - (702) 455-4323

CCRFCD - (702) 685-0000

| GENERAL INFORMATION | |
|---|---|
| PARCEL NO. | 194-00-001-003 |
| OWNER AND MAILING ADDRESS | BOY SCOUTS AMER LV AREA COUNCIL<br>7220 PARADISE RD<br>LAS VEGAS<br>NV 89119-4403 |
| LOCATION ADDRESS | CLARK COUNTY |
| CITY/UNINCORPORATED TOWN | |
| ASSESSOR DESCRIPTION | GOV LOTS 3,4 & S2 NW4 SEC 05 23 58 |
| RECORDED DOCUMENT NO. | * 00000199:161920 |
| RECORDED DATE | |
| VESTING | NS |
| COMMENT | CA 03/23/2005 |

*Note: Only documents from September 15, 1999 through present are available for viewing.

| ASSESSMENT INFORMATION AND VALUE EXCLUDED FROM PARTIAL ABATEMENT | |
|---|---|
| TAX DISTRICT | 100 |
| APPRAISAL YEAR | 2020 |
| FISCAL YEAR | 2021-22 |
| SUPPLEMENTAL IMPROVEMENT VALUE | 0 |
| INCREMENTAL LAND | 0 |
| INCREMENTAL IMPROVEMENTS | 0 |

| REAL PROPERTY ASSESSED VALUE | | |
|---|---:|---:|
| FISCAL YEAR | 2020-21 | 2021-22 |
| LAND | 67,439 | 67,439 |
| IMPROVEMENTS | | |
| EXEMPT | 67,439 | 67,439 |
| GROSS ASSESSED (SUBTOTAL) | 67,439 | 67,439 |
| TAXABLE LAND + IMP (SUBTOTAL) | 192,683 | 192,683 |
| COMMON ELEMENT ALLOCATION ASSESSED | 0 | 0 |

|  |  |  |
|---|---|---|
| TOTAL ASSESSED VALUE | 67,439 | 67,439 |
| TOTAL TAXABLE VALUE | 192,683 | 192,683 |

| ESTIMATED LOT SIZE AND APPRAISAL INFORMATION | |
|---|---|
| ESTIMATED SIZE | 160.57 ACRES |
| ORIGINAL CONST. YEAR | 0 |
| LAST SALE PRICE MONTH/YEAR SALE TYPE | |
| LAND USE | 12.000 - VACANT - SINGLE FAMILY RESIDENTIAL |
| DWELLING UNITS | 0 |

| PRIMARY RESIDENTIAL STRUCTURE | | | | | |
|---|---|---|---|---|---|
| 1ST FLOOR SQ. FT. | | CASITA SQ. FT. | | ADDN/CONV | |
| 2ND FLOOR SQ. FT. | | CARPORT SQ. FT. | | POOL | NO |
| 3RD FLOOR SQ. FT. | | STYLE | | SPA | NO |
| UNFINISHED BASEMENT SQ. FT. | 0 | BEDROOMS | 0 | TYPE OF CONSTRUCTION | |
| FINISHED BASEMENT SQ. FT. | 0 | BATHROOMS | 0 | ROOF TYPE | |
| BASEMENT GARAGE SQ. FT. | 0 | | | FIREPLACE | 0 |
| TOTAL GARAGE SQ. FT. | 0 | | | | |

| ASSESSORMAP VIEWING GUIDELINES | |
|---|---|
| MAP | 194000 |
| | In order to view the Assessor map you must have Adobe Reader installed on your computer system. If you do not have the Reader it can be downloaded from the Adobe site by clicking the following button. Once you have downloaded and installed the Reader from the Adobe site, it is not necessary to perform the download a second time to access the maps. |

Note: This record is for assessment use only. No liability is assumed as to the accuracy of the data delineated hereon.