**FILED**

MAY -7 AM 9:50
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

To the Court system in think Boy scout's of America should have to pay of us how been threw when we were molested by are troop leader they should pay us what want forever thing happen to us and pay the expensdense doctor visit's my pocket's spend alot's of money for taking me for treatment's ever week for six at a time, i still for treatment's ever month rest of my life Because i cannot handle it today i still think about it make's me cry i talk to my coulser about it make's me feel better when i can talke ▇▇▇ about my problem's but see in my sleep at night i get scared and start yelling out

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

i told my mother see took to the docter that when i started my treatment's sest my life i have to had suitabut in side of ▇▇▇ i have 5 grand son it told my please don't sign them up for Boy scout's because i don't want that to happen them like what happen to the Grandpa i also told please don't my GrandDaughter's in girl scout's i thought it very much safe i was sure wrong about that there is some very much people in the world.

(Clients Claim filling Number ▇▇▇



TULSA OK 740
3 MAY 2021 PM 3 L

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
Wilmington Delware
19801

19801-302499