Judge Silverstein                    SA- ▮

I was abused in 1987, I was 10 years old. My life has never been the same. I still have severe anxiety and sleepless nights. He threatened to kill me if I told anyone. I was scared for a long time. I think its nonsense BSA gets to even stay in business and hide behind chapter 11! I was never contacted after the abuse happend. I was and have been alone every since. but I now know it happened to so many others its sad. They have been caught hiding the abuse. why isnt everyone upset about all the abuse? Why should I care about the BSA when they've never cared about me or any other abused child we can confirm that because they Hid their "Perversion Files". to them its just business. Please don't let the BSA get away with it. Protect The Children!
                    Thanks






ALBUQUERQUE NM 870
3 MAY 2021 PM 4 L

Justice Lauri Silverstein
BSA Bankruptcy Case
624 Market Street
6th Floor
Wilmington, DE 19801

19801-302499

