Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE  19801

**FILED**
2021 MAY -7  AM 9:58
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Your Honor –

My name is ███████ and I'm 58 years old.  I was serially abused by my Troop ███ Scoutmaster, ███████, over a time period of about 2 ½ years.  I was treated to airplane rides, allowed to play with expensive electronic gear (He was an engineer at ███████ which would eventually become ███████, and was given alcohol regularly by him when I was 12 years old, at first in a little house he rented, and then at the permanent home he built.

I struggle EVERY SINGLE DAY with the notion that I allowed this continue for so long.  How could I?  What was WRONG with me that I didn't tell someone & make him stop?  He in fact made me terrified that someone would find out, and that we'd BOTH be in real trouble.  At the same time, he assured me that this is how 'men' behave when they're together, especially when they're friends.



PLEASE do not them get away with this.  The thought that I've opened up so many old wounds only to know that absolutely nothing will come of it is heart wrenching.

I'm begging you to hear these stories & imagine that it's your child – I have two sons, grown now, and the thought of them, at 12 years old, enduring in silence what I did, tears me in half.

I hope it does you too & you act to see that they pay for what they ignored.  They pay for the lives they ruined.  Mine is one of them.



The Honorable Justice Lauri S Silverstein
BSA Bankruptcy Case
824 Market St. - 6th Floor
Wilmington, DE
19801