**FILED**

**2021 MAY -7 AM 9: 54**

SA-███
5.1.21

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington DE 19801

Justice Silverstein:

I'm in receipt of an email from my lawyer, ███████████ He asks that if I'm comfortable with it, to write you and the court with my personal story. Well, I'm horrible uncomfortable with it, but if he is to properly defend me, its necessary. By way of ███ firm, I've already provided the physical abuse events via the "proof of claim" form. I will choose that which I will repeat in this writing.

Its impossible for one to know what its like to suffer from sexual abuse unless they've experienced it themselves. The world needs to know what the victim thinks and how it forever changes their life. Tough as this is to relate, perhaps this will stay the would be abuser and let the victims know that they're not alone in that which is irreparable.

Know that this is a difficult undertaking for me. My emotions surrounding this are very negative and racing through my mind. Its hard to focus. This wound does the opposite of a conventional injury. It just gets worse over time. Nonetheless, I will attempt to describe this but I must be given some leeway if some of it seems incomprehensible. I try to block out as much of it as I can. Even though this happened 48 years ago, I can still see much of it as if it were yesterday.

The rest of this letter will be in two parts. The first will be a select history of events and the second will explain the aftermath of the abuse.

It all started when I was a young boy who had just joined the Boy Scouts. The BSA Scoutmaster seemed like an o.k. leader of our troop. The meetings were held at a church in ███████ AR and were unremarkable. One day my mother dropped myself and my two brothers off to spend a weekend with this Scoutmaster. Way to go mom - I hate saying this about my own mother but did she not have any doubts about leaving us alone with this single, unmarried middle-aged man? Did she just assume nothing bad could happen to us? Or did she just not care what happened to us and was glad to be free for the weekend? These and other questions I will not ask her because she is now an old frail women in her 80's. No good could come of it and it may precipitate her death. I will simply continue to bear this on my own like I always have. To return, the daytime went fine and we had fun with outdoor activities like fishing, shooting guns, etc. By nightfall I was extremely tired and this young, pre-puberty boy, who knew nothing of sex, wanted nothing more than to go to sleep. The sleeping arrangement was set up by the Scoutmaster, hereinafter referred to as the predator. My two brothers were to sleep in a bedroom at one end of the trailer (mobile home), while I and the predator were to sleep in a bedroom at the other end. Since I was very sleepy, I was allowed to go to bed alone and fell

Did my brothers, who were in the other end of the trailer know what was happening to me? 48 years later, I still don't know. If they did, they were and still are, too scared to say anything.

He was supposed to be a BSA Scoutmaster with all wisdom and caring for his scouts. Instead, it could be well argued, that he did worse than kill me. I remember telling him that what he was doing was "dirty".

This predator, his name is ▇▇▇ was murdered in ▇▇▇ AR; probably by another victim of his activity. If so , I owe his assailant my thanks.

The following Monday I had to, of course, go back to school and pretend nothing had happened. I remember waiting at the bus stop in dread about being around other kids. When the bus arrived I got on, sat by myself, and stared out the window. This behavior was repeated for the remainder of my school bus rides.

You see, after I was abused the one and only thing I was sure of is that this must remain a secret. I became and still am, reclusive. I must ensure that this remains a secret, so, I'll just avoid people as much as possible. That way there's less of a chance that my secret might slip. Look, if I tell people what happened I'll either be disbelieved or laughed at; or, pitied, shunned, and treated like a curio.

But all this closed lipped business has failed to serve me. People can sense when something is "wrong" with an individual and they knew there was something wrong with me. How?.. For example, I'm with a group of guys and one of them is telling a joke that is sexual in nature. Everyone laughs but me. Anything sexual transports me back to that awful night. They glance at me and wonder why I'm not laughing at this "funny" joke. I become a pariah but its still better than if they found out the truth.

What's really bad is that when I did reach puberty, I found that I was interested in women - not men. Yet I had to learn about sex, pre-puberty, from a male child molester.

Confidence - He took my confidence. Confidence is reaffirmed by the people you are around. Well guess what, ... now I don't want to be around people. Hence the jobs I was able to get I tried to socialize as little as possible with my co-workers. This led to poor job assignments and many times I was disappointed to see junior co-workers promoted ahead of me. My latest adversity is an unfair dismissal from a job I'd held for 23 years. I know, however, that my ability to get along with my co-workers had something to do with it. It can't be hid. I'm always in distress.

I feel as though I'm all alone and left to deal with this personal tragedy that I can't speak of. And then there's the emotional overload where it seems as if these thoughts will overwhelm me. I have to be an actor around people and the "just be yourself" phrase doesn't apply in my case as the "yourself" has been stolen from me.

Envy - Now I have envy. Envy of what? Envy of other people who have not experienced a misfortune like mine. People that I see at restaurants talking and laughing and simply enjoying the company of one another. That luxury was taken from me also. How I do envy those who have nothing to hide and are at complete liberty to talk about anything and everything.

I've wasted many hours in preoccupation with this. When I'm lying in bed and trying to sleep these thoughts are, of course, welded into my brain and cannot be removed. So, for a distraction I think of death. Yes!... DEATH. Look, I was asked to write about this so now you're getting it. The no holds barred truth. Why think of death? Because it helps me to go to sleep. How's that for morbid? Here's my logic ; if I'm dead, then I won't have to think about it anymore, right? Problem solved. And yes it is also very sad.

These are the results of a child molester's activity upon a child. They have destroyed that

child.
   Then there's the fear of damnation in the afterlife. A victim already knows what hell looks like. God may be displeased with a victim that takes his own life. Therefore, a victim risks an eternal hell in the afterlife in the form of that which he endured while on the earth.
   But, on the brighter side, if a victim dies through no fault of his own then he should be allowed entrance into heaven, right? Free and clear of the threat of hell. Free and clear also of the memory of the sexual abuse inflicted upon him.
   My personal preference is that something will fall from the sky and smash me in my sleep. Quick, instant, death. Yes, I agree.. very strong stuff. Yet this is the fallout of these molesters. Confused, sad shells of human beings that were once happy and had a personality. They take it all.

SA - █

   This piece of chump change that Hartford is offering on behalf of BSA is an outrage. Further, this reorganization plan won't do. I write not just for myself but for all the other molestation victims of BSA. These young lives have been crushed. BSA should adhere to the TCC's findings at the LEAST. If it were up to me, I would have BSA completely disbanded and their assets liquidated. As it stands now, this creepy outfit STILL attracts predators.

SA - █




NW ARKANSAS AR 727
3 MAY 2021 PM 2 L

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington DE
19801-302499

U.S.M.
X-RAY