TO: Justice Lauri Selber Silverstein

BSA Bankruptcy Case

824 Market Street

6th Floor

Wilmington, DE 19801



REF : SA - ▇▇▇▇▇▇

Its been almost 50 years ago and finally after a failed attempted suicide and many years of guilt for something that wasn't my fault. I am finally feeling some relief from this that I've never told another living soul about. I've spent years of shame and even questioned my own sexuality at one point . The importance and significance of finally bringing closure is a relief beyond compare. I believe in the justice system and pray that you may find the right decision in helping so many to finally heal from years of torment . I say this not being egregiously motivated , but rather justice for all who have suffered and some for many years of life that has become lost time. May a resolution be made that is fair and just, even knowing that its almost impossible to put a price on such a horrible violation . We pray that the court may find mercy and justice in this decision .

CLEVELAND OH 440
3 MAY 2021 PM 1 L

Justice Lauri Selber Silverstein
BSA U.S.M.S.
824 X-RAY Street
6th Floor
Wilmington DE
19801

19801-302499