Dear Justice Lauri Selber Silverstein

My Claim number is SA-███████

What I went through all these years thinking about it many many many times. It was horrible. I sure hope you can help me get what it is worth the suffering I went through all these years.

I sure tell my grandkids be very careful if you do join the B.S.A., and report it to your parents if something happens to them.

Please stay safe and God bless you

Thank you, ███████



SOUTH JERSEY NJ 080
4 MAY 2021 PM 7 L

Justice Lauri Selber Silverstein
BSA Bankruptcy Case.
824 Market Street 6TH Floor
Wilmington, DE, 19801

19801-302499