05/01/2021

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

FILED
2021 MAY -7 AM 9: 58
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Claim Number: SA - ▮▮▮▮▮▮▮

To date, this case has only been about bankruptcy, the BSA, the insurance companies, and the lawyers. Enough.

Their interests should pale in comparison to mine. How many other neglected children have the BSA abused with the help from local Councils, and their insurers?

The BSA reorganization plan is insufficient. The resources of the BSA that should go into a plan to compensate me instead of processing a vote through the Bankruptcy Court that is dead before it even gets voted on.

Sincerely,

[signature redacted]



NEW ORLEANS LA 700
3 MAY 2021 PM 2 L

JUSTICE LAURI SELBER SILVERSTEIN
BSA BANKRUPTCY CASE
824 MARKET STREET
6TH FLOOR
WILMINGTON, DE 19801

U.S.M.S.
X-RAY

