**To:** Judge Laurie Selber Silverstein
**From:** ▮
**Claim** ▮
**Date:** Monday, May 3rd, 2021
**Subject:** Victim Story & Upcoming Hearing

FILED
2021 MAY -7 AM 10:00
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

---

*I am trustworthy, loyal, helpful, friendly, courteous, kind,
obedient, cheerful, thrifty, brave, clean, and reverent.
I am an Eagle Scout, and this is the Scout Law.*

*I am tainted, a victim, a shell of myself, petrified, sleep-deprived, cautious, bitter,
devastated, agitated, fearful, questioning, and always slow to trust.
I was raped as a Boy Scout, and this is my story.*

---

## The Bankruptcy

The Boy Scouts of America ("BSA"), the world's largest scouting organization, is involved in a bankruptcy and mass tort case after an unprecedented cascade of lawsuits claiming a history of sexual assault in its ranks. Close to 85,000 claimants have come forward as survivors; each one of our stories is a shocking reminder of (i) the toll that sexual assault can exact, (ii) the pervasiveness of sexual assault for men and boys, and (iii) the outsized impact of sexual assault when it occurs within a trusted institution.

I believe in the message of Scouting. It is noble and idealistic. Over decades, millions of boys have become better, more resilient men because of their experience in BSA. But if there is one thing I learned while earning my Eagle, it is this: you are accountable for your actions.

BSA leadership has sadly chosen not to follow the very values they espouse. Though they have acknowledged the devasting impact of their negligence (and often deliberate failure to act), their words are meaningless when their actions push survivors to the side. It was the BSA's decision to pursue bankruptcy, not the survivors. I will probably never see my day in court, and the discussion around the irreparable harm caused to me is now one of dollars and cents. I feel disgusted and shameful that this is my only available recourse.

I hope my story serves as a reminder of what this whole ordeal is truly about: addressing mass trauma and giving survivors the space and support to finally heal.

## My Story

I hesitated about submitting my claim from the moment BSA filed for bankruptcy in February 2020 to the deadline that November. Scouting had been a central part of my life and the foundation for my relationship with my father.

An Eagle himself, my father took an active role in my experience and served as my Troop's Scoutmaster. He patiently taught me to enjoy camping and the great outdoors. He watched with joy and paternal pride as I rose through the ranks to become Senior Patrol Leader. He personally submitted a letter of recommendation for my Eagle review, and when I was approved, he shamelessly told everyone he knew, from friends to customers in his small auto shop. When he passed away, my Troop even dedicated a building in his honor.

Throughout 2020, it became my morning routine to stare at the "Submit BSA Claim" scratched out on my wall calendar and wonder if I was doing the right thing by coming forward. At any moment, a spiraling cacophony of intrusive thoughts could fill my head with questions and doubt, sidelining me from work or time with friends and family.

*"What if you can't prove it? You don't even know his name!"*
*"The rest of your time in Scouts was good. If this were so bad, how did you get your Eagle?"*
*"Did it happen in 6th or 7th grade? Why can't you remember?"*
*"How could you do this to your father? Don't you care about his legacy?"*

Inevitably, a lone thought would break through and fill my mind with sadness and defeat. The very words my rapist said to me as he stole my innocence and sentenced me to years of shame and self-doubt.

***"You're nothin'. You're never gonna be nothin'."***

## My Assault

███████████ at Camp Old Indian in the Appalachian Mountains of South Carolina. I was in 6th or 7th grade, tall but skinny as a rail. My father (Scoutmaster at the time) asked that I reach out to an older Scout from another Troop who was struggling. He had been lashing out and bullying others around the camp, and troop leaders and camp staffers were concerned. My father knew that I had a knack for connecting with people even at my young age.

It was a Wednesday. I remember because it was Parents' Night. Family members came to camp to participate in organized activities, eat a great meal, and visit the campers. I had been running around all day, so I went to shower before heading to the mess hall where everyone across camp was gathered.

I was alone when that older Scout walked in. Still a boy himself but with the body and build of a man. I do not remember what he looked like, but I can still feel the anger in his eyes. I tried to push past him ███████████

Afterwards, I scrubbed myself with soap until the entire bar was gone and my hands were pruny. I felt dirty. My body shook. My eyes burned from the tears. I needed to tell someone, so I toweled off, changed clothes, and stumbled two hundred yards to the mess hall where all of camp was gathered. I saw my mother, but I could not work up the courage to tell her. How could I? I hadn't fully processed what had even happened.

I stammered out: "I want to go home. Can I please go home?" She understandably assumed I was homesick and told me to calm down and stop making a scene. Hundreds of boys and their families were watching me cry to my mother, and already I could feel the heavy veil of public judgment descend around me. That was the very moment I repressed the memory. I would not uncover it until years later when I went to spread my father's ashes at Camp Old Indian and saw that bathhouse.

### It's Time to Act

An eternity occurred in a few short minutes. Throughout the assault, he repeated the words "You're nothin'. You're never gonna be nothin'." Looking back, he was broken and speaking to himself. Still, I took those words to heart like a masochistic mantra. To this day, I doubt success and welcome failure. I strive for perfection, yet when the time to act arrives, I watch the moment pass as I fall into depression.

No longer.

Trauma is defined as "an experience that the mind cannot mentally or emotionally process." To this day, I cannot process what happened to me. I cannot process how Troop leaders and camp staffers knew about an aggressive older Scout and let him roam freely around camp. I cannot process how BSA allowed known abusers to serve as Troop leaders with unfettered access to young boys. And I cannot process how, in light of the flood of verifiable allegations, BSA has chosen to focus on their bottom line over the needs of those abused in their care.

I hope and I believe that BSA will do the right thing, but their current plan indicates otherwise. Barring any significant changes, I will be voting "no" on the upcoming reorganization plan. Moreover, BSA's actions demonstrate that they are unable to rise to the moment and lead the bankruptcy proceedings.

This is more than a bankruptcy. This is an opportunity to acknowledge past wrongs and do what is needed for tens of thousands of men to find the peace they deserve. It is our voices that serve as both guardrails and the North Star. This case is about one thing above all else: the survivors.

Thank you,





NEW ORLEANS LA 700
3 MAY 2021 PM 1 L

Justice Laurie Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801

19801-302499

