05/01/2021

Justice Lauri Selber Silverstein

BSA Bankruptcy
824 Market Street 6th Floor
Wilmington, DE 19801

REF: SA-███

FILED
2021 MAY -7 AM 10: 14
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

This letter is to advise you of what has happened to me since the appalling incident that happened to me 41 years ago.

███

This disgusting action started a series of events that caused my whole life to go down hill. In-

███

It is because of what happened to me that I feel the world has changed and the way people are now, there is no longer a "safe" place in our society for a foundation group who takes children into the woods to be SAFE. How do we know this is not still going on? Boys so scared to TELL anyone, especially their parents, like I was! So scared to tell them, which I never did...they NEVER knew this happened to me.

I want everyone who reads this to know...everyone that is involved with BSA is responsible for what happened to me and the others.

By finally telling my story now, has given me such freedom of my mind and soul. It freed me to let the poison out of my soul at long last. I no longer have to hold this secret in my body. The shame, guilt, anger, rage is all gone now. The only thing missing is the JUSTICE that needs to be taken care of and I am hoping that by you reading my story will help you to get the justice done in a timely manner. My story is only ONE of thousands of stories with the same out come.

I am now 58 yrs. old, divorced 4 times, and still feel all alone. I am still scared, confused and don't understand why this happened to me.

I felt for 41 years that if I told anyone what happened to me that no one would care. Now I feel someone cares and will do something to actually stop this from happening to other kids-now-and in the future.

Sincerely,





SPRINGFIELD MO 658
1 MAY 2021 PM 3 L

Justice Laurie Selber Silverstein
/BSA Bankruptcy/
824 Market Street 6th floor
Wilmington, DE 19801