FILED

2021 MAY -7 AM 10:04

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

To whom this may concern

My name is ███████

My abuse started in 1975 and continued for approximatley 2½ years. My family life was in constant turmoil I looked for the boy scouts for a sort of family but instead received a false sence of caring from the head scout master. This abuse started wit ███████ then moved onto ███████ then finaly ███████ the shame and disgrace I felt was unimaginable this abuse and shame has ruined my first marrige my over protectivness of my sons and my grandsons to relive this experience again throug this law suit is overwelming thank god for my new wife is caring + positive and has seen me through some very rough times she is an extremly understanding woman I would not allow my sons or grandsons to join the boy scoots never truley giving them a reason my consul was troop ███████

Sincerely





HARTFORD CT 060
4 MAY 2021 PM 6 L

U.S.M.S.
X-RAY

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th floor
Wilmington DE 19801