**FILED**

2021 MAY -7 AM 10: 16

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE



Justice Laurie Silber Silverstein
BSA Bankruptcy Case
824 Market Street 6th floor
Wilmington, DE 19801
April 26, 2021

Dear Justice Silverstein,

Obviously, this is an exceedingly difficult and personal event that happened to me which has affected my life. It is difficult to write or even think about what has happened to me, and the effect it has had on my family. Growing up and coping with the abuse I went through was almost impossible. If it weren't for my faith, I do not believe I would have been able to cope. I contemplated a lot of other options. I am incredibly grateful for my life now, but as a child, I was introduced to a reality of degenerate sex and alcohol that no child should ever have to see or have to participate in. I hope this letter lets you see that this is not about numbers, money or insurance companies, it's about what the Boy Scouts which should have been a trusted group of mentors did to unsuspecting children and their families. The Boy Scouts had and have a responsibility to own up to what they allowed to happen. I can only imagine what my life could be like if I had not gone through what I did. I am extremely fortunate to have a loving wife that understands that I still have nightmares about what happened to me and several of my friends.

Warm Regards,





TAMPA FL 335
SAINT PETERSBURG FL
3 MAY 2021 PM 9 L

19801-302495

Justice Laurie Silber Silberstein
BSA Bankruptcy Case U.S.M.S.
824 Market Street 6th Floor X-RAY
Wilmington, De. 19801