Judge Silverstein

Please forgive the issues with my writting skills and the non sugar coated dialete.

I am a 63 year old never married heterosexul male who was abandoned at age 3 and put in an orfanage in Duval County Fla. Never meet my mother my birth father once at age of 18.

My father's father a railroad engineer and his wife Mamie adopted me at age 5½. At that time they were in there mid 80's had raised 5 kids and were devote Mormons, was never deprived of material things nor given without learning


pg. #2

how to earn my own $ when I turned 10 yrs old. New Briggs & Straton mower and a 2 gallon gas tank full to earn with.

Joined the Cub Scouts at Church at 8. Joined the Boy Scouts at 12 at Church. That's when I meet ▇▇▇▇ my Scoutmaster. A Social Worker for the County, Army Reserve Paratrooper, about 28, lived in an attic apartment above his parents house.

I cannot ever remember getting any hugs or much personal attention from my grandparents, but you can't miss what you never had. Of course at 12 yrs old when ▇▇▇▇ first took me to his parents house after Scout Meeting to work on a merit badge Survival,

I HAD TO COLLECT DANDYLIONS FROM his PARENTS YARD COOK AND EAT THEM WITH THE DINNER his MOM MADE. IT WAS DARK OUTSIDE ▓▓▓▓ SUGGESTED I STAY OVER So I CALLED my GRAND MOTHER ▓▓▓▓▓▓▓▓▓▓ WAS THE Ph. # IN 1970. ▓▓▓▓

MOM SAID TO My GRANDMA IT WOULD BE OK TO STAY OVER AND JERRY WOULD DROP ME OFF IN THE MORNING A SAT.

ONCE IN his ATTIC Room he SUGGESTED I LET his MOM WASH AND PRESS MY SCOUT UNIFORM SO IT WOULD LOOK GOOD IN THE MORNING. SO THERE I WAS IN MY WHITE BRIEF UNDERWARE, THATS WHEN MY TWO YEAR RE-LATIONSHIP WITH ▓▓▓ BEGAN, I DON'T CARE TO GO INTO WHAT HE DID

Pg. #4

me again in writing. Read my original statement case # SA-[REDACTED]

I later in life at 19 home from the Army 82nd Airborne Div. I saw [REDACTED] picture on the news in Jax, Fla. he was sentenced to 25 years state prison for molesting many young boys as a social worker. I never realized the impact through my whole life when [REDACTED] replaced me with a younger blond boy when I was 14. I quit scouts. Be abandoned twice in life at such early age set my life on the path of not trusting or understanding love. I always have just used people for my benefit.

IN SEPT 2019 WHEN I DECIDED TO SPEAK UP HAVING NO FAMILY OR FRIENDS TO JUDGE ME I FEEL A GREAT SENSE OF RELIEVE GETTING THIS SECRET OUT.

I ASK YOU TO JUDGE THIS CASE WITH COMPASSION AND EMPATHY FOR MYSELF AND ALL THE OTHERS. MY LIFE WAS FOREVER ALTERED BUT I'M IN GOOD HEALTH AND HOPE TO BURY THAT EXPERIENCE DEEP IN MY MIND ONCE THIS



Justice Lauri Selber Silverstein
BSA Bankruptcy case
824 Market St. 6th floor
Wilmington DE, 1980[?]