4-27-21

FILED
2021 MAY -7 AM 10: 10
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Honorable Justice Silverstein; CASE # ▮

~~Thank you~~ very much for the work you are doing on the BSA sexual assault case.

I was sexually assaulted by our scout leader who came to our little farming community from a large town in the Texas panhandle. Our town of Hedley wasen't big enough to have our own leader so this man ▮ was his name, came once a week from Memphis Texas to conduct our troop meetings. I trusted this man and so did my parents. I was so innocent, only 9 yrs. old. I'm 74 now and I remember parts of the abuse like it was yesterday!

He said that if I told my parents or anyone he would say that it was me that wanted to do those "things"! I was scared and ashamed and I never told my parents or anyone until he was caught molesting another boy months later. The abuse changed my life forever! It affected my self-esteem and confidence and made me question my sexual identity for many years.

One person molested me one time and I've tried to process that. What is going to effect more people are the institutions that are supposed to give justice which allow repeat offenders to exist in the world and allow so

3

many people never to be charged!. Those institutions are more damaging than anyone person could ever be. The abuse is systemic and so much more common than we think.

I'm getting to be an old man now with medical issues and financial problems. Compensation is important to me but what I really want is "Justice"!

Respectfully Submitted,

JUSTICE LAURI SELBER SILVERSTEIN
BSA BANKRUPTCY CASE
824 MARKET STREET
6TH FLOOR
WILMINGTON DE 19801

