FILED
2021 MAY -7 AM 10: 10
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Too. Justice Lauri Selber Silverstein
B.S.A Bankruptcy Case

824 market St 6th floor
Wilmington DE
19801

After reading the 4-26-21 AIS report I strongly support All the advice given from my attorneys Too move foward To actully hold those predators of the BSA accountable for each and every child in which had been abruised under their care.
~~I~~ myself am a Victim.
Also an ~~survivor~~ Survivor living day by day with an hiden Secret that im regretting for the rest of my life.
So I strongly believe That the BSA should pay to their fullest for there neglect which have harmed so many yes, even As Adults we still Suffer Greatly.

SA-███

NEW YORK NY 100
4 MAY 2021 PM 1 91

U.S.M.C.
X-RAY

To Justice Lauri Siverstein
BSA Bankruptcy Case
824 Market St
6th floor Wilmington DE
19801