To whom it may Concern;

I am writing in concern of Boy Scout of America. I was a young Cub then Boy Scouts. I was a victom of both Scoutings. Each time I was a scout, I was subject to being melested on 5 diffent occasions until I got out of the scouts. Each accurance happened at camping or having to stay after meetings to clean up.

The damaged that had inncured was after and during my Scouting made me suicidal until I had my 2nd child in my mid 30s.

It made me think I was gay eventhough I never had attraction to men. Which I couldn't understand why I was like this. I also became a loner due to my confusion. I always thought that it was my fault for letting the men touch me in the way they did.

I personally think they should end the programs because I think the men were in it only for one purpose.

FILED
2021 MAY 7 AM 10:12
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justise Lauri Selber
Silverstein
BSA Bankruptsy Case
824 Market St, 6th Floor
Wilmington, DE 19801



PORTLAND OR 972
3 MAY 2021 PM 3 L

19801-302499

U.S.M.J.
X-RAY