CASE # ~~CSA~~

To: Justice Lauri Selber Silverstien

I want to start with my mother was killed in a car wreck when I was 2 years old. I did not need a grown ███████████████ pedophiles know how to pick kids that have already have had a tragic life I was only 6 years old when ████████████████████████ I was lucky I got a chance to run away my friend didn't I was just a cub scout and I fully believe if the boy scouts are left with enough money to carry on you will be contributing to criminals that are far more criminal than appears on the surface.

FILED
2021 MAY -7 AM 10: 17
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE



JACKSONVILLE FL 320
3 MAY 2021 PM 1 L



JUSTICE LAURI SELBER SILVPERTEIN
BSA BANKRUPTCY CASE
824 MARKET STREET
6Th FLOOR
WILMINGTON, DE.
19801

19801-302499