5-3-21



FILED

2021 MAY -7 AM 10: 18

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE

I am writing to you as a victim of sexual abuse while I was a Boy Scout.
I always looked forward to my troop meetings where we interacted and learned something new. But I especially looked forward to the outings. I loved going out into the woods, setting up my tent, building my cooking fire and all the activities that we

Saying something like "your ok, your ok".
Then he took me back to my tent and left me there.
I never told anyone about this but I never forgot it either.
I always wanted to get married by the time I was 30 and planned on having 2-3 kids. But that never worked out. Whenever I got close to someone I just couldn't go the next step. I've always had the incident in the woods in the back of my mind. It comes to the front of my mind at times but I do t know why.
I eventually did get married at the age of 50. I do not have any children but I wish I did.
I feel my life was changed that day in the woods. It should never of happened and it should never happen again.





Justice Laurie Selber Silverstein
U.S.
BSA Bankruptcy case
824 Market St.
6Th Floor
Wilmington DE 19801

X-RAY

19801-302499



BOSTON MA 021
3 MAY 2021 PM 2 L

FOREVER