

FILED
2021 MAY -7 AM 10: 25
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

April 26, 2021

**Justice Lauri Selber Silverstein**
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

Re. Case: SA - ███

Dear Justice Silverstein,

    I am writing this letter in support of the case against the Boy Scouts of America to add my experiences as a young boy to those of the thousands of other boys who were abused and preyed upon by Scout leaders.

    I was only 12 years old when I was seduced by the Assistant Scout Master in my Boy Scout Troop in Washington, D.C. For nearly a year he claimed to be teaching me about sex, something my parents failed to do, and had me practice on him. These events took place both at his residence and in the basement of the church where the Boy Scout meetings took place.

    I believe the Boy Scout had a sacred trust to both teach and protect the young men that it worked with. That trust included supervising the teachers and leaders of the organization. For me, that supervision entirely failed, if there was any to begin with. No child should be subject to the predations of adults who will not live up to the oaths and responsibilities they have committed to.

    My path to healing has been long and I keep finding new understandings about my sexuality that have been hidden in the dark recesses of shame and guilt. I hope you keep in mind what I and many others have gone through at the hands of those who should have known and acted far better.

