May 3rd, 2021

Dear Justice Silverstein your Honor.

My name is ▮▮▮▮▮▮▮▮ I am ▮▮ years old and as a child I was involved in scouting, first as a Cub Scout, then the Boy Scouts. I was a good scout and an innocent 14 year old boy, a good boy who did not mistrust anyone until I was sexually abused in a sickening manor by my Scoutmaster Mr. ▮▮▮▮ in ▮▮▮▮, Oregon 1979.

The mental and physical effects have taken pretty much the majority of my years just trying to cope, deny, suppress and I think to myself how my life could have been more meaningful and less disgusting if only I hadn't been raped by a man and subsequently affected every significant intimate moment with females in my close personal life. Married 3 times I've lived the gauntlet of sexual abuse to the point of multiple suicide attempts before I turned 20 years old. Cut/slashed my wrists

FILED 2021 MAY -7 AM 10:26 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

and it pains me to look at the scars to this day.

I personally hold the Scouts accountable because it seems nobody else is.

My heart is heavy and I hurt very much now that I allowed what happened to surface from the depths in my mind I kept it buried.

I ask your wisdom and morality in your decisions regarding the whole scope of this, my nightmare.

I'm just one man and doing the right thing may hurt the BSA but that pails in the hurt I've lived.

I'm no longer suicidal but of course I'm angry at the flippant attitude the BSA has shown towards Men raping boys.

Thank you for allowing me to write this as best as I could explain to you a stranger. This is ALL true and maybe you could prosecute for what he did to me.

WICHITA K
3 MAY 2021

U.S.M.S.
PAY

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE.
19801