May 1, 2021

FILED

**Subject**
**Sexual Abuse I experienced by a Scout Master in Georgia**

2021 MAY -7  AM 10: 28

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE



**Justice Lauri Selber Silverstein**
**BSA Bankruptcy Case**
**824 Market Street**
**6th Floor**
**Wilmington, DE 19801**

Dear Judge Silverstein,
The attorney ▮▮▮▮▮▮▮▮ asked me to write a letter of my experience of Sexual abuse by a Scout Master in a troop sponsored by the Church of Jesus Christ of Latter-day Saints (Mormons) in Augusta, Georgia when I was 13 years old.

I am retired, US Air Force Veteran during the Vietnam Era, hired by IBM as a Field Engineer including Field Service Management and retired after 32 years, and then finished my work career of 50 years in the Insurance and Financial Industry. I have a degree in Business and now retired for the last time.

My father was a career US Air Force Sergeant and I lived with him 9 years before I enlisted in the US Air Force. We lived in Illinois, where I joined as a Scout and then in Augusta, Georgia after Dad was transferred to Fort Gordon outside Augusta.

My Dad and most of the family are members of the LDS Church. My Step Mother was Methodist. There was a family 4 doors from our home who were also LDS and I became friends with the family and their 2 boys. We had the same interests and they invited me to join the Boy Scout troop at the LDS Church.

In the meantime, Mormon Missionaries visited our home introducing the LDS Church to my Step Mother who was Methodist. This was shortly before the Sexual Abuse of the Scout Master.

First of all, I enjoyed the Scouts in Illinois and at first with the camping and swimming outings that my Dad encouraged. I read the Boy Scout Handbook so much the Cover faded. I still have the "Handbook for Boys" June 1953 printed 525,000 copies and 13,400,000 printed since 1910. Because we moved so many times from place to place, it was somewhat difficult to complete the badge requirements. My Handbook has my markings and pencil of decoding the Morse Code on the Eveready Flashlight last page that started my interest in learning the Morse Code and a Ham Radio license that led to the 32 year career at IBM.

The 2 other kids and I learned the Morse Code together which opened up shortwave listening and eventually Amateur Radio and the first license in 1960. How the LDS Scout Master ████████████got into my bed was because he was in the Army stationed at Fort Gordon as an Electronics Instructor. I had built my shortwave radio and was having trouble with diagnosing a failure. He offered to come over to the house and help. My radio was in my bedroom.

It got late and he asked if he could stay the night. I asked my Dad and

████████████████████████████████████████████

he was sorry and took his hand away. I don't know why I said this but I remember it like it was yesterday 'I don't feel Sorry for you, I Pity You".

He turned over on his side away from me and I Think he was crying. I went back to sleep. When I awoke at 7 AM, he was gone. He rode a Cushman Motor Cycle he gave other kids a ride on. I immediately told my Dad what happened at 3 AM. My Dad was a pretty tough guy. As I told him, I watched his teeth clench and his knuckles turn white in a fist. He didn't say a thing, just went out the door. The first thought was he was going to kick the crap out o█████████if he could find him. My Dad instilled in me to tell him everything especially where I was harmed by bullies or problems at school.

That night Dad told me that he was Not going to take me to the Church for Scouts anymore. I asked why? He said he had ██████████ thrown in the Brig at Fort Gordon. That was the end of my fun in the Scouts. Later on I found out Dad had indeed got █████████ Arrested, he visited the Elders in the LDS Church and told them what ██████████had done in my Bed at home, and I nor our family was never coming back to that Church. He said the Elders said "We will Excommunicate ██████████but at that point, Dad put the Boy Scouts out of my life and the LDS Church in Augusta, Georgia.

It really screwed me up for a while. I was just noticing girls, puberty, and I had no idea there were men that were predators of kids like him.. I was reluctant to trust any man except relatives or my Dad. My Dad was also very watchful. I was a skinny blond haired, blue eyed kid.

I also never let my kids join the Scouts. My wife was a cubmaster for a short time but without me or her directly involved, there was no way I would expose my kids to what I experienced at age 13.

When the Bankruptcy of the Boy Scouts was publicized, membership dropped and the LDS church discontinued the association with the organization, I kind of followed the process. I did not know about the lawsuit until last year when I saw the ads on TV.

I contacted one of the boys who was also in that troop at the time, both younger to refresh what the troop number was, we seem to think it was Troop ▮▮ and what they might have experienced with ▮▮▮▮▮▮ I was surprised, all of us in our 70's, were still alive. I talked to each one. One in particular was 7 years old at the time I Think. His name was ▮▮▮▮▮▮. I did not know him as I was 13 and we only camped out together. ▮▮▮▮▮▮ would take the Scouts and Explorers at different times swimming. He encouraged the Scouts to swim in the nude. He never asked the Explorers to do that. ▮▮▮another in the Scout troop but younger gave me ▮▮▮▮ phone number in Arizona..

