Dear Justice Lauri Selber Silverstein

My name is ▮▮▮▮▮▮▮▮▮▮ My case number is SA-▮▮▮▮▮▮

My family was always a Scouting family. Out of 4 brothers 3 of us obtained rank of Eagle Scout including myself.

I watched my older brothers as they went through Scouting and always looked up to them and wanted to be like them. I went through Cub Scouts, Webelos and when I turned 11 I became a Boy Scout. I was so excited and looked forward to all of the adventure ahead with great expectation.

Little did I know that the age of 12, my first year at summer camp, there would be hell on earth.

be a role model a protector of innocence. Instead he killed my innocence and my childhood, as well as a lot of my adult life. This caused deep fear, pain and anxiety, that has haunted me all my life. I am an alcoholic and I believe that the mental, emotional and spiritual pain of being raped as a child is the main reason I ever took my first drink. Unless you have ever been through that kind of hell, there is no way to describe it so someone else could ever understand.

I am 52 and there's probably not been a day go by that I am not haunted by the pain of this rape. It destroyed me as a child and still trys to destroy me to this day.



Justice Lauri Selbe Silverstein
BSA Bankruptcy Case
824 Market St. 8th Floor
Wilmington DE 19801

BIRMINGHAM AL 350
3 MAY 2021 PM 3 L

FOREVER / USA

19801-302499