April 27, 2021

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, De. 19801

To Whom It May Concern:

████████████████

I am sending you this letter to share my feelings about the pending BK case involving the BSA. I was born in ████ in a very small town in south ████████████████ I was involved in both Cub Scouts and Boy Scouts until we moved in 1959. We were part of the Arbuckle Council out of Ardmore, Oklahoma. We were connected to the Methodist Church in Healdton, Oklahoma.

In the spring of 1959 our troop went on a weekend campout at a small river north of Lake Texoma. The purpose of the trip was to work on merit badges for camping, cooking etc. We had a small troop of about 10 kids. We took tents and blankets for sleeping Friday and Saturday night. The troop leader paired us up for sleeping and chose me to share his tent. It started out as a normal campout with a fire and everyone sitting around talking about scouting activities mainly the upcoming Jamboree that was an annual event in Ardmore. The Jamboree was where we were officially given all the merit badges we had earned during the year. We all went to out tents and bedded down around 10 on Friday evening.

The following is extremely difficult for me to share with anyone. I will be as complete as possible but also as brief as possible. As I remember the evening it was still cool and ny troop leader, tent mate, pulled me close to him with my back to his front. At first it was to simply warm up under the covers. We laid like this for an hour or so talking and dozing off. I shared with him my desire to earn the required merit badges to eventually take me to the Eagle Scout level. He then told me if I was willing to help him, he would help me but that this was just between him and I and no one else could know about it. Being 11 years old and having no idea what he really wanted I eagerly agreed. Things became very unpleasant from here on out…

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████

went to sleep. I was very confused but I assumed what he did was normal and let it go for the rest of the night and weekend. The next night he had someone else in his tent and I bunked with someone else.

Please keep in mind I was 11 years old and had no real idea of what had happened to me. Healdton was a very religious town and nothing like this was ever discussed in the school system, I did not tell anyone what had happened for a few years when I eventually mentioned it to my mother. She made it very clear to me to never tell anyone or to ever say anything at all about what happened. She told me it would be very embarrassing for me and my family. She never mentioned it again.

It was a while before any damage to me occurred. At 12 and 13 I had no idea what abuse or gay or anything sexual meant. Sex was not talked about in schoolsand it certainly was not all over TV or the newspaper. As I grew older and started dealing with puberty, the realization of what really happened that night sunk in and I became very disturbed and embarrassed abou it. I started blaming myself for what happened and struck out in certain areas. In the 8th grade to

around and hit him in the face breaking his nose. When we had our 10 year highschool reunion an old friend of mine made a sexual pass at me. He ended up with a concussion and 8 stitches in his head. To this day I cannot and will not tolerate such activities. I know the world has changed radically but wrong is still wrong.

I have managed to deal with my anger for many years but the time has come to make attempts to settle these feelings. No amount of money will ever make this OK but the BSA needs to pay and make sure nothing like this ever happens again. I am 73 years old and I do not have many years left. I am fortunate enough to have 2 great sons. In my opinion as a sexual abuse survivor I should be entitled to a settlement of $1,000,000.00. This is a very small amount for all the pain and bad memories I have dealt with for 62+ years.

I hope this letter gives you some idea of what we have all dealt with in our own ways. What happened was wrong and the BSA needs to compensate us in this way. This is the way I feel and this is the amount I feel I am entitled to. Our pain and suffering is forever, the money is for the short run.






Justice Laurie Selber Silverstein
824 Market Street
6th Floor
Wilmington, DE

NORTH TEXAS TX P&DC
DALLAS TX 750
28 APR 2021 PM 5 L
U.S.M.C
X-RAY