May 2, 2021

Claim Number SA-█████
Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

FILED
2021 MAY -7 AM 10: 31
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Your Honor,

I am writing regarding the sexual abuse I experienced as a child while in participating in Boy Scouts of America.

I've recently spoken with my attorney and he informed me about how the case is progressing and that I should write to voice how the sexual abuse as a scout has impacted my life.

My Scout Leader, who I trusted wholeheartedly, took my innocence away and has totally devastated my life. I was in a troop of several boys in which I was the only African American in the group. My Scout Leader always took the time to make me feel special. At the time, I did not know he was grooming me to become his victim by giving me money and gifts. Your Honor, just to provide you some background; I grew up in a poor single-family household with six children and I thought my Scout Leader really cared about me and wanted to help my family by providing gifts and money that my family so desperately needed. He took advantage of my situation and only wanted to lure me in so that he could satisfy his sexual needs while victimizing me. My mother trusted him enough to allow me to attend Boy Scout's sleepovers at his home where the majority of the sexual abuse took place.

I can recall vividly a specific time in Tulsa, Oklahoma when the Boy Scouts troops from all over Oklahoma would meet for the weekend. Most Boy Scouts would come with their parents; however, I would come with my Scout Leader and stay the weekend in his camper where more sexual abuse occurred. Unfortunately, my mother was working and taking care of my five other siblings and could not attend the event. During this event, I ███████████████████████████████████████████ my Scout Leader occurred over a period years and has totally devastated my life. I carry to this day so much guilt and shame.

Your Honor, I was recently released from prison last year after spending 28 years of my life incarcerated. The criminal acts behind my incarceration all stemmed from my sexual abuse as a Boy Scout. In addition, I have been diagnosed with Post Traumatic Stress Disorder, Paranoid Schizophrenia, often experience Suicidal Thoughts and Depression as a result of the abuse and the belief that it was all my fault. I am unable to work nor have healthy relationships with others. I can never regain the years I've lost and the years of long suffering I've experienced from the sexual abuse at the hands of a person I trusted.