FILED
2021 MAY -7 AM 10: 22
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

MAY 2-2021

To whom this may concern

███████████████
███████████████
███████████████

I was in the Boys Scouts in Williston Florida In the year of 1967-68 at the first United Methodis church where I was molested by the scout master and the assistant scoutmaster and his friend. The Scoutmaster had a T.V. repair shop across the street.
Where he would take me while the other boys would be playing in the back of the church he would Isolate me from the Rest of the other I was 10 years old they knew that my family was poor and my father was an alcoholic.

The Scoutmaster and his friend

[REDACTED]

when they got finish with me they told me not to tell anyone or they would kick me out of the Scout. and I would be in trouble with my dad and no one would believe me. So I did not say anything to anyone.

The Scoutmaster would go camping at a place call the Waccasassa river the assistant Scoutmaster had me to stay in his Tent this was the first time I was molested by him. he said that we was going Squirrel hunting

Some of the other boys had there dad with them we went Into the woods as ▓▓▓▓▓▓▓▓▓▓▓▓ but he heard someone comeing so he stop. but that night ▓▓▓▓▓▓▓▓▓▓▓▓ the scoutmaster and his friend. the scoutmater got his friend a Job at a place call Blue Grotto sometime they would take us swimming there

there was a house on the place were we would go and change. he told me to change out of my wet short he gave

this went on for almost a years. The scoutmaster friend went to Jail because he was molesting my brother and other boys. at blue Grotto. my brother told my mon and she call the police

my dad ask me if i knew about all of this if I did he was going to beat me. he would beat me alot he would beat untill I sometime I would be bleeding so I said know. but I was so Glad it was over my dad did not make us go back. but I neve told anyone what happened to me untill Now.

I told my wife it was the hardest thing I have ever done. I am Glad to tell you with a heavy heart.

my boys wanted to joined the Scout. but I would not let them I know that this does not happen to all boys but it happen to me.

Thank you for your time.

Case 20-10343-LSS    Doc 3364    Filed 05/07/21    Page 6 of 6

S.A. Justice [redacted]
Selber Silverstein
B.S.A Bankruptcy case
824 Market Street 6th Floor
Wilmington DE. 19801


