May 3, 2021

FILED

2021 MAY -7 AM 10: 38

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Justice Silverstein,

As part of the Abused in Scouting claim against the Boys Scouts of America, I would like to share with you my unfortunate ordeal and life-changing sexual assault from a Pennsylvania scout leader when I was a child.

When I was 11 years old I transferred to a scout organization at St John's Lutheran Church. The troop leader was ▓▓▓▓ who is to this day an attendant at the church. I was groomed with his talk of same sex relationships in his car and trips to restaurants and his home. My parents were naïve to the fact that a single grown man consistently wanted to spend an excessive amount of time with me alone outside of troop meetings.

After an evening scout meeting, ▓▓▓▓ dismissed every Boy Scout except me, led me to the childrens' Sunday school classroom and removed all his clothing as well as mine. ▓▓▓▓ lay on the floor ▓▓▓▓ believing what happened was life-threatening. He also took me to an out-of-town motel on a weekend afternoon where I was again sexually assaulted. The memory is not as clear as the first assault, but I remember it occurred.

The result was I became self-destructive. I was aggressive towards my family and friends, gave up piano after six years of lessons, and started to question my self-worth with bouts of depression and anxiety. In middle school I began to seek out unhealthy physical relationships with girls which lasted for decades. Therapy would have been an immense help yet I told absolutely no one that I was sexually assaulted by someone the community fully trusted - including me.

When I contacted the pastor at St John's in 2015, she contacted state authorities and I learned that over the years he sexually assaulted a number of boys. He does not remember who I was but I remember him too often. His impact on my life is significantly appalling and I am grateful that the BSA is being forced to recognize an epidemic that has existed for decades.

Thank you for taking the time to read this letter. If I can be of help or clarify any details, please contact me at your convenience.

Sincerely,
