May 02,2021

To: Justice Lauri Selbert Silverstein

From: ███████████████████

BSA C██████████████████

Abuse in Scouting

**FILED**

2021 MAY -7 AM 10: 25

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

My lawyers recently related what the BSA and Hartford have done to take away my ability to be justly compensated for the years of abuse and the lifetime of emotional suffering I have been through as a result of being abused sexually and mentally by a Scout leader they put in charge of my welfare.

The effect of abuse took from me the potential to have a normal youth and adulthood. It changed how I treat other males and took away my possibility to have a healthy relationship with anyone for decades. My inability to deal with my abuse has cost me: Years of self destructive behaviors including drug abuse and addiction, hospitalizations, loss of familial and intimate relationships as well as three failed marriages, because I had a "secret" that ate at my soul from that first act against me. I felt 'dirty', ashamed and afraid. For years it kept me from being intimate. Failing to speak up for fear of being labeled a willing participant It bled over into a generalized fear of speaking up about almost anything or being honest about what had been done to me.. Later, every intimate act, even any mention of another's sexual abuse brought to my remembrance my abuse again and again. Only after therapy and counseling and finding a connection with a Higher Power, years into my adulthood, have I been able to come to terms with the fact that something happened and I was the victim. I should have been protected from…by the very people who abused me.

My single mother believed that the BSA was the perfect place for me to find and have healthy relationships with adult men and boys my age. If only she had known…and she didn't, because I didn't say a word. I felt too dirty, ashamed, guilty and betrayed to speak out. I imagine it is similar to what and how other boys entrusted into BSA care and then sexually betrayed.

I think that the BSA should be held responsible in a significant way for this abuse and not be allowed to minimize their responsibility for what happened while I was in their care. I am asking that you justly rule on the behalf of the victims that have suffered too much for too long.

Thank you for considering my appeal.

Respectfully submitted

███████████████████



SN BERNARDINO CA   923

3 MAY 2021  PM 5  L

JUSTICE LAURI SELBER SILVERSTEIN
BSA BANKRUPCY CASE
824 MARKET STREET
8TH FLOOR
WILMINGTON, DE. 19801

19801-302499

U.S.M.S.
X-RAY