

**FILED**
2021 MAY -7 AM 10: 34
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

March 1, 2021

Dear Justice Silverstein;

I would like to tell you my story that I have kept to myself for these many years.

My troop was away on a weekend gathering of other troops for some competition. It was normal for the scouts to mix with the other troops. I was with two scouts and a leader. I remember the leader sitting up against a wall with a culvert to his right. The scouts and myself were laying on the ground. I was laying



I have kept this to myself all these years. The only reason I am telling my story is I feel the "BSA" needs to pay for all the damage they have allowed to happen all these years.

