

FILED
2021 MAY -7 AM 10: 36
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Monday, April 26, 2021

Honorable Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

Reference Claim Number SA  against the **Scouts BSA**

Dear Justice Silverstein:

I am a retired government worker having worked as well for the Tennessee Valley Authority and the United States Army Corp of Engineers. I am seventy-three years old, a widower, and have four grown children who are working college graduates with families of their own.

I understand and empathize with the current leaders of the **Scouts BSA** who would like to save and reform its current chapters if it has any hope of surviving , but I also know very well the embarrassment, the suffering the distress, anxiety, fright, depression, grief, and possibly trauma that several young kids including myself went through simply because they revered the Boy Scouts of America. At the age of twelve, I was abused by representatives of the Boy Scouts of America. I carry the scars of that incident to this day. It has literally affected every decision I have made in my life for the last sixty-one years to hopefully avoid pursuing anything that might cause myself and my family the humiliation and embarrassment that incident I have endured.

Justice Silverstein, I pray you will consider and award adequate compensation for myself and those like me who have had to guide their lives around incident s such as I have experienced with the Boy Scouts of America otherwise known today as the **Scouts BSA.**

Sincerely,