

FILED
2021 MAY -7 AM 10: 38
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 2, 2021

Justice Lauri Seiber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

Your Honor:

My name is ▮▮▮▮▮ and I was involved in scouting from the time I was 8 years old, till I dropped out at around 15. Although there were several great leaders in Troop ▮ First United Methodist Church, ▮▮▮▮▮, unfortunately there was a bad one. ▮▮▮▮▮ who was an assistant scout master and merit badge counselor, specifically for the camping merit badge would be the man who changed my life forever.

Because he was an assistant scoutmaster, I had no reason to worry when he told me we could complete the requirements at his apartment. Even after I arrived and he provided beer, although I was shocked, I still was not concerned. Not until after feeding me several beers that he suggested I get my sleeping bag. Imagine my surprise when he told me that to prevent being chilled in the morning you must strip down. I began to wonder at this point what the hell was going on. It did not take long to figure out when he ▮▮▮▮▮

Imagine the fear, the guilt and how ashamed a teenage boy felt after this. In gear to mention anything to anyone and living with the shame of it must have been my fault.

Fast forward through many years of shame, feelings of being inadequate and constantly trying to prove yourself. I entered the United State Marines, not because they offered me a rewarding future, but because I felt I had to prove myself. I completed boot camp, infantry school and not much of a career after. I got married at the age of 18 to a young lady I dated in high school. Mind you I had been sexually promiscuous since the age of 15, approximately a year after my camping encounter. Although I was married, I didn't feel satisfied with your sex life and found myself constantly trying to do

more things and go out and have sex with other women. I was not that I didn't love my wife, she wasn't enough for me and although I knew something was wrong, I continued to feed the demons. Drinking became a necessary evil when I was not burying my head in my work to not have time to let my thoughts wander. I had three beautiful children and thank God for their mother, because between work, drinking and feeding the demons I was seldom around when they were growing up. I look back now and regret every day of that. It took me until I was around 39 years old to seek counseling and admit there was a problem. After a few counseling sessions, I did not want to discuss the issue of being molested anymore because of the pain and shame. Instead, I went back to drinking and fooling around with random females, never trusting them, never committed to any one relationship. This type of behavior continued until I met my current wife who helped me through my commitment issues and lack of trust, which although I have been forced to confront, is still an ongoing issue almost daily. I often think of that horrifying incident in which someone who was to be trusted took my innocence and turned me away from trust for a lifetime. Over the last 29 years I have been in law enforcement and worked 8 ½ years of those as a detective. I took reports, performed investigations and interviews on approximately 50 victims and suspects during that time for sexually related cases. Cases with victims ranging from 3 months old through adulthood. Fathers raping their own daughters, friends molesting their friend's kids and every case, interview and arrest constantly reminded me of what I went through. Some may say, you chose your profession and to that I say I did. I chose my profession so that I may be able to stop this from happening to another child or at the very least get them the justice they deserve and the help that will allow them to avoid years of mental torture, as I endured.

Your honor: words alone cannot describe the sick feeling I have in my stomach as I am forced to relive this incident again so that it may never happen to another child. I find it sickening that the BSA and their insurance companies think they can hide behind bankruptcy and menial monetary offers to make their criminal, immoral, unforgivable actions go away. The actions of scout leaders around the United States took the youth and lives of so many affected. Please see to it that they are held accountable to the highest standards. Not that it will make what happen go away, but at least the victims we feel as though someone sees the seriousness of these improprieties that took place.

Thank you in advance for your time, attention and understanding.

