FILED

2021 MAY -7  AM 10: 41

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Case # SA-███

page 1

To whom this may concern,

My Name is ███████

I am 58 years old and I have lived with sexual abuse from a scout leader for many years. The sexual abuse started when I was 8 years old. My mom and Dad introduced me to Scouting. My Scout leader was a young adult at the time. This subject is very, very hard to discuss. For 50 years I hadn't spoke to anyone not even my wife of 35 years. Ive tried real hard to bury these memorys. To this day a feel very ashamed for the things I was told to do and the things that was done to me by my Scout leader. He told me to never tell anyone about him or the things he would do to me. most of the abuse happend at the end of meetings after everybody left and I was waiting to get picked up by my parents they were always late in picking me up. When I was 10 my mom & Dad got divorced so as you can imagine the trouble I had. I stayed in scouting until around the age of 14 teen & my mom would drop me off. I had thought this sexual abuse was normal because of bad relationship my mom & Dad had. I now know to some degree this

Sexual abuse was NOT my fault but the fault of the Boy Scouts of America for not protecting me as a boy. But my parents are also to blame. They've both past on now and I never told them about my sexual abuse I was to ashamed + confused for many years as a boy + a youngman. Many of times over the years I had thought of Sueing the men who sexual abuse me but then I always thought what would this real get me. if I told anybody about this.

When I heard for the first time about the law suit against the Boy Scouts of America it brought back alot of very very old bad memories. After a few months of hearing and watching these ads on radio + T.V. about one month before the deadline, I finally came to the decision on join this class action law suit against the Boy Scouts of America. I felt its about time Someone spoke for me + many others. Its probably about time I started councibiling.

I don't know the amount of money each person deserves but if I were in person in front of you, I would tell you that I feel that there is not enough money in the world that could make me forget about the abuse I and many, many others have

endured.

In closing I would like to say I'm very sorry to anyone who has gone thur sexual abuse by anyone. I have had alot of bottled up emotion inside of me. In this letter I didn't go into any graphic details but if you would request me to do so I'm sure I could write a book about my life + how this sexual abuse has affected me my entire life. You can ask yourself if anything like this happened to you how much money would be enough for you to completely forget about what you have lived thru. Money is not going to allow me or anyone in this class action law suit to forget all our sexual abuse by our Boy Scout master. Just maybe I mean maybe when the lawsuit is over we could affort to get some proffessional cousining & I'm pretty sure its not cheap.

So now I ask you Justice Lawri Selber Silverstein to think & pray for each and everyone involved. please I ask for all just do the right thing. Listen carefully to each person before you judge.

My return Address is

[redacted]