

```
FILED
2021 MAY -7  AM 10: 43
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE
```

April 28, 2021

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE. 19801

SA-████

Your Honor:

I'm am writing to you today to express the heartache and frustration I am feeling in the way the Boy Scouts of America are handling their bankruptcy filing, in regards to the survivors of sexual abuse in scouting, of which I am one.

The Boy Scouts of America made a big show of how they care and want to do the right thing for us survivors, yet their actions belie their words, as they diligently work to hide and protect assets that could and should be used to compensate victims.

The abuse I faced is a nightmare that will never go away, no matter what actions the BSA takes, and though it won't go away, it can certainly be exacerbated.

I was groomed by my abuser and finally he had his way with me, and I carry the guilt and anguish with me every day, and the Boy Scouts of America seemingly believe a couple of thousand dollars per survivor should be good, all while hiding and hoarding their wealth, trying to block assets from being liquidated and making back room deals with insurance carriers.

While no settlement will ever make up for the horror I have endured in silence and shame for over 40 years, the BSA shouldn't be allowed to low ball survivors. If this spells the end of Scouting, then so be it. Scouting leadership should have considered the ramifications of their failure to act and attempts to cover up and hide the problem, and maybe none of us would be at this point.

I implore you to put an end to the games BSA and it's insurers are playing with our nightmares, and help bring us peace and a just outcome to this never ending horror we are living through. Force Scouting to make make good on their promise to do the right thing, and please, don't let the Councils and Insurance Companies escape their duty to us.

I thank you for your time and compassion, and hope this whole ugly thing can be put to rest.

