May 1, 2021



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801

SA - ███████

Dear Justice Silverstein,

I have been asked to "put into my own words" the sexual abuse I experienced while under the supervision of the Boy Scouts of America. This sexual abuse happened many years ago. I was thirteen years old at that time and I am now seventy-three years old. I am talking about an event that happened over sixty years ago. This abuse occurred while I was a member of Troop ███ located in ███████ CA. Today, the BSA Troop for the area is known as: Troop ███ located in ███████ ███████. However, my sexual abuse occurred while under the Troop ███ BSA organization.

The location of the abuse occurred during a weekend campout at Camp Colby which is a Methodist Church camp situated in the foothills of the Angeles National Forest near Palmdale, California.

The abuse occurred one night while about eight boy scouts were assigned to a sleeping cabin with an Assistant Scout Master or Senior Patrol Leader. I do not remember their names but they were in charge and responsible for all the younger boy scouts in the cabin. We were asked to settle into the cabin and prepare for sleeping on individual cots and mattress pads. Everyone had their own sleeping bag and had to store any extra gear under their bunk. When everyone was ready for sleeping and in their individual ███████████████████████████████████████████████████████████████████████

This order was given by the Scout Leader of the cabin and everyone had no choice but to obey. Obviously, I was upset and confused and did not understand why we were given such a demand. This order was not wanted or needed by myself or any of the younger boy scouts. I know now that this was ███████████████████████████ everyone by then was in their bed and eventually went to sleep.

This event is a part of my experience while in the Boy Scouts of America. I think it has been a significant role in my relationships with the respect and trust I have in people. I liked being a Boy Scout and enjoyed all the activities, recognition and respect I personally earned, but this sexual abuse is a dark memory that also has become a part of my life.

Sincerely,



Attachments



