APRIL 28, WED., 2021
ATTN: JUSTICE LAURI SELBER SILVERSTEIN  [FILED 2021 MAY -7 AM 9:33]
       B.S.A. BANKRUPTCY CASE
       824 MARKET STREET
       6TH FLOOR
       WILMINGTON, DE. 1980[redacted]

DEAR JUSTICE SILVERSTEIN,
  RE: THE A.V.A. LAW GROUP AND OUR CASE WITH THE BSA, THIS IS A BASIC SUMMARY OF MY CLAIM.

  I WAS BORN IN [redacted] PA. I WENT TO [redacted] ELEMENTARY SCHOOL. I JOINED THE BSA SOMETIME BETWEEN 1952-1955. WE WENT TO BOY SCOUT CAMP FOR A LONG (?) WEEKEND. I DON'T REMEMBER THE NAME OF THE TOWN, BUT IT WAS ABOUT 20 MILE[S] FROM MCKEESPORT WHERE MY AUNTS AND UNCLES LIVED. A VERY PRETTY PLACE, LOTS OF TREES AND FLOWERS.

  I HAD A TEACHER WHO WAS ALSO MY SCOUTMASTER. HIS NAME WAS [redacted] (I MAY NOT BE 100% ON THE SPELLING.) AT TWO DIFFERENT TIMES, AT ONE CAMPOUT, HE CALLED ME INTO HIS TENT FOR A

I'm 76 now. I have never in my life allowed a doctor to give me a prostate exam, only the PSA. blood test.

About six months to a year after the campout assaults, he assaulted me after school at ▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Your Honor, I feel this case comes down to two things. (#1) Did these things actually happen. Yes, I'll remember them till I die. (#2) What kind of memory does a 76 year old guy have? I forgot Brad Pitt's name awhile back but all kinds of memories good and bad, stick in my mind. I don't think about the assaults every day, but they're always there.

I'm embarassed by what I've had to tell you. I will be glad to sign a statement, appear in court, or any thing else.

I'm very low tech. I do have a laptop and a "non smart" phone, if you or someone from your staff want to contact me.

My best wishes to you and your family for good health - Sincerely ▮▮▮

(Copy to AVA Law Group and to me.)

Bankruptcy

Justice L.S. Silverstein (BSA Case)
824 Market St. 6th Floor
Wilmington, DE. 19801

RETURN RECEIPT
REQUESTED

RETURN RECEIPT
REQUESTED

7020 2450 0001 3520 4537

U.S.M.S.
X-RAY

1020
19801

MIAMI, FL 331
APR 30 2021

$6.45
R2304M111508-35