IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

| | | |
|---|---|---|
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | : : | Chapter 11 Case No. 20-10343-LSS |
| Debtors | : : | Jointly Administered |

## ENTRY OF APPEARANCE

TO THE OFFICE OF THE CLERK:

Please enter my appearance on behalf of Interested Party Colony Insurance Company in the above-captioned matter.

                      POST & SCHELL, P.C.

Dated: 05/07/2021                  BY:   s/Paul Logan
                                                                Paul Logan (No. 3339)
                                                                 300 Delaware Avenue
                                                                 Suite 1380
                                                                 Wilmington, DE  19801
                                                                 Phone:  (302) 251-8856
                                                                Fax:  (302) 251-8857
                                                                E-mail:  plogan@postschell.com
                                                                Attorneys for Interested Parties,
                                                                Argonaut Insurance Company
                                                                and Colony Insurance Company

## **CERTIFICATE OF SERVICE**

Paul Logan, attorney for Interested Parties Argonaut Insurance Company and Colony Insurance Company, certifies that on this 7th day of May 2021, he caused the attached Entry of Appearance to be electronically filed with the Court. Service of same will be made upon all counsel via the Court's ECF system.

                                                 s/Paul Logan
                                                 Paul Logan