UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:  Chapter 11

Case No. 20-10343 (LSS)

Debtor: Boy Scouts of America and Delaware BSA, LLC

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of George R. Calhoun to represent Argonaut Insurance Company and Colony Insurance Company in this action.

s/Paul Logan

Firm Name: Post & Schell, P.C.
Address: 300 Delaware Avenue - Suite 1380
Wilmington, DE 19801
Phone: (302) 251-8856
Email: plogan@postschell.om

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of D. of Columbia and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

s/George R. Calhoun

Firm Name: Ifrah Law
Address: 1717 Pennsylvania Ave., N.W.
Washington, DC 20006
Phone: (202) 840-8758
Email: george@ifrahlaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Local Form 105