UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:                  Chapter __11__

Case No. __20__-__10343__ (__LSS__)

Debtor: __Boy Scouts of America and Delaware BSA, LLC__

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of __John C. Sullivan__ to represent __Argonaut Insurance Company and Colony Insurance Company__ in this action.

                                           s/Paul Logan

Firm Name: Post & Schell, P.C.
Address: 300 Delaware Avenue - Suite 1380
Wilmington, DE 19801
Phone: (302) 251-8856
Email: plogan@postschell.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of __Pennsylvania__ and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

                                           s/John C. Sullivan

Firm Name: Post & Schell, P.C.
Address: Four Penn Center - 13th Fl.
Philadelphia, PA 19103
Phone: (215) 587-1000
Email: jsullivan@postschell.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.