IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: Boy Scouts of America and Delaware BSA, LLC | : : : : : : | Chapter 11<br>Case No. 20-10343 (LSS)<br>Jointly Administered |
| Debtors. | | |

## REQUEST TO STOP ELECTRONIC NOTICE

PLEASE TAKE NOTICE that Thomas Crumplar, Esq., of the law firm Jacobs & Crumplar P.A., as counsel of record for J&C/TNF claimants, creditors in the above-referenced case requests that all electronic notification of notice and papers filed in the instant case be discontinued.

Respectfully submitted,

**JACOBS & CRUMPLAR, P.A.**

*/s/ Raeann Warner*
**RAEANN WARNER, ESQ. (#4931)**
750 Shipyard Dr., Suite 200
Wilmington, Delaware 19801
(302) 656-5445
Raeann@jcdelaw.com

Dated: May 7, 2021                                   Attorney for J&C/TNF Claimants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 7, 2021, I electronically filed the foregoing *Request to Stop Electronic Notice* with the Clerk of Court by using the Case Management/Electronic Case Filing ("CM/ECF") system which will send a notice of electronic filing, and I will complete service of the foregoing as required by Rule 5, Federal Rules of Civil Procedure, made applicable by Rule 7005, *Federal Rules of Bankruptcy Procedure*, to all parties indicated on the electronic filing receipt.

*/s/ Raeann Warner*

Raeann Warner