# EXHIBIT A



2/26/2021

John Humphrey
Chair of TCC
Tort Claimants Committee
10100 Santa Monica Blvd
c/o Jason Pomerantz Pachulski Stang Ziehl & Jones LLP
Los Angeles, CA 90067
United States

# INVOICE

Invoice No.: **41224-NW208048**
Invoice for: **Standard Appraisal Report**
Subject Name: **BSA Phase I - Boy Scouts Portfolio**
**See attached list**

**Invoice Amounts (USD):**

|  |  |
|---|---:|
| Professional Fee | $722,600.00 |
| Plus Expenses | $0.00 |
| Total Invoice | $722,600.00 |
| Less Payments Received | $0.00 |
| Total Balance Now Due | $722,600.00 |

**Your payment must reference Invoice 41224-NW208048 to be applied correctly.**

Please make your check payable to :   **CBRE, Inc. - Valuation and Advisory Services**
**Attn: Bank of America Lockbox Services**
**P.O Box 281620**
**Location code 4005**
**Atlanta, GA 30384-1620**
**United States**

and return with one copy of this invoice to the above address.

**For questions contact:**

Terri Kwok
415-986-7945
Terri.Kwok@cbre.com
Alisha.Wells@cbre.com

**Federal Tax ID: 95-2743174**

| | **Wire/ACH Instructions** |
|---|---|
| Bank Name: | **Wells Fargo Bank** |
| Address: | **420 Montgomery Street** |
| | **San Francisco CA 94104** |
| | **United States** |
| ABA Number: | **121000248 / Swift ID: WFBIUS6S** |
| Bank Contact: | **Michelle Polcari** |
| Telephone: | **(310) 606-4792** |
| Name on A/c: | **CBRE Valuation Wire Receipts** |
| General A/c: | **4121248561** |
| Reference: | **41224-NW208048** |
| | **Terri Kwok** |

**Property List - 41224-NW208048**

| Property Name | Address | City | Subregion | State / Prov. | Postal Code | Property Gross Fee |
|---|---|---|---|---|---|---|
| Camp Gorsuch (Rasmuson Scout Reservation) | 22700 Camp Gorsuch Road | Chugiak | Anchorage | AK | 99567 | $2,900.00 |
| Eagle River Scout Camp | 30000 Eagle River Landing Road | Juneau | Juneau | AK | 99801 | $2,900.00 |
| Denali High Adventure Scout Base | 4200 S Be Prepared Way | Matanuska-Susitna Borough | Matanuska-Susitna Borough | AK | 99683 | $2,900.00 |
| Camp Horne | 13633 Keenes Mill Road | Cottondale | Tuscaloosa | AL | 35453 | $2,900.00 |
| Maubila Scout Reservation | 2332 Camp Maubila Road | Grove Hill | Clarke | AL | 36451 | $2,900.00 |
| Camp Comer | 16490 Co Road 89 | Mentone | DeKalb | AL | 35984 | $2,900.00 |
| Warner Scout Reservation | 2109 County Road 59 2021 Camp Tukabatchee Road | Prattville | Autauga | AL | 36067 | $2,900.00 |
| Rogers Scout Reservation | 38 Keenan Lake Road | Booneville | Logan | AR | 72927 | $2,900.00 |
| Gus Blass Reservation [Camp Rockefeller, Donald W. Reynolds Scouts] | 192 Scout Drive | Damascus | Conway | AR | 72039 | $2,900.00 |
| Camp De Soto | 174 Camp De Soto Road | El Dorado | Union | AR | 71730 | $2,900.00 |
| Camp Raymond | 7709 S. Boy Scout Camp Road | Parks | Coconino | AZ | 86018 | $2,900.00 |
| Heard Scout Pueblo | 1901 East Dobbins Road | Phoenix | Maricopa | AZ | 85042 | $2,900.00 |
| Double V Scout Ranch | 3801 South Kenny Road | Tucson | Pima | AZ | 85713 | $2,900.00 |
| Camp Tahquitz | 41700 Highway 38 | Angelus Oaks | San Bernardino | CA | 92305 | $2,900.00 |
| Firestone Scout Reservation | 19001 Tonner Canyon Rd. | Brea | Orange | CA | 92821 | $2,900.00 |
| Camp Pico Blanco | 41352 Palo Colorado Road | Carmel | Monterey | CA | 93923 | $2,900.00 |
| Camp Royaneh | 4600 Scanlon Rd. | Cazadero | Sonoma | CA | 95421 | $2,900.00 |
| Hubert Eaton Scout Reservation [Camp Bighorn At Circle X Ranch, Camp Pollock] | 29485 Hook Creek Rd. | Cedar Glen | San Bernardino | CA | 92321 | $2,900.00 |

