# EXHIBIT B



**2/26/2021**

**Jason Pomerantz**
**Tort Claimants Committee**
**10100 Santa Monica Blvd**
**c/o Jason Pomerantz Pachulski Stang Ziehl & Jones LLP**
**Los Angeles, CA 90067**
**United States**

## INVOICE

Invoice No.:      **41224-NW210376**
Invoice for:      **Standard Appraisal Report**
Subject Name:  **BSA Phase II**
                       **See attached list**

**Invoice Amounts (USD):**

| | |
|---|---:|
| Professional Fee | $600,300.00 |
| Plus Expenses | $0.00 |
| Total Invoice | $600,300.00 |
| Less Payments Received | $0.00 |
| Total Balance Now Due | $600,300.00 |

**Your payment must reference Invoice 41224-NW210376 to be applied correctly.**

Please make your check payable to :        **CBRE, Inc. - Valuation and Advisory Services**
                                                              **Attn: Bank of America Lockbox Services**
                                                              **P.O Box 281620**
                                                              **Location code 4005**
                                                              **Atlanta, GA 30384-1620**
                                                              **United States**

and return with one copy of this invoice to the above address.

**For questions contact:**

Terri Kwok
415-986-7945
Terri.Kwok@cbre.com
Alisha.Wells@cbre.com

**Federal Tax ID: 95-2743174**

| **Wire/ACH Instructions** | |
|---|---|
| Bank Name: | **Wells Fargo Bank** |
| Address: | **420 Montgomery Street** |
| | **San Francisco CA 94104** |
| | **United States** |
| ABA Number: | **121000248 / Swift ID: WFBIUS6S** |
| Bank Contact: | **Michelle Polcari** |
| Telephone: | **(310) 606-4792** |
| Name on A/c: | **CBRE Valuation Wire Receipts** |
| General A/c: | **4121248561** |
| Reference: | **41224-NW210376** |
| | **Terri Kwok** |

