# EXHIBIT C



4/8/2021

**Jason Pomerantz**
**Tort Claimants Committee**
**10100 Santa Monica Blvd**
**c/o Jason Pomerantz Pachulski Stang Ziehl & Jones LLP**
**Los Angeles, CA 90067**
**United States**

# INVOICE

| | |
|---|---|
| Invoice No.: | **41224-NW211410** |
| Invoice for: | **Standard Appraisal Report** |
| Subject Name: | **BSA Phase III** |
| | **See attached list** |

**Invoice Amounts (USD):**

| | |
|---|---|
| Professional Fee | $131,100.00 |
| Plus Expenses | $0.00 |
| Total Invoice | $131,100.00 |
| Less Payments Received | $0.00 |
| Total Balance Now Due | $131,100.00 |

**Please reference Invoice 41224-NW211410 on your payment.**

Please make your check payable to :      **CBRE, Inc. - Valuation and Advisory Services**
**Attn: Bank of America Lockbox Services**
**P.O Box 281620**
**Location code 4005**
**Atlanta, GA 30384-1620**
**United States**

and return with one copy of this invoice to the above address.

**For questions contact:**

Terri Kwok
415-986-7945
Terri.Kwok@cbre.com
Alisha.Wells@cbre.com

**Wire/ACH Instructions**

| | |
|---|---|
| Bank Name: | **Wells Fargo Bank** |
| Address: | **420 Montgomery Street** |
| | **San Francisco CA 94104** |
| | **United States** |
| ABA Number: | **121000248 / Swift ID: WFBIUS6S** |
| Bank Contact: | **Michelle Polcari** |
| Telephone: | **(310) 606-4792** |
| Name on A/c: | **CBRE Valuation Wire Receipts** |
| General A/c: | **4121248561** |
| Reference: | **41224-NW211410** |
| | **Terri Kwok** |
| Notify Email: | **Terri.Kwok@cbre.com** |

**Federal Tax ID: 95-2743174**

**Terms of Payment:** Due 30 days upon receipt.
We may apply interest for accounts over 60 days due.

*Thank you for trusting us with your business.*

**Property List - 41224-NW211410**

| Property Name | Address | City | Subregion | State / Prov. | Postal Code | Property Gross Fee |
|---|---|---|---|---|---|---|
| Old Hayneville Road Land | Old Hayneville Road | Montgomery | Montgomery | AL | 36108 | $2,900.00 |
| Pettus Road Land | Pettus Road | Montgomery | Montgomery | AL | 36043 | $2,900.00 |
| Nichols Canyon Road Remnant Parcel | Nichols Canyon Road 0.25 Acres | Los Angeles | Los Angeles | CA | 90046 | $2,900.00 |
| Open Space Land | Lytle Creek Canyon Road | Lytle Creek | San Bernardino | CA | 92358 | $2,900.00 |
| Open Space Land | Yerba Buena Road | Malibu | Ventura | CA | 90265 | $2,900.00 |
| Single Tenant Flex/Industrial Bldg. | 1230 Indiana Ct | Redlands | San Bernardino | CA | 92374 | $2,900.00 |
| Remnant Parcels | Various | Various | | CA | | $0.00 |
| Pikes Peak Council BSA Service Center & Hibbard Scout Shop | 985 W. Fillmore St | Colorado Springs | El Paso | CO | 80907 | $2,900.00 |
| Kings Deer Land | 1917 Bashley Rd | Monument | El Paso | CO | 80132 | $500.00 |
| Byram Residential House | 263 Byram Road | Greenwich | Fairfield | CT | 06830 | $2,900.00 |
| Brown Donated Property - Boy Scout Property | SE 46th Loop | Keystone Heights | Bradford | FL | 32656 | $2,900.00 |
| Brown Donated Property | SE 8th Avenue | Keystone Heights | Bradford | FL | 32656 | $500.00 |
| Tillman T. Blakely Scout Service Center | 1361-1363 Zebulon Rd | Griffin | Spalding | GA | 30224 | $2,900.00 |
| Hawaii Island Service & Scout Shop Center | 580 Stainback Hwy | Hilo | Hawaii | HI | 96720 | $2,900.00 |
| Maui Service Center & Scout Shop | 200 Liholiho St. | Wailuku | Maui | HI | 96793 | $1,000.00 |
| Pocatello Service Center | 2306 Pocatello Creek Rd | Pocatello | Bannock | ID | 83201 | $2,900.00 |
| Camp Red Wing | 5757 East Inlow Spring Road | Muncie | Delaware | IN | 47302 | $500.00 |
| Camp Resolute | 75 Hudson Rd | Bolton | Worcester | MA | 01740 | $2,900.00 |
| Cachalot Scout Reservation | 1 Scouting Way, Off 0 Glen Charlie Road, Wareham Line | Plymouth | Plymouth | MA | 02360 | $2,900.00 |
| | 65 Ridgewood Road | Yarmouth | Barnstable | MA | 02765 | $2,900.00 |
| | Off Old Hyannis Rd | Yarmouth | Barnstable | MA | 02675 | $2,900.00 |
| Auburn Service Center & Scout Shop | 5001 S Eleven Mile Rd. | Auburn | Bay | MI | 48611 | $2,900.00 |
| Island - Betz | Bachelor Isle | Buchanan | Berrien | MI | 49103 | $2,900.00 |
| Ranger House | 16759 Chain Lake St | Cassopolis | Cass | MI | 49031 | $2,900.00 |
| Camp Shetek | 76 Smith Lake Drive | Currie | Murray | MN | 56123 | $2,900.00 |
| Heart of America Council Service Center & Kansas City Scout Shop | 10210 Holmes Road | Kansas City | Jackson | MO | 64131 | $2,900.00 |
| | 83 Route 125 | Kingston | Rockingham | NH | 03848 | $2,900.00 |

