# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE

I, Gregory J. Flasser, hereby certify that on May 7, 2021, a copy of (1) **Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fire Insurance Company's Objections and Responses to The Coalition of Abused Scouts for Justice, The Official Committee of Tort Claimants and The Future Claims Representative's First Set of Requests for Admission**; and (2) **Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fire Insurance Company's Objections and Responses to The Coalition of Abused Scouts for Justice, The Official Committee of Tort Claimants and The Future Claims Representative's First Requests for the Production of Documents** were served via electronic mail on the parties listed on Exhibit 1 attached hereto; and a copy of **Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fire Insurance Company's Objections and Responses to The Official Committee of Tort Claimants' First Set of Interrogatories** was served via electronic mail on the parties listed on Exhibit 2 attached hereto.

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

| | |
|---|---|
| Date: May 7, 2021<br>Wilmington, DE | BAYARD, P.A.<br><br>*/s/ Gregory J. Flasser*<br>Erin R. Fay (No. 5268)<br>Gregory J. Flasser (No. 6154)<br>Bayard, P.A.<br>600 North King Street, Suite 400<br>Wilmington, D.E. 19801<br>Tel: (302) 655-5000<br>Fax: (302) 658-6395<br>Email: efay@bayardlaw.com<br>       gflasser@bayardlaw.com<br>-and-<br><br>SHIPMAN & GOODWIN LLP<br>James P. Ruggeri (admitted *pro hac vice*)<br>Joshua D. Weinberg (admitted *pro hac vice*)<br>Annette P. Rolain (admitted *pro hac vice*)<br>Sara. K. Hunkler (admitted *pro hac vice*)<br>Shipman & Goodwin LLP<br>1875 K Street, NW, Suite 600<br>Washington, D.C. 20006<br>Tel: (202) 469-7750<br>Fax: (202) 469-7751<br>-and-<br><br>Philip D. Anker (admitted *pro hac vice*)<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, N.Y. 10007<br>Tel: (212) 230-8890<br>Fax: (212) 230-8888<br>-and-<br><br>Danielle Spinelli (admitted *pro hac vice*)<br>Joel Millar (admitted *pro hac vice*)<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>1875 Pennsylvania Avenue N.W.<br>Washington, D.C. 20006<br>Tel: (202) 663-6000<br>Fax: (202) 663-6363<br><br>*Attorneys for First State Insurance Company, Hartford Accident and Indemnity Company and Twin City Fire Insurance Company* |