# EXHIBIT 1

MONZACK MERSKY & BROWDER, P.A.
Rachel B. Mersky
1201 North Orange Street, Suite 400
Wilmington, DE 19801
Email: rmersky@monlaw.com

BROWN RUDNICK LLP
David J. Molton
Eric R. Goodman
Seven Times Square
New York, NY 10036
Email: dmolton@brownrudnick.com; egoodman@brownrudnick.com

BROWN RUDNICK LLP
Sunni P. Beville
Tristan G. Axelrod
One Financial Center
Boston, MA 02111
Email: sbeville@brownrudnick.com; taxelrod@brownrudnick.com

PACHULSKI STANG ZIEHL & JONES LLP
James I. Stang
Robert B. Orgel
Iain A.W. Nasatir
James E. O'Neill
John W. Lucas
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Email: jstang@pszjlaw.com; rorgel@pszjlaw.com; inasatir@pszjlaw.com; joneill@pszjlaw.com; jlucas@pszjlaw.com

PASICH LLP
Kirk Pasich
10880 Wilshire Boulevard, Suite 2000
Los Angeles, CA 90024
Email: kpasich@pasichllp.com

PASICH LLP
Jeffrey L. Schulman
757 Third Avenue, 20th Floor
New York, NY 10017
Email: jschulman@pasichllp.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Robert S. Brady
Edwin J. Harron
Sharon M. Zieg
Rodney Square
1000 North King Street
Wilmington, DE  19801
Email:  rbrady@ycst.com; eharron@ycst.com; szieg@ycst.com

GILBERT LLP
Kami E. Quinn
700 Pennsylvania Avenue, SE, Suite 400
Washington, DC 20003
1000 North King Street
Wilmington, DE  19801
Email:  quinnk@gilbertlegal.com

# EXHIBIT 2

PACHULSKI STANG ZIEHL & JONES LLP
James I. Stang
Robert B. Orgel
Iain A.W. Nasatir
James E. O'Neill
John W. Lucas
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Email: jstang@pszjlaw.com; rorgel@pszjlaw.com; inasatir@pszjlaw.com; joneill@pszjlaw.com; jlucas@pszjlaw.com

PASICH LLP
Jeffrey L. Shulman
757 Third Avenue, 20th Floor
New York, NY 10017
Email: jschulman@pacichllp.com

PASICH LLP
Kirk Pasich
10880 Wilshire Boulevard, Suite 2000
Los Angeles, CA 90024
Email: kpasich@pasichllp.com