I                                    4-26-2021

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington DE. 19801

FILED
2021 MAY 10 AM 9:47
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Judge Silverstein,

    I am writing you in behalf of the years of abuse I suffered while a member of the Boy Scouts of America / Cub Scouts, it's where my sexual abuse started at 8 years old, and went on for 6 years.
    My sexual abuse started shortly after I joined the Cub Scouts in 1961 at 8 years old. The Den mother was ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Our meetings were held mostly at her home in the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
    It started when she asked me to stay after a meeting, and help her clean up, & of course I agreed. I went into her restroom where shortly after she appeared in the restroom, and told me what a big boy I was. Before I could get ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ had ever done this to me before.
    This continued almost after every meeting,

II

and she escalated the act every time, telling

████████████████████████████

She would tell me if I wanted to grow up to be a real man, I needed to learn what women liked men to do to them. She would constantly say things to intimidate my not wanting to participate, such as "you don't want to grow up and be a sissy, do you?" Of course, I didn't want to be a sissy, which later she explained to be gay or queer.

████████████████████████████

what women liked men to do to them. She taught me so many things that were wrong, especially for a young boy who wanted to be a good scout. She also used fear, and intimidation to keep me active in her sick ways. I was emotionally, physically, and mentally tortured for 6 years! This later led to very damaging teen years, dating, and eventually led to 2 failed marriages due to sick teachings put in my head at a very early age.

I sought professional counseling twice as an adult, but to no avail. I'm single, and have been divorced for many years now.

When my son was young, and wanted to join the Scouts, I said No! I didn't want what happened to me to happen to him! It was very difficult to try to explain to him why the answer was no. He thought I was close minded, and mean, and I didn't want him to have fun. So my abuse affected him, and my two ex wives, and all of my life!

No one can give me back what was stolen from me! Some damage can not be fixed! Some things can not be forgotten!

All I am asking here Judge Silverstein is that you don't let the Boy Scouts of America get away with this!! They are an organization that shelters & hides pedophiles!! No one, or no amount of money can fix this. However, YOU, can put them out of the pedophile buisness & make it very difficult to continue their sick actions!

Will a money settlement make me feel better, or forget? No, but, if I need money to seek counseling I currently can no longer afford, perhaps one day, I could get what's left of my life back on track.

No child should have to go through this. The Boy Scouts of America need to be held responsible for their actions and their lack of action! Please don't let them hurt anymore children and ruin anymore lives!

In a perfect world they would be shut down! I know you can't do this, but you can make them pay for all their wrong doing & knowingly hiding the pedophiles in their organization! You do have the power to make them pay!

Even if I wrote you a book about all—in detail, about every act that was performed on me, to me, it would only be a glimpse of what happened to me & how it affected my early years, and adult life. Please don't let Boy Scouts of America skate on this, as they have done for decades!

For decades The Boy Scouts of America, have been hiding pedophiles. Transferring scout leaders to different locations, while they, & their insurance companies have been paying pennies on the dollar to victims to keep them quiet.

It is time for this to come out in the open! Judg, you have the power to do this, and protect generations of children to come, so they don't fall prey to this pedophile organization. They want to sweep this under another rug.

Hitting them & their insurance companies with a large settlement is the only thing they will understand! It will make major head lines, and this will educate parents and expose this organization's sick and evil practices.

Respectfully,



Justice Lauri Selber Silverstein  
BSA Bankruptcy Case  
824 Market Street 6th Floor  
Wilmington, DE. 19801