Claimaint
█████

April 27, FILED
SA-█████ 10 AM 9:47
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Hello Judge Silverstein, I AM claimaint █████ from Fort Lauderdale Florida. I am a 54 year old Black male and a former member of Troop 169 here in Fort Lauderdale, Fla where I was born. My Scoutmaster name is █████ he was also a black male and the Senior Scout Master, however he is now deceased. Scoutmaster █████ is also in the Perversion files from the (1970's). I joined the boyscouts in 1977 I was 9 yrs old just a kid who wanted to be a boyscout and be a part of something that was bigger than myself. My Scoutmaster █████ gave me a nick name he use to call me █████ like the car █████ Why I have no idea. My Scoutmaster was a very kind and good hearted man, at least I thought so. Until the night when we were on a camping trip at Hugh Taylor Birch (Park)

Claimant ▇▇▇▇▇

April 27, 2021

Camping Trips and his apartment on ▇▇▇▇▇ around the corner from the US Post Office. I told my Scoutmaster that someday I wanted to become a (Eagle Scout). He told (▇▇) I have the powers to make that happen. But I have to pass the (initiation) And he told me when that time comes I must be a Trustworthy Scout and Never tell anyone about the (initiation). Everytime we would have sleepovers at his apartment he would tell me to come and sleep in his room and in his bed with him. And while I was sleeping

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

he ask me how bad did I want to be a (Engel-Scout) this was part of the (initiation). I never told anyone what this man had done to me other than my parents and my brother thats after he got arrested.

Claimant ▮                                April 27, 2021

THE BoyScout National Office hid perversion files on thousands of Scoutmasters that were not qualified to interact with children. However they had no regard for me and other boyscouts who were molsted by Scoutmasters who were considered to be (pedophiles). My past Scoutmaster was placed on permanent probation due to prior incidents before I joined the boyscout. However he was permitted to still be Scoutmaster and remain around kids and thats wrong. He was on probation when he molsted me Really Judge? We are talking about human beings Kids the future of tommorrow. Judge Silvestein this organization must be held accountable if not Everything the boyscouts of America is About moral character is just a lie.

Respectfully
▮

7020 2450 0001 1498 9168

CERTIFIED MAIL

Justice Lauri Selber Silver
BSA Bankruptcy Ca[se]
824 N Market Street
Wilmington, Delawar[e]
19801

U.S.M.S.
X-RAY!
LAMY!


