April 29, 2021

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801



FILED
2021 MAY 10 AM 9:46
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## Victim Impact Statement

Your Honor,

I would like to first tell you how I came to learn of a *Victim Impact Statement*, and what it means; I learned about these in prison, where I spent six years, nine months, and 23 days of my life.



I have to wonder that because I had reached such a crisis state in my thinking, about my sexuality, that I would have done anything to satisfy my sexual urges, anything, including having sexual intercourse with an eight year old girl. Anything. I had been watching every type of porn I could find in an effort to find something that stimulated me, to no avail. I briefly found pleasure in ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. But that still did not satisfy for long.

I was in such a desperate state simply because to act on my true inner urges and feelings would have been terrible. You see, the only thing I ever wanted was to be with a man,

sexually. I had grown up in the community theater and taken dance lessons, so, needless to say, I knew what it was to be homosexual. I remember being about 10 years-old, sitting backstage and seeing two men, a couple, exchange a quick touch, nothing sexual at all, just something that only couples would do. I remember seeing that and feeling a thrill, that was the moment that I knew what I wanted.

Growing up acting and dancing was so much fun. I loved it! Until the other kids at school began to see my name in the newspaper, and pictures of me in tights, dancing. This was all the ammunition the other kids needed to torture me. You see, I have Asperger's, and being on the spectrum, though highly functioning, made it nearly impossible to talk to the other kids. So I was already the weird kid in glasses, now I was the ▮▮▮▮▮▮▮▮▮▮ and on and on and on.

So this secret inner urge I had to be with another boy, was the source of my misery. Between the constant torture from the other kids, boys and girls alike, and even one teacher, I learned to hide my urges and desires. When I would watch television, even as a child I always remember feeling butterflies in my chest when a cute boy was on.

So by the age of 12, I knew two things, without a doubt; first, I am gay, second, it was unacceptable to think that way and that it can only lead to misery. But I was always so alone; I had seen a poster for the boy scouts at school and asked my parents. Their reply was simple; "No, we don't have the money." They finally relented after me begging and pleading and crying for weeks. I desperately NEEDED a place to belong, a place to be accepted.

I had so much fun! I loved everything about being a boy scout! Then when the opportunity came to go to summer camp I was so excited! But it cost too much money, so I missed summer camp. The next year I started my campaign early, dropping hints and then openly reminding. That second year they relented and said I could go to camp. For a week! To a young boy who had never belonged anywhere, I was literally in heaven. It was okay to be smart, and a little different. Granted, there were a few older kids that would pick on me, but nothing like at school.

I had gone camping before but it was always primitive style, just a basic temporary campsite, But this summer camp; it was amazing, at least to a 13 year-old boy who had never gone farther than 45 minutes from his house. They had big tent, comfy cots and even bathrooms. Our showers were a basic open slab of concrete with shower heads on 3 sides, almost completely open, only covered on 2 sides. There were no dividers, just an open shower area. So we showered in groups, and I remember seeing a Scout Leader, probably from another troop, lingering and walking in and out of our camp area, and always at shower time. I didn't think anymore of it.

Then, one day, we had free time; I had already earned my merit badges in a couple groups so we were allowed to wander around. There was a group of probably five of us walking along when I needed to use the restroom. And there was NO WAY I was using a porta potty! I had seen the older boys lock kids in, or push it over with them inside, no way, not happening. So I walked back a bit where one of the new big bathrooms was. There were urinals, toilets, showers and all if it, actually inside a block building.

I went in and walked up the urinal and started urinating, I remember it being dark in there because during the day it was only lit by wide, open gaps in the block at the top of the walls and the open doorway. I remember leaning my head back looking up at one of these windows when it got darker for a moment, I turned to see a scout leader standing behind me, the same man that had been in and out of our camp at shower time.

That scout leader proceeded to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮. Having Asperger's made it ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. My Asperger's ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. I kept telling myself that ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. I sat in the floor right where I was standing, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

██████████████████████████████████████████████████████████████████ ██
██████████████████████████████████████████████████████████████████
████████████████████████████████████ ██████████████████████████

way to camp. I told one of my Scoutmasters that I was sick and needed to go home. They made arrangements, and the next morning they drove me back. They kept asking me what was wrong but I couldn't say it.

When I got home my parents were angry that I had wasted their money. I tried to talk to them but they were not listening to anything I had to say. To them I was just homesick, my first time away, that's all it was, homesick. So that afternoon they loaded me up and made me go back. Back to the place where it happened, back to where he could find me again. Back to where the place that was heaven three days earlier was absolute hell. I remember laying in my cot crying all night because I just knew that every little bump in the night was HIM, he must be coming back to get me. I hated him for doing it to me, ████████████████████████, I hated my parents because they wouldn't hear me, I hated even being alive. When I prayed I asked God to take my life, I begged Him to let me not wake up; at 13.

That fleeting moment, that brief thrill of pleasure for HIM, that moment of torment for me have never left my mind; all I had ever wanted hurt me. But I knew that because I had enjoyed it I could never tell anyone, or so my mind led me to believe. See that's what happens when you grow up in the Bible Belt that is southeast Georgia, everyone I knew hated gay people. So in my mind they hated me too.

From that day I have pursued every form of sexual pleasure that I could, every single one of them, except for homosexuality. After all it only brought pain and torment. Even now I can not say the words "I'm gay." My brain short circuits, my anxiety goes from zero to 1,000 instantly, and I flash back to me at 13, sitting in a puddle of urine with my shorts around my ankles, hurting, and crying, begging for someone to help me.

I am sure that there are much more horrible stories than mine, and I can't imagine, I don't even want to imagine what they've gone through and what they've spent on therapy. I

have been in therapy for almost ten years now and it gets a little easier, but I still can not talk about it.

Please hold the Boy Scouts of America responsible for what they did, the men that they put in charge of us. The predators that roamed the summer camp showers picking out their victims. Hold them accountable, if for no other reason than their collective failure to live up to the Boy Scout Law;

**A scout is:**

**Trustworthy...Loyal...Helpful...**
**Friendly...Courteous...Kind...Obedient...**
**Cheerful...Thrifty...Brave...Clean...Reverent**

Knowing the Boy Scout Law is required for every Boy Scout; we had to say it from memory ay every meeting. Once when I asked why, my Scoutmaster told me that if we live by those laws then we would be living up to the expectations of being a Boy Scout, that we would forever be men that can be trusted and valued. Well, I can't speak for anyone else, but I can tell you that the Boy Scouts of America failed me on every single one of their own laws.

Thank you,

