6 May 2021

FILED
2021 MAY 10 AM 9: 46
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE  19801

RE: My Claim no. ▮▮▮▮▮▮▮

I wish to file my story of sexual abuse is the Boy Scouts of America bankruptcy case and survivor claims. Thank you.

Sincerely,

▮▮▮▮▮▮▮

### I am a sexual abuse survivor
by
▮▮▮▮▮▮▮

My name is ▮▮▮▮▮▮▮ I am a survivor of childhood sexual abuse by my troop leader of Boy Scouts of America. I am 75 years old and despite a lifetime of psychiatric treatment, the abuse I endured when I was a young boy still affects my daily life as though these events happened yesterday.

Given the sexual abuse imposed upon me from the ages of 10-13 years old by a Boy Scouts Troop Leader at the time, it is possible you may not understand how these events 60 years ago still impact my mind, emotions, decisions, and daily life. Long before the term "post-traumatic stress disorder" or PTSD was used for flashbacks of trauma, I was and continue to relive my sexual trauma. It is more than a lucid dream where I experience the thoughts and emotions of the sexual abuse – it's much worse than a bad dream, or an image of the abuser; my "flash backs" include the smells, colors, and actual bodily sensations of being raped and sexually violated in the same way as when I was 10 years old.  My therapist told me about a national study by Dr. Pérez-Fuentes "Prevalence and Correlates of Child Sexual Abuse" that examined the prevalence, correlates, and psychiatric disorders of adults with history of child sexual abuse which concluded that the nightmare such as mine may never abate. Mine have never subsided.

I was sexually abused by my Boy Scouts troop leader on a weekly basis for several years and people have asked me why it took so long to say something about it, or to tell my parents. First of all my father had been in the Boy Scouts, and my parents trusted the organization and the volunteer leaders. The Boy Scouts and troop leaders were held in high regard within our community. Because of these things, I didn't think my parents or other adults would believe me if I told them what he was doing to my body. I also felt they would think I was a "bad boy" for saying "bad things" about a good citizen. My abuser told me that what he was doing to my body was a normal way for two people to show love and affection for one another. Against that backdrop, I was unable to process the sexual nature of the relationship, my parent's expectations, or the family and social implications along with my own emotions and safety—an impossible task for any young child. I was 10-12 years old at the time. My coping mechanism was to keep it all inside.

My efforts to find healing and hope from underneath the devastating pain and sadness involved many people over the last 60 plus years. I talked to priests, school counselors, and as an adult I paid for top-notch doctors at the world famous Menninger Foundation Psychiatric Treatment Center in Topeka, Kansas, and, others as I moved around the country. I can affirm that I have had moments of peace and serenity as well as bouts of alcoholism, drug abuse, and suicide attempts to "fix" me or "save the world" from me as was predicted by Dr. Perez-Fuentes. I could never find the "normal" that others seem to be living so easily.

After a lifetime of searching for healing I learned from these professionals that sexual abuse is among the worst of human corruptions. It raped me of my human spirit, my self-identity and dignity, and continues to defile my self-esteem and self-worth. It was Humpty Dumpty falling off the wall. The impact of constantly remembering, sensing and "tasting" my sexual abuse has irreversibly warped my mind and emotions, and continues to ravage my life and my relations with my children, friends, and family unabated for my entire lifetime never to be put back together again.

In an effort to "find myself" through the usage of therapists I continue to struggle with minor decisions in my personal affairs and how to act normal in relationships that make up my daily life. I project "sin" and "selfishness" in others as character defects which distances me from being able to establish close friendships or personal relationships. It seems like I need to judgment others as evil horrendous people waiting to inflict harm on me or vulnerable adults and children as a way to validate myself. In turn, I must hold myself to an unattainable standard. It has been a lifetime work to hope for an environment of love, respect and care.

The most healing I have made was with the help of a Catholic priest also trained as a counselor. In short he suggested that I needed to forgive and "forget". Forget? Forget being humiliated? Forget being sexually molested? Forget being discounted and neglected? Forget being publicly shamed? These childhood experiences are burned into my memory. With that said, I have learned to "find myself" in a kind of do-or-die situation in which forgiving turned out to be the only good option available. I discovered that there is a meaning of remembering that goes beyond its minimal sense of just being able to recall. To remember in this sense means to refuse to let go, to keep something from the past alive, to give it weight in the here-and-now. In that sense, I have released the memory of the pain caused me. I've forgotten the pain, and know now that forgiveness frees my mind and life energy to live in the present, not in the past.

Sharing my story has gone a long way to bring personal, heartfelt healing to me and my family over time. I totally support this lawsuit to hold the Boy Scouts of America accountable to the survivors of sexual abuse. The attorneys have all responded to me with compassion, love, and understanding. Without this lawsuit I would not be able to share my story, which I had kept secret for over 60 years. Being able to share my experience might help other survivors to be strong and heal because I am slowly healing. Because of this lawsuit I feel safe and loved, and find pursue in my profound experience. I believe God's grace is among us.

Thank you for letting me tell my story and my path of healing.