Ref Claim number [REDACTED]

Your Honor,

I am a 74 year old man that went through total terror and trauma my whole life since this happened. I was only 8 years old when my brother-in-law who was 28 at the time molested me me for the next 4 years of my life. I didn't want to share this with my family because I felt it was my fault. I lost the trust of my Bosses and any other authority figure when I no respect for authority or leadership. My Parents had told me that [REDACTED] who was a leader in the BSA, that he was a very good and honorable man. To an 8 year old that sounded good and I felt he could be trusted.

I went from job to job my whole life. I lived with constant anxiety. I was deprived of family and Marriage and children. I went through the Viet Nam war by myself because trust of people was distroyed by the [REDACTED]. I had trouble relating to my squad in the army and many times gave thought to suicide.

It took me 15 years and $50,000.00 of payeng for therapy out of my own Pocket and liveng in small apartments or renting Rooms so I could function and support myself.

(2)

This is not even about money. It's the loss of opportunity I missed with family and having to pay for therapy and living and suffering my whole entire life with what happened to me with the BSA leader who married my older sister.

I had shut this out for 30 years until it all came back to me while I was at my Brother-in-law's parents house where it all started years ago. It was like it was happening all over again. The moment I stepped into the house, I felt like a defenseless child again. It was the same as being ▮▮▮▮, except I couldn't tell anyone.

So as you can see, there is no amount of money in the world that can ever compensate all of us victims for all the scars this has left in us. I still have to have my wife tell me to stop talking about what happened.

In order for you to get a better picture of what happened to me I need to describe in detail exactly the torture, trauma and the terrorizing things that I went through.

My first traumatizing experience is when I was 8 yrs. old. I was helping him varnishing the inside of his camping shell. there was no ventilation and became dizzy and nauseated. He then took me into house held my hands behind my back and started ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ me. I was so terrified because I did not know what he was trying to do. When he realized ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ he suggested I get a book called "The autobiography of a Flea", and that I should start ▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇. He then let me go and I ran out, got on my bike and rode home.

One night on the way home from a day at the shooting range, he had me sit in the back of the camper with about five other boys. I became car sick and he had already taken the other boys home. he had me sit in the front with him. All I remember is that he stopped the truck, walked over to my side of the truck, put me over his shoulders like a sack of potatoes walked me to a grassy field and started to ▇▇▇▇▇▇▇▇ I must have been sick or something cause he let me go and took me home

(4)

One Sunday afternoon I was at my sister's house thinking That [redacted] would not do anything to me since he was married now to my sister. My sister was not home. He made me a fresh cool drink something like koolaid or something. He sat nexted to me and put his arm around me and started to [redacted]. I was fighting him off so he took his [redacted]

[large redacted block]

so mad, I dressed, ran out to his garge and found his Grandfather's Pocket watch and stole it. I wanted to hurt him, then went home.

Another horrible time [redacted]

I remember one night I was terrified of him coming in my room again. I heard a noise outside my window. I had heard this a number of times before. This time I jumped out of bed and hid under the bed. I saw the door open slowly and I could see his legs silhouetted by a light shining thru the adjacent room. I froze while he called out my name and stood there. I was just hoping he would leave. He finally did.

What I have just described to you are just a few incidents of the terror I went through. I was afraid to tell anyone because he was head of a BSA group. My family would of thought I was lying or making it up. My parents didn't talk much to me.

So in summarying this all up, I just want to say this has been a terrorizing experience for me. It still continues to haunt me. I wish I could erase all the memory of what happened, but I can't. Like I said here I am 74 years old and have had to live with this

(6)

all my life. Again there is no Dollar amount that can ever compensate me or all the other victims of this horific crime. I only pray that the BSA would take responsibility and most of all stop doing this to young boys. Thank you for allowing us to share this and to let the world know how this should stop now. This was very difficult for me to bring this all up again and relive it. I'm praying for all the victims of this crime.

Thank you.

███████████████

5/3/21


FILED 2021 MAY 10 AM 9:45 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE



U.S.M.S. X-RAY

Justice Lauri Selber Sil[verstein]
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801