In Re: ███████
Petition to Enter Evidence from Victim

FILED
2021 MAY 10 AM 9:45
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

How Much is the Theft of Innocence Worth, Whilst in the Uniform of the Largest Boys' Organization in the U.S.?

To: <u>Justice Lauri Selber Silverstein</u>
BSA Bankruptcy Case
824 Market Street
6 Floor
Wilmington, DE 19801

**Justice Silverstein**, Thank you for your time in this matter, as I attempt to express my current conflict of conscience concerning this Bankruptcy case that you are overseeing. Scouts used to be my only meaningful interaction with men and boys that was outside of our church home. My mother was a single parent with my biological father not being a good role model. My Mom worked 3 jobs so that I could get to experience things that my friends got to do, and Boy Scouts of America was one of those treats that she worked hard to afford for me.

Back in the 1980's there were such things as latch key kids, and I was one of them. This brought a certain set of rules that my Mom and I lived by that was meant to give her peace of mind and provide me some security as a child who stayed at home alone after school and during weekends. We had code words in case someone I did not know came to pick me up from school, claiming to know my mother. It was like being a member of the Dick Tracy fan club getting secret messages in my cereal. There was one event that took place in my home town, where some friends were abducted from the local skating rink, and this put everyone in the area on high alert for some time. Little did most of us know, it was not just the stranger who was the threat to our safety, but it was the wolf we knew in a trusted uniform.

Boy Scouts hold very fond memories of many meaningful events where I learned important skills for life long use, fire making, knot tying, sailing, swimming, CPR, and so much more, to the point that I went on to join the Army as an Infantryman, the highest form of boy scout one can achieve, even higher than the Eagle Scout rank, in my opinion. I even got offered a raise in pay and rank if I had accomplished this Eagle Scout Rank prior to the Army. At the time of of this offering of a pay grade increase from the Army, if I had made a certain level of scouting, I was triggered at the MEPS station in answering the question. I was reminded of an event where I received my first award that marked an event where I was raped as a child. The Cold Toes award will forever mark a tragedy in my formative years. At this moment of this MEPS worker asking me if I have the Eagle Scout award, I was reminded of why I did not finish my commitment to scouting.

All I wanted was that Eagle Sash with my Order of the Arrow Sash as a young man, however the pain of attending the scouts would haunt me for the remainder of my days, not just my youth, so much so, that there were several things that I would never complete. Jobs, schooling, relationships, sobriety, and being a dependable member of a team, such as large environmental intensive projects simply becomes a futile attempt in battling impostor syndrome. I feel I will never be good enough to be an expert in any field, despite speaking several coding languages, writing 5 books, completing several team projects, being a semi-accomplished farmer and community leader. The struggle of finding self worth has been my plight since I was 8 years old, feeling worthless due to someone in power taking away my own.

Now, here I am struggling to keep up with over 2,400 documents being filed in a Bankruptcy case in Delaware, that should be a federal investigation into one of our Nations largest Youth Groups regarding how so many children can be abused, raped, molested, threatened, and mistreated en masse, all the while this organization is the largest recruitment base for the US Military?

How can one find self worth when their entire life has been a puzzle of broken pieces that have never fit together to form that "perfect image" that society has determined as a good picture worth putting together?

What is my "so called" life worth?
Every time I have sat in a jail cell with no means to hire an attorney in order to properly "represent" me, my life does not feel like it is worth very much. To make matters worse, I spent 177 days in solitary confinement in Cherokee County, Texas at the hand of a judge who once represented my abuser from Scouts, before that judge was a judge in private practice, I was just a teenager then. I did not find this out until I chose to peruse charges against my abuser. This "judge" has since been removed from the bench but is still in practice, and during my further litigation with this person, it was declared that this "judge" enjoyed qualified immunity from putting me in jail, for filing a complaint against him with the Texas Commission of Judicial Conduct. This same judge has taken felony sexual assault cases and lowered them down to his misdemeanor court, and signed another judges name on the cases. It would not surprise me that this "Judge" learned how to perform this type of crime from his days of private practice where his clients actions never made it to felony court, despite the seriousness of sexual assault against children.

