Your honor,

I want to say that I am appalled by this offer from the BSA and their insurers and I would vote no. And considering the actions of the Boy Scouts and their insurers and local councils of late, I would vote to completely dismantle the organization itself. $6000 is entirely and completely insulting after what I went through. The shame. The humiliation. The lifelong struggles to get beyond what happened to me and the effects of what happened to me on my psyche. And now a ten year-long wait for some kind of justice, after being beyond the statute of limitations for what happened to me in the late 1960s, early 1970s but then getting word several years ago of the possible bankruptcy and an effort to compensate abused scouts like me who fell through the cracks. Equally insulting is the insurers wish to have us vetted by police. AFTER I went to the police as an adult and got nothing but excuses and run-arounds from them for my trouble. I would most certainly be willing to talk to the police about being sexually molested and physically and mentally scarred for life by three of my Boy Scout leaders when I was a child, but to do so under the context of kowtowing to the wants and desires of big insurance companies is just beyond the pale. The organization talks about how much they care about what people like me went through yet at every turn in this proceeding, their actions say something different. That they value keeping the organization afloat by any means versus a fair and just reckoning for what their leaders did to people like me. My whole life was ruined. My self-esteem was shot. My trust in others, especially authority figures, was completely dissolved and I acted out in ways I never would have without the pain of the abuse that was perpetrated upon me and my inability as a child without the emotional and psychological support needed to help heal from these mental and physical wounds I suffered. The Catholic Church played it's part too, as it was a feeder for the Boy Scouts organization in my own troop, while the Church itself still has its own on-going problem with pederasts, needless to say. Where is the accountability from the Boy Scouts organization? I came from an era where we were supposed to silently bear our shame and "buck up" and take the abuse we were receiving. Because no one cared or cared to listen to kids like me while the abuse was going on. And I know for a fact that many boys never came forward, as I witnessed sexual abuse of others in my own troop, who never came forward or signed onto this process we are currently going through. I had to finally reach a low, a bottom in my own life, to finally start working on my own to put the pieces back together. Years of therapy paid for by the state, not the Boy Scouts. In fact, when I went to the Scouts organization itself 7 or 8 years ago, I got no compassion, no understanding, no desire by them to help me. They just put me on hold and then switched my phone call over to one of their lawyers, because that is what they cared about the most. The legal ramifications of their actions. Not the moral ones. Help us abuse victims by making sure that we all get a just and fair

compensation for what we had to endure and the lifetime of ruin many of us suffered through because of it. Thank you.



FILED 2021 MAY 10 AM 9:44 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

Confidential Legal Document

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St.
Wilmington, DE 19801

U.S.M.S.
X-RAY

FIRST-CLASS

