May 1, 2021

To whom it may concern,

We know the Boy Scouts of America sheltered pedophiles. This was proven in 2012, when the courts ordered the release of the 'Perversion Files', which were kept in file cabinets at headquarters in Irving, TX,

9 years later we are in bankruptcy court in an attempt to hold them accountable. It seems, once again this greedy, inexplicable monster of an organization is trying to avoid the same responsibility that it preached.

My theory is this……THE BOY SCOUTS ORGANIZATION LACKS DISCIPLINE!! I believe it is our duty to administer this discipline.

I implore Justice Lauri Selber Silverstein to bring justice!

I also ask anyone who does not accept pedophilia, to stand up and display some courage!

I have led by example by writing and sharing my story with the world. My memoir titled ▮▮▮▮▮▮ ▮▮▮▮▮▮ was published in 2015. The book tells of the abuse I endured in the Boy Scouts, in detail. It also gives an account of my experience dealing with the LDS Church, Statute of Limitations in California, and efforts to reform those statutes nationally. The intention has always been to help others and strive to become a stronger, more sane and compassionate society.

The time for action is now!!





FILED 2021 MAY 10 AM 9:44 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

CLAIM # SA-▮▮▮▮

PHOENIX AZ 852
5 MAY 2021 PM 3 L

U.S.M.S. X-RAY

19801-302499

Justice Lauri Selber Silverstein
BSA Bankruptcy Case SA-5368
824 Market St - 6th Floor
Wilmington, DE 19801