SA-███, SA-███

5/3/21

FILED 2021 MAY 10 AM 9:44 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

I write this letter to help explain my claim as a sexual abuse survivor.

At the time of the abuse I was in an age group roughly from 11 to 13. Today I am 76 years old. The memories of the abuse are very vivid. Over the years I have tried to block them out, but they still surface. I realize today the perpetrator was a pedophile and not mentally well. More scrutiny on the part of the Boy Scouts of America could have prevented his participation in the troop.

As a youth I did not understand what was happening, but I knew it was wrong. Trusting this adult left me confused, misled and shamed.

Shame, unlike guilt does not go away by saying I'm sorry, or paying a fine

or moving to a new location. Shame strikes at the core of who you are. Who we think we are effects our self concept which provides direction by helping us make choices along life's journey. Shame doesn't just go away!

My abuse took place over 63 years ago, but when I think about it, it was like yesterday. The perpetrator is long since dead so I cannot confront him. I kept silent all these years and said nothing to no one until this case against BSA surfaced. I debated about participating. After much thought I decided to come forward. The shame I felt kept my whole story silent. I did not want to talk about it. Looking back now I see how being abused has impacted my life.

I became an educator and high school counselor. I am liscensed in the state of Michigan a Professional Counselor (LPC) and also as a Master Social Worker (LMSW). Up until Covid

for over the last 10 years I have been a Red Cross volunteer doing mental health work. I have travelled the U.S. working with hurricanes, floods and fire victims. To this day I will not work with pedophiles.

I was very involved with scouting. I was the first boy in my troop (1120) to become an Eagle Scout. Our son (age 46) is also an Eagle Scout. I loved the best part of scouting. As an adult leader I made sure I was on all my son's camping trips.

I have been married for 53 years and besides my son my wife & I have a daughter who is 43.

The abuse I suffered in scouting impacted me in ways I still try and understand. Over 20 years ago my feelings related to my male sexuality became challenged. I required professional help. I found a psychiatrist who was able to help. After weekly counseling over a period of 21 months and medication for

depression, I was able to move forward with my life.

I am not a typist. My wife usually is kind enough to help me in that capacity. Because of the nature of this letter I felt uncomfortable sharing the contents of it with her. That is why I have written it by hand.

Thank you

Claim # SA-████, SA-████