I am writing this letter in regards to the insurance company's responsibility to the public as opposed to their stockholders. They chose to take the premiums for the policies saying that they would cover losses that were incurred by their insured the Boy Scouts. But now that it is time for them to divvy out some of the cash that they've collected over the years they turn their backs on their responsibility and to those that were hurt the most the victims. The Boy Scouts have done things to cover up and minimize responsibility to the victims that were harmed as a result of their cover ups. The fact that they had knowledge of issues within their ranks makes them responsible for what happened over the years. If I can be criminally held responsible for being with somebody when they have committed a crime even if I was unaware that that was their intention, then I think the insurance companies should be held responsible for their insured. They do do diligence to make sure that the people they are ensuring have met certain parameters to minimize their liability and when it's time for them to pay out they immediately throw up their hands and say that it's going to cost them too much money to pay. You probably don't know what it's like to have your life turned upside down and to have PTSD over things that you have no control over. In my case every time I see a Volkswagen bug my heart starts to race I get a sick feeling in my stomach. And if it is orange it is 10 times worse I feel like I'm going to vomit right on the spot. The reason for that is my abuser drove me out 45 minutes to an hour away from my home into the secluded area and abused me using the guides of a Boy Scout leader. He took me fishing and I only went because of our meeting as a Boy Scout leader he took advantage of the fact that my parents were getting a divorce and he was please using the guides that was doing good for the community. The insurance companies don't have a problem spending money on stadiums buildings and other things with their names on them. Paying large dividends to their stockholders and paying their executives high bonuses every year but when it comes time to paying a claim they do everything in their power to discredit the claimant. They make unreasonable offers for damages caused by their insured and they often will make Offers people they know don't have any other means of recovery low ball offers and say there one time offers so that they will take the money and walk away. All the while they are making a profit and not in my opinion for filling the contract that they have made with the insured to protect them and the public to pay when the insured is held responsible. I have been dealing with the results of my abusers since I was 14, I am now 54. There isn't a day that goes by that some thing doesn't come up in someway shape or form that makes me cringe a little bit because of my abuse. My relationships have suffered I have sexual dysfunction as a result of medicine for PTSD and that has caused a lot of issues in my relationships with women. I have been divorced, I was widowed and before my wife's death she asked me if I still loved her because I can't deal with sharing my emotions the way other people can. My latest relationship left me for similar reasons saying that they've never felt loved while they're in the relationship this separation also cost me time with my son. I was also told That I care about people that I've just met more than I do about my own family. I think this is one of those things that you need to take into consideration when considering limiting the liability of the insurance companies. No one wants to see companies go under but they are not doing a 10th of what Can be done financially to help those who have suffered so much. I have been in the healthcare industry for the last 29 years I have done many things for many patients and families that are considered above and beyond my duties in my healthcare job. And still to this day I cannot except when people say that I am a good person it makes me wanna cry. I

just scream you don't know what I have been through you don't know that I'm a good person and in all reality I probably am. I have lost jobs as a result of my PTSD and my direct mental health as a result of my abuse. This is financially impacted me and my family and caused stress that is easily aggravated by simple triggers. I can't get the counseling help that I need through my insurance company at work. The coverage there is so minimal because they don't believe that mental health is a true disease. They do cover basic visits but limit them to so many a month. And about the time I connect with a mental health provider my employer changes the insurance plan and tell me my providers are not covered. There's only so many times you can tell your story before you Question if it matters to anyone. I know that I May never be able to have a full life without PTST but if I was able to get the proper care and support I could at least learn to deal with it when it comes up better. I can't count on my current healthcare to do the right thing and cover me for issues the river been going on for over 40 years. My only hope is that you're finding the insurance companies financially responsible within reason will help me to be able to provide my own health care consistently with the same counselor. I know from personal experience that it is a financial game to switch insurance companies raise deductibles lower coverages and outright deny claims in the name of making a profit. I understand that there is no perfect solution but I don't believe that the insurance companies are making a fair offer based on the number of buildings stadiums commercials that they run and Personal experiences with claims knowing that they pay the minimum whenever they can and only pay reasonable amounts when forced to by a jury or a judge. I hope you never have to experience a loss that requires you to contact an insurance company and have them do to you what these insurance companies are doing to the abused members of the Boy Scouts. It really pains me to see people around me that have gone through similar things been tonight even the basic services because they can't financially afford it. Victims are not trying to get Rich off of the insurance companies they are asking the insurance companies to provide the services they promised when they made a contract with the insured. We do things on a daily basis with trust that the right thing will be done. We drive our cars to work thinking that the people around us are covered by another insurance that our houses are covered by enough insurance and that our health is covered by enough insurance to be covered if we have a claim. We shouldn't live in fear that when it comes our turn to ask our insurance companies for help because of a loss that will we will be Denied or short changed because they need to put one more seat in the stadium, Or run one more add telling us how they can save us more money than the other guy.

I am not an eloquent writer and I apologize if this seems jumbled I am just trying to let you know that people are depending on you to not let large companies take advantage of little people in this case victims so they can continue to send out dividends to their shareholders. I so very much appreciate the time and effort you have put into the case so far and I will respect your decision even though I may or may not agree with it. Please remember this case is not about dollars it is about people victims think of the reasons that both sides are asking for the decision to be held in their favor when you make your decisions I know that that is what you learned when we come in a judge and I trust you will standby the legal reasons for making those decisions and not the financial reasons for either party.

This letter was created by me on May 5th 2021

[redacted]

5/5/2021

FILED
2021 MAY 10 AM 9:43
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington DE 19801