Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE  19801



FILED
2021 MAY 10  AM 9:43
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 3, 2021

Dear Honorable Silverstein,

I am writing to you to briefly express my feelings in regards to the Boy Scouts of America (BSA) and their culpability in my sexual abuse that occurred during my childhood by a BSA leader. I will spare you the many details as this letter will not go over the specifics of my childhood sexual abuse incident.

Although, my sexual abuse occurred many years ago as a child it has also precipitated the post traumatic stress disorder and injury I suffer from today as an adult. My post traumatic stress disorder and injury caused a lot of pain and suffering throughout my life to the extent it jeopardized my employment, shortened my Firefighter career and forced me into a premature Industrial Disability retirement as a First Responder. My passion was now deceased.

I have had numerous counseling and counselors throughout the years trying to make sense of it all. But alas I was fortunate to have come to a particular counselor that helped come to the realization that the childhood sexual abuse that happened to me is not my fault, that I should not be embarrassed and is most likely the cause of my on-the-job injury. She, my counselor, was a god send.

Lastly, I understand the seriousness of the legality in this situation and the justification for monetary compensation, holding the BSA and their insurance agencies responsible and the bankruptcy process.

I want to state first and foremost and for the record this is primarily about the sexual abuse of the thousands of children, like myself, at the hands of the BSA.

Thank you for your consideration,





Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

