To: Justice Laurie Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801

Claim # SA - █████

From: ████████

Date 4/29/21

Dear Sir,
My attorney ████████ asked me to write the court and tell them what BSA or being a part of it means to me? Well I'm 52 my abuse I now remember correctly happend 40 yrs

ago. I Then was a good Lds boy, I didn't even know the meaning of the word masterbation at That time. After that happened I drank alcohol to try to cope with that memory, I got arrested; brought home. I then started sniffing glue to cope and smoking Pot and taking LSD at a very young age, I got my 1st DUI age 16, all in Rexburg Idaho, I started shoplifting, I started peeking at my sisters, mother and strange girls windows (sexually acting out) All types of illegal activitys, Things I'd never ever done before the abuse. I was 12, confused, embarassed, I wanted to die, alcohol took That year away so Did drugs, I caught my 1st felony 40 days after my 18th birthday. In Prison 5 yrs - every sex offender I saw had my molestars face, I punished everyone! It became my mission for 20 yrs, I punished sex offenders, I got out 7/4/95 did my 5yrs (also did 5 in-patient treatment centers - I had to use & drink myself to death and I could not remember why (I remembered in 12/2017 and told a Jail mtt counselor - But I had no Idea what

Dad if you could copie Both sides of This and Mail copy to each of The family, and to Judge Laurie

① To :- ▮

Justice Laurie Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6Th Floor
Wilmington DE - 19801

② To :- ▮

To ▮

also ▮
& ▮

will you please do This? and only copie The pages That Dont have a Red D on Them Keep This original and hand it to Jo please?

No copie

*(margin notes, red ink, top to bottom:)*
Dad Address Page who to send to copies of all to Dont send out copies of This. who copie who send

to do about it - 37 years too late) I did completed 5 yrs 7/4/95 and came back 8/5/95 on a minor meth charge, more sex offender punishment - everyone looked like ▅▅▅▅▅ and did 6 yrs strait, and every time I got out I used almost to death and went back until I had 27 years done in Prison almost strait for punishing the sex offenders with my molesters face. Then I tried to quite punishing molesters - They still made me do all my time, Then I tried to stay clean - but this huge invisable road block would stop me, I didnt even know why I had to drink and use myself to death / jail but I did everytime. My family couldnt have me at - I couldnt Then 11/20/20 twee the longest time I've ever been out (I'd just done 5/5/20 - 11/2/20 in co. jail for a weed pos charge, I got out went on a using suicide trip and 11/20/20 I'd had enough! I decided I was gonna Rob a store for fentnyl and end my life, I'd used Bath Salts 11/18/20 and 11/20/20 I walked into it

Walgreens Store (a store where my loving & kind Brother was an employee) and I told Them "I want Fentnyl and a Bag of Needles or I'm gonna slit some throats. I'm gonna kill myself." And They gave it to me. I got into a High speed chase and I'm lucky The cops chased and caught me before I could do it. Now I'm in Ben Co. Jail Facing a 15 yr sentence to Life! cause I couldn't stop, and I had to stop The only way I Thought I could. Because I got molested, and a BYU Idaho math Teacher ████ Shaw walked in right at the climax of it and we held That Secret for 40 yrs! And Now I'm Telling everyone! That Abuse Ruined 40 yrs of my Life! and my families lives and GK is Not gonna cover it. I want This to go to Jury Trial. I want Them to see my Video Testimoney as I'm sitting in my MAX - prison Administrative segregation orange Jumpsuit - having been let out of my 23 hr a day lockdown cell cause I am Broken and pathetic, and can't Survive in Gen Pop with the other

with the rest of the Idaho Maximum security monsters, who really belong in there, cause I don't, I was a Nice, good, sweet mormon Boy who had his world and life and love stolen from him By a known pedophile that BSA kept bringing each year to scout camp & he destroyed my life and Now your defendants are trying to sweep it under the Rug and pay me less than pennies on the dollar, I want 6 million NOT 6K, 40 yrs of mine & my families suffering is worth 60 million, But I'll settle for 6, my story is true - my then Best freind ▇▇▇▇ - No math proffessor shawn's testimony and Reputation for Honesty is much better than any of yours I am certain. You owe me a lifetimes worth of pain & suffering, and my family too. And My Attorneys and I will hold you all accountable, I've had 4 Drug & alcohol victimless felonies I did 27 years inside for them I can't wait to give my video testimony

To give my accurate Account of The Horror that has Been Mine & my Families suffering and Lives. I can't write well enough — on The Regiment of my meds I've had to be on and am on — to do This statement/letter to The court Justice

My Names ▮▮▮▮ and I grew up in Rexburg, Idaho. I'm 52 I'm Homeless, And all my Carnage time & suffering has taken Place There. Google me!

