To: Justice Lauri Selber Silverstein
Ref. # ███████

My name is ███████████████████. I am 84 years old. I welcome the opportunity to tell my story about what happen to me. I have never told anyone. It started when I was sent to live with my ███ ███████. I was about 12 years old.

He was involved with the Boy Scouts as an assistant scout master. He put me in the scouts. The abuse started at his home, he wanted me to sleep in the same bed with him. I didn't think it was wrong, until ████████████████████████ I didn't like it, But I couldn't stop it.

When the scouts started going on Camping Trips he made sure we slept in the same tent, the abuse continued. On one of the camping trips a young boy from the same neiborhood went with us. After a night of so he left me to sleep in our tent alone. ███

The next morning we left to go home. When we got home the young boy went to his home. The next day I ask him why he ████

████████████████

long time. I didn't know what to do? I had no one to talk to. I didn't think I could go to the police, didn't think they would believe me! I was a different world in the late 1940's, I was about 13 yr.

One day he left me home said: "I will be gone all day." So when he left, I packed all my things and left. I didn't know where I was going. Didn't know if I could go home. But I walked to the Bus stop. Couldn't beleave I was out of his house, told the driver where I wanted to go; witch was home!

I know it has been many yrs since this happen to me but it has never left my mind!

this has followed me my whole life. When I went back to school I couldn't do my work my head was so messed up!

I Blame "The Boy Scouts of Ame." for allowing this predator to abuse their young Boys. my hope is that this will give me some closure.

I found out later through a family member that my abuser had been Jailed. The young Boy had told his Parents, they had him arested and he went to prison where he later died.

Thank you
for listen

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
Wilmington, DE. 19801