Tuesday May 4th, 2021 My Birthday

[redacted]

Dear Justice Silverstein,

When I young I was a Boy Scout for several years @ Camp Brown, I believe it was in New Canaan, Ct. One of the Scout Leaders whose name I can't recall, was able to get me alone on many occasions, and had me perform oral sex on him with a promise that I would be named Honor Camper, which I was, but he destroyed my life to this very day May 4th, my 69th birthday. I had major weight swings of about 100 lbs., and saw a psychologist, to help me mentally. I'm covered with streak marks, and had major plastic surgery by [redacted] of

over please →

Westport, Q. To remove extra stomach tissue (skin), a tummy tuck, and had 2 seperate operations; *bloody* ones with a scar that goes almost all the way around, my lower abdomen; a massive scar reminder of the sexual scout leader's abuse. Forgive my poor hand writing, I tremble from P.T.S.D., and the psychological damage done to me,

** I know I've repressed many of the names and details, but I was just a Kid starting out in life. I suffer from Parkinson's Disease which I think, but I'm not sure is unrelated. *Thanks so much,

My claim # is SA-████

My claim # is SB-████

My Phone @ Nurse's station is ████

*P.S. I also have Obsessive Compulsive Disorder, O.C.D.

HARTFORD CT 060

5 MAY 2021 PM 1 L

FIRST-CLASS

US POSTAGE

$ 000.510

02 7H
0001311064    MAY 04 2021
MAILED FROM ZIP CODE 06790

Justice Lauri Selbe Silverstein
B.S.A. Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE,
19801