

FILED
2021 MAY 10 AM 9: 37
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 2, 2021

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

RE: ▬▬▬▬▬▬▬▬▬▬

Your Honor,

This case against the BSA is very important to me. You can't imagine how the BSA has affected my life. I have had this guilt feeling about being physically abused by the staff of or troupe. I have never told anyone before. I was so ashamed and in denial it ever happened to me.

Over the years I have had a sexual problem by not being able to have children. I was afraid that it could happen to them. I was also afraid that I may become that type of person to abuse another person.

When in college one of my instructors was a police officer who works with the police academy in the college. We were discussing crimes against children. It brought tears to my eyes. After the class I confided to the instructor that I was abused as a child without going into exactly what happen. The instructor told me I should not be worried and should talk to a councilor. I never did, and again I hid what happen to me into my heart.

I am asking you not to allow this case to keep going on and being dragged out. I believe that the resources of the BSA should go into some type of plan to assist me in processing a vote through the Bankruptcy Court is dead before it gets voted on.

Thank you, your Honor for taking the time to read my letter.

Sincerely,

███████