To The Court and all parties involved :
Due to a very serious medical condition and current sickness, I have asked my lawyer, ███████
███████ to mail and deliver this letter to you and the court. My return address is at the bottom of this
letter.

Dear Madam or Sir,

I am writing this letter to express my frustration and anger at the Boy Scouts of America, or BSA, for
NOT providing a clear, concise or financially equitable settlement to me and all the other plaintiffs in
this bankruptcy case. The court needs to force the BSA to come up with a more fair and equitable
and clear path to compensation to all the members of this case that were irreparably harmed,
physically and mentally by their failure to provide safe conditions for me and all the other children
entrusted to their care about 50-60 years ago.
In my case I was molested and forced to submit to a "scout leader - troop parent" so that he could
███████████████████████████████████████████████████████████████████and
untold emotional damage that has lasted my entire life.
If I had my way I would sue them for $10 million dollars, but that case, without physical evidence
would not survive in court.
So I am left to suffer damages to my mental state of mind and to my life for a ridiculous minimum of
compensation via the suggested settlement in this current case.
Add to this incredible insult the fact that the BSA and their insurance companies seek to reduce the
compensation to almost nothing and to act like no e of these heinous crimes were ever committed.
This is an outrage and must not be left to stand.
The BSA and their insurers need to be forced by the court to find funding for a much more equitable
total settlement to me and all the other plaintiffs in this case.
Thank you very much for your kind consideration in this matter.
Yours Sincerely







Justice Laura Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th floor
Wilmington, DE 19801

U.S.M.S
X-RAY



FIRST-CLASS

02  7H
0001255363
MAILED FROM ZIP CODE 59101

$ 000.51⁰
MAY 03 2021

US POSTAGE
PITNEY BOWES