Sunday, May 2, 2021

FILED

2021 MAY 10 AM 9: 36

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Justice Siverstein,

My name is ▮▮▮▮, and I was in Troop 153, in San Carlos California. Enclosed is a copy of The California Megan's Law offense record of my old scoutmaster, ▮▮▮▮ This was not his first arrest as a sexual offender. I looked this up before I contacted Abused in Scouting. There was no surprise on my part of his record.

In the years that followed, as I aged, I have suffered from ongoing bouts of depression and mood disorders. For the last 20 years, I have taken many different medications. I currently am on ▮▮▮▮ started seeing different psychiatrists over twenty years ago. And 15 years of seeing two different Psychologists. In fact, because my insurance for the majority of the time, I could not find a psychiatrist that was compatible. So, I spent 10 plus years paying out of pocket for better care. Often once a month at a rate of $300 per hour. I also did the same thing for five years with a psychologist at $150 per hour. Kevin Mulhall was a primary reason that was worked on.

In 1972, ▮▮▮▮. Both times, I began yelling and on the second event, managed to escape his house. A group of us went to his house to waterproof tents. I was the last one there and it was hot. He invited me in for lemonade. ▮▮▮▮ I got away, rode my bike home, and told my dad that I will not be part of the scouts.

The thousands of dollars spent, the pounds of medications I continue to take and my sexual confusion are ongoing. These drugs will shorten my life by years.

I want restitution! There is nothing more. A few thousand dollars is not going to satisfy me. A million dollars would not either but I know that will probably not be possible. So, how much? A $100,000 is a nice start.

Your honor, please hold the Scouts feet to the fire and squeeze every last drop from them!

Sincerely,

# California Megan's Law Website
## State of California Department of Justice



| Home | About Megan's Law |
| Education & Prevention | About Sex Offenders |
| Search Offenders | FAQ |

 **Back**

SACRAMENTO CA 957
4 MAY 2021 PM 6 L

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St.
6th Floor
Wilmington, DE
19801

U.S.M.S.
X-RAY

19801-302499

