BSA CLAIM [redacted]

JUSTICE: LAURI SELBER SILVERSTEIN

BSA BANKRUPTCY CASE

824 MARKET STREET

WILMINGTON, DE 19801

Dear Justice Silverstein:

At the tender and impressionable age of twelve I joined the boy scout troop that several of my classmates had joined. Being a year younger and more immature than my friends I was probably more impressionable.

That winter are troop went to a Boy Scout camp in the mountains of Washington State where each troop stayed in seperate cabins supervised by a Boy Scout camp

[redacted]

This act of assault and Rape changed my life forever and I never went back to the Boy Scouts again.

I never told my father about the rape because I was afraid of what he might do.

Living with the shame and guilt of the rape I have never been able to have a long term normal relationship, I have never married and have questioned my own sexuality.

The Boy Scouts reorganization plan with the Hartford Insurance Company's proposal falls horribly short of the policy coverage. The plan as is does not provide just compensation to BSA victims of sexual abuse by BSA leaders and it does not provide adequate punitive penalty to ensure the Boy Scouts will do everything possible to prevent future sexual assault of young impressionable children.

The damage inflicted on these children is life long and no amount

of compensation is adequate to heal the scares left by these acts of atrocity but to offer such a pittance as compensation is the same as say to these victims how worthless they are because of these violations forced on them.

Please Justice Silverstein don't forsake all the victims of the BSA by allowing Hartford's proposal to go through.

Thank you for your