MAY- 4- 2021

To the honorable Judge Lauri Silverstein

My name is ████████████████, I was told that you are the Judge which is overseeing the (B.S.A) case which I am a victim of.. I would like for you to hear my side of the story in my own words and not from just a bunch of lawyers.. I cannot speak for anyone else but I can speak for myself and tell you with out a doubt that I was victimized and sexually assaulted by a troop leader of the (Boy Scouts of America).. The day I was rape will be forever etch in my mind. For many years I went without telling no-one I just held that hurtful day inside of me thinking it was my own fault. That incident has effected my life for the worst! It's been difficult for me to maintain a fruitful relationship because in the back of my mind I have always thought that being rape was something I deserved. Even right now as tears comes to my eyes and terror to my mind it is very hard to talk about that hurtful day.. Only recently have I begun to open up and talk about that tragic day which has caused me a life time of mental anguish but through therapy I am realizing I am not to blame I was just a victim of a sick minded individual who preyed on me. Over the years I told my mother and

brother and some of the therapist I have talk too. As far as compensation it's not about money but I don't want another child to ever have to suffer like I have. Knowing I'm not in this alone gives me hope.. My life as a Christian has taught me that I must forgive but I won't ever forget! The man that rape me I would like for him to know how he messed up my life and all the people who put him in charge over children lives should be held responsible as well... God bless you and thank you for allowing me to get this off my chest.. I know that their are better days ahead..

FILED
2021 MAY 10 AM 9:35
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

To: Justice Lauri S. Silverstein
(BSA Bankruptcy case)
824 Market Street, 6th floor
Wilmington, DE 19801

19801-3024:99

