Dear Justice Silverstein,

My name is ▮▮▮▮▮▮▮▮ and I am now 68 years old. When a young boy my mom was crazy about men, so we, my three sisters and my 2 brothers, got very little of what we needed as children. Not enough one on one time with mom and no real dad to get any love and direction from.

At the time of my scouting experience, mom had just divorced her second husband and I had just been told that my blood father was neither of them.

Consequently I was not in a good frame of mind and was very vulnerable. The scoutmaster knew all about our life and took advantage of both me and my mother. The attention he gave me was something new and different. It made me feel that somebody cared afterall.

I was soon made senior patrol leader of the troop, the top scout. So the scoutmaster and I would go to the places we intended to go as a troop to check them out. This is

he took advantage of me, sexually.  II
During these outings to check out
these possible camping sites for
the troop, we slept in the same

████████████████████████████████

and this was the first time
that had ever happened to me, then

████████████████████████████████

   He had made me feel important
and special before he molested me,
so when it happened I kept quiet
about it as he also requested. I
didn't want him in trouble, he had
become my friend and confidant. So
it continued until we moved,
which we did a lot back then. The
time that passed with this going on
was about a year or so.
   As a result of all that I have
had a lot of trouble with my relationships
my whole life. Mostly with
infidelity and trust.
   Luckily my wife has been the
most forgiving person i could have
ever asked for.

III

When the television commercials about the Boy Scout law suit started airing, it brought back all those terrible memories. My wife and I ~~began~~ began fighting like crazy until it dawned on me why!

Please don't treat this lawsuit like it's water under the bridge because I have been standing on that bridge for 58 years and the water just keeps going and going

~~Thank~~
Thank you for your time
sincerely
▮▮▮▮▮▮▮▮▮▮

P.S. My name was ▮▮▮▮▮ in those days because one of my stepdads was going to adopt us but never did.



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801

19801-3024C99



NW ARKANSAS AR 727
4 MAY 2021 PM 2 L

