**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343-LSS<br><br>Jointly Administered |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002**

**PLEASE TAKE NOTICE** that Iain A. Macdonald and Macdonald | Fernandez LLP ("Macdonald") hereby enters their appearance as attorneys for The Roman Catholic Archbishop of San Francisco, Creditor herein, pursuant to Section 1109(b) of title 11 of the United States Code, and Rule 9010(b) of the Federal Rules of Bankruptcy procedure, and requests that the undersigned be added to the official mailing matrix and service lists in these chapter 11 cases. Macdonald requests, pursuant to Rules 2002(a)(2), (3), and (7), 3017 and 9007 and Section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these chapter 11 cases and copies of all papers served or required to be served in these chapter 11 cases, including, but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plan, disclosure statements and all other matters arising herein or in any related adversary proceeding, be given and served upon The Roman Catholic Archbishop of San Francisco through service upon Macdonald, at the address, telephone, and facsimile numbers set forth below:

Iain A. Macdonald, Esq.
Macdonald | Fernandez LLP
221 Sansome Street, Third Floor
San Francisco, CA  94104-2323
Telephone: (415) 362-0449
Facsimile: (415) 394-5544
Email:  imac@macfern.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in

the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

Dated:  May 10, 2021                            MACDONALD | FERNANDEZ LLP

                                                  By:   /s/ *Iain A. Macdonald*
                                                      IAIN A. MACDONALD (SBN 051073)
                                                      221 Sansome Street, Third Floor
                                                      San Francisco, CA  94104-2323
                                                      Telephone: (415) 362-0449
                                                      Facsimile: (415) 394-5544
                                                      Email:  imac@macfern.com

                                                      *Attorneys for Creditor,*
                                                      *The Roman Catholic Archbishop of San Francisco*

CERTIFICATE OF SERVICE

I, Iain a. Macdonald, attorney for Creditor The Roman Catholic Archbishop of San Francisco, certifies that on this 10th day of May 2021, caused the attached Entry of Appearance to be electronically filed with the Court. Service of same will be made upon all counsel via the Court's ECF system.

    /s/ Iain A. Macdonald
Iain A. Macdonald