12:35 PM
MAY 27
FILED 21
2021 MAY 10 AM 9:34
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

To All Parties Involved

When I was 13 yrs of [REDACTED] I as well, as my friend [REDACTED] He was our scout master, it all started at his 2 Bdrm apt in [REDACTED], he had us [REDACTED]

I started drinking, I finally managed to quit 2 years ago. When that happened I recieved a life sentence from this I myself would ride my bike at his apt

Frozen, I thought I walked like a women, I did not want anyone walking behind me, Intese voice saying he's Queen, so, so. Intense when I was younger my Dad would keep my head shaved for the longest time I wanted to grow my hair and put it in a pony tail But my mind told me no, you'll look like a girl, I Do Now though. I took 3 to 4 Bates for 30 some years Beacause I felt so dirty. I developed a personallity disorder, exteme anxitey Deep Depression, to this DAY ALL this consumes a person, I dont have any guy friends, I am not on terms with my mom & siblings they cannot handle all this so they aviod me I can't even get along with myself Let alone others. This has been a long time

coming Ive ▮▮▮

▮▮▮ This guy has tolkelly Destroyed my life my wife of 19 yrs is my absoluty my ROCK

I As well ALL the others deserve to Best compisation and to lla) Taken CARe

of all us. Do the right thing Quite sweeping this. under the rug

we Are Human biengs with feelings
All these feelings and thoughts wont go AWAy till I Die This huriffic abuse is burned in ones mind
I Am a very AngeR 58 year old

Justice Lauri Selber Silverste...
B.S.A. Bankruptsy Case
824. Market st.
6th Floor
Willmington, DEL.
19801