Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801



SA – ▮▮▮▮ , SA –▮▮▮▮

I appreciate you taking the time to read my short story of my sexual and mental abuse encounter with a scout leader. At the age of seven (sixty years ago) my family upgraded their living standards by moving from a small rental to our first home purchase. My first encounter with the new neighbor a boy scout leader was when I was already in my bed sleeping. The scout leader had in his possession a key to access my locked bedroom door whenever he desired. This is where the mental and physical sexual ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ area. His accompanying words were powerful, and he made sure I always knew that if I where to mention this to my parents or anybody the only person that would be getting into trouble would be me.

Most of my mental and sexual abuse took place in the scout leader's van. Over the five-year period he owned two different colored vans. Both where very similar with no side windows and ample room for an adult to get into a desired position to perform oral sex on children. These van sessions were commonly mixed with alcohol, tobacco and abundant pornography. On one memorable outing when I was eleven the scout leader took me on a day trip. We ended up two hours out of town in a remote area where I accidently shot myself with a 22-caliper pistol after consuming numerous beers. This was the only time I remember seeing real fear in the scout leader. The local sheriffs were waiting for us at the hospital. The incident was written off as a "quickdraw" accident, almost blew my knee cap off. The scout leader was arrested not long after this incident. I believe his arrest was the one of the first cases of a serial pedophile being caught in our county.

I became a favorite neighborhood child friend of the scout leader. He hired me to assist him in weekend garden maintenance jobs for some of the area's wealthiest homeowners. After each of these weekend work sessions we would end up bringing the lawn debris to an extremely remote location ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

As time went on, I was used to recruit other young boys my age to come along to some of his scout meetings with the older boys. Basketball at the local elementary school was a common meeting place. The unusual aspect was when we took a break from basketball we would be readily supplied with alcohol, tobacco and pornography was usually being shown on a big screen. Another common overnight scouting location was the scout leader's remote coastal cabin. Weekends at this location was fueled with abundant alcohol, tobacco and pornography. The scout leader allowed me to be physically abused by some of the older boy scouts at this location.

My mental and sexual abuse from this serial predator went on for five years of my childhood. If I were to estimate the number of negative encounters with this scout leader it would be in the hundreds. Other child abuse survivors and I have a common bond. We tend to struggle in our adult sexual relationships. At the age of twelve I took a deep breath and calculated at that time if I never spoke of

this past sexual abuse, it would be "said and done". After my divorce at the age of fifty I began to open all the buried memories of this encounter with a sexual predator. Unfortunately, my childhood experience learning all my carnal knowledge from a serial pedophile created a predatory person, one still confused with basic issues around normal sex and love vs. molestation have always been a grey area for me. I have chosen to stop the sexual abuse cycle and have not touched another human sexually for seventeen years now. There are long term negative effects when children are mentally and sexually abused by an adult with power and community standing like my neighbor the scout leader.

The last comment I would like to make addresses the BSA downplaying of the effects this might have on a child. We call ourselves "survivors", our opponents say well hey you are still alive, its ancient history, get over it. I really wish it were that easy, but it is not. I cannot think of anything else that has happened to me in my lifetime that will impact me for the rest of my lifetime like this encounter with a scout leader slash serial pedophile. It is hard for me to imagine that leaders of this BSA organization might have known about someone like my neighbor and decided it was in their best interest to keep it quite is totally unacceptable and I hope we can hold them accountable this time. I do not want to see one other child subjected to the mental and sexual abuse I am still dealing with today and every remaining day of my life.

Sincerely.

SA – ███ -SA ███



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St.
6th Floor
Wilmington, DE 19801

PORTLAND OR 972
4 MAY 2021 PM 2 L