Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

RE: BSA Settlemen

FILED
2021 MAY 10 AM 9:33
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Justice Silverstein,

My name is ▮▮▮▮ I am 68 years old and was ▮▮▮▮ by a Boy Scout Eagle Scout camp leader when I attended ▮▮▮▮ during the summer of my 12th year. To this day, I can vividly recall the event. Looking back though my life, I clearly see the profound effect this traumatic event stamped within my subconscious mind and my view of our sexual world.

We are each a product of the events in our past on which we choose to focus upon. I was lucky in so many ways, as I was able to transcend from victimhood to becoming grateful for and focussing on the many blessings I have been given in my life. Although I readily acknowledge my blessings, I cannot ever know what my life would have been like had I not been sexually assaulted at such a young, venerable, blessedly ignorant age.

I have concluded "if only" are the two most frustrating, useless, potentially life-destroying words in the English language."If only" leads only to bitterness, self-doubt and unhappiness with one's place in the world. I have wandered into that hope-killing thought pattern enough to know the destructive, paralyzing effects living one's life wondering too often: "If only"! Of all the known and unknown negative consequences resulting from being sexual abused, "if only" has been the most powerful, enduringly negative thing I have lived with; there is NOTHING I can do to change what happened to me! I'll never know a different childhood, what kind of an adult I might have become, nor what amazing accomplishments I may have experienced!

Dearest Justice Silverstein, I so hope you truly appreciate the lasting, life-altering impacts resulting from this event. When determining the appropriate financial compensation deserved by all of us innocent young boys who have endured pain and shame at the hands of a BSA "leader" they trusted, please, PLEASE hold BSA accountable! Unfortunately the financial cost of BSA's inaction related to their "leaders" sexual abuse will not change the past for me; BUT it MIGHT help change the culture of this organization to the degree no other child suffers at the hands of a child molester! I implore you to judge as harshly as the law allows and make BSA pay the maximum compensation to its victims.

I sincerely thank you for taking time to read my appeal and for your careful consideration of the victims as you judge this case.

Respectfully,

