

5/2/2021

**FILED**

2021 MAY 10 AM 9:33

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein

BSA Bankruptcy Case

824 Market Street

6th Floor

Wilmington, DE  19801

REF:  Case # SA-███

Dear Judge Silverstein,

I am writing to say that, after hearing of the potential deal that the Boy Scouts of America and their insurance providers are attempting to push forward, is completely unacceptable.  Through my 20 year military career, and then my 20+ years in management since, I have learned that accountability for your actions is critical to improved behavior in the future.  I find that this potential deal will circumvent the accountability that the Boy Scouts of America (BSA) has earned.  For many years, the BSA allowed abuses to children, to me included, to occur, and to continue.  These abuses have negatively impacted me throughout my life, as I am sure they negatively impacted thousands like me.  Before any plan to emerge from bankruptcy is fielded, the BSA should, MUST, be held accountable for what happened to thousands of children in their care.  If that accountability should result in the BSA not emerging from bankruptcy, then that is what should happen.  It is the accountability that will stop future abuses of those entrusted in their care, and will help to make them the organization that the public expects them to be.  Without that accountability, this organization can, and most likely will, become a safe haven for child predators all over again.

I was a cub scout in the 1960's.  Our troop did not have a full time scout master at the time, so my parents volunteered to help out with this role while they were in search of a leader.  Who they found was a soldier at a nearby Army base.  This leader befriended my parents, as they were the ones that had information regarding the troop.  In doing so, he had access to me both within the scouting community as well as outside.  He prayed on me in both settings.

He demanded that I be his tent mate during outings, while the other scouts were paired up with other children.  I didn't understand at the time why I was the odd boy out when pairings were made.  It was during an overnight outing that he, after everybody else was in their tents and asleep, that he decided

words in an effort to get me to stop making excuses, at the risk of waking the others.

His abuses continued outside the organization through his friendship with my parents. He would come to our house and ask my parents if he could take me for a ride in his car. Then he would take me out on the highway and go extremely fast (something that young boys loved to do). These rides eventually

These abuses have forever affected my life, through failed relationships not only with my parents, but with my future family. I have been married three times, and divorced twice. Both divorces were due to my lack of sexual desire, as well as an inability to get aroused. I have viewed sex as dirty and embarrassing, and this has caused me failure in my marriages. As with my past wives, I have never told my parents what happened to me. This scout leader was their friend, and I didn't want to be a burden on their friendship, so I remained silent.

I have learned, through my military career, and throughout my civilian career, that improper behavior will only be corrected through the consequences that follow. The BSA knew, or should have known, that there were predators within their ranks. While I didn't know the widespread nature of these actions, our safety and well-being were entrusted to them, and they betrayed that trust. Now, when it is time for them to be held accountable for their actions, or inactions, they are more worried about how to pull themselves out of bankruptcy, than making right by those that have had their lives directly impacted by those actions, or inactions. I have been damaged, in my relationships with my own parents, as well as others that I love. The BSA continues to not care about that, just as they displayed in those dark times. If they are not held truly accountable, to the thousands of people that fell prey to their inactions, then these actions, or inactions, will continue. If the financial burden of attempting to mend the damages they have caused is too much for them to survive, then so be it. But to not hold them truly accountable will send a message that their actions, or inactions, were less important than those lives entrusted to their care, both past, present and future.

I hope that you would consider this plea to do the right thing, by the thousands that have been negatively impacted, by the BSA's actions, or inactions. Their future is no more important than the lives of those whose safety were, and are, entrusted to their care. Please make that statement by putting those lives first, before any bankruptcy decisions.

Thank you for your time.

