MAY,4,2021

JUSTICE LAURIE SELBER SILVERSTEIN

BSA BANKRUPTCY CASE

825 MARKET ST.-6thFLOOR

WILMINGTON,DE 19801

YOUR HONOR,

    MY NAME IS ███████████ AND I WAS IN THE BOY SCOUTS FROM 1962 THRU 1966.DURING THAT TIME I WAS CONSTANTLY BEING SEXUALLY ABUSED BY MY ASSIST SCOUT MASTER.HE STARTED BY ███████████ ███████████████████████████████,YEAR AFTER YEAR.

    I BELIEVE THIS WAS THE CAUSE OF MY EMOTIONAL PROBLEMS LATER ON IN MY LIFE.I THANK GOD EVERY DAY THAT I HAD A WIFE WHO HAS STUCK BY ME THROUGH IT ALL.WE"VE BEEN MARIED FOR 52 YEARS BUT I STILL HAVE NIGHTMARES AND MENTAL DISTRESS IN INTIMATE SITUATIONS.

    THE BOY SCOUTS SHOULD NOT BE ALLOWED TO GET AWAY WITH WHAT IT ALLOWED TO GO ON.I COMPLAINED OVER AND OVER AGAIN BACK THEN AND NO ONE EVER CARED.I FEEL IT"S ABOUT TIME JUSTICE PREVAILED.

    THANK YOU FOR YOUR TIME AND CONSIDERATION TO MY PLIGHT.MAY GOD BLESS YOU.

SINCERELY YOURS,

