**FILED**

2021 MAY 10 AM 9:31

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE



The Honorable Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St.
6th Floor
Wilmington, DE. 19801

Dear Justice Selber Silverstein,

    I am compelled to write you to convey the feelings and challenges that I experience on a daily basis since I was repeatedly sexually molested/raped by Boy Scout Master ▇▇▇ and Eagle Scou▇ ▇▇▇ as a 10 and 11 year old child during my time in the Boy Scouts of America.

    I joined The Boy Scouts of America in the fall of 1970 and was a scout until the fall of 1971. During that time I was sexually molested weekly during Boy Scout meetings which were held at the Elementary School P.S.77 gymnasium in the Bronx N.Y. Shortly after the meetings started ▇▇▇ would assign charge of the meeting to the First Class Scout▇▇▇ then would disappear to the teachers lounge. ▇▇▇ would then have Eagle Scout ▇▇▇ escort me to the teachers lounge under the pretense of helping me work on merit badges. Once in the teachers lounge, ▇▇▇ would pull ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ suffered through. When I was 14 years old I lost a sister which completely crushed my parents so the possibility of ever telling them went away in my mind. I suppressed these memories of my abuse until I was an adult in my 30's. By this time the statute of limitations had passed in New York State so there was nothing I could do legally.

During the late 1990's I contacted the Alpine Chapter of the BSA to report the abuse that I suffered. I was told that M█████ passed away. I was not offered any counseling and did not receive any follow up from the BSA.

I have had trust issues with authority figures throughout my work career which has led to frequent job changes.

The BSA has been sexually molesting children for the better part of 100 years and made a CONSCIOUS and CONTINUOUS effort to protect the pedophiles within their ranks and cover up the sexual abuse. How many thousands of victims have taken their abuse to their graves without justice or reparations? The BSA is not a business that is suffering from poor sales in a bad economy therefore should not be protected by bankruptcy. The BSA should not be allowed to hide behind a bankruptcy and to come out the other side intact. If allowed to do so, they will no doubt continue to do business as usual and that business will continue to include the rape of children indefinitely. The BSA has proven at least 85,000 times that it can not keep the children in their charge SAFE.

Financially dismantle the BSA, Financially empower the victims and we then can be the guardians for future generations of scouts.

