**FILED**
2021 MAY 10 AM 9:30
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 3, 2021

Sir/mam

I am a victim of a convicted pedophile who acted as my Scout leader in the late 80's ▆▆▆▆▆▆▆▆

After he's first assault I wrote a letter to BSA and never heard back, I was assaulted 2 more times one of which was witnessed by my mother. I also confided in his daughter ▆▆▆▆▆ in 1990 (after his arrest) in what he did to me.

After his assaults I started acting out, I got into drugs was arrested and forced into Teen Challenge and community service.

In 1994 I joined the army got married attempting to pay back for my acting out, 2 years later I was honorably discharged and found myself spirling.

I got into drugs, I drank, I had failed relationships one after another. I had 2 very close suicide attempts, multiple stays in psych hospitels and am now in prison.

I have not had a single male friend since his 1st molestation I don't trust and even fear other men. I could not allow my own sons to participate in organized sports, scouts or religeon where men were present. All activites I once enjoyed.

The only way I can express myself to women is sexually. I could not tell people of my past or seek help because men who have been sexually assaulted are seen as potential predators Not victims

I have nightmares regularly where I'm trying to protect loved ones from harm, yet every time I fail them.

I fear confrontation, I submit when confronted I cannot defend myself and spend my days isolated & alone

BSA could have saved me, they could have saved those victims that came after me. Jims arrest was not for me as I was in teen challenge during his arrest Instead BSA Ignored my warning and destroyed several young neive Boys who once believed in Comradery, God and Country

BSA has never taken responsability, never appologized and I've spent my life feeling it was my fault, spending my life alone while surrounded by family

Not a day passes I do not welcome death. Im 44 and have a DNR. I do not want to be saved. I've felt this way for decades and Im exausted, I cannot heal myself.

Scouts exists to help boys become men, Not destroy them

Please force BSA To Accept responsability, don't allow them to continue ignoring the Boys they swore to protect or the damage they caused by ingoring us to Protect themselves

Justice Lauri Selber Silverstein
BSA Bankruptcy Case SA 805
824 Market Street 6th Floor
Wilmington, DE 19801

U.S.M.S. X-RAY

