May 4, 2021

RE: ███

FILED
2021 MAY 10 AM 9:25
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

DEAR JUSTICE SILVERSTEIN,

I AM 69 YEARS OLD AND HAVE HAD TO LIVE WITH THIS B.S. CRAP FOR MOST OF MY LIFE. TIME DOES <u>NOT</u> HEAL ALL WOUNDS.

YOURS TRULY.

███

Justice Laure Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

