JUSTICE LAURI SELBER SILVERSTEIN ▮
BSA BANKRUPTCY CASE
824 MARKET STREET 6TH FLOOR    **FILED** 5/3/21
WILMINGTON, DE 19801
                                 2021 MAY 10 AM 9:29
RE. ▮▮▮▮▮▮▮▮▮▮
                                 CLERK
                                 US BANKRUPTCY COURT
                                 DISTRICT OF DELAWARE

TO THE HONORABLE JUSTICE SILVERSTEIN,
THIS IS THE MOST DIFFICULT AND PAINFUL LETTER I HAVE EVER WRITTEN AND I'M 73 YEARS OLD. I HAD TO STOP AND TAKE AN ALEVE, EVEN THE 1ST PARAGRAF GAVE ME A HEADACE.

I WAS 7 OR 8 YEAR OLD AND VERY PROUD TO BE A BOY SCOUT. TROOP ▮▮▮. I WAS EXCITED TO HEAR THERE WAS A 2 WEEK ▮▮▮▮▮▮▮▮▮▮▮▮▮▮. I WAS THERE AROUND MANY BSA COUNSELERS IT WAS FUN. THEN ONE OF THE COUNSELERS NAMED ▮▮▮ WANTED TO TEACH US TO SURVICE IN THE WILDERNESS.

ME AND THIS KID NAMED ▮▮▮ GOT INTO A CANOE WITH ▮▮▮▮▮ PADDLED TO THIS ▮▮▮▮▮▮▮▮ HAD A SHOVEL, WE GOT INTO THE WOODED AREA. HE DUG A TRENCH. NOW HERE'S HOW WE SURVIVE IN THE WILDEROM HE ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

PG #2
5/3/21

AT THAT POINT I HAVE NO MEMORY OF WHAT HAPPENED. I DON'T EVEN REMEMBER ███████████████████████████████ I DON'T EVEN REMEMBER THE CANOE RIDE BACK TO THE MAIN CAMP.

I'VE NEVER TOLD ANYONE ABOUT THIS, NOT EVEN MY YOUNGER BROTHER AND WE SHARE ALL SECRETS, BUT NOT THIS ONE. I'M NOT SURE IF IT WAS FEAR OR SHAME. TO THIS DAY WHEN I HAVE A BOWEL MOVEMENT 10% OF THE TIME I THINK ABOUT THIS HORRIBLE EXPERIENCE. NOW IT'S EVEN MORE. SINCE I STARTED THIS I SAW THE COMMERCIALS ON TV FOR MONTHS THEY HAD A DEADLINE TO FILE I WASN'T TIL THE LAST 4 OR 5 DAY TILL THE DEADLINE WHEN CALLED AVA LAW GROUP, AND THAT IN IT SELF WAS SOMEWHAT SHAMEFUL.

THE GIRL THAT ANSWERED THE CALL SAID I'M GOING TO ASK YOU FEW QUESTIONS. I COULD NOT ANSWER THE QUESTIONS I JUST BLURTED OUT THE INCIDENT.

THEN THEY SENT ME FORMS THAT I HAD TO FILL OUT. EVEN THAT BROUGHT MORE MENTAL TURMOIL. THEN I STARTED THINKING ABOUT MORE OFTEN. NOW 50% OF THE TIME WHEN I HAVE A BOWEL MOVEMENT I THINK ABOUT

How much compensation would be appopiate for 66 years of amquisH. I will have this memory until I die.

I was very proud to be a Boy Scout, my goal was to be an Eagle Scout. That goal was shattered. The BSA is contesting allegations, How could they not know their consulors were running amouck with the innocence of youth. I is absouly reprehencable, I think the BSA should continue with new guidlices and be responsible for their behavior. Otherwise no gor? child is protected.

Sorry this writing is so lengty but, this is the first time I can express my fellings.

With respect, 



P.S. You call or write anytime



Justice Lauri Selber Silverstein
BSA Bankruptcy case
824 Market Street 6th Floor
Wilmington, DE 19801

U.S.M.S. X-RAY

COTTONWOOD USPS MAY 4 2021

Drug Free USA