FILED
2021 MAY 10  AM 9:24
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

To whom it may consears;

I got a letter from my lawyer to send a statement of what had happend to me.

I am enclosing that letter here

If you need more my address is at the top. Plese use P.O. Box only

Thank you

5-3-21

TO WHOM IT MAY CONSEARN:

WHEN I WAS ABOUT 10 OR 11 I TALKED TO MY MOTHER ABOUT JOINING THE BOY SCOUTS. AND I DID EVERY THING WAS GREAT TILL WE WENT ON AN OVER NIGHT SLEEP OUT.

I HAD GOT UP DURING THE NIGHT TO USE THE OUT HOUSE AND THE TROOD LEADER, MEET ME ON THE WAY, AND HE SEE TO BE A PLESENT PERSON TO TALK TO.

AFTER THAT I NEVER FELT RIGHT ABOUT MYSELF. SEX WAS VEA.Y VERY LOW ON MY LIST.

I JOINED THE ARMY AT THE AGE OF 17 ½ AND SPENT OVER 14 YEARS IN THE ARMY, BUT EVERY TIME I WENT TO THE BATH ROOM, I WAS REMINDED OF WHAT HAPPENED

TIME I WENT TO THE BATH ROOM AND HANDLED IT I WAS REMINDED OF WHAT HAD HAPPENED TO ME.

I THOUGHT IF I GET MARRIED BEING AROUND A GIRL AND GOING TO BED COULD CHANGE THE WAY I FELT, BUT THAT DIDN'T WORK THAT FILLING CAME ON STRONGER ABOUT WHAT HAD HAPPENED.

MY WIFE GOT UP SET BECAUSE SEX WAS VERY LIMITED I JUST DIDN'T FILL RIGHT DOING IT.

AFTER I GOT OUT OF THE ARMY I CHECKED INTO GETTING A SEX CHANGE, THER WAS ALOT THAT

(over)

HAD TO BE DONE BEFORE IT COULD EVEN BE CONSIDERED.

I DUG INTO IT DEEPER AND FOUND OUT THAT THERE WERE CERTAIN THINGS THAT HAD TO BE DONE. AND PAPERS HAD TO BE SIGNED AND FILLED OUT.

I STARTED THE PROCESS. ONE WAS TO SEE A HEAD SHREAN AND GET SOME PAPERS FORM THEM.

AND I REMEMBER TAKING SOME KIND OF TESTS. AND A LOT OF OTHER THING HAT HAD TO BE DONE.

ONE THING WAS CERTAIN THAT YOU HAD TO HAVE ENOUGH MONEY TO PAY FOR EVERYTHING BEFORE YOU COULD HAVE THE SERGERY.

I HAD THE SURGERY IN 1981, █████████ DID MY CHANGE. I HAD TO SIGN A PAPER THAT I WATED IT DONE.

AFTER THE CHANGE, I STARTED TO FILL BETTER ABOUT MYSELF, BECAUSE I WASN'T ███████████████ ANY MORE.

I FILL GREAT ABOUT MYSELF AND WHAT I HAVE ACCOMPLISHED ON THE WAY. I HAVE A WHOLE NEW LIFE.

BUT I HAVE ALSO REALISED WHAT I HAD TAKEN AWAY FROM ME THAT DAY, THE POSSIBILITY OF HAVING A FAMILY OF MY OWN. I HAVE NEVER REALLY HAD A GOOD SEXY AFFAIR, NEVER LLEARNED HOW TO DANCE, I NEVE EVEN EXPERINCED A KISS, WHAT IT IS SUPPOSE TO MAKE YOU FILL LIKE OR HOW THE OTHER PERSON IS TO FILL.

I HAVE KEPT QUIET ABOUT THIS FOR OVER 65 YEAR BEFORE I TOLD ANY ONE.

IT MADE ME FILL ASHAMED OF MYSELF FOR LETTING IT HAPPEN TO ME.

