

May 4, 2021

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

Dear Justice Silverstein,

I understand that mediation has broken down because the Boy Scouts do not wish to accept full responsibility for the actions of people who represented them over the years.

I, therefore feel that I need to write to you expressing my opinion. During the course of the last 100 years or so, millions of young people were attracted to this organization based on claims that they would "build character". However they did not provide the basic protections which would insure that character was actually built. In fact they hid the list of known pedophiles instead of reporting them and preventing them from interacting with young people.

So, at this time they are being forced to face the consequences of their previous actions.ain they really don't want to accept those consequences. The insurance companies who represented them seem to be more interested in continuing to profit off of victims than in actually paying claims.

Overall I see a general lack of credibility in the entire organization. If this is "Character", I certainly don't want anything to do with it. At this point I am not sure that the BSA should continue to exist since it only provides a fertile source for pedofiles. In the meantime they must face up to the conequences of their prior actions and have some character of their own.

Be aware of the fact that if the present settlement plan were to go out for vote today, I would definitely vote "No".