Claim # ████████

*Letter written to the Boy Scouts.*

July 21, 2017

FILED
2021 MAY 10 AM 9: 24
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

My name is ████████████████████████████ and I was a former member of ██████████████████████████████ from appx 1959 until 1970's. I was awarded the Eagle scouting badge and at this time I want to surrender this award as I never earned it and only given this award because I was SEXUALLY abused by ██████████████████████ for years.

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████

He would sign off on merit badges for my performance following his instructions and I was even taken to the ██████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████ I learned some time later that he was convicted of sexually abusing other children and was indicted on a second and while at home took his own life.

My purpose in this is to put you on notification that I intend to go to the media so parents can be aware as what can happen when they put their children in the BSA and to keep a very close observation on the adult leaders and watch out on their children's emotional behavior.

I want to give you this opportunity to respond to me as what actions you have taken to prevent this from happening to other children enrolled in your program's

I REMAIN

