



FILED

2021 MAY 10  AM 9:29

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

April 26, 2021

Justice Lauri Silber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE. 19801

Re: Claim Against the Boy Scouts of America

Honorable Justice Silverstein,

I am **one** of the 6,000 or more abused children of the Boy Scouts of America.

I have been advised by our attorney that the Boy Scouts of America is not negotiating sincerely. Maybe the Boy Scouts of America does not need to be reorganized since they are not taking responsibly for what happened to all of us kids, many year ago and we all had to carry this abuse with us all these years.

Maybe Boy Scouts of America needs to be dissolved and all assets sold and compensate all the abused children adequately.

Sincerely

