



**FILED**

2021 MAY 10 AM 9:28

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

04/23/2021

Lauri Selber Silverstein
Justice Of The Court
824 Market Street
6th Floor
Wilmington, DE 19801
BSA/Cub Scouts Bankruptcy Lawsuit

**Dear Justice Lauri Selber Silverstein,**

I am writing you today to express my feelings about how the BSA ruined my life. I was a very young boy when I was raped by a BSA-Cub Scout Leader. I was in grade School when this happened back in the early 70s. After I was raped I was threatened not to say anything. I was scared to say anything, and this made me so upset with myself because I was young and didn't understand what was going on. After I was raped I was afraid that my friends would find out, and I didn't want the Scout Leader to think I told someone after being intimidated, and threatened into not saying anything to anyone. Because of this I had suppressed my feelings, and I didn't trust men. I started acting up in School, and I was expelled in grade School approximately a couple months after I was raped. This put pressure on my family because I had 3 siblings, and my mother had to move me to another school in a different parish. My father had to take care of my Siblings while my mom, and I moved into an apartment in Denham Springs Louisiana to finish my school year out. We had a home in ███████████████████ close to my elementary school at the time so the impact on my family that year was devastating. This was just the beginning of my problems to come. I finished my school year out, and my mom, and I moved back home with my dad, and my Siblings. I was able to attend school the next year in my original elementary school. I was a quite little boy,

scout leader did to me when I was young. Because of my drug habit I went to prison again when I was 34 years old, I had to let the mother of my children take care, and raise my two boys. She was on drugs bad at that time so my children were neglected while I was in prison. My boys were devastated losing their daddy. I served two years in Pine Prairie Prison in Louisiana for attempted simple robbery. All these memories would always come back every time I would go to jail because I had no way to drowned them out without drugs or alcohol. I wasn't able to sleep good because of the nightmares I would have about what happened to me. I did my time, and I moved back to Florida with my sister. I completed my parole, and was still trying to forget about what had been bothering me my whole life. When I was seeking psychiatric help I had tried killing myself twice because I felt hopeless in ever having a normal life. My health was bad, I had contracted Hepatitis-C from drug use. I have been in, and out of mental wards, and have been in counseling my whole life. I have been on medication for PTSD, and depression most of my life . I have spent massive amounts of money on Doctors, medicine, and counseling over the years. I know now I would have never gone down this road in life if I had not had my life ripped away from me at such a young age by the BSA/ Cub Scouts. I can't get back what they have taken away from me. I am begging you to hold them accountable for their actions. If they hadn't hidden all their records, and tried to hide the fact that they had these predators in their ranks, maybe I wouldn't have had this happen to me. These are just some of the things I went through in my lifetime. I am 55 years old now, free from drugs, and alcohol for five years now. I'm finally putting some of this behind me now, and I am begging you to hold them accountable for their actions. I have had to remember, and re-live this nightmare, all over again, and I pray it wasn't for nothing.

I

Sincerely,

3