APRIL 30, 2021



███████

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE  19801

Your honor:

I was a member of ███████████████████████████████████████ for about 7 years. When I was about 14 or 15 years old, I was sexually abused by my Assistant Scoutmaster ████████████ ███████████████████████████████████████████████████████████████████████ the lake.  Being the troop scribe for a while, I had to keep certain records.  I was at ████ ████████████████████████████████████████████████████████████████████████ I ran out of the house as fast as I could.  This was a very difficult thing to process at the time.

A year or two after I left the troop ████████████████████████████████████████ were charged with sodomy involving another scout at camp.  When my son expressed a desire to join Cub Scouts, I volunteered to be a leader so nothing like this would happen to him.


SINCERELY,

████████████████████