FILED
2021 MAY 10  AM 9:28
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Your Honor,

Please excuse the paper I'm using. I still believe in writing my correspondence. I write to you to just tell you a little of my story.

In 1969, I was a Boy Scout in ▓▓▓▓▓▓▓▓▓▓▓▓. We had an important history and I was very proud to be part of it. Being a boy scout at age 11 was the most important and happiest time of my life. I absolutely loved it. At the time, I was an exceptional athlete and very smart. Violin player, choir, Junior Achievement, writer. I had been reading since 3 years old.

In 1969 our troop went to a ▓▓▓▓▓▓▓▓▓▓▓▓▓▓. One morning in our group tent, I sang a song called "Barnacle Bill the Sailor" to the troop. It was a very raunchy song. The troop leader heard about it. He got me to go to the woods to earn my trail clearing badge. I think thats what it was. When we had gotten a ways away he told me he knew I sang that song and he should tell

should tell the other troop leaders and get me expelled. He said he wouldn't tell if I did something for him. I don't want to get very graphic, but ███████████

███████████

I was completely confused by the altercation. I didn't know what to do. Do I tell my Mom? do I tell the leaders? One week later I quit the Boy Scouts and didn't tell anyone until 1978. One week later I smoked marijuana for the first time. It made the shame much more easier to live with.

And then I ███████████

███████████

drug use. I dropped out of school, I didn't care about anything. I stopped ███████████

when I discovered married women with no children. Until 1989 and I started dating a woman who had a 7 year old girl. I eventually started

▇▇▇▇▇▇▇▇ I was sickened about what I was doing and I turned myself in. I brought the charges forward. It wasn't because I was afraid of being caught. It was because I was afraid of not being caught. I knew I had to break the cycle and take responsibility for my actions. I knew my life would never be the same but I had to do it. I was offered probation if I went to ▇▇▇▇▇▇▇▇ but the nearest was in ▇▇▇▇. I agreed to a prison term because ▇▇▇▇▇▇▇▇ program. It was one year of lockdown treatment and I have had over 2000 hrs. of treatment. I have never ▇▇▇▇▇▇ 1989, and it might seem strange, but turning myself in is one of the proudest moments of my life.

I'm not saying to you that what happened to me was the reason why my life turned out the way it did. I would never use the Scouts abuse as an excuse. However, it was a major factor. I know that my story is probably similar to a lot of boys. We were violated while doing the thing we loved

the most. I don't actually want to see the BSA be disbanded or hurt. For millions of boys it is so important. I really don't have an idea of what I want. I just wanted to tell a little of my story.

Thank You Your Honor, for your attention to this problem.