FILED
2021 MAY 10 AM 9:22
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Claim # SA-7404

Justice Lauri Selber Silverstein,

I am 69 years old and there is something in my past and present that I can't remember. But what I do remember as a 10-year-old boy was joining the Boy Scouts and how proud I was to wear the uniform and how excited I was shortly after joining my troop would be going on a camping trip with other troops in the area. All of the proud and excitement was short lived and turned to scared, ashamed, dirty and painful when I was sexually abused two consecutive nights by a Scout Master from another troop for his on sexual satisfaction. Returning home after the outing. I quit the Boy Scouts and never went back. I was only in the Boy Scouts for 2 months. I have carried this secret for 59 years until now. I was watching TV and a program come on about Sexual Abuse in the Boy Scouts and a number to call if this happened to you. I didn't realize how many young boys this had happened to. So after 59 years I decided to call and reveal what happened to me. It was finally a burden lifted off of me after so many years keeping it hidden. I have been following the herrings with information provided to me by my Law Firm. I read and watch videos in disbelieve on how the BSA and their Multibillion Dollar Insurance Company refuse to take responsibility for what happened to so many young boys while under their supervision. It seems to me that the BSA wanting to reorganize is just simply a way to sweep their dirt under the rug and continue business like nothing ever happened. They need to be held accountable regardless of what they call themselves. The big insurance company that stands behind them should also be held accountable when only willing to compensate for pennies on dollars. This is wrong and they both should be ashamed and prosecute to the highest degree. I would ask them. If this had happened to them are one of their sons. Would they accept what they are offering. No one knows unless you have been through and lived the nightmare of what happened to us. Thank you for taking the time to read this.

Sincerely one of the many.

Justice Lauri Selber Silverstein
RSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE. 19801

19801-3024$9801

