
FILED
2021 MAY 10 AM 9:27
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

April 27, 2020

Honorable Justice Lauri Selber Siverstein
BSA Bankruptcy Case
824 North Market Street
6th Floor
Wilmington, DE 19891

Your Honor,

As a young boy I joined the Boy Scouts, and for a period of time truly enjoyed learning so many new things. Then everything changed and I became a target of our Boy Scout leader. The events that still haunt me today, I have lived with and attempted over the years to put behind me and pray they would be erased from my memories. However, they still remain and I have learned to live with them by knowing that what happened wasn't my fault. The Boy Scout leader is no longer living and I imagine him burning in HELL.

I realize I am only one of many, many other boys who have suffered at the hands of Boy Scout leaders, who their parents trusted with their sons.

I also know this legal process is difficult and has been very lengthy, but hopefully every boy who was violated will find some comfort in the decision of the Court.

