[REDACTED]    4/26/2021

To: Justice Lauri Selber Silverstein;

My Name [REDACTED] from California. I am writing to tell you what happen to me when I was in Boy Scouts. First I was a Cub Scout then I went to the Boy Scouts. Bean new in boy scouts they [said] we were going to be initiated on our first camping trip. I was about 12 years old when we went camping in the Sierra National Forest. We set up camp. The first night in my [tent...]

FILED 2021 MAY 10 AM 9:27 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

[REDACTED] I am now 76 years old and I never spoke of this to anyone all these years including my wife. Now its time to speak up because I don't want this to happen to anyone in Boy Scouts.

Thank You, Sincerely
[REDACTED]



Justice Lauri Selber Silverstein
BSA. Bankruptcy Case
824 Market Street
6th floor
Wilmington, DE 19801

SANTA CLARITA CA   913
27 APR 2021 PM 3 L

