FILED
2021 MAY 10 AM 9: 22
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Judge Laurie Selber Silverstein

first off Id like to say that the
incidents Im about to share are
incidents that Ive lived with
for my whole life and have been
scarred into my soul with the
torment I lived. I have carried
these with me and never ceased
to share until I saw that
the institution that let us
get abused is finally being
held to account for The
actions we lived through.
So to start I go back to my
early years I lived in a
violent abusive home with a
abusive step father and drug
addicted mother. She thought
That The boyscouts could
teach me to be good so
she put me in boy scouts.
So on many occasions she
would leave me at The
meeting sometimes for hours
at a time.
it was at these meetings
that the abuse started.
I was 6-7 years old and I
just wanted a father or
someone symolized a father
that I could look up to

So I took to my scout father
and thats, when the abuse
would start - it started out
innocent enough him just
giving me attention and
that went a long way with
me.

So life moved on I acted
out alot and committed
crimes and became addicted
to drugs I became a meth
addict and committed many
crimes to get the money
to get my drugs such as

robbery and acts of violence or even some of sexual nature I was loot for alot of years.

I think that the abuse that I was subjected to caused me to make a lot of bad decisions and hurt me at such a young age that I grew up in such bad terms. I am thankful that the boy scouts are finally getting held accountable for their actions my life was destroyed because of this instatution and the ability to molest us with no accountability. I need to know that they are finally being held responsible for this whole thing.



( 1980)

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 95640
02 4W
0000338561 MAY 05 2021

$ 000.51⁰

