May 3, 2021



FILED

2021 MAY 10 AM 9: 26

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Honorable Lauri Selber Silverman
BSA Bankruptcy Case
624 Market Street
6th Floor
Wilmington, DE 19801

██████████████

Your Honor,

My name is ██████████  I am writing about what happened to me while I was in the Boy
Scouts in the late 70's. I went to a 2 week scouting adventure located at ██████████
██████████ One day during my stay there in the summer of 1977, one of the
scoutmasters sexually assaulted me.

I was walking along a trail to return to where our Scout troop was staying. This scoutmaster said
he wanted to speak to me. He took me to a tent and began to speak to me how he noticed I was
██████████ With that sentence the situation became surreal. I wondered how he knew that
fact. I became very uncomfortable. He spoke to me about the ██████████  He
asked me ██████

████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████

I did not have contact with the scoutmaster after that incident during my stay at the camp. The
thought of running into him gave me tremendous anxiety. I had anxiety seeing him at a distance.
I wanted to leave the camp. My father arrived as a volunteer for our troop during the second
week of the adventure. I asked him if I could go home because I did not want to be at the camp
anymore. I never gave him the reason why. He had me stick it out.

Since that time, the only person I have told the story to is my wife, ██████████ I have not told
my parents, both of whom are still alive, nor my brother or sister. I have had one counseling
session specifically about the incident in 2016. The incident has affected intimacy with my
current wife and my previous two marriages. I left scouting after those two weeks at the ██████
██████████ My brother was there with me at the camp and my father during his second
week volunteer work. I had a burning desire to tell them, but I was unable to muster strength past
my shame. This is something I have been dealing with for almost 44 years. This case against
BSA has opened very old wounds.

There is not more I can write. I am still hurt by what happened to me and I hurt for all the scouts who were abused.

I urge the court to consider all of us who have been abused during our time in scouting. The Boy Scouts of America failed to protect us from people we put our trust in. I am thankful I am able to tell my story.

Sincerely,

███████████

Justice Lauri Selber Silverman
BSA Bankruptcy Case
624 Market Street
6th Floor
Wilmington, DE 19801

19801-999985

NORTH HOUSTON TX 773
3 MAY 2021 PM 5 L



FOREVER
882210118165805

USA