SA-███

Justice Lauri Selber Silverstein
BSA Bankruptcy
824 Market Street
6th Floor
Wilmington, DE 19801



FILED
2021 MAY 10 AM 9:21
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

The smell of salt water, French fries, cotton candy, and caramel popcorn. Sounds coming from pinwheels, roller coasters, bumper cars, ski ball machines, the haunted house. Seeing all different size boats going in/out of the inlet. Tons of sail boats in the ocean, the occasional plane with an advertising banner in tow. I was always so impressed with the Coast Guard boat. Sometimes the sand was so hot we would have to run from the boardwalk beach entrance to the ocean. I don't know how our Nanna did it, carrying all that stuff as well as having us in tow.

During that period of my childhood I felt safe and cared for by my grandmothers, by my aunts and uncles on both sides of our family, by my parents. Once in a while I still see something, smell something, hear or touch something that brings me back to grandma's bungalow in Point Pleasant, New Jersey. Those were wonderful times for me during my childhood.
Then I joined the Boy Scouts of America While a scout I endured ████████ ████████████████ ████████████████ ████████████,
Unfortunately for me, my senses can also bring me back to a time that was far from good. A musty odor for example can remind me of the old pornographic magazines he had. Somebody named their dog ████ There is a commercial add on TV about a place named ████ and ?? (someone else, I can't and don't want to remember who). Maybe someone

Case 20-10343-LSS    Doc 3495    Filed 05/10/21    Page 3 of 7

in line at the grocery store reminds me of him. The smell of a campfire or smoke from a fireplace reminds me of that first camping trip. To see or hear anything about model rockets (how he lured me to his house). Every time I see a jar of Vaseline… (I never liked the stuff anyway). The sweet smell of pine trees can take me back to that first incident. It was my first ever camping trip. How come, after about 55 years I can still picture his face? A blue station wagon, that's what he had and he would force me to sit in the middle so he could rub my knee. Nobody touches me by surprise now, especially on the knee. Oh and I just remembered, can't forget *Coleman* camping gear. Salt and pepper hair color.

The most difficult part now is knowing that I will never feel that it was not my fault. I feel that I should have and could have prevented it from happening.

Around the second to last session I had with a therapist, our discussion focused heavily on him trying to convince me that it was not my fault. He even suggested I join a support group of other men who have had similar experiences. I said no to the support group but it seemed really important to him for me to understand and believe that it wasn't my fault. I didn't want to leave for good on a sour note so I finally said what he wanted to hear. But he is a smart guy and I could tell he new I was not being truthful. He didn't feel I was ready to leave, and he was right. But at the time it was a financial decision for me, insurance only paid 20%.
One time I tried opening up to someone I felt was a very good friend. His response was "How could you let that happen to you?" My dear friend ▮▮▮▮ has since passed but I am still crushed by his words. I feel like a weak person who should have

and could have prevented what happened. It's difficult to believe that anyone who has gone through similar experiences is completely free of personal guilt. Yes I get it that the adults were supposed to be looking out for me, and in this case it was the Boy Scouts of America. Despite this, I still carry the guilt. I will always ask myself why I didn't do this, that, or the other thing. It's not like a switch. You can't just turn it on or off as you please. I compare these moments of horror memories to unwanted guests who come to visit and stay as long as they like. You can't get rid of them for good because they always return, just different ones at different times.

I trusted the adults in charge but instead of caring for me and nurturing my desire to be outdoors, the BSA essentially FED ME TO A PEDOPHILE.

In closing, I will leave you with a list of

wordle words in an attempt to describe how I feel about myself.
Thank you for taking the time to read my gibberish, but this is how my brain thinks a lot of the time. I know you will do the right thing because you are a Judge.

Cowardly, Stupid, Dumb Ass, Guilty, Guilty, Guilty, Weak, Alone, Damaged, Guilty, Looser, Powerless, Prey, Defiled, Pedophiled, Unfit, ▮ Gullible…

Justice Laurie Selber Silverstein
BSA Bankruptcy
824 Market Street 6th Floor
Wilmington, DE 19801

SAN FRANCISCO CA 940
5 MAY 2021 PM 5 L

19801-302499