May 02, 2021
3:53 pm.

Reference # SA - ▅▅▅▅

Dear Justice Laurie Selber Silverstein;
BSA Bankruptcy Case
824 Market Street
6 th Floor
Wilmington, DE. 19801

FILED 2021 MAY 10 AM 9:36 US BANKRUPTCY COURT CLERK DISTRICT OF DELAWARE

On such said date noted and noted above. I here by state the following to be a truthful and willing party as follows. My name is ▅▅▅▅ and I'm 55 years of age as of March. Growing up in the projects of a single mother of four children. Neglected and in such of that one father figure to whom I needed. Not much of a father figure and suching for something I started my journey as a cub scout. At the age of 8 or 9 yrs

I wanted to join the Boy Scouts, had to wait until I could get money for fees and money to purchase uniform for scouts. Troop #768 whom Scout Leader [redacted] met at community center on Pond Circle housing project. There 8 or 10 young boys in this group from our projects. Eager to be accepted and wanted and or loved. I joined. On or about the summer of 1975 we where on camping trip at Hunter Park Douglasville, Ga. I had no camping gear and [redacted] suggested I sleep in

[redacted lines]

I got scared and got out and walk home at late hours about 3 miles. It was traumatizing and scared. The sad part as I think back was I got in trouble from my Mother and didn't even know why. So I wouldn't go back and after two weeks [redacted]

came by to get my uniform back if I wasn't going to participate in scouting. So he talked me into coming back, so I got to keep my uniform. Which made me feel apart of something or wanted. These attempts proceeded to take place on other outings and at Christmas events along at another camping outing down at Mr. ▆▆▆▆ residents down of Cedar Mt. Rd. Not to mention that ▆▆▆▆ offered us all beer at this age so he could gain control as such a predator would do. As I look back I feel that as a child this incident caused a reaction, down at this point I lost believe and trust in all adults. As a adults now I feel that this one man (▆▆▆) betrayed his power and guardianship, used his authority to gain access to young boys. And I know there where others in my troop as well. Looking back now I realized and seen the signs.

As a grown man I feel that these incidents occured at the hands of ███████████ troop # 768. The occurance from this trauma has lead me to a life of alcohol, drug abuse and criminal activities. I spent 14 years in prison threw out my life due to my addiction, alcoholism and criminal activities. I've been in a recovery program for the past 21 months and clean! Learning how to deal with the trauma and learn how to start my life over. I can't speak on anyone else but I take responsability for my actions as a man and take life one day at a time! But as a child not knowing or being mislead or sexually abused by this predator, monster etc. I wish I could confront him, possibly forgive him. But guidelines and accountability should be set in place to prevent such actions from occuring. What is sad is the fact that the B.S.A. alone

with the media etc. Speak as if its about reorganizing in court to better there finance and help the BSA. And whats not mention is the damage this organization has caused thousands of children (boys) and trama to the families that have delt with the issues at hand. Trama, alcoholizen, drug addiction, rebellon, criminal activities, homosexuality other sexual abuse upon others etc. And the victims list grows! Stop and put the money amount aside and close your eyes and think of these actions set forth by these men. Now open your eyes and think what if it where you or your son! Thank you for your time.

Sincerely

Justice Lauri Selber Silverstein
B.S.A. Bankruptcy Case
824 Market St. 6th Floor
Wilmington, DE 19801