Claim number ███████

FILED
2021 MAY 10 AM 9:21
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Justice Silverstein
  My name is ███████, I am a victim of sexual abuse. This is my story. I'm a 58 year old man, I'll be 59 in June. When i was 10 years old, i joined the BSA. At first it was great until it came time to test for the scouts oath and scout Laws. When it became my turn to test, i went into the Room, only one at a time could go in for the test. The scout master was standing there with his Back turned toward me, so i walked over to him, He turned around and ████████████████
██████████████████████████
██████████████████████████
██████████████████████████
██████████████████████████
██████████ I somehow got away from him and Ran out of the Room, where the others were. I never told anyone. A month or two Later, we were on a camping trip at ███████████, we were all in swimming one day, i started cramping and got out of the water and went up to the Lodge we were staying in to put some Dry

close on. I got to my Bunk and was changeing close, the scout master [REDACTED] I went home the next Day and never went back to the scouts again. The way this has effected me is, i only finished the 7th Grade in school, I dont Like being around other people, I have struggled with work. I have always thout somehow it was my fault, But after hearing everything about other scouts going through the same thing i went through. it's only made me mad, and feel sorry for the others that went through what i Did. and I think the Boy Scouts should Be held acountable for alowing this to happen. So that is my story.

Sincerely
[REDACTED]

Justice Lauri Seiber Silverstein
B.S.A Bankruptcy case
824 market street
6th Floor
Wilmington, DE 19801

19801-302499

