Claim # ███████ED

2021 MAY 10 AM 9:25
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St.   6th Floor
Wilmington, De. 19801

Judge Silverstein
  Between 8 and 12 yr. old I was an active member in the Boys Club of America, at 12 yr old we moved to another location and was not able to go to Boys Club anymore, so I joined the Boy Scouts of America, and got to do all kind of things, like going to the 2 week Jamboree, where we earned a lot of merit badges, but I noticed that the Scout Master would take a ████████
████ I did not really pay any attention to this until later on.
  At 13 yr old we had a camp out at the Scout Master's house, late that night I was woken by the Scout Master

to call my mother, and get her to come pick me up, which she did, but I told her, I was sick and wanted to come home, and that was the last time I ever went to a scouting event. I was so tramatized by this man, that I trusted and believed in. I would shy away from my own Dad when he would try to show me some affection.

At 15 yr old, I quit school because I refused to shower after gym class, after being told to do so. I had lost faith in all those in a leadership position.

I was 20 yr old when I joined the U.S. Army and it was not until then, that I had to face my own Demon's, and realize that I did not



do anything wrong, and that there were a lot of strange people in this world.
 Even to this day, at 66 yr old I have a hard time talking about my young life, but if it will bring about future changes, I will do what I can, just to ensure no other person would have to go thru this type of mental anguish that I went thru.

Justice Lauri Selber Silverstein
BSA Bankruptcy U.S. Bankruptcy X-RAY'S
824 Market St. 6th floor
Wilmington, De, 19801

MACON GA 310
4 MAY 2021 PM 1 L

19801-302499