May 3, 2021


FILED
2021 MAY 10 AM 9:25
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Re: Claim against the Boy Scouts of America

Dear Honorable Silverstein,

I am writing to you in regards to the Boy Scouts of America and their plan to "restructure" and claim to "make things right for the many victims in this case." I wish, as I am sure all the victims would agree, that I was not involved with this case. I was victimized by someone I trusted many years ago as a young teen. I had no one to talk to and nowhere to turn. Growing up was hard enough as a teenager without having to deal with a child molester. Who would believe me? After all, he was a scout master and a police officer. I held it to myself for almost 40 years and tried to manage the pain, anger and it's lasting impact it had on my life. Sadly, I am now known as SA ▇▇▇▇▇▇.

For several months, I saw a commercial on television asking victims of the Boy Scout of America to step forward. I struggled with what to do…did I want to relive the experience I have worked so hard to overcome and open up old scars and wounds? Did I want to put myself out there to once again not be heard, not believed…and did anyone really care what happened to me and so many young boys across our country at the hands of these monsters? I was not sure I could handle stepping forward only to once again have the scout masters and the BSA get away with all they had done to us.

When my own son wanted to join scouting, it made me sick to my stomach. Scouting was supposed to be a time when boys gained skills, confidence and the start of self reliance and freedom. I, however, could not let my son go to any meeting or event unless I was there to supervise. There was no way I was going to let something happen to my son and let him live the nightmares that so many of us have experienced. Like so many victims in this case, I wish any one of the other scout leaders would have stopped him…but no one did and now, I am SA ▇▇▇▇▇▇.

It truly was a struggle coming forward. I can close my eyes and still see my molesters face smiling at me…I can still remember his words, his touch, his breath and how he hunted me down at meetings and overnight trips. I decided to come forward because there is strength in numbers. I wanted to support the other victims (I hope some in my troop came forward) and make sure that no child ever had to go through this again.

I consider myself lucky compared to what some other boys went through. I realize now that I was being groomed and it would have become worse for me. I can tell you though that this has had a lasting impact on my life (socially, physically, psychologically). Even married for 30 years, I will not initiate anything with my wife. I promised myself that I would never make someone feel uncomfortable and it's a promise I will always keep. I never want to make someone feel trapped

or afraid to say no like I was in that tent. My scout master was bold enough to do this with a classmate sleeping on the other side of the tent. I was told I liked it and it's what I wanted. The one person I trusted and I thought believed in me groomed me for his own pleasure and convinced me it's not only what I wanted but that I liked it.

Your honor, I did not get involved for the money. I got involved with the hope that someone would hold the scout masters and the Boy Scouts of America accountable and to take responsibility for not only their actions but also their inactions.

I have heard and read comments about this case....how could it be so many making a claim? This many claims could make it financially uncomfortable for the Boy Scout of America. Honestly, it made me cry...for all we went through the focus was once again on the institution of the Boy Scouts and how it would impact them and not on how the Boy Scout of America impacted us as victims.

If the scouts are allowed to weasel their way out of their responsibilities and not be held accountable, what message are we sending to the victims? The BSA complained about the number of victims in this case...do they think we wanted to a victim and a number? The victims have names, families, memories. Nightmares, pain, grief and so many emotions. I am sure the number is higher as not everyone came forward . These victims are identified as numbers, like SA█████ but we are real people who lived these nightmares at the hands of scout masters. The Boy Scouts of America has already turned a blind eye allowing these child molesters to be protected...allowing them to victimize and terrorize more children is something that we cannot allow to happen.

I pray that you will not allow them to take the easy way out. They need to take responsibility and be held accountable. The abuse needs to stop. The molesters need to be stopped. In our society, it is sad that the only way big institutions are held accountable is financially. Personally, I would rather see my scout master be held accountable in a court of law. I would rather see everyone that hid it be held accountable. But that's not the way it works. They only understand the almighty dollar. They would rather find a way to get out of this and make it go away as cheaply as possible. Honestly, I find that offensive.

Allowing them to pay "pennies on the dollar" so that they can continue to exist, to continue molesting innocent children is a disgusting nightmare. Anyone that says it isn't, should think about what if it was their child being molested at the hands of people that we are supposed to trust. The Boy Scouts of America cannot be allowed to exist as they have been for many years.

Sadly, the only way to make change is to bring the stories to the front and to hit them hard financially to force change (haven't they had many years already to change and make this right? Why did it take a lawsuit to protect children?). Look st how the Olympic athletes were treated and how the settlement created restructuring and change to protect the athletes. We are dealing with so many more victims in this case against the BSA...and they want to walk away from their accountability and responsibility? I hope that we are not victimized by the Boy Scouts

of America again. I pray that the court will not let the BSA and scout masters walk away from their responsibilities a second time.

I stepped forward to support my fellow victims and to hopefully advocate for the needed change to protect our children. A few months ago, I heard parents talking about signing up their children for scouts. One said...isn't there something going on with the scouts? The other said, I am not sure but I think there is a case against them. I wanted to say try many thousands of cases against them. People just are not aware of the number of cases and the severity of the cases against the BSA.

We trusted the BSA and the scout masters and we were victimized. We depended on others for help...but help did not come for many of us. Please do not allow the BSA and scout masters to victimize us again. Please make them stop. Please hold them accountable. The truth about the BSA is now known...we cannot allow them to hide and continue abusing our children. Your honor, please protect our children.

Respectfully submitted,

SA

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor

ATLANTA METRO 301
4 MAY 2021 PM 4 L

