Your Honor;

RE; Claim # ████

I first joined the Scouts in lhe late fiftys as a Cub Scout. After being with them for about two and half years I became a Boy Scout in the early 60's. While in the Cub Scouts we had meetings at the Scout Masters house or sometimes at the school we attended. Most of our outtings were always with the Scout Master and no less than two parents. They were always after school or on days that we had no school. We always was working on getting our patches and also cliamming the Scout ladder. When I changed over to the Boy Scouts The first thing I noticed was that meetings were held at the Scout Masters house, local Fire House, and sometimes at other Scouts homes. We also started to have camp outs in a farmers feild behind the SCout Masters house. It was then I noticed that one of the Scouts was not with the rest of us. sometimes they never did show up then other times they came out later in the camp out. It was during one of those camp outs that one of the Scouts came up with the idea to play poker. It was the Scout Masters son that said we could play for clothes and the first one naked would have to run around the camp naked. That became a normal thing to happen at the camp outs in the farmers feild. It was at one of those camp outs that the Scout Master caught us playing strip poker. There was most of us in one state or another of being naked and all he said was to not make a lot of noise so others in the area would not get suspesious and call Police. Then he told two of the boys to grab their clothes and follow him. About 20 minuets later those two boys came back and told two more to go where the Scout Master was. this continued till we all had gone and returned. This is when the Scout Master told us that if we wanted to learn about sex that we could work toward a badge for it. He would show us everything about it we wanted to know. But we would have to keep it to ourselfs and not tell anyone what we were doing. We could not even tell our parents. We also could not talk with other Scouts about what badge we were working for or who was teaching us. Those meetings always took place on a different night from our normal meeting. During those meetings it was always only two Scouts and the teacher. I can only talk about my mettings and who the teacher was. My teachers were the Scout Master, his son( who was in his 20's), and another older gentleman that never did say who he was or what he ████████████████████████████████████████████████████████████

I left that Scout Troupe about four months after that due to the fact that we

1

moved out of the area that Troupe covered. My father asked if I wanted to rejoin the Scouts and I told him I didn't want to. In the following years I found it Diffacult to have friends. During school I would not even take a shower with the rest of the guys in gym class. I did join the basketball tweam but only as a manager. The coatch was my math teacher and he made it easy for me to do my duties with the team. A few of the players were nice to me and acted like my friend but even today I find that hard to belive. Finally mid way through my junior year I walked out of school and went to work. In 1969 I was drafted but joined the Navy two weeks before my draft date. After serving 2 1/5 years I got an BCD discarge in San Diego. In 1972 I left San Diego and returned to Ohio. I left Ohio in 2000 in hopes of finding a new life. I moved to Nashville Tn. and landed a job with Midas Muffler shop. My manager liked me so much that he got his wife to find a house for my family. Everything was going good that is except that I still had no friends. To be honest I was ok with that because I knew I did not have to worrie about trying to keep everyone happy.

I hope that this letter has helped you with information about what happened to me and how it has affected my life. I thank you for taking the time to read this. Have a Blessed day.



CASE # 5A[...]

Justice Lauri Selber Silverstein
BSA Bankruptcy Case's
824 Market Street
6th Floor
Wilmington, DE. 19801

BIRMINGHAM AL 350
4 MAY 2021 PM 5 L

9801-302499

KILLEN, AL
MAY 04 2021
USPS
FOREVER / USA