Justice Lauri Selber Silverstein
In behalf of the children.

Watching TV. a commercial came on, it was Van Arsdale. He was asking for help so I listen to him. The more I listen the more tears came. I started remembering. Van was asking people to come forward. The hardest thing I've ever done was talk about the abuse I sufferd at the hands of a perverted scout master. I was scared, ashamed and confused. I didn't know what to do. I could not talk to a mom and step dad that would drink till they passed out. It would shame them. They had fights all the time. Some times it would be a knock down drag out. I told my self it didn't happen, but walking home from school I would avoied the short cut and take the long way. I had nightmares wake up screming. Mom told me go back to sleep it will pass. It took a lot of Alcohol to hide what happend to me. I often wonderd if it was something I did. I was a kid. I did not deserve what he did to me. It has effected me my hole life. To ashamed to admit it happened. I could go on and on but I would have to write a book. Please do not let the Victims of this abuse suffer. We all need to take a good look at what this is all about. Children, kids and what they went through. Please, no Insurance Quick fix. Do not let them abuse us any kind of way. Thank you for your time. I wonder if they would feel the same, if it were there kids

Justice Lauri Selber Silverstein
BSA Bankruptcy CASE # SA-68560
824 Market Street 6th Floor
Wilmington, D.E 19801