Dear Justice Silverstein

FILED
2021 MAY 10 AM 9:12

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

My name is ███████████ and I am writing you in regards to my case against the Boy scouts of America. My case number is ████████ I want to make you aware of the effects that this organization has had on me and my family lives for the past 40 years.

My brother and I were members of a troop out of Jacksonville Florida and our troop leader name was ████████████████████████ was supposed to be our chaperone at our first troop outing but was called away by his job at the last minute. We were already at the campsite so ███████ asked a joining leader to watch over us until he was able to come back. The leader from the other troop was nice in the beginning. His scout members seem to like him and as a child of the 60s I respected my alders. Me and my troop members started to see behaviors that gave us alarm. He was overly affectionate with the boys in his troop. During the day as we set up camp he would inappropriately touch us under the guise of helping us.

My fellow toop members and I decided to stay together for protection, because before night fall we all had been groped by the troop leader. We stayed in our tent hoping ████████ would come back to camp soon. Some of the other troop members build a camp fire and asked us if we wanted something to eat. We had not eating so we came out to join the others. The troop leader was not at the campfire. We ask where he was and we were told that he was having sex with one of his scouts in a near by tent. After awhile the troop leader came out of the tent and told us that he would be back. He did not return for more than 24hrs. During the long weekend ████████ didn't return at all.

During the time of the troop leader absence we tried to enlist the help of other troop leader to help us get in contact with our parents. This was the 70s and needles to say no one wanted to deal with four crying black kids. All of the troop leader in our area knew that there was no adult supervision. One troop leader even told us to go way and not to come back. We were called ████████ by other scouts at the Jamboree and ostracize doing activities.

When the troop leader finally return to the campsite he brought two other men with him. He didn't try to disguise his intent now. He and his friends were very aggressive with their ████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ way and left me alone. He then turned his attention to my younger brother.

He told all of us camp members to clean the campsite then he would call our families to come and get us. While I was doing the chores that he assigned to me I ████████████████████████████████████████████████ ████████████████████████████████████████████████

start to beat the troop leader with the pan feverishly. I screamed at him and yelled at him and told him that I was going to tell my father once we got home. The troop leader called his friends and they left us at the campsite again along without supervision.

At that point me and my other scout friends decided that we were going to leave this site even if we had to walk all the way back to Jacksonville. So as we were walking from the back of the campsite where they had put us in the woods so we wouldn't be near any other troops we saw that there was a main office. We went to the main office and asked could we use their phone to call home. The adults in the office thought that we were only being homesick and told us to go back to the campsite. We told them that we're not being supervised and we wanted to go home and we left our number to our parents.

The next day my mom showed up and took us all home. Me and my brother told her what happened to us. She listened to us and told us that she will tell our father when he came home, but that was 6 months away because he was in the United States Navy. Needless to say my mom swept this under the rug and never told my father in hopes that we would forget. She did not take any actions because being the southern woman that she is she just wanted it to go away. If I tried to bring it up she would shush me in act like it didn't ever happened. As I got older I tried to discuss it with my mother and my brother but they would just get angry and ask me why I keep bringing up old matters.

It took me a moment to call the number that I saw on the television about this case. I knew that it would cause a riff in my family if I will bring it up to my brother or my mother. And my father not even knowing, I couldn't even tell you what he would say. I am not just filling this suit just for myself. I'm filing it for the members that were with me on that horrific long weekend that we spend at that campsite. The leadership at that campsite failed us as children that were placed in their care. No matter what color we were. Don't fail me and the other members that were sexually assaulted during the years of the boy scouts overlooking this type of thing happening.

Thank you,

███████████████



JUSTICE LAURI SELBER SILVERSTIEN
BSA BANKRUPTCY CASE
824 MARKET STREET
6TH FLOOR
WILMINGTON, DE.
19801

1980183024 C012

