5-3-21

FILED
2021 MAY 10 AM 9:21
CLERK
US BANKRUPTCY COURT
DELAWARE

TO: JUSTICE LAURI SELBER SILVERSTEIN

FROM: [redacted]

AT THE AGE OF 10-11 I JOINED THE BOY SCOUTS. I WAS STARTING TO BECOME A LITTLE MISCHEVIOUS AND MY FATHER THOUGHT IT WOULD BE OF GREAT VALUE FOR ME IN THE FUTURE. WHEN I FIRST WENT TO THE MEETINGS WE WERE EARNING BADGES, LEARNING HOW TO DO THINGS AS TEAMS AND LEARNING MANNERS AND RESPECT. I REALY LIKED GOING. ABOUT 2 mTHS INTO IT, MY MOTHER PASSED AWAY FROM HAVING HER 11th CHILD. SHE WAS 27. THIS DESTROYED ME AS WELL AS MY SIBLINGS. MY SCOUT MASTER NOTICED A DIFFERENCE IN MY DEMEANER AND GAVE ME XTRA ATTENTION. ONE DAY AT OUR MEETING, HE TALKED ABOUT BOY SCOUT CAMP COMING UP. WE COULD RIDE HORSES, ARCHERY, SWIM, FISH AND LEARN HOW TO CAMP.    OVER

② I WAS SO EXCITED AND RAN HOME TO TELL MY FATHER. HE TOLD ME HE DID NOT HAVE THE MONEY FOR ME TO GO. I TOLD THE SCOUT MASTER AND HE SAID HE WOULD PAY MY COST. MY FATHER LET ME GO. THE SCOUTS HAD A CAMP IN LAKE WHALES FLA. WE LIVED IN LAKELAND FLA. WHEN WE ARRIVED BY BUS I WAS SO EXCITED AND HAPPY. MY FATER HAD TOLD ME ONCE I LEFT HOME I WOULD BE STUCK THERE FOR 2wks. FIRST 2 dAYS WE WENT SO HARD TO DO EVERYTHING, I WAS WORE OUT. WE WENT TO THE CANTEEN FOR DRINKS AND CANDY AFTER COOKING AND CLEANING UP OUR MESS. WHEN I GOT BACK TO CAMP EVERYONE WAS READY TO SLEEP. I WAS WIDE AWAKE. I ASK THE SCOUTMASTER IF I COULD WALK DOWN TO THE LAKE AND HE SAID HE WOULD WALK WITH ME. WENT TO THE LAKE AND AFTER A WHILE HE SAID WE NEEDED TO GO BACK TO CAMP. WE ALL HAD OUR OWN TENTS, VERY SMALL. I WENT TO BED AND FEEL ASLEEP. SOMETIME

③ 5-3-21

MY BACK, I ASK WHAT HE WAS DOING. HE TOLD ME, HE PICKED ME OUT OF ALL THE BOYS TO BE HIS FAVORITE BECAUSE HE FELT CLOSE TO ME AND WANTED

WHAT HE WAS GOING TO DO BECAUSE HE COULD NOT DO IT TO ALL AND IT WOULD MAKE THEM JEALOUS. AND HE WOULD

AFTER WHAT HAD HAPPENED. I DID NOT UNDERSTAND WHAT JUST HAPPENED. THE NEXT DAY THE SCOUT MASTER IGNORED ME UNTIL NIGHT TIME THEN HE CAME BACK AGAIN. I STARTED CRYING

DID NOT COME AROUND ME UNTIL BEFORE I LEFT. THEN HE WARNED ME OF NOT TELLING ANYONE AND THAT I WOULD BE BLAMED AND NO ONE WOULD BELIEVE ME. AFTER I GOT HOME, I STAYED TO MY SELF AND REFUSED TO ATTEND BOY SCOUTS ANY MORE. THIS MAN TOOK MY INOSENCE AND MADE IT UGLY. THIS EFFETED ME ALL MY LIFE.

 THE BSA HAS FIALED HUNDREDS OF THOUSANDS OF CHILDREN. I WAS ONE OF THEM. at the age of 10-11. I AM DEMANDING AN ACCOUNTING FOR WHAT HAPPENED TO ME AND WHAT I INDURED AS A CHILD, AND HOW IT AFFECTED MY WHOLE LIFE AFTER.

 THIS CASE IS NOT JUST ABOUT BANKRUPTSY, BSA AND INSURANCE COMPANIES ITS ABOUT ALL THOSE TRUSTING CHILDREN LIKE MYSELF. ITS ABOUT BEING SO CONFUSED ABOUT WHAT WAS DONE.

TO US THAT IT AFFECTED OUR RELATIONSHIPS THAT WE CAME TO HAVE. I HAVE NEVER TOLD ANYONE WHAT TOOK PLACE AND WHAT HAPPENED TO ME. IT TOOK 25 YEARS BEFORE I TOLD MY WIFE. I THOUGHT ABOUT IT ALL THE TIME. IN MY LATER YEARS I WOULD SEE OR HERE SOMETHING THAT BRINGS IT ON AND CAUSING ANEXITY. THAT WILL TRIGGER DIFFERENT EMOTIONS. I WOULD WITHDRAW TO MYSELF WITH DEPRSSSION.

COMPENSATION FOR OVER 50 YEARS OF BEEING SCARRED FROM WHAT HAPPEN TO ME AND THE WAY IT CAUSE ME TO FEEL FOR ALL THIS TIME.

BSA NEEDS TO HOLD THERSELFS ACCOUTABLE FOR THE EMOTIONAL TRAMA THEY HAVE CAUSED. THERE IS NO WINNER.




Justice Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801