May 3rd, 2021

FILED

2021 MAY 10 AM 9: 11

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE  19801

Dear Justice Silverstein,

As part of the lawsuit against the Boy Scouts of America, I am compelled to write to you regarding the harsh realities of my abuse from my Scout Master ████████████████.

I was a cub scout that met weekly at our ████████████████████████████████. From Cub Scouts I graduated to the Boy Scouts, where is became a Patrol leader. I was an A student. As I progressed through the merit badge system I graduated to be a Life Scout. Next Eagle Scout and that was exciting. Only to have it derailed by sexual abuse from my Scout Master.

It was a harmless evening in Scout Camp and I was preparing for my Eagle scout course when I was called to ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████.

I quickly resigned the scouts and never attended any events since. I also never got my Eagle Scout status. I was embarrassed and afraid of him. If my parents had ever found out about this, ████████ would have been finished as a scout master and as a person in good standing in our community. My grades dropped and I started smoking pot. My life was upside down and it started with this event!

I am turning 70 in January and have lived with this for most of my adult life. I became involved in this lawsuit not for money but for the need for the general public to know about the scouts and its pitfalls. This one event covered up all the good that scouts can offer a young man or woman.

I think the scouts should be abolished and not come back as Boy Scouts of America. I believe its assets should be liquidated and completely dissolved. Sexual predators hide here and should not be given the opportunity to enroll in this organization. Even if it existed the door would be open for this type of abuse to young adults.

I am reaching out to you to strongly consider full bankruptcy. No one should ever have their dreams stolen by a sexual predator!

████████████████████████

