SA - ▮

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801



FILED
2021 MAY 10 AM 9: 11
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein,
April 26, 2021

I am writing about the sexual abuse that I personally experienced as a member of the BSA. I also want to stress the importance of setting an example so no other organization ever turns a blind eye to any abuse of any child again. The experience is beyond belief and caused me to be withdrawn and very apprehensive toward adults who were suppose to teach young boys to become respectable, dependable and protective Men. The Men that were our leaders were suppose to be examples of Good.

I personally had several experiences with the abuse from asst scout masters to scout masters. For me it was unthinkable to disclose the abuse to anyone for years. I was told that the things I was told to do were rights of passage from on level to another. Some included ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ was finally so screwed up that I became aggressive and unforgiving. I trusted no one and after lots of help and counseling over 25 to 30 years I can only look back at several failed marriages and more heart ache then you can imagine. I was unable to maintain any relationship and my own sexual identity was destroyed. They tell me I have Explosive Anger Disorder due to the abuse. My mother was the first person I was finally able to open up to. That was 6 years ago and I finally understand what has transpired over the last 60 years. I strongly feel that the Boy Scouts of America should have and should have prevented this if they had wanted to. The acts preformed on me and others as Children are unacceptable and I would hope that they are held fully accountable for the pain and duress we under went because of there refusal to put a stop to this.years ago.

No matter the out come of this case I personally feel that the BSA should be disbanded and not allowed to go back to Business as usual. If there are leaders of the organization that are allowed to continue abusing Children then I would be very disappointed in our court system and the ability we have to protect other children. My life has been an example of what happens when an organization Such as the BSA goes unchecked. And is able to continue as they did. I was so Paranoid of peoples intensions that. I only worked for a company for a few years and then I would quit and move on, My quality of life over the years was effected by the disorder and until now I felt no one was ever going to have a solution and I know that I will struggle with the disorder the rest of my life.

Thank you for taking the time to read this



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington DE, 19801

U.S.M.S. X-RAY

198018 4937 C012



