(1)

Dear, Judge;

I am ██████████, I am writing to you in regards of the A.I.S. and The B.S.A.. I am aware of the B.S.A.'S incincere actions towards claimants and lawfirms. The B.S.A., along with all entities, should be held accountable for the horrific tragedies that were held from the public for so long. So long, it goes without saying, that people ignored the otrocious acts that children and I myself went thru. This should be enough for the court to view the B.S.A. is in the wrong. I feel the B.S.A. is not honest and not in good faith when it comes to this process. I stand on my attorney's side, when said this is more about the abuse the victims and their families, than the money. I am up to date with all emails from my attorney and do not appreciate the B.S.A.'S outrageous offer, when I will say again for decades they hid these monstrocities from the public. I am also pointing out that the entities that are in buisness with the B.S.A. are incincere and need to be held to the most upmost possible liability. It is critical, that us we the claimants do our part to expose the corporate leaders of the B.S.A. and the insurance companies, also any and all other entities who have liability exposure. As I can not stress enough this is about the acts that took place years ago and the abuse that occurred. Yet as it stands this has been about the B.S.A.'S Bankruptcy more than it has been about the victims and their families. Needless to say the B.S.A. should be held accountable 100%.

②

Therefore I will leave it in the hands of the judge. I now turn my focus over to my childhood. The monster who destroyed my youth and robbed me of my innocence will never be allowed to re enter the community, never the less, I can never get my childhood back, it goes without saying my life was drastically changed. Thus for a good part of two years I believed what I was taught from this indivdual to be true, once I had experienced these traumatic acts, I began to act out at school and at home. This has effected my life substantially. to where now I am in prison currently at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ where I have been serving several years. This is a result of what happened to me as a kid, I would like to add furthermore durring this period of time when I was in and out of correctional facilities I found my self homeless and living in the street and continuing to use drugs as I had developed and addiction. I now realize my drug usage and the majority of my behavior came from trying to cope with the traumatic experiences suffered as a member of the B.S.A. when I was a pre-teen. I believe that I will be able to start a new life later on down the road. Time after time I've counted the numerous jail visits and I look back and think how I could not seem to get on the right path, no amount of money will ever give me or bring the time I've lost back, or amount to the pain and suffering and heartache my family endured over the years.

③

I know that I made mistakes, and I'm not blaming anyone, but if their needs to be blame set I believe the BoSoAo is and should be held accountable for they knew about these scout leaders (pedophiles) and did nothing for decades. It is time for them to pay. I will continue further on to say my life was changed because all they cared about was money. What needs to happen for these corporations to realize the harm not only they allowed but the scout leaders (pedophiles) they allowed to inflict their harm. I believe they should be held accountable, due to the fact that thousands of childrens live's were impacted by unimagineable horrors of sexual abuse that went on for who knows how long. To this day I know that It bothers me and its needless to say their are others who suffer from mental illness as well as disease which no amount of money can cure. So again I say these corporate agencies need to give up and pay for what happen to every last claimant. Their are over 90,000 claims and they know they have more $ than plenty to provide all claimants rightfully so with damages, pain, and suffering. Furthermore the insurance companies who profitted over decades are rich and they think they can just push the victims around and say all they want is money when its the other way around their the ones with significant assets and monies that refuse to be fair and pay what is due. I conclude my thoughts and I thank you for your time, and I know we will be the victors.

④

for you judge I see will make the right and just call, thank you again sincerely

[REDACTED]

FILED
2021 MAY 10 AM 9:09
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein
BSA Bankruptcy CASE
824 market Street
6th Floor
Wilmington, DE 19801