May 5, 2021

Justice Lauri Selber Silverman
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE



Your Honor:

I am writing you to express my outrage at the BSA continuing to abuse me and others like me. To diminish our claim for justice is to continue the abuse we received as children. My abuser was the scoutmaster for the local boy scout troop ███████████ I have no doubt that the depredations done to other boys were worse than the acts committed against me. What made the two incidents committed against me so evil was that my father was complacent in the sexual abuse. My father may have met the scout master in a local bar. I refer you to the document I sent to Attorney ███████ ████████████ It did not help my situation that my mother died when I was four.

It is easy to say it is not the victims fault, but when the victimizers are are two authority figures important as ones father and a scoutmaster, it is difficult for a child not to wonder about their culpability. The sexual abuse done took place between the ages of 11 and 15. I just don't trust people especially ones in authority. In the navy it was pointed out to me that I don't show officers (authority figures) enough respect. I saw a psychiatrist for about 5 years in the late 70's and early 80's for depression. To this day I have difficulty looking people in in the eye. I have been moderately successful in life, but have never been in a superviserial position. Given my shy introverted character that is understandable. I don't have any friends. Thankfully I do have a loving family I was afraid of and avoided my supervisors. Also did not trust my coworkers.

Your Honor: The emotional damage done to children growing up lasts a lifetime; I am a case in point.

Also despite my short comings, I have used my inherent intelligence to get a good education and secure good jobs. I also have learned to try to keep my written communication short and to the point.

Madam, thank you very much for your time and consideration.



Justice Lauri Selber Silverman
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

19801-302499

U.S.M.S.
X-RAY