**BSA (SECOND LETTER TO THE JUDGE)**

From: ███████████████████

To: ███████████████████

Date: Wednesday, May 5, 2021, 08:33 PM EDT

FILED
2021 MAY 10 AM 9:11
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

Your Honor,

  I attended an all white Catholic grade school, and I was taught by nuns. I won first prize in the Boston diocese art fair for my painting "A LIGHT FROM HEAVEN" depicting the Sermon on the Mount with sunlight streaming down through the clouds. My behavior and grades were excellent until after I had a terrifying experience in the BSA.

  In 1964 at the age of 10 I was introduced to alcohol and subjected to sexual abuse by my scout leader Mr. ███ - the first African American I ever met. Mr. ███ held a knife to the throat of one of my fellow scouts and threatened to kill anyone who told what happened in the tent during our camping trip with him. He was the only adult on this trip. He gave us cigarettes. I believe he gave us Colt 45 Malt Liquor because it had a high alcohol content and would taste good to young boys. After we drank, he sexually molested me because I was the "new" boy on my first camping trip with him and the other "experienced" boys. I told my parents what happened and this resulted in a court hearing.

  I was called as a witness to testify to what I had experienced. I had a very bad speech impediment and was a nervous wreck. I was afraid of ███ and it was extremely difficult for me to testify stuttering in court about these sensitive sexual matters in front of ███ his African American family, etc. Justice was not served and ███ was set free to continue his behavior as a pedophile. After the court hearing my parents saw ███ on a river in a rowboat with a young white boy - apparently still up to his old tricks. These experiences caused me to lose trust in all people (including my parents) and the justice system. I resented authority, became insolent, and disobedient.

  During the ensuing years I used cigarettes, drugs and alcohol in an attempt to calm myself and escape reality. I became an addict. My grades took a turn for the worst. At the age of 14 I used my paper bag to conceal the booze I stole from customers on my paper route. Eventually, I was caught and detained by the Connecticut State Police. My parents were never alcoholics, but my friends were. My friends and I stole booze from their parents and bought drugs from their older brothers. I also hung around with older Vietnam War veterans who bought booze for me. I ran away from home a couple of times and was caught by the Connecticut State Police. Problems developed between me and my parents which led to fistfights with my father.

  At the age of 15 the home environment had become intolerable. I began making plans to quit high school and leave home. I knew I would not be getting a car from my parents, and I would need a car so I could get to work eventually after I turned 16. So, I sold my paper route to one of my younger brothers and got a job working at Village Farms within walking distance. Because I was not yet 16 (legal working age), I worked for less than minimum wage - cash under the table. My parents began charging me room and board when I got the job. I felt like an unwanted expense and saved what I could so I could eventually buy a car. My new boss bought booze for me.

  When I turned 16 I quit high school and left the middleclass home of my childhood in East Lyme, CT to live in poverty alone in an attic apartment in Mystic, CT. I hoped the home environment would improve for my brothers after I left. With little money, no credit, and no job experience I had to take on 3 menial jobs to

barely survive. To get to work, I paid cash for one old car after another as they all died...3 dead cars during a 19 month period.

At the age of 17 during the Vietnam War I got married and enlisted in the United States Air Force (USAF) to learn a trade - leaving my third dead car behind at exit 75 on Interstate 95. My wife and her parents were hardcore alcoholics. When I met my wife she was already pregnant. She initially told me the baby's father was an older man who worked for her dad.

I attended USAF Construction Equipment Operator Technical Training School in Wichita Falls, Texas. My wife and I lived in a dilapidated apartment building in the city across the street from the corner liquor store where the prostitutes hung out, and down the block from where the homeless lived in railroad cars. It was a very bad area full of beggars, crime, and horrible noises, but it was all I could afford as an Airman Basic. My wife never worked during our 4 year marriage. She always kept a bottle of vodka in the freezer. We could not afford a car or taxi, so we had to take the bus to the laundromat, grocery shopping, school, and everywhere we went carrying our clothes and groceries with us.

