Letter to court in the ███████████████████████

**FILED**

**2021 MAY 10  AM 9: 10**

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Your Honor,

Words cannot begin to convey, or describe the degradation, shame, trauma, mental, or physical anguish and pain I've suffered because of my Scoutmaster's horrible ███████ when I was just 12 years old, at our ████████████

Over the years, it affected my life in many negative ways.  I attended counseling through ████████████████████████ many times, as this horrific incident affected my interpersonal relationships, my marriage and intimacy, as well as my attitude towards sex, including (sadly to admit) some addiction to pornography.

Many, many times, the anger has welled up in me as I've recalled that filthy encounter, and just wanted to murder that guilty person, because the hurt, pain and shame were so over-whelming.  I also wished he could suffer as I had suffered.  Later, I grew to hate gay men because of this horrible scoutmaster.

Obviously, if the BSA would have had background checks, or a two-leaders-present rule, this would NOT have occurred, and my life would have been much happier and different.  They STOLE my childhood innocence!!!

Please, please Your Honor, hold the Boy Scouts of America accountable, and don't allow them to escape from these horrific, massive & widespread, abusive cases, without real justice and real compensation to their victims.

Thank you for your consideration, and I fully understand now that no amount of money will EVER salve the mental or spiritual harm this has caused me!!!

Respectfully submitted,

███████████████████████████████████