# EXHIBIT A

**(Local Council Financial Disclosure Exemplar)**







# LOCAL COUNCIL ANALYSIS

## SUMMARY

**Select Local Council:**

- L001 Greater Alabama
- L003 Alabama-Florida
- L004 Mobile Area
- L005 Tukabatchee Area
- L006 Black Warrior
- L010 Grand Canyon (Ad Hoc)
- L011 Catalina
- L013 De Soto Area
- L016 Westark Area
- L018 Quapaw Area
- L023 Golden Gate Area Council
- L027 Sequoia
- L030 Southern Sierra
- L031 Pacific Skyline
- L032 Long Beach Area
- L035 Marin
- L039 Orange County
- L041 Redwood Empire
- L042 Piedmont
- L045 California Inland Empire
- L047 Golden Empire
- L049 San Diego Imperial
- L051 Western Los Angeles County
- L053 Los Padres
- L057 Ventura County
- L058 Verdugo Hills
- L059 Greater Yosemite
- L060 Pikes Peak
- L061 Denver Area (Ad Hoc)
- L062 Longs Peak
- L063 Rocky Mountain
- L066 Connecticut Rivers
- L067 Greenwich
- L069 Housatonic
- L070 Old North State
- L072 Connecticut Yankee
- L081 Del-Mar-Va
- L082 National Capital Area
- L083 Central Florida

| 289 | $394,457,600 | $29,583,000 | $13,625,000 | $15,958,000 |
|---|---|---|---|---|
| Est. Survivor Claims | Est. Value of Survivor Claims | Est. Contribution Cash/Invest/RE | Est. Contribution Cash & Investments | Est. Contribution Real Estate |
| **10,129** | **$2,363** | **$396** | **Baa1** 2019 | **4** |
| Scouts (2020) | Cash & Investments Per Scout (Aug 2020) | Spending Per Scout (2019) | Scorecard Indicated Credit Estimate | Owned Properties |

### ASSET SUMMARY

| | Book Value | Est. Asset Value (Low) | Est. Asset Value (High) |
|---|---|---|---|
| Cash | $2,923,481 | $2,923,481 | $2,923,481 |
| Investments | 21,013,155 | 21,013,155 | 21,013,155 |
| Real Estate & Eqp. | 22,468,654 | | |
| Less: Accum Dep. | (1,944,194) | | |
| Net RE & Eqp. | 20,524,460 | 19,305,000 | 21,390,000 |
| Other Assets | 697,479 | N/A | N/A |
| Total Assets | $45,158,575 | $43,241,636 | $45,326,636 |
| Liabilities | (1,215,339) | (1,215,339) | (1,215,339) |
| NET ASSETS | $43,943,236 | $42,026,297 | $44,111,297 |

### SCOUTS (YOUTH)




### OWNED REAL ESTATE SUMMARY




### OPERATING RESULTS (Fund 1)





Summary | Membership | Credit Estimate | Real Estate

BRG





# LOCAL COUNCIL ANALYSIS

## SUMMARY

**Select Local Council:**

**Address:**

**Individual/Merged Council(s):**

| 289 | $394,457,600 | $29,583,000 | $13,625,000 | $15,958,000 |
|---|---|---|---|---|
| Est. Survivor Claims | Est. Value of Survivor Claims | Est. Contribution Cash/Invest/RE | Est. Contribution Cash & Investments | Est. Contribution Real Estate |
| **10,129** | **$2,363** | **$396** | **Baa1** 2019 | **4** |
| Scouts (2020) | Cash & Investments Per Scout (Aug 2020) | Spending Per Scout (2019) | Scorecard Indicated Credit Estimate | Owned Properties |



### ASSET SUMMARY

| | Book Value | Est. Asset Value (Low) | Est. Asset Value (High) |
|---|---|---|---|
| Cash | $2,923,481 | $2,923,481 | $2,923,481 |
| Investments | 21,013,155 | 21,013,155 | 21,013,155 |
| Real Estate & Eqp. | 22,468,654 | | |
| Less: Accum Dep. | (1,944,194) | | |
| Net RE & Eqp. | 20,524,460 | 19,305,000 | 21,390,000 |
| Other Assets | 697,479 | N/A | N/A |
| Total Assets | $45,158,575 | $43,241,636 | $45,326,636 |
| Liabilities | (1,215,339) | (1,215,339) | (1,215,339) |
| NET ASSETS | $43,943,236 | $42,026,297 | $44,111,297 |















# LOCAL COUNCIL ANALYSIS

## MEMBERSHIP BSA




| | Cub Scouts | Boy Scouts | Exploring | Venturing | Total Scouts |
|---|---|---|---|---|---|
| 2008 | 1,665,635 | 905,879 | 146,564 | 261,122 | 2,979,200 |
| 2009 | 1,634,951 | 898,319 | 121,407 | 257,361 | 2,912,038 |
| 2010 | 1,602,193 | 898,648 | 113,062 | 238,846 | 2,852,749 |
| 2011 | 1,583,166 | 909,573 | 112,888 | 231,127 | 2,836,754 |
| 2012 | 1,528,673 | 910,683 | 116,589 | 219,453 | 2,775,398 |
| 2013 | 1,417,034 | 888,947 | 114,894 | 192,080 | 2,612,955 |
| 2014 | 1,295,527 | 854,692 | 110,853 | 157,655 | 2,418,727 |
| 2015 | 1,261,340 | 840,654 | 110,445 | 142,892 | 2,355,331 |
| 2016 | 1,262,311 | 822,999 | 119,263 | 136,629 | 2,341,202 |
| 2017 | 1,245,882 | 834,124 | 114,743 | 87,827 | 2,282,576 |
| 2018 | 1,231,831 | 789,784 | 109,613 | 55,101 | 2,186,329 |
| 2019 | 1,176,118 | 798,516 | 101,243 | 42,571 | 2,118,448 |
| 2020 | 649,284 | 474,403 | 52,007 | 23,731 | 1,199,425 |







