Att: Justice Lauri Selber Silverstein.
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 1980\

FILED
2021 MAY 10 AM 9:10
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

5/2/21

Claim number -SA - ▇

Hello, Justice Lauri Selber Silverstein.
 My name is ▇▇▇ I am a survivor of the Boy Scouts of American. I understand most of the testimonies you will hear are of boys and young men, being abused.
My story is different. I was a 4 year old girl when the abuse started.
Both my parents worked. They dropped me off at the babysitter. The husband was a leader of the Boy Scouts of America. They had several sons that he would take to the meetings and sometimes he held small meetings in his home. At the end of the meetings, a few of the older boys from the meetings would stay and the leader would take them home.
 After each meeting, the women and other small children would leave. But the Boy Scout leader would always say that I was to stay with him. He would take us down to the basement of where ever the meeting was. And each time before he started, the leader would say "It is my job as a Scout leader, to teach you the things you should know about and what you should do to a women, sexually. This is part of becoming a man. No one should ever speak of this outside this room, this is between us or there would be consequences."

 They were careful not to leave marks on me. If they did leave marks, the leader would spank me hard, leaving his hand print marks on me. He would tell his wife or my mother, that I was a troubled child. That I wouldn't hold still for a spanking, which explained the other marks.

[redacted]

 To this day, each time I close my eyes. I am still haunted by these events. I suffer from PTSD. I still hear the sounds of [redacted]

 I remember after each time, they'd always make me promise not to tell. But I was too terrified to tell anyone. Because he would say "You know that all good girls do this for all the boys, right?" You want to be a good girl right? And when we go upstairs, I will give you candy for being a good girl."
 "Remember, only bad girls say no. And you don't want to be a bad girl, do you? You don't want me to tell your mommy and daddy you're a bad girl? Because you would get spanked

over→

or worse yet, your mommy and daddy wouldn't want you anymore. Then you would be all alone without love, clothes, food, family or even a home with your own bed."

This went on for over a year and a half. That was 5-9 separate assaults after each meeting. (3-4 of his sons, the Scout leader and the 1-4 boys who stayed)
That is 75-100 meetings, equaling over 1,000+ separate times I was sexually abused before I was 6 years old. I am still terrified of somebody walking into a room, unannounced. I still break down. No matter how hard I try to get past it, I can't.
I still have nightmares, reliving it all the time. I lie in bed at night, listening to every sound. I suffer from headaches. I get chest pains when my heart feels like it's beating out of my chest. I fear someone is outside my bedroom, even though I know without a doubt, I am at home, safe and alone. It affects my marriage. It affects our sex life.

Shouldn't The Boy Scouts of America be made to pay, for each and every one of those assaults that my tiny body suffered through?

Shouldn't the Boy Scouts of American be made to pay for the emotional, spiritual, physical damage they did to each sexually abused victim?

Shouldn't the Boy Scouts of American be made to pay for the things they taught children? I worry about all the boys who were allowed to use me. Did the Boy scouts of America mold those boys into pedophiles?

My innocence was taken from me, by a boy Scout leader we were taught to trust.

Please, the Boy Scouts of America need to know that because we, tens of thousands of children, were abused under their watch eye, that their needs mean nothing compared to our life long recovery.

To this day I'm still in and out of counseling.

Justice Selber Silverstein, What if my story was your son or daughter?


Thank you for your time.


Sincerely, ████████
████████

GRAND RAPIDS MI 493
5 MAY 2021 PM 1 L

19801-302499

Att: Justice Lauri Selber-Silverstein
B.S.A. Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801