# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: Docket No. 2295** |

**MOTION FOR LEAVE TO EXCEED PAGE LIMIT REQUIREMENT FOR OBJECTION OF THE TORT CLAIMANTS' COMMITTEE TO DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) APPROVING THE DISCLOSURE STATEMENT AND THE FORM AND MANNER OF NOTICE, (II) APPROVING PLAN SOLICITATION AND VOTING PROCEDURES, (III) APPROVING FORMS OF BALLOTS, (IV) APPROVING FORM, MANNER AND SCOPE OF CONFIRMATION NOTICES, (V) ESTABLISHING CERTAIN DEADLINES IN CONNECTION WITH APPROVAL OF THE DISCLOSURE STATEMENT AND CONFIRMATION OF THE PLAN, AND (VI) GRANTING RELATED RELIEF**

The official committee of survivors of childhood sexual abuse (the "Tort Claimants' Committee" or the "TCC") files this motion (this "Motion") for entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Order"), granting the TCC leave to exceed the page limit requirement for its *Objection of the Tort Claimants' Committee to Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief* (the "Objection") in response to the *Motion for Entry of an Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II)*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

*Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief* [Docket No. 2295] (the "Disclosure Statement Motion"). In support of this Motion, the TCC respectfully states the following.

## Jurisdiction and Venue

1. The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and the TCC confirms its consent pursuant to Rule 9013-1(f) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") to the entry of a final order by the Court in connection with this Motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

2. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory basis for the relief requested herein is 3017-3 of the Local Rules.

## Background

4. On February 18, 2020 (the "Petition Date"), the Boy Scouts of America and Delaware BSA, LLC (collectively, the "Debtors") commenced the cases by filing voluntary petitions for relief under Chapter 11 of Title 11, United States Code (the "Code"). Pursuant to

sections 1107(a) and 1108 of the Bankruptcy Code, the Debtors continue to operate as debtors in possession.

5. On March 4, 2020 the United States Trustee (the "U.S. Trustee") formed the Tort Claimants' Committee consisting of nine survivors of childhood sexual abuse and the official committee of unsecured creditors (the "UCC").

6. On March 2, 2021, the Debtors filed the Disclosure Statement Motion.

7. The deadline to file objections to the Disclosure Statement Motion was May 6, 2021 at 4:00 p.m. Eastern Time but was extended for the TCC to May 10, 2021 at 4:00 p.m. Eastern Time.

**Relief Requested**

8. The TCC respectfully requests entry of the Order granting the TCC leave to exceed the page limit requirement for its Objection.

**Basis for Relief**

9. Pursuant to L.R. 3017-3 "[i]n all chapter 11 cases, without leave of the Court, no objection to approval of a disclosure statement or confirmation of a plan shall exceed forty (40) pages (exclusive of any tables, exhibits, addenda or other supporting materials) and no brief in support of approval of a disclosure statement or confirmation of a plan (which brief shall include any written replies to any objections) shall exceed sixty (60) pages (exclusive of any tables, exhibits, addenda or other supporting materials)."

10. The *Disclosure Statement for the Second Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [Docket No. 2594] (the "Disclosure Statement") is over 200 pages. The Objection raises numerous deficiencies and concerns regarding the adequacy of the Disclosure Statement. While the TCC has made every

3

effort to be concise, the scope of the inadequacies of the Disclosure Statement and the concerns of the TCC must be fully explained. The Objection is the TCC's effort to bring these issues to the Court for review so they can be properly addressed. The TCC believes its request to exceed the page a limitation of L.R. 3017-3 is warranted in this instance.

## Notice

11. Notice of this Motion shall be provided via e-mail or overnight mail to: (a) the Debtors; (b) the Office of the United States Trustee for the District of Delaware; and (c) those persons who have requested notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure. The TCC submits that, in light of the nature of the relief requested, no other or further notice need be given.

WHEREFORE, the TCC respectfully requests entry of the Order, granting the relief requested herein and such other relief as the Court deems appropriate under the circumstances.

Date: May 10, 2021        **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ James E. O'Neill*
James I. Stang (CA Bar No. 94435)
John A. Morris (NY Bar No. 2405397)
James E. O'Neill (DE Bar No. 4042)
John W. Lucas (CA Bar No. 271038)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302)652-4400
Email:  jstang@pszjlaw.com
   jmorris@pszjlaw.com
   joneill@pszjlaw.com
   jlucas@pszjlaw.com

*Counsel for the Tort Claimants' Committee*