(1)

To whom it may concern **FILED**

my name is ████████████
and I have been abused by
Scouting members at ████████
**CLERK**
**US BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**
yrs old when I was in Cub Scouts.
I already had to deal with not
being raised by my parents.
My mother sent me to live
with her mothers sister since
I was 2 years old. I remember
that my auntie and Uncle who
raised me in ████████████
my name was ████████████
at the time. They paid for
me to start in the cub scouts
and at age 8 I was fondled
and forced to touch several
Scout masters and others of
the Boy Scouts I later was
involved in. I have had
my name changed in 1976
to ████████████ I know

②

it is a scar in my life to.

▮▮▮▮▮▮▮▮▮

that were supposed to be taking care of me instead of ▮▮▮▮ ▮▮▮▮▮▮▮ I didn't tell anyone because they told me if I told anyone that harm would come to me and my family. I was

▮▮▮▮▮▮▮▮▮

to talk about. I still feel ashamed to this day. I ran away from them several times. If I had not they most likely would have done more I am sure. It just made me feel like a scared animal trying to find shelter from a predator! It continued

For years and I felt I had no way of escape for fear they would harm me & my. Auntie. I was not even going to ever tell anyone. I became an alcoholic & drug user for years trying to bury the shame and torment in my mind. I went to several treatment centers in my 20's & 30's. I finally kept seeing the abused in scouting commercial on T.V. and I thought should I finally let someone know what happened to me? I was very hesitant and almost didn't come forward because I was ashamed because of all the embarrassing and still scared feelings I have to this day. How could an organization that

is supposed to protect and
guide us to something we
are supposed to benefit
from. Allow these kind of
people to be involved in
anything to do with children
is beyond me. Then I thought
I need to let it be known
about my abuse - for me to
hopefully get some sort of
closure on this, even tho
I will never forget what
happened and for the safety
of others to prevent this
from happening again.
I was 8 years old and
they didn't care, so I feel
they need to be exposed
and hopefully change
the guidelines of who is
around our children



U.S.M.S.
LX-RAY

**IBA**

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th
Floor Washington, DE 19801



usa forever
usa forever
usa forever