**FILED**

2021 MAY 10 AM 9:05

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein  
BSA Bankruptcy Case  
824 Market Street  
6th Floor  
Willington, DE 19801

April 27, 2021

RE: SA – ▆▆▆▆

Your Honor,

As a yound person, 11/12 yrs of age, the experience of puberty takes us all by surprise. You expereince physical and mental things happening to you that one doesn't understand at that age. Girls are beginning to get noticed. We're not sure how to discuss the new emotional state with anyone, let alone parents. My parents were humble, quiet people, from the inner south side of Chicago. As practicing Catholics, I never received that conversation about 'the birds and the bee's' from my father. He was uneducated – wouldn't know what to say.

So I was on my own to listen to my friends and try and understand this new sex thing. Schools had no formal education, so we were left with 'learning from the streets'. I never understood the jokes.

I always enjoyed the outdoors and thoroughly enjoyed my scouting experience – with one exception. We ventured to Philmont, New Mexico for the greatest of hiking and camping experiences. I later became an **Eagle Scout** with 3 palms. The bronse, silver, and gold palms were for 5 additional merit badges – a total of 15 plus the 21 for Eagle = 36 merit badges. Very exceptional I'm told.
I also was eleced to **The Order of The Arrow** and advanced to highest rank of **Brotherhood**. Very exceptional I'm told.

I looked forward to my weeks (2) at Camp Betz in Berrien Springs, MI. We did everything, swim (I achieved the mile award), camped (I achieved the 'Totin Chip' award), rowed, canoed, fished, shot 22 ga. guns, bow and arrows, cooked, sang, and hung out. I remember laughing a lot as these are experiences that can not be achieved from the south side inner city.

I laughed a lot – until I was acosted by ▆▆▆▆▆▆▆ a senior leader who was employed by the Camp. ▆▆ was from Syracuse New York. I'm guessing he was early 30's. Understand, I'm now 72 yrs old and remember this like yesterday, some 60 yrs ago. For reasons unbeknowst to me, he singled me out. Further, he <u>isolated</u> 'me out'. He wanted me to 'get rid' of my friends and be with him. Sometimes he did it himself – that is, got rid of my friends for 'consuling', as he put it. I didn't realize nor understood his constant fondling and the pleasure he took from my 'uncomfortableness'. I remember crying and wanting to go home as this was not my idea of scouting and knew it wasn't right. After days of his constant attention, I tried to make every excuse possible and hid from him. He vigorously pursued me. He said he could arrange for me to have any merit badge I wanted in exchange for 'his attention'. From that point on, I hid or kept to a crowd.

2

Even though I married my prom date some 51 yrs ago, and raised 6 college educated children, this memory haunts me to this day. Hence this letter. I'm told 'I'm inpersonnal', 'not a very affectionate grandfather', 'hard to share things with', 'experience few emotions', and the list goes on. I attribute this totally to this experience.

A positive disposition of this case is important to send a message that JUSTICE needs to prevail. The public needs to hear that behavior such as this will not be tolerated and punished in accordance with the remedies available. Organizations that deal with minors should not be allowed to shelter this criminal behavior. Children need to be protected. If not, the ramifications are exemplified by my example of a lifelong terrible memory.

Such a decision to punish the poor management of the BSA organization, should allow scouting to return to the program it was initally set out to do – promote camping, outdoors, various skills, and just plain fun.

JUSTICE should follow the same example of the Catholic Priest scandal. Children shouldn't have to be used for nefarious purposes and must be protected from leaders that we thought were good intentioned, when in fact they weren't. The claims from the Priesthood scandal are a mere token settlement for the lives they have altered, if not destroyed. BSA needs to follow the same legal process of trying to correct the wrong.

I received a letter some time ago asking to return my Eagle Medal as a form of protest. I said absolutely not. I worked hard and earned that. To allow gay leaders, gay scouts, and now girls, the BSA deserves to be sued and should be ashamed of what they are creating.

