FILED May 3, 2021

2021 MAY 10 AM 9:02
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

TO: Justice Lauri Selber Silverstein

I hope this letter finds you in good health in this difficult time. I then wish to thank you for your time with this extraordinary concern for past, present and future youth.

I feel some information should be brought to light so as to understand, to your best ability, my plight.

My father, who served in the Navy, was a brutally physical punishment man. I would be taken to our basement for my punishment, so not to bother the neighbors. One particular beating brought my mother to the basement steps to ask my father to stop. His reply was to go upstairs or she was next. He meant it too, I witnessed my father beat my mother. Secondly, he owned a handgun, among other guns.

Now, to explain what happened. I was the new kid in town as my family moved to ▮▮▮▮▮ the summer before my seventh grade year in junior high school. Joining the Boy Scouts was awesome. New friends, cool stuff to do and wear!

Scoutmaster ▮▮▮▮▮ offered me a job cleaning tile. $10 a bucket, 4 buckets... $40 in 1968!!!

1

When I arrived at his home, he was the only one there. He showed me the 4 buckets in the garage, how to clean them and put them in another bucket. As I got to working on the tile, ▇▇▇▇ left.

He came back shortly and said it was time to take a break. He wanted to show me the home. Their house was called ▇▇▇▇ ▇▇▇▇ because of the size and amenities. Pinball, ping pong, bumper pool, FREE soda from a Pepsi can machine, sunken living room w/ fireplace, office with computer access and more. 4 vehicles, their own gas tank, 2 bedroom Apt above 4 car garage...

Then we came to the master bedroom and he wants me to ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

After it was over, he threatens me with disclosing I am queer and come to him with my problem! He gave me $40 and I left.

2

I quit Boy scouts and went deep into a hole. Scared to DEATH, ANYONE FOUND OUT! I took valiums from my parents, drank whenever I could get alcohol and started smoking pot by summer of eight grade. I was eventually arrested for B & E, 2nd degree by 18.

I left ▮▮▮▮ forever after high school, just looking for freedom from the memories. Problem is, Those images are ALWAYS there.

So after 50 years of not telling anyone, as I promised Sm marsh, I came forward to cleanse myself as much as possible.

As a Christian, I forgive. Just can't FORGET! No amount of money can erase those terrible memories.

My hope is, you and others will be spared this horrible group and their actions to youth again.

Thank you,

▮▮▮▮▮

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

19801-302499

