Case 20-10343-LSS    Doc 3538

Abuse Survivor

Greetings
Judge Lauri Silverstein      4-27-2021

My letter is in reference to the abuse i encountered while scout in 1977 to 1978. I went into the boy scouts with dreams of becoming an eagle scoutmaster upon achieving the merits expected of me in the boy scouts, with the intention of my future in perhaps the US Army or marines. When I was forced by my abuser to do the acts (He) done upon me ███████████ I was horrified and experienced an awful traumatic change in my heart.

As a child I felt scared, betrayed and uncertain. I remember telling someone in my cabin on a rainy day i remember. A couple days later I was told I was being let out of the scouts. I remember I cryed and ask for my uniform. I remember i was told (NO) i could not have my uniform. I was so traumatized and hurt at this point. I felt loss of a future in service. I remember I was ashamed to tell my faster parents at the time m.

██████ Abuse Survivor

and ██████

Upon my sexual abuse i lost innocence. I grew bitter towards those in uniform. I felt despair and alone. When i returned home to my mother in 1979 i went to the streets and started stealing. I was bitter and reclusive all through life. I allowed the pain of abuse and failure to continue into my adult life. Now at 55 years old i feel i should have realized a long time ago ("It was not my fault") So many bad choices i made which i soo regret today. I also know i must forgive my abusers and move on now the best i can. I was diagnosed with Colon Cancer in May of 2020 and now wear a Colostmy bag. Life has handed me quite a few battles; but i know with each one i must stay in a positive state of mind and cope daily in faith that life will get a lot better. I live on my ██████ ██████ and a small allottment of Food Stamps. I've not shared my abuse with no family

Abuse Survivor

members. I have one daughter. [REDACTED] She will be 18 Jan 27th 2022. She was adopted out in 2014. I was unable at the time to support her and [REDACTED] mother was on drugs and got [REDACTED] put in foster care in 2013. Fortunately the foster parents [REDACTED] and gave her a happy home. Today I'm thankful. [REDACTED] starts college this semester and has a future. The foster father [REDACTED] passed away in 2018 of cancer, so [REDACTED] upon knowing I have cancer allowed me to talk with [REDACTED] no greater of a blessing Judge Silverstein. How do I tell my daughter of my abuse. I don't believe I can nor do I believe I want too. The abuse occured 2X to my memory, but had an awful effect that I've carried all my life. Where was the BSA when I needed them? (I do not know). I say to the BSA today there was numerous abuse victims and they could have done better to prevent the abuse. The BSA yes have quality programs and help numerous people and sponsor many positive groups & camps.

## Abuse Survivor

The BSA i feel should face the reality there are many of us as abuse survivors who at this time (now) need them to accept what occured and do the right thing in making abuse survivors lives a bit more happful and comfortable. When my daughter turns 18 Jan. 27th next year it would be nice to have the finances to buy her a home a nicer car and set her up a trust. The BSA scarred me but i don't want the BSA to ever scar another child. I'm sorry im in this situation Judge Silverstein but i felt it only right to come forward with my claim. I was un-diced at first in october 2020. but upon hearing ▮▮▮▮▮ words of hope i was no longer (un-decided). The BSA should realize i could have been their son or nephew. I ask the BSA to expedite a trust for abuse survivors and stop the wastful spending on a daily basis. I cant even afford a night out for a nice dinner. The legal wranglings must stop.

**ZYRTEC**

TO: Judge
Lauri Selber Silverstein
US Bankruptcy Ct
District of Delaware

Attn: Justice
Lauri Selber Silverstein
BSA Bankruptcy Court
848 Market St (5th floor)
Wilmington, Delaware 19801