FILED
2021 MAY 10 AM 9:02
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

5-2-2021

To the Judge over seeing this case and the rest of the world who may wonder what this is about. Why I rember this time in my life like it was yesterday. Things were different it was 1973 I was 13 my two younger brothers were 12 and 10 yrs. The two neighbor boys ▮▮▮ and ▮▮▮ they were 12 and 11 yrs. old. And there cousins ▮▮▮ and ▮▮▮ they were 13 and 12 We all lived in the same Keighborhood, in Ft. Wayne Ind. The 7 of us were almost half the Troop. My brothers joined first and then they kept telling me that the Boy Scout Troop leader ▮▮▮▮▮▮ was planning all these really cool camping trips. So I joined. We had meetings every Wednesday at the Church of Christ. The guys mentioned that ▮▮▮ was Kinda weird and Kinda a touchy + feely kinda of a guy. I didn't know what they ment. Basicly he couldn't keep his hands off the scouts.

    It was the camping is what us guys wanted. ▮▮▮▮▮▮ was making the camping trips sound so good. I know he even said he was going to take the Scouts to Monteal Canada. for the Olympics. We were in Northern Ind. so it was possible to go. Everything ▮▮▮ talked about was in the name of Boy Scouts of America. So our parents would appove the campouts. If they only Knew that ▮▮▮ wanted to molest as many scouts as he could. The first campout, It was bad ▮▮▮ purchased a Step-Van, like a bread truck

The first stop once he had all of us in the van was the liquer store. He bought a case of wine, cheap Boones Farm + a carton of cigerrettes. By the time we got to the camp grounds, some of us were vomiting, sick and could not even stand up. A bunch of drunk boys age 13 to 10 and I sure thats how he planed it. He had us ~~put our sleeping bags in one spot and then~~ [redacted]

Next morning was terrible alot of the guys new something happen. We were in the mess hall (kitchen) making pancake for breakfast. We didn't know that [redacted] was listing to us on the other side of the door. Anyway [redacted] in grabed the pancake batter and through it across the kitchen. We were scared. There were no phones at the campgrounds and we had to stay another night. Somehow we all stuck together us boys and made it through the nite. We had other cituation at the church where the meeting were. [redacted] would have these one-on-one conversations with each scout. To see how much we knew and he would also [redacted]

And he would do this inside the church where we would all sit on Sunday. I could write 5 more pages on things that happen in our Boy Scout Troop.

At the time no one would believe what was going on. I really mean this we tried to tell our parents they didn't want to hear this or I just dont know Now Aday ▮▮▮ would have been arrested and put in prison for what he did. Me and 3 more scouts have had to deal with this stuff for a long time. Who do you talk to about this. I feel so horrible about this sometimes its I cant believe this all happen because me & some of our friends wanted to go camping and be in scouting. And look what happened. I'm thankful for the Attournys that are working on this case Bless there hearts, I know there working very hard. Thankyou so much and one more thing I feel that the Reorganization plan is insufficent, the BSA must do better.

Sincerly

▮▮▮

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE. 19801