1 May 2021



FILED
2021 MAY 10 AM 2:03
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

Dear Justice Silverstein,

I'm writing this letter in an effort to give you some insight to the sexual abuse that happened to me while I was in the boy scouts when I was in Izmir Turkey. My dad was stationed there with the USAF from Sept. 1971 to Sept. 1972.

I got involved with the boy scouts within two months of our arrival in Izmir and the abuse started at the first scout meeting that I attended at the hands of the scout master ████ ████ The description of the abuse is as follows.

The first time was after my first scout meeting. After everyone left he took me back to his



He picked me up one evening to help me with a merit badge. (that was always his excuse for getting me alone with him) He drove to a secluded part of Izmir and parked. He



████████████████████

████████████████████

████████████████████

We went on a Green Bar camping trip to Lake Cevril. My dad came along. He and ███ ███ were friends so naturally ███ slept in our tent. My sleeping bag was in-between ███ and my dad. As soon as my dad started snoring ███ unzipped my sleeping bag

████████████████████

████████████████████

The abuse lasted almost the entire year we were in Turkey. Shortly before we got transferred out some other scouts came forward and exposed what was happening. ▉▉▉ was a sergeant in the Army so they held courts martial proceedings. They accused the boys of not liking him and making up the story. He was found not guilty.

Other than the occasional memory/nightmare, I think the biggest issue it has caused is I have a very hard time differentiating between love and sex. It's caused 2 divorces and I'm currently on my 3rd marriage. Thankfully, my current wife is very understanding with the situation. I still have a lot of difficult times with love/sex. If the sex isn't regularly there I start feeling very unloved. It really bothers me mentally and emotionally. It also created a porn addiction That I've battled since the age of 12 yrs old. I'm 60 yrs now.

Over the years I've read where the abuse continues within the BSA. As far as I'm concerned the organization should be forced to liquidate all assets and completely end. I don't believe that they can assure anyone that the abuse of children will never happen again and one abused child is one too many.

Thank you for listening to this portion of my life and how it has affected me.

Sincerely,



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St.
6th Floor
Wilmington, DE.
19801-302499

S.M.S.
X-RAY!



SHREVEPORT LA 710
3 MAY 2021 PM 3 L