Hello Your Honor,

FILED
2021 MAY 10 AM 9:02
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

    I wrote this letter by hand to you that I did not copy anyone letter. I just wanted to say that with all the problems in the world. Black live Matter, Asian Hate crimes. None is wrost then a child being abuse by people who were suppose to be trusted. It even wrost because it was by people I know. The boy scout should be accountable because that what there organization is about. Helping kids grow up. Period. The insuranc companies took payment from them and now are standing up. These organization made their money from ordanary people like me. I just think that they shouldn't exist anymore.

    I know you have ton of letters to read so I just wanted to express my thoughts. Thank you very much for your time

Case # ▮▮▮▮▮▮▮▮



Justice Lauri Sciber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

19801-49335

U.S.IMS
X-RAY



juniper berry