**FILED**
2021 MAY 10  AM 9:03
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 3, 2021

I am writing to explain what ▓▓▓▓▓ from ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ who was my boyscout leader when I was 10, did to me.

▓▓▓▓▓▓▓▓ came to my parents house to pick me up and take me to dinner at his home, which he shared with his mother. On the way to his home he asked if I would like to drive his car. I told him yes I would love to drive, but he ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

We went out of his room to dinner, but he told me to never tell anyone what happened in the bedroom.

After dinner Lee wanted to go back to his bedroom, but I told him no and I wanted to go home.

He drove me home, but the whole drive home he ▮▮▮▮▮▮▮▮ reminded me not to ever tell anyone about that day.
I was very frightened to tell anyone about it and had no idea what to do.
No child should ever have to go through what I did. I lost all trust for the men in my life after that.