May 4, 2021

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

FILED
2021 MAY 10 AM 9:01
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Ref: SA ▮▮▮▮▮

Dear Justice Silverstein:

Pursuant to instructions from the representing Attorneys, please find my letter below.

My name is ▮▮▮▮▮▮▮▮▮▮▮▮ am a retired Clinical Psychologist and a former abused and molested victim of the Boy Scouts of America.

It was a Tuesday night, I am not sure of the month or the date, only in the year of 1958. I was 10 years old and had just received my Tenderfoot badge. One of the Assistant Scout leaders, I have emotionally chosen to forget his name, invited me to follow him into the Sanctuary of the First Baptist Church in Springfield, OH. He told me I was chosen to experience a "special training" which very few Tenderfoot Scouts had the maturity, in which to participate so quickly, following their award ceremony. It has always puzzled me why I can so vividly remember the enticement; but not his name. My life became a series of disruptions by this Leader and I experienced a variety of sexual abuses that caused me to initially consider sexual abuse commonplace at the time. I was in my own silent prison trapped by ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

During the next 2 years I was one of 2 fellow scouts, along with ▮▮▮▮▮ and ▮▮▮▮▮, who were forced to participate in a variety of sexual scenarios including: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

This continued for 2 years until my dad was transferred to Lima, OH and I never saw him again. However, a teenage boy approaching life in a new neighborhood who was 6' tall was an attractive target for predators and I missed the relationships of 2 years and any child feels a loss when friends, no matter how perverse, are taken away.

Sex had become an integral part of my life and I searched for options. I had a brother who was 7 years younger and I was beginning to realize how wrong my relationship with the Scout leader had been. I never told anyone about this experience until now. I never allowed the experience to influence my initiating normal sexual relationships with partners my own age and proceeded to have, what I thought then, were normal relationships. However, my relationships with my own children were fractured by the divorce between their mother and me. To this day my 2 sons and I do not speak and my daughter has felt the loss of our relationship most as her father-daughter relationship never really was realized.

In both my personal and professional opinion as a Doctor of Clinical Psychology and an abused child, the trauma I suffered during my most sexually formative years has overridden the intellect and understanding I have through my education. I never counseled children and discourage other adult clients, whose experience mirrored mine, to seek counselling elsewhere. I worked with conflict negotiation, death and bereavement, human relations at the corporate level all of which were safe areas but left me feeling incomplete.

Blame is a hard emotion to apply within my experiences. I blame the Assistance Scout Leader who sexually and emotionally injured me for life. My adult sex life was short lived and ended by the time I was 40. I blame the scoutmaster who had to know what was going on and turned a blind eye. I blame the Pastor of the First Baptist Church, ▇▇▇▇▇▇▇▇ who failed to exercise oversight within his church. I blame my parents who failed to recognize the behavioral symptoms of my abuse. How long this continued after I left is unknown by me. Pastors change, churches move on and predators remain hidden. I write to bring light on a very dark sickness within our country. I am 73 years old and still affected emotionally by what took place for two years in my life. It effects my current relationship as the ability to express affection is stilted. Use this as you will and I hope it is valuable in bringing closure for so many of us.

Justice Laurei Selber Silverstein
BSA Bankruptcy Case
824 Market St
6th FL
Wilmington, DE 19801

TAMPA FL 335
5 MAY 2021 PM 5 L

19801-493702

U.S.M.S.
X-RAY


