May 2, 2021



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE  19801

FILED
2021 MAY 10 AM 9: 09
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Ref: SA –

The Honorable Justice Silverstein,

I am a survivor and claimant in this Boy Scouts of America (BSA) bankruptcy case now before you.

I was sexually abused more than a dozen times over several years by my scout master.  I came from a broken family with no father and I as a child entering the boy scouts, I naturally looked for a father figure.  My abuser manipulated and preyed upon me knowing I was vulnerable for his own sexual gratifications.  I will spare you the details of my abuse, but over the past 41 years I have struggled with the mental anguish and embarrassment.  I have struggled with thoughts of suicide, anger, despair, social anxieties, nightmares, and my own sexuality.  If not for the grace of God, I am not sure where I would be today.

As a result of being a claimant in this case and through my own research I am disgusted by the BSA and how they covered up for those who were abusing scouts.  I wish I had known back then what I know now, maybe things would be different.  The BSA continues with this charade using this bankruptcy proceeding to avoid admitting what they have done and properly compensating the 85,000 or so survivors in this case.

I know as the judge in this case you are having to balance so many issues in your courtroom regarding all involved.  I personally would not want to be in your position.  I beseech you to take action as the judge in this case and do not allow the BSA to turn their backs on the survivors and walk away unscathed.

Sincerely and Respectfully,