FILED 2021 MAY 10 AM 9:08 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

1

Hello My name I 
I'm writing you on Behalf of my claim with Boy Scouts I Dont know About other So called claims But I want to make Sure I herd on my claim And my Real Story. Im 49 years old I never said nothing About claim Because I was em Barrased And mentaly it Ruined my life till now I feel So much Better coming out About what Happened I found God And my life has Drasticly changed.

But I was In Scouts for 3 years livingston CA. We had our meeting's In A little park next to Baseball Diamond By High school my troop # I "think" it was 128 Im not Sure



2

I was A patrol leader had 4 friends that I helped my Brother was Senior patrol leader. We went through 3 scout leaders In the 3 years I was there I love It more than Anything I DiD my scout moto helped people I was A good kid. But one DAy my scout leader I thought he was cool he haD A car well the same car as Kit from knight Rider. Well one Day he had me stay And help Put up tents And clean up and stuff. So he Brought me food soDas to Drink he gave me A cup of soDA said I look thirsty Down It so I DiD. next I know I wake up In the miDDle of



3

 I Remember him threating me with If I tell all my Friends wont Believe me and my Brother will get same treatment. When I woke up Again I was Dressed I peed my pants I think and He was Being nice saying I got sick and was Halucinating that I was on Drug's or something He took me home promising Badges and Money for Helping. He told my mom I was sick threw up all over my self. I stoped talking to everybody after that confused At School I was a loner I Didnt know how to talk to ADults any more I needed counseling But Back then you just had to suck it up. I wish I said

4

Something sooner Because I had so mutch Hate. I hurt people who DiDnt Deserve it ID punch people Didnt matter who when I got maD man I feel so BAD for myself I wasn't A Good kiD After that. I Sat And cryeD so many nights ConfuseD. now I found GoD I cAn forgive my self But not him. I had my future alreaDy planeD out Back then now I gotta Start when I'm 49 I can go on About trying to kill my self and so on trying to get Attention But this IS my Real story. And I Hope no more kiDs have to go through the mental pain I vent through. Thank you for reaDing my story GOD BLESS



my name IS ████████
████████████████████
████████████████████

I just hope the true case's get Resolved. And the liers get punished Because this IS not Something that Should Be taken aDvantage of. Kid's Are soPresious And stuff like this IS life changing.

God has A place for people like that.

thank you



From: Jeremy P Rhea
SACRAMENTO CA 957
3 MAY 2021 PM 4 L

Justice Lauri Selber Silverstein
BSA Bankruptcy case
824 Market Street
6th Floor
Wilmington, DE
19801