Justice Lauri Selber Silverstein

BSA Bankruptcy Case

824 Market Street  6th Floor

Wilmington, DE  19801



FILED

2021 MAY 10  AM 9: 08



CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

The Honorable Justice Lauri Selber Silverstein

I was a shielded naïve child of the fifties from a middle class family taught to trust and respect my elders. The event/crime damaged my ability to be confident in making important decisions and has affected my Self esteem all my life.

Couldn't I have asked for help?

It was a different era then, things like sex abuse were not talked about.  Besides I was to ashamed and held it all in.  I couldn't bring myself to talk about it, even to my parents.

That Boy Scout leader took my innocence and natural outlook of happiness away.

When I finally realized what had actually happened, I hated myself for being so gullible and naïve.  I was ashamed to ever tell anyone because I felt so stupid.

I lost all that was dear to me because the BSA allowed me to be put in a situation that started a chain reaction of guilt, self doubt, and feeling of not being worthy of success in any phase of what should have been the worthwhile things in life.  It impacted my process to make good decisions, doubting myself at every turn.

It compromised my ability to trust in authority figures which affected so many aspects of my life.  Family relationships, educational relationships, business relationships, even religious and spiritual relationships.

The psychological damage from one traumatic event has affected the whole course of my life.  It took away the chance of real happiness in my life, growing old with someone I loved.  Being able to enjoy watching my children grow and succeed in life, and being close to my grandchildren.  Still to this day, over sixty years later it's still affecting my relationship with my children, and now sadly even my grandchildren.

What is life worth with out family and that critical supportive relationship?  I've never truly experienced it, because I was and still am to afraid to allow myself to get close to anyone.

Over six decades I've lived with the secret of having been sexually abused, now a case against the BSA's seemingly contempt for those abused by minimizing our suffering is being treated by them like it was inconsequential?  It's unconscionable!

They are disregarding their own Scout Oath and Scout Law! (see below)

Are the BSA and their insurance carriers really that smug?

The BSA should be begging our forgiveness, and gladly compensating us. No amount of compensation is to much in return for a life of enormous potential being reduced to a pitiful excuse for a human being.

Please hold them accountable even if they have to sell off every asset they have.

From one disgusting traumatic event, because I trusted an authority figure, my happiness, innocence, mental wellbeing, and self worth were forever damaged.

I lost my wife because I couldn't communicate and provide her the intimacy she deserved.

I've lost the love and respect of my children because I was unable to be a real father, because I didn't feel worthy to give them love and advice.

I couldn't hold long term employment because of authority trust issues. I had opportunities to excel in my career, but would always sabotage myself because for some reason I felt unworthy of success. The longest time with one company was just five years. My potential earning capacity was dramatically impacted.

My self worth and dignity was destroyed because the BSA allowed circumstances for sexual predators to abuse the innocence of young boys.

Can one event affect and destroy a persons whole life? I only know it did mine.

The years of heartbreak and self doubt took a toll on what might have been a well lived life and given me what I still desire most, the love and respect of my family.

Again may I ask, please hold this organization truly accountable, even if they have to liquidate every asset they own.

Respectfully

SA

*The BSA seems to have forgotten the true aspirational meaning of their own Oath and Law!*

**Scout Oath.** On my honor I will do my best to do my duty to God and my country and to obey the Scout Law; to help other people at all times; to keep myself physically strong, mentally awake, and morally straight.

**Scout Law**

The Scout law has 12 points. Each is a goal for every Scout. A Scout tries to live up to the law every day. It is not always easy to do, but a Scout tries.

**TRUSTWORTHY.** Tell the truth and keep promises. People can depend on you.

**HELPFUL.** Volunteer to help others without expecting a reward.

**FRIENDLY**. Be a friend to everyone, even people who are very different from you.

**COUTEOUS**. Be polite to everyone and always use good manners.

**KIND**. Treat others as you want to be treated. Never harm or kill any living thing without good reason.

**OBEDIENT**. Follow the rules of your family, school, and pack. Obey the laws of your community and county.

**CHEERFUL**. Look for the bright side of life. Cheerfully do task that come your way. Try to help others be happy.

**THRIFTY**. Work to pay your own way. Try not to be wasteful. Use time, Food supplies, and natural resources wisely.

**BRAVE**. Face difficult situations even when you feel afraid. Do what you think is right despite what others might be doing or saying.

**CLEAN**. Keep your body and mind fit. Help keep your home and community clean.

**REVERENT**. Be reverent toward God. Be faithful in your religious duties. Respect the beliefs of others.

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE
19801

SAN DIEGO CA 920
5 MAY 2021 PM 3

