FILED
2021 MAY 10 AM 9:07
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Judge
 I was ▮▮▮ Boyscott Leader in ▮▮▮ About 42 years ago ▮▮▮ while I was on his camp site. It has destroyed my life. I have tried sucide and spent 15 years in prison. I have been labled a parinoid schizophrenia



Justice Laurie Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE