# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## JOINDER OF CLARENDON NATIONAL INSURANCE COMPANY, AS SUCCESSOR BY MERGER TO CLARENDON AMERICA INSURANCE COMPANY, IN CERTAIN INSURERS' OBJECTIONS TO THE PROPOSED DISCLOSURE STATEMENT FOR DEBTORS' SECOND AMENDED PLAN AND DEBTORS' PROPOSED CONFIRMATION SCHEDULE

Clarendon National Insurance Company ("Clarendon"), as successor in interest by merger to Clarendon America Insurance Company, is the insurer for three excess general liability policies issued to Debtor Boy Scouts of America. Clarendon, by its undersigned attorneys, hereby joins in: (1) *Zurich Insurers' Objections to (i) the Disclosure Statement for Debtors' Second Amended Plan and (ii) Debtors' Proposed Confirmation Schedule* (the "Zurich Objections"); (2) *The AIG Companies' Objection to Motion for Approval of Debtors' Disclosure Statement* (the "AIG Objections"); and (3) *Allianz Insurers' (I) Objection to the Debtors' Disclosure Statement for the Second Amended Chapter 11 Plan of Reorganization and (II) Limited Joinder to Certain Objections* (the "Allianz Objections").

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**RESERVATION OF RIGHTS**

Clarendon reserves all of its rights to object to confirmation of the Second Amended Plan, whether or not the bases for such objection are expressly referred to in the Zurich Objections or the AIG Objections. Further, Clarendon reserves the right to join in any argument or objection made by any other parties relating to the adequacy of the Disclosure Statement and confirmability of the Second Amended Plan. Moreover, nothing contained herein shall be deemed an admission by Clarendon as to coverage under any insurance policies alleged to have been issued by Clarendon.

**CONCLUSION**

WHEREFORE, for the reasons set forth in the Zurich Objections, the AIG Objections, and the Allianz Objections, Clarendon respectfully requests that the Court (i) decline to approve the Disclosure Statement, (ii) reject Debtors' proposed schedule for consideration of the Second Amended Plan, and (iii) grant such other and further relief as the Court deems just and proper.

Dated: May 10, 2021
Wilmington, Delaware

*/s/ Matthew G. Summers*
Matthew G. Summers (DE No. 5533)
Chantelle D. McClamb (DE No. 5978)
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, Delaware 19801-3034
Telephone: (302) 252-4428
Facsimile: (302) 252-4466
E-mail: summersm@ballardspahr.com
         mcclambc@ballardpshar.com

-and-

Harry Lee*
John O'Connor*
Brett Grindrod*
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue NW

Washington, DC 20036
Telephone: (202) 429-8078
Facsimile: (202) 429-3902
E-mail: hlee@steptoe.com
joconnor@steptoe.com
bgrindrod@steptoe.com
(*Admitted *pro hac vice*)

*Attorneys for Clarendon America Insurance Company*