# CERTIFICATE OF SERVICE

I, Matthew G. Summers, hereby certify that, on this 10th day of May, 2021, I caused a true and correct copy of the foregoing ***Joinder*** to be served *via* CM/ECF on all parties who have registered for electronic service in these cases.


Dated: May 10, 2021
Wilmington, Delaware

    /s/ *Matthew G. Summers*
    Matthew G. Summers (DE No. 5533)
    BALLARD SPAHR LLP