**FILED**

2021 MAY 10 AM 9:01

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE



May 4, 2021

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

Your Honor,

If it please the court, I would like to take a few moments of your time to write about my feelings and circumstances which bring me back full circle to over 40 years ago. I will be as brief as possible, and please excuse any graphic details, but I beg you to understand the full gravity of what was done to me as a 5-6 year old child. I have buried these feelings and swore to never come forward with any of it after I was kicked out of the program. I now realize, it isn't just about me. It is about all of us. It is about the eldest to the youngest that are still being abused today, and there needs to be a reckoning.

I am 47 years old now, so I grew up in the 70's where it was common for both parents in a middle class family to have jobs to provide a middle-class living. I, and my older brother, were what would be considered "latch key kids". As a result of this, my parents were always seeking out things for us to do where we could have adult supervision while enriching our childhood. For me, I ASKED to join the Cub Scouts, as I had been enamored with the uniforms other kids would wear to school and such. So, the decision was made to find a pack and join up, and after some searching and asking around we decided on pack ████████████████████████. It was on my mom's way to work and close enough for me to get a ride home from either a Scout Leader or another parent.

I was accepted with open arms, but was the youngest scout in the pack. I was 5 years old in the spring of 1978, although I was in first grade, having skipped kindergarten. I was entered at the rank of Bobcat, and I remember being apprehensive and a little scared, but being the youngest new scout, Cub Master, ████████ happily took me under his wing and helped make me feel useful and needed.

Some time passed and several meetings took place leading up to MY first camp out in ████████████ and I remember being very nervous, but I was determined to "Do Your Best" and follow through.

It was agreed between my parents and ▮▮▮▮ that, being so young and inexperienced, I would bunk in his tent so I felt safe and secure. Little did any of us know the horrors that would follow that decision. So, after camp was set and the afternoon turned to night it

▮▮▮▮ He said, "If you try to tell them what happened, I will just say you are lying and who do you think they will believe?" He gave me a few merit badges I didn't earn and my parents were so proud of me.

This type of activity happened every time we camped. ▮▮▮▮ disgusted, mortified and humiliated, yet I got more unearned merit badges, and my parents were happy and proud of my progress.

These things happened at least five time I can remember, but probably more, until the next year I finally told my parents. My dad wanted to kill him, so My mother took me to

visit somebody at the Local Council, and they assured it would be dealt with, but I was no longer welcome to be a scout because I was no longer trustworthy or loyal. At the time I didn't care, I just wanted to leave, but soon I turned it inward and outward. I no longer trusted anybody.

Being raised catholic, my mother's solution was to take me to church and have me speak to the priest about it. I was forced to relive all the horrible moments, and this priest ███████████████████████████████████████████████████████ went on to become a self-reliant youth and then a difficult teen who had no fear of authority and didn't care what anybody said or did. It was like I was empty inside. I never, ever spoke of it again to ANYBODY. I became a broken man who was riddled with guilt and self-loathing. I self medicated with alcohol abuse and any drug I could get my hands on. I was constantly in trouble with the law, in and out of jail. The man destroyed me at the age of 5-6 years old.

Eventually, I moved to ███████ and reinvented myself. I got married, but never had any true sense of trust or intimacy. It was all just a facade. I was married for 15 years, but had no children, as I refused to bring a child into this horrible world, never mind the intimacy issues and questions of sexual orientation. Was I gay, was I hetero? I often thought of suicide, but was too much of a coward to do that, so I simply continued to kill myself slowly with alcohol.

I divorced and remarried, and although I have a four year old stepson whom I intend to adopt, I still have all those terrible memories of what happened to me at just a few months older than he is, and I wonder still, if there is any hope for him or any other children growing up to have a normal life.

So, what happens to the BSA? They get to continue to pay their president in the millions? They say they are better protecting today's scouts. Since 1990 when new protocols were supposedly implemented there have been 11,000 cases of sexual abuse. THAT IS 1 CHILD EVERY DAY, SEVEN DAYS A WEEK, 365 DAYS A YEAR FOR 30 YEARS! I suppose this is an acceptable percentage to the BSA powers that be. Now they hide behind a bankruptcy instead of facing the massive number of claimants to do what we all know is right and just. They make backdoor deals with insurance companies for future sweetheart deals. Do they care about the scouts like they say? If their actions speak for them, then the answer is a resounding NO! They need to be held accountable, not just for me, nor for the other 84,000 claimants. They need to be held accountable so this hit parade comes to an end. The abuse needs to be stopped, and clearly, they don't have what it takes to make it happen. I say hit them where it hurts. Hit them right in the pocketbook, the BSA, the Local Councils, the Charter Organizations, and EVERY SINGLE INSURANCE COMPANY THAT HAS TAKEN PREMIUMS FROM EACH SCOUT, since the origins of scouting.

Consider the recent USC sex scandal. They didn't hide. They didn't declare bankruptcy. They faced their liability and they did what was needed to be done to show the victims and the world that they understood their part.

This sickens me to my core to have to relive all this garbage, but it has a value, and it is up to you, Your Honor, to decide what that value is. Make them remember everything they have covered up. Make them accountable for destroying what is likely hundreds of thousands of lives. I pray for you and everybody involved. There can be no winner here, but there can be retribution and justice.

Respectfully Submitted,



