

FILED

2021 MAY 10  AM 9:07

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street, 6th Floor
Wilmington, DE  19801

Claim Number: SA –                May 5, 2021

Dear Judge Silverstein:

I am writing to you today to explain how an assistant scout leader sexually assaulted me and how that single incident has haunted me my entire life. Even today, as I am writing this letter I well up inside with emotion.

An assistant scout leader took a group of us scouts on a hike to a wooded area. I became infatuated with a knife in a sheath that the assistant scout leader was wearing on his belt, I kept touching it, and I asked him if I could wear it on my belt. He somehow  sheathed knife to wear on my belt and he told me not to say anything.

Over the years, I have gone from shame to anger over what happened to me. When I was originally assaulted, I was afraid to tell anyone for fear that I would be accused of doing something wrong. As the years went by, I realized that I had not done anything wrong, yet I could not bring myself to talk about it. There was a sigh of relief when I was finally able to tell my story by filing a claim against the Boy Scouts of America.

I believe that for the reasons stated above that the Boy Scouts of America should be held responsible for the horrible thing that happened to me when I was a young innocent child.

