

FILED
2021 MAY 10 AM 9:00
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

I,M WRITING THIS TO TELL MY TRUE STORY FOR MY TIME IN THE SCOUTS. HERE ARE THE CHAINES THAT BOUND MY LIFE. AND THE PESRON THAT DESTROYED MY LIFE AND TOOK MT INNOCENCE AWAY FROM ME .WAS ███████ THIS MAN WAS A PEDOPHILE AND HAD MULTIPLE CHILD MOLESTING CHARGES AGAINST HIM.MY FAMILY MOVED TO E TAUNTON, MASS, I WAS 9 1/2 YEARS OLD AND THIS IS WHERE IT ALL STARTED FOR ME AND MY LIFE CHANGED.MY MOM WAS YOUNG AND I WAS BORN WITH DYSLEXIA .I TOLD MY MOM I WANTED TO JOIN THE BOY SCOUTS TO LEARN HONOR TRUST AND RESPECT . THIS IS WHERE I MET ███████ . HE WAS A SCOUT LEADER AND HE USE MY DISABILITY TO HIS ADVANTAGE. HE USE MY DISABILITY TO BECOME MY FREIND AND TAUGHT ME HOW TO GET MY BADGES .BY USING ME AS HIS SEXUAL TOY FOR HIS PLEASURE I DID NOT KNOW ANT BETTER AT THIS TIME IN MY LIFE . HE TOLD THIS WAS TO MAKE ME FEEL LIKE I CAN GET ALONG WITH THE OTHER BOYS AND THEY DID NOT TREAT ME LIKE THERE WAS SOMTHING WRONG WITH ME .

IF THE BOY SCOUTS HAD A BADGE ABOUT SEXUAL AWARENESS I WOUD HAVE GOT THAT BADGE BUT WHAT DID I KNOW AT ONLY AROUND 11 YEARS OLD AT THIS TIME . AT THIS TIME ███████ HAS TOOK ME UNDER HIS WING AND STARTED ABUSING ME SEXUALLY. HE MAD ME WATCH HOURS OF ███████ TOLD ME NEVER TO TELL ANYONE OR HE WOULD HURT MY FAMILY .AGAIN WHAT DID I KNOW @ 11YEARS OLD . I JUST DID AS I WAS TOLD BY MY SCOUT LEADER

I JUST WANTED TO LET YOU THE COURT KNOW WHAT HAPPEN TO ME IN THE BOY SCOUTS AND I STILL LIVE WITH THIS EVERYDAY OF MY LIFE I BEEN IN MENTAL INSTITUTES DID DRUGS I CLEANED MYSELF BUT I CAN'T CLEAN WHAT HAPPEN TO ME IN THE BOY SCOUTS I HOPE THIS LETTER CAN OPEN YOUR EYES TO SEE WHAT WAS DONE BEHINE CLOSED DOORS

THANKS

