May 2, 2021

FILED
2021 MAY 10 AM 9:07

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

Dear Judge Silverstein:

I have been asked to write a letter outlining my experience with my Boyscout Leader  not sure on the spelling). He was my scout leader from 1953 to 1956. I was living in

In 1954 

I quit Scouts because of the abuse. After I quit Scouts I had no more contact with My uncle told me later that got in trouble with the law for abusing boys, went to jail, and his wife divorced him. I was too ashamed to tell my uncle or anyone else. I still am too ashamed to tell anyone about this traumatic experience.

Sincerely,