# **EXHIBIT A**

COALITION DISCOVERY PROPOSAL

# Goodman, Eric R.

| | |
|---|---|
| **From:** | Goodman, Eric R. |
| **Sent:** | Tuesday, January 26, 2021 9:31 AM |
| **To:** | Schiavoni, Tancred; Shamah, Daniel S.; Hinker, Matthew; Elias, Brad; Zaslavsky, Sergei; Kirschenbaum, Andrew; Powers, Colleen; Ruggeri, James P.; Weinberg, Joshua D.; Philip.Anker@wilmerhale.com; Svirsky, Gary |
| **Cc:** | Molton, David J.; Beville, Sunni P.; jstang@pszjlaw.com; jlucas@pszjlaw.com; mandolina@whitecase.com; jessica.boelter@whitecase.com; mlinder@whitecase.com; Rachel B. Mersky |
| **Subject:** | BSA Discovery Proposal |

Mr. Ruggeri and Mr. Schiavoni,

We are obviously disappointed by Hartford's and Century's decision to prematurely break away from the meet and confer process and engage in motion practice before the Bankruptcy Court. Given that the next omnibus hearing is scheduled for February 17, 2021, there was no good faith basis for you to have filed the motions that you filed on Friday. To be clear, we regard your filings as having been done in bad faith both in terms of content and timing. As we made clear to you during our meet and confer process, the Coalition is willing to provide supplemental information regarding Sexual Abuse Claims filed in the Boy Scouts' bankruptcy case on a voluntary basis. So that there is no ambiguity in terms of what the Coalition has been and is willing to offer, we are sending you the Term Sheet below.

## TERM SHEET

1. <u>Written Discovery</u>. Insurers will identify up to 1,400 Sexual Abuse Claim Forms in a random selection process acceptable to the Coalition and the Insurers by February 1, 2021 (or such later date as agreed to by the parties). State Court Counsel will endeavor to review those claim forms with their clients and file amended proofs of claim, where appropriate, by March [1], 2021 so that most, if not all, of the 1,400 Sexual Abuse Claim Forms identified by the Insurers are complete. In addition, State Court Counsel with their clients will endeavor to complete Interrogatories by March [1], 2021. The Insurers agree that certain clients may not be reachable or able to complete the Interrogatories by March [1], 2021 and, therefore, agree to withdraw without prejudice up to 10% of the Interrogatories upon request by State Court Counsel. The March 1, 2021 date is subject to adjustment depending on when or if an agreement is reached.

2. <u>Depositions</u>. For the sexual abuse victims that are identified by the Insurers and that complete the requested Interrogatories by March [1], 2021, the Insurers may identify up to 25 for deposition. Sexual abuse victims may only be deposed if they consent in writing. If a sexual abuse victim declines the request for deposition, the Insurers may select an alternate so that the total number of victims deposed upon request by the Insurers is 25. In addition, the Coalition may identify an additional 25 sexual abuse victims for deposition, which victims may or may not be among the 1,400 sexual abuse victims identified by the Insurers under Part 1 above. Such sexual abuse victims will complete the Interrogatories if they have not otherwise done so prior to being deposed. Counsel for the Insurers shall endeavor to pose substantially comparable questions to the 25 sexual abuse victims selected by the Coalition for deposition as they pose to the sexual abuse victims selected by the Insurers for depositions. All depositions shall be completed by April 30, 2021 and shall not last more than 2 hours unless otherwise agreed to by all parties. All depositions shall be conducted via Zoom unless otherwise agreed to by all parties. The Insurers shall cover all costs of the depositions.

3. <u>No Claim Objections / Discovery</u>.  The Insurers will immediately withdraw without prejudice their request for authority to conduct discovery under Rule 2004 and file substantive claim objections and the Insurers shall not renew such request until after April 30, 2021.

4. <u>No Attorney Discovery</u>.  The Insurers will immediately withdraw without prejudice their request for authority to conduct discovery on all State Court Counsel and the Insurers shall not renew such request until all after April 30, 2021.

5. <u>Release of Settlement Data</u>.  The Insurers and the Debtors will immediately consent to and produce the Debtors' historical settlement data in accordance with Ms. Beville's email to Mr. Andolina and Ms. Boelter dated December 10, 2020.  In addition, the Debtors shall immediately produce to the Coalition all settlement data and claims information previously produced to the Future Claims Representative, and the Insurers will produce a summary of settlement data for non-BSA sexual abuse claims.  Any summary provided by the Insurers would be subject to all protections in the mediation.

The foregoing Term Sheet remains subject to client review and approval and appropriate documentation.  If you would like to discuss this matter further, please let me know.

Best Regards,

Eric



**Eric R. Goodman**
Partner

BROWN RUDNICK LLP
601 Thirteenth Street NW Suite 600
Washington, DC 20005
T: 202.536.1740
M: 216.235.4242
egoodman@brownrudnick.com
www.brownrudnick.com