# **EXHIBIT B**

PROPOSED LETTER

[Letterhead]

[●], 2021

**Re:** *In re Boy Scouts of America and Delaware BSA, LLC, Case No. 20-10343 (LSS), Chapter 11 Bankruptcy*

**Recommendation that All Holders of Abuse Claims Reject the Plan**:

The Coalition of Abused Scouts for Justice (the "Coalition") does **NOT** believe that the Plan timely or equitably compensates the survivors of Abuse in Scouting. Nor does the Coalition believe that the Plan constitutes a good faith compromise and settlement of Abuse Claims. The Coalition believes that the Debtors could propose a plan that timely and equitably compensates survivors and ensures that the BSA emerges from bankruptcy with the ability to continue its charitable mission. The Coalition believes that the Debtors have **FAILED** to propose such a plan.

On February 18, 2020, the Boy Scouts of America and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession in the above-captioned chapter 11 cases (together, the "Debtors"), filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtors filed the Chapter 11 Cases to address the significant potential liabilities arising from Claims related to historical acts of Abuse in the BSA's programs.

On [May --], 2021, the Bankruptcy Court held a hearing at which it approved the Disclosure Statement for the Second Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [D.I. [●]], filed on [●], 2021 (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "Disclosure Statement") of the Debtors in the above-captioned chapter 11 cases. Thereafter, the Bankruptcy Court entered an order (the "Solicitation Procedures Order") that, among other things, authorizes the Debtors to solicit votes to accept or reject the Second Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [D.I. [●]], filed [●], 2021 (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "Plan").

The Coalition strongly recommends that all survivors of Abuse in Scouting entitled to vote on the Plan vote to **REJECT** the Plan and submit a timely ballot. Instructions for casting your vote on the Plan are provided on your ballot. You are encouraged to submit your ballot online via the E-Ballot Platform on the Solicitation Agent's website. To have your vote to accept or reject the Plan counted, your Ballot must actually be received by the Solicitation Agent on or before [--], 2021 at 4:00 p.m. (Eastern Time).

Sincerely,

*The Coalition of Abused Scouts for Justice*