FILED 2021 MAY 10 AM 9:00 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

To: Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801

Your Honor:

I am writing you to tell you about my abuse during my time in the Boy Scouts, at age 12.

The year was 1972, I went by my nickname [redacted] and was just completing my first year on the staff of Camp [redacted] in [redacted]. The activities @ the camp were winding down, tents had been stored and gear packed for our move to the wilderness camp @ [redacted] the next morning.

With tents put away, the staff was sleeping in the main camp building, but with limited space and perhaps because I was the youngest, I was pushed to sleep in the camp office with a man named [redacted]. He of course got the bunk and I had a sleeping bag on the floor.

When I would tell him no, he would tell me if I did not continue, he would get me thrown out of the Boy Scouts or tell others that I was queer.

This went on for many months. Almost at every camping events, jamborees or outings, he was there and looking for me.

Even though this abuse happened many years ago, It still haunts me. I still replay the events in my mind. I am always uneasy in relationships and awkward around people.

The BSA knew things like this have been happening, but did nothing to stop it.

It is really awful that so many boys abused when we were young are still haunted by those events so many years later.

