my name is ███████ I am
57 years old In 1976 I was a pre
teen I went on an over week end
camping trip to the firestone
Boy scout reservation outside
of la I was asked to help clean
the shower area when I went there

███████████████████████████
███████████████████████████
███████████████████████████
███████████████████████████

I ruined my life I started using
drugs and doing crimes I was
in the advanced classes before
that I've had 2 failed marriges
and spent 16½ years in prison
all because of what those sick
███████ did to me
after watching ███████
on a TV for a while I came forward
I never told any one I was ever
am still ashamed this is hard
to write this even now
Please help me mrs silverstein
██ you can call me any time
████████████████████
thank you

LOS ANGELES CA 900
4 MAY 2021 PM 8 L

19801-302499

Justice Lauri Selber Silverstein
BSA Bankruptcy case
824 Market St 6th floor
Wilmington DE
19801