FILED

May 5, 2021

2021 MAY 10 AM 9:06

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Honorable Lauri Selber Silverstein
BSA Bankruptcy
824 Market Street- 6th Floor
Wilmington, DE   19801

Justice Silverstein,

    I am sending this letter to your attention after being informed that you are the Presiding Judge in the BSA Bankruptcy Case. ███████████████

First and foremost, I will not be wasting any of the courts time with complete details of the incidents involving the Sexual Abuse I experienced while I was a member of both the BSA and Cub Scouts during my tenure with the scouts. However, I will list the Traumatic Effects those incidents had and continue to affect me since my experience involving the Sexual Abuse. I was never able to inform any of my immediate family members since I believed at the time, my parents, especially my Father, would have most likely punished me for allowing myself to get into that type of situation. I had never told anyone about the abuse because I felt embarrassed and weak, along with disgust and fear. It was not until early 2020 when I decided to tell my wife about these terrible experiences. (Not in detail)

My entire life has been altered in ways that initially were not prevalent (recognized) to me like having extreme fear while being in any environment with just one other person. EX; Doctors Office-Business Offices- Friend's and most any environment while being alone. Additionally, I passionately believe that my quality of life has been hampered in ways such as career and military advancement, friendships, family relationship and overall restriction of my life's plans and dreams.

I respectively ask that Your Honor take into account that I am just one VICTIM of Sexual Abuse among the thousands and thousands of VICTIMS who SUFFERED all at the hands of Scouting Leaders, while the organization REFUSED to address these well-known issues.