Hello Judge Lauri

This Letter is Hard For me to write. I A 51 yrs old And Ever Since I was Moliste My Life Has Change For the worst. I was Afraid to talk to Anyone Even my mom. He tolk Advantage of me Since I was A Little Boy. I Belive He knew I Did Not Have A dad. I Had to Do things to Him, plus what He Did to Me. His Name was ▓▓▓▓▓▓ Come to Find out He molested His own Kids And Did prison time. In the meow thim I've Been in speal CLass all threw school. And See Sphicitrst ▓▓▓▓▓▓▓▓▓▓ I Fear Fro Being Aroud Men.

I Have Social Phobia / General Anxiety / Manic Depresive / And Den't Leave the House.

He Hurt me.

Please Help I A on 6 Difrent pill I Need This Sedolment Seen I will Be Home Less.

Please Help

Justice Lauri Selber Samilvorstin
BSA Bankruptcy - CASE
824 Market St
64 Wilimaston DE
19801.

SOUTH JERSEY NJ 080
6 MAY 2021 PM 4 L

9801-302499

U.S.M.S.