# IN THE UNITED STATES BANKRUPTCY
# COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Alessandra Glorioso, hereby certify that on May 10, 2021, I caused a copy of the **GIRL SCOUTS OF THE UNITED STATES OF AMERICA'S OBJECTION TO DEBTORS' (I) DISCLOSURE STATEMENT FOR THE SECOND AMENDED CHAPTER 11 PLAN OF REORGANIZATION FOR BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC AND (II) SECOND AMENDED CHAPTER 11 PLAN OF REORGANIZATION FOR BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC** to be filed through the Court's Case Management/Electronic Case File ("CM/ECF") System and served on all parties who have electronically entered a notice of appearance through the notice of filing generated by the Court's CM/ECF System.

I further certify that I served the foregoing document upon the following parties via first class U.S. Mail and email:

**White & Case LLP**
Jessica C. Lauria, Esq.
1221 Avenue of the Americas New York, NY 10020
jessica.lauria@whitecase.com

**White & Case LLP**
Michael C. Andolina, Esq.
Matthew E. Linder, Esq.
Blair Warner, Esq.
111 South Wacker Drive
Chicago, IL 60606
mandolina@whitecase.com
mlinder@whitecase.com
blair.warner@whitecase.com

**Morris, Nichols, Arsht & Tunnell LLP**
Derek C. Abbott, Esq.
Andrew R. Remming, Esq.
Eric W. Moats, Esq.
Paige N. Topper, Esq.
1201 North Market Street, 16th Floor
P.O. Box 1347 Wilmington, DE 19899-1347
dabbott@morrisnichols.com
aremming@morrisnichols.com
emoats@morrisnichols.com
ptopper@morrisnichols.com

**U.S. Trustee**
David L. Buchbinder, Esq.
Hannah M. McCollum, Esq.
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
david.l.buchbinder@usdoj.gov
hannah.mccollum@usdoj.gov

**Pachulski Stang Ziehl & Jones LLP**
James I. Stang, Esq. John A Morris, Esq.
James E. O'Neill, Esq. John W. Lucas, Esq.
919 North Marker Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19801
jstang@pszjlaw.com
jmorris@pszjlaw.com
joneill@pszjlaw.com
jlucas@pszjlaw.com

**Kramer Levin Naftalis & Frankel LLP**
Thomas Moers Mayer, Esq.
Rachael Ringer, Esq.
David E. Blabey, Jr., Esq.
Jennifer R. Sharret, Esq.
Megan M. Wasson, Esq.
1177 Avenue of the Americas
New York, NY 10036
tmayer@kramerlevin.com
rringer@kramerlevin.com
dblabey@kramerlevin.com
jsharret@kramerlevin.com
mwasson@kramerlevin.com

4842-5561-5721\1

**Young Conaway Stargatt & Taylor, LLP**
Robert S. Brady, Esq.
Edwin J. Harron, Esq.
Sharon M. Zieg, Esq.
1000 North King Street
Wilmington, DE 19801
rbrady@ycst.com
eharron@ycst.com
szieg@ycst.com

                                                  */s/   Alessandra Glorioso*           .
                                                  Alessandra Glorioso (DE No. 5757)