# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors.[1] | (Jointly Administered) |

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on May 10, 2021, the United States Trustee's Objection To Debtors' Motion for entry of an Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms Of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection With Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief (D.E. 2295) was served through the CM/ECF system, and courtesy copies by email were provided to the following persons:

EMAIL

Jessica C. Lauria
White & Case LLP
jessica.lauria@whitecase.com

Michael C Andolina
White & Case LLP
mandolina@whitecase.com

Matthew E. Linder
White & Case LLP
mlinder@whitecase.com

Blair M. Warner
White & Case LLP
blair.warner@whitecase.com

Derek C. Abbott
Morris, Nichols, Arsht & Tunnell
dabbott@morrisnichols.com

Eric Moats
Morris, Nichols Arsht & Tunnell
emoats@morrisnichols.com

Paige N. Topper
Morris, Nichols Arsht & Tunnell
ptopper@morrisnichols.com

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

1

Kurt F. Gwynne
Reed Smith LLP
kgwynne@reedsmith.com

Thomas Moers Mayer
Kramer Levin Naftalis & Frankel
tmayer@krmerlevin.com

Rachael Ringer
Kramer Levin Naftalis & Frankel
rringer@kramerlevin.com

David E. Blabey, Jr.
Kramer Levin Naftalis & Frankel
dlabey@kramerlevin.com

Jennifer R. Sharret
Kramer Levin Naftalis & Frankel
jsharret@kramerlevin.com

Megan M. Wasson
Kramer Levin Naftalis & Frankel
mwasson@kramerlevin.com

James I. Stang
Pachulski Stang Ziehl & Jones
jstang@pszjlaw.com

James E. O'Neill
Pachulski Stang Ziehl & Jones
joneill@pszjlaw.com

/s/ David L. Buchbinder
David L. Buchbinder, Esq.
Trial Attorney

John W. Lucas
Pachulski Stang Ziehl & Jones
jlucas@pszjlaw.com

Robert S. Brady
Young Conaway Stargatt & Taylor LLP
rbrady@ycst.com

Edwin J. Harron
Young Conaway Stargatt & Taylor LLP
eharron@ycst.com

Sharon M. Zieg
Young Conaway Stargatt & Taylor LLP
szieg@ycst.com

Louis R. Strubeck
Norton Rose Fulbright US LLP
louis.strubeck@nortonrosefulbright.com

Kristian W. Gluck
Norton Rose Fulbright US LLP
kristian.gluck@nortonrosefulbright.com