# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered<br>Related to Docket Nos. 2594, 3478, 3523, and 3549 |

## JOINDER OF CONTINENTAL INSURANCE COMPANY TO CERTAIN INSURERS' OBJECTIONS TO THE ADEQUACY OF THE DISCLOSURE STATEMENT

Columbia Casualty Company; The Continental Insurance Company as successor in interest to certain policies issued by Harbor Insurance Company; The Continental Insurance Company successor by merger to Niagara Fire Insurance Company; and The Continental Insurance Company (collectively "Continental Insurance Company") by and through its undersigned counsel, hereby submits this joinder (the "Joinder") in support of (i) *Zurich Insurers' Objections to the Disclosure Statement for Debtors' Second Amended Plan* [D.I. 3478] (the "Zurich Objection"), (ii) *The AIG Companies' Objection to Motion for Approval of Debtors' Disclosure Statement* [D.I. 3523] (the "AIG Objection") and (iii) *The Allianz Insurers' (I) Objection to the Debtors' Disclosure Statement for Their Second Amended Chapter 11 Plan of Reorganization and (II) Limited Joinder to Certain Objections* [D.I. 3549] (the "Allianz Objection", and together with the Zurich Objection and the AIG Objection, the "Objections") and states as follows:

## JOINDER AND RESERVATION OF RIGHTS

Continental Insurance Company hereby joins in the Objections to the extent the arguments

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

ActiveUS 187090035v.1

therein are applicable to Continental Insurance Company.

Continental Insurance Company reserves all rights to amend, modify and/or supplement this Joinder, and further reserves all its rights with respect to the Court's consideration of confirmation of the Debtors' current proposed plan or any subsequently filed plan. The filing of this Joinder shall not be deemed a waiver of any arguments concerning or objections to the requested confirmation of the current proposed plan or any subsequently filed plan.

**WHEREFORE**, Continental Insurance Company respectfully requests that the Court enter an order (i) granting the relief requested in the Objections and this Joinder, and (ii) granting such other and further relief as is just and proper.

Dated: May 10, 2021 **Goldstein & McClintock LLLP**

*/s/ Maria Aprile Sawczuk*
Maria Aprile Sawczuk (DE #3320)
501 Silverside Road
Wilmington, DE 19809
302-444-6710
marias@goldmclaw.com

-and-

Laura McNally (admitted *pro hac vice*)
Emily Stone
Loeb & Loeb LLP
321 N. Clark Street, Suite 2300
Chicago, IL 60654
312-464-3155
lmcnally@loeb.com
estone@loeb.com

*Attorneys for Continental Insurance Company*

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

**CERTIFICATE OF SERVICE**

I, Maria Sawczuk, attorney for Continental Insurance Company, certifies that on this 10th day of May 2021, I caused the attached Joinder to be electronically filed with the Court. Service of same will be made upon all counsel via the Court's ECF system.

Dated: May 10, 2021

**Goldstein & McClintock LLLP**

*/s/ Maria Aprile Sawczuk*
Maria Aprile Sawczuk (DE #3320)
501 Silverside Road
Wilmington, DE 19809
302-444-6710
marias@goldmclaw.com

*Attorneys for Continental Insurance Company*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.