To Justice Lauri Selber Silverstein

My name is █████████
Case: S████████

I am writing on behalf of myself.

My experience of devastating & phycological acts that were done to me by a person that me and my parents trusted.

Over a period of 3 to 4 or 5 years, which all happened in the 1970's this person (who was the Scout master of my troop) used many different ways to coerce me into many acts of sexual abuse onto him, and forced himself onto me.

And as of now I have not told any family members of any of what I went through, Spouse, parents, siblings.

I have been living with this pain for a long time, and would really →

FILED
2021 MAY 10 AM 9:27
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

like to see this entire process to be over so maybe sometime soon I will have the courage to be able to tell all family members what I have been living with for 40+ years.

    I thanks you very much for your attention to this matter, and I wish a prompt end to this entire process.

    Also, I would appreciate this process be over with All victims getting what they rightfully deserve.

    So I can retire with SOME piece of mind.

    Thank you,

U.S. X-RAY

MINNEAPOLIS MN 553
3 MAY 2021 PM 5 L

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th floor
Wilmington, DE
19801

