From:
▓▓▓▓▓▓▓▓▓▓

"A Real Person" AND ▓▓▓▓▓▓ → Claim ▓▓▓▓▓▓▓▓▓

FILED
▓▓▓▓▓▓▓▓
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Silverstein: My Name is ▓▓▓▓▓▓▓▓▓▓ I never thought what happened to me would "ever" come into the light, As I have lived most of my life with this secret. And this letter is extreamly hard to write, because as I write Im re-living the absolute grossness of the — (this will Be the First time I use this word to Describe what I endured) ▓▓▓▓▓▓▓▓ By at least four grown men. When i started in scouts i was living on the northside of kenosha and Joined through cordelia Harvey clementry school it was the best, "Fun" and safe with Den mothers and kid fun stuff. then after 3rd grade we moved to pleasent prarie, And i Joined a scout pack there --- It was really different all men and older boys (prarie Lane school) I didnt really like it at first but I got use to it, But it were no-longer fun, then came the over-nite at petrified springs Park, tents, camp fire that was cool until "lights out" and everything was Quit, thats when the "First" thing happened →

short: I didn't tell anyone, hoping it was a random one time thing, next day finished all the merit tests went on with life, But not telling turned out to be the worst thing i could have done, Because now i was target i figure becase i didnt tell." and at camp oh-DAKo-tA i was handed off to people (men) who wanted one thing! I was alone, KiRst time ever AWAY FRom Home this FAR FRom mY PARENTs,

They let me go and i faked sick and called home for my mom to come get me i never said a word even as my parents made made fun of me for not being able to stay away from home. Quit Scouts 4 EVER!! I guess ive always felt "Lucky" to have gotten out of there alive And Really kept me from doing a lot of things through-out my life. I'm now 56 years old, Sad part is this still makes me cry and feel exactly what i felt that day! And —
Until this all came out i thought i was the only one. Now i heard the courts are clasifying all claims as the same" Thats hurts! I had NO WAY OUT!! My Parents left me with what they thought were safe people. Please at these camps there has to be PARENTS that can police these kids so this Never Happens to Anyone else! No Kid Separated From the others head counts Something, like A goul in the game of tag!! Sorry About my spelling and writing I Just Relived the most horrifing event of my Life! Just to end up CLAIM # SA-███!! They took my Life!!!!

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE