## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of May, 2020, a true and correct copy of the foregoing

was served via the Court's CM/ECF system to all parties registered to receive such notices and on

the following via electronic mail:

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Derek C. Abbott, Esquire
Andrew R. Remming, Esquire
Eric W. Moats, Esquire
Paige N. Topper, Esquire
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Email: dabbott@morrisnichols.com
aremming@morrisnichols.com
emoats@morrisnichols.com
ptopper@morrisnichols.com

WHITE & CASE LLP
Jessica C. Lauria, Esquire
1221 Avenue of the Americas
New York, New York 10020
Email: jessica.lauria@whitecase.com

WHITE & CASE LLP
Michael C. Andolina, Esquire
Matthew E. Linder, Esquire
Laura E. Baccash, Esquire
Blair M. Warner, Esquire
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Email: mandolina@whitecase.com
mlinder@whitecase.com
laura.baccash@whitecase.com
blair.warner@whitecase.com
*COUNSEL TO THE DEBTORS AND*
*DEBTORS IN POSSESSION*

/s/ Kathleen M. Miller
Kathleen M. Miller (No. 2898)