## **CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2021, a true and correct copy of the foregoing *Notice of Service of Subpoena* was served on all counsel and parties of record via the CM/ECF system.

*/s/ Rachel B. Mersky*
Rachel B. Mersky (DE No. 2049)