# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Lloyd A. Gura of Mound Cotton Wollan & Greengrass LLP to represent Indian Harbor Insurance Company, on behalf of itself and as successor in interest to Catlin Specialty Insurance Company.

Dated: May 11, 2021          SMITH, KATZENSTEIN & JENKINS LLP

　　　　　　　　　　　　　　　　　　*/s/ Kathleen M. Miller*
　　　　　　　　　　　　　　　　　Kathleen M. Miller (No. 2898)
　　　　　　　　　　　　　　　　　1000 West Street, Suite 1501
　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　Telephone: (302) 652-8400
　　　　　　　　　　　　　　　　　Email: KMM@skjlaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Lane, Irving, TX 75038.

1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

  Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Revised Standing Order for District Court Fund, effective 8/30/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Date: May 11, 2021     Signed: */s/ Lloyd A. Gura*
               Lloyd A. Gura
               Mound Cotton Wollan & Greengrass LLP
               One New York Plaza 44th Floor
               New York, NY 10004
               Tel: (212) 804-4282
               Email: lgura@moundcotton.com