## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| BOY SCOUTS OF AMERICA AND | : Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC | : |
| | : (Jointly Administered) |
| Debtors.[1] | : |
| | : |
| | : |

---------------------------------------------------------------

### NOTICE OF SERVICE OF

PLEASE TAKE NOTICE that on May 11, 2021, a true and correct copy of

the Coalition of Abused Scouts for Justice's First Set of Interrogatories Directed to

Century Indemnity Company were caused to be served on the following via e-mail:

Stamatios Stamoulis
STAMOULIS & WEINBLATT LLC
800 N. West Street, Third Floor
Wilmington, DE 19801
stamoulis@swdelaw.com

Tancred Schiavoni
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036
tschiavoni@omm.com

Dated: May 11, 2021
Wilmington, Delaware

**MONZACK MERSKY & BROWDER, P.A.**

_/s/ Rachel B. Mersky_
Rachel B. Mersky (DE No. 2049)
1201 N. Orange Street, Suite 400
Wilmington, Delaware 19801
Telephone:     (302) 656-8162
Facsimile:      (302) 656-2769
E-mail:          rmersky@monlaw.com

---

[1]    The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

-and-

**BROWN RUDNICK LLP**
David J. Molton, Esquire
Eric R. Goodman
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
E-mail: dmolton@brownrudnick.com
E-mail: egoodman@brownrudick.com

-and-

Sunni P. Beville, Esquire
Tristan G. Axelrod, Esquire
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
E-mail: sbeville@brownrudnick.com
E-mail: taxelrod@brownrudnick.com

*Co-Counsel to the Coalition of Abused Scouts for Justice*