

FILED
2021 MAY 12 AM 9: 24
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Hon. Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
Wilmington, DE.,19801
REF: Claim Number ▮▮▮▮▮   May 3, 2021

Dear Justice Silverstein;

At age 13, I was sexually violated by an assistant scoutmaster. What I failed to realize at the time was how this would later devastate my life. This took place in 1961 when such things were not the subject of discussion, particularly if you had a violent father like mine. Like many, I suppressed the incident and therefor, others, such as my later rape in the Los Angeles County jail after my wrongful arrest in 2003. Yes, grown men still hide such things, but the tradeoff manifests in anger and other antisocial behavior when their stories are disbelieved. Unfortunately, it is incorrectly assumed that as males, they are better equipped to handle physical and emotional trauma.

My book "American Railroad" will go into publication this month, and it is a primer on all forms of abuse, including that heaped upon us when we are children. However, while it is essential that all abusers be held accountable, it seems to me that the BSA is shirking in its responsibility to make victims whole, through its sandbagging tactics, and like other plaintiffs in this case, I deeply resent the implication that our claims are false or that they should not be taken seriously.

Ana Funder once wrote that those lacking in imagination (compassion) will cause more of us to suffer, and to quote a line from the movie "Chariots of Fire", "We cannot put in what God left out". However, as a jurist, you have the power to move this matter forward because we know what happens to justice when it is delayed. Thank you for your consideration.