FILED
2021 MAY 12 AM 9:24
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

To:
Justis Lauri Selber-Silverstein
BSA Bankruptcy Case
824 Market Street
6th floor
Wilmington, De 19801

From:


My mother and father divorced when I was a year old. My mom moved my older brother herself and I to Emmett Idaho from Wallace Northern Idaho When my brother ▮▮▮▮ was old enough to join Scouting, he became a cub scout. My mom became a den mother I was to young to join I was there when the group would meet at our house.

My mom worked but we were a poor family my father payed no child support. With my mom working when summer came we needed a baby sitter. So an Eagle scout ▮▮▮▮ ▮▮▮▮ was to sitt with my brother and I. Part of his Merret Badge for community service ▮▮▮▮ first and only day with my brother and myself. I was seven years old. at that time

I was sitting on the couch in the living room, my brother came out of the bedroom and told me I needed to clean the bedroom

called the police I remember laying on the floor at the neighbors house. My mom and two police officers showed up. I fell into my moms arms she was kneeling down with me

▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅

▅▅▅▅▅▅ lived in northern Idaho so my mom called her family in Wallace to come get me. ▅▅▅▅▅▅ put me in the car and I was out again

▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅

I came to in a hospitle bed with a nurse. She had the covers up from ▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅

I know now that when ▅▅▅▅ ▅▅▅▅ ▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅ he tor my adnoids and tonsles and damaged my voice box I've had gravel in my voice ever sence then.

I didn't remain being awake I fainted and could not wake up

I was in a coma at the hospital Shoshoni County Hospital. Wallace Id. from mid/early May untel the end of June. I'm only sure that I got out of school in may the 5 or 6th and my memories start again in July, my mom had gone back to Emmett and she did not come and get me untel July. When I got out of the hospital I spent a week or 10 days with ▮▮▮▮ ▮▮▮▮ she was a friend of my moms

My mother took me and my brother back to Emmett Id. back to our home. I got in trouble for dressing up in my cusion ▮▮▮▮ dress and under things. This was the start of so much trouble.
I tryed to talk to my mom about what ▮▮▮▮ had done to me. She told me she was mad at me I was told that I was only mad because I did what I was told and she forbid me from ever talking about it again in her house.
So in too sentances she/mom told me being ▮▮▮▮▮▮▮▮▮▮ was my fault and that this was no longer my/our home, it was her house. I never felt like I was home there ever again

My life was distroyed by ███ and ███ cettons. My brother I'm sure left his part of that, event he was out side playing not handing me over to a preaditory pediphole rapest.

I started the 3rd grade by kicking holes in the walls and fighting with other kids By the time I was 10 I had barned too honses to the ground and I started taking drugs. I wanted to die but was afraid to kill myself So I took every stupid chance I could to get high

When I turned 56 it was smell that brought memories crashing in I had a small snapshot in my memory of looking at someones ███ But It didnt fit into any of my memories untel after the smell brought back every detail of the day that my brother betrayed me and his part in ███ ███ me. I spent from 7 years old untel 56 years with memory block my mother spent her life pretending it never happened In that she tought me how to run from proplems.

The events with ▇▇▇▇ my mom and brother tought me to not trust anyone. As I got older 11-12 my life got crazyer. My mom tought me what the bible says and it showed me how to hate myself. But I was driven to be with other boys or men. I would lie and deny that I was gay and I bashed gays and acted like a homophobe.

And at the same time I was working to become what my ropest wanted Puberty brought on so much confusion and anger. I would physicaly abuse myself I would make my rectum bleed I only stoped abusing myself when the memories came back to me As a teenager I was on drugs and I fought with my mom and Brother I started steeling from them

The 17 year old Eagle Scout ▇▇▇▇ has ruined my life, he was there for a community badge but took it upon himself to violinly rape a 7 year old boy. I think that boy died that day and I'm whats left. I've never functioned normal with sex so it was bad with girls and boys only care about themselfs.

I don't think that anything in my life has been normal thanks to what happend to me. My mother turned away from me she told me I was evil and she didn't like me. Fun stuff to live with.

I've not been able to build long lasting relationships from my distrust of being betrayed. So it would seam that being left sexauel impendent and being mentaly screwed up to have a family of my own.
The price I continu to pay ▮ and ▮ every day that I have to relive that in my mind. it hurts alot.

My life from Kicking hols in my 3rd grade classroom walls to my latest Bid with Prodation and Parole. I have spent my life mad at everything. I wonder if I will ever heal from the scars inside me. There is so much more but I will stop Thank you for bearing with me.

▮

Boy Scouts in my mind need to be stoped. BSA makes money from there victums they robbed so many children of their inosence. The crime needs to be fixed. payed for. The whole nonprofit origenation that has Billions in assetts is something to be taken away from them. The leaders of BSA live in the lap of lug. while most abused pepe strugle to even live.