JUSTICE LAURI SELBER SILVERSTEIN
BSA BANKRUPTCY CASE
824 MARKET STREET 6TH FLOOR
WILMINGTON, DE 19801


FILED
2021 MAY 12 AM 9: 24
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

████████ PLAINTIFF,

V
BSA,

    DEFENDENT..

                                    AFFVIDAVET
--------------------------------------------------------------------------------

    I ████████ DECLARE UNDER THE THREAT OF PERJURY THAT THE FOREGOING IS TRUE AND
CORRECT.
    I WAS SEXUALLY ABUSED IN THE SMALL TOWN ████████ BOY SCOUTS BY OUR SCOUTMASTER
████████ WHEN I WAS AGES 13 WEEKLY FOR THREE YEARS. ████ WOULD GIVE ME BEERS TO DRINK TO
GET ME DRUNK, THEN HE WOULD COERCOR ME TO ████████

████████ ALWAYS WAITED UNTIL THE
SCOUT MEETINGS WERE OVER SO ALL THE OTHER SCOUTS WERE GONE FROM THE BUILDING, WHEN INN HIS
CAR HE WOULD DRIVE OUT TO A ████████ AFTER THREE YEARS OF
THIS ABUSE ████ GOT TRANSFERED IN HIS JOB WITH THE ████████ OUT OF STATE TO THE
████████ WENT BRAKE, AND BEING NO ONE ELSE WOULD BECOME THE
NEW LEADER OF THE SCOUTS THE BOY SCOUTS SHUT DOWN.
    I SUFFER  SOME MENNTAL DAMAGE YET TODAY FROM THAT ABUSE,I HAVE BAD DREAMS AT NIGHT,
AND I LOST ALL SEXUAL INTEREST IN  WOMEN.
    I FEEL THIS COURT SHOULD AWARD ME SPECIAL DAMAGES OF $50,000.00 AND PUNITIVE DAMAGES OF
$100,000.00 to deter the bsa from repeating this sexual abuse in the future.

The BSA Needs To Be held Accountable For All
The Sex Abuse Cases.


PROOF OF SERVVICE
MAY 06, 2021 BY ████
████████