To Justice Lauri Selber Silverstein
Your Honer
    I'm writing to you because the BSA. Has done a great hurt to me. I beaged my Mom to get myself in the BSA. I've been carrying a great burden all these years. As I grew up over the years something was not right. I questin my own sexually. I was in counling for a long time. I reached out to a Psychotherapt for help. Its been more then 59 years and I'm still careing this burden. They must pay not just myself, but thousand of boys like me. My sons wanted to join the BSA it was very hard to tell them, what happened to me and that I was afraid for them. Your honer I went to Catholic school in Chicago. More then anything I wanted to be a preist that all I wanted. I loved being in church. I became an Alter Boy, and I loved it. Untill a preist sexurly abused me. That was the end of my dream, but when a Scout Master did I was so ashamd I didn't tell any one. Later in Life I hired an Anttony and went after the preist. I Won, but there where many boy who did nothing, because they where so ashamed to tell any one not

even there parent. The same with the BSA. They need to be held accoutable for what they have done. There want to give ones a little bit of money. Your Honour please they must be made to pay. for what there trying to do is hold on to all their wealth. Please help ~~us~~ we need you.

        Thank You

P.S.

   June 15 2021. I will 24 years in A.A with a drink and with drugs.

FILED 2021 MAY 12 AM 9:23 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

Justin Lauri Sellun Ahurster
BSA Bankruptcy Case
824 Market St. 6th floor
Wilmington DE 19801

MILWAUKEE WI 530
7 MAY 2021 PM 3 L

19801-302499

U.S.M.S.
X-R