To whom it may concern

My name is ███████ and i was ████████████████████████ at a camp out that they planned for us
when i was 8 that was in 1976. It was an indian theme and we were sleeping in tee pees that we had to make and
we went to sleep the first night. I heard a noise out side of my tent of someone messing with my tent but no one
came in the tent. But the next evening he had made the comment to us like a joke but it turned out that he wasnt
joking. Because that next night he came in my tent and I woke up with him ███████████████████████████████████████
got a little bit of light to see i got up and walked 5 miles home and told no one until today. He still came around
and made the same remark he did then like a joke he would say if you were to go camping and ████████████ would you tell any one and if you said no he would say lets go camping. I kept my mouth shut and never went
back to the scouts at all after now i have bad relationships with women my first marriage was in trouble and ended
in a divorce my relationship with women is lousy my second marriage now is rocky and i have a very very very bad
dislike for authority and a strong distrust in any one that gets close to me. This is very difficult for me to write
because its bringing the memories back that i somehow pushed back to where i didnt think about them and the anxity
attacks are coming back that i was having back then and it has caused me more problems than i realized back then and
now that i dont know how im going to deal with it. To this day none of my family knows about this the only one that
knows about this is the attorney my wife and who ever is reading this im hoping by coming foward with this it will be helping
other kids to be safe so they dont have to go through the thing i did. Now both of my parents are passed i hope that
that you can keep my name discret please. I dont know what else to say so I will end this letter here thank you.



FILED 2021 MAY 12 AM 9:23 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St.
6th Floor
Wilmington, DE 19801

19801-302499