5/2/21

I've suffered for over 40 years and lived with shame because my scout Master Molested Me.

Everyone knew this was happening across America at Boy Scouts of America. They Kept Silent. More & More Children became victims.

Now they refuse to take responsibility.

FILED 2021 MAY 12 AM 9:23 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th floor
Wilmington, DE 19801

