## HOW I FEEL ABOUT THE BOYSCOUTS.

I FEEL OVERWHELMING ABOUT THE BOYSCOUTS I FEEL GOOD ABOUT THE BOYSCOUTS THEY HAVE A LOT OF FUN. IT IS A CITE TO SEE WHEN PARTICIPATING IN THE GREAT OUTDOORS BOY THEY HAVE FUN GAMES + OTHER GREAT IDEAS + CERTAIN STUFF!

BOY SCOUTS IS A VERY GOOD ORGANIZATION BOY SCOUT HELP ME TREMENDENSLY IT HELP ME GET MY LIFE TOGETHER WHEN I WAS IN SCHOOL WEN I WAS A KID.

## HOW I FEEL ABOUT THE BANKRUPTCY CASE.

BANKRUPTCY LET BOY SCOUTS DOWN OBA BANKRUPTCY IS SUCH A BAD IDEA ITS HOLDING EVERYTHING UP BANKRUPTCY SHOULDN'T OF BEEN IN THE ISSUE ANYWAY I THINK ITS JUST A WAIST OF TIME!

BANKRUPTCY IS CAOUSING A LOTT OF SETTLEMENTS TO GO BAD. IT'S HOLDING UP EVERYTHING.

JUSTICE LAURI SELBER SILVERSTEIN
BANKRUPTCY CASE 824 MARKET STREET 6th FLOOR
WILMINGTON DE 19801



6 MAY 2021 PM 4

19801-302499