Approxim
(1960-1962)
TROOP = #2                                SA-███████-1-21

2021 MAY 12 AM 9:22
FILED
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

To whom it may concern:

I was in the age between 11 and 14 at the time. Living in Sanlst., Brooklyn, N.Y., apt ███. I joined the boys scouts at Hanson Place near Fulton St. at the Williamsburg clock. Second floor. I don't know how long I was there, but, I went to one hike that they had a weekend to CATAMOUNT MOUNTAIN. I guess that was New Jersey. 3 Day weekend. I never left the house away from my mother.

But, I went that day. That night, after it got dark, that's when it happened. It was soo pitched black that when the fire went out, you couldn't see the palm of your hand.

The place where we slept was on the floor, under stars, and all we had to cover the lean-to, was tarps.

The lean-to was made of wooden pees and they were already nailed together. It fitted across six people on one side, and six people on the other. A little tight.

After the fire went out, after awhile when we were all asleep, I assumed. I didn't remember the individuals that behind me. I don't know if they switched places, but, I felt

something from behind. I was laying on the side. And all of a sudden I hear like a sshich sound. Trying to tell me something, like to relax or stay still.

████████████████████████████
████████████████████████████

I was shocked. I don't know what to do. I couldn't scream, cause I didn't know what the results was.

When it got light in the morning,

████████████████████████████

I kept my mouth shut. I did not tell not even my mother

Now I saw this announcement on TV and called up to be orriented.

Now I wait to see, if something could be done.

(P.S. = Please send me a copy of this letter to Assure you received it.  Thank you!

████ 5/4/21

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th floor
Wilmington, DE. 19801

19801-302499


RALEIGH NC 275
Research Triangle Region
7 MAY 2021 PM 3 L


USA FOREVER