May 2, 2021

Justice Selberstein,

The BSA was a childhood dream that quickly became a nightmare. It has haunted me throughout my adolescence and adulthood. There is nothing the BSA can do to make things right or take back those horrible memories that I experienced along with thousands of other children, but they can and should at the very least be held accountable for allowing these things to take place without taking any action on neither my behalf, nor all the others who endured similar fates. The damage done can not be fixed with any amount of money but it can show the level of accountability that the BSA is willing to own up to which can be directly correlated with preventing things like this in the future. The amount that the BSA has proposed as part of the settlement is not only insulting but sends a message that accountability for such things can be bought cheaply given the assets and money that the BSA are capable of providing. This case is so much more than just a bankruptcy case and should be treated as such. The consequences that the BSA should face should not be consequences of their own choosing but should fit the crime of negligence in which the BSA is undeniably guilty of.

FILED 2021 MAY 12 AM 9:22 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

Justice Laurie Selberstein
BSA Bankruptcy Case
824 Market St.
6th Floor
Wilmington De 19801

U.S.M.S.
X-RAY

