5-7-21

To Whom it may concern

I am asking for justice and financial Reimbursement for me & all boy scouts that have been abbused ASAP.

FILED
2021 MAY 12 AM 9:22
US BANKRUPTCY COURT
DISTRICT OF DELAWARE