


FILED
2021 MAY 12 AM 9:21
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

My Experience as a member of Boyscouts Of America, 1970-71. 51 years ago I remember how excited I was to become a boyscout. As I lay in my bed the night before I was so filled with excitement until sleep escaped me. My limbs became numb as the dawn escaped into the daylight. Restlessness and excitement filled every fiber of my being and when I walked inside and was given my instructions I realize at that point my life would never be the same. That was true my life would never be the same, but not in the sense I expected it to be. The scout leader made me do things that was outside of my frame of reference. Then the sadness, the bitterness the emptiness surrounded me from all sides covering me like a blanket. He made me believe it was all my fault.

I grew up in a small town 150 miles east of ▓▓▓▓▓▓▓▓ I was accompanied with 4 brothers and 4 sisters I understood what it meant to be a team player, infact my survival depended on the unity of mind, body and family.

I was a curious child like most children I just wanted to fit in and be accepted. My entire outlook of life was centered around staying ahead I had high hopes and great ambitions of developing my tools as a boyscout by my life turned upside down, my dreams and ambitions were shattered, when the leader of the scout ordered me to do unspeakable things all of which I had never experienced foreign to my intellect.

The memories of those experiences I could never forget an experience that drove me into the arms of drug dealers in my attempt to erase the shame, the hurt and pains I felt in my attempt to escape. I started drinking to try and drown that monster inside of my head and erase the hurt and pain that had become my constant companion always standing in the shadow of every room in stepped into, behind every doorway and every bed as a quilt that covers me.

During my years to come my life and the abuse always haunted me and it took me from one extreme to the next drugs, alcohol and prison in my attempt to medicate the pain, shame and guilt of those days and here I am 50 years has passed drugs have overpowered my will and just two weeks ago I found myself in the emergency room the doctor said I had suffered an overdose.

The thoughts of those experiences has ruined my life, stole my innocence and has consumed every fiber of my life. I trust no one and each day is a challenge to survive. I have no answers. Like the pendulum that swings back and forth. The pain is too intense and I will never know what a normal life is like and everytime I try to grasp it it eludes me like holding sand in a closed fist.


Respectfully submitted,



Addendum

The Boy Scouts Of America is responsible for the destruction of many lives, including mine. What I'd like the courts to do is order the following for the plaintiff's and the class he represent the following relief; declare that the inaction and undertakings of the defendants put each plaintiff in harm, and have destroyed all the plaintiff's involved in this action lives. Order the defendants to safeguard the lives of the present and future boys under their care and to justly compensation each plaintiff to teach Boy Scouts Of America a lesson. Order defendants to do what is necessary to assure that these various acts and undertakings shall not be repeated now or in the future.

Justice Lauri Selber Silverstine
BSA Bankruptcy Cause
824 Market Street 6th Floor
Wilmington, DE 19801

Justice Lauri Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington DE 19801

19801-302498