DEAR MA'AM
THIS LETTER IS FROM A 75 YEAR OLD BOY SCOUT THAT HAS LIVED IN SHAME FOR 60 YEARS, HAVE HAD SO MANY BAD DREAMS ALL THESE YEARS, ALWAYS THE SAME ONE ,, OF WHAT HE DID TO ME ME, TWO TIMES , I QUIT MY JOB , I WAS EMBARRASSED, THOUGHT EVERY ONE COULD TELL, SO I GUIT THE JOB I LOVED AND ALSO  COULDN'T KEEP WORKING TO BECOME AN EAGEL, WORKING AT CAMP . WHAT THIS MAN DID TO ME WAS TO TAKE MY VIRGINITY AWAY FROM ME I REALIZED LATER, I 'VE LIVED WITH WHAT I THOUGHT WAS SHAME FOR 60 YEARS, , TILL THIS SUIT CAME UP, AND BROUGHT IT ALL UP AGAIN AFTER 80 YEARS, IT;S ALWAYS BEEN THERE JUST NEVER TOLD ANYONE , EXCEPT YOU AND ▓▓▓▓▓▓▓▓▓▓ . I KNOW  NOW IT'S NOT MY SHAME BUT HIS, HE GOT CAUGHT I HEARD, AND WENT TO JAIL ,  SAW HE DIED A FEW YEARS AGO GOOD , HE SURE DIDN'T GO TO HEAVEN, FOR WHAT HE TOOK FROM ME AND I'M SURE OTHER BOYS, SO SIR PLEASE DO WHATS RIGHT IN THIS CASE , THERE ARE A LOT OF ME OUT THERE SUFFERING ALSO THANK YOU MA'AM, I HAD THIS SENT TO YOU, I HAVE TO TYPE WITH A PENCEL TAPED TO MY HAND , HAD TWO STROKES, BUT NO POOR ME, JUST PLEASE DO YOUR JOB,
THANK YOU.▓▓▓▓▓▓▓▓▓▓
SA -▓▓▓▓▓▓



FILED
2021 MAY 12  AM 9:21
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801





BILLINGS MT 591

03 MAY 2021 PM

FIRST-CLASS

US POSTAGE $000.51
APR 29 2021
MAILED FROM ZIP CODE 59101