The reason for this is simple, by the time of the hearing, we'll be 15 months into the bankruptcy, and we're no closer to the BSA proposing a real path forward than we were when they filed bankruptcy in February of 2020.

We cannot allow your case to continue to drag on. The resources of the BSA that should go into a plan to compensate you instead of processing a vote through the Bankruptcy Court that is dead before it even gets voted on.

**Conclusion**

The good news is there are substantial assets to recover and pay real money damages. We know this because of how much insurance the BSA has and its other assets. We just need to make sure that the Court, the BSA, the local Councils, and their insurers know we are here, we are not going away for a pittance when they can afford much more, and that the only way to make institutions do more to protect children is to make sure the BSA is held accountable in this setting.

We will have another update out after the May 19th hearing. In that update we will discuss what the next steps are including if the plan is going out for vote, how the ballots will be distributed, continued analysis of the plan itself, and our recommendations to you about which way to vote. If the Judge approves the plan going out for vote on May 19th, ballots will start being sent in June and they will need to be returned by the end of July. Again, you are a creditor of the BSA in this bankruptcy, and you get a vote on whether the BSA has done enough to meet its obligations under the bankruptcy code. As stated above, we will have another update out after May 19th and will give you the lay of the land moving forward depending on what happens at the hearing.

In the meantime, please contact us at any time with any questions by calling us at ▮▮▮▮▮ or emailing us at ▮▮▮▮▮ Also, please do not hesitate to reach out about the letter you are thinking of writing, we are here as your resource and are happy to help you in any way we can.

Sincerely Yours,

▮▮▮▮▮

FILED 2021 MAY 12 AM 9:10
US BANKRUPTCY COURT
DISTRICT OF DELAWARE
CLERK

Dear Judge Silverstein:

When I was a young boy age of 12 ▮▮▮ I didn't know what kind of a horrible life I would have to endure all due to the fact I was homosexual. I turn 67 Sept ▮▮▮ and my situation has turned much worse. My mother passed away July 11 leaving me her 2 story wood frame house + 3 acres of property. Not being able to find work I advertised ▮▮▮ my house for sale on a local grocery store's wall.

an attorney ███████ ███████████████ and client
██████████████████████████ showed up on
my front door stating he'd pay me $35,000
for my house and Backe's of land. I was
cheated only paid $30,000. Anyway it
dragged on for four years. Oct 5 2016 I was
evicted. Brake's on my 98 Old's cut 2015 with
me dead no money would have changed hand's
I survived. Anyway as a young boy in ██████
High School I was beaten + raped for being
gay. Even the school teacher's encouraged
these action's from straight boy's. Smacked
in the back of the head on the school bus
and not afforded an education at ████████
High School because I was gay. Reich-
████████████████████████████████
████████████████████████████████ are
looking into filing some sort of case for
me dealing with ████████. High school ██████
███████████████████████████████████ was kind
enough to give me a job after losing my
house in 2016. I'm no longer working due
to the fact I have early congestive heart
failure & high blood pressure I turn 69 in
█████████████████████████. I joined the Scott's
1965 and had the same reception as from
██████████. Please Judge Silverstein make
these people pay dearly.
                                    Sincerely

Justice Lauri Selber Silverstein
BSA Bankruptcy case
824 Market Street 6th Floor
Wilmington, DE. 19801

19801-302499

