May 5, 2021

[redacted]

FILED
2021 MAY 12 AM 9:13
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**Dear Justice Laurie Selber Silverstein,**

I want to take this opportunity to share how being sexually violated in my youth, has adversely affected my life as an adult.

Subsequent to these acts being perpetrated upon me, I have suffered endless episodes of debilitating, clinical anxiety and depression.

Due to these diagnoses, I have been, and will have no alternative but to continue to utilize prescribed medications in order for me to function as a productive adult.

I have been unable to accept full-time employment to support myself and have been forced to rely on social security disability, as the prescribed, anti-anxiety medication regularly disrupts my sleep patterns.

The sexual misdeeds that were visited upon me, have also led me down a path of reckless behavior, such as promiscuity, and even a brief period of prostitution.

There are no works to describe what happens to a child when they are abused and cannot cry out for help, due to fear of reprisal. It changes a life beyond measure.

I want to thank you in advance for your time and consideration.

[signature redacted]

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St. 6th floor
Wilmington DE
19801

NORTH TEXAS TX 750
5 MAY 2021 PM 9 L

