**RE: Case Number:** ███████

To whom it may concern,

I was asked to write a letter to share my sexual abuse experiences while I was in the boy scouts.

When I was young I was fully involved in the scouting program starting out as a cub scout and eventually to the boy scouts. My scout troop was ████████████████████████ My scoutmaster's name was ████████ He was a great leader. He took me under his wing and helped me with a few badges and helped work my way to assistant senior patrol leader, and eventually senior patrol leader. In some ways I admired his leadership so much that I was considering when I became of age that I would be an assistant scoutmaster. As time went on there was a new assistant scoutmaster by the name of ████████ At first glance he seemed to be a 'normal' person who claimed "he was from a troop that went defunct and transferred to our troop because he enjoyed the program". Unfortunately, it took one single night to change my beliefs about the program.

We planned a camping trip to ████████████████████ We often called ████████. I know there is a ████████████████ but I don't remember which one it was because we took a lot of trips to both sites often. While we were at the campground and set up the tents and camp we discussed there will be one scoutmaster with two scouts per tent. Everything was fine the first couple nights however, the last night we stayed was the one I'll remember the most. As we're telling camping jokes, ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ He reminded us that we won't get in trouble. The next morning we were breaking camp and the other scout and I didn't say anything because we didn't want to get in trouble.

When we got back into town I was so disgusted with the weekend. I hardly said anything to anyone. Just unloaded the trailer and left. Normally we would sit and talk about the experience, I didn't want to share my experience. when my mom came to get me. She would ask how the trip was? I would say that it was ok. Because I didn't know how to answer that. Not long after that I drifted away from scouts because of the experience that I encountered. I wanted to tell ███ ███ but I didn't know how to tell him and I was scared of what would happen if I did say

something. I didn't know how far it went or if ▮ was the only person doing it, or if there were other scoutmasters in the camp. I don't believe ▮ had any idea of anything going on as we have shared a tent for many years before the encounter. After I left the scouts, I started to get some bad anxiety to the point I didn't trust anyone.

As the years went by my anxiety got worse. I moved out of state because I didn't want to bump into him at the store or something. However, moving didn't really help, because I still didn't trust anyone. I even got married a couple times, but due to my insecurities they were short lived. I've even tried marriage counseling, but it didn't help much because I had a hard time trusting people. I do however, have a 21 year old daughter. The same went for jobs. Sure I held down a few jobs. However, I would walk in every day hoping I didn't mess up or get fired. I am now disabled for anxiety and I see a psychiatrist on a normal basis. I was unaware of the lawsuit until my psychiatrist told me I could. We got on the subject of being molested as a kid. I mentioned the encounter I had, and he mentioned it to me. I give praise to the person who was strong enough to mention it and stood up for himself. He did something I should have done a long time ago. I think there are more victims, but they are either still scared or have moved on. For me personally it is something that I can't forget I think what happened to me was a knife stabbed in the back. I looked up ▮ and wanted to follow his footsteps, and like I said it took one night to wash all that away.

I feel they should be accountable for their actions. because it happened once and obviously has continued. I'm sure it won't ever stop until something worse happens, but by then it will be too late. Unfortunately, I feel the boyscouts need to close down. We have to protect these boys from the freaks out there. After all that will be a key entrance for predators. The same would go for the girl scout program as well. If anything has happened there they should be accountable. Which is surprising they don't have any cases like these. I want to thank you for taking the time to read this letter and I hope it helps you understand how the experience felt from my point of you

Sincerely,

Case Number: ▮

FILED 2021 MAY 12 AM 9:21 US BANKRUPTCY COURT CLERK DISTRICT OF DELAWARE




Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801