May 5, 2021



FILED

2021 MAY 12  AM 9: 13

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE   19801

Ref. Claim No. SA-████

Dear Justice Silverstein:

As a claimant in the Boy Scouts of America suit referenced above, I want to let you know how
the abuse I suffered at the hands of a Scout Master when I was 11 years old has affected my



The abuse happened during a Boy Scouts of America weekend campout in 1958 when the
adult male in charge gathered our group, consisting of approximately six young boys, and
showed us his gun, explaining that he had brought it along for protection. He said that he was
a military police officer in the Air Force.

████████████████████████████████████ I began to cry and was frightened. He told me to be quiet and
to never say anything about this to anyone. I was afraid of his gun and what might happen to
me if I told anyone. Therefore, I never told anyone for the next 50+ years.

This incident affected my life tremendously. I suffered with nightmares. My relationship with
my brother, who later came out as a gay man, was deeply affected. This trauma was on my
mind often, resulting in a lack of trust towards many males in my life. I finally started coming to
grips with this abuse after watching the movie *Spotlight* and opening up to my wife about what
had happened, but that didn't happen for over 50 years. My parents, siblings, and friends were
never aware.

The Boy Scouts of America need to be help responsible for not only my personal sexual abuse,
but for the sexual abuse suffered by many, many minor children during this era. This is about
abuse, not bankruptcy and insurance companies. BSA needs to be held accountable for
allowing this abuse to happen in the first place, and continuing the abuse by hiding behind a
bankruptcy claim and an insurance company who provides only lip-service to our claims.

Thank you for the time you have taken to read my letter.

████████████████████████████████

SANTA ANA CA  926

6 MAY 2021  PM 5  L

Justice Laurie Selber Silverstein
BSA Bankruptcy Case
824 Market St.  6th Floor
Wilmington, DE  19801

U.S.M.S.
X-RAY