Justice Lauri Seiber Silverstein

I'm not sure how to inform whomever about the abuse I encountered but, to put it right out forward, I was sexually abused around age 10 60 years ago and now after hearing about others I wonder how my life might have been different if it had never happened, I'm 71 now and too late to know, I will say that I had always looked forward to being a Boy Scout but after my experience I no longer wanted anything to do with the Scouts. Growing up in those years I was never allowed out very much sometimes only 15 minutes twice a day, I lived with a terrible stepdad who had a small grocery store and could only leave for school and a paper route, after finally getting the okay to go to the Boy Scouts and the first two meetings being molested. and now I know I wasn't the only one, I could go on and on but I just wanted to verify that this happened to me.

Justice Lauri Selber Silverstein
BSA Bankruptcy case
824 Market ST. 6th Floor
Wilmington De. 19801

19801-302499

