May 2, 2021

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

FILED
2021 MAY 12 AM 9:21
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**Claim ID Number:** ███████

Dear Justice Silverstein:

I am writing to you about my experience with the Boys Scouts of America. Shortly after I moved to Pennsylvania, my parents were introduced to ███████████ He was a Scout Master and encouraged my parents to put me in his troop. I loved being in the outdoors because I had lived on 150 acre farm in southern Maryland before we moved to Pennsylvania. Scouting gave me the ability to be outdoors again and explore. I also enjoyed learning about scouting and earning the merit badges to becoming an eagle scout.

The first time I was sexually abused by ███████ was while we were camping at Valley Forge. I was terrified, afraid and didn't understand what was happening. He kept saying relax, its okay. I just wanted to go home.

The second time I was abused was during another campout with the troop. Just like the first time, Mr. ███████ called me into his tent and sexually abused me. ████████████████████████ ███████████ I was pressured to do other things but I resisted. Mr. ███████ then threatened that if I ever told my father, he would make sure my father was put in prison and beat up. I believed him. The fear and the terror are still with me to this day.

Parents wanted their sons to joint Boys Scouts to become a better person, to learn all of the programs offered, to work toward earning enough points to become an eagle scout. Instead, many of us were abused and threatened. I know that I have been affected by my experience. I thought I could hide it away and forget about it. But that's not what happened. The sexual abuse affected all parts of my life. My sexual abuse affected relationship with my father, my self-worth, my sexual behavior.

I have worked very hard to overcome the anger and trauma I experienced. I only recently told my wife of 36 years about my abuse. I have not told my children but I will if they say they want to put my grandsons in scouting. Under no circumstances do I want my grandsons to experience what I went through.

Unfortunately, I recently felt abused and traumatized again after I read the Wall Street Journal article about looting the Boy Scouts of America. I don't want to loot the BSA. I want my abuse to be acknowledged and I want just compensation for acts that have affected my entire life.

Sincerely,







U.S.M.S. X-RAY

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

19801-302499

HARRISBURG PA 171
8 MAY 2021 PM 4 L