May 1, 2021

To the Honorable Justice Silverstein

Regarding BSA Bankruptcy Case
Claim# SA-████



**FILED**

2021 MAY 12 AM 9: 18

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Your Honor, it is with much anxiety that I am sitting down to write this letter to you. Please allow me to introduce myself first. My name is ████████████, I am 60 years of age. This letter is lengthy, but I ask that you please indulge me and read it through to the end.

49 years ago, this June 15, I was on a weekend campout with my BSA troop at Camp Rotary outside of Crawfordsville, Indiana. On the last night of the trip my scout master, ████████ told me I would be sleeping in his camper because my sleeping bag was still wet from a rain earlier that day. I was thrilled because all the kids sort of fought over who got to sleep in the camper with ████. We all admired him. When it was time for bed, he had me get into the same bed he slept in and scoot towards the wall and he was on the outside. I did not really think about it being weird because there were things piled up on the other bed, so I hopped in. I was 11 and had no clue what was about to happen. I can ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ it home again. After a while he began to snore and I snuck out of the bed and outside to the woods. I cannot remember much about what happened after getting outside. I was terrified and in shock. In the early morning I tried to tell a couple of boys what happened, but they did not respond very well. They beat me up and kicked me in the stomach for lying about ████. I stayed quiet until going home when I told my parents. They reacted as any parents would. I have never seen my dad or my mom so upset. We went to the police and reported it. Then I was taken to the doctor to be examined and at some point, to the prosecutor's office. All I know was I had to keep talking about it over and over. It was excruciating. I can substantiate all of this with documentation. A family member who is a retired detective helped me obtain copies of all the court documents concerning this to prepare for my case. Among these are the warrant for ████ arrest, the report stating they had his body locked up in the Montgomery County Jail and several other court documents. At some point in November or December my parents, who were witnessing the toll this was taking on me, decided that it would be too traumatic for me to testify in court. Without my testimony there was not sufficient evidence to convict ████ so all charges were dropped. Looking back, I understand why my parents chose to do this, but this decision failed me in the long run and allowed ████ to go on to abuse other young boys.

This was only the beginning of a lifetime of pain caused by the events of that one night. Although ████ was not convicted the Boy Scouts banned him for life from scouting. I was told that they did so because he had been accused of this before and they could not take the chance of him doing it again.

▮▮▮▮ younger stepbrother was a year ahead of me in school and so a lot of kids found out about what happened but not from me nor from my perspective. I was made fun of relentlessly. I became more and more depressed and extremely insecure. My sexual development and awareness were so messed up that I had no idea what to do and had no one to talk to about it. My parents refused to even allow it to be talked about, especially my mom. I had sunk emotionally into a bottomless pit. Any interaction with girls was extremely hard. When I got old enough where sexual situations would develop on a date I would either freeze and be unable to even talk or I would cry or get angry and scare the girl half to death. I tried explaining the situation to a couple of girls I got close to, but they did not know what to do so they just moved on. I gave up on the idea of ever having a "normal" life. Getting married and having a family was not even remotely possible to me. I was trapped inside this emotional chaos that I could not escape from. I lived in that hell, self-medicating and self-managing it for most of my adult life. About 10 years ago I had a complete emotional melt down. I told one of my therapists that if she could open a door to see inside of me it would be like an F5 tornado. I was in so much pain and had so much to deal with. I was diagnosed with acute PTSD. She wanted to prescribe meds, but I refused that option. I had begun using drugs at an early age to cope with the pain I was in. I was an addict and an alcoholic for many years. I did not want to use drugs to cope. I feared getting addicted all over again.

Sometime around 2010-2011 I tried to sue the BSA myself because of all the pain I was going through as a result of my abuse. The lawyer said that, because it had been so many years and there was no physical evidence the case had no chance of success. After hearing this I was angry. I contacted the BSA to let them know how I felt. I told them I wanted to sue but was told it was no use. I expressed my anger to them that this had happened to me. The person I talked to was quite nice and took a lot of information from me about the incident including the name of the Scout Master. When they called me back they told me that they could not find a single record of ▮▮▮▮ ever being a Scout Master. I found this to be remarkable. They did offer to pay for my counselling, but they afterwards declined because the therapist I had chosen was not approved.

Your Honor, it is hard for me to write this letter. I hope it did not skip around too much becoming hard to follow. What I am hoping that you can take away from this are these facts:

On June 15th I was sexually assaulted for an entire night by my Scout Master. This one night dramatically effected the rest of my life. It still does to this day almost 50 years later. 50 years!

The legal system and my parents failed to follow through to convict this abuser. He was arrested later and served at least some of an 8-year sentence in ▮▮▮▮ County Correctional center for molesting another boy. Who knows how many others he hurt.

The Boy Scouts of America only banned ▮▮▮▮ from scouting because he had already been accused of this before the incident with me. Then at some point after the incident with me they "lost" all record of ▮▮▮▮ Anderson being a Scout Master. **They failed to remove him before he raped me, and then they purged the records of him after he raped me.**

Now, as you are aware, I am being represented by ▮▮▮▮ and have a case pending against the BSA. I have kept up with the case and ▮▮▮▮ keeps me informed as to new developments as they happen. I have been so extremely disappointed that the BSA has failed to address what happened to me and all the others like me with any fair offer of compensation for the pain we have carried all our lives. I still lay in bed at night and ▮▮▮▮

I cannot sleep well most nights. I am married and do have 5 children, but you could ask my wife and she would tell you that I have been tormented about my manhood and anything to do with my sexuality for almost our entire marriage. She has been so patient and so much healing has come from her love and God's, but it has been exceedingly difficult on her as well. Besides my relationship with Jesus, she is the best thing to ever happen to me. She did not deserve this either. But it is not just the men who were abused as boys who suffer. Any one close to us must deal with the pain and work through the wreckage with us.

Your Honor, there is no amount of money that could make this pain go away but justice is justice. The Boy Scouts have 12 points in their law to be Trustworthy, Loyal, Helpful, Friendly, Courteous, Kind, Obedient, Cheerful, Thrifty, Brave, Clean and Reverent. It is my opinion that the BSA has been in violation of all their own laws for many decades because of the abuse they allowed to happen to the children put into their trust and because they continue to violate them today in adding insult to injury by their refusal to properly provide compensation that is meaningful to the thousands of men who were violated so horribly as young boys. In the case of sexual abuse that happened at USC the university did what was honorable and tried to put an amount they felt would be fair to compensate the victims. That amount ended up being 1.3 million dollars each. They did not run from the situation or try to minimize their loss. They did the right thing. The BSA, on the other hand, ran straight to bankruptcy court to protect their own interest. All they care about is being able to continue with their mission, a mission which they have mismanaged for several decades. What the BSA and the insurance companies who made millions from them are doing is absolutely sickening to me. I do not think they should be able to survive this unless they make right the terrible wrong they allowed and perpetuated by covering it up for all these years. The injury to my life can not be measured. The vivid memories that still haunt me will never go away. The damage is permanent and irreversible.

Your honor, I appreciate you taking the time to read this letter allowing me to share my thoughts and great disappointment about how the BSA is handling this with you. I hope that you take this letter into consideration as you rule in this case.

Best Regards

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

19801-302499

U.S.M.S. X-RAY

INDIANAPOLIS IN 460
6 MAY 2021 PM 1 L

