Justice Lauri Selber Silverstein
BSA Bankruptcy Case

To whom it my Concern:

Date 5/5/2021

This is my Statement or Story. I was a young child that was between 12, to 13, years old, that was sexually abused and tortured, in the care of the boy scouts of America.

I spent years talking with a psychiatrist. I felt ashamed because I thought it was my fault, I started having mood swings and depression. The doctor prescribed mood swing medication, than after a few years I was prescribed antidepressants. The doctor had me see a therapist that help children that where sexually abused, then I was put in a group therapy to listen and talk about my feeling's with the group. I was put in a Psychiatric hospitals, because of suicide attempt's, as I kept getting older I started questioning about my sexuality, I was taking off the mood swing medication and was prescribed anxiety medicine. After more years have pass, I started reading self help books. In group therapy It was recommended to me to get involved in a 12-step program. I spent five years.

page 1-2 over

Justice Lauri Selber Silverstein
BSA Bankruptcy Case

I'am Still Seeing a psychiatrist, and a therapist, and I'am still on medication for anxiety and depression. What I've learn after all these years, the sexually abused and being tortured Never ever go away it just gets, repressed deep down inside of me. I still have trust and fear Issues.

What I have share about myself in my letter is just only part of what I have had to deal with in my life.

The bottom line is I should be well compensated for all the pain and suffering for what happened to me as young child in the care of the Boy Scouts of America, and I also would like the Boy Scouts of America Completely Shut down, so no one else will be Sexually abused.

Thank you for reading my Story.
   Sincerely:
(a survivor of the BSA)

Date 5/5/2021
page 2 of 2



Justice Lauri Selber Silverstein
BSA Bankruptcy case
824 Market Street
6th Floor
Wilmington, DE 19801