May 4, 2021    ████████████████████

Justice Lauri Selber Silverstein
BSA bankruptcy Case 824 market St 6th Floor
Wilmington, DE 19801

To Whom It May Concern:

This is what happen to me at an after-school scouts meeting at a church several times. I was 9 years old in ██████ It is very hard to remember and I don't want to remember. It is hard when you have nightmares 2 to 3 times per week about it. The scout leader asks me to sit down on his lap. He had already removed

████████████████████████████████

████████      There was another older man I remember sometimes that went to the church. They tried to get me to lay down and do other things and I would not. This went on for two years or longer. Then guilt set in and I said to them I don't want to do this anymore and prayed to God to ask God to forgive me. I do not know why but I never told my family. Nothing ever happened to me again like this. I do believe that being molested like this caused me many emotional and relationship problems in my life that I will not go into.  I wish it did not happen to me at all.

FILED
2021 MAY 12  AM 9: 17
US BANKRUPTCY COURT
DISTRICT OF DELAWARE
CLERK

54

Justice Lauri Selber Silverstein

BSA Bankruptcy Case

824 Market St 6th Floor

Wilmington, DE 19801

19801-3024 99