Claim
BA - ▮

DEAR Judge of said court

Hello Sir, my name is ▮▮▮▮▮ I'm writting to you + the court's because of what happen to me as a youth under the hands of Boyscout's of america (BSA) I joined bsa thinking that it would teach me a better way of growing up in life (meaning) as a youth learn the positive ways about helping Elder's + others of a higher age aswell.

Sir I never knew anything about rape because my mother raised me + I always told her that I wanted to become a BSA, the day I became one I was happy because I never been camping outside of my community, I never been far away from home unless my mother was there, when my mother gave me permission to travel with BSA I felt like I became a positive kid around alot of negative people.

Sir I put alot of trust in people I didn't even know, as I stayed around a campmaster + hearing about all the fun + events that we was going to have I was enjoying all that until ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ this was happening I had so much fear in me because I had put trust in people I didn't know anything about.

much as a kid who can I tell to & they wouldn't believe me (nobody), I found out that this happening to me only made me become a trouble youth because of the fears that I had inside of me.

[redacted]

every weekend thinking we got an event going on but it wasn't, just me & the camp master bye ourself at park's parking lot at night, camp area's outside of Los Angeles County, I fought back a lot of pain, tears & a lot of fears through mHmR & yes a criminal history of in & out [redacted] prisons.

Sir I never knew what a real relationship was because I felt like me being raped as a kid would make a female think I would rape her as well, as I'm writting to you now tears are falling down my face because my past has come up, I have children but I don't speak about my past to them & yes I'm married to a loucible lady name [redacted] whom has helped me out a lot (talking about all my pain & what love really means) #

Thanks for your time in this matter Sir.

I'm still hurting a lot okay—



FILED
2021 MAY 12  AM 9: 20
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber-Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

19801-302499