May 6, 2021

To Judge Selberstein

My name is ▮▮▮ from New Orleans La. I am a 66 yr old Navy Vet of the Viet-Nam Era. I am also going to make this letter as short and painless as possible for me.

In 1965 I joined the BSA. My scout master was called brother ▮▮▮ was his last name. Never knew his first name as he was about 50 something years old. Around my grandfathers age at that time.

After scout mettings were over he would give me a ride home just me & him. He would stop at a liquor store, get me drunk & every time after that day the same thing would happen after scout mettings were over. bring me home, stop at a liquor store, get me drunk, then ▮▮▮ three. Later on that summer they took us to summer camp at a place called Camp Salmon in St Tammany Parish where all the new recuits were blindfor march into a wooded area at night singel file for some sort

▮▮▮

were touched. I later learned that as I turned 40 yr old that a lot of people in the old nebior hood new this man (pedophile) was molesting boys. I have never been married, dont have any children, & the longest relationshyp I've had with a woman has been 3 yrs. I am not a sad person I love my life + my dog + thats enough for me.

▮▮▮

FILED 2021 MAY 12 AM 9:11 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

NEW ORLEANS LA 700
7 MAY 2021 PM 1 L

Claim filing # SA-49445
To Judge Lauri Silberstein
BSA Bankruptcy Case
824 Market St,
6 FL Wilmington, Del.
19801

19801-302499