FILED
2021 MAY 12 AM 9:47
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

# Boy Scout Abuse Case

To the Honorable
Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE  19801
Claim Number: ███████

 I am ███████████████████████████████████, I am 89 years old, and I was abused when I was in the Boy Scouts. This abuse took place, the best I can remember, when I was about 14 years old. I had a lot of psychological and emotional problems for quite sometimes. I had problems with anxiety, , sleepless nights and a lot of the times, bad dreams that aroused me, being scared and being chased by characters trying to get to me, not trusting anyone or being around anyone. I used to take out my little dog, Snowball, and walk him, and I could not do that because of it being dark, I was afraid that someone would try to get me. I really had a rough time. My Dad noticed the change in me and tried to help me, but it did not help much. My Mom also noticed the change and she tried helping me, and that did not help much either. I heard them praying for me many nights. I had two sisters and a brother, we were very close, and I drew away from them and stayed pretty much to myself and tried distancing myself and wanted no one around me. I tried hiding my feelings, to no avail, nothing seemed to work. My friends tried to get me to be like I used to be, a happy go lucky type person. I felt like digging a hole, crawling into it and covering myself where no one could see me.

 Later, about two years of a very rough life, things seemed to be tapering off and I was beginning to have some peace, this also effected my schooling, I had to repeat the 8th grade. Things finally got back on track. But it did not stop there. Things got to going along pretty good. I got married and enjoying life. We had a lot of friends and did a lot of things together and about a year and a half into our married life, things started going downhill, big time. I began drinking. Things and people I liked a lot started fading away. I got to

being a mean vicious person, that no one wanted to be around, I had lost <u>all</u> love for anything and anyone, including my wife at that time. Things got really rough, and "I mean really rough,".

I was very, very bitter. My Mom and Dad noticed the direction I was heading and tried talking with me and trying to help, but I told them to keep their nose out of my business and I needed no help from anybody, just leave me alone. They said, " ▇ this isn't like you, what is going on with you, what is wrong?" I said just leave me alone, it was not a pleasant situation. I tried to control myself on the job. I was working with Dad and brother, ▇ who were building contractors, framing houses, trimming and building the cabinets that went in them. I was very, good at what I did and very particular and took pride in my work. Things began to really go downhill in my production. Dad and my brother were also very particular in the production of their work, they did not allow sloppy work at all.

The way I treated my wife, was not good at all, the love I had for her and everything else was totally gone and I had lost all feelings for everything. No love, pure hate for everything and everybody. My life at that time? SHAMBLES!!!

Things got so bad in our marriage that my wife ran off with another man, (I did not blame her), but when she left that just added to the problem. This went on for about four years, I really did not get along with anybody. I started going with this girl, just every now and then, and I really did not care too much for her, but it was just someone to be with. This was in ▇ Easter was just around the corner and she invited me to go to church with her on Easter Sunday, reluctantly, I accepted her invitation. I NEVER WILL FORGET THIS, for it changed my life completely, FOREVER.

This was at ▇ Memorial Methodist Church. Rev ▇ was the pastor at that time. I remember that, for when I was in school, me and a lot of my school friends went to this church and Rev. ▇ took up a lot of time with us and really helped us to do the right things in life. Usually, the Easter Message is about the resurrection of Jesus. Somehow he also brought out something about Hell. Not much was said about that, but that really got my attention, it worked on me big time, for three weeks that phrase made me realize, hell was where I was headed and I needed to make a change in my life. On the afternoon of April 16, ▇ I was working, overtime in one of the houses on which we were working, making extra money, which I put it on the car I had to get it paid off quicker. That day, The Lord was **really**

working on me and I knew I had to make a change in my life and I couldn't keep going the direction, of which I was going, I had no peace with God or myself, and I couldn't take it anymore, I got down on my knees and asked the Lord to forgive my sins and cleanse me of all unrighteousness and give me a new life, He did. WOW, did He ever!!! A total complete change, I mean a complete change, A NEW ME!  When I got up, off my knees, I had sch a wonderful feeling and felt SO CLEAN. I wanted to go to all the people I hurt and make amends, and that is what is what I did. I asked my Dad for some time off, to do what was needed to be done. He said by all means, and even paid me for that time. Ten days later, on April 26, ▮ I got another blessing from God. I met the most beautiful lady I have ever seen in my life, ▮▮▮▮▮. We fell in love with each other, 4 months later, my divorce became final and the next day, September 6, ▮, we were married.

    This is how the Lord "changed my life," I had a heart of stone, the Lord gave me a very tender heart and a beautiful wife to work for Him, the rest of our lives. My lovely wife and I have been in God's Ministry since the day we met. I am an ordained minister and I even have a Doctor Degree, in Theology. A lot of money? No but our needs are met, not our wants, but our needs, and a lot of the times, our wants, I am very well blessed. With my lovely wife, in our vows, to each other and to God, " TILL DEATH DO US PART." That is what happened, on June 29, ▮ my Baby, is Heaven with Jesus. He needed another beautiful flower to go in His garden, and He picked her. 63 plus wonderful years, together, (happy, wonderful years.) A MARRIAGE MADE IN HEAVEN, WITH GOD IN THE MIDDLE. My oh my WHAT A BLESSING. I am writing a book honor of my Baby, titled, "A MARRIAGE MADE I HEAVEN WITH GOD IN THE MIDDLE" A true love story of Maggie and Buddy Mann. It will be a religious  book  showing the importance, an benefits of putting GOD FIRST IN YOUR LIFE.

    This statement, to the best of my knowledge, is true, from start to finish, as God is my witness.



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

(Claim #


)