FILED
2021 MAY 12 AM 9:57
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

To: Justice Laurie Silber Silverstein
From: ▇

May 6, 2021

This letter comes now to explain my complaints against the Boy Scouts Of America. In 1960 for an ongoing time.
I was mentally, physically and sexually abused by my Scout Master at ▇ I was 12 years old and because of this abuse I spent many years in counseling and still today experience bad nightmares. I spent all the years thereafter my abuse resenting authority. Due to this I am asking the courts to hear and review my complaint that is before the court against the BSA.
Thank you for your time and patience with this matter.
Hopefully, this will aid in stopping abuse of children in the future.

Thank You



BSA Bankruptcy Case
824 Market St.
6th Floor
Wilmington, DE 19801