

May 5, 2021

The Honorable Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

Dear Justice Silverstein:

Reference Claim No. SA-███

I am writing to you to share my experience:

"I first met ███ Aiea Community Gym. He was always very friendly towards us (kids) and entertained us with magic tricks. I was in the fifth grade attending ███ Elementary School. I believe it was at this time we were told that a Boy Scout Troop was going to be organized at the school, and that all those interested should attend a meeting. At the meeting, ███ and another older man gave us a talk about scouting. ███ would be the Assistant Scoutmaster. I do not remember the Scoutmaster's name, nor do I remember the troop number.

My dad signed the papers and I used monies from my paper route to purchase the uniform and other required items. I really enjoyed the meetings and always looked forward to the group activities.

███

While the Scoutmaster and the other boys were attending other activities, ███ suggested that I go to my tent and he would help me.



The second incident occurred at another camping event at Ewa Beach. This time, late at night while the others were sleeping, he

After this second incident, I stopped going to the meetings and never went back to scouting! My parents asked me why I stopped attending the meetings, and I told them that I no longer enjoyed scouting. This made my dad very angry with me; he told me that I was a quitter and had wasted my savings. I did not tell my dad what really happened, because I was afraid he would hit me for letting someone touch me like that, and he most certainly would have given ▮▮▮▮ a beating!"

Mahalo (thank you) for taking time to read this letter.

Sincerely,