To the honorable Judge Silverstien,

Thank you for taking the time to read this letter, and I apologize ahead of time for the tone in which it is written, but I am IRATE at the way BSA and their insurures are slighting their responsibilities, and essentially telling us that it doesn't matter that we were victimized by their staff.

It does matter.

It matters a lot.

I was barely 5 years old when my troop leader made me ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. Imagine that were your child in that situation (or your niece, or your nephew). Imagine how angry you would be. Imagine the justice you would want served to them.

The BSA cannot take these events back, they can't undo them. And now, it feels as though they are trying to dismiss them. To dismiss me.

Being molested - being raped - by my boyscout troop leader at that tender age - barely out of the formative years - has wrought havoc and destruction into every facet of my life since then.

I became a drug addict and have struggled with addiction for years, trying to numb the shame I carry with me.

Due to my drug addiction, I have been in and out of prison my entire life. Countless years lost that I'll never get back.

I can't trust people, I sabatoge my relationships because I'm always worried about people taking advantage of me.

Every good thing I've ever had in my life I have destroyed because of how broken and screwed up I am inside.

This case cannot be about insurance companies pinching pennies. It just can't. This case is about children being abused by people they were supposed to be able to trust. My life - as I imagine every other victim in this case's life - was utterly destroyed by this gross oversight, and derelection of duty by the BSA.

Please, do the right thing, force this institution to do EVERYTHING in their power to try to make up for this. To try to apologize. To try to take responsibility. Thank you for your time.



FILED
2021 MAY 12  AM 9: 11
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE




SPOKANE WA 990
7 MAY 2021 PM 4 L

19801-302499

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street, 16th Floor
Wilmington, DE
19801