May, 2021

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801
RE: SA█████

Your Honor,

I am one of the eighty-four thousand (84,000) men that have filed claims against the Boy Scouts of America in the terrible saga of their sexual abuse perpetrated on young men and children.
I may be one on the youngest to come forward with my abuse claim as I was only ten years old. Yes, I said ten years old, not even old enough to understand what the word sex meant. My sexual abuse was perpetrated upon me on a west Texas scout camp-out that I had been invited to attend by my older brother. My exciting expectations for that evening quickly turned into my most horrible night ever when we all went to our camp-out sleeping spots and I was told by the Scout leader that I would be safer if I slept next to him.

I told no one, not even my parents, because I did not understand at my young age and was too ashamed of what was done to me. The *only* individuals I have ever confided in were my two wives, the first of which is now deceased. That pervert, who may still be living, left an indelible mark on my physic that I will carry to my final resting place. I was such a naïve ten year old in that spring of ███ and trusted everyone which ended that evening.

My life continued with marriage and a proud Father of two daughters and now a grandfather of two young men. In 2005, fifty years after my assault, I felt I had to find a resolution to my abuse and for the second time was living in the state of Texas. I so wanted that sexual predator to face justice on what he had done to me and more than likely, others in that same Scout Troop. I contacted the ███████County, Texas authorities where I had lived in ██████ with my parents and hopefully try finding the name of that sexual abuser and bring him to justice.

That correspondence with ████████ County, Texas continued for about two years and I did my own research, looking on-line and finding the Troop number and the men that were the leaders during that time. I furnished that information to the Sheriff and County Attorney but our back and forth and their research turned up nothing. I'm assuming since this was a very old case to them, they did not really want to put much effort into helping me as the statute of limitations was long gone, so I put my search on the back burner.

Then in 2010, newspaper articles appeared all over the country and I lived just north of Dallas, Texas which happens to be the headquarters of the BSA. So the *Dallas Morning News* was all over it with articles for several years and I have dozens of articles I have saved from all the newspapers articles I ran across and my personal file which is well over an inch thick. Then in 2019, advertisers on television began searching for men abused by the BSA, hoping that those responsible would pay the price for their obvious oversight. So, I signed on thinking maybe now, I will get mental relief from that abuse so many years ago.

i am so angry that the records of the hundreds of perverted Scout leaders that abused thousands of young men for decades were kept *"top secret"* by the BSA in their *"perversion files"* that came to light after lawsuits. In a November 17th, 2020 article from *USA Today* they quoted a BSA statement that *said "We are devastated by the number of lives impacted by past abuse in Scouting and moved by bravery of those who came forward...The response we have seen from survivors has been gut wrenching. We are deeply sorry."* Yeah sure, maybe some are but the *"perversion files"* proves them wrong.

What do I want? I do know the BSA organization wants to come of out this scandal and bankruptcy with clean hands and lots of money to keep it in business. But I want satisfaction in knowing the leaders in the BSA are held accountable for the crimes that were top secret for so many years. I also want them to pay for the suffering and pain we eighty-four thousand, plus those that did not come forward or sadly died before they could.





Justice Laura Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE. 19801