05 MAY, 2021

TO THE BANKRUPTCY COURT - JUSTICE LAURI SELBER SILVERSTEIN
IN THE CASE OF THE BOY SCOUTS OF AMERICA,

MY NAME IS [REDACTED] AND I AM INCARCERATED AT THE [REDACTED]. I AM CURRENTLY SERVING A LIFE SENTENCE FOR RAPE. AND, I AM A PRODUCT OF THE ABUSE GENERATED THROUGH ASSOCIATION WITH THE BOY SCOUTS OF AMERICA BACK IN THE 1960s. MY CLAIM NUMBER IS SA-[REDACTED] FOR USE OF REFERENCE.

IT HAS BEEN BROUGHT TO MY ATTENTION THAT THE BSA AND THE HARTFORD HAVE COME TO AN AGREEMENT AS TO THE AMOUNT OF THE INSURER'S RESPONSIBILITY IN THIS CASE. I FIND THIS TO BE SNEAKY, UNDERHANDED, AND ATROCIOUS AS THERE WAS NO INPUT FROM WE THE VICTIMS AND NO MANDATE FROM THIS COURT. IN MY VIEW, THIS SIGNIFIES THAT THE BSA IS STILL TRYING TO BURY THE SITUATION AND KEEP CONDUCTING THE BUSINESS OF TURNING A BLIND EYE AS USUAL. IT'S A PERPETUAL GAME OF, "WE DIDN'T SEE IT. THEREFORE, IT COULDN'T HAVE HAPPENED".

WRONG, IT HAPPENED. AND JUST HOW MUCH IS STILL HAPPENING? AS IN MY SITUATION, HOW MANY TOLD SOMEONE, ONLY TO HAVE THOSE THEY TOLD ALSO ABUSE THEM? HOW OFTEN HAS THE PREY BECOME THE PREDATOR? HOW MANY WITH NO AFFILIATION OF ANY KIND TO THE SCOUTING PROGRAM HAVE GONE, OR ARE GOING, THROUGH THE ABUSE INSTIGATED IN THIS PROGRAM? AS WELL AS COMPENSATING PAST

- OVER -

VICTIMS, WHO IS HOLDING THE BSA, ITS' BACKERS, AND ITS' INSURERS RESPONSIBLE FOR THE CURRENT AND FUTURE VICTIMS OF THE CYCLE STARTED FROM WITHIN THEIR PROGRAM?

WHO IS GOING TO ESTABLISH, FUND, ORGANIZE, AND INSTITUTE PROGRAMS TO DELVE INTO THE DEPTHS THE DEPRAVITY CONTINUES TO SPIRAL? WHO IS GOING TO HIRE AND FUND COUNSELORS THROUGHOUT THIS COUNTRY WHO WILL WORK WITH THE VICTIMS TO LET THEM KNOW THEY'RE NOT AT FAULT BUT A VICTIM. WHO IS GOING TO STRIVE TO BREAK THE CYCLE? IF LEFT UP TO THE UNCONSCIOUNABLE BSA, AND THE INSURANCE CARRIERS WHOSE ONLY CONCERN IS IN THEIR BOTTOM LINE, NOT THEM. THEY JUST WANT IT AT TO GO AWAY.

I SAY, DON'T LET THIS BE SWEPT ANY FURTHER UNDER THE RUG. BUT LIFT THE RUG, SHAKE IT LOOSE, AND STIR IT UP. HOLD THE BSA AND ALL ASSOCIATED WITH THEM RESPONSIBLE FOR PAST, PRESENT, AND FUTURE.

UNLESS IT IS A COURT REQUIREMENT, THIS CAN BE USED IN PART OR ENTIRETY WITHOUT REDACTION.






X-RAY

JUSTICE LAURI SELBER SILVERSTEIN
BSA BANKRUPTCY CASE
824 MARKET STREET 6TH FLOOR
WILMINGTON, DE
19801

19801$3024 C012