---

  

FILED
2021 MAY 12  AM 9: 07
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Judge Silverstein
824 Market St., 6th Fl.
Wilmington, DE  19801

RE:    BSA Bankruptcy, 20-10343 (LSS)

Judge Silverstein:

I hope this letter does not seem like part of the pile of letters seemingly inundating the docket lately.  I filed an abuse claim only after months of contemplation.  As a child and young adult, I loved the Boy Scouts of America.  Scouting was a major focus in my life.  No sports.  Oddly enough, the number of friends I had could be counted on half of one hand.  This was the case since seventh grade and continues to this day, some 40 years later.

I was abused by a fellow scout at age 11.  Years later I was abused by an assistant scoutmaster when I was in seventh grade, which continued through part of eighth grade.  I was actually part of a small group of older scouts who were collectively abused.  The behavior was normalized, and gradually evolved from innocuous conversation to vulgar conversation, to feeling comfortable showering together, to sexual assault.  And then repeated sexual assault.  It was so gradual, the grooming, that it seemed like normal behavior – because exposure to sexual behavior came without any sort of personal experience.  This is what guys do, or so I was told.

People at school found out about what happened at summer camp and the bullying began.  No one would associate with a ▓▓▓▓▓  I was ostracized and humiliated and abused again.  The socialization aspect of my development ceased in seventh grade.  I grew older hiding the guilt and shame trying to put forth a positive outlook on life.  But I was never happy.  I felt, and still feel, empty inside and sometimes dead inside.  A life of major depression, anxiety, self-hatred, suicidal thoughts, trust issues, is a most unpleasant way to spend nearly 54 years.  I avoid thinking about what happened to avoid the deep emotional lows.

That being said, I can still see and feel every detail of what happened.  His rough facial hair, his ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ not been exposed to x-rays, the only explanation for damage to that area was the physical assaults of being groped so tightly and lifted in the air so many times during a significant time of personal development.

When I became a Scoutmaster with my own troop, I was adamant about protecting the boys in my charge. I was unfortunately tasked with reporting two assistants to the Scout Executive for suspected abuse. I also served proudly as part of a group to educate other adults on the significance of the new Youth Protection Program in the early 1990s. I believe in Scouting and the benefits it offers to young men – when the mentors in charge are responsible and care about the principles of scouting.

I did not enter this BSA bankruptcy as a claimant for a financial gain. I didn't believe there were very many others who experienced what I did. So many years I thought I was only one who continued to suffer from the damage of sexual abuse. I didn't acknowledge the massive impact sexual abuse would have over a lifetime. There is real and emotional damage done to victims of sexual abuse. For me the real damage is the loss of long-term income. The emotional damage can hardly be quantified. That those tasked with insuring the national BSA, local councils and chartered organizations are attempting to disavow their promises to cover the losses victims suffered is unconscionable.

Please consider demanding a Disclosure Statement and Plan that would satisfy the liability exposure faced by the entities seeking protection from the final injunction. It's not about the money – it is about making the most of whatever life is left for victims. No amount of money can give back the past 40 years.

Thank you for your time. I know you have a daunting task in the days, weeks and months to come.

Sincerely,

