5-7-21

FILED

2021 MAY 12 AM 9:10

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

To: JUSTICE SILVERSTEIN

MY ATTORNEY, ███████████████ ASKED

WRITE AND TELL YOU WHAT HAPPENED TO ME

WHEN I WAS A CHILD.

MY FATHER WAS KILLED IN AN AUTO ACCIDENT,
1937
WHEN I WAS 6 YRS OLD. MY MOTHER DID ODD

JOBS TO SUPPORT MY BROTHER AND ME. WE

LIVED IN AKRON, OHIO. OUR RELATIVES LIVE

IN NEW YORK & PENNA. I HAD NOT MUCH ADULT

DIRECTION. MOTHER SUGGESTED I JOIN BSA. FOR

SOMETHING OF DIRECTION OF MY LIFE.

I WAS 8 YRS OLD. I WENT TO A BSA MEETING

IN SOUTH AKRON. THE MEN THAT WAS IN

CHARGE OF THE MEETING ASKED ME TO

STAY AFTER THE MEETING. I DID. WHEN

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

I HAVE LIVED WITH THIS SHAME ALL MY LIFE.

████████████████████████

JACKSONVILLE FL 320

7 MAY 2021 PM 3 L

FOREVER / USA

19801-302499

JUSTICE LAURI SELBER SILVERSTEIN
BSA BANKRUPTCY CASE
824 MARKET ST    6½ FLOOR
WILMINGTON, DE 19801

U.S.M.C.
X-RAY