RE: ███████████

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801



From: ███████████

Re: ███████████

\*\*\*\*\*\*\*\*\*\*\*\*\***Please do not show my name if this is published**\*\*\*\*\*\*\*\*\*\*\*\*\*\*

A 12-year-old boy and his two sisters were dealing with tremendous turmoil, chaos and uncertainty at home. Their mother had begun having extremely severe bouts of depression & mental illness, resulting in several periods of hospitalization, and their father was becoming increasingly despondent, being the sole income earner while trying to hold the family together and get them through the family crisis.

The man that boy trusted most outside his immediate family during that time was a pillar of his community, and a close neighbor. The man who ended up reaching far across the front seat of the truck, ███████████ during the ride home from scout practice, telling him to 'relax' while ███████████

That boy was me, and the man was my Boy Scout Troop Scoutmaster.

Sure, it could have resulted in a worse outcome, perhaps had the child not eventually told his parents about a highly uncomfortably experience that occurred on the way home from scout practice. But NO child in such a vulnerable circumstance, much less any child, should have had to endure that.

BSA, it's time for you to do the right thing.

\*\*\*\*\*\*\*\*\*\*\*\*\***Please do not show my name if this is published**\*\*\*\*\*\*\*\*\*\*\*\*\*\*