MAY 4, 21

(1)

JUDGE SILVERSTEIN,

I WAS 12.
I HAD AN I.Q. OF 156 WAS IN GIFTED CLASSES & WAS PLANNING ON SKIPPING TWO GRADES. BACK THEN I HAD A FORM OF AUTISM WHICH IS NOW KNOWN AS ASPERGER'S. SCOUTS HAD STRUCTURE. IT WAS THE ONLY REAL COMRADERIE I HAD W/ OTHER KIDS. IN SCHOOL I DID NOT FIT IN.
"ORDER OF THE ARROW" & ALL IT'S SECRECY & RITUAL ALLOWED THIS MONSTER TO DO THESE THINGS TO ME.
AFTER I QUIT SCOUTS I QUIT SCHOOL ATTEMPTED SUICIDE & THEN RAN AWAY FROM HOME. SINCE THEN MY LIFE HAS BEEN INSTITUTIONALIZATION, ADDICTION, & HOMELESSNESS.
I DO NOT BLAME MR. ▮▮▮▮ FOR THESE THINGS, THE DECISIONS I MADE WERE MY OWN. HOWEVER, I SEE THE BRAIN AS A BIOLOGICAL COMPUTER & THE THINGS HE DID TO ME IMPLANTED A VIRUS INTO MY BRAIN. I DIDN'T GROW UP TO BE A CHILD MOLESTER NOR A RAPIST, BUT I DID STEAL

2

I.e. self sabatoged. I'm a big time cutter & suffer severe depression.

It lowered my self esteem & caused me to question my own sexuality (I'm straight).

My life was an a good trajectory until Mr ▮▮▮▮

There are a couple guys in here who tried to ye & get in this lawsuit. They were not accepted. My claims have been validated.

This man ruined my mind & my mind ruined my life.

STATE PRISON
GENERATED MAIL



U.S.M.S.
X-RAY

CORCORAN
STATE PRISON



U.S. POSTAGE >> PITNEY BOWES
000.51°
MAY 06 2021



JUSTICE LAURI SELBER SILVERSTEIN
ATTN: BANKRUPTCY CASE
824 MARKET ST.
6th FLOOR
WILMINGTON, DE
19801