To whom it may concern.
It is with many reservations that i write this letter to you regarding the sexual abuse I experienced from my adoptive father, ▓▓▓▓ a church going christian and Boy Scout leader.

**FILED**
2021 MAY 12 AM 9:10
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

At the time I became aware that things with ▓▓▓ was "off" begun in Louisiana, just after I was adopted. Although it wasn't until later I realised what was happening.
At that time he was "messing around" with young teenagers. After my adoptive father was caught abusing boys, sometime in 1964/65, he was asked to leave the church and the Boy Scouts in Louisiana, it was hushed up and he had to leave town; at that point my adoptive parents separated for a while and my mother, sister and I had to relocated to Alabama.

The awful part was in Alabama, I also saw photographs that had been ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

He, started "grooming" me, when I was about 9-14 years old, but it didn't work too well, however he continued to do so. He continually tried to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Eventually I tried to punch him off me. However it was a 5 year period of constant sexual attention.
Even in Alabama, he tried to become part of the Boy Scouts again, but I believe that didn't happen.
I ended up running away from home when I was 14, since my adoptive sister was going to college and that would leave me alone with this really ▓▓▓▓▓ adoptive mother and father.

It has affected my entire life, I have had trust issues, depression, a feeling of not being "normal", did I do something to encourage it. No he basically was a selfish child abusing man of god.
I strongly suspect my adoptive mother knew what was a going on, but

the 1950's and 60's in the south was not conducive to defending children and as god fearing church people, the man was always right.
When the list of scout leaders accused of abuse, was released in the about 2010, his name was there for all to see. ███
I have been lucky enough to find a woman who can deal with the life long effects of abuse, but inside the damage he inflicted on his (adopted) son stays with me.
Other people within the Boy Scouts were aware of this abuse, as were church elders, but nothing was ever done.
The on going fight against the scouts has made everything resurface.



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St
6th Floor
Wilmington
DE 19861



