


May 6, 2021

**United States Bankruptcy Court for the District of Delaware**
Judge Laurie Selber Silverstein
824 North Market Street
6th Floor
Wilmington, DE 19801

Dear Judge Silverstein:

In the matter versus the Boy Scouts of America, we have had many clients come forward to tell their story and share their painful experiences from their time involved as members.

Enclosed, please find a statement from our client who wanted to share their personal experience. In order to protect their identity we have redacted their personal information. Although anonymous, it was important for them to share their experiences with the Court as this very important case continues to move forward.

We look forward and await the next steps as we continue to seek justice for our clients from the events that took place during their time involved with the Boy Scouts of America.

Sincerely,

(1)

March 11, 2021

My name is ███████████████. I am a 45 year old man living in ███████████. I am the father of a six year old girl.

My story begins around 1989 or 1990 when I was a member of a Boy Scout troop that met at the ███████████ ███████████████████. We were led by Scout Master ███████████ and assistant Scout Masters' ███████████████████ ███████████ among others.

During my time as a Boy Scout, I was subjected to no less than seven traumatizing encounters at the hands of ███████████. The abuse was obscene, vile, horrifying, disgusting, and incredibly life altering. I remember the abuse became more and more egregious with every instance.

The first incident took place while traveling with the Boy Scouts on a canoeing trip to the ███████████ just outside ███████████, about an eight hour drive South of my hometown ███████████. I was assigned to share a tent with ███████████████████████████. As bad luck would have it, I slept in the middle with ███████████ on my left side. On

the morning of our second day in

A few weeks after our return from
[redacted] arrived

unannounced and uninvited to my house. My mom answered the door and I overheard ▮▮▮▮ saying to her that "I know his father isn't around and I would like to show him how to shoot a gun". To which my mom responded "Why don't you go with him?" "He wants to teach you things.". I voiced my disapproval but was met with "Go, I'm sure you'll learn something and you'll enjoy yourself.". The second and third time ▮▮ picked me up to go "shoot his gun" were almost identical to the first. This is what happened.

We drove about 15 miles out of town into what resembled a rock quarry. A deep caliche pit with walls all around that rose from the ground to about 30 feet. The quarry, with it's high walls and its distance from town provided ▮▮▮ ▮▮▮ with the seclusion he needed to assault me without restraint or fear of onlookers. Each time he would come around the truck to my side of the vehicle where

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

The most traumatic experience occured at [redacted] house. This time he lured me under the false pretense of teaching me to drive his truck. He drove us directly to his house where he lived with his parents. With no one else there, he showed me to his room. With the bedroom door closed and

5

[redacted]

"True to his word" [redacted] never came by to pick me up again. But every so often throughout my adult life, the thoughts return to haunt me. I was never confused about my sexuality. I know I've always been attracted to females. But [redacted] always made me question whether or not I put out a certain vibe that attracted gay men to me. It altered the way I act and react in certain scenerios. The experiences hurt me to my core. It made me not trust people in authority, it made me afraid to stand up for myself, it made me think I was disgusting for allowing it to happen. How can an adult use a child as a toy, or a means for self gratification?

On December 21, ▆▆▆ I married my wife. She had a daughter from a previous marriage. In March of 2015 my 15 year old stepdaughter came to me with a problem. Her boyfriend had talked her into showing him her breasts during a "Facetime" call. He took a "screen shot" of her bare breasts and eventually had texted the photo to a minimum of 7 friends. The day the school administration became aware of the photo they called my step daughter into the office & told her that they'd be sharing the days events with her parents. About 1 pm that day I recieved a phone call from a hysterical step daughter begging me to call the school & tell them I was her father, I asked several questions & she told me she would explain later. I called the school and they told me about the picture and that they felt confident that all boys had deleted the picture. They also told me that my daughter wanted to go home for the day.

Once I picked her up she started crying and begging me not to tell her mom. I only wanted to help

her out to earn points with her as she hadn't fully accepted me as an authority figure in her life. I didn't agree at first and I told her that if she hadn't told her mom by Sunday night, that I'd tell her for her. She agreed. The next two days she followed me everywhere I went & begged the whole time that I keep her secret. As the days progressed the begging became more and more suggestive. To the point she would grab my hand and pull it to her chest and stress "I'll do ANYTHING". Frozen and afraid, I found myself trying to catch my breath and control the trembling exactly the way it would happen with ▇▇▇▇. I felt the need to scream as loud as I could. I couldn't tell her mom now could I? I whispered to her that I'd give her a few more days. Those few days turned into a few more then a few more. About three weeks later I asked her "What did you mean by "anything"?". She said "I don't know, what do you want?" I eventually told her what I wanted and three

⑧

times over the next three weeks she ████████████ One year later I heard her call her mom a bitch. and she and I got into an argument. She punched me five times in the chest so that I'd leave her room. After the fifth time I pushed her onto her bed. Later that night she went to her aunts house and told her everything that happened the year before. The following day I was arrested. During my interrogation at the 24 minute mark I confessed to the police everything I had done. Four hours later, I was still talking. I told them all that ████ had done to me twenty-six years earlier.

I'm not nor will I ever be proud of what I did to my step-daughter. But I am proud that I didn't make her a victim again by calling her a liar. Although she did say things that weren't true, I took my charge and didn't run from it

the way I was told that ▮▮▮▮
▮▮▮▮▮▮ did. I was told that
the car accident that took his
life looked a lot like suicide.
    I am currently four years into
a ten year sentence for sexual abuse
of a minor. I must serve five years
before I'm eligible for parole. Today
I AM a different person. I once
considered myself a victim, now I
consider myself a survivor. I have
a new found confidence that I wasn't
aware was possible. There is no amount
of money that could take away what I
endured or erase what I've done,
but because of where my heart is
in this moment, I plan on giving
half of my money to my step-daughter.
Because not only am I a "victim", but
I also made a "victim".