SA - [redacted]
Claim Number

Justice: Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street.
6th floor
Wilington, DE 19801

FILED 2021 MAY 12 AM 9:19 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

in regards to the sexual abuse case, its been years of emotional break downs, Sucidal thoughts, nightmares and blaming myself as to why this was happening to me the pain will not go away Im currently in treatment nothing seems to help me feel normal I turned to street drugs and alcohol to numb the pain.

I fight everyday with myself I am the victim I was abused by my scout leader for years and Im sure their other victims as well but I can only speak for me I will never get back what he took away from me now Im taking all kinds of medications and seeing different Doctors I have PTSD, Mood disorders, Social behavior problems Anxiety, anti social disorders and behavior. I am seeing therpoty and concilors Im in and out of the North Central healthy Care Center for deep depression and thoughts of hurting myself. I feel that money cant fix or repair my soul but $6,000 isnt hardly enough to help for all the years of suffering sexual abuse, I would like to ask the court for a larga amount of money like $20,000 for suffering and damages.

thank you

[redacted]