Dear Judge Silverstein,

My case number is ███████████████████████ My arty is ███████████████. I'm a victim of ███████████████████████████████████ I'm 66 years old now. It happened a number of times in three months. ███████████████ The abuse has ruined/degraded many relationships I've had physiologically in my lifetime. Nightmares from time to time a few not too many also. By killing the secret talking about it has helped some. Your honor please don't let these insurance companies Hartford, the BSA, affiliates, short us on a reorganizational money settlement for pennies on the dollar. The last offer was an insult/pittance far from the fairness meter we deserve. It's May 6th today. Please help us AIS claimants as myself for better compensation I think we deserve. I wish that none of this happened. Please help us. Thank you for your time.



Justice Lauri Selbur Silverstein
BSA Bankruptcy Court
U.S.M. 824 Market St., 6th Floor
X-RAY Wilmington, DE. 19801
ATTN: Justice L.S. Silverstein

19801-302499