SA - ███████

Justice Lauri Selber Silverstein

I almost don't know where to begin. I still litterally live this out almost every day. Sometimes I get suicidal because my mind races it. Every day. I would go to scouts meetings and was usually the last to leave. He would

███████████████████████████

Just ~~thinking~~ thinking about it. These people have ruined my life. I just want them to pay for what they have done and covered up

FILED 2021 MAY 12 AM 9:45
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE




Justice Lnc~Selber, Silverstein
BSA Bankruptcy Case
824 Market Street
6th floor
Wilmington DE
19801

INDIANAPOLIS IN 460
8 MAY 2021 PM 6 L

19801-302499