

FILED
2021 MAY 12 AM 9: 15
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 6, 2021

**United States Bankruptcy Court for the District of Delaware**
Judge Laurie Selber Silverstein
824 North Market Street
6th Floor
Wilmington, DE 19801

Dear Judge Silverstein:

In the matter versus the Boy Scouts of America, we have had many clients come forward to tell their story and share their painful experiences from their time involved as members.

Enclosed, please find a statement from our client who wanted to share their personal experience. In order to protect their identity we have redacted their personal information. Although anonymous, it was important for them to share their experiences with the Court as this very important case continues to move forward.

We look forward and await the next steps as we continue to seek justice for our clients from the events that took place during their time involved with the Boy Scouts of America.

Sincerely,



| | |
|---|---|
| **From:** | ▮ |
| **Sent:** | Tuesday, January 26, 2021 1:53 PM |
| **To:** | ▮ |
| **Subject:** | Boy Scout |

To who it may concern. My name is ▮. And yes I would like to sit down and talk to someone about what happened to me 50 years ago. This is been on my mind for all of these years. This has been a burden on me and my family for years and I would love to get it out and let him know what they done to me and how my life turned out. So please contact me let me know when exactly what I need to do to sit down and talk to someone or if I need to write a statement please let me know thank you so much. ▮

Sent from my iPhone

1