MAY 1rst 2021

① CLAIM #  ▮

FILED
2021 MAY 12 AM 9:09
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

YOUR HONOR,
MY NAME IS ▮
I AM WRITING YOU THIS letter ▮ YOU MY STORY. WHEN I WAS 11 YEARS OLD I WAS MOLESTED BY MY CUB SCOUT DEN LEADER HIS LAST NAME ▮

WOULD tell HIM TO STOP. HE THREATENED ME THAT IF I TOLD ANYONE THAT HE WOULD HURT ME. I WAS VERY SCARED that HE WOULD HURT ME That's WHY I HAVE kept ALL OF THIS Inside AND DID NOT SAY ANYthing. When Someone touches ME IT Triggers ME. I Believe MY Severe Depression WAS Caused BECAUSE OF what MR ▮ Did TO ME. ▮ WOULD offer TO Pick ME UP MY Parents Trusted Him. When ▮ WAS DRIVING ME HOME ▮

MR ▮ WOULD TAKE ME TO HIS Apartment Because HE WAS MY Ride Home

TO ONE OF MY CUB SCOUT Meetings MR JACKSON Apertment was Completely Cleaned out AND MR ███ WAS gone. No one knew of MR ███ where Abouts. No one knew where MR ███ WENT TO.

I Thank you For your Time your Honor For taking The Time To READ MY STORY

Sincerely

███

Justice Lauri Selber
Silverstein BSA Bankruptcy
Case
824 Market Street 6TH Floor
Wilmington, DE
19801

SANTA ANA CA 926
5 MAY 2021 PM 1 L

U.S.M.S.
X-RAY

19801-302499