From:
Subject:
Date: May 7, 2021 at 11:41 AM
To:



Justice Lauri Selber Sillverstein
BSA Bankruptcy Case.
824 Market St. 6th floor
Wilmington, DE 19801

Your Honor,

I was attacked by two of my BSA instructors, in NYC, at their apartment when I was ten years old. The attack was 71 years ago.

I was able to escape their attack. I did not continue school for the next three years, until I was caught by a Truant Officer. My mother was

asked to meet with the head of the school. She was horofied by the condition of the school and she arranged for me to attend a

private school ▮▮▮▮▮▮ Academy.

I was aware over the years that the BSA had numerous gay folks running their programs. Their were boys at ▮▮▮▮▮ that had been attacked by

their BSA instructor. The damage done to me and to others was substantial. This practice has been going on for years. Many young people have been very badly damaged by this. I would like to see the

BSA punished for this failure on their part. BSA has ruined their mission, they should have to pay a hefty sum.

Thank you,

*Sorry for the printer spacing*

Justice Laurie Selba Silverstein
BSA Bankruptcy SA
824 Market St. 6th Floor
Wilmington, DE 19801

ALBUQUERQUE NM 870
7 MAY 2021 PM 3 L

