claim # ▮▮▮

Hello my name is ▮▮▮ and I've suffered in my mind all these years. I'm 64 now and the child abuse happened to me when I was a young teenager. As a result of what happened to me I couldn't go Into a shower area all through junior high and high school. I've blocked this assault out for years. I do remember my parents taking me to a child guidance person for many visits as after what happened to me my whole personality changed and I stayed to myself for years and lost my childhood friends. I hate how the BSA have just brushed us aside like trash. I don't know what to say as I sit at my kitchen table and cry as I remember what happened.



P.S. Please show the BSA. they can't hide our pain anymore.

FILED 2021 MAY 12 AM 9:09 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE