BSA Bankruptcy Cs.# ▮▮▮▮▮

The Honorable Justice Lauri Selber Silverstein

BSA Bankruptcy Case

624 Market St.

6th Floor

Wilmington, DE 19801



I am writing you regarding the Elite Boy Scouts of America and their misconceptions on alot of things regarding the cases filed by me and others who they seem to think either weren't molested or it couldn't possibly happen in their care. I can assure you it did! To be honest my personal opinion is they should be disbanded because I don't think they have the ability or desire to police them selves.

  I grew up in a very Victorian household and for the three years I was a scout it was something (sex) that wasn't dare talked about, I believe the ▮▮▮▮▮ me also knew this however I was warned by both of them that my parents wouldn't believe it. I also, knowing my parents I would have been accused of lying or just making up stories, which lead me no option but to tell my parents I no longer had an interest in the scouts and wanted to play baseball. I know there were others around my age at the time due to the fact they also quit. I never talked to them about what went on as I said, at that time you just didn't. I have carried this with me for 60 years, never seeking help as I was to humiliated, embarrassed, and unsure if maybe I did something that caused it.......that was the worse! I have pushed this to the back of my mind for all these years, 71 now and when I saw the advertisement on TV regarding this I felt the need to finally get it off my chest.

▮▮▮▮▮ and team, my attorney, was very kind, understanding, and I sensed he was not being judge mental as I told him my story which is what has scared me over the years. Speaking of over the years I have been married, a short time and suddenly in my fifties I was diagnosed as bi-polar, whenever the time in the scouts rears it's ugly head it seems something negative happens. I have NEVER told anyone about those years except ▮▮▮▮▮ and would greatly appreciate it if you would not divulge my info, as it's a personal thing.

Thanks in advance for whatever you can do, they have got away with this far to long! I remain,

▮▮▮▮▮



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801



BILLINGS MT 591

FIRST-CLASS

02 7H
0001255363    APR 29 2021
MAILED FROM ZIP CODE 59101
$ 000.51⁰
US POSTAGE