# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 2618**<br><br>Hearing Date: May 19, 2021 at 10:00 a.m. (ET)<br>Objection Deadline: May 12, 2021 at 4:00 p.m. (ET) |

I hereby certify that on May 12, 2021, I caused the ***Limited Objection Of The AIG Companies To Debtors' Motion For Entry Of An Order (I) Scheduling Certain Dates and Deadlines In Connection With Confirmation Of The Debtors' Plan Of Reorganization, (II) Establishing Certain Procedures And, (III) Granting Related Relief*** to be served via e-mail unless otherwise indicated upon the parties on the attached list.

*/s/ Deirdre M. RIchards*
Deirdre M. Richards (DE Bar No. 4191)
FINEMAN KREKSTEIN & HARRIS PC
1300 N. King Street
Wilmington, DE 19801
Telephone:     (302) 538-8331
Facsimile:     (302) 394-9228
Email:     drichards@finemanlawfirm.com

-and-

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

{01757242;v1}                                   1

FORAN GLENNON PALANDECH PONZI &
RUDLOFF P.C.
Susan N.K. Gummow (admitted pro hac vice)
222 N. LaSalle St., Suite 1400
Chicago, Illinois 60601
Telephone: (312) 863-5000
Facsimile: (312) 863-5009
Email: sgummow@fgppr.com

-and-

GIBSON, DUNN & CRUTCHER LLP
Michael A. Rosenthal (admitted pro hac vice)
James Hallowell (admitted pro hac vice)
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
Email: mrosenthal@gibsondunn.com
jhallowell@gibsondunn.com

-and-

GIBSON, DUNN & CRUTCHER LLP
Matthew G. Bouslog (admitted pro hac vice)
3161 Michelson Drive
Irvine, California 92612
Telephone: (949) 451-3800
Facsimile: (949) 451-4220
Email: mbouslog@gibsondunn.com
Attorneys for National Union Fire Insurance Company of Pittsburgh, Pa.; Lexington Insurance Company; Landmark Insurance Company; The Insurance Company of the State of Pennsylvania; and their affiliated entities

Counsel to the Debtors
White & Case LLP
1221 Avenue of the Americas
New York, New York 10020 (Attn: Jessica C. Lauria (jessica.lauria@whitecase.com)
and
111 South Wacker Drive, Chicago,
Illinois 60606 (Attn: Michael C. Andolina (mandolina@whitecase.com)
Matthew E. Linder (mlinder@whitecase.com), and Blair Warner
(blair.warner@whitecase.com))

Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347 (Attn: Derek C. Abbott (dabbott@morrisnichols.com)
Andrew R. Remming (aremming@morrisnichols.com), Eric W. Moats
(emoats@morrisnichols.com), and Paige N. Topper (ptopper@morrisnichols.com)

U.S. Trustee
844 King Street, Suite 2207\
Lockbox 35
Wilmington, Delaware 19801 (Attn: David L. Buchbinder (david.l.buchbinder@usdoj.gov) and
Hannah M. McColllum (hannah.mccollum@usdoj.gov)

Counsel to the Tort Claimants' Committee
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19801 (Attn: James I. Stang (jstang@pszjlaw.com), John A. Morris
(jmorris@pszjlaw.com), James E. O'Neill (joneill@pszjlaw.com), and John W. Lucas
(jlucas@pszjlaw.com)

Counsel to the Creditors' Committee
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036 (Attn: Thomas Moers Mayer (tmayer@kramerlevin.com), Rachael
Ringer (rringer@kramerlevin.com), David E. Blabey, Jr. (dblabey@kramerlevin.com), Jennifer
R. Sharret (jsharret@kramerlevin.com), and Megan M. Wasson (mwasson@kramerlevin.com)

Counsel to the Future Claimants' Representative
Young Conaway Stargatt & Taylor, LLP
1000 North King Street
Wilmington, Delaware 19801
(Attn: Robert S. Brady (rbrady@ycst.com), Edwin J. Harron (eharron@ycst.com), and Sharon M. Zieg (szieg@ycst.com))

Counsel to JPMorgan Chase Bank National Association, Norton Rose Fulbright US LLP
2200 Ross Avenue
Dallas, Texas 75201-7932 (Attn: Louis R. Strubeck (louis.strubeck@nortonrosefulbright.com) and Kristian W. Gluck (kristian.gluck@nortonrosefulbright.com))

