Claim filing # 

Dear Justice Lauri Selber Silverstein,

BSA Bankruptcy Case 824 Market Street 6th Floor Wilmington, DE 19801 Dear Justice Silverstein; As a child I looked at the world through colored glasses, I trusted people and organizations to protect me and help mold me into the type of person I needed and wanted to be. The Boy Scouts of America was the type of organization that I looked forward to joining for as long as I can remember because of all of their needs to do good not only to their scouts but to our communities and our great nation. I was not raised is a well to do family so I remember having to collect bottles so that I could pay my dues to scouting. After about a year my world came crashing in on me. During a week-long camping trip on the ▮▮▮▮▮▮▮▮ I was abused. My faith in everything collapsed. I remember wondering why my parents let this happen to me even though I didn't tell them. Why God had let this happen to me. Why the Police let this happen again I neglected to tell them. But most of all why the Boy Scouts of America let this happen to me. After this camping trip I never returned to a meeting or event. Once this had occured I remember that I trusted no one and would refuse to be alone with any grown up man including my very own relatives. My grades in school started to decline, I quit attending church and worst of all I started to get into fights almost on a weekly basis. And whenever I saw another boy wearing a Boy Scout uniform I would immediately attach them, knowing that it was not their fault and perhaps the same abuse was happening to them. As I entered my teenage years and become aware of the gay lifestyle I had a hatered for anyone I felt my be so inclined and this followed me through most of my adult life, Knowing that my abuser had some connection th the U.S. Navy i hated this fine organization, So when I decided to enlist in the military I looked around and found out that the U.S. The Marine Corps was known to dislike the Navy so I enlisted, Later I was to find out that the U.S.M.C. was actually under the Department of the Navy. But throughout my military career of 6 years whenever I was out on the town I usually found myself fighting with a Navy man. I was lucky that I finally changed my attitude and have returned to calmer views of life. But I wonder how my life would have changed had the abuse never happened, perhaps I could have become President or maybe aJustice just as yourself. I no longer hold mistakes against anyone, however, I do expect people and organizations to pay for them. And I hope and pray that you have the foresight, commitment and strength to hold the Boy Scouts of America accountable for their failure to protect not only me bujt the thousands of others they allowed to be abused. Thank you in advance for your attention to this matter and your valuable time.

