FILED
2021 MAY 12 AM 9:07
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear: Justice Laura Selber Silverstein

My name is ███████████, a victim of the BSA sexual lawsuit. There is so much corruption in our government and courts that I have lost all hope. I know this, right is right and wrong is wrong and the BSA did nothing to protect the children that only wanted to be Boy Scouts. It is time for them to make things right to the victims of this heinous crime. The insurance companies that insured the BSA also need to pay the victims, it's only right they do. I will not settle for pennies on the dollar.

Make them be held responsable for their actions. If I molested a child I'd be prosicuted to the max. They to should be prosicuted to the max and the BSA should be desolved. Child molesting and trafficing is at a all time high and the BSA is a part of these heinous crimes. I ask that you do what is right and make the BSA and their insurance companies make good to the victims.

Yours truely

███████████

Justice Laura Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington DE 19801

U.S.M.S. X-RAY