



FILED

2021 MAY 12 AM 9: 14

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 6, 2021

**United States Bankruptcy Court for the District of Delaware**
Judge Laurie Selber Silverstein
824 North Market Street
6th Floor
Wilmington, DE 19801

Dear Judge Silverstein:

In the matter versus the Boy Scouts of America, we have had many clients come forward to tell their story and share their painful experiences from their time involved as members.

Enclosed, please find a statement from our client who wanted to share their personal experience. In order to protect their identity we have redacted their personal information. Although anonymous, it was important for them to share their experiences with the Court as this very important case continues to move forward.

We look forward and await the next steps as we continue to seek justice for our clients from the events that took place during their time involved with the Boy Scouts of America.

Sincerely,

**From:**
**Sent:** Thursday, February 25, 2021 4:06 PM
**To:** BSA Claims

My Name is ██████ When this happened to me 45 years ago it appears to me that I wasn't the only victim. This is something that Needs immediate attention. We're just going to allow these people to do this kind of abuse to children and nobody does anything about it I saw the commercials and I was intimidated at first to say anything but something needs to be done this is not right this is caused a lot of trauma a lot of bad dreams just such destructiveness of the psychic these people need to be put in jail and the key thrown away this is absolutely not right