

May 9, 2021

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St.
6th Floor
Wilmington, DE 19801

Re: SA-

Dear Justice Silverstein:

    I am part of the class suit against the Boy Scouts of America (BSA). I am now 73 years old and was sexually abused as a boy by a leader in my scout troop in El Cerrito, California. The person who abused me was not the scout master, but his son, who had a leadership role in our troop. He was about three years older than me. I was either 10 or 11 years when this occured and he was probably 14 years old.
    I never told anyone about this until I learned about this class action suit against the Boy Scouts of America. I decided to add my voice to this tradegy. I understand that the BSA knew about sexual abuse in their organization but either denied or down played the occurances. I also understand that thousands of boys, includind me, were affected.
    I encourage you to punish the BSA and force them to pay damages for their actions to make sure that this does not happen again in their organization. It is also time for them to stop the delays and for you to help resolve this sad chapter in their organization.

Sincerely,