Your Honor,

FILED
2021 MAY 12 AM 9:09
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

I was a poor kid in a poor neighborhood. The BSA knew this, they thought nothing of sending an accused molester to this area and allowing him to operate a Troop. The BSA likes to say that only some of the leaders were child molesters. One would have been too many for most "leaders" to remain leaders. When you have them identified it is important that you work to fix the issue, especially if the heart of your business or organization is trying to sell itself as moral and honorable. It is most important for those people to be held to a higher standard. Police, Teachers and Community Leaders all are included in this. They sought to be in these positions and therefore should be held to the standards they set. I know and my fellow scouts know that it was not just one it was many. If you have nearly 10,000 victims willing to come forward and tell you their story you can be assured that thousands upon thousands of victims stay silent or have passed away, some by their own means.

For me, I spent my youth convinced my loved ones were going to kill me. I used to run to the trash can that was 45 feet away and back because I was certain this is why and how they would kill me. I wasn't able to focus in school, I had fear of being places where I had no reason to fear,

[redacted]

his first victims or his last victims. These events have caused me trauma my entire life, trust issues my entire life. I can't even go past the store that I used to go to after these events because it just brings it all back. He had a wood work shop and used that as part of his training tools. I was probably too young to be a Scout but since he was raping my older brother I was easy. I recall going to camp outs and Jamborees where we were told how good these programs are and how everyone cared for us. I really believed that being raped was part of that. Imagine being a kid and you begin to believe this is not only normal you find yourself in situations where there is no escape and what else can you do but comply. For my mom who was on welfare but had a job it was all she could do to support my brother and I, she already gave up my sister for adoption. So when she latched onto the free care and felt this was a blessing to have in our lives it was all overwhelming. The pain, the secrecy told me it was wrong but all the people around me were either unaware are encouraged me to be in this situation. For decades I thought I could have said no. I could have stopped this. My brother refuses to discuss it but I am sure he too feels the same. He was older and still got raped. Our friend got raped. I, the youngest in the group, felt I should have protected these guys and as I got older the guilt of not telling or fighting back haunted me. YET, it was not my job to protect young Scouts, it was not my job to stop an adult from raping us, it was the Boys Scouts job. They are the ones that have assets worth billions and they built the code of ethics that they used to get our parents to join and pay dues and they did nothing. The moving of molesters only spread the dangers. Seeing letters alerting them that these leaders are abusing kids tells you that they knew and did not care. The Military has some zero tolerance rules, like smoking cannabis is going to get you kicked out. Yet an organization based on a similar structure allowed sexual molesters to thrive in their organization. The reason? Based on how they have handled the lawsuit, it is to protect those assets.

Let's talk about it. My first rape started with a making my mom a gift in his wood shop. Imagine my surprise when this guy ███████████████████████████████ As a kid you do not even ███████████████████████████████████████████████████████████████████████ spent at the store. I was aware that what happened was wrong because my mom worked right across the street at a store and I walked past that store to a different store. Going about 4 blocks as a 5 year old to avoid my mom. The next time was after the backyard meeting, this time he got me into the shed again to see the thing for my mom and this again started the ███████████████████████████████████████████████████████████████████████

Eventually he would accomplish all he wanted, at the same time I am being sent on camp outs and jamborees with this man and my mom held him in high regard. From this day forward I was a fully potty trained kid and was not able to control my bowels. I would be known as the guy that poops his pants in elementary school. Usually ending up with me in therapy. I was unable to read and was having issues focusing. My family called me a space case and my teachers punished me for constantly checking out. I was never bold enough to bring up the why, and no one ever asked. My brother and our friend were molested. By the time police had intervened it was years later and they never spoke with me. I recall this guilt thinking that it was my fault that these others were molested. As if I was the one who should have stopped this. It was the BSA who should have stopped this.

Why did they not?

