To your Honor Justice Silverstein,

I have been asked once again to describe what happened while a member of the Boy Scouts and the affects it has had on my life.

I was sexually abused and video taped by [redacted] at a cabin in [redacted]. This man and may I ad was also a [redacted] stole my innocence, he was a monster, has since passed away but not before I reached out to someone in his family to tell him I forgave him so he would know on his death bed that I REMEMBERED what he did to me and to be sure he REMEMBERED.

The effects of his actions slowly but steadily eroded away my life, I was just a kid who played in little league baseball, did good at school, had friends and a life full of hope, that was crushed by this man. At first my grades started to suffer to the point by the

time I reached high school I dropped out, I became more withdrawn, quit baseball kinda it hard to be on a ball team with your friends who were also in you Scout group and explain to them why I No longer went. I became a recluse hiding in books and music at first but with my old friends now avoiding me and I them, found new "friends" who helped me by introducing me to alcohol and drugs, my life was on a downward spiral and 40 some odd years later is now beyond repair.

I've had good moments but for the most part it's been hell most of my life, can't hold jobs, have NO friends no light in me anymore. I've been divorced, have a son (and grandsons) I never see anymore.

My current Family has been put through the wringer also. Been hospitalized more than I can remember, suicide attempts well over 10 according

③

to my wife, I've lost track. Therapy, pyschiatrists and countless medical cocktails not to mention over 12 ECT sessions have done nothing, I'm broken and don't suppose to be around much longer.

This is not about me so much anymore but rather my family. No amount of money is going to save me or make it all "OK," but it will help my wife and son hopefully get a life they so much deserve.

The BSA must be held to FULL accountability don't allow them to low ball us after what they allowed to happen to thousands of innocent Kids who eventually grew up to be damaged goods, or the number of Families they have wrecked or lives taken from the shame of living with this.

I'm not a smart or articulate man, just want what's RIGHT For my fellow survivors and my



~~Blow Dryer~~
~~Makeup~~
~~Powder~~
~~Earrings~~
~~4 long sleeve shirts~~
~~Purple coat~~
~~hangers~~

~~sheets~~
~~towels~~

IMIS

excuse (sorry)

(4)

family. Don't I beg of you let them get away with this. I want them buried. Just as my life was after that terrible day.

Sincerely

[redacted]

Thank you for your time

FILED
2021 MAY 12 AM 9: 14
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE



ROL STREAM IL 601
6 MAY 2021 PM 4 L

X-RAY U.S.M.S.

Justice Laurri Selber Silverstein
BSA Bankruptcy Case
824 Market St. / 6th floor
Wilmington DE
19801

19801-302499