I'm Mentality ill I'm Paronid Schizophrenic

When I got Prostate cancer I took the operateon so I couldn't get a Hardon

I have to Be drunk to pick up women

I'm heterosexual Am not gay

I wanted to be a Woman than a man

I became Scared of women

FILED 2021 MAY 12 AM 9:06 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington DE 19801

19801-302499

U.S.M.S.
X-RAY

FOREVER / USA