5A -

" R S " May 7, 2021

My Association With Cub Scouts & or
Boy Scouts Began Around 1951 & Lasted
Some 4 years, the Local Leader A Priest,
Came to See My Mother & she in turn then begand
My Ordeal. When I was 6 or 7, 1952
1953, I Could No Longer talk, I
Went back to Chewing My Finger Nails,
Wetting the Bed, Not Wanting to go
To School or Scouts or Camp, I became
Afraid of Adults Christmas Candy & Peanuts
Were Passed out Center of town, By the
Leader, So I did Not Receive Candy or A
Present I Passed year 1 of School on
Condition, Same with Grad 2 3, & 4.
I Made Myself A Safe Place to hide,
For 4 years. I Crossed the Street, if An
Adult was Walking towards Me. My Friends
would Speak for Me, I would Just Shake My

head. I Took Me 3 Minutes to Say 3 words, Stuttered - 100% - Summer Scout Camp was hell, I was Sexually Abused & tortured. I thought of Suicide But, I Just thought of Escape Somehow. 1953, 1954 A Counselor & Speech Therapist worked with Me, Mostly Summer, I was very unhappy + Sad Child, with Many issues, I Cannot Explain this Abuse But it's Long Lasting + Hard to over Come. It has Affected Me for All My first years from 5 - 18 for Sure, I hate the Boy Scouts + All The Lives They have Ruined. I Cannot Be Made Whole Even with a Billion Dollars, I want A Judge To understand it is Dam Near ever Lasting. They Need to Pay Not For Me But All the young Men that never got Straighted out, Now in Prison etc. I Do not Know of A More Devastating Situation. Sick Sick People, wish I Could Explain Better But Trust Me it follows you in life, Just Think How Man young Men they Destroyed. Just A few facts God Bless + help those who Cannot help Thems

FILED

2021 MAY 12  AM 9: 14

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

BISMARCK ND 585

08 MAY 2021 PM 11

U.S.
X-RAY

FOREVER / USA

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington DE 19801

19801$4935 C0i2