April 29, 2021

FILED

2021 MAY 12  AM 9: 08

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington DE 19081

Justice Selber Silverstein:

I am contacting you in reference to my claim # ██████ against the Boy Scouts of America. The agreement recently made between the BSA and The Hartford proves that they are not negotiating in good faith. It was a "back door" agreement demonstrating they have no intention of making serious reparations or accepting true accountability. I am one of thousands of abuse survivors who suffered at the hands of the BSA. Each of us has their own unique story. As difficult as it still is, allow me to share mine. I am confident that you will agree that the deal reached between the BSA and The Hartford comes nowhere near meeting serious reparations or accepting accountability.

In 1975, I joined the Boy Scouts while living in ██. My family went bankrupt so in August of 1977, we moved to ████████ and moved in with my grandmother. A little background information on ██████ - - It was a remains a ████████ town. The people are very religious until they depart church and leave their religion on the door knob. There are lots of dirty secrets regarding the families of the ████████ One of my abusers fell into the category.

After living in ██████ for one month, I joined ████████ which was sponsored by the First United Methodist Church. At the very first meeting I attended, Assistant Scoutmaster ██ ████████ came up to me, put his arm around me and said "You are going to do great here." I was very uncomfortable at this first encounter.

In October of 1977, our troop went on a wilderness survival trip where we had to build lean to's to sleep in. That night, ████████ asked to sleep in our lean to and he laid is sleeping bag next to mine. ████████████████████████████████

The next occasion was at ████████ farm where the troop routinely camped. ████████ wanted me to sleep in his tent. This was the first time ████████ ████████████████████████ The next day he pulled me aside and said "We are special. We are bisexual. We like both men and women." That's a heck of a thing to tell at 13-year-old boy, and I really didn't know what it meant. A 13-year-old shouldn't have to begin to question their sexuality.

████████ would often ask me if I knew of any other kids like me, and I told him I did not.

On another occasion, the youth leadership of which I was a part, had a weekend meeting at a cabin owned my ████████ father. ████████████████████████████████ What makes this even more perverse, is that ████████████████████████████████

████████████████████████ numerous times between 1977-1982. One time he even lured me out. He said he was taking a group of us scouts water skiing on his boat,

yet when I got there, I was the only one.  So he took me out in his boat, tied it up in a cove, and ██████████████████████  At this time, my father was cleaning windows at a local bank of which ██████ was on the board.  He old me "Never say anything, or your dad could lose his job."  I was terrified as my dad needed the extra income. ██████ would often give me $100 as well after we had sex.

When I was 15, I was old enough to work at ████████ which was the summer camp owned at operated by the ██████████.  I was excited as this meant I got to get away from ██████ for about six weeks.  However, ██████ would like to come up on Sundays, when a new group of campers would check in.  He would give them physicals and make them drop their pants.  There was no need to do this, as each camper had to have a signed physical form before they came to camp.  No one ever questioned him as to why he was doing this.

Even after turning 18, going to college, and them moving out of state, ██████ pursued me.  He basically stalked me.  I wouldn't have anything else to do with him. ██████ store came to an end in 1994.  After being accused of molesting another boy, and making a video confession, he shot and killed himself.  The ██████████ has this video on file.

However, there is more to my story as I had a second abuser also from ██████  His name was ████████, and at that time he was a Patrol Dad and supervised our patrol meetings which were held at my house.  At the end of each meeting, we always played a game.  My first experience with ██████ was when he and I hid together behind a false door in my basement. ████████████████████████████
███████████████████████████████████████████████████

As mentioned before, I loved working at summer camp because it got me away from my abusers.  However, one summer the BSA hired ████████ to work at ████████  This was a paid position.  I was devasted.  Then on a couple of occasions I saw ████████████████████████  I told the camp director, and they fired him. So they were concerned enough about his actions to fire him, but they let him continue to be a volunteer for ████████.  This is pretty egregious.  My interaction with ██████ my senior year in high school when I told him to stop.

