5/7/21                                   Claim No: SA▮▮▮

FILED
2021 MAY 12  AM 9:06
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

To whom this may concern:

Well, for one thing this is probably the hardest letter I've ever had to write. This all took place in 1971-1976 or 1977 ~~my memory isn't too good anymore~~ Jest shortly after I joined the boy scouts here in Penn Yan, N.Y. troop 44 our scoutmaster ▮▮▮▮▮ had started to play with my hair on my head at one of our campouts at the Izzack Walton league building out in Guyanoga N.Y. one night while we were bed down for the night and after that night he started having me come out to his cabin out in ▮▮▮▮▮▮▮▮ N.Y. And

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I knew that all this wasn't right but I didn't know how else to handle it. And this kinda stuff went on for about 6 years until I had courge enough to stop it. Thank you:



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801

ROCHESTER NY 144
MAY 2021 PM 1 L

19801-302499