My name is [redacted] and I am writing you in regards to my claim [redacted] against the BSA .. Now for me personally I believe It's been dragged out for way to long, twenty-seven years to long ... twenty-seven years ago is when has I was being sexually assaulted by my Scout master and his son which was an older scout, I was six and seven years old at the time ... I remember countless times being [redacted] by my scout master at times when my parents trusted him to have me under his care .. I still remember the first time it happened like it was yesterday I was over at his house with him and his son, and he was teaching us how to tie knots, and at the end of the training he asked his son to take me in the room to play Nintendo.. while playing Mario Brothers my scout master came in the room and took off his shirt, not thinking anything of it I continued to play the game and noticed his son got up and closed the bedroom door and than took off his shirt at that point I was kind of feeling nervous but also clueless. that's when the Scout master assured me that I'd be all right [redacted] at this point I was frozen and could only think of my mom, Dud brother and sister, who were only a Couple of trailers do in the trailer park.. [redacted]

been involved on multiple other occasions. After that DAY things were never the same for my life I felt ashamed like I was at fault and also to scared to fell my parents, so the only way I knew how to let out my pain was through anger, by the age of eight I was attempting do smoke cigarettes, and by the age of ten I was stealing and lashing out with violence towards any authoritative figure I came in contact with, by the age of fifteen my criminal record began with a G.T.A. and an under the influence of a controlled substance charge.. Meth had become the only thing that seemed to help me escape from the nasty thoughts of my childhood. From the time I was fifteen until I was twenty-four I was out of Juvenile hall and jail/prison a total of fifteen or sixteen months spread out over those nine or ten years .. I was diagnosed with PTSD at the age of twenty-three and also have bad anxiety. I was given pills but I have not taken them because It could my affect my sobriety in many ways .. Even after all these year's, me being thirty-two almost thirty-three and having three beautiful little girls ages two, four, and seven I still find it hard to become emotionally attached to anyone and at times I lash out with ager even though the people close to me have done nothing wrong. I know the BSA is trying to wiggle there way out of owning up to there mistakes which is why they are in this situation they are in in the first place .. carelessness, money hungry and ignorant. I writing to you In hopes that & my voice will put a dent in a lot of your minds with the reality of how this careless organization has affected so many peoples lives both directly and Indirectly, and so that se other little boys don't have to go through the same torment I once did because of the organizations Sloppiness if you will. over the past year I have had to relive those thoughts being involved with this claim has been an emotional roller coaster for me and my family both good and bad, good as in I have become move comfortable letting it out and being more open to taking about it, and bad as in it's been a bumpy road getting to this point .. Thank you for hearing ne out and

one more thing I know they always say the grass isn't always greener on the other Side but that's only because you haven't been watering it ....

[redacted]



FILED 2021 MAY 12 AM 9:43 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

J.S.M.S.
X-RAY

19801-495060

