FILED 2021
2021 MAY 12 AM 9:08
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

DEAR JUSTICE LAURI SILVERSTEIN,

MY REASON FOR WRITING YOU TODAY, IS TO ASK THAT CAREFULLY CONSIDER ANY DECISIONS THAT ALLOW THE B.S.A. (BOY SCOUTS OF AMERICA) TO OVERSEE THEIR REORGANIZATION PLAN, SINCE THEIR BANKRUPTCY FILING ON FEB 2020. I AM A SURVIVOR OF ABUSE INFLICTED BY THIS ORGANIZATION'S DECISION TO ALLOW SEXUAL PREDATORS OVERSEE MY CARE, WHILE ON A JAMBOREE BACK IN THE 1970'S.

I, AT THE TIME, WAS UNDER 12 YEARS OLD, NOT CONSIDERED A "TEEN"AGER AT THE TIME, DEFENCELESS, THREATENED WITH REPERCUSIONS, IF I SPOKE TO ANYONE ABOUT THE ABUSE I WAS FORCED TO ENDURE. MY MOTHER (AT THE TIME A CUB

SCOUT DEN MOTHER), WAS USED IN THESE THREATS TO INSURE MY SILENCE. THIS INCIDENT FOREVER CHANGED ME. THE SHAME AND FEAR I FELT, IS AS REAL TODAY, AS IT WAS THEN. MY TRUST OF ADULTS, SHAME OF MY ACTIONS, AND SEXUAL CONFUSION, ALTERED ME, IN A NEGATIVE WAY.

DON'T ALLOW THIS ORGANIZATION TO CONTINUE THIS HARMFUL ACTION TOWARDS ARE YOUTH, BY WRITING THEIR OWN ~~GUIDLINES~~ GUIDLINES, AND MINIMUALIZING THEIR CULPABILITY OF THEIR PAST RESPONSIBILITIES AS ADULT'S WITH CHARGE OVER CHILDREN. I'VE HAD TO HOLD THESE SCARS MY ENTIRE LIFE, AND NOW I'M IN MY MID-FIFTIES. DON'T ALLOW THIS TO HAPPEN TO FUTURE CHILDREN.

SINCERELY - AVA CLAIMANT

FORMER CUB SCOUT





U.S.M.S. X-RAY

ORLANDO FL 328
6 MAY 2021 PM 2 L

SA -

JUSTICE LAURI S. SILVERSTEIN
BSA BANKRUPTCY CASE
824 MARKET ST. 6th FLOOR
WILMINGTON, DE 19801

19801-302499

AF (10/15)