Claim Number
SA-■■■

FILED
2021 MAY 12 AM 9:13
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

My name is ■■■

This letter is the toughest thing that I ever had to do because talking about the BSA opens up wounds in my heart that stills have not healed.

Memories of the BSA brings hurt, pain, and shame to my heart, as a child I wanted to make my mother and father proud of me by doing something positive with my life, instead of getting caught up in crime, drugs, and incarceration like so many other kids in my neighborhood, but being in the BSA gave me low esteem about myself and took my trust away to trust people for a long time. I was abused by a men that I trusted to be a leader, I was being abused as a child by him when I didn't know what abuse was.



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

RICHMOND VA 230
8 MAY 2021 PM 5 L

U.S.
EX-RAY


