To Whom It May Concern: My name is ▇▇▇▇ I am writing this letter to inform you that the case that is before the Courts at this time is MUCH MORE than just a case between insurance companies and lawyers. It is a case about an organization that was entrusted with showing children how to grow up and be upstanding, honorable young men and adults. Instead, those children of whom I am one, and I speak for myself first as well as those who cannot and will not speak for themselves, WE HAD OUR INNOCENCE VIOLENTLY TAKEN FROM US!

I will try to get to the point because it is painful mentally to think back and have to recall the atrocities that took my life in a direction that I would not wish upon anyone. With that being said, I was sexually abused/molested over 100 times by my scout leader and two of his helpers, one of whom was an Eagle Scout. These were people that I looked up to; however, it didn't take long to have my mind changed when I was exposed to something so horrible, that it has tortured me my entire life and there is no relief from this pain in sight. This has not only affected me, but also other people that I love along the way. The following is a brief account of what was done to me by members of the Boy Scouts of America (hereinafter BSA).

My troop leader, ▇▇▇▇ had meetings at his home and at the Community Center in Poinciana, Florida. The abuse began while having meetings at his house. I would stay after the meeting so he could give me a ride home. When everyone left, he would have me get into his car inside the ▇▇▇▇ probably 60 times during my time in his troop. It only occurred at his house. Outside his home at the community center, or on camping trips and at jamborees is when I was violated by his helpers, ▇▇▇▇ and his friend whose name I cannot recall, but I believe that it was ▇▇▇▇ These two individuals were much more physical and forceful in their approach, and I choose not to go too far into detail about their abuse other ▇▇▇▇ They kept me from saying anything because ▇▇▇▇ the Troop Master knew what was going on and they all said they would beat me up and kill me if I said anything to my parents or any other troop leader. Plus the embarrassment of the whole thing and my friends possibly finding out scared me into perpetual silence over all of these years. After seeing the ads on T.V. about the BSA lawsuit, I decided it was time to speak up. I was empowered by seeing so many others stand up and speak about their abuse. I realized just how horribly my life had been affected including failed marriages, other relationships, my views on sexuality had been tainted, drug use/abuse, arrest and incarceration for drugs seeking an escape from my reality and pains. I began to awaken myself from the numbness and realized just how much the BSA affected me and the people that I loved in my life. With the support of others coming forward, I have found the courage to tell my story of abuse at the hands of BSA. I hope by doing so, no other scout will have to go through the life-ruining torture and abuse that I had to endure.

I am here to say that the BSA violated me and failed me. They allowed this known abuse to happen and to continue to happen by people who were in a position of authority and trust. They mentally, sexually and physically abused me as a young boy and changed the course of my life forever. Their actions destroyed me as a young man and the results contributed to failed marriages, relationships and caused my life to be so much different than it could and should have been. I was talking to a friend that God placed in my life not too long ago. He is special to me because he wants to make sure that I understand that not only am I family, but that as family, he and his family will never allow anyone to hurt me again. I was telling this friend who happens to be the husband of my power of

attorney so he is helping me to get all of this out because it is hard to even think about this much less express it and it is something that needs to be done. I was telling him the other day, that to survive the torture, I had to trick my mind and body into believing that the perversion which was being committed on my young mind and body was enjoyable just to alleviate the mental and physical pain. I had to find pleasures in my suffering just to endure it. I literally had to enjoy getting taken advantage of. My friend now has a small understanding of how important his job now is because he realizes that much of my failures in life come from allowing myself to be taken advantage of. This is a direct result of the defense mechanism I had to create to live through what BSA did to me. This is one of many horrors that I live with everyday...BSA CAN NEVER RIGHT THE WRONGS THAT THEY HAVE DONE TO ME AND MANY OTHERS, BUT THEY NEED TO FEEL SOME OF OUR PAIN BY PAYING FOR WHAT THEY ALLOWED TO HAPPEN TO US!

Respectfully & Sincerely Submitted,



FILED 2021 MAY 12 AM 9:06
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE





Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801