# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>               Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**JOINDER OF CLARENDON NATIONAL INSURANCE COMPANY,
AS SUCCESSOR BY MERGER TO CLARENDON AMERICA INSURANCE
COMPANY, IN THE LIMITED OBJECTION OF THE AIG COMPANIES
TO DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) SCHEDULING
CERTAIN DATES AND DEADLINES IN CONNECTION WITH CONFIRMATION
OF DEBTORS' PLAN OF REORGANIZATION, (II) ESTABLISHING
<u>CERTAIN PROCEDURES, AND (III) GRANTING RELATED RELIEF</u>**

Clarendon National Insurance Company ("<u>Clarendon</u>"), as successor in interest by merger to Clarendon America Insurance Company, by its undersigned attorneys, hereby joins in the *Limited Objection of the AIG Companies to Debtors' Motion for Entry of an Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of Debtors' Plan of Reorganization, (II) Establishing Certain Procedures, and (III) Granting Related Relief* [D.I. 3708].

Dated: May 12, 2021
Wilmington, Delaware

                                            */s/ Matthew G. Summers*
                                            Matthew G. Summers (DE No. 5533)
                                            Chantelle D. McClamb (DE No. 5978)
                                            BALLARD SPAHR LLP
                                            919 N. Market Street, 11th Floor
                                            Wilmington, Delaware 19801-3034
                                            Telephone: (302) 252-4428
                                            Facsimile: (302) 252-4466

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

E-mail: summersm@ballardspahr.com
mcclambc@ballardpshar.com

-and-

Harry Lee*
John O'Connor*
Brett Grindrod*
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue NW
Washington, DC 20036
Telephone: (202) 429-8078
Facsimile: (202) 429-3902
E-mail:  hlee@steptoe.com
joconnor@steptoe.com
bgrindrod@steptoe.com
(*Admitted *pro hac vice*)

*Attorneys for Clarendon America Insurance Company*