## **CERTIFICATE OF SERVICE**

I, Matthew G. Summers, hereby certify that, on this 12th day of May, 2021, I caused a true and correct copy of the foregoing ***Joinder*** to be served *via* CM/ECF on all parties who have registered for electronic service in these cases.

Dated: May 12, 2021
Wilmington, Delaware

/s/ *Matthew G. Summers*
Matthew G. Summers (DE No. 5533)
BALLARD SPAHR LLP