IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No.: 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: Dkt. Nos. 2594, 3478, 3523 and 3549** |

**JOINDER OF GENERAL STAR INDEMNITY COMPANY TO
THE ALLIANZ INSURERS' (I) OBJECTION TO THE DEBTORS' DISCLOSURE
STATEMENT FOR THEIR SECOND AMENDED CHAPTER 11 PLAN OF
REORGANIZATION AND (II) LIMITED JOINDER TO CERTAIN OBJECTIONS**

General Star Indemnity Company ("General Star"), hereby submits the following joinder (the "Joinder") in support of the (I) Objection to the Debtors' Disclosure Statement for Their Second Amended Chapter 11 Plan of Reorganization and (II) Limited Joinder to Certain Objections [D.I. 3549] (the "Objection") filed by Allianz Global Risks US Insurance Company, National Surety Corporation, and Interstate Fire & Casualty Company (together, collectively, the "Allianz Insurers") and states as follows:

On May 10, 2021, the Allianz Insurers filed the Objection. General Star hereby joins in the Objection and the relief sought.

**CONCLUSION**

WHEREFORE, General Star respectfully requests that the Court enter an order (i) granting the relief requested in the Objection, and (ii) granting such other and further relief as is just and proper.

Dated: May 12, 2021
        SMITH, KATZENSTEIN & JENKINS LLP

        */s/ Kathleen M. Miller*
        Kathleen M. Miller (No. 2898)
        1000 West Street, Suite 501
        P.O. Box 410
        Wilmington, DE 19899
        Telephone: (302) 652-8400
        kmiller@skjlaw.com

        *And*

        WILEY REIN LLP
        Gary P. Seligman (admitted *pro hac vice*)
        Ashley L. Criss (admitted *pro hac vice*)
        1776 K Street NW
        Washington, DC 20006
        gseligman@wiley.law
        acriss@wiley.law

        *Attorneys for General Star*
        *Indemnity Company*