May 3rd, 2021

FILED
2021 MAY 12 AM 9:05
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

To whom it may concern,

    I am writing this letter to you as an urgent plea regarding my sexual abuse claim. As a young boy scout I was sexually molested by my troop leader. I have endured this pain for years. As a child I was taught that adults were good and their behavior was not questionable. Please understand that this behavior has affected me as an adult. I don't feel like a complete man. I often have nightmares and I experience the above over and over again in my mind. I wish that it had never happened to me and that it does not happen to any more kids. I honestly hope that justice will be done regarding this abuse. Please consider the pain and suffering endured by me.

My claim number is: ▇▇▇▇▇▇▇

Contact info ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Sincerely,
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

CC: AVA Law Group Inc.