S A [redacted]   DATE May 6TH 2021

Your Honor,
   Please let me say I am sorry about my handwriting + spelling. My hands are old + sore.
   If I have read the letter from the attsy. I am supposed to tell you about my abuse at the hands of Boy scout leader [redacted] of Harlan IA.
   What he did to me physically was a terrible thing. and to this very day still have effects. me, + another member of my family were his boy toys for the lack of a better term. My brother will not talk

about it to this day even to me.

Your Honor Here is a Real R.B. and please Let me say THAT KNOW one Knows THis Because of THe SHame it caraies I as a 14 & 15 yr. old Boy carried on His abuse to TWO oTHer young Boys. I asked God To Forgive me of THAT & HE Has. But it is Hard For me To Forgive myself.

That last PARAGRAPH is THe Hardest TO write about. The SHame I carry about That, is Far worst than the SHame

For what He did to me Every chance He got.
I Dont know IF I could Apologize To Those Boys For Fear THe would Feel about me liKe F ~~Fee~~ Feel about my aBuser. So THere IT IS I Have NOT only said iT aloud But put iT in writting.
I am Having second THoughts About sending THIS out, But is some weird way I Feel a BiT more oF TH Burden LiFTing
THank you your Honor. please Help wHere you can.



Justice Lauri Seiber Silverstien
BSA Bankruptcy Case
824 Market Street ~~AWY~~ N.O.
6th Floor
Wilmington DE, 19801

19801-494150