April 30, 2021

FILED
2021 MAY 12 AM 9:08
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein
  BSA Bankruptsy Case
824 Market Street
  6th Floor
Wilmington, DE 19801
  (SA - ███)

Dear Justice Silverstein,

   I am writing out of concern for the Boy Scouts of America Bankruptsy Case - in that it appears 'stalled' with Insurance Companies and numerous lawyers they have representing them. Please bring this case to a conclusion that holds the BSA responsible for decades of child abuse.

   I was abused at the age of 11 by my assistant Troop leader at a summer camp. That was in 1969 - 52 years ago! I have carried that scar for 52 years. It has affected every aspect of my life. The BSA must be held accountable. This abuse, as I have come to realize, has gone on for decades and decades. Please bring this case to a conclusion that holds the BSA accountable and responsible for destroying thousands and thousands of lives. And the sad part

is that the BSA knew about it and did nothing to prevent the abuse and stop the abuse.

I have 3 sons and would never allow them to join Scouts. I could never tell them the reason 'why', but they always, to this day, blame me for them not being able to experience the 'scouting experiences.' One day, now that they are grown men, I will tell them the reason. I wanted to protect them from the abuse I experienced.

Again, I plead with you to hold the BSA accountable. The legal positioning and posturing needs to stop. Lives have been ruined. You can stop any future lives of young boys from being ruined.

Thank you for reading this letter. This was even difficult for me to do - to remember the hurt all these years.

I pray for you as you decide this case.

Sincerely,
████████████

U.S.M.S. X-RAY

CHARLESTON SC
6 MAY 2021 PM 1 L

Justice Lauri Selben Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE
19801

19801-302499