

April 30, 2021

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE  19801



RE: Boy Scouts of America Bankruptcy

Dear Judge Silverstein,

In 1964, I was an 11-year-old boy participating in Scouting activities in Ingrandes, France, my father was serving in the US Army. We were stationed there from-1963-66. During that time, I was victimized and sexually abused by one of our Scout leaders. This occurred on several occasions and was under threat of physical harm. Subsequently, I was interviewed, along with many others of my contemporary friends by the CID Officer on Post. It was my understanding the perpetrator was rotated from active duty. I do not know his final legal disposition. (He has since passed away).

I am sure you are aware these types of horrendous experiences leave a lasting, permanent scar on the victims. The experience has permeated every aspect of my life as I moved from childhood into a young adult and beyond, I have struggled with intimacy problems, trust issues, I have two failed marriages, there are at times depression, guilt, stress and anger. I do not trust easily; I have endured many hours of counseling. Married for a third time, I am lucky to have supportive people in my life.

Approximately a year ago I became an active participant in the action, Abuse in Scouting. I have watched as the Boy Scouts of America have dragged their feet in any type of Bankruptcy Structure to accept their responsibilities for the criminal abuse of victims. BSA has a duty to resolve their liabilities. Further, the Insurance Companies are guilty of even worse behavior of bad faith, avoiding liability and any reasonable settlement.

I have spent over 40 years in the commercial insurance business. I have worked for four Insurance companies across many diverse lines. The larger the outstanding liability the increase in stall tactics, denials and delay obstacles. I have witnessed it in my own experiences. These Companies know their contracts, as written, are on the line for Policy Limits. They will not cooperate unless forced to do so.

As a victim who has struggled under bearing the weight and consequences of these events, I ask for this to move forward to a timely, equitable solution.

Thank you for your consideration.