To Whom it May Concern  5/1/21

My name is Mr. ███████████████. I am 62 yrs of age. I consider myself to be fairly intelligent. I have certifications in Heating and Cooling, Landscaping, Optometry and even did a short time in the U.S. Navy. My time made short with a Discharge of Honorable under Honorable discharge conditions. Due to mental and emotional state all a result of my abuse at the hands of the Boy Scouts. I've been trying to understand and make sense of why? Just why & why me. To matter things I do alone but fail at any thing personable especially my family and job related all due to the abuse. I still to today don't have a real relationship with my family

Kids and grandkids can you imagine how that ▇▇▇▇ me feel. I dont know how to interact with kids scared I may grab touch or hold the wrong way and the last thing I could ever allow is for them to be made to feel anything like I do as a result of their abuse. I'm a grown man who refuses to sleep in the nude, hang around a group of men. Can you imagine had ▇▇▇▇ of a man I am now you ▇put a price on the ▇

Thank You
▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

FILED

2021 MAY 12 AM 9: 08

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

19801-302499

Justin Silverstein
BSA Bankruptcy Case
824 Market Street
Wilmington, DE