To; Justice Lauri Selber Silverstein
BSA bankruptcy case
824 Market ,st
6,th floor
Wilmington, DE, 19801.

REF # ███

FILED 2021 MAY 12 AM 9:05 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

To the Honorable, Justice Silverstein.

I am writing to you in regards to the bankruptcy case titled above,
I can not express to you in writing as to the feelings i have in regards to this case, I will keep this short and to the point, it is obvious by the BSA,s position in this matter, that they care more about their money now and in the past than they do about the children that were entrusted to their care, myself being one of them,
My mother, a single mother, placed me in Boy Scouts to learn and have social interaction with other ███
The result of this action by my scout leader, which went on for years, was that as i grew up I always challenged authority, was rebellious, always fighting and angry, which in turn caused me to have issues in the military, in my three marriages, in jobs and basically all thru my life i even ended up in prison because of my anger, at what happened to me as a young child.
It was not until I received professional counseling in prison for my anger and hatred of authority, that i was able to bring up repressed feelings that i had, and the reason for continually doing wrong, by allowing this to happen to me.! It was there that i was finally able to come to terms with my receiving of the sexual assaults against me that i started to understand that it was not my fault or all authority fault and that i was not bad or evil.
So i must express my dismay at the fact that the Boy Scouts of America's are more interested in protecting their assets, than to do , what i consider a small jester of something to say we are sorry and settling this matter, with all claimants
There is no way that any amount of money can replace the life and innocences that was taken from me and I'm sure of others or the lost youth that was suffered by myself and others,
So for the attorneys who clearly only care about the money here, As they were never raped or abused, i would respectfully request that this court order them to work to come to a serious resolution in this matter, and stop the attempt to victimize us all over again
No amount of money can make me whole for what was done to me or give me my life back i am now 59 years old and finally understanding, what happened to me in life,
So I respectfully request a speedy resolution to this matter and something that says to all organizations that when they are entrusted with young human life's and their futures that the organization is responsible and will be held accountable.

Justice LAuri Silverstein
824 markeT ST
6Th Floor
Wilmington DE.
19801

19801-302499

5 MAY 2021 PM 3 L

