**FILED**

2021 MAY 12  AM 9:02

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Claimant

May 04, 2021

Justice Lauri Selber Silverstein

BSA Bankruptcy Case

824 Market Street, Sixth Floor

Wilmington, DE      19801

Yourhonor,

    I hope this letter finds you in good health in these troubling times. I am Claimant SA- ▇▇▇ I am writing you under the advice of counsel, because they believe you should hear, or read my abuse story and the abuse stories of other scouts that have been abused, for yourself, Yourhonor. Personally, I do not like talking or writing about things in my past that have caused me pain and discomfort, physically and psychologically. As you can see, I prefer to tell my story anonymously. This is not only because of the embarrassment, but because when the abuse occurred, and I spoke up about it, I was labled a "snitch" by a scoutmaster and beaten up very badly. That is later in the story.



they just laughed and walked away. I tried to complain a second time about an hour later, and wound up in a wrestling match with an older

thinking I just wasn't tough enough, or strong enough to be a scout. Finally, my parents showed up to pick me up and take me home. I was quiet on the ride home until I was pressed by my parents asking how was my first meeting, and I started streaming tears and said "They beat me up, and did something to me!" They asked me what happened and I didn't want to talk about it any further. My father gave my mother a scouting handbook with an address to an area council office, and we filed a complaint.

After the complaint was sent in and supposed to be resolved. They assured my parents and me that there must have been some kind

of misunderstanding, that it was not supposed to happen and would not happen again. So my parents convinced me to go back about two months later. It was the same kind of meeting, an overnight meeting. As soon as my father drove away, the scoutmaster begins telling the other scouts that I was a "snitch" and not to do anything they don't want their parents to know, when I'm around. I got harassed and lured into another wrestling match. I lost again and the end result were the same as before. Again I wanted to go home and this time I would not wait in a room full of scouts calling me a snitch and think its ok to get molested. I left the meeting with some other kids that did not want to wrestle after they saw what happen to me. We weren't even off the property yet when some older scouts followed us outside. I didn't know my way well enough to run, but I did not think they were going to do what they did either. They caught up with us and pretended like



I got hit in the head with a metal object. I was hurt so bad that I had to be helped home by strangers. My parents took me to the hospital. Me and my family tried to press charges. I didn't know who the older scouts were, so there was only so much the authorities could do. I guess the other children that did know them were either on their side or were afraid to tell.

A year later I did join a small den of Cub scouts and had a normal experience there. When I aged out and joined a Webelos scouts troop ████████████████████████████████████████████ complain. Other scouts in the troop noticed it and were not ok with the repeated "broken zipper" excuse. When we complained to the scoutmaster himself, he made excuses and tried to embarrass us by requiring us to wrestle his oversized sons. That was my cue to quit. Even though we were assured there would be not humping, at the end of the first match there certainly was. I then decided never to join another scout troop again.

   I am happy to see this lawsuit going forward and the truth about sexual and physical abuse in scouting is out. Each and every one of us that is coming forth joining the lawsuit and telling our side of the story deserves to be properly compensated for all the painful experiences that have haunted our memories of childhood for all our lives. It makes me wonder if my childhood kidney infection, laten bedwetting (after being successfully potty trained), or my fear of the dark, had anything to do with the abuse I experienced in BSA programs? I still have problems with the dark to this very day. In the pitch dark, I feels like something or someone is touching me, fluffing my hair, tapping me on the shoulder, and other various places. I don't like to be touched. Especially when I cannot see who or what is touching me. It has become a part of my psyche'.   This is my story of how I was abused in scouting.

                              Sincerely,   Claimant ████