May 7, 2021

FILED
2021 MAY 12  AM 8:55
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE  19801

Regarding claim: SA – ▮▮▮▮▮

Dear Justice Lauri Selber Silverstein,

The Boy Scouts of America organization has had a devastating effect on my life. Here are four distinct brief accounts of abuse at their hands.

1. Scout leader ▮▮▮▮▮ abused other boys and me in a high school swimming pool each ▮▮▮▮▮ hope not. We all know what happens to mommy tellers." Ultimately, he persuaded me and got permission from my troop leader to let me sleep in a tent by a lake at a summer camp to "guard the canoes." I believe I have suppressed memories from that night. The only vivid memory I have of that night is curling up in the corner of the tent while violently shaking from fear while staving of ▮▮▮▮▮

2. At the end of a Boy Scout summer camp merit badge class, the instructor called me over while the boys were exiting the class site. He ordered me into his tent, red-faced and yelling that I knew what I had done. The only thing I did was participate in the class with no incident. He ordered me ▮▮▮▮▮

3. At a private campsite, older members of my troop, Troop ▮▮▮ put another new scout and me into a dug hole in the ground, covered it with a wooden door, and buried us for a period of time. Then, they let us out at night, made us strip naked, and walked us down a path in the woods to a ▮▮▮▮▮

4. After living my life with these experiences, this prolonged and offensive bankruptcy process not only brings the horror of them to the fore – it brings a new kind of abuse that is a devaluation of what the Boy Scouts of America put me through. Their actions and words show a lack of recognition of the damage they have done to thousands, including me. I do not only mean monetary value. The prolonged negotiations are painful and reveal their disregard and misunderstanding of the long-term and ongoing effects of sexual abuse. How much does it cost to abuse a child?

I can't help but think of the paraphrase of ▮▮▮▮▮ famous concept of "leave it better than you found it." Abused scouts are like people who have lost limbs in a war – some of us may be able to learn to walk again, but our losses remain a permanent reality in our lives that cannot be erased or circumvented.

Leave it better than you found it. How does this apply to the history related above?

Respectfully,