May 5, 2021

Claim #SA-███

Justice Lauri Selber Silverstein

BSA Bankruptcy Case

824 Market St

6th Floor

Wilmington, DE    19801



This has to be one of the hardest letters to write. Bringing back many memories that took years to try to erase. This was a "Life Changing" episode that I wish had never happened.

The first time happened in 1962 when I was 13. It was a weekend camping trip to Pine Grove Furnace State Park. We went hiking, swimming (at the time I didn't understand why our leaders wanted us to go skinny dipping), we played games, and told campfire stories. After the stories, our leader (our Asst. ███████████████████████████████████████████████████████████████████████████

I never told this to anybody. I felt so ashamed that I didn't go on any other camping trips that year.

The second time this happened was in 1963, when I was 14. I did not want to go camping, but my friends and parents talked me into it. It was also a weekend camping trip at Pine Grove Furnace State Park. We did the usual hiking, swimming/skinny dipping (which I did not participate. The Asst. Scoutmaster was going to help me with my merit badges. I was hesitant, but went to his tent anyway, ███████████████████████████████████████████████████████████████████████████

After this second episode, I stopped going to scouts, even though my parents and friends tried to talk me into going back.

Those times had a real negative effect on my life, and the hurt and shame has come back with this letter.

I wouldn't want anybody else to go through this experience.

Sincerely,

MIAMI FL 330
5 MAY 2021 PM 6 L

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St.
6th Floor
Wilmington, DE 19801

19801-493728

