May 6, 2021

**FILED**
2021 MAY 12 AM 8:55
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**United States Bankruptcy Court for the District of Delaware**
Judge Laurie Selber Silverstein
824 North Market Street
6th Floor
Wilmington, DE 19801

Dear Judge Silverstein:

In the matter versus the Boy Scouts of America, we have had many clients come forward to tell their story and share their painful experiences from their time involved as members.

Enclosed, please find a statement from our client who wanted to share their personal experience. In order to protect their identity we have redacted their personal information. Although anonymous, it was important for them to share their experiences with the Court as this very important case continues to move forward.

We look forward and await the next steps as we continue to seek justice for our clients from the events that took place during their time involved with the Boy Scouts of America.

Sincerely,

**From:**
**Sent:** Tuesday, January 26, 2021 6:29 PM
**To:** bsaclaims@

For me because of my skin tone. Who would believe me or my auntie. To live with this for years and someone had the guts to challenge them. I never thought about doing anything cause of the time passed. What I will say is none of my children or friends of ours will not let there kids join. I told them stories without getting into my history. I thank BSA for coming forward to represent us who's voices can't be heard.

Sent via the Samsung Galaxy S9, an AT&T 5G Evolution capable smartphone