

May 3, 2021

**FILED**

2021 MAY 12  AM 9:05

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

The Honorable Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street, 6th floor
Wilmington, DE 19801

Re: SA - 

Dear Justice Silverstein,

I was sexually abused and violated by my Scoutmaster 66 years ago.

I was raised in a farm town in Wisconsin, population 500. A place where everyone knew everyone, and everyone trusted everyone. No one locked their doors. Until I was 10 years old, the Village cop was part-time. But in 1951 the Village hired a full time policeman. His name was Benji. He was in his early 30s. He shared a house with his mother, next to the school.

My father was the school principal. He also was the Clerk of the Village, which means he was closely involved in the selection and hiring of ▇▇▇▇.

Within months of his hiring ▇▇▇▇ started Boy Scout Troop 24, with the support of community leaders.

There were only three occasions on which I was sexually violated by ▇▇▇▇. But now, even 66 years later, each experience is a terrifying memory. Looking back, I realize that ▇▇▇▇ had carefully orchestrated times when he could be alone with me, and when I would be unable or too afraid to call for help.

I can still hear his heavy breathing, along with his very quiet warning of "Shhhhh, shhhhh, shhhhh. Trust me. I want to make you feel good." I wish I knew why I didn't scream bloody murder. But I couldn't, and I didn't. And he wasn't making me feel good!

As a young teen, I was confident in any social setting. But facing up to this man, I felt helpless. I couldn't possibly tell my father, because I knew he wouldn't believe me. After all, he had hired him to be our town cop, for Pete's sake. I also couldn't screw up my courage to tell any of the adult leaders that the Scoutmaster had "done something" to me.

And to complicate things, this Scoutmaster had threatened that if I actually did say anything to anyone, he would see to it that I wouldn't be able to earn my Eagle or God & Country award, both of which he knew were important to me.

That man was a source of fear and anger during my high school years. I knew that if I wanted to obtain those two awards, I couldn't possibly quit, which meant I had to face him many times a week. I lived under that heavy cloud for my four years in high school. I assumed that once I went off to college, I'd be free of him. I was wrong.

I finally received my Eagle and God & Country award in a ceremony during my Christmas break, 1959. Again, I looked forward to being free of him. And again, I was wrong. The fact is that memories of him have haunted me for my entire life.

I was naïve back then. But now, looking back, I can name probably a dozen boys who also fell victim to this "leader". There was a small cadre of "pets", as they were often called by others, who hung around his squad car parked outside of school every afternoon at 3:30. I can see now how they were being groomed, being prepared for the night when he would take them for a ride on that same deserted road at the marsh, force his hand into their pants, and say "Shhhh…shhhhhh. Trust me. I want to make you feel good."

I was in my 40s when my father told me in a phone call, that the town cop had been "run out of town." That was code. I knew what he was saying, and I was glad that someone finally had the courage to report him.

This Scoutmaster died in 2012, at the age of 90. My mother sent me a copy of his obituary. He died on March 8, which is also my son's birthday. So, while I celebrate my son's birthday on that day, it is also a day when I remind myself that this evil Scoutmaster is gone.

What I experienced at the hands of this man lives with me every day. Hardly a day goes by that I don't think of it in some way.

Had these experiences occurred today, I know I would have spoken up. I would have found support. I would have had courage. I, and thousands of others who lost their innocence to predators in Scouting, look forward to an outcome of this case that will acknowledge the pain, the loss of trust, and the emotional damage that has taken place over decades, all because we who are victims were afraid, many of us were not believed, and most certainly truths were ignored and hidden.

Most sincerely,

[redacted]