Your Honor,

I am a life scout, I was a cub scout, a webloe, and a boy scout. Got my picture in the paper, as a cub, found a wallet with a large sum of money in it. The cubs taught us honesty, and how to act when no one is looking.

That said as I became a scout and progressed through the ranks, I tried hard to fit in, but as I was singled out and at a age of puberty, I was sexually abused by my scoutmaster and his son. So, as a woman, you understand a ladies right to say no. As a prepubescent kid I froze up. Starting a pattern of impeding progress when cornered. My brain and years of mental health treatment have helped. But it's more like my normal path as a kid was derailed. I've never completely gotten over it. When I can stay employed I make great money. I just freeze up when the flashback from I now know is PTSD have ruined my life as when fight or flight kicks in I've usually had to fight. My criminal record should be a life record to let everyone know. Abuse is real, help is available but in the '70's unheard of in the south. I know good and bad is everywhere but in reality, when I trusted my leaders in the BSA they didn't practice what they taught us. End it for the next generation, please.

Sincerely,







Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

