To whom it may concern:

I am writing in reference to the case against the BSA. When I went to camp the counselor suggested a leadership trip in the woods away from camp. The counselor told us to look up at the trees. He was on his knees and the next thing I knew he was ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ I started to run but my pants fell to my knees and I fell. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ He told me if I said anything he would deny it and I would be kicked out of the scouts. I called my mom and told her I needed to come home. I never told her what happened but I quit the scouts.

My father passed away when I was young and my mom thought the scouts would be good for me. Pedophiles were not recognized at that time so she thought I was safe. I blame the BSA for insufficient screening. I still have nightmares.

19801-302499

PITTSBURGH PA 150
8 MAY 2021 PM 2 L

Justice Laura Selber Silverstein
BSA Bankruptcy Case
824 Market St. 6th Floor
Wilmington, DE 19801

U.S.M.S. X-RAY