May 5, 2021

[REDACTED]



FILED
2021 MAY 12 AM 9: 04
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

Re: Claim Number SA –[REDACTED]

Justice Silverstein:

I am writing as a one-time member of the Boy Scouts of America, an Eagle Scout and a victim of abuse at the hands of an adult "Scouter" while at an overnight summer camp owned and operated by the Middle Tennessee Council of the Boy Scouts of America.

One night at the camp I was overcome by a tremendous bout of pre-pubescent homesickness. Serving as chaperone for my troop that week—and therefore our "Scoutmaster" for that week—was a man I knew then as [REDACTED] whom our actual Scoutmaster had begun bringing to assist him at troop meetings and other activities.

The tents at the camp had two cots in them, but I was alone in my tent that night. Given my state, I wasn't exactly anyone's first choice for a tentmate. I remained a mess after "Lights Out" and Mr. [REDACTED] came into my tent, ostensibly just to keep me company until I finally fell asleep. As to how he did so, well, the fact that he was later charged with, convicted of and incarcerated for sexually abusing two other Boy Scouts in another area troop some months afterward should provide some indication thereof: [REDACTED]

As for my own personal details, I will simply refer Your Honor to the narrative in my claim.

After the incident. I knew something was very wrong but I was too young and immature to understand exactly what and couldn't really formulate it or communicate it well. I tried to tell my mother, but my family lived and breathed "Scouting" and she just thought I was being overly dramatic about my homesickness. My concerns fell on deaf ears.

I had matured more by the time [REDACTED] arrest hit the local news a number of months later, and while on some level I knew that I should tell my story to someone in Scouting, it was personally embarrassing to me and initiating that sort of conversation was beyond my capabilities.

- 2 -

At any rate, I figured that the Boy Scouts would conduct their own investigation with regard to troops and boys around whom ▓▓▓▓ had been, and I could tell what I knew then in a safe, open and welcome environment established by them. At that time, I could not believe that the Boy Scouts would not do the right thing by the youth members under its protection.

But I was soon to learn, since, as it happened, the Boy Scouts never followed up at all, at least not with me and not with any other boys in my troop.

To be clear: Even though the Boy Scouts were then on notice that there had been a child sex abuser in our midst—including as the adult chaperone at an overnight summer camp--at no time did anyone from the Boy Scouts come to talk to me or any other boy in my troop about anything that might have happened with this man while we were in his "care."

This meant that I and any other victim of ▓▓▓▓ otherwise unknown except to the criminal justice system, were left to deal with the mental and emotional trauma caused my Mr. Bowden under the imprimatur of the Boy Scouts of America utterly and completely on our own.

It's well past time for the Boy Scouts to step up, take responsibility and make things right.

I appreciate your consideration.



###