May 1-21

Justice Laul Selber Silverstein
BSA Bankruptcy Case # SA ▮
824 Market Street
6th Floor
Wilmington, DE 19801

I carry this abuse my whole life.

FILED 2021 MAY 12 AM ⁙ 04 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein
BSA Bankruptcy Case #SA11178
824 Market Street
6th Floor
Wilmington, DE 19801

19801-302499

CAROL STREAM IL 601
04 MAY 2021 PM 11

U.S.M.S.
X-RAY

