# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors.[1] | (Jointly Administered) |
| | **Ref. Docket Nos. 2618 and 3708** |
| | Objection Deadline: May 12, 2021 at 4:00 p.m. (ET) |
| | Hearing Date: May 19, 2021 at 10:00 a.m. (ET) |

**THE ALLIANZ INSURERS' JOINDER TO THE LIMITED OBJECTION OF THE AIG COMPANIES TO DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) SCHEDULING CERTAIN DATES AND DEADLINES IN CONNECTION WITH CONFIRMATION OF THE DEBTORS' PLAN OF REORGANIZATION, (II) ESTABLISHING CERTAIN PROCEDURES, AND (III) GRANTING RELATED RELIEF**

Allianz Global Risks US Insurance Company, National Surety Corporation, and Interstate Fire & Casualty Company (together, collectively, the "Allianz Insurers"), by and through undersigned counsel, hereby file this *Joinder* (the "Joinder") to the *Limited Objection of the AIG Companies to Debtors' Motion for Entry of an Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization, (II) Establishing Certain Procedures, and (III) Granting Related Relief* [D.I. 3708] (the "AIG Objection"), filed on May 12, 2021 by the AIG Companies.[2] In support hereof, the Allianz Insurers respectfully represent as follows:

## JOINDER

1. The Allianz Insurers hereby join in the AIG Objection. For the reasons set forth

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the AIG Objection.

115886124

therein, the Debtors' Motion should be denied.

2. In the Motion, "Debtors propose to establish certain protocols to govern discovery and proceedings related to plan confirmation and the estimation to be conducted in connection therewith." Motion ¶ 22. Debtors' proposed protocols include "time-limited interviews of a stratified sample of individual abuse claimants . . . guided by the Mediators or their designee(s)." *Id*.

3. Debtors' suggestion that the Mediators "guide" claimant interviews would render those interviews inadmissible if they are conducted as part of the mediation. L.R. 9019-5(d)(i) ("The mediator and the participants in mediation are prohibited from divulging, outside of the mediation, any oral or written information disclosed by the parties or by witnesses in the course of the mediation.") Alternatively, claimant interviews guided by the mediators outside of the mediation could render the mediators witnesses or otherwise subject them to discovery disputes. *Id.* at (d)(ii) ("The mediator shall not be compelled to disclose to the Court . . . any of the records, reports, summaries, notes, communications or other documents received or made by the mediator *while serving in such capacity*. The mediator shall not testify or be compelled to testify *in regard to the mediation* in connection with any arbitral, judicial or other proceeding.") (emphasis added).

4. Consistent with Local Rule 9019-5, the Allianz Insurers object to mediator involvement in claimant interviews conducted as part of confirmation discovery. If the Court is inclined to grant the Motion in whole or in part, the Allianz Insurers respectfully request that the Court specify in its Order that the mediators shall have no involvement in confirmation discovery, including in any claimant interviews relating thereto.

## **CONCLUSION**

WHEREFORE, the Allianz Insurers respectfully request that the Court enter an order: (a)

115886124

sustaining the AIG Objection and this Joinder; (b) denying approval of the Motion; and (c) granting to the Allianz Insurers such other and further relief as is just and proper.

Dated:      May 12, 2021
            Wilmington, Delaware

| TROUTMAN PEPPER HAMILTON SANDERS LLP | TROUTMAN PEPPER HAMILTON SANDERS LLP |
|---|---|
| By: */s/ Marcy J. McLaughlin* Smith | By: */s/ Marcy J. McLaughlin Smith* |
| David M. Fournier (DE No. 2812) | David M. Fournier (DE No. 2812) |
| Marcy J. McLaughlin Smith (DE No. 6184) | Marcy J. McLaughlin Smith (DE No. 6184) |
| Hercules Plaza | Hercules Plaza |
| 1313 Market Street | 1313 Market Street |
| Suite 5100 | Suite 5100 |
| P.O. Box 1709 | P.O. Box 1709 |
| Wilmington, DE 19899-1709 | Wilmington, DE 19899-1709 |
| Telephone:  302.777.6500 | Telephone:  404.885.3000 |
| Facsimile:  302.421.8390 | Facsimile:  404.885.3900 |

-and-

| | |
|---|---|
| Harris B. Winsberg (admitted *pro hac vice*) | Harris B. Winsberg (admitted *pro hac vice*) |
| Matthew G. Roberts (admitted *pro hac vice*) | Matthew G. Roberts (admitted *pro hac vice*) |
| Bank of America Plaza | Bank of America Plaza |
| 600 Peachtree Street NE | 600 Peachtree Street NE |
| Suite 3000 | Suite 3000 |
| Atlanta, GA  30308-2216 | Atlanta, GA  30308-2216 |
| Telephone:  404.885.3000 | Telephone:  404.885.3000 |
| Facsimile:  404.885.3900 | Facsimile:  404.885.3900 |

-and-

| | |
|---|---|
| NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP | BRADLEY RILEY JACOBS PC |
| Matthew S. Sorem (admitted *pro hac vice*) | Todd C. Jacobs (admitted *pro hac vice*) |
| 10 S. Wacker Dr. | John E. Bucheit (admitted *pro hac vice*) |
| 21st Floor | 500 West Madison Street |
| Chicago, IL 60606 | Suite 1000 |
| Telephone:  312.585.1433 | Chicago, IL 60661 |
| Facsimile:  312.585.1401 | Telephone:  312.281.0295 |

*Attorneys for National Surety Corporation and Interstate Fire & Casualty Company*

-and-

- 4 -

M<small>C</small>D<small>ERMOTT</small> W<small>ILL</small> & E<small>MERY</small> LLP
Margaret H. Warner (admitted *pro hac vice*)
Ryan S. Smethurst (admitted *pro hac vice*)
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531
Telephone:   202.756.8228
Facsimile:    202.756.8087

*Attorneys for Allianz Global Risks US Insurance Company*

115886124