## CERTIFICATE OF SERVICE

I, Marcy J. McLaughlin Smith, hereby certify that on the 12th day of May, 2021, I caused *The Allianz Insurers' Joinder to the Limited Objection of the AIG Companies to Debtors' Motion for Entry of an Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization, (II) Establishing Certain Procedures, and (III) Granting Related Relief* to be served by email upon the parties set forth on the attached list, and all ECF participants in this case were served electronically through the Court's ECF noticing system, at their respective email addresses registered with the Court.

*/s/ Marcy J. McLaughlin Smith*
Marcy J. McLaughlin Smith (DE No. 6184)

## Service List

(*Counsel to the Debtors*)
Derek C. Abbott, Andrew R. Remming, Eric W. Moats, and Paige N. Topper
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
dabbott@morrisnichols.com;
aremming@morrisnichols.com;
emoats@morrisnichols.com; ptopper@morrisnichols.com

(*Counsel to the Debtors*)
Michael C. Andolina, Matthew E. Linder, Laura E. Baccash, and Blair Warner
**WHITE & CASE LLP**
111 South Wacker Drive
Chicago, Illinois 60606
mandolina@whitecase.com; mlinder@whitecase.com;
laura.baccash@whitecase.com;
blair.warner@whitecase.com

(*Counsel to the Debtors*)
Jessica C. Lauria
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, New York 10020
jessica.lauria@whitecase.com

(*Counsel to the Tort Claimants' Committee*)
James I. Stang, John A. Morris, James E. O'Neill, and John Lucas
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
Wilmington, DE 19801
jstang@pszjlaw.com; jmorris@pszjlaw.com;
joneill@pszjlaw.com; jlucas@pszjlaw.com

David L. Buchbinder
Hannah Mufson McCollum
Office of the United States Trustee for
the District of Delaware
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
David.L.Buchbinder@usdoj.gov;
hannah.mccollum@usdoj.gov

(*Counsel to the Creditors' Committee*)
Thomas Moers Mayer, Rachael Rinder, David E. Blabey, Jr., Jennifer R. Sharret, and Megan M. Wasson
**KRAMER LEVING NAFTALIS & FRANKEL LLP**
1177 Abenue of the Americas
New York, NY 10036
tmayer@kramerlevin.com; rringer@kramerlevin.com;
dblabey@kramerlevin.com; jsharret@kramerlevin.com;
mwasson@kramerlevin.com

(*Counsel to the Future Claimants' Representative*)
Robert S. Brady, Edwin J. Harron, and Sharon M. Zieg
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
1000 North King Street
Wilmington, Delaware 19801
rbrady@ycst.com; eharron@ycst.com; szieg@ycst.com

(*Counsel to JPMorgan Chase Bank Nation Association*)
Louis R. Strubeck and Kristian W. Gluck
**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Avenue,
Dallas, Texas 75201-7932
louis.strubeck@nortonrosefulbright.com;
kristian.gluck@nortonrosefulbright.com

(*Counsel to the Creditors' Committee*)
Kurt F. Gwynne and Katelin Ann Morales
**REED SMITH LLP**
1201 Market Street
15th Floor
Wilmington, DE 19801
kgwynne@reedsmith.com; kmorales@reedsmith.com

(*Counsel to JPMorgan Chase Bank National Association*)
Matthew P. Ward and Morgan L. Patterson
**WOMBLE BOND DICKINSON (US) LLP**
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
matthew.ward@wbd-us.com;
morgan.patterson@wbd-us.com

(*Counsel to the AIG Companies*)
Deirdre M. Richards
**FINEMAN KREKSTEIN & HARRIS PC**
1300 N. King Street
Wilmington, DE 19801
drichards@finemanlawfirm.com

(*Counsel to the AIG Companies*)
Susan N.K. Gummow
**FORAN GLENNON PALANDECH PONZI & RUDLOFF P.C.**
222 N. LaSalle St., Suite 1400
Chicago, Illinois 60601
sgummow@fgppr.com

(*Counsel to the AIG Companies*)
Michael A. Rosenthal, James Hallowell, and Keith R. Martorana
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, New York 10166
mrosenthal@gibsondunn.com; jhallowell@gibsondunn.com; kmartorana@gibsondunn.com

(*Counsel to the AIG Companies*)
Matthew G. Bouslog
**GIBSON, DUNN & CRUTCHER LLP**
3161 Michelson Drive
Irvine, California 92612
mbouslog@gibsondunn.com