May 3, 2021

Dear Justice Lauri Selber Silverstein,

I'm writing about claim number SA-███████

I am turning 50 years old in June 2021. I want to voice my thoughts and feelings about being abused in Boy Scouts. I was sexually raped by my Den Leader on my very first summer camp I could afford to go on. I was 15 years old when that happened. I quit shortly after that for 2 years I ran in fear dealing with the threats of those that raped me or forced me to do something sexual to them, I dealt with not knowing who I was, staying at home cause it was the only place I felt safe, too scared to tell anyone what happened to me and sadly the many attempts of suicide in which my last attempt of suicide at the age of 17 which I went into a hospital but I finally told my mom and dad what happened to me then I began therapy

thus began my road of recovery

When I first heard about Abused in Boy Scouts fear and thoughts entered my mind but yet moved forward with standing up as the surviving victim to hear my voice.

Today I ask of you to please listen to the victims and listen to those that can tell you what happened to them in complete detail from 35 years ago

BSA wants to settle on all the claims and the victim's won't recieve what it cost them in therapy and the fact of having to live with the memory of what happend to them till their last breath of life.

I'm thankful for the opportunity to have my voice heard and I will stand up and fight for what I believe will be fair.

Thank You for your time

Sincerely,

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

INDIANAPOLIS IN 460
6 MAY 2021 PM 6 L

