May 05, 2021

FILED
2021 MAY 12 AM 9:04
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Laurie Selber Silverstein
BSA Bankruptcy Case
824 Market St., 6th Floor
Wilmington, DE 19801

Re: Claim No. ███████

Dear Justice Silverstein:

My name is ███████. I'm a son, father, executive, community member that has disguised the aforementioned. I'm a federal prisoner, a liar, conman, cheat, alcoholic and a few other adjectives I wear modestly. I'm also a former Boy Scout from Troop 212 in Moraga, CA.

I firmly believe as promised by the Boy Scouts that they truly molded my life, just not the way I had intended. I was assaulted at summer camp in 1982. Since that day (and others that followed), I've lost the ability to trust anyone or anything 100%. I've lived my life embarrassed and ashamed of who I am and what happened to me. Because of that shame and embarrassment, I've held a secret for 30-years+ that has scarred me deeper than anything I could ever explain to this court. I've used alcohol and prescription drugs for years to numb the hurt & pain. I've even contemplated suicide on many occasions. I'm sickened to learn that there are 90,000 other men like me. I've committed many crimes to satisfy those habits and numb and run from the pain.

Justice Silverstein, I'm different than most of the other victims you'll hear from. I think it's very important you hear what I have to say to compare what "Prison" means. In 2018, I was sentenced to 24-years in federal prison for mail fraud & identity theft. A very hefty sentence. But it completely pales in comparison to the life sentence I've been serving since the age of 12-years old. It was infact almost a relief. How ironic is that in the grand scope of life?

At 50-years old there's no amount of money that could or ever would make this right. I will live with this until the day I die.

I believe the organization started out as a viable social building block for young men but 80,000 + men later it devolved into a breeding ground for a scale of massive sexual abuse not seen anywhere but the Catholic Church. The very organization that was trusted by 1,000's of families to build-up their boys ended up destroying those very lives.

I'm completely sickened at the news that BSA is attempting yet again to avoid responsibility for what they did to me and others. I want to feel as though somebody actually cares. I want an apology. I want to be made whole. I understand none of that my actually happen.

I'm 100% responsible for my choices as an adult. I blame nobody but myself for my current prison sentence. However, I AM NOT RESPONSIBLE for what happened at summer camp in 1982 or after that. I am not responsible for the will, shame, fear, terror and violation I lived with as a young teen-age boy. I am not responsible for what it turned me into as a adult.

I'd ask you consider the totality of all these things and most of all the life sentence the BSA gave me at 12-years old and what life could have been for me.

Respectfully Submitted this 5th day of May, 2021.

