TO: Judge Laurie Silverstein
FROM: ▮▮▮▮▮▮▮▮▮▮▮▮
SUBJ: BSA Bankruptsy Case

FILED
2021 MAY 12 AM 9:04
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Judge,

I will keep this brief as I know your time is valuable.

Joining the cubscouts was supposed to teach me trustworthiness, loyaltee, and social and religous values, however it caused me to mistrust, deception, and how ugly life can be.

I am severly disappointed with the leadership of the Boy Scouts of America along with the Insurers whom are trying to mitigate their culpability in their obligation to all sexual assault survivors who have brought claims against the BSA. If it were up to me the whole orginization would be disbanded for their gross negligence in protecting young children from predators in their ranks.

You will notice that I am writing this letter from the Central Virginia Regional Jail located in Orange, Virginia. I am currently waiting on a alcohol program ordered by the circuit court from the Fluvanna County circuit court. I have struggled with alcohol abuse my entire life.

I want to make clear that I do not solely blame the BSA, and sexual assault that occurred while in their care, but certainly has played a role in the alcohol abuse, my social issues, and legal problems.

Thank you for your time. May God bless you, and whatever decision you reach.



BSA Bankruptsy Case
824 Market St.
6th Floor
Willmington, DE 19801

RICHMOND VA 230
7 MAY 2021 PM 2