From: Case ▮

To: Justice Lauri Selber Silverstein

BSA Bankruptcy Case

824 Market Street 6th FL

Wilmington, DE 19801

FILED

2021 MAY 12 AM 9:01

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Justice Silverstein,

I have been asked to write this letter to you to try and explain the horror, Shame, Guilt and many other feelings on what was done to me while in the Boy Scouts. I will do my best to tell you of the suffering and shame that has affected me now for almost 60 years. Some of what I am going to tell you is embarrassing and difficult to write, but it needs to be said

I spent 2 weeks at Camp Wauwepex in Wading River, New York. It was located on Long Island in Suffolk County. It was about an hour drive from my house when I was growing up

I was born with a Chromosome disorder called Kleinfelters Syndrome. I have an extra Female Chromosome in my DNA. Along with being sterile at birth, some of the characteristics of Kelinfelters is small gentiles and extra breast tissue. BUT, I did not know about this until I was age 32 when my wife and I were trying to have children.

As a kid, I sensed something was wrong with me as my parents took me from Doctor to Doctor, but never told me what was wrong with me. As far as I knew I was just a young innocent child who had gone to Boy Scount camp for 2 weeks one summer. It was 2 weeks of hell, embarrassment, being so scared that I thought I was going to die.

I walked into the latrine and there were troths in there and it held about 25 people all peeing at one time. Then I heard those horrible words, "LOOK at how small that kid is". I was shocked, embarrassed, scared and I ran out of the latrine and hid for several hours in the woods. I was very scared, my heart was pounding and I could not stop crying. I wanted to go home and never return. I

was found by about 4 older scouts who wanted to see the boy with a small penis. ███████████████████████████████████████████

I could not go into the mess hall to eat as I was afraid I would become a target again. I ate scraps of food that I found in the garbage because I dare not show my face anywhere. I could not sleep in my cabin as I was afraid of what the older scouts would do to me. I found myself one evening rudely woken and found myself on my cot but not in my cabin. I was in the middle of the main trail that ran through the entire camp. I felt something ███████████ ████████ by about 15 older scouts. Everyone laughing and having a good time while I was being ████████.

It has taken me over 50 years to go into any public bathroom and feel comfortable using a urinal to pee. I would always go into a stall and sit down like a woman and pee. I tried to make sure that nobody was in a bathroom, but still could not go at a urinal, I had to go where I felt safe. A toilet with a door and 3 walls.

50+ years I felt shame and guilt and I suppressed it. I kept it inside and it has destroyed me. I have been very sick since November 2018 when I went to the hospital and I was diagnosed with Bi-Lateral PE and DVT blood clots in my lungs and legs. Since then I have had a pacemaker put in and had a cardiac ablation because I had uncontrolled Atrial Fibrillation. My blood pressure when I went in for the 1st time was almost 220 on the systolic. I was in the hospital for almost a week before they could get me under control. I now have Congestive Heart Failure and high blood pressure eventhough I am taking my pills on a daily basis, I still get high blood pressure. In the last 2.5 years I have been in the hospital over 30 time for heart related issue.

I suppressed all of these thoughts and feelings. I am married 45 years and I have never told my wife about this. I have since opened up a little to her but could not

tell her exactly what was done to me. My wife is a sick woman with multiple surgeries in the past for mostly cancer. She does not show me any affection but I do my best to care for her. She is suppose to be my friend and friends are suppose to help each other, but I guess I am not the lucky one to have such a spouse.

I am so depressed and suicidal, but I do not have a plan and I do not want to hurt anyone, but the last though before I go to sleep at night is that I not wake up. I go to sleep every night and I pray that I die in my sleep. I do not care if the sun rises and it is a gorgeous day outside. I am in emotional and physical pain every hour and every day of my life.

This has been a very difficult letter to write to you.. I am under the counsel of a LCSW who is trying to make me understand what was done to me and to try and move forward with what ever time I have remaining on this earth.

[redacted]

I never told my parents what happened to me because my mother would of told me it was my fault. I was born into a family with a mother and father that should of never had children. I was beaten by my mother with a belt. I had severe [redacted] nurturing type. Her first thought was to hit and slap me as a child. I was easier for her to hurt me than to show me love and support. I can count on one hand the number of times I was told by her, I love you.

When I got hurt regardless of whether it was my fault or not, I would always get blamed and hit. NO, I did not tell my parents what happened at Boy Scout camp as I feared she would tell me it was my fault and hurt me more. In my mind it was not worth the pain and further embarrassment from my parents. I never went to the Scout leader because I feared that I would be blamed for everything, including the [redacted] I was afraid to say anything to anyone, so I swallowed it and tried to move on.

I went to Boy Scout camp as a young innocent child and I came out after 2 weeks as a broken, humiliated innocent child who has been afraid for more than 55 years. I always avoided fights, arguments and I stayed clean and out of jail as I grew up. Always a good person. I never dated in High School, and college as I had no self esteem due to the Kleinfelters. I can remember trying to commit suicide by dressing up in full winter clothing and hiding in my attic in the summer which was in excess of 150 degrees. I never passed out and I was never successful.

I am trying to put my experience with the BSA in a sentence....The sexual abuse that I suffered has changed me forever. It has affected all of my relationships, my love life, sex and having children. It was 2 weeks of unbelievable HELL. I was the butt of everyones laughter and humiliation. Yes, I am pissed off that I had to go through this. I would not wish this on my worst enemy.

YOU MUST STOP THIS INSANITY and not allow another child to experience this!!!!!!

Yes, I would like to see some compensation as my therapy bills and hospital stays have already cost me a small fortune. Medicare does not pay for everything.

I am a nobody, I have no power to do anything. I have a therapist to listen to me but deep down, no one really cares if I live or die. You have the power the force the BSA to do what is right for myself and the thousands of others who have been hurt by the BSA. My life is already ruined, perhaps you can save a child in the future.

Thank you for your time.

Regards..... ▮

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St
6th Fl
Wilmington, DC 17801

U.S.M.S. 10861
X-RAY

19801-301021

ORLANDO
6 MAY 2021
FOREVER / USA
FOREVER / USA