To:   Justice Lauri Selber Silverstein
      BSA Bankruptcy Case
      824 Market Street
      6th Floor
      Wilmington, DE  19801

Re: SA -

From:

FILED   5-3-21

2021 MAY 12  AM 9:03

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

To the Honorable Justice Silverstein,

I am writing the Court to tell my story. I will keep it brief as I know the Court's time is precious. I was abused at a Boy Scout Camp by a Scout Leader. My experience profoundly changed me, and the repercussions have lasted my life (almost 40 years now since the abuse). It was at night after us scouts had gone to bed, the leader came to my bedding area and



If the Court finds it in its power to hold those accountable I would appreciate it as I still have PTSD from the abuse. The Boy Scouts and the insurance companies seem to think my case is "made up" and "not that bad". Please remember my story when deciding this case.