May 6, 2021

Dear Justice Silverstein and others, who may read this letter,

FILED
2021 MAY 12 AM 8:54
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

I am writing to you concerning the BSA lawsuit and the things that their lawyers are doing behind the scene. I'm supposed to say that I want them to do what is right. I'll come back to that later. I'm supposed to express my feelings. I'm case number SA█████ so I won't go into detail about what happened. I will tell you my feelings and thoughts. I can't speak for all but here are my thoughts on the incident and the aftermath. I'm sure there are those who suffered in silence. Then there are the predators who may have found others of like mind who may have or did become braggarts. This creates talk. Talk creates rumors and gossip and a ripple effect. This was my case. Those who participated in this came back and told. I endured whispers, rumors, gossip behind my back. After many years, some asked questions to my face that came from this talk. Imagine the personal demons I suffered during this time. Now, imagine you're a parent who one day has a friend saying they need to talk to you. They tell you what they have heard. As a parent you are scared to do anything because you're scared it may be true, you don't know how to ask, and you don't know how to fix it. The same happens to your siblings. The same thing happens. Nothing gets said, nothing gets done. Can you imagine how lonely that feels? Getting back to the talk, there are the predators, then there are the semi-predators, if you will. They are the people who did not do the initial damage, but they say or do something to you to do damage. These are the jackals and hyenas of society. And remember Scouts were involved in this, too. This all springs from this incident. Now concerning the BSA and their lawyer's dealings, what's right and what's wrong. You might want to ask the BSA leaders and their lawyers to stand up and quote the Boy Scout Oath or Promise (which contains the words: to help other people at all times/duty to other people...to prove yourself a Scout and do your part to make this a better world. Quote the Boy Scout Law (which contains the words: trustworthy, helpful...).quote the Boy Scout Slogan which says: do a good turn daily.

Justice Silverstein, thank you for taking the time to read this letter, I hope it wasn't too long or took up too much time.

Sincerely, ████



CHARLOTTE NC 280
7 MAY 2021 PM 3 L

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street, 6th floor
Wilmington, DE 19801

19801-302499


