

FILED
2021 MAY 12 AM 8:54
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 7, 2021

Clerk of the Court
U.S. Bankruptcy Court
for the District of Delaware
824 North Market Street, 6th Floor
Wilmington DE 19801

RE: Case# 20-10343 (LSS)
    Boy Scouts of America and
    Delaware BSA, LLc

Sir:

    With this letter to the court I ask if the "MOTIONS SENT TO THIS COURT (at or about) APRIL 6, 2021, MARCH 5, 2021 AND JANUARY 29, 2021" have been DOCKETED in the court and ask the status of the Motions?

    Please mail me a copy of the court's record of the receipt of my motions and the date of scheduled hearing before the judge.

Sincerely,



CLERK OF THE COURT
U.S. BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
824 NORTH MARKET STREET, 6TH FLOOR
WILMINGTON DE 19801

19801-302499



7 MAY 2021 PM 6 L