

**FILED**
2021 MAY 12  AM 9:03
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein

BSA Bankruptcy Case

824 Market St

6th Fl

Wilmington, DE 19801

Dear Judge Silverstein:

I have been told to considered myself to be a survivor and not a victim of sexual abuse. This is a strange concept to me. Why does it have to be one or the other? I am a survivor! But I have also been a victim of a very evil man.

My father died when I was two years old and I grew up without a father figure in my home life. My mother, a single parent raising two children looked to men in the community to help guild my growth and maturity. I joined Boy Scouts not long before my eleventh birthday and heard about summer camp with the large barn fires and swimming in the lake. What I didn't hear about was how men with deviant sexual desires infiltrated the counselors ranks.

I expected to deal with being away from home for the first time, mosquitos, or getting lost in the woods. I did not expect to have to hide in the woods to get away from sexual predators!

I've been told in counseling the only way to deal with such a traumatic experience is to try to make some kind of meaningful good come from it. This lawsuit is that meaningful good!

Please hold those who were entrusted with protecting and keeping an eleven-year-old boy safe accountable. Meaningful change needs to happen! It must happen in order for wounds caused by the wrongs committed against me, in my most vulnerable age, to heal!

1

CHARLOTTE NC 280
6 MAY 2021 PM 5 L

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St
6th Fl
Wilmington DE, 19801

19801-302499