FILED

2021 MAY 12 AM 8:54

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Hon. Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, De. 19801

May 6, 2021:

Re: SA- ████████

Dear Hon. Justice Lauri S. Silverstein:

My Name is ████████████████ I am
currently incarcerated, I write in
regards to the abuse I endured as
a Cub-Scout and boys scout, It
Changed my life, my thought Process
I recall upon being a child when the
Multible abuses occurred:

I never understood as a kid how
Can a Person Put in a Position of
Power, leadership, guidance, "ScoutMaster"
Molest, rape, a Young boy, Now I
Know there were thousands of Children
went through what I endured:

The life of a child is very precious
Never should any child have to go
through such a horrible monstrosity
of being Molested, raped, because a
Very Sick Person who was allowed
to Continue this Predator behavior
For years without being admonished
Very harshly, the BSA has gotten
away with these Crimes against Children
For Many, Many Years.

The Only way with sincerely fixing
Such a horrible Crime is to stop ignoring
these atrocities and allow Our attorney's
to get exactly what they ask for to
Settle these claims, the Only way to
Show honor, respect to the BSA Organization
to try and rebuild the BSA to a higher
Moral standard is to give the abuse
Children's Attorney's what they ask for
Children went through hell, For a young
African American In the 60's who was
I to turn to with the Many, Civil
rights riots, Protesting, racism, etc. Al
going on.

2

The BSA Scout leaders were Predators
Its been Covered-up for far to long
And the BSA Interest is very, very
Pale in Comparison to what us children
at that time went through, I am a
Molested, raped Victim, Survivor:
From a BSA - Scout-Master:

I Sincerely, hope this letter Encourage
BSA Children Survivors to write
to you Justice Laur. Silverstein and
tell their truth:



Sincerely,





DENVER CO 802

7 MAY 2021 PM 4 L

Legal Mail

SA-60529:

19801-302499

Hon. Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE. 19801