April 27, 2021

FILED
2021 MAY 12 AM 8:53
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Honorable Judge,
My name is ▮▮▮▮▮▮▮▮ Cleveland Ohio. Please I think that you would understand if you take the time to GOOGLE ME ▮▮▮▮ to see what I have accomplished in my life sexual abuse by BSA with standing.

I can't quite remember the particulars as I've tried even to this day.

He took a special interest in me, gave me extra privileges, we went to baseball games to watch the Indians. (I played baseball, football, boxed and swam.

He would come over my house and pick me up, he gained the trust of my mother, instead of taking me places, we would

go to a vacant field by the Projects and he ▇▇▇▇▇

My young life was forever altered as I had all types of debased sexual experiences, drug and alchol abuse, depression, etc.

I have this inner rage that I can't quite control.

With people today so sexually free, I'm so unaccepting of any form of depravity.

I've been diagnosed BiPolar Schizo Effective. I've been with ▇▇▇▇ ▇▇▇▇ of Recovery Resources in Cleveland, Oh for over fifteen years and just recently told they about the abuse.

There has been some closure, but no amount of money can heal me only Yahweh.




The Honorable Laurie Selber Silverstein
# BSA - SA - 7955
c/o BSA BANKRUPTCY CASE
824 Market Street, 6th floor
Wilmington, Delaware

