May 2, 2021

FILED
2021 MAY 12 AM 9:00
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

SA - ▇

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

Your Honor,

I am a survivor of BSA abuse. When I was a very young teenagers, I was offered alcohol, and the encouragement to consume it, by my Assistant Troop Leader. When I became intoxicated, I was raped by my Assistant Troop Leader.

As a 64 year old man, I've been confused my whole life by this crime. I've questioned my responsibility; I've wondered about my sexuality; I've struggled with personal relationships, and; I've abused alcohol. I've sought personal counseling and alcohol treatment, and all of these efforts are tied to the crime of rape that I suffered under the cover of the BSA's protection. I assume that I will end my life carrying this shame

Please demand that the BSA, it's insurance partners and resource holders, assume true financial responsibility for their actions, and their inactions. Choosing to ignore a crime, and allowing young men to struggle for a lifetime, is as intentional a crime as the actual criminal act. It's time for the BSA to open its wallet and support those of us who have suffered a lifetime from their behavior.

Regards,

