What i Think about the B.S.A. i think i was violently rape against my will. first time Halliesburg MS. forgive the way i write. but since That happened To me i have become illterate withdrawal from The world They went me To go in great detail, all i can Tell

[redacted]

That if i said anything. That i would be removed from being a Tenderfoot an That no one is going To believe me, so i was To scared To Tell anyone The second Time happened in Jackson mississippi. and The Third Time Happened in Pascagoula, MS, [redacted]

[redacted] This went on for all most a year, my self i Think They ough To close The doors for good. an be made To Pay punitive damage an compensation for what has happened To us i don't Think 6,000 is enough for what happened to me. I Thing 75000 To 200000. is Still not a nuff. They can't give me Back what They have Tooken from me. The Damage They have done to me menTally and Physically, I Think compensation around (100,000) a piece, would be a good start of a helping

your never going to stop all predators but you can sure do a lot Better at doing a background check an constantly monitoring your leaders an coordinator's

~~____~~ sign



P.S what would you do if it was your child. what would you do??? if no one is there that will beleve you. how much money is anuff to give me my life Back. not 10,000 not 50,000 not 100,000 how much is anuff. if it was your child. ????

FILED 2021 MAY 12 AM 8:53 US BANKRUPTCY COURT DISTRICT OF DELAWARE

Justice Laurí Silverstein
BSA Bankruptcy Case
824 Market Street
6Th Floor
Wilmington De
19801

GULFPORT MS 395
30 APR 2021 PM 2 L

M.S.
RAY