May 4, 2021

BSA Case # SA - ███████████

The Honorable

Justice Lauri Selber Silverstein

BSA Case

824 Market Street

6th Floor

Wilmington, Delaware, 19801



FILED

2021 MAY 12  AM 9:00

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

As a claimant in this case, the Atorneys of Andrew Van Arsdale asked that I write this letter to convey my experience as a former Boy Scout My Boy Scout experience began when I was 11 years old. I was not very mature for my age. All of my friends did scouts so I wanted to be like them. This was 1973 and nobody talked to young boys about what behaviors were appropriate. So when our scout leader invited me to his home study to discuss merritt badges I had no idea, or fear of the child predator ███████ really was. Over the next two years, 1973 to ███████████████████████████████████████████████████████████████ acts were how men bonded and were part of scouting that was an un-discussed secret brotherhood.

Luckily for me, 1975 was the year our family moved to a town outside of Salt Lake City and far away from the Federal Heights Ward Boy Scout troop. I did scouting for a few months in Park City, our new town, but realized I was sick of it.

Now I am 58 years old. Gay. Single. I've struggled for years with substance abuse, low self-esteem and cronic depression. I've sought the help of social workers, faith healers and psycologists. The costs of help run in the tens of thousands. I am a self employed hairdresser continued. . . . . . . .

continued...... BSA Case ▮▮▮▮▮▮▮▮

so my health insurance has never covered psycological disorders.

I have spent the last 45 years dealing with the actions that scout leaders inflicted on me as a child. Yes, financial responsability is overdue. However, Boy Scouts of America had willing partners in perpetrating the crimes they allowed to happen. The Church of Latter Day Saints let ▮▮▮▮▮▮▮▮ supervise Boy Scouts at the Federal Heights Ward for over 20 years. If Boy Scouts of America won't take responsive action then the insurers who took part of our scouting dues must. As part of my emotional recovery from what happened to me at scouts, the last psycologist that I saw recomended that I tell my family in detail what was done to me. My parents now feel responsible and depressed about it. So in short, more victims have ocurred in our family.

 I don't believe Boy Scouts of America should ever be entrusted with the care of children again!

▮▮▮▮▮▮▮▮



SALT LAKE CITY UT 840
6 MAY 2021 PM 3 L

To: The honorable
Justice Lauri Selber Silverstein
BSA CASE / Claim # SA-
824 Market Street / 6-B Floor
Wilmington, DE