To Justice Lauri Selber Silverson.

I am writing this embarrassing letter to you. Hoping that you consider me and the many other victims, at the hands of BSA. When I was 12 years old in 1970. I went to Boy Scout camp first year. I was very small and short weighing just over 105 lb. was king peewee of our troop 190. Everyone was teasing me about initiating even the scout leaders. So already kind of scared that maybe I would have to eat a bug or something as my initiation. On the second day of camp at Camp Oceola Missouri. As the scout leader ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

They finally let me up. I thght that is was it. Humiliated but glad it was over. But it was just the beginning of a year of touching groping and grinding on top of the teasing by older kids. I hope you consider me as a victim of the BSA.

        Thank you

        ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Sent from Yahoo Mail for iPhone

Justice Lauri Selber Silverson
B.S.A. Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801

SPRINGFIELD MO 658
5 MAY 2021 PM 3 L

