# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 2618, 3708**<br><br>Hearing Date: May 19, 2021 at 10:00 a.m. (ET)<br>Objection Deadline: May 12, 2021 at 4:00 p.m. (ET) |

**JOINDER BY TRAVELERS CASUALTY AND SURETY COMPANY, INC. (FKA AETNA CASUALTY & SURETY COMPANY), ST. PAUL SURPLUS LINE INSURANCE COMPANY AND GULF INSURANCE COMPANY TO LIMITED OBJECTION OF THE AIG COMPANIES TO DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) SCHEDULING CERTAIN DATES AND DEADLINES IN CONNECTION WITH CONFIRMATION OF THE DEBTORS' PLAN OF REORGANIZATION, (II) ESTABLISHING CERTAIN PROCEDURES AND, (III) GRANTING RELATED RELIEF**

Travelers Casualty and Surety Company, Inc. (f/k/a Aetna Casualty & Surety Company), St. Paul Surplus Lines Insurance Company, and Gulf Insurance Company ("Travelers"), by and through undersigned counsel, hereby submits the following joinder (the "Joinder") in support of *National Union Fire Insurance Company of Pittsburgh, Pa., Lexington Insurance Company, Landmark Insurance Company, The Insurance Company of the State of Pennsylvania, and their affiliated entities (collectively referred to herein as the "AIG Companies")'s Limited Objection of the AIG Companies to Debtors' Motion for Entry of an Order (I) Scheduling Certain Dates and Deadlines in Connection With Confirmation of the Debtors' Plan of Reorganization, (II) Establishing Certain Procedures and (III) Granting Related Relief* [Docket No. 3708].

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Travelers hereby joins in the Objections and the relief sought by AIG Companies in the Objection and Joinder Motion.

Travelers reserves the right to be heard regarding all aspects of the Scheduling Motion.

WHEREFORE, Travelers Casualty and Surety Company, Inc. (f/k/a Aetna Casualty & Surety Company), St. Paul Surplus Lines Insurance Company, and Gulf Insurance Company ("Travelers"), respectfully requests that the Court enter an order (i) granting the relief requested in the Objections Motion and this Joinder, and (ii) granting such other and further relief as is just and proper.

                      REGER RIZZO & DARNALL LLP

                      */s/ Louis J. Rizzo, Jr., Esquire*
                      Louis J. Rizzo, Jr., Esquire (#3374)
                      1521 Concord Pike, Suite 305
                      Brandywine Plaza West
                      Wilmington, DE 19803
                      (302) 477-7100
                      Email:  lrizzo@regerlaw.com

                      *Attorney for Defendants,*
                      *Travelers Casualty and Surety Company,*
                      *Inc. (f/k/a Aetna Casualty & Surety*
                      *Company), St. Paul Surplus Lines Insurance*
                      *Company and Gulf Insurance Company*

Dated:  May 12, 2021