Dear Justice Lauri Selber Silverstein,

My claim number is SA-███

I am writing you a letter to ask you not to let the B.S.A'S not to let them throw our lifes away again! I am 60 years old now, I have lived my whole life forgiving and hating ███████████. He spent all his time making away to get me alone trying to have his way with me! I was so young, I didn't have anyone to protect me from a monster. Every camping and anywhere his Scout gang was gathered, he would abuse me! I never knew at the time or at my age this was wrong, but I was so mixed up, I couldn't look anyone in the eyes or feel good about myself! All my life was that way! All my life I would see doctors not telling them what was wrong really deep down inside, I couldn't tell anyone about it, just hope they could help me by telling them how I felt! All my life I just couldn't let it go, I think it has made me and my wife not to be able to have a good life; for the last 20 years not talking and she sleeps in one end of the house and I sleep in the other end. What he done to me makes me so sick at my stomach, these sick peopl are going to burn in hell, I have grew up thinking nothing would never be done to these scout master, and now we thought they would try to give us something back in our hearts, but my lawyer are telling us the BSA are trying to sell all of us out. I wish all involved would just think about their kids and if someone had done this to their kids, its simple just be fair and give something back to all of us!

Thank you,

P.S.

Its so wrong for these insurance comanpy could get away with not helping us, They make so much money, I guess they have no heart or guilt for what was done to so many, Please Sir help us, I am hoping that some how you can help us

Thank you Justice and may god bless you!

FILED 2021 MAY 12 AM 8:52 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

Justice Lewis Silber
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington DE 19801

19801-302499