CLAIM # SA- ▅▅▅
Justice Lauri Selber Silverstein

You asked me to write a letter, there is not many days that I don't think once in a while about what happened at that Boy Scout hut Club House that I don't think about it even though now I am on up in the years I ought to be old enough not to but I still think about it and yes it has affected me a lot and something like this is something a person should not have to carry around with him so help if you can