

**FILED**
2021 MAY 12 AM 8:52
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**Justice Lauri Selber Silverstein**
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

**RE: Claim Number SA –** ███

Your Honor,

    While I understand this case is only about the Bankruptcy filed by the Boy Scouts of America, to me it means much, much, more. The BSA seems to be pursuing any avenue possible in attempting to eschew responsibility for what happened to scores of boys within its program. It is disheartening to witness such a robust struggle to hide the truth, quiet the survivors, and offer a mere penance for what happened to us. As with any national organization, it is hard to oversee what each and every worker or volunteer is doing, and this is understandable. Yet, in hindsight, this is a unique problem the BSA faces each day. This suit is not only concerned with financial compensation, but also the plea for new rules and regulations concerning the hiring of workers and volunteers. A restructuring of the operating system without fear of liberal pressures. The BSA should explore every possible option available to them and do what is necessary to protect its children from predatory behavior. However, I will refrain from interjecting any conservative views at this juncture, even though I feel it warranted. What I will say is that I do not believe the BSA should be afforded the opportunity to just sweep this under the rug, and insult us survivors with any paltry offers. We deserve much more than this, and here is the reason why.

    I was a proud preteen boy, and member of Boy Scout Troop 232, of the Buffalo Trace Council, sponsored by the First United Methodist Church in Princeton Indiana. I participated in the scouting program from the time I was around eleven-years-old until I met the maximum age limit. I grew up without a father, and my mother felt it a great idea to enroll me in the BSA ensuring I would have an opportunity to be mentored by men. During this time I was singled out by one of the Assistant Scout Masters named ███ to have "the talk". It was probably my fourth or fifth meeting when he took me into a dimly light room and had me sit down across from him in a metal folding chair. I remember him explaining to me what puberty was and the changes which would soon happen to my body. He then went further to ask if these changes have started, I was unsure, so he asked me ███ ███ After some time I actually began to anticipate the attention he would give me.

███ Claim No. SA ███

1 | P a g e

Approximately a year later I began to go on camping trips with the troop, which some of the times Mr. ▮▮▮ would pay my part, if my mother could not afford for me to go. It was during these trips Mr. ▮▮▮ increased his sexual interests in me. He would tell me how much he really liked me and that I was a special boy, and the best scout in the program. He made me feel good about myself and he explained the sexual things he would do with me was the best way to show how much we liked each other.

During a trip to Lincoln State Park in Indiana, there was a blizzard and our troop was stuck there. The park rangers put us up in some cabins to get us out of the snow storm. I was paired off with a boy in his last year of scouting as my cabin mate. Mr. ▮▮▮ had come into our cabin to help with the fireplace and asked the other boy to leave for a while. Mr. ▮▮▮ for the first time. I did not like it, yet he did this multiple times over the four days there; assuring me that it would get better and I would eventually love to do it. I became withdrawn and aloof in school. The teachers felt I was being abused at home, and referred me to the Southwestern Indiana Mental Health Center for an interview. My mother took me and I spoke to the woman there, alluding to what was going on with Mr. ▮▮▮ but made it seem like it was just me and another boy experimenting a couple of times at camp. Then waved it off completely, like it was nothing and I was fine.

I didn't want to go back to any scout meetings after this, but my mother insisted, I wanted badly to tell her what happened to me but was afraid that she and the rest of my friends would find out everything I did, and that I even wanted to do them. Mr. ▮▮▮ was worried about my visit to the center and asked me all sorts of questions. I told him that our secret was safe and he told me that nobody would ever believe me if I told on him and that they would take me away from my mother if I did. I started to cry so he apologized to me and promised to not hurt me anymore, he even bought me some new camping gear as well as throwing me a pizza party for my birthday. I continued in my relationship with Mr. ▮▮▮ allowing him to use my body, as he wished, out of fear he would tell everyone I was a 'sissy boy' (his words). When I became a teenager, Mr. ▮▮▮ would coach me into getting some of the younger new boys into compromising positions so he could "catch us in the act", where he would then sit down with us. Mr. ▮▮▮ would use the line that if we didn't do as he said he would tell our parents what he caught us doing. I knew the game and played along just to make him happy and keep him from telling anyone.

There were several times I could remember being sexually involved with other adult leaders from different scouting troops when attending a summer camp, and even at the National Jamboree. Mr. ▮▮▮ arranged these meetings with them, wherein myself and another boy were ▮▮▮ ▮▮▮ This went on for years, and I am deeply ashamed that I allowed him to use me in this capacity.

The abuse I suffered at the hands of Mr. ▮▮▮ impacted my life severely, and has cost me my own sanity. Due to this Assistant Scout Master's manipulation and grooming techniques, he lead me to believe that what we were doing together was a natural and acceptable form of behavior. Unfortunately, try as I might, I was never able to shake this ideology. After a short latent period in life, and many failed adult relationships, I began to become the very thing I detested in Mr. ▮▮▮

2 | Page

▮▮▮ Claim No. SA - ▮▮▮

3 | P a g e

As a result of the distorted views concerning sexuality between adults and children I had learned through Mr. ▇▇▇▇▇ grooming and abuse, I too became an abuser. I now sit inside a civil commitment center for sex offenders, mostly due in part to the abuse I suffered at the hands of an Assistant Scout Master, a man in whom I was to trust would mentor me properly according to the Scout Law and Oath. Notwithstanding, I truly believe in scouting and in the integrity, morals and values instilled by the scouting organization, but all it takes is the proverbial few bad apples and the whole thing is rotten to the core. I would like to see many changes implemented within the program, including an even better vetting process of workers/volunteers, as well as removing some of the more aggressive liberal policies recently put in place.

Lastly, there is no amount of money in the world to incur the cost of what happened to me or the impact this abuse has had on my life. Nevertheless, the BSA, its lawyers, local councils, and insurance companies have only one concern, their bottom line. BUT AT WHAT COST? Some boys lost their lives through suicidal shame, something I even considered when younger. Justice Silverstein, I pray that you take my words into an account when making future decisions in this case, as well as those words of other men who endured the systemic abuse as I have. My story, OUR stories, must be heard!

Respectfully submitted,

▇▇▇▇▇▇▇

3 | P a g e

▇▇▇▇▇ Claim No. SA - ▇▇▇