Claim #
FILED
2021 MAY 12 AM 8:51
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein
BSA Bankruptcy Case

Dear Lauri Selber Silversein

If you have time to read this, just wanted your court to know what happened to me when I was seven years old, at Shidler Oklahoma. My father and mother wanted me to join the Cub Scouts, so they helped me join in my naibornood, which meetings were close to my house. It's been a long time, but I remember Larry McPeak which lived at the meeting place where all of us kids met for Cub Scouts. I Remember we made candles that day. Afterwards ▮▮▮▮▮▮▮▮▮▮▮ the oldest boy in the McPeak family talke me

into riding on his motorcycle. ▮
▮ helped with the Cub scouts meetings at his home. I would guess he was about 17 years old or so. He road way out in the country with me on back. Stoped

▮

and told me to never tell anyone or he would hurt my family. He hurt me. What could I do (nothing) I was seven years old, my God what could I do? I had to live in ~~~~ Shidler okla. a long time in fear.

So I never told anyone about what happened to me for 60 years. I am 67 years old now. I felt my life was over before it even got started. I had a miserable childhood and even growing up not wanting to be a ~~keep~~ around people much, except the ones I had to be around at school and work as I got older. I quite school at 15 years old, and worked for my Dad and learning to weld drilling tool for the oilfield. My dad tried to make me go to scool but that didn't work out at all. I kept welding and Learning the trade of welding. My mothers name was Helen, and died when I was 23 years old by Suicide, self inflicted bullet to the head,

Two years later when I was 25 years old my dad died in heart surgery at Oklahoma City. Never told my parents what happened to me after the Cub Scout meeting but i never went back to one, again. They were my rock to lean on so now they had both died and i still had my sister Susan, But never told her either, what happened to the system where children in scouting grew up happy and learning to be a good person in life, Not me, I was 7 year old boy who got raped, and turned my life to missary. Iv lived this memory for 60 years now and cant say its got any better.

         Thank you very much for your valuable time.




Justice Lauri Selber Silverstein
BSA Bankruptcy case
824 Market Street 6th floor
Wilmington, DE 19801

19801-302499

OKLAHOMA CITY OK 730
7 MAY 2021 PM 5 L