

www.cohenhirsch.com

info@cohenhirsch.com

Phone: (678) 268-4683

Fax: (678) 669-1699

FILED

2021 MAY 12 AM 8:59

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 6, 2021

**United States Bankruptcy Court for the District of Delaware**
Judge Laurie Selber Silverstein
824 North Market Street
6th Floor
Wilmington, DE 19801

Dear Judge Silverstein:

In the matter versus the Boy Scouts of America, we have had many clients come forward to tell their story and share their painful experiences from their time involved as members.

Enclosed, please find a statement from our client who wanted to share their personal experience. In order to protect their identity we have redacted their personal information. Although anonymous, it was important for them to share their experiences with the Court as this very important case continues to move forward.

We look forward and await the next steps as we continue to seek justice for our clients from the events that took place during their time involved with the Boy Scouts of America.

Sincerely,

Brooke F. Cohen, Esq.
Andrea S. Hirsch, Esq.

Andrea Hirsch, Esq.
4780 Ashford Dunwoody Rd. Suite 540 #616
Atlanta, GA 30338

Brooke F. Cohen, Esq.
4318 Glenwick Lane
Dallas, TX 75205

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Tuesday, January 26, 2021 11:13 PM
**To:** bsaclaims@cohenhirsch.com
**Subject:** Ashamed

Thanks for your email. Corporations are said to be a person. Its written that way so the wealthy can have rights as a business but it is a person without a soul. As a young boy growing up i as most kids were raised to respect the elder and dont question those in authority. I was very poor and the incident with the assistant scout master traumatized me for life. I never said anything because no one believes a child over an adult and especially one trying to help kids and take his time to make us better for adulthood. I never said anything until i started seeing ads about it and i now have a son who was in cub Scouts. I realized from the ads that the boy scouts was a playground for predators. I made my molestation know then so it would help stop and put a light on a dark quiet issue. My life has been filled with hardship and i believe a huge negative part was because of that incident. Corporations make billions and some conduct criminal behavior under corporate law that dosent give criminal justice for those who use it to prey on innocent children such as myself and thousands of others. Insurance companies who get paid by these corporations have a responsibility to compensate those like myself and others who have suffered for years while the boy Scouts and the companies paid billions to insurance companies whos sole job is to pay coverage when corporations fail to properly screen employees and criminal misconduct happens due to it. Yet they pay millions to corporate lawyers to tie up court proceedings for years while the victims continue to suffer. Thats why i came fwd. To be one of thousands who have suffered and if financial compensation is necessary to stop the abuse then thats what it takes
Thanks, ▮▮▮▮▮▮▮▮▮

1