My Reference Claim number

[REDACTED]

FILED
2021 MAY 12 AM 8:50
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 1, 2021

Dear Sir,

My name is [REDACTED] I'm a victim in the current claim against the Boy Scouts of America. I'm currently incarcerated, I'm 63 yrs old and I still recount my abuse at youth camps, as a child. I've read the updates on the current court proceedings and I feel abused all over again. First, there has been no apology from anyone from this organization, also no accountability or responsibility taken. I put my trust in the scout leaders at summer camp, and all they did was take advantage of my innocense. I've had to grow up with nightmares and mistrust issues. I also was a witness to abuse happening to other campers. I never thought I would have to talk to a psych doctor, but I have. The pain of a bad experience never goes away, so I've had to bury pain deep down inside. Now some 50 plus yrs later, I'm getting a chance to be heard, I thank God for the For the (ME TOO MOVEMENT) and my fellow abuse victims courage to seek justice against the Boy Scouts of America. As a youth, I don't think anyone take you serious when you claim you were touch inappropriately. Now I'm witnessing inappropriate action all over again by the Boy Scouts of America, its really time for me to get closure. So I'm appealing to this court for justice, according to the law against victims of abuse. Its past time to hold the Boy Scouts of America Organization Accountable. Please, on behalf of myself and my fellow abuse victim. In closing I pray to this court to finally put an end to any future abuse that may happen to my grands or nephews, if accountability and responsibility isn't call for now. Thank you

So I vote "NO" on current purpose settlement

These Child Predators Must Be Stop!!!

Justice Laurie Selbelsilverstein
BSA Bankruptcy Case
824 Market Street
6th floor
Wilmington, DE
19801

GREENSBORO NC 270
PIEDMONT TRIAD AREA
7 MAY 2021 PM 4 L