FILED
2021 MAY 12 AM 8:58
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

MAY 7, 2021
Claim # SA-████

RE: ABUSED IN Scouting.
TO: Justice Lauri Selber Silverstein

I was an "A" student until the abuse at the hand of BSA. Graduated from High School after attending Summer School with a "D-" average. My parents couldn't believe what I told them that had happened at Camp meeting. I Starting getting into trouble, rebelling and ran away from home to California where I was abused more when the people found out that I was a runaway. I was always suicidal I didn't realize it until now. Because everytime someone would pull a gun on me I would always tell them to shoot me then. 1970 I was back home in Mobile I was arrested by the police and sent to Searcy State Mental Hospital. Turn into a drug addict, in and out of jail, drug rehabs. and mental hospital. I'm be 72 yrs. in November 27. I can't vote, I'm partially paralyed from a gun shot wound. After the abuse from BSA I never had a real chance in this world. My attorney want me to tell you what happened to me. I can tell some more if you want me to.

Sincerely Yours,
████