Dear Judge Lauri Selber Silberstein

My name is ▮▮▮
I was sexually assaulted the Boy Scouts, By Scoutmaster Mr. Roy.

Since then life has never been enjoyable. I am now going towards my seventy first birthday. I never had any friends, no girlfriends shunned by my relatives even my own parents, brother and sister. Never had a relationship with a women. No children. The only sexual relationships I've had is with prostitutes, or my right hand. I don't trust my body. All I have is nothing. They Boy Scouts did this to me The Scout Master Mr. Roy did this to me I've had a life of heartache and misery. Never have I been happy. Make them pay. Please I'm begging you to make the Orginization Boy Scouts of America Pay!!!

Thank You

5/10/21

Justice Lauri Selber Silverstien
B.S.A. Bankruptcy Case
824 Market St. 6th floor
Wilmington De. 19801