May 6, 2021

FILED
2021 MAY 12 AM 8:59
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**United States Bankruptcy Court for the District of Delaware**
Judge Laurie Selber Silverstein
824 North Market Street
6th Floor
Wilmington, DE 19801

Dear Judge Silverstein:

In the matter versus the Boy Scouts of America, we have had many clients come forward to tell their story and share their painful experiences from their time involved as members.

Enclosed, please find a statement from our client who wanted to share their personal experience. In order to protect their identity we have redacted their personal information. Although anonymous, it was important for them to share their experiences with the Court as this very important case continues to move forward.

We look forward and await the next steps as we continue to seek justice for our clients from the events that took place during their time involved with the Boy Scouts of America.

Sincerely,



**From:**
**Sent:** Tuesday, January 26, 2021 1:45 PM
**To:**

I would like to say on my behalf but I have kept this hidden almost 58 years and now it's time to let it go. I can let it go and be the man i need to be instead hiding behind a cloud of confusion and humilation like some bad person that im not it not my fault just a victum of some one else night mair thats what it been all these years some one should be accountable for this suffering all these years i have suffered needlessly.