① 

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St   6th Floor
Wilmington, DE 19801

FILED
2021 MAY 12 AM 8:59
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Claim # - ███████████

Your Honor,
 This is the first time I have written anything about my experience/molestation. Please bear with me if I ramble as it still bothers me to remember.
 The sex abuse started when I became a scout at 10 or 11 years old. My abusers were the two Junior Scout Leaders who were about 10 to 12 years older then I. The grooming was started by ███████████████████████ who I will refer as #1. He began by befriending me with more attention then the other new scouts. This led to him

[REDACTED]

This progressed to having me over to his apartment after school and Saturdays (He lived a block away from my house). This was to work on merit badges. He started out by giving me sodas and snacks until I felt comfortable. He promised me to help get lots of merit badges if I would help him also.

This would happen once or twice a week. After several weeks of doing this he brought over the other Junior Scout Leader ▮▮▮▮▮▮▮▮▮

Touched when done. They would give me money to buy comic books or baseball cards. They made me promise that this was a secret between us and not to tell anyone.

This went on for 5 or 6 months until our first overnight camping trip when a select group of us scouts went to a hunting cabin in the woods near a lake. On the first night after "Lights Out", #2 made a bed check to make sure everyone was asleep. He then woke me and said he was going to stay next to me for a little while. He then started to touch

[REDACTED]

After the meetings, he would give rides home to the scouts who lived a distance away, always keeping me last, alone in the car. He would take [REDACTED] until he dropped me off. He would have me over to his house, and would [REDACTED] on me as we worked on merit badges. Also [REDACTED] money, and told me not to tell anyone or "no more merit badges or money."

This went on for several months until he (#2) took me over to a friend of his who #2 let the man molest me. This made me sick and I threw up. I was so upset and sick my parents almost took me to the doctor's. I then told #2 that I was done with him and told my parents I didn't want to be a scout anymore, and I quit. A couple of weeks later an older scout (about 3 yrs older) came up to me, kissed me on the lips and said "They want me to come back to the scouts". I did not and I avoided him for the rest of my life. I threw out or burned everything that I had from scouting and never talked about scouting again.

I am now 74 years old. I have been drinking alcohol since I was 13. I have been arrested 2 times for underage drinking. I have been involved in 3 alcohol related car accidents and have a D.U.I. conviction. I am currently under doctors care for heart damage done by overconsumption of alcohol through out my life.

I have been married + divorced 2 times. My sex life has always been screwed up w[ith] [redacted]

For about the last 30-40 yrs, I have had ED. I live alone and have no female companionship. It is a sad life and I believe it is all because of my scout molestation.

Thank you for letting me vent.

SOUTH JERSEY NJ 080
7 MAY 2021 PM 4 L

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St 6th Floor
Wilmington, DE 19801

U.S.M.S.
X-RAY

19801-302499