claim # SA-███████

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801

FILED
2021 MAY 12 AM 8:58
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 6, 2021

Dear Honorable Justice Silverstein;

I'am writing this to you to personally request that you do not except but rather rejeat the plan that the Boy Scouts of America (BSA) are submitting to you as their bankruptsy plan.
Your Honor, this is adirect insult to all the victims who during their childhood was not just sexually abused by the alledged honorable Scouts of America, but everyone of the vitimized children who innocently trusted in their honesty to lead and respect their position were in reality being psychologicaly tormented and perminately scarred for life. It would be totally ludacrious if you permit this sham of a plan to be approved at this or any other time at all. I personally would like to see true justice upheld to all those who forced, minipulated and cohershed a deliberated "Injustice to each and every child victim who were being told and at time even threathened to keep quite. This has left a scarr in my life and an unbareable feeling of guilt and even shame because I allowed it to happen only because I wasn't strong enough to defend myself and also an abundance of fear to open up or expose the nitemere which has continually haunted me throughout my life. I still have re-occuring nitemeres of the torture and abuse I was subjected to by the great leaders of the Boys Scouts of America. This was nothing shy of the highest degree of injustice of America.

I would like to say that I also have PTSD which was related to the cause of being sexually abused during that time in my life. This has caused me to awaken many times in the middle of the nite yelling out of fear of being sexually abused beyound my control whatso ever. I continually have alot of trouble falling asleep in fear of the sexual abuse that was done unto me by the Scout master which on many occassions lasted for hours throughout the nite. I have wished and prayed over the years that these ongoing memories would never be apart of my falling asleep so that I could just feel normal again as well as feel safe. I don't like the feelings and dreading the thought of having to experience these emotions prior to me going to sleep. I also have aquired the need to sleep with various stuffed animals out of protection that they will help ward off any possiable intruders of attack upon me even though I'm an adult this habit helps me get a better nite's sleep.

In conclusion I will admit that I keep all these emotions and hurts hidden deeply inside me, nor do I openly share them with anyone ever, until now. So I'm therefore reaching out to you personally and believeing that in your position you will find and know that ways to help stop the hurt and lessen the nitemere I have been subjected to over the past 40 plus years of my life. I will also admit that I haven't even ever revealed any of this to either of my parents in fear of what they may of done to the scout master at that time.

I deeply appreciate your immediate time and understanding of these problems and the sensitivity that is also involved and the need to expose to America the torture it has cause far too many innocent children.

I look forward to your acknowledgement of reciept of this very meaningful and informative letter.

SINCERELY & respectfully I remain

[signature redacted]