


FILED
2021 MAY 12 AM 8:58
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 6, 2021

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

RE:SA-

Dear Justice Silverstein,

I am writing you to tell you my story of the circumstances of the abuse and inner humiliation I suffered at the time I was in the boy scouts, right up to this day and for the rest of my life.

In joined boy scout troop #56 when I was 13 in 1971. Several friends had joined, and I was looking forward to camping each month, camaraderie and learning about nature by living in it. Not long after I joined troop #56, ▇▇▇▇ a boy a year younger than me had me over to his house. I met his father ▇▇▇▇ and he seemed like a great man. He went on all of the monthly camping trips and knew a lot about the scouts and camping. He was known to the kids as "▇▇▇▇". This was taken from a character in the show Laugh-in. I had Art over to my house and I visited his house frequently. During this time my father and ▇▇▇▇ became close friends.

▇▇▇▇ was a publisher for a technical magazine and soon offered parttime work in his office in NYC. I would cut and paste articles into galleys to layout the magazine. My parents trusted him and allowed me to take trip with him to a company he was featuring in his magazine, Bendix Corporation. On that trip we stayed in a motel and he bought me a small bottle of whisky. I got drunk and he somehow ▇▇▇▇ The next trip was to Notre Dame in South Bend. He was an alumnus. The same episode occurred as in Maryland at Bendix. I know it was wrong but at the time girls had not interest in me. Bear in mind I was 13 years old and had never been with a girl. The next trip was to a Notre Dame football game at the University of Pittsburgh. Again, the same thing happened with whisky and ▇▇▇▇

▇▇▇▇ then started to ask me to meet him when he got off of work early. He would pick me up and drive around until he found a spot where he could park, ▇▇▇▇ When we were on camping trips around this time he would take me on hikes. He would carry a backpack with a sleeping blanket. If he felt we were isolated he would spread out the sleeping bag and ▇▇▇▇ I have described above. My parents let him take me on a cross country drive to Los Angeles to bring his Aunts car to her who had moved there from Long Island.

These trips and all the attention I received from ▮▮▮▮ seemed like a fair trade for his sexual needs. He was married and in his 40's at the time and had a daughter as well as his son ▮▮. As time went on, I realized I could not tell anyone, including my parents, especially my dad who thought the world of him.

By this time, I was about 14 and was so ashamed and thought it would be the end of any social life with boys and girls my age if it ever came out that I was ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮. I kept away from ▮▮▮▮ and his son ▮▮. I then saw he had taken up with another boy. His last name was ▮▮▮▮ and he was about 2 years younger than me.

I never told anyone before I saw an email about abused in scouting. I contacted the law firm and told them of my case. Not in the detail I have described to you. I still have never told my brother, sister, my son or my daughter. I never told my wife. The shame I have carried cannot be described in a letter. I can't even tell the therapist I see every six months, nor have I ever admitted in in confession. I still go to church each week and confession three times a year. I did get married when I was 25. She was my third girlfriend. I have son 31 and a daughter 30. I did let my daughter go into Brownies and Girl scouts and helped get her ready for camping and selling cookies for several years. Of course, I did not go on camping trips. That was for Mom's only as it should have been. I did let my son go into Cub scouts. However, when he was thing of joining boy scouts, I met some of the leaders and one of the volunteers (like Mr. ▮▮▮▮ reminded me of him. I talked my son out of joining the scouts telling him that it different these days and not cool to be a scout.

I feel very strongly that someone should have protected me from this. I have never had a normal sexual life and at 62 never will. Allowing BSA to walk away with a bruise makes me angry. I kept this inside for 40 years. The sexual abuse I suffered over a long period of time haunts me almost every day. This letter had been a long ramble of my thoughts and the occurrences. I wrote this once the law firm informed me that the insurance companies and the Scouts were trying to get off with a little financial harm as possible. Since know of myself and ▮▮▮▮ I am sure this happened to thousands of boys like me. The BSA kept this a secret and did not attempt to make amends financially or though therapy. Please do not let me and the many others who have lived with this horror down by letting the BSA and the insurance companies that have a legal obligation to compensate victims of sexual abuse allowed by the BSA.

Sincerely,

