April 29, 2021

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

SA – ███

FILED

2021 MAY 12 AM 8:58

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Your Honor:

Counsel has requested that I write to the Court to help give life, texture and understanding to the impact and injury that happened to me.

My mother has passed away now, but I would delight in her occasional accounts of my childhood personality and antics. One of the things she told me is that as a toddler I would take anyone's hand and walk away with them.

The little town my family immigrated to in 1967 was so small it maintained one of the last remaining 1-room school houses in Vermont. Having been in Scouting in my birth country I wanted to continue in scouting in my new town, new country. Our town was too small to support a troop, but we were chartered as a Neighborhood Patrol. I went door to door asking if any man would be willing to become our scoutmaster. Over the period of something like a year 2-3 men accepted the challenge and in turn told our handful of boys they were just too busy to continue.

Someone told me that the scoutmaster in the nearby town might be willing to 'adopt' us. We reached out, and he agreed.

The other boys had elected me as their 'patrol leader', a youth rank roughly equivalent to a squad leader. After some interval of working with us, the scoutmaster proposed that I participate in a leadership development weekend he would run. It would just be me and another boy from his other-town troop. I was told that the other boy unexpectantly couldn't attend but the weekend would continue because he didn't want to disappoint me.

He picked me up after dark one late November or early December Friday (It was deer hunting season) and we went to the schoolhouse where he taught to pick something up. It was prearranged to meet some other boys there for a snowball fight, and perhaps a half dozen met us. They made a brief few odd remarks about how much fun I would have on the weekend. They seemed to know what was coming.

Our final destination was a particularly remote drab 1 bedroom cabin. He built a fire in the wood ███████████████████████████████████████████████████████████████████████████████████████████

I don't recall the middle evening. At bedtime there was only 1 bed. The scoutmaster closed the damper on the small woodstove, took all of the covers, and explained that I would receive my share of sheets and blankets when I 'volunteered' an activity he could perform on me. I held out for some time until I was shivering with cold. ██████████████████████████████████ put my mind anywhere else until the long event passed.

At the time I ashamed and embarrassed. I told two other scouts but no adults. I only saw the scoutmaster one other time: a winter hike with a small handful of other scouts. When he saw me there, he walked up to me and made some remark roughly equivalent to 'hello girlfriend' and scratched underneath my chin in the manner that someone might do with a cat.

I made effort to suppress it all, but like a girl who had already gone all the way with someone, I was compliant when another monster made advances on me perhaps 4 years later.

The drama and trauma went subliminally deep. Perhaps 12-ish years later I was struggling with my marriage and the abuse was discovered by a psychologist. He believed that I was still being impacted by the earlier events. He pushed me to report the scoutmaster to the local Boy Scout Counsel. I did, and a week or so later they reported that he was then removed.

The event haunts me in mostly subtle ways. I was thankful that my marriage only produced daughters. I wondered if I might somehow be tainted toward sons. When my first grandson was born my daughter thought perhaps I didn't like my grandson because I didn't show interest in holding him for weeks.  When that same grandson was an early teenager I tried to caution him, without alarming him, to be careful with his basketball coach, who liberally offered him rides to/from his basketball events.  I have been internally very reluctant to do travel with men, or share a room on business. In my 5+ decades of life as an adult I have not made a single significant male friend. But the greatest effect has been occasional recurring deep despair, weeping and remorse that I waited so long to report the scoutmaster… that my inaction left other children at risk, and doubtless several others had their innocence shredded and perhaps now shed the same guilty tears, the same fear of perhaps a monster having been seeded within. Somehow I feel unworthy of the beauty life can offer.

I have been divorced nearly 30 years, and I have wondered how much of an impact the occasional self loathing of my inaction has contributed to my loneliness, to knowing that if I again ask someone to marry me, my missteps should be foretold, and how much I fear the rejection I found in my ex-wife's eyes.

I do not envy the court having to determine a just and fair consequence for these harms. In my heart I feel you too have been placed in this awful position. And I am certain this bankruptcy case will revisit your heart throughout your life. Bless you for carrying these hurts for us who have no voice.

███████████████████

5/6/2021

Justice Lauri Selber Silverstein
BSA Bankruptcy Case U.S.M.S.
824 Market Street                X-RAY
6th Floor
Wilmington, DE 19801



MANCHESTER NH 030
6 MAY 2021 PM 3 L