JUSTICE LAURI SELBER SILVERSTEIN
BSA BANKRUPTCY CASE
824 MARKET STREET
6TH FLOOR.
WILMINGTON, DE 19801

FILED

2021 MAY 12 AM 8:57

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

DEAR JUSTICE LAURI SELBER SILVERSTEIN

I am REALLY HAVING a HARD TIME WRITING THIS OVERVEIW OF WHAT HAPPENED TO ME. I WAS SO YOUNG I MAY OF SAVED OTHER boys IF I SPOKE UP. I CAN'T go bACK, but I CAN HELP END THE FREE RIDE THE BOYS SCOUTS HAVE HAD. THEY MUST be HELd RESPONDABLE FOR THOSE THEY were SUPPOSED TO PROTECT.

ME as a 11 or 12 YEARS OLD, I did NOT KNOW WHAT WAS GOING ON, BUT I DO KNOW HOW IT EFFECTED ME THRU My LIFE

I AM NOT SURE HOW IT STARTED. I JOINED THE Boys SCOUTS IN EARLY 60 ▓▓▓▓▓ (WHO WAS THE BOY SCOUT LEADER) WAS ON MY PAPER ROUTE and on SATURDAY I would go around and COLLECT MONEY.

FIRST HE PROVIDED ME WITH ▓▓▓▓▓▓ AND THEN OVER TIME HE GOT ME TO ▓▓▓▓▓▓ THIS HAPPENED THREE or FOUR TIMES over TWO or THREE MONTHS. He Took ▓▓▓▓▓ and ME TO VISIT HIS SISTER, ON THE WAY TO CINCINNATI WHERE SHE LIVED. HE put ME IN THE FRONT SEAT AND ▓▓ IN THE BACK SEAT. ON THE TRIP DOWN He MADE me ▓▓▓▓▓▓ SEVERAL YEARS ago ▓▓ Died. I quit THE BOYS SCOUTS SHORTLY AFTER THAT TRIP.

AFTER THAT SCHOOL WAS NO LONGER IMPORTANT. I STOPPED ALL SPORTS. I was GETTING INTO FIGHTS and STARTED SMOKING and DRINKING ALCOHOL. I Went IN THE ARMY and VIETNAM I was REALLY a MESS I got mySELF TOGETHER when I met my wife which got ME ON A Better PATH

Now AFTER 46 YEARS of MARRiage my WIFE DOES NOT WANT To LiVE WiTH me ANyMoRE, and THAT is BECAUSE all of THiS pAST HiSTORy HAS puT me iN a STATE of DEPRESSiON. I CAN'T TALK To HER abouT what is BoTHERiNg ME. I doN'T WANT To TELL HER abouT THiS. I HAVE NEVER Told ANyoNE abouT THiS until I TALKED To THE LAW FiRM.

Your doN'T KNOW WHAT iT HAS TAKEN ME To WRiTE THiS. I NOT oNLy WANT THE Boy ScouTS To pAy, But I Need THEm To pAy for what iT HAS doNE To my LiFE, BuT ALL THOSE oTHERS WHO HAVE bEEN HuRT by THE LACK of oVERSiTE.

I AM 71 almost 72 So my LiFE HAS VERy LiTTLE VALUE NoW, But How MANy Boys TOok THEiR LiFES we will NEVER KNOW. I KNOW I HAVE THOUGHT abouT iT a LOT. THERE is JUST TO MANy THiNgs oN my SHOULDER ViETNam is JUST oNE of THOSE EXTRA THiNgS THAT HELP me push me oVER THE EDgE

I NEVER WANT TO hear abouT aNoTHER child SEXUALLy HuRT by aNy oTHER PERSON, IT HuRTs THOSE CHiLDREN FoR LiFE.

Thank you FoR TAKiNg THE TiME To READ my sToRy



PITTSBURGH PA 150

6 MAY 2021 PM 3 L

X-RAY

19801-3024999

JUSTICE LAURI SELBER SILVERSTEIN
BSA BANKRUPTCY CASE
824 MARKET STREET
6TH FLOOR
WILMINGTON
DE 19801

