Your Honor, SA-▮ 3 May 2021

I am a BSA survivor and have concerns that BSA and their insurers are trying to pay as little as possible or nothing at all for the harm and injuries we experienced by the scout leaders while in their care, as children.

Not only was I sexually assaulted but also threatened with a pistol to never tell anyone about the previous nights attack.

I was only 12 years old.

I am 84 years old now and in good physical health, but I have been troubled with trust and relationship issues for a long time although at the time I did not recognize it.

I have been married and divorced 4 times, lost two free and clear houses and cash in the process, but I also had a number of other relationships that failed too.

The problems we face as survivors it that our issues caused by these attacks were not resolved and lived with us and we did not notice them.

We deserve to be compensated by the BSA and their insurers.



FILED 2021 MAY 12 AM 8:57 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

