To Your Honorable Judge Who is Overseeing my Personal Life.

I was 12 or 11 when [REDACTED] raped me. He was troop leader for my 3 older brothers. I wanted to join so bad. My father would take whole troop 100 to Blake Island on his fishing boat (F/V New Washington) [REDACTED] was as welcome in our family as my own uncle. He never touched any of my brothers. but dad died. I was 9. So now, [REDACTED] had his opening 2-3 yrs later. He took that trust. And hurt me! I believe you don't need the specifics. It was [REDACTED]. Plain and simple for [REDACTED]. Not for me. I trusted B.S.A. I have to stop. Sorry, I'm not very good at writing. Now I have to relive this dark spot in my brain. I hate this. I don't care about anything except to have powers to be. That swept this under the rug to have their day in court. Tell me to my face. They didn't know anything. (so gross) Your Honor. Please hold B.S.A →

Accountable.

My Life Changed that Day.
I knew if any kids found out at school 7th grade. I would be called a fag. & Beaten up for being one. (In kids eyes) So Awful to grow up this way. I couldn't talk to girls, had no self worth would just stop speaking mid sentence as I felt (my words meant nothing!) once again Awful way to live.
I'm 56 yrs old. And wish I could tell ▉ my nickname til I was 25) Its ok. But I can't wasn't his fault either. But I still do.

Please know how evil, this has been.
▉
I guess, my name means nothing. I am known as a # to all parties. (SAD)

To clarify Timeline.
Mom - Dad had 5 Kids

1
2
3       } DOB.
4
5

Bros Joined BSA 1967 ish.
I was to young to join.
Would watch Brothers go on trips.
After dad died, I joined when I got old enought ▮▮▮▮ Didn't try anything until I joined.
Never ow my Brothers as DAD was Alive.
When ▮▮▮▮ was ▮▮▮▮ I Talked About my DAD, Told him I missed him.
Thinking He would Never Allow ▮▮▮▮ to hurt me. Real Nice MAN ▮▮▮▮
(NOT) "evil MAN"

Thank you your HONOR!
I/we NEED YOUR HELP.
Please help us.

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St U.S.M.S.
6th Floor  X-RAY
Wilmington, DE 19801