# SA-███

FILED

S 2021 MAY 12 AM 8:56

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Justice Selber Silverstein,

my name is ███ from Oak Ridge, TN. This is in response from my lawyer to write.

I would rather not get into the abuse that occured while in the Scouts. My lawyer has the details. Lets just say the abuse will always be with me. It comes and goes as really bad memories. A lifetime

I would not recommend the Scouts to any young man. They cannot be trusted in my mind ever again. A sad thing!

Thank you for your tim

Jim

When trust is broken by someone you consider to be honorable it has profound effects for an entire lifetime.

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th floor
Wilmington, DE 1980x

19801-302499

KNOXVILLE TN 377
MAY 2021 PM 2 L

FOREVER / USA