

www.cohenhirsch.com
info@cohenhirsch.com
Phone: (678) 268-4683
Fax: (678) 669-1699

**FILED**

2021 MAY 12  AM 8: 56

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 6, 2021

**United States Bankruptcy Court for the District of Delaware**
Judge Laurie Selber Silverstein
824 North Market Street
6th Floor
Wilmington, DE 19801

Dear Judge Silverstein:

In the matter versus the Boy Scouts of America, we have had many clients come forward to tell their story and share their painful experiences from their time involved as members.

Enclosed, please find a statement from our client who wanted to share their personal experience. In order to protect their identity we have redacted their personal information. Although anonymous, it was important for them to share their experiences with the Court as this very important case continues to move forward.

We look forward and await the next steps as we continue to seek justice for our clients from the events that took place during their time involved with the Boy Scouts of America.

Sincerely,

Brooke F. Cohen, Esq.
Andrea S. Hirsch, Esq.

Andrea Hirsch, Esq.
4780 Ashford Dunwoody Rd.  Suite 540 #616
Atlanta, GA30338

Mailing Address:
8429 Lorraine Rd. #430
Lakewood Ranch, FL 34202

Brooke F. Cohen, Esq.
4318 Glenwick Lane
Dallas, TX 75205

**From:**
**Sent:** Tuesday, January 26, 2021 2:22 PM
**To:** BSA Claims
**Subject:** Re: BSA Update

The camp was something new, I was told when I got there.  It was designed especially to serve inner city Cub Scouts and Boy Scouts.  My first day, the head of the camp explained that they would be receiving groups of boys that lived in such dangerous neighborhoods, that they could not meet in the evenings after school like most of us had.  We were told it was their first time really connecting with nature, and some of them lived on streets without a single tree growing. They were being brought right into the thick of a denseforest.  although my troop met during the evening, I could understand in my own way what these kids were in for.  My home wasn't safe either, and being transported to this other world, surrounded by people who were there to teach me nothing but fun stuff - stars and rifles and animals and plants and rocks.  It was a powerful emotional opening.  It really was such a contrast that you were living in a kind of dream.

When the boys arrived, we were told to expect an initial shock, they would have their city ways and probably would be rude at first, but be patient because all it took was one or two nights and you'd just see how they would change.  It was true, the first day they wouldn't line up, talked trash constantly, thought it was all stupid.  But you could see their brains turning.  And after the first night, they were completely ready to trust the counselors. They soaked up every detail of the experience like sponges.  Even the difficult ones were drawn in by the excitement of the others.  I got to tell them about the stars, and see their faces change in wonder, first that they were visible (our city had a lot of pollution that made far fewer stars visible) and for many, it was the first time that they saw the true sky.

A spiritual experience, no other way to describe it, and that opening, that wonder, in the context of this legal case, has a lot to do with creating conflicting memories of things, and when you have something like that, you want to hold on to it for its positive context, and let memories of other things that may have happened move away.  Like a lot of the kids, I had my own pain that I brought to the mountains, and I wanted that transformative conversion to discovering nature that was being offered.  But the fact that we carried such things with us made us vulnerable, and there are certain people who know how to spot vulnerabilities like that.

Utterly drunk on freedom, as a junior counselor I was very open to what happened, because it was so far from my own experience.  I have thought about it a great deal through my life, and when a child is abused, it is almost always a relative, or a teacher, or a counselor, or a religious leader, all for very good reasons.  Trust.  It's not hard to avoid a creepy stranger that is trying to get you to stay in their gaze, but someone who is your guide in life, while your mind is not fully formed and experienced enough to know and protect yourself... that guide has power.  And all too often,

1

humans get drunk on power. So it's not a surprise that the very environment that puts adults and young people together in close proximity creates powerful fast bonds, and the setting provides constant opportunities to be alone. This should lead to intimacy, in a healthy interaction, a bond that is healthy and used to strengthen the heart of the young. But if the man is a predator, it is the ideal hunting ground. The kids are already troubled, they know the signs. So they won't write a long letter like this, they'll act out. So a troubled kid acting out is not going to draw suspicion on the predator.

