

**FILED**
2021 MAY 12 AM 8:56
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 6, 2021

**United States Bankruptcy Court for the District of Delaware**
Judge Laurie Selber Silverstein
824 North Market Street
6th Floor
Wilmington, DE 19801

Dear Judge Silverstein:

In the matter versus the Boy Scouts of America, we have had many clients come forward to tell their story and share their painful experiences from their time involved as members.

Enclosed, please find a statement from our client who wanted to share their personal experience. In order to protect their identity we have redacted their personal information. Although anonymous, it was important for them to share their experiences with the Court as this very important case continues to move forward.

We look forward and await the next steps as we continue to seek justice for our clients from the events that took place during their time involved with the Boy Scouts of America.

Sincerely,



**From:**
**Sent:** Monday, February 15, 2021 7:45 AM
**To:** bsaclaims@cohenhirsch.com
**Subject:** I brought my specific case forward by a the fact that I initially did not want my daughter to be a part of the Boy Scouts because of what had happened to me 50+ years ago. It then prompted me to deal with what I had been through and how it has affected my

For years I have had issues of mistrust and addiction which has plagued me most of my life. I do consider myself a victim of the sexual abuse I came under while I was in the Boy Scouts and how I felt shamed by what happened and that as a ten year old boy maybe it was my fault. That as a ten year old boy maybe I could have had the power to stop it as it happened. Now according to the BSA insurance companies so many of us that have shared our stories, and tough to even relive, are either falsifying our stories or even lying about it.

Is the BSA the victims here or are we, thousands of us the victims? The BSA that had responsibility to care and protect each of us boys from such behavior and to live up to it's own oaths and pledge now want to toss aside what has happened to each of us as victims of the very men put before us. My father and mother trusted the BSA as many had for years.

Whether there is a settlement or not, the stories need to be told. This may not bring full closure to our stories, as vindication is secondary to me as I want to be sure that every precaution is made to protect the many children that belong today, including my daughter and that this disgusting part of BSA history will come to an end and that I in my sixties can rest knowing I did my part to be honest and transparent.

Sent from my U.S.Cellular© Smartphone