**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343-LSS<br><br>(Jointly Administered)<br><br>**Hearing Date:  May 19, 2021 At 10 A.M. (ET)**<br><br>**RE:  D.I. 2295, 2726 & 3266** |

**JOINDER TO OBJECTION OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, A UTAH CORPORATION SOLE, TO DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) APPROVING THE DISCLOSURE STATEMENT AND THE FORM AND MANNER OF NOTICE, (II) APPROVING PLAN SOLICITATION AND VOTING PROCEDURES, (III) APPROVING FORMS OF BALLOTS, (IV) APPROVING FORM, MANNER, AND SCOPE OF CONFIRMATION NOTICES, (V) ESTABLISHING CERTAIN DEADLINES IN CONNECTION WITH APPROVAL OF THE DISCLOSURE STATEMENT AND CONFIRMATION OF THE PLAN, AND (VI) GRANTING RELATED RELIEF**

The Roman Catholic Archbishop of San Francisco, Creditor herein, ("RCASF") submits this joinder to the *Objection Of The Church Of Jesus Christ Of Latter-Day Saints, A Utah Corporation Sole, To Debtors' Motion For Entry Of An Order (I) Approving The Disclosure Statement And The Form And Manner Of Notice, (II) Approving Plan Solicitation And Voting Procedures,  (III) Approving Forms Of Ballots, (Iv) Approving Form, Manner, And Scope Of Confirmation Notices, (V) Establishing Certain Deadlines In Connection With Approval Of The Disclosure Statement And Confirmation Of The Plan, And (Vi) Granting Related Relief* filed on May 6, 2021 (Dkt. No. 3266) (the "LDS Church Objection") and respectfully states as follows:

RCASF joins in the LDS's position as set forth in the LDS Church's Objection.

## CONCLUSION

WHEREFORE, RCASF respectfully requests that the Court sustain the LDS Church's Objection consistent with the foregoing.

Dated:  May 12, 2021                             MACDONALD | FERNANDEZ LLP

                                                  By:   /s/ *Iain A. Macdonald*

                                                    IAIN A. MACDONALD (SBN 051073)
221 Sansome Street, Third Floor
San Francisco, CA  94104-2323
Telephone: (415) 362-0449
Facsimile: (415) 394-5544
Email:  imac@macfern.com

*Attorneys for Creditor,*
*The Roman Catholic Archbishop of San Francisco*

2

CERTIFICATE OF SERVICE

I, Iain a. Macdonald, attorney for Creditor The Roman Catholic Archbishop of San Francisco, certifies that on this 12th day of May 2021, caused the attached *Joinder To Objection Of The Church Of Jesus Christ Of Latter-Day Saints, A Utah Corporation Sole, To Debtors' Motion For Entry Of An Order (I) Approving The Disclosure Statement And The Form And Manner Of Notice, (II) Approving Plan Solicitation And Voting Procedures, (III) Approving Forms Of Ballots, (IV) Approving Form, Manner, And Scope Of Confirmation Notices, (V) Establishing Certain Deadlines In Connection With Approval Of The Disclosure Statement And Confirmation Of The Plan, And (VI) Granting Related Relief* to be electronically filed with the Court. Service of same will be made upon all counsel via the Court's ECF system.

　　　　　　　　　　　　　　　　　　　　　/s/ Iain A. Macdonald
　　　　　　　　　　　　　　　　　　　　Iain A. Macdonald