# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 2791,3781**<br>**Objection Deadline 5/12/2021**<br>**Hearing Date: 5/19/2021 @ 10:00 a.m.** |

### JOINDER AND STATEMENT OF SUPPORT
### OF THE COALITION OF ABUSED SCOUTS FOR JUSTICE
### REGARDING OBJECTIONS TO FIRST MEDIATORS' REPORT

The Coalition of Abused Scouts for Justice (the "Coalition"), by its undersigned counsel, hereby states its support for, and joins in, the Objection of the Tort Claimants' Committee to Debtors' Motion for Entry of an Order (I) Approving Lehr Settlement Agreement and (II) Modifying the Automatic Stay, to the Extent Necessary, to Permit Payment of Settlement Amount by Applicable Insurance (the "TCC's Objection") and in support thereof states as follows:

1. The Coalition of Abused Scouts for Justice (the "Coalition") joins in the TCC's position as set forth in the TCC's Objection and agrees that the proposed Lehr settlement should not be approved at this time because it represents favorable treatment of non-abuse claimants over abuse survivor claimants.

WHEREFORE, the Coalition of Abused Scouts for Justice requests that the Court sustain the TCC's Objection and grant such other and further relief as is just and equitable.

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

{00224045-1}

| | |
|---|---|
| Dated: May 12, 2021<br>Wilmington, Delaware | **MONZACK MERSKY & BROWDER, P.A.**<br><br>*/s/ Rachel B. Mersky*<br>Rachel Mersky (DE No. 2049)<br>1201 N. Orange Street, Suite 400<br>Wilmington, Delaware 19801<br>Telephone:    (302) 656-8162<br>Facsimile:    (302) 656-2769<br>E-mail:    rmersky@monlaw.com<br><br>-and-<br><br>**BROWN RUDNICK LLP**<br>David J. Molton, Esquire<br>Eric R. Goodman<br>Seven Times Square<br>New York, New York 10036<br>Telephone: (212) 209-4800<br>E-mail: dmolton@brownrudnick.com<br>E-mail: egoodman@brownrudnick.com<br><br>-and-<br><br>Sunni P. Beville, Esquire<br>Tristan G. Axelrod, Esquire<br>One Financial Center<br>Boston, MA 02111<br>Telephone: (617) 856-8200<br>E-mail: sbeville@brownrudnick.com<br>E-mail: taxelrod@brownrudnick.com<br><br>*Co-Counsel to the Coalition of Abused Scouts for Justice* |