# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>Related to Docket No. 2618, 3708, 3771 and 3799 |

### JOINDER OF CONTINENTAL INSURANCE COMPANY TO CERTAIN INSURERS' OBJECTIONS TO DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) SCHEDULING CERTAIN DATES AND DEADLINES IN CONNECTION WITH CONFIRMATION OF THE DEBTORS' PLAN OF REORGANIZATION, (II) ESTABLISHING CERTAIN PROTOCOLS, AND (III) GRANTING RELATED RELIEF

Columbia Casualty Company; The Continental Insurance Company as successor in interest to certain policies issued by Harbor Insurance Company; The Continental Insurance Company successor by merger to Niagara Fire Insurance Company; and The Continental Insurance Company (collectively "Continental Insurance Company") by and through its undersigned counsel, hereby submits this joinder (the "Joinder") in support of (i) *Limited Objection of the AIG Companies to Debtors' Motion for Entry of an Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief* [D.I. 3708] (the "AIG Objection"), (ii) *The Allianz Insurers' Joinder to the Limited Objection of the AIG Companies to Debtors' Motion for Entry of an Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief* [D.I. 3771] (the "Allianz

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

Joinder") and (iii) *Great American's Objection and Joinder in Objections to Debtors' Motion for Entry of an Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief* [D.I. 3799] (the "Great American Objection", and together with the AIG Objection and the Allianz Joinder, the "Objections") and states as follows:

### JOINDER AND RESERVATION OF RIGHTS

Continental Insurance Company hereby joins in the arguments made in the Objections to the extent applicable to Continental Insurance Company.

Continental Insurance Company reserves all rights to amend, modify and/or supplement this Joinder, seek discovery with respect to same, and further reserves all its rights with respect to the Court's consideration of confirmation of the Debtors' current proposed plan or any subsequently filed plan.

[*Concluded on the following page*]

**WHEREFORE**, Continental Insurance Company respectfully requests that the Court enter an order (i) granting the relief requested in the Objections and this Joinder, and (ii) granting such other and further relief as is just and proper.

Dated:  May 12, 2021                             **Goldstein & McClintock LLLP**

<u>/s/ *Maria Aprile Sawczuk*   </u>
Maria Aprile Sawczuk (DE #3320)
501 Silverside Road, Suite 65
Wilmington, DE  19809
302-444-6710
marias@goldmclaw.com

-and-

Laura McNally (admitted *pro hac vice*)
Emily Stone
Loeb & Loeb LLP
321 N. Clark Street, Suite 2300
Chicago, IL 60654
312-464-3155
lmcnally@loeb.com
estone@loeb.com

*Attorneys for Continental Insurance Company*