**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**DECLARATION OF STAMATIOS STAMOULIS**

I, Stamatios Stamoulis, pursuant to the provisions of 28 U.S.C. § 1746 declare under the penalty of perjury as follows:

1.      I am a member of Stamoulis & Weinblatt LLC and a member of the bar of this Court.

2.      Attached as Exhibit A is a demonstrative illustrating the use of form signatures in place of signature from actual claimants.

3.      Exhibit A displays screenshots from the signature pages of seventy-two different proofs of claim, all of which purport to be signed by the claimant—under penalty of perjury— and all of which contain the same signature.

4.      In each example, someone has checked the box to affirm that the claimant is signing.  These are just samples.

5.      Attached as Exhibit B is a list of close to four hundred proofs of claim, identified by claim number, that bear the same signature.

Dated:  May 12, 2021                     Respectfully Submitted,


                                         By:  */s/ Stamatios Stamoulis*

                                         STAMATIOS STAMOULIS

# EXHIBIT A

---

☑ I am the Sexual Abuse Survivor.

☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.

☐ Other (describe):

I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing statements are true and correct.

Date: 09/17/2020
Signature:
Print Name:

**Claim #36581**

---

☑ I am the Sexual Abuse Survivor.

☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.

☐ Other (describe):

I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing statements are true and correct.

Date: 9/16/2020
Signature:
Print Name:

**Claim #36585**

---

☑ I am the Sexual Abuse Survivor.

☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.

☐ Other (describe):

I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing statements are true and correct.

Date:
Signature:
Print Name:

**Claim #36588**

---

☑ I am the Sexual Abuse Survivor.

☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.

☐ Other (describe):

I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing statements are true and correct.

Date: 9/13/2020
Signature:
Print Name:

**Claim #36589**

---

☑ I am the Sexual Abuse Survivor.

☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.

☐ Other (describe):

I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing statements are true and correct.

Date:
Signature:
Print Name:

**Claim #36590**

---

☑ I am the Sexual Abuse Survivor.

☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.

☐ Other (describe):

I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing statements are true and correct.

Date: 09 19 2020
Signature:
Print Name:

**Claim #36628**

---

☑ I am the Sexual Abuse Survivor.

☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.

☐ Other (describe):

I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing statements are true and correct.

Date: 9/28/2020
Signature:
Print Name:

**Claim #36604**

---

☑ I am the Sexual Abuse Survivor.

☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.

☐ Other (describe):

I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing statements are true and correct.

Date:
Signature:
Print Name:

**Claim #36605**

---

☑ I am the Sexual Abuse Survivor.

☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.

☐ Other (describe):

I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing statements are true and correct.

Date: 9/27/2020
Signature:
Print Name:

**Claim #36611**

---

☑ I am the Sexual Abuse Survivor.

☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.

☐ Other (describe):

I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing statements are true and correct.

Date:
Signature:
Print Name:

**Claim #36623**

---

☑ I am the Sexual Abuse Survivor.

☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.

☐ Other (describe):

I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing statements are true and correct.

Date:
Signature:
Print Name:

**Claim #36635**

---

☑ I am the Sexual Abuse Survivor.

☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.

☐ Other (describe):

I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing statements are true and correct.

Date: 10-03-2020
Signature:
Print Name:

**Claim #36625**

☐ I am the Sexual Abuse Survivor.
☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.
☐ Other (describe): _____

I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing statements are true and correct.

Date: _____
Signature: _____
Print Name: _____

**Claim #37659**

---

☑ I am the Sexual Abuse Survivor.
☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.
☐ Other (describe): _____

I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing statements are true and correct.

Date: 9/19/2020
Signature: _____
Print Name: _____

**Claim #37662**

---

☑ I am the Sexual Abuse Survivor.
☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.
☐ Other (describe): _____

I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing statements are true and correct.

Date: _____
Signature: _____
Print Name: _____

**Claim #37685**

---

Check the appropriate box:
☑ I am the Sexual Abuse Survivor.
☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.
☐ Other (describe): _____

I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing statements are true and correct.

Date: _____
Signature: _____
Print Name: _____

**Claim #37690**

---

☑ I am the Sexual Abuse Survivor.
☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.
☐ Other (describe): _____

I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing statements are true and correct.