When I talked to ▮▮▮ on the phone, he is retired, introduced myself and told him of the Lawsuit and the deadline to file if he wanted to, he was surprised that I knew about ▮▮▮▮▮ abuse of him. I told him ▮▮▮ who was also in the troop, who was his friend ever since Augusta and told me to call him.  He did not Think he told ▮▮▮about the Sexual Abuse he experienced with ▮▮▮▮▮

I shared my experience and he opened up more about his. I Think his Dad, an Army Sergeant Electronics Instructor at the Fort Gordon Signal School worked together with ▮▮▮▮▮▮as he was also an Instructor. That relationship most likely prevented ▮▮▮▮▮as a little kid from telling his Dad about ▮▮▮▮▮ abuse, unlike me being older. He said ▮▮▮▮▮ abused him at least twice in his home while he was in the scouts. I could tell he was really having a hard time talking about it as he had put it out of his mind and I was asking him to relive it.

I told him what my Dad did and got ▮▮▮▮▮▮ thrown in the brig. He did Not know that as ▮▮▮▮just disappeared. He ended by saying "I HATED ▮▮▮▮ ALL MY LIFE". He was too young I guess at the time to tell his Dad, as ▮▮▮▮ they most likely worked together and were members of the LDS Church.

███████ shared that on Scouting campouts with us, the Scouts and Explores together had separate tents around the campfire. ████████ on one occasion I witnessed from our "Explorer Tent" laughed and said "I'm going to "Tuck the Boys in" and went into the younger kids tent. At first the littler kids were laughing, then the laughter went away and it became quiet. I thought nothing of it and fell asleep.  But when he abused me, that is how Tolman used Campouts as opportunities to abuse kids. I guess I was lucky.

███████ had a Cushman Eagle motor bike; he took kids for rides. I always wanted one, sure am glad I did not go with him.███████ tried to abuse my 2 friends in the Explorers but told him to stop and accepted that ██████ was 'just █████████' but maybe they were abused but decided not to tell me.

It took a while for me to get over that experience, but my Dad got ████████ thrown in the Brig and assured me ██████ was a bad man and not like others.

Over the years, whenever there was Sexual Abuse in the Scouts, I read every article. Especially if the Scout Master was exposed and punished, not many. Talking to the other kids, rumor was ██████ wound up in Leavenworth, Kansas Federal Prison.

You probably know this, the LDS Teton Scout Council had a serial Pedophile they knew about and did nothing until a reporter for the Idaho Falls, Idaho Post Register investigated abuse of a man who admitted molesting 24 boys. He went to jail, was hired again at the Island Park Boy Scout Camp and moved to Utah and hired  in that Scout program.  This is a video that was produced in December 2020. An Idaho Falls Billionaire tried to discredit the reporter with newspaper ads. The Reporter had to move away as a result of death threats. Recently he awarded one of highest awards for journalism. Here is the link to watch. How Boy Scouts Child Abuse Cover-Up Was Exposed (theintercept.com)

████████████████████

In Summary, the Boy Scouts hid the Abuses, they shoved the abuse under the rug, most likely the Insurance Companies and Boy Scout Management were concerned that the insurance rates would go higher if they told the families and if a family sued them.   If the parents complained, the parents were shut down. I come from a family that will Not be Intimidated by anyone with a Father who took action immediately the same day.

In talking to my Boy Scout friends in that Troop at the LDS church in Augusta, GA, there were most likely more than me and ██████ who were abused by ████████ never said anything to their parents. ████████ just picked on the wrong family and my Dad.

I joined this lawsuit because there are most likely more than 85,000 since the Boy Scouts were formed in 1910 who have been Sexually abused. According to the group, the Boy Scouts put procedures in place to prevent Sexual abuse in 1990. Well, seems 11,000 of the 85,000 are part of the Lawsuit. The procedures might have decreased abuse but not eliminated it. I wonder how many kids developed Mental Illness or even wanting to kill themselves.

I certainly hope the Boy Scouts of American survives as I learned so much. Saying that, their Failure to Stop Sexual Predators by Scout Masters and other volunteers failed. A Lawsuit is the choice of last Resort I think as the abuse was Not stopped. Its Sad. As I read the articles and watch videos, having retired from the Insurance and Financial Business, it is very apparent the Insurance Companies are extremely worried of their liability.

Not sure if it will satisfy anyone including me, as the long-term memory of ████████ I have has never gone away, even with my Dad getting ████████ thrown in the Brig but he also put an end in my ever joining another Boy Scout troop and our decision to Not allow any of our children to join the Boy Scouts without us in the troop supervising.

Whatever settlement, most likely, I will donate to charities like organizations of Preventing Abuse of Children and others. Sometimes when a business or organizations like the Boy Scouts and money is at Risk, only a Lawsuit will invoke the necessary changes, and put procedures in place that WORK. It appears from the recent Wall Street Journal article; the Insurance Companies that insured the Boy Scouts stand to lose the most and will use any tactic to Not pay into the Lawsuit Settlement.

Sincerely,