| Name | Address | City | County | State | Zip | Amount |
|---|---|---|---|---|---|---|
| NorCal Adventure Area | 15356 Oregon Hill Road | Dobbins | Yuba | CA | 95922 | $2,900.00 |
| Camp Tamarancho | 1000 Iron Springs Road | Fairfax | Marin | CA | 94930 | $2,900.00 |
| Camp Three Falls | 12260 Boy Scout Camp Road | Frazier Park | Ventura | CA | 93225 | $2,900.00 |
| Boseker Scout Reservation [Camp Emerson] | 53155 Idyllbrook Drive | Idyllwild | Riverside | CA | 92549 | $2,900.00 |
| Cutter Scout Reservation | 2500 China Grade Road | La Honda | San Mateo | CA | 94020 | $2,900.00 |
| Camp Hi-Sierra | 29211 Highway 108 | Long Barn | TUOLUMNE | CA | 95335 | $2,900.00 |
| Cushman Watt Scout Center & Los Angeles Scout Shop | 2333 Scout Way | Los Angeles | Los Angeles | CA | 90026 | $2,900.00 |
| Camp Chesebrough | 26005 Highway 9 | Los Gatos | Santa Cruz and San Mateo | CA | 95033 | $2,900.00 |
| Camp Willett | Camp Willett Road | Ojai | Ventura | CA | 93022 | $2,900.00 |
| Orange County Council, Boy Scouts of America | 2 Irvine Park Rd | Orange | Orange | CA | 92862 | $2,900.00 |
| Camp Josepho | 3000 Rustic Canyon Road | Pacific Palisades | Los Angeles | CA | 90272 | $2,900.00 |
| BSA Office | 1001 Davis Street | San Leandro | Alameda | CA | 94577 | $2,900.00 |
| The William Lyon Homes Center for Scouting & Scout Shop | 1211 E Dyer Road | Santa Ana | Orange | CA | 92705 | $2,900.00 |
| Rancho Alegre | 2680 Highway 154 | Santa Barbara | Santa Barbara | CA | 93105 | $2,900.00 |
| Mataguay Scout Ranch | 27955 Highway 79 | Santa Ysabel | San Diego | CA | 92070 | $2,900.00 |
| Schoepe Scout Reservation At Lost Valley | 31422 Chihuahua Valley Road | Warner Springs | San Diego | CA | 92086 | $2,900.00 |
| Wente Scout Reservation | 5401 Canyon Rd | Willits | Mendocino | CA | 95490 | $2,900.00 |
| Donated Land | Mark Scheffel Road | Colorado Springs | El Paso | CO | 80922 | $2,900.00 |
| Charles S. McNeil Peaceful Valley Scout Ranch | 22799 North Elbert Road | Elbert | Elbert | CO | 80106 | $2,900.00 |
| Camp Alexander | 2182 Co Road 96 | Lake George | Park | CO | 80827 | $2,900.00 |
| Frederic C Hamilton Scout Headquarters | 10455 W 6th Ave | Lakewood | Jefferson | CO | 80215 | $2,900.00 |

| Name | Address | City | County | State | Zip | Amount |
|---|---|---|---|---|---|---|
| Ben Delatour Scout Ranch | 2331 County Road 68C | Red Feather Lakes | Larimer | CO | 80545 | $2,900.00 |
| San Isabel Scout Ranch | 18353 State Highway 165 | Rye | Pueblo | CO | 81069 | $2,900.00 |
| Spanish Peaks Scout Ranch | 16040 County Road 340 | Walsenburg | Huerfano | CO | 81089 | $2,900.00 |
| Tahosa High Adventure Base | 173 County Road 96 | Ward | Boulder | CO | 80481 | $2,900.00 |
| June Norcross Webster Scout Reservation | 231 Ashford Center Road, 229-230 Ashford Center Road, 142 Fitts Road | Ashford | Windham | CT | 06278 | $2,900.00 |
| Edmund D. Strang Scout Reservation | 278 W Side Road | Goshen | Litchfield | CT | 06756 | $2,900.00 |
| Deer Lake Scout Reservation | 101 Paper Mill Road | Killingworth | Middlesex | CT | 06419 | $2,900.00 |
| Camp Sequassen | 791 West Hill Road | New Hartford | Litchfield | CT | 06057 | $2,900.00 |
| Camp Workcoeman | 169 Camp Workcoeman Rd/Cedar Lane/27 Dillion Beach rd/Camp Workcoeman rd/ Dillion | New Hartford / Barkhamsted | Litchfield | CT | 06057 | $2,900.00 |
| Akridge Scout Reservation | 1910 Baden Powell Way | Dover | Kent | DE | 19904 | $2,900.00 |
| Camp Jackson Sawyer | 33990 Overseas Hwy | Big Pine Key | Monroe | FL | 33043 | $2,900.00 |
| Camp Flying Eagle | 16009 Upper Manatee Rd. | Bradenton | Manatee | FL | 34212 | $2,900.00 |
| Camp Soule | 2201 Soule Road | Clearwater | Pinellas | FL | 33759 | $2,900.00 |
| Camp Elmore (Seminole) | 3301 SW 142nd Ave | Davie | Davie | FL | 33330 | $2,900.00 |
| Baden Powell Scout Reservation / Camp Shands | 1453 Baden Powell Road | Hawthorne | Putnam | FL | 32640 | $2,900.00 |
| Camp Alafia | 5515 Lithia Pinecrest Road | Lithia | Hillsborough | FL | 33547 | $2,900.00 |
| Camp Owen J. Brorein | 16901 BOY SCOUT RD | Odessa | Hillsborough | FL | 33556 | $2,900.00 |
| St. John's River Base at Echockotee | 2513 Doctors Lake Drive | Orange Park | Clay | FL | 32073 | $2,900.00 |
| Leonard & Marjorie Williams Family Scout Reservation | 41940 Boy Scout Road | Paisley | Lake | FL | 32767 | $2,900.00 |
| Wallwood Boy Scout Reservation | 23 Wallwood BSA Rd | Quincy | 32351 | FL | 32351 | $2,900.00 |
| Camp Sidney Dew | 3624 Everett Springs Road | Armuchee | Floyd | GA | 30105 | $2,900.00 |