**Property List - 41224-NW210376**

| Property Name | Address | City | Subregion | State / Prov. | Postal Code | Property Gross Fee |
|---|---|---|---|---|---|---|
| French Farms Pavillion Lot | French Farms Boulevard | Athens | Limestone | AL | 35611 | $2,900.00 |
| Clayton Service Center & Scout Shop | 516 Liberty Parkway | Birmingham | Jefferson | AL | 35242 | $2,900.00 |
| Camp Jackson | 2867 County Road 24 | Scottsboro | Jackson | AL | 35769 | $2,900.00 |
| Camp Pioneer | 971 Polk Road 38 | Hatfield | Polk | AR | 71945 | $500.00 |
| Camp Preston Hunt | 6914-6926 Tennessee Road | Texarkana | Miller | AR | 71854 | $2,900.00 |
| R-C Scout Ranch | 19887 AZ-260 | Christopher Creek | Gila | AZ | 85541 | $2,900.00 |
| 1.16-Acre Vacant Lot | 89 (County Road 9068) Ash Drive Park Show Low Unit 4, Lot 1410 | Concho | Apache | AZ | 85924 | $2,900.00 |
| 38.43-Acre Vacant Parcel | Rancho Allegre Unit No. 2, Lot 26 Within Sec. 18, Township 24 South, Range 29 East | Douglas | Cochise | AZ | 85607 | $2,900.00 |
| Camp Geronimo | 2599 West Webber Creek Road | Payson | Gila | AZ | 85541 | $2,900.00 |
| 0.90-Acre Vacant Lot | 1316 Avenida Gutierrez Within Sec. 26, Township 22 South, Range 13 East | Rio Rico | Santa Cruz | AZ | 85648 | $2,900.00 |
| 8.54-Acre Vacant Parcel | Curly Horn Ranches, Lot 21 Southwest Corner of Camino Del Yucca and Avenida Dos | Sahuarita | Pima | AZ | 85614 | $2,900.00 |
| 1.10 Acres of Vacant Land | Winchester Estates Lots 811, 825, 826, 875, 876 Within Secs. 9, Township 12 South, Range 24 East | Wilcox | Cochise | AZ | 85644 | $2,900.00 |
| 2.21 Acres of Land | Lake Havasu Estates Unit 7, Block C, Lot 8 Within Section 27, Township 17 North, Range 17 West | Yucca | Mohave | AZ | 86438 | $2,900.00 |
| Camp David Wortman | 56651 Eshom Valley Rd | Badger | Tulare | CA | 93603 | $500.00 |
| Holcomb Valley Scout Camp | 34300 Holcomb Valley Rd | Big Bear | San Bernardino | CA | 92314 | $500.00 |
| Boulder Creek Scout Reservation | 250 Scout Ranch Road | Boulder Creek | Santa Cruz | CA | 95006 | $2,900.00 |
| Sand Canyon Road Land | Sand Canyon Road | Canyon Country | Los Angeles | CA | 91387 | $2,900.00 |
| Camp Herms | 1100 James Pl | El Cerrito | Contra Costa | CA | 94530 | $2,900.00 |
| Camp Rings [Elk River Scout Camp] | 4200 Wrigley Rd | Eureka | Humboldt | CA | 95503 | $500.00 |
| Camp Lassen | 21359 Scout Road | Forest Ranch | Butte | CA | 95942 | $2,900.00 |
| Camp Mabel French | Camp Mabel French | Grande | San Luis Obispo | CA | 00000 | $500.00 |
| Rancho Los Mochos Scout Camp | 18450 Mines Rd. | Livermore | Alameda | CA | 94550 | $2,900.00 |
| Camp Warren McConnell | 11670 Livingston-Cressy Road | Livingston | Merced | CA | 95383 | $2,900.00 |
| Trask Scout Reservation | 1100 N. Canyon Blvd. | Monrovia | Los Angeles | CA | 91016 | $2,900.00 |
| Camp Isom | Orestimba Creek Road | Newman | Stanislaus | CA | 95360 | $2,900.00 |
| Camp Helendade | Camp Helendade | Running Springs | San Bernardino | CA | 92382 | $500.00 |
| Camp Balboa | 1207 Upas Street | San Diego | San Diego | CA | 92103 | $2,900.00 |
| Fiesta Island Youth Aquatic Center | 1750 Fiesta Island Road | San Diego | San Diego | CA | 92109 | $500.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Shaver Lake Ranger House | 42035 Elderberry | Shaver Lake | Fresno | CA | 93664 | $2,900.00 |
| Camp Marin Sierra | 41025 State Highway 20 | Soda Springs | Nevada | CA | 95715 | $2,900.00 |