| Name | Address | City | County | State | Zip | Amount |
|---|---|---|---|---|---|---|
| Northern New Jersey Scout Shop | 25 Ramapo Valley Rd | Oakland | Bergen | NJ | 07436 | $2,900.00 |
| Eilopoulos Property | Unnamed Road | Lake George | Washington | NY | 12861 | $2,900.00 |
| Leatherstocking Service Center & Utica Trading Post Scout Shop | 1406 Oneida St | Utica | Oneida | NY | 13501 | $2,900.00 |
| Miller Nursing Home | 7233 Apollo Road NE | Kensington | Carroll | OH | 44427 | $500.00 |
| Chief Logan Scout Reservation | 3600 Scout Camp Road | Ray | Vinton & Jackson | OH | 45672 | $2,900.00 |
| Camp George Thomas | 45456 County Street 2520 | Apache | Caddo | OK | 73006 | $2,900.00 |
| John W. Nichols Scout Ranch | 12109 S County Line Road | Oklahoma City | Canadian | OK | 73173 | $2,900.00 |
| Dillion Property | Dillion Property | Unknown | | OR | | $500.00 |
| Beaver Family Service Center | 5027 Pottsville Pike | Ontelaunee Township | Berks | PA | 19605 | $2,900.00 |
| York Service Center & Scout Shop | 2139 White Street | West Manchester Township | York | PA | 17404 | $2,900.00 |
| Camp Barstow | 117 Camp Bartow Drive | Batesburg | Saluda | SC | 29006 | $2,900.00 |
| Glendale Outdoor Leadership School | 270 Wheeling Circle | Glendale | Spartanburg | SC | 29346 | $2,900.00 |
| Camp Mack Morris | 455 Camp Mack Morris Rd. | Camden | Benton | TN | 38320 | $2,900.00 |
| Sequoyah Service Center | 129 Boone Ridge Drive | Johnson City | Washington | TN | 37615 | $2,900.00 |
| Golden Spread Service Center & Scout Shop | 401 Tascosa Road | Amarillo | Potter | TX | 79124 | $2,900.00 |
| Hurst Service Center & Longhorn Scout Shop | 850 Cannon Drive | Hurst | Tarrant | TX | 76054 | $2,900.00 |
| Northwest Texas Council Service Center | 3604 Maplewood Ave | Wichita Falls | Wichita | TX | 76308 | $2,900.00 |
| Tifie Scout Camp | Sky Haven Drive T15S R5E Section 20 | Unincorporated Sanpete | Sanpete | UT | 84647 | $2,900.00 |
| Bay-Lakes Council Center For Scouting | 2555 Northern Rd | Appleton | Winnebago | WI | 54912 | $2,900.00 |
| Milwaukee Scout Service Center & Scout Shop | 330 South 84th Street | Milwaukee | Milwaukee | WI | 53214 | $2,900.00 |
| Bear Paw Scout Camp | 14000 Bear Paw Camp Lane | Mountain | Oconto | WI | 54149 | $2,900.00 |
| Camp Long Lake | N 4350 Boy Scout Road | St. Cloud | Fond Du Lac | WI | 53079 | $2,900.00 |
| Strebel Property | 17444 Riggens Street | Townsend | Oconto | WI | 54175 | $2,900.00 |
| Camp Mahonegon | 3017 Boy Scout Camp Road | Ellamore | Upshur | WV | 26267 | $2,900.00 |

**Total** $ 131,100.00