I understand that my situation is very rare and unique, however in reading up on Boy Scout Abuse Lawsuits on a search engine, one can find several examples of men today who all struggle with similar issues currently, and have throughout their lives. Multiple reports of men struggling with jail time, relationship issues, sobriety, job security and many more core life skills. This leads me to ask the questions of,

- "How can so many of us share in the same tragedy, to have a leader in uniform take advantage of children?"
- What efforts were in place from the 1960's forward to keep predators out of the largest youth organization in the nation? Most importantly, what is in place currently, to protect the youth, including educational initiatives to expose predatory behavior recorded thus far?
- What efforts are in place now to prosecute these offenders/abusers?
- Why hasn't any judge asked a victim how their abuse has impacted them in this Bankruptcy, and instead relying on attorneys to haggle out bare minimum financial details?
- Where is the concern for our well being as victims of abuse from members of the BSA, evident with actions like encouraging victims to come forward to counselors or mandatory reporters in each state, to report their abuse as well as present any evidence involved?
- What kind of treatment has the BSA suggested for survivors? If no treatment has been offered to date, why not?
- If treatment is not the goal, and this process is purely a monetary one, "How Much is the Theft of Innocence Worth, Whilst in the Uniform of the Largest Boys Organization in the U.S.?"

In an effort to find help, I personally sought out Magnetic Resonance Therapy in Del Mar California for treatment of Chronic P.T.S.D. And T.B.I.'s, that has a very large recovery rate from PTSD and TBI symptoms. One of the side effects of this treatment is the inability to repress memories. This has presented 6 years of vivid memories of my abuse. Fortunately the treatment allows me to cognitively process the events, without the prior emotional processing that was taking place, which halted my development as a child.

In this processing of trauma, I have come to the realization that several child predators sought out single parent children such as myself, at a young age, and groomed them to be sexually deviant, as almost a right of passage. Sometimes these cases took place on Military Bases, and predators were transferred to another duty station without having to report their crimes/abuses. It was not until 2015 that UCMJ actions required sexual assault offenders to register as a sex offenders in the jurisdiction of offense. Cycles of abuse in these formal institutions that promote safety, honor, and courage, should be investigated as promoters as predatory behavior, especially soldiers who were scouts in troops were abuse is known. Surely, with today's technology, we could alert these nexus points to authorities who can prevent these continued abuses.

This brings me to the very necessary point of this petition.
I believe the BSA has forfeited its right to continue to control the bankruptcy process and that this current reorganization plan is insufficient.

The grounds are simple, if the sheer amount of cases alone is not a proper indicator that the organization as it exists now, is not capable of protecting the children that they advertise to lead, then leading these proceedings would not be a wise action, unless the entire justice system is as flawed as well.

There are several good things that permeated my memories of Scouting, and I choose to remember these fond memories over the negative ones. However, this can only happen with some closure, and if any attorney for an insurance company gets more money in this case, more than any verified victim, it will show how disproportionate a Bankruptcy hearing is in bringing justice to the stolen innocence of children.

Again, ***Justice Lauri Selber Silverstein***, thank you for your time in this tragedy, and any consideration of our words towards illustrating the human element behind these numbers you are seeing in your convening over these matters. If there is an opportunity for Justice to present itself in this delicate matter, I hope that the victims of disgusting predators can find some solace that surely, it was not the Boy Scouts Association in general, that wanted them to be harmed. Despite the harm, surely, it was not the mission of the Millions of Honorable Scouts that exist today that wanted children to be hurt. The separation of the two elements is the most difficult matter at hand for all of us, and let us develop a plan of healing and honesty so that any positive elements of Scouting that remain, can mean something still.

ALL PURPOSE ACKNWLEDGEMENT

Document Type: Petition to Enter Evidence from Victim

State of Colorado
County of Delta

On 3rd May 2021 before me, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ , a Notary Public, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (X) personally known to me —OR- ( ) proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature of Notary: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

My Commission Expires: 03/21/2022