Signed ▮▮▮▮

To: ▓▓▓

Justice Laurie
Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801

▓▓▓

4/29/21

Dear Judge,
40 yrs of my life has been destroyed, and the BSA's 5/19/21 offer and plan is vehemently denied and turned down by me and everyone. This Horrible Abuse has led me to hurt in my sick secret kept life. The Reorganization Plan is NOT! Sufficient — I'm voting NO!

Dad again - please photo copie
This letter and mail the copies to
BSA/AIS lawyer

and can I bounce that
mail to you as my return?
If not scribble it out please
I understand, I need to get
up a PO Box and a storage
shed one day don't I? Some thing
to call home. But Andrew has
asked us to write these letters
please forward the "what BSA
means to me?" letter to my
siblings. I know they don't
believe me due to my horrible
timing but I gotta say what's
true all the same. I'm sorry this
was the only envelope I've had
to use to write.

no copie

To: ▮

4/28/21

Dear Sir,
I got your 4/26/21 Email / my kind father mailed it to me here in Jail. I'm facing a life sentence for strong armed robbing Idaho Falls Walgreens pharmacy on 11/20/20 for FentNYL - so I could kill myself, Thats what the BSA means to me sir, I don't think I'll write that in my letter to the court though, or should I? for 40 years I been trying to kill myself since sick 30 + yr old Island Pk Idaho Scout Camp leader ▮ & ▮ sexually molested me, a counselor ▮ told me he is happy and living a normal life in Boise City Idaho - while the last 40 yrs of my life have been a living hell for me and my family. Please give my unsigned letter to Judge Silverstein
G.H.

- please - copie

- This is the letter to BSA lawsuit Please? ~~NOT THIS SIDE Don't copie~~

~~Dad please copie each side of This on Normal copie paper & send it All to [REDACTED]~~

and show This to my Siblings - after you read it - I know it hurts and you still Don't believe it, but - I've had This sick secret a Long Long time - and it's Driven a Grand canyon sized wedge between us all, I've had time to Realize it, I knew!

Love [REDACTED]

PS: Dad it's so important each member of my family has a chance to read This please, & [REDACTED] show Too.

TO: SA- ▓▓▓▓▓▓▓

Justice Laurie Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6Th Floor
Wilmington, DE 19801

4/28/21
My Name's ▓▓▓▓▓▓
When I was 11 I was a good kid, I loved my family, friends, LDS church. I had dreams and hopes. That summer when I went to scout camp, They all disappeared! I got molested by a sick, 30+ year old Scout leader - and for the next 40 yrs my life went and is going to hell. I'm currently sitting on a MAX/SPC custody Jail bunk on 23 hr lockdown - and before now I've served 27 yrs in lock up for using drugs & alcohol to the point of almost dying or killing other people - when I was using them. 11/20/20 I couldn't live with myself or my secret any more and I decided to kill myself for real this time, No cry for help, No they might stop me. I walked into an ET Walgreens pharmacy no mask, no weapon - and told those innocent people

"If you don't give me fentnyl and a bag of syringes" I'm gonna slit your throats!" Then they gave it to me and I walked out, I got into my Blazer and drove as fast as I could through downtown Idaho Falls - cops chasing me (Thank god) And got to my friends to shoot all the fentnyl (5-100mg patches in one shot) to stop my heart - and they caught me and stopped me - Not before I crashed my vehical and Ran at 9 drawn guns and screamed "shoot meeee!" over and over, my attorney asked me to send you a letter and tell you "what BSA meant to me?" That is what BSA means to me! I'm facing a life sentence, I've lost my kind, loving, Nobel and good family and all their friends - I ran mine off a long time ago, and I hurt them and those people in the store - all because of what happened to me in ▓▓▓▓▓▓▓▓▓ counselor tent that day, and I was never the same after that, and I've been through 46 damn years of Hell and so have my family and friends and anyone whoever was unfortunate enough to love or know me - do the right thing please Judge? Please?

Justice Laurie Solber Silverstein
BSA Bankrupcy Case
824 Market Street 6th Floor
Wilmington, DE 19801

U.S.M.S. X-RAY

SALT LAKE CITY UT 840
4 MAY 2021 PM 2 L

19801-302499

FOREVER / USA
FOREVER / USA