My wife did not take the transition well (moving from middleclass Niantic, Connecticut to poverty in Wichita Falls, Texas). There was a lot of red-faced crying and screaming directed at me. She threw a jar of mayonnaise at me which smashed on the wall right next to my head. I was confused and didn't understand the reason for her bad behavior. Eventually, when she was about to give birth, she told me she had actually been raped by her own father and began beating on her stomach with her fists in my presence. I pinned her to the floor of the apartment to try to save the baby, but I was too late. The baby died and I was faced with a $3,000 funeral bill I could not afford to pay with little money, no car, and no credit I was not economically viable. My squadron pitched in and donated some money to help with the unexpected expense. I struggled plenty, but I never asked for or received help from my parents. Despite all the hardships I graduated as the only Honor Graduate in my Construction Equipment Operator class. I also earned my High School Diploma in the USAF.

About a year later, when the USAF sent me on temporary duty to a remote location on the Alaskan tundra, I left my wife outside my new home base in Wichita, Kansas living at a trailer park in an old used trailer. I got an anonymous letter that stated ▓▓▓▓ Who is that woman living in your trailer, your wife or a whore? Your best friends are your best enemies. THE BACKSTABBERS!" I almost died after drinking almost a whole bottle of Bacardi 151 proof. I vomited on the helicopter when they were transporting me from the tundra to the hospital on base. I saw psychiatrists at Eielson Air Force Base, Alaska and told them I wanted to return to Kansas immediately, but they did not help. After I told them I would drive a bulldozer through the chow hall if they did not send me back to Kansas, they sent me back to Kansas. Eventually, after many visits to psychiatrists I was granted a hardship discharge at the age of 19. For the sake of brevity, I have omitted many terrible things that happened in my life since that night in the tent.

Unbelievably, later in life, my parents gave cars to my 2 brothers families and their 4 daughters...about 8 cars total. They paid for my brother's, my brother's girlfriend and her daughter's round trip air fares from North Carolina several times, free vacations, free transportation for about 20 years, etc. When I complained that they were depleting my share of family inheritance, and asked for $50,000 compensation to balance the books, my mother told my brother "he must have lost his mind". Mother's milk...more like hind teat is what I got. She sent me a check for $5,000 which I returned to her. Then she offered me $10,000 as if she was negotiating down the price on a used car or something. I refused. I paid a high price for what happened in that tent many years ago and what followed as a result.

I lived most of my adult life as an addict. I have been divorced twice. After my second divorce I was arrested driving while intoxicated and lost my drivers license for 6 months. Subsequently I was arrested for boating while intoxicated. I accepted responsibility for my crimes and the punishment. I paid fines, lawyer fees, taxi fees, etc. as my vehicle sat in the garage for 6 months costing me property taxes, insurance, and registration expenses. Soon after that, I quit drinking completely in 1996, severed all relationships, and have been living alone in the solitude of the forest since. Now at the age of 66 I have no friends and no desire whatsoever for any kind of relationship. I don't trust anybody. I believe I have been suffering from Post Traumatic Stress Disorder (PTSD), (a condition normally associated with combat) since that night in the tent. I suppose I would say I have become an agoraphobic misanthrope. PEAPOD delivers my groceries. Other

items are delivered by amazon.com, walmart.com, etc. I don't go anywhere unless it is absolutely necessary. (colonoscopies, emissions tests, etc.)

The BSA put me on the path to alcoholism, poverty, and a wretched life full of emotional trauma. Eventually, after many years, I dug my way out of alcoholism and poverty, but the emotional trauma and its consequences will never go away. I believe the Boy Scouts of America should be completely liquidated and abolished for what they have done repeatedly and knowingly over many years to thousands like me. Parents should spend time with their own children camping, fishing, hiking, etc. rather than pushing them off on strangers who cannot be trusted. The BSA deprived me of the good life I could have had following the path I was on when I painted "A LIGHT FROM HEAVEN". Compensation will not fully restore what I lost, but it should be forthcoming - hopefully forthwith before I reach the end of the path.

BSA CLAIM# █████████

Sincerely,

█████████

JUSTICE LAURI SELBER SILVERSTEIN
BSA BANKRUPTCY CASE
824 MARKET STREET
6TH FLOOR
WILMINGTON, DE 19801

19801-302499

HARTFORD CT 060
6 MAY 2021 PM 5 L

U.S.M.S.
X-RAY