# LOCAL COUNCIL ANALYSIS

## MEMBERSHIP LOCAL COUNCIL






| | Cub Scouts | Boy Scouts | Exploring | Venturing | Total Scouts |
|---|---|---|---|---|---|
| 2008 | 7,432 | 5,236 | 395 | 730 | 13,793 |
| 2009 | 7,192 | 5,338 | 499 | 765 | 13,794 |
| 2010 | 7,337 | 5,320 | 430 | 850 | 13,937 |
| 2011 | 7,038 | 5,496 | 582 | 743 | 13,859 |
| 2012 | 6,734 | 5,694 | 681 | 711 | 13,820 |
| 2013 | 6,279 | 5,796 | 398 | 633 | 13,106 |
| 2014 | 6,204 | 5,768 | 738 | 672 | 13,382 |
| 2015 | 5,912 | 5,826 | 890 | 618 | 13,246 |
| 2016 | 6,221 | 5,845 | 928 | 551 | 13,545 |
| 2017 | 5,890 | 5,813 | 857 | 471 | 13,031 |
| 2018 | 6,282 | 5,569 | 850 | 346 | 13,047 |
| 2019 | 6,183 | 5,923 | 1,062 | 304 | 13,472 |
| 2020 | 4,240 | 4,842 | 818 | 229 | 10,129 |







# LOCAL COUNCIL ANALYSIS

## METRICS PER SCOUT (1)






| | Total Scouts | Total Cash & Investments | Cash & Investments Per Scout |
|---|---|---|---|
| 2008 | 13,793 | $7,126,925 | $517 |
| 2009 | 13,794 | $7,764,163 | $563 |
| 2010 | 13,937 | $9,294,249 | $667 |
| 2011 | 13,859 | $9,070,979 | $655 |
| 2012 | 13,820 | $10,134,525 | $733 |
| 2013 | 13,106 | $11,046,613 | $843 |
| 2014 | 13,382 | $11,668,832 | $872 |
| 2015 | 13,246 | $11,727,407 | $885 |
| 2016 | 13,545 | $14,378,895 | $1,062 |
| 2017 | 13,031 | $17,092,169 | $1,312 |
| 2018 | 13,047 | $16,675,965 | $1,278 |
| 2019 | 13,472 | $24,383,074 | $1,810 |
| 2020 | 10,129 | $23,936,636 | $2,363 |




Summary | Membership | Credit Estimate | Real Estat







# LOCAL COUNCIL ANALYSIS

## METRICS PER SCOUT (2)







| | Total Scouts | Total Revenue & Support | Revenue Per Scout | Total Spending | Spending Per Scout | Total Payroll & Benefits | Payroll & Benefits Per Scout | Payroll / Other Expenses Ratio |
|---|---|---|---|---|---|---|---|---|
| 2008 | 13,793 | $2,818,165 | $204 | $4,125,858 | $299 | $1,981,303 | $144 | 0.924 |
| 2009 | 13,794 | $4,908,426 | $356 | $4,870,581 | $353 | $2,102,181 | $152 | 0.759 |
| 2010 | 13,937 | $5,242,994 | $376 | $5,255,867 | $377 | $2,184,578 | $157 | 0.711 |
| 2011 | 13,859 | $4,638,875 | $335 | $4,868,022 | $351 | $2,341,992 | $169 | 0.927 |
| 2012 | 13,820 | $5,651,607 | $409 | $5,216,369 | $377 | $2,419,116 | $175 | 0.865 |
| 2013 | 13,106 | $5,520,715 | $421 | $5,180,191 | $395 | $2,398,942 | $183 | 0.863 |
| 2014 | 13,382 | $5,161,367 | $386 | $5,126,665 | $383 | $2,541,958 | $190 | 0.983 |
| 2015 | 13,246 | $5,090,706 | $384 | $5,035,976 | $380 | $2,391,270 | $181 | 0.904 |
| 2016 | 13,545 | $5,575,862 | $412 | $5,312,331 | $392 | $2,493,892 | $184 | 0.885 |
| 2017 | 13,031 | $4,895,125 | $376 | $4,814,528 | $369 | $2,417,618 | $186 | 1.009 |
| 2018 | 13,047 | $4,624,649 | $354 | $4,539,192 | $348 | $2,428,666 | $186 | 1.151 |
| 2019 | 13,472 | $5,376,905 | $399 | $5,339,879 | $396 | $2,941,364 | $218 | 1.226 |
| 2020 | 10,129 | $2,333,040 | $230 | $2,650,054 | $262 | $1,801,602 | $178 | 2.123 |