**Boy Scouts of America - Master Service List**                                                                                              05/06/2021

| | | |
|---|---|---|
| Abernathy, Roeder, Boyd & Hullett, P.C.<br>Attn: Chad Timmons<br>Attn: Larry R. Boyd<br>Attn: Emily M. Hahn<br>1700 Redbud Blvd, Ste 300<br>McKinney, TX 75069<br>ctimmons@abernathylaw.com | Adams and Reese LLP<br>Attn: Henry C. Shelton, III<br>6075 Poplar Ave, Ste 700<br>Memphis, TN 38119<br><br>Henry.Shelton@arlaw.com | Andrus Wagstaff<br>Attn: Sommer D. Luther<br>7171 W Alaska Dr.<br>Lakewood, CO 80226<br><br>sluther@wagstafflawfirm.com |
| Andrus Wagstaff, PC<br>Attn: Aimee H. Wagstaff<br>7171 W Alaska Dr<br>Lakewood, CO 80226<br><br>aimee.wagstaff@andruswagstaff.com | Ashby & Geddes, PA<br>Attn: Bill Bowden<br>500 Delaware Ave, 8th Fl<br>P.O. Box 1150<br>Wilmington, DE 19899-1150<br>wbowden@ashbygeddes.com | Baird Mandalas Brockstedt, LLC<br>Attn: Stephen W. Spence<br>1413 Savannah Rd, Ste 1<br>Lewes, DE 19958<br><br>sws@bmbde.com |
| Baker Manock & Jensen, PC<br>Attn: Jan T. Perkins<br>5260 N Palm Ave, Ste 421<br>Fresno, CA 93704<br><br>jperkins@bakermanock.com | Ballard Spahr LLP<br>Attn: Matthew G. Summers<br>Attn: Chantelle D. McClamb<br>919 N. Market St, 11th Fl<br>Wilmington, DE 19801-3034<br>summersm@ballardspahr.com | Bayard, PA<br>Attn: Erin Fay/ Gregory Flasser<br>600 N King St, Ste 400<br>Wilmington, DE 19801<br><br>efay@bayardlaw.com |
| Bielli & Klauder, LLC<br>Attn: David M Klauder<br>1204 N King St<br>Wilmington, DE 19801<br><br>dklauder@bk-legal.com | Bodell Bove, LLC<br>Attn: Bruce W. McCullough<br>1225 N King St, Ste 1000<br>Wilmington, DE 19801<br><br>bmccullough@bodellbove.com | Bradley Arant Boult Cummings<br>Attn: Edwin Rice<br>Attn: Elizabeth Brusa<br>100 N Tampa St, Ste 2200<br>Tampa, FL 33602<br>eRice@bradley.com |
| Bradley Riley Jacobs PC<br>Attn: Todd C. Jacobs<br>500 W Madison St, Ste 1000<br>Chicago, IL 60661<br><br>tjacobs@bradleyriley.com | Brown Rudnick LLP<br>Attn: David J. Molton<br>7 Times Square<br>New York, NY 10036<br><br>DMolton@brownrudnick.com | Brown Rudnick LLP<br>Attn: Sunni P. Beville<br>Attn: Tristan G. Axelrod<br>1 Financial Ctr<br>Boston, MA 02111<br>sbeville@brownrudnick.com |
| Buchalter, A Professional Corporation<br>Attn: Shawn M. Christianson<br>55 Second St, 17th Fl<br>San Francisco, CA 94105-3493<br><br>schristianson@buchalter.com | Butler Snow LP<br>Attn: Daniel W. Van Horn<br>P.O. Box 171443<br>Memphis, TN 38187-1443<br><br>Danny.VanHorn@butlersnow.com | Carruthers & Roth, PA<br>Attn: Britton C Lewis<br>235 N Edgeworth St<br>P.O. Box 540<br>Greensboro, NC 27401<br>bcl@crlaw.com |
| Chipman Brown Cicero & Cole, LLP<br>Attn: Mark L. Desgrosseilliers<br>Hercules Plaza<br>1313 N Market St, Ste 5400<br>Wilmington, DE 19801<br>desgross@chipmanbrown.com | Chipman, Brown, Cicero & Cole, LLP<br>Attn: Mark Desgrosseilliers<br>1313 N Market St, Ste 5400<br>Wilmington, DE 19801<br><br>desgross@chipmanbrown.com | Choate, Hall & Stewart LLP<br>Attn: Douglas R. Gooding<br>Attn: Jonathan D. Marshall<br>Attn: Michael J. Foley, Jr<br>Two International Place<br>Boston, MA 02110<br>dgooding@choate.com |
| Clyde & Co US LLP<br>Attn: Bruce D. Celebrezze<br>Four Embarcadero Center, Ste 1350<br>San Francisco, CA 94111<br><br>bruce.celebrezze@clydeco.us | Clyde & Co US LLP<br>Attn: Konrad R. Krebs<br>200 Campus Dr, Ste 300<br>Florham Park, NJ 07932<br><br>konrad.krebs@clydeco.us | Commonwealth of Pennsylvania<br>Dept of Labor & Industry<br>Attn: Deb Secrest/Collections Support Unit<br>651 Boas St, Rm 925<br>Harrisburg, PA 17121<br>ra-li-ucts-bankrupt@state.pa.us |
| Connolly Gallagher, LLP<br>Attn: Karen C. Bifferato<br>Attn: Kelly M. Conlan<br>1201 N Market St, 20th Fl<br>Wilmington, DE 19801<br>kbifferato@connollygallagher.com | Coughlin Duffy, LLP<br>Attn: Kevin Coughlin/Lorraine Armenti<br>Attn: Michael Hrinewski<br>350 Mt Kemble Ave<br>P.O. Box 1917<br>Morristown, NJ 07960<br>kcoughlin@coughlinduffy.com | Cousins Law LLC<br>Attn: Scott D. Cousins<br>Brandywine Plaza W<br>1521 W Concord Pike, Ste 301<br>Wilmington, DE 19803<br><br>scott.cousins@cousins-law.com |