The insurance companies know the risk, when you have a lot of kids there is the potential for this to happen. I am not worried about the impact to the insurance company or to BSA, they were not concerned with the impact to me and countless others. The insurance companies insured an organization that has the potential for this to happen. In the wake of the Catholic Church scandal all insurance companies should have put forth additional coverage requirements to ensure their clients have all the necessary precautions in place to mitigate this risk. They know that post the Catholic Church molestation cover up that it can happen anywhere and covering it up increases the amount of cases, increases the amount of victims and increases the damages. Not addressing this does not protect them. They should have and if not doing so puts them in jeopardy so be it. We victims were put in jeopardy. Their clients moved people vs removed people and those choices were the reason kids were raped and lives were changed forever. They protected the BSA brand over the BSA members. The letters written to BSA would have been enough to get law enforcement and child protection services involved. The idea that we are just talking about money is insane. These are criminal behaviors. People in a position to stop crimes enabled those crimes. Crimes that leave victims changed for life. Crimes and acts that can alter a person's life trajectory and the value of our lives is worth more than the settlement being offered. Some will get zero. Some are not here. Some will never come forward.

We are not being offered enough.

We were treated as disposable when we were molested. We were treated as disposable when they just moved the molesters vs removed them and now they want to dispose of the debt for pennies on the dollar? It really comes down to this, will you, your honor speak for us? Will you send the message to organizations like this that if they do nothing to protect us then they deserve no protection from you. They did not think about how the victims will survive after the abuse. They did not think about our futures when they moved molesters to different locations. There is no law that says relocation of rapists is how you rehabilitate a rapist. So I do not care if the insurance company can survive or if BSA survives. If allowing Boys Scout Leaders to rape and cover up the rape of Boys is okay with the BSA they should fail and another orginization can fill their void. That is how we progress. There is no monetary value that you can put on raping young men, but if the court is worried about the survival of the rapsist and their insurance company the court is only going to enable these things to continue. We deserve justice and the BSA has a code and it should be easy to see they failed by their own standards. (see below). Look at the letters alerting them to these abuses, mine if the Ventura letters, and ask yourself did they even try to protect me or did they not? I say they did not.

**Scout Oath**

On my honor I will do my best to do my duty to God and my country and to obey the Scout Law; to help other people at all times; to keep myself physically strong, mentally awake, and morally straight.

**Scout Law**

The Scout Law has 12 points. Each is a goal for every Scout. A Scout tries to live up to the Law every day. It is not always easy to do, but a Scout always tries.

**A Scout is:**

**TRUSTWORTHY.** Tell the truth and keep promises. People can depend on you. **(when told about multiple molestions they did nothing)**

**LOYAL.** Show that you care about your family, friends, Scout leaders, school, and country. **(you do not rape and molest people you care about)**

**HELPFUL.** Volunteer to help others without expecting a reward. **(it is not helpful if you move people abusing children and not alerting those in the area and allowing them to be a part of BSA)**

**FRIENDLY.** Be a friend to everyone, even people who are very different from you. **(raping kids is not friendly)**

**COURTEOUS.** Be polite to everyone and always use good manners. **(they failed)**

**KIND.** Treat others as you want to be treated. Never harm or kill any living thing without good reason. **(raping kids is not kind, covering it up is worse)**

**OBEDIENT.** Follow the rules of your family, school, and pack. Obey the laws of your community and country. **(they broke the laws, it was illegal to rape me in the 70's and it was illegal to continue to rape)**

**CHEERFUL.** Look for the bright side of life. Cheerfully do tasks that come your way. Try to help others be happy. **(we can't be cheerful when we are fearful of being raped)**

**THRIFTY.** Work to pay your own way. Try not to be wasteful. Use time, food, supplies, and natural resources wisely.

**BRAVE.** Face difficult situations even when you feel afraid. Do what you think is right despite what others might be doing or saying. **(There is nothing brave hiding behind insurance, bankruptcy and such when you have billions to fix the issue)**

**CLEAN.** Keep your body and mind fit. Help keep your home and community clean. **(they knew they were mentally breaking us when we were raped. They did not care)**

**REVERENT.** Be reverent toward God. Be faithful in your religious duties. Respect the beliefs of others. **(they failed then, they are failing now)**

Respectfully,




Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE  19801

BILLINGS MT 591
02 MAY 2021 PM 2

FIRST-CLASS

U.S. POSTAGE $000.51⁰
APR 29 2021
MAILED FROM ZIP CODE 59101
0001255363