I am now 56 years old.  My abuse caused me to have very low self-esteem for most of my life, some depression in my formative years and guilt for not coming forward which I am sure contributed to other boys being abused.  I cannot stand to visit ██████ when my mother and brother live.  As soon as I graduated college in 1986, I moved out of state.  I maybe visit my family once a year.  This caused tension within my family which still exists today.  Even when my father was dying of cancer, I rarely went home.  If I am in ██████ I go out of my way not to drive by ██████ old house, as it makes me physically ill.

So that is my story. ████████████████████████████
██████ easily over 50 times, beginning at the age of 13.  In addition, my father's job was threatened.  This "back door" agreement with the BSA and The Hartford is a disgrace.  They should be embarrassed.  I believe with what they are proposing plaintiffs would receive $6,500.  Money can't fix what happened to me, but the BSA obviously doesn't feel the need to be accountable.  I trust that after reading my experience, you will hold them accountable and enforce fair reparations for not only myself, but are all survivors of sexual abuse plaintiffs.

Finally, I used to believe in the Boy Scout Oath, and the Boy Scout Law.  I was an Eagle Scout.

Boy Scout Oath:

"On my honor, I will do my duty, to God and my country, to obey the scout law, to help other people at all times. To keep myself physically strong, mentally awake and morally straight."

Boy Scout Law:

"A scout is trustworthy, loyal, helpful, friendly, courteous, kind, obedient, cheerful, thrifty, brave, clean and reverent."

I used to believe in these principles, but the BSA obviously did not. I cannot tell you the number of parents I have advised not to let their sons and I guess now daughters join the BSA.

There are changes I would like to see made:

Background checks must be made for all current employees of the BSA as well as volunteers. This includes from the Chief Scout Executive,            down to all volunteers. It doesn't matter if these checks have been done before. They need to be done annually. How often do they do it? This includes background checks by the FBI, the State Police, fingerprinting, and checking social media sites. This must be done annually at the expense of the BSA. Volunteers are usually affiliated with an existing troop, but not always. These people need to be checked as well. For example, you may have a WSI certified lifeguard who teaches the Lifesaving Merit Badge, but doesn't go through a background check. This cannot continue to happen. Anyone in contact with the youth must go through these background checks annually.

The BSA needs to establish a 24-hour hotline to report sexual abuse claims and must respond with an update within 24 hours of the initial call. I would suggest a 3rd party vendor.

All sponsors of Scouting need to understand their liability and also conduct background checks annually.

For the next five years, the BSA needs to waive the initial 1 time $25 fee to join the organization. In addition, they must wave the annual $66 fee for the same amount of time.

As a penalty, the BSA cannot accept donations from the United way for the next five years.

Every BSA employee and volunteer must attend and pass classes on the signs of sexual abuse and the appropriate way to respond to the allegations. These classes must be conducted by a certified instructor, and all records must be maintained. Anyone not passing the class, or not attending the class, can no longer be affiliated with the BSA until they pass said class. These classes must be in person and not online, and the cost will be billed to the BSA or the sponsoring organization.

There should be no circumstances where adult leaders sleep or even be left alone with youths.

All BSA employees and volunteers must report allegations or suspicions of abuse within 24 hours. Failure to do so is to sever your ties with the BSA.

The sponsoring organization for troops such as churches, Kiwanis, Lions Club must have an independent board over the Scouting program that meets quarterly to address concerns of scouts and parents. They must notify authorities of any allegations.

Any accused abusers must be suspended immediately. If prosecuted, it must be to the fullest extent of the law. If found innocent they may return.

There must be a national data base for abusers in Scouting, that is independently monitored and shared with authorities.

There should be a new merit badge called "Social Responsibility" that includes sexual abuse, child neglect, child hunger, poverty and hate crimes against all people regardless of age, sex, sexual orientation, religion or race, and the importance of voting.

There should be an amendment to the Scout Law to remove the word "obedient"
as guess what? I did that and look where it got me. I would replace obedient with "socially responsible".

The BSA must admit admission of failure to protect their youth, accept accountability, and make appropriate reparations. After doing so, they must submit an apology on the front page of major newspapers as well as on social media and national news.

If and when they do this, then I might take them seriously and may be able to support their program. If not, I will never be an advocate for them.

Thank you for your time.



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801



02 7H    $ 000.51⁰
0001255363    APR 29 2021
MAILED FROM ZIP CODE 59101