The one who abused me wasn't a leader, or even a counselor. He worked in the kitchen, made our pancakes. I don't know if he was just passing on an illness that had been done to him (this I have studied is the most common pattern) and he just decided to start doing that to kids, or if he had been doing it for a while, or if he was told it was a great place to do that, or what. I don't know. We didn't have an adult conversation about his life history. I was a kid excited to be hanging out with others, being naughty, smoking and sipping booze, and I don't know why adults from the kitchen staff were sitting in our tents partying with us. But I know why I didn't question what was happening - I was opened by the experience, the freedom, the sense of safety away from my own troubled home, the perfect recipe for a vulnerable target. I didn't question it, because I seemed to believe it was my own new reality. And I wasn't forced, or tortured or anything like that, so it felt actually like something more along the lines of gentleness by comparison. Which sounds weird, and it is. But that need I had for a positive, close connection to an adult male that I did not have, was turned sexual by that man. And so you go away with a sense like it had been a dream, and you hold on to the moments that moved you, and I more or less forgot or set aside what I had experienced, because I had known worse. 20

You asked me to write because you're establishing a case of systemic abuse, and I wish I could help you more but I don't have insight into the inner workings. All I know is adults were able to visit and be alone in tents with minors as often as they wished, and sadly, the wonder of the place created a context where it didn't raise alarms in those, the vast majority I assume, = who were really there to help boys have a better life. I met many truly decent men, with decent motives, and for that reason never really defined Scout= s as evil, because I did need some kind of alternative male mentoring urgently. 20

Another time, at another scout camp, something else happened. I was sharing a tent with a boy, and we were getting to know each other, whispering about sexual thoughts, and I ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ we didn't do much, but it was very beautiful I think. Then when we were done, I heard a cough from right outside the tent. I knew the voice immediately, it was our scoutmaster. When I got home, apparently someone had told my family, and I was beaten and called faggot so many times I almost thought humit that was my name. The one family friend that I could trust was also told, and the humiliation continued as he gave me a talk, more reasonable I guess but horrifying, about how sex between the same sex was an addiction, whereas between the opposites it was natural. That's complete garbage, but I did trust him so much, because he had protected me a few times from abuse, that I really held on to that idea.

So is the problem that the scouts provide unmonitored contact between adults and youths? I think so. You should have heard the stories from the kids I knew about church camp. But I've studied this over my life, and healed myself quite a lot, but I am very lucky to have gifts to work it out. I know how easily it could have been otherwise. There is a dynamic here, of predators being brought into contact with young people who are born with the genetics that make them LGBTQ +. Science has caught up with the fact that kids are born this way. And the scouts are supposed to teach science - ecology, astronomy, etc. I met my first scientists through the scouts! The idea of mentoring youth is necessary. But that camp, where I was, seemed to have a tolerance for things that shouldn't be. You don't let adults hang out alone in tents with kids like that. We were vulnerable on several levels, and the main problem it's created for me, is that as a bisexual, I have desire for both sexes, but whenever I am attracted to a male, when it comes to touching them, usually the thought of it produces a contradictory response of fear, just raw, blind fear. And I am not inexperienced, and I have loved and had relationships, I don't fear women the same way. But it has meant that in my life, I have not been able to really explore my happiness. And when I have chosen men, and overcome that because of some kind of trust, I have chosen m= en that would shame me, hurt me, or reject me. It's really too bad.

2

I know I'm one of the lucky ones. Even though I witnessed an adult sexualizing minors, my vulnerability due to my home life made it a confusing memory recording - because I had known a world where most adults seemed to genuinely be there to help, but also a world where certain adults, the ones that were the closest to you, were there to hurt you and break you down and make you do things and fill you with fear. So here's someone who is using that trust to seduce, and so you don't fear them, and you're in a whole other world so you're really open to this dream of everything. And so you don't really question what's happening, and maybe aren't sure if it was wrong, or because your body reacted, and continued to react later when you thought about, for years and years... so was that a bad memory?  But it still shaped the way you felt about people, like it made you hate men.  It made me hate men, even though my body acted like it wanted to be there, and that is the age of discovering sexuality, and it should be a place where innocent youths can go and= discover themselves in the intoxication of privacy, I think that's good.  But there shouldn't be an adult getting their kicks in the middle of it!