Date: _____
Signature: _____
Print Name: _____

**Claim #37695**

---

☑ I am the Sexual Abuse Survivor.
☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.
☐ Other (describe): _____

I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing statements are true and correct.

Date: _____
Signature: _____
Print Name: _____

**Claim #37701**

---

☑ I am the Sexual Abuse Survivor.
☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.
☐ Other (describe): _____

I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing statements are true and correct.

Date: 09-15-2020
Signature: _____
Print Name: _____

**Claim #38855**

---

☑ I am the Sexual Abuse Survivor.
☐ I am the Sexual Abuse Survivor's attorney guardian, kinship (or other authorized) caretaker, executor, or authorized representative.
☐ Other (describe): _____

I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing statements are true and correct.

Date: 09-07-2020
Signature: _____
Print Name: _____

**Claim #38858**

---

☑ I am the Sexual Abuse Survivor.
☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.
☐ Other (describe): _____

I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing statements are true and correct.

Date: 10/08/2020
Signature: _____
Print Name: _____

**Claim #38879**

---

☑ I am the Sexual Abuse Survivor.
☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.
☐ Other (describe): _____

I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing statements are true and correct.

Date: _____
Signature: _____
Print Name: _____

**Claim #38889**

---

☑ I am the Sexual Abuse Survivor.
☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.
☐ Other (describe): _____

I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing statements are true and correct.

Date: 9-26-2020
Signature: _____
Print Name: _____

**Claim #38891**

---

☑ I am the Sexual Abuse Survivor.
☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.
☐ Other (describe): _____

I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing statements are true and correct.

Date: 10/05/2020
Signature: _____
Print Name: _____

**Claim #40540**

☑ I am the Sexual Abuse Survivor.
☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.
☐ Other (describe):
I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.
I declare under penalty of perjury that the foregoing statements are true and correct.
Date: 10/27/2020
Signature:
Print Name:

**Claim #40690**

☑ I am the Sexual Abuse Survivor.
☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.
☐ Other (describe):
I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.
I declare under penalty of perjury that the foregoing statements are true and correct.
Date: 10/12/2020
Signature:
Print Name:

**Claim #40831**

☑ I am the Sexual Abuse Survivor.
☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.
☐ Other (describe):
I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.
I declare under penalty of perjury that the foregoing statements are true and correct.
Date: 10-16-2020
Signature:
Print Name:

**Claim #40838**

☑ I am the Sexual Abuse Survivor.
☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.
☐ Other (describe):
I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.
I declare under penalty of perjury that the foregoing statements are true and correct.
Date: 11/2/2020
Signature:
Print Name:

**Claim #40841**

☑ I am the Sexual Abuse Survivor.
☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.
☐ Other (describe):
I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.
I declare under penalty of perjury that the foregoing statements are true and correct.
Date: 10/15/20
Signature:
Print Name:

**Claim #40943**

☑ I am the Sexual Abuse Survivor.
☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.
☐ Other (describe):
I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.
I declare under penalty of perjury that the foregoing statements are true and correct.
Date: 10/08/2020
Signature:
Print Name:

**Claim #40944**

☑ I am the Sexual Abuse Survivor.
☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.
☐ Other (describe):
I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.
I declare under penalty of perjury that the foregoing statements are true and correct.
Date: 11/2/2020
Signature:
Print Name:

**Claim #40946**

☑ I am the Sexual Abuse Survivor.
☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.
☐ Other (describe):
I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.
I declare under penalty of perjury that the foregoing statements are true and correct.
Date: 10/05/2020
Signature:
Print Name:

**Claim #40947**

☑ I am the Sexual Abuse Survivor.
☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.
☐ Other (describe):
I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.
I declare under penalty of perjury that the foregoing statements are true and correct.
Date: 9/29/2020
Signature:
Print Name:

**Claim #40949**

☑ I am the Sexual Abuse Survivor.
☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.
☐ Other (describe):
I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.
I declare under penalty of perjury that the foregoing statements are true and correct.
Date: 10/15/2020
Signature:
Print Name:

**Claim #40950**

☑ I am the Sexual Abuse Survivor.
☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.
☐ Other (describe):
I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.
I declare under penalty of perjury that the foregoing statements are true and correct.
Date: 11/2/2020
Signature:
Print Name:

**Claim #40951**

☑ I am the Sexual Abuse Survivor.
☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.
☐ Other (describe):
I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.
I declare under penalty of perjury that the foregoing statements are true and correct.
Date: 11/2/2020
Signature:
Print Name:

**Claim #40953**

☑ I am the Sexual Abuse Survivor.
☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.
☐ Other (describe) _____

I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing statements are true and correct.