| Name | Address | City | County | State | Zip | Amount |
|---|---|---|---|---|---|---|
| Atlanta Area Service Center & Scout Shop | 1800 Circle 75 Parkway | Atlanta | Cobb | GA | 30339 | $2,900.00 |
| Woodruff Scout Camp | 31 Woodruff Drive | Blairsville | Union | GA | 30512 | $2,900.00 |
| Camp Benjamin Hawkins | 2251 Boy Scout Rd | Byron | Peach & Crawford | GA | 31008 | $2,900.00 |
| Camp Rainey Mountain | 1494 Rainey Mountain Road | Clayton | Rabun | GA | 30525 | $2,900.00 |
| Bert Adams Scout Camp | 218 Scout Road | Covington | Newton | GA | 30016 | $2,900.00 |
| Gerald I. Lawhorn Scouting Base [Camp Thunder] | 518 Thundering Springs Rd | Molena | Upson | GA | 30258 | $2,900.00 |
| Black Creek Scout Reservation | 850 Poor Robin Rd. | Sylvania | Screven | GA | 30467 | $2,900.00 |
| Camp Osborn | 480 Camp Osborn Road | Sylvester | Worth | GA | 31791 | $2,900.00 |
| Camp Pupukea | 59- 780 Pupukea Road | Haleiwa | Honolulu | HI | 96712 | $2,900.00 |
| Camp Honokaia | 46 - 306 Camp Honokaia Circle | Honokaa | Hawaii | HI | 96727 | $2,900.00 |
| Oahu Service Center & Scout Shop | 42 Puiwa Road & 3035 Lopeka Place | Honolulu | Honolulu | HI | 96817 | $2,900.00 |
| Howard H. Cherry Scout Reservation | 4521 Boy Scouts Rd | Central City | Linn | IA | 52214 | $2,900.00 |
| Maytag Scout Center & Scout Shop | 6123 Scout Trail | Des Moines | Polk | IA | 50321 | $2,900.00 |
| Little Sioux Scout Ranch [Camp Amikaro] | 32977 Larpenteur Memorial Road | Little Sioux | Monoma | IA | 51545 | $2,900.00 |
| Mitigwa Scout Reservation | 1820 Magnolia Road | Woodward | Boone | IA | 50276 | $2,900.00 |
| Island Park Scout Camp | 4355 Griffel Court | Island Park | Fremont | ID | 83429 | $2,900.00 |
| Steve Fossett Center for Scouting & Chicago Scout Shop | 1218 W Adams Street | Chicago | Cook | IL | 60607 | $2,900.00 |
| Camp Robert Drake | 9994 Camp Drake Rd | Fairmount | Vermilion | IL | 61841 | $2,900.00 |
| Ingersoll Scout Reservation | 33 Knox Rd. 650E | London Mills | Knox | IL | 61544 | $2,900.00 |
| Rainbow Scout Reservation | 2600 North Winterbottom Rd | Morris | Grundy | IL | 60450 | $2,900.00 |
| Camp Lakota | 2050 Deep Cut Road | Woodstock | McHenry | IL | 60098 | $2,900.00 |
| Tunnel Mill Scout Reservation | 3913 Tunnel Mill Road | Charlestown | Clark | IN | 47111 | $2,900.00 |
| Camp Kikthawenund | 7651 West 500 North | Frankton | Madison | IN | 46044 | $2,900.00 |