| Slanes Flat | Forest Route 25N36 | Tehama County | Tehama | CA | 96090 | $2,900.00 |
| Camp John Mensinger [Pendola Sierra Adventure Base] | Forest Rte 4N07 | Twain Harte | Tuolumne | CA | 95383 | $2,900.00 |
| Yucca Valley Vacant Land | SE/O Victor Vista, W/O Joshua Drive, SW/O Piute Trail | Yucca Valley | San Bernardino | CA | 92284 | $2,900.00 |
| Seton Scout Reservation | 363 Riversville Road | Greenwich | Fairfield | CT | 06831 | $2,900.00 |
| The Connecticut Yankee Council Service Center | 60 Wellington Road | Milford | New Haven | CT | 06461 | $2,900.00 |
| F.S. Barbour Scout Reservation | 333 Loon Meadow Drive | Norfolk | Litchfield | CT | 06058 | $2,900.00 |
| Wah Wah Taysee | 3500 Ridge Road & 287 Hogan Road Rear | North Haven and Hamden | New Haven | CT | 06473 | $2,900.00 |
| Camp Mattatuck | 221 MT Tobe Rd/53 MT Tobe Road | Plymouth | Litchfield | CT | 06782 | $2,900.00 |
| Bakeless Property | 181 Great Hill Road | Seymour | New Haven | CT | 06483 | $2,900.00 |
| Tanah Keeta Scout Reservation | 8501 SE Boy Scout Road | Jupiter | Martin | FL | 33469 | $2,900.00 |
| Tatham Scout Service Center | 15255 NW 82nd Ave | Miami Lakes | Dade | FL | 33016 | $2,900.00 |
| Camp Sand Hill | 7139 Hunt Lane | Spring Hill | Hernando | FL | 34608 | $2,900.00 |
| Boy Scout Office | 13228 North Central Ave. | Tampa | Hillsborough | FL | 33612 | $2,900.00 |
| Camp Westin | 4000 Bartow Carver Rd SE | Acworth | Bartow | GA | 30102 | $500.00 |
| Camp Tolochee | 133 Ashley Marsh Drive | Brunswick | Glynn | GA | 31635 | $2,900.00 |
| BSA Scout Service Center | 1237 1st Avenue | Columbus | Muscogee | GA | 31901 | $2,900.00 |
| Drew Road Land | Drew Road | Cumming | Forsyth | GA | 30040 | $2,900.00 |
| House for Camp Ranger | 3672 Looper Lake Road | Gainesville | Hall | GA | 30506 | $2,900.00 |
| Camp Patten | 261 E. Burnt Church Road | Lakeland | Lanier | GA | 31635 | $2,900.00 |
| Knox Scout Reservation | 1150 Fred R. Prater Pkwy | Lincolnton | Lincoln | GA | 30817 | $2,900.00 |
| Camp Pine Mountain | 565 Old West Point Road | West Point | Harris | GA | 31833 | $2,900.00 |
| Camp Maluhia | 3687 Kahekii Hwy | Wailuku | Maui | HI | 96793 | $2,900.00 |
| Camp Alan Faye | Kokee State Park | Waimea | Kauai | HI | 96796 | $2,900.00 |
| Camp Easton | 23516 S. Highway 97 | Harrison | Kootenai | ID | 83833 | $2,900.00 |
| Camp Grizzly | 1101 N. Palouse River Rd | Harvard | Latah | ID | 83834 | $2,900.00 |
| Camp Big Timber | 37W955 Big Timber Rd | Elgin | Kane | IL | 60124 | $2,900.00 |
| Camp Warren Levis | 5500 Boy Scout Lane | Godfrey | Madison | IL | 62035 | $2,900.00 |
| Camp Bunn | 5259 Camp Lane | Hettick | Macoupin | IL | 92949 | $2,900.00 |
| Saukenauk Scout Reservation | 2948 E 1000th Street | Mendon | Adams | IL | 62351 | $2,900.00 |
| Camp Eastman | 750 E Co Road 1780 | Nauvoo | Hancock | IL | 62354 | $2,900.00 |
| Camp Lowden | 4418 South Scout Road | Oregon | Ogle | IL | 61061 | $2,900.00 |
| Peoria Scout Service Center | 614 NE Madison Ave. | Peoria | Peoria | IL | 61603 | $2,900.00 |
| Canyon Camp | 4856 E Townsend Road | Stockton | Jo Daviess | IL | 61085 | $2,900.00 |
| Camp Oakarro | 40635 N Mill Creek Rd | Wadsworth | Lake | IL | 60083 | $2,900.00 |
| Eykamp Scout Service Center | 3501 E Lloyd Exp | Evansville | Vanderburgh | IN | 47715 | $2,900.00 |