# LOCAL COUNCIL ANALYSIS

## CONTRIBUTION CASH & INVESTMENTS

### CONTRIBUTION ANALYIS (CASH & INVESTMENTS)[1]

| DESCRIPTION | | AMOUNT | SPENDING / YOUTH |
|---|---|---|---|
| **Youth Membership (December 2019 Actual)** [2] | | **13,472** | |
| Payroll & Benefit Expenses [3] | | $2,941,364 | $218 |
| Other Expenses [3] | | $2,398,515 | $178 |
| **Total Expenses (December 2019 Actual)** | | **$5,339,879** | **$396** |
| Youth Membership (December 2020 Actual) [2] | | 10,129 | |
| Adjustment Pursuant to BSA Business Plan [2] | X | -12.44% | |
| **Youth Membership (December 2021 Estimated)** | | **8,869** | |
| Index Adjusted Spending / Youth | | 425 | |
| Years | X | 2 | |
| **Total BRG Index Adjusted Spending / Youth** | | **851** | |
| Youth Membership (December 2021 Estimated) | | 8,869 | |
| Total Index Adjusted Spending / Youth | X | 851 | |
| **Required Cash & Investment** | | **$7,545,256** | |
| Cash & Investment (August 2020) [3] | | $23,936,636 | |
| Required Cash & Investment | | ($7,545,256) | |
| Scorecard Indicated Credit Estimate Adjustment | | ($2,766,380) | |
| **CASH & INVESTMENT TO BE CONTRIBUTED** | | **$13,625,000** | |

Notes:

1 This contribution analysis does not contemplate any additional contr bution from future revenues or donations that the local council may receive.

2 Source: BSA

3 Source: PeopleSoft





# LOCAL COUNCIL ANALYSIS

## SCORECARD INDICATED CREDIT ESTIMATE



### RATING METHODOLOGY SCORECARD DETAILS & OUTCOMES

| Scorecard Factor | Scorecard Sub-factor | Sub-factor Weight | Sub-factors Mapped to Moody's Broad Rating Categories | | |
|---|---|---|---|---|---|
| | | | 2019 | 2018 | 2017 |
| Market Profile | Adjusted Operating Revenue (in 000's) | 10% | Caa | Ca | Ca |
| | Brand & Strategic Positioning | 15% | Ba | Ba | Ba |
| Operating Performance | EBIDA Margin | 10% | B | B | Caa |
| | Financial Strategy | 15% | Ba | Ba | Ba |
| Financial Resources and Liquidity | Total Cash & Investments (in 000's) | 10% | Baa | Ba | B |
| | Spendable Cash & Investment / Operating Expenses | 10% | Aa | Aa | A |
| | Monthly Days Cash on Hand | 10% | Aaa | Aaa | Aa |
| Leverage | Spendable Cash & Investment / Total Adjusted Debt | 10% | Aaa | Aaa | Aaa |
| | Total Adjusted Debt / Operating Revenue | 10% | Aaa | Aaa | Aaa |
| **Scorecard Indicated Credit Estimate Mapped to Moody's Alphanumeric Rating Scale** | | | Baa1 | Baa2 | Baa3 |

### MOODY'S BROAD RATING CATEGORIES AND SUB-FACTOR NUMERICAL SCORES [1]

| Grade | Description | Rating |
|---|---|---|
| Investment Grade | Judged to be of the highest quality and are subject to the lowest level of credit risk (Aaa). | Aaa |
| | Judged to be of high quality and are subject to very low credit risk (Aa1, Aa2, Aa3). | Aa |
| | Judged to be upper-medium grade and are subject to low credit risk (A1, A2, A3). | A |
| | Judged to be medium-grade and subject to moderate credit risk and as such may possess certain speculative characteristics (Baa1, Baa2, Baa3). | Baa |

| Grade | Description | Rating |
|---|---|---|
| Speculative Grade | Judged to be speculative and are subject to substantial credit risk (Ba1, Ba2, Ba3). | Ba |
| | Considered speculative and are subject to high credit risk (B1, B2, B3). | B |
| | Judged to be speculative of poor standing and are subject to very high credit risk (Caa1, Caa2, Caa3). | Caa |
| | Judged to be highly speculative and are likely in, or very near, default, with some prospect of recovery of principal and interest (Ca). | Ca |
| | Judged to be the lowest rated and are typically in default, with little prospect for recovery of principal or interest (C). | C |

Notes:

1 The Scorecard Indicated Credit Estimate is generally identified by a numeric value. For purposes of this presentation, numeric vales have been converted to the more recognized alpha-numeric category / rating. See Appendix C for additional information.







# LOCAL COUNCIL ANALYSIS

## REAL ESTATE (1)

### OWNED REAL ESTATE

| ID | Type | Name | Acres |
|---|---|---|---|
| C69 | Camp | Camp | 581.0 |
| C70 | Camp | Camp | 98.0 |
| C71 | Camp | Camp | 625.0 |
| S43 | Service Center | Council Service Center | 0.0 |




### NON-OWNED REAL ESTATE

| ID | Type | Name | Status |
|---|---|---|---|
| S44 | Service Center / Scout Shop | Office & Scout Shop | Leased |










# LOCAL COUNCIL ANALYSIS

## CONTRIBUTION REAL ESTATE

### CONTRIBUTION ANALYSIS (REAL ESTATE)[1]

| Property Category | Status | Property Name | ID | Enforceable Restrictions | Appraised / Imputed Value (High) | Appraised / Imputed Value (Low) | To Be Contributed |
|---|---|---|---|---|---|---|---|
| Camps | Owned | Camp [redacted] | C69 | No | $11,590,000 | $9,850,000 | $9,850,000 |
| | | Camp [redacted] | C70 | No | $2,900,000 | $2,755,000 | $0 |
| | | Camp [redacted] | C71 | No | $3,200,000 | $3,000,000 | $3,000,000 |
| Service Ctr / Scout Shp | Owned | [redacted] Council Service Center | S43 | N/A | $3,700,000 | $3,700,000 | $3,108,000 |
| | Non-Owned | [redacted] Office & [redacted] Scout Shop | S44 | N/A | $0 | $0 | $0 |
| **Grand Total** | | | | | **$21,390,000** | **$19,305,000** | **$15,958,000** |

Notes:

1. For any Service Center / Scout Shop identified to be contributed, the amount to be contributed is equal to 84% of the low appraised / imputed value. This assumes that the Local Council participates in a sale leaseback of the Service Center / Scout Shop and retains 16% of the sales proceeds to meet future lease obligations.