**Boy Scouts of America - Master Service List**                                                                 05/06/2021

| | | |
|---|---|---|
| Crew Janci LLP<br>Attn: Stephen Crew<br>Attn: Peter Janci<br>1200 NW Naito Pkwy, Ste 500<br>Portland, OR 97209<br><br>steve@crewjanci.com | Cross & Simon, LLC<br>Attn: Christopher Simon<br>Attn: Kevin Mann<br>1105 N Market St, Ste 901<br>Wilmington, DE 19801<br><br>csimon@crosslaw.com | Crowell & Moring LLP<br>Attn: Mark D. Plevin<br>Attn: Austin J. Sutta<br>3 Embarcadero Center, 26th Fl<br>San Francisco, CA 94111<br><br>mplevin@crowell.com |
| Crowell & Moring LLP<br>Attn: Tacie H. Yoon<br>1001 Pennsylvania Ave, NW<br>Washington, D.C. 20004<br><br>tyoon@crowell.com | David Christian Attorneys LLC<br>Attn: David Christian<br>105 W. Madison St., Ste 1400<br>Chicago, IL 60602<br><br>dchristian@dca.law | Davidoff Hutcher & Citron LLP<br><br><br><br><br><br>jsp@dhclegal.com |
| Davidoff Hutcher & Citron LLP<br>Attn: Jonathan S. Pasternak<br>Attn: James B. Glucksman<br>Attn: Robert L. Rattet<br>605 3rd Ave<br>New York, NY 10158<br>rlr@dhclegal.com | Davies Hood PLLC<br>Attn: Jason P. Hood<br>22 N Front St, Ste 620<br>Memphis, TN 38103-2100<br><br><br><br>Jason.Hood@davieshood.com | Dorsey & Whitney LLP<br>Attn: Bruce R. Ewing/E. Schnabel<br>51 W 52nd St<br>New York, NY 10019<br><br><br><br>ewing.bruce@dorsey.com |
| Dorsey & Whitney LLP<br>Attn: Eric Lopez Schnabel<br>Attn: Alessandra Glorioso<br>300 Delaware Ave, Ste 1010<br>Wilmington, DE 19801<br><br>schnabel.eric@dorsey.com | Doshi Legal Group, P.C.<br>Attn: Amish R. Doshi<br>1979 Marcus Ave, Ste 210E<br>Lake Success, NY 11042<br><br><br>amish@doshilegal.com | Faegre Drinker Biddle & Reath LLP<br>Attn: Michael P. Pompeo<br>1177 Ave of the Americas, 41st Fl<br>New York, NY 10036-2714<br><br><br>michael.pompeo@faegredrinker.com |
| Faegre Drinker Biddle & Reath LLP<br>Attn: Patrick A. Jackson<br>Attn: Kaitlin W. MacKenzie<br>222 Delaware Ave., Suite 1410<br>Wilmington, DE 19801-1621<br><br>Patrick.Jackson@faegredrinker.com | Ferry Joseph, PA<br>Attn: John D. McLaughlin, Jr.<br>824 N Market St, Ste 1000<br>Wilmington, DE 19801<br><br><br>jmclaughlin@ferryjoseph.com | Fineman Krekstein & Harris, PC<br>Attn: Dierdre M Richards<br>1300 N King St<br>Wilmington, DE 19801<br><br><br>drichards@finemanlawfirm.com |
| Flordia M. Henderson<br>P.O. Box 30604<br>Memphis, TN 38130-0604<br><br><br>flordia@fhendersonlaw.net | Florida State Prison<br>Attn: William Russel Hill<br>PO Box 800<br>Raiford, FL 32083-0800 | Foley & Lardner LLP<br>Attn: Richard J Bernard<br>90 Park Ave<br>New York, NY 10016<br><br>rbernard@foley.com |
| Foley & Lardner LLP<br>Attn: Victor Vilaplana<br>3579 Valley Centre Dr, Ste 300<br>San Diego, CA 92130<br><br>vavilaplana@foley.com | Foran Glennon Planadech Ponzi & Rudloff, P.C.<br>Attn: Susan N K Gummow<br>Attn: Igor Shleypak<br>222 N LaSalle St, Ste 1400<br>Chicago, IL 60614<br><br>sgummow@fgppr.com | Fournaris & Mammarella, PA<br>Attn: Bill Kelleher<br>1925 Lovering Ave<br>Wilmington, DE 19806<br><br>BKelleher@gfmlaw.com |
| Fox Swibel Levin & Carroll LLP<br>Attn: Margaret M. Anderson<br>200 W Madison St, Ste 3000<br>Chicago, IL 60606<br><br>panderson@foxswibel.com | Gilbert LLP<br>Attn: Kami Quinn / Attn: Meredith Neely<br>Attn: Emily Grim / Attn: Jasmine Chalashtori<br>700 Pennsylvania Ave, SE Ste 400<br>Washington, DC 20003<br><br>quinnk@gilbertlegal.com | Godfrey & Kahn, SC<br>Attn: Erin A. West<br>1 E Main St, Ste 500<br>P.O. Box 2719<br>Madison, WI 53701-2719<br><br>ewest@gklaw.com |
| Godfrey & Kahn, SC<br>Attn: Timothy F. Nixon<br>200 S Washington St, Ste 100<br>Green Bay, WI 54301-4298<br><br>tnixon@gklaw.com | Hicks Thomas LLP<br>Attn: John B.. Thomas<br>Attn: Allison Fisher<br>700 Louisiana St., Ste 2300<br>Houston, TX 77002<br><br>jthomas@hicks-thomas.com | Hogan, McDaniel<br><br><br><br><br><br>gfmcdaniel@dkhogan.com |