I'll always be grateful for the opportunity to experience life in such remote beauty.  And I will always be torn by it, because something happened there that should have, which wasn't limited to just myself.  And I hope that the public judgement of this case will finally get the people who are responsible for the safety of the minors in their charge, to fully comprehend their duties and make sure they do not create an amusement park or predators when the goal is to heal and set those kids free. It's a problem the whole of humanity has, that all spiritual and secular groups that work with youth, that the conditions that can really help, can really harm.  In a larger sense, the internet itself is exactly like that Scout camp... a big place full of knowledge and discovery, but just teeming with trolls.

I still have an almost allergic reaction to men.  When I see a female friend with a guy who seems to be possessive or weird, my brain quickly starts to assume he's a predator.  I look at men, and I see predators, everywhere.  I have been blessed with a pretty good sense for people, but the results of the experience of abuse leads to a blind spot where men that are too macho just look like they're going to go and hurt children.  It probably contributed to a deep mistrust of authority, but I don't think that's unnatural; or particularly bad when you're young.  Power leads to abuse of power, it's a fact of human nature.  But what I experience goes much deeper, and though I feel I have healed myself a great deal, I still avoid male friendships, any kind of leadership role, team membership, anything like that.  I don't like being around groups of people, and being in a setting where there is a crowd shouting at sports, I've been able to sit there and play along, but really the sound of a mob of men shouting is like a visit to hell.

It's not masculinity that is the problem, I love that rock and roll.  It's forming positive relationships to men that is a problem.  Sadly, this includes gay men too often, though they feel infinitely more comfortable to be around, there's just something about men in general, that I have blocked from connecting with, I believe due to this abuse.  And for the past four years, I've been targeted for online harassment by bigots, and so every day, for years, bigot messages have been snuck into my internet.  And the result has been almost no desire to even go outside at all.  To even leave the house, it'= s become very difficult to leave the house.  Someone has read my diary, and = discovered what happened to me at that camp, and as a result, for at least three years, they have put pictures of Michael Jackson on my internet, hackers doing this, because they saw the diary entries I made about what happened = to me at that camp.  So someone doesn't like that, and they have used the image to assault my mind.  I mean THOUSANDS and THOUSANDS of imprints of Michael Jackson!  DAILY.  The name of the camp was MIchael Jackson Cub Adventure Camp.  But he was never there. I don't know the guy.  I don't blame the guy, I blame the staff.  Someone must have known something, we lived there for weeks.  I blame the Scouts for not creating a safe environment, they must do better because this can destroy lives. The trolls attacking me used this memory to hurt me over and over, so I guess when I saw your ad about this lawsuit, which was the first I'd ever heard about it, I avoid stories and movies about child abuse whenever possible, I was in the middle of being attacked online by some kind of bigots or something, far right creeps you know?  And so I thought, well it's being used as a weapon to hurt me, might as well talk about it now.  If I've already been exposed so much, I guess it's not a secret anymore.

I hope I've helped to describe the conditions that make it difficult to talk about things like this... it's not just that it's so painful sometimes.  Some of us are adaptable, move on, transmute it into strengths even.  Horrible things happen,

they can be our teachers.  BUt trauma has a way of changing you body and mind in subconscious ways that are far more difficult to deal with.  Addiction is the big one.  Self harm.  Suicidal thoughts.  You can be someone who has moved on, but still has these physiological terrors many years down the road, all through life really.  I've built a life of radical freedom, to combat the violence of weak men.  It's really clear to me now, that they were weak and pitiful excuses for human adulthood.  And by becoming who I am, I've taken what they did to me, and found a lifetime supply of creative energy and strength.  So I know both sides - that you can heal - but that trauma stays with you in a physical way that you may still have to contend with for life.  The Scouts should know all about this.  They should take responsibility, humbly apologize, settle the claims, and make it never happen again.  Maybe they need to camp in a gymnasium, I don't know.  I believe in the mentorship.  But there's no excuse for what happened, that's a complete failure of leadership.

Sincerely,█

Please publish my thoughts anonymously, if used.


Anyway, now I know why that one day in the park in Pasadena, that old man wearing a scouting shirt flipped me off.  Because someone exposed me in some hacker way for writing about this, and has created four years of stalking hell as a result.

4