Date: 08-15-2020
Signature:
Print Name:

**Claim #40954**

---

☑ I am the Sexual Abuse Survivor.
☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.
☐ Other (describe) _____

I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing statements are true and correct

Date: 10/06/2020
Signature:
Print Name:

**Claim #40957**

---

☑ I am the Sexual Abuse Survivor.
☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.
☐ Other (describe) _____

I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing statements are true and correct.

Date: 11/3/2020
Signature:
Print Name:

**Claim #42172**

---

☑ I am the Sexual Abuse Survivor.
☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.
☐ Other (describe) _____

I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing statements are true and correct

Date: 10/19/2020
Signature:
Print Name:

**Claim #43078**

---

☑ I am the Sexual Abuse Survivor.
☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.
☐ Other (describe) _____

I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing statements are true and correct

Date: 10/22/2020
Signature:
Print Name:

**Claim #43081**

---

☑ I am the Sexual Abuse Survivor.
☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.
☐ Other (describe) _____

I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing statements are true and correct

Date: 9-22-2020
Signature:
Print Name:

**Claim #43084**

---

Check the appropriate box:
☐ I am the Sexual Abuse Survivor
☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.
☐ Other (describe) _____

I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing statements are true and correct

Date: 11/3/2020
Signature:
Print Name:

**Claim #43085**

---

☑ I am the Sexual Abuse Survivor.
☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.
☐ Other (describe) _____

I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing statements are true and correct.

Date: 11/3/2020
Signature:
Print Name:

**Claim #43093**

---

☑ I am the Sexual Abuse Survivor.
☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.
☐ Other (describe) _____

I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing statements are true and correct.

Date: 9/9/2020
Signature:

**Claim #43101**

---

☐ I am the Sexual Abuse Survivor.
☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.
☐ Other (describe) _____

I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing statements are true and correct.

Date: 10/16/2020
Signature:

**Claim #43106**

---

☐ I am the Sexual Abuse Survivor.
☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.
☐ Other (describe) _____

I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing statements are true and correct.

Date: October 12, 2020
Signature:
Print Name:

**Claim #43109**

---

☐ I am the Sexual Abuse Survivor.
☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.
☐ Other (describe) _____

I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing statements are true and correct.

Date: 10/9/2020
Signature:
Print Name:

**Claim #43130**

☐ I am the Sexual Abuse Survivor.
☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.
☐ Other (describe) _____

I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing statements are true and correct.

Date:    11/3/2020
Signature:
Print Name:

**Claim #43146**

---

☑ I am the Sexual Abuse Survivor.
☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.
☐ Other (describe): _____

I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing statements are true and correct

Date:    2/29/2020
Signature:
Print Name:

**Claim #43147**

---

☑ I am the Sexual Abuse Survivor.
☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.
☐ Other (described)

I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing statements are true and correct.

Date:    09/23/2020
Signature:
Print Name:

**Claim #43148**

---

☑ I am the Sexual Abuse Survivor
☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.
☐ Other (described)

I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing statements are true and correct

Date:    10/17/2020
Signature:
Print Name:

**Claim #43150**

---

☑ I am the Sexual Abuse Survivor.
☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.
☐ Other (describe): _____

I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing statements are true and correct

Date:    11/4/2020
Signature:
Print Name:

**Claim #43154**

---

☑ I am the Sexual Abuse Survivor.
☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.
☐ Other (describe): _____

I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing statements are true and correct

Date:    11/4/2020
Signature:
Print Name:

**Claim #43159**

---

☑ I am the Sexual Abuse Survivor.
☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.
☐ Other (describe): _____

I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing statements are true and correct.

Date:    11/4/2020
Signature:
Print Name:

**Claim #43161**

---

☑ I am the Sexual Abuse Survivor
☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.
☐ Other (describe) _____

I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing statements are true and correct

Date:    09-08-2020
Signature:
Print Name:

**Claim #45487**

---

☑ I am the Sexual Abuse Survivor
☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.
☐ Other (describe): _____

I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing statements are true and correct.