| Name | Address | City | County | State | Zip | Amount |
|---|---|---|---|---|---|---|
| Camp Belzer | 6102 Boy Scout Road | Indianapolis | Marion | IN | 46226 | $2,900.00 |
| Golden-Burke Scout Service Center | 7125 Fall Creek Road North | Indianapolis | Marion | IN | 46256 | $2,900.00 |
| Maumee Scout Reservation | 12975 W County Road 925 N | Norman | Jackson | IN | 47426 | $2,900.00 |
| Anthony Wayne Scout Reservation | 2282 W. 500 S. | Pleasant Lake | Steuben | IN | 46779 | $2,900.00 |
| Theodore Naish Scout Reservation | 1100 Martinek Lane | Bonner Springs | Wyandotte | KS | 66111 | $2,900.00 |
| Dane G. Hansen Scout Reservation | 1004 S Lake Rd | Kirwin | Phillips | KS | 67644 | $2,900.00 |
| Quivira Scout Ranch | 1781 Road 19 | Sedan | Chautauqua | KS | 67361 | $2,900.00 |
| Harry S. Frazier Jr. Scout Reservation [Camp Crooked Creek] | 950 Terry Drive | Shepherdsvillle | Bullitt | KY | 40165 | $2,900.00 |
| Avondale Scout Reservation | 14433 LA-10 | Clinton | East Feliciana | LA | 70722 | $2,900.00 |
| Camp Edgewood | Camp Edgewood Road | Ragley | Beauregard | LA | 70657 | $2,900.00 |
| Lost Bayou Scout Camp | 1771 Mountain Bayou Road | St. Landry | Evangeline | LA | 71367 | $2,900.00 |
| Kinsey Scout Reservation | 3492 US-171 | Stonewall | De Soto | LA | 71078 | $2,900.00 |
| Camp Norse | 112 Parting Ways Road | Kingston | Plymouth | MA | 02364 | $2,900.00 |
| Camp Squanto | 200 Cuttersfield Road | Plymouth | Plymouth | MA | 02360 | $2,900.00 |
| Camp Norse | Derby Pond, Partings Way Rd., 100-122 Graffam Rd, 72-78 Graffan Rd 79R Carver Rd., 0 Woodland-Sherman, 59 Kristin Rd, 0 Darby Pond | Plymouth | | MA | 02360 | $0.00 |
| H.A. Moses Scout Reservation | 10 Birch Hill Road | Russell | Hampden | MA | 01097 | $2,900.00 |
| Treasure Valley Scout Reservation | 394 Pleasantdale Rd | Rutland | Worcester | MA | 01543 | $2,900.00 |
| Camp Greenough | 227 Pine Street | Yarmouth | Barnstable | MA | 02675 | $2,900.00 |
| Henson Scout Reservation | 5700 Nanticoke Road | Rhodesdale | Dorchester | MD | 21659 | $2,900.00 |
| Camp Horseshoe | 1286 Ridge Road | Rising Sun | Cecil | MD | 21911 | $2,900.00 |
| Broad Creek Memorial Scout Reservation | 1929 Susquehanna Hall Road | Whiteford | Harford | MD | 21160 | $2,900.00 |
| Camp Roosevelt | 45 Camp Roosevelt Road | Eddington | Multiple | ME | 04428 | $2,900.00 |

| Name | Address | City | County | State | Zip | Amount |
|---|---|---|---|---|---|---|
| Camp William Hinds / Messer Training Center / Tenny River | 146 Plains Rd | Raymond | Cumberland | ME | 04071 | $2,900.00 |
| Cole Canoe Base | 1356 Greenwood Rd. | Alger | Ogemaw | MI | 48610 | $2,900.00 |
| Dauch Scout Service Center [Great Lakes Field Service] | 1776 W Warren Ave. | Detroit | Wayne | MI | 48208 | $2,900.00 |
| Wood Lake Scout Reservation, Camp Will Welber & Camp Dan Beard & Jim Bridger | 10891 Withers St. | Jones | Cass | MI | 49061 | $2,900.00 |
| D-Bar A Scout Ranch | 880 E Sutton Rd. | Metamora | Lapeer | MI | 48455 | $2,900.00 |
| Gerber Scout Reservation | 1733 Owasippe Rd. | Twin Lake | Muskegon | MI | 49457 | $2,900.00 |
| Owasippe Scout Reservation | 9900 Russell Road | Twin Lake | Muskegon | MI | 49457 | $2,900.00 |
| Cuyuna Scout Camp & Cuyuna Family Camp | County Highway 3 | Cross Lake | Crow Wing | MN | 56442 | $2,900.00 |
| Parker Scout Camp | 21930 Paradise Road | Nisswa | Crow Wing | MN | 56468 | $2,900.00 |
| Camp Wilderness | 29984 Journey Trail | Park Rapids | Hubbard | MN | 56470 | $2,900.00 |
| Many Point Scout Camp & MP Moberg Property | 33343 Many Point Scout Camp Road | Ponsford | Becker | MN | 56575 | $2,900.00 |
| Gamehaven Scout Reservation | 5015 Simpson Rd SE | Rochester | Olmsted | MN | 55904 | $2,900.00 |
| Stearns Scout Camp | 3303 County Road 44 | South Haven | Stearns | MN | 55382 | $2,900.00 |
| Base Camp / Peter J. King Family Foundation Leadership Center & Scout Shop | 6202 Bloomington Road | St. Paul | Hennepin | MN | 55111 | $2,900.00 |
| Beaumont Scout Reservation | 6480 Beaumont Reservation Dr. | High Ridge | Jefferson and St. Louis | MO | 63049 | $2,900.00 |
| S Bar F Scout Ranch | 100 Highway 67 | Knob Lick | St. Francois and Madison | MO | 63651 | $2,900.00 |
| H. Roe Bartle Scout Reservation | 5525 NE Scout Camp Rd | Osceola | St. Clair | MO | 64776 | $2,900.00 |
| Camp Geiger | 9525 County Road 388 | St. Joseph | Andrew | MO | 64505 | $2,900.00 |
| Hood Scout Reservation | 8065 Old Port Gibson Road | Hazlehurst | Copiah | MS | 39083 | $2,900.00 |
| Camp Binachi | 4434 Camp Binachi Road | Meridian | Lauderdale | MS | 39301 | $2,900.00 |