| Robert J Welsh Center for Scouting | 8751 Calumet Avenue | Munster | Lake | IN | 46321 | $2,900.00 |
| Pfeffer Scout Reservation [Camp Roy C Manchester] | 1531 Cross Road | Benton | Marshall | KY | 42025 | $2,900.00 |
| Camp Michaels | 3486 Hathaway Rd | Union | Boone | KY | 41091 | $2,900.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Baltimore Boy Scouts of America Office | 701 Wyman Park Drive | Baltimore | Baltimore | MD | 21211 | $2,900.00 |
| Camp Frank S. Betz | 3858 Snow Road | Berrien Springs | Berrien | MI | 49103 | $2,900.00 |
| Camp Rotary | 3201 S Clare Avenue | Clare | Clare | MI | 48617 | $2,900.00 |
| Camp Munhacke | 20120 Bartell Rd. | Gregory | Washtenaw | MI | 48137-9614 | $2,900.00 |
| Camp Teetonkah | 3710 Burkhart Rd. | Jackson | Jackson | MI | 49201-9193 | $2,900.00 |
| Rota-Kiwan Scout Reservation | 6278 Texas Drive | Kalamazoo | Kalamazoo | MI | 49646 | $2,900.00 |
| Paul Bunyan Scout Reservation | 721 Valley Road | Rose City | Oscoda | MI | 48654 | $2,900.00 |
| Frank Childress Scout Reservation | 5250 Jamboree LN | Joplin | Newton | MO | 64804 | $2,900.00 |
| Camp Arrowhead | 4202 State HWY DD | Marshfield | Webster | MO | 65706 | $2,900.00 |
| Springfield Service Center | 1616 S Eastgate Ave. | Springfield | Greene | MO | 65809 | $2,900.00 |
| Port Amsterdam Farm | 310 Magnolia Street | Edwards | Hinds | MS | 39066 | $2,900.00 |
| Billings Field Office & Scout Shop | 1310 24th Street West | Billings | Yellowstone | MT | 59102 | $500.00 |
| 5.63-Acres - Billings Scout Acres | Approx. 1570 Foothill Drive | Billings | Yellowstone | MT | 59105 | $2,900.00 |
| Great Falls HQ Property & Scout Shop | 820 17th Avenue South | Great Falls | Cascade | MT | 59405 | $2,900.00 |
| K-M Scout Ranch | 1066 K-M Rd | Hilger | Fergus | MT | 59451 | $2,900.00 |
| Missoula Field Office & Scout Shop | 805 West Spruce St. Ste. A | Missoula | Missoula | MT | 59802 | $500.00 |
| Superior Property | 110 Cedar St | Superior | Mineral | MT | 59872 | $500.00 |
| Clark Fork Property | No Situs Address Legal: S20,T16N, R25W, Tract in SWSW& IN Govt Lot 3 W of I-90 Approx. 8.58 Acres | Superior | Mineral | MT | 59872 | $2,900.00 |
| Grizzly Base Camp | 200 Grizzly Base Lane | Unincorporated | Flathead | MT | 59911 | $2,900.00 |
| Missouri River Scout Property - 8.82 Acres | No Situs Address Legal: S01, T21 N, R05 E, ACRES 8.82, TRACT OF LAND IN THE NW | Unincorporated Chouteau | Chouteau | MT | 59450 | $2,900.00 |
| Camp Arcola | 235 Arcola Scout Camp Road | Unincorporated Deer Lodge County | Deer Lodge | MT | 59762 | $2,900.00 |
| Camp Charles | 8396 Boy Scout Rd | Bailey | Nash | NC | 27807 | $2,900.00 |
| C.C Kimbrell Scout Office | 1222 East Franklin Boulevard | Gastonia | Gaston | NC | 28053 | $2,900.00 |
| Royce Reynolds Scout Office | 1405 Westover Ter | Greensboro | Guilford | NC | 27408 | $2,900.00 |
| Boy Scout Camp | 781 Scout Rd | Lexington | Davidson | NC | 27292 | $2,900.00 |
| Raven Point | 916 Scout Road | Lexington | Davidson | NC | 27292 | $2,900.00 |
| Belk Scout Camp | 9408 Belt Road | Midland | Mecklenburg | NC | 28107 | $2,900.00 |
| Raven Knob Scout Reservation | 266 Raven Knob Rd. | Mount Airy | Surry | NC | 27030 | $2,900.00 |
| Camp Sam Hatcher | 1201 Sam Hatcher Rd | Newport | Carteret | NC | 28570 | $2,900.00 |
| The Raleigh Service Center Scout Shop | 3231 Atlantic Avenue | Raleigh | Wake | NC | 27604 | $2,900.00 |