BRG





# LOCAL COUNCIL ANALYSIS

## CLAIMS

| TOTAL CLAIMS [1] | 289 | $394,457,600 |
|---|---|---|

### ESTIMATED VALUE OF SURVIVOR CLAIMS BY ABUSE TYPE

| Type 1 Penetration | Type 2 Oral | Type 3 Masturbation | Type 4 Fondling / Groping | Type 5 Bare Skin | Type 6 Over The Clothes | Type 7 Non-Touching |
|---|---|---|---|---|---|---|
| 97 | 56 | 64 | 55 | 5 | 2 | 10 |
| 33.56% | 19.38% | 22.15% | 19.03% | 1.73% | 0.69% | 3.46% |
| $237,650,000 | $85,192,500 | $45,495,100 | $23,707,500 | $1,562,500 | $350,000 | $500,000 |

### ABUSE TYPE VALUATION MATRIX

| Type | Abuse | Settlement |
|---|---|---|
| 1 | Penetration | $2,450,000 |
| 2 | Oral Sex | $1,535,000 |
| 3 | Masturbation | $721,000 |
| 4 | Fondling / Groping | $435,000 |
| 5 | Bare Skin | $312,500 |
| 6 | Over the Clothes | $175,000 |
| 7 | Non-Touching | $50,000 |

**Notes**

1 The total claims implicating this Local Council is an estimate that was taken from the Bates White standardized data. Nearly all of the 84,000 sexual abuse claims involve a Local Council. However, the Bates White standardization of claims does not capture the applicable Local Council for approximately 39,000 claims. The identification of the Local Council is raised in other parts of the claim. Had Bates White reviewed and normalized the entire text of each claim, the number of claims implicating each Local Council and the corresponding amount of damages would be substantially higher.







# LOCAL COUNCIL ANALYSIS

## BALANCE SHEET (1) (All Funds)




| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash | $771,518 | $1,060,757 | $836,519 | $1,021,508 | $1,527,644 | $1,548,111 | $1,717,253 | $2,291,798 | $4,214,857 | $5,245,925 | $5,910,468 | $3,737,498 | $2,923,481 |
| Investments | $6,355,407 | $6,703,406 | $8,457,730 | $8,049,471 | $8,606,881 | $9,498,502 | $9,951,579 | $9,435,608 | $10,164,038 | $8,981,889 | $10,765,497 | $20,645,576 | $21,013,155 |
| Net Real Estate & Equipment | $7,096,013 | $7,237,874 | $7,095,522 | $6,900,366 | $6,865,186 | $6,726,001 | $6,919,497 | $7,016,156 | $7,452,008 | $4,764,126 | $17,691,785 | $20,545,216 | $20,524,460 |
| Other Assets | $1,242,001 | $1,949,162 | $789,981 | $689,688 | $774,417 | $414,055 | $1,287,581 | $2,337,789 | $1,817,927 | $14,781,620 | $854,943 | $391,102 | $697,479 |
| Total Assets | $15,464,940 | $16,951,199 | $17,179,752 | $16,661,033 | $17,774,127 | $18,186,669 | $19,875,909 | $21,081,351 | $23,648,830 | $33,773,561 | $35,222,694 | $45,319,392 | $45,158,575 |





# LOCAL COUNCIL ANALYSIS

## BALANCE SHEET (2) (All Funds)






| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Accounts Payable | $263,965 | $114,481 | $196,370 | $251,477 | $376,273 | $214,176 | $131,369 | $179,778 | $110,151 | $172,330 | $29,765 | $210,651 | $44,432 |
| Custodial Accounts | $334,987 | $338,812 | $336,026 | $355,236 | $345,430 | $406,467 | $434,728 | $408,677 | $432,108 | $522,445 | $535,957 | $733,495 | $125,816 |
| Long-Term Debt | $347,965 | $391,424 | $384,761 | $523,805 | | | | | | | | | $469,447 |
| Others | $430,499 | $644,021 | $433,175 | $281,273 | $432,890 | $183,282 | $279,044 | $226,874 | $412,330 | $331,207 | $816,703 | $417,802 | $575,644 |
| **Total Liabilities** | $1,377,416 | $1,488,738 | $1,350,332 | $1,411,791 | $1,154,592 | $803,925 | $845,141 | $815,330 | $954,588 | $1,025,982 | $1,382,425 | $1,361,948 | $1,215,339 |





# LOCAL COUNCIL ANALYSIS

## BALANCE SHEET (3) (All Funds)






| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unrestricted | $8,158,323 | $9,568,162 | $9,775,250 | $9,153,494 | $10,061,668 | $9,765,605 | $10,248,062 | $11,170,061 | $12,173,326 | $7,131,742 | $18,942,730 | $31,630,078 | $32,497,088 |
| Temporarily Restricted | $2,520,830 | $2,404,299 | $2,332,838 | $2,288,545 | $2,710,875 | $3,287,024 | $4,084,932 | $5,591,215 | $6,998,909 | $19,204,015 | $11,299,222 | $8,684,915 | $7,761,171 |
| Permanently Restricted | $3,408,371 | $3,489,999 | $3,721,331 | $3,807,203 | $3,846,991 | $4,330,115 | $4,697,774 | $3,504,746 | $3,522,006 | $6,411,822 | $3,598,317 | $3,642,451 | $3,684,977 |
| Total Net Assets | $14,087,524 | $15,462,460 | $15,829,420 | $15,249,243 | $16,619,535 | $17,382,744 | $19,030,768 | $20,266,022 | $22,694,241 | $32,747,579 | $33,840,269 | $43,957,444 | $43,943,236 |