**Boy Scouts of America - Master Service List**                                                          05/06/2021

| | | |
|---|---|---|
| Hogan, McDaniel<br>Attn: Daniel K. Hogan<br>Attn: Garvan F. McDaniel<br>1311 Delaware Ave<br>Wilmington, DE 19806<br><br>dkhogan@dkhogan.com | Hoover & Slovacek, LLP<br>Attn: Steven A. Leyh<br>Galleria Tower II<br>5051 Westheimer Rd, Ste 1200<br>Houston, TX 77056<br><br>leyh@hooverslovacek.com | Ice Miller<br>Attn: Daniel R. Swetnam<br>Arena District<br>250 West St<br>Columbus, OH 43215<br><br>daniel.swetnam@icemiller.com |
| Ichor Consulting, LLC<br>Attn: J. Chad Edwards<br>3626 N Hall St (Two Oak Lawn) Ste 610<br>Dallas, TX 75219<br><br>Chad@IchorConsulting.com | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Jacobs & Crumplar, PA<br>Attn: Raeann Warner/Thomas Crumplar<br>750 Shipyard Dr, Ste 200<br>Wilmington, DE 19801<br><br>Raeann@jcdelaw.com |
| James, Vernon & Weeks, P.A.<br>Attn: Leander L. James<br>Attn: Craig K. Vernon<br>Attn: R. Charlie Beckett<br>1626 Lincoln Wy<br>Coeur d'Alene, ID 83815<br>ljames@jvwlaw.net | Janet, Janet & Scuggs, LLC<br>Attn: Gerald D Jowers, Jr<br>500 Taylor St, Ste 301<br>Columbia, SC 29201<br><br>GJowers@JJSJustice.com | JPMorgan Chase Bank, NA<br>Attn: Phil Martin<br>10 S Dearborn St<br>Mail Code Il1-1415<br>Chicago, Il 60603 |
| Jpmorgan Chase Bank, NA<br>c/o Norton Rose Fulbright US LLP<br>Attn: Louis R. Strubeck, Jr<br>1301 Ave of the Americas<br>New York, NY 10019-6022<br><br>louis.strubeck@nortonrosefulbright.com | Justice Law Collaborative, LLC<br>Attn: Kimberly A. Dougherty<br>19 Belmont St<br>South Easton, MA 02375<br><br>kim@justicelc.com | Karr Tuttle Campbell, PS<br>Attn: Bruce W. Leaverton<br>701 5th Ave, Ste 3300<br>Seattle, WA 98104<br><br>bleaverton@karrtuttle.com |
| Kelly, Morgan, Dennis, Corzine & Hansen, P.C.<br>Attn: Michael G. Kelly<br>P.O. Box 1311<br>Odessa, TX 79760-1311<br><br>mkelly@kmdfirm.com | Klehr Harrison Harvey Branzburg LLP<br>Attn: Domenic E. Pacitti<br>919 Market St, Ste 1000<br>Wilmington, DE 19801<br><br>dpacitti@klehr.com | Klehr Harrison Harvey Branzburg LLP<br>Attn: Morton R. Branzburg<br>1835 Market St, Ste 1400<br>Philadelphia, PA 19103<br><br>mbranzburg@klehr.com |
| Kramer Levin Naftalis & Frankel LLP<br>Attn: Thomas Moers Mayer/Rachel Ringer<br>Attn: David E. Blabey Jr./Jennifer R. Sharret<br>Attn: Megan M. Wasson<br>177 Ave of the Americas<br>New York, NY 10036<br>tmayer@kramerlevin.com | Latham & Watkins LLP<br>Attn: Adam J Goldberg/Robert J Malionek<br>Attn: Madeleine C Parish/Benjamin A Dozier<br>1271 Ave of the Americas<br>New York, NY 10020-1401<br><br>adam.goldberg@lw.com | Latham & Watkins LLP<br>Attn: Jeffrey E Bjork<br>Attn: Kimberly A Posin<br>Attn: Deniz A. Irgi<br>355 S Grand Ave, Ste 100<br>Los Angeles, CA 90071-1560<br>jeff.bjork@lw.com |
| Law Offices of Betti & Associates<br>Attn: Michele M Betti<br>30 Wall St, 8th FL<br>New York, NY 10005<br><br>mbettilaw@gmail.com | Linebarger Goggan Blair & Sampson, LLP<br>Attn: Don Stecker<br>112 E Pecan St, Ste 2200<br>San Antonio, TX 78205<br><br>sanantonio.bankruptcy@publicans.com | Linebarger Goggan Blair & Sampson, LLP<br>Attn: Elizabeth Weller<br>2777 N. Stemmons Fwy, Ste 1000<br>Dallas, TX 75207<br><br>dallas.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson, LLP<br>Attn: John P. Dillman<br>P.O. Box 3064<br>Houston, TX 77253-3064<br><br>houston_bankruptcy@publicans.com | Maurice Wutscher LLP<br>Attn: Alan C. Hochheiser<br>23611 Chagrin Blvd. Ste 207<br>Beachwood, OH 44122<br><br>ahochheiser@mauricewutscher.com | McCreary, Veselka, Bragg & Allen, PC<br>Attn: Tara LeDay<br>P.O. Box 1269<br>Round Rock, TX 78680<br><br>tleday@mvbalaw.com |