Date:    10/08/2020
Signature:
Print Name:

**Claim #45669**

---

☐ I am the Sexual Abuse Survivor
☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.
☐ Other (describe): _____

I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing statements are true and correct.

Date:    11/05/2020
Signature:
Print Name:

**Claim #45673**

---

☑ I am the Sexual Abuse Survivor
☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.
☐ Other (describe) _____

I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing statements are true and correct.

Date:    10/19/2020
Signature:
Print Name:

**Claim #49071**

---

☑ I am the Sexual Abuse Survivor.
☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.
☐ Other (described) _____

I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing statements are true and correct

Date:    10/20/2020
Signature:
Print Name:

**Claim #49087**

☐ I am the Sexual Abuse Survivor.
☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.
☐ Other (describe): _____
I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing statements are true and correct.
Date: 11/3/2020
Signature:
Print Name:

**Claim #49093**

☑ I am the Sexual Abuse Survivor.
☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.
☐ Other (describe): _____
I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing statements are true and correct
Date: 10/13/2020
Signature:
Print Name:

**Claim #49098**

☑ I am the Sexual Abuse Survivor.
☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.
☐ Other (describe): _____
I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing statements are true and correct.
Date: 11/02/2020
Signature:
Print Name:

**Claim #49104**

☐ I am the Sexual Abuse Survivor.
☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.
☐ Other (describe): _____
I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing statements are true and correct
Date: 10/24/2020
Signature:
Print Name:

**Claim #49123**

☑ I am the Sexual Abuse Survivor.
☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.
☐ Other (describe): _____
I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing statements are true and correct
Date: 09/28/2020
Signature:
Print Name:

**Claim #49234**

☑ I am the Sexual Abuse Survivor.
☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.
☐ Other (describe): _____
I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing statements are true and correct
Date: 10/12/2020
Signature:
Print Name:

**Claim #49237**

☑ I am the Sexual Abuse Survivor.
☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.
☐ Other (describe): _____
I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing statements are true and correct.
Date: 10/20/2020
Signature:
Print Name:

**Claim #49239**

☑ I am the Sexual Abuse Survivor.
☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.
☐ Other (describe): _____
I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing statements are true and correct
Date: 10/12/2020
Signature:
Print Name:

**Claim #49244**

☑ I am the Sexual Abuse Survivor.
☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.
☐ Other (describe): _____
I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing statements are true and correct.
Date: 10/18/2020
Signature:
Print Name:

**Claim #49245**

☐ I am the Sexual Abuse Survivor.
☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.
☐ Other (describe): _____
I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing statements are true and correct
Date: 11/6/2020
Signature:
Print Name:

**Claim #49253**

☑ I am the Sexual Abuse Survivor.
☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.
☐ Other (describe): _____
I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing statements are true and correct
Date: 11/6/2020
Signature:
Print Name:

**Claim #49254**

☑ I am the Sexual Abuse Survivor.
☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.
☐ Other (describe): _____
I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing statements are true and correct
Date: 11/6/2020
Signature:
Print Name:

**Claim #49255**

# EXHIBIT B

| Claim Numbers with Signatures that Appear to Match, Purportedly Signed by Different Claimants | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 30712 | 38879 | 49098 | 50181 | 55570 | 63847 | 66260 | 72231 | 76416 | 89910 |
| 30720 | 38889 | 49104 | 50193 | 55580 | 63865 | 66379 | 72266 | 76484 | 89935 |
| 30743 | 38891 | 49123 | 50241 | 55588 | 63881 | 66398 | 72308 | 76498 | 89982 |
| 30746 | 40540 | 49234 | 50257 | 55589 | 63903 | 66402 | 72331 | 76533 | 89987 |
| 30748 | 40690 | 49237 | 50307 | 55593 | 63925 | 66431 | 72334 | 76550 | 90294 |
| 30754 | 40831 | 49239 | 50309 | 55596 | 63934 | 66460 | 72338 | 76586 | 90345 |
| 36572 | 40838 | 49244 | 51109 | 55606 | 63968 | 66465 | 72389 | 76614 | 90371 |
| 36573 | 40841 | 49245 | 51138 | 55691 | 64138 | 66474 | 72410 | 76625 | 90375 |
| 36574 | 40943 | 49253 | 51142 | 55706 | 64154 | 66496 | 72450 | 83411 | 90426 |
| 36575 | 40944 | 49254 | 51173 | 55918 | 64217 | 66534 | 72471 | 83421 | 90437 |
| 36577 | 40946 | 49255 | 51206 | 55951 | 64500 | 69135 | 72475 | 83472 | 90486 |
| 36578 | 40947 | 49968 | 51216 | 55978 | 64596 | 69241 | 72476 | 83531 | 90810 |
| 36580 | 40949 | 49969 | 51219 | 55991 | 64600 | 69833 | 72508 | 83535 | 90859 |
| 36581 | 40950 | 49972 | 51238 | 56031 | 64606 | 69920 | 72521 | 83542 | 90889 |
| 36585 | 40951 | 49974 | 51270 | 56128 | 64633 | 70038 | 72550 | 83554 | 91004 |
| 36588 | 40953 | 49975 | 51285 | 59769 | 64676 | 70091 | 72562 | 83605 | 91028 |
| 36589 | 40954 | 49978 | 51296 | 59818 | 64701 | 70120 | 72569 | 83611 | 91033 |
| 36590 | 40957 | 49979 | 51358 | 59831 | 64715 | 70136 | 72574 | 83656 | 91056 |
| 36592 | 42172 | 49980 | 51359 | 59839 | 64725 | 70204 | 72606 | 83657 | 91082 |
| 36604 | 43078 | 49987 | 51378 | 59879 | 64830 | 70213 | 72619 | 83669 | 91871 |
| 36605 | 43081 | 49989 | 51406 | 59895 | 64852 | 70298 | 72627 | 83688 | 95873 |
| 36610 | 43084 | 49990 | 51433 | 59901 | 64901 | 70324 | 72660 | 83736 | 95908 |
| 36611 | 43085 | 49994 | 51453 | 59921 | 64937 | 70409 | 72663 | 83753 | 96047 |
| 36623 | 43093 | 49995 | 51470 | 59935 | 64959 | 71760 | 72668 | 83765 | 96519 |
| 36625 | 43101 | 49997 | 55168 | 59939 | 64969 | 71814 | 72684 | 83816 | 96569 |
| 36628 | 43106 | 49999 | 55173 | 59952 | 65063 | 71837 | 72691 | 83867 | 96632 |
| 36635 | 43109 | 50013 | 55240 | 59973 | 65072 | 71857 | 72699 | 83897 | 96640 |
| 36636 | 43130 | 50014 | 55252 | 60013 | 65124 | 71865 | 72716 | 83913 | |
| 36640 | 43146 | 50016 | 55271 | 60039 | 65235 | 71872 | 72751 | 83923 | |
| 36641 | 43147 | 50017 | 55295 | 60046 | 65311 | 71879 | 72757 | 83944 | |
| 36652 | 43148 | 50018 | 55407 | 60047 | 65366 | 71913 | 72770 | 83948 | |
| 36666 | 43150 | 50020 | 55412 | 60091 | 65392 | 71918 | 72774 | 83950 | |
| 36673 | 43154 | 50021 | 55425 | 60364 | 65411 | 71923 | 72805 | 83977 | |
| 37659 | 43159 | 50024 | 55470 | 63793 | 65425 | 71958 | 76114 | 84016 | |
| 37662 | 43161 | 50025 | 55481 | 63795 | 65502 | 71962 | 76173 | 84022 | |
| 37685 | 45487 | 50027 | 55523 | 63796 | 65531 | 71967 | 76193 | 84026 | |
| 37690 | 45669 | 50028 | 55524 | 63811 | 65600 | 71974 | 76248 | 84040 | |
| 37695 | 45673 | 50029 | 55529 | 63825 | 66159 | 71976 | 76326 | 84042 | |
| 37701 | 49071 | 50031 | 55538 | 63826 | 66189 | 71994 | 76333 | 84058 | |
| 38855 | 49087 | 50035 | 55540 | 63830 | 66209 | 72009 | 76384 | 84062 | |
| 38858 | 49093 | 50037 | 55547 | 63846 | 66245 | 72010 | 76395 | 84093 | |