| Name | Address | City | County | State | Zip | Amount |
|---|---|---|---|---|---|---|
| Salmen Scout Reservation Camp | 27585 V Bar Road | Perkinston | Hancock | MS | 39573 | $2,900.00 |
| Camp Tiak | 64 Camp Tiak Road | Wiggins | Forrest | MS | 39577 | $2,900.00 |
| Melita Island Landing - Lots 1, 2 & 3 | 34490 US Highway 93 | Big Arm | Lake | MT | 59910 | $2,900.00 |
| Camp Melita Island | Flathead Lake, MT Wilgus Villa Site - Lot 001 - 017 | Lake County | Lake | MT | 59910 | $2,900.00 |
| Woodfield Scout Preservation | 491 Woodfield Scout Trail | Asheboro | Randolph | NC | 27203 | $2,900.00 |
| East Carolina Scout Reservation [Camp Boddie / Pamlico Sea Base, Camp Needles In The Pines] | 419 Boy Scout Rd | Blounts Creek | Beaufort | NC | 27812 | $2,900.00 |
| Camp Daniel Boone | 3647 Little East Fork Rd | Canton | Haywood | NC | 28716 | $2,900.00 |
| Occoneechee Scout Reservation [Camp Durant, Camp Reeves] | 4637 Old Carthage Road | Carthage | Moore | NC | 28327 | $2,900.00 |
| Camp Tuscarora | 965 Scout Rd | Four Oaks | Johnston | NC | 27524 | $2,900.00 |
| Mecklenburg Scout Reservation [Camp Grimes] | 383 Vein Mountain Road | Nebo | McDowell | NC | 28761 | $2,900.00 |
| Camp John J. Barnhardt | 44184 Cannon Road | New London | Stanley | NC | 28127 | $2,900.00 |
| Piedmont Scout Reservation | 668 Boy Scout Road | Ruthefordton | Rutherford | NC | 28139 | $2,900.00 |
| Camp Bob Hardin | 805 Scout Camp Road | Saluda | Polk | NC | 28773 | $2,900.00 |
| Camp Bonner North | SR 1331 | Washington | Beaufort | NC | 27889 | $2,900.00 |
| Covered Wagon Scout Reservation | 2911 County Road 15 | Cedar Bluffs | Saunders & Dodge | NE | 68015 | $2,900.00 |
| Camp Augustine | 2299 West Camp Augustine Road | Doniphan | Hall | NE | 68832 | $2,900.00 |
| T.L. Storer Scout Reservation | 4 Adams Pond Rd | Barnstead | Belknap | NH | 03218 | $2,900.00 |
| Griswold Scout Reservation | 254 Griswold Lane | Gilmanton | Belknap | NH | 03837 | $2,900.00 |
| Camp Wah-Ta-Cut | 292 Blakes Hill Rd | Northwood | Rockingham | NH | 03248 | $2,900.00 |
| Pierre Hoge Scout Camp - Hoge Base | Eaton Road Maple Grove Rd | Walpole | Cheshire | NH | 03608 | $2,900.00 |