| Cape Fear Scout Reservation | 13165 HWY 53 W | White Oak | Bladen | NC | 28399 | $2,900.00 |
| Camp Bowers | Camp Bowers Trail | White Oak | Bladen | NC | 28399 | $500.00 |
| Cherokee Scout Reservation | 3296 Boy Scout Camp Rd | Yanceyville | Caswell | NC | 27379 | $2,900.00 |
| Jon L. Wanzek Center for Scouting | 4200 19th Avenue South | Fargo | Cass | ND | 58103 | $2,900.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Cache Lake Camp [Ontario, Canada] | Cache Lake [Ontario, Canada] | Huntsville | Huntsville | NE | 56306 | $500.00 |
| Lone Tree Scout Reservation | 12 W. Shore Park Rd | Kingston | Rockingham | NH | 03848 | $2,900.00 |
| Camp Carpenter / Manchester Scout Shop | 300 Blondin Road | Manchester | Hillsborough | NH | 03109 | $2,900.00 |
| Camp Whip-O-Will | 9 Rivergate Rd | Merrimack | Hillsborough | NH | 03054 | $2,900.00 |
| Camp Conklin | 37 Farber Hill Rd | Boonton | Morris | NJ | 07005 | $2,900.00 |
| Cedar Knolls Service Center & Scout Shop | 1 Saddle Rd | Cedar Knolls | Morris | NJ | 07927 | $2,900.00 |
| Loren S. Riggins Jr. Scout Resource Center | 4468 S. Main Rd. | City of Vineland | Cumberland | NJ | 08332 | $2,900.00 |
| Camp Grice | 124 Daretown Rd. | Elmer | Salem | NJ | 08318 | $2,900.00 |
| Camp No-Be-Bo-Sco | 11 Sand Pond Rd | Hardwick Twsp | Warren | NJ | 07825 | $2,900.00 |
| Land | 647 Seashore Road | Lower Township | Cape May | NJ | 08204 | $2,900.00 |
| Camp Glen Gray | 200 Midvale Mountain Rd | Mahwah | Bergen | NJ | 07430 | $500.00 |
| Camp Yaw Paw | MT Glen Road Harbor Drive | Mahwah | Bergen | NJ | 60601 | $2,900.00 |
| Quail Hill Scout Reservation | 56 LaValley Drive | Manalapan | Monmouth | NJ | 07751 | $2,900.00 |
| Monmouth Council Service Center | 705 Ginesi Dr. | Morganville | Monmouth | NJ | 07751 | $2,900.00 |
| Pine Hill Scout Reservation | 120 New Freedom Rd. | Pine Hill Borough | Camden | NJ | 08021 | $2,900.00 |
| Winnebago Scout Reservation [Camp Winnebago] | 102 Timberbrook Road | Rockaway | Morris | NJ | 07866 | $2,900.00 |
| Pine Tree Education & Environmental Center | 110 Butterworths Bogs Rd. | Tabernacle | Burlington | NJ | 08088 | $2,900.00 |
| Rental House - Vineland | 4418 S. Main Rd. | Vineland | Cumberland | NJ | 08332 | $2,900.00 |
| Rowan Resource Center | 693 Rancocas Rd. | Westampton Township | Burlington | NJ | 08060 | $2,900.00 |
| Rowan Training & Support Center | 695 Rancocas Rd. | Westampton Township | Burlington | NJ | 08060 | $2,900.00 |
| Halgas Scout Reservation | Stevenson Road | Woodland Township | Burlington | NJ | 08005 | $2,900.00 |
| Great Southwest Service Center & High Desert Scout Shop | 5841 Office Blvd NE | Albuquerque | Bernalillo | NM | 87109 | $500.00 |
| Donated Property - Percha Creek in Kingston / Shiloh | Kingston Townsite / 16S, 8W, 18 | Kingston | Sierra | NM | 88042 | $500.00 |
| S.P. Yates Scout Service Center | 2603 North Aspen Avenue | Roswell | Chaves County | NM | 88201 | $2,900.00 |
| Wehinahpay Mountain Camp / Hey Canyon High Adventure Base | 319 Potato Canyon Road 38 Hay Canyon Road | Sacramento | Otero | NM | 88347 | $2,900.00 |
| Campbell Scout Ranch | Crest Road | Sandia Park | Bernalillo | NM | 87047 | $2,900.00 |
| Tatum Lot | North Fox Avenue East Beech Street | Tatum | Lea | NM | 88267 | $2,900.00 |
| Kimball Scout Reservation | 10877 Mt Potosi Canyon Rd | Las Vegas | Clark | NV | 89124 | $2,900.00 |