# LOCAL COUNCIL ANALYSIS

## BALANCE SHEET (4) (All Funds)

| | | | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Assets | Current Assets | Cash | 771,518 | 1,060,757 | 836,519 | 1,021,508 | 1,527,684 | 1,548,111 | 1,717,253 | 2,291,798 | 4,214,857 | 5,245,925 | 5,910,468 | 3,737,498 | 2,923,481 |
| | | Short-term Investments | 1,540,043 | 1,734,646 | 1,634,527 | 56,092 | 30,000 | | | | 3,980 | 500 | | | |
| | | Accounts and Notes Receivable | 330,106 | 275,259 | 169,538 | 164,510 | 135,702 | 34,793 | 34,637 | 117,334 | 27,747 | 358,372 | 195,262 | 115,672 | 65,077 |
| | | Contribution Receivable | 455,628 | 183,124 | 109,121 | 27,264 | 35,133 | 4,933 | 304,923 | 1,118,210 | 956,243 | 13,943,640 | 482,531 | 99,826 | 365,952 |
| | | Inventory | 58,433 | 54,143 | 52,656 | 35,327 | | | | | | | | | 19,029 |
| | | Interfund Loans | | | | | | | | | | | | | |
| | | Deferred Activity Expense | 4,222 | 217,872 | 3 | (31) | 85,692 | 3,643 | 5,122 | 6,831 | 77,096 | 10,872 | 10,097 | 19,325 | 11,859 |
| | | Deferred Camp Expense | | | | | 2,809 | | 9,534 | 5,786 | | 5,400 | | 4,062 | 305 |
| | | Deferred Special Event Expense | 5,411 | 12,609 | 8,250 | 17,655 | | 8,000 | 6,049 | 162 | 5,500 | | 5,261 | | 34,510 |
| | | Prepaid Expenses | 42,291 | 54,782 | 55,214 | 51,432 | 28,299 | 17,497 | 34,648 | 23,787 | 13,742 | 41,324 | 46,623 | 41,387 | 95,791 |
| | | Total | 3,207,652 | 3,593,192 | 3,085,828 | 1,373,708 | 1,845,279 | 1,616,975 | 2,112,166 | 3,563,908 | 5,299,164 | 19,606,033 | 6,650,262 | 4,017,770 | 3,516,005 |
| | Noncurrent Assets | Contribution Receivable | 186,049 | 988,517 | 206,574 | 224,956 | 252,284 | 74,396 | 811,390 | 991,839 | 663,758 | 413,530 | 106,668 | 103,584 | 97,709 |
| | | Unallocated Asset Acquisition | | | | | | 4,030 | 44,834 | 39,191 | | | | | |
| | | Land, Building and Equipment | 5,935,543 | 7,223,069 | 7,063,650 | 6,900,367 | 6,865,186 | 6,721,971 | 6,674,662 | 6,976,965 | 7,192,830 | 3,762,956 | 14,035,317 | 18,889,608 | 19,433,050 |
| | | Construction in Progress | 1,160,470 | 14,805 | 31,872 | | | | | | 259,178 | 1,001,170 | 3,656,468 | 1,655,609 | 1,091,410 |
| | | Long-term Investments | 4,815,364 | 4,968,760 | 6,623,203 | 7,993,378 | 8,576,881 | 9,498,502 | 9,951,579 | 9,435,608 | 10,160,059 | 8,981,389 | 10,765,497 | 20,645,576 | 21,013,155 |
| | | Other Noncurrent Assets | 159,861 | 162,855 | 168,624 | 168,624 | 234,497 | 270,792 | 81,278 | 73,841 | 73,841 | 8,481 | 8,481 | 7,246 | 7,246 |
| | | Total | 12,257,287 | 13,358,006 | 14,093,924 | 15,287,325 | 15,928,847 | 16,569,690 | 17,763,743 | 17,517,444 | 18,349,665 | 14,167,527 | 28,572,432 | 41,301,622 | 41,642,570 |
| | Total | | 15,464,940 | 16,951,199 | 17,179,752 | 18,661,033 | 17,774,126 | 18,186,668 | 19,875,909 | 21,081,351 | 23,648,830 | 33,773,560 | 35,222,694 | 45,319,392 | 45,158,575 |
| Liabilities | Current Liabilities | Accounts Payable | (263,965) | (114,481) | (196,370) | (251,477) | (376,273) | (214,176) | (131,369) | (179,778) | (110,151) | (172,330) | (29,765) | (210,651) | (44,432) |
| | | Accrued Expenses | (96,342) | (138,373) | (170,768) | (161,586) | (194,462) | (96,342) | (126,957) | (115,193) | (181,957) | (274,450) | (676,109) | (243,651) | (116,374) |
| | | Taxes and Benefits Withheld | (2,150) | (2,133) | (2,118) | (7,749) | (1,449) | (832) | 1,087 | (3,120) | 844 | (786) | (8,347) | (218) | 44 |