| | | |
|---|---|---|
| McDermott Will & Emery LLP<br>Attn: Ryan Smethurst<br>Attn: Margaret Warner<br>500 N Capitol St NW<br>Washington, DC 20001-1531<br><br>rsmethurst@mwe.com | Miller, Canfield, Paddock and Stone, P.L.C.<br>Attn: Danielle Mason Anderson<br>277 S Rose St, Ste 5000<br>Kalamazoo, MI 49007<br><br>andersond@millercanfield.com | Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.<br>Attn: Kim V. Marrkand<br>Attn: Nancy D. Adams<br>Attn: Laura Bange Stephens<br>One Financial Center<br>Boston, MA 02111<br>kmarrkand@mintz.com |
| Mirick, O'Connell, DeMallie & Lougee, LLP<br>Attn: Kate P Foley<br>1800 W Park Dr, Ste 400<br>Westborough, MA 01581<br><br>kfoley@mirickoconnell.com | Mirick, O'Connell, DeMallie & Lougee, LLP<br>Attn: Paul W Carey<br>100 Front St<br>Worcester, MA 01608<br><br>pcarey@mirickoconnell.com | Missouri Dept of Revenue<br>Bankruptcy Unit<br>Attn: Steven A Ginther<br>P.O. Box 475<br>Jefferson City, MO 65105-0475<br><br>deecf@dor.mo.gov |
| Monzack Mersky Browder & Hochman, P.A.<br>Attn: Rachel B. Mersky<br>1201 N Orange St, Ste 400<br>Wilmington, DE 19801<br><br>rmersky@monlaw.com | Monzack Mersky McLaughlin & Browder, PA<br>Attn: Brian McLaughlin<br>Attn: Rachel B. Mersky<br>1201 N Orange St, Ste 400<br>Wilmington, DE 19801<br><br>bmclaughlin@monlaw.com | Moore & Rutt, PA<br>Attn: David N. Rutt<br>Attn: Scott G. Wilcox<br>122 N Market St<br>P.O. Box 554<br>Georgetown, DE 19947<br>dnrutt@mooreandrutt.com |
| Morris James LLP<br><br><br><br><br><br>emonzo@morrisjames.com | Morris James LLP<br>Attn: Brett D. Fallon<br>Attn: Brya M. Keilson<br>500 Delaware Ave, Ste 1500<br>P.O. Box 2306<br>Wilmington, DE 19899-2306<br>bfallon@morrisjames.com | Morris James LLP<br>Attn: Stephen M. Miller<br>Attn: Carl N. Kunz, III<br>500 Delaware Ave, Ste 1500<br>Wilmington, DE 19801<br><br>smiller@morrisjames.com |
| Motley Rice LLC<br>Attn: Daniel R. Lapinksi<br>210 Lake Dr E, Ste 101<br>Cherry Hill, NJ 08002<br><br>dlapinski@motleyrice.com | Motley Rice LLC<br>Attn: Joseph F. Rice<br>28 Bridgeside Blvd<br>Mt Pleasant, SC 29464<br><br>jrice@motleyrice.com | Nagel Rice LLP<br>Attn: Bradley L Rice<br>103 Eisenhower Pkwy<br>Roseland, NJ 07068<br><br>brice@nagelrice.com |
| Napoli Shkolnnik PLLC<br>Attn: R. Joseph Hrubiec<br>919 N Market St, Ste 1801<br>Wilmington, DE 19801<br><br>RHrubiec@NapoliLaw.com | Nelson Comis Kettle & Kinney, LLP<br>Attn: William E. Winfield<br>300 E Esplande Dr, Ste 1170<br>Oxnard, CA 93036<br><br>wwinfield@calattys.com | Nelson Mullins Riley & Scarborough LLP<br>Attn: David Barnes, Jr<br>101 Constitution Ave NW, Ste 900<br>Washington, DC 20001<br><br>david.barnes@nelsonmullins.com |
| Nicolaides Fink Thorpe Michaelides Sullivan LLP<br>Attn: Matthew S. Sorem<br>10 S Wacker Dr, 21st Fl<br>Chicago, IL 60606<br><br>msorem@nicolaidesllp.com | Norton Rose Fulbright Us LLP<br>Attn: Louis Strubeck/ Kristian Gluck<br>Attn: Ryan Manns<br>2200 Ross Ave, Suite 3600<br>Dallas, TX 75201-7932<br><br>louis.strubeck@nortonrosefulbright.com | Nye, Stirling, Hale & Miller LLP<br>Joel M. Walker<br>1145 Bower Hill Rd, Ste 104<br>Pittsburgh, PA 15243<br><br>jmwalker@nshmlaw.com |
| O'Connor Playdon Guben & Inouye LLP<br>Attn: Jerrold K. Guben<br>Makai Tower, Ste 2400<br>733 Bishop St<br>Honolulu, HI 96813<br><br>JKG@opgilaw.com | O'Melveny & Myers LLP<br>Attn: Tancred Schiavoni<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036-6537 | Office of the Attorney General<br>Attn: Christopher S Murphy<br>Attn: Sherri K Simpson<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548<br>christopher.murphy@oag.texas.gov |
| Office of the United States Trustee<br>Attn: David L. Buchbinder<br>Attn: Hannah M. McCollum<br>844 King St, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>david.l.buchbinder@usdoj.gov | Pachulski Stang Ziehl & Jones<br>Attn: James I. Stang<br>10100 Santa Monica Blvd, 13th Fl<br>Los Angeles, CA 90067-4003<br><br>jstang@pszjlaw.com | Pachulski Stang Ziehl & Jones LLP<br>Attn: Iain Nasatir<br>10100 Santa Monica Blvd, 13th Fl<br>Los Angeles, CA 90067-4003<br><br>inasatir@pszjlaw.com |