| Name | Address | City | County | State | Zip | Amount |
|---|---|---|---|---|---|---|
| Joseph A. Citta Scout Reservation | 221 Brookville Road | Barnegat | Ocean | NJ | 08005 | $2,900.00 |
| Roosevelt Scout Reservation | 384 Watsons Mill Rd. | Elmer | Salem | NJ | 08318 | $2,900.00 |
|  | 750 Waterloo Road | Stanhope | Sussex | NJ | 07874 | $2,900.00 |
| Dowling Aquatic Camp | 205 South James Street | Carlsbad | Eddy | NM | 88220 | $2,900.00 |
| Camp Jim Murray | 1100 Jim Murray Road | Hobbs | Lea | NM | 88240 | $2,900.00 |
| Curtis S. Read Scout Reservation | 1377 Palisades Road | Brant Lake (Horicon & Hague) | Warren | NY | 12815 | $2,900.00 |
| Camp Turrell | 144 Galligan Road | Cuddebackville | Sullivan | NY | 12729 | $2,900.00 |
| Camp Tri-Mount | 261 Boy Scout Rd | East Jewett | Greene | NY | 12424 | $2,900.00 |
| Forestburg Scout Reservation | 1945 Rt. 42 | Forestburgh | Sullivan | NY | 12777 | $2,900.00 |
| Floodwood Mountain Reservation | 1088 Pitchfork Pond Road Rollins Pond | Lake Clear (Tupper Lake) | Franklin | NY | 12945 | $2,900.00 |
| Sabattis Adventure Camp | 1745 Sabattis Road | Long Lake | Hamilton | NY | 12847 | $2,900.00 |
| Sabattis Scout Reservation | Lows Upper Dam Road | Long Lake (Colton) | St. Lawrence | NY | 12847 | $2,900.00 |
| Henderson Scout Reservation | 509 Boy Scout Road | Maryland | Otsego | NY | 12116 | $2,900.00 |
| Camp Merz | 5297 W. Lake Road | Mayville | Chautauqua | NY | 14757 | $2,900.00 |
| Camp Cutler | 7131 Gulick Rd | Naples | Ontario | NY | 14512 | $2,900.00 |
| Camp Dittmer | 2228 Toll Road | Phelps | Ontario | NY | 14532 | $2,900.00 |
| Agatha Durland Scout Reservation | 1 Clear Lake Road | Putnam Valley | Putnam | NY | 10579 | $2,900.00 |
| Massawepie Scout Camp | 65 Massawepie Lake Road | Tupper Lake (Piercefield) | St. Lawrence | NY | 12986 | $2,900.00 |
| Muskingum Valley Scout Reservation | 16905 County Road 271 | Coshocton | Coshocton | OH | 43812 | $2,900.00 |
| Fort Steuben Scout Reservation | 79601 Adams Road | Freeport | Harrison | OH | 43973 | $2,900.00 |
| Seven Ranges Scout Reservation | 7070 Meter Road NE | Kensington | Carroll | OH | 44427 | $2,900.00 |
| Dan Beard Scout Reservation | 581 Ibold Road | Loveland | Clermont | OH | 45140 | $2,900.00 |
| Camp Falling Rock | 12637 Houdeshell Rd | Newark | Licking | OH | 43055 | $2,900.00 |

| Name | Address | City | County | State | ZIP | Amount |
|---|---|---|---|---|---|---|
| Pioneer Scout Reservation | 07-371 County Road S | Pioneer | Williams (OH)/Hillsdale (MI) | OH | 43554 | $2,900.00 |
| Beaumont Scout Reservation | 2429 Route 45 North | Rock Creek | Ashtabula | OH | 44084 | $2,900.00 |
| Camp McClintock | 216 County Road 2427 | Bartlesville | Osage | OK | 74003 | $2,900.00 |
| Will Rogers Scout Reservation | 362369 East Highway 64 | Cleveland | Pawnee | OK | 74020 | $2,900.00 |
| Diamond H Scout Ranch | 23181 E 920 Road | Cookson | Cherokee | OK | 74427 | $2,900.00 |
| Mabee Scout Reservation | 6500 E 590 | Locust Grove | Mayes | OK | 74352 | $2,900.00 |
| Kerr Scout Ranch | 4500 Bullet Prairie Rd | Tishimingo | Johnston | OK | 73460 | $2,900.00 |
| Camp Mooney | 741 Suicide Creek Rd | Camas Valley | Douglas | OR | 97416 | $2,900.00 |
| Camp Meriwether | 17500 Cape Lookout Road | Cloverdale | Tillamook | OR | 97112 | $2,900.00 |
| | OR-140 | Klamath Falls | Klamath | OR | 97601 | $500.00 |
| Martin Scout Ranch | 68001, 68003 N Fork McKay Creek Rd | Pilot Rock | Umatilla | OR | 97868 | $2,900.00 |
| Boy Scouts Office | 2145 SW Naito Parkway | Portland | Multnomah | OR | 97201 | $2,900.00 |
| Butte Creek Scout Ranch | 13462 S. Butte Creek Road | Scotts Mills | Clackamas | OR | 97375 | $2,900.00 |
| Camp Tuckahoe | 400 Tuckahoe Rd | Dillsburg | York | PA | 17019 | $2,900.00 |
| Sinoquipe Scout Reservation | 677 Boy Scout Road | Fort Littleton | Fulton | PA | 17223 | $2,900.00 |
| Bashore Scout Reservation | 160 Moonshine Rd | Jonestown | Lebanon | PA | 17038 | $2,900.00 |
| Trexler Scout Reservtion (Akelaland Camp, Settlers Camp) | 288 Camp Trexler Road / PA Route 534 | Kunkletown | Monroe | PA | 18058 | $2,900.00 |
| Hidden Valley Scout Reservation | 268 Hidden Valley Rd | Loysville | Perry | PA | 17047 | $2,900.00 |
| Musser Scout Reservation (Camp Delmont) | 5505 Upper Ridge Rd | Marlborough Twp | Montgomery | PA | 18073 | $2,900.00 |
| Camp Karoondinha | 225 Thomas Dam Road | Millmont | Union | PA | 17845 | $2,900.00 |
| J. Edward Mack Scout Reservation | 2 Scout Lane | Newmanstown | Lancaster | PA | 17073 | $2,900.00 |
| Ockanickon Scout Reservation | 5787 State Park Road | Pipersville | Bucks | PA | 18947 | $2,900.00 |
| Flag Plaza 5 | 1275 Bedford Avenue | Pittsburgh | Allegheny | PA | 15219 | $2,900.00 |