| Camp Kingsley | 5330 Tuffy Road | Ava | Oneida | NY | 13303 | $2,900.00 |
| Camp Woodland | 491 Kibbie Lake Road | Constantia | Oswego | NY | 13044 | $2,900.00 |
| Camp Gorton | 4241 Route 25 | Dundee (Tyrone) | Schuyler | NY | 14837 | $2,900.00 |
| Camp Scouthaven | 10784 NY-98 | Freedom | Cattaraugus | NY | 14065 | $2,900.00 |
| Westchester-Putnam Service Center & Scout Shop | 41 Saw Mill River Road | Hawthorne | Westchester | NY | 10532 | $2,900.00 |
| Cedarlands Scout Reservation | Kickerville Road | Long Lake | Hamilton | NY | 12847 | $2,900.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Suffolk Service Center | 7 Scouting Boulevard | Medford | Suffolk | NY | 11763 | $2,900.00 |
| Scout Island | Scout Island | New York | 0000 | NY | 00000 | $500.00 |
| Camp Babcock-Hovey | 7294 Route 132 | Ovid | Seneca | NY | 14521 | $2,900.00 |
| Camp Sam Wood | 7772 Camp Road | Portageville | Wyoming | NY | 14536 | $2,900.00 |
| Camp Nooteeming | 22-169 Camp Nooteeming Road | Salt Point | Dutchess | NY | 12578 | $2,900.00 |
| Camp Bullowa | 17 Franck Road | Stony Point | Rockland | NY | 10980 | $2,900.00 |
| Camp Berry | 11716 Co Rd 40 | Findlay | Hancock | OH | 45840 | $2,900.00 |
| Manatoc Scout Reservation [Camp Butler, Camp Manatoc] | 1075 Truxell Road | Peninsula | Summit | OH | 44264 | $2,900.00 |
| Camp Baldwin | 76201 Dufur Valley Road | Dufur | Wasco | OR | 97021 | $2,900.00 |
| Herb Nill Family & Guaranty Scout Center | 2525 Martin Luther King Jr Boulevard | Eugene | Lane | OR | 97401 | $2,900.00 |
| Camp Murnane | 26733 Powell Rd | Eugene | Lane | OR | 97405 | $2,900.00 |
| Camp Baker | 5262 Boy Scout Rd | Florence | Lane | OR | 97439 | $2,900.00 |
| Camp Ireland | 31624 NW Camp Ireland Street | Hillsboro | Washington | OR | 97124 | $2,900.00 |
| Camp Wallowa | 59895 Pollock Road | Joseph | Wallowa | OR | 97846 | $2,900.00 |
| Camp Sal-Holm | N Lake Rd | Lakeside | Coos | OR | 97449 | $2,900.00 |
| Camp Morrison | Camp Morrison | Not Assigned | linn | OR | 97374 | $500.00 |
| Camp Kitson | 50518 Kitson Springs Rd | Oakridge | Lane | OR | 97463 | $2,900.00 |
| Scouters' Mountain / Camp Discovery | 11300 SE 147th Avenue | Portland | Multnomah | OR | 97236 | $500.00 |
| Camp McCaleb | 18000 Illinois River Road | Selma | Josephine | OR | 97523 | $2,900.00 |
| Camp Cooper | 6000 SW Bald Mountain Road | Willamina | Tillamook | OR | 97396 | $2,900.00 |
| Camp Baker | 371 Winterburn Rd | Beaver Falls | Beaver | PA | 15010 | $2,900.00 |
| Camp Acahela | 359 Acahela Road | Blakeslee | Monroe | PA | 18610 | $2,900.00 |
| Custaloga Town Scout Reservation 1 | 7 Boy Scout Lane | Carlton | Mercer | PA | 16311 | $2,900.00 |
| Custaloga Town Scout Reservation 2 | 7 Boy Scout Lane | Carlton | Mercer | PA | 16311 | $500.00 |
| Custaloga Town Scout Reservation 3 | 7 Boy Scout Lane | Carlton | | PA | | $0.00 |
| Custaloga Town Scout Reservation 4 | 7 Boy Scout Lane | Carlton | | PA | | $0.00 |
| Custaloga Town Scout Reservation 5 | 7 Boy Scout Lane | Carlton | | PA | | $0.00 |
| Custaloga Town Scout Reservation 6 | 7 Boy Scout Lane | Carlton | | PA | | $0.00 |
| Custaloga Town Scout Reservation 7 | 7 Boy Scout Lane | Carlton | | PA | | $0.00 |
| Custaloga Town Scout Reservation 8 | 7 Boy Scout Lane | Carlton | | PA | | $0.00 |
| Heritage Reservation | 300 Heritage Rd | Farmington | Fayette | PA | 15437 | $2,900.00 |
| Camp Brule | 2559 North Street | Forksville | Sullivan | PA | 18616 | $2,900.00 |