| | | Custodial Accounts | (334,987) | (338,812) | (336,026) | (355,236) | (345,430) | (406,467) | (434,728) | (408,677) | (432,108) | (522,445) | (535,957) | (733,695) | (125,816) |
| | | Capital Lease Obligations | (11,720) | (6,336) | (6,335) | (378) | | | | | | | | | |
| | | Notes and Mortgage Payable | (200,000) | (154,426) | (155,165) | (10,511) | | | | | | | | | |
| | | Deferred Activity Revenue | (16,719) | (381,555) | (11,616) | (20,147) | (170,497) | (11,288) | (15,932) | (3,121) | (162,489) | (16,365) | (8,500) | (8,135) | (16,012) |
| | | Deferred Camp Revenue | (8,142) | (11,150) | (13,667) | (13,393) | (20,717) | (28,847) | (57,134) | (74,469) | (48,989) | (31,581) | (42,010) | (70,476) | (74,864) |
| | | Deferred Special Event Revenue | (2,100) | (6,185) | (66,500) | (65,550) | | (4,000) | (34,700) | | | | 12,119 | | (357,560) |
| | | Other Deferred Revenue | (10,978) | (10,070) | (9,967) | (9,455) | (10,023) | (10,673) | (11,616) | (11,153) | (1,606) | (1,884) | (40,062) | (83,859) | |
| | | Other Current Liabilities | (270,198) | (84,405) | (152,725) | (3,015) | (3,306) | (3,306) | (11,525) | (4,705) | (11,746) | (6,140) | (53,795) | (11,412) | (10,878) |
| | | Total | (1,217,301) | (1,245,926) | (1,121,257) | (898,497) | (1,122,156) | (775,931) | (822,874) | (800,217) | (946,201) | (1,025,982) | (1,382,425) | (1,361,946) | (745,892) |
| | Noncurrent Liabilities | Long-term Indebtedness | (147,965) | (236,998) | (229,596) | (513,294) | | | | | | | | | (469,447) |
| | | Other Noncurrent Liabilities | (12,150) | (5,814) | 521 | | (32,436) | (27,994) | (22,267) | (15,113) | (6,388) | | | | |
| | | Total | (160,115) | (242,812) | (229,075) | (513,294) | (32,436) | (27,994) | (22,267) | (15,113) | (6,388) | | | | (469,447) |
| | Total | | (1,377,416) | (1,488,738) | (1,350,332) | (1,411,791) | (1,154,592) | (803,925) | (845,141) | (815,330) | (954,588) | (1,025,982) | (1,382,425) | (1,361,946) | (1,215,339) |
| Total Net Assets | Unrestricted Net Assets | | (8,158,323) | (9,568,162) | (9,775,250) | (9,153,494) | (10,061,668) | (9,765,605) | (10,248,062) | (11,170,061) | (12,173,326) | (7,131,742) | (18,942,730) | (31,630,078) | (32,497,088) |
| | | Total | (8,158,323) | (9,568,162) | (9,775,250) | (9,153,494) | (10,061,668) | (9,765,605) | (10,248,062) | (11,170,061) | (12,173,326) | (7,131,742) | (18,942,730) | (31,630,078) | (32,497,088) |
| | Temporarily Restricted | | (2,520,830) | (2,404,299) | (2,332,838) | (2,288,545) | (2,710,875) | (3,287,024) | (4,084,932) | (5,591,215) | (6,998,909) | (19,204,015) | (11,299,222) | (8,684,915) | (7,761,171) |
| | | Total | (2,520,830) | (2,404,299) | (2,332,838) | (2,288,545) | (2,710,875) | (3,287,024) | (4,084,932) | (5,591,215) | (6,998,909) | (19,204,015) | (11,299,222) | (8,684,915) | (7,761,171) |
| | Permanently Restricted | | (3,408,371) | (3,489,999) | (3,721,331) | (3,807,203) | (3,846,991) | (4,330,115) | (4,697,774) | (3,504,746) | (3,522,006) | (6,411,822) | (3,598,317) | (3,642,451) | (3,684,977) |
| | | Total | (3,408,371) | (3,489,999) | (3,721,331) | (3,807,203) | (3,846,991) | (4,330,115) | (4,697,774) | (3,504,746) | (3,522,006) | (6,411,822) | (3,598,317) | (3,642,451) | (3,684,977) |
| | Total | | (14,087,524) | (15,462,460) | (15,829,420) | (15,249,243) | (16,619,535) | (17,382,744) | (19,030,768) | (20,266,022) | (22,694,241) | (32,747,579) | (33,840,269) | (43,957,444) | (43,943,236) |
| **DIFFERENCE** | | | | 1 | 1 | (1) | (1) | (1) | | | | (1) | | | |