**Boy Scouts of America - Master Service List**                                                                                05/06/2021

| | | |
|---|---|---|
| Pachulski Stang Ziehl & Jones LLP<br>Attn: James Stang/Robert Orgel<br>Attn: James O'Neill/John Lucas/Ilan Scharf<br>919 N Market St, 17th Fl<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>jlucas@pszjlaw.com | Paul Mones PC<br>Attn: Paul Mones<br>13101 Washington Blvd<br>Los Angeles, CA 90066<br><br>paul@paulmones.com | Pension Benefit Guaranty Corporation<br>Attn: Patricia Kelly, CFO<br>Attn: Cassandra Burton, Attorney<br>Attn: Craig Fessenden<br>1200 K St NW<br>Washington, DC 20005<br>kelly.patricia@pbgc.Gov |
| Perdue, Brandon, Fielder, Collins & Mott, LLP<br>Attn: John T. Banks<br>3301 Northland Dr, Ste 505<br>Austin, TX 78731<br><br>jbanks@pbfcm.com | Pfau Cochran Vertetis Amala PLLC<br>Attn: Michael Pfau/Jason Amala<br>Attn: Vincent Nappo<br>403 Columbia St, Ste 500<br>Seattle, WA 98104<br><br>michael@pcvalaw.com | Phillips Lytle LLP<br>Attn: Angela Z Miller<br>One Canalside<br>125 Main St<br>Buffalo, NY 14203<br><br>amiller@phillipslytle.com |
| Post & Schell, PC<br>Attn: Paul Logan<br>300 Delaware Ave, Ste 1380<br>Wilmington, DE 19801<br><br>plogan@postschell.com | Potter Anderson & Corroon LLP<br>Attn: Jeremy Ryan<br>Attn: D. Ryan Slaugh<br>1313 N Market St, 6th Fl<br>P.O. Box 951<br>Wilmington, DE 19899<br>jryan@potteranderson.com | Reed Smith LLP<br>Attn: Kurt F. Gwynne<br>Attn: Katelin A. Morales<br>120 N Market St, Ste 1500<br>Wilmington, DE 19801<br><br>kgwynne@reedsmith.com |
| Reger Rizzo & Darnall LLP<br>Attn: Louis J. Rizzo, Jr<br>1521 Concord Pike, Ste 305<br>Brandywine Plaza West<br>Wilmington, DE 19803<br><br>lrizzo@regerlaw.com | Richards, Layton & Finger, PA<br>Attn: Michael Merchant/Brett Haywood<br>One Rodney Square<br>920 N King St<br>Wilmington, DE 19801<br><br>merchant@rlf.com | Robinson Mahoney PLLC<br>Attn: Cindy L. Robinson<br>Attn: Doug Mahoney<br>1210 Post Rd<br>Fairfield, CT 06824<br><br>crobinson@robinsonmahoney.com |
| Schiff Hardin LLP<br>Attn: Everett Cygal<br>Attn: Joseph Mark Fisher<br>Attn: Daniel Schufreider/Jin Yan<br>233 S Wacker Dr, Ste 7100<br>Chicago, IL 60606<br>ecygal@schiffhardin.com | Schnader Harrison Segal & Lewis LLP<br>Attn: Richard A. Barkasy<br>Attn: Kristi J. Doughty<br>824 N Market St, Ste 800<br>Wilmington, DE 19801-4939<br><br>rbarkasy@schnader.com | Seitz, Van Ogtrop & Green, P.A.<br>Attn: R. Karl Hill<br>222 Delaware Ave, Ste 1500<br>Wilmington, DE 19801<br><br>khill@svglaw.com |