| Name | Address | City | County | State | Zip | Amount |
|---|---|---|---|---|---|---|
| Camp Minsi | 106 Camp Minsi Road / 437 Service Road | Pocono Summit | Monroe | PA | 18346 | $2,900.00 |
| Camp Olmstead | 3123 Roper Hollow Road | Russell | Warren | PA | 16345 | $2,900.00 |
| Hawk Mountain Scout Reservation | 402 Blue Mountain Road | Schuylkill Haven | Schuylkill | PA | 17972 | $2,900.00 |
| | 300 23rd St. Ext. | Sharpsburg | Allegheny | PA | 15215 | $2,900.00 |
| Seven Mountains Scout Camp | 227 Sand Mountain Rd | Spring Mills | Centre | PA | 16875 | $2,900.00 |
| Guajataka Scout Reservation | Road 119 KM 24.00 | San Sebastian | Puerto Rico | PR | 00685 | $2,900.00 |
| Cub World / Buck Hill Scout Reservation | 704 Buck Hill Road | Pascoag | Providence | RI | 02859 | $2,900.00 |
| Camp Coker | 2092 Camp Coker Rd | Society Hill | Chesterfield | SC | 29593 | $2,900.00 |
| Camp Reservation Property | 615 Callahan Mtn Rd | Travelers Rest | Greenville | SC | 29690 | $2,900.00 |
| Camp Ho Non Wah | 2609 Boy Scout Rd | Wadmalaw Island | Charleston | SC | 29487 | $2,900.00 |
| Lewis & Clark Scout Reservation | 31069 430th Ave | Tabor | Yankton | SD | 57063 | $2,900.00 |
| Skymont Scout Reservation | 1276 Talidandaganu Road | Altamont | Grundy | TN | 37301 | $2,900.00 |
| Boxwell Reservation | 1260 Creighton Lane | Lebanon | Wilson | TN | 37087 | $2,900.00 |
| Camp Buck Toms | 373 Camp Buck Toms Road | Rockwood | Roane | TN | 37854 | $2,900.00 |
| Latimer Reservation | 334 Plantation Rd. | Spencer | Van Buren | TN | 38585 | $2,900.00 |
| Camp Davy Crockett | 142 Scout Camp Road | Whitesburg | Hamblen | TN | 37891 | $2,900.00 |
| Rees-Jones Scout Camp | 11217 FM 2970 | Athens | Henderson | TX | 75751 | $2,900.00 |
| Griffith League Scout Ranch | 424 Oak Hill Cemetery Rd | Bastrop | Bastrop | TX | 78602 | $2,900.00 |
| Lost Pines Boy Scout Camp | 785 FM 1441 | Bastrop | Bastrop | TX | 78602 | $2,900.00 |
| Sid Richardson Scout Ranch | Boy Scout Rd | Bridgeport | Wise | TX | 76426 | $2,900.00 |
| Camp Don Harrington | 15401 FM 1541 | Canyon | Randall | TX | 79015 | $2,900.00 |
| Camp Strake | Hines Lake Road | Coldspring | San Jacinto | TX | 77331 | $2,900.00 |
| Camp Wisdom | 6400 W Red Bird Lane | Dallas | Dallas | TX | 75236 | $2,900.00 |
| Buffalo Trail Scout Ranch | 16400 End of Ranch Road 1832 | Ft. Davis | Jeff Davis | TX | 79734 | $2,900.00 |