| Goose Pond Scout Reservation | 1047 Goose Pond Road | Lake Ariel | Wayne | PA | 18436 | $2,900.00 |
| Camp Garrison | 4021 Upper Ridge Rd | Marlborough | Montgomery | PA | 18073 | $2,900.00 |
| Camp Hart | 1425 Camp Road | Marlborough Township | Montgomery | PA | 18073 | $2,900.00 |
| East Camp | Swamp Creek Road Lot 2 | Marlborough Twp | MOntgomery | PA | 18054 | $2,900.00 |
| | 1200 Resica Falls Rd | Middle Smithfield Twp | Monroe | PA | 18302 | $2,900.00 |
| Camp Agawam | 3956 Frew Mill Road | New Castle | Butler | PA | 16101 | $2,900.00 |
| Camp Twin Echo | 115 Twin Echo Dr | New Florence | Westmoreland | PA | 15944 | $500.00 |
| Camp Conewago | 450 Boy Scout Road | New Oxford | Adams | PA | 17350 | $2,900.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Horseshoe Scout Reservation (Camp John H. Ware, 3rd ) | 239 Jubilee Road | Peach Bottom | Lancaster | PA | 17563 | $2,900.00 |
| Camp Mountain Run | 4980 Mountain Run Rd | Penfield | Clearfield | PA | 15849 | $2,900.00 |
| Camp Seph Mack | 1966 S Harmony Road | Penn Run | Indiana | PA | 15765 | $500.00 |
| Camp Tenacharison | 963 Boy Scout Road | S Huntingdon | Westmoreland | PA | 15479 | $2,900.00 |
| Camp Bucoco Lane | 150 Bucoco Lane | Slippery Rock | Butler | PA | 16057 | $2,900.00 |
| Elk Lick Scout Preserve | 2420 Bordell Road | Smethport | McKean | PA | 16749 | $2,900.00 |
| Custaloga Town Scout Reservation [Moss Woods] | Rt. 487 | Vernon Township | Crawford | PA | 16335 | $2,900.00 |
| Jet Potter Scout Service Center | 3414 Hillsboro Pike | Nashville | Davidson | TN | 37215 | $2,900.00 |
| Fickett Scout Training & Service Center & Steve Matthews Scout Shop | 12500 N Interstate Hwy 35 | Austin | Travis | TX | 78753 | $2,900.00 |
| Camp Fawcett | 526 S RANCH RD 335 | Barksdale | Edwards | TX | 78828 | $2,900.00 |
| Chisholm Trail High Adventure Base / Texas High Adventure Base | Unnamed Road | Bridgeport | Wise | TX | 76513 | $500.00 |
| McGimsey Scout Park | 2226 NW Military Hwy | Castle Hills | Bexar | TX | 78213 | $2,900.00 |
| John D. Murchison Scouting Service Center | 8605 Harry Hines Blvd | Dallas | Dallas | TX | 75235 | $2,900.00 |
| Mauritz Scout Reservation | 4656 CO RD 256 | ETJ | Johnson | TX | 77957 | $500.00 |
| Bobby Lyle Billy Gamble Scouting Center | 5600 US Hwy 75 South | Fairview | Collin | TX | 75069 | $2,900.00 |
| Camp Alma McHenry | FM 141 and Co Rd 121 | Giddings | Lee | TX | 78942 | $2,900.00 |
| Camp Green Dickson | Co Rd 354 | Gonzales | Gonzales | TX | 78629 | $2,900.00 |
| Camp Constantin / Jack D. Furst Aquatics Base | 3003 Park Road 36 | Graford | Palo Pinto | TX | 76449 | $2,900.00 |
| Office Property | 6912 W. Expressway 83 | Harlingen | Cameron | TX | 78552 | $2,900.00 |
| Smilin V Scout Ranch | 250 County Rd 286 Spur | Liberty Hill | Williamson | TX | 78642 | $2,900.00 |
| Camp MK Brown | FM 3182 | Mobeetie | Wheeler | TX | 79061 | $2,900.00 |
| Worth Ranch | 1518 Worth Ranch Rd | Palo Pinto | Palo Pinto | TX | 76484 | $2,900.00 |
| Pecos Property | Rural Road South of Pecos | Reeves County | Reeves | TX | 79772 | $2,900.00 |
| Camp Billy Gibbons | 13397 County RD 360 | Richland Springs | San Saba | TX | 76871 | $2,900.00 |
| Camp Klondike | Indian Trail | Rio Vista | Johnson | TX | 76033 | $2,900.00 |
| Baden Powell Park | 7722 S Country Club Rd | San Angelo | Tom Green | TX | 75041 | $500.00 |