# LOCAL COUNCIL ANALYSIS

## OPERATIONAL RESULTS (1) (Fund 1)






| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | $2,818,165 | $4,908,426 | $5,242,994 | $4,638,875 | $5,651,607 | $5,520,715 | $5,161,367 | $5,090,706 | $5,575,862 | $4,895,125 | $4,624,649 | $5,376,905 | $2,333,040 |
| Payroll & Benefits | $1,981,303 | $2,102,181 | $2,184,578 | $2,341,992 | $2,419,116 | $2,398,942 | $2,541,958 | $2,391,270 | $2,493,892 | $2,417,618 | $2,428,666 | $2,941,364 | $1,801,602 |
| Other Expenses | $2,144,555 | $2,768,400 | $3,071,290 | $2,526,030 | $2,797,253 | $2,781,250 | $2,584,706 | $2,644,707 | $2,818,439 | $2,396,910 | $2,110,526 | $2,398,515 | $848,451 |
| Incr / (Decr) in Net Assets | ($1,307,693) | $37,845 | ($12,873) | ($229,147) | $435,238 | $340,524 | $34,702 | $54,730 | $263,531 | $80,597 | $85,458 | $37,025 | ($317,013) |







# LOCAL COUNCIL ANALYSIS

## OPERATIONAL RESULTS (2) (Fund 1)



| | | | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | Direct Support | Friends of Scouting | $882,297 | $948,037 | $939,391 | $1,054,006 | $985,250 | $874,071 | $1,004,890 | $925,750 | $978,104 | $1,001,128 | $972,429 | $1,073,324 | $843,529 |
| | | Direct Mail | $53,825 | $49,790 | $41,724 | $46,589 | $47,842 | $49,735 | $44,978 | $36,101 | $32,819 | $30,229 | $21,407 | $20,837 | $9,290 |
| | | Project Sales | $18,269 | $37,462 | $79,939 | $120,132 | $132,966 | $145,653 | $127,323 | $124,951 | $205,388 | $196,023 | $257,610 | $320,853 | $27,714 |
| | | Special Events | $669,928 | $389,144 | $548,494 | $606,901 | $546,180 | $839,013 | $714,731 | $814,177 | $658,575 | $683,684 | $891,982 | $780,933 | $203,924 |
| | | Legacies & Bequests | | | $76,017 | | $268,000 | $35,000 | $273 | $891 | | $11,780 | | | |
| | | Foundations & Trusts | $36,000 | $39,500 | $30,000 | $39,500 | $247,300 | $64,000 | $64,500 | $55,000 | $27,000 | $67,459 | $27,033 | $106,225 | $53,984 |
| | | Other Direct | $22,605 | $14,032 | $26,453 | $34,299 | $28,342 | $27,172 | $62,621 | $46,072 | $41,871 | $15,620 | $85,661 | $22,760 | $16,909 |
| | | Total | $1,682,924 | $1,477,964 | $1,742,018 | $1,901,426 | $2,256,280 | $2,034,643 | $2,019,317 | $2,002,941 | $1,943,757 | $2,005,922 | $2,256,123 | $2,524,931 | $1,157,349 |
| | Indirect Support | Associated Organizations | $417,325 | $518,355 | $476,713 | $457,428 | $555,783 | $359,282 | $363,120 | $374,014 | $385,234 | $395,937 | | | |
| | | United Way | $40,192 | $41,516 | $31,648 | $32,499 | $32,237 | $18,897 | $17,457 | $12,350 | $10,780 | $8,527 | $4,727 | $6,410 | $3,171 |
| | | Other Indirect Contributions | $2,205 | $729 | $351 | $4,020 | $5,748 | $3,639 | $9,143 | $1,083 | $8,028 | $6,102 | $6,395 | $4,063 | $3,458 |
| | | Total | $459,721 | $560,599 | $508,713 | $493,947 | $593,767 | $381,817 | $389,720 | $387,447 | $404,042 | $410,567 | $11,122 | $10,473 | $6,629 |
| | Revenue | Sales of Suplies - Net | $36,723 | $38,645 | $50,501 | $36,248 | $16,661 | $204 | | | | $190 | $9,221 | $5,154 | $5,900 |
| | | Product Sales | $340,346 | $353,339 | $367,400 | $385,629 | $369,115 | $376,388 | $432,970 | $463,567 | $406,672 | $449,294 | $481,998 | $429,116 | $36,925 |
| | | Investment | $319,242 | $194,019 | $258,060 | $321,209 | $349,685 | $367,502 | $398,563 | $384,104 | $381,171 | $568,071 | $593,922 | $932,036 | $564,240 |
| | | Realized Gain/Loss on Investment | $264,387 | ($403,621) | ($97,970) | $22,260 | $14,207 | $78,550 | $98,399 | $104,730 | $100,973 | ($10) | $4,356 | $6 | |
| | | Unrealized Gain/Loss on Investment | ($1,523,221) | $805,411 | $298,374 | ($107,455) | $345,366 | $290,877 | ($2,620) | ($167,969) | $58,021 | | ($4,356) | | |
| | | Camping | $525,551 | $619,601 | $727,851 | $794,039 | $863,987 | $802,692 | $924,036 | $1,035,322 | $1,394,448 | $666,978 | $717,297 | $903,154 | $10,438 |
| | | Activities | $219,566 | $762,314 | $862,078 | $299,740 | $297,663 | $702,006 | $408,566 | $365,197 | $353,919 | $594,516 | $343,067 | $379,672 | $64,374 |
| | | Other Revenue | $492,925 | $500,156 | $525,969 | $513,834 | $544,877 | $486,033 | $492,415 | $515,367 | $532,860 | $199,298 | $211,101 | $392,363 | $487,184 |
| | | Total | $675,520 | $2,869,362 | $2,992,263 | $2,243,503 | $2,801,560 | $3,104,255 | $2,752,330 | $2,700,319 | $3,228,063 | $2,478,636 | $2,357,405 | $3,041,501 | $1,169,062 |
| | Total | | $2,818,165 | $4,908,426 | $5,242,994 | $4,638,875 | $5,651,607 | $5,520,715 | $5,161,367 | $5,090,706 | $5,575,862 | $4,895,125 | $4,624,649 | $5,376,905 | $2,333,040 |