| Sequoia Counsel of Boy Scouts, Inc.<br>Attn: Michael Marchese<br>6005 N Tamera Ave<br>Fresno, CA 93711<br><br>michael.marchese@scouting.org | Shipman & Goodwin LLP<br>Attn: Abigail Williams/ James Ruggeri<br>Attn: Joshua Weinberg<br>1875 K St NW, Ste 600<br>Washington, DC 20006-1251<br>awilliams@goodwin.com | Shipman & Goodwin LLP<br>Attn: Eric S. Goldstein<br>1 Constitution Plz<br>Hartford, CT 06103-1919<br><br>egoldstein@goodwin.com |
| Squire Patton Boggs (US) LLP<br>Attn: Mark A. Salzberg<br>2550 M St, NW<br>Washington, DC 20037<br><br>mark.salzberg@squirepb.com | Squire Patton Boggs (US) LLP<br>Attn: Travis A. McRoberts<br>2000 McKinney Ave, Ste 1700<br>Dallas, TX 75201<br><br>travis.mcroberts@squirepb.com | Stamoulis & Weinblatt LLC<br>Attn: Stamatios Stamoulis<br>Attn: Richard Weinblatt<br>800 N West St, Ste 800<br>Wilmington, DE 19801<br>stamoulis@swdelaw.com |
| Stark & Stark, PC<br>Attn: Joseph H Lemkin<br>P.O. Box 5315<br>Princeton, NJ 08543<br><br>jlemkin@stark-stark.com | Steptoe & Johnson LLP<br>Attn: Harry Lee<br>Attn: John O'Connor<br>Attn: Brett Grindrod<br>1330 Connecticut Ave, N.W<br>Washington, DC 20036<br>hlee@steptoe.com | Straffi & Straffi, LLC<br>Attn: Daniel Straffi, Jr<br>670 Commons Way<br>Toms River, NJ 08755<br><br>bkclient@straffilaw.com |
| Sullivan Hazeltine Allinson LLC<br>Attn: William D. Sullivan<br>919 N Market St, Ste 420<br>Wilmington, DE 19801<br><br>bsullivan@sha-llc.com | Sullivan Hill Lewin Rez & Engel, PLC<br>Attn: James Hill/ Christopher Hawkins<br>Attn: Kathleen Cashman-Kramer<br>600 B St, Ste 1700<br>San Diego, CA 92101<br>Hill@SullivanHill.com | Swenson & Shelley, PLLC<br>Attn: Kevin D. Swenson<br>107 S 1470 E, Ste 201<br>St George, UT 84790<br><br>Kevin@swensonshelley.com |

**Boy Scouts of America - Master Service List**  05/06/2021

Synchrony Bank
c/o PRA Receivables Management, LLC
Attn: Valerie Smith
P.O. Box 41021
Norfolk, VA 23541

claims@recoverycorp.com

The Bifferato Firm, PA
Attn: Ian Connor Bifferato
1007 N Orange ST, 4TH FL
Wilmington, DE 19801

cbifferato@tbf.legal

The County Commission Of Fayette County
Attn: President
P.O. Box 307
Fayetteville, WV 25840

The County Commission Of Fayette County
c/o Steptoe & Johnson Pllc
Attn: John Stump, Esq
Chase Tower - 8th Fl
707 Virginia St E.
Charleston, WV 25301