| Name | Address | City | County | State | Zip | Amount |
|---|---|---|---|---|---|---|
| George W. Pirtle Scout Reservation | 440 County Road 1241 | Gary City | Panola | TX | 75643 | $2,900.00 |
| Cockrell Scout Service Center & Houston Scout Shop | 2225 North Loop West | Houston | Harris | TX | 77008 | $2,900.00 |
| Bear Creek Scout Reservation | 125 Bear Creek Scout Rd W. | Hunt | Kerr | TX | 78024 | $2,900.00 |
| Camp Sol Mayer and Sol Mayer Ranch | 299 Camp Sol Mayer Road | Menard | Menard | TX | 76859 | $2,900.00 |
| Bovay Scout Ranch | 3450 County Road | Navasota | Grimes | TX | 77868 | $2,900.00 |
| C.W. Post Memorial Scout Camp | 1730 FM 669A | Post | Garza | TX | 79356 | $2,900.00 |
| Camp Charles F. Perry | FM 1420 | Rio Hondo | Cameron | TX | 78583 | $2,900.00 |
| Mays Family Scout Ranch | 3445 Fest Road | San Antonio | Bexar | TX | 78264 | $2,900.00 |
| Camp Karankawa | 3249 FM 1459 | Sweeny | Brazoria | TX | 77480 | $2,900.00 |
| Camp Hunt | 2000 N Bear Lake Blvd | Garden City | Rich | UT | 84028 | $2,900.00 |
| Hinckley Scout Ranch & East Fork of the Bear Scout Reservation | 9214 East Fork Bear River Road | Kamas | Summit | UT | 84096 | $2,900.00 |
| Bear Lake Aquatics | 4298 N Cisco Rd | Laketown | Rich | UT | 84038 | $2,900.00 |
| Camp Rock Enon | 292 Rock Enon Springs Road | Gore | Frederick County | VA | 22637 | $2,900.00 |
| Goshen Scout Reservation | 340 Millard Burke Memorial Highway | Goshen | Rockbridge | VA | 24439 | $2,900.00 |
| Camp William B Snyder | 6100 Antioch Rd | Haymarket | Prince William | VA | 20169 | $2,900.00 |
| Blue Ridge Mountain Reservation | 2600 Maxcreek Rd | Hiwassee | Pulaski | VA | 24347 | $2,900.00 |
| Claytor Lake | 4100 Adventure Base Rd | Radford | Pulaski | VA | 24141 | $2,900.00 |
| Pipsico Scout Reservation | 57 Pipsico Road | Spring Grove | Surry | VA | 23881 | $2,900.00 |
| Camp Shenandoah | 216 Boy Scout Lane | Swoope | Augusta | VA | 24479 | $2,900.00 |
| Camp Sunrise | 2052 Sunset Lake Road | Benson | Rutland | VT | 05743 | $2,900.00 |
| Mount Norris Scout Reservation | 83 Boy Scout Camp Road | Eden | Lamoille | VT | 05652 | $2,900.00 |
| Camp Parsons | 970 Bee Mill Road | Brinnon | Jefferson | WA | 98320 | $2,900.00 |
| Camp Fife | 8370 Bumping River Road | Goose Prairie | Yakima | WA | 98937 | $2,900.00 |
| Fire Mountain Scout Camp | 26027 Walker Valley Road | Mount Vernon | Skagit | WA | 98274 | $2,900.00 |

| Name | Address | City | County | State | ZIP | Amount |
|---|---|---|---|---|---|---|
| Cowles Scout Reservation | 4161 N Shore Diamond Lake Road | Newport | Pend Oreille | WA | 99156 | $2,900.00 |
| Camp Thunderbird | 11740 Summit Lake Road NW | Olympia | Thurston | WA | 98502 | $2,900.00 |
| Boy Scouts Service Center & Scout Shop | 3120 Rainier Avenue S | Seattle | King | WA | 98144 | $2,900.00 |
| Cascade Scout Reservation | 25600 Monroe Log Camp Road | Snohomish | Snohomish | WA | 98290 | $2,900.00 |
| Tomahawk Scout Reservation | N1910 Scout Road | Birchwood | Washburn | WI | 54817 | $2,900.00 |
| Camp Decorah | W7520 Council Bay Road | Holmen | La Crosse | WI | 54601 | $2,900.00 |
| Camp Rokilio | 14404 Rokilio Road | Kiel | Manitowoc | WI | 53042 | $2,900.00 |
| L.E. Phillips Scout Reservation | 2900 16th Street | Rice Lake | Barron | WI | 54868 | $2,900.00 |
| Gardner Dam Scout Camp | N2992 Gardner Dam Road | White Lake | Langlade | WI | 54491 | $2,900.00 |
| Buckskin Scout Reservation | 1756 Browns Creek Road | Marlinton | Pocahontas | WV | 24954 | $2,900.00 |
| Camp Mountaineer | 187 Camp Mountaineer Road | Morgantown | Monongalia | WV | 26508 | $2,900.00 |
| Teton High Adventure Base | 11750 South, US-89 | Jackson | Teton | WY | 83001 | $2,900.00 |
| | | | | | Total | $722,600.00 |