| Camp Brosig | 1893 Trenckman Road | Sealy | Austin | TX | 77474 | $2,900.00 |
| Camp Haynes | Southeast Corner of Highway 256 & FM 2167 Section 140, Block G&M, Brisoce County | Silverton | Briscoe | TX | 79257 | $2,900.00 |
| Roy D. Rivers Wilderness Camp | 172 Split Oak Rd | Smithville | Bastrop | TX | 78957 | $2,900.00 |
| Camp Tonkawa | 4117 FM 89 | Tuscola | Taylor | TX | 79562 | $2,900.00 |
| Camp Perkins | 9970 Perkins Road | Wichita Falls | Wichita | TX | 76305 | $2,900.00 |
| Scott Scout Ranch | 110 Camp Urland Road | Woodville | Tyler | TX | 75979 | $2,900.00 |
| Camp Tracy | 3901 Mill Creek Canyon Rd | Salt Lake City | Salt Lake | UT | 84109 | $2,900.00 |
| Scofield Scout Camp at Frandsen Scout Reservation | 4928 N Scofield Scout Camp Rd | Unincorporated Carbon County - Scofield State Park | Carbon | UT | 84526 | $2,900.00 |
| Lake Park - Boy Scout of America Site | 2828 S Leadership Ct | West Valley | Salt Lake | UT | 84119 | $2,900.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Albright Scout Reservation Camp | 11301 Trents Bridge Road | Chesterfield | Chesterfield | VA | 23838 | $2,900.00 |
| Bayport Scout Reservation | 130 Scout Trail | Jamaica | Middlesex | VA | 23079 | $500.00 |
| Cub & Weblos Adventure Camp | 1699 Maidens Road | Maidens | Goochland | VA | 23102 | $2,900.00 |
| Camp T. Brady Saunders | 1723 Maidens Road | Maidens | Goochland | VA | 23102 | $2,900.00 |
| Barre Town Property | US Route 302 | Barre Town | Washington | VT | 05641 | $2,900.00 |
| Bradford Property | Off VT Route 25 | Bradford | Orange | VT | 05933 | $2,900.00 |
| Georgia Property | Horseshoe Barn Road | Georgia | Franklin | VT | 05478 | $2,900.00 |
| | Interstate 89 and US Route 2 | Middlesex | Washington | VT | 05602 | $2,900.00 |
| | Off Mountain Road | Monkton | Addison | VT | 05473 | $500.00 |
| Green Mountain Council | 838 US Route 2 | Moretown | Washington | VT | 05660 | $2,900.00 |
| | Back Windham Road | Townshend | Windham | VT | 05353 | $2,900.00 |
| Woodford Property | Harbour Road | Woodford | Bennington | VT | 05201 | $500.00 |
| Camp Lewis | 14004 NE 271st Street | Battle Ground | Clark | WA | 97604 | $2,900.00 |
| Camp Delezenne | 761 Delezenne Road | Elma | Grays Harbor | WA | 98451 | $2,900.00 |
| North Idaho HA Base | North Idaho HA Base | Not Assigned | Spokane | WA | 98101 | $500.00 |
| Summit Lake | WA Highway 155 | Omak | Okanogan | WA | 98841 | $2,900.00 |
| Camp Hahobas | 1365 NE Hahobas Way | Tahuya | Mason | WA | 98588 | $2,900.00 |
| Camp Bonaparte | 733 Bonaparte Lake Road | Tonasket | Okanogan | WA | 98855 | $2,900.00 |
| Scout-Avista | 3275 Mission Ridge Road | Wenatchee | Chelan | WA | 98801 | $2,900.00 |
| Camp Oh-Da-Ko-Ta | 3363 Dyer Lake Road | Burlington | Racine/Kenosha | WI | 53105 | $2,900.00 |
| Indian Mound Scout Reservation [Camp Doerr & Camp Lazynski] | 37650 Forest Dr | Oconomowoc | Waukesha | WI | 53066 | $2,900.00 |
| Camp Freeland Leslie | 105 Fawn Dr. | Oxford | Marquette/Adams | WI | 53952 | $2,900.00 |
| Ma-Ka-Ja-Wan Scout Reservation | W6500 Spring Lake Rd | Pearson | Langlade | WI | 54462 | $2,900.00 |
| Camp Sol R. Crown | 11651 304TH AVE | Trevor | Kenosha | WI | 53179 | $2,900.00 |
| Camp Napowan | N4789 24th Avenue | Wild Rose | Waushara | WI | 54984 | $2,900.00 |
| Camp Kootaga | 79 Camp Kootaga Rd | Walker | Wirt | WV | 26180 | $2,900.00 |
| | | | | | Total | **$600,300.00** |