| Spending | Employee Compensation | Salaries | ($1,569,584) | ($1,650,260) | ($1,733,557) | ($1,869,523) | ($1,922,512) | ($1,944,689) | ($2,035,429) | ($1,887,580) | ($1,965,681) | ($1,900,567) | ($1,948,232) | ($2,279,488) | ($1,458,159) |
| | | Employee Benefits | ($219,928) | ($217,172) | ($231,924) | ($255,917) | ($283,842) | ($268,315) | ($299,806) | ($265,105) | ($274,617) | ($285,167) | ($276,282) | ($406,206) | ($214,352) |
| | | Payroll Taxes | ($180,825) | ($232,964) | ($198,504) | ($217,022) | ($211,620) | ($182,160) | ($206,723) | ($231,119) | ($246,983) | ($233,863) | ($197,015) | ($214,316) | ($129,091) |
| | | Employee Related | ($10,966) | ($1,785) | ($20,593) | $471 | ($1,142) | ($3,778) | | ($7,465) | ($6,611) | $2,000 | ($7,137) | ($41,353) | |
| | | Total | ($1,981,303) | ($2,102,181) | ($2,184,578) | ($2,341,992) | ($2,419,116) | ($2,398,942) | ($2,541,958) | ($2,391,270) | ($2,493,892) | ($2,417,516) | ($2,428,666) | ($2,941,364) | ($1,801,602) |
| | Other Expenses | Professional Fees | ($143,317) | ($173,074) | ($228,029) | ($232,342) | ($415,673) | ($179,025) | ($220,880) | ($197,592) | ($289,765) | ($316,590) | ($401,461) | ($375,529) | ($171,931) |
| | | Program & Other Supplies | ($338,425) | ($663,662) | ($421,840) | ($400,147) | ($390,130) | ($475,042) | ($478,724) | ($509,167) | ($532,603) | ($434,441) | ($354,105) | ($443,516) | ($66,009) |
| | | Telephone & Communications | ($31,134) | ($29,934) | ($29,311) | ($30,505) | ($38,315) | ($46,057) | ($43,646) | ($49,253) | ($51,219) | ($49,716) | ($40,140) | ($61,571) | ($36,159) |
| | | Postage & Shipping | ($39,273) | ($26,886) | ($50,472) | ($24,223) | ($24,282) | ($19,199) | ($14,667) | ($7,124) | ($19,697) | ($9,035) | ($5,953) | ($13,597) | ($3,973) |
| | | Occupancy | ($523,882) | ($590,931) | ($566,970) | ($593,373) | ($630,161) | ($639,174) | ($656,147) | ($650,411) | ($680,471) | ($640,478) | ($378,715) | ($543,092) | ($195,597) |
| | | Rental & Maintenance of Equipment | ($26,050) | ($60,143) | ($51,775) | ($39,286) | ($43,024) | ($62,375) | ($69,984) | ($64,924) | ($70,123) | ($51,593) | ($139,965) | ($91,237) | ($29,686) |
| | | Publication & Media | ($83,395) | ($84,411) | ($112,507) | ($115,901) | ($89,823) | ($118,367) | ($119,329) | ($118,330) | ($101,506) | ($99,094) | ($105,750) | ($121,188) | ($46,062) |
| | | Travel | ($157,534) | ($135,985) | ($469,770) | ($142,535) | ($174,517) | ($345,737) | ($130,720) | ($139,444) | ($128,465) | ($225,583) | ($110,305) | ($128,012) | ($33,440) |
| | | Conference & Meeting | ($42,085) | ($38,384) | ($144,252) | ($29,629) | ($29,191) | ($93,745) | ($19,556) | ($22,303) | ($15,250) | ($90,769) | ($31,745) | ($67,115) | ($13,427) |
| | | Specific Assistance to Individual | ($21,744) | ($18,838) | ($16,950) | ($32,979) | ($35,633) | ($49,826) | ($44,243) | ($50,159) | ($33,925) | ($35,166) | ($24,472) | ($30,643) | ($1,690) |
| | | Recognition & Awards | ($124,634) | ($229,158) | ($133,628) | ($184,369) | ($174,695) | ($175,947) | ($221,594) | ($238,620) | ($267,855) | ($210,531) | ($243,352) | ($167,620) | ($40,365) |
| | | Interest | ($3,788) | ($3,800) | ($22,046) | ($25,918) | ($37,379) | | | | | | | | |
| | | Insurance | ($73,058) | ($76,488) | ($68,627) | ($78,138) | ($74,874) | ($80,120) | ($92,190) | ($89,465) | ($103,185) | ($97,705) | ($135,227) | ($162,179) | ($125,781) |
| | | Other | ($495,093) | ($585,440) | ($655,392) | ($546,197) | ($581,825) | ($443,555) | ($419,537) | ($437,789) | ($454,712) | ($65,747) | ($69,671) | ($120,879) | ($31,097) |
| | | National Charter & Service Fees | ($41,142) | ($46,266) | ($49,719) | ($50,484) | ($51,182) | ($53,082) | ($53,491) | ($70,124) | ($69,664) | ($69,664) | ($69,664) | ($72,335) | ($53,235) |
| | | Loss - Disposal of Fixed Asset | | | | | ($6,550) | | | | | | | | |
| | | Total | ($2,144,555) | ($2,768,400) | ($3,071,290) | ($2,526,030) | ($2,797,253) | ($2,781,250) | ($2,584,706) | ($2,644,707) | ($2,818,439) | ($2,396,910) | ($2,110,526) | ($2,398,515) | ($848,451) |
| | Total | | ($4,125,858) | ($4,870,581) | ($5,255,867) | ($4,868,022) | ($5,216,369) | ($5,180,191) | ($5,126,665) | ($5,035,976) | ($5,312,331) | ($4,814,526) | ($4,539,192) | ($5,339,879) | ($2,650,054) |
| INCREASE / (DECREASE) IN NET ASSETS | | | ($1,307,693) | $37,845 | ($12,873) | ($229,147) | $435,238 | $340,524 | $34,702 | $54,730 | $263,531 | $80,597 | $85,458 | $37,025 | ($317,013) |