The Law Office of James Tobia, LLC
Attn: James Tobia
1716 Wawaset St
Wilmington, DE 19806

jtobia@tobialaw.com

The Law Offices of Joyce, LLC
Attn: Michael J. Joyce
1225 King St, Ste 800
Wilmington, DE 19801

mjoyce@mjlawoffices.com

The Neuberger Firm
Attn: Thomas S. Neuberger
Attn: Stephen J. Neuberger
17 Harlech Dr
Wilmington, DE 19807

tsn@neubergerlaw.com

The Powell Firm, LLC
Attn: Jason C. Powell
Attn: Thomas Reichert
1201 N Orange St, Ste 500
P.O. Box 289
Wilmington, DE 19899
jpowell@delawarefirm.com

The Zalkin Law Firm, PC
Attn: Irwin Zalkin
Attn: Devin Storey
Attn: Kristian Roggendorf
10590 W Ocean Air Dr. #125
San Diego, CA 92130

irwin@zalkin.com

Thomas Law Office, PLLC
Attn: Tad Thomas/Louis Schneider
9418 Norton Commons Blvd, Ste 200
Louisville, KY 40059

tad@thomaslawoffices.com

TN Dept of Labor - Bureau of Unemployment Insurance
c/o TN Attorney General's Office, Bankruptcy Division
Attn: Laura L. McCloud
PO Box 20207
Nashville, TN 37202-0207

AGBankDelaware@ag.tn.gov

Troutman Pepper Hamilton Sanders LLP
Attn: David M. Fournier
Attn: Marcy J. McLaughlin Smith
1313 Market St, Ste 5100
P.O. Box 1709
Wilmington, DE 19899-1709
david.fournier@troutman.com

Troutman Pepper Hamilton Sanders LLP
Attn: Harris B. Winsberg
Attn: Matthew G. Roberts
600 Peachtree St NE, Ste 3000
Atlanta, GA 30308

harris.winsberg@troutman.com

Tune, Entrekin & White, PC
Attn: Joseph P. Rusnak
315 Deaderick St, Ste 1700
Nashville, TN 37238

Jrusnak@tewlawfirm.com

Tybout, Redfearn & Pell
Attn: Robert D. Cecil, Jr.
P.O. Box 2092
Wilmington, DE 19899-2092

rcecil@trplaw.com

Tybout, Redfearn & Pell
Attn: Seth J. Reidenberg
750 Shipyard Dr, Ste 400
P.O. Box 2092
Wilmington, DE 19899-2092

sreidenberg@trplaw.com

United States Dept Of Justice
950 Pennsylvania Ave, Nw
Room 2242
Washington, DC 20530-0001

US Attorney For Delaware
Attn: David C Weiss
1007 N Orange St, Ste 700
P.O. Box 2046
Wilmington, DE 19899-2046

usade.ecfbankruptcy@usdoj.gov

Wachtell, Lipton, Rosen & Katz
Attn: Richard Mason/Douglas Mayer
Attn: Joseph C. Celentino
51 W 52nd St
New York, NY 10019

rgmason@wlrk.com

Walden Macht & Haran LLP
Attn: Daniel Miller
2532 Justin Lane
Wilmington, DE 19810

dmiller@wmhlaw.com

Walker Wilcox Maousek LLP
Attn: Christopher A. Wadley
1 N Franklin, Ste 3200
Chicago, IL 60606

cwadley@walkerwilcox.com

Wanger Jones Helsley, PC.
Attn: Riley C. Walter
265 E River Park Circle, Ste 310
Fresno, CA 93720

rwalter@wjhattorneys.com

Ward and Smith, P.A.
Attn: Paul A Fanning
P.O. Box 8088
Greenville, NC 27835-8088

paf@wardandsmith.com

White & Case LLP
Attn: Jessica C.K. Boelter
1221 Ave of the Americas
New York, NY 10020-1095

jessica.boelter@whitecase.com

Whiteford, Taylor & Preston LLC
Attn: Richard W Riley
The Renaissance Centre
405 N King St, Ste 500
Wilmington, DE 19801

rriley@wtplaw.com

Whiteford, Taylor & Preston LLP
Attn: Todd M Brooks
7 St Paul St, 15th Fl
Baltimore, MD 21202-1626

tbrooks@wtplaw.com

Wilks Law, LLC
Attn: David E. Wilks
4250 Lancaster Pike, Ste 200
Wilmington, DE 19805

dwilks@wilks.law

| | |
|---|---|
| Womble Bond Dickinson (US) LLP<br>Attn: Matthew Ward/Morgan Patterson<br>1313 N Market St, Ste 1200<br>Wilmington, DE 19801<br><br>matthew.ward@wbd-us.com | Young Conaway Stargatt & Taylor<br>Attn: James L. Patton, Jr<br>Attn: Robert Brady/Edwin Harron<br>Rodney Square<br>1000 N King St<br>Wilmington, DE 19801<br>jpatton@ycst.com |

Counsel to The Roman Catholic Archbishop of San Francisco
Iain A. Macdonald, Esq. Macdonald I Fernandez LLP
221 Sansome Street, Third Floor San Francisco, CA 94104-2323 Email